**GOLDBERG & OSBORNE**
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
(520) 620-3975

John E. Osborne, Esq.
State Bar #07085
PCC #44004
josborne@goldbergandosborne.com

William C. Bacon, Esq.
State Bar #04895
PCC #02320
wbacon@goldbergandosborne.com

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries,<br><br>Plaintiff,<br><br>vs.<br><br>Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation.<br><br>Defendants. | No: CV-19-02689-PHX-GMS<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF TAKING VIDEOTAPED DEPOSITIONS VIA VIDEO CONFERENCE** |

Plaintiff gives notice that she has on the date set forth below, served Defendants via electronic mail on September 16, 2021 with:

1. Notice of Taking Videotaped Deposition Via Video Conference of Candice Ezell;

2. Notice of Taking Videotaped Deposition Via Video Conference of Kristin Boivin;

3. Notice of Taking Videotaped Deposition Via Video Conference of Heather Thomas;

4. Notice of Taking Videotaped Deposition Via Video Conference of Lisa Fasano;

5. Notice of Taking Videotaped Deposition Via Video Conference of Emily Runions;

6. Notice of Taking Videotaped Deposition Via Video Conference of Lauren Lacapria;

7. Notice of Taking Videotaped Deposition Via Video Conference of Crystal Pruitt;

8. Notice of Taking Videotaped Deposition Via Video Conference of Erika Fagley;

9. Notice of Taking Videotaped Deposition Via Video Conference of Monica Marks;

10. Notice of Taking Videotaped Deposition Via Video Conference of Sarah Salustro;

11. Notice of Taking Videotaped Deposition Via Video Conference of John Dickinson;

12. Notice of Taking Videotaped Deposition Via Video Conference of Marina Gale Lamanda.

DATED this 20th day of September, 2021.

                                              GOLDBERG & OSBORNE LLP


                                              By: */s/John E. Osborne*_____
                                                    John E. Osborne, Esq.
                                                    William C. Bacon, Esq.
                                                    Kristin J. Schriner, Esq.
                                                    Attorneys for Plaintiff

GOLDBERG & OSBORNE
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
(520) 620-3975

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of September, 2021, I electronically transmitted this document to the Clerk's Office using CM/ECF System for filing and distribution to the following participants of the CM/ECF System:

Nicole M. Goodwin
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Ste. 700
Phoenix, AZ 85016
(602) 445-8000
goodwinn@gtlaw.com

Lori G. Cohen (*pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
(310) 553-2100
cohenl@gtlaw.com

Mary-Olga Lovett (*pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
*lovettm@gtlaw.com*

By: */s/ Karen M. Giacoletti*