**GOLDBERG & OSBORNE**
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
(520) 620-3975

John E. Osborne, Esq.
State Bar #07085
PCC #44004
josborne@goldbergandosborne.com

William C. Bacon, Esq.
State Bar #04895
PCC #02320
wbacon@goldbergandosborne.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries, | No: CV-19-02689-GMS |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF TAKING VIDEOTAPED DEPOSITION VIA VIDEO CONFERENCE OF SHAHROKH ROUHANI, PHD, PE |
| Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation. | |
| Defendants. | |

TO: SHAHROKH ROUHANI, PHD, PE AND HIS ATTORNEYS OF RECORD

**YOU ARE HEREBY NOTIFIED** that pursuant to Rules 30(b)1, Fed. R. Civ. P. that the deposition of the person designated below will be taken upon oral examination, at the time and place stated below:

**PERSON TO BE EXAMINED:**   Shahrokh Rouhani, PhD, P.E.

**DATE AND TIME OF DEPOSITION:**   September 29, 2021 at 9:00 am (MST)

| | |
|---|---|
| **LOCATION OF DEPOSITION:** | **Virtual Deposition**<br>**(Instructions for virtual attendance via Zoom will be provided prior to the deposition)** |

Said deposition will be taken by oral interrogatories via video conference using the Zoom Meeting platform, before a notary public qualified according to the law to administer oaths. The disposition will be recorded stenographically and videotaped.

Deponent is requested to produce the documents as listed in Exhibit A, attached hereto by 5:00 p.m. on September 28, 2021.

DATED this 10th day of September, 2021.

GOLDBERG & OSBORNE

By:*/s/John E. Osborne*_____
  John E. Osborne, Esq.
  William C. Bacon, Esq.
  Attorneys for Plaintiff

**GOLDBERG & OSBORNE**
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
(520) 620-3975

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of September, 2021, I electronically transmitted this document to the Clerk's Office using CM/ECF System for filing and distribution to the following participants of the CM/ECF System:

Nicole M. Goodwin
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Ste. 700
Phoenix, AZ 85016
(602) 445-8000
goodwinn@gtlaw.com

Lori G. Cohen (*pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
(310) 553-2100
cohenl@gtlaw.com

Mary-Olga Lovett (*pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
*lovettm@gtlaw.com*

By: */s/ Karen M. Giacoletti*

**EXHIBIT "A"**

Shahrokh Rouhani is requested to bring with him at the time of his own deposition, his complete file compiled with regard to his work in this case including, but not limited to the following on which he intends to rely:

1. A professional resume summarizing his educational, employment, and professional qualifications.

2. Copies of any and all scientific and technical publications authored, in whole or in part, by him which in any way pertain to the topics about which he expects to testify.

3. All time records, diaries, and bills prepared or rendered in connection with his investigation and evaluation of any issue involved in this lawsuit. Also include records of payment by Defendant.

4. His complete file in connection with the investigation and evaluation of the issues involved in this lawsuit, including but not limited to:

   a. all reports, notes, formulas, statistical charts and other data, statistics utilized by him, literature, computations, photographs, test data, raw test data on computer, films and videotapes including all out takes, and all other materials in his possession or control he intends to use for comparison purposes and concerning his investigation of the matters which are the subject matter of this litigation.

   b. any and all documents, diagrams, drawings, photos, or reports or tangible things obtained or created by him;

   c. any and all documents or writings of any kind that he reviewed, referred to in his investigation, or relied upon in arriving at her opinions or conclusions concerning the issues involved in this lawsuit, including but not limited to all scientific and technical articles, publications, codes, standards, specifications and other literature;

    d. all demonstrative exhibits, models, illustrations, photographs, or other exhibits or documents of any kind he intends or contemplates using to explain, illustrate or support his testimony at trial; and

    e. all computer files in electronic format, inputs, and outputs used and/or relied upon in this case.

5. Any and all facts, data, documents, or things which he relies upon in forming or supporting his opinions;

6. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding five (5) years.