| | |
|---|---|
| 1 | Nicole M. Goodwin (SBN 024593) |
| 2 | Aaron J. Lockwood (SBN 025599)<br>**GREENBERG TRAURIG, LLP** |
| 3 | 2375 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| 4 | Tel: (602) 445-8000<br>Facsimile: (602) 445-8100 |
| 5 | goodwinn@gtlaw.com<br>lockwooda@gtlaw.com |
| 6 | Lori G. Cohen *(pro hac vice)* |
| 7 | Brandon D. Cox *(pro hac vice)*<br>**GREENBERG TRAURIG, LLP** |
| 8 | 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 |
| 9 | Telephone: (310) 553-2100<br>Facsimile: (310) 553-2212 |
| 10 | cohenl@gtlaw.com<br>coxb@gtlaw.com |
| 11 | Mary-Olga Lovett *(pro hac vice)* |
| 12 | **GREENBERG TRAURIG, LLP**<br>1000 Louisiana Street, Suite 1700 |
| 13 | Houston, TX 77002<br>Telephone: (713) 374-3541 |
| 14 | Facsimile: (713) 754-7541<br>lovettm@gtlaw.com |
| 15 | *Attorneys for Defendants Mattel, Inc. and Fisher-Price, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation,<br><br>Defendants. | No. 2:19-cv-02689-GMS<br><br>**NOTICE OF FILING OF TWO-PAGE LETTER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Mattel, Inc. and Fisher-Price, Inc., pursuant to the Court's June 18, 2021 Order (Dkt. 148), hereby give notice of filing their two-page letter regarding their anticipated motion for summary judgment, which is attached as Exhibit 1.

DATED this October 8, 2021.

GREENBERG TRAURIG LLP

By: /s/ Nicole M. Goodwin
  Lori G. Cohen*
  Mary-Olga Lovett*
  Brandon D. Cox*
  Nicole M. Goodwin
  Aaron J. Lockwood
  *Pro Hac Vice
  Attorneys for Defendants Mattel, Inc. and Fisher-Price, Inc.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on October 8, 2021, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

John E. Osborne
William C. Bacon
GOLDBERG & OSBORNE LLP
698 E. Wetmore Road, Ste. 200
Tucson, Arizona 85705
josborne@goldbergandosborne.com
wbacon@goldbergandosborne.com
*Attorneys for Plaintiffs*

By: */s/ Tammy Mowen*
      Greenberg Traurig, LLP