# **EXHIBIT B**



Division of Newborn Medicine
1001 S. George Steet
York, PA 17405-7198
717.851.2613 Tel
717.851.2602 Fax

www.WellSpan.org

Michael H. Goodstein, MD FAAP
Sheela Moorthy, MD, FAAP
Chinazo Meniru, MD, FAAP
Elias Abebe, MD, FAAP
Puneet Jairath, MD, FAAP
Misty McCaig, MD, FAAP
Hyung C. Woo, MD, FAAP
Jane M. Cirelli, CRNP
Melinda E. Cree, CRNP
Julie A. Staub, CRNP
Traci A. Evans, CRNP
Kristina M. Carr, CRNP
Michelle L. Eppinger, CRNP
Erin E. Watkins, CRNP
Amy J. Drawbaugh, CRNP
Michele G. Anglisano, CRNP

WellSpan® Neonatology

July 16, 2021

John E. Osborne Esq.
Goldberg & Osborne
698 E. Wetmore Road, Su. 200
Tucson, AZ 85705

Re:  Courkamp vs. Fisher-Price et al.

    Rebuttal Report

Dear Mr. Osborne:

I have undertaken a review of the opinions expressed by the defense experts.  This is to provide you my comments in rebuttal to them.

At your request, I have prepared the following rebuttal report with respect to the above-referenced case which is based on an inspection of the exemplar Fisher Price Rock 'n Play inclined sleeper and a review of materials including:

1. Report of: Steve Arndt, Ph.D.
2. Report of: Christine Fuller, M.D.
3. Report of Herman Gibb.
4. Report of Jay Goldsmith, M.D.
5. Report of Dorothy Drago, MA, MPH
6. Report of: Eric Christensen, M.D.
7. Report of: William Singhose, Ph.D.
8. Deposition of Kevin Cleary, D.O.

. . .

Review of Defense Expert Opinion Reports:

**Dr. Fuller:**

Dr. Christine Fuller is correct that small collections of peribronchiolar and interstitial lymphocytes detected on microscopic examination are non-specific. However, "subclinical" viral respiratory infection is not clinically significant by definition. It is unlikely in the extreme that this finding impacted Zoey Olson's demise.

Similarly, Dr. Fuller's cardiac comment about probe patent foramen ovale is a frequent finding and may not be of clinical significance, especially in discussing SIDS.

Cardiac conduction abnormalities are always in the differential diagnosis but often cannot be determined. While myocarditis is also always in the differential diagnosis, myocarditis should have been picked up on the autopsy. Its absence indicates it was not a factor in Zoey Olson's demise.

Similarly, complications of epilepsy are also very difficult to evaluate. The kind of evaluation that Dr. Fuller discusses is only done in a handful of research labs in the world. They are not part of a routine autopsy. Hence, it is sheer speculation to raise the epilepsy issue with Zoey Olson.

I disagree with Dr. Fuller's comments about intrinsic risk factors. Intrinsic risk factors refer specifically to developmental/genetic issues of the fetus and the impact of the intrauterine environment, not postnatal environmental exposures, which are properly referred to as extrinsic risk factors. Most intrinsic risk factors cannot be identified until postmortem investigation and even then, it may require specialized research laboratory evaluation not available to most medical examiners (Hannah Kinney's lab in Boston or Richard Byard's lab in Australia).

Additionally, intrinsic risk factors are tied to the interplay of fetal development and the fetal environment. In this regard, Dr. Fuller is incorrect regarding her assessment that cigarette, alcohol and illicit drug use were intrinsic risk factors in this case.

There is no evidence that the mother used cigarettes, alcohol, or illicit drugs during her pregnancy. At most, one might say there could have been some second-hand exposures from work or the father (although she was separate from him for a large part of the pregnancy).

I do not agree with Dr. Fuller's implication that the risk of the Rock 'N Play sleeper was not relevant due to the child's older age and her ability to both consistently control her neck muscles and support the weight of her head. Tone is decreased during certain phases of sleep. Many of the risk factors for SIDS are also risk factors for suffocation. If the baby did not have a normal arousal mechanism and developed hypoxia, she could have gotten into trouble with failure to arouse to a threat in the environment. Part of that threat could have been muscle fatigue from entrapment in the Rock 'N Play sleeper with inappropriate positioning.

