# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Courkamp<br><br>Plaintiff<br><br>v.<br><br>Fischer-Price Incorporated, et al.<br>Defendants | Case No. CV-19-02689-PHX-GMS |

# REPORT OF WILLIAM SINGHOSE, PH.D.

Report Prepared by:
Dr. William Singhose
2922 Sequoyah Dr.
Atlanta, GA 30327

April 2, 2021

# Contents

**1 Introduction** 4

**2 Qualifications and Compensation** 4

**3 Facts and Data Considered in Forming Opinions** 8

**4 Legal Understanding** 8

**5 Development of Opinions** 9

**6 Overview of Infant Sleepers** 11
- 6.1 Infant Sleepers . . . 11
- 6.2 Inclined Sleepers . . . 11

**7 Infant Rolling** 15
- 7.1 Rolling on Flat Surfaces . . . 15
- 7.2 Rolling on Inclined Surfaces . . . 21

**8 Evaluation of Fisher-Price Rock 'n Play Sleeper** 24
- 8.1 Overview of the Fisher-Price Rock 'n Play . . . 24
- 8.2 Measurements of Rock 'n Play Sleeper Geometry . . . 30
  - 8.2.1 Inclined Sleeping Surface . . . 30
  - 8.2.2 Seat Bite/Foot Rest . . . 31
  - 8.2.3 Side Walls . . . 32
  - 8.2.4 Breathable Mesh Position . . . 33
  - 8.2.5 Belt Restraint . . . 35
- 8.3 Analysis of Rock 'n Play Sleeper Design . . . 37
  - 8.3.1 Inclined Sleeping Surface . . . 37
  - 8.3.2 Seat Bite/Foot Rest . . . 39
  - 8.3.3 Side Walls . . . 40
  - 8.3.4 Breathable Mesh Position . . . 41
  - 8.3.5 Belt Restraint . . . 46
  - 8.3.6 Compounding Hazards . . . 47
  - 8.3.7 Overall Assessment of Rock 'n Play Design . . . 48

**9 Testing Performed on the Rock 'n Play Sleeper** 50
- 9.1 Design Phase (Pre-Release) Testing . . . 50
  - 9.1.1 Play Lab Testing . . . 50
  - 9.1.2 In-Home Testing . . . 52
- 9.2 Post-Release Testing . . . 53
  - 9.2.1 Fisher-Price Post-Release Testing . . . 53
  - 9.2.2 The Mannen Report . . . 58

    9.2.3 Testing Performed by Exponent . . . . . 60

**10 Similar Related Incidents** **63**

**11 Flaws in the Design Process Used by Fisher-Price** **65**
11.1 Risk Assessment . . . . . 66
11.2 Testing During the Design Process . . . . . 66
11.2.1 Prone-Infant Suffocation . . . . . 68
11.2.2 Belt Restraint . . . . . 69
11.2.3 Seat Bite/Footrest Push-Off Ability . . . . . 70

**12 Comparison with Design Alternatives** **72**

**13 Unreasonable Danger and Knowledge of Dangers** **73**

**14 Summary of Opinions** **74**

**15 Bibliography** **75**

**16 Appendix A: William Singhose CV** **77**

# 1 Introduction

[**1**] The following is a Report by Dr. William Singhose, Ph.D., an independent expert in the fields of product design, juvenile products, dynamics, and warnings.

[**2**] I have been retained by the law firm of Goldberg & Osborne LLP on behalf of Plaintiffs Kathleen Courkamp and Andrew Olson to examine the role of the Fisher-Price Rock 'n Play sleeper in the death of Zoey Olson on June 19, 2014, with particular emphasis on the design and testing of the sleeper.

[**3**] This Report describes the design of the inclined sleeper and the hazards that it presents. It also evaluates the product testing performed on the Rock 'n Play sleeper, as well as reviews similar related incidents. This report compares the Fisher-Price Rock 'n Play sleeper to the commonly-used design alternative of an infant sleeper with a level and firm sleeping surface. Finally, the opinions that I have developed based on my investigation to date are presented and the basis for those opinions are provided.

[**4**] This Report sets forth my initial opinions on this case as of April 2, 2021, based on information currently available to me. I reserve the right to continue my investigation and supplement this Report in light of any additional information made available to me. This may include a review of documents and information that may have recently been produced, as well as transcripts for any depositions that are taken after I submit this report. For example, I reserve the right to perform any investigation that may be necessary to respond to any reports or assertions provided by Defendants, to address any late produced information or documents from Defendants, or any other appropriate reason for me to supplement this Report. I further reserve the right to expand or modify my opinions in response to any opinions provided by Defendant's experts.

[**5**] The opinions I provide in this report are my own and are based on my education, experience, training, and skill that I have accumulated over the course of my career working in the fields of product design and juvenile products; my legal and factual research in this matter; as well as the information and materials I reviewed and considered in connection with the preparation of this Report.

# 2 Qualifications and Compensation

[**6**] I am a Professor in the Woodruff School of Mechanical Engineering at the Georgia Institute of Technology (Georgia Tech). I hold a B.S. degree in Mechanical Engineering from the Massachusetts Institute of Technology (MIT, 1990), a M.S. degree in Mechanical Engineering from Stanford University (1992), and a Ph.D. in Mechanical Engineering from MIT (1997). My research and teaching specialties include mechanical design, human-machine interfaces, dynamics, controls, and rehabilitation engineering. In addition to my academic career, I have worked as a mechanical engineer for several companies including: Google, Walt Disney World, Apple Computers, and Convolve, Inc.

[**7**] After graduating from MIT with a Ph.D., I became a professor at Georgia Tech. In my position at Georgia Tech, I teach courses in mechanical design, system dynamics, controls, and rehabilitation engineering. I also lead teams of professors, post-docs, gradu-

Infant length and mass (CDC dataset)

This data can be used to establish the weight ranges and to size the cradle.

Because the target user group are kids in the hospital, the use of 25th percentile is warranted – these kids would tend to be smaller than the general infant population.

Therefore, the 50th and 25th percentiles are reported here.

| | Boys | | | | Girls | |
|---|---|---|---|---|---|---|
| Mass (kg) | Percentile | | | | Percentile | |
| Month | 25th | 50th | | Month | 25th | 50th |
| 3 | 5.9 | 6.4 | | 3 | 5.4 | 5.8 |
| 6 | 7.4 | 7.9 | | 6 | 6.7 | 7.3 |
| 17 | 10.0 | 10.7 | | 17 | 9.2 | 10.0 |
| 18 | 10.1 | 10.9 | | 18 | 9.4 | 10.2 |
| | | | | | | |
| | | | | | | |
| Length (cm) | | | | | | |
| Month | 25th | 50th | | Month | 25th | 50th |
| 3 | 60.1 | 61.4 | | 3 | 58.4 | 59.8 |
| 6 | 66.2 | 67.6 | | 6 | 64.2 | 65.7 |
| 17 | 79.5 | 81.2 | | 17 | 77.7 | 79.7 |
| 18 | 80.4 | 82.3 | | 18 | 78.7 | 80.7 |

**Figure 1: Example Slide A from Anthropomorphic Data Lecture**

ate students, and undergraduate students that conduct research in areas such as: mechanical design, dynamics, controls, automation, human-machine interactions, and rehabilitation engineering. During my tenure at Georgia Tech, I have had visiting appointments at MIT, Stanford, the Polytechnic University of Madrid, and the Tokyo Institute of Technology.

