# **EXHIBIT A**



(a)                          (b)

**Figure 29: Mesh Fabric Areas.**



(a)                 (b)                 (c)

**Figure 30: Measurements From Mouth to Mesh**

### 8.2.5    Belt Restraint

[**91**]    The belt restraint provided in the Rock 'n Play sleeper is a three-point harness. The restraint belts go around the waist and between the legs of the infant, as shown in Figure 31.

[**92**]    The distance between the restraint belt and the knees of the infant is of particular importance. If the infant's knees are moved up to the level of the belt, then the infant certainly would no longer be restrained by the belt. A second important distance that is related to the effectiveness of the restraint is from the top of the infant's head to the head blocker. This distance indicates how far the infant can push themselves up the sleeping

35



**Figure 31: Rock 'n Play Lap Belt Restraint.**



(a) Belt to Bottom of Rock 'n Play        (b) Belt to Top of Rock 'n Play

**Figure 32: Mesh Fabric Areas.**

surface incline. Movement up the incline corresponds to movement up, and out of, the belt restraint.

[**93**]    Measurements from the belt downward to the infant's feet and upward to the head blocker are shown in Figure 32. The infant's legs are bent in the photographs, so the exact distance from the belt to the knees is not apparent from the photographs. However, what is apparent from Figure 32(a) is that the distance from the belt all the way down to the bottom of the sleeper is only about 7 inches. Given that the knees are roughly half way between the belt and the sleeper bottom, the infant knees are only 3-4 inches below

36

COU_008322

the belt.[6]

[94]    Figure 32(b) shows that the distance from the top of the infant's head to the head blocker is approximately 5-6 inches. That is, the infant can raise themselves up the incline 5-6 inches before the head blocker impedes their motion.[7]

## 8.3    Analysis of Rock 'n Play Sleeper Design

[95]    The overview and detailed measurements of the Rock 'n Play sleeper discussed above, along with the descriptions of infant rolling in Section 7, provide a good basis for the detailed design analysis provided in this section. This section first provides an analysis of several features of the Rock 'n Play sleeper and then provides an overall summary of the product.

### 8.3.1    Inclined Sleeping Surface

[96]    Although the American Academy of Pediatrics (AAP) recommends that infants sleep on firm, level surfaces, the Rock 'n Play sleeper has a steeply inclined sleeping surface. The measurements provided above indicate that the Rock 'n Play has a nominal sleeping surface angle of approximately 27 degrees. Furthermore, when the sleeper rocks forward, the sleeping surface angle increases to approximately 34 degrees. These values are in reasonable agreement with deposition testimony, such as that provided by Kitty Pilarz:

> Q... So at this point, had the back angle for the Rock 'n Play not yet been chosen?
>
> A. The concept for the Rock 'n Play was always a back angle approximately 30 degrees. [Pilarz Depo. (11-9-20): 69:3-6.]
>
> Q. At any point did you change the angle of the incline on the Rock 'n Play during its development?
>
> A. I believe it was always in the neighborhood of 30 degrees. I don't know what this is referring to, what the increase is. [Pilarz Depo. (11-9-20): 97:19-23.]

---

[6]While this measurement was conducted with only one infant placed in the sleeper, the distance would be representative for a wide range of infants because the waist belt attachment points are fixed relative to the Rock 'n Play sleeper. Therefore, this distance does not change significantly with the size of the infant placed into the sleeper. It would be expected to vary only through the range of waist-to-knee distances for infants using the sleeper. Values for these upper leg distances are available in standard anthropometric data sets, such as those I mentioned in Section 2. Additionally, the methods for performing such measurements were made available in a handbook provided by the CDC in January of 2009 [20].

[7]Although this measurement was performed with only one infant, it is certainly representative of what would typically occur during expected use of the Rock 'n Play sleeper. Therefore, even though this measurement changes with infant waist-to-head length, the measurement illustrates a representative distance.

COU_008323

[**97**]     When an infant is put to sleep on such a steep incline, they will invariably be pushed down the slope by the force of gravity. This was immediately obvious to Fisher-Price, so they attempted to counteract this effect with both a steeply opposing seat bite/foot rest, as well as lap belt restraints. Both of these counteracting features developed by Fisher-Price have serious drawbacks that will be addressed below.

[**98**]     The inclined sleeping surface, on its own, poses a hazard because it allows the infant to roll more easily from supine to prone, as compared to a flat sleeping surface. The incline allows the roll to be performed with less energy because the center of gravity of the infant does not need to be elevated as high. This effect was thoroughly explained in Section 7.2. For a similar reason, the incline surface also allows the infant's head to tilt forward more easily.[8] As discussed above, it is well known that when an infant's head tilts forward, their breathing can be compromised because the esophagus can become compressed. For example, consider the following policy statement from the AAP: [21]

> Sitting devices, such as car safety seats, strollers, swings, infant carriers, and infant slings, are not recommended for routine sleep in the hospital or at home.[19-23] Infants who are younger than 4 months are particularly at risk, because they might assume positions that can create risk of suffocation or airway obstruction.[9]

[**99**]     Once the infant has rolled over into the prone position, the inclined sleeping surface poses an additional hazard. The infant may slide down the incline on their stomach and end up face down in the device with their feet sticking up in the air. Such conditions are shown in Figure 33. Given that their legs extend up into the air, the infants can no longer generate significant forces with their legs. Essentially, the infants can become trapped in the bottom of the V-shaped valley in the Rock 'n Play sleeper. I witnessed this helpless condition for two of three infants that I placed in the Rock 'n Play sleeper. I also note that this trapped-infant condition arose in the testing performed by Exponent, which will be discussed in more detail below in Section 9.2.3.

[**100**]     My analysis of this issue is consistent with other researchers. For example, it is supported by the following statements in the Mannen Report:

---

[8]"The flexed trunk and ease of head lifting during supine lying in an inclined sleep product may indicate that supine to prone rolling is achieved more easily." CPSC Supplemental Notice of Proposed Rulemaking for Infant Sleep Products (COU_001898). Also, "The flexed trunk and ease of head lifting during supine lying in an inclined sleep product may indicate that supine to prone rolling is achieved more easily."Mannen report pg. 59.

[9]The references numbered 19-23 in this quotation are reproduced here for convenience. 19. Bass JL, Bull M. Oxygen desaturation in term infants in car safety seats. Pediatrics. 2002; 110(2 pt 1):401 402. 20. Kornhauser Cerar L, Scirica CV, Stucin Gantar I, Osredkar D, Neubauer D, Kinane TB. A comparison of respiratory patterns in healthy term infants placed in car safetyseats and beds. Pediatrics. 2009;124(3). 21. Cote A, Bairam A, Deschesne M, Hatzakis G. Sudden infant deaths in sitting devices. Arch Dis Child. 2008;93(5):384 389. 22. Merchant JR, Worwa C, Porter S, Coleman JM, deRegnier RA. Respiratory instability of term and near-term healthy newborn infants in car safety seats. Pediatrics. 2001; 108(3):647 652. 23. Willett LD, Leuschen MP, Nelson LS, Nelson RM Jr. Risk of hypoventilation in premature infants in car seats. J Pediatr. 1986;109(2): 245248

COU_008324



(a)                              (b)                              (c)

**Figure 33: Trapped Face-Down in V-Shaped Bottom**

If an infant rolls within an inclined sleep product, the product design of limited horizontal space and a non-rigid concave surface makes rolling prone to supine difficult or impossible. [Mannen Report, pg. 47.]

While in theory, a product narrower than the average space required for a roll on a flat surface should reduce or eliminate the ability of an infant to roll, as evidenced in the 33 incident reports of supine to prone rolls in Section 2; other factors are at play that allow infants to roll even though the width of many of the products appear to be prohibitive. Inclined sleep products have added factors of pliancy, concavity, and inclined surfaces, all of which may reduce the horizontal space required to achieve a supine to prone roll. [Mannen Report, pg. 53.]

The differences between a crib mattress and an inclined sleep product are vast and include more space to maneuver, no fabric materials on the sides of the product, little conformity with force application, and a flat product design featuring no concavity. These main differences likely contribute to fewer $SpO_2$ incidents in the crib mattress conditions compared to the inclined sleep product conditions. [Mannen Report, pg. 55.]

### 8.3.2    Seat Bite/Foot Rest

**[101]**    The angle of the seat bite/foot rest surface impacts how forcefully the infant can push off with their feet. If the angle is steep, then it provides a secure surface for the infant to push against. On the other hand, if the surface has a small upward angle, then the infant's feet will easily slip and it will be hard to generate large forces via leg-pushing motions.

39

COU_008325

[102]    The measurements reported above show that the seat bite/foot rest has a fairly steep upward angle of approximately 40 degrees in the nominal position. Furthermore, the angle can range up to over 46 degrees when the sleeper is rocked backward. Given the 27 degree angle of the incline sleeping surface, the seat bite/foot rest platform is nominally angled about 67 degrees relative to the primary (head-to-foot) torso axis of the infant. This steep angle allows the infant to forcefully push again the platform and drive their bodies up the incline slope. Given the 27 degree incline slope, the force of gravity continually pushes downward on the infant and keeps his/her feet in solid contact with the seat bite/foot rest. This restoring force of gravity allows the infant to make repeated leg-pushing motions without losing traction. Using repeated leg motions, the infant can make incremental rotations to achieve a supine-to-prone roll. An infant does not have to make the entire roll in one forceful and well-coordinated motion. This ability of the infant to forcefully push off the seat bite/foot rest was known to Fisher-Price and resulted in them integrating the head blocker/dam at the top of the incline plane.

[103]    Given the steep downward incline of the sleeping surface in the Rock 'n Play, the counteracting effect of the steeply upward sloping seat bite/foot rest was probably a design necessity. It is hard to imagine a design without such a feature because the effect of gravity continually acts to push the infant down the sleeping surface and this needs to be offset. However, the benefit of stopping the downward slide of the infant comes with the counteracting drawback that the seat bite/foot rest allows the infant to push off the surface and drive their bodies upward and also roll into the prone position. Given the deadly nature of the prone position in the Rock 'n Play sleeper, there is no doubt that the steeply inclined seat bite/foot rest is a design defect.

### 8.3.3    Side Walls

[104]    The steep, and high, side walls act to keep the infant from falling out the sides of the Rock 'n Play sleeper. Furthermore, they do act to impede rolling motion, to some extent, at least when the infant is in the partial-tuck position with their back resting on the sleeping surface and their legs resting on the seat bite/foot rest. In this "seated" position, the infant would have great difficulty in turning because the side walls would impede the sideward rolling of their legs that would normally be used in rolling while in the tuck position. However, if the infant has pushed off the seat bite, straightened their legs to some extent, and extended their body up the incline, then the side walls do not form such a large impediment to rolling. Recall Figure 23 showed an infant rolling side-to-prone in the Rock 'n Play with somewhat extended legs.

[105]    Although the steep side walls do act as some restraint on rolling, they do not completely inhibit rolling, especially when the infant is able to push off the seat bite with their legs. Unfortunately, the effectiveness of this steep wall design at inhibiting supine-to-prone rolling is magnified when the infant ends up in the prone position. The steep sides walls actually make it quite challenging for the infant to perform a prone-to-supine roll and return back into the safer supine position.

40

COU_008326



(a)                                        (b)

**Figure 34: Infant Arms Pinned to Sides by Steep Sidewalls.**

[**106**]    The difficulty of prone-to-supine rolling in the steep valley design of the Rock n' Play sleeper can be easily explained by revisiting the way in which infants typically roll prone to supine. Recall, that this type of rolling is often accomplished by the infant performing a type of push up that raises their head and chest off the surface. Then, the infant shifts their weight to one side and rolls over to that side. The important point to consider is the first step of performing a push up motion with their arms. To accomplish that lifting motion, the infant needs to bring their hands up close to their shoulders or head. However, if they roll prone in the Rock 'n Play sleeper, then their arms can be pinned to their sides with their hands down by their waist. Examples of such arm pinning are shown in Figure 34.

[**107**]    With their arms pinned to their sides, it is extremely difficult for an infant to move or "swim" their arms forward to get their hands in proper position for the push up that would often be used for prone-to-supine rolling. Such an example case of arm swimming being blocked by the sidewalls is shown in Figure 35. This is another dangerous design defect of the Rock n' Play sleeper because with their arms trapped at their sides, the infants cannot use their arms to generate significant rolling moments.

### 8.3.4   Breathable Mesh Position

[**108**]    As discussed above, the soft goods used to support the infant within the frame of the Rock 'n Play sleeper are composed of several different materials. Most of these materials are not breathable. Therefore, if the infant's face presses into, or otherwise becomes enveloped by these materials, their breathing will be impeded.

41



**Figure 35: Arm Swimming Motion Blocked by Steep Sidewalls.**

[**109**]   Michael Steinwachs testified to the soft goods being non-breathable as follows:

> Q. So do you know what was determined – or what was done to determine if the seat back was breathable?
>
> A. Well, the seat back on the sling that holds the pad has that – holds that plastic panel. So the plastic panel certainly isn't breathable. And so I don't think there was any reason why we were need – we needed to pursue having a breathable panel on that sling pad. So I don't think we ultimately did that. [Steinwachs Depo. (1-22-21): 86:16-23.]

He verified that the subject Rock 'n Play sleeper does not have breathable materials at locations where an infant's face would be located while in a prone position:

> Q. Okay. One issue that came up related to the breathability. I think that that issue came up with Ms. Schriner's earlier questioning. And I wanted to ask you, because I wasn't clear on your answer, did the – I have the picture to show you if we – if we need to of the BHL58. But is that the deluxe model or the non-deluxe model? Do you know?
>
> A. I'm afraid that's a non-deluxe model. So I think the requirement that you were referring to is that when we had our deluxe models that had things like head supports or body supports in them, we required that those be made with breathable materials. But the basic pad that the – that the child is resting on in **the plaintiff's product does not have breathable materials on it." (emphasis added)** [Steinwachs Depo. (1-22-21): 277:2-16.]

[**110**]   This lack of breathable materials on the concave inclined sleeping surface, wherein an infant's face could be engulfed by the non-breathable material, is particularly concerning because Fisher-Price knew that the materials used for the seat back sleeping surface

42

COU_008328

should be breathable. Michael Steinwachs testified to Fisher-Price's knowledge of this hazard:

> Q. Under Action Items, the fifth one says, "Seat back and sides must be breathable." So looking at the photo that's attached, do you recall what this specific discussion was about the material needing to be breathable?
>
> A. Yeah, and I – I believe if you were to look at the picture, you can see underneath it on the sides this one did have – on the sling, this is a portion that supports the pad itself, has – it looks like a mesh material. Or maybe it didn't, but ultimately we did mesh panel on the side of the product. [Steinwachs Depo. (1-22-21): 85:20-86:5.]

[111]    Even though Fisher-Price knew that the seat back should be breathable, they chose to use breathable mesh only on small portions of the side panels. They knew that when an infant turned into the prone position their face would not be in contact with the mesh regions, rather it would it would be pressed into the non-breathable fabric of the seat back:

> Q. Did you ever put a baby in the Rock 'n Play if their face would ever contact the mesh?
>
> MS. COHEN: Objection to form.
>
> THE WITNESS: No, because the – the – the baby actually would – would be positioned on the pad, which was positioned over the mesh.
>
> BY MS. SCHRINER:
>
> Q. So if the baby were to turn prone, would be on the pad, not the mesh; correct?
>
> A. That's correct. [Steinwachs Depo. (1-22-21): 86:6-15.]

[112]    While Fisher-Price knew the seat back sleeping surface should be breathable and the small mesh areas that were used in the side panels would not be near an infant's face while in the dangerous prone position, Fisher-Price has suggested that these mesh materials somehow decrease the suffocation danger by increasing air flow and decreasing re-breathing of air by the infant. Some of these suggestions were made by Michael Steinwachs during his deposition:

> "In addition to that, we also had the sides of the sling, which the pad actually rests on, that has mesh, which helps keep airflow up. You know, helps maintain airflow through the product." [Steinwachs Depo. (11-11-20): 240:23-241:1.]
>
> "So, as I mentioned before, the openness of the design; the fact that the side panels also facilitate airflow because it's made of mesh. And, finally, the

43

pad itself is made of a very minimal thickness pad assembly with batting in the middle that is – that – that follows guidelines that are part of the standards for bassinets. And I'm not sure I can say cribs, because cribs usually have a separate type of mattress. So I'd say play yards and bassinets." [Steinwachs Depo. (11-11-20): 245: 12-20.]

[**113**]    Although Fisher-Price alludes to the side panel mesh as somehow mitigating the rebreathing hazard, the measurements that I performed and reported above in Section 8.2.4 indicate that the mesh materials are relatively far from the infant's face and would not significantly impact the airflow to an infant in the prone position.

[**114**]    Recall that the minimum distance from the mouth/nose of the doll placed face down in the Rock 'n Play was approximately 7.5 inches. If an infant's face is enveloped in the non-breathable fabric 7.5 inches away from the nearest edge of the mesh fabric, then that mesh fabric provides essentially no flow of fresh air to the infant's mouth.

[**115**]    While it is obvious from the geometry that the mesh fabric does not significantly improve air flow through fabric 7.5 inches away, I conducted breathability tests to investigate this idea put forth by Fisher-Price. I pressed my face into the Rock 'n Play sleeper at approximately 10 inches up the inclined sleeping surface. I immediately noted difficulty in breathing. Each inhalation caused the fabric to conform to my face, thereby greatly restricting airflow. Some amount of air does flow through the fabric, but it is difficult to breathe through the material. Additionally, there is a hard plastic shell positioned behind the soft goods. This plastic shell serves to further restrict air flow. At the end of a one-minute test period, my breathing was labored, I was working very hard to draw air into my lungs, and I was lightheaded.

[**116**]    I then covered the mesh areas with cardboard and tape to block any flow of air through the mesh, as shown in Figure 36. I then repeated the breathability test. I noted no difference in the difficulty in breathing. Finally, I removed the covers from the mesh and repeated the test. Once again, I found no difference in my ability to breath. All three breathability tests produced approximately the same result. If the mesh fabric somehow improved breathability of an infant in the prone position, then there should have been some notable difference in my ability to breath during these tests. The lack of difference indicates that the mesh provides no improvements to the impeded airflow and rebreathing hazard posed by the Rock 'n Play sleeper.

[**117**]    I also performed a breathability test of the mesh material used in the side walls. I pressed my face into the mesh until it conformed around my mouth and nose. I then conducted a 1-minute breathing test. The mesh had very little effect on my breathing.

[**118**]    This straightforward analysis and testing procedure could have been performed by Fisher-Price. Additionally, this result is consistent with previous research. For example, although rebreathing was not specifically tested for in Dr. Mannen's study, she did study oxygen saturation level. As rebreathing of expelled air increases, oxygen saturation level obviously decreases because the rebreathed air has less oxygen. Key results from the Mannen study that are complimentary to my findings include:

44



Figure 36: Breathability Test Setup.

