# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kathleen Courkamp

     Plaintiff

v.                        Case No.  CV-19-02689-PHX-GMS

Fischer-Price Incorporated, et al.
     Defendants

# REBUTTAL REPORT OF WILLIAM SINGHOSE, PH.D.

Report Prepared by:
Dr. William Singhose
2922 Sequoyah Dr.
Atlanta, GA 30327

July 16, 2021

1

COU_009053

# Contents

**1  Introduction**                                                                     4

**2  Qualifications and Compensation**                                                  4

**3  Facts and Data Considered in Forming Opinions**                                    4

**4  Legal Understanding**                                                              4

**5  Rebuttal to Report of Steve Rundell, Ph.D.**                                       **5**
   5.1  Flaws in the Design Process Used by Fisher-Price . . . . . . . . . . . . . . .    6
      5.1.1  Hazard Analyses/Safety Audits . . . . . . . . . . . . . . . . . . .         6
      5.1.2  Gary Deegear, M.D. Consultation . . . . . . . . . . . . . . . . .          9
      5.1.3  Certification Testing . . . . . . . . . . . . . . . . . . . . . . .           9
   5.2  Safety Evaluation Data . . . . . . . . . . . . . . . . . . . . . . . . . . .   10
      5.2.1  Testing Performed by Fox and Shaffer . . . . . . . . . . . . . . .         12
      5.2.2  Testing Performed by Exponent . . . . . . . . . . . . . . . . . .          20
      5.2.3  Engineering Systems, Inc. Testing . . . . . . . . . . . . . . . . .        33
      5.2.4  Explico Demonstrations . . . . . . . . . . . . . . . . . . . . . .         33
      5.2.5  CPSC-Commissioned Study . . . . . . . . . . . . . . . . . . . .            37
      5.2.6  Wang et al., 2020 . . . . . . . . . . . . . . . . . . . . . . . . .        39
      5.2.7  Safety Evaluation Data Neglected by Dr. Rundell . . . . . . . . .          40
      5.2.8  Incident Reports of Infants Becoming Unrestrained . . . . . . . .          41
      5.2.9  Dr. Rundell's Analysis of Safety Evaluation Data . . . . . . . . .         51
      5.2.10 Summary of Dr. Rundell's Safety Evaluation Data . . . . . . . . .          52
   5.3  Dr. Rundell's Biomechanical Analysis . . . . . . . . . . . . . . . . . . .    53
      5.3.1  Dr. Rundell's Injury Characterization and Causation . . . . . . .          53
      5.3.2  Dr. Rundell's Product Hazard and Alleged Defect Analysis . . . . .         57
      5.3.3  Dr. Rundell's Rollover Ability Analysis . . . . . . . . . . . . . .        57
      5.3.4  Dr. Rundell's Belt Restraint Analysis . . . . . . . . . . . . . . .        62
      5.3.5  Dr. Rundell's Breathability Analysis . . . . . . . . . . . . . . .         64
      5.3.6  Dr. Rundell's Rebreathing Analysis . . . . . . . . . . . . . . . .         66
      5.3.7  Dr. Rundell's Entrapment Analysis . . . . . . . . . . . . . . . .          68

**6  Rebuttal to Report of Dorothy Drago**                                              **69**
   6.1  Ms. Drago's Opinions on Inclined Sleeping Surfaces . . . . . . . . . . . .    71
   6.2  Ms. Drago's Opinions on Foreseeability of Parental Misuse . . . . . . . . .   76
   6.3  Ms. Drago's Opinions on ASTM Compliance . . . . . . . . . . . . . . . .       77
   6.4  Ms. Drago's Opinions on Warnings. . . . . . . . . . . . . . . . . . . . .     80
   6.5  Ms. Drago's Opinions on Cause of Death . . . . . . . . . . . . . . . . . .    80
   6.6  Contradictions Within Ms. Drago's Opinions For This Case . . . . . . . . .    81
   6.7  Summary of Ms. Drago's Opinions . . . . . . . . . . . . . . . . . . . . .     81

COU_009054

7   Rebuttal to Report of Dr. Christine Fuller                                    82

8   Rebuttal to Report of Dr. Steven Arndt                                       89

9   Rebuttal to Report of Shahrokh Rouhani, Ph.D., P.E                           92

10  Supplement in Response to Dr. Deegear's Deposition                          97

11  Summary of Opinions                                                         98

COU_009055

# 1    Introduction

[1]        The following is a Report by Dr. William Singhose, Ph.D., an independent expert in the fields of product design, juvenile products, dynamics, warnings, and human-subject testing.

[2]        I have been retained by the law firm of Goldberg & Osborne LLP on behalf of Plaintiffs Kathleen Courkamp and Andrew Olson to examine the role of the Fisher-Price Rock 'n Play sleeper in the death of Zoey Olson on June 19, 2014.

[3]        I submitted an initial report ("Initial Report") on this matter on April 2, 2021. I incorporate those statements herein. This Rebuttal Report is primarily a rebuttal to expert reports produced by Defendants. However, I have also been provided additional information, as detailed below. This report provides my rebuttal opinions and clarifies my previously-expressed opinions using the newly provided information.

# 2    Qualifications and Compensation

[4]        My qualifications and compensation were disclosed in my Initial Report. I incorporate those statements herein.

# 3    Facts and Data Considered in Forming Opinions

[5]        My Initial Report listed facts and data that I considered in forming my opinions. I incorporate those statements herein. Since the time of my Initial Report, I have been provided the following reports prepared by Defendants' experts:

1. Report of Steve Arndt, PhD. titled "Human Factor Analysis" (May 7, 2021)
2. Report of Dr. Christine Fuller titled "Expert Report of Dr. Christine Fuller, M.D." (May 7, 2021)
3. Report of Dorothy A. Drago, MA, MPH (May 7, 2021)
4. Report of Steve Rundell, PhD. titled "Fisher-Price Rock n' Play Sleeper Mechanical and Biomechanical Evaluation" (May 7, 2021)
5. Report of Shahrokh Rouhani, Ph.D., P.E titled "Expert Report of Shahrokh Rouhani, Ph.D., P.E" (Amended July 12, 2021)

I have also been provided with the deposition transcript of Dr. Deegear, as well as the recent decision by the CPSC to effectively ban inclined sleeping products similar to the Fisher-Price Rock 'n Play sleeper. Furthermore, I have reviewed additional materials that are cited within the body of this report.

# 4    Legal Understanding

[6]        My understanding of the relevant legal standards was detailed in my Initial Report. I incorporate those statements herein.

4

# 5    Rebuttal to Report of Steve Rundell, Ph.D.

[**7**]    In his report, dated May 7, 2021, Dr. Rundell attempts to i) defend the product development process used by Fisher-Price during the development of the recalled Rock 'n Play sleeper, ii) present and analyze "Safety Evaluation Data" about the Rock 'n Play sleeper generated by several parties, and iii) perform a biomechanical analysis that justifies the design of the Rock 'n Play sleeper.

[**8**]    As a result of his analysis, Dr. Rundell arrives at several opinions that are contrary to my own, as well as the Consumer Product Safety Commission. In the following sections, I will rebut Dr. Rundell's analysis and opinions, to the extent that is reasonable and practical. Given the scale and extent of the errors in his analysis and opinions, it is not practical for me to respond to all of them in the course of this Rebuttal Report. I have chosen to address a subset of the problems that I think will reveal the errors and lack of foundation for Dr. Rundell's opinions. Therefore, if I do not respond to a particular opinion or analysis of Dr. Rundell, that should not be interpreted as though I am in agreement with him. On the contrary, I disagree with his every opinion and analysis that attempts to indicate the recalled Rock 'n Play sleeper is a safe contraption that did not contribute to Zoey Olson's death.

