# **EXHIBIT D**

Page 35

1        Does a bassinet have an actual part where a
2   baby's tush sits?
3        A.   Typically not, no.
4        Q.   Okay.
5        A.   It's just a flat pad.
6        Q.   Okay.  Thank you.
7             And that's -- that's my fault for not being
8   particularly clear on what I was trying to ask.
9             Do you know if the incline of the Rock 'n
10  Play makes it easier for a baby to move and get out of
11  position versus a flat bassinet?
12            MS. COHEN:  Objection to form.
13            THE WITNESS:  The incline makes it harder for
14  a baby to roll over in a Rock 'n Play than in a flat
15  bassinet.
16  BY MS. SCHRINER:
17       Q.   And what is all the evidence that you have to
18  say for that position?
19       A.   Well, we did a -- a study with Exponent to
20  evaluate whether there was anything about the Rock 'n Play
21  that would help a baby roll over in the product.  And the
22  conclusion from that study was it is harder for a baby to
23  roll over in a Rock 'n Play than -- well, the study was
24  specifically comparing a crib to a Rock 'n Play.
25       Q.   Okay.  So other than the Exponent testing, do you