1
2
3
4
5
6
7         **IN THE UNITED STATES DISTRICT COURT**
8           **FOR THE DISTRICT OF ARIZONA**

| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries, | No. 2:19-cv-02689-GMS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation, | |
| Defendants. | |

The Court having reviewed Defendants Fisher-Price, Inc.'s and Mattel, Inc.'s Motion to Exclude Dr. William Singhose and its Memorandum of Points and Authority in support (the "Motion"), as well as Plaintiff's response,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the opinions of Dr. William Singhose are EXCLUDED.