# **EXHIBIT F**



# Vredenburgh & Associates, Inc.
Human Factors, Safety, Biomechanics and Organizational Consulting

*Mailing Address*

2588 El Camino Real, F353
Carlsbad, CA  92008
(442) 222-8289
avredenburgh@gmail.com
www.hfexpert.com

**Interview with Andrew Olson** (6/16/21: 4:00-4:20 p.m.)

1. In your mind, what was the warning on the back of the sleeper telling you to do to protect Zoey from a suffocation risk?

She could suffocate in gaps between an extra pad and the side.

2. Did you think the statements under "fall hazard" applied to the possibility of suffocation?

When I got the product, I only saw an issue as a fall hazard. That is why I did not put the sleeper over tile. That was our only concern about falling. That is why it was on a padded surface - and we had her sleeping next to our bed for that reason too.

3. If you saw a sleeper with the attached warnings, would you have done anything differently?

Certainly yes

4. If yes, what?

I would either have not bought the product or done more research how they can still sell the product. I would have bought a different product in which babies have not died. I would not have bought that product with that label on it. If this is an unusual warning on a product, would not have bought it. If given the sleeper as a gift, I would not have used it. The words "have died" would have stuck out, and I would avoid the product.

_[signature: Andrew Olson, DocuSigned, 95B271B8506F486...]_                6/17/2021

Andrew Olson                                                                 Date

COU_009047