# **EXHIBIT G**

**Interview with Katie Courkamp** (6/16/21: 5:00 – 5:11 p.m.)

1. In your mind, what was the warning on the back of the sleeper telling you to do to protect Zoey from a suffocation risk?

Not to add mattress, pillow, padding. Not put in extra padding.

2. Did you think the statements under "fall hazard" applied to the possibility of suffocation?

No. Assumed not to fall out of the Rock 'n Play

3. If you saw a sleeper with the attached warnings, would you have done anything differently?

Yes

4. If yes, what?

I would not have used it because of the bold words that "babies have suffocated and died." If it did not say "have died" in it, I would have stopped using it when baby reached 5 months, or when baby could roll over - and made sure the restraint was fit and snug. I would have noticed the warnings and I would have stopped using it when she reached 5 months or could roll over.

DocuSigned by:
*katie Courkamp*
BB97AD5E570A411...

Katie Courkamp

6/18/2021

Date