# **EXHIBIT H**



# Vredenburgh & Associates, Inc.
## Human Factors, Safety, Biomechanics and Organizational Consulting

*Mailing Address*
2588 El Camino Real, F353
Carlsbad, CA 92008
(442) 222-8289
avredenburgh@gmail.com
www.hfexpert.com

June 7, 2021

Kristin Schriner, Esq.
Goldberg & Osborne LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705

Re:     Courkamp v. Fisher Price

At your request, I have prepared the following supplemental report with respect to the above-referenced case which is based on an inspection of the exemplar Fisher Price Rock 'n Play inclined sleeper and a review of additional materials including:

1. Drago ballot 4/29/19 for F15 (COU0839240-2)
2. Email chain (COU-1149138)
3. Rollover Hazard Rollover Visibility Test (COU-0843402)

## FINDINGS AND CONCLUSIONS

Proposed warnings have been discussed at FP. An employee email chain indicates that they discussed the age limit for the product to be around 5 months; moreover, FP was aware prior to Zoey's death that the 25lb weight limit was "disingenuous" and should not have been part of the warnings on a product meant for infants 0-5 months; "In my opinion, we should remove the weight altogether." Moreover, he acknowledged that "locating the developmental statements on the PDP aids parents in their purchase decision."[150] As Dorothy Drago stated in her negative comment, the "rollover hazard label must be conspicuous and permanent."[151]

**I have drafted 2 warnings for the RNP based on the additional material provided that, in my opinion, would have provided critical information and have been conspicuous and permanent.**

---

[150] COU-1149138
[151] COU0839240; COU-0843402

I have drafted warnings (see Figures 1-4), based ASTM subcommittee draft warnings and on new FP documents,[152] and attached them to an exemplar RNP sleeper to depict a conspicuous and permanent placement.

> ⚠ **WARNING**
>
> **Suffocation Hazard**: Babies have <u>suffocated</u> and <u>died</u> from **rolling over** on added pillows, blankets, and extra padding in inclined sleep products.
>
> To prevent **falls** and **suffocation**:
> - **Always** <u>use restraints</u>. Adjust to <u>fit snugly</u>, even when baby is sleeping.
> - NEVER place pillows, blankets, or extra padding in inclined sleep product.
> - **Always** place baby on back to sleep.
> - Stop using product when baby begins to roll over or can pull up on sides.
- **Stop using** when baby reaches <u>5 months</u>.

Figure 1. New label above head on reverse side of existing "warning."

---

[152] COU0839240; COU-1149138

Vredenburgh & Associates, Inc.
Courkamp v. Fisher Price supplement
Page 3 of 4

![Warning label: Suffocation Hazard: Babies have suffocated and died from rolling over in inclined sleep products. • Always use restraints. Adjust to fit snugly, even when baby is sleeping. • NEVER place pillows, blankets, or extra padding in inclined sleep product. • Always place baby on back to sleep. • Stop using product when baby begins to roll over or can pull up on sides.]

- **Stop using** when baby reaches 5 months.

Figure 2. New belt label





Figures 3a and 3b. Exemplar RNP with labels

All of my opinions are expressed to a reasonable degree of professional certainty. I reserve the right to modify the opinions in this report if additional information becomes available.

## Qualifications and Publications

My expertise is based upon a combination of education, original theoretical research, and professional employment.  Please refer to my enclosed Curriculum Vitae for detailed qualifications and publications.

I appreciate the opportunity to assist you in this case and am available for any further work that may be required.

Sincerely,

Alison Vredenburgh, Ph.D., CPE
Vredenburgh & Associates, Inc.

AV/ibz