# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation,<br><br>Defendants. | No. 2:19-cv-02689-GMS<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants Fisher-Price, Inc.'s and Mattel, Inc.'s Motion to Exclude Dr. Alison Vredenburgh and its Memorandum of Points and Authority in support (the "Motion"), as well as Plaintiff's response,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the opinions of Dr. Alison Vredenburgh are EXCLUDED.