# **EXHIBIT A**

# MOUNTAIN WEST FORENSIC PATHOLOGY, LLC
## ERIK D. CHRISTENSEN, M.D.
2081 Logan Avenue, Salt Lake City, UT 84108-2635



March 31, 2021

**Review of:** Kathleen Courkamp v Fisher-Price Incorporated, et al, US District Court (Arizona), No. CV-19-02689-PHX-GMS

**Reviewed for:** Kristin J. Schriner, Goldberg & Osborne, 698 E. Wetmore Drive, Suite 200, Tucson, AZ 85705

**Documents Reviewed:**
1. Tempe Police Department (TPD) Report, GO # TE 2014-79230, redacted (28 pages)
2. Tempe Police Department Report, GO # TE 2014-79230, unredacted (45 pages)
3. Tempe Police Department, GO # TE 2014-79230, redated photo contact sheets (24 pages)
4. Tempe Police Department, GO # TE 2014-79230, image files (230 images)
5. Tempe Fire Department, Pre-Hospital Care Report for Zoey Olsen, 6/19/2014 (3 pages)
6. Maricopa County Medical Examiner (MCME) autopsy and toxicology reports for Zoey Olson (case 14-4064) and custodian affidavit (8 pages)
7. MCME supporting documents for 14-4064 (56 pages)
8. MCME scene and autopsy image files for 14-4064 (73 images)
9. MCME radiographs for 14-4064 (7 images)
10. MCME recut histologic slides for case 14-4064 (6 H&E stained slides)
11. Antepartum medical records for Katie Lawton from Mountain View Medical Group (CO) (30 pages)
12. Antepartum medical records for Katie Lawton from Kevin Cleary, DO (47 pages)
13. Delivery records for Katie Lawton, Phoenix Baptist Hospital, admitted 9/30/2013 (140 pages)
14. Newborn records for Babygirl Lawton, Phoenix Baptist Hospital, born 9/30/2013 (75 pages)
15. Pediatric medical records from Kevin Cleary, DO (29 pages)
16. Photos of subject RNP (61 .pdf images).
17. Andrew Olson response to defendant's requests and interrogatories (24 pages)
18. Kathleen Courkamp response to defendant's requests and interrogatories (25 pages)
19. Transcribed interview of Andrew Olson, parents, Daniel Olson by TPD (27 pages)
20. Transcribed interview of Kathleen Courkamp by TPD (1 page)
21. Deposition transcript of Farrel Swope, MCME investigator (135 pages plus index and exhibits)

COU_008268

Erik Christensen, M.D., Review of: Courkamp v. Fisher-Price Incorporated, et al

22. Deposition transcript of Michael Ferenc, MD, MCME pathologist (235 pages plus index and exhibits)
23. Consumer Product Safety Commission proposed rule and appendices, 2019 (209 pages)
24. Deposition transcript of Detective Michelle Reyes (190 pages plus index and exhibits)
25. Deposition transcript of Officer Torin Williams (95 pages plus index and exhibits)
26. Deposition transcript of Detective Thomas O'Brien (162 pages plus index and exhibits)
27. Deposition transcript of Sgt. Alan Akey (147 pages plus index and exhibits)
28. Deposition transcript of Kathleen Courkamp (186 pages plus exhibits)
29. Deposition transcript of Andrew Olson (265 pages plus exhibits)
30. Transcript of video examination of Gary Deegear, MD (43 pages)

**Case Synopsis:**

On the morning of June 19, 2014, Zoey Olson, an 8-month-old infant female, was found unresponsive and cold by her mother (Kathleen Lawton) in a "bassinet" at her father's residence in Tempe, Arizona. She was taken from the "bassinet" (later determined to be a Fisher-Price Rock-N-Play), and emergency personnel were summoned to the residence, where they found CPR being performed by her father. Tempe Fire Department personnel took over resuscitative efforts, which were unsuccessful and Zoey was pronounced dead at 8:06 am.

Police arrived on scene just after the infant was pronounced by Tempe Fire personnel. At that point, the child was being held by her father. After several minutes, he placed Zoey back in the bassinette in the bedroom.

She had been placed to sleep on her back in the bassinet by her father (Andrew Olson) in the early morning hours of June 19th after the family arrived at the residence. They had come from picking up Kathleen at her place of employment in Phoenix, Arizona and traveled to Andrew's residence to spend the night. Zoey had last been fed about 10 pm. When Andrew and Kathleen awoke in the morning around 8 am, they were surprised not have been awakened by Zoey, as she was usually awake earlier. Andrew reported to Tempe Police that Kathleen looked over and "noticed that Zoey was face down". Kathleen found Zoey to be cold to the touch, as did Andrew, who also reported that "Zoey was not buckled in." Kathleen told police that she found the infant "laying on her side unresponsive".

Other findings at the scene of the death were the presence of marijuana and associated smoking devices. The child's father Andrew had a medical marijuana card. The temperature at the scene was recorded as 81 degrees Fahrenheit by the Medical Examiner Investigator. This temperature reading was taken after his 10:47 am arrival at the residence. It was reported that the central air conditioning at the residence was out, but the room was reportedly cooled by a portable room air conditioning unit. The father's brother, who lived in the other half of the residence, reported that the power may have been out for an unknown period of time during the night.

