# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Kathleen Courkamp, for herself  )
and on behalf of other          )
statutory beneficiaries,        )
                                )
                   Plaintiff,   )
                                )No.  CV-19-02689-GMS
         vs.                    )
                                )
Fisher-Price, Inc. A foreign    )
corporation; Mattel, Inc., a    )
foreign corporation,            )
                                )
                  Defendants.   )
                                )
```

VIDEOTAPED VIDEOCONFERENCE 30(b)(6) DEPOSITION OF

FISHER-PRICE, INC.

TESTIMONY LINDA CHAPMAN

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER

Phoenix, Arizona
November 10, 2020
9:05 a.m.

CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street
Tucson, Arizona 85713   Ph (520) 623-1100

Page 16

1   A.   I did.

2   Q.   **And what was your -- when you came up with the**
3   **concept, what did you envision the purpose and use of the**
4   **Rock 'n Play to be?**
5   A.   To safely contain a baby for overnight sleep in a
6   position that helped them with an elevated head position.
7   Q.   **What do you mean by "contain a baby"?**
8   A.   That from the very beginning, the design of the
9   Rock 'n Play was such that we wanted to ensure that
10  children of the appropriate developmental age and stage
11  were contained from side to side in a way that held them in
12  the proper orientation so they wouldn't slump from side to
13  side or get out of position in any way.
14  Q.   **When you say "get out of position," does that**
15  **include to roll over prone or on their side?**
16  A.   The product was designed to contain babies in a
17  sleeping facing up position.
18  Q.   **So from the beginning, your intention was to**
19  **design a product that would prevent babies from rolling**
20  **either onto their side or onto their bellies?**
21  A.   That is correct.  When used properly, the product
22  is designed so that the child will stay sleeping on their
23  back.
24  Q.   **And what do you consider proper use?**
25  A.   Well, there are a lot of things that go into that.

1   You have to make sure that your baby does not have the
2   ability to pull themselves up and out of position.  And the
3   baby also needs to be restrained using the included crotch
4   restraint and buckles that are provided on the top of the
5   pad when you look at the -- the pad when you're putting the
6   baby in.  The crotch restraint is on the top side there.
7   It has to be secured properly around the baby.
8       Q.   **So not using the belt could result in a baby**
9   **rolling onto their bellies?**
10              MS. LOVETT:  Object to the form.
11              THE WITNESS:  I can't speculate on that.  The
12  product as it's designed is to be used with the restraint,
13  and it was developed as such.
14  BY MS. SCHRINER:
15      Q.   **So you envisioned it to have a restraint from the**
16  **beginning?**
17      A.   The -- the restraint was included in the
18  beginning, yes.
19      Q.   **Were you aware of any other sleeping products on**
20  **the market that required a baby to be strapped in to sleep?**
21      A.   I was not.
22      Q.   **So why did this product require that a baby be**
23  **strapped in to sleep?**
24      A.   We wanted to ensure that the baby would always
25  stay in the proper position for safe sleeping overnight.

1  help babies. And that's when I started looking into other
2  products in the market that had incline positions for
3  babies to help them with reflux and other types of
4  congestion. If you wanted your baby to sleep without
5  medicating them, if they had a cold, there were a lot of
6  recommendations to place your baby at a 30-degree angle.
7      Q.  So let me break that down a little bit.
8          What year did your pediatrician tell you to
9  have your child sleep at an incline?
10     A.  What year?
11     Q.  Yes.
12     A.  Probably 1996 or '7.
13     Q.  And what year did you bring this concept to
14  Fisher-Price for the Rock 'n Play?
15     A.  I started the idea in 2008.
16     Q.  So that's approximately 12 to 11 years in between
17  when you heard that recommendation from your pediatrician
18  and when you began designing this product.
19         So what did you do in terms of determining if
20  that was a current recommendation by pediatricians in 2008
21  when you were designing this product?
22     A.  When I first started thinking of the idea, I
23  looked at information online, and everything from parenting
24  sites to -- to hospital recommendations to existing
25  products that were on the market. In particular, there was

Page 62

1  BY MS. SCHRINER:
2      Q.   Ms. Chapman, I believe you testified earlier that
3  your design intent for the Rock 'n Play was to have the
4  baby stay on their back for the entire night's sleep; is
5  that correct?
6      A.   Yes.
7      Q.   Did you do any testing that you're aware of to see
8  if the baby would stay on its back through an entire
9  night's sleep?
10     A.   We did the testing with the -- the employees as
11 well as the in-home testing.
12     Q.   Okay.  So other than those two testings that we've
13 spoken about, are you aware of any other testing to see if
14 a baby would stay on its back during a night's sleep?
15     A.   I'm not aware of any additional beyond what we
16 would normally do for product development.
17     Q.   Are you aware of -- you said beyond what you would
18 normally do.  I'm talking about specifically for the
19 Rock 'n Play.
20          Are you aware of anything in the development
21 period, and I'm talking about before it went to market,
22 other than the employee testing and the in-home testing
23 that we discussed, was there any other testing done in any
24 labs or anything at Fisher-Price or any additional public
25 testing?

