# **EXHIBIT 4**



COU_005604