# **EXHIBIT 5**



⚠ **WARNING**

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** - Infants can suffocate:
  - in gaps between an extra pad and the side of the product - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs. (11.3 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- Always provide the supervision necessary for the continued safety of your child.
- When used for playing, never leave child unattended.

⚠ **ADVERTENCIA**

**El incumplimiento de estas advertencias e instrucciones puede resultar en lesiones graves o la muerte.**

- SIEMPRE usar el sistema de sujeción.
- SIEMPRE usar la almohadilla proporcionada que incluye el sistema de sujeción. NO añadir un colchón, almohada, edredón o almohadilla.
- **PELIGRO DE ASFIXIA** – Los niños pequeños se pueden asfixiar:
  - En los espacios entre un colchón adicional y el lado del producto. - En ropa de cama suave.
- **PELIGRO DE CAÍDAS** – Para evitar caídas, NO usar este producto cuando el bebé empiece a incorporarse por sí solo con las manos y rodillas, se pare impulsándose con las manos, se siente por sí solo o llegue a pesar 11.3 kg, lo que ocurra primero.
- ¡Los cordones pueden causar estrangulación! NO poner artículos con cordones, tales como capuchas o chupones, alrededor del cuello del niño. NO suspender cordones sobre el producto ni amarrar cordones a los juguetes.
- NO poner el producto cerca de una ventana donde los cordones de las persianas o cortinas pueden estrangular al niño.
- Para reducir el riesgo de síndrome de muerte súbita del lactante (SMSL), los pediatras recomiendan acostar a dormir a los bebés sanos boca arriba, salvo que se indique lo ontrario por un médico.
- NO dejar al niño fuera de su alcance.
- Para seguridad del niño, siempre usar bajo la vigilancia de un adulto.
- Cuando se use para jugar, no dejar al niño fuera de su alcance.

00975-3294A

COU_005582