# **EXHIBIT 6-1**



BCG43, BCG44, BCT91,
BHL58, BHV55, BHV56,
BHV57, BHV58



**IMPORTANT!** Please keep these instructions for future reference. Please read these instructions before assembly and use of this product.
- Adult assembly is required. **Assembly instructions on back side of this sheet.**
- Requires one D (LR20) **alkaline** battery (not included) for soothing unit.
- Tool required for battery installation: Phillips screwdriver (not included).
- Product features and decorations may vary from photographs.

¡**IMPORTANTE!** Guardar estas instrucciones para futura referencia. Leer estas instrucciones antes de ensamblar y usar este producto.
- Requiere montaje por un adulto. **Ver el dorso de esta hoja para las instrucciones de montaje.**
- La unidad relajante funciona con 1 pila **alcalina** D (LR20) x 1,5V (no incluida).
- Herramienta necesaria para el montaje: desatornillador de cruz (no incluido).
- Las características y decoración del producto pueden variar de las mostradas.
- LEA LAS INSTRUCCIONES ANTES DE USAR ESTE PRODUCTO.

**fisher-price.com**

FPI_001786

Mattel-COU0001786

## Soothing Unit
## Unidad relajante





- Make sure your child is properly secured in the seat.
- Slide the power switch to: Vibrations ≈ or Off O.

**IMPORTANT!** Low battery power may cause this product to operate erratically: no vibrations and the product may not turn off. Remove and discard the battery and replace with a new "D" (LR20) **alkaline** battery.

- Asegurarse de que el niño esté bien asegurado en la silla.
- Poner el interruptor de encendido en: Vibraciones ≈ o Apagado O.

**¡IMPORTANTE!** Si la pila está gastada, el producto no funcionará correctamente (sin vibraciones ni función de apagado). Sacar y descartar la pila y sustituirla por 1 pila nueva **alcalina** D (LR20) x 1,5V.

**MÉXICO**
Importado y distribuido por Mattel de México, S.A. de C.V., Miguel de Cervantes Saavedra No. 193, Pisos 10 y 11, Col. Granada, Delegación Miguel Hidalgo, C.P. 11520, México, D.F. R.F.C. MME-920701-NB3.

**CHILE**
Mattel Chile, S.A., Avenida Américo Vespucio 501-B, Quilicura, Santiago, Chile.

**VENEZUELA**
Mattel de Venezuela, C.A., RIF J301596439, Ave. Mara, C.C. Macaracuay Plaza, Torre B, Piso 8, Colinas de la California, Caracas 1071.

**ARGENTINA**
Mattel Argentina, S.A., Curupaytí 1186, (1607) – Villa Adelina, Buenos Aires.

**COLOMBIA**
Mattel Colombia, S.A., calle 123#7-07 P.5, Bogotá.

**PERÚ**
Mattel Perú, S.A., Av. Juan de Arona # 151, Centro Empresarial Juan de Arona, Torre C, Piso 7, Oficina 704, San Isidro, Lima 27, Perú. RUC: 20425853865. Reg. Importador: 02350-12-JUE-DIGESA.

PRINTED IN CHINA

©2013 Mattel. All Rights Reserved.

**2**

BCG43pr-0821

FPI_001787

Mattel-COU0001787

⚠ **WARNING**

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate:
  - in gaps between an extra pad and the side of the product.
  - on soft bedding.
- **FALL HAZARD** – To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs (11 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- Always provide the supervision necessary for the continued safety of your child.
- When used for playing, never leave child unattended.

3

FPI_001788

Mattel-COU0001788

## ⚠ ADVERTENCIA

**El incumplimiento de estas advertencias e instrucciones puede resultar en lesiones graves o la muerte.**

- SIEMPRE usar el sistema de sujeción.
- SIEMPRE usar la almohadilla proporcionada que incluye el sistema de sujeción. NO añadir un colchón, almohada, edredón o almohadilla.
- **PELIGRO DE ASFIXIA** – Los niños pequeños se pueden asfixiar:
  - En los espacios entre un colchón adicional y el lado del producto.
  - En ropa de cama suave.
- **PELIGRO DE CAÍDAS** – Para evitar caídas, NO usar este producto cuando el bebé empiece a incorporarse por sí solo con las manos y rodillas, se pare impulsándose con las manos, se siente por sí solo o llegue a pesar 11 kg, lo que ocurra primero.
- ¡Los cordones pueden causar estrangulación! NO poner artículos con cordones, tales como capuchas o chupones, alrededor del cuello del niño. NO suspender cordones sobre el producto ni amarrar cordones a los juguetes.
- NO poner el producto cerca de una ventana donde los cordones de las persianas o cortinas pueden estrangular al niño.
- Para reducir el riesgo de síndrome de muerte súbita del lactante (SMSL), los pediatras recomiendan acostar a dormir a los bebés sanos boca arriba, salvo que se indique lo contrario por un médico.
- Para seguridad del niño, siempre usar bajo la vigilancia de un adulto.
- Cuando se use para jugar, no dejar al niño fuera de su alcance.

4

FPI_001789

Mattel-COU0001789

## Securing Your Child



- Place your child in the seat.
- Position the crotch pad between your child's legs.
- Fasten both waist belts to the crotch pad. Make sure you hear a **"click"** on both sides.
- Tighten each waist belt so that the restraint system is snug against your child. Please refer to the next section for instructions to tighten the waist belts.
- Check to be sure the restraint system is securely attached by pulling it away from your child. The restraint system should remain attached.

