# **EXHIBIT 6-2**

## Storage
## Almacenamiento



## To Remove the Pad
## Para quitar la almohadilla



- Press the button on each hub and push the liner tubes together.
- Lean against a wall for storage.

- Presionar el botón de cada conexión y unir los tubos del forro empujándolos.
- Apoyar el producto contra una pared para guardarlo.



- Protect the environment by not disposing of this product with household waste (2002/96/EC). Check your local authority for recycling advice and facilities.

- Ayúdenos a proteger el medio ambiente y no tire este producto en la basura doméstica (2002/96/EC). Para más información sobre la eliminación correcta de residuos, contactar con la Junta de Residuos o el Ayuntamiento de su localidad.

- Unbuckle the restraint system. Unfasten the pad button holes from the liner brackets. Unbuckle the straps on the pad. Pull the pad off the fasteners. Pull the restraint system down through the slots in the pad. Remove the pad from the liner.
- To replace the pad, follow the assembly instructions.

- Desabrochar el sistema de sujeción. Desajustar los orificios de botón de la almohadilla de las abrazaderas del forro. Desabrochar los cinturones de la almohadilla. Separar la almohadilla de los sujetadores. Jalar hacia abajo el sistema de sujeción por las ranuras de la almohadilla. Quitar la almohadilla del forro.
- Para regresar la almohadilla a su lugar, seguir las instrucciones de montaje.

8

FPI_001793

Mattel-COU0001793

## Assembled Parts
## Piezas ensambladas

## Assembly
## Montaje



Liner
Forro



2 Hubs
2 conexiones



Pad
Almohadilla



2 Base Tubes
2 tubos de base

**IMPORTANT!** Before assembly and each use, inspect this product for damaged hardware, loose joints, missing parts or sharp edges. DO NOT use if any parts are missing or broken. Contact Fisher-Price® for replacement parts and instructions if needed. Never substitute parts.

**Hint:** You may need the help of another adult to steady the product during assembly steps 1-4.

**¡IMPORTANTE!** Antes del montaje y de cada uso, revisar que el producto no tenga piezas dañadas, conexiones sueltas, piezas faltantes o bordes filosos. NO usar el producto si falta o está rota alguna pieza. Póngase en contacto con la oficina Mattel más próxima a su localidad para obtener piezas de repuesto e instrucciones, en caso de ser necesarias. Visite http://service.mattel.com/intl/es.asp para un listado completo. No usar piezas de terceros.

**Atención:** Pida la ayuda de otra persona para mantener el producto estable durante los pasos de montaje 1 a 4.

9

FPI_001794

## Assembly   Montaje



**1**

- Fit the end of one of the base tubes into a tube on one of the hubs, as shown.

**Hint:** Each hub is designed to fit on the base tubes one way. If one of the hub tubes does not seem to fit, try the other tube.

- Insertar el extremo de uno de los tubos de base en un tubo en una de las conexiones, tal como se muestra.

**Atención:** Cada conexión está diseñada para ajustarse en los tubos de base de una sola manera. Si uno de los tubos con conexión no se ajusta, intentar montarlo en el otro tubo.



**2**

- Fit the other end of the base tube into a tube on the remaining hub, as shown.

- Insertar el otro extremo del tubo de base en un tubo en la conexión restante, tal como se muestra.



**3**

- Fit the ends of the remaining base tube into the free ends of the hub tubes.

**Hint:** Each hub is designed to fit onto the base one way. If either base tube does not seem to fit, turn the base tube around and try again!

- Insertar los extremos del tubo de base restante en los extremos libres de los tubos de la conexión.

**Atención:** Cada conexión está diseñada para ajustarse en la base de una sola manera. Si no se ajustan, voltear la base e intentar de nuevo.

**10**

FPI_001795

Mattel-COU0001795

## Assembly   Montaje




- Fit the liner tubes onto the hub tubes.

  **Hint:** The liner is easier to assemble if the base remains in the folded position.

- Ajustar los tubos del forro en los tubos de la conexión.

  **Atención:** Es más fácil montar el forro si la base permanece en posición plegada.

- Press the button on each hub and pull apart the liner tubes.
- Make sure you hear a **"click"** on each end.

- Presionar el botón de cada conexión y separar los tubos del forro.
- Asegurarse de oír un **clic** en cada extremo.

11

FPI_001796

Mattel-COU0001796

## Assembly   Montaje



**Pad Button Holes**
Orificios de botón de la almohadilla

**Warning Label (not visible)**
Etiqueta de advertencia (no visible)

**Soothing Unit**
Unidad relajante

**6**

- Position the pad so that the button holes are toward the warning label on the liner. Place the pad on the liner.
- Fit the edges of the soothing unit through the large opening the pad.

- Colocar la almohadilla de modo que los orificios de botón apunten hacia la etiqueta de advertencia en el forro. Poner la almohadilla sobre el forro.
- Ajustar los bordes de la unidad relajante en el orificio grande de la almohadilla.



**Waist Belt** — Cinturón de la cintura
**Waist Belt** — Cinturón de la cintura
**Slots** — Ranuras

**7**

- Fold the top of the pad down and insert the waist belts through the slots in the pad. Make sure the waist belts are **not twisted.**

- Doblar hacia abajo la parte de arriba de la almohadilla e insertar los cinturones en las ranuras de la almohadilla. Asegurarse de que los cinturones **no estén torcidos.**



**Crotch Pad**
Almohadila de la entrepierna

**8**

- Fold the top of the pad up to fit it back into the liner.
- Insert the crotch pad through the slot in the infant support.

