# **EXHIBIT 6-3**

# Keep this product clean and dry!
# ¡Mantener este producto limpio y seco!

**Mantenimiento regular**
- Con el uso normal del producto, la almohadilla y forro pueden humedecerse. Quitar periódicamente la almohadilla del forro para orear el producto y evitar la acumulación de humedad.
- Recomendamos lavar a máquina la almohadilla una vez a la semana (o cada vez que se ensucie). Lavarla a máquina por separado en agua fría con un detergente neutro en ciclo delicado. Para lavados normales, no usar blanqueador. Meter a la secadora a temperatura baja.
- Mientras se lava la almohadilla, limpiar el forro y el armazón con una solución neutra de detergente líquido y agua. No usar limpiadores abrasivos. Enjuagar por completo con agua limpia para eliminar el residuo de jabón. Secarlo inicialmente con una toalla y **dejar que se seque al aire por completo** antes de colocar la almohadilla en el forro.

**Mantenimiento avanzado**
- La acumulación de humedad puede crear moho. Si nota moho en la almohadilla o forro, seguir estas instrucciones para eliminarlo.

**Almohadilla**
- Lavarlos a máquina por separado en agua fría con un detergente neutro y ¼ de taza (0,06 litros) de blanqueador. Usar el nivel de agua más alto en el ciclo delicado y secar a temperatura baja. El uso de blanqueador puede causar que la tela se decolore un poco.

**Forro**
- Colocar el producto sobre una superficie protegida en un cuarto bien ventilado.
- Mezclar 4 litros de agua con 1½ tazas (0,35 litros) de blanqueador. Usar una esponja para limpiarlo. Asegurarse de usar guantes y anteojos protectores y ropa al limpiar con blanqueador. No mezclar blanqueador con amoníaco u otros desinfectantes caseros. El uso de blanqueador puede causar que la tela se decolore un poco. Enjuagar por completo con agua limpia.
- Después del lavado con blanqueador y agua, lavar el forro con una cantidad pequeña de detergente líquido. Cepillar suavemente con un cepillo suave. Enjuagar por completo con agua limpia.
- Secarlo inicialmente con una toalla y **dejar que se seque al aire por completo** antes de colocar la almohadilla en el forro.

Para más información sobre el lavado, en los EE.UU., contactarse con el Departamento de atención al cliente de Fisher-Price en **service.fisher-price.com** o llamar al 1-800-432-5437. Fuera de los EE.UU., consultar la guía telefónica para un listado de Mattel.

FPI_001801

Mattel-COU0001801