# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


Kathleen Courkamp, for herself  )
and on behalf of other          )
statutory beneficiaries,        )
                                )
                    Plaintiff,  )
                                )No.  CV-19-02689-GMS
             vs.                )
                                )
Fisher-Price, Inc., a foreign   )
corporation; Mattel, Inc., a    )
foreign corporation,            )
                                )
                    Defendants. )
                                )



VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF CATHERINE PILARZ

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER




Buffalo, New York
January 21, 2021
11:23 a.m.




CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street

Tucson, Arizona 85713   Ph (520) 623-1100

Page 12

1    A.    That's a certification program through the
2   American Society for Quality.
3    **Q.    And when did you receive that certification?**
4    A.    It was a number of years ago that I became a
5   certified quality engineer and a certified reliability
6   engineer.  And then it's a certification that requires, you
7   know, renewal or maintenance every few years.  So I've had
8   that certification for a number of years.
9    **Q.    And they're both still current?**
10    A.    Yes.
11    **Q.    When did you start at Fisher-Price?**
12    A.    January of 1980.
13    **Q.    Have you been there ever since?**
14    A.    Yes.
15    **Q.    So is Fisher-Price -- it sounds like the same year**
16   **that you graduated, has that been your entire professional**
17   **career --**
18    A.    Yes.
19    **Q.    -- that you've been there?**
20    A.    Yes.
21    **Q.    And I understand you're -- you're still currently**
22   **employed, correct, by Fisher-Price?**
23    A.    Yes.
24    **Q.    And your current title, has that changed since the**
25   **last time we spoke in November?**

Page 13

1      A.    No.

2      Q.    And remind me.  That's vice president -- can you

3   just remind me what it is so I don't have to look it up.

4      A.    It's vice president of Product Safety and

5   Compliance.

6      Q.    In terms of the development of other sleeping

7   products, I believe you said you have been involved in --

8   in developing other sleeping products beyond the Rock 'n

9   Play; is that correct?

10     A.    Yes.  So I'm trying to remember.  You know, we

11  made cribs some years ago and play yards.  And as my role

12  in the organization changed, part of my involvement in the

13  development of -- of those products changed as well.

14     Q.    Have you ever designed a sleeping product?

15     A.    I've had input to the design, but I've never

16  designed a sleeping product.

17     Q.    In terms of the Rock 'n Play, can you describe to

18  me the process of what happened when Ms. Chapman -- let me

19  start again.

20              What are the steps that Fisher-Price takes

21  when a new product idea is -- is brought up?

22     A.    So I can describe the steps mostly from my

23  perspective in the area of product safety.

24              So when the concept is first developed, at

25  some point it will be -- well, it -- it will be developed

1  by a team of people, including the product designer, the

2  product engineer, the quality engineer.  If there's soft

3  goods involved, there'd be a soft goods engineer, an

4  electronics engineer, you know, marketing, and a

5  representative from our Child Research group.  Those people

6  get involved in the development of the product and when the

7  concept is being developed.

8      **Q.   Let me ask you -- sorry.  I'm losing your audio a**

9  **little bit.  I don't know if anyone else was.**

10            **You were saying, "When the concept," and**

11  **that's when I kind of lost you.**

12      A.   Okay.  When the concept is being developed, it

13  will be presented to our safety committee through our

14  hazard analysis tests so that there will be a meeting where

15  we evaluate the safety of the product.  And -- and that

16  process is really looking at the safety beyond compliance

17  with standards and regulations.  So it's using our own

18  experience with our own products and related products and

19  the experience we have through participation in standards

20  development, through ASTM, experience related to, you know,

21  attending safety conferences.

22            All those things go into our assessment of

23  the product during the hazard analysis process.

24      **Q.   Is that hazard analysis process, is part of that**

25  **trying to identify how a baby may be hurt in the product?**

Page 21

1    been talking about, you know, play yards and -- I'm sorry.

2    Not play yards -- bouncers and swings, they're -- they're

3    restrained.

