# **EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kathleen Courkamp, for herself )
and on behalf of other )
statutory beneficiaries, )
)
                 Plaintiff, )
)No.  CV-19-02689-GMS
       vs. )
)
Fisher-Price, Inc., a foreign )
corporation; Mattel, Inc., a )
foreign corporation, )
)
               Defendants. )
)


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MIKE STEINWACHS

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER



East Aurora, New York
January 22, 2021
8:34 a.m.




CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES

2819 East 22nd Street

Tucson, Arizona 85713   Ph (520) 623-1100

Page 12

1  college while I worked at Fisher-Price.  So I attended
2  night school and got my degree while I was working.
3      Q.   Okay.  Thank you for that explanation.
4           So when you started at Fisher-Price, what was
5  your title?
6      A.   I started in a factory.  I was a mechanic, and I
7  worked on repairing machinery, factory machinery.
8      Q.   And then while you were working there, you started
9  night school, and you received your BT; is that correct?
10     A.   That's correct.
11     Q.   Okay.  And then once you received your BT, did
12 your position change, or did your position change while you
13 were at school?
14     A.   My position changed many times since I started
15 with the company in 1973.  And I ended up joining the
16 Engineering Department at Fisher-Price in 1979, I believe.
17     Q.   Okay.
18     A.   Went into a position of manufacturing engineer in
19 1985.
20     Q.   When you started in 1979 in the Engineering
21 Department, what was your title?
22     A.   I was a manufacturing engineer and technician.
23     Q.   And then from there, what was the next title that
24 you had?
25     A.   After -- I -- in 1985, I was promoted to the role

1  **goes to be sold at Target and Walmart and Amazon, or**
2  **whatever, do you look at any data coming back based on how**
3  **that product is actually being used by real people in the**
4  **real world?**
5     A.   Well, Fisher-Price and Mattel maintain a large
6  Consumer Relations Department that takes calls when they're
7  received from parents who have a product in the field.  And
8  those calls could involve many different types of
9  questions.  It could be we had a problem with the product
10 or we like the product.  It could even be calls to say,
11 geez, we don't even know where to buy the product, but we'd
12 like you to help us find a location to purchase that.
13          But we do gather that data, and we -- we do
14 look for any patterns for use with the product that we
15 might need to, you know, be concerned about.
16    **Q.   Okay.  So do you recall seeing any patterns that**
17 **were identified in looking at that data that you needed to**
18 **be concerned about?**
19    A.   I don't recall any data that showed a pattern of
20 use that -- that we felt was concerning that needed -- that
21 we needed to look at the product for possible changes.
22    **Q.   Do you have the box that we sent you?**
23    A.   I do.
24    **Q.   Okay.  Let's go ahead and open that, if you**
25 **haven't already.**

1  Consumer Affairs returns and doing the analysis of
2  safety-related complaints, that would have been Kitty's
3  group?
4      A.   Yes.
5      Q.   And then that would have been Kitty's group's
6  responsibility to share with everyone else during the
7  safety audit meetings?
8      A.   If there was a feature on this concept that they
9  were concerned about.  But if there wasn't one, they
10 weren't going to spend a lot of time talking about a
11 non-issue.
12     Q.   Let's move on to another topic.
13          Were you a part of any of the conversation
14 with Dr. Deegear?
15     A.   I never had a firsthand call with Dr. Deegear.
16 Dr. Deegear contacted -- the Dr. Deegear contact was Kitty,
17 but I was part of some larger conference calls with
18 Dr. Deegear on a number of occasions.
19     Q.   Do you recall -- so you were part of conference
20 calls where you were all available to ask him questions and
21 he could answer them?
22     A.   Yes.
23     Q.   Did you -- do you recall being a part of a
24 conference call where anyone asked him if it was safe for
25 an infant to sleep in an inclined position for the entire

Page 102

1  **night?**

2  A.   I'm going to answer that by saying that the

3  Rock 'n Play Sleeper as a concept, and a concept that we

4  discussed with Dr. Deegear, always was intended for

5  overnight sleep, unattended overnight sleep.  There was

6  never any question about it being something else other than

7  that.

