# **EXHIBIT 9**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Kathleen Courkamp, for herself  )
and on behalf of other          )
statutory beneficiaries,        )
                                )
                Plaintiff,      )
                                )No.  CV-19-02689-GMS
          vs.                   )
                                )
Fisher-Price, Inc. A foreign    )
corporation; Mattel, Inc., a    )
foreign corporation,            )
                                )
                Defendants.     )
                                )
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF LISA M. LOHISER

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER

Phoenix, Arizona
November 13, 2020
9:03 a.m.

CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street
Tucson, Arizona 85713   Ph (520) 623-1100

Page 19

1    intended.
2        Q.   Okay.  Do you know when the last time you were
3    involved in a test of the Rock 'n Play?
4        A.   In 2018.
5        Q.   Let me go backwards a little bit and ask you about
6    your education.
7             Can you tell me a little bit about your
8    education and what you've studied.
9        A.   Sure.  I have a Bachelor's of Science in
10   elementary education from SUNY Fredonia with an extension
11   in gifted and talented education.  My certification -- I
12   have a permanent certification of pre-K to 6th grade.
13            My master's degree, I -- is in science and
14   creativity -- creativity -- creative problem-solving and
15   change leadership.  And I am currently very close to
16   completing my PhD in early childhood.
17       Q.   Okay.  And you -- you cut out a little bit.  You
18   said you had a master's?
19       A.   Uh-huh.
20       Q.   Oh.
21       A.   A master's in creativity, creative
22   problem-solving, and change leadership from SUN- -- Buffalo
23   State College.
24       Q.   Okay.  And was that an in-person master's, or is
25   that online?

1    A.   Oh, all of them have been in person.
2    **Q.   Okay. And you're getting a PhD, and I apologize,**
3    **in -- what are you working on?**
4    A.   Early childhood.
5    **Q.   And what school are you attending for that?**
6    A.   The University of Buffalo.
7    **Q.   And when do you expect to receive your PhD, if you**
8    **know?**
9    A.   In May '21.
10   **Q.   Okay. So I know today is Friday, and we've --**
11   **we've been speaking to some fellow Fisher-Price employees**
12   **prior to today, and your name has come up a few times. So**
13   **there's a few things that I wanted to ask you about that**
14   **other people had not been able to -- to -- they maybe refer**
15   **to you as having more knowledge.**
16   A.   Sure.
17   **Q.   Let me ask you first, what are all the types of**
18   **testing that went into the Rock 'n Play?**
19   A.   There were -- so for the Rock 'n Play, we had
20   conducted many on-site tests. When I speak of on-site
21   tests, that is when we bring people in from the public. We
22   have a database of over 10 million -- 10 million -- 10,000
23   families that participate -- that volunteer to participate
24   and become toy testers at Fisher-Price.
25             So on-site testing generally involves people

1  outside of the company.  Sometimes it involves employees
2  just because they're -- we know they're parents too.
3            So parents would come on-site.  We would test
4  whatever we were looking for that day with the Rock 'n Play
5  Sleeper.  Generally baby tests last between 10 to
6  20 minutes just because of babies, you know, they -- they
7  get impatient.  So that's on-site testing.
8            We -- and then we also do in-home tests.
9  First is prototype in-home testing.  Prototype in-home
10 testing is with very, very, very early samples or models,
11 and those we have a testing program with our employees.
12 So --
13     **Q.   Okay.**
14     A.   -- employees take a product home for anywhere from
15 three to -- three days to a week.  Sometimes it's just over
16 a weekend, so just do the test with them.
17           And then we also have an in-home test program
18 where we test products as early as early production or
19 first engineering pilot, which is when they're -- they're
20 made in the -- at the manufacturer, at the -- in -- you
21 know, in our manufacturing plants, but they're not final
22 products just yet.  And we do both of those in-home testing
23 to afford early readings prior to production.
24     **Q.   Okay.  Let me just go through each one of those.**
25           **So the on-site testing, does that generally**

