# EXHIBIT 11



**PRODUCT INTEGRITY**

# Fisher-Price
**Product Integrity**
## SAFETY AUDIT REPORT
**ISSUED BY** KP

**SAR No:** 22912

**Project Number:** 201581

**Product Number:** R6070

**Intro Year:** 2010

**Product Name:** HAMMOCK

**AgeGrade/Developmental Level:** B+

**Safety Audit Date:** 2/2/2009

**CONCLUSION:**

[X] **ACCEPTABLE** w/ execution of action items.

[ ] **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

[ ] **UNACCEPTABLE** - the following aspect of the product must be changed:

**DESCRIPTION OF PRODUCT CONCEPT:**
hammock with separate pad, music unit, mobile

**SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)**
TBD, include warning not to use product without pad

**ACTION ITEMS:**

1. Music unit to be tested as a toy.
2. PI to determine stability requirements-reference bouncer & infant to toddler rocker requirments.
3. PI to research appropriate angles for babies to sleep.
4. Waist restraint to be on sling, crotch belt on soft goods pad.
5. Seat back & sides must be breathable.

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | X |
| Marketing | Martens, Theresa | | Charland, Paul | |
| PDE | Taton, Justin | X | Coughlin, Bob | |
| PI Eng. | Steinwachs, M ke | X | Pilarz, Kitty | X |
| | | | Strauss, Ronda | |
| | | | Taft, Joel | X |
| | | | Woodworth, Jack | |

**CONFIDENTIAL**



**CONFIDENTIAL**



PRODUCT INTEGRITY

# Fisher-Price
## Product Integrity
## HAZARD ANALYSIS REPORT
### ISSUED BY KP

**SAR No:** 22539

**Project Number:** 201581

**Product Number:**

**Intro Year:** 2010

**Product Name:** NEW OPPORTUNITY-aka Fold & Go Baby Lounger-audited as 201578,chg to 201581 per L. Chapman 10-2008

**AgeGrade/Developmental Level:** B-6 mo or developmental

**Safety Audit Date:** 8/25/2008

## CONCLUSION:

☐ **ACCEPTABLE** w/ execution of action items.

☒ **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

Additional audit once concept further developed

☐ **UNACCEPTABLE** - the following aspect of the product must be changed:

## DESCRIPTION OF PRODUCT CONCEPT:

folding lounger to provide reclined sleeping for baby

## SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA):

TBD

## ACTION ITEMS:

1. Must meet applicable standards for bassinets & rockers
2. Must lock in open position.
3. Evaluate infant position --head and torso alignment.
4. Prevent entrapment between frame and soft goods.

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | X |
| Designer | Huntsberger, Kurt | | Charland, Paul | X |
| Marketing | Martens, Theresa | | Coughlin, Bob | |
| Mktg. | Fenn, Mike | | Pilarz, Kitty | X |
| PI Eng. | Steinwachs, Mike | X | Snyder, Tim | |
| Prod. Eng. | Pyrce, Phil | X | Strauss, Ronda | |
| Softgoods | Moulin, Margo | | Taft, Joel | |
| | | | Woodworth, Jack | |



**CONFIDENTIAL**

Mattel-COU0000576



PRODUCT INTEGRITY

# Fisher-Price
**Product Integrity**
**SAFETY AUDIT REPORT**
ISSUED BY **JW**

**SAR No:** 22601

**Project Number:** 201578

**Product Number:**

**Intro Year:** 2010

**Product Name:** NEW OPPORTUNITY-Baby Hammock

**AgeGrade/Developmental Level:**

**CONCLUSION:**

☐  **ACCEPTABLE** w/ execution of action items.

☐  **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

**Safety Audit Date:** 9/15/2008

**X** **UNACCEPTABLE** - the following aspect of the product must be changed:

child positioning

**DESCRIPTION OF PRODUCT CONCEPT:**

Baby hammock on tube frame

**SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)**

**ACTION ITEMS:**

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | X |
| Designer | Huntsberger, Kurt | X | Charland, Paul | X |
| Eng. Mgr. | DeRubes, John | X | Coughlin, Bob | |
| Marketing | Martens, Theresa | X | Miller, Jerry | X |
| PI Eng. | Steinwachs, Mike | X | Pilarz, Kitty | X |
| Prod. Eng. | Canna, John | X | Taft, Joel | X |
| Prod. Eng. | Pyrce, Phil | X | Woodworth, Jack | X |

**CONFIDENTIAL**

FPI_000577

Mattel-COU0000577



CONFIDENTIAL

FPI_000578

Mattel-COU0000578



**CONFIDENTIAL**

FPI_000579

**Mattel-COU0000579**

CONFIDENTIAL



CONFIDENTIAL

FPI_000581

Mattel-COU0000581

CONFIDENTIAL

FPI_000582

Mattel-COU0000582



**CONFIDENTIAL**

FPI_000583

Mattel-COU0000583



**PRODUCT INTEGRITY**

# Fisher-Price
## Product Integrity
### SAFETY AUDIT REPORT
**ISSUED BY KP**

SAR No: 22660

Project Number: 201581

Product Number:

Intro Year: 2010

Product Name: ROCKING HAMMOCK

AgeGrade/Developmental Level:

**CONCLUSION:**

Safety Audit Date: 10/6/2008

☐ **ACCEPTABLE w/ execution of action items.**

☐ **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

☒ **UNACCEPTABLE** - the following aspect of the product must be changed:

