# **EXHIBIT 12**



Deposition of:

# Gary Steven Deegear , Vol 2

*May 11, 2021*

In the Matter of:

# In Re: Fisher-Price/Mattel

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Case 2:19-cv-02689-GMS   Document 196-14   Filed 11/19/21   Page 3 of 5
Gary Steven Deegear , Vol 2                                May 11, 2021
In Re: Fisher-Price/Mattel

Page 158

```
 1        A.   No.
 2        Q.   Have you brought any lawsuits?
 3        A.   No.
 4        Q.   Have you had any legal, you know, issues
 5   come up in the last month and a half?
 6        A.   No.
 7        Q.   And are you still retired?
 8        A.   Yes.
 9        Q.   And in terms of income, is it again still
10   whatever attorneys are paying you in this case in
11   terms of income, plus Social Security?
12        A.   Yeah.  I didn't even know I was going to get
13   paid for my time for this, but, yeah --
14        Q.   Yes.
15        A.   -- Social Security retirement.
16        Q.   And, certainly, for the deposition, if you
17   send me your invoice, I'll make sure we split it up
18   and we'll make sure you get paid for your time.
19        A.   Thank you.
20        Q.   Yep.  Absolutely.  And I'll talk to
21   Mr. Payne about that, making sure he gets you paid
22   for his time from the first deposition.  I'll work
23   with him on that.  But you can send it directly to
24   me.
25        A.   Okay.
```

Case 2:19-cv-02689-GMS   Document 196-14   Filed 11/19/21   Page 4 of 5
Gary Steven Deegear , Vol 2                May 11, 2021
In Re: Fisher-Price/Mattel

Page 221

1    weight, not an actual baby.
2        A.  Right.
3        Q.  But that -- from a biomechanics standpoint,
4    that was sufficient for you, right?
5        A.  Yes.
6        Q.  And let's look at page -- I'm sorry.  The
7    next exhibit -- just getting us in the sequence
8    here.
9            And, again, if the angle turned out to
10   be 30 degrees, that was an angle that you would have
11   been comfortable with, correct?
12       A.  Yes.  Well, comfortable for the intended use
13   of the product.
14       Q.  Yeah.  Including what was described in the
15   materials that were sent to you, right?
16       A.  Yes.
17       Q.  And as we've said, the Baby Hammock as
18   described in 25 "Restraint system for sleep time,"
19   correct?
20       A.  Yes.
21       Q.  And you were comfortable with 30 degrees for
22   this purpose?
23       A.  Yes.
24       Q.  Let's look at -- let's see.  So then we have
25   the next exhibit, which is 27, and I'll mark that.

Case 2:19-cv-02689-GMS   Document 196-14   Filed 11/19/21   Page 5 of 5
Gary Steven Deegear , Vol 2                    May 11, 2021
In Re: Fisher-Price/Mattel

Page 263

1      A.   Right.
2      Q.   Did you have any kind of child custody
3  issues?
4      A.   No.
5      Q.   Okay.  Child support issues, anything like
6  that?
7      A.   No.
8      Q.   All right.  And then you started -- you had
9  some health issues?
10     A.   Yes.
11     Q.   You said -- was that when you had your
12 heart -- your afib issues?
13     A.   My heart and hip were the big ones.
14     Q.   Okay.
15     A.   Before that, it was a blood disease, yeah.
16     Q.   That you mentioned.
17          And when did the heart issue start, if
18 you know?
19     A.   It started probably 2019.
20     Q.   Okay.
21     A.   Sometime in there.  And then it really got
22 bad April to August of last year.
23     Q.   Did you have any -- before we get to that
24 point, do you have any other -- well, we talked last
25 time about the issue with the spa and that whole