Doll reenactments may not always be accurate due to fear of being blamed for the death of the child.

I disagree with the comment that "Infants that get into positions creating a struggle often cry or make noise, but Zoey's parents reported no such crying or noise." These deaths occur during sleep and there may be no noise made at all during the event. It is an assumption on the part of Dr. Fuller that the parents should have heard Zoey struggling. There could have been no obvious struggle. The parents could be sound sleepers.

I disagree with Dr. Fuller's comments regarding the safety of the RNP sleeper. It never met the safety standards of the CPSC and is not consistent with the recommendations of the AAP.

Finally, to the extent, if any, that Dr. Fuller suggests that Zoey did not die of positional asphyxia, I disagree. Positional asphyxia is one of the causes of SUID. Differentiating between a true SIDS versus a suffocation or other cause of SUID can be extremely challenging, so much so that the coroner or medical examiner may decide that the cause of death remains undetermined, as in this case. Even defense expert Ms. Drago has suggested in previous writings that ...several crib deaths that may in fact be mechanical suffocations get classified as SIDS.\footnote{Note that the sudden unexpected infant death (SUID) term used by Kevin Horn, MD includes sudden infant death syndrome (SIDS)} These two mechanisms of death essentially present identically at autopsy. (Injury Prevention for Children and Adolescents, pg. 101.)

**Dr. Herman Gibb:**

I disagree with the concluding opinions # 1 and 4 that there is no scientific data demonstrating an increased risk of death from sleeping in the RNP sleeper. There is now physiologic evidence that demonstrates a clear mechanism for muscle fatigue and hypoxemia that can play a role in a death from respiratory failure.

Good ventilation and not overheating are important environmental factors. However, Dr. Gibb implies that a fan in the room could have reduced Zoey's chance of dying of SIDS. There is no consistent evidence that fan use reduces SIDS, and it is not recommended by the AAP as a way to reduce the risk.

There is no evidence to support the argument that Zoey had a respiratory illness shortly before her death. Her last reported illness had occurred in April, well over a month from her death. The parents did not report that the child was ill, and a cough or wheezing is not necessarily indicative of viral illness and intermittent symptoms could be the result of allergy or undiagnosed asthma. This is supported by a visit to the doctor reportedly for "allergic rhinitis" (according to billing records).

Although many SIDS cases are "associated" with recent illness, there is no evidence that this is causative. The average child has approximately 9 illnesses during the first year of life, therefore, it would be common to observe a recent illness before a death from SIDS. In the 1970's, case reports showed a possible temporal relationship between standard 2- and 4-month immunizations and SIDS. There was fear that certain immunizations might "cause SIDS." But after thorough investigation, this theory was found to be untrue. More recent epidemiologic evidence actually supports the concept that immunizations are protective against SIDS.

Dr. Gibb's analysis of socioeconomic data, education, age and marital status is speculative and unreliable. It is important to differentiate "risk factors" that are associations without any direct link to causation versus the environmental risk factors that have a plausible mechanism that relates to the eventual death of the child (such as blankets potentially covering the face leading to rebreathing or overheating which may trigger dysfunctional autonomic response to respiratory environmental threats).

Further, Dr. Gibb glosses over other factors that Zoey did not exhibit: she was at lower risk of SIDS based on race/ethnicity (rates twice as high in the Black population, 3-times as high in Indigenous American populations), she was at lower risk being female (rates are approximately 1.5 : 1 based on sex) and she was at lower risk because she was not preterm or low birthweight. He also fails to note that the parents were sleeping in the same room as Zoey, which is also considered another protective factor against SIDS.

Another critical issue that Dr. Gibb fails to discuss is Zoey's age. It is extremely rare for a baby to die of SIDS after 6 months of age. 90% of these deaths occur in the first 6 months. SUID in the US occurs at a rate of approximately 1 per 1000 live births. If only 10% of these deaths occur after 6 months, then the incidence for SUID in this age group would be approximately 1 in 10,000 live births.




Perhaps most importantly, Dr. Gibb did not discuss sleeping in an appropriate safe sleep device. Babies are supposed to sleep on a flat, non-inclined surface. The RNP sleeper is on an incline, is tapered and narrowed which can make it difficult to escape from a prone position. This can lead to muscle fatigue and oxygen desaturation. Inability to escape from this positioning could lead to progressive hypoxemia, respiratory depression, coma and death.