**[8]** My qualifications as an expert in the field of juvenile products and product design and manufacturing stem from my experience as a Professor in the Woodruff School of Mechanical Engineering at Georgia Tech, and from my experience performing research, teaching, working, and consulting in the areas of juvenile products, product design, and manufacturing.

**[9]** Much of my teaching and work experience over the years has been related to the design of products for children, including juvenile products. For example, I teach how to use anthropometric data of children during the design process. Examples of two relevant slides from my lectures are provided in Figures 1 and 2. I also give lectures on “Soothing Baby Swings” and “Safety and Risk Assessment.”

**[10]** I have written a textbook for my mechanical design course. The book has been adopted in the field of biomechanical engineering as well. For that reason, I developed a version of the book targeted specifically for that educational segment. The book is titled, Introductory Biomechanical Design Tools. The book specifically contains chapters



Positioning bladders: head bladder and torso bladder
The 2nd issue concerned sizing fluid bladders to be used as positioning supports
Two sources of head length data:
Head and shoulder sizes for children 2- 3 ½ yo
An article listing regression equations based upon age in weeks
Shoulder width data limited to the 2- 3 ½ yo dataset
35
age | cm
13 week 12.6
25 weeks 13.1
60 weeks 14.6
US Product Safety Commision data
2 to 3 1/2 year old
head length (cm)
5th percentile 15.7
50th 17.3
shoulder breadth (cm)
5th percentile 22
50th 24.3
Decision to order
7" x 9" bladder for head
15" x 9" bladder for torso

**Figure 2: Example Slide B from Anthropomorphic Data Lecture**

on safety and product liability issues that are relevant to the design and safety of juvenile products.

**[11]** I also give lectures on the role of industry standards, especially as they relate to providing a certain level of safety and conformity within an industry. I have served on two ASTM committees that are relevant to playpens: ASTM F15.18 - Cribs, Toddler Beds, Play Yards, Bassinets, Cradles and Changing Tables and ASTM D13 - Textiles, D13.66 - Sewn Product Automation.

**[12]** From 2003 to 2008, I led engineering teams that conceptualized, developed, prototyped, and tested moving seats for juvenile wheelchairs. I have also led design teams that conceptualized, developed, prototyped, and tested a pediatric transporter that allows handicapped children to more actively play with their friends. I have also led a team of graduate and undergraduate students that conceptualized, developed, prototyped, and tested a baby swing that was designed for use by underweight babies in neonatal intensive-care units.

**[13]** In addition to working for years on juvenile products through my educational activities, I have also worked on a number of juvenile products as a professional engineer. During the summer of 1990, I worked for Walt Disney World. Most of the structures that I worked on at Disney World had some aspect that could be classified as a juvenile product. For example, when I worked at Disney World, we had to undertake a significant redesign of the trams that transport people from the parking lots to the ticket booths because babies and toddlers had fallen out of the tram when it went around corners. Basi-

cally, the centripetal forces generated by going through the turning arc were large enough to dislodge small children.

**[14]** To provide some more recent examples of my professional experience in the field of juvenile products, I will review my experiences working with a number of commercially available baby swings, playpens, and rockers.

**[15]** Starting in the spring of 2013, I worked on a project to analyze the dynamic properties of baby swings. My work required me to review and analyze numerous patents and technical papers on baby swings. I was also tasked with experimentally evaluating the swing dynamics of five different baby swings. I developed an experimental protocol that initiated the swing motion, monitored it with a video camera, and then extracted the time-dependent position data of the swing by using computer tracking algorithms. The position data was then analyzed to determine the frequency and amplitude of the swing motion, as a function of the weight of a test baby placed in the swing and the settings selected on the swing controller interface.

**[16]** From 2014 to 2019, I also worked on a project involving play pens. My work required me to review and analyze numerous patents on play pens, as well as the industry standards for play pens. I reviewed design records, as they relate to the development of play pens. I operated, inspected, and measured seven different play pens. I also dissected several of the play pens to examine their internal structure, design, and function.

**[17]** I have designed and conducted numerous human-subject tests directed at evaluating the utility and safety of a variety of products. In order to conduct such tests, I developed human-testing protocols that were reviewed and approved by institutional review boards (IRBs) at both Georgia Tech and Google. Although many of the tests were directed at confidential development projects, several of these human-testing research projects resulted in publications [1–5]. From these experiences, I learned numerous ways in which humans do not use products exactly as the designers intend. In fact, significant care must be utilized during the design process to ensure safe product functioning when operators use products in unintended ways.

**[18]** Additionally, I have conducted several research projects that involved monitoring and tracking human-body motion using video. Some of the projects involved tracking various body parts during complex activities and accidents, while other projects involved tracking human-and-machine motions during the operation of machines [6–8].

**[19]** My curriculum vitae (CV) is attached to this Declaration as Appendix A. It details my degrees, employment history, teaching experience, publication list, scholarly accomplishments, professional contributions, grants, honors, and awards.

**[20]** During the past 5 years, I have testified during a deposition or in court in the following cases:

1. Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.: Deposition 3/31/15-4/1/15
2. Williams v. Manitowoc: Deposition 9/1/15 and 2/19/16; Court Testimony 10/13/16
3. Diebold v. Hyosung: Deposition 6/14/16; Court Testimony 8/30/16
4. Xu v. Bellows: Deposition: 6/3/16
5. Razor v. Swagway: Deposition: 12/7/16; Court Testimony: 2/16/17-2/17/17

6. Lawson v. Segway: Deposition: 2/8/17
7. Graco v. Kids II: Deposition: 8/14/17
8. Hyosung v. Diebold: Deposition: 4/24/18; Court Testimony: 6/7/18
9. Frese v. Segway City Tours: Deposition: 2/12/19
10. Wirtgen America v. Caterpillar Paving Products, IPR 2018-01201: Deposition: 5/23/2019
11. Wirtgen America v. Caterpillar Paving Products, IPR 2018-01202: Deposition: 5/24/2019
12. Juul Labs v. Various, ITC Investigation No. 337-TA-1139: Deposition: 6/6/2019
13. Unicorn Global v. GoLabs: Depositions: 8/23/19 and 9/25/19
14. Hyosung v. Diebold: Deposition: 9/27/19
15. Guntert and Zimmerman v. Gomaco: Deposition: 8/21/20
16. Gamevice v. Nintendo: Depositions: 9/29/20, 10/2/20; Trial Testimony: 12/10/20, 12/14/20

[**21**] I am being compensated at a rate of $600 per hour for my consulting services. My compensation does not depend upon the outcome of this investigation.