When considering all crib conditions v. all inclined sleep product conditions, oxygen saturation concerns were found in 10% of crib mattress trials compared to 21% of inclined sleep product trials. In other words, **babies were more than twice as likely to experience SpO$_2$ readings of <95% while lying prone in an inclined sleep product compared to prone on a crib mattress.** The differences between a crib mattress and an inclined sleep product are vast and include more space to maneuver, no fabric materials on the sides of the product, little conformity with force application, and a flat product design featuring no concavity. These main differences likely contribute to fewer SpO$_2$ incidents in the crib mattress conditions compared to the inclined sleep product conditions. [Mannen, pg. 55.]

Although no previous research has been done regarding the impact of inclined surfaces on breathing, these results agree with previous literature looking at prone compared to supine lying on a flat surface. Galland et al. (2000) compared the response of 3-month-old infants to asphyxia in the prone vs. supine position in quiet vs. active sleep. Three-month-old infants responded to asphyxia equally well in prone vs. supine position during quiet sleep. However, during active sleep (REM equivalent in infants), 3-month-old infants had a poorer (reduced) ventilatory sensitivity to asphyxia in the prone position compared to the supine position. This suggests that 3-month-old

45

infants sleeping prone, in active sleep, would likely respond less to an as-
phyxia challenge compared to infants the same age in the supine position.
This is particularly meaningful when considering that most of the inci-
dents in the inclined sleep products occurred during naptime or overnight
sleeping, when babies were less awake and possibly even experiencing active
sleep. [Mannen, pg. 55.]

It is critical to remember that the low oxygen saturation events in this study
occurred within 60 seconds of being placed prone in each condition. There-
fore, dangerous and fatal oxygen saturation levels could be reached in ba-
bies who roll from supine to prone in an inclined sleep product in a short
amount of time. [Mannen, pg. 55.]

### 8.3.5   Belt Restraint

**[119]**   Belt restraints are not generally considered safe for use in overnight sleepers be-
cause the infant can become entangled in the belts. In fact, Fisher-Price does not include
restraints on its sleeping products, except for its inclined products. See, for example, the
deposition of Kitty Pilarz (11-9-20) [pg. 66]:

Q. Do any other sleeping products made by Fisher-Price include a restraint
    other than inclined products?

A. No.

**[120]**   Additionally, it is commonly known (and certainly known to Fisher-Price[10]) that
caregivers often do not use restraint belts when putting infants down to sleep. Therefore,
Fisher-Price could not reasonably rely on the belt restraint as an important part of the
Rock 'n Play's safety features.

**[121]**   I note that there are reports that even with the lap restraint utilized, infants
squirmed out of the restraint and rolled over.[11] A simple geometric analysis of the sleeper
explains why this is possible. The restraint crosses over the waist area of the infant and
extends between the legs of the infant, as shown above in Figure 31.[12] Given the belt passes
through the legs, the restraint will effectively stop the infant from sliding out the bottom

---

[10]See summary of in-home testing at Mattel-COU0061478-61481. See also Michael Steinwachs deposi-
tion (11-11-20) at pp. 190-230 and related exhibits 25, 26 and 27. Additionally, Fisher-Price's engineers
and safety team were aware of the numerous case histories and reports of children falling out of the prod-
uct in cases parents reported not using the restraints. Many CPSC epidemiologic reports also described
incidents where parents did not use the restraint belt.

[11]See Kitty Pilarz Deposition (1-21-21) at pp. 45-46 and Exhibit 2 (case history reports of infants ma-
neuvering out of the restraint belt).

[12]The fact that the belt passes through the legs means that it would be very difficult, or impossible, to
use on an infant that is put to sleep swaddled in a blanket or in a sleep sack. This defect in the restraint
was known to Fisher-Price through in-home testing. Additionally, there are numerous CPSC epidemiologic
reports and case histories where parents reported they were unable to use the restraint because of swad-
dling or sleep sacks. This known defect would certainly make the restraint unusable for large numbers of
users.

COU_008332

of the sleeper. However, the infant is still free to push with their legs and slide upwards toward the top of the sleeper, until they reach the head blocker.

[**122**]    The geometric design of the Rock 'n Play allows the infant to push upward and out of the belt restraint. This can be irrefutably established by using the two measurements of the belt restraint discussed above: i) the distance from the belt to the knees of the infant and ii) the distance from the top of the infant's head to the head blocker. If the infant can raise their knees up to the belt, then they certainly would no longer be restrained by the belt. The infant would be free to roll over, or even fall forward.

[**123**]    If the infant can raise themselves up the incline by 3-4 inches, then they can free their knees from the belt restraint. As shown above in Section 8.2.5, the distance from the top of the infant's head to the head blocker can be approximately 5-6 inches. That is, the infant can raise themselves up the incline 5-6 inches before the head blocker impedes their motion.[13] Combining these two measurements, it is evident that the design of the Rock 'n Play sleeper allows an infant to push up and out of the lap restraint belt. Therefore, even if the lap restraint is used, the infant can still end up in the deadly prone position with their face enveloped by the non-breathable fabric.

[**124**]    The data available to me at this time indicates that Fisher-Price did not perform this simple geometric analysis of the Rock 'n Play sleeper design that reveals the ineffectiveness of the lap restraint. However, as described above, Fisher-Price was aware that i) the restraint would not be used by many caregivers and ii) infants could push out of the lap restraint.

[**125**]    Given that the lap restraint will not be used by a very large percentage of their users, and even when it is used, the infant can push out of the restraint, we must evaluate the safety of the product without the lap restraint effects. As described above, infants placed into the Rock 'n Play sleeper without the lap restraint can certainly push off the foot rest, roll into a prone position, and become trapped in the V-shaped valley structure of the Rock 'n Play sleeper.

### 8.3.6    Compounding Hazards

[**126**]    The elements of the Rock 'n Play sleeper described above do not exist in isolation from one another. The elements can work in combination to create amplified hazards. For example, the arm-pinning effect of the Rock 'n Play sleeper side walls is especially dangerous when the infant has slid down the fore-aft V-shaped contour into the valley of the Rock n' Play sleeper. As was shown above in Section 8.2.3, the side walls get steeper and higher as the infant slides down the inclined sleeping surface. Additionally, as shown above in Figure 33, when the infant slides down into the deepest part of the valley, their feet extend up into the air and they cannot push off the seat bite/foot rest. Figure 37 shows just such a case. The infant is trapped faced down without the ability to effectively use either their arms or their legs to roll back to the supine position. They are trapped in the

47



**Figure 37: Infant Arms Blocked by Sidewalls and Legs Are Unable to Push Against the Seat Bite.**

double-V valley face down in non-breathable fabric.

[**127**]    An additional set of compounding factors is the concave V-shaped contours and the non-breathable soft goods used to construct the sleeping surface. When an infant turns into the prone position, the concave contours envelop his/her face. That hazard is amplified considerably by the fact that the fabric is non-breathable.

### 8.3.7    Overall Assessment of Rock 'n Play Design

[**128**]    The Rock 'n Play sleeper is a device that goes against well-known guidelines that infants should be put to sleep on their backs on a firm, level surface without soft materials that can engulf their faces. In addition to running counter to this best practice, the Rock 'n Play sleeper poses significant hazards that were discussed in detail above. These hazards include:

1. The sloped design of the Rock 'n Play sleeping surface makes it easier for an infant to roll over, as compared to a level sleeping surface.

2. The shape and location of the Rock 'n Play sleeper seat bite/foot rest allows the infant to generate large forces with their legs that can be used to induce a supine-to-prone roll.

3. The design of the Rock 'n Play allows an infant to push up and out of the lap restraint belt. Therefore, even if the lap restraint is used, the infant can still end up in the dangerous face-down position.

4. The double-V geometric structure of the Rock 'n Play sleeper creates a valley that can trap the infant in the dangerous face-down position.

5. The double-V geometric structure of the Rock 'n Play sleeper causes the soft goods to wrap around the infant's face and restrict breathing when they are in the prone

---

[13]I note that this distance can be a few inches greater if the infant's head tilts sideways or forward.

COU_008334

position.[14]

6. The soft good fabrics at locations where the infant's face is likely to become entrapped is non-breathable.

7. The steep side walls of the double-V geometric structure of the Rock 'n Play sleeper pin the infant's arms to their sides and inhibit the ability to move the arms around to a forward position wherein the infant could push up with their arms.

8. The double-V geometric structure of the Rock 'n Play sleeper can lead to compounding hazards wherein the surface concavity and the non-breathability of the soft goods combine to create a very dangerous suffocation hazard.

9. The double-V geometric structure of the Rock 'n Play sleeper can lead to compounding hazards wherein the sidewall V-contours inhibit arm motion, while simultaneously the fore-aft V-contours push the infant's legs up into the air so that they also lose the use of their legs for positioning.

---

[14]This opinion is also supported by the Mannen Report, wherein it was reported that babies lying prone in inclined sleepers were more than twice as likely to experience low oxygen events as babies lying prone on a flat crib.

COU_008335

# 9    Testing Performed on the Rock 'n Play Sleeper

[129]    Fisher Price performed tests on the Rock 'n Play sleeper before it was put on the market. In 2018, in response to expressed concerns by the CPSC related to incident data of infant deaths, Fisher-Price hired Exponent to perform testing in the hopes to avoid a recall. The pre-release testing should have been directed at assessing its desirability to the consumer, as well as identifying and quantifying its hazards. The post-release testing was apparently directed at understanding the potential design defects in the product. This section examines both types of testing.

## 9.1    Design Phase (Pre-Release) Testing

[130]    Design phase product testing should be targeted at the known or suspected hazards presented by the product. Additionally, well-designed pre-release testing can identify hazards that may have been overlooked in the conceptual design phase by the hazard analysis team. The design phase testing that has been disclosed to me consisted primarily of testing done on-site at Fisher Price in their Play Lab and in-home testing, wherein prototype versions of the product were loaned to volunteers to evaluate.

### 9.1.1    Play Lab Testing

[131]    The testing performed in the Play Lab was mainly directed at evaluating the usability and desirability of the Rock 'n Play sleeper. As an initial matter, these test were short-duration tests. They did not test overnight sleeping, or even long-duration naps. So, at a fundamental level, the tests were flawed because they did not test the product under intended-use conditions.

[132]    Most critically, the testing did not seek to address the hazard of infants rolling over into the prone position and the ramification of such events. Fisher-Price was aware of this hazard, yet did not address it in their testing. Joel Taft testified to Fisher-Price's knowledge of this hazard:

Q. Was Fisher-Price aware that the prone position was a potential risk for asphyxia?

A. Well, certainly it's – it's preferable to have their child placed on their back and remain on their back.

Q. Was Fisher-Price aware that the prone position presented a risk of asphyxia?

MR. COX: Objection to form.

THE WITNESS: Well, yeah, there's – we certainly recognize that there is a risk of – of a baby sleeping on – in the prone position, which is why we recommend –

BY MS. SCHRINER:

Q. Okay.

50

A. – and make sure that the product keeps a child, you know, on their back.

Q. And is one of those risks a risk of asphyxia?

A. Yes. It would be positional asphyxia would be the risk of – of being in the prone position.

[Taft Depo. (11-11-20): 72:18-73:10.]

**[133]**    As discussed above, this hazard is composed of several events and situations, each of which could have, and should have, been evaluated. First, the *ability of an infant to roll* from supine to sideways to prone should have been tested. I note that Fisher-Price hired the outside firm, Exponent, in an attempt to conduct such tests after numerous fatalities had occurred in the Rock 'n Play sleeper. This testing should have been conducted before releasing the product for sale. This roll-over testing should have been conducted without the lap restraint because it is well known that a large percentage of users will not use such restraints.[15] Even though Fisher-Price hired Exponent to conduct testing, there would have been no need for such testing if Fisher-Price had utilized an appropriate design process when developing the Rock 'n Play sleeper. A proper design process would have certainly involved analyses and tests similar to those I presented above during my evaluation of the Rock 'n Play sleeper in Section 8. I note that while my analysis is thorough, correct, and convincing, it is not complex or "cutting edge" in any way. It is simply a straightforward engineering analysis directed at well-known and well-documented hazards.

**[134]**    Second, the *ramifications of infant rolling* should have been tested by first analyzing the product performance when an infant has rolled onto their side. This case is a precursor to full rolling into a prone condition. As such, this condition was likely to occur more often than a full roll into a face-down prone position. The double-V valley design of the Rock 'n Play sleeper makes it immediately obvious that an infant rolled onto her side will have some portion of her face pressed into the soft goods of the sleeper. This will obviously lead to some restriction of well-oxygenated air. This can be evaluated by measuring the amount of the nose and mouth that are covered by the non-breathable soft goods. Tests using oxygen monitors, like the $SpO_2$ measurements in Mannen study cited above, could also have been performed. Or, the design could have been evaluated by simply having test workers place their faces in a similar condition and conduct breathability tests. If the breathability conditions in a sideways condition proved to be safe, then Fisher Price should have continued with additional testing in the fully prone face-down conditions. Any of the methods listed above for sideways positions could be used for the prone position testing.

**[135]**    Third, Fisher Price should have evaluated *an infant's ability to turn back out of the prone position*. Such tests could have been conducted quite simply by placing infants

---

[15]See summary of internal testing at Mattel-COU0061478; see also in-home test results, employee Exhibit 3 (case histories were restraint was not in use) to deposition of Kitty Pilarz (1-21-21); Mattel-COU00981 (Exhibit 5 to the deposition of Lisa Lohiser).

COU_008337

into the product in the prone position and observing their movements with and without stimuli. Of course, given the breathability issues, these test should have been conducted only for short durations, or with oxygen monitors. These tests would have undoubtedly shown that infants find it very difficult, or impossible, to roll over into a supine position once they are trapped face down in the V-Shaped valley of the Rock 'n Play sleeper. Conducting this one series of tests would have, in all likelihood, have saved numerous lives.

### 9.1.2  In-Home Testing

[**136**]    Fisher Price conducted two short-duration in-home tests immediately preceding product launch in 2009. In these two tests, they loaned out a total of approximately 56 prototypes for in-home testing that lasted approximately 2 weeks. At the end of the two-week period, the users filled out a survey questionnaire and returned it to Fisher Price. Notably, Fisher-Price did not actively seek information on the roll-over hazard, nor did they inquire if infants had wiggled free, or close to free, from the belt restraint. Therefore, this testing was not an appropriate assessment of the most significant hazards presented by the Rock 'n Play sleeper.

[**137**]    As an initial matter, this is very small amount of testing. The total amount of testing time was 56 units times two weeks. This means the testing amounted to 112 test weeks. However, a reasonable expectation, confirmed by actual sales, was that each year 500,000 units of this product would be sold. If each unit is used for 5 months (approximately 22 weeks), then the expected use per year of sales is 11 million weeks. (This ignores all of the cases where the product is loaned for use by a different infant.) The 112 weeks of testing is a tiny fraction of the 11 million weeks of use that would result from 1 year of sales. Given the great variability in infants, caregivers, and use scenarios, such a small amount of free-form testing could never reliably identify the hazards associated with the product.

[**138**]    In addition to the insufficient amount of testing, the test protocol was flawed in that it did not test for, or even ask about, known hazards. For example, the questionnaire used by Fisher Price to collect data from these tests did not ask if infants turned over, or if infants pushed off the seat bite/ foot rest. Therefore, the tests did not even seek to evaluate known hazards.

[**139**]    What Fisher Price did learn from the in-home testing is that more than 50% of the users would not always use the restraints. The participants of the in-home tests were also provided the warnings, which were likely the same warnings on the subject Rock 'n Play. Therefore, the results of the pre-production in-home testing showed that over 50% of people would not use the restraints all of the time, despite the warnings to use the restraints. Fisher-Price made no changes to the design of the Rock 'n Play in response to this data.

[**140**]    In fact, the data collected went beyond just proving that the belts would not be used, many of the users reported that the restraints were uncomfortable or the infant got into an uncomfortable position. This speaks to the cause of two important related out-

52

comes: i) the parents are less likely to use restraints that they think are uncomfortable and ii) the infant is likely to wiggle around more trying to get comfortable.

[141]    Although the questionnaire used in the in-home did not actively seek information on the ability of the infant to push off the seat bite/ foot rest, there were at least 7 comments indicating that the infants are able to push off the seat bite/foot rest. Therefore, these in-home tests informed Fisher-Price of the existence of the push-off hazard. In spite of receiving this troubling data, Fisher-Price did not modify the design of the Rock 'n Play sleeper to mitigate the hazard, instead, they released it into the stream of commerce.

## 9.2    Post-Release Testing

[142]    Throughout the production lifetime of the Rock 'n Play sleeper, Fisher-Price conducted additional testing when there was a noticeable change to the Rock 'n Play design. Furthermore, after the Rock 'n Play sleeper was released into the stream of commerce, incidents involving the product began to be reported. In order to investigate the concerns expressed in these reports, both Fisher-Price and the CPSC commissioned additional investigations into the hazards posed by the Rock 'n Play. This section will review some of these post-production testing protocols and results.

### 9.2.1    Fisher-Price Post-Release Testing

[143]    Fisher-Price's own post-production testing continued to reflect that people were often not using the belt restraint.[16] For example, Fisher-Price redesigned the plastic shell component of the inclined sleeping surface in 2012 because of mold complaints. After completing the redesign, five Fisher-Price employees tested the Rock 'n Play in their homes. These employees were asked how often they used the belt restraint system. Four of the five employees reported that they never used the belt, or only used it some of time. Although this is a small sample size, it is very telling that 80% of Fisher-Price's employees reported not always using the belt restraint. This testing was performed two years before the death of Zoey Olson.

[144]    Additionally, the case histories, which reflected real-world usage of the Rock 'n Play, alerted Fisher-Price to the fact that caregivers were not using the restraints.[17] The case histories also alerted Fisher-Price to the fact that the Rock 'n Play sleeper was commonly being used for infants over 5 months of age. They also revealed that both belted and unbelted infants were continuously getting out of position.[18] The case histories also revealed that many infants were pushing on the seat bite and falling out of the Rock 'n Play, or turning themselves prone or semi-prone. These case histories provided Fisher-Price notice that the design of the Rock 'n Play was failing to keep infants in the face-up position, and that infants were rolling into the dangerous prone and semi-prone positions.

---

[16]See e.g., Mattel-COU00981; Mattel-COU0061478.
[17]See e.g., Exhibit 2 to Kitty Pilarz Depo. (1-21-21).
[18]See e.g., Exhibit 3 to Kitty Pilarz Depo. (1-21-21).

COU_008339

Given that Fisher-Price purposely designed the Rock 'n Play to inhibit infant rolling, they certainly knew that it would be very difficult for such infants to roll back into the correct supine position. Fisher-Price made no design changes to the Rock 'n Play in response to the notice provided by this data, nor did they issue any warnings.