[**9**]    As an additional note of my rebuttal content, I would like to point out that it is not possible to rebut every defective aspect of Dr. Rundell's work because relevant data has not been provided to me. As one example of non-disclosed data, consider the infant testing performed by Exponent. That testing used various motivations in an attempt to entice infants to roll over in both a flat crib and in a Rock 'n Play sleeper. The experiments purport to show that infants can roll over more easily in a flat crib than in a Rock 'n Play sleeper. However, to make such a conclusion, the same enticements would need to be given to the same infants, in the same way, under the same conditions, and for the same amount of time.[1] Only when the enticements (and relevant experimental conditions) are the same, can one then reasonably conclude that observed differences in rolling behavior are attributable to the physical differences of the flat crib and the Rock 'n Play sleeper. The enticements used on the infants include at least:

1. The visual stimulation of a toy.
2. The physical touching of the infant (for example with the toy).
3. The sounds made by the toy.
4. The verbal encouragements given by the testers.

[**10**]    The summary videos provided to me that document some of the Exponent testing did not include the audio tracks. That information had been scrubbed. Furthermore,

---

[1]Note that the experimental conditions that must be consistent between the flat crib and the Rock 'n Play sleeper include the mental and physical state of the infant. For example, if the infant becomes fatigued while being tested in the flat crib, then when the tired infant is transferred to the Rock 'n Play sleeper for testing, he/she would naturally be less likely to roll around. Such a change in the state of the infant biases the results to make it appear that infants roll more in the flat crib, as compared to the Rock 'n Play sleeper.

COU_009057

**PRODUCT DEVELOPMENT** ..................................... ERROR! BOOKMARK NOT DEFINED.

INTRODUCTION ............................................................................................ 29
PRODUCT DEVELOPMENT PROCESS ......................................................... 35
HAZARD ANALYSES/SAFETY AUDITS ........................................................ 37
PRODUCT REQUIREMENTS DOCUMENTS (PRDs) ...................................... 39
    *PRD #R6070: Original Product* .......................................................... *40*
    *PRD #X7314: "Rock N Play Sleeper 3"* ............................................. *42*
QUALITY AND SAFETY OPERATING PROCEDURES (QSOPs) ...................... 44
FISHER-PRICE PLAY LAB .......................................................................... 45
GARY DEEGEAR, M.D. CONSULTATION ..................................................... 51
CERTIFICATION TESTING ......................................................................... 53
    *Original RNPS (#R6070)* ................................................................... *53*
    *Subject RNPS (#BHL58)* .................................................................... *56*
    *Post-Adoption of ASTM F3118-15* ..................................................... *58*
CONSUMER FIELD DATA ........................................................................... 59

**Figure 1: The Portion of Dr. Rundell's Table of Contents for his Product Development Section.**

the videos were clipped at times which likely suppressed important infant motions or experimenter actions. Therefore, much of the experimental protocol and stimulation used on the infants has been hidden from me. As an example of how evidence suppression impeded my analysis, consider the possibility that the testers stimulating the infants in the flat cribs were more vocal and enthusiastic during their enticements than the testers performing the corresponding tests in the Rock 'n Play sleeper. If that is the case, then differences in roll behavior could be attributed to the more effective audio stimulation, rather than the physical environment. Additional issues involving undisclosed important information will be noted at various points throughout this Rebuttal Report.

## 5.1  Flaws in the Design Process Used by Fisher-Price

[11]     In my initial Report, I documented and explained various flaws in the design process used by Fisher-Price during the development of the Rock 'n Play sleeper. It appears that the first substantive section of Dr. Rundell's Report is an attempt to rebut my analysis and portray Fisher-Price's design process as typical and adequate. To this end, Dr. Rundell discusses several design activities performed by Fisher-Price. The Table of Contents for this section of Dr. Rundell's Report is shown in Figure 1.

### 5.1.1  Hazard Analyses/Safety Audits

[12]     While Dr. Rundell has put a lot of material in his "Product Development" Section, very little of it is relevant to the question of whether or not a proper design process was followed. Furthermore, he does not explain how this information rebuts my criticisms. For example, he has a section called "Hazard Analyses/Safety Audits." In that section he describes the hazard analyses processes used by Fisher-Price. However, he does not

COU_009058

use this information to address the fact that Fisher-Price did not examine known hazards posed by the Rock 'n Play sleeper. So, even if Fisher-Price did conduct a nominal hazard analysis early on in the design process, that does not prove that they did an appropriate hazard analysis on the product before it entered the stream of commerce. They certainly did not.

[13]    As I discussed in my Initial Report, the development group ignored known hazards and pursued a design concept that Fisher-Price knew was problematic in that the sleeping surface was significantly inclined. It was well known at the time that infant sleepers should not have an inclined sleeping surface. Fisher-Price acknowledged in its own patents that infant sleeping surfaces should not be inclined. For example, US 6,851,745 is a Fisher-Price patent filed on April 12, 2002 and issued on February 8, 2005. The patent was filed more than 7 years before the Rock 'n Play was put on the market. The patent clearly states that sleep products should be horizontal:

> Known bouncer seats of the type disclosed, for example in U.S. Pat.No.5,207.478 to Freese et al. include a portable infant seat where the back is convertible between an upright and a tilted position. Although these bouncer seats can be collapsed for portability, *they are not intended for use as a sleep product, for example, they are not convertible into a horizontal position.*
> (US 6,851,745, 1:57-64. *emphasis added.*)

[14]    Additionally, the development group did not even discuss what would happen to an infant that rolled over onto his/her face, or whether such infants would be able to roll back to the safety of the supine position. This is an inexcusable omission in the hazard-analysis process because Fisher-Price knew that infants could get injured in such positions. Proof of this knowledge appears in a patent application filed on the Rock 'n Play sleeper. Patent application US2011/0148155 was filed on December 22, 2009 and lists Linda Chapman, Margo Moulin, and Justin Taton as the inventors. The figure shown on the face of the patent application is reproduced here in Figure 2. The patent application specifically points out the hazard associated with the prone position:

> Placing the infant face down, or placing the trunk of the infant within the foot portion of the bottom wall is not preferred, since injury to the infant may result.
> (US2011/0148155, Para. 60.)

[15]    This is a particularly glaring flaw in the design process because any engineer witnessing an infant placed face down in the Rock 'n Play sleeper would almost certainly recognize the dangerous nature of the hazard. This hazard was blatantly obvious to me when I watched the Exponent test videos and when I personally observed infants lying face down in the Rock 'n Play sleeper. Nothing in Dr. Rundell's report rebuts this significant flaw in the Fisher-Price design process.

[16]    Additionally, the development team for the Rock 'n Play sleeper knew that the in-home tests showed more than 50% of the caregivers would not use the belt restraints

COU_009059



**Figure 2: Figure on the Face of Patent Application US2011/0148155.**

before the Rock 'n Play went into production. However, they do not recall ever discussing the fact that caregivers would not use the restraint belts. Given this information, the development team should have designed and tested the sleeper without the use of the belt restraint because that is the way that the product was certainly going to be used by a large number of caregivers. However, Michael Steinwachs testified that Fisher-Price did not test the product without the restraints:[2]

> Q. And my understanding of your prior testimony is you don't recall at any point during the development of the Rock 'n Play testing babies without the restraints?