The investigator from the Office of the Medical Examiner also did a doll re-enactment with the parents of how the child was placed to sleep, and how she was found. Demonstration showed that she was placed on her back in the bed by her father, and was found in a "semi left lateral semi prone" position by her mother. She was shown as unbelted when she was found. Following the re-enactment, Zoey was taken to the Maricopa County Office of the Medical Examiner for autopsy.

Autopsy examination was conducted by Dr. Michael Joseph Ferenc on the morning of June 20, 2014. Autopsy revealed no congenital anatomic abnormalities. There was pulmonary congestion and petechiae of the thymus gland were also noted. Postmortem toxicology testing was negative for alcohols, a panel of illicit, prescription and over-the-counter drugs and carboxyhemoglobin. Testing of gastric contents for a limited panel of illicit and prescription drugs was also negative. Ancillary testing performed including vitreous chemistries, viral cultures, and bacterial cultures of blood, lung and cerebrospinal fluid were all negative. Postmortem testing for inborn errors of metabolism was also negative. The death was certified by Dr. Ferenc with cause of death as "unknown" and the manner of death as "undetermined".

Parents reported no recent illness and no significant past medical history. Review of her medical records disclosed an unremarkable pregnancy, and birth by spontaneous vaginal delivery at 41-1/7 weeks gestation at Phoenix Baptist Hospital. Her postnatal course was remarkable for tachypnea and a heart murmur in the first several hours of life for which she was evaluated by neonatology and referred for an echocardiogram, chest radiograph and lab studies. Her lab work and echocardiogram were reported as normal and her chest x-ray showed some opacity, interpreted as "retained fetal lung fluid". She was hospitalized for an upper respiratory infection about two months prior to her death, but was not noted to have any residual effects from the illness. Following discharge from the hospital, she had normal well-child visits through 6 months of age.

**Findings and Conclusions:**

This 8-month-old female infant, Zoey Olson, died of asphyxia after she rolled partially to her left and ended up in a respiratorily compromising position. The restraints of the sleep device were not in place when she was found unresponsive. She was known to be healthy with no ongoing or chronic medical problems. Autopsy with associated ancillary testing revealed no significant pathology. No anatomic, toxicologic, congenital, metabolic or infectious cause of death was identified.

The conclusion of her death being caused by positional asphyxia is supported by a number of findings including contemporaneous statements from the parents as noted in reports from Tempe Fire Department personnel, multiple Tempe Police Department (TPD) officers, and the OME investigator. The Tempe Fire Department report under "Summary of Events" notes that the parents "found baby lying prone in her bassinet". TPD Officer Labelle

Erik Christensen, M.D., Review of: Courkamp v. Fisher-Price Incorporated, et al



states that Andrew told him that "Zoey was face down" when found. TPD Detective Reyes notes that Kathleen told her that Zoey was "laying on her side unresponsive." Det. Reyes also describes the doll re-enactment performed by ME Investigator Swope and stated that Kathleen positioned the doll "on the left side of the body with the face towards the bottom of the bassinet and abdomen towards the bottom as well." TPD Det. Akey notes that Andrew relayed to him that "they observed Zoe lying face down." Det. Akey also said that Andrew's brother Daniel was called by Andrew who told him that Zoey was "turned over". TPD Officer Williams notes that he was told by Kathleen that Zoey was found "still on her back".

Scene and autopsy findings are also supportive of prone position and resultant positional asphyxia. Det. Akey's report notes that there is a "dark stain where her face was." Det. O'Brien's report notes that the back of bottom of the bassinet had a "watery, pinkish red stain approximately where the infant's head had been." He further notes that this stain measured "approximately 6" long" and "appeared to be concentrated at or where the head had been". Photographs of the bassinet taken at the scene are consistent with this description. Photographs of the child's face also disclose dried fluid around the nares and on the face next to the mouth consistent with the stain on the bottom of the Rock-N-Play and a face down position.

Deaths like this with a "negative" autopsy are associated with a relatively short differential diagnosis of causes, including asphyxia, hyperthermia, congenital molecular abnormalities, and seizures. If none of these causes can be identified, such deaths may be referred to as Sudden Infant Death Syndrome (SIDS), Sudden Unexplained Infant Death (SUID) or more recently, Unexplained Pediatric Deaths. These latter diagnoses are applied when no other cause of an infant death is identified following autopsy and investigation. Such cases represent the most common diagnosis following a negative autopsy in an infant.

Dr. Ferenc's certification of the cause of death as "unknown" and manner of death as "undetermined" is another way of certifying a death following a negative autopsy. Dr. Ferenc stated in his deposition that such a certification would encompass a diagnosis of SUID as well. Such a conclusion, he further stated, is a diagnosis of exclusion (Ferenc deposition page 60, line 17) and is based upon all information available at the time the determination of cause and manner of death are made.

Review of the autopsy report, which is Dr. Ferenc's final report as to his opinions on the case, states that the child was "found on her side" and was found in her "bassinet" next to her parent's bed. There is no mention in the report of the child being found face down or prone or semi-prone position. He stated in his deposition that he would likely have noted this if he had been aware of it (Ferenc deposition page 169, line 10). There is also no mention of the specific nature of the "bassinet" where the child was found unresponsive in the autopsy report and no mention of a stain found on the bottom at the approximate location of the infant's head.