1           THE WITNESS:  We did not test for a baby
2   sleeping on their stomach, because that is never the
3   intended use of the product.
4   BY MS. SCHRINER:
5       Q.   **As part of the development process, did you seek**
6   **to identify any potential misuses of the product?**
7       A.   Well, throughout the development of the product,
8   we -- we absolutely looked at all of the kinds of things
9   that would ultimately result in the final design that took
10  into consideration containing a baby and the proper
11  attitude of the different developmental stages that we
12  recommended the product be used for, that we had a flat,
13  rigid structure that supported the baby's body in an
14  attitude that was facing up.
15           There -- there was a lot that went into the
16  iterations that the product took prior to getting to
17  production.
18      Q.   **Did anyone discuss what would happen if a baby**
19  **rolled onto its stomach?**
20      A.   So I don't know that that was a specific ask,
21  because, again, the design was developed for maintaining a
22  baby on their back.
23      Q.   **Did you ever discuss the potential that a baby may**
24  **be able to roll over onto its stomach?**
25      A.   We discussed making sure that the design prevented

Page 71

1  a baby from rolling over that was at the proper
2  developmental stage, again, and using the restraints and
3  all that kind of thing.  So all -- everything that went
4  into the design is what ensured that that would not happen.
5      **Q.   What were the misuses that you identified with the**
6  **product?**
7      A.   If a consumer was not to put the soft goods pad on
8  the frame properly, that loose bedding could be an issue.
9  So we designed the -- the buckles and the restraints, the
10 anchors for the soft goods pad in such a way that the soft
11 goods could not be put on sideways or backwards.
12           We made sure that in order for the seat --
13 the pad to be properly secured to the -- the sling where
14 the support is, we had the buckles designed in a way that
15 they are on the sling and that there are slots on the pad
16 so that you have to -- in order to restrain the child with
17 the -- with the crotch restraint, that you have to properly
18 have the seat and the sling assembled in -- in proper
19 order.  We didn't want it to be that the buckles and the
20 restraint were on just the soft pad, because they could
21 potentially then shift out of place.
22           So the buckles acted as an anchor to hold
23 the -- the pad in a proper position to the hard surface
24 that the baby was laying on.  Things of that nature.
25           We -- we did -- as I had mentioned earlier,

1                MS. SCHRINER:  Yeah, I think that this --
2     this particular one may have been numerous, numerous pages.
3     So, yeah.
4                MS. LOVETT:  So --
5                MS. SCHRINER:  We just pulled the ones that
6     were relevant.
7                MS. LOVETT:  Okay.  So you've selected from
8     a -- a larger document, that Creating the Future of Play,
9     which starts at Mattel-76210, and your version ends with
10    76539, but that is not the entire document; correct?
11               MS. SCHRINER:  That is correct.
12               MS. LOVETT:  Thank you.
13               MS. SCHRINER:  Yeah, it's only portions
14    relevant to this deposition.
15               MS. LOVETT:  And I understand.  Appreciate
16    the information.  Thank you.
17    BY MS. SCHRINER:
18       Q.    **Was your -- your original concept to keep a baby**
19    **in one position for however long they sleep through the**
20    **night, whether it be eight to 12 hours, however long a baby**
21    **sleeps, was your design concept to keep the baby in that**
22    **one position for the entire night?**
23       A.    Yes.
24       Q.    **Did you consider asking any medical professionals**
25    **if it was a good idea to keep a baby in one position for**

1  **what could be 12 hours of sleep?**
2     A.   I did not look into that myself.  That's not
3  typically the behavior of young babies that would be in
4  this -- in this developmental range.  Typically newborns
5  wake up every two to four hours throughout the night for
6  feedings and changing and things of that nature.
7             So that's not a situation that I know would
8  ever actually happen.
9     **Q.   And you're referring to newborns, but numerous**
10 **times throughout this deposition you've talked about babies**
11 **who were able to sit up unassisted, babies who were able to**
12 **pull up.**
13            **There was a weight requirement of 25 pounds**
14 **on the product.  So the product was clearly intended for**
15 **babies beyond, let's say, the first month of life; correct?**
16            MS. LOVETT:  Object to the form.
17            THE WITNESS:  The references to being able to
18 pull up and sit up are references to children that should
19 no longer be in the product.  This product is intended for
20 children older than one month typically.  They would not be
21 able to sit up or pull up at the age of one month.
22            So -- but typically newborns, whether they be
23 one month, two months, three months, they typically still
24 wake their parents up in the middle of the night multiple
25 times.

1  BY MS. SCHRINER:
2      Q.  So --
3      A.  They get hungry physically, they -- it wakes them
4  up; they get wet, it wakes them up.
5          They -- they don't sleep 12 hours at a time
6  in any product.
7      Q.  **So you earlier gave me the definition of newborn**
8  **for Fisher-Price being from birth until 6 months old.**
9          **So did you do any sort of research to**
10 **determine the average sleep span of a 6-month-old baby?**
11     A.  I did not do research on that.  We do have
12 information from the play lab as to typical behaviors.
13 Every child is obviously an individual, and so they vary
14 depending on the child.  But we do have that information.