- Sentar al niño en el asiento.
- Colocar la almohadilla de la entrepierna entre las piernas del niño.
- Ajustar ambos cinturones en la almohadilla de la entrepierna. Asegurarse de oír un **clic** en ambos lados.
- Apretar cada cinturón de modo que el sistema de sujeción quede bien ajustado al niño/a. Consultar la siguiente sección para mayores detalles sobre cómo apretar los cinturones.

## Sistema de sujeción

- Asegurarse de que el sistema de sujeción esté bien asegurado, jalándolo en dirección opuesta al niño. El sistema de sujeción debe permanecer conectado.



### To tighten the waist belts:
- Feed the anchored end of the waist belt up through the buckle to form a loop **A**. Pull the free end of the waist belt **B**.

### To loosen the waist belts:
- Feed the free end of the waist belt up through the buckle to form a loop **A**. Enlarge the loop by pulling on the end of the loop toward the buckle. Pull the anchored end of the waist belt to shorten the free end of the waist belt **B**.

### Para apretar los cinturones:
- Introducir el extremo fijo del cinturón en la hebilla para formar un espacio **A**. Jalar el extremo libre del cinturón **B**.

### Para aflojar los cinturones:
- Introducir el extremo libre del cinturón en la hebilla para formar un espacio **A**. Agrandar el espacio jalando el extremo del cinturón hacia la hebilla. Jalar el extremo fijo del cinturón para acortar el extremo libre del cinturón **B**.

5

FPI_001790

## Preventing Baby's Head from Flattening
## Cómo evitar que la cabeza del bebé se aplane



Pediatricians and child health organizations agree that healthy babies should be placed on their backs to sleep for naps and at nighttime, to reduce the risk of Sudden Infant Death Syndrome (SIDS). But babies who are always on their backs can sometimes develop flat spots on their head (plagiocephaly). Most cases of positional plagiocephaly can be prevented (and sometimes corrected) by repositioning your baby to relieve pressure on the back of the head. Here are some tips and techniques from the experts to keep in mind as you care for your baby:

- Change the location of your baby's sleeper or crib in the room, so she has to look in different directions to see the door, or the window, or interesting things going on around her.
- When your baby is awake, provide opportunities for adult-supervised "tummy time" play. Playing on his tummy helps take the pressure off the back of his head, which will help prevent flat spots from developing. Tummy time play also helps your baby's head, neck and shoulder muscles get stronger as part of normal development.
- Try tummy time two or three times a day, for short periods of time, until your baby gets used to being on her tummy. Once your baby begins to enjoy this position, try longer periods of time or increase the frequency of tummy time play.
- Help your baby avoid resting his head in the same position all the time by frequently changing the direction he lies in the crib. For example, have your baby's feet point toward one end of the crib for a few days, and then change the position so his feet point toward the other end of the crib. This will encourage your baby to turn and look in different directions.
- Try to minimize the amount of time your baby spends in car seats, carriers and bouncy seats while awake.
- Lastly, make sure you enjoy lots of "cuddle time" with your baby by holding her upright over your shoulder.

For additional information on positional plagiocephaly and the benefits of tummy time play for your baby, speak with your pediatrician or family physician.

National Institute of Health (NIH) Eunice Kennedy Shriver National Institute of Child Health and Human Development

**6**

FPI_001791

Mattel-COU0001791

# Preventing Baby's Head from Flattening
# Cómo evitar que la cabeza del bebé se aplane

Tanto pediatras como organizaciones de salud de niños están de acuerdo en que los bebés sanos deben dormir siestas y periodos más largos boca arriba para reducir el riesgo de síndrome de muerte súbita infantil. Sin embargo, los bebés que siempre están boca arriba, a veces pueden desarrollar plagiocefalia (aplanamiento de la cabeza). La mayoría de casos de plagiocefalia posicional puede ser prevenida (y a veces corregida) reposicionado al bebé para aliviar la presión en el dorso de la cabeza. A continuación se presentan consejos y técnicas de los peritos para el cuidado del bebé:

- Cambia la ubicación de la camita o cuna del bebé en el cuarto de modo que, para ver la puerta, ventana o algún otro objeto de interés, tenga que ver en diferentes direcciones.
- Cuando el bebé esté despierto, date tiempo para jugar boca abajo con él/ella. Jugar boca abajo ayuda a quitar la presión del dorso de la cabeza y ayuda a prevenir el aplanamiento. Jugar boca abajo también ayuda a fortalecer los músculos de la cabeza, cuello y hombros del bebé como parte de un desarrollo normal.
- Juega boca abajo dos o tres veces al día, por periodos breves, hasta que el bebé se acostumbre a estar boca abajo. Ya que el bebé esté a gusto en esta posición, aumenta los periodos de tiempo o la frecuencia del juego boca abajo.
- Ayuda al bebé a evitar apoyar su cabeza en la misma posición todo el tiempo, cambiando con frecuencia la dirección en la que está acostado/a en la cuna. Por ejemplo, por unos días, apunta los pies del bebé hacia un extremo de la cuna y, luego, cambia la posición de los pies hacia el otro extremo de la cuna. Esto estimulará al bebé a voltearse y ver en diferentes direcciones.
- Intenta minimizar la cantidad de tiempo que el bebé pasa en asientos de auto, cargadores y sillas de rebote mientras está despierto/a.
- Por último, asegúrate de pasar mucho tiempo con el bebé en brazos, cargándolo con la cabeza derecha sobre tu hombro.

Habla con el pediatra o médico para obtener más información sobre plagiocefalia posicional y los beneficios para el bebé de jugar boca abajo.

Instituto Nacional de Salud (NIH) Instituto Nacional de Salud de Niños y Desarrollo Humano Eunice Kennedy Shriver

7

FPI_001792

Mattel-COU0001792