- Doblar hacia arriba la parte de arriba de la almohadilla para volver a ajustarla en el forro.
- Insertar la almohadilla de la entrepierna en la ranura del cojín de soporte infantil.

12

FPI_001797

Mattel-COU0001797

## Assembly   Montaje





**9**

- Fit the button holes on the pad around the brackets on the liner.

- Ajustar los orificios de botón de la almohadilla alrededor de las abrazaderas del forro.

**10**

- Pull the bottom of the pad around the liner.
- Buckle the straps on the pad. Make sure you hear a **"click"**.

- Jalar la parte inferior de la almohadilla alrededor del forro.
- Abrochar los cinturones de la almohadilla. Asegurarse de oír un **clic.**



**11**

- Press the pad edges onto the fasteners on the liner.

- Presionar los bordes de la almohadilla en los sujetadores del forro.

13

FPI_001798

Mattel-COU0001798

## Battery Installation



**Soothing Unit**
- Loosen the screw in the battery compartment door with a Phillips screwdriver. Remove the battery compartment door.
- Insert one D (LR20) **alkaline** battery into the battery compartment.
- Replace the battery compartment door and tighten the screw.
- If this product begins to operate erratically, you may need to reset the electronics. Slide the power switch off and then back on.

**Battery Safety Information**
In exceptional circumstances, batteries may leak fluids that can cause a chemical burn injury or ruin your product. To avoid battery leakage:
- Do not mix old and new batteries or batteries of different types: alkaline, standard (carbon-zinc) or rechargeable (nickel-cadmium).
- Insert batteries as indicated inside the battery compartment.
- Remove batteries during long periods of non-use. Always remove exhausted batteries from the product. Dispose of batteries safely. Do not dispose of product in a fire. The batteries inside may explode or leak.
- Never short-circuit the battery terminals.
- Use only batteries of the same or equivalent type as recommended.
- Do not charge non-rechargeable batteries.
- Remove rechargeable batteries from the product before charging.
- If removeable, rechargeable batteries are used, they are only to be charged under adult supervision.

## Colocación de las pilas

**Unidad relajante**
- Destornillar el tornillo de la tapa del compartimento de la pila con un desatornillador de cruz. Retirar la tapa.
- Insertar 1 pila **alcalina** D (LR20) x 1,5V en el compartimento.
- Cerrar la tapa del compartimento de la pila y apretar el tornillo.
- Si este producto no funciona correctamente, restablecer los circuitos electrónicos. Poner el interruptor de encendido en apagado y nuevamente en encendido.

**Información de seguridad sobre las pilas**
En circustancias excepcionales, las pilas pueden derramar líquido que puede causar quemaduras o dañar el producto. Para evitar derrames:
- No mezclar pilas nuevas con gastadas ni mezclar pilas alcalinas, estándar (carbono-cinc) o recargables (níquel-cadmio).
- Cerciorarse de que la polaridad de las pilas sea la correcta.
- Sacar las pilas gastadas del producto y desecharlas apropiadamente. Sacar las pilas si el producto no va a ser usado durante un periodo prolongado. No quemar las pilas ya que podrían explotar o derramar el líquido incorporado en ellas.
- No provocar un cortocircuito con las terminales.
- Usar sólo el tipo de pilas recomendadas (o su equivalente).
- No cargar pilas no recargables.
- Sacar las pilas recargables antes de cargarlas.
- La carga de las pilas recargables sólo debe realizarse con la supervisión de un adulto.

14

FPI_001799

Mattel-COU0001799

# Keep this product clean and dry!
# ¡Mantener este producto limpio y seco!

## Regular Care

- During regular use, the pad and the liner may become damp. Periodically remove the pad from the liner to air-out and prevent moisture buildup.
- We also recommend machine washing the pad once a week (or each time they becomes soiled). Machine wash separately in cold water with a mild detergent on the gentle cycle. Do not use bleach for routine washing. Tumble dry on low.
- While laundering the pad, clean the liner and frame with a mild solution of liquid detergent and water. Do not use abrasive cleaners. Rinse thoroughly with clean water to remove soap residue. Pat dry with a towel and **air dry completely** before replacing the pad on the liner.

## Advanced Care

- Moisture buildup may lead to mildew. If you see mildew on your pad or liner, follow these instructions to kill mildew.

### Pad

- Machine wash separately in cold water with a mild detergent and ¼ cup (0,06 liters) bleach. Use the highest water setting on the gentle cycle and tumble dry on low. Use of bleach may result in some color loss of the fabric.

### Liner

- Place the product on a protected surface in a well-ventilated room.
- Mix 1 gallon (about 4 liters) of water with 1½ cups (0,35 liters) of chlorine bleach. Apply with a sponge and wipe to clean. Be sure to wear gloves and protective eye wear and clothing when cleaning with bleach. Never mix bleach with ammonia or other household cleaners. Use of bleach may result in some color loss of the fabric. Rinse thoroughly with clean water.
- After cleaning with bleach and water, wash the liner using a small amount of liquid detergent. Gently scrub with a soft brush. Rinse thoroughly with clean water.
- Pat dry with a towel and **air dry completely** before replacing the pad on the liner.

For more cleaning information, please contact Fisher-Price® Consumer Relations at **service.fisher-price.com** or call 1-800-432-5437.

15

FPI_001800

Mattel-COU0001800