4        **Q.   So in the Rock 'n Play, if there's no room to roll**

5    **over, then why does the baby need to be restrained?**

6                MS. COHEN:  Objection to form.

7                THE WITNESS:  Well, you don't want a baby to

8    be able to slip down either.  I mean, it -- a Rock 'n Play

9    is designed to kind of keep baby in one position; and,

10   therefore, it's -- it's -- it's helpful to use the

11   restraint also to keep the baby in position.

12               Those other products do not -- they're not

13   intended to keep the baby in one position.  They're not at

14   an incline, so baby can't look around when the baby is in a

15   crib or in a bassinet.

16   BY MS. SCHRINER:

17       **Q.   So a bassinet is not intended to keep a baby in**

18   **one position, but a Rock 'n Play is.  Is that my**

19   **understanding?  I mean, is that -- is that a correct**

20   **understanding?**

21               MS. COHEN:  Objection to form.

22               THE WITNESS:  Well, by "one position" -- a

23   baby is -- is free to roll over in a bassinet.

24   BY MS. SCHRINER:

25       **Q.   Why does a baby need to stay in one position in**

1   the Rock 'n Play?

2       A.   Well, the very nature of the product is, you know,

3   it has sides and, you know -- you know, a deep seat that

4   basically positions -- it's like staying in one position in

5   a recliner.  It's designed to keep your -- the baby's body

6   in a specific position.

7       Q.   **Why does the baby need to be in one position?  Why**

8   **can't the baby move into other positions in the Rock 'n**

9   **Play?**

10      A.   What do you mean by move "into other positions"?

11      Q.   **You said that the Rock 'n Play is designed to keep**

12  **the baby in one position.  Why can the baby not move into**

13  **another position such as on their side or on their belly?**

14              MS. COHEN:  Objection to form.

15              THE WITNESS:  Well, because it's shaped like

16  a C, and it has a restraint.

17  BY MS. SCHRINER:

18      Q.   **So because it's shaped like a C and it has a**

19  **restraint, that tells me how it might want to keep a baby**

20  **in one position, but why was it designed to keep a baby in**

21  **one position?**

22              **Why was it designed so a baby should not be**

23  **on their belly?**

24              MS. COHEN:  Objection to form.

25              THE WITNESS:  Well, I'm not sure how to

Page 23

1   answer that question.  I mean, it's --

2   BY MS. SCHRINER:

3       Q.    Okay.  Let me try again.

4             Why did Fisher-Price want to keep an infant

5   in one position for an entire night's sleep?

6             MS. COHEN:  Objection to form.

7             THE WITNESS:  Well, the -- the concept was to

8   provide an inclined seat back.  And so the orientation of

9   the baby is -- is clear in that configuration, that it's

10  not expected that, you know, the baby would be in the prone

11  position in -- in a reclined seat orientation.

12  BY MS. SCHRINER:

13      Q.    Is it dangerous for the baby to be in a prone

14  position in the Rock 'n Play?

15            MS. COHEN:  Objection to form.

16            THE WITNESS:  I think the prone position, as

17  we discussed, in any sleep environment is a risk factor.

18  BY MS. SCHRINER:

19      Q.    However, you just told me that in bassinets,

20  babies are -- nothing keeps the baby from going prone in

21  the bassinet, but in the Rock 'n Play there is a restraint.

22            So is there a different risk with a baby

23  being prone in the Rock 'n Play versus in a bassinet?

24            MS. COHEN:  Objection to form.

25            THE WITNESS:  I don't know that the risk is

Page 40

1          MS. COHEN:  Objection to form.

2          THE WITNESS:  I think I need to read this

3    page.  Okay?

4    BY MS. SCHRINER:

5      **Q.    Yeah.  Go ahead.**

6      A.    You -- I still am not sure if he's talking about a

7    baby sliding down or folding over as to how the baby's out

8    of position, so I can't really comment on whether it's hard

9    for them to self-correct.