8  **Q.   Do you know why it was sold as a Rock 'n Play?**

9  A.   Well, the product has --

10             MS. COHEN:  Objection to form.  Misstates the

11  name.

12             MS. SCHRINER:  Is it not called a Rock 'n

13  Play Sleeper?

14             THE WITNESS:  The product has a -- rails on

15  the bottom that are curved so it can rock gently from the

16  front to the back.  It also included a small toy.

17             So you could use the product in your living

18  room to put your baby in and let them just, you know, look

19  up at you.  You could, you know, play with your baby.  So

20  that, hence, is where the term Rock 'n Play comes from.

21  BY MS. SCHRINER:

22  **Q.   So in -- in that way, does it make it a little**

23  **different from a bassinet in that a bassinet does not come**

24  **with, I guess, a toy for a baby to play with?**

25             MS. COHEN:  Objection to form.

Page 269

1  is the temptation that parents have to add extra blankets
2  and comforters and pillows, to name just a few of the
3  problems that you -- or things that you could have in a --
4  a crib or a bassinet.
5  BY MS. COHEN:
6      Q.    **And are there reported deaths and other injuries**
7  **from babies being put in -- left in bassinets and cribs?**
8      A.    Oh --
9            MS. SCHRINER:  Form.
10           THE WITNESS:  -- very much so.  In fact, I
11 don't know what the total is, but a lot of their -- there
12 are a great many incidents of SIDS and unexplained infant
13 deaths every year in both bassinets and cribs.
14 BY MS. COHEN:
15     Q.    **And it's happened.  We talked about the AAP.  Do**
16 **they have specific guidelines about how parents should**
17 **utilize cribs and bassinets to try to reduce the risk of --**
18 **of these types of injuries?**
19     A.    That's -- that's right.  And I think the AAP
20 advises parents not to put extra bedding or extra pillows
21 and material in the products, and, of course, they advise
22 parents always put their infants on their backs.  And I
23 think they also advise parents not to tip products at an
24 incline if they're tempted to do so.
25     Q.    **Speaking of the AAP, there was a lot of discussion**

1   with Ms. Schriner about the ASTM subcommittee that you were
2   on.
3               Did -- were there members of the American
4   Academy of Pediatrics, the AAP, on the ASTM subcommittee?
5       A.  The AAP did have a representative or
6   representatives at part of the -- of the subcommittee, yes,
7   but I could say that in the time I was there I don't
8   remember meeting the individual or individuals.  I don't
9   remember them calling in and asking questions.  And I was
10  never contacted by the AAP on -- during the development of
11  the Rock 'n Play or the infant inclined sleep products
12  standard.
13      Q.  Some of the documents Ms. Schriner showed you, to
14  the extent they were being sent out to the
15  ASTM subcommittee, would the AAP members have received them
16  as well?
17      A.  The AA- --
18              MS. SCHRINER:  Form.  Foundation.
19              THE WITNESS:  The AAP members would have been
20  on the mailing list for any of the material that was sent
21  out, including ballots for changes or -- or any of the
22  suggested standards that we were looking to finally
23  publish.  So, yes, they would have been.
24  BY MS. COHEN:
25      Q.  And would they have been invited to attend

1  meetings?
2      A.   They could have attended meetings, they could have
3  commented on ballots, they could have issued comments, or
4  they could have issued negatives.
5      Q.   Okay.  Did you ever receive any, again, negatives
6  or comments or concerns from the AAP members of the
7  committee?
8      A.   No, I never did.
9      Q.   And I think you told us in your last deposition,
10 but is it correct that you have -- that you have 10
11 grandchildren?
12     A.   I do, nine of which used the Rock 'n Play Sleeper.
13     Q.   And why did the 10th one not use it?
14     A.   That was my oldest grandson, and he -- and he was
15 born before the product existed.
16     Q.   Did you tell --
17          MS. SCHRINER:  And I want to -- Lori, I
18 wanted to object to the question, but I did not want to
19 interrupt --
20          MS. COHEN:  Okay.
21          MS. SCHRINER:  -- Mr. Steinwachs.
22          MS. COHEN:  Okay.  Noted.
23 BY MS. COHEN:
24     Q.   And did you feel comfortable having all nine of
25 those grandkids in the Rock 'n Play Sleeper?