1   Q.   And in terms of what might need to occur based on
2   any -- any testing, and I'm just talking about the
3   in-site -- I think the play lab testing right now --
4   A.   Uh-huh.
5   Q.   -- how would that be documented, if it would be?
6   A.   The play lab doesn't document -- from on-site
7   tests, we don't document next steps.
8   Q.   Okay.  So if that was documented, it would have
9   been someone else's department?
10  A.   Yes.
11  Q.   So I know you also mentioned with early prototypes
12  that there is employee in-home testing, I think you said;
13  right?
14  A.   Yes.
15  Q.   All right.  And tell me -- and I -- I probably
16  jotted it down, but at this point can't find it -- how --
17  how long the employees would be given the prototype to test
18  it for.
19  A.   Generally it depends on how many samples we have
20  of something or what we're trying to -- what we're trying
21  to look for.  In the Rock 'n Play Sleeper, I can't recall
22  exactly how long they have it, but generally it's anywhere
23  from three to seven days.  So it's a time period that they
24  have a little bit of time to utilize it.
25  Q.   And how -- how many employees would be given -- or

Page 25

1  **actually, during the development process of the Rock 'n**
2  **Play, how many employees were given prototypes to take**
3  **home?**
4      A.   The exact number I cannot -- I can't recall off
5  the top of my head.  The way that works, it really depends
6  on the number of samples and also the number of babies we
7  have available in that specific age range.  Sometimes we
8  need to test things but we only have one or two employee
9  children that fall within that range, so it would only go
10 to those one or two babies.  So that is a factor in there
11 as well.
12     **Q.   Okay.  And would the employees be given**
13 **questionnaires or any sort of document to fill out**
14 **regarding their experience with the prototype Rock 'n Play?**
15     A.   Yes.  They -- they come to -- with prototype
16 in-home tests, because they're so early, there's not
17 instructions or anything like that to go home.  So what we
18 do is meet with -- excuse me.  We meet with the employees,
19 myself, usually an engineer, usually a quality engineer.
20 We meet and do a small briefing on the product and how to
21 use it and how to do things like take the soft goods off to
22 launder it.
23              At that meeting, they would also be given the
24 warning labels, because we always send home warning labels
25 if they were testing out products.  So we sent home the

Page 167

1             MS. LOVETT:  No, no problem.
2             MS. SCHRINER:  There you go.
3             MS. LOVETT:  Okay.  And, again, I'm
4  apologizing for the glare, but blindness is taking the old
5  lady.  Two sets of cataract surgeries is starting to show.
6
7                        EXAMINATION
8  BY MS. LOVETT:
9     Q.   All right.  So I -- Ms. Lohiser, I think we got
10  a -- a fair amount of your background in Ms. Schriner's
11  questioning.  Can you tell me, are you the only -- and I
12  know you're -- you're a semester away from your PhD.  Are
13  you the only PhD in child development that works for
14  Fisher-Price, to your knowledge?
15     A.   No.  Deborah Weber also has her PhD.
16     Q.   And what is the general educational background --
17  you're the manager over the research team at this point.
18             What is the general educational background of
19  the child development experts that work with you on that
20  team?
21     A.   All of our researchers have at least a Bachelor of
22  Science degree, and whether it be education, child
23  development.  I think we have child psychology for one.
24  Special -- at the time, we had a special education person
25  as well.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Kathleen Courkamp, for herself  )
and on behalf of other          )
statutory beneficiaries,        )
                                )
              Plaintiff,         )
                                )No.  CV-19-02689-GMS
         vs.                    )
                                )
Fisher-Price, Inc. A foreign    )
corporation; Mattel, Inc., a    )
foreign corporation,            )
                                )
              Defendants.        )
                                )
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF LISA M. LOHISER

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER

Phoenix, Arizona
November 13, 2020
9:03 a.m.

CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street
Tucson, Arizona 85713   Ph (520) 623-1100