**DESCRIPTION OF PRODUCT CONCEPT:**

Infant folding hammock

**SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)**

TBD

**ACTION ITEMS:**

1. Must assure proper infant position.
2. Compare to existing bassinets, gliders.

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | |
| Designer | Huntsberger, Kurt | | Brown, Bryan | |
| Marketing | Martens, Theresa | | Charland, Paul | |
| PI Eng. | Steinwachs, Mike | X | Coughlin, Bob | X |
| Prod. Eng. | Szymanski, Matt | X | Pilarz, Kitty | X |
| Softgoods | Moulin, Margo | X | Strauss, Ronda | |
| | | | Taft, Joel | X |
| | | | Woodworth, Jack | |

**CONFIDENTIAL**



CONFIDENTIAL



CONFIDENTIAL



PRODUCT INTEGRITY

# Fisher-Price
## Product Integrity
## SAFETY AUDIT REPORT
### ISSUED BY KP

SAR No: 22709

Project Number: 201581

Product Number:

Intro Year: 2010

Product Name: HAMMOCK

AgeGrade/Developmental Level:
B+

Safety Audit Date: 11/3/2008

**CONCLUSION:**

[ ] **ACCEPTABLE** w/ execution of action items.

[X] **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:
Additional audit once action items addresed

[ ] **UNACCEPTABLE** - the following aspect of the product must be changed:

**DESCRIPTION OF PRODUCT CONCEPT:**

infant folding hammock

**SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)**
TBD

**ACTION ITEMS:**

1. Prevent head entrapment between frame and soft goods.
2. Prevent occupant from pushing out top of seat.
3. Prevent rigid portion from ending behind occupant's head.
4. PI to determine stability requirements.
5. Assure removable soft goods cannot be misassembled.

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| BG Mktg | Gebauer, Kayla | | Brown, Bryan | |
| Designer | Chapman, Linda | X | Brown, Bryan | X |
| Designer | Huntsberger, Kurt | | Charland, Paul | X |
| Marketing | Martens, Theresa | | Coughlin, Bob | X |
| PI Eng. | Steinwachs, Mike | X | Pilarz, Kitty | X |
| Prod. Eng. | Szymanski, Matt | X | Strauss, Ronda | |
| Sr R & D Assoc | Meiss, Nancy | | Taft, Joel | X |
| | | | Woodworth, Jack | X |

**CONFIDENTIAL**

FPI_000587

Mattel-COU0000587



CONFIDENTIAL



**CONFIDENTIAL**



**Fisher-Price**
Product Integrity
**SAFETY AUDIT REPORT**
**ISSUED BY KP**

**SAR No:** 22817

**Project Number:** 201581

**Product Number:** R6070

**Intro Year:** 2010

**Product Name:** HAMMOCK

**AgeGrade/Developmental Level:** B+

**Safety Audit Date:** 12/23/2008

**CONCLUSION:**

[X] **ACCEPTABLE** w/ execution of action items.

[ ] **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

[ ] **UNACCEPTABLE** - the following aspect of the product must be changed:

**DESCRIPTION OF PRODUCT CONCEPT:**

Infant folding hammock with attached toy

**SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)**
TBD

**ACTION ITEMS:**

Prevent infant from having access to hook portion of velcro.

| Distribution: | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | |
| Marketing | Martens, Theresa | | Charland, Paul | X |
| PDE | Taton, Justin | | Coughlin, Bob | |
| PI Eng. | Steinwachs, Mike | X | Pilarz, Kitty | X |
| Softgoods | Moulin, Margo | X | Strauss, Ronda | |
| | | | Taft, Joel | X |
| | | | Woodworth, Jack | |

**CONFIDENTIAL**



CONFIDENTIAL

FPI_000591

Mattel-COU0000591



PRODUCT INTEGRITY

# Fisher-Price
**Product Integrity**
## SAFETY AUDIT REPORT
### ISSUED BY KP

**SAR No:** 22873

**Project Number:** 201581

**Product Number:** R6070

**Intro Year:** 2010

**Product Name:** HAMMOCK-added features

**AgeGrade/Developmental Level:** B+

**Safety Audit Date:** 1/20/2009

## CONCLUSION:

☐ **ACCEPTABLE** w/ execution of action items.

☒ **CONDITIONALLY ACCEPTABLE** - follow-up Safety Audit meeting required after execution of following:

Additional audit once updated model available

☐ **UNACCEPTABLE -** the following aspect of the product must be changed:

## DESCRIPTION OF PRODUCT CONCEPT:

hammock with added toy, music unit, mobile attachment

## SPECIAL PACKAGING INFORMATION OR PRODUCT LABELING REQUIRED (LHAMA)
TBD

## ACTION ITEMS:

1. Music unit to be tested as a toy.
2. Must evaluate toy bar to determine if it could be used as a handle.
3. Prevent infant from having access to hook portion of velcro.
4. Prevent head entrapment between frame and soft goods.
5. PI to determine stability requirements-reference bouncer & infant to toddler rocker requirments.

Distribution:

| | | | Committee Members | (X) indicates presence at meeting |
|---|---|---|---|---|
| Designer | Chapman, Linda | X | Brown, Bryan | X |
| Eng. Mgr. | DeRubes, John | X | Charland, Paul | |
| Marketing | Martens, Theresa | X | Coughlin, Bob | |
| PDE | Taton, Justin | X | Pilarz, Kitty | X |
| PI Eng. | Steinwachs, Mike | X | Strauss, Ronda | |
| Softgoods | Moulin, Margo | X | Taft, Joel | X |
| | | | Woodworth, Jack | |

**CONFIDENTIAL**



**CONFIDENTIAL**



**CONFIDENTIAL**

FPI_000594

**Mattel-COU0000594**