I strongly disagree with Dr. Gibb regarding intrinsic risk factors as I have described above in my analysis of the reports from Dr. Fuller and Dr. Gibb. I did not ignore the facts about the age range for SIDS as I explained in my statement and this rebuttal. Furthermore, he provides no evidence of the safety of the RNP sleeper and ignores the basic principles of the AAP guidelines for a safe sleep environment. Dr. Gibb fails to mention that an incline angle as little as 30 degrees in a car seat can increase desaturation events (Arya R, Williams G, Kilonback A, et al. Arch Dis Child Fetal Neonatal Ed 2017;102:F136–F141) or that infants can roll to prone more

easily in an inclined sleeper and that they would fatigue faster than they would on a stable, flat surface because of the high musculoskeletal demands necessary to maintain safe posture to prevent suffocation or positional asphyxia ( Mannen EM, Carroll J, Bumpass DB, et al. Biomechanical analysis of inclined sleep products. Little Rock, AR: University of Arkansas; 2019 September 18.).  He fails to note that prone sleeping doubles the risk of SIDS and that prone sleeping on a soft surface can increase the risk up to 20-fold.

Here is a key point that Dr. Gibb does not discuss:  how do these associations of demographic information with SIDS really impact the outcomes?

The answer is that these associations of demographic information with SIDS do not impact outcomes causally.  Being a young mother does not "cause SIDS" nor does one's ethnicity.  These are markers for other issues that can tie directly to risk.  If you are poor, you may not be able to afford or have the space to put your baby in a crib.  Different cultures have different ways of addressing the sleep environment.  If you are afraid that your baby may be stolen from you, you may decide to sleep with your baby in the same bed even though this is known to increase the risk of SIDS.  For young teen mothers, a study out of Colorado demonstrated that many teens feel that they know best and follow their instincts rather than listen to the recommendation of a health care provider.  [Caraballo, M. Knowledge, attitudes, and risk for sudden unexpected infant death in children of adolescent mothers: a qualitative study. J Peds. 2016.]  This may lead to bed sharing or using an unsafe sleep position (prone because they are worried about spitting up and aspirating when supine, even though this is safer).  So, the risk is not actually being a teen mother.  The risk comes from not following safe sleep recommendations and using a sleep environment that directly puts the baby at higher risk.  Although Ms. Courkamp was a young mother, she followed many of the safe sleep recommendations.

Another issue not discussed by the defense is the fact that products of unknown safety or even with known risk are placed on the market and are peddled to consumers as safe.

**Dr. Jay Goldsmith**

Dr. Goldsmith is mistaken when he states on p 4 that "many SIDS still occur over 6 months of age."  True SIDS rates have continued to decline significantly in recent years while the number of undetermined and suffocation/strangulation in bed deaths have risen.  According to the CDC, in 2019, there were about 1,250 deaths due to SIDS and since 90% of the deaths occur by 6 months, this would result in 125 deaths out of almost 4 million live births, making SIDS at 8 months an exceedingly rare event.

Dr. Goldsmith throws a very wide net of factors on p 5, some of which are not routinely discussed in the SIDS literature- I don't know of studies that have tied SIDS to reflux or anemia.

P 6, Dr. Goldsmith accurately describes the vulnerable infant (intrinsic risk factors) which is in contradiction to Dr. Gibb's testimony.  Also, Dr. Goldsmith refers to concerns of physiologic anemia- this is an unusual concern that again is not routine to the literature. In discussing physiologic changes, most experts will discuss neuromuscular changes, head control, changes in sleep patterns and changes in autonomic nervous system, not the additional factors to which Dr. Goldsmith refers.

I disagree with Dr. Goldsmith's interpretation of the AAP guidelines on safe sleep. The guidelines were specific in stating a flat surface and additionally that it should NOT be inclined. This topic is mentioned in both the Policy Statement and Technical Report.

I furthermore disagree with Dr. Goldsmith's implication that the RNP sleeper met the CPSC guidelines . Bassinets are not supposed to sit at 30-degree incline. As I mentioned in my statement, the FDA required manufacturers to show inclined products for reflux and head-flattening had a benefit that outweighed the risk of suffocation and asphyxia.