# 3 Facts and Data Considered in Forming Opinions

[**22**] The facts regarding the incident that I relied upon in forming my opinions to date are these. On the morning of June 19, 2014, at approximately 8:00am, Katie Courkamp awoke to find her eight-month-old daughter, Zoey, lifeless in the Fisher-Price Rock 'n Play sleeper. Zoey had been placed to sleep in the Rock 'n Play by her father, Andrew Olson, at approximately 1:40am. During the night of Zoey's death, the family was staying at Andrew's home in Tempe, Arizona. During this time period, Zoey lived full time with Katie at her apartment in Glendale, Arizona. On the morning of Zoey's death, Katie found Zoey, with Zoey's body turned away from Katie, positioned on the left side of her body, with her face and abdomen towards the bottom of the sleeper. The Rock 'n Play sleeper was positioned directly next to the bed in which Katie and Andrew slept. The Rock 'n Play had been a gift from Andrew's mother.

[**23**] The materials I reviewed as part of my investigation and analysis of this incident are listed in Appendix B: Materials Reviewed. I have reviewed depositions, standards, tests, reports, and various other documents. Additionally, I have reviewed various technical articles and books that are cited to herein and are listed in the bibliography.

# 4 Legal Understanding

[**24**] I am not an attorney and do not expect to offer any opinions regarding the law. However, I have been advised of certain legal principles that pertain to the product liability standards in this case. I have applied my understanding of these legal principles in forming my opinions.

[**25**] One legal concept is the Definition of Fault and Causation. Before a defendant can be found at fault on a claim, it must be established that the defendant manufactured

or sold a product that was defective and unreasonably dangerous at the time it left the defendant's control, and that the defect was a cause of the injury. A defect causes injury if it helps produce the injury, and if the injury would not have happened without the defect.

**[26]** Another legal concept is how Defect and Unreasonable Danger are defined in cases involving design defect. A product is defective and unreasonably dangerous because of a design defect if the harmful characteristics or consequences of its design outweigh the benefits of the design. A manufacturer or seller is presumed to have known, at all relevant times, the facts that the accident and a trial have revealed about the harmful characteristics or consequences of the product's design, whether or not the manufacturer or seller actually knew those facts. If it is found that it would not be reasonable for a manufacturer or seller, with such presumed knowledge, to have put this product on the market without changing the design, then the product is defective and unreasonably dangerous because of a design defect. A product is defective and unreasonably dangerous because of a design defect if it fails to perform as safely as an ordinary consumer would expect when the product is used in a reasonably foreseeable manner.

# 5 Development of Opinions

**[27]** In order to develop my opinions in this matter, I employed commonly-utilized and widely-accepted engineering analysis methods. They have been utilized in a correct and thorough manner. The fundamental process used to analyze this incident can be summarized in these steps:

1. Understand the problem by gathering data concerning the incident.
2. Review relevant deposition testimony.
3. Review the design process used to create the sleeper.
4. Review the various tests that have been performed on inclined sleepers.
5. Study the design and physical characteristics of the Rock 'n Play sleeper.
6. Use the data collected, as well as my knowledge and experience, to form opinions about the design of the Rock 'n Play sleeper.

**[28]** During my analysis, I reviewed a number of depositions, technical documents, books, manuals, patents, photographs, videos, and legal documents. These were discussed in Section 3. In addition to the materials listed in Appendix B that were provided to me, or that I located via my own searching, I physically examined both the subject Rock 'n Play, as well as an exemplar unit. I verified that the exemplar unit has essentially the same design and construction as the subject Rock 'n Play. Furthermore, I conducted measurements with the Rock 'n Play units, as well placed infants and dolls into the units to evaluate its design.

**[29]** Additionally, throughout a large part of my engineering career, I have studied juvenile product designs, taught courses that covered the design of juvenile products, and actively engaged in the design of such products. These activities have exposed me to numerous sources of information and enriched my knowledge base in this area. I have uti-

lized this previously-acquired knowledge and these previous experiences in forming my opinions in this matter. It is impossible for me to list all such sources of my experience and knowledge base. However, when I have specifically relied on a source for my opinions in this report, I have documented that source.

# 6    Overview of Infant Sleepers

[**30**]    The product involved in this incident is an infant sleeper. More precisely, it is an incline sleeper. This section provides a brief overview of infant sleepers and highlights critical differences between inclined sleepers and sleepers with level sleeping surfaces.

## 6.1    Infant Sleepers

[**31**]    Infant sleepers are intended to provide a safe environment for infants to sleep overnight and for long-duration naps. These products are intended to operate without continual or frequent caregiver monitoring. Parents should be able to rest peacefully when their infant is in an infant sleeper.

[**32**]    An infant sleeper is composed of a sleeping surface and containment walls that keep the infant from falling out of the sleeper. The sleeping surface is generally level and firm. Infants should be placed in sleepers on their backs. Additional soft materials such as blankets and stuffed animals should not be placed inside the sleeper due to the known risk that soft materials can wrap around the infant's mouth and nose, thereby restricting the flow of well-oxygenated air.

## 6.2    Inclined Sleepers

[**33**]    The American Academy of Pediatrics (AAP) has recommended for many years that infants be put to sleep on their backs, on a firm, flat surface [9]. However, some companies developed and sold infant sleepers with a steeply inclined back sleeping surface. Although these products were initial sold without meeting any industry standard, eventually ASTM F3118 was developed to provide some level of uniformity to the product category. Although ASTM F3118 provides some performance tests, for example tip-over stability tests, it does not provide tests that address the well-known issue of infants turning over onto their sides or stomachs and having their breathing restricted by fabric that envelops their mouths and noses. It also does not contain tests for entanglement with belt restraints, nor tests that indicate an infant's ability to push off surfaces and raise their bodies up the inclined sleeping surface. In short, ASTM F3118 is not a standard that ensures a safe product. Therefore, it is not surprising that the Consumer Product Safety Commission (CPSC) withdrew its support for the standard when it became aware of the dangers associated with incline sleepers.