[145]    Fisher-Price's employees were aware of the case history data. They analyzed the data and summarized it at various instances throughout the production lifetime of the Rock 'n Play product. For example, in February 2014, Joel Taft summarized incidents of infants coming out of the belt restraint, and babies coming "out of position." His email to Kitty Pilarz providing the summary starts with "Here is the Rock 'N Play out of position/fall out data. There are more fall-out reports than I remembered." The data summary he provided included the following:[19]

> There are a total of 47 reports of children out of position involving the various SKUs of the Rock 'n Play Sleeper.
>
> 1,195,938 units have been shipped to the US and Canada.  This gives a rate of complaint of **0.004%**.
>
> The data breaks down as follows:
>
> 21 reports of children falling out of the product
> 8 reports of children "sinking down" in the product
> 7 reports of children "pushing themselves upwards towards the top of the seat"
> 5 reports of children out of position "to the side" of the product
> 4 reports of children "rolling over" in the product
> 2 reports of children "sitting upright" in the product
>
> The 21 reports which state that the child fell out of the product can be further broken down as follows:
>
> 7 consumers stated that their <span style="color:red">restrained</span> children fell out of the product **while unattended**.  The ages of the children in these reports are:
>     4 months
>     5 months
>     6 months (2)
>     7 months (2)
>     9 months
>
> 6 consumers stated their children **sat up or leaned forward** and **fell out of the front** of the product.  The ages of the children in these reports are:
>     4 months – unknown if restrained
>     5 months – restrained
>     7 months (3) – all three children were restrained
>     8 months – restrained
>
> 3 consumers stated their children **pushed themselves up** and **over the back/top** of the product.  The ages of the children in these reports are:
>     4 months – restrained
>     6 months – unknown if restrained
>     7 months – restrained

---

[19]Provided in Mattel-COU0046998-9

2 consumers stated their children fell out of the product **while** <span style="color:red">**unrestrained**</span>. The ages of the children in these reports are:

> 4 months
> 6 months

2 consumers stated their children fell out **over the side** of the product. The ages of the children in these reports are:

> 5 months <span style="color:red">– restrained</span>
> 8 months <span style="color:red">– unknown if restrained</span>

1 consumer **did not provide any details** other than their child fell out of the product. The child was 9 months old. <span style="color:red">It is unknown whether or not the child was restrained.</span>

There are 11 reports of minor injuries consisting of bumps, bruises, red marks, scratches and a nosebleed, as well as one report of a child diagnosed with a concussion.

[**146**]    In October of 2015, Mr. Taft reviewed the data again and updated his colleagues with the continuing trend of deaths and incidents of infants coming out of position. His updated summary included:[20]

Fatalities (4)

- Report received 12/7/12 (unknown Product number) – <span style="color:red">IDI# 130103CCC1391</span> – 15-week-old child died while sleeping in the R&P Sleeper in Sept 2011. No cause of death was found during the autopsy and it was ruled as SIDS.
- Report received 6/19/13 (R6070)  - E-mail from Wal-Mart report where a grandmother mentioned that this product caused the death of infant. There is no other information and we were never able to speak with this consumer.
- Report received 5/21/15 (BBK20) - <span style="color:red">IDI# 150325CCC2437</span> – 6-month-old child was placed in product with blankets under and over him. Child found face down in the blanket. The official cause of death was position/compression asphyxia.
- <span style="color:blue">Report received 10/5/15 (unknown product number) – Civil claim filed for an incident which occurred in Texas on or about 10/19/13. Child was found in the product not breathing – cause identified as asphyxia.</span>

Potential Suffocation (5)

- Report received 10/25/12 (V9197) – 2-month-old child stopped breathing while sleeping in the product. Consumer stated that due to the slant of the product, his head was positioned in his chest at the time. The sleeper was near her bed and she did not hear him breathing so she picked him up right away and he started breathing again. She took him to the doctor the next day and we was put on an apnea machine for 4-6 weeks with no further issues.
- Report received 7/17/13 (X7036) – 1-month-old child stopped breathing while sleeping in the product. Mother picked him up, woke him up and he started breathing. She contacted the doctor and child was place on a sleep apnea monitor. The following night, the alarm sounded signaling that

---

[20]Exhibit 12 to Joel Taft Deposition (Mattel-COU0048954).

COU_008341

he had stopped breathing. Again she picked him up, woke him and he started breathing. She stopped using the sleeper.

- Report received 7/28/14 (V9197) – IDI# 140819CCC1871 – 1-month-old child was found lifeless and blue with his face against the side of the product. The mother picked him up, shook him and then hit him on his bottom. The child then made a gasping sound and started breathing again. Child was taken to the hospital for testing and observation. Sleep apnea tests were negative – doctor believes his airway was crimped. Child was sent home with an apnea monitor to be used for the next month.
- Report received 10/14/14 (V9197) – Child turns his head to the side and slips his hand under the bunny headrest and smothers his face with it. Child was found with his face under the bunny headrest and was having a hard time breathing.
- Report received 4/27/15 (V9196) – 4-month-old child turned blue while in the product.

Out of Position (30 reports) – Usually consists of maneuvering out of the restraints, twisting around or pushing up the back. Several younger infants (0-2 months) slid down to bottom of product in fetal position. There are no reports of the out of position situation causing the child to be compromised.

Falls out of Product (30 reports) – Usually involves older infants who should be out of the product. Known ages – 4 months (4), 5 months (3), 6 months (8), 7 months (8), 8 months (3), 9 months (2), 13 months (1)

[**147**]    In August of 2018, Fisher-Price provided a summary of the testing, and admitted to a lack of testing, in response to specific questions from the CPSC, as reproduced below:[21]

1.    Has Fisher Price conducted any biomechanical analyses of infants in the product, including mechanical strength and respiration analyses of infants in the prone or side positions? If so, please provide any such testing or analyses.

***ANSWER:*** *Fisher-Price has not conducted testing as described above.*

2.    Has Fisher Price conducted any testing or other analyses concerning infants rolling from the prone or side positions to the supine position in the product? If so, please provide any such testing or analyses.

a.    Has Fisher Price conducted any testing or analyses to determine whether infants in the prone position can self-correct to avoid injury? If so, please provide any such testing or analyses.

***ANSWER:*** *Fisher-Price has not conducted testing as described above. Exponent Inc. conducted a pilot study that was discussed during the April 6, 2018 meeting at CPSC which showed that infants who had developed sufficient gross motor skills to eventually roll from supine to prone in the Rock 'N Play Sleeper also had sufficient gross motor skills to maneuver their heads and bodies to avoid any harmful position after they rolled over. The results of the study were discussed in the in-person meeting and in our letter of June 15, 2018 summarizing this meeting.*

---

[21]See Mattel-COU0017994-97.

COU_008342

*Exponent conducted an additional study between April 30, 2018 and May 4, 2018 to observe infant rolling behavior while in a crib and in the Rock 'N Play Sleeper. The conclusion from the study was that infants who can roll in the Rock 'N Play possessed the coordination to maneuver out of any potential harmless resting position by repositioning their head or body. The results of this study were presented in a conference call June 8, 2018 and in our letter of June 15, 2018.*

3.    Has Fisher Price conducted any testing or other analyses to determine whether the side constraints play a role in impeding an infant's ability to self-correct to avoid injury when in the prone position, or roll from the prone or side positions to the supine position? If so, please provide any such testing or analyses.

**ANSWER:**    *Fisher-Price has not conducted testing as described above. The study conducted by Exponent from April 30, 2018 to May 4, 2018 described above concluded that rolling behaviors are more easily expressed in the crib that in the Rock 'N Play. Only infants who exhibited advanced rolling behavior in the crib rolled in the Rock 'N Play. The Rock 'N Play impeded rolling from supine to prone, and must be overcome by an unrestrained infant through a coordinated set of behaviors. Infants who could roll from supine to prone in the Rock 'N Play possessed the coordination to maneuver out of any potentially harmful resting positions by repositioning their head or body.*

5.    Has Fisher Price conducted any testing or other analyses to determine whether sleep stages/fatigue can impact an infant's ability to self-correct to avoid injury when in the prone position, or roll from prone or side to supine after rolling from supine to prone or side? If so, please provide any such testing or analyses.

**ANSWER:** *Fisher-Price has not conducted testing as described above.*

6.    Exponent's parent survey did not address the use of restraints and soft goods with the product. Has the Firm conducted any studies or analyses related to the use of restraints and/or the introduction of soft goods into the product? If so, please provide any such studies or analyses.

**ANSWER:** *Fisher-Price has not conducted any studies on the use of restraints or the introduction of soft goods into the product.*

8.    Has Fisher Price conducted any testing or other analyses to determine that the incline angle of the product is safe for extended or overnight sleep? If so, please provide any such testing or analyses. If not, please explain how the incline angle was chosen for the product.

**ANSWER:**    *Fisher-Price evaluated the product concept in our child research department and performed in home testing during the product development process. The incline angle initially was chosen by the product designer. The product was developed to provide comfortable sleep position for babies who prefer an incline. The designer is a mother whose baby had acid reflux. He had trouble breathing, lots of coughing, and it was worse any time he had a cold or congestion. Her doctors would tell her to elevate his bed, it will help him breathe. She searched for a product, but could find nothing with an incline. She developed the Rock 'N Play Sleeper as a result. Please note, however, that Fisher-Price does not promote the product to address reflux or congestion.*

*During the product development process we had a number of meetings with a medical doctor who reviewed the concept, and the inclined sleep angle. He informed us that up*

COU_008343

> *to a 30 degree angle was appropriate and that pediatricians recommend babies with reflux sleep at 30 degrees.*

**[148]**    The answers to the CPSC's questions confirm there was deficient testing and evaluation during both the initial and continued design process used to produce the Rock 'n Play product.

### 9.2.2   The Mannen Report

**[149]**    The CPSC commissioned the testing conducted by Dr. Mannen that has been cited to at various points in this report. Those tests differ from my analysis, but are very complimentary. The Mannen report presents an analysis of case studies that clearly indicate inclined sleepers present roll-over and suffocation hazards. Additionally, the Mannen report describes tests on live infants that measured muscle activity and oxygen levels.

**[150]**    Many of the incidents called out in the Mannen report are situations that can be explained by the analysis that I provided earlier in this report. For example, one incident is described as:[22]

> In the incident where the infant was reportedly initially buckled, it was noted that the caregiver found the infant with the feet in the seat portion of the inclined sleep product, in a "standing" type of prone-lying position within the product.

Recall that my analysis above indicated that infants could push up and out of the restraint belt if the head blocker did not limit the infant motion up the incline to an amount less that the distance required to lift the knees up and out of the belt restraint. Additionally, an infant would not need to completely free themselves from the belt restraint to roll into a "standing" type of prone-lying position. The infant would only need to raise their hips up above the belt so that they could turn their head and core into a prone position.

**[151]**    The supine-to-prone rolling movement of this event can be explained by the infant pushing off the seat bite/foot rest with unequal leg forces, thereby generating a rolling moment. The infant could have generated additional rolling moment with core contractions, arm movements, and head tilting. Such a progression of actions and the resulting *"standing" type of prone-lying position* was shown above in Figure 23. That sequence of photographs has been reproduced here in Figure 38 for convenience.

**[152]**    Another set of incidents discussed in the Mannen report are cases wherein the infant experiences supine-to-prone rolling for the first time in an inclined sleeper.[23]

> ...many of the reports include statements that the parents had never observed the infant roll on his/her own. It is likely that if an infant experiences a supine to prone roll for the first time in an inclined sleep product, that the baby is put in a position he/she has never before experienced: prone in a non-rigid, concave, and/or heavily padded inclined sleep product.

---

[22]Mannen Report, pg.7
[23]Mannen Report, pg.8



(a)                          (b)                          (c)

**Figure 38: Movements Resulting in a *"Standing" Type of Prone-Lying Position.***

These cases are explained by the analysis provided above in Section 7.2. That analysis proves that rolling on an incline plane is easier than rolling on a flat surface because the cg of the rolling infant does not need to be elevated as high. Additionally, Section 8.3.2 explains how the seat bite/foot rest of the Rock 'n Play sleeper provides a firm, nearly perpendicular surface for the infant to push against with their feet. As the infant pushes with their feet, they are driven up the incline plane. However, gravity continually acts to push the infant downward, so their feet remain in firm contact with the seat bite/foot rest. A flat sleeper does not have a corresponding structure that provides such a stable surface for infants to push off against with their feet.

[153]    The Mannen report also comments on how the geometrical design of the Rock 'n Play inhibits an infant from rolling out of the prone position and back to the safety of the supine position:[24]

> If an infant rolls within an inclined sleep product, the product design of limited horizontal space and a non-rigid concave surface makes rolling prone to supine difficult or impossible.

Although the Mannen report only refers generally to the space and surface properties, the analysis provided above in Section 8.3 clearly explains how the geometry of the Rock 'n Play sleeper inhibits prone-to-supine rolling via its steep side walls and deep double-V valley contours.

---

[24]Mannen Report, pg.47

COU_008345

Some of the key findings provided in the Mannen report align quite closely with the results of my analysis. For example, the report states:[25]

> Prone lying in the inclined sleep product puts infants at higher risk of suffocation as evidenced by oxygen saturation results.

> Some evidence was found that supports the idea that the inclined sleep products allow the babies to roll more easily from supine to prone. The flexed trunk and ease of head lifting during supine lying in an inclined sleep product may indicate that supine to prone rolling is achieved more easily.

> If an infant rolls from supine to prone in an inclined sleep product, it is likely the first time the baby has experienced the position of lying prone within an inclined sleep product and the demands the position requires of the muscles.

### 9.2.3   Testing Performed by Exponent

[154]    In an apparent effort to stave off a recall of the Rock 'n Play sleeper, Fisher-Price hired Exponent, Inc. in 2018 to conduct tests that compared rolling of infants in flat cribs to rolling in the Rock 'n Play sleeper. Fisher-Price used the results of these test to try and convince the CPSC that the Rock 'n Play sleeper was safe and was not the root cause of the large number of incident reports associated with the product.

[155]    This testing performed by Exponent was seriously flawed and the results were grossly misrepresented to the CPSC.

[156]    I reviewed some of the videos of the Exponent roll testing and very quickly identified the flawed nature of the testing. The test protocol places infants in both flat cribs and in the Rock 'n Play sleeper. Toys are then used to motivate the infants in an attempt to get them to roll supine-to-prone. The toys are placed in front of the infant to get their attention. Then, the toys are moved progressive farther to the side so that the infant turns his/her head and follows the toy with their eyes. As the toy is moved to lower and lower attitudes, the infant eventually has to start turning their body in order to follow the toy. If the infant is able to follow the toy through a long enough path, they will eventually perform a supine-to-prone roll.

[157]    The flaws in this protocol can be explained by examining the footage contained in Mattel-COU0023498_CONFIDENTIAL.mp4. The video footage shows infants performing full supine-to-prone rolls in the flat crib, but only partial rolls in the Rock 'n Play sleeper. This is one of the results Fisher-Price points to as justification that the Rock 'n Play is somehow safer than a flat crib. However, the toys used to motivate the infants while in the Rock 'n Play are only lowered to an attitude angle corresponding to a partial turn. Therefore, the infants are not motivated to perform a full supine-to-prone roll. The infants' views of the motivating toys stop at only a partial turn, so of course, the infants do not continue on to a full turn. This limited attitude angle of the motivating toy

---

[25]Mannen Report, pg.59

COU_008346



**Figure 39: The Toy Used in the Rock 'n Play Tests is Lowered Only Far Enough to Motivate a Partial Turn.**



**Figure 40: The Motivating Toy Used in the Crib Tests is Rotated and Lowered More Than in the Rock 'n Play Tests.**

is shown in the screenshots displayed in Figure 39. Note that if the toys were lowered further, then the infants would lose sight of them behind the edge of the Rock 'n Play sleeper.

[158]    In the corresponding tests in the flat crib, the motivating toy is moved through a much longer, and lower attitude, path. In fact, the toy is brought completely around to directly in front of the infants and placed on the mattress surface to get them to complete a full turn, as shown in Figure 40.

[159]    This flaw in the test protocol, wherein the infant is stimulated differently in the two sleeping environments, occurs throughout the testing. There is a simple explanation for this error - it would be very difficult for the experimenters to give the same stimuli to the infants in the crib and to those in the Rock 'n Play sleeper because the geometry of

61

the two environments is very different. Given the steep-walled double-V valley design of the Rock 'n Play, the toy is hidden from the infant's view if it is moved past the edge of the Rock 'n Play side wall or head blocker in an effort to encourage a complete roll. The Rock 'n Play would need to be made of see-through material in order to approximate the same input stimuli as in the crib. This effect of the partial stimulus movement leading to a partial turn is readily apparent in the testing located at approximately 6:25 of the video.

[**160**]    This is a classic case of an experimental flaw wherein different inputs (stimuli) are given for each of the two products being tested. Then, the experimenters attempt to draw a conclusion about the differences in the products based on the differences in the results. Put simply, without using the same inputs, meaningful comparisons between the two products cannot be drawn from the results. However, one could make a credible argument that the stimuli given to the infants in the Rock 'n Play encourages them to perform ONLY a partial turn, and the testing protocol actually discourages them from making a full turn because the infants want to stop at a partial turn to keep focused on the stimuli.

[**161**]    The tests in this video do provide a useful demonstration that the geometry of the Rock 'n Play sleeper allows the infant to forcefully use their legs to power supine-to-prone rolling. The video footage shows that to initiate a roll in the Rock 'n Play, infants push off the seat bite/foot rest. No such ledge exists in the flat crib. So, this footage demonstrates a design defect that gives the infant greater opportunity and leverage to initiate a supine-to-prone turn.

[**162**]    It is somewhat understandable that the experimenters created and executed such a flawed and misleading test protocol. The differences in the geometries between the crib and the Rock 'n Play sleeper are so vast that it would have been nearly impossible to provide similar motivation to the infants. However, this video provides footage of test results that I cannot reconcile with the information that Exponent provided to the CPSC. That is, the video footage blatantly contradicts what Exponent told the CPSC.

[**163**]    As an initial matter, a presentation of the Exponent testing was given to the CPSC on June 8, 2018.[26] That presentation concluded with this statement:

- **Infants who can roll in the Rock 'n Play possess the coordination to maneuver out of any potentially harmful resting positions by repositioning their head or body**

This conclusion is blatantly contradicted by the video footage occurring between 11:35-15:27 of this video (Mattel-COU0023498_CONFIDENTIAL.mp4). At the 11:35 mark of this video, the test infant rolls into a prone position. At that point, the infant's left arm is pinned down by their side and cannot be used to power a roll back to the supine position - which is consistent with my analysis of the arm-pinning nature of the design. The experimenters desperately try to motivate the infant to roll back to the supine position. However, the struggling infant is trapped in the double-V valley of the Rock 'n Play sleeper and cannot roll back. What is noticeable, and another consistency with my analysis, is the way the prone infant's legs are bent backward by the seat bite/foot rest into a posi-

---

[26]Mattel-COU0018571 (CPSC Case file (6/15/18).

tion that makes it very difficult for the infant to use their legs to power a roll back to the safety of the supine position. After letting the infant struggle for nearly 4 minutes, the experimenters intervene and remove the infant from the valley of the Rock 'n Play sleeper.