> MS. COHEN: Objection to form.

> THE WITNESS: I don't recall not having restraints, but that doesn't mean some very, very early models that maybe we did internal testing didn't have any. But I – for the – for – for my – from my memory, every model that we made had a restraint.

> BY MS. SCHRINER:

> Q. And I understand that all the models had a restraint, but I'm talking about testing where – where the restraint was not used to put the baby into the Rock 'n Play and not buckle the restraint to see how the baby moved without the restraint.

> A. I don't remember such a test.

[17]     In terms of testing to determine whether rebreathing could occur, Joel Taft could only remember that he "never considered it to be an issue." Mr. Taft also testified that

---

[2]Steinwachs Depo. (11-11-20): 64:19-65:9.

COU_009060

the padding of the subject Rock 'n Play would not have been tested to the air permeability Quality and Safety Operating Procedures (QSOP), as the QSOP only related to the Deluxe version.[3] As explained below in my response to the Fox and Shaffer tests, it is my opinion that the air permeability QSOP is applicable to Zoey Olson's Rock 'n Play sleeper. Mr. Taft further testified that a test result performed by the "Asia lab," referred to as MOA, did exist, but that he and Michael Steinwachs disagreed with the results.[4] Being presented with such a result, but dismissing it without a thorough investigation and explanation, is a type of design process flaw that is likely to lead to dangerous outcomes. Furthermore, not applying Fisher-Price's own air permeability QSOP to the design of the Rock 'n Play sleeper is yet another error in the design process.

[18]    The Rock 'n Play development team made at least these three errors during the design process:

1. They knew of the roll over hazard, but did not address it.
2. They knew that caregivers would not use the belted restraint, yet they did not rigorously test the device without restraints.
3. They knew that rebreathing and suffocation was a deadly hazard, but they never thoroughly considered the problem, tested for the hazard, nor applied their own air permeability QSOP.

[19]    Although these errors were made, nothing in Dr. Rundell's report contradicts or justifies these design-process errors. Therefore, Dr. Rundell's opinion that Fisher-Price performed appropriate design activities is incorrect and clearly disproven by the errors listed above, as well as for all the reasons I discussed in my Initial Report.

### 5.1.2   Gary Deegear, M.D. Consultation

[20]    In a subsection of his "Product Development" section, Dr. Rundell attempts to demonstrate that Fisher-Price had significant consultations with a medical doctor during the development of the Rock 'n Play sleeper, and utilized this significant medical input to improve the design. They did not. The lack of consultation with this doctor is fully addressed below in Section 10.

### 5.1.3   Certification Testing

[21]    In a subsection of his "Product Development" section, Dr. Rundell lists a variety of items under the heading of "Certification Testing." (Rundell Report, pgs. 53-58.) Although he does not indicate why this material is pasted into his report, it is apparently an attempt to establish that Fisher-Price used an appropriate product-development process - given that is the section title.

[22]    This certification testing is broken down into lists of purported tests that six different entities performed. It is not clear how these tests are related to the Rock 'n Play

---

[3]See Taft deposition, pp. 239-241.
[4]See Taft deposition. pp. 232-235.

COU_009061

development because they include tests of seemingly unrelated issues, such as "Safety of Toys." Dr. Rundell does not provide any explanation of how this material is related to the Rock 'n Play development process.

**[23]**    Although I will not repeat the entire list of purported Rock 'n Play tests here, I will list some of the entries to demonstrate that this information is irrelevant to the matter at hand:

1. Flammability of Fabric
2. Flammability of Textile Materials Used Products or Sale in Canada
3. Dye Migration
4. Crocking Test
5. Product quality measurements did not meet requirement
6. Safety of toys
7. Safety aspects related to mechanical physical properties
8. The flammability requirements of California Technical Bulletin 117
9. Certain Phthalates Content
10. Lead and Soluble Element Content
11. Heavy Elements
12. Total Cadmium in plastics
13. Standard Consumer Safety Specification on Toy Safety

**[24]**    None of the above, and possibly none of the entire list of, tests speak to Fisher-Price performing an appropriate product-development process while creating the Rock 'n Play sleeper. This mass listing of tests, without any explanation, by Dr. Rundell appears to be just a smokescreen.

**[25]**    Ironically, the list of purported testing does serve to illustrate that Fisher-Price did NOT test for the known hazards and design properties that are relevant in this matter, such as the ability of the infant to maneuver out of the dangerous prone position and the nonbreathable fabrics hazard, among others.

## 5.2  Safety Evaluation Data

**[26]**    In another section of his report, Dr. Rundell discusses "Safety Evaluation Data." He presents and endorses testing that was performed by Fisher-Price and external entities that Fisher-Price paid to conduct tests. Some of this testing was done during the initial development of the product, but the bulk of what Dr. Rundell endorses as "Safety Evaluation Data" was performed in an attempt to justify the design years after its introduction to the market and/or stave off the product recall. This section also includes an attempt by Dr. Rundell to discredit tests by an external, unaffiliated research group that clearly show some of the hazards presented by the Rock 'n Play sleeper. The Table of Contents for this section of Dr. Rundell's Report is shown in Figure 3.

**[27]**    The majority of the testing discussion and analysis in this section of Dr. Rundell's Report acts as a smokescreen to hide the real issues involved in this matter. For ex-

10

**SAFETY EVALUATION DATA**.................................................................................**60**
  FOX-SHAFFER.................................................................................................60
  EXPONENT PRELIMINARY INFANT OBSERVATION ..............................................66
  EXPONENT'S FULL SCALE INFANT TESTING .........................................................79
  ENGINEERING SYSTEMS, INC. TESTING...............................................................99
  CPSC-COMMISSIONED STUDY .........................................................................113
    *Incident Analysis* ......................................................................................*113*
    *Biomechanical Analysis* .............................................................................*114*
    *Ability to Roll* ..........................................................................................*117*
  WANG ET AL., 2020........................................................................................118
  EXPLICO DEMONSTRATIONS ............................................................................120
    *Infants* .....................................................................................................*121*
    *Rock 'n Play Sleeper - Restrained and Awake* ...............................................*124*
    *Rock 'n Play Sleeper – Restrained and Asleep*...............................................*131*
    *Level Mattress – Being put to sleep / Co-sleep*...............................................*135*
    *Crib Mattress Asleep* .................................................................................*137*
  ANALYSIS OF SAFETY EVALUATION DATA ..........................................................139

**Figure 3: The Portion of Dr. Rundell's Table of Contents for his Safety Evaluation Data Section.**

ample, a significant portion of this testing is directed at comparing the ability of infants to roll supine to prone in a crib versus in a Rock 'n Play sleeper. This comparison is of relatively minor concern. What is important to consider, related to the rolling issue, is whether or not the prone position in the Rock 'n Play is dangerous (it certainly is), and whether it is difficult for infants to roll, squirm, or somehow work themselves out of the dangerous prone position (it is very hard for them to get out of the double-V valley structure of the Rock 'n Play.)

[**28**]      In order to clarify what is at issue in this case, and to keep this rebuttal focused on relevant issues, I will first describe what is important to consider in this matter.