There was no history of prior seizures in this child and the incidence of new-onset non-febrile seizures is low. A seizure also does not explain how the child ended up in the position in which she was found.

A number of congenital molecular abnormalities have been identified that would be associated with sudden death and a negative autopsy. These would include genetic defects leading to abnormalities of sodium ion channels, and abnormalities of structural proteins in the heart. There is no reported history of sudden death in infancy in the child's family. No molecular testing was performed in this case to include or exclude such genetic defects as a cause of the child's sudden death. Such a death would be expected to result in a sudden lethal arrhythmia, which does not explain the position the child was found in.

Hyperthermia as a cause of death can also lead to a negative autopsy. Children dying of hyperthermia are subjected to elevations of environmental temperature through exposure to an external heat source, often in a closed space (car, closet) or through limited ability to dissipate their own heat due to excessive wrapping, covering or swaddling. Such children may be sweaty when found and many are described as warm or hot to the touch when found. Autopsy findings, if any, are most commonly limited to thymic and epicardial petechia. In this case, there is no indication of excessive wrapping, covering or swaddling and no indication of excessive heat in the indoor sleeping environment. While the central air conditioning was reported to be out, there was reportedly a room air conditioner present in the room. The child was reported to be "cold" when found.

Asphyxia is a broad category of deaths that include suffocation (smothering, choking), neck and chest compression, drowning, positional (or postural asphyxia) and traumatic asphyxia. The leading possibilities in this case would be smothering in the bed and/or positional asphyxia. While it is not clear that the child's face (nose and mouth specifically) was occluded, she was described as being "face down" or "face to the side". The stains on the bottom of the Rock N Play are in a position that would be consistent with a face down position. Photographs taken of the child's face at the scene also reveal dried dark fluid in the nares and on the cheeks, consistent with bloody pulmonary edema fluid exuding out of the lungs, up the airway and out of the nose and mouth as noted above.

The device in which the child was found is designed with an inclined surface on which the child rests and is surrounded on all sides by the suspended material of which the device is made. This is not in compliance with the Safe Sleep recommendations of the American Academy of Pediatrics (AAP). In this case, Zoey rolled to her left and was found deceased in that position. While developmentally she was capable of rolling from her front to her back, and back to her front, these skills and abilities are not adapted to the inclined surface forming a pit or a bowl and once she rolled to her front, she was unable to self-rescue. This position was ultimately incompatible with normal respiratory function and the child asphyxiated. An

COU_008272

Erik Christensen, M.D., Review of: Courkamp v. Fisher-Price Incorporated, et al

asphyxial component from smothering in the bedding once in this semi-prone position cannot be excluded.

**References:**

AAP TASK FORCE ON SUDDEN INFANT DEATH SYNDROME. SIDS and Other Sleep-Related Infant Deaths: Updated 2016 Recommendations for a Safe Infant Sleeping Environment. *Pediatrics.* 2016;138(5):e20162938.

Ackerman MJ, et al. Postmortem Molecular Analysis of SCN5A Defects in Sudden Infant Death Syndrome. *JAMA.* 2001;286:2264-2269.

Arnestad M, et al. Prevalence of Long-QT Syndrome Gene Variants in Sudden Infant Death Syndrome. *Circulation.* 2007;115:361-367.

Beckwith, JB. Defining the Sudden Infant Death Syndrome. *Arch Pediatr Adolesc Med.* 2003;157:286-290.

Christensen ED. Two Accidental Infant Hyperthermia Deaths in Closets. *Abstracts of NAME 2017 Annual Meeting Presentations. NAME Annual Meeting Program.* 2017, p. 58.

Krous H. Environmental Hyperthermic Infant and Early Childhood Deaths. *Am J Forensic Med Pathol.* 2001;22(4):374-382.

These findings and conclusions are provided based on review of the above identified information in combination with my 30 years of experience as a medical doctor, 23 years as a pathologist and 20 years as a forensic pathologist. All opinions expressed are to a reasonable degree of medical certainty. Should additional information become available that has bearing on these conclusions, I reserve the right to change or amend these opinions if appropriate after review of that information.

My credentials, publications and presentations are outlined in my most recent curriculum vitae. Also attached is a record of all sworn testimony I have offered in the last four years, in deposition, in preliminary hearing or at trial, in criminal and civil proceedings.

**Erik D. Christensen, M.D.**
Signed: 4/2/2021

# Erik D. Christensen, M.D.
2081 Logan Avenue, Salt Lake City, UT 84108
Home: (801) 582-0358, Mobile: (801) 381-9393
E-mail: edcme01@gmail.com

**PROFESSIONAL EXPERIENCE:**

**Chief Medical Examiner/Adjunct Instructor in Pathology**           July 2016-present
Utah Department of Health, Office of the Medical Examiner, 4451 South 2700 West, Taylorsville, UT 84129
University of Utah School of Medicine, Department of Pathology, Salt Lake City, UT 84112

**Toxicology Laboratory Director**                                   February 2016—present
Select Laboratory Partners, Greensboro, NC
Beechtree Diagnostics, Draper, UT
Ascendant Behavioral Health, Murray, UT