15     Q.  **And would that, again, be Ms. Lohiser who I would**
16 **have to speak to?**
17     A.  Yes.
18     Q.  **Okay.  Let's go ahead and mark as Exhibit --**
19         **THE CERTIFIED STENOGRAPHER:  7.**
20         **MS. SCHRINER:  7?**
21         THE CERTIFIED STENOGRAPHER:  Yes.
22         MS. SCHRINER:  Okay.  Sorry.  You weren't on
23 this part, where I was looking.
24 BY MS. SCHRINER:
25     Q.  **Okay.  Let's go ahead and mark as Exhibit 7 Tabs 9**

1  from you.  So you're calling something paragraph 75.  Are
2  you -- you're -- you're -- you're referencing 0075 down at
3  the middle of the page?
4          MS. SCHRINER:  Correct.  It's 0075, and it's
5  just the very last sentence.
6          MS. LOVETT:  Right.  In the application?
7          MS. SCHRINER:  Yes.  It's Bates number 2813.
8          MS. LOVETT:  I've got the Bates number.  I'm
9  sorry.  I'm just used to using column/line.  That's fine.
10 I found it.
11         MS. SCHRINER:  Okay.
12 BY MS. SCHRINER:
13    **Q.   And, again, this is just a very simple question.**
14 **I probably don't even need the patent to ask you.  But was**
15 **your intention of the design of the Rock 'n Play to place**
16 **an infant in an upright orientation?**
17    A.   No.
18    **Q.   Okay.**
19    A.   I'm having a hard time reading this but, "The
20 sloped configuration results in the rear being higher than
21 the front relative to a support surface, and the seat
22 portion having a higher upper end which provides additional
23 support length for an infant and increases the angle of
24 inclination of the trunk or torso portion of the seat
25 portion to position an infant in a more upright

```
 1   orientation."
 2            I'm not sure.  More upright than what?
 3       Q.   I don't know.  And my --
 4       A.   And so -- so I -- I don't know what it's referring
 5   to in the context of this paragraph.  It's easier to read
 6   the patents with the pictures associated with it, because I
 7   don't speak this way, you know.  It's not normal language,
 8   and so it's -- it's not super clear to me.
 9       Q.   And just put -- putting the patent aside, was your
10   intention to have a child in what would be considered an
11   upright orientation?
12       A.   No.  A reclined position.
13       Q.   Let's move on to Tab 10, which is a -- also
14   patent.  This one is dated -- or, I'm sorry -- patent
15   application publication dated August 22nd, 2013.
16       A.   Yes.
17       Q.   Okay.  And, again, your name, Margo Moulin's name,
18   and Justin Taton's name are listed as inventors.
19            Do you see that?
20       A.   I do.
21       Q.   Okay.  So let me take you to Bates 3116.
22            Oh, I'm sorry.  I apologize.  3117.  And
23   paragraph 0065.
24       A.   Okay.
25       Q.   So I'm just going to read this.  It says, "In
```

Page 204

1  ultimately the -- the applications were abandoned and
2  neither one of these patents ever issued?
3      A.   I was not aware of that.  I thought that there was
4  a patent that went through.  Maybe it wasn't the -- one of
5  these two.
6      Q.   Right.
7      A.   That's --
8      Q.   Yeah, just talking about the two that -- that
9  Ms. Schriner -- I know that that's -- it's confusing
10 because when you see patent application publication, that's
11 the -- that's the app publication so that folks know it's
12 pending.
13     A.   Okay.
14     Q.   Neither of these represent issued patents.
15     A.   Okay.
16     Q.   All right.  So let's talk a little bit more
17 about -- I want to talk about so the jury's familiar with
18 your -- your role in this.  We've talked about the fact
19 that you were looking to solve for a need that you saw that
20 you recalled from your son's infant days.
21          How did that spark of creation come to you?
22     A.   Well, we were looking for a safe way to elevate
23 his head while he was sleeping or resting, because he had a
24 lot of congestion.  And we found out that he actually had
25 reflux, but we didn't know that at first.  So he had a lot

1  of congestion and throat type of issues, and our doctor
2  recommended that he sleep with his head -- head elevated.
3  And the ability to raise one end of the mattress was not
4  something that I felt comfortable with.  This was the --
5  kind of like the -- the -- go -- the answer that doctors
6  were giving at the time was to use a rolled up towel or a
7  firm pillow under the mattress to elevate one end.
8            The problem with that is that when you put a
9  baby in a position that is wide and flat but angled, it's
10  very easy to see how they could over the time roll and turn
11  to have their head lower than their feet and make the
12  situation even worse.
13            So knowing that there wasn't a really good
14  solution, I -- when I got onto Baby Gear, I -- I was at a
15  point in our development path where it was time to think
16  about new concepts in 2008, and I thought about that
17  situation and how there must be a lot of other parents that
18  are going through the same thing that I had gone through
19  and not really having a great solution.
20            And so I looked on the market to see if there
21  were things since, you know, my -- my child was no longer
22  little, the market could have changed and there could be
23  something that answers that need.  And -- and I found that
24  there were -- there were some things on the market, but
25  they still didn't address my concerns about being able to