10     **Q.    Well, let me just ask you your opinion.  Do you**

11   **think that the steeper the angle, the harder it is for a**

12   **baby to self-correct if baby becomes prone?**

13          MS. COHEN:  Objection to form.

14          THE WITNESS:  It -- if you're asking if a

15   baby in a prone position could self-correct more easily at

16   a steeper angle --

17   BY MS. SCHRINER:

18     **Q.    No.  I'm -- I'm asking -- and let me ask it**

19   **another way so it's not confusing.**

20          **Is it your opinion that if a baby is in an**

21   **inclined position, such as the one that the Rock 'n Play**

22   **places them in, versus a flat bassinet, do you think that**

23   **incline makes it hard for them to self-correct if they end**

24   **up prone versus the flat bassinet?**

25          MS. COHEN:  Objection to form.

Page 41

1          THE WITNESS:  I -- I just don't know that --
2  the answer to that.  I think that -- that would have to be
3  studied.
4  BY MS. SCHRINER:
5     **Q.   So I know you mentioned that Fisher-Price makes**
6  **inclined bouncers and swings, and I believe you said that**
7  **they are not intended for sleep; correct?**
8     A.   That's correct.
9     **Q.   Why are bounders not intended for sleep?**
10    A.   Bouncers, they -- they don't position the baby, I
11 think, as -- as reliably as sleep products do.  There's not
12 really sides to a bouncer.  Babies can be more upright in a
13 bouncer than in an inclined sleep product.  And they also
14 don't have as stable a base.  You know, a bouncer typically
15 has a -- a less stable base because it's a much smaller
16 product.
17          And so for all of those reasons, I think, you
18 know, bouncers are not intended or designed to be used for
19 unattended sleep.
20    **Q.   So you said that bouncers don't position a baby as**
21 **reliably as the inclined sleep products.**
22          **So is there a concern that babies could roll**
23 **over in a bouncer?**
24    A.   Well, bouncers have a restraint that would prevent
25 a baby from rolling over, but -- but -- bouncers also, you

Page 42

1    know, can tip over if a baby manages to lean out of the

2    bouncer because it doesn't have deep sidewalls.  The idea

3    of a bouncer is to have the baby, you know, more upright so

4    the baby can look around and bounce and -- and so bouncers

5    can tip over on occasion.

6        Q.   So I -- so I'm not sure that's an answer to my

7    question.

8             My question is, is one of the reasons that

9    bouncers are not intended for sleep is because you said

10   that a baby could get -- or that they are -- they do not

11   hold the baby in as reliable as a position?

12            And my question is, is one of the positions

13   you do not want a baby in in the bouncer to be face down?

14            MS. COHEN:  Objection to form.

15            THE WITNESS:  Well, it is correct you don't

16   want a baby face down in a bouncer.

17   BY MS. SCHRINER:

18       Q.   And a bouncer has the same type of restraint as a

19   Rock 'n Play?

20       A.   Yeah, it has a three-point restraint, yes.

21       Q.   And you testified earlier in response to

22   Ms. Cohen's questions that some bouncers hold babies at a

23   similar 30-degree angle.

24            MS. COHEN:  Objection to form.

25            THE WITNESS:  Yes.

Page 191

1    consider the 30-degree angle of the Rock 'n Play Sleeper to

2    be a steep angle?

3                    MS. SCHRINER:  Form.

4                    THE WITNESS:  No, I wouldn't call it a steep

5    angle.

6    BY MS. COHEN:

7        Q.    And did Dr. Deegear ever make any comment or

8    statement or raise any concern of that type to you in all

9    of your discussions and emails with him back in

10   pre-production time?

11       A.    Any concern about the 30-degree angle?

12       Q.    Yes.  Yes, correct.

13       A.    No, he didn't.

14       Q.    And, again, do you consider the 30-degree angle to

15   be unsafe for any byproduct like this?

16       A.    Did you ask did he consider it --

17       Q.    No.

18       A.    -- unsafe?

19       Q.    Do you consider it to be unsafe?

20       A.    No.

21       Q.    And did he ever express to you that he considered

22   it to be unsafe, that is --

23       A.    He --

24       Q.    -- Dr. Deegear?

25       A.    -- did not.