P 11 Dr. Goldsmith states that the RNP is not a sitting device. Sitting devices require good adult supervision. Yet this is not possible when a sitting device is used at nighttime as a sleeping device when adults are also sleeping.

I would also note the failure of the restraint system that is supposed to "secure(s) the infant in the proper position preventing any sliding or position change that may compromise respiration."

Dr. Goldsmith should know better than to suggest that inclined sleepers were okay because of other inclined products used by providers for medical issues such as reflux. The AAP was specific in promoting safe sleep on a flat surface and the North American Pediatric Gastroenterologists also promoted flat surfaces and supine positioning for infants with reflux.

I disagree with Dr. Goldsmith's discussion of the lack of evidence for keeping infants flat for sleep. Dr. Goldsmith is no doubt aware that the recommendations are based on case-control studies since researchers cannot do randomized, controlled trials to test such hypotheses because it would be unethical to potentially place an infant in harm's way.

SIDS researchers determine what is safe for infants by comparing the sleep environment of SIDS cases to the sleep environment of a matched reference (control) group and then looking at the differences.

It is unfortunate that Dr. Goldsmith would suggest that an outdated practice is considered acceptable because many still do it. An Institute of Medicine study showed that it takes clinicians 18 years to incorporate a new recommendation into practice. [Inst. Med. Comm. Quality Health Care Am. 2001. Crossing the Quality Chasm: A New Health System for the 21st Century. Washington, DC: Natl. Acad. Press]

Finally, Dr. Goldsmith refers to products in the neonatal intensive care unit ("NICU"). Please note that these products are used by professionals who are awake and observing the infants who are also under continuous monitoring of their vital signs. Furthermore, the use of these items is to be limited to when the baby is awake and fussy. They are not for infant sleep.

I also disagree with Dr. Goldsmith's opinion regarding the sleeper not increasing the risk to this baby…. See comments above regarding research showing physiologic mechanisms concerning such risk.

P 47- I would question Dr. Goldsmith's references to "coughing and wheezing" before death as this not noted by anyone except the grandparent, who could well have been mistaken,

particularly as compared to Zoey's parents. "Coughing and wheezing" was not noted in the 48 hours before the event. The congestion noted on autopsy was a non-specific finding as noted by the defense's pathologist, and as I noted above

Dr. Goldsmith's comments about head size shrinking are disturbing. Clearly there was an error in one of the measures and I suspect that it was the 6-month measure which was either performed or recorded incorrectly. Incorrect measurements of head size are extremely common - it is not an easy measurement to obtain with complete accuracy. The measurement should have been rechecked by Dr. Cleary's office.

The idea that this incorrect measurement might have been indicative of a brain developmental defect is equally unrealistic. The baby was meeting her developmental milestones, so her development overall was not consistent with what the doctor is implying.

The doctor is mistaken in comparing ALTE and BRUE. We eliminated ALTE because the majority of events are not significant or life threatening, although they are very frightening to parents when the event occurs. There is no relationship between BRUE and SIDS.

P 50-1- The discussion that the restraining system prevents a baby from moving into a position that could increase the risk of SIDS/suffocation does not comport with the facts. For example, Dr. William Singhose, the Courkamp/Olson product expert, contradicts these assertions.

Also, Dr. Goldsmith fails to note research from Colvin that shows these deaths in older infants probably have a different mechanism that is related to their increased mobility and potential for suffocation. [ Colvin JD, Collie-Akers V, Schunn C, Moon RY. Sleep environment risks for younger and older infants. Pediatrics. 2014;134(2). Available at: www. pediatrics. org/ cgi/ content/ full/ 134/ 2/e406]

Additionally, complete occlusion of the nares and mouth is not necessary to result in negative impact from rebreathing. The physics are clearly demonstrated in a study by Itzhak showing decreased dispersion of gases in the prone compared to the supine position. [ Itzhak N, Greenblatt D. Aerodynamic factors affecting rebreathing in infants. J Appl Physiol (1985). 2019;126(4):952-964.]

Clearly the safest product is one that is flat. Dr. Goldsmith's comments of no evidence of issues with products of slight incline ignores the series of deaths with the "Nap Nanny" product.

Additionally, we know that products with slightly greater inclines and restraints do put infants at potential risk. Nobody knows at what angle that risk decreases.

It is truly tragic that there have been so many unsafe infant products that have gotten to market because of voluntary rather than mandatory safety standards.