[**34**]    A key difference in the physical properties of incline sleepers, relative to flat sleepers, is that gravity effects act to push the infant down the inclined sleeping surface. Such an inclined back sleeping surface is identified in Figure 3. Gravity effects pushing the infant down the incline slope do not occur in flat sleepers. Therefore, inclined sleepers have to provide additional features to restrain the infant from sliding down the incline and getting out of position during sleep. The two main features that were added to inclined sleepers in an attempt to secure the sleeping infant were a seat bite/foot rest and a belt restraint. The seat bite is an upwardly angled surface placed at the bottom of the inclined

Head Blocker/Dam
Seat Bite/Foot Rest
Inclined Back

**Figure 3: Components of an Inclined Sleeper.**

Belt Restraints

**Figure 4: Three-Point Harness Used in an Inclined Sleeper.**

sleeping surface. An example seat bite was identified in Figure 3. The upward sloped portion is intended to apply forces to the infant's legs and buttocks to impede downward movement. The combined result of the inclined back of the sleeper and the seat bite is a "V"-shaped structure that acts to restrain the infant from sliding out the top or bottom of the sleeper.

[**35**] A belt restraint also acts to keep the infant from sliding downward, but applies these restraint forces around the infant's waist and between their legs. Such a three-point harness is shown in Figure 4.

[**36**] Unfortunately, both the seat bite and belt restraint are problematic for reasons



Foot Push
Unequal Double
Foot Push

**Figure 5: Infant Pushing Off Seat Bite With Their Feet.**

that will be fully addressed in a later section when the design of the Fisher-Price Rock 'n Play is analyzed. One of the drawbacks of the seat bite is that it provides a platform on which the infant can push off with their feet. Example cases of an infant pushing with their feet are shown in Figure 5. The left side shows an overall view of the infant in a Rock 'n Play sleeper and the infant foot forces are represented with a single arrow directed toward the bottom of the sleeper. Such downward forces generated by the infant creates an equal-and-opposite upward force acting to push the infant upwards. The effect of the infant pushing is actually two separate forces - one arising from each foot. These forces would, in general, be unequal in magnitude and would have somewhat different directions, as illustrated by the two arrows shown on the right side of Figure 5.

[**37**] The leg-pushing forces can propel the infant up the inclined back surface. The result of unequal forces is that the infant would be propelled not only upward, but would also be subjected to moments that would cause the infant to turn toward the side of the sleeper and also to roll onto their stomachs. If left unrestrained, the infant might push themselves up the incline slope, and possibly out the back of the device. Or, with unequal foot forces, they could push themselves over the side of the device, or roll themselves over onto their stomachs and into a prone position.

[**38**] In order to block the failure mode of infant's pushing up and out the top of the sleeper, the products can utilize a third restraint - a head blocker/dam - as identified previously in Figure 3. This feature attempts to stop the infant from pushing out the top by blocking the upward and backward movement of the infant's head. That is, it applies downward forces on the head. Such forces not only inhibit further linear movement up the



**Figure 6: Infant Face Down in an Inclined Sleeper.**

incline, they can also induce moments that act to tilt the infant's head forward. Tilting an infant's head downward, chin-to-chest, is a well known hazard that can close down the esophagus and restrict breathing.[1]

[**39**] In order to block the failure mode of infants pushing over the side of the sleeper, the products can utilize a fourth restraint - steep and high side walls. Such walls are mandated by the industry standards. While such forces can restrain the infant's sideward motion, they can also induce rolling moments.

[**40**] Unfortunately, the four types of restraints discussed above cannot prevent an infant from rolling over onto their stomachs and, in fact, can contribute hazardous rolling moments. When infants do roll over in such inclined sleepers, their breathing can become impaired because the sleeper fabric can wrap around their faces. Additionally, the restraints that are used to inhibit such rolling also act to inhibit the infant from rolling out of the prone position and back to the much safer supine position on their backs.

[1] See for example Michael Steinwachs' testimony that this was a concern for Fisher-Price's Safety Audit group. [Steinwachs Depo. (1-22-21): 73:5-13 and Steinwachs Depo. (11-11-20):129:10-130:6.]

# 7 Infant Rolling

**[41]** The developmental and biomechanical processes of infant rolling is a well-studied topic [10–18]. Although the majority of infants may learn to roll from the prone position face down to supine on their back before learning to roll from supine to prone, there are a great many infants that learn rolling in the reverse order. In fact, studies of certain populations indicate that infants learn to roll supine to prone first [13]. These two types of rolling should be considered different milestones that are not inherently linked [12]. Therefore, product developers should not assume that if an infant can roll supine to prone, then that infant can also roll prone to supine. Such assumptions that link one rolling skill to another rolling skill, or assume a certain order to the development of the various types of rolling skills are particularly inappropriate for inclined sleepers that have complex geometries that greatly affect rolling abilities.

**[42]** While all of the rolling mechanisms used by infants are not fully understood, many of the fundamental motions are known. Therefore, the known motions that infants use to achieve a roll from supine to prone can be utilized to compare rolling on flat surfaces to rolling on inclined surfaces.

## 7.1 Rolling on Flat Surfaces

**[43]** This section presents fundamental concepts in infant rolling on flat surfaces. These concepts will then be extended to inclined surfaces in the following section.

**[44]** One method that infants use to achieve prone-to-supine rolling is to push upward with both arms, like a push up. The infant lifts their head and chest off the ground during this motion. Then, the infant shifts their weight to one side and falls over to induce a roll onto their back. See e.g., www.momjunction.com/articles/simple-tips-to-teach-your-baby-to-roll-over_0076972.

**Figure 7: Infant Lifts Legs Off Ground and Toward Their Head.**

**[45]** Rolling from supine to prone occurs differently because doing a push-up motion would not produce any motion. The infant's hands would just move upward through empty space and not generate any appreciable rolling force. One mechanism infants do use for the supine-to-prone rolling is to use a fetal tuck position. This motion raises their feet off the ground, as shown in Figure 7. Then, the infant shifts their legs to one side and tips over as their legs fall from the elevated position. The infant can also aid the rolling motion by moving their arm across their body in the rolling direction and by turning their head in the rolling direction. The momentum of the falling legs and arm-throw motion causes the remainder of the infant's body to be pulled through the rolling turn. This sequence of motions is shown in Figure 8. Figure 8(a) shows the sideways shift of the elevated legs.



(a) Legs fall sideways (b) Arm crosses body

(c) Infant Rolling (d) Roll to side complete

**Figure 8: Infant Rolling From Supine to Side.**

Figure 8(b) shows the infant's arm moving across the body. Figure 8(c) shows the head turn. Figure 8(d) shows the completed roll from supine to side.

**[46]** Infants are naturally stable while lying on their backs on a level surface because their center of gravity (cg = ◒) is within the base of support[2] provided by their shoul-

[2]The term "base of support" refers to the perimeter formed by all of the possible tip-over axes of a body. If a cg is within the base of support, then the body cannot tip over. The cg must be moved toward one of the tip-over axes, and pass just beyond it for the body to initiate a tip-over motion.