[**164**]    This footage clearly demonstrates that an infant that can roll supine-to-prone in the Rock 'n Play sleeper may not have the skill and strength to roll back to the supine position. In fact, the video shows an infant struggling very hard to roll back over to the supine position and not being able to make the turn. This video footage indicates that the CPSC was seriously mislead by the presentation on June 8, 2018 that summarized the Exponent testing. Additionally, the presentation relied on the results from the flawed test protocol to claim that supine-to-prone rolling behaviors are more easily expressed in a crib than in the Rock 'n Play. Finally, the presentation implies that the (flawed) results showing infants only partially roll in the Rock 'n Play sleeper makes it somehow safer than a flat crib. However, this interpretation completely ignores the fact that a partial roll in a Rock 'n Play can lead to the infant's face being pressed into the side wall fabric. Therefore, a partial roll in a Rock 'n Play sleeper is more hazardous than a full roll in a flat crib. In short, the conclusions of that presentation were unjustified, misleading, and blatantly deceptive.

# 10    Similar Related Incidents

[**165**]    The CPSC epidemiological reports, case histories and matter details reports of incidents involving the Rock 'n Play sleeper support my results that indicate infants, once prone or semi-prone, can become trapped with their faces against the padding of the product. There are numerous similar incident reports of infants who were placed in the Rock 'n Play sleeper in a face up position by the caregiver, but found unresponsive in the prone position or semi-prone position. See e.g., filed cases Torres, Overton, Harris and Weigland; see also e.g., CPSC epidemiologic reports, case history reports and matter details reports bates: Mattel-COU0000375, Mattel-COU0002056, Mattel-COU0000377, Mattel-Cou0002291, Mattel-COU00026241, Mattel-COU0003066, Mattel-Cou0002394, Mattel-COU0002417, Mattel-COU0002313, Mattel-COU0002366, Mattel-COU002371, Mattel-COU0002389, Mattel-Cou0002481, CPSC Epidemiologic Incident Report: Task number: 181024CBB1052, Mattel-COU0002610, Mattel-COU0027425, Mattel-COU0026955, Mattel-Cou0026961, Mattel-COU0027054, Mattel-Cou0025742, Mattel-COU-1026954, Mattel-Cou00025742, Mattel-COU0026528, Mattel-COU0026227, Mattel-COU-1027217, Mattel-COU0026129, Mattel-COU0026324, Mattel-COU0026327, Mattel-COU0026143, Mattel-Cou0027003, Mattel-COU0027001, Mattel-Cou0027109, Mattel-COU0026334, Mattel-COU0026336, Mattel-COU-1027266, Mattel-COU0026149, Mattel-COU0026154, Mattel-COU0027016, Mattel-COU0043374, mattel-COU00271033, Mattel-COU0442356, (Mattel-COU0442473)See also Mannen report at pp. 4-9.

[**166**]    The structural design of the Rock 'n Play sleeper is consistent across all of these incidents, although there may be some soft goods or cosmetic differences. This consistency was confirmed by Michael Steinwachs:

THE WITNESS: Well, I guess the best way to answer that is that all of the – all of the Rock 'n Play sleepers were basically the same product. The differences were that they may have had additional features added onto them. Or they may have been different fashion variation, but essentially they were all the same Rock 'n Play Sleeper. For example, they had the same seat back components, they had the same frame, and – and so on.

BY MS. SCHRINER:

Q. So the – whatever changes that were made had more to do with either cosmetics or additional features, such as music or vibration or rocking –

MS. COHEN: Objection to form.

BY MS. SCHRINER:

Q. – on the rocker?

A. That's correct. And fashions. There was some versions that had components what we call body supports or head supports that would have been a different – or would have been a different or more unique or a unique project number. [Steinwachs Depo. (11-11-20): 43:2-21.]

[**167**]    The incidents involving infants coming out of position also reveal that the design of the Rock 'n Play sleeper did not restrict infants to a supine position. Infants were able to turn, to roll prone, and to even roll out of the product. These instances occurred both when the infants were belted and unbelted. See e.g., Exhibits 2 and 3 to the deposition of Kitty Pilarz, January 21, 2021. These incidents also reveal that Fisher-Price knew that infants were able to maneuver out of the face-up position, and into the prone and semi-prone position. Unfortunately, Fisher-Price made no design changes or issued no warnings to address the hazards brought to light by these incidents.

64

# 11    Flaws in the Design Process Used by Fisher-Price

[**168**]    The defective nature of products can often be traced back to the design process used during their development. If flawed design methods are used, or a proper hazard analyses is not performed, then defects can go undetected, unaddressed, or underestimated. These defects are then released into the stream of commerce and the customers are left to discover and report the defects. This is certainly the case for the Rock 'n Play sleeper and the root causes of the Rock 'n Play's defective design can be traced to flaws in its design process.

[**169**]    Fisher-Price knew it was a hazard for infants to be face down in a sleeping product. They knew that the risk of this hazard was amplified by concave surfaces and soft goods that conformed to an infant's face and restricted airflow - both properties clearly present in the Rock 'n Play sleeper. However, Fisher-Price did not test its product to determine whether infants could roll over in the Rock 'n Play prior to Fisher-Price starting production and sales of the device.

[**170**]    Furthermore, the development group did not even discuss what would happen to an infant that rolled over onto his/her face, or whether the infant would be able to roll back. This is a particularly glaring flaw in the design process because any engineer witnessing an infant placed face down in the Rock 'n Play sleeper would almost certainly recognize the dangerous nature of the hazard. This hazard was blatantly obvious to me when I watched the Exponent test videos and when I personally observed infants lying face down in the Rock 'n Play sleeper.

[**171**]    The entire development team knew that the in-home tests showed more than 50% of the caregivers would not use the belt restraints before the Rock 'n Play went into production. However, they do not recall ever discussing the fact that caregivers may not use the belts. Given this information, the development team should have designed and tested the sleeper without the use of the belt restraint because that is the way that the product was certainly going to be used by a large number of caregivers. However, Michael Steinwachs testified that Fisher-Price did not test the product without the restraints:[27]

> Q. And my understanding of your prior testimony is you don't recall at any point during the development of the Rock 'n Play testing babies without the restraints?
>
> MS. COHEN: Objection to form.
>
> THE WITNESS: I don't recall not having restraints, but that doesn't mean some very, very early models that maybe we did internal testing didn't have any. But I – for the – for – for my – from my memory, every model that we made had a restraint.
>
> BY MS. SCHRINER:
>
> Q. And I understand that all the models had a restraint, but I'm talking about testing where – where the restraint was not used to put the baby into the

---

[27]Steinwachs Depo. (11-11-20): 64:19-65:9.

> Rock 'n Play and not buckle the restraint to see how the baby moved with-
> out the restraint.

A. I don't remember such a test.

**[172]**    In terms of testing to determine whether rebreathing could occur, Joel Taft could only remember that he "never considered it to be an issue." Mr. Taft also testified that the padding of the subject Rock 'n Play would not have been tested to the air permeability QSOP, as the QSOP only related to the Deluxe version.[28] Mr. Taft further testified that a test result performed by the "Asia lab," referred to as MOA, did exist, but that he and Michael Steinwachs disagreed with the results.[29] Being presented with such a result, but dismissing it without a thorough investigation and explanation, is a type of design process flaw that can lead to dangerous outcomes.

## 11.1    Risk Assessment

**[173]**    As is readily apparent from the discussion above, Fisher-Price did not perform a thorough and rigorous risk assessment. Rather, the evidence that I have indicates that they performed ad-hoc user testing, ignored test results, and only obtained a cursory examination of the product by Dr. Deegear. For example, Joel Taft testified:[30]

Q. ...Do you know if Fisher-Price ever sought to determine the probability of harm against the severity of harm for any identified hazards?

A. I don't know that a formal risk assessment was performed, but certainly with all the in-home testing and evaluations that we performed, I mean, that's all part of the whole process of, you know, establishing the product is safe for use, in addition to consulting with Dr. Deegear.

**[174]**    Risk assessment requires developing a complete list of factors that involve risk. Then, the probability of those factors arising during use, and the severity of those risk factors, must be estimated. The probability and severity are combined to assess the risks posed by the product design and its use in foreseeable conditions, including conditions of mis-use. This is a well-known process that is used throughout the engineering world. For example, a commonly used process for this design activity is Failure Modes and Effects Analysis (FMEA). The lack of a FMEA, or similar, hazard analysis is a clear flaw in the design process of a product that poses deadly hazards.

## 11.2    Testing During the Design Process

**[175]**    The testing performed by Fisher-Price during the design process was described above in Section 9.1.2. Performing testing during the design process is a useful method for

---

[28]See Taft deposition, pp. 239-241.
[29]See Taft deposition. pp. 232-235.
[30]Taft Depo. (11-12-21), 91:8-19.

COU_008352

both improving the overall design of a product and evaluating the hazards posed by the product. However, as discussed above, Fisher-Price failed to test important design features of the Rock 'n Play during its design process. Those testing failures represent a significant flaw in the design process that Fisher-Price utilized in the development of the Rock 'n Play sleeper. Highlights of those testing failures are described in this section because they demonstrate flaws in the design process.

[**176**]    The ad-hoc testing was performed by Fisher-Price without rigorously assessing the well-known deadly risk of prone-infant suffocation. The lack of assessment or testing for this hazard is particularly disturbing because Fisher-Price was well aware of this hazard. For example, Kitty Pilarz testified as follows:[31]

> Q...What about if the baby is on their side and unrestrained? Is the Rock 'n Play still a safe product?

> MS. COHEN: Objection to form.

> THE WITNESS: If the baby's unrestrained, regardless of what position the baby's in, I have concern that, you know, the baby could – could find a position that's – that's unsafe.

> BY MS. SCHRINER:

> Q. A position that could cause positional asphyxia?

> MS. COHEN: Objection to form.

> THE WITNESS: I'm – I'm just trying to think of a position that – that would be positional asphyxia. I suppose there's positions that a baby could get into such that he could no longer – longer move his head freely. It's hard for me to picture that right now, but I suppose it's possible.

[**177**]    The design process should have had a primary focus on mitigating the prone-infant hazard. No such focus has been disclosed to me. In fact, the information at my disposal indicates something like a purposeful avoidance of this issue during the design process.

[**178**]    Throughout the design process, Fisher-Price was relying on a belt restraint to mitigate the hazards of infants getting out of a proper sleeping position and into a configuration that could lead to death. Belt restraints are generally not used in infant sleepers due to their known strangulation hazards. Therefore, Fisher-Price was using a unique design element that they knew posed hazards. In such cases, the design element must be rigorously evaluated and tested because there is not a proven track record of the feature being safe and effective. Unfortunately, such a design evaluation was not performed by Fisher-Price. Moreover, Fisher-Price did not quantitatively test the ability of the infant to push off the seat bite/foot rest and free themselves from the restraint. They did not even perform the straightforward measurements of the distances that I used in Section 8.3.5 to prove that infants certainly have enough room to push up and out of the belt restraint.

---

[31]Pilarz Depo. (1-21-21): 28:10-25.

COU_008353

[**179**]    There are numerous other concerns that would normally have been addressed, tested, and mitigated via a proper design process. For example, Fisher-Price did not test the degree to which the head blocker can cause the infant's head to tilt forward. As discussed above head tilting can lead to compromised breathing. Fisher-Price did not test for the ability of infants to push against the side walls and maneuver out of position. Fisher-Price did not test how the side walls might conform to a semi-prone infant. There is a very long list of untested potential hazards because Fisher-Price never bothered to create an exhaustive list of hazards, as would normally be done in a formal risk assessment.

[**180**]    Given the long list of unaddressed hazards, it is not reasonable for me to thoroughly discuss each neglected issue. However, the subsections below provide more detailed discussion of a few of the significant issues neglected during Fisher-Price's design of the Rock 'n Play sleeper.

### 11.2.1    Prone-Infant Suffocation

[**181**]    Any infant sleep product poses some, hopefully very small, level of suffocation hazard. The suffocation hazard is known to be exacerbated by straps and cords that can get wrapped around the infant's head and neck, as well as soft materials that can wrap around the infant's face and cut off the flow of well-oxygenated air. The information I have available to me at this point indicates that Fisher-Price did not test for neck entanglement with the lap restraint belts. (I note that the three-point lap harness has multiple belts.)

[**182**]    Fisher-Price also did not test for suffocation hazards posed by the soft materials used in the Rock 'n Play sleeper. When an infant gets into the prone or semi-prone position, the soft materials of the Rock 'n Play sleeper wrap around the infant's face and restrict the flow of well-oxygenated air. Such a condition leads to the "rebreathing" hazard that has been discussed numerous times in the depositions for this matter. Even though this suffocation hazard was well-known to Fisher-Price, they did not test for this effect during the design process.

[**183**]    It is not difficult to test for the rebreathing effect. For example, I simply pressed my face into the Rock 'n Play sleeper and tried to breath for 1 minute. That simple test irrefutably proved that it is difficult to breath while face-down in the Rock 'n Play sleeper. Further tests could have included infants placed in the prone position, in various positions within the Rock 'n Play. The degree to which their mouths and noses were obstructed could have been ascertained with visual inspection and photographs. If their mouths and noses are largely, or completely, blocked, then there is obviously a design defect. The oxygen intake of the infant could also have been measured, as was tested by Dr. Mannen's team. Finally, the CAD files of the Rock 'n Play sleeper could have been used in conjunction with a simple model of an infant head to perform a fluid dynamic simulation that could indicate the amount of rebreathing that would occur. The capabilities of performing such fluid dynamic simulations are built into commonly-used CAD software packages. Any of these tests were within the capabilities of engineers with ordinary skill in the art

68

working in product development during the 2008-2009 timeframe.

## 11.2.2  Belt Restraint

[**184**]    As discussed above, Fisher-Price knew that the belt restraint would not be used by a large percentage of the caregivers.  For example, Kitty Pilarz testified as follows:[32]

> Q. Okay.  You were talking about how the product is safe if the child is properly restrained, but you're aware of what the in-home tests showed in terms of how often people use the restraints; correct?

> MS. COHEN: Objection to form.

> THE WITNESS: I'm aware that the in-home tests showed that in some cases people were not using the restraint.

> BY MS. SCHRINER:

> Q. You're aware that in more than 50 percent of the cases the responses were that people either never or at least sometimes used the restraints; correct?

> MS. COHEN: Objection to form.

> THE WITNESS: You know, I haven't looked at the details, so I– I can't comment right now on the 50 percent.

> BY MS. SCHRINER:

> Q. If that is what the details were, Fisher-Price made the choice to sell this product knowing that; is that correct?

> MS. COHEN: Objection to form.

> THE WITNESS: I can say that we did eventually sell the product.

[**185**]    Even in the face of data clearly proving that the belt restraint would not be used by a large percentage of the caregivers, Fisher-Price decided to rely on the belt restraint. Fisher Price's reliance on the unreliable and unproven belt restraint is established by numerous deposition testimonies.  For example, Joel Taft testified:[33]

> Q. That's okay.  The action items are, "1, must assure proper infant position; and, 2, compare to existing bassinets and gliders."  So what do you remember, if any, about the action item for must assure proper infant position?

> A. I think that's what we had been talking about before, is a lot of the early evaluations, we made sure the baby positioning was – was the most – of utmost importance to make sure that proper infant position – design of the products, and *through use of the restraints* of the product, that they maintain that infant proper infant position.  [*emphasis added*].

---

[32]Pilarz Depo.  (1-21-21): 30:9:-31:7.
[33]Taft Depo.  (11-12-21), 100:23-101:6.

COU_008355

[186]    Although Fisher-Price was relying on the belt restraint for proper infant positioning, it did not appropriately test for the use and effectiveness of that feature of the product. For example, Joel Taft testified:[34]

> Q. Did anyone ever ask the play lab team to test the product for infant positioning when the belt was not in use?
>
> A. No, I don't believe that was one of the parameters of testing.

[187]    Additionally, Michael Steinwachs confirmed the lack of testing in his deposition:[35]

> Q. Do you recall any actions by the development team related to the use of the belt, whether it be that the belt – kids were coming out of the belt or that the belt was not being used?
>
> MS. COHEN: Objection to form.
>
> THE WITNESS: I – yeah, I do – I do not remember us looking at the restraint system and questioning whether or not it was adequate or – and/or not working properly.

[188]    Fisher-Price was well aware that infants could push off the seat bite and elevate their bodies up the incline of the sleeping surface. Given this knowledge, it cannot be denied that the infants could push the majority of their bodies out of, and above the lap restraint.

[189]    This situation could have been evaluated with simple geometric measurements. As shown above, a very easy way to assess the possibility of pushing up and out the top is to measure the distance from the lap restraint to the head blocker that is intended to stop the infant from pushing up and out the back of the seat. This distance can be compared to the length of the expected user to determine how much of the infant body can be above the lap restraint. If a significant amount of the infant body can be above the restraint, then the restraint obviously will not be effective at restraining the body, and the infant can turn into the hazardous prone position. An obvious check is to locate the infant's center of gravity relative to the top of the restraint. The information I have available to me at this time indicates that Fisher-Price failed to perform such simple measurements of the effectiveness of the lap restraint during the design process.

## 11.2.3  Seat Bite/Footrest Push-Off Ability

[190]    As discussed above, in order to counteract the effects of gravity that tend to push the infant down the incline slope of the Rock 'n Play, Fisher-Price added a seat bite/foot rest, at the lower end of the inclined sleeping surface. Fisher-Price knew that this surface would be used by the infants to push themselves up the incline slope. For example, Joel

---

[34]Taft Depo. (11-12-20), 102:21-25.
[35]Steinwachs Depo. (11-11-20), 190:14-22.

COU_008356

Taft testified that pushing up and out the back of the seat was a known problem that they intended to address when he testified as follows:[36]

> Q. And what did you do to address that concern?
>
> A...we also changed the angle of the footrest in the product. If there's a - a higher angle footrest, it gives the child easier leverage to be able to push on the base of the product. So if you relax that angle, it makes it more difficult to push up and out.

[191]    The angle that Fisher-Price decided to use for the seat bite/foot rest was approximately 40 degrees. This angle is not a "relaxed" angle, especially when we consider the fact that the inclined sleeper surface adds an additional 27 degree offset, leading to the seat bite/foot rest being angled 67 degrees relative to the "upright" axes of the infant. This is a relatively steep angle that provides the infant leverage to push off with enough force to push their bodies up the incline plane. This was known to Fisher-Price and resulted in them integrating the head blocker/dam at the top of the incline plane.