[**29**]      In order to evaluate the safety of the Rock 'n Play sleeper, tests should have examined and measured the known, and most relevant issues, which include:

  1. The ability of the infant to maneuver out of the dangerous prone position (most important).
  2. The supine-to-prone roll-over hazard.
  3. The rebreathing and non-breathable fabrics hazard.
  4. The non-use of the belt restraint.
  5. The ability of infants to push off the foot rest.

[**30**]      In addition to testing for these relevant issues, reliable test protocols for many of these safety concerns would have to be conducted under the expected-use conditions of long-duration overnight sleep and overnight sleep without the belt harness fastened around the sleeping infant. As an initial matter, none of the "safety evaluation" data presented by Dr. Rundell was performed during long-duration use, such as overnight sleep. All of the testing was short duration - just a few minutes in most cases. These tests simply do not test for the most important issues involved in this case. As a result, the entire mass

11

of data has little relevance to whether or not the Rock 'n Play sleeper is safe for long-duration overnight sleep.

**[31]**     Although Dr. Rundell provides a large mass of data on which he bases his opinions, he has failed to tie that data to a credible rebuttal of my criticisms of the product testing. For example, my Initial Report makes it perfectly clear that Fisher-Price did not test for the ability of an infant to maneuver out of the dangerous prone position into the supine position on their back with an unobstructed airway. This is the most critical defect to consider because the Rock 'n Play sleeper can trap an infant in the dangerous face-down position. Nothing in the testing and observations reviewed by Dr. Rundell indicates that infants can reliably get themselves rolled back out of the prone position.

**[32]**     I note that there is no dispute that infants can turn over from supine into the dangerous prone position, even with the belt restraint in use. Any attempt by Fisher-Price or its experts to put forth such an opinion is not credible and contradictory to their own evidence. See e.g., the numerous Fisher-Price incident reports proving this fact.

**[33]**     The issue of whether or not infants can easily roll from prone back to the safety of the supine position is actually straightforward to address. If you want to know if infants can maneuver from prone to supine while in the Rock 'n Play sleeper, then you place infants in the prone position and observe them for long periods of time. In fact, even short-duration testing, such as that performed by Dr. Mannen's research team, can be used to illustrate the difficulty that infants have in the prone position. Of course, such tests should be done carefully and with properly-functioning oxygen monitors on the infants. No such tests were ever attempted.

### 5.2.1   Testing Performed by Fox and Shaffer

**[34]**     Dr. Rundell relies on testing performed by Fox and Shaffer. This testing does not measure any design feature of the Rock 'n Play sleeper that is relevant to this case. Dr. Rundell points to these tests and opines that they indicate the Rock 'n Play sleeper does not have any rebreathing problems with its design. However, the Fox and Shaffer tests do not test for rebreathing or restricted air flow to an infant.

**[35]**     As an initial matter, rebreathing, or restricted breathing in general, is directly tied to the air permeability of the fabric that is near the infant's face. The physical shape that determines the degree to which the fabric wraps around the face, as well as the "breathability" of the fabric combine together to impede the flow of well-oxygenated air to the infant. Fisher-Price has a QSOP (3165) that is directed to the breathability of fabric used in its products. (Mattel-COU-1003649-51.) The QSOP uses the test method described in ASTM D737: Standard Test Method for Air Permeability of Textile Fabrics. This standard describes a test method that provides a numerical value associated with fabric permeability, which is closely related to breathability. The numerical value is the amount of air that flows through an area of fabric in a given amount of time (cubic feet of air flow per min per square foot of fabric.) The test is summarized in the standard as:

12

COU_009064

The rate of air flow passing perpendicularly through a known area of fabric is adjusted to obtain a prescribed air pressure differential between the two fabric surfaces. From this rate of air flow, the air permeability of the fabric is determined. (ASTM D737, Section 4.)

[36]    The standard makes no mention of the test procedure being appropriate for evaluating the breathability of fabrics used in children's products. Rather, the standard describes its use as:

Air permeability is an important factor in the performance of such textile materials as gas filters, fabrics for air bags, clothing, mosquito netting, parachutes, sails, tentage, and vacuum cleaners. In filtration, for example, efficiency is directly related to air permeability. Air permeability also can be used to provide an indication of the breathability of weather-resistant and rainproof fabrics, or of coated fabrics in general, and to detect changes during the manufacturing process. (ASTM D737, Section 5.)

[37]    Joel Taft informed Kitty Pilarz that Fisher-Price submitted 12 different fabrics to an outside testing lab to be tested under the ASTM test protocol. When they received the numerical results back for each of the 12 different fabrics, they then covered their mouths with swatches of the fabrics to subjectively test the difficulty of breathing through the fabrics. Based on those subjective tests performed by adults, they selected a value that they felt was acceptable in terms of breathability of fabrics used in their infant products. The text of Joel Taft's and Kitty Pilarz's communications of this are as follows:

We compared the numerical results of the testing with a subjective assessment of how easy/difficult we were able to breathe through the test samples by holding the sample over our mouths. This is how the pass/fail criteria of at least 30 $ft^3/min/ft^2$ was established for the QSOP. (Mattel-COU-1003649.)

These values were then compared with the ease of which swatches of the materials could be breathed through when pressed against the face (Kitty test). (Mattel-COU-1003651.)

[38]    As part of my investigation of the Rock 'n Play sleeper, I also performed a breathability test by placing my face into the Rock 'n Play sleeper at the location where a prone infant's face would be located. That is, I placed my face into the exemplar Rock 'n Play sleeper at approximately the same location as the start of the blood stain in Zoey Olson's Rock 'n Play sleeper. As I previously reported, it was very difficult to breath. My breathability test is somewhat similar to the tests performed by Fisher-Price to establish their pass/fail criteria for fabric breathability. However, my test is better because it takes into account the shape of the fabric and how it is mounted within the product, not simply loose swatches of the fabric. That is, my test also evaluates the conformity of the fabric as used in the product, not just its general air permeability.

13

COU_009065

[**39**]    The testing performed by Fox and Shaffer does not include any type of air permeability test. They do not perform the ASTM D737 testing. They do not perform the Fisher-Price "breathing-through-a-fabric-swatch" test. They do not perform any experiment similar to my test of breathing through the fabric *in-situ*. Fox and Shaffer simply do not test for the breathability of the fabric in any way.

[**40**]    In an email to Kitty Pilarz, Joel Taft explained the history and rationale for the 3165 QSOP:[5]

> The scope of the QSOP (which was released in 2008) was written to include the sides of products that hold infants in fully reclined positions (i.e., bassinets and play yards) as well an[sic] *infant head supports (for which we had received perceived safety complaints from consumers when the head support ended up on the child's face)*. (Mattel-COU-1003649.) (emphasis added.)

[**41**]    The Rock 'n Play sleeper has a built-in head support that both inclines the head and supports the head on the lateral sides. When the infant turns prone, this built-in head support ends up on the child's face. Therefore, the fabric at the location of a prone child's face should have been made of breathable fabric - by Fisher-Price's own safety procedures. The Rock 'n Play sleeper fabric is not breathable and when Zoey Olson's face was pressed against that fabric in her Rock 'n Play sleeper, it greatly restricted the flow of well-oxygenated air to her mouth and nose.