**Assistant Medical Examiner/Adjunct Instructor in Pathology**       August 2008—June 2016
Utah Department of Health, Office of the Medical Examiner, 48 N. Mario Capecchi Drive, Salt Lake City, UT 84113
University of Utah School of Medicine, Department of Pathology, Salt Lake City, UT 84112

**Forensic Pathologist/Assistant Chief Medical Examiner**            June 2002—July 2008
Pathology Associates of Greenville, 8 Memorial Medical Court #1, Greenville, SC 29605
Greenville County Medical Examiner, 890 W. Faris Road, Greenville, SC 29605

**Assistant Chief Medical Examiner/Assistant Clinical Professor**    July 2001—June 2002
Office of the Chief Medical Examiner, Commonwealth of Virginia, 400 E. Jackson St., Richmond, VA 23219
Virginia Commonwealth University Health System, Medical College of Virginia, Richmond, VA 23298

**Staff Pathologist/Medical Director, Transfusion Services**         July 1998—June 2000
Womack Army Medical Center, Ft. Bragg, NC  28310

**Chief, Aviation Medicine/Chief, Department of Primary Care**       July 1992—June 1994
R.W. Bliss Army Community Hospital, Ft. Huachuca, AZ 85613

**Flight Surgeon/General Medical Officer**                           July 1991—June 1992
Andrew Rader U.S. Army Health Clinic, Ft. Myer, VA 22211

Erik D. Christensen, M.D. Curriculum Vitae

**EDUCATION:**
<u>Graduate Medical</u>

**Fellowship, Forensic Pathology**  July 2000—June 2001
Medical College of Virginia Hospitals, Dept. of Legal Medicine, Richmond, VA 23298

**Residency, Anatomic and Clinical Pathology**  July 1994—June 1998
Madigan Army Medical Center, Tacoma, WA 98431

**Internship, Pediatrics (categorical)**  July 1990—June 1991
Walter Reed Army Medical Center, Washington, DC

<u>Graduate</u>
**Doctor of Medicine (M.D.)**  August 1986—May 1990
University of Virginia, School of Medicine, Charlottesville, VA 22908

<u>Undergraduate</u>
**Bachelor of Arts (B.A.), Philosophy**  August 1980—April 1986
Brigham Young University, Provo, UT 84602

**BOARD CERTIFICATION:**
Diplomate, American Board of Medicolegal Death Investigators, 8/28/2007
Diplomate, American Board of Pathology, Forensic Pathology, 11/19/2001
Diplomate, American Board of Pathology, Anatomic and Clinical Pathology, 5/27/1998
Diplomate, National Board of Medical Examiners, 7/1/1991

**LICENSURE:**
Virginia Medical License, No. 0101226949, expires 3/31/2020
South Carolina Medical License, No. 23071, expires 06/30/2021
Utah Medical License, No. 315477-1205, expires 1/31/2020
Arizona Medical License, No. 21156, inactive

**PROFESSIONAL ASSOCIATIONS/SERVICE:**
Fellow, American Academy of Forensic Sciences
Fellow, College of American Pathologists
Fellow, National Association of Medical Examiners
Diplomate, American Board of Medicolegal Death Investigators
Member, American Medical Association
Member, Utah Medical Association
Member, Salt Lake County Medical Society
Member, Utah Society of Pathology

Chair, Pathology/Biology Section, American Academy of Forensic Sciences, Best Resident Paper Committee, 2011—2016
Member, RTI Technologies Medical Examiner/Coroner Forum, 2012—2017

**COMMITTEES:**
Epidemiologic Review
Utah Child Fatality Review Committee, 2008—present
Utah Domestic Violence Fatality Review Committee, 2016—present
Utah Opioid Fatality Review Committee, 2018—present

Legislative Advisory
Controlled Substance Advisory Committee, 2016—present
Cannabinoid Product Board, 2017—2019

**AWARDS:**
Finalist, Best Resident Paper competition, National Association of Medical Examiners Annual Meeting, Baltimore, Maryland, September 1997.

Expert Field Medical Badge (US Army), Fort Sill, OK, April 1994.

Army Commendation Medal (US Army), 1992, 1998

Meritorious Service Medal (US Army), 1994, 2000

Eagle Scout (with six palms), 1975.

**PUBLICATIONS:**
**Primary Author:**
> Christensen ED, Lacsina EQ.  Mountaineering Fatalities on Mount Rainier, Washington, 1977-1997: Autopsy and Investigative Findings. *Am J Forensic Med Pathol* 1999; 20(2):173-179.
>
> Christensen ED, Fierro MF.  CAP Forensic Pathology Series FR-A, Case FR-02 Sequencing multiple gunshot wounds of the head, College of American Pathologists, Chicago, IL. 2003.

**Co-Author:**
> Brown TA, Wall JW, Christensen ED, Smith DV, Holt CA, Carter PL, Patience TH, Babu SS, Williard WC. Atypical Hyperplasia in the Era of Stereotactic Breast Biopsy.  *J Surg Oncol*; 1998; 67:168-173.

Christensen ED, Berger J, Alashari MM, Coon H, Robison C, Ho H-T, Adams DR, Gahl WA, Smith KR, Opitz JM, Johnson DR. 2016. Sudden infant death "syndrome"—insights and future directions from a Utah population database analysis. *Am J Med Genet A;* 2017 Jan;173(1):177-182.