Fortunately things will be getting much safer for infants and their unsuspecting parents with the new ruling in 2021 by the CPSC that will eliminate many unsafe products from the market including: "frame-type inclined sleep products, hammocks, compact inclined sleep products, and accessory inclined sleep products...the final rule also includes...baby boxes, in-bed sleepers, baby nests and pods, rigid-sided and rigid-framed compact bassinets without a stand or legs, various

designs of 'travel bassinets' with soft padded or mesh sides, and baby tents."
(https://www.cpsc.gov/s3fs-public/FinalRuleSafetyStandardforInfantSleepProducts.pdf)

P 54- I disagree with Dr. Goldsmith's suggestion that airway obstruction cannot occur in an older infant because of calcification of the tracheal cartilage. Although the cartilage of the tracheal rings become stiffer, reducing the risk of airway collapse, this does not mean that soft tissues, such as throat and tongue muscles, tonsils and adenoids could be compressed around the airway and contribute to compromise when placed in an overly flexed position.

It is common medical knowledge that head posture plays a significant role in upper airway patency. Head extension reduces upper airway obstruction and is the most basic maneuver in neonatal resuscitation referred to as "MR SOPA" (R = reposition head to a neutral to slightly extended position) (Textbook of Neonatal Resuscitation, 8th Ed. By American Academy of Pediatrics and American Heart Association,
Edited by Gary M. Weiner, MD, FAAP and RN MN NNP-BC Jeanette Zaichkin).

Head flexion reduces airflow and pharyngeal space. In a study of adults undergoing anesthesia, as little as 10 degrees of flexion resulted in a 5 cm $H_2O$ change in pharyngeal critical closing pressure. (Walsh, Jennifer H et al. "Influence of head extension, flexion, and rotation on collapsibility of the passive upper airway." Sleep vol. 31,10 (2008): 1440-7) The closing pressure decreased by 12 cm $H_2O$ with subjects' heads in flexion. The authors state "that in translating these findings to the sleeping condition suggests that the upper airway may be particularly vulnerable to collapse during head flexion."

Additionally, obstruction is especially concerning during Rapid Eye Movement (REM) sleep (Katz, Eliot S et al. "Obstructive sleep apnea in infants." *American journal of respiratory and critical care medicine* vol. 185,8 (2012): 805-16. doi:10.1164/rccm.201108-1455CI):. Numerous studies have reported a higher incidence of obstructive events in otherwise normal infants during REM sleep (66, 73, 74, 82) (Pereira KD, Rathi NK, Fatakia A, Haque SA, Castriotta RJ. Body position and obstructive sleep apnea in 8–12-month-old infants. *Int J Pediatr Otorhinolaryngol* 2008;72:897–900. [PubMed] [Google Scholar]), (Hoppenbrouwers T, Hodgman JE, Cabal L. Obstructive apnea, associated patterns of movement, heart rate, and oxygenation in infants at low and increased risk for SIDS. *Pediatr Pulmonol* 1993;15:1–12. [PubMed] [Google Scholar]), (Kahn A, Blum D, Waterschoot P, Engelman E, Smets P. Effects of obstructive sleep apneas on transcutaneous oxygen pressure in control infants, siblings of sudden infant death syndrome victims, and near miss infants: comparison with the effects of central sleep apneas. *Pediatrics* 1982;70:852. [PubMed] [Google Scholar]), (Don GW, Waters KA. Influence of sleep state on frequency of swallowing, apnea, and arousal in human infants. *J Appl Physiol* 2003;94:2456–2464. [PubMed] [Google Scholar]). REM sleep is associated with hypotonia of the chest wall and upper airway muscles, lower lung volumes, paroxysmal reductions in pharyngeal tone, and increased respiratory variability. Also, compensation for increased nasal resistance is less robust during REM sleep (11)

As noted above, I disagree that Zoey Olson had "constant coughing and wheezing." Respiratory infection "months" before death do not reflect cause and are common as I noted above.

I did not ignore any of the environmental factors. It is the application of this analysis with which I disagree, as noted above.

As noted above, I disagree with Dr. Goldsmith's dispute that this is not a rare age for SIDS.