**Figure 9: Infant Roll Over Axis Extending Along the Base of Support From the Shoulder to the Hip.**

ders and hips. (The infant's head, legs, and feet can also form part of the base of support when those body parts are in contact with the ground surface.) In order to leave this stable configuration and roll over from back to front, the infant needs to generate forces (or moments) that elevate their cg and move it laterally so that it passes over the roll-over axis running along the shoulder and hip on the side to which they roll. Such a roll-over axis is illustrated in Figure 9.

**[47]** The need for infants to gain sufficient strength to overcome gravity while performing a roll is well known. For example, researchers studying functional development state: [15]

> The infant at 1 to 2 months of age does not have the necessary strength to overcome gravity for rolling supine to prone or rolling segmentally.

**[48]** The amount of force and energy required to overcome gravity and perform a roll scales with the amount of force required to lift the infant cg up and over the roll-over axis. The process of raising and shifting the cg is illustrated schematically in Figure 10. The illustration shows an end view of an infant, that is, the top of the head is shown in the illustration. For the rolling mechanism described above, wherein the infant raises their legs and then makes them fall sideways, the falling legs provide an energy source for powering the movement of the cg up and over the roll axis. I note for completeness that the initial energy source of the roll is the infant's muscles that contract to lift the legs. The act of lifting the legs raises the cg position somewhat. If an infant cannot lift their legs enough, then they cannot make use of this mechanism to perform a roll.

**[49]** A side view of the cg-lifting process during a roll is shown in Figure 11. The diagram is a simplified illustration that divides the infant's body into only two components. Including additional details in the components of the infant's body would not change the analysis. Note that the lifting of the center of gravity is directly opposed by the gravity force. Furthermore, the distance that the cg must be elevated is $(h_2 - h_1)$, where $h_1$ is the



**Figure 10: Rolling Requires Raising Up the Center of Gravity and Shifting it Sideways Beyond the Roll Over Axis.**

(a) Infant Lying on Back (b) Infant Rolled Sideways

**Figure 11: Side Views Showing Center of Gravity Lifting During a Roll.**

initial height of the cg, and $h_2$ is the height of the cg as it clears the roll-over axis.

[**50**] If the infant body was perfectly rigid, then the energy required to lift the cg would be equal to the net change in potential energy, $\Delta PE$, of the body mass:

$$\Delta PE = mg\left(h_2 - h_1\right) = mgh^* \tag{1}$$

where, m is the mass, g is the acceleration due to gravity, and $h^*$ is the vertical distance that the cg has been raised. This relationship provides a useful guide for understanding the dominant factors that control the amount of force and energy that must be used to perform a roll. The most significant result, for the purposes of this analysis, is that the required energy is proportional to the height that the cg must be lifted upward to achieve rolling.

[**51**] Recall that the biomechanical mechanisms used for prone-to-supine rolling are

different than those discussed above for supine-to-prone rolling. One key difference is that an infant on their stomach cannot lift their legs completely off the ground. At best, they can lift their calves and feet up into the air. They cannot lift the biggest part of their legs - the thighs - off the ground. Therefore, the process of lifting the legs off the ground (as in the tuck position when they are lying on their back) and then letting the legs fall sideways, does not generate significant rolling momentum. Another key difference is that the infant cannot aid the roll by throwing their arm across their body in concert with the leg-tipping motion.

[**52**] Finally, the infant's arm on the rolling side provides more of an impediment when rolling from prone to supine, than when rolling from supine to prone. This difference occurs because a supine-to-prone roll usually pushes the arm in front of the torso, which is a natural and easy motion to perform because the human body structure allows an arm to easily reach across the front of the torso. On the other hand, a prone-to-supine roll often pushes the arm to the backside of the torso. Such a position is an unnatural arm position and results in a larger impediment to the rolling motion. The human body is not designed so that arms can easily reach across the back of the torso. The result is that the cg of the body has to be elevated to a higher height to pass over the roll axes when the arm is pushed to the back of the torso.

[**53**] The sequence of photos shown in Figure 12 demonstrates how different arm positions can affect the difficulty of rolling. The column on the left shows a sequence of five photographs taken during a supine-to-prone roll. As the cg nears the roll-over axis in photo 4, the arm is pushed out of the way across the stomach and provides only a small impediment to the rolling motion. On the other hand, during the prone-to-supine roll shown in the right column, when the cg approaches the roll-over axis, the arm is pushed towards the back, not the stomach. However, the human arm is not easily pushed behind the back, so the arm gets stuck under the torso.

[**54**] The result of the different arms positions is that the arm creates a large impediment to rolling prone-to-supine. Therefore, the cg has to be raised to a higher height to complete the roll. This higher cg height can be readily seen by comparing the heights of the central portion of the torso in the final row of pictures. In order to clarify this effect, Figure 13 shows enlarged version of the two cases. These have been identified with dashed lines in Figure 13. When the arm is tucked in under the stomach in the supine-to-prone roll shown on the left, the central torso is below the height of the shoulder. On the other hand, when the arm is caught under the side in the prone-to-supine roll shown on the right, the central torso is above the height of the shoulder. This indicates that the torso must be raised to a higher height during the prone-to-supine roll.

[**55**] The three key differences described in this section are very important when it comes to assessing the difficulty of rolling in an inclined sleeper from the prone position back to the safer supine position. The analysis of the Rock 'n Play sleeper in Section 8 will utilize such differences in rolling mechanics to explain the hazardous nature of the Rock 'n Play sleeper.



(S → P 1) (P → S 1)

(S → P 2) (P → S 2)

(S → P 3) (P → S 3)

(S → P 4) (P → S 4)

(S → P 5) (P → S 5)

**Figure 12: Differences in Arm Position During Rolling.**



(S → P 5) (P → S 5)

**Figure 13: Differences Arm Positions Change Height of CG During Rolls.**

## 7.2 Rolling on Inclined Surfaces

**[56]** Case evidence collected by the CPSC indicates that some infants that are not capable of rolling on a flat surface can roll on an inclined surface. This result is summarized in an article published in the Journal of Biomechanics as [18]:

> In several cases, parents reported that they had never observed their infant roll from supine to prone, yet the infant apparently rolled from supine to prone in the inclined sleep product.

Additionally, many of the Fisher-Price case history reports describe very young infants (as young as one and two months) coming out of position and/or turning while in the Rock 'n Play sleeper.