[192]    The information at my disposal indicates that Fisher-Price did not rigorously test for the ability to push off the foot rest. In addition to the angle of the footrest, another critical property of the design is the traction that exists between the footrest and the infant feet. However, Fisher-Price did not conduct tests that measured the ability to push off the footrest as a function of the traction between infant feet and the seat bite/foot rest. There are simple tests that could have been performed to evaluate this property of the design. For example, they could have constructed several prototypes with different angles of the footrest. Then, they could have measured the ability of infants to push off the various footrests by, for example, measured the maximum distance up the incline slope infants are able to push. Such tests are illustrated in the sketch shown in Figure 41. In Test A, the footrest is at a steeper angle, so the infant can push up to a higher extension than in Test B, wherein the footrest is at a more "relaxed" angle.

[193]    Tests for the traction could be conducted in a similar manner. However, instead of varying the footrest angle, Fisher-Price could have constructed several prototypes with different traction properties. Such a battery of tests would have guided the designed to a less-dangerous combination of footrest angle and traction properties. Or, they would have revealed that there was no reasonably safe way to design an inclined sleeper with an inclined foot rest that inhibits the infants downward sliding without providing the drawback of a surface that allows the infant to drive their body up the incline in a dangerous manner.

---

[36]Taft Depo. (11-12-21), 102:21-25.

COU_008357



Maximum
Push A

Maximum
Push B

**Figure 41: Push Tests.**

# 12 Comparison with Design Alternatives

[**194**]    Rock 'n Play sleepers provide some utility as a means to hold an infant. They are relatively inexpensive, portable, easy to use, and provide a soothing rocking motion. Fisher-Price has floated the idea that the Rock 'n Play sleeper helps with infant gastroesophageal reflux disease (GERD) or the prolonged and intense crying or fussiness in a healthy infant referred to as colic.

[**195**]    However, Fisher-Price conducted no testing to show that the incline of the Rock 'n Play sleeper helped with GERD or colic. To the contrary of this suggested utility, the AAP's published guidelines make clear that "Elevating the head of the infant's crib while the infant is supine is not recommended. It is ineffective in reducing gastroesophageal reflux; in addition, it might result in the infant sliding to the foot of the crib into a position that might compromise respiration."[37]

[**196**]    A design alternative to the Rock 'n Play sleeper is a bassinet with a level, or nearly level sleeping surface. Such bassinets are roughly the same price as the Rock 'n Play sleeper. Some bassinet models can be rocked similar to the Rock 'n Play sleeper. Some bassinet models have the added utility that they can be secured to the top frame of a play yard. This allows space to be saved and also places the bassinet at a convenient height for the caregiver, without the need for its own elevating support structure. Bassinets provide every feature that is provided by the Rock 'n Play sleeper, except the inclined sleeping surface. Furthermore, bassinets provide some features that are unavailable with the Rock 'n Play sleeper.

[**197**]    Given that bassinets provide utility equal to, or greater than, the Rock 'n Play sleeper, it is my opinion that the utility of the Rock 'n Play sleeper is far outweighed by the significant hazards presented by the Rock 'n Play sleeper.

---

[37]See "SIDS and Other Sleep-Related Infant Deaths: Expansion of Recommendations for a Safe Infant Sleeping Environment," Task Force on Sudden Infant Death Syndrome, Pediatrics, November 2011, 128 (5) 1030-1039.

COU_008358

# 13    Unreasonable Danger and Knowledge of Dangers

[**198**]    The Rock 'n Play sleeper was unreasonably dangerous at the time it was released into the stream of commerce by Fisher-Price. It was unreasonably dangerous at the time of Zoey Olson's death and continued to be unreasonably dangerous up through the date of its recall. As of the date of Kitty Pilarz's January 21, 2021 deposition, Fisher-Price was aware of 94 infant deaths associated with the Rock 'n Play. Fisher-Price was also aware of numerous other incidents of injury, and "close calls." The incidents of infant deaths, injuries, and infants coming out of position continued from early in the pre-release testing of the Rock 'n Play sleeper up until the date of the recall and beyond.

[**199**]    Fisher-Price had significant notice and knowledge of the unreasonable dangers associated with the Rock 'n Play sleeper prior to Zoey Olson's death. Many of the above sections in this report discussed Fisher-Price's knowledge of dangers associated with the prone position, knowledge that the restraint belt would not be used, knowledge that the fabric was unbreathable, etc. Furthermore, Fisher-Price knew of concerns expressed by Dr. Benaroch (Mattel-COU00336, 540, 569, 642, 645, Dr. Burgert (Mattel-COU0541341, Health Canada (Mattel-COU0003331, Queensland (Mattel-COU0003339), the UK midwives (Mattel-COU0002042), and a pediatric nurse that contacted the CPSC (Exhibit 8, Steinwachs January 22, 2021 deposition; Mattel-COU0507986). Fisher-Price also had knowledge of the unreasonable dangers via the case histories and the CPSC epidemiologic reports.

COU_008359

# 14    Summary of Opinions

[**200**]    Based on the body of work I have performed, along with my assistants, my own education, experience, training and knowledge as a mechanical engineer, I have reached the following conclusions related to this case to a reasonable degree of engineering certainty.

1. The Rock 'n Play sleeper poses significant hazards. The details of these hazards are provided in Section 8.3.
2. The Rock 'n Play sleeper was defective and unreasonably dangerous.
3. Fisher-Price was aware of the hazards posed by the Rock 'n Play sleeper when it was placed into the stream of commerce by Fisher-Price.
4. Fisher-Price was aware that caregivers would not use the belt restraint provided with the Rock 'n Play sleeper.
5. Fisher Price used a flawed process in the design of the Rock 'n Play sleeper which contributed to making the product defective and unreasonably dangerous.
6. Both the design-phase and post-release testing of the Rock 'n Play sleeper was flawed and contributed to making the product defective and unreasonably dangerous.
7. The design alternative of a bassinet using a level sleeping surface provides similar utility without the roll-over hazard of the Rock 'n Play sleeper.

I hold all of the above opinions to a reasonable degree of engineering certainty.

[**201**]    I declare under the laws of the State of Georgia that the foregoing is true and correct, under penalty of perjury.

| | | |
|---|---|---|
| _William Singhose, Ph.D._ | Atlanta, GA | April 2, 2021 |
| | City | Date |

COU_008360

# 15    Bibliography

# References

[1] A. Khalid, J. Huey, W. Singhose, and J. Lawrence, "Human operator performance testing using an input-shaped bridge crane," *ASME J. of Dynamic Systems, Measurement, and Control*, vol. 128, no. 4, pp. 835–841, 2006.

[2] D. Kim and W. Singhose, "Performance studies of human operators driving double-pendulum bridge cranes," *Control Engineering Practice*, vol. 18, pp. 567–576, June 2010.

[3] A. Kivila, C. Porter, and W. Singhose, "Human operator studies of portable touch-screen crane control interfaces," in *IEEE Int. Conference on Industrial Technology*, 2013, Conference Proceedings.

[4] J. J. Potter and W. Singhose, "Effects of input shaping on manual control of flexible and time-delayed systems," *Human Factors*, vol. 56, no. 7, pp. 1284–1295, 2014.

[5] ——, "Design and human-in-the-loop testing of reduced-modification input shapers," *IEEE Trans. on Control System Technology*, vol. 24, no. 4, pp. 1513–1520, 2016.

[6] D. Frakes and W. Singhose, "Geometrically constrained optical-flow based tracking for the extraction of kinematic data from video," in *Fifth Int. Symp. on Computer Methods in Biomechanics and Biomedical Engineering*, Rome, Italy, 2001.

[7] D. Frakes, C. Zwart, and W. Singhose, "Extracting motion data from video using optical flow with physically-based constraints," *Int. J. of Control, Automation, and Systems*, vol. 11, no. 1, p. 48:57, 2013.

[8] ——, "Analyzing accident videos with optical flow and physically-based constraints," in *ASME Summer Bioengineering Conference*, Sunriver, OR, 2013, Conference Proceedings.

[9] R. Y. Moon, Ed., *Infant Safe Sleep: A Pocket Guide for Clinicians*.   Springer, 2020.

[10] M. McGraw, *The Neuromuscular Maturation of the Human Infant*.   Columbia University Press, 1945.

[11] B. L. Touwen, "Neurological development in infancy," Ph.D. dissertation, University of Groningen, 1975.

[12] A. J. Capute, B. K. Shapiro, F. B. Palmer, A. Ross, and R. C. Wachtel, "Normal gross motor development: the influences of race, sex and socio-economic status." *Dev Med Child Neurol*, vol. 27, no. 5, pp. 635–643, Oct 1985.

COU_008361

[13] E. Nelson, L. Yu, D. Wong, H. Wong, and L. Yim, "Rolling over in infants: age, ethnicity, and cultural differences," *Developmental medicine and child neurology*, vol. 46, no. 10, pp. 706–709, 2004.

[14] A. Majnemer and R. G. Barr, "Influence of supine sleep positioning on early motor milestone acquisition," *Developmental medicine and child neurology*, vol. 47, no. 6, pp. 370–376, 2005.

[15] D. J. Cech and S. T. Martin, "Functional movement development across the life span," *International journal of health care quality assurance*, vol. 24, no. 8, 2011.

[16] J. Darrah and D. J. Bartlett, "Infant rolling abilities – the same or different 20 years after the back to sleep campaign?" *Early Human Development*, vol. 89, no. 311-314, 2013.

[17] J. DARRAH, D. BARTLETT, T. O. MAGUIRE, W. R. AVISON, and T. LACAZE-MASMONTEIL, "Have infant gross motor abilities changed in 20 years? a re-evaluation of the alberta infant motor scale normative values," *Developmental Medicine and Child Neurology*, vol. 56, pp. 877–881, 2014.

[18] J. Wang, S. F. Siddicky, J. L. Carroll, B. M. Rabenhorst, D. B. Bumpass, B. N. Whitaker, and E. M. Mannen, "Do inclined sleeping surfaces impact infants' muscle activity and movement? a safe sleep product design perspective," *Journal of Biomechanics*, vol. 111, pp. 109 999–109 999, 2020.

[19] E. Mannen, J. Carroll, D. Bumpass, B. Rabenhorst, B. Whitaker, J. Wang, and S. F. Siddicky, "Biomechanical analysis of inclined sleep products," CPSC, Tech. Rep., 2019.

[20] *Anthropometry Procedures Manual*, CDC, www.cdc.gov/nchs/data/nhanes/nhanes_09_10/bodymeasures_09.pdf, January 2009.

[21] A. P. Statement, "Sids and other sleep-related infant deaths: Expansion of recommendations for a safe infant sleeping environment," *Pediatrics*, vol. 128, no. 5, pp. 1030–1039, doi.org/10.1542/peds.2011-2284 2011.

COU_008362

# 16    Appendix A: William Singhose CV

COU_008363

WILLIAM SINGHOSE
Professor
The George W. Woodruff School of Mechanical Engineering
Georgia Institute of Technology
813 Ferst Drive, N.W., Atlanta, GA 30332
Office: 404-385-0668 fax: 404-894-9342
Singhose@gatech.edu

## I. EARNED DEGREES
1997, Ph.D. Mechanical Engineering, Massachusetts Institute of Technology
1992, M.S. Mechanical Engineering, Stanford University
1990, B.S. Mechanical Engineering, Massachusetts Institute of Technology

## II. EMPLOYMENT
**Georgia Institute of Technology** (8/98 – present)                              Atlanta, GA
Professor of Mechanical Engineering (2014-Present). Associate Professor (2004-2014). Assistant
Professor (1998-2004). Head of Automation and Mechatronics Group (2006-2010). Develop curriculum
and teach courses in mechanical design, dynamics, controls, and rehabilitation engineering.  Develop
research programs and proposals.  Direct research of graduate students, undergraduate students, and
postdoctoral researchers in the areas of dynamics, vibration suppression, spacecraft control, crane
control, and active seating technology. Advise SME, ASME, and CanSat student groups. Held visiting
appointments at MIT, Stanford, the Tokyo Institute of Technology, and Polytechnic University of
Madrid.

**InVekTek, Inc.** (12/15 – present)                                             Atlanta, GA
Co-Founder and CTO.  Develop and commercialize control systems for robotic and industrial material-
handling systems.  The control systems are embedded in motor drives to reduce unwanted machine
motion.

**Google, Inc.** (9/15 – 12/19)                                          Mountain View, CA
Pennington Advisor mechanical engineer to Google's augmented reality (Daydream) and Advanced
Technology and Projects (ATAP) facilities.  Perform mechanical design and analysis of consumer
products and wearable devices.  Perform failure and hazard analyses. Direct and perform research
activities on human-motion measurement, human-machine interactions, actuation system design, and
activity monitoring.

**Stanford University** (3/18 – 7/19)                                        Stanford, CA
Visiting Professor in the Department of Mechanical Engineering. Deliver lectures on product design,
safety analysis, and sensors. Advise student design teams.

**CAMotion Cranes, Inc.** (9/08 – 11/2013)                                      Atlanta, GA
Co-Founder and Board Member.  Developed and commercialized crane-control technology. Controllers
improve crane safety, throughput, and ease of operation.  Sold company to PaR Systems in Nov. 2013.

**Massachusetts Institute of Technology** (9/10 – 6/11)                          Cambridge, MA
Taught graduate-level controls course.  Supervised research projects. Developed textbook on command-
shaping control methods.

**Polytechnic University of Madrid** (5/10 – 8/10)                              Madrid, Spain

COU_008364

Taught course in manufacturing controls.  Supervised construction of experimental equipment.  Developed international collaborative research projects.

**Tokyo Institute of Technology** (10/05 – 4/06)                                        Tokyo, Japan
Visiting Associate Professor in Center of Excellence in Robotics.  Taught advanced control course.  Conducted experiments with robotic crane.  Developed research proposals with Japanese collaborators.

**Massachusetts Institute of Technology** (6/97 – 7/98)                       Cambridge, MA
Postdoctoral Fellow in the NSF Center for Innovation in Product Development.  Directed the development of an internet-controlled machine.  Conducted research in design process optimization.  Taught senior-level design course.

**Convolve, Inc.** (4/92 - 8/94)                                                            Armonk, NY
Managed NSF sponsored research project investigating techniques for improving the measurement of manufactured parts.  Developed computer simulations of several dynamic systems including: robots, coordinate measuring machines, car seats, and NASA weather balloons.  Designed control systems for automated machines.  Designed data acquisition system using a laser interferometer.

**Apple Computers, Inc.** (6/91 - 3/92)                                           Santa Clara, CA
Designed and performance evaluation tests for the Audio-Visual 14" Monitor.  Designed and constructed test equipment.  Organized, interpreted and reported test results produced by product evaluation team.  Made design recommendations based on test results and dynamic simulations.

**Walt Disney World** (Summer '90)                                               Orlando, FL
Designed components for the Space Mountain rehabilitation project. Conducted tests and made design and maintenance recommendations for the Star Tours and Body Wars simulator cabin doors.  Performed stress analysis of the Star Jets base plate and specified welds.  Designed IR sensor mount and cable management for the Norway Pavilion water ride. Formulated repair procedures for Pirates of the Caribbean roller bearings.

**Artificial Intelligence Laboratory** (12/87 - 6/90)                        Cambridge, MA
Developed computer simulations of flexible robots. Performed research on a command shaping method to eliminate vibration in computer controlled machines. Performed robotic experiments to verify controller's robustness to modeling errors and changing configurations. Verified new control theory by performing simulations of the space shuttle's robotic arm.  The control methods were tested on-orbit in Space Shuttle Endeavour.

**Cable News Network** (Summer '89)                                            Atlanta, GA
AAAS Mass Media Science and Engineering Fellow.  Wrote several stories for CNN Science and Technology.  Field producer on stories covering the Starship 1 aircraft and an international climate study.  Produced a story reporting on a car seat that lowers impact forces during head-on collisions.

**Riverside Cement Company** (Summer '88)                                  Riverside, CA
Cement lab technician.  Designed and performed experiments to test mechanical properties of cement.  Operated a wide range of equipment including forklifts, cement pumps, sand sifters, trucks, climatic test chambers, and compression testing machines.

**Bill's Asphalt Repair** (8/85-8/87)                                              Springfield, OR
Developed bids and executed construction projects involving asphalt and concrete structures.  Operated heavy machinery including: dump trucks, paving machines, steam rollers, and compactors.

COU_008365

## III. TEACHING
### A. Individual Student Guidance
**Postdoctoral Fellows**

1) Dr. Kris Kozak. June '03-Dec. '03, "Development of a Hyperactive Seat." Currently at Southwestern Research Institute.
2) Dr. Joshua Vaughan. Jan. 2010–August 2012, "Development of an Aerospace Manufacturing Center." Currently professor at University of Louisiana-Lafayette.
3) Dr. Christopher Adams. Jan. '19-present, "Input Shaping Mobile Crane Controllers"

**Ph.D. Students:**
**Current Students**

1) Alison Jenkins, Started Spring '20

**Graduated Students**
**Ph.D. Students:**

1) Kris Kozak. Started Fall '99. Passed qualifier examination Fall '00. Ph.D. awarded May '03, "Investigation of Input Shaping for Parallel Manipulators." Currently at Southwestern Research Institute. (coadvised with Dr. Ebert-Uphoff).
2) Erika Biediger-Ooten. Started Fall '98. M.S. Dec. '00. Passed qualifier examination Fall '01. Ph.D. awarded May '05, "Vibration Reduction Using Command Generation in Formation Flying Satellites." Currently Engineer at Exxon-Mobil.
3) Mike Robertson. Started Fall '98. M.S. May '01. Passed qualifier examination Spring '02. Ph.D. awarded May '05, "Command Generation for Tethered Satellite Systems". Currently Professor at the Naval Academy
4) Joel Fortgang. Started Fall '99. M.S. May '02. Passed qualifier examination Spring '02. Ph.D. awarded May '06. "Combined Mechanical and Command Design for Micro-Milling Machines".
5) John Huey. Started Fall '01. M.S. August '03. Passed qualifier examination Fall '03. Ph.D. awarded August '06. "Concurrent Design of Feedback and Command Shaping Control". Currently Controls Engineer - GE Aviation.
6) Jason Lawrence. Started Fall '00. M.S. August '02. Passed qualifier examination Fall '03. Ph.D. awarded August '06. "Control of Tower Cranes", Currently Mechanical Engineer at Lexmark.
7) Joshua Vaughan. Started Fall '02. M.S. May '04, Ph.D. awarded August '08" Dynamics and Control of Mobile Cranes". Currently professor at University of Louisiana-Lafayette.
8) Khalid Sorensen. Started Fall '03. M.S. May '05, Ph.D. awarded August '08. "Combined Feedback Control and Command Shaping of a Bridge Crane."
9) Adan Vela. Started Fall '06. Ph.D. awarded Dec. '11. "Bounds on Controller Taskload Implementing Conflict-Resolution Algorithms in an Airspace."
10) Kelvin Peng, Started Spring '08, Ph.D. awarded Dec. '13, "Methods for Improving Crane Performance and Ease of Use."
11) Ehsan Maleki, Started Fall '08, Ph.D. awarded Dec. '13, "Control of Human-Operated Machinery with Flexible Dynamics."
12) James Potter, Started Fall '09, Ph.D. awarded Dec. '13, "Input-Shaped Manual Control of Helicopters with Suspended Payloads."
13) Arto Kivila, Started Fall '13, Ph.D. awarded Aug.'17, "Modeling, Estimation and Control for Serial Flexible Robot Arms."