[**42**]    Any tests directed at assessing the rebreathing or oxygen-restricting properties of the Rock 'n Play sleeper need to measure both the fabric permeability and its conformity about the face of infants. Given that the Fox and Shaffer tests did not place the infants' face into the Rock 'n Play sleeper, as would occur with a partially or fully prone infant, their tests are irrelevant. They did not even measure the air permeability of the fabric at the location where a prone infant's face would be located, much less the fabric conformity. As such, their tests have nothing to do with this case. Fox and Shaffer simply did not test for properties of the Rock 'n Play sleeper that are at issue in this case.

[**43**]    Although the Fox and Shaffer testing is irrelevant to this case, I will provide an in-depth review and analysis of this testing because Dr. Rundell does rely on their tests as a basis for his opinions. The Fox and Shaffer experimental setup and protocol can be summarized as:

1. The infant's body measurements and weight are collected.
2. The infant is placed in the supine lying positing in the sleeper and buckled into the belt restraint of the sleeper.
3. In some cases, oxygen-level measurements are collected in this supine lying position.
4. The following measurements are collected: i) The distance from the crown of the infant's head and top of the sleeper. ii) The distance from the right side of the infant's neck/shoulder to the top of the mesh right side wall of the sleeper. iii) The distance

---

[5]I note this history and rationale created by Joel Taft was for the purposes of being shared with and reviewed by Dr. Shaffer. (Mattel-COU-1003649-50.)

COU_009066



**Figure 4: COU0002210 Experimental Setup.**

    from the left side of the infant's neck/shoulder to the top of the mesh left side wall of the sleeper.

5. The infant is turned slightly diagonal so that their head rests near the mesh left side wall of the sleeper, about quarter to halfway along the axis of the sleeper's inclined surface, as illustrated in Figure 4.

6. The distance between the infant's crown and the top of the sleeper, and the oxygen-level monitor's reading is shown on screen.

7. Steps 5-6 are repeated with the infant's head towards the mesh on the right side wall of the sleeper.

8. Finally, steps 4-7 are repeated after un-buckling the infant from the belt restraint of the sleeper.

**[44]**    As an example of the inappropriate nature of the Fox and Shaffer experimental protocol, we can compare the infant face positions in the Fox and Shaffer tests to those in the Exponent testing. The picture on the left side of Figure 5 is a screenshot from one of the Exponent tests wherein the infant (Subject 9) rolled into the dangerous prone position. The infant shown in the screenshot actually had to be rescued by the experimenters after struggling for several minutes. What is immediately clear from the image is that the infant is face down in the middle of the Rock 'n Play sleeper. This is the position of concern in this case. Fox and Shaffer deliberately chose not to test this case. Rather, most of their testing occurred with the infants lying on their backs with their faces far from any fabric. On the brief occasions that the Fox and Shaffer tests moved the infants' faces somewhat toward any fabric was when they moved them toward the mesh sidewalls, such

15

COU_009067

 

(a) Exponent Test Subject 9 (Mattel-COU0023498_CONFIDENTIAL.mp4).

(b) Typical Fox and Shaffer Side Position.

**Figure 5: Comparison of Exponent and Fox and Shaffer Infant Face Positions.**

as shown on the right side of Figure 5. Viewing these two infant positions side-by-side makes it immediately obvious that Fox and Shaffer did not actually test for rebreathing or restricted breathing properties of the Rock 'n Play sleeper. To do so, they certainly would have needed to study infants in prone positions, as was done in the Exponent testing.

[45]    In order to quantitatively demonstrate that the Fox and Shaffer tests do not address rebreathing or restricted airflow to the infants, the videos were analyzed to extract the time durations during which the infants were in various positions. Table 1 lists the total time duration of the experiments for each subject, total time the subject's face was visibly close to (∼ 2 in.) the mesh surface, total time the subject's face touched the mesh surface, total time the subject's face touched non-breathable fabric, the total time the subject was face down in a prone position in the sleeper, and the total time the blood-oxygen level sensor reading was shown on screen via the monitor. Note that the column for total time the subject's face touched non-breathable fabric is not referring to times that the infant's face was engulfed in non-breathable fabric; that never occurred during the testing. The data in that column is merely referring to the times, over the entire course of the testing, when any part of the face appeared to come into contact with non-breathable fabric.

[46]    Table 1 shows that the maximum time any infant's face was close to (∼ 2 in. from) the mesh surface was 1:48 minutes. Note that this total time duration is not a continuous closeness to the mesh, rather the total time duration is spread across 6 testing configurations. The maximum time duration that any infant's face spent touching the mesh surface and non-breathable fabric was 1:19 minutes and 0:50 minutes, respectively.

16

COU_009068

### Table 1: Summary of Fox and Shaffer Testing Durations.

| Video | Total duration of experiment | Total time infant's face close to ( ~2" from) mesh surface | Total time infant's face touching mesh | Total time infant's face touching non-breathable fabric | Time face down in prone position | Total time blood-oxygen level sensor readings shown |
|---|---|---|---|---|---|---|
| COU0002209 | 18:03 | 0:19 | 0:00 | 0:00 | 0:00 | 0:00 |
| COU0002210 | 9:11 | 0:42 | 0:00 | 0:18 | 0:00 | 0:45 |
| COU0002212 | 14:51 | 1:48 | 1:19 | 0:00 | 0:00 | 0:39 |
| COU0002213 | 19:00 | 0:35 | 0:14 | 0:24 | 0:00 | 1:59 |
| COU0002214 | 16:14 | 1:20 | 0:03 | 0:50 | 0:00 | 2:18 |
| COU0002215 | 17:51 | 0:42 | 0:20 | 0:14 | 0:00 | 1:14 |

To clarify, these are total time durations, not one continuous exposure. The longest continuous exposure to the mesh side panel was 24 seconds for CUO0002212 and the longest exposure to non-breathable fabric was 50 seconds (on the side of the face, the nose and mouth were unobstructed) for CUO0002214. In two sets of experiments (a third of the testing subjects), the infant's faces never touched the mesh surface. In two different sets of experiments (a third of the testing subjects), the infant's faces never even touched the non-breathable fabric. Most importantly, not a single test was conducted with the infant lying in the prone position for any amount of time. Finally, in one set of experiments, it appears that they forgot to record blood-oxygen level readings.

[**47**]     No infant spent significant time with their nose or mouth obstructed by either the mesh or the non-breathable fabric in the sleeper. The subjects were always in a supine position, occasionally with their head rolled towards one side so their cheek could rest on either the mesh or the non-breathable fabric. Thus, one cannot derive any conclusions about the breathability of the fabric from this orientation of the infants' heads.

[**48**]     The closest that each of the six subjects' faces got to the side walls or sleeping surface is shown in Figure 6. None of these positions are anywhere close to being a prone position. Therefore, none of these tests measure the rebreathing effects or restricted airflow characteristics of a prone infant in the Rock 'n Play sleeper. Given that it was known that an infant could get into the prone position in a Rock 'n Play sleeper, the Fox and Shaffer tests do not test the known hazard that is of interest in this matter.

[**49**]     Additionally, no subjects were placed in the sleeper for an extended period. The sleeper is designed for long-duration naps and overnight sleeping. However, all of the tests were conducted over a span of roughly 20 minutes, or less, with the subjects spending less than a minute (and usually only a few seconds) at any given time with their face anywhere near the mesh or the non-breathable fabric of the sleeper. Even during these brief periods of proximity to the fabrics, the nose and mouth of the subjects were always unobstructed by the mesh and the non-breathable fabric. Moreover, the lack of any sleep time or prone

17



*Subject 1: CUO0002210*

*Subject 2: CUO0002209*

*Subject 3: CUO0002212*

*Subject 4: CUO0002213*

*Subject 5: CUO0002214*

*Subject 6: CUO0002215*

**Figure 6: Compilation Showing the Closest that Each Infant's Face was Placed Near the Sidewalls or Sleeping Surface.**

positioning in the experimental setup indicates that the testing did not span the known and intended uses of the sleeper and certainly did not adequately test for rebreathing hazards posed in the expected-use cases.