Coon H, Darlington TM, Callor WB, Ferris E, Fraser A, Yu Z, William N, Das SC, Crowell SE, Puzia M, Klein M, Docherty A, Jerominski L, Cannon D, Smith KR, Keeshin B, Bakian AV, Christensen ED, Camp NJ, Gray D.  Identification of genome-wide significant shared genomic segments in large extended Utah families at high risk for completed suicide. Submitted to *Am J Psychiatry,* August 2017.

Coon H, Darlington TM, DiBiasi E, Callor W, Ferris E, Fraser A, Yu Z, William N, Das SC, Crowell SE, Chen D, Anderson J, Klein M, Jerominski L, Cannon D, Shabalin A, Docherty A, Williams M, Smith K, Keeshin B, Bakain A, Christensen ED, Li Q, Camp NJ, Gray D. Genome-wide significant regions in 43 Utah high-risk families implicate multiple genes involved in risk for completed suicide. *Molecular Psych 2018* https://doi.org/10.1038/s41380-018-0282-3.

Das SC, Chen D, Callor WB, Christensen ED, Coon H, Williams ME.  DiI-mediated analysis of pre-and postsynaptic structures inhuman postmortem brain tissue. *J Comp Neurol*; 2019; Jun 1. doi: 10.1002/cne.2472.

Fincher RK, Christensen ED, Tsuchida AM.  Ampullary Somatostatinoma in a Patient with Merkel Cell Carcinoma. *Am J Gastroenterol*; 1999; 94:1955-1957.

Flammia DD, Christensen ED, Bateman HR, Saady JJ.  Tissue Distribution of Molindone in a Multi-Drug Overdose. *J Anal Toxicol*; 2004; 28:533-536.

Haslam JA, Christensen ED.  Backcountry Death Investigation.  *Acad Forensic Pathol* ; 2012; 2(2):182-189.

McIntosh SE, Milliner B, Christensen ED, Nyberg AA, Grissom CK, Olivares CR, Kim HS, Tremper B, Brant-Zawadzki G.  Cause of Death in Utah Avalanche Fatalities, 1989-90 through 2017-18 Winter Seasons.  *Wilderness Environ Med 2019; 30(2): 191-4.*

Napolitano PG, Hoeldtke NJ, Moore KH, Calhoun BC, Christensen ED, Markenson GR, Hume RF.  The fetoplacental pressor effects of low dose acetylsalicylic acid and angiotensin II in the ex vivo cotyledon model.  *Am J Obstet Gynecol* 1997; 177:10931096.

Erik D. Christensen, M.D.                                                                                   Curriculum Vitae

Palacio JE, Altemus DA, Christensen ED, Sorensen GW.  Unusual Recurrent Facial Lesion.  *Arch Dermatol*; 1999 May; 135(5):595,598.

Salerno SM, Ormseth EJ, Roth BJ, Meyer CA, Christensen ED, Dillard TA.  Sulfasalazine Pulmonary Toxicity in Ulcerative Colitis Mimicking Clinical Features of Wegener's Granulomatosis.  *Chest* 1996; 110:556-559.

**Abstracts:**

Anderson JS, Shabalin AA, Shade J, Bakian AV, Adkins DE, Callor WB, Christensen ED, DiBiasi E, Gray D, Hayward C, Porteous DJ, Edwards AC, Li Q, Coon H, Docherty AR.  A Genome-Wide Association Study of Completed Suicide in Utah.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Bakian A, Chen D, Callor WB, Christensen ED, Docherty A, Gray D, Keeshin B, Lex A, Smith KR, Yu Z, Zhang Y, Coon H.  Using information in the electronic medical record to identify suicide subtypes.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Christensen ED.  Fatal Venous Air Embolism in a Postmenopausal Female During Consensual Sexual Intercourse:  A Case Report and Review of the Literature.  *Proceedings of the American Academy of Forensic Sciences* 2006; 12:225-226.

Christensen ED.  Simultaneous Diabetic Ketoacidosis and Neuroleptic Malignant Syndrome in a Patient on Olanzapine.  *Proceedings of the American Academy of Forensic Sciences* 2006;12:251-252.

Christensen ED, Plymyer MR.  Acute Albuterol Intoxication in Acute Asthma: A Case Report and Review of the Literature.  *Proceedings of the American Academy of Forensic Sciences* 2004;10:372-373.

DiBiasi E, Qingqin S, Anderson JS, Callor WB, Christensen ED, Jerominski L, Sargent R, Gray D, Camp N, Shabalin A, Docherty A, Coon H.  Analyses of disease-associated and likely functional variants from PsychArray implicate genes involved in risk for completed suicide.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Ho AL, Atkinson RM, Christensen ED.  Postmortem FilmArray Respiratory Pathogen

Panel Testing in Pediatric Decedents.  Accepted for presentation at the National Association of Medical Examiners annual meeting, West Palm Beach, FL, October 13, 2018.

Krehbiel KA, Pestaner JP, Christensen ED.  Death Investigation of Mining Fatalities: The Utah Experience.  Accepted for presentation at American Academy of Forensic Sciences Annual Meeting, Baltimore, MD, February 21, 2019.

Middleberg RA, Lemos NP, Christensen ED, Gill JR, Moffitt E, Stajic M.  Postmortem Pediatric Toxicology.  Proceedings of the American Academy of Forensic Sciences 2015; 21:1145.