I disagree with Dr. Goldsmith's comments criticizing Dr. Christensen's observation that SIDS is a diagnosis of exclusion. That is the definition of SIDS: the death of an infant under a year of age that remains unexplained after a complete autopsy, a death scene investigation and a review of the medical history. However, he is correct in that specific defects or diagnoses can now be found in a minority of cases. There is a proposal to change the definitions of these deaths because of the changing science and inconsistencies of the diagnoses.

**Dorothy Drago**

I disagree with Ms. Drago's comments regarding the AAP's position regarding an infant sleep surface. The AAP has consistently recommended that infants should sleep on "a crib, bassinet, or portable crib/play yard that conforms to the safety standards of the Consumer Product Safety Commission and ASTM International (formerly the American Society for Testing and Materials)…" These sleep devices are designed to be flat, not on an incline. Although the word "horizontal" is not used in description, the AAP has been clear and consistent over time that the infant sleep surface should be flat, and that means not just straight, but non-inclined as well. The very first recommendation in the 2011 SIDS Task Force statement says: "**Elevating the head of the infant's crib while the infant is supine is not recommended.** It is ineffective in reducing gastroesophageal reflux; in addition, it might result in the infant sliding to the foot of the crib into a position that might compromise respiration." The exact wording is reiterated in both the 2016 Policy Statement and Technical Report. The AAP has NEVER stated that an inclined sleep surface is appropriate for an infant. With the multiple statements describing acceptable sleep surfaces which are all flat, in addition to the specific recommendations against elevating the head of the crib, to suggest that the AAP would condone a firm, but elevated sleep surface is a direct misinterpretation of the spirit of the recommendation and manipulation of the wording.

I also disagree with Ms. Drago's comments suggesting that the Rock 'N Play was in compliance with the AAP recommendations for a safe sleep environment. [GMH1]   The sleep surface is supposed to be flat, i.e. horizontal, per the AAP recommendations.

The CPSC and ASTM permit no more than a 10-degree incline, which is virtually horizontal.[1] The RnP was a 30-degree incline. A 30-degree incline constitutes noncompliance and a willful misinterpretation of the AAP guidelines regarding sleep surfaces. The CPSC has

---

[1] Despite the later development of voluntary standards by ASTM for these new inclined products, CPSC has maintained that "While in a rest position, a bassinet/cradle is intended to have a sleep surface less than or equal to 10° from horizontal." On April 28 2010, the Commission issued a notice of proposed rulemaking ("NPR") for bassinets and cradles. 75 FR 22303. The NPR proposed to incorporate by reference the voluntary standard, ASTM F2194-07a ε1, Standard Consumer Safety Specification for Bassinets and Cradles, with certain changes to provisions in the voluntary standard to strengthen the ASTM standard. Furthermore, ASTM F2194-13 defines "bassinet/cradle" as a "small bed designed primarily to provide sleeping accommodations for infants, supported by free standing legs, a stationary frame/stand, a wheeled base, a rocking base, or which can swing relative to a stationary base." While in a rest position, a bassinet/cradle is intended to have a sleep surface less than or equal to 10° from horizontal. (https://www.federalregister.gov/documents/2013/10/23/2013-24203/safety-standard-for-bassinets-and-cradles#h-3)

gone one step further and has now issued a new rule banning many unsafe sleep products, including inclined sleepers, in part for this reason.

.

**Conclusion.**

In summary, Fisher Price's experts did not provide evidence that Fisher Price effectively managed the suffocation hazard caused by the RNP inclined sleeper. The inclined nature of the product was inherently flawed pursuant to national medical standards. Fisher Price should have known the basic standards of safe sleep throughout the industrialized world and never should have sold this product for the purpose of infant sleep. Expectant parents and families expect the products that they buy for their infants to be safe, and Fisher Price breached that trust with a product that could contribute to a sleep-related death.

All of my opinions are expressed to a reasonable degree of professional certainty. I reserve the right to modify the opinions in this report if additional information becomes available.

I appreciate the opportunity to assist you in this case and am available for any further work that may be required.

Sincerely,

Michael H. Goodstein, MD, FAAP
Division Chief Newborn Medicine WellSpan Health
Clinical Professor of Pediatrics (Penn State U.)
Director, York County Cribs for Kids Program
York Hospital
Office of Newborn Medicine
1001 S. George St.
York, PA 17405
717-851-3452(office) 717-851-2602 (fax)