**[57]** When an infant initiates a roll using the fetal tuck mechanism, they must pull their head towards their knees (or vice versa). When lying on a sloped surface, it is easier to tilt the head forward toward the knees. Wang et al. noted this effect as follows [18]:

> ...neck extension can facilitate trunk and hip motions, and may lead to the infant rolling initiated by the fetal tuck mechanism (hip and trunk flexion) (Adler et al., 2007; Voss et al., 1985). Thus, on an inclined surface (20°) it is likely easier for infants to achieve a roll from supine to prone, which is of concern for potential suffocation risk in the prone position.

**[58]** These results suggest that rolling while on an inclined surface is easier than when lying on a level surface. There is a straightforward explanation for this phenomenon - when lying on an inclined surface, a rolling motion can be performed easier because the center of gravity does not need to be elevated as high. Recall that in order to roll, an infant must raise up their center of gravity and shift it sideways until it passes over the rollover axis. Raising the cg up, against the force of gravity, requires the infant to exert forces and expend energy. If rolling can be achieved by elevating the cg a smaller amount, then less force and energy is required. That is, rolling is easier to achieve on an inclined surface.



(a) Infant Lying on Back (b) Infant Rolled Sideways

**Figure 14: Side Views Showing Center of Gravity Lifting During a Roll on an Inclined Surface.**

**Figure 15: Center of Gravity Lift Height During a Roll on an Inclined Surface.**

**[59]** A straightforward analysis using simple geometry and Newton's Laws of motion can demonstrate that rolling on an inclined surface requires the cg to be elevated a smaller amount than when on a flat surface and, therefore, rolling is easier. Figure 14 provides a side view, similar to Figure 11, except that the infant is on an incline surface whose angle is $\alpha$. Note, that the rolling motion does not lift the cg up directly vertically, rather the motion is angled off sideways, at an angle equal to the angle of the incline.

**[60]** Figure 15 illustrates how rolling on an incline causes the cg to be lifted up vertically. In the roll direction, the cg must still be moved from $h_1$, to $h_2$. However, the motion is no longer vertical, it is angled off to the side. Therefore, the amount that the cg is lifted in the vertical direction, $h^*_{incline}$, is less that the amount that the cg would be lifted, $h^*$, when rolling on a level surface.

**[61]** In order to determine how much the cg lift height is reduced on an incline plane, simple geometric relationships can be used. Figure 16 shows the triangular geometry that relates the lift height on an incline surface, $h^*_{incline}$, to the lift height on a level surface, $h^*$. Using the definition of cosine for a right triangle, we obtain:

$$h^*_{incline} = cos(\alpha)h^* \qquad (2)$$



**Figure 16: Geometry for Calculating CG Lift Height on an Incline Surface**

**[62]** Another way to assess the ease of rolling is to calculate the amount of energy that is required to lift the cg up to the height required to pass over the roll-over axes. This value is the change in potential energy of the cg from the initial position to the elevated position over the roll axis. This change in potential energy, $\Delta PE$, was calculated above for a level surface as:

$$\Delta PE = mgh^* \tag{3}$$

When the slope of the incline is considered, the required change in potential energy is lowered to:

$$\Delta PE_{incline} = mgcos(\alpha)h^* \tag{4}$$

**[63]** The above analysis indicates that as the incline angle increases, the required height to lift the cg and the required energy for achieving a roll decreases. Therefore, performing a roll becomes easier as the incline angle increases. As an example case, the required cg lift height is reduced by 10% when the incline angle is 26 degrees. This explains, to some extent, why infants that cannot roll over on a level surface can roll over on an incline surface.[3]

[3] I note that some researchers have also attributed, at least in part, ease of supine-to-prone rolling on an incline to different muscle synergies [9, 19]. These previous results are compatible and complimentary to my analysis.



**Figure 17: Rock 'n Play Incline Sleeper.**

# 8 Evaluation of Fisher-Price Rock 'n Play Sleeper

[**64**] I have inspected, measured, tested, and photographed two specimens of the Fisher-Price Rock 'n Play sleeper. One specimen is the subject Rock 'n Play sleeper wherein Zoey Olson died. The other specimen is a similar version that has no significant design differences from the subject Rock 'n Play sleeper.

[**65**] In order to evaluate the design of the Rock 'n Play sleeper in terms of the roll-over and suffocation hazards, I measured its geometry, examined its construction materials, tested its dynamic behavior, and observed live infants within the Rock 'n Play sleeper.

## 8.1 Overview of the Fisher-Price Rock 'n Play

[**66**] A perspective-view photograph of the Rock 'n Play sleeper is shown in Figure 17. The device is an inclined sleeper that has a limited range of rocking abilities (approximately 10-12 degrees) due to the concave shape of its support legs. The device is marketed and advertised for sale as a device appropriate for long-duration naps, as well as overnight sleep (10-12 hrs). Its use as an unattended overnight sleeper was one of its primary design features from the beginning of its development. For example, Michael Steinwachs testified as follows:[4]

[4] See also Exhibit 19 to Joel Taft Deposition (11-12-20): Rock 'n Play advertisement: "Our safety experts have taken steps to make sure baby can sleep safe and sound in this seat all night long. We hope that helps you sleep better too."

Q. Did you - do you recall being a part of a conference call where anyone asked him if it was safe for an infant to sleep in an inclined position for the entire night?

A. I'm going to answer that by saying that the Rock 'n Play Sleeper as a concept, and a concept that we discussed with Dr. Deegear, always was intended for overnight sleep, unattended overnight sleep. There was never any question about it being something else other than that. [Steinwachs Depo. (1-22-21): 101:23-102:7.]

Q. Okay. And did you even hear discussions of him where sleep was mentioned?

A. Oh, certainly. That was always the intent of the product. There was never any discussion about maybe using it just for napping or for playing or anything like that. It was always to be used for unattended sleep. [Steinwachs Depo. (1-22-21): 268:11-16.]

[**67**] The surfaces of the Rock 'n Play sleeper form two perpendicular V-shaped contours that form a steep-walled valley. The side view shown in Figure 18(a) has the position of the inclined sleeping surface and the seat bite/foot rest indicated with dashed lines. The combination of the inclined sleeping surface and the upwardly-sloped seat bite/foot rest forms a V-shaped valley that restrains the infant in a partially-tucked position in the fore-aft direction. As will be thoroughly established in Sections 8.2.1 and 8.2.2, the inclined sleeping surface has an angle of approximately 27 degrees, while the seat bite/foot rest has an opposing angle of approximately 40 degrees. Therefore, it holds the infant in a partially-tucked "seated" position of approximately 67 degrees. Of course, the infant is free to squirm, wiggle, and move their body parts out of this nominal partially-tucked position.