3

COU_008366

14) Daichi Fujioka, Started Fall '10, Ph.D. awarded Aug.'17, "Input-Shaped Model Reference Control for Flexible Systems."

15) Christopher Adams, Started Fall '12, Ph.D. awarded Dec. '18, "Modeling and Control of Backdrivable Flexible Systems"

16) Ali AlSaibie, Started Fall '12, Ph.D. awarded Dec. '18, "Mechatronic Design of Micro Autonomous Underwater Vehicles for Confined Spaces"

17) Arnoldo Castro, Started Spring '16, Ph.D. awarded Dec. '19, "Dynamics and Control of Self-Balancing Transporters"

**M.S. Students:**
**Current Students**
1) Colin Lyman
2) Joo-Won Kang

**Graduated Students**
**M.S. Students:**

1) Mike Kenison.  Graduated Dec. '99 - "Command Generation in Control System Design for Systems with Parameter Variations."  Currently Development Engineer, Schlumberger.

2) Karen Grosser. Graduated May '00 - "Input Shaping for Telerobotic Manipulators." Currently Development Engineer, Schlumberger.

3) Erika Ooten. Graduated Dec. '00 - "Command Generation for Flexible Systems Using Numerator Dynamics and Sliding Mode Control." Currently Engineer at Exxon-Mobil.

4) Kris Kozak. Graduated Aug. '01 - "Dynamic Analysis of Parallel Manipulators and Digital Input Shaper Computation Using Linear Optimization." Currently a Post-doc at Tsinghua University.

5) Mike Robertson.  Graduated May '01. "Methods for Generating Deflection-Limiting Commands." Currently Post-doc at Air Force Research Lab.

6) Joel Fortgang. Graduated May '02 - "Concurrent Design of Input Shaping and Vibration Absorbers."

7) Jason Lawrence. Graduated August '02 - " Using Input Shaping to Optimize Point-to-Point Motions in PD Controlled Systems with Coulomb Friction."

8) Raynald Eloundou. Graduated August '02 - "Investigation of Various Reference Commands for Vibration Reduction."  Currently Mechanical Engineer at Hitachi.

9) John Huey. Graduated August '03. "Dynamics and Vibration Control of Large Area Manipulators."

10) Sam Klooster. Graduated Spring '04. "Design of an Active Safety Seat." Currently mechanical engineer at Lockheed Martin.

11) Joshua Vaughn. Graduated Spring '04. "Active and Semi-Active Control to Counter Vehicle Payload Variation."  (coadvised with Dr. Nader Sadegh)

12) Khalid Sorensen. Graduated Spring '05."A Combined Feedback and Command Shaping Controller for Improving Positioning and Reducing Cable Sway in Cranes"

13) Vlad Patrangenaru. Graduated Spring '06. "Design of Active Wheelchair Seats to Compensate for Extensor Tone in Children."

14) Azeem Meruani, Spring '06. "Tweel Technology Tires for Wheelchairs and Instrumentation for Measuring Wheeled Mobility"

15) David Blackburn. Graduated Summer '06. "Control of Space Tethers."

16) Jim Kitchen. Graduated Summer '06. "Design of an Dynamic Wheelchair Seat."

COU_008367

17) Ray Manning. Graduated Spring '08 "Improving the Control of Two-Mode Flexible Systems with Input Shaping"
18) Jon Danielson. Graduated Summer '08 "Mobile Boom Crane Dynamics and Control"
19) Andreas Rauch, Graduated Summer '08 "Stability Analysis of Mobile Boom Cranes"
20) Daichi Fujioka, Graduated Summer '10, "Dynamic Stability of Mobile Boom Cranes"
21) Kelvin Peng, Graduated Fall '09, "Interfaces and Control Systems for Intuitive Crane Control"
22) Ehsan Maleki, Graduated Summer '10, "Dynamics and Control of a Small-Scale Mobile Boom Crane"
23) Brice Pridgen, Graduated May '11, "Comparison of Polynomial Profiles and Input Shaping for Industrial Applications"
24) Arnoldo Castro, Graduated Summer '12, "Modeling and Dynamic Analysis of a Two-Wheeled Inverted-Pendulum"
25) Christopher Adams, Graduated Summer '12, "Modeling and Control of Helicopters Carrying Suspended Loads"
26) Eileen Hernandez, Graduated Fall '12, "Dynamic Characterization and Analysis of Aerial Lifts"
27) Arto Kivila, Graduated Aug. '13, "Touchscreen Interfaces for Machine Control and Education"
28) Alex Miller, Graduated Dec. '13, "Dynamics and Control of Dual-Hoist Cranes Moving Distributed Payloads"
29) Athony Garcia, Graduated Dec. '14, "Improved Friction, Contact and Dynamic Simulation Model to Study the Behavior of Payloads During Off-Centered Crane Lifts"
30) John Harber, Graduated May '16, "A Dual Hoist Robot Crane for Large Area Sensing"
31) Sima Rishmawi, Graduated May '16, "Tip-Over Stability Analysis of Crawler Cranes in Heavy Lifting Applications"
32) Yujia Yang Graduated May '17, "Automated Longitudinal Payload Lift-up Using Bridge Cranes"
33) Nickolas Johnson, Graduated May'17, "Control of a Folding Quadrotor with a Slung Load Using Input Shaping."
34) Franziska Schlagenhauf, Graduated Aug. '17, "A Kinematic Upper Body Model for Evaluating Clothing"
35) Xiaoshu Liu, Graduated Dec. '17, "Numerical Investigation of Affordable 2D Lidar Sensors for Autonomous Driving Under a Specially-Structured Driving Environment"

**Undergraduate Research Assistants:**
1) Kanako Abe, Hafeez Alam, Ulf Andresen, Derek Bastien, Fernando Bazerghi, Dustin Bergman, Dwayne Bobb (SURE - Morehouse College), Carrie Boles, Justis Brogan, Jeff Clement, Maria Cox (SURE), Jon Danielson, Chuck Devane, Raynald Eloundou, Adrian Erb (Swiss), Matthew Falkenberg (PURA), Brian Fatkin, Jonathon Fonseca, Craig Forest, Damien Gaudry, Terry Hall, Samir Idnani, Walker Inman, Taft Jones (SURE), Paul Jurek, Attir Khalid, Dooroo Kim, Jae-Hyung Kim, Nathan Knight, Bumsoo Lee, Caitlyn Leksana, Earl Lewis, Alan Martin, Timothy Melano (SURE – Berkeley), Ben Myers, Chad Nicholson, Patrick Opdenbosch, Adnan Pandjou, Jessica Powell, April Pritchard (SURE), Devshan Renganathan, Caroline Rhee, Nathan Ritz, Nick Sabogal, Prachi Sahoo, Dushyant Sharma, Varun Sharma (PURA), Kimberly Sheafe (SURE – Stanford), Anderson Smith (PURA), Jonathon Smith, Josh Spiers, Christoph Stäheli (Swiss), Lee Stokes,Art Terdpravat, Brandon Terrell, Rory Thomas (SURE – John Hopkins), Andrew Timm, Adam Vela (SURE – Berkeley), Rolf Weiss (Swiss), Amber Welsh, Kevin Yang, Aika Yano, Jieun Yoo.

COU_008368

**B. Other Teaching Activities**

**a) Courses Developed:** *ME 6404 - Advanced Control System Design and Implementation*. Course was completely overhauled, updated, and expanded for the Fall of 2001. The result was essentially a new course. A book, *Command Generation for Dynamic Systems*, was written to compliment the course curriculum. A portable robotic bridge crane was constructed so that this course could be taught at Georgia Tech Lorraine in the fall of 2004. Siemens sponsored the crane construction and also a two-day conference at GTL that centered on the crane and the associated curriculum development: http://singhose.marc.gatech.edu/SiemensGTL/. A portable tower crane was also constructed for the course. The tower crane was used at Tokyo Tech for 2 years. Students conducted remote operation tests via the internet. The course was also taught at MIT during the fall of 2010 in conjunction with Professor Warren Seering of MIT. The course was expanded in the fall of 2011 to include a distance learning curriculum that uses remote-operated labs.

**b) Laboratory Experiments Developed:** The new version of Advanced Control System Design and Implementation has a major laboratory component. An entire sequence of laboratory projects were developed for the course using the large bridge crane in the MARC building and hardware in the Love Building hydraulics laboratory. The crane in the MARC building has been equipped with oscillation-reducing technology that is taught in ME6404. The crane was also used as a testbed in the senior-level experimental engineering course, ME4055. Several laboratory projects were developed for ME2110, Creative Decisions and Design. A paper describing these developments was presented at the 2nd IFAC Conference on Mechatronic Systems. A two-week curriculum on PLC programming was developed along with PLC workstations to conduct laboratory activities. Hands-on control experiments for ME4452 (Control Systems) were developed to utilize the NI MyRIO controller along with a flexible-beam experimental setup.

**c) Interactive Instructional Materials Developed:** Dr. Singhose has developed interactive textbooks for both introductory mechanical design (with an emphasis on mechatronics) and advanced control system implementation (with an emphasis on command-shaping control). Features of interactive textbooks include: embedded videos that can be viewed with the tap of a finger, picture slideshows, user-controlled simulations, and interactive charts that accept user input and provide immediate feedback. Dr. Singhose has also developed a series of remote-operated experimental cranes and aerial lifts that have been used extensively in educational activities.

# IV. SCHOLARLY ACCOMPLISHMENTS
## A. Book and Book Chapters

[1] J. Vaughan and W. Singhose, "Advances in Delays and Dynamics at Springer," in *The Influence of Time Delay on Crane Operator Performance*. 2014

[2] W. Singhose, "Trajectory Planning for Flexible Robots," in *CRC Robotics and Automation Handbook*, T. Kurfess, Ed.: CRC Press, 2004.

[3] W. Singhose and W. Seering, "Control of Flexible Manipulators with Input Shaping Techniques," in *Flexible Robot Manipulators: Modelling, Simulation and Control*, M. O. Tokhi and A. K. M. Azad, Eds. Stevenage, UK: The Institution of Engineering and Technology, 2008, pp. 235-257.

[4] W. Singhose and J. Donnell, *Introductory Mechanical Design Tools*: www.lulu.com/content/3365814, 978-0-9842210-4-2, 2009.

[5] W. Singhose, J. Donnell, and D. Frakes, *Introductory Biomechanical Design Tools*: www.lulu.com/content/8235890, 978-0-9842210-5-9, 2010.

[6] W. Singhose and W. Seering, *Command Generation for Dynamic Systems*: www.lulu.com/content/621219, 978-0-9842210-0-4, 2010.

COU_008369

[7]  M. A. Lau and W. E. Singhose, "Optimal Control of Dynamical Systems," in *Applications of Spreadsheets in Education The Amazing Power of a Simple Tool*, M. L. a. S. Sugden, Ed.: Bentham Science Publishers Ltd., 2011, pp. 41–63.

[8]  W. Singhose, J. Donnell, and Y. Hu, *Introductory Mechanical Design Tools (in Chinese)*. Wuhan, China: Huazhong University of Science and Technology Press, 978-7-5609-7926-7, 2012.

**B. Refereed Publications**
*Journal Articles*

[1]   W. Singhose, W. Seering, and N. Singer, "Residual Vibration Reduction Using Vector Diagrams to Generate Shaped Inputs," *ASME J. of Mechanical Design*, vol. 116, no. June, pp. 654-659, 1994.

[2]   W. Singhose, K. Bohlke, and W. Seering, "Fuel-Efficient Pulse Command Profiles for Flexible Spacecraft," *AIAA J. of Guidance, Control, and Dynamics*, vol. 19, no. 4, pp. 954-960, 1996.

[3]   W. Singhose, S. Derezinski, and N. Singer, "Extra-Insensitive Input Shapers for Controlling Flexible Spacecraft," *AIAA J. of Guidance, Control, and Dynamics*, vol. 19, no. 2, pp. 385-91, 1996.

[4]   W. Singhose and N. Singer, "Effects of Input Shaping on Two-Dimensional Trajectory Following," *IEEE Trans. on Robotics and Automation*, vol. 12, no. 6, pp. 881-887, 1996.

[5]   W. Singhose, N. Singer, and W. Seering, "Improving Repeatability of Coordinate Measuring Machines with Shaped Command Signals," *Precision Engineering*, vol. 18, no. April, pp. 138-146, 1996.

[6]   L. Y. Pao and W. E. Singhose, "Verifying Robust Time-Optimal Commands for Multi-Mode Flexible Spacecraft," *AIAA J. of Guidance, Control, and Dynamics*, vol. 20, no. 4, pp. 831-833, 1997.

[7]   W. Singhose, A. Banerjee, and W. Seering, "Slewing Flexible Spacecraft with Deflection-Limiting Input Shaping," *AIAA J. of Guidance, Control, and Dynamics*, vol. 20, no. 2, pp. 291-298, 1997.

[8]   W. Singhose and L. Pao, "A Comparison of Input Shaping and Time-Optimal Flexible-Body Control," *IFAC Control Engineering Practice*, vol. 5, no. 4, pp. 459-467, 1997.

[9]   W. Singhose, L. J. Porter, T. D. Tuttle, and N. C. Singer, "Vibration Reduction Using Multi-Hump Input Shapers," *ASME J. Dynamic Systems, Measurement, and Control*, vol. 119, no. June, pp. 320-326, 1997.

[10]  W. Singhose, N. Singer, and W. Seering, "Time-Optimal Negative Input Shapers," *ASME J. Dynamic Systems, Measurement, and Control*, vol. 119, no. June, pp. 198-205, 1997.

[11]  W. E. Singhose, E. A. Crain, and W. P. Seering, "Convolved and Simultaneous Two-Mode Input Shapers," *IEE Control Theory and Applications*, vol. 144, no. Nov., pp. 515-520, 1997.

[12]  W. E. Singhose, L. Y. Pao, and W. P. Seering, "Slewing Multi-Mode Flexible Spacecraft Using Zero Derivative Robustness Constraints," *AIAA J. of Guidance, Control, and Dynamics*, vol. 20, no. 1, pp. 204-206, 1997.

[13]  A. K. Banerjee and W. E. Singhose, "Command Shaping in Tracking Control of a Two-Link Flexible Robot," *AIAA J. of Guidance, Control, and Dynamics*, vol. 21, no. 6, pp. 1012-1015, 1998.

[14]  L. Y. Pao and W. E. Singhose, "Robust Minimum Time Control of Flexible Structures," *Automatica*, vol. 34, no. 2, pp. 229-236, 1998.

[15]  N. C. Singer, W. E. Singhose, and W. P. Seering, "Comparison of Filtering Methods for Reducing Residual Vibration," *European Journal of Control*, vol. 5, no. 2, pp. 208-219, 1999.

7

[16] W. Singhose, B. Mills, and W. Seering, "Closed-Form Methods for Generating On-Off Commands for Undamped Flexible Structures," *AIAA J. of Guidance, Control, and Dynamics,* vol. 22, no. 2, pp. 378-82, 1999.

[17] W. Singhose, T. Singh, and W. Seering, "On-Off Control with Specified Fuel Usage," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 121, no. 2, pp. 206- 212, 1999.

[18] K. Grosser and W. Singhose, "Command Generation for Reducing Perceived Lag in Flexible Telerobotic Arms," *JSME International Journal,* vol. 43, no. 3, pp. 755-761, 2000.

[19] R. A. Masterson, W. E. Singhose, and W. P. Seering, "Setpoint Generation for Constant-Velocity Motion of Space-Based Scanners," *AIAA J. of Guidance, Control, and Dynamics,* vol. 23, no. 5, pp. 892-895, 2000.

[20] W. Singhose, L. Porter, M. Kenison, and E. Kriikku, "Effects of Hoisting on the Input Shaping Control of Gantry Cranes," *IFAC Control Engineering Practice,* vol. 8, no. 10, pp. 1159-1165, 2000.

[21] A. Banerjee, N. Pedreiro, and W. Singhose, "Vibration Reduction for Flexible Spacecraft Following Momentum Dumping with/without Slewing," *AIAA J. of Guidance, Control, and Dynamics,* vol. 24, no. 3, pp. 417-428, 2001.

[22] M. Kenison and W. Singhose, "Concurrent Design of Input Shaping and Proportional Plus Derivative Feedback Control," *ASME J. of Dynamic Systems, Measurement, and Control,* vol. 124, no. 3, pp. 398-405, 2002.

[23] U. Andresen and W. Singhose, "A Simple Procedure for Modifying High-Speed Cam Profiles for Vibration Reduction," *ASME J. of Mechanical Design,* vol. 126, no. Nov., pp. 1105-1108, 2004.

[24] K. Kozak, I. Ebert-Uphoff, and W. Singhose, "Locally Linearized Dynamic Analysis of Parallel Manipulators and Application of Input Shaping to Reduce Vibrations," *ASME J. of Mechanical Design,* vol. 126, no. Jan., pp. 156-168, 2004.

[25] W. Singhose, E. Biediger, Y.-H. Chen, and B. Mills, "Reference Command Shaping Using Specified-Negative-Amplitude Input Shapers for Vibration Reduction," *ASME J. of Dynamic Systems, Measurement, and Controls,* vol. 126, no. March, pp. 210-214, 2004.

[26] J. Fortgang and W. Singhose, "Design Of Vibration Absorbers For Step Motions and Step Disturbances," *ASME J. of Mechanical Design,* vol. 127, no. March, pp. 160-163, 2005.

[27] J. Fortgang and W. Singhose, "Concurrent Design of Vibration Absorbers and Input Shapers," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 127, no. September, pp. 329-335, 2005.

[28] J. Lawrence, W. Singhose, and K. Hekman, "Friction-Compensating Input Shaping for Vibration Reduction," *ASME J. of Vibration and Acoustics,* vol. 127, no. August, pp. 307-14, 2005.

[29] T. Watanabe, H. A. Fujii, H. Kojima, and W. Singhose, "Design of Electric Current Profile for Electrodynamic Tether System by Input Shaping Method (In Japanese)," *J. of the Japan Society for Aeronautical and Space Sciences,* vol. 53, no. 623, pp. 569-576, 2005.