**[50]**     Oxygen level data collection was haphazard and inconsistent. Readings were sometimes collected when the subject was calm, and at other times right after the subject cried or threw a tantrum. The oxygen level values fluctuated several times. For example, in a span of 6 seconds, the second number in the oxygen level measurements flickered and changed 4 times in CUO0002210 between times 07:32 to 07:38. This indicates that the oxygen measurements are unreliable.

COU_009070



**Figure 7: Comparison Between the Fox and Shaffer Rock 'n Play Model and Zoey Olson's Rock 'n Play.**

[51]     There is one other defect in the testing that must be noted - Fox and Shaffer use a Rock 'n Play sleeper with substantially different soft goods than those in Zoey Olson's. Given that rebreathing is highly dependent on the fabric permeability and fabric contours, any testing of rebreathing for this case should have used an exemplar Rock 'n Play that has similar soft goods. However, as demonstrated by the side-by-side comparison in Figure 7, the Fox and Shaffer exemplar device has noticeably different soft goods. Furthermore, the differences in the soft goods are meaningful to rebreathing tests. For example, the Fox and Shaffer exemplar model appears to have significantly more mesh material, which of course has more air permeability than the nonbreathable fabric used in Zoey Olson's Rock 'n Play. Additionally, the Fox and Shaffer model appears to have a shallower left-to-right depth in its soft goods. A shallower depth would lead to less engulfing of the infant's nose and mouth when turned face down in the prone position. Given that I was unable to examine the model that Fox and Shaffer used for their testing, I am unable to confirm whether or not it is an appropriate test model. From the information that I have been provided, it appears that even if Fox and Shaffer had tested for rebreathing characteristics, then their test unit would have been an inadequate model for testing the properties of Zoey Olson's Rock 'n Play sleeper.

[52]     Given that Fox and Shaffer did not study the conditions of interest in this case, their tests serve no purpose in this matter. Additionally, because their tests are purportedly directed at rebreathing properties of the Rock 'n Play sleeper, yet they did not test

19

COU_009071

the most obvious conditions of concern, their experimental protocol is inappropriate. They simply did not study rebreathing or restricted air flow characteristics of the Rock 'n Play sleeper. Therefore, it is my opinion that the Fox and Shaffer testing is both irrelevant and unreliable. Furthermore, given that Dr. Rundell relies on the Fox and Shaffer testing, his opinions on this matter are also unreliable.

## 5.2.2    Testing Performed by Exponent

[53]    In my Initial Report, I briefly reviewed testing performed by Exponent. The testing used a flawed protocol and the results of the unreliable testing were misrepresented to the CPSC. Dr. Rundell has chosen to endorse this testing as being applicable to this matter and base his opinions on this testing. He has presented significant details of these tests and relied on the testing quite heavily for his opinions. Therefore, in this section I will rebut this analysis by Dr. Rundell and demonstrate that the testing is flawed and does not indicate that the Rock 'n Play sleeper is a safe sleep environment. Quite to the contrary, the testing proves that the Rock 'n Play sleeper traps infants in a very dangerous prone position with their faces surrounded by nonbreathable fabric.

*Exponent Full Scale Infant Testing*

[54]    Dr. Rundell refers to two categories of Exponent testing: "Exponent Full Scale Infant Testing" and "Exponent Preliminary Infant Observation." The extent of what comprises this testing is not clear, but it appears that the "Full Scale" testing is documented, to an incomplete extent, in three video files:

- Mattel-COU0023499_CONFIDENTIAL.mp4 (the "499 Video") shows subjects classified as non-rollers.
- Mattel-COU0023500_CONFIDENTIAL.mp4 (the "500 Video") shows subjects classified as novice rollers.
- Mattel-COU0023498_CONFIDENTIAL.mp4 (the "498 Video") shows subjects classified as advanced rollers.

These videos show that at least three of the infants were able to roll from a supine to a prone position in a very short period of time after being placed in the Rock 'n Play sleeper. Additionally, and most importantly, the video evidence proves that at least one of those infants struggled and struggled, but could not get free from the hazardous prone position. That infant had to be rescued by the experimenters (or possibly the parent).

[55]    I note that the audio tracks have been scrubbed from the video files listed above. This action has hidden valuable experimental data from me. The audio tracks contain information that speaks to the validity of the experimental protocol (e.g., whether consistent stimulus was provided to the test subjects across test conditions), as well as the ability of the infants to turn from supine to prone. The ramifications of this data scrubbing will be thoroughly discussed below in conjunction with Exponent's "Preliminary Observations."

[56]    Dr. Rundell cites to the Exponent testing as establishing two results. The first is that it is harder for infants to roll over in a Rock 'n Play sleeper than in a flat crib. The

COU_009072

experiments do not show this. The second result is that infants that can roll over into the prone position in the Rock 'n Play sleeper can also roll back to the supine position. The experiments do not show this, rather they show the exact opposite is true.

[57]    As an initial matter, the Exponent testing does not address the fundamental design flaws of the Rock 'n Play sleeper that is at issue in this case. The Rock 'n Play sleeper is defective because infants that are in the prone position are trapped there by the physical design of the sleeper and their faces are surrounded by non-breathable fabric. The Exponent testing is focused on infants' rolling from supine to prone. It is not directed at testing the opposite, and most important case, of infant's rolling from the dangerous prone position to the supine position. Furthermore, the Exponent testing is not directed at evaluating the breathing difficulties of infants while in the prone position within the Rock 'n Play sleeper. Therefore, the Exponent testing is not designed to evaluate the most important issues involved in this case.

[58]    Although it is largely irrelevant, and by its very nature could never establish that the Rock 'n Play sleeper is a safe sleep environment, the Exponent testing does serve to illustrate the design flaws of the Rock 'n Play sleeper and the attempt to mislead the CPSC. However, before establishing those points, I will review the test protocol, in response to Dr. Rundell's report, so that the unreliable and irrelevant nature of the Exponent experiments can be well understood.

[59]    The extensive collection of screenshots presented by Dr. Rundell actually highlights one of the significant flaws in the experimental protocol. The infants were encouraged to roll over from supine to prone very differently in the flat crib than in the Rock 'n Play sleeper. In the flat crib, the experimenters lowered the toys all the way down to a position that is level with the infant's eyes. This encourages the infant to roll 90 degrees to the side, which then makes a full roll to the prone position quite easy. However, when the same infant was placed in the Rock 'n Play sleeper, the experimenters only lowered the toy down to a 40 degree angle. This stimulus actually encouraged the infant to stop their roll before they got turned sideways. So, the experimenters encouraged the infant in a flat crib to perform a full roll, while in the Rock 'n Play the experimenters encouraged the infant to stop their rolling motion well short of a full turn.

[60]    Measurements taken from a Rock 'n Play sleeper and flat crib show the minimum possible viewing angle for toys shown to the infants to encourage rolling behavior. Figure 8(a) shows the setup used to measure the viewing angle for the Rock 'n Play sleeper, and Figure 8(b) shows the angle measurement of approximately 40 degrees.