Napolitano PG, Hoeldtke NJ, Christensen ED, Calhoun BC, Hume RF.  The effects of low dose acetylsalacylic acid and angiotensin II on the fetal-placental thromboxane and prostacyclin production in the ex vivo cotyledon model (abstract).  *Am J Obstet Gynecol* 1998; 178:S173.

Stanley NE, Pestaner JP, Christensen ED.  Drug Toxicity and Sudden Death in Infants and Toddlers.  Accepted for presentation at the National Association of Medical Examiners annual meeting, West Palm Beach, FL, October 13, 2018.

**Video:**
Christensen ED.  *Virtual Tour of the Office of the Chief Medical Examiner.*  Virginia Institute of Forensic Science and Medicine, Richmond, VA, 2001.

**INVITED LECTURES**

<u>Mountaineering Fatalities</u>, *VCUHS Department of Emergency Medicine Wilderness Medicine Symposium*, MCV Department of Emergency Medicine, Richmond, VA, April 2001.

<u>Introduction to the Forensic Autopsy</u>, *MCV/VCUHS Second Year Medical Student Autopsy Symposium*, MCV Department of Pathology, Richmond, VA, July 2001.

<u>Asphyxial Deaths</u>, *Basic Medicolegal Investigation of Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, April 2002, August 2004.

<u>Blunt and Sharp Force Injuries</u>, *Applied Forensic Science and Medicine for High School Teachers*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, July 2002.

<u>Blunt and Sharp Force Injuries</u>, *Basic Medicolegal Investigation of Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, October 2002.

Asphyxial Deaths and Forensic Pathology Overview, *Basic Medicolegal Investigation of Death, Part B,* Virginia Institute of Forensic Science and Medicine, Virginia Beach, VA, April 2003.

Fire Deaths, *Arson: Fighting Fire with Fire*, National District Attorneys Association at the National Advocacy Center, Columbia, SC, April 2003.

Asphyxia and Drowning and Sharp and Blunt Force Injuries, *Technology and Training for the Advanced Medicolegal Death Investigator*, South Carolina Coroners Association, Myrtle Beach, SC, June 2003.

Biological Terrorism: A Brief Overview, *VIFSM Fifth Anniversary Forensic Science and Medicine Convocation*, Virginia Institute of Forensic Science and Medicine, Las Vegas, NV, November 2004.

Biological Terrorism: A Brief Overview, *Basic Medicolegal Investigation o f Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, August 2005.

What is Forensic Pathology, The Body As A Crime Scene, Coroner Jurisdiction in South Carolina, Death Certification, and Postmortem Toxicology, *South Carolina Criminal Justice Academy Coroner Training*, South Carolina Criminal Justice Academy, Columbia, SC, November 2, 2005.

Fire Deaths, *Arson and Explosives*, National College of District Attorneys, National District Attorneys Association, National Advocacy Center, Columbia, SC, April 2006.

Identification and Cause of Death in a Mass Fatality Incident, *After the Disaster Mass Fatality Training Conference*, Greenville County Coroner's Office, Greenville, SC, November 13, 2007.

Forensic Pathology and Bioterrorism Overview, *Bob Jones University Senior Nursing Student Seminar,* Bob Jones University, Greenville, SC, February 13, 2008.

Medicolegal Death Investigation in Greenville County, *Greenville County Medical Society meeting*, Poinsett Club, Greenville, SC, March 18, 2008.

Sudden and Unexpected Death of Cardiac Origin, *University of Utah Department of Pathology*, University of Utah, Salt Lake City, UT, October 24, 2008.

Medicolegal Autopsy, *Fall 2009 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 28, 2009.

Forensic Pathology 101, *Introduction to Health Professions Class,* Brigham Young University, Provo, UT, October 28, 2009.

Asphyxial Deaths, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, February 10, 2010.

Six Questions, *University of Utah Department of Pathology*, University of Utah, Salt Lake City, UT, August 31, 2010.

Wound Ballistics, *Fall 2010 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 28, 2010.

Pediatric Deaths, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, February 9, 2011.

Donation and the Medical Examiner, *IDS Donation and Transplantation Symposium*, University of Utah, Salt Lake City, UT, September 29, 2011.

Identification and Cause of Death in a Mass Fatality Event, *Fall 2011 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, October 3, 2011.

Sudden Unexpected Death: Non-Cardiac Causes, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, January 31, 2012.

Sudden Unexplained Infant Death: Update from the AAP and the ME Perspective, *34th Annual Common Problems in Pediatrics*, Utah Chapter of the American Academy of Pediatrics, Westminster College, Salt Lake City, UT, June 4, 2012.

Aviation Mishap Investigation and Pathology, *Fall 2012 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, November 14, 2012.

The Role of the Medical Examiner, *Advanced Trial Skills Course: Homicide*, Utah Prosecution Council, West Jordan, UT, November 28, 2012.

Office of the Medical Examiner: Jurisdiction and Evidence, *IMC Emergency Services Conference*, Intermountain Medical Center, Murray, UT, June 28, 2013.

Deaths in Custody, *Fall 2013 Death Investigation and Forensic Science Seminar,* Office of the Medical Examiner, Salt Lake City, UT, September 24, 2013.