[**68**] In order to keep the infant from falling off the sides of the product, the sides walls are high and also steeply inclined. These sidewalls form another V-shaped contour that is perpendicular to the fore-aft V contour formed by the sleeping surface and seat bite/foot rest, as shown in the end view of the device provided in Figure 18(b). For the photograph shown in Figure 18(b), two digital inclinometers where placed along the side walls at the point of the deepest part of the fore-aft valley. At this location, the side walls have angles of approximately 57 degrees. More complete measurements and descriptions of the side walls are provided in Section 8.2.3.

[**69**] The warning label on the product is shown in Figure 19. The label indicates that the device can be used by infants up to 25 lbs. The warning label warns of a suffocation hazard arising from the use of additional soft materials. It indicates that infants can suffocate "in gaps between an extra pad and the side of the product - on soft bedding." The warning label does not indicate that a suffocation hazard exists when the infant gets turned onto the side or stomach and his/her face is pressed against the non-breathable fabric of the sleeper on the side walls or back sleeping surface of the product.


(a) Side View

(b) End View

**Figure 18: V-Shaped Contours of the Rock 'n Play Incline Sleeper.**

**Figure 19: Warning Label.**

[**70**] Given that the product can be used for infants up to 25 lbs., I placed three infants of various sizes into the device to evaluate its design, measure its geometry relative to the infants, and to observe the infant's positioning and movements. Figure 20 shows these three infants placed in the exemplar Rock 'n Play sleeper.

[**71**] All three infants were initially placed in the sleeper such that they were positioned as low as possible in the fore-aft valley. In this position, their bodies form roughly a "V" shape when viewed from the side. Their heads and backs rest against the inclined sleeping surface, while their legs and feet extend up the surface of the seat bite/foot rest. The two relatively large infants shown on the right, (a), and in the middle, (b), of Figure 20 occupy a large percentage of the sleeper with their legs reaching nearly the bottom of the sleeper and their heads within a few inches of the head blocker at the top of the



(a) 5 Month Old (19 lbs) (b) 4 Month Old (18 lbs) (c) 4 Month Old (12 lbs)

**Figure 20: Three Different Infants Placed in an Exemplar Rock 'n Play.**

**Figure 21: Extended Feet.**

sleeper. This head position can be contrasted with the head position of the smaller infant in Figure 20(c). The comparative head positions can be identified by noting how many horizontal lines are visible between the top of the infant's head and the head blocker.

**[72]** Note that the infant on the left side in Figure 20(a) has pulled his legs inward, while the infant in Figure 20(b) has extended his feet out toward the bottom edge of the sleeper. The infant in Figure 20(c) has established an intermediate leg configuration wherein her legs are crossed over and slightly bent. The extended leg position of the infant in 20(b) is shown in a side view in Figure 21. In such a position, the infant is not able to push against the seat bite/foot rest in order to move their body. On the other hand, the infant in Figure 20(a), whose feet are pulled inward, can generate substantial body-moving forces with his legs by pushing against the footrest. Using their legs, infants can drive their bodies up the inclined sleeping surface. Fisher-Price added the head blocker at the top of the incline to stop infants from pushing all the way up and out the back of the sleeper.

**[73]** As discussed above in Section 6, the two leg-generated forces are generally unequal in magnitude and direction. In fact, when one foot slips off the footrest, the infant



**Figure 22: Infant Pushing with Only One Leg.**

pushes with only one leg, as shown in Figure 22. Therefore, the leg-generated forces not only act to push the infant backwards, up the incline plane, they also induce rotational moments on the infant. Such moments can induce roll, pitch, and yaw motions.[5]

[**74**] Although the forces generated by the infant's legs can produce significant rolling moments, those moments can be augmented with moments generated by the contraction of their core muscles in the torso, head tilting, as well as arm movements. A sequence of such movements, that leads to rolling is shown in Figure 23. The photograph in Figure 23(a) shows the infant lying predominantly on their left side. Through a series of leg presses, arm movements, head tilting, and core contractions, as shown in Figure 23(b), the infant rolls completely over onto her stomach, as shown in Figure 23(c).

[**75**] When the infant is in a prone position with their feet pressed against the foot rest, as in Figure 23(c), they are able to generate substantial forces by pressing with their feet. That is, they can move and "wiggle" their bodies a fair amount using their legs. Although this is self evident given the geometry of this configuration, I witnessed such active motions while observing infants in that position. However, when the infant's feet slip off the footrest and the infant slides down into the valley of the Rock 'n Play, the infant's feet extend up into the air and they are no longer able to generate significant body-moving forces. Such positions are shown in Figure 24. This position represents a very dangerous condition because the infant does not have the ability to push with their feet in an attempt to turn back to the supine position. It should also be noted that the steep side walls pin the infant's arms to their sides. Therefore, their arms also have limited ability to help power a rolling motion.

[5]Roll, pitch, and yaw are terms normally used to describe rotations about three different axes. Roll refers to the rotating motion that would turn an infant from lying on their back to lying on their stomach. Pitch refers to the rotating motion that would cause an infant to sit up from lying on their back or rotate forward like a summersault. Yaw refers to the rotating motion that would cause an infant lying on their back to turn around a vertical axes such that they would rotate like a spinning top.



(a) (b) (c)

**Figure 23: Rolling Movements**

(a) (b)

**Figure 24: Infant in Prone Position with Extended Feet.**

[**76**] The photographs in Figures 23 and 24 demonstrate a critical design defect of the Rock 'n Play sleeper. The double-V geometry of the design allows the infant to push with their legs to initiate and power a supine-to-prone roll; however, once the infant is prone on their stomach, they may not be able to use their legs, or arms, to turn back to the supine position. I created a stop-action video of this process using a doll as a representative infant in the subject Rock 'n Play sleeper. This video is provided in file: *RnPExampleRoll.mp4*. Therefore, the physical design of the Rock 'n Play sleeper allows an infant to roll supine to prone, but then traps the infant in the dangerous prone position with their face pressed into the non-breathable fabric.



**Figure 25: Length of Inclined Sleeping Surface**

## 8.2 Measurements of Rock 'n Play Sleeper Geometry

[**77**] The degree to which an infant can generate forces, translate, and rotate within the Rock n' Play sleeper depends on the geometry of the device and the interaction of geometrical features with the actions of the infant. For example, it was previously noted that the head blocker/dam inhibits motion of the infant up the incline sleeping surface when the infant's head impacts the blocker. Similarly, the seat bite/foot rest inhibits downward sliding motion when the infant's butt hits the steeply inclined surface. This section presents measurements and analysis of the Rock 'n Play sleeper that aid in understanding the hazards posed by the product.

### 8.2.1 Inclined Sleeping Surface

[**78**] One of the most important geometrical features of the Rock 'n Play sleeper is the incline angle of the sleeping surface. The inclined sleeping surface is approximately 17 inches in length, as shown in Figure 25. Due to the soft materials used to support the infant, as well as the rocking-leg design, the sleeping surface angle varies somewhat with infant size and position, as well as the ground surface.