[30] S.-W. Hong, V. Patrangenaru, W. Singhose, and S. Sprigle, "Identification of Human-Generated Forces on Wheelchairs During Total-Body Extensor Thrusts," *Clinical Biomechanics,* vol. 21, no. 8, pp. 790-798, 2006.

[31] S.-W. Hong, V. Patrangenaru, W. Singhose, and S. Sprigle, "A Method for Identifying Human-Generated Forces During an Extensor Thrust," *Int. J. of Precision Engineering and Manufacturing,* vol. 7, no. 3, pp. 66-71, 2006.

COU_008371

[32]  A. Khalid, J. Huey, W. Singhose, J. Lawrence, and D. Frakes, "Human Operator Performance Testing Using an Input-Shaped Bridge Crane," *ASME J. of Dynamic Systems, Measurement, and Control,* vol. 128, no. 4, pp. 835-841, 2006.

[33]  K. Kozak, W. Singhose, and I. Ebert-Uphoff, "Performance Measures For Input Shaping and Command Generation," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 128, no. 3, pp. 731-6, 2006.

[34]  J. d. J. Márquez, J. Fortgang, W. Singhose, and J. M. Perez, "Optimización del Proceso de Microfresado Mediante La Reducción de Vibraciones Empleando Técnicas de Generación de Ordenes de Movimiento," *Revista Internacional de Información Tecnológica,* vol. 17, no. 6, pp. 3-6, 2006.

[35]  M. Robertson, K. Kozak, and W. Singhose, "Computational Framework for Digital Input Shapers Using Linear Optimization," *IEE Control Theory and Applications,* vol. 153, no. 3, pp. 314-322, 2006.

[36]  W. Singhose, E. Biediger, H. Okada, and S. Matunaga, "Closed-Form Specified-Fuel Commands for On-Off Thrusters," *AIAA J. of Guidance, Control, and Dynamics,* vol. 29, no. 3, pp. 606-11, 2006.

[37]  W. Singhose, E. Biediger, H. Okada, and S. Matunaga, "Experimental Verification of Real-Time Control for Flexible Systems with On-Off Actuators," *ASME J. of Dynamic Systems, Measurement, and Controls,* vol. 128, no. 2, pp. 287-96, 2006.

[38]  W. Singhose, J. Lawrence, K. Sorensen, and D. Kim, "Applications and Educational Uses of Crane Oscillation Control," *FME Transactions,* vol. 34, no. 4, pp. 175-183, 2006.

[39]  K. A. Hekman and W. E. Singhose, "A Feedback Control System for Suppressing Crane Oscillation with On-Off Motors," *Int. Journal of Control, Automation, and Systems,* vol. 5, no. 3, pp. 223-233, 2007.

[40]  H. Kojima and W. Singhose, "Adaptive Deflection Limiting Control for Slewing Flexible Space Structures," *AIAA J. of Guidance, Control, and Dynamics,* vol. 30, no. 1, pp. 61-67, 2007.

[41]  S.-W. Park, S.-W. Hong, H.-S. Choi, and W. Singhose, "Discretization Effects of Real-Time Input Shaping in Residual Vibration Reduction for Precise XY Stage (in Korean)," *Trans. of the Korean Society of Machine Tool Engineers,* vol. 16, no. 4, pp. 71-78, 2007.

[42]  M. J. Robertson and W. E. Singhose, "Specified-Deflection Command Shapers for Second-Order Position Input Systems," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 129, no. 6, pp. 856-859, 2007.

[43]  K. Sorensen, W. Singhose, and S. Dickerson, "A Controller Enabling Precise Positioning and Sway Reduction in Bridge and Gantry Cranes," *IFAC Control Engineering Practice,* vol. 15, no. 7, pp. 825-837, 2007.

[44]  Y.-G. Sung and W. Singhose, "Closed-Form Specified-Fuel Commands for Two Flexible Modes," *AIAA J. of Guidance, Control, and Dynamics,* vol. 30, no. 6, pp. 1590-6, 2007.

[45]  T. Bradley, J. Danielson, J. Lawrence, and W. Singhose, "Command Shaping for Non-Symmetrical Acceleration and Braking Dynamics," *ASME J. of Vibration and Acoustics,* vol. 130, no. Oct., pp. 054503-1-5, 2008.

[46]  J. Danielson, J. Lawrence, and W. Singhose, "Command Shaping for Flexible Systems Subject to Constant Acceleration Limits," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 130, no. 5, pp. 0510111-0510118, 2008.

[47]  S.-W. Hong, S.-W. Park, and W. Singhose, "Input Shaping for Vibration Control in Precise Positioning System (in Korean)," *Korean Society for Precision Engineering,* vol. 25, no. 4, pp. 26-31, 2008.

9

[48]   J. R. Huey, K. L. Sorensen, and W. E. Singhose, "Useful Applications of Closed-Loop Signal Shaping Controllers," *IFAC Control Engineering Practice,* vol. 16, no. 7, pp. 836-846, 2008.

[49]   W. Singhose, D. Kim, and M. Kenison, "Input Shaping Control of Double-Pendulum Bridge Crane Oscillations," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 130, no. May, p. 034504, 2008.

[50]   K. Sorensen, A. Daftari, W. Singhose, and K. Hekman, "Negative Input Shaping: Eliminating Overcurrenting and Maximizing the Command Space," *ASME J. of Dynamic Systems, Measurement, and Control,* vol. 130, no. 6, pp. 0610121-0610127, 2008.

[51]   K. Sorensen and W. Singhose, "Command-Induced Vibration Analysis Using Input Shaping Principles," *Automatica,* vol. 44, no. 9, pp. 2392–2397, 2008.

[52]   Y.-G. Sung and W. Singhose, "Deflection-Limiting Commands for Systems with Velocity Limits," *AIAA J. of Guidance, Control, and Dynamics,* vol. 31, no. 3, pp. 472-8, 2008.

[53]   J. Vaughan, J. Fortgang, W. Singhose, J. Donnell, and T. Kurfess, "Using Mechatronics to Teach Mechanical Design and Technical Communication," *Mechatronics,* vol. 18, no. 4, pp. 179-186, 2008.

[54]   J. Vaughan, A. Yano, and W. Singhose, "Comparison of Robust Input Shapers," *J. of Sound and Vibration,* vol. 315, no. 4-5, pp. 797–815, 2008.

[55]   M. Robertson and W. Singhose, "Robust Discrete-Time Deflection-Limiting Commands for Flexible Systems," *IET Control Theory and Applications,* vol. 3, no. 4, pp. 473-480, 2009.

[56]   W. Singhose, "Command Shaping for Flexible Systems: A Review of the First 50 Years," *Int. J. of Precision Engineering and Manufacturing,* vol. 10, no. 4, pp. 153-168, 2009.

[57]   Y.-G. Sung and W. Singhose, "Robustness Analysis of Input Shaping Commands for Two-mode Flexible Systems," *IET Control Theory and Applications,* vol. 3, no. 6, pp. 722-30, 2009.

[58]   Y.-G. Sung and W. E. Singhose, "Limited-State Commands for Systems with Two Flexible Modes," *Mechatronics,* vol. 19, no. August, pp. 780-87, 2009.

[59]   J. Vaughan, A. Yano, and W. Singhose, "Robust Negative Input Shapers for Vibration Suppression," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 131, no. 3, pp. 031014-1-9, 2009.

[60]   D. Blackburn, J. Lawrence, J. Danielson, W. Singhose, T. Kamoi, and A. Taura, "Radial-Motion Assisted Command Shapers for Nonlinear Tower Crane Rotational Slewing," *Control Engineering Practice,* vol. 18, no. May, pp. 523-531, 2010.

[61]   D. Blackburn *et al.*, "Command Shaping for Nonlinear Crane Dynamics," *J. of Vibration and Control,* vol. 16, no. 4, pp. 477-501, 2010.

[62]   J. Hong-Xia, L. Wan-Li, and W. Singhose, "Dynamic Modeling and Vibration Analysis of Cherry Pickers with Flexible Arms (in Chinese)," *Zhendong yu Chongji/Journal of Vibration and Shock,* vol. 29, no. 12, pp. 136-140, 2010.

[63]   J. R. Huey and W. Singhose, "Trends in the Stability Properties of CLSS Controllers: A Root-Locus Analysis," *IEEE Trans. on Control Systems Technology,* vol. 18, no. 5, pp. 1044-56, 2010.

[64]   D. Kim and W. Singhose, "Performance Studies of Human Operators Driving Double-Pendulum Bridge Cranes," *IFAC Control Engineering Practice,* vol. 18, no. June, pp. 567-576, 2010.

[65]   J. Lawrence and W. Singhose, "Command Shaping Slewing Motions for Tower Cranes," *ASME J. of Vibration and Acoustics,* vol. 132, no. Feb., pp. 011002-1-11, 2010.

[66]   R. Manning, J. Clement, D. Kim, and W. Singhose, "Dynamics and Control of Bridge Cranes Transporting Distributed-Mass Payloads," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 132, no. Jan., pp. 014505-3, 2010.

COU_008373

[67]  W. Singhose, R. Eloundou, and J. Lawrence, "Command Generation for Flexible Systems by Input Shaping and Command Smoothing," *AIAA J. of Guidance, Control, and Dynamics,* vol. 33, no. 6, pp. 1697-1707, 2010.

[68]  K. Sorensen, K. Hekman, and W. Singhose, "Finite-State Input Shaping," *IEEE Trans. on Control Systems Technology,* vol. 18, no. 3, pp. 664-72, 2010.

[69]  J. Vaughan, D. Kim, and W. Singhose, "Control of Tower Cranes with Double-Pendulum Dynamics," *IEEE Trans. on Control Systems Technology,* vol. 18, no. 6, pp. 1345 –1358, 2010.

[70]  A. E. Vela, S. Solak, J.-P. Clarke, W. Singhose, E. Barnes, and E. Johnson, "Near Real-Time Fuel-Optimal En Route Conflict Resolution," *IEEE Trans. on Intelligent Transportation Systems,* vol. 11, no. 4, pp. 826-837, 2010.

[71]  J. Fortgang, W. Singhose, J. d. J. Márquez, and J. Perez, "Command Shaping Control for Micro-milling Operations," *Int. Journal of Control, Automation, and Systems,* vol. 9, no. 6, 2011.

[72]  E. Maleki and W. Singhose, "Dynamics and Control of a Small-Scale Boom Crane," *ASME J. of Computational and Nonlinear Dynamics,* vol. 6, no. 3, pp. 031015-1-8, 2011.

[73]  W. Singhose and J. Vaughan, "Reducing Vibration by Digital Filtering and Input Shaping," *IEEE Trans. on Control Systems Technology,* vol. 19, no. 6, pp. 1410-1420, 2011.

[74]  W. Singhose *et al.,* "Use of Cranes in Education and International Collaborations," *J. of Robotics and Mechatronics,* vol. 23, no. 5, pp. 881-891, 2011.

[75]  K. L. Sorensen, P. W. Cross, W. E. Singhose, and S. Prakash, "Vibration Analysis and Mitigation of Dead-Zone on Systems Using Two-Impulse Zero-Vibration Input Shaping," *ASME J. of Computational and Nonlinear Dynamics,* vol. 6, no. 1, p. 011011, 2011.

[76]  J. Vaughan, P. Jurek, and W. Singhose, "Reducing Overshoot in Human-Operated Flexible Systems," *ASME J. Dynamic Systems, Measurement, and Control,* vol. 133, pp. 011010-1-10, 2011.

[77]  J. Vaughan, A. Smith, S. J. Kang, and W. Singhose, "Predictive Graphical User Interface Elements to Improve Crane Operator Performance," *IEEE Trans. on Systems, Man, and Cybernetics--Part A: Systems and Humans,* vol. 41, no. 2, pp. 323-330, 2011.

[78]  J. R. Huey and W. Singhose, "Design of Proportional Derivative Feedback and Input Shaping for Control of Inertia Plants," *IET Control Theory and Applications,* vol. 6, no. 3, pp. 357-364, 2012.

[79]  E. Maleki, B. Pridgen, W. Singhose, U. Glauser, and W. Seering, "Educational Use of a Small-Scale Cherrypicker," *International Journal of Mechanical Engineering Education,* vol. 40, no. 2, pp. 104-120, 2012.

[80]  E. Maleki and W. Singhose, "Swing Dynamics and Input-Shaping Control of Double-Pendulum Boom Cranes," *ASME J. Computational and Nonlinear Dynamics,* vol. 7, no. July, pp. 031006-1-10, 2012.

[81]  K. C. C. Peng, W. Singhose, and P. Bhaumik, "Using Machine Vision and Hand-Motion Control to Improve Crane Operator Performance," *IEEE Trans. on Systems, Man, and Cybernetics - Part A: Systems and Humans,* vol. 42, no. 6, pp. 1496-1503, 2012.

[82]  K. C. C. Peng, W. Singhose, and D. Frakes, "Hand-Motion Crane Control Using Radio Frequency Real-Time Location Systems," *IEEE/ASME Trans. on Mechatronics,* vol. 17, no. 3, pp. 464-471, 2012.

[83]  B. Pridgen and W. Singhose, "Comparison of Polynomial Cam Profiles and Input Shaping for Driving Flexible Systems," *ASME J. of Mechanical Design,* vol. 134, no. 12, p. 124505 (7 pp.), 2012.

COU_008374

[84]    A. Vela, K. Feigh, S. Solak, W. Singhose, and J.-P. Clarke, "Formulation of Reduced-Taskload Optimization Models for Conflict Resolution," *IEEE Trans. on Systems, Man, and Cybernetics,* vol. 42, no. 6, pp. 1552-61, 2012.

[85]    D. Frakes, C. Zwart, and W. Singhose, "Extracting Motion Data from Video Using Optical Flow with Physically-Based Constraints," *Int. J. of Control, Automation, and Systems,* vol. 11, no. 1, p. 48:57, 2013.

[86]    S. S. Gürleyük, K. C. C. Peng, and W. Singhose, "Hand Motion Input Shaping Control of a Crane System: El Hareketini Takip Eden Vinç Sisteminin Giriş Şekillendirici Denetimi (in Turkish)," *Karaelmas Science and Engineering Journal,* vol. 3, no. 2, pp. 43-47, 2013.

[87]    S.-W. Hong, Y.-K. Seo, and W. Singhose, "A New Command Shaper Design for Residual Vibration Reduction in Flexible Systems Using Artificial Mode Constraints," *IACSIT Int. Journal of Engineering and Technology,* vol. 5, no. 2, pp. 210-213, 2013.

[88]    J. Huang, E. Maleki, and W. Singhose, "Dynamics and swing control of mobile boom cranes subject to wind disturbances," *IET Control Theory and Applications,* vol. 7, no. 9, pp. 1187-1195, 2013.

[89]    J. J. Potter and W. E. Singhose, "Improving Manual Tracking of Systems with Oscillatory Dynamics," *IEEE Trans. on Human-Machine Systems,* vol. 43, no. 1, pp. 46-52, 2013.

[90]    B. Pridgen, K. Bai, and W. Singhose, "Shaping Container Motion for Multi-Mode and Robust Slosh Suppression," *AIAA J. of Spacecraft and Rockets,* vol. 50, no. 2, pp. 440-448, 2013.

[91]    A. Rauch, W. Singhose, D. Fujioka, and T. Jones, "Tip-Over Stability Analysis of Mobile Boom Cranes with Swinging Payloads," *ASME J. of Dynamic Systems, Meas., and Control,* vol. 135, no. 3, pp. 031008-1-6, May 2013.

[92]    H. Seong-Wook, S. Yong-Kyu, and W. Singhose, "A New Command Shaper Design for Residual Vibration Reduction in Flexible Systems Using Artificial Mode Constraints," *International Journal of Engineering and Technology,* vol. 5, no. 2, pp. 210-13, 04/ 2013.

[93]    B. Xiao, Q. Hu, W. Singhose, and X. Huo, "Reaction Wheel Fault Compensation and Disturbance Rejection for Spacecraft Attitude Tracking," *AIAA J. of Guidance, Control, and Dynamics,* vol. 36, no. 6, pp. 1565-1575, 2013.

[94]    E. Maleki, W. Singhose, and S. S. Gürleyük, "Increasing Crane Payload Swing by Shaping Human-Operator Commands," *IEEE Transactions on Human-Machine Systems,* vol. 44, no. 1, pp. 106-114, 2014.

[95]    J. J. Potter and W. Singhose, "Effects of Input Shaping on Manual Control of Flexible and Time-Delayed Systems," *Human Factors,* vol. 56, no. 7, pp. 1284-1295, 2014.

[96]    J. Yoon, S. Nation, W. Singhose, and J. Vaughan, "Control of Crane Payloads that Bounce During Hoisting," *IEEE Trans. on Control Systems Technology,* vol. 22, no. 3, pp. 1233-1238, 2014.

[97]    C. Adams, J. Potter, and W. Singhose, "Input-Shaping and Model-Following Control of a Helicopter Carrying a Suspended Load," *AIAA J. of Guidance, Control, and Dynamics,* vol. 38, no. 1, pp. 94-105, 2015.

[98]    J. J. Potter and W. Singhose, "A Planar Experimental Remote-Controlled Helicopter with a Suspended Load," *IEEE/ASME Transactions on Mechatronics,* vol. 20, no. 5, pp. 2496-2503, 2015.

[99]    A. Dhanda, J. Vaughan, and W. Singhose, "Vibration Reduction Using Near Time-Optimal Commands for Systems With Nonzero Initial Conditions," *Journal of Dynamic Systems, Measurement, and Control,* vol. 138, no. 4, pp. 041006-041006, 2016.

COU_008375

[100] S.-W. Hong, S.-W. Kwon, and W. Singhose, "Vibration suppression of axially-extending cantilever beams under gravity using command shaping," *Research J. of Applied Sciences, Engineering and Technology,* vol. 12, no. 12, pp. 1196-1203, 2016.

[101] J. J. Potter and W. Singhose, "Design and Human-in-the-Loop Testing of Reduced-Modification Input Shapers," *IEEE Trans. on Control System Technology,* vol. 24, no. 4, pp. 1513-1520, 2016.

[102] W. Singhose, C. Adams, and D. Kim, "A Dynamics-Based Hazard Analysis of Inverted-Pendulum Human Transporters Using Data-Mined Information," *ASCE-ASME Journal of Risk and Uncertainty in Engineering Systems, Part B: Mechanical Engineering,* vol. 2, no. Sept., pp. 031007-1-12, 2016.

[103] W. Singhose, K. Peng, A. Garcia, and A. Ferri, "Modeling and Control of Crane Payload Lift-off and Lay-down Operations," *FME Transactions,* vol. 44, pp. 237-248, 2016.

[104] A. Garcia, W. Singhose, and A. Ferri, "Three-Dimensional Dynamic Modeling and Control of Off-Centered Bridge Crane Lifts," *ASME J. Dynamic Systems, Meas., and Control,* vol. 139, no. 4, p. 041005, 2017.