[61]    On the other hand, similar measurements taken with a flat crib show that toys can be brought down to a position level with the infant's head (approximately 0 degrees relative to the horizontal). Figure 9(a) shows one setup used to measure the viewing angle in the crib, assuming the toy is placed above the infant's head, as is often done in the Exponent testing. Figure 9(b) shows the resulting angle measurement of approximately 0 degrees. Another stimulus configuration often present in the Exponent testing has the toy placed in front of the infant's head (or to the side before any rolling occurs), and this configuration is shown in Figure 10(a). Figure 10(b) shows that this configuration also gives

COU_009073

 

(a) Sleeper angle measurement setup.

(b) Angle measurement.

**Figure 8:** Photos showing the minimum viewing angle of approximately 40 degrees for infants in the Rock 'n Play Sleeper.

 

(a) Crib angle measurement setup (above head).

(b) Angle measurement.

**Figure 9:** Photos showing the minimum viewing angle of approximately 0 degrees for infants in cribs when measured above head.

an approximately 0 degree viewing angle.

[**62**]    To demonstrate how this inconsistent stimulus angle was used as inputs to the test subjects, Figure 11 compares screenshots of the flat crib and Rock 'n Play sleeper tests for some example subjects from the 499 Video. The approximate toy altitude angles are labeled. The example screenshots from Subject 16 in Figure 11(a), and Subject 25 in Figure 11(b), show how toys were placed in the crib at altitude angles as low as 0 degrees. This provided encouragement for the infant to roll fully onto their side in order to keep their attention on the toy. On the other hand, for the Rock 'n Play sleeper tests, the toys were placed on the edge of the sleeper, at an altitude of approximately 40 degrees, as shown on the right side of Figure 11. This angle estimate is based on the measurement shown in Figure 8. In the Rock 'n Play sleeper tests with toys brought down to only 40 degrees, the infants would not need to turn as far to keep their attention on the toy.

22

 

(a) Crib angle measurement setup (in front of head).

(b) Angle measurement.

**Figure 10: Photos showing the minimum viewing angle of approximately 0 degrees for infants in cribs when measured in front of head.**

[63]    Furthermore, during the Rock 'n Play sleeper tests, for some of the subjects, the toys were only brought over and around the infant's head rather than to the side. For example, Figure 12 shows a comparison between the flat crib and Rock 'n Play sleeper tests for Subject 2. For the crib test from 2:09-3:40 in the 499 Video, the toys were placed as low as the surface of the bed, or an altitude angle of 0 degrees. However, in the Rock 'n Play sleeper test from 3:41-3:56, the toy was primarily kept at altitude angles between 70 and 90 degrees. Another example of improper experimenter behavior arises in the Subject 17 Rock 'n Play sleeper test. As shown in the screenshot from 25:12 of the 499 Video in Figure 13, the toy is held directly in front of Subject 17, giving the infant little to no visual encouragement to roll over. In fact, such stimulus is obviously directed at keeping the infant from rolling over in the Rock 'n Play sleeper.

[64]    Another deficiency in the Exponent testing is the mischaracterization of rolling behavior. The data is misinterpreted to indicate more rolling motions occur in the flat crib than in the Rock 'n Play sleeper. For example, Subject 30 was characterized as performing a "Partial Side Roll" in the crib testing.[6] As shown in Figure 14(a), the infant only slightly lifts his left shoulder, and perhaps hips, during this test. On the other hand, the motion of Subject 4 in the Rock 'n Play sleeper tests was characterized as "No Rolling Behaviors Observed." However, Figure 14(b) shows a screenshot from the 12:28 mark of this test. The infant can be seen lifting his left shoulder and hips. Subject 4 in Figure 14(b) appears to be rolling as much, if not more than, Subject 30 in Figure 14(a). However, Subject 4 was mischaracterized by Exponent as exhibiting less rolling behavior in the Rock 'n Play sleeper than Subject 30 exhibited in the flat crib. This mischaracterized rolling behavior is noted here as an example of how the Exponent experimenters were incorrect and misleading in the presentation of their test results.

[65]    Some of the subjects in the 498 Video aid their roll-over efforts by pushing with their legs. One example of this occurs from 6:20-6:30 of the 498 Video, where Subject 18

---

[6]See 8:30-8:49 of the 499 Video.

23



(a) Subject 16 toy altitude angle comparison.



(b) Subject 25 toy altitude angle comparison.

**Figure 11: Comparison Showing Differences in the Toy Altitude Angle Between the Crib and Rock 'n Play Sleeper for Subjects 16 and 25 (Mattel-COU0023499_CONFIDENTIAL.mp4).**

uses leg pushing to assist with turning. A screenshot from 6:23 during this rolling period is shown in Figure 15, where the infant can be seen pushing with his left leg to roll onto his right side. Any such leg-pushing behavior could result in the infant rolling toward a prone position (particularly if the toy stimulus was at a lower angle). In total, Subject 18 pushes with his legs 49 discrete times during the testing shown in the 498 Video. Subjects 9, 19, and 26 push with their legs 36, 35, and 32 discrete times, respectively. This leg-pushing behavior is very critical to evaluating rolling behavior, yet Exponent apparently did not record, report, or analyze this behavior.

24



**Figure 12: Comparison Showing Differences in the Toy Altitude Angle Between the Crib and Rock 'n Play Sleeper for Subject 2.**



**Figure 13: Screenshot at 25:12 of the Mattel 499 Video from Subject 17 Rock 'n Play Sleeper Test.**

[66]     In addition to leg-pushing behavior, some subjects also grab the sides of the sleeper to aid their roll-over efforts. It could be expected that infants would learn to do this to help move around, particularly if they are being encouraged by, and reaching for, a toy. One example of this occurs during Subject 26's supine to prone roll from 28:30-28:43 of the 498 Video. A screenshot from 28:40 during this rolling period is shown in Figure 16. Subject 26 can be seen grabbing the side of the sleeper with his right arm and likely pulling (while also using his legs for leverage) to help roll over. Any grabbing of the sides of the sleeper or other arm pushing/pulling behavior could aid the infant rolling into a prone position. Similar to leg-pushing behavior, this side-grabbing behavior and other push-

25



(a) Screenshot from 8:37 of the Mattel 499 Video of the Subject 30 crib test characterized as a Partial Side Roll.



(b) Screenshot from 12:28 of the Mattel 499 Video of the Subject 4 Rock 'n Play Sleeper test characterized as No Rolling Behaviors Observed.

**Figure 14: Comparison Between Subject 30 Crib Test and Subject 4 Rock 'n Play Sleeper Tests. (Mattel-COU0023499_CONFIDENTIAL.mp4.)**

ing/pulling done by infants with their arms are very critical to evaluating rolling behavior in both the flat crib and Rock 'n Play sleeper. However, Exponent also apparently did not record, report, or analyze this behavior.