COU_008281

Erik D. Christensen, M.D.                                                                                                  Curriculum Vitae

Trazodone in an Eight-Month Old Child, *Postmortem Pediatric Forensic Toxicology session, American Academy of Forensic Sciences Annual Meeting*, American Academy of Forensic Sciences, Orlando, FL, February 20, 2015.

Asphyxia and Drowning, Cardiac Causes of Sudden Death, and Non-Cardiac Causes of Sudden Death, *Fall 2015 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 22-23, 2015.

Drug Intoxication Deaths in Utah, *Department of Anesthesiology Research Conference,* Department of Anesthesiology, University of Utah, Salt Lake City, UT, November 17, 2016.

Autopsy Techniques and Dissections, *Utah Funeral Directors Association Mid-Winter Meeting*, St. George, UT, January 13, 2017.

Identifying Infections and Disease in Medical Examiner/Coroner Cases, *Eye Bank Association of America Annual Meeting*, Salt Lake City, UT, June 17, 2017.

Forensic Pathology 101, *Forensic Anatomy High School Summer Session,* University of Utah, Salt Lake City, UT, July 20, 2017.

Drug Deaths in Utah, *Utah Funeral Directors Association, Region 1 meeting,* Draper, UT, September 14, 2017.

Drug Deaths in Utah, *Utah Chapter of Perioperative Nurses Association Annual Meeting,* Shriner's Hospital, Salt Lake City, UT, February 24, 2018.

Non-Cardiac Causes of Sudden Unexpected Death, *University of Utah Department of Pathology*, University of Utah School of Medicine, Salt Lake City, UT, May 16, 2018.

Office of the Medical Examiner: Jurisdiction and Evidence, *Intermountain Medical Center Trauma Conference*, Intermountain Medical Center, Murray, UT, June 4, 2018.

Mass Fatality Overview, OME Mass Fatality Plan Overview, *Human Remains Recovery Training*, Office of the Medical Examiner, West Jordan, UT, June 6-7, 2018.

Forensic Pathology 101, *Forensic Anatomy High School Summer Session*, University of Utah, Salt Lake City, UT, June 29, 2018.

Office of the Medical Examiner: Jurisdiction and Evidence, *Office of the Davis County Public Defender*, Davis County Courthouse, Farmington, UT, September 5, 2018.

COU_008282

Erik D. Christensen, M.D.                                              Curriculum Vitae

Making Your Case for Funding, *Building On Success 2018*, Governor's Office of Management and Budget/Goldratt Consulting, Salt Lake City, UT, September 27-28, 2018.

Introduction to Forensic Pathology, *Foundations of Medicine (MS2022)*, University of Utah School of Medicine, Salt Lake City, UT, October 29, 2018.

Drug Deaths and Homicide Prosecution, *Overdose Death Investigation and Prosecution Training*, National Attorneys General Training & Research Institute, Salt Lake City, UT, December 5, 2018.

Mass Fatality Planning: The Role of the Office of the Medical Examiner, Keynote Speaker, *2019 Annual Conference and Business Meeting*, Utah Emergency Management Association, West Jordan, UT, January 9, 2019.

The Role of the Medical Examiner, *Ogden Surgical-Medical Society Annual Conference,* Ogden Surgical-Medical Society, Ogden, UT, May 16, 2019.

**TRAINING COURSES:**
| | |
|---|---|
| **U.S.  Army Flight Surgeon Course** | **1991** |
| U.S. Army School of Aviation Medicine, Fort Rucker, AL | |
| **Medical Effects of Ionizing Radiation** | **1992** |
| Walter Reed Army Medical Center, Washington, DC | |
| **Medical Effects of Chemical and Biological Weapons** | **1992** |
| Walter Reed Army Medical Center, Washington, DC | |
| **Hazardous Materials Awareness (NFPA 472-97)** | **2001** |
| Virginia Department of Fire Programs, Richmond, VA | |
| **Mass Fatalities Incident Response Planning** | **2005** |
| National Mass Fatalities Institute, Independence, MO | |
| **Mass Fatality Incidents for Medicolegal Professionals** | **2007** |
| NTSB Training Center, Ashburn, VA | |
| **Weapons of Mass Destruction Clinical Care Course** | **2008** |
| BNICE Colorado Training Center, Salt Lake City, UT | |

**VOLUNTEER EXPERIENCE:**

Erik D. Christensen, M.D. <span style="float:right">Curriculum Vitae</span>

**Missionary, Church of Jesus Christ of Latter-day Saints**            June 1981—December 1982
Served as full-time representative of the Church in West Germany

**Scoutmaster**            January 2004—July 2008
Directed the boys in their weekly meetings, camping trips and summer camps—5-10 hours per week

**Team Manager, Joga Futebol Clube**            June 2011—June 2012
Coordinated team travel, association and tournament registrations, finances

**Team Manager, Impact United Soccer Club**            June 2014—March 2016
Coordinated team travel, association and tournament registrations, finances

**PERSONAL:**
Married, 4 sons; interests include running and music.


Updated July 12, 2019.