[**79**] In order to measure this angle and obtain a representative range of incline angles, I used a digital inclinometer with a resolution of 0.1 degree. I placed the inclinometer on the inclined sleeping surface with one end of the inclinometer abutting the seat bite. This position is shown in Figure 26.

[**80**] The angle was measured 7 times on a carpeted surface and 7 times on a hard-



**Figure 26: Position of Digital Inclinometer.**

wood floor. For the first measurement in each set, the Rock 'n Play was placed in the equilibrium position of its rocking legs. Then, the next 4 measurements were made by rocking the sleeper forward or backward and releasing it. The angle value was then recorded when the rocking sleeper settled. For both the carpet and hardwood surfaces, two addition measurements were made by rocking the sleeper forward and backward as far as possible until the rocking stops on the legs inhibited further rotation. Angle measurements were recorded while holding the sleeper in these two extreme conditions. These 14 angle measurements are provided in Table 1. These measurements have a resolution of 0.1 degree and the 10 nominal-angle measurements have a standard deviation of only 0.133.

[**81**] When placed on the carpeted surface, the Rock 'n Play had an average sleeping surface incline angle of 27.1 degrees. It had a maximum angle of 33.6 degrees when rocked forward and a minimum angle of 21.4 degrees when rocked backward. When placed on the hardwood floor, the Rock 'n Play had an average sleeping surface incline angle of 27.3 degrees. It had a maximum angle of 34.7 degrees when rocked forward and a minimum angle of 23.0 degrees when rocked backward.

#### 8.2.2 Seat Bite/Foot Rest

[**82**] Another important geometrical feature of the Rock 'n Play sleeper is the upward angle of the seat bite/foot rest. The seat bite/foot rest is approximately 11 inches in length, as shown in Figure 27. The angle of the seat bite/foot rest was measured in a manner similar to the inclined sleeping surface. The results of these measurements are shown in Table 2.

[**83**] When placed on the carpeted surface, the Rock 'n Play had an average seat bite/foot rest incline angle of 40.4 degrees. It had a maximum angle of 46.7 degrees when rocked backward and a minimum angle of 34.9 degrees when rocked forward. When placed on the hardwood floor, the Rock 'n Play had an average seat bite/foot rest incline angle of 40.2

**Table 1: Rock 'n Play Sleeping Surface Angle Measurements**

| | Test No. | Angle |
|---|---|---|
| Surface - Carpet | | |
| | 1 | 27.1 |
| | 2 | 27.2 |
| | 3 | 27.0 |
| | 4 | 27.2 |
| | 5 | 27.0 |
| Max Forward | 6 | 33.6 |
| Max Backward | 7 | 21.4 |
| Surface - Hardwood | | |
| | 15 | 27.3 |
| | 16 | 27.3 |
| | 17 | 27.4 |
| | 18 | 27.3 |
| | 19 | 27.2 |
| Max Forward | 20 | 34.7 |
| Max Backward | 21 | 23.0 |

**Figure 27: Length of Seat Bite/Foot Rest**

degrees. It had a maximum angle of 45.5 degrees when rocked backward and a minimum angle of 34.5 degrees when rocked forward. These measurements have a resolution of 0.1 degree and the 10 nominal-angle measurements have a standard deviation of only 0.264.

#### 8.2.3 Side Walls

[**84**] As mentioned above, the sides walls are high and steeply inclined so that the in-

**Table 2: Rock 'n Play Seat Bite/Foot Rest Angle Measurements**

| | Test No. | Angle |
|---|---|---|
| Surface - Carpet | | |
| | 8 | 40.0 |
| | 9 | 40.1 |
| | 10 | 40.8 |
| | 11 | 40.4 |
| | 12 | 40.7 |
| Max Forward | 13 | 34.9 |
| Max Backward | 14 | 46.7 |
| Surface - Hardwood | | |
| | 22 | 40.2 |
| | 23 | 40.1 |
| | 24 | 40.2 |
| | 25 | 40.2 |
| | 26 | 40.2 |
| Max Forward | 27 | 34.5 |
| Max Backward | 28 | 45.5 |

fant does not fall out the sides. These sidewalls form another V-shaped contour that is perpendicular to the fore-aft V-shaped contour formed by the sleeping surface and seat bite/foot rest. The angles of the side walls change along the length of the sleeping surface. The side wall angles are steepest at the lowest point in the valley and decrease in slope as you move up the incline sleeping surface toward the head blocker.

[**85**] As shown above in the overview section, the side wall angles are approximately 57 degrees at the deepest part of the valley. In order to understand how the side wall slope changes along the inclined sleeping surface, side wall angle measurements were also made 5 inches and 10 inches up the inclined sleeping surface. These measurement locations were marked with 2 in-wide tape that was centered at the 5 and 10 inch locations, as shown in Figure 28. Both the left and right side walls were measured. The results of these measurements are shown in Table 3. As the measurements indicate, the walls become slightly less inclined as they extend up the incline plane, but the angle remains above 45 degrees all the way up to 10 in above the base of the valley. The mean value of these 6 measurements is 50.4 and the standard deviation is 5.4.

[**86**] The column on the right side of Table 3 provides the opening angle of the V-contour formed by the two side walls. The smaller this number becomes, the more conforming the side walls become.

### 8.2.4 Breathable Mesh Position

[**87**] The soft goods used to support the infant within the frame of the Rock 'n Play



**Figure 28: Locations of Side Wall Angle Measurements.**

**Table 3: Rock 'n Play Side Wall Angles**

| Incline Location | Left | Right | "V" Angle |
|---|---|---|---|
| 0 in (Valley Base) | 56.6 | 57.0 | 66.4 |
| 5 in (up incline) | 47.1 | 50.7 | 82.2 |
| 10 in (up incline) | 45.8 | 45.0 | 89.2 |

sleeper are composed of several different materials. Most of these materials are not breathable. However, on both side walls of the sleeper there are some small areas composed of breathable mesh materials.

**[88]** I performed measurements of the mesh locations relative to where infants' faces would be located when they rolled into a prone position. Rather than use live infants for these measurements, I positioned a doll with its knees at the intersection of the incline sleeping surface and the seat bite, as shown in Figure 29. Comparing these photographs to those of the live infants in Figure 20 reveals that the doll is only slightly smaller than the 12 lbs. infant.

**[89]** I measured the distance from the doll's mouth to the edge of the mesh materials. The regions of mesh material are labeled in Figure 29. The photographs clearly indicate that the mesh materials are relatively far from the infant's face.

**[90]** In this position, the mouth is approximately 10 inches up the incline sleeping surface. I measured in three different directions in order to obtain the shortest path. The measurements are shown in Figure 30. The minimum distance was approximately 7.5 inches.