[105] R. Mar, A. Goyal, V. Nguyen, T. Yang, and W. Singhose, "Combined Input Shaping and Feedback Control for Double-Pendulum Systems," *Mechanical Systems and Signal Processing,* vol. 85, pp. 267-277, 2017.

[106] F. Schlagenhauf, P. P. Sahoo, and W. Singhose, "A Comparison of Dual-Kinect and Vicon Tracking of Human Motion for Use in Robotic Motion Programming," *J. of Robotics and Automation Engineering,* vol. 1, no. 2, p. 555558, 2017.

[107] S. Wang, A. Ferri, and W. Singhose, "Slipping dynamics of slender-beam payloads during lay-down operations," *ASME J. Dynamic Systems, Meas., and Control,* 2018.

[108] A. Castro, C. Adams, W. Singhose, and J. Potter, "Modeling and Roll Instability of a Two-Wheeled Inverted-Pendulum Human Transporter," *Submitted to IEEE Transactions on Industrial Electronics.*

[109] D. Fujioka and W. Singhose, "Input-shaped model reference control on a single-pendulum payload," *Submitted to Control Engineering Practice.*

[110] D. Fujioka and W. Singhose, "Input-Shaped Model Reference Control of Double-Pendulum Systems," *Submitted to IEEE Transactions on Control Systems Technology.*

[111] E. Hernandez, E. Maleki, W. Singhose, and J. Vaughan, "Tip-Over Stability of Aerial Lifts," *Submitted to IEEE/ASME Transactions on Mechatronics.*

[112] A. Kivila, W. Book, and W. Singhose, "Exact Modeling of n-link Spatial Serial Structures using Transfer Matrices," *Accepted to ASME J. of Dynamic Systems, Measurement, and Control.*

[113] A. Kivila and W. Singhose, "Touchscreen Interfaces for Crane Control," *Submitted to IEEE/ASME Transactions on Mechatronics.*

[114] B. Post, A. Mariuzza, W. Book, and W. Singhose, "Comparison of Flatness-Based and Input-Shaping Control of Autonomous Cranes," *Accepted to ASME J. of Dynamic Systems, Meas., and Control.*

[115] S. Rishmawi, H. Liu, W. Singhose, and W. Cheng, "Tip-over Stability of Crawler Cranes with Automatically Moving Counterweights," *Submitted to Automation in Construction.*

[116] F. Schlagenhauf, P. P. Sahoo, and W. Singhose, "Extended Kalman Filter for Upper Body Motion Tracking with a Dual-Kinect System," *Submitted to the ASME J. of Biomechanical Engineering.*

COU_008376

[117]  J. Vaughan, W. Singhose, and D. Kim, "Dynamics of Unrestrained Counterweights During Crawler Crane Tip-Over Accidents," *Submitted to the ASME Journal of Dynamic Systems, Measurement, and Control.*

**Refereed Conference Papers**

[118]  W. E. Singhose, W. P. Seering, and N. C. Singer, "Shaping Inputs to Reduce Vibration: A Vector Diagram Approach," in *IEEE Int. Conference on Robotics and Automation*, Cincinnati, OH, 1990, vol. 2, pp. 922-927.

[119]  W. Singhose, S. Derezinski, and N. Singer, "Extra-Insensitive Shapers for Controlling Flexible Spacecraft," in *AIAA Guidance, Navigation, and Control Conf.*, Scottsdale, AZ, 1994.

[120]  W. Singhose, S. Derezinski, and N. Singer, "Input Shapers for Improving the Throughput of Torque-Limited Systems," in *IEEE Conf. on Control Applications*, Glasgow, Scotland, 1994.

[121]  W. Singhose, N. Singer, and W. Seering, "Design and Implementation of Time-Optimal Negative Input Shapers," in *International Mechanical Engineering Congress and Exposition, DSC 55-1*, Chicago, IL, 1994, pp. 151-7: ASME.

[122]  L. Y. Pao and W. E. Singhose, "On the Equivalence of Minimum Time Input Shaping with Traditional Time-Optimal Control," in *IEEE Conference on Control Applications*, Albany, NY, 1995, pp. 1120-5.

[123]  L. Y. Pao and W. E. Singhose, "A Comparison of Constant and Variable Amplitude Command Shaping Techniques for Vibration Reduction," in *IEEE Conference on Control Applications*, Albany, NY, 1995, pp. 875-81.

[124]  W. Singhose, K. Bohlke, and W. Seering, "Fuel-Efficient Shaped Command Profiles for Flexible Spacecraft," in *AIAA Guidance, Navigation, and Control Conf.*, Baltimore, MD, 1995.

[125]  W. Singhose, L. Porter, and N. Singer, "Vibration Reduction Using Multi-Hump Extra-Insensitive Input Shapers," in *American Control Conference*, Seattle, WA, 1995, vol. 5, pp. 3830-34.

[126]  E. A. Crain, W. E. Singhose, and W. P. Seering, "Derivation and Properties of Convolved and Simultaneous Two-Mode Input Shapers," in *IFAC World Congress*, San Francisco, CA, 1996, pp. 441-6.

[127]  E. A. Crain, W. E. Singhose, and W. P. Seering, "Evaluation of Input Shaping on Configuration Dependent Systems," in *Japan-USA Symp. on Flexible Automation*, Boston, MA, 1996.

[128]  L. Pao and W. Singhose, "Unity Magnitude Input Shapers and Their Relation to Time-Optimal Control," in *IFAC World Congress*, San Francisco, CA, 1996, pp. 385-390.

[129]  W. Singhose and L. Pao, "Comparison of Input Shaping Techniques for Speed-Critical Multi-Mode Flexible Systems," in *IEEE Conf. on Control Applications*, Dearborn, MI, 1996.

[130]  W. Singhose, W. Seering, and N. Singer, "Input Shaping for Vibration Reduction with Specified Insensitivity to Modeling Errors," in *Japan-USA Sym. on Flexible Automation*, Boston, MA, 1996, vol. 1, pp. 307-13: ASME.

[131]  W. E. Singhose, L. Y. Pao, and W. P. Seering, "Time-Optimal Rest-to-Rest Slewing of Multi-Mode Flexible Spacecraft Using ZVD Robustness Constraints," in *AIAA Guidance, Navigation, and Control Conf.*, San Diego, CA, 1996.

[132]  W. E. Singhose, W. P. Seering, and A. K. Banerjee, "Limiting Deflection During the Slewing of Flexible Spacecraft Using Deflection Sampling," in *AIAA Guidance, Navigation, and Control Conf.*, San Diego, CA, 1996.

[133]  W. Singhose and W. Seering, "Analytic Methods for Slewing Undamped Flexible Structures with On-Off Actuators," in *AIAA Guidance, Navigation, and Control Conf.*, New Orleans, LA, 1997.

COU_008377

[134] W. Singhose, T. Singh, and W. Seering, "On-Off Control of Flexible Spacecraft with Specified Fuel Usage," in *American Control Conf.*, Albuquerque, NM, 1997.

[135] W. E. Singhose, B. W. Mills, and W. P. Seering, "Closed-Form Methods for On-Off Control of Multi-Mode Flexible Structures," in *IEEE Conf. of Decision and Control*, San Diego, CA, 1997, vol. 2, pp. 1381-6: IEEE, New York, NY.

[136] W. E. Singhose, L. J. Porter, and W. P. Seering, "Input Shaped Control of a Planar Gantry Crane with Hoisting," in *American Control Conf.*, Albuquerque, NM, 1997.

[137] R. Masterson, W. Singhose, and W. Seering, "Input Shaping for Constant-Velocity Scanning with Flexible Sensors," in *IEEE Conf. on Control Applications*, Trieste, Italy, 1998.

[138] W. Singhose and S. Towell, "Double-Pendulum Gantry Crane Dynamics and Control," in *IEEE Conf. on Control Applications*, Trieste, Italy, 1998.

[139] M. Kenison and W. Singhose, "Input Shaper Design for Double-Pendulum Planar Gantry Cranes," in *IEEE Conference on Control Applications*, Kona, Hawaii, 1999, pp. 539-44.

[140] W. Singhose and K. Grosser, "Limiting Excitation of Unmodeled High Modes with Negative Input Shapers," in *IEEE Conference on Controls Applications*, Kohala, Hawaii, 1999.

[141] W. Singhose and B. Mills, "Command Generation Using Specified-Negative-Amplitude Input Shapers," in *American Control Conference*, San Diego, CA, 1999, vol. 1, pp. 61-65: IEEE, Piscataway, NJ.

[142] W. Singhose and B. Mills, "Vibration Reduction with Specified-Swing Input Shapers," in *Conference on Control Applications*, Kohala, Hawaii, 1999, vol. 1, pp. 533-538: IEEE, Piscataway, NJ.

[143] D. Frakes, K. Grosser, J. Fortgang, and W. Singhose, "Simulating Motion of an Operator-Controlled Gantry Crane in a Cluttered Work Environment," in *IMECE Conference*, Orlando, Fl, 2000.

[144] M. Kenison and W. Singhose, "A Parameter-Based Method for Designing Input Shapers for Flexible Robotic Systems," in *Seventh Mechatronics Forum International Conference*, Atlanta, GA, 2000.

[145] C. Forest, D. Frakes, and W. Singhose, "Input-Shaped Control of Gantry Cranes: Simulation and Curriculum Development," in *ASME DETC 18th Biennial Conf. on Mechanical Vibration and Noise*, Pittsburgh, PA, 2001: DETC2001/VIB-21522.

[146] J. Fortgang and W. Singhose, "The Combined Use of Input Shaping and Nonlinear Vibration Absorbers," in *5th IFAC Symposium on Nonlinear Control Systems*, St. Petersburg, Russia, 2001.

[147] J. Fortgang and W. Singhose, "Design of Vibration Absorbers for Step Motions and Step Disturbances," in *ASME Int. DETC 18th Biennial Conf. on Mechanical Vibration and Noise*, Pittsburgh, PA, 2001.

[148] K. Hekman, J. Lawrence, and W. Singhose, "Use of Input Shaping to Decrease the Effects of Stiction," in *5th IFAC Symposium on Nonlinear Control Systems*, St. Petersburg, Russia, 2001.

[149] K. Kozak, I. Ebert-Uphoff, and W. Singhose, "Analysis of Varying Natural Frequencies and Damping Ratios of a Sample Parallel Manipulator Throughout its Workspace using Linearized Equations of Motion," in *ASME Design Engineering Technical Conferences*, Pittsburgh, PA, 2001.

[150] M. Robertson and W. Singhose, "Multi-level Optimization Techniques for Designing Digital Shapers," in *American Control Conference*, Pittsburgh, PA, 2001.

[151] U. Andresen and W. Singhose, "A Simple Cam Design Procedure for Automatic Screw Machines with Flexible Dynamics," in *Japan-USA Symp. on Flexible Automation*, Hiroshima, Japan, 2002.

COU_008378

[152] R. Eloundou and W. Singhose, "Interpretation of S-Curve Reference Commands as Input-Shaped Functions," in *American Control Conference*, Anchorage, AK, 2002, vol. 6, pp. 4948-4953: IEEE, Piscataway, NJ.

[153] R. Eloundou and W. Singhose, "Saturation Compensating Input Shapers for Reducing Vibration," in *6th Int. Conference on Motion and Vibration Control*, Saitama, Japan, 2002, vol. 2, pp. 625-30: Japan Soc. Mechanical Eng., Tokyo, Japan.

[154] R. Eloundou and W. Singhose, "Justification for Using Step-Function Reference Commands: Comparison to S-Curves," in *2nd IFAC Conference on Mechatronic Systems*, Berkeley, CA, 2002: Elsevier Ltd., Oxford, UK

[155] J. Fortgang and W. Singhose, "Concurrent Design of Input Shaping and Vibration Absorbers," in *American Control Conference*, Anchorage, AK, 2002.

[156] K. Hekman, J. Lawrence, and W. Singhose, "Input Shaping for a PD Position Controller Under Coulomb Friction," in *IFAC World Congress on Automatic Control*, Barcelona, Spain, 2002.

[157] J. Huey and W. Singhose, "The Application of Input Shaping to Wire-Driven Mechanisms," in *6th International Conference on Motion and Vibration Control*, Saitama, Japan, 2002.

[158] K. Kozak and W. Singhose, "Rapid Computation of Digital Input Shaping Filters for Reconfigurable Machines," in *Japan-USA Symp. on Flexible Automation*, Hiroshima, Japan, 2002.

[159] T. Kurfess, W. Singhose, and J. Fortgang, "Genesis and Evolution of an Undergraduate Mechatronics Course," in *Second IFAC Conf. of Mechatronic Systems*, Berkeley, CA, 2002.

[160] J. Lawrence and W. Singhose, "An Analytical Solution for a Zero Vibration Input Shaper for Systems with Coulomb Friction," in *American Control Conference*, Anchorage, AK, 2002.

[161] J. Lawrence and W. Singhose, "Decreasing Effects of Coulomb Friction in Precision Positioning Using Input Shaping: Experimental Verifications," in *Japan-USA Symp. on Flexible Automation*, Hiroshima, Japan, 2002.

[162] G. Peláez and W. Singhose, "Implementation of Input Shaping on Flexible Machines with Integer Controllers," in *IFAC World Congress on Automatic Control*, Barcelona, Spain, 2002.

[163] G. Peláez, W. Singhose, and A. Vizan, "Shaping Tool Head Pneumatic Actuator Commands to Reduce Cut Car Letters Machine Vibration," in *WSEAS Int. Conf. on Signal Processing, Robotics and Automation*, 2002, pp. 54-59.

[164] T. Singh and W. Singhose, "Tutorial on Input Shaping/Time Delay Control of Maneuvering Flexible Structures," in *American Control Conference*, Anchorage, AK, 2002.

[165] J. Smith, K. Kozak, and W. Singhose, "Input Shaping for a Simple Non-Linear System," in *American Control Conference*, Anchorage, AK, 2002, vol. 1, pp. 821-6.

[166] R. Thomas, J. Fortgang, and W. Singhose, "Optimization of Lightly Damped Pick-and-Place Processes Using Optimal Dynamic Vibration Absorbers," in *6th International Conference on Motion and Vibration Control*, Saitama, Japan, 2002.

[167] E. Biediger, W. Singhose, H. Okada, and S. Matunaga, "Trajectory Planning for Coordinating Satellites using Command Generation," in *10th International Space Conference of Pacific-basin Societies*, Tokyo, Japan, 2003.

[168] J. Brogan, J. Fortgang, and W. Singhose, "Experimental Verification of Vibration Absorbers Combined with Input Shaping for Oscillatory Systems," in *American Control Conference*, Denver, CO, 2003.

[169] J. Huey and W. Singhose, "Effect of Vertical Acceleration on the Frequency of a Pendulum: Impact on Input Shaping," in *IEEE Conference on Control Applications*, Istanbul, Turkey, 2003.

COU_008379

[170] S. Klooster and W. Singhose, "A Study of Passenger Seat Parameters as a Basis for Active Seat Control," in *11th Mediterranean Conference on Control Automation*, Rhodes, Greece, 2003.

[171] K. Kozak, J. Huey, and W. Singhose, "Performance Measures for Input Shaping," in *IEEE Conf. on Control Applications*, Istanbul, Turkey, 2003.

[172] W. Singhose, E. Biediger, H. Okada, and S. Matunaga, "Control of Flexible Satellites Using Analytic On-Off Thruster Commands," in *AIAA Guidance, Navigation, & Control Conf.*, Austin, TX, 2003: AIAA-2003-5333.

[173] W. Singhose, J. Huey, J. Lawrence, and D. Frakes, "Input Shaping Curriculum: Integrating Interactive Simulations And Experimental Setups," in *11th Mediterranean Conference on Control Automation*, Rhodes, Greece, 2003, pp. IV 11-05.

[174] J. Vaughan, W. Singhose, and N. Sadegh, "Use of Active Suspension Control to Counter the Effects of Vehicle Payloads," in *IEEE Conf. on Control Applications*, Istanbul, Turkey, 2003.

[175] J. Fortgang, J. d. J. Marquez, and W. Singhose, "Application of Command Shaping on Micro-Mills," in *Japan – USA Symposium on Flexible Automation*, Denver, Colorado, 2004.

[176] J. Fortgang and W. Singhose, "Improving Trajectory Following Through Input Shaping of Internal Deflections," in *Seventh International Conference on Motion and Vibration Control*, St. Louis, MO, 2004.

[177] K. Hekman, W. Singhose, and J. Lawrence, "Using Input Shaping to Suppress Controller and Structural Oscillations," in *Mechatronics 2004 9th Mechatronics Forum*, Ankara, Turkey, 2004.

[178] K. Hekman, W. Singhose, and J. Lawrence, "Input Shaping with Coulomb Friction Compensation on a Solder Cell Machine," in *American Control Conference*, Boston, MA, 2004, vol. 1, pp. 728-33: IEEE.

[179] J. Huey and W. Singhose, "Design of Flexible Systems for Use with Input Shaping," in *Seventh International Conference on Motion and Vibration Control*, St. Louis, MO, 2004.

[180] A. Khalid, W. Singhose, J. Huey, J. Lawrence, and D. Frakes, "Study of Operator Behavior and Performance Using an Input-Shaped Bridge Crane," in *IEEE Conference on Control Applications*, Taipei, Taiwan, 2004, vol. 1, pp. 759-64: IEEE.

[181] S. Klooster, K. Kozak, J. Vaughan, P. Sanders, and W. Singhose, "Fluid Power Control of a Hyper-Active Seat for Low-Frequency Vibration Suppression," in *IFAC Symposium on Advances in Automotive Control*, Salerno, Italy, 2004.

[182] H. Kojima, H. Fukudome, T. Watanabe, M. Robertson, and W. Singhose, "Adaptive Input Shaping Control for Slewing Flexible Space Structures," in *24th Int. Symp. on Space Technology and Science*, Miyazaki, Japan, 2004, pp. 474-479.

[183] J. Lawrence, M. Falkenberg, W. Singhose, and G. Peláez, "Input Shaping for a Flexible, Nonlinear, One-link Robotic Arm with Backlash," in *Japan–USA Symposium on Flexible Automation*, Denver, Colorado, 2004.

[184] J. Lawrence, W. Singhose, and K. Hekman, "Robust Friction-Compensating Input Shapers," in *8th Cairo Univ. Int. Conf. on Mechanical Design and Production*, Cairo, Egypt, 2004.

[185] J. d. J. Márquez, J. Fortgang, W. Singhose, and J. M. Perez, "Optimizacion del proceso de microfresado mediante el empleo de tecnicas de reduccion activa de vibraciones," in *XVI National Conference of Mechanical Engineering (Spain)*, Leon, Spain, 2004, pp. 2709-2714.

[186] M. Robertson and W. Singhose, "Command Generation for Tether Retrieval," in *14th AAS/AIAA Space Flight Mechanics Conference*, Maui, Hawaii, 2004.

COU_008380