[**67**]     Once the infant is rolled over into a prone position, their arms can get stuck near their sides or pinned under their bodies. In this position, their arms cannot generate significant roll-over moments. As such, the infants can no longer generate the necessary leverage and torque to roll back over. An example of this from the Subject 9 testing is shown in Figure 17, where the infant's left arm can be seen trapped between their body and the

26



**Figure 15: Subject 18 Rock 'n Play Sleeper test showing leg pushing. (Mattel-COU0023498_CONFIDENTIAL.mp4 at 6:23.)**



**Figure 16: Subject 26 Rock 'n Play Sleeper test showing side grabbing to aid roll over. (Mattel-COU0023498_CONFIDENTIAL.mp4 at 28:40.)**

fabric and the infant's legs are kicking up and out. The infant is attempting to push off of something with their legs to generate leverage to roll back over. However, in this position, their legs find only air to push against. This behavior of Subject 9 shows how the Expo-

27



**Figure 17: Subject 9 Rock 'n Play Sleeper Test Showing Infant's Left Arm Trapped and Legs Kicking Up and Out. (Mattel-COU0023498_CONFIDENTIAL.mp4 at 6:23.)**

nent testing demonstrates the trapping design flaw of the Rock 'n Play sleeper.

[68]    Another design flaw of the Rock 'n Play sleeper is that infants' faces get covered by non-breathable fabric when they roll over on their side or to a prone position. Examples of this from the 498 Video are shown in Figure 18. Figure 18(a) shows Subject 18's face partially covered by the back wall of the sleeper as he reaches for the toy on his side. Figure 18(b) shows Subject 9's face buried in the fabric as she rolls over into a prone position at 11:33. Shortly after this moment in the video at 11:49, the infant is struggling to roll back over, and her face is still partially covered by the fabric, as shown in Figure 18(c). The Subject 9 Rock 'n Play sleeper testing continues with the struggling infant stuck in a prone position from 11:55-15:27. During this period, the experimenters are frantically trying to get the infant to roll back over with continuous encouragement with toys and verbal cues that have been scrubbed from the evidence. The Subject 9 testing shown in the 498 Video eventually concludes at 15:27 as the infant is rescued from the sleeper after being unable to escape from the dangerous prone position. A screenshot of the rescue is shown in Figure 19.

[69]    As a final note on the problematic Exponent experimental protocol, there appears to be no consistency in the experimental conditions. I have certainly not been provided with any information that would indicate that the Exponent tests were performed with consistent conditions between the flat crib and the Rock 'n Play sleeper. For example, the experimental conditions that must be consistent between the flat crib and the

COU_009080

 

(a) Subject 18 Rock 'n Play Sleeper test at 9:04 showing face covering in a side roll.

(b) Subject 4 Rock 'n Play Sleeper test at 11:33 showing face covering in a prone position.



(c) Subject 4 Rock 'n Play Sleeper test at 11:49 showing face covering continues as the infant struggles to roll back over.

**Figure 18: Examples of Face Covering when Infants are on Their Side or in a Prone Position (Mattel-COU0023498_CONFIDENTIAL.mp4).**

Rock 'n Play sleeper include the mental and physical state of the infant. If the infant becomes fatigued while being tested in the flat crib, then when the tired infant is transferred to the Rock 'n Play sleeper for testing, he/she would naturally be less likely to roll around.

29

COU_009081



**Figure 19: Screenshot Showing the Infant Being Rescued from the Rock 'n Play Sleeper. (Mattel-COU0023498_CONFIDENTIAL.mp4 at 15:27.)**

Such a change in the state of the infant biases the results to make it appear that infants roll more in the flat crib, as compared to the Rock 'n Play sleeper. The Exponent testing did not control for, or even attempt to measure, such important experimental conditions.

[**70**]     Ultimately, the Exponent "Full Scale" testing fails at the very highest level of consideration because it does not study overnight sleeping, where an infant would be in the Rock 'n Play sleeper for a much longer duration of time than was tested. However, what it does purport to study (the ease of rolling over) is conducted in an inappropriate manner because the experiment input (encouragement with toys) is systematically different in the flat crib, as compared to the Rock 'n Play sleeper. For a consistent testing approach, the experimenters could have lowered the toys to the same 40 degree altitude angle in the crib tests as in the Rock 'n Play sleeper tests, but not any lower than that. Or, alternatively, the experimenters could have used a Rock 'n Play sleeper with see-through material on the sides, where toys lowered to 0 degrees could still be seen by the infants, thereby providing a level of rolling encouragement similar to the crib tests. Neither of these alternative experimental approaches were attempted, nor was there any effort to compensate for the systematic difference in infant roll-over stimulation. Furthermore, the experimental conditions of the flat crib and the Rock 'n Play sleeper are inconsistent and no attempt was made to measure and/or compensate for the inconsistent conditions. As a result of the defects noted in this section, and in my Initial Report, the Exponent testing provides no useful information about the relative ease of rolling supine to prone in a Rock 'n Play sleeper, as compared to a flat crib.

*Exponent Preliminary Infant Observation*

30

[**71**]    Apparently, Exponent performed some preliminary infant "Observations" before launching into their "Full Scale" testing. These "Observations" used the same defective test protocol as the full scale testing discussed above. Therefore, these observations are also unreliable in terms of establishing that the Rock 'n Play is a safe sleep environment - it is not. To the extent that Dr. Rundell is basing his opinions on these observations, those opinions are not supported by reliable data.

[**72**]    I will not provide a detailed review of all these observations because they are fundamentally flawed. I will only provide an example that demonstrates they share the defects of the full scale testing. However, these observations do serve to point out additional problems that were not revealed by the cropped and scrubbed videos provided in conjunction with Exponent's full scale testing. A key difference between the full scale videos and the preliminary observations is that they forgot to scrub the audio tracks from the preliminary observation video clips. As I mentioned above, audio tracks can provide valuable additional information about the way that experiments are performed and the results of those experiments. Therefore, I will also point out how these audio tracks can reveal additional testing defects.

[**73**]    Similar to the Exponent full scale testing, inconsistent and inappropriate toy stimuli angles were used with infants in their preliminary observations. Figure 20 compares the flat crib and Rock 'n Play sleeper tests for infants shown in the preliminary observations video clips. The approximate toy altitude angles are labeled.

[**74**]    The example screenshots from Infant 5 in Figure 20(a), and Infant 10 in Figure 20(b), show how toys were placed in the flat crib at an angle level with the infant's eyes (or at altitude angles as low as 0 degrees), like was done during the full scale testing. For the Rock 'n Play sleeper tests, however, the toys were placed on the edge of the sleeper at an altitude angle of approximately 40 degrees. These angle estimates are again based on the measurements shown in Figure 8. The lower altitude angles used to provide the toy stimuli in the flat crib tests provided additional encouragement for the infant to roll over in order to keep their attention on the toy. With toys brought down to only 40 degrees in the Rock 'n Play sleeper tests, the infants would not need to turn as far to keep their attention on the toy. And, in fact, such stimuli would encourage the infants to NOT roll all the way over.

[**75**]    The video clips of the preliminary observations reveal another significant issue via the audio track. Infant 7 is classified by Exponent as a "side roller." That is, the infant cannot turn all the way over to the prone position, according to Exponent. However, during the Mattel-COU0024301.MOV clip of Infant 7, the mother can be heard saying, "I promise you she does..."[7]. The video is clipped at that moment, before we can hear the rest of what the mother said. Given the context, it is possible that the mother said "I promise you she does [roll]." This would be very strong evidence that the infant can roll all the way over in the Rock 'n Play sleeper. However, the data needed to confirm exactly what the mother said is cut off from the video. This type of data cut-off and suppression in the short video clips of the preliminary observations is problematic throughout the en-

---

[7]See 0:07 to the end of Mattel-COU0024301.MOV.

COU_009083