**ERIK D. CHRISTENSEN, M.D.**
2081 Logan Avenue, Salt Lake City, UT 84108-2635

<u>2019 FEE SCHEDULE</u>

Case Review Activities                                                  $450/hour

>    Includes records and photographic review, report generation, research, telephone and other consultations

Depositions/Court Appearances                                           $1800/half day

                                                                        $3600/full day

>    Time billed in half-day increments for all activities involving sworn testimony

Travel                                                                  $150/hour

>    Includes any time I am required to take off from my full-time employment, up to 8 hours per day (when not in court or performing case review).
>
>    Airfare, lodging and other travel-related expenses will be the responsibility of the consulting party, either by pre-arrangement or reimbursement.

Private consultations will be undertaken upon receipt of a non-refundable 3-hour engagement fee ($1,350), which will be credited toward any work performed. Consultation as a court-appointed expert will begin upon receipt of a copy of the appointment order.  Consultation with government agencies will begin after receipt of written acknowledgement of this fee schedule and request to retain my services as an expert witness.

**ERIK D. CHRISTENSEN, M.D.**
Trial and Deposition Testimony (as of March 5, 2021)

| CASE NAME | ISSUE | DEPOSITION | PRELIMINARY | TRIAL | COURT | FOR |
|---|---|---|---|---|---|---|
| **2021** | | | | | | |
| UT v Tuinman | Cause of death (beating homicide) | | | 3/5/2021 | 8th District Ct (Duchesne/Duchesne County, UT) | Prosecution |
| Treadwell v Presbyterian Healthcare Services, et al | Cause of death (sudden death following TURP) | 1/25/2021 | | | 4th District Ct (County of San Miguel, NM) | Defendant |
| **2020** | | | | | | |
| UT v Whitchurch | Cause of death (beating homicide) | | | 10/6/2020 | 8th District Ct (Duchesne/Duchesne County, UT) | Prosecution |
| UT v Suess | Cause of death (child abuse) | | | 9/14/2020 | 3rd District Ct (SLC/Salt Lake County, UT) | Prosecution |
| Valdez v Board of Regents of UNM, Lovelace MC, et al | Cause of death (complications of AE fistula) | 8/7/2020 | | | 4th Judicial District, (County of San Miguel, NM) | Defendant |
| **2019** | | | | | | |
| Keller v Rocky Mountain Emergency Specialists, et al | Cause of death (small bowel volvulus) | 6/12/2019 | | | 1st District Ct (Logan/Cache County, UT) | Plaintiff |
| UT v Herrera | Cause of death (MVA passenger) | | | 5/1/2019 | 3rd District Ct (SLC/Salt Lake County, UT) | Prosecution |
| Letcher, et al v Associated Food Stores | Cause of death (MVA) | 4/15/2019 | | | 3rd District Ct (Tooele County, UT) | Plaintiff |
| UT v Garcia | Cause of death (auto/pedestrian) | | | 3/19/2019 | 5th District Ct (St. George/Washington County, UT) | Prosecution |
| Bierschied v Harrison | Cause of death (MVA driver) | 3/7/2019 | | | 7th District Ct (Moab/Grand County, UT) | Plaintiff |
| UT v Hickman | Cause of death (GSW homicide) | | | 3/5/2019 | 3rd District Ct (SLC/Salt Lake County, UT) | Prosecution |
| UT v Holm | Cause of death (MVA passenger) | | | 2/12/2019 | 3rd District Ct (SLC/Salt Lake County, UT) | Prosecution |
| UT v Tuinman, et al | Cause of death (beating homicide) | | 1/2/2019 | | 8th District Ct (Duchesne/Duchesne County, UT) | Prosecution |
| **2018** | | | | | | |
| Paugh v Ashley Valley Medical Center, et al | Cause of death (in custody jail death) | 11/20/2018 | | | US District Court, Central Division, UT | Defense |
| UT v Pierce | Cause of death (GSW homicide) | | | 10/18/2018 | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Lucas | Cause of death (GSW homicide) | | 9/26/2018 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Linden | Cause of death (GSW homicide) | | | 9/25/2018 | 2nd District Court (Farmington, Davis County, UT) | Prosecution |
| UT v Herrera | Cause of death (MVA passenger) | | 9/7/2018 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Pierce | Cause of death (GSW homicide) | | 9/7/2018 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Wright | Cause of death (strangulation) | | 8/8/2018 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Amber | Cause of death (poisoning) | | 5/24/2018 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Bonds | Cause of death (GSW homicide) | | | 1/9/2018 | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| **2017** | | | | | | |
| UT v Garcia | Cause of death (GSW homicide) | | | 11/15/2017 | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Gray | Cause of death (MVA) | | 10/10/2017 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| UT v Petersen | Cause of death (GSWs/BFI/decomposition) | | 9/28/2017 | | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |
| OR v | Cause of death (child abuse) | | 8/8 2017 | | Baker City, OR DAO (Baker City, OR) | Prosecution |
| Stone v Adams & Adams Enterprises, Inc, et al | Cause of death (BFI of head) | 5/17/2017 | | | 3rd District Court (SLC/Salt Lake County, UT) | Plaintiff |
| Smith v Terumo Cardiovascular Systems, et al | Cause of death (cardiac surgery complications) | 4/18/2017 | | | US District Court, Central Division, UT | Defense |
| UT v Salazar | Cause of death (GSW homicide) | | | 3/7/2017 | 3rd District Court (SLC/Salt Lake County, UT) | Prosecution |