# **EXHIBIT 16**

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

- - - -

KATHLEEN COURKAMP, FOR   :
HERSELF AND ON BEHALF OF  :
OTHER STATUTORY          :
BENEFICIARIES,           :
    Plaintiff,   :
            : CASE NO.
   -vs-      : 2:19-CV-02689-GMS
            :
FISHER-PRICE, INC., A    :
FOREIGN CORPORATION;     :
MATTEL, INC., A FOREIGN  :
CORPORATION              :
    Defendants.  :

- - -

Thursday, September 30, 2021

- - -

VIDEOTAPED deposition of MICHAEL
GOODSTEIN, M.D., held at the Hershey Hotel, 100
Hotel Road, Hershey, Pennsylvania, commencing at
9:28 a.m , on the above date, before Denise L.
Travis, RPR, Court Reporter and Notary Public in
the Commonwealth of Pennsylvania.

- - -

## Page 2

```
 1   APPEARANCES:
 2      GOLDBERG & OSBORNE
        BY: JOHN E. OSBORNE, ESQUIRE
 3      698 East Wetmore Road
        Suite 200
 4      Tuscon, AZ  85705
        (520) 620-3980
 5      josborne@goldbergandosborne.com
        Representing the Plaintiff
 6
 7      GREENBERG TRAURIG, LLP
        BY: LORI COHEN, ESQUIRE
        ALLISON NG, ESQUIRE
 8      Terminus 200
        3333 Piedmont Road NE, Suite 2500
 9      Atlanta, GA  30305
        (678) 553-2100
10      cohenl@gtlaw.com
        Representing the Defendants
11
12
13
14   ALSO PRESENT:
        Robert Irvin, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1               I N D E X
 2   WITNESS:  MICHAEL GOODSTEIN, M D       PAGE
 3     EXAMINATION
       By Ms  Cohen              7
 4     By Mr  Osborne            244
       By Ms  Cohen             265
 5     By Mr  Osborne            274
       By Ms  Cohen             277
 6
 7            E X H I B I T S
 8   EXHIBIT      DESCRIPTION        PAGE

     Exhibit 1    *Dr  Goodstein's orange folder
 9                containing his composite file    10
10   Exhibit 2    Original Report, 4/1/21      11
11   Exhibit 2A   Original Report, 4/1/21 with
                  Attachments            125
12
     Exhibit 3    Rebuttal Report, 7/16/21    15
13   Exhibit 3A   Rebuttal Report, 7/16/21 with
14                Attachments            126
15   Exhibit 4    Article, "While They Were
                  Sleeping," 12/30/19       23
16
     Exhibit 5    SIDS Task Force 2005 Policy
17                Statement            25
18   Exhibit 6    SIDS Task Force 2011 Policy    25
                  Statement
19
     Exhibit 7    SIDS Task Force 2016 Policy
20                Statement            26
21   Exhibit 8    Article by Goldstein, et al   26
22   Exhibit 9    Article, "Half Century Since SIDS:
                  A Reappraisal of Terminology"  28
23
24   *(Only a copy of the cover of the folder is
     attached as Exhibit 1  The contents of the folder
25   are marked individually as Exhibits 2 through 15 )
```

## Page 4

```
 1           E X H I B I T S (Cont'd)
 2   EXHIBIT      DESCRIPTION        PAGE
 3   Exhibit 10   Journal of Biomechanics Junsig
                  Wang article        30
 4
     Exhibit 11   Kinney and Thach Article, "The
 5                Sudden Infant Death Syndrome "  33
 6   Exhibit 12   Page from the book Investigation
                  of Sudden Infant Death Syndrome  34
 7
     Exhibit 13   Section from Investigation of
 8                Sudden Infant Death Syndrome   39
 9   Exhibit 14   Article from Children's Safety
                  Network, "Sudden Unexpected Infant
10                Deaths in the United States,"    49
11   Exhibit 15   Quote from 2011 SIDS Task Force
                  Recommendations         58
12
     Exhibit 16   Seventeenth Supplement to
13                Plaintiff's Mandatory Initial
                  Discovery Responses and
14                Plaintiff's Initial Disclosure
                  Statement            70
15
     Exhibit 17   Amended Notice of Videotaped
16                Deposition of Michael Goodstein,
                  M D               72
17
     Exhibit 18   Curriculum Vitae        73
18
     Exhibit 19   List of Materials Reviewed   86
19
     Exhibit 20   Invoice             116
20
     Exhibit 21   Invoice             116
21
     Exhibit 22   Article, "A Parent's Guide to a
22                Safe Sleep Environment,"    161
23   Exhibit 23   Color Copy of Photograph of
                  Warning Label         165
24
25
```

Page 5

E X H I B I T S (Cont'd)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 24 | Tempe Police Department Records | 178 |
| Exhibit 25 | Maricopa County Medical Examiner's Records | 178 |
| Exhibit 26 | Banner Thunderbird Medical Records | 185 |
| Exhibit 27 | Erich Batra, et al., Journal of Pediatrics Article | 192 |
| Exhibit 28 | 2011 Technical Report | 204 |
| Exhibit 29 | 2016 Technical Report | 204 |
| Exhibit 30 | Policy Statement titled, "Expert Witness Participation in Civil and Criminal Proceedings" | 220 |
| Exhibit 31 | Thomas Bajanowski, et al., Article | 241 |

REQUESTS FOR INFORMATION OR DOCUMENTS:
PAGES: 74

Page 6

1  THE VIDEOGRAPHER:  Good morning.  We
2  are going on the record at 9:28 a.m. on September
3  30th, 2021.  This is the video recorded deposition of
4  Dr. Michael Goldstein --
5  THE WITNESS:  Goodstein.  No.
6  Goodstein.
7  THE VIDEOGRAPHER:  -- excuse me --
8  Dr. Michael Goodstein taken by counsel for the
9  defendant in the matter of Kathleen Courkamp, et al.
10  V. Fisher-Price, Incorporated, et al., in the United
11  States District Court for the District of Arizona,
12  Case No. 2:19-CV-02689-GMS.  This deposition is being
13  held at The Hotel Hershey located at 100 Hotel Road,
14  Hershey, Pennsylvania.
15  My name is Robert Irvin with the
16  firm of Veritext Legal Solutions, and I am the
17  videographer.  The court reporter is Denise Travis
18  also from the firm of Veritext Legal Solutions.
19  Counsel and all present in the room
20  and everyone attending remotely will now state their
21  appearances and affiliations for the record.
22  MR. OSBORNE:  This is John Osborne
23  on behalf of Katie Courkamp and Andrew Olson.
24  MS. COHEN:  And this is Lori Cohen
25  on behalf of the defendants in this case.

Page 7

1  MS. NG:  Allison Ng on behalf of the
2  defendants.
3  THE VIDEOGRAPHER:  Would the court
4  reporter please swear in the witness?
5  ---
6  MICHAEL GOODSTEIN, M.D., having
7  been duly sworn, was examined and testified as
8  follows:
9  ---
10  EXAMINATION
11  BY MS. COHEN:
12  Q.  Good morning, Dr. Goodstein.  How are you?
13  A.  Good morning.  What's the proper way to
14  address you?
15  Q.  Lori or Ms. Cohen, either way is fine.
16  A.  Okay.  Thank you.
17  Q.  You will not offend me at all.
18  A.  Okay.  I certainly hope not.
19  Q.  Thank you for being here.  And thank you for
20  coming all this way, you know, because we wanted to do
21  your deposition in person.  We're here in Hershey,
22  Pennsylvania, which I know was a little bit of a drive
23  for you.  So we appreciate you coming here.
24  A.  No worries.  Thank you so much for moving it
25  from Philadelphia.  That was a little bit of a

Page 8

1  stretch.
2  Q.  So have you given a deposition before?
3  A.  I've not given expert testimony for a
4  deposition.  I did do one deposition where I was not
5  being sued, but my hospital was.  And so I did do a
6  one piece deposition for that.
7  Q.  That was, like, as a treating physician, as a
8  fact witness in the --
9  A.  Yes.
10  Q.  -- hospital?
11  Okay.  Just for our court reporter,
12  because the one thing we have going on today is we do
13  have masks, all of us.  I know I'm going to try and be
14  mindful and helpful to our court reporter.  So one
15  thing to keep in mind is -- is I should finish my
16  question before you start talking and vice versa.  It
17  will be a little bit more challenging today.  But if I
18  say something like, you know, let me finish, I don't
19  mean for rude to you at all.  It's really so I don't
20  get something thrown at me by the court reporter --
21  A.  Okay.
22  Q.  -- because she wants to get a good transcript
23  down.  And I know you've given one other test --
24  tran -- deposition as you just said.  So hopefully,
25  today will not be much different from that.  I'm just

## Page 9

1  going to ask a series of questions. Obviously, I'll
2  wait for you to answer. I'll try not to interrupt
3  you.
4          If you have any questions of me, if
5  I don't give you something or you want to see
6  something or you want me to slow down, just let me
7  know and I'll be glad to accommodate you.
8  A.    Um-hum.
9  Q.    If you want to take a break at all, you know,
10  if you are getting tired or you just need to stretch
11  your legs, please let me know and I'll be happy to
12  accommodate you with that, too?
13  A.    Great. Thank you.
14  Q.    It's definitely not meant to be a marathon.
15  So just --
16  A.    Okay.
17  Q.    -- let me know if your needs are not being
18  met or if you, you know, need anything from my end.
19  All right?
20  A.    Thank you.
21  Q.    Yeah.
22          MS. COHEN: And just to start off,
23  the deposition will be taken pursuant to the
24  protective order in the case, in case I didn't say
25  that already, and also pursuant to notice and all

## Page 10

1  formalities waived except those as to form of the
2  question and responsiveness of answer.
3          And I understand that you are
4  reserving -- you are waiting until the end of the
5  deposition to decide whether you'll reserve his
6  signature.
7          MR. OSBORNE: Correct.
8          MS. COHEN: Okay. Good.
9          MR. OSBORNE: All objections
10  according to the rules is what I'm understanding.
11          MS. COHEN: Yes.
12          (Exhibit 1, Dr. Goodstein's orange
13  folder containing his composite file, marked for
14  identification.)
15  BY MS. COHEN:
16  Q.    I'm going to go ahead and mark your bright
17  orange folder that you have so kindly brought with you
18  today and put a one on it on the top of it. And
19  again, inside of it -- I guess we'll get the whole
20  thing marked as a composite Exhibit 1. And we'll get
21  it copied here, and you can take ownership. Whatever
22  you're comfortable with is fine with me.
23          MR. OSBORNE: Um-hum. Thank you.
24          MS. COHEN: Yep.
25  BY MS. COHEN:

## Page 11

1  Q.    Let me just go through what you've brought in
2  here. First of all, you brought -- starting from the
3  back, I think you brought your report. Is that right?
4  A.    Yes. Would it be helpful to tell you what's
5  in this?
6  Q.    Yes. I just want to maybe go through -- I
7  see you have your report.
8  A.    I have my original report and the rebuttal
9  report --
10  Q.    Okay.
11  A.    -- as well.
12  Q.    Let me just go through so I can get
13  organized. And we'll mark the original report in a
14  few moments separately. But your original report will
15  be Exhibit 2 in there. Do you want me to mark on this
16  copy? Is that all right?
17  A.    That's fine. Yep.
18          (Exhibit 2, Original Report, 4/1/21,
19  marked for identification.)
20  Q.    Okay. So your original report, just as we go
21  through it, was dated April 16th, 2021. Does that
22  make -- is that what you recall?
23  A.    I'll take your word for you it on the -- on
24  the date.
25  Q.    Let's check and make sure. And I'll let you

## Page 12

1  look at it as well. Oh, I'm sorry. April 1st, 2021.
2  Okay. You see, I already made my first mistake.
3          And this, you understand, is your --
4  what we call your official Rule 26 expert report in
5  this litigation?
6  A.    Okay.
7  Q.    Is that -- do you understand that this is
8  what this is?
9  A.    Um-hum. Yes.
10  Q.    And this was the original report. Is that
11  your signature on there?
12  A.    Yes, it is.
13  Q.    And that was the date you signed it?
14  A.    Yes, it is.
15  Q.    Okay. We'll obviously come back to that.
16          Was this the first time you've ever
17  done an expert witness report?
18  A.    I've done one other report; but that -- I was
19  not asked to do a deposition or testify.
20  Q.    In that case where you did the other report,
21  was that for Mr. Osborne and his firm or a
22  different --
23  A.    No, it was a different firm.
24  Q.    And did that relate at all to the Rock n'
25  Play Sleeper device that's at issue in this case?

Page 13

1    A.    No, it did not.  It had to do with
2    SleepSacks, HALO SleepSacks.
3    Q.    SleepSacks?
4    A.    Yeah.  Basically, it's a wearable blanket.
5    Q.    Okay.  So was -- was it another alleged
6    products liability situation?
7    A.    Yes, it was.  Yes.  There was a death of an
8    infant who was wearing one of those wearable blankets,
9    and the company was accused of having an unsafe
10   product.  And I was asked to talk about what the AAP
11   recommendations were regarding that -- that product.
12   Q.    And what was the time frame when you did that
13   report?
14   A.    I'd have to go and look through my records to
15   tell you exactly when that is.  It was a few years --
16   it was within the five-year period, I believe, that
17   you asked for information in terms of litigation.
18   Q.    Okay.  You're saying it was within or
19   without?
20   A.    It was within the five years, I believe.
21   Q.    Did you notice -- did you list that one?
22   A.    Um-hum.  Yes.  Yes, ma'am.
23   Q.    Okay.  Can you show me -- I'm sorry.  Was
24   that listed in the report?
25   A.    No.  I was asked separately from Attorney

Page 14

1    Osborne's staff to give all of that information.  And
2    I did do that.
3    Q.    Okay.
4    A.    It was probably by e-mail to them.
5    Q.    Got it.  And so that one was a report that
6    did not go to deposition or any further?
7    A.    For me, no.  I don't know what happened with
8    that case, if it went to trial or what happened beyond
9    my giving them the report.
10   Q.    So given that you've had that other
11   situation --
12         MR. OSBORNE:  I'm sorry.  I don't
13   know how --
14         MS. COHEN:  It's okay, John.
15         MR. OSBORNE:  -- to turn that off.
16         MS. COHEN:  Do you want me to stop?
17         MR. OSBORNE:  No.
18         MS. COHEN:  It's okay?
19   BY MS. COHEN:
20   Q.    But given that you've done that one other
21   report, you understand the importance of -- of the
22   expert report, in other words, that it contains your
23   true and accurate opinions?
24   A.    Yes, ma'am.
25   Q.    And when you signed off on it on April 1st,

Page 15

1    2021, you understood that this was expressing your
2    full opinions in this case at that time?
3    A.    At that time.
4    Q.    Okay.
5    A.    Obviously, new information continues to come
6    out.  We do not have a complete understanding of these
7    sleep-related deaths.  So that's why one of the first
8    things in my folder was an article that just came to
9    press this past week.
10   Q.    Understood.  But in terms of the scope of
11   your opinions and -- and, again, what you're covering
12   in the case, this was meant to be the -- again, the
13   full scope of your opinions, the areas you're covering
14   and addressing?
15   A.    Yes, as I was asked to.
16   Q.    Okay.  And then I'm going from the backwards,
17   because I know there's the rebuttal here.
18         (Exhibit 3, Rebuttal Report,
19   7/16/21, marked for identification.)
20   Q.    I'm going to mark as Exhibit 3, this is your
21   rebuttal report on July 16th, 2021?
22   A.    Yes.
23   Q.    Okay.  And that's the next item in here.
24         Now, this one has at the top
25   WellSpan Neonatology.  And the first one, your

Page 16

1    original report has no sort of header.  Is there any
2    reason for that?
3    A.    No.  I -- I believe that Attorney Osborne
4    asked me to put a formal -- as part of the rebuttal to
5    put it in a letter format.  So I just did that with
6    what's used at my hospital where I work.
7    Q.    Okay.  And I'm not intending to be super
8    suspicious.  I just was wondering if there's anything
9    new that happened about your employment that changed
10   between there?
11   A.    No.  I've been in the same place for 28
12   years.
13   Q.    Okay.  And again, in terms of your rebuttal
14   report, which we'll come back to and has been produced
15   to us, that, again, was your true and correct and full
16   opinions as of the time you signed it on July 16th,
17   2021?
18   A.    As of the time.
19   Q.    Okay.  And you weren't trying to expand the
20   scope of what you were looking at in the case.  You
21   were just trying to, I guess, as it said, rebut
22   other experts?
23   A.    That is correct.  I was asked by the
24   attorneys to look at the other reports that were given
25   and to rebut comments that -- that I might have felt

Page 17

1    were not fully accurate or were misleading.  And so I
2    responded to them accordingly.
3        Q.    I take it in terms of your rebuttal
4    opinions -- and you list here -- we'll go through
5    this.  You were trying to stick to the doctors to
6    rebut who were within your specialty, is that -- or
7    within the field of your specialty?
8        A.    Um --
9        Q.    Let me ask that a better way.
10       A.    Yeah.
11       Q.    So again, you're a neona -- neonatologist.
12   Correct?
13       A.    Yes.
14       Q.    The opinions you're expressing in this case
15   are related to neonatology?
16       A.    I wouldn't say just neonatology, no.  I'm an
17   expert in SIDS and infant sleep safety.  So that's a
18   rather broad range.
19            Now, granted, I'm not a pathologist.
20   I'm not a physiologist.  However, because of the broad
21   range of scope, I do have knowledge in these areas.
22   So I can discuss them to some extent.
23       Q.    You hold yourself out -- what do you hold
24   yourself out to the world in terms of your specialty?
25   You hold yourself out as a neonatologist in terms of

Page 18

1    your certification and training.  Is that correct?
2        A.    Yeah.  That's my employment and my
3    certification.
4        Q.    And then you say you also have expertise in
5    SIDS.  Correct?
6        A.    Correct.
7        Q.    That's -- that's encompassed within
8    neonatology.  Correct?
9        A.    I don't think that's totally accurate, no.
10   SIDS is -- encompasses a very wide range of fields
11   from, you know, areas of safety, biomechanics,
12   pathology.  And there's education pieces.  There's
13   social components to this.  Media is involved with it.
14   It is a broad encompassing area.
15            If you look at the NIH report back
16   in the 1970s when they first put the SIDS Act, I
17   believe, of 1974 in place, it asked for researchers
18   from all over the world to submit studies.  And they
19   broke it down into eight different areas of research
20   that they were interested in following.
21            Back -- back in the time, we really
22   knew nothing about SIDS.  It was really a black box
23   that struck fear in the heart of every parent.  And in
24   the reports as they were moving forward with this law,
25   one that always struck me was that they said we -- the

Page 19

1    number of people dying from SIDS -- the number of
2    babies dying from SIDS was on par with the number of
3    people dying from lung cancer.  And there was a huge,
4    massive volume of literature on lung cancers and yet
5    almost nothing on SIDS.  And that needed to -- to
6    change.  So it's a very wide ranging field.
7        Q.    I don't mean to interrupt you.  My question
8    was basically neonatologists -- it's not unusual for a
9    neonatologist to look at SIDS?
10       A.    That is correct.
11       Q.    Okay.  That's what --
12       A.    I'm sorry.
13       Q.    No.  No.  No apologies needed.  I know you
14   want to explain, and I'm going to let you explain.
15   But my question was more, you know, SIDS is something
16   that neonatologists look at.
17       A.    They do.  But being a neonatologist doesn't
18   make you an expert in SIDS, far from it.
19       Q.    Right.  Okay.  And in terms of infancy -- you
20   name neonatology, SIDS, and infant sleep safety as
21   your three areas of expertise.  Is that correct?
22            MR. OSBORNE:  Form.
23            Go ahead.
24            THE WITNESS:  Those are my areas of
25   expertise.  I have other areas of expertise as well,

Page 20

1    but they're not relevant in this case.
2    BY MS. COHEN:
3        Q.    Okay.  We'll look at your CV.  But when
4    you -- when you go to a community or go to talk about
5    your expertise and your certification and what your
6    specialty is, what you say is, I'm a neonatologist.
7    Correct?
8        A.    I don't think that's a yes or no answer.  I
9    don't -- I don't introduce -- I do say that I am a
10   neonatologist, but frequently what I'm there to speak
11   about is sleep -- sleep-related deaths, SIDS, SUID.  I
12   do a lot of education and lecturing on this -- this
13   topic.  But there is no special -- there's no
14   SIDSology.
15       Q.    Yeah.
16       A.    There's not a specific --
17       Q.    When I look you up on-line and go to the
18   website of the hospital, you're listed as a
19   neonatologist?
20       A.    Of course.  Yes.
21       Q.    You're certified as a neonatologist?
22       A.    Yes, I am.
23       Q.    Okay.  And as you said already, you're not a
24   pathologist.  Correct?
25       A.    That is correct.

Page 21

1    Q.    And you're not an expert pathologist.
2    Correct?
3    A.    That is correct.
4    Q.    You're not an engineering. Correct?
5    A.    Yes. Correct.
6    Q.    You're not an epidemiologist. Correct?
7    A.    Correct.
8    Q.    You're not a statistician. Correct?
9    A.    Correct.
10   Q.    And you're not an expert in any of those
11   areas. Correct?
12   A.    I have expertise related to SIDS in some of
13   those areas.
14   Q.    But you're not -- you don't hold yourself out
15   as an expert in epidemiology, do you?
16   A.    No.
17             MR. OSBORNE: Form.
18   BY MS. COHEN:
19   Q.    You don't hold yourself out as an expert
20   biostatistician -- biostatistics. Correct?
21             MR. OSBORNE: Form.
22             THE WITNESS: Correct.
23   BY MS. COHEN:
24   Q.    And you don't hold yourself out as an expert
25   of engineering of any kind. Correct?

Page 22

1    A.    Correct.
2    Q.    Okay.
3    A.    You don't want me -- I'm a dangerous person
4    with a hammer.
5    Q.    I'm probably worse. Let's agree on that one.
6             Okay. So in terms of your rebuttal
7    report again what I was trying to get at is you're not
8    rebutting every expert in the case, you're trying to
9    rebut the experts who you thought were giving opinions
10   that covered areas you were addressing, I guess, is
11   what I'm trying --
12   A.    That --
13   Q.    -- to say.
14   A.    -- would be fair.
15   Q.    Okay.
16   A.    I don't know if I over -- overstepped on some
17   things.
18             MR. OSBORNE: There's not an
19   overstepping, Doctor.
20             MS. COHEN: All good.
21   BY MS. COHEN:
22   Q.    And then so those were the two things that we
23   started with in your orange folder here that we marked
24   as Exhibit 1.
25   A.    Yeah.

Page 23

1    Q.    And then let's talk about what you have here.
2    So this is a -- we marked this as the next exhibit,
3    which is a --
4    A.    It's the article from Consumer Reports giving
5    the historical review of the Rock 'n Play and other
6    litigations and such.
7             (Exhibit 4, Article, "While They
8    Were Sleeping," 12/30/19, marked for identification.)
9    Q.    I'm going to mark it as Exhibit 4. And
10   you're saying this is just an article that you had on
11   your list and relied upon?
12   A.    Um-hum. Yes.
13   Q.    Okay.
14             MR. OSBORNE: That is the Consumer
15   Reports?
16             THE WITNESS: Yes.
17             MR. OSBORNE: All right. Thank you.
18             MS. COHEN: It's called, "While They
19   Were Sleeping," December 30th, 2019.
20   BY MS. COHEN:
21   Q.    So this wasn't anything new that you hadn't
22   seen before?
23   A.    Correct.
24   Q.    You just pulled it for purposes of today's
25   deposition --

Page 24

1    A.    Correct.
2    Q.    -- so you would have it handy?
3    A.    Yes.
4    Q.    Okay. And it's something that you cited to
5    in your report?
6    A.    Yes. I believe so. I would have to -- I
7    would have to look specifically; but I do believe it's
8    amongst my references. But I would have to
9    double-check.
10   Q.    We'll get to -- did you see the Notice of
11   Deposition that we served in this case for your
12   deposition that asked for you to bring certain things
13   today?
14   A.    I was given an e-mail that had the request
15   for deposition, yes.
16   Q.    Okay.
17             MR. OSBORNE: And -- and just for
18   the record, he provided us his file; and we reviewed
19   and provided it as you're entitled to under the rules.
20   BY MS. COHEN:
21   Q.    Was this provided to us before today, the
22   folder?
23   A.    The folder?
24   Q.    Yeah, and the things in it.
25   A.    The folder is a smaller part of a large

Page 25

1    collection of information that I have.
2    Q.    Okay. I'm just trying to get an
3    understanding whether this is new or we already had
4    this.
5    A.    No, there's -- there's nothing new. This is
6    all just supporting articles that are all mentioned in
7    one way or another in the report.
8              The rest of those things are the
9    SIDS Task Force reports, the policy statements from
10   2005, '11, and '16.
11   Q.    And we'll get to that.
12            (Exhibit 5, SIDS Task Force 2005
13   Policy Statement, marked for identification.)
14   Q.    So Exhibit 5, tell us what this is just so I
15   can a --
16   A.    That is a policy statement from 2005 --
17   Q.    Okay.
18   A.    -- on SIDS.
19            MS. COHEN:  That's five.
20            MR. OSBORNE:  That's Exhibit 5?
21            MS. COHEN:  Yes.
22            (Exhibit 6, SIDS Task Force 2011
23   Policy Statement, marked for identification.)
24   BY MS. COHEN:
25   Q.    Exhibit 6 I'm going to mark within the folder

Page 26

1    is -- is this the 2011 AAP --
2    A.    Policy statement.
3    Q.    -- policy statement?
4    A.    -- on SIDS.  Correct.
5    Q.    And do you have the technical report in here
6    as well?
7    A.    I did not.  It's very long.  So I did not
8    pull that.
9    Q.    Okay.
10   A.    But that's also part of my file of work.
11            (Exhibit 7, SIDS Task Force 2016
12   Policy Statement, marked for identification.)
13   Q.    And then you have the 2016 policy statement,
14   which I'll mark as Exhibit 7, you had in here.
15   Correct?
16   A.    Yes.
17   Q.    You do not have the technical report in here?
18   A.    I did not bring it along, again, because of
19   the significant length of the report.
20   Q.    Not to worry.  We have it here --
21   A.    I'm sure you do.
22   Q.    -- in our various boxes.
23            (Exhibit 8, Article by Goldstein, et
24   al., marked for identification.)
25   Q.    Eight you have as the -- okay.  Tell me what

Page 27

1    eight is, please.
2    A.    Certainly.
3    Q.    Um-hum.
4    A.    This is a more recent article by Goldstein,
5    et al., that is from the Harvard Radcliffe
6    International Congress on Unexplained Deaths that just
7    reviewed terminology and suggested changes to make
8    things more consistent.
9    Q.    Okay.  Thank you.  And so we have -- that I'm
10   marking as Exhibit 8.  So that's not Goodstein and not
11   Goldsmith, but Goldstein?
12   A.    Correct.  Not that it's confusing to anybody.
13   Q.    And this is -- Rachel Moon is one of the
14   authors of this?
15   A.    That is correct.
16   Q.    And is she on your task force?
17   A.    She is the head of the task -- she's the
18   chair of the task force.
19   Q.    How long has she been the head of the task
20   force?
21   A.    I don't know the exact date, but it would be
22   somewhere around 2010 or so.  Before that, she had
23   been a member when Dr. Kattwinkel was the chair of the
24   task force.  That goes back to 2005.  I don't know how
25   long he was chair, but he had been involved with that

Page 28

1    work for a long time.
2    Q.    Kattwinkel?
3    A.    Um-hum.  John Kattwinkel, Dr. Kattwinkel.
4            (Exhibit 9, Article, "Half Century
5    Since SIDS:  A Reappraisal of Terminology," marked for
6    identification.)
7    Q.    Exhibit 9 is the AAP -- it's a clinical
8    report, half century since SIDS, a reappraisal of
9    terminology?
10   A.    Yes.  That's the article that's brand new
11   that just came out this past week.  My friend, Carrie
12   Shapiro-Mendoza from the CDC, is the prime author; but
13   the task force is part of the authorship of this
14   article.
15   Q.    And Dr. Mendoz -- Shapiro-Mendoza is in
16   Atlanta at the CDC?
17   A.    That is correct.
18   Q.    My hometown.
19   A.    It's a great place.
20   Q.    Anything new come out in this that -- of
21   course, I haven't read it.  I'll read it today during
22   the break.
23            MR. OSBORNE:  Form.  Go ahead.
24   BY MS. COHEN:
25   Q.    Anything that -- that was different in here,

Page 29

1 that struck you as different?
2        MR. OSBORNE: Form.
3        Go ahead.
4        THE WITNESS: It -- I think it
5 updates and enhances the -- the report from Gold --
6 Goldstein. It is a bit of a review article; but it's
7 also looking at where we're moving towards the future
8 in terms of terminology and...
9        COURT REPORTER: I'm sorry. You're
10 turning away and --
11        THE WITNESS: I'm sorry.
12        COURT REPORTER: All right. I need
13 you to start from "we're moving towards the future in
14 terms of terminology and."
15        THE WITNESS: And also looking at
16 the historic past, but it's focusing on where things
17 are moving in the future with -- with terminology.
18        COURT REPORTER: Thank you.
19        THE WITNESS: I'm sorry. Should I
20 be looking towards you?
21        COURT REPORTER: At the camera, but
22 keep your voice up.
23        THE WITNESS: All right. Sometimes
24 I speak softly. If I am, just ask me to speak up. I
25 apologize.

Page 30

1        (Exhibit 10, Journal of Biomechanics
2 Junsig Wang article, marked for identification.)
3 BY MS. COHEN:
4 Q.    Exhibit 10 from the Journal of Biomechanics
5 is another article, the Junsig Wang article. Is that
6 correct?
7 A.    That is correct.
8 Q.    Did you -- did you -- had you read that
9 before this week?
10 A.    I have had the abstract, and I have the
11 information behind it. But I didn't have the full
12 article, because I did not have access to it. So I
13 did seek that out.
14 Q.    Okay. And did you cite to this in your
15 report?
16 A.    Yes. Mostly from the summary of it, but not
17 all of the details. I wanted to look at it closer for
18 some of the details.
19 Q.    So you cited to this, but you only had the
20 abstract?
21 A.    I had the abstract plus the interpretation
22 of -- of that from other sources.
23 Q.    What does that mean, from what other sources?
24 A.    From the -- from the Consumer Product Safety
25 Commission and -- I believe -- I'm not sure if the AAP

Page 31

1 or CDC also made commentary about it.
2 Q.    Are you referring to the Mannen study?
3 A.    Yes.
4 Q.    The one that was published or the initial one
5 that was then changed and published?
6        MR. OSBORNE: Form.
7        THE WITNESS: I don't understand
8 what -- what you're suggesting; but this is the
9 article that I know that was published.
10 BY MS. COHEN:
11 Q.    But you know that the original one was not
12 published. The original Mannen study was changed
13 before it was published. Do you know that?
14        MR. OSBORNE: Foundation.
15        THE WITNESS: I -- I did not. I'm
16 not sure.
17 BY MS. COHEN:
18 Q.    Okay.
19 A.    Quite honestly, many articles go through an
20 editorial process before publication and get modified.
21 So I don't see anything unusual in that.
22 Q.    Did my question say anything about unusual?
23        MR. OSBORNE: Form.
24        THE WITNESS: Sorry.
25 BY MS. COHEN:

Page 32

1 Q.    I'm just saying.
2 A.    Well, the -- the question struck me a little
3 unusual. I'm sorry.
4 Q.    It's okay. You definitely don't have to
5 apologize; but I'm just making clear I did not -- did
6 not say it was unusual.
7        But Exhibit 10, I'm asking -- you're
8 saying that prior to this week, you had read the
9 abstract only?
10        MR. OSBORNE: Form.
11        THE WITNESS: No, that's not what
12 I'm saying. I read the abstract; and I also read
13 other people's interpretation of the -- of the data.
14 BY MS. COHEN:
15 Q.    Okay. We'll look at that in your report.
16 But in terms of this one, when did you pull this one?
17 A.    This week.
18 Q.    Okay. And when is the first time you read
19 it?
20 A.    This week.
21 Q.    Do you know which day? I mean, today is
22 what, Thursday? Was it yesterday?
23 A.    I don't know.
24 Q.    Was there anything that you read for the
25 first time yesterday that you had never read before in

this case?
A. Before yesterday?
Q. Yeah.
A. No. No.
Q. Any new materials received this week that you hadn't seen before?
A. No.
Q. And then we have -- let me see.
(Exhibit 11, Kinney and Thach Article, "The Sudden Infant Death Syndrome," marked for identification.)
Q. Eleven is the Kinney and Thach, "The Sudden Infant Death Syndrome." I'm marking it as 11. Is that something that you pulled this week?
A. Yes.
Q. And had you seen this before this week?
A. Yes. I've referred to that many times over the years.
MR. OSBORNE: What's the year of it?
THE WITNESS: 2006, I believe.
MS. COHEN: 2009, August 20th, 2009.
BY MS. COHEN:
Q. Thach is somebody who has published on Sudden -- on SIDS previously?
A. Yes. He is very well known in the SIDS

literature and is considered an expert, yes.
Q. He's a pathologist. Correct?
A. I don't know all of his titles.
Q. Okay. Is he in the pathology department at Harvard?
A. He's retired now; but if that's what the article says at the time, then, yes.
Q. Okay. And then -- that's 11. I want to make sure I don't mess this up at all. These are some printouts of yours. Are they separate from --
A. No. They're different citings from the same book on investigation of SIDS.
Q. Okay. And I don't want to put anything on top of the writing.
(Exhibit 12, Page from the book Investigation of Sudden Infant Death Syndrome, marked for identification.)
Q. So Exhibit 12, can you tell me what that is?
A. It is a page from the book that I just referred to.
Q. Which book? What's the name of it?
A. I believe the official title, Investiga -- Investigate -- Investigation of SIDS; but I could -- I'd have to look to give you the official title. It's Marta Cohen, Fern Hauck, and a couple other people are

the editors of the book.
Q. Is that a book that you have at your office?
A. Yes, it is.
Q. And you copied it for purposes of today to put in the folder?
A. Yes, I did.
Q. Okay. And this has a reference to the brain -- I'm trying to understand the section that you copied was Section 5, "Autopsy Findings," Brainstem. And is the red marking here yours?
A. Um-hum. Yes, it is.
Q. And the part you marked says, "Chapter 31. These observations have been made in the research setting and cannot be reproduced in routine diagnostic study. However, it's important to establish that the anatomy is normal and look for evidence of acquired damage which may compromise brainstem function."
So you were focusing on the brainstem section?
A. Yes.
Q. And why was that?
A. Because of the deposition I had read and the materials I had read from the report from Dr. Fuller. And I did not know what you were going to ask me about. Obviously, this -- again, I'm not a

pathologist. So it's not my area. But having not done this before, I just wanted to be prepared if you were to ask me something about that.
Q. About the brainstem?
A. About the brainstem, because I know -- I know that, you know, Dr. Fuller made some comments in her surrebuttal to me that there are tests that can be done to evaluate the brainstem in terms of trying to make a decision as to whether or not it's a true SIDS case. And I know from talking with -- with people that -- that I know who are experts in this area that -- that the -- a lot of findings that you're looking for to be definitive as having a brainstem abnormality that you would say makes it more likely that it was SIDS are only done in specific research labs and that many of these findings are nonspecific otherwise. So I just wanted to be able to address that accurately if you were to ask about it.
Q. Okay. So No. 1, you've already said a couple times you're not a pathologist. Correct?
A. Correct.
Q. And this is not your area of specialty. Correct?
A. Correct.
Q. You're certainly not a neuropathologist.

Page 37

1    Correct?
2    A.    Correct.
3    Q.    You know that Dr. Fuller is actually not just
4    a pathologist, but a neuropathologist.  Correct?
5    A.    Yes.
6    Q.    Now, did you look at her deposition as well
7    as her two reports? because I think you reference her
8    deposition.  So I want to make sure I understand.
9    A.    I can't recall how much of what I read
10   through.  I mean, there's hours and hours and hours of
11   information.  So I cannot -- I can't say with
12   certainty whether it was just her report or
13   deposition.  It was probably more reports than
14   deposition.
15   Q.    I don't want to confuse this.  I want to get
16   through this folder first.  And I'll come back to what
17   you have reviewed and haven't to keep us straight.
18   This is just you pulling out a section of your
19   textbook on the brainstem to be ready in case a
20   question was posed to you about the brainstem?
21   A.    Correct.
22   Q.    Because you didn't feel comfort that that was
23   an area that was within your normal parlance.
24   Correct?
25         MR. OSBORNE:  Form.

Page 38

1         THE WITNESS:  No.  I just wanted to
2    be accurate.
3    BY MS. COHEN:
4    Q.    Okay.  And this says refer to Chapter 31,
5    but you didn't bring Chapter 31 with you.  Correct?
6    A.    No, I did not.
7    Q.    And Plaintiffs' expert witness, who is a
8    pathologist, is Dr. Christensen.  Are you familiar
9    with Dr. Christiansen?
10   A.    I don't know him personally.  I've never
11   worked with him directly.  I've not met him, but I
12   know his name from this case.
13   Q.    The same as Dr. Fuller.  Correct?
14   A.    That is correct.
15   Q.    And have you read Dr. Christiansen's two
16   reports?
17   A.    I -- I've -- I believe I've read both -- both
18   reports.  I know I read his main report.  I don't know
19   if I read a rebuttal report.  I would have to go
20   look -- I would have to look at it to be sure.
21   Q.    Did you look at his deposition that was
22   taken?
23   A.    I did look at the deposition, yes.
24   Q.    Okay.  So you definitely have received recent
25   depositions that were taken?

Page 39

1    A.    I don't know what the date is on the
2    deposition.
3    Q.    Okay.  You don't have any better
4    understanding of Dr. Christiansen's -- let me ask it
5    better.
6         You don't know Dr. Christiansen
7    outside of this litigation?
8    A.    That is true.
9    Q.    Just like you don't know Dr. Fuller outside
10   of this litigation.  Correct?
11   A.    Correct.
12   Q.    You have no reason to trust one's judgment
13   over the other.  Correct?
14   A.    Correct.
15   Q.    You treated both of them equally in terms of
16   reading their reports and information?
17   A.    Yes.
18   Q.    And then you had -- let's see, 12.
19         (Exhibit 13, Section from
20   Investigation of Sudden Infant Death Syndrome, marked
21   for identification.)
22   Q.    Thirteen is -- is pretty much the same thing,
23   that you pulled --
24   A.    Yes.
25   Q.    -- a section out of -- you're already reading

Page 40

1    my mind.  This is good.
2         You pulled a section out of the
3    pathology book where you thought maybe I would ask a
4    question and you wanted to be accurate.  Right?
5    A.    Correct.
6    Q.    And this one relates to microscopical
7    examination.  It says -- I'll put it on the record.
8    The red markings are yours, I take it?
9    A.    Correct.
10   Q.    "There are no specific histologic findings in
11   SIDS.  Petechiae and small hemorrhages may be seen in
12   the thymus, lungs, along coronary arteries, renal
13   interstitium, and other organs.  The lungs frequently
14   show some degree of edema and alveolar macrophages.
15   Minor laryngeal and peribronchial inflammation with
16   expansion of the mucosa-associated lymphoid tissue,
17   MALT, may be seen with nonlethal viral infections."
18         So, again, this is, again, something
19   you wanted to have in your back pocket or -- or in
20   your orange folder in case I asked you questions about
21   this?
22   A.    Correct.  And I think Dr. Goldsmith actually
23   did make comment about this.  So I particularly wanted
24   to be able to say something about it accurately.
25   Q.    Okay.  And also Dr. Fuller addressed

Page 41

1    petechiae.  Do you recall that?
2    A.    Yes.
3          MR. OSBORNE:  Did you mark that as
4    13?
5          MS. COHEN:  Yes.
6          MR. OSBORNE:  Thank you.
7          MS. COHEN:  Um-hum.
8    BY MS. COHEN:
9    Q.    Do you know Dr. Goldsmith?
10   A.    I know his name.  We have our names on a
11   paper together because of work with the task force and
12   when he was on the Committee on Fetus and Newborn.
13   Q.    Um-hum.
14   A.    I may have seen him in passing at a meeting
15   here or there.  Neonatologists run in the same circles
16   at meetings, but I don't really know him personally.
17   Q.    How long have you been part of AAP, American
18   Academy of Pediatrics?
19   A.    Probably 31 years.
20   Q.    And how long have you been practicing
21   medicine?
22   A.    Including training time?
23   Q.    Sure.
24   A.    Oh, my gosh.  I will I have to think about
25   that.  It's well over 30 years, 34 years.

Page 42

1    Q.    Okay.
2    A.    Thirty-four -- I think that's without medical
3    school.  So it would be 38, I guess, with medical
4    school.
5          I'm sorry if I'm speaking too low.
6    Q.    So, again, you've known Dr. Goldsmith for
7    many years or you've known of him?
8    A.    I've known of him.  I can't tell you when
9    along my career path that I've met him.  I've probably
10   heard him speak, but I -- I couldn't give you any
11   dates or times to that.
12   Q.    Is he more senior than you are within the
13   world of neonatology and American Academy of
14   Pediatrics?
15   A.    If you mean is he older than me, I think so.
16   Q.    So I take it you have respect for him?
17   A.    Absolutely.
18   Q.    And you said you've probably seen him speak?
19   A.    I believe so.  I couldn't quote you anything,
20   times and dates.  But again, neonatology is a small
21   collection of people.  It's only a few thousand
22   people.
23   Q.    And have you two talked about SIDS at any
24   point?
25   A.    No.

Page 43

1    Q.    Have you two talked about the fetus and
2    newborn task force you mentioned?
3    A.    No.  Again -- again, he is -- so he was on
4    the committee -- Committee on Fetus and Newborn for
5    the AAP.
6    Q.    Um-hum.
7    A.    That happened to coincide with the time that
8    I was -- that I had been on the AAP Task Force on
9    SIDS.  They are separate entities within the AAP.
10   They sometimes cross over to work together.
11   Q.    Um-hum.
12   A.    But it's not like we're sitting in a room
13   spending time together.
14   Q.    Is the SIDS -- AAP SIDS Task Force subsumed
15   within the fetus and newborn?
16   A.    No, it's not.  It's a separate entity all
17   onto itself.
18   Q.    And I know we'll get into this; but
19   obviously, you and he have very different opinions in
20   this case.  I'm sure you surmise that as well.  Right?
21   A.    Yes.
22   Q.    You two have a healthy disagreement within
23   the field of neonatology.  Correct?
24   A.    Regarding this case.
25   Q.    This case, yes.

Page 44

1    A.    Yeah.
2    Q.    But my question is, you don't have any
3    criticism of him as a physician or as a -- as a -- as
4    a scholar, do you?
5    A.    No.
6          MR. OSBORNE:  Go ahead.
7          THE WITNESS:  No.  He's an excellent
8    neonatologist.  I mean, he's incredibly respected in
9    the field.
10   BY MS. COHEN:
11   Q.    And just to finish up here, then you have
12   a --
13   A.    That's different.  That's just a one-page
14   reprint.  I believe that came from the Children's
15   Safety Network.  And it's a handout for parents and
16   such.  But the reason I picked it was for something
17   towards the bottom of the page on the left with a
18   little image that has some of the things that we try
19   to educate people on about a safe sleep environment.
20   And that circle in the middle that looks like a minus
21   sign is a flat surface.  And that kind of gets to the
22   crux of the case.  Apparently, there's different
23   definitions of flat.  And so I just wanted a pictorial
24   image of what flat is.  And it's non-inclined.
25   Q.    Understood.  And we'll -- well, your position

Page 45

```
 1    is that flat is 100 percent horizontal; that is, zero
 2    incline. Is that what you're saying?
 3    A.    That's what we prefer. The Consumer Product
 4    Safety Commission allows up to 10 degrees of incline,
 5    but that's it.
 6    Q.    And again, just to be clear, I am -- I'm not
 7    asking for we. I'm asking for -- you're here as an
 8    expert on behalf of yourself. Correct?
 9           MR. OSBORNE: Form.
10    BY MS. COHEN:
11    Q.    You're here testifying as an expert as Dr.
12    Goodstein. Right?
13    A.    Yes.
14    Q.    You're not here as a we. You're not here to
15    talk about from the AAP or anything else. Right?
16           MR. OSBORNE: Form.
17           THE WITNESS: I'm not -- I'm not
18    representing the AAP here today; but what I am saying
19    reflects what the AAP says is the correct thing to do.
20    And I can say that because I wrote the report.
21    BY MS. COHEN:
22    Q.    Yes. But you don't have the authority to
23    speak on behalf of the --
24    A.    No, I do not.
25    Q.    -- AAP here today, do you?
```

Page 46

```
 1    A.    I'm not speaking on behalf of the AAP, not by
 2    any means, no.
 3    Q.    And the AAP you're current -- you've been a
 4    member, you said, for 31 years, I think you said, or
 5    thereabouts. I won't hold you to that exact --
 6    A.    Thank you.
 7    Q.    I want to be very fair with you.
 8           You've been a member of the SIDS
 9    Task Force. And congratulations. I mean, it's
10    obviously very important and something that's very
11    important to you. Correct?
12           MR. OSBORNE: Form.
13           THE WITNESS: I'm -- I'm honored to
14    be a part of it.
15    BY MS. COHEN:
16    Q.    How long have you been a member of that?
17    A.    Since 2010, I believe.
18    Q.    And are you the chair of that?
19    A.    No. Dr. Moon is the chair.
20    Q.    Have you ever been the chair of it?
21    A.    No.
22    Q.    How many members are there?
23    A.    That has changed over time.
24    Q.    Currently, how many members are there?
25    A.    I'd have to actually count out. We just
```

Page 47

```
 1    added members this year. So there are -- there are
 2    members. And then there are other people who work
 3    with the task force but are considered liaisons but
 4    are part of the reports.
 5           So I believe there are six -- it's
 6    either six or seven on the task force right now. And
 7    then there are people who have been there for long
 8    periods of time who are consultants and liaisons. And
 9    that would include Dr. Shapiro-Mendoza.
10    Q.    Have you asked the other members of the task
11    force whether you can speak on their behalf in this
12    case?
13    A.    No.
14    Q.    So you're not intending to do so. Correct?
15    A.    No.
16    Q.    That's recollect what I said?
17    A.    That is correct.
18    Q.    And did you tell them you were going to an
19    expert witness in a civil lawsuit --
20    A.    No.
21    Q.    -- brought by a family?
22    A.    No.
23    Q.    And you didn't feel you had to, I take it?
24    A.    I'm not sure what the relevance would be.
25    Q.    Some organizations have specific requirements
```

Page 48

```
 1    like, you know, you can't speak or you can't testify.
 2    I'm just wondering does AAP have anything like that in
 3    your role?
 4    A.    No. But if you do something like this, you
 5    would want to report. If you were doing anything that
 6    might be a conflict of interest in other work, you
 7    would report that.
 8    Q.    Well, in other words, if you -- for example,
 9    if you were to write something about the Rock n' Play
10    Sleeper, you would probably have to note that you were
11    an expert in this case. Right?
12           MR. OSBORNE: Form.
13           THE WITNESS: You would -- you would
14    make note that -- yeah, you would have to notify that,
15    yeah.
16    BY MS. COHEN:
17    Q.    In other words, if you -- if you wrote an
18    article at all about the Rock n' Play Sleeper or
19    inclined sleepers, would you have to put a notation
20    and disclose that you were actually serving as an
21    expert witness for one side of the litigation?
22    A.    When asked -- every year we have to do a
23    conflict of interest form. So I guess that would be
24    part of that, yeah. Sure.
25    Q.    Okay. I take it to date you have not
```

Page 49

1  notified anyone within AAP?
2      A.    No. I don't believe my conflict of interest
3  form has come up for that yet.
4      Q.    Okay. When it does, you'll intend to -- to
5  notify them of this litigation?
6      A.    Of course.
7            (Exhibit 14, Article from Children's
8  Safety Network, "Sudden Unexpected Infant Deaths in
9  the United States," marked for identification.)
10     Q.    And one thing you mentioned while we move --
11 so 14 is --
12           MS. COHEN: I don't know, John, if I
13 mentioned that. But 14 is this article which we'll
14 have marked. And it's entitled, "Sudden Infant" --
15 "Sudden Unexpected Infant Deaths in the United
16 States."
17 BY MS. COHEN:
18     Q.    And it's a one sheeter that you said is
19 educational?
20     A.    Correct.
21           MS. COHEN: And this is the one he
22 pulled to show the little diagrams over there.
23 BY MS. COHEN:
24     Q.    So where did you get this from? just so I
25 know where this source is.

Page 50

1      A.    That's from the Children's Safety Network.
2      Q.    Is that a website?
3      A.    It has a website, but it's an organization
4  that focuses all on children's safety issues.
5      Q.    Are you part of that organization?
6      A.    I am not.
7      Q.    Okay. Are there some neonatologists who are
8  part of that?
9      A.    I couldn't tell you the answer to that.
10     Q.    And so one thing that you -- and I can do a
11 search on the screen; but you mentioned education
12 earlier today. I caught that word. You said that.
13 And this is obviously parental educational tool. Is
14 that right?
15     A.    Yes.
16     Q.    And that's very important, isn't it?
17     A.    Yes.
18     Q.    In terms of SIDS and SUID and prevention of
19 those long-standing yet tragic -- what do we call
20 them, conditions?
21     A.    Deaths.
22     Q.    Tragic deaths, parental education is very key
23 from your perspective, isn't it?
24     A.    Yes, it is.
25     Q.    And you've even written about it. Right?

Page 51

1      A.    Yes, I have.
2      Q.    And, in fact, you have specific -- even in
3  this one sheeter that you pulled, specific educational
4  notes that go to the parents. Correct?
5      A.    Yes.
6      Q.    One of the things, for example, is it says,
7  "Resources on Reducing SUID and Promoting Safe Sleep,"
8  one thing it says is "avoidance of pre and postnatal
9  exposure to tobacco smoke." Correct?
10     A.    Yeah. That is true.
11     Q.    And you agree with that?
12     A.    I agree with it.
13     Q.    Something you counsel your patients on, I
14 would assume?
15     A.    Of course.
16     Q.    So you pulled this off the website. Is that
17 right?
18     A.    There was a link on the web to it, yes.
19     Q.    Okay. And you pulled it for the purpose of
20 showing that -- that the horizontal line?
21     A.    Yes.
22     Q.    What you said is CPSC has -- allows for a
23 10-degree incline, I think, is what you just said?
24     A.    Yes.
25     Q.    And this shows a zero-degree incline.

Page 52

1  Correct?
2      A.    Yes.
3      Q.    What does AAP allow for?
4      A.    The AAP says flat. They do not specify the
5  degree of incline. They say flat.
6      Q.    Okay. And you understand that the Rock n'
7  Play Sleeper, which we'll talk about, is roughly a
8  30-degree incline. Correct?
9      A.    Correct.
10     Q.    You understand that car seats are what?
11     A.    Up to 50, 30 to 50.
12     Q.    And what hospitals do you work at here?
13     A.    I work at York Hospital. I have privileges
14 at other -- the York Hospital is part of WellSpan
15 Health System. So I do have privileges at their other
16 sites, but I don't currently practice at them. My
17 time is mostly spent at York Hospital. But there's
18 Ephrata Hospital, Gettysburg Hospital, Good Samaritan
19 Hospital, and Chambersburg Hospital. And we also used
20 to have a nursery out at Waynesboro Hospital, but
21 that's closed.
22     Q.    Now, when you send patients home with their
23 newborns either who have been in the NICU or who don't
24 need the NICU and they go home, you allow for them to
25 go home in a car seat. Correct?

Page 53

1  A.  Well, that's the safest way to transport a
2  baby; and that's law.  You have to be in a car seat.
3  But we do not recommend that one sleep in the car
4  seat.  As a matter of fact, we give very specific
5  instructions that you should never have a baby sleep
6  in a car seat and that once you get to your
7  destination, you should transfer the baby into a safe
8  sleep environment if they are going to be sleeping.
9  And that would be a crib or bassinet or playard.
10  Q.  Okay.  And a couple things in this Exhibit 14
11  while I have it out:  So one of the things that -- it
12  has a section on racial and ethnic differences in
13  SUID.  Is that something that's well known?
14  A.  Yes, it is.  But that does not make it a risk
15  factor per se.  It is something that -- that we note
16  that there are differences; but, you know, race is a
17  social construct and really doesn't per se represent a
18  risk factor but a marker for other things that are
19  risk factors.
20  Q.  Right.  You put, in fact, on this -- this
21  document Exhibit 14 that you pulled and you put in
22  your orange folder for purposes of today, it includes
23  a whole section on racial and ethnic differences in
24  SUID.  Correct?
25  A.  Yeah, the numbers are different.  That's

Page 54

1  correct.
2  Q.  And then it has a section on risk factors for
3  SUID.  Right?
4  A.  Okay.
5  Q.  And I don't mean to hold this from you.
6  Right?
7  A.  Sorry.
8  Q.  It has a whole section.  I don't have a copy
9  of it, but you obviously just brought it today.
10  A.  Yes.  Um-hum.  Yes.  Those are risk factors,
11  yes.
12  Q.  Okay.  And then one of the -- one of
13  things -- at another bullet, it says "sleep
14  environment free of objects."
15     That's another thing that's
16  educational for parents.  Correct?
17  A.  Yes.  That is correct.
18  Q.  And another risk factor of SUID is, again,
19  "soft bedding," it says there.  Correct?
20  A.  Yes.
21  Q.  And under the little -- what do we call this
22  little picture that has the --
23  A.  Pictogram.
24  Q.  Pictogram that has the horizontal line there.
25  It actually says "firm sleep surface."  Right?

Page 55

1  A.  That is correct.
2  Q.  And that's one of the things that the AAP
3  talks about.
4  A.  Yes, it does.
5  Q.  But it doesn't talk about no bedding at all
6  or no mattress, correct, on the AAP.  We can pull up
7  2011 and 2016.  But when it talks about firm sleep
8  surface, it is not intended to suggest or it doesn't
9  mean no mattress and no -- no -- at all.  Correct?
10  A.  We talk about having a firm mattress that is
11  appropriate to the crib that you're using.
12  Q.  Right.  Well, I guess my point is firm does
13  not mean for you or the AAP no padding.  Correct?
14  A.  I would not answer the question that way.
15  You're not supposed to have anything soft.
16  Q.  Um-hum.
17  A.  So you are supposed to use what was intended
18  for that surface.
19  Q.  Right.
20  A.  And it needs to be firm.  One of the problems
21  with firm -- we've tried to define firm.
22  Q.  Um-hum.
23  A.  Unfortunately, the -- the testing for that is
24  a trade secret from the ASTM International.  So we had
25  to come up with a way to define firm, because people

Page 56

1  want to know what's firm, because you test different
2  mattresses and firm can mean different things to
3  different people.  So we did -- and I could -- to give
4  you the exact wording, we would have to read it from
5  the report.  But we talked about it being
6  nondeformable, that it maintains its shape.
7  Q.  Okay.
8  A.  There was a clinician who -- I'm not sure how
9  he got -- I'm making an assumption that he got ahold
10  of what the testing looks like, because he gave some
11  specific instruction on how to make a measurement that
12  was a bit convoluted but involved taking a certain --
13  this is really antiquated -- a certain number of CDs
14  and putting them into a milk carton and then taping a
15  tape measure and putting it on the bed and if it sunk
16  in a certain amount on the tape measure, that was too
17  soft.
18     So, you know, unless you have the
19  information from ASTM, it's hard to define.  So we did
20  the best we could with that.
21  Q.  But you agree that firm does not mean no
22  padding at all.  Correct?
23  A.  I don't think padding is a good word.  I
24  wouldn't use the word padding.
25  Q.  Well, firm does not mean on a wood surface,

1    correct, or on a metal surface or on a surface without
2    any padding at all or any softness at all? Correct?
3    A.       The product -- the product should be designed
4    so it creates a safe sleep environment for the baby.
5    There are different products.  But all I can say is
6    that needs to be a firm -- that if it's a mattress, it
7    needs to be firm.
8            You know, there are some products
9    out there that I question whether their pad -- if they
10   do have padding in there.  And it's a concern with
11   those products in terms of whether they really are
12   safe or not.
13   Q.       So I think by your answer, you agree that --
14   you're not saying that it has to be no mattress at
15   all.  It just needs to be a firm mattress?
16           MR. OSBORNE:  Form.
17           THE WITNESS:  It has to be a firm
18   mattress.
19   BY MS. COHEN:
20   Q.       Okay.
21   A.       Yes.
22   Q.       I understand there are these -- what is it,
23   Denmark that has the boxes?
24   A.       That's -- I had a feeling you were -- not
25   that I can read your mind.

1    Q.       Oh, you've done it now today.  We're on a
2    good path.  But I think, you know, other countries --
3    let's just say Denmark, for example -- I've been
4    trained by Dr. Goldsmith have these boxes, I guess,
5    that the neonatology and medical community suggest
6    babies be put in.
7    A.       No, they don't.  No, they don't.  As a matter
8    of fact, the international society for SIDS
9    prevention, ISPID, came out with a specific statement
10   saying don't use these and this is why.
11   Q.       Okay.  So you're not -- you're not suggesting
12   that you have to have a box-like environment for the
13   baby.  You're okay as long as the mattress is firm?
14           MR. OSBORNE:  Form.
15           THE WITNESS:  It needs to be -- it
16   needs to be firm, yes.
17           (Exhibit 15, Quote from 2011 SIDS
18   Task Force Recommendations, marked for
19   identification.)
20   BY MS. COHEN:
21   Q.       And the last thing you have here is -- and I
22   can give you your orange folder back -- 15.
23   A.       It's really just a quote from the task force
24   statement.  And then I just wanted to pull the
25   definition for myself of flat from the dictionary.  So

1    that's all that is.
2    Q.       Merriam-Webster Dictionary, which you have
3    the definition of flat, but you agree that flat in
4    terms of its use by the AAP and for purposes of
5    inclined sleep issues does not mean zero percent.
6            MR. OSBORNE:  Form.
7    BY MS. COHEN:
8    Q.       You've already said that?
9    A.       I don't know what I'm allowed to say, because
10   there is a new task force policy statement coming out
11   and it's not available to the public.  It is
12   quarantined.  And I'm not allowed to say the wording,
13   but we were very specific in our wording.  And we
14   made, you know, the -- we were more strict or we're
15   going to be more strict than the CPSC.
16   Q.       Okay.
17   A.       So for us non-inclined-- flat means
18   non-inclined.  Non-inclined means zero degrees.  So
19   the product may have up to a 10-degree incline, but
20   the preference is for it to be flat.
21   Q.       Okay.  When is that coming out?
22   A.       I can't tell you the exact date.  We don't
23   know.  They just went through the final -- and that's
24   another thing I don't have it in my report.  It was
25   something I would refer back to, because things like

1    this that have been in the news have gotten the
2    attention of the task force.  And so some things
3    that -- every -- every iteration of the policy
4    statement and technical report updates not just the
5    literature, but we also see what's going on in the
6    community.  And sometimes we find that we need to have
7    clear or different language because we find that
8    people have sometimes misinterpreted things.
9            So flat seemed pretty -- pretty
10   straightforward to us; but apparently, it's not as
11   straightforward as we thought.  And -- and that's why
12   the wording will change to make it crystal clear on
13   this out-coming report.  But there are plenty of other
14   places in the report beyond firm mattress where we say
15   flat.  And that's why I pulled that little quote there
16   about transfer from car seats to a flat surface.
17   Q.       Okay.  But what I'm saying to you is, I know
18   you have the definition from Merriam-Webster; but as
19   of right now using the CPSC and the ASTM and the AAP
20   existing guidelines, flat is not zero per -- flat is
21   not zero?
22           MR. OSBORNE:  Form.
23           THE WITNESS:  Well, we don't say
24   anything about using any incline.  So, no, there's
25   nothing -- there's nothing in the report that says use

Page 61

1    an incline regardless of whether it's 10 degree, 20
2    degree, 50 degree.  We say flat.
3    BY MS. COHEN:
4    Q.    Well, there's nothing in the report that says
5    you cannot use a 30-degree incline.  Correct?
6            MR. OSBORNE:  Form.
7    BY MS. COHEN:
8    Q.    And we can pull it out.  And there's nothing
9    in it that says that flat -- that 30 degrees is not
10   flat.
11   A.    Well, cribs -- I don't know any cribs that
12   exist at a 30-degree angle.  So there is some element
13   of common sense to this.  And we can't -- if we were
14   to explain the definition of "the," we would never be
15   able to get the report done.
16   Q.    Well, you've read Dr. Goldsmith's report.
17   Correct?
18   A.    Yes, I have.
19   Q.    And you understand that he believes that the
20   Rock n' Play Sleeper at 30 degrees as it's designed
21   meets the -- conforms with and complies with the AAP
22   2011, 2016 guidelines.  Right?
23   A.    I know what he thinks, but he's wrong.  I
24   don't agree with that.  The report doesn't say that,
25   and the report never intended to mean that.  He's made

Page 62

1    assumptions.
2    Q.    Well, you disagree with him.
3            MR. OSBORNE:  Form.
4            THE WITNESS:  I -- I know what the
5    facts are.  And the facts are that we say a flat
6    surface and not a 30-degree incline or anything in
7    between.  The fact is the report says flat.
8    BY MS. COHEN:
9    Q.    You agree that there's no peer review
10   literature that exists anywhere that has studied the
11   30-degree incline.
12           MR. OSBORNE:  Form.
13   BY MS. COHEN:
14   Q.    Correct?
15           MR. OSBORNE:  Form.
16           THE WITNESS:  I know that there's no
17   literature showing that a 30-degree incline is safe
18   for a baby to sleep on is what I know.
19           MR. OSBORNE:  Wait.  You're
20   interrupting him.  Let him finish what he thinks your
21   question was.
22           THE WITNESS:  So that's not --
23   that's not how this -- that's not how research on SIDS
24   works.  So if you have an expect -- you may
25   unfortunately have an unrealistic expectation of what

Page 63

1    the research should look like to determine safety.
2    And the research is not based on randomized
3    double-blind controlled trials.  Those do not exist in
4    the SIDS literature, because it's unethical and we
5    can't do that.  So there's no way to do a test where
6    we're going to put a bunch of babies at 30 degrees and
7    put a bunch of babies who are flat and see which is
8    safer.
9            So I know what's safe.  I don't
10   know -- I do know that an incline is unsafe.  At what
11   degree you can say an incline is safe I can't tell
12   you, because I don't know of any literature on it one
13   way or the other in terms of the risk of SIDS.
14   BY MS. COHEN:
15   Q.    So you don't know of any literature one way
16   or the other.  Correct?
17   A.    Correct.
18   Q.    And you're not aware --
19   A.    Well, I would like to change that.  That's
20   not correct.
21   Q.    Well --
22           MR. OSBORNE:  Let him finish,
23   please.
24   BY MS. COHEN:
25   Q.    No.  I'm sorry.  He'll have a chance to ask

Page 64

1    you on redirect.  I'm not going to let you just --
2            MR. OSBORNE:  No.  No.  You are
3    interrupting the hell out of him.  Stop it.
4            MS. COHEN:  That's not -- that's not
5    appropriate.
6            MR. OSBORNE:  It sure is.  Let him
7    finish his answer --
8            MS. COHEN:  Like, you saying
9    interrupting the hell?
10           MR. OSBORNE:  He gets to answer.  He
11   gets to speak.
12           MS. COHEN:  Wow, that's not how we
13   do things in Georgia, John.
14           MR. OSBORNE:  Well, it's the way we
15   do it Arizona.  We don't get to interrupt the damn
16   witness.
17           MS. COHEN:  Oh, my God, that's twice
18   now.  Okay.  I'm sure Judge Snow will appreciate that
19   attitude, that -- that approach.
20           MR. OSBORNE:  Go ahead, sir.
21           MS. COHEN:  Well, you can ask him on
22   redirect.
23   BY MS. COHEN:
24   Q.    So now you want to go back and change your
25   answer?  Is that what you're doing now?  You want to

Page 65

1    change your answer that you just gave under oath. I
2    just want to know what we're doing here.
3                MR. OSBORNE: I want you to state it
4    correctly --
5                MS. COHEN: Well --
6                MR. OSBORNE: -- as you said you
7    were.
8                MS. COHEN: No. No. He just said,
9    "I'm going to change my answer."
10   BY MS. COHEN:
11   Q.    "I would like to change that." Is that what
12   you want to do?
13   A.    I want to add to the answer.
14   Q.    Oh, really? Okay.
15   A.    Yeah, I want to add to the answer. Yeah.
16               MR. OSBORNE: Go ahead, please.
17               MS. COHEN: Please don't interrupt.
18   Don't interrupt my cross examination. You'll have
19   redirect, I assume.
20               MR. OSBORNE: I don't think you can
21   interrupt the witness. And if we're going to do it
22   this way, I'll fly back and the doctor can leave or
23   you can call the Court and we'll talk about it.
24               MS. COHEN: You just told me
25   about -- you just used profanity in my deposition at

Page 66

1    me. I don't appreciate that.
2    BY MS. COHEN:
3    Q.    Okay. Go ahead. If you want to change your
4    answer, go ahead.
5    A.    I'm not changing my answer. I am being -- I
6    am being more specific about my answer, because the
7    answer is if you're looking at SIDS cases in terms of
8    incline -- specific SIDS cases, then there are no
9    reports related to that. However, however, when you
10   look to see if there are potential risks to the baby
11   at an incline, there are -- there are specific data
12   that show that at as little as a 30-degree incline,
13   the baby can start to have desaturation events.
14               In the Mannen study, I believe at 20
15   degrees, they had some lower saturations in the
16   babies -- oxygen saturations in the babies and that as
17   little as 20 degrees, you can start to see fatigue of
18   muscles when the babies are in prone positions in
19   terms of respiratory muscles, neck muscles.
20               So if -- if that were a contributory
21   factor to a child either having SIDS, a suffocation,
22   some sort of asphyxia event, that angle of a product
23   could contribute to that child's death.
24               So, yes, there is this relatively
25   new -- new data, some of that. So I apologize for not

Page 67

1    being specific enough. But that -- but that -- there
2    is data to support that idea of that there's increased
3    risk at -- at an angle.
4    Q.    Okay. Let me go back to what you said in the
5    transcript now.
6                Have I given you a chance to fully
7    answer that now?
8    A.    Yes.
9    Q.    Okay. What you said at 5369, I would like to
10   change that. Do you recall making that statement?
11   A.    I asked to add -- I asked to add to that,
12   yes. I misspoke.
13   Q.    But you used, quote, I would like to change
14   that. Correct?
15   A.    If that's what it says, then, yes that's what
16   I said.
17   Q.    And what you said earlier is that basically,
18   "I don't know of any literature on that one way or the
19   other on the risk of SIDS." Do you recall saying
20   that?
21   A.    Yes. But then it occurred to me that I was
22   misspeaking. So I just wanted to clarify that.
23   That's all.
24   Q.    And sitting here, do you agree that there's
25   no peer review study to support the position that a

Page 68

1    30-degree incline increases the risk of SIDS?
2    A.    I don't know -- I don't know of any
3    literature that supports that that's a safe thing to
4    do. I just look at it differently than you do,
5    because we can't comment on this -- this is the reason
6    why you can't say things with certainty with this,
7    because most of the studies that were done -- these
8    are case control studies. And the case control
9    studies that we make recommendations off of are based
10   on the things that people are using in the home. And
11   this product didn't exist when most of the studies
12   were done. So it makes it difficult to know one way
13   or the other if isn't. The studies don't address it
14   because the product didn't exist.
15   Q.    Was my question unclear to you?
16               MR. OSBORNE: Form.
17   BY MS. COHEN:
18   Q.    I'll -- I'll ask it again, because you
19   changed it.
20               My question was, do you know of
21   any -- you're not aware of any peer review study to
22   support the position that a 30-degree incline
23   increases the risk of SIDS?
24               MR. OSBORNE: Form.
25   BY MS. COHEN:

1    Q.    That's the question I asked you.
2    A.    I don't know what -- I don't know what degree
3    constitutes an increased risk.  It could.  I don't
4    know.  I don't know of a specific study to do that,
5    but I don't know of any studies that have looked at it
6    in -- in general.
7    Q.    So the answer is yes?
8          MR. OSBORNE:  Form.
9          THE WITNESS:  Okay.
10   BY MS. COHEN:
11   Q.    Do you agree with me?
12         MR. OSBORNE:  Form.
13         THE WITNESS:  Okay.  Yes.
14   BY MS. COHEN:
15   Q.    I'm going to give you back your orange
16   folder, Exhibit 1, that has all the markings inside of
17   it; and we'll figure out how to address that later.
18         Let me pull out -- we marked your
19   report and your rebuttal report.
20         MS. COHEN:  I want to go ahead and
21   mark as an exhibit -- this is the plaintiff's seventh
22   (sic) supplemental response to what he's disclosed.
23   I'm going to have that marked for the record.  I'll
24   show this to you.
25         Okay.  This is page 59 on this

1    document.
2          MR. OSBORNE:  We're going to mark
3    this as 16?
4          (Exhibit 16, Seventeenth Supplement
5    to Plaintiff's Mandatory Initial Discovery Responses
6    and Plaintiff's Initial Disclosure Statement, marked
7    for identification.)
8          MS. COHEN:  Yes.  Thank you.
9    BY MS. COHEN:
10   Q.    I'm going to hand that to you, Doctor.
11   A.    Yes.
12   Q.    And I don't know if you have seen that
13   before, if you turn to page 59 of Exhibit 16.  I'll
14   just state -- and Mr. Osborne will certainly correct
15   me if I get this wrong.  But this is where you were
16   officially identified as an expert witness on behalf
17   of the plaintiffs.
18   A.    Okay.
19   Q.    And I don't know if -- have you seen this
20   document before?
21   A.    I don't recognize it off the top of my head.
22   But I -- if this was something that was provided to me
23   from the attorneys, then, yes.
24   Q.    Okay.  And it's not a huge deal.  I just want
25   to get a reference for when you were disclosed.

1          This document is dated July 16th,
2    2021.  And it describes you and your expertise as
3    pediatric medicine/neonatology and sudden infant death
4    syndrome --
5    A.    Yes.
6    Q.    -- as your areas in this case?
7    A.    Yes.
8    Q.    Okay.  And you don't have any quarrel with
9    that, I take it?
10   A.    No.
11   Q.    Okay.  And then your report is referenced as
12   sort of including the basis for your opinions,
13   methodology, and the facts and data considered in
14   forming your opinions?
15   A.    Okay.
16   Q.    Is that accurate, that the report -- that is
17   your first report, Exhibit 2, sets out your opinions,
18   your methodology, and the facts and data supporting
19   your opinions?
20   A.    Okay.
21   Q.    Is that -- do you agree with that statement
22   about you?
23   A.    Yes.
24   Q.    Okay.
25         MS. COHEN:  We'll go ahead and mark

1    the notice.  Thank you.
2          I'll mark it as Exhibit 17.  It's
3    always dangerous to put me in change of exhibits.  I
4    don't know what is going to happen today.
5          (Exhibit 17, Amended Notice of
6    Videotaped Deposition of Michael Goodstein, M.D.,
7    marked for identification.)
8    BY MS. COHEN:
9    Q.    Here is Exhibit 17.  This is what is called a
10   Notice of Deposition.  I think we talked about a lot
11   of this; but just for sake of completion, have you
12   seen this document?  This is where we ask you to bring
13   your file, etc.?
14   A.    I believe the attorney shared this with me.
15   Q.    Okay.  Very good.  I'll just run through this
16   quickly and see what we have.
17         So the section on starting at about
18   page 6?
19   A.    Is this something that I have?
20   Q.    Yeah.  It's in this document, in 17, about
21   page 6 of that asking you for some information to
22   bring today.  And the plaintiffs have produced to us
23   through Share File, whatever the right -- yeah, I
24   think it was Share File.  I just want to go through it
25   and see if this sparks a memory of anything.

Page 73

1    No. 1, "your current and up-to-date
2    resume or curriculum vitae."
3         And let me make sure I have your
4    most current and up-to-date one. We'll mark this one.
5         The one we have is -- I have one
6    from April of 2021 -- I mean -- yeah, 2021. Is there
7    a further updated one?
8    A.    Yes. Yeah.
9    Q.    Okay. Have you provided that to counsel?
10   A.    Yes, I did.
11   Q.    Is that the one -- is this the way -- do we
12   have one after April?
13        This is going to be Exhibit 18,
14   which is your current CV.
15        (Exhibit 18, Curriculum Vitae,
16   marked for identification.)
17   Q.    You are saying there is a further updated one
18   beyond that one?
19   A.    Yes. There are a couple more articles. And
20   I need to update it again to reflect this article that
21   just came out.
22        MS. COHEN: Is that the one we had
23   yesterday?
24        MS. NG: Yes.
25   BY MS. COHEN:

Page 74

1    Q.    What is the most recent one? Do you know?
2    A.    It's probably from August of this year. I
3    would have to look.
4         MR. OSBORNE: Are we at exhibit --
5    what exhibit number are we --
6         MS. COHEN: Eighteen.
7         THE WITNESS: Eighteen.
8         MR. OSBORNE: Okay.
9         MS. COHEN: I think, John, there is
10   a further updated one that he's saying that he gave to
11   you that we didn't get. It's not a huge deal, but
12   could you send it to us.
13        MR. OSBORNE: I don't know if we
14   have a further updated one than we've given you.
15        THE WITNESS: I think I provided
16   that. I mean, it's not terribly different. I just
17   added some more articles.
18        MS. COHEN: And again, I'm not
19   fussing. Maybe just make -- you know, maybe you could
20   just make sure you send the most updated one and then
21   if counsel we agree with --
22        THE WITNESS: Sure.
23   BY MS. COHEN:
24   Q.    All right. And the articles that would bring
25   it more up to date, do you know which ones you have

Page 75

1    added to this since April?
2    A.    Yes. There would be a clinical report and
3    technical report on the transition of the NICU infant
4    to a home safe sleep environment.
5    Q.    Okay.
6    A.    That was written by the task force in
7    conjunction with the Committee of Fetus and Newborn.
8    And I'm the lead author on both of those articles.
9    They were published in Pediatrics. They became
10   available on-line, I think, in early June. I believe
11   it's the July issue of Peds where those can be found.
12   Q.    Okay.
13   A.    And --
14   Q.    -- I take it you don't have a copy of that
15   with you?
16   A.    No.
17   Q.    You don't carry it with you?
18   A.    No.
19   Q.    That's fine. A laminated version? Sorry?
20   A.    Not really. And of course, the article that
21   is in the folder on the history of SIDS, as a task
22   force member, I would be considered an author on that.
23   Q.    So you would have put that on your CV, too?
24   A.    Yes.
25   Q.    Okay. Let's make sure we have the right cite

Page 76

1    for that one. So that would have been -- can you tell
2    me which exhibit that one is?
3    A.    Um-hum.
4         MR. OSBORNE: I'm checking if we
5    have a more updated CV.
6         MS. COHEN: Okay. Thank you. And
7    again, it's not a huge deal. We can certainly get it.
8         THE WITNESS: It would be this one,
9    the "Half Century Since SIDS: A Reappraisal of
10   Terminology."
11   BY MS. COHEN:
12   Q.    You're saying Exhibit 9 that we marked --
13   A.    Yeah.
14   Q.    -- has been added to your curriculum vitae
15   because you were a member of the task force under the
16   confines of the AAP?
17   A.    Yes.
18   Q.    And then this other article about
19   transitioning to safe sleep environment at home?
20   A.    Um-hum. Yes.
21   Q.    And in that, do you talk at all about --
22   specifically about the Rock n' Play Sleeper?
23   A.    No.
24   Q.    Do you talk at all about inclined sleep in
25   that?

## Page 77

1  A.    We talk about the appropriate sleep surfaces.
2  Q.    And there again, I take it you follow the
3  flat --
4  A.    Correct.
5  Q.    -- firm?
6  A.    Correct.
7  Q.    No soft bedding?
8  A.    Correct.
9  Q.    And the reason you don't want soft bedding is
10  you don't want the bedding to get enveloped around the
11  baby's face.  Is that my understanding?
12  A.    Yes.  Soft bedding, loose bedding, loose
13  blankets, you don't want anything that can get around
14  the baby's face and reduce their ability to have gas
15  exchange when they're breathing.
16  Q.    And my understanding, again, of the soft is
17  that's the reason -- if it's too plush a mattress --
18  you'll explain to me if I'm getting this wrong.  You
19  don't want it to cover the baby's face.  Is that
20  correct?
21  A.    You -- there are a couple of issues.  That's
22  part of it.  You are correct.  You don't want anything
23  that can get over the nose and mouth.
24  Q.    Um-hum.
25  A.    You don't want anything that can conform to

## Page 78

1  the baby's nose and mouth so they press up against it.
2  You also want to have an environment
3  that is basically free of anything that the baby could
4  get up against that can inhibit the airflow for their
5  breathing.  So it doesn't necessarily have to
6  completely cover their nose and mouth to cause
7  potential harm.  That's one of the reasons why we
8  don't like crib bumpers either.
9  Q.    Because they can get stuck on them or put
10  their face --
11  A.    There are multiple ways that are proposed for
12  mechanisms of harm from crib bumpers.  One is getting
13  entrapped between the bumper and the mattress.
14  Another is a bumper could get around the neck or cover
15  the nose and mouth.  Another could be they could get
16  up -- get pressed up against it and get compressed
17  that way as well.  And also in the older ones, they
18  had ties.  And when there were long ties, a tie
19  could -- could wrap around a baby's neck and cause
20  strangulation potentially.
21  Q.    And when is the last time you read Dr.
22  Goldsmith's reports in this case?
23  A.    I reviewed his reports this week in
24  preparation for this.
25  Q.    I take it one of the things you agree with

## Page 79

1  him on is it's important to have a -- hard -- like,
2  the hard shell plastic back that provides firm, flat
3  alignment of the head and torso.  That's important --
4          MR. OSBORNE:  Form.
5  BY MS. COHEN:
6  Q.    -- I guess it what you're saying?
7  A.    I don't agree with how he's wording that.  I
8  don't think it's not -- it's not just about the -- the
9  alignment of the head and -- and torso.  It is
10  important for it to be -- to be firm.
11  Q.    But you think that's a good thing, don't you,
12  to -- to have it, as he did say it -- let me go back
13  to that page.
14          "The Rock 'n Play Sleeper's hard
15  classic shell back provides a firm, flat alignment of
16  the head and torso so there's no flexion of the neck,
17  airway while in use."
18          That is an important feature, isn't
19  it?
20          MR. OSBORNE:  Form.
21          THE WITNESS:  A firm -- firmness is
22  important.  I don't know if that necessarily means if
23  the baby will stay in an aligned position, because
24  babies move.  So I'm not sure -- I'm not sure how to
25  interpret what he's saying.

## Page 80

1  BY MS. COHEN:
2  Q.    Have you ever had any patients or friends or
3  family who have use the Rock n' Play Sleeper?  Do you
4  know?
5  A.    I have -- I don't know anybody in my personal
6  circle --
7  Q.    Okay.
8  A.    -- who used that product.  I do know some
9  families have asked about it, and I've made comment
10  for them on that.
11  Q.    I just wondered if you had anybody that you
12  knew who had used it through the years when it was on
13  the market?
14  A.    I don't believe so.  I mean, there's always
15  somebody who may have used it and I didn't know they
16  were using it.
17  Q.    All right.  Let me not get us, as I normally
18  do, get us off track.  Let me finish what we're doing
19  here, which is the -- I have a little ADD going on
20  here.  I apologize.  Let's finish up the -- the
21  notice.
22          So we talked about -- let's see.  So
23  one thing we asked for is your CV we talked about.
24          Then No. 2, "a list of all articles;
25  seminar materials, presentations, or writings."  Is

Page 81

1    that all encompassed in your curriculum vitae?
2    A.    Yes.
3    Q.    Do you have another list at all?  I know some
4    doctors or some witnesses have, like, a separate list
5    of things.  Do you have anything outside of that?
6    A.    I -- I don't have a separate list.  I may not
7    have every single thing recorded.  I try to stay
8    focused on the things that are more academic.  So
9    there may be other presentations that I may not have
10   included on that that may have been more media
11   related.  I would have to look to see if I included
12   every single one of them.
13   Q.    So infant sleep safety, which is one of the
14   topics you said -- obviously, it's an area of your
15   focus.  You mentioned that earlier?
16   A.    Yes.
17   Q.    Do you have, like, a standard -- I'm not
18   meaning to be insulting.  But do you have, like, a
19   standard presentation, PowerPoint that you use on that
20   -- I don't mean to suggest that you just recycle your
21   work; that's not what I meant -- that you kind of
22   build from?  Do you know what I'm saying?
23   A.    I'm always updating my talks to reflect the
24   latest literature.  So it just continues to evolve.
25   And it also depends on the target audience and --

Page 82

1    Q.    Do you have a set of slides that you use as a
2    base that you build from is what I'm asking.
3    A.    I have multiple sets of slides that are a
4    base.
5    Q.    Okay.
6    A.    Again, it depends on what the purpose of the
7    talk is.  There are many different areas of safe sleep
8    that I talk about.
9    Q.    Okay.  Do you have -- do you present to -- I
10   take it you present to different groups is what you're
11   saying?
12   A.    Yes.
13   Q.    You present to your colleagues at AAP
14   meetings, for example?
15   A.    Yes.
16   Q.    And do you present to patients as an
17   educational series?
18   A.    Some -- sometimes, yes.
19   Q.    What do you tell patients in terms of how
20   they should behave and what they should do to be
21   compliant with safe sleep practices?
22   A.    Behave?
23   Q.    Okay.  How they should -- maybe behave wasn't
24   an appropriate word.  How they should act to be
25   compliant with safe sleep practices.

Page 83

1              MR. OSBORNE:  Form.
2              THE WITNESS:  That question seems
3    really straightforward to answer, but it isn't.
4    BY MS. COHEN:
5    Q.    Okay.
6    A.    Fifteen years ago maybe I would have said I
7    tell people specific recommendations.
8    Q.    Um-hum.
9    A.    Now I have a more nuanced approach to that,
10   because we know that parents often -- or anybody as a
11   caregiver may disengage if you're telling them what to
12   do.  So what we really recommend is to have a
13   conversation and to understand where they're at, what
14   they're reality is and their needs and to be
15   nonjudgmental --
16   Q.    Um-hum.
17   A.    -- and then to really have permission to have
18   a discussion about the things that we feel are safest
19   to provide them with information to help them with
20   their decision-making, which at the end of the day,
21   parents have the right to decide how they care for
22   their children.
23   Q.    And you're basically trying to educate
24   parents on safe sleep and also how to avoid risk
25   factors for SIDS and SUID.  Correct?

Page 84

1    A.    That would be true, yes.
2    Q.    They go -- they go hand in hand, don't they?
3    A.    Yes, they do.
4    Q.    Okay.  And why -- why don't we come back to
5    that after we get through the notice then.  I was
6    going to ask, do you have a standard -- do you have
7    any kind of presentation that you use on that that
8    sets forth what you think --
9    A.    Talking with families?
10   Q.    Yeah.
11   A.    I -- I have certain key themes that I like to
12   address, yes.
13   Q.    But do you have any materials that you hand
14   out to them?
15   A.    We do hand out a book to every family who
16   delivers at our hospital.  We don't like brochures
17   because people take brochures and they put them in a
18   pile somewhere and they gather dust and they throw
19   them out.
20   Q.    It sounds like me.
21   A.    I mean, it's what we all do.  I have plenty
22   of piles that my wife would like me to clean up.
23   Q.    She can talk to my husband today.  Right?
24              What kind of book do you have?
25   A.    So we have a book -- I believe the title is

Page 85

1    called, Baby Sleeps Safe and Sound. I may not have
2    that exactly right. But it's a book -- it's a
3    children's book that was developed by Charlie's Kids
4    Foundation, Sam Hanke and his wife. And that book has
5    been shown in clinical studies to help parents
6    remember safe sleep recommendations.
7              But it's done in a bedtime story in
8    a children's card -- you know a big cardboard book.
9    So it helps with reading to their children and also
10   has images that are consistent with safe sleep. And
11   it reinforces the messaging. And on the back of the
12   book, it has the things that are helpful and things
13   that can be harmful as well.
14   Q.    Is that a book that we can get on-line?
15   A.    Of course.
16   Q.    And that's something that you -- you believe
17   is instructive and consistent with your opinions?
18   A.    Yes.
19   Q.    So I'll also go through the rest of this
20   notice here. Your entire file, you know, we asked
21   for. And again, we've been working that out with
22   counsel for the plaintiffs to share other witnesses'
23   files.
24   A.    Sure.
25   Q.    So I want to understand what you have listed

Page 86

1    and what you haven't. And I see what's in your orange
2    file here.
3              Let me also mark -- let's see --
4    materials that you reviewed.
5              I'm going to mark this as Exhibit --
6    I think this is 19, unless someone tells me it's not.
7              MR. OSBORNE: It looks like it.
8              (Exhibit 19, List of Materials
9    Reviewed, marked for identification.)
10   BY MS. COHEN:
11   Q.    I'm going to hand you Exhibit 19. It came to
12   us with your report. And my question now to you is
13   just to try and understand what you had in hand at the
14   time you did your report, which is Exhibit 2, and what
15   materials you had at that point in time. Okay? I
16   know there's been things that have come since then
17   I'll ask you about. But the time you gave your
18   report, which you already talked about was April --
19   A.    April, yeah, the beginning of April.
20   Q.    Yeah. And we had your curriculum vitae
21   attached.
22              Oh, I want -- before I get into
23   this, you mentioned that you had given information
24   about prior testimony --  not -- prior reports that
25   you had given?

Page 87

1    A.    Yes.
2    Q.    And one of the questions we asked was, again,
3    during the past five years, what -- I guess No. 3 was
4    that you've given -- provided to the court or counsel
5    an expert disclosure or expert report or in which
6    you've given a deposition or testified in court. So
7    you're saying that you have not done anything in terms
8    of testimony in deposition or in court, just the one
9    dep -- just the one report?
10   A.    Correct.
11   Q.    Okay. Do you know what state that was in?
12   A.    I couldn't tell you. I didn't travel
13   anywhere for that. I wouldn't know.
14   Q.    And do you know -- I'm not allowed to get
15   into, like, if you're still consulting with attorneys.
16   So in that case, you had actually given a report that
17   was disclosed. Do you know?
18   A.    I don't know what was done with the report.
19   I was just asked to -- to give a report.
20   Q.    Okay.
21   A.    I gave my expert opinion on the report. And
22   that was it.
23   Q.    Do you know which attorneys you were working
24   with on that? I don't want to ask anything if it's
25   work product.

Page 88

1              MR. OSBORNE: I understand what you
2    were asking. Thank you very much.
3              MS. COHEN: I don't want to --
4              THE WITNESS: Yeah, I -- honestly, I
5    don't know who it was who even asked me initially for
6    this case. It was an outside firm that got me in
7    touch with this -- this team. So I don't -- I mean, I
8    know the people who are involved with the HALO --
9    BY MS. COHEN:
10   Q.    Um-hum.
11   A.    -- because obviously they're around at these
12   meetings -- at some of these meetings, the AAP
13   meetings. So they knew my name.
14   Q.    I want to make sure I understand what you
15   said. You said, "I know the people" -- well, you
16   said, "I don't know who it was that even asked
17   honestly for this case. It was an outside firm that
18   got me in touch with this team."
19              Are you saying this team in Courkamp
20   or -- is there any crossover between them?
21   A.    No. No, there's no crossover. I'm just
22   saying that in general, I've not been -- I don't -- I
23   don't know of any attorney who has approached me to do
24   any work. Somebody did recently which I said no,
25   because I'm too busy. But -- I don't know where the

Page 89

```
1    origin of the ask for on that case came from.  I
2    have -- I have notification in my billing who paid it;
3    but I would have to look that up.  I couldn't tell you
4    off the top of my head.  I have to search for that.
5    Q.    I'm sorry if I asked you this earlier.  Were
6    you -- were you hired to do a report for the plaintiff
7    side or the defense side in that case?
8    A.    That case was for the defense.
9    Q.    Okay.  So it was for the company?
10   A.    Correct.
11   Q.    Okay.
12   A.    Um-hum.
13   Q.    And you don't know who the lawyers are who
14   represented the company in that case?
15   A.    I can give you the information.  If I have
16   to, I can find the information of who the report went
17   to; but I don't know that -- I don't know who that
18   was.
19   Q.    Okay.  And did it come through your work as
20   the -- on the AAP committee is what you're saying?
21   A.    No.
22   Q.    Okay.  They just found you somehow.  You just
23   don't know how?
24   A.    Yeah.  Yes.
25   Q.    Do you know how this case came to you?
```

Page 90

```
1    A.    Somebody contacted me.  I don't know how they
2    got my information.  It wasn't through the AAP.
3    Q.    Okay.  But from what you know, there's no
4    crossover between these cases at all?
5    A.    Not that I'm aware of, no.
6    Q.    And you're actually on different sides?
7    A.    Correct.
8    Q.    And what was that case you gave the report
9    in, what was the device again?
10   A.    It was a wearable blanket.  The brand was
11   HALO SleepSack.
12   Q.    And was that a death case?
13   A.    Yes.
14   Q.    In that case, did you say that basically the
15   product was safe as it was designed?
16   A.    I don't remember what the specific
17   question -- how they wanted -- you know, what their
18   ask was.  But the SleepSack is considered a safe
19   device when used properly.  And I don't remember in
20   that case if it was just a regular SleepSack or if it
21   was the swaddling SleepSack, because there's some -- a
22   little controversy with swaddling now.
23   Q.    Okay.  So in that case -- I think what you
24   said your report says is something to the effect of
25   the SleepSack, the HALO SleepSack is a safe device
```

Page 91

```
1    when used properly.  Correct?
2    A.    The gist of it, I believe, yes.
3    Q.    And when you say "when used properly," that
4    means when used in accordance with the warnings and
5    instructions that the company puts out?
6    A.    Yes.
7    Q.    And that's important to you.  Correct?
8    A.    Yes.
9    Q.    You believe parents should use devices in
10   accordance with the warnings and instructions as
11   they're put out.  Correct?
12   A.    I think everybody should following the
13   instructions to use things safely.
14   Q.    And again, in that other case, when used
15   properly means just that, the parents should follow
16   the instructions and warnings.  Correct?
17   A.    That would be the safest thing to do, not
18   that people always follow the instructions.
19   Q.    But you as a neonatologist and a proponent of
20   safe sleep and safe sleep devices believe that that's
21   part of the job of the parents.  Correct?
22   A.    Yes.
23   Q.    And that's part of why you educate them?
24   A.    Correct.
25   Q.    If they're going to use something, they
```

Page 92

```
1    better follow the instructions that are put out by the
2    company.  Correct?
3    A.    They should; but I can tell you -- and the
4    literature supports this -- that people are constantly
5    using things either improperly or not follow -- not
6    following the safest recommendations.  That's a common
7    occurrence.
8    Q.    Right.  And then that's their responsibility
9    if they do that, correct --
10         MR. OSBORNE:  Foundation.
11         Go ahead.
12   BY MS. COHEN:
13   Q.    -- if they don't follow it?
14   A.    Parents should -- the safest thing for
15   parents to do is to follow the instructions for proper
16   use of products.
17   Q.    And that's exactly what you said in your
18   expert report in the HALO SleepSack case?
19   A.    Again, I don't remember the details; but it
20   means -- I don't want to --
21   Q.    Okay.
22   A.    You're very exact with wording.
23   Q.    That's what we lawyers are all about, I know.
24   A.    Yeah.
25   Q.    I can tell you I live with a dentist, and it
```

Page 93

```
 1    makes him crazy.
 2    A.     So I believe that's the gist of it; but I
 3    would want to, you know, confirm that.  If you really
 4    wanted me to -- to be specific and accurate, I would
 5    have to look at it.
 6    Q.     No.  I was just picking up on what you said.
 7    You said "safe device when used properly."  And that
 8    means consistent with the warnings and instructions?
 9    A.     Yes.
10    Q.     And you've agreed with that?
11    A.     Yes.
12    Q.     And that's what you expect parents to do
13    generally?
14    A.     That's what I hope.
15    Q.     Right.
16    A.     But I know the reality is it's frequently not
17    the case.
18    Q.     And then that gets back to my point.  When
19    it's not the case, then that becomes their
20    responsibility if they don't do what they're supposed
21    to do.  Correct?
22          MR. OSBORNE:  Foundation.
23          THE WITNESS:  I'm not -- I guess --
24    I'm not an expert in product label and warnings.
25    BY MS. COHEN:
```

Page 94

```
 1    Q.     Um-hum.
 2    A.     So I -- I get a sense of what you're getting
 3    at; but I think you're asking me to make responses
 4    that might be out of my area of specific expertise.
 5    I'm not sure.
 6    Q.     But that is -- I'm sorry.  It's hard --
 7    A.     I'm done.
 8    Q.     That is part of infant sleep safety --
 9          MR. OSBORNE:  Form and foundation.
10    BY MS. COHEN:
11    Q.     -- is what the parents are doing with their
12    children.  Correct?
13    A.     Yes.
14    Q.     All right.  So in terms -- let me go back to
15    where I was, which is Exhibit 19.  And this is the
16    list of materials that were provided to us with your
17    report.  So I want to go through this.
18          You obviously looked at the Tempe
19    Police materials, that whole file?
20    A.     Yes.
21    Q.     I don't think I saw you reference them in
22    your report, but you read them is what you're saying?
23    A.     Yes.
24    Q.     And you can certainly -- am I correct that
25    you did not reference them in your report?
```

Page 95

```
 1    A.     I may not have -- I may not have listed it as
 2    a reference; but I suspect that I made comment about
 3    the information.
 4    Q.     Okay.  Well --
 5    A.     I reviewed the records, some of the things
 6    with the death scene.  So I -- you have to look at the
 7    specifics of the report.  But I didn't make -- for me,
 8    references generally are referring to medical,
 9    scientific journals.  So I didn't look at it as a
10    reference.  I did see that other people did do that.
11    So maybe that was my error in form.  I apologize for
12    that, if I made a mistake in how I reference in my
13    report.
14    Q.     I'm definitely not criticizing or picking on
15    you for that.  You know, how you do your report is
16    totally up to you, of course, and counsel who hires
17    you.  So no need to apologize.  I'm just -- I'm just
18    suggesting if you look at Exhibit -- you probably have
19    this in front of you somewhere -- Exhibit 2.  And I
20    just didn't see any discussion -- and I may have
21    missed it -- about the police report in this.
22          Let me help you there.  It would
23    be -- Exhibit 2 would be your -- your -- maybe it's
24    out there.  There it is.  Right there.
25    A.     Yeah.  Right on top.  Um-hum.
```

Page 96

```
 1    Q.     And again, I don't want to get us distracted.
 2    But in this Exhibit 2 -- you can correct me if I'm
 3    wrong.  But the whole -- the whole -- let's see, pages
 4    1 -- I don't even know if they're -- if they're page
 5    numbered.  But that is one tip I'll give you for
 6    future --
 7    A.     Sure.
 8    Q.     -- if John allows me to say that.
 9          But they're Bates numbered.  Mine
10    has Bates numbers.  But if you look at it from the
11    first page, which is 224 in my Bates numbers, it goes
12    to -- it's the whole first section.  And that relates
13    to literature and safe sleep studies.  Correct?
14    A.     Well, what I was asked to do was to make
15    comment about safe sleep recommendations.
16    Q.     Um-hum.
17    A.     And that's really why I focused on that.
18    Q.     Sure.
19    A.     And furthermore, I was asked to review the
20    medical records.  And so I spent time looking at all
21    of those as well.
22    Q.     Understood.  So that's what I was going to
23    say.  So up until you get to the part that says
24    "review medical records," the prior part is all about
25    the safe sleep -- safe sleep studies.  Right?
```

Page 97

```
 1    A.    Yes.
 2    Q.    In other words, pages 220 -- on mine at least
 3    it 224 --
 4          MS. COHEN:  Do we have one with
 5    Bates numbers that we can give him?
 6          MS. NG:  Yes.
 7          MS. COHEN:  And then we'll have the
 8    same.  I think they were produced yesterday with Bates
 9    numbers.
10    BY MS. COHEN:
11    Q.    It might make it easier for you.
12    A.    Sure.  Thank you.
13    Q.    Yep.  It's the same thing but in color with
14    Bates numbers.
15    A.    Okay.
16    Q.    So page 224 up to -- up to 238, if you look
17    at the bottom number, it's about the safe sleep
18    studies.  Is that right?
19    A.    Yes.
20    Q.    I'm trying to understand the methodology.
21          And when we get to 238, you describe
22    the medical records like you just said.  Right?
23    A.    Correct.
24    Q.    And then that goes up until page 242, the top
25    of it going through the records.  Right?
```

Page 98

```
 1    A.    Okay.
 2    Q.    And then you have a summary paragraph where
 3    you give your opinion.  Right?  I'm just trying to
 4    understand the approach you took.
 5    A.    Yes.
 6    Q.    So you did the safe sleep studies, and then
 7    you did the medical records.  And then you get to your
 8    summary paragraph of your opinions.  Correct?
 9    A.    Correct.
10    Q.    And so my question is, I was looking at
11    Exhibit 19, which is your materials reviewed.  In
12    terms of the police materials, the autopsy report, the
13    toxicology report, you don't reference them in your
14    report, which is where we started this.  Is that fair?
15    A.    I read through them.  They weren't -- they
16    weren't relevant to the question I was asked to
17    answer.
18    Q.    Okay.
19    A.    But in the rebuttals, that material became
20    very relevant to discuss.
21    Q.    Okay.  But in your initial report, just so I
22    can understand this, you don't reference any of the
23    police or autopsy or medical examiner reports.
24    Correct?
25    A.    Correct.
```

Page 99

```
 1    Q.    And also you do not -- in the summary
 2    paragraph -- let's look at that really quickly before
 3    we go through this.  You say, "In summary, based on my
 4    education, experience, knowledge, and training, Z████
 5    was a healthy child who was born to a healthy mother
 6    after uncomplicated pregnancy."
 7          That's your starting point.
 8    Correct?
 9    A.    Correct.
10    Q.    "Z████ had some transitional issues during the
11    first 24 hours of life that resolved without
12    intervention.  She had a structurally normal heart as
13    confirmed by echocardiography.  She was a healthy
14    child with normal growth, and she was well cared for.
15    She was within normal limits for achieving her
16    developmental milestones.  She had no obvious
17    intrinsic risk factors, such as intrauterine growth
18    restriction or maternal use of cigarettes or alcohol,
19    that would increase her risk of the SIDS.  She was
20    also out of the range of most cases of SIDS, which
21    typically 90 percent occur within the first six months
22    of life.  All of my opinions are stated to a
23    reasonable degree of medical certainty."
24          Did I read that right?
25    A.    Yes.
```

Page 100

```
 1    Q.    And that paragraph contains your opinions in
 2    this case.  Correct?
 3    A.    Yes.
 4    Q.    And you don't address in here at all any
 5    extrinsic risk factors.  Correct?
 6    A.    I was not asked to comment on that.
 7    Q.    Right.  And again, I'm not fussing at you.
 8    I'm just clarifying what's -- what's in here and
 9    what's not.
10          In your opinions in your report in
11    this case, you're not addressing extrinsic risk
12    factors.  Correct?
13    A.    I did not.
14    Q.    Okay.  You don't address cause of death.
15    Correct?
16    A.    No, I did not.
17    Q.    Okay.  You don't address the police or the
18    autopsy or the medical examiner's records.  Correct?
19    A.    Correct.
20    Q.    Okay.  And at the time your original report
21    went out, none of that is in here.  Correct?
22    A.    Correct.
23    Q.    You don't have anything in here about the
24    night in question; that is -- let me make sure I have
25    the date on that.  The specific night or date, let me
```

Page 101

```
 1    just see.  I have it right here.
 2            June 19th, 2014, you don't address
 3    that in here, do you?
 4    A.    No.
 5    Q.    Okay.  And again, in your official report
 6    that you signed off on on April 1st, 2021, you do not
 7    address cause of death in here.  Correct?
 8    A.    Correct.
 9    Q.    And let's look back at 19 again just to
10    finish going through this.
11            Dr. Cleary's medical records you
12    reviewed.  Right?
13    A.    Yes.
14    Q.    And that's where you sort of described why
15    you thought she was a healthy, normal baby?
16    A.    Yes.
17    Q.    Have you read his deposition?
18    A.    I have read -- did he have a report or just
19    deposition?
20    Q.    Just a deposition.
21    A.    I did read -- I don't know if I read every
22    page of it; but I do recall going through it, yes.
23    Q.    The next section -- well, let's see.  Just to
24    be fair, that may have been taken after you issued
25    your report.
```

Page 102

```
 1    A.    Yeah, I think it might have been after the
 2    report.  I think you're correct.  At some point, I did
 3    read it.  I just can't tell you the date.
 4    Q.    One of the things on page 241 in your
 5    report -- if you can just flip back to that little
 6    page there, 241.
 7            One of the things you did get from
 8    Dr. Cleary's records is, again, you sit here -- you
 9    sit here -- you say here -- these masks are going to
10    kill me.
11    A.    Sorry.
12    Q.    That's okay.  "At the six month visit, the
13    notes state that Z███ was babbling more, rolling over,
14    and transferring small objects by hand."
15            That's taken from Dr. Cleary's
16    records.  Right?
17    A.    Yes.
18    Q.    And that's what you're -- you interpret them
19    as, that baby was rolling over.  Correct?
20    A.    Yeah.  It was pretty hard to read the
21    records, but that's what I --
22    Q.    Okay.
23    A.    -- got out of it.
24    Q.    Okay.  That's part of what you relied upon.
25    Correct?
```

Page 103

```
 1    A.    Yes.
 2    Q.    And when you said, again, earlier that what
 3    you were asked to do, were you -- were you
 4    communicating with counsel who used to be in this
 5    case, Kristin Schriner?
 6    A.    Yes.
 7    Q.    She's the one that retained to you, I take
 8    it?
 9    A.    I don't know exactly who it was in the firm,
10    but I worked with her.
11    Q.    Okay.  And you were asked to look at, again,
12    safe sleep studies and then basically review of
13    medical records?
14    A.    Yes.
15    Q.    The two parts that we just talked about?
16    A.    Yes.
17    Q.    That are in this original report.  Correct?
18    A.    Correct.
19    Q.    All right.  And then also on Exhibit 19, you
20    looked at -- let's see -- okay -- the autopsy photos,
21    autopsy report, toxicology report from Maricopa
22    County, and the whole ME file.  You looked at it, but
23    you did not address that in your report.  Correct?
24    A.    Correct.
25    Q.    You looked at medical records from Phoenix
```

Page 104

```
 1    Baptist and Mountain View Medical Group?
 2    A.    Yes.
 3    Q.    And those you covered generally.  Right?
 4    A.    Yes.
 5    Q.    Additional ME reports pursuant to Plaintiffs'
 6    subpoena, again, that wouldn't have been covered in
 7    here.  Correct?
 8    A.    Um --
 9    Q.    I think that refers to medical examiner.
10    Yeah.
11    A.    I'm not sure -- yeah, whatever files I was
12    given from -- from that I would have reviewed, yeah.
13    Q.    The protective order and scheduling order,
14    obviously you're not going to comment on those in your
15    report.
16            But let's look at the next part.
17    The deposition of Detective Thomas O'Brien, Detective
18    Michelle Reyes, Detective -- or Officer Torin
19    Williams, ME --
20        MS. COHEN:  Slow down?
21        COURT REPORTER:  Yeah.  Start over
22    with the names.
23        MS. COHEN:  Yeah.
24    BY MS. COHEN:
25    Q.    Deposition of Detective O'Brien, Detective
```

1    Michelle Reyes -- and we'll give you a copy of this,
2    too -- ME Dr. Michael Ferenc, ME Investigator Farrel
3    Swope, you don't address any of those in your report.
4    Correct?
5    A.    Not the initial report.  I was not asked to
6    do that.
7    Q.    And then plaintiffs' answers to discovery
8    requests, I take it those are not covered in the
9    report.  Correct?
10    A.    If those materials were given to me, I
11    reviewed them.
12    Q.    Okay.
13    A.    But I don't think they were specific -- I
14    don't think that information was necessarily specific.
15    There might have been something that would have been
16    involved with determining the child's health, some of
17    those.
18    Q.    Got it.
19    A.    Yeah.
20    Q.    All right.  When you talk about healthy
21    child, that might have come from -- I see what you're
22    saying.
23    A.    They sent me pictures of Z█ at different
24    stages in her life.  There's all kinds of information
25    from the mother's diaries, and there's a whole lot of

1    information there.  But there were -- there was
2    information that would attest -- that helped me
3    determine that Z█ was a thriving child, which is
4    what I stated in the report.
5    Q.    Tempe Fire Department records, you didn't
6    reference those in your report.  Correct?
7    A.    I don't believe so.
8    Q.    Sergeant Alan Akey, the same thing, you
9    didn't reference that in the report.  Correct?
10    A.    Correct.
11    Q.    Depositions of -- of Mr. Osborne's clients,
12    Mr. Olson and Ms. Courkamp?
13    A.    I reviewed that information.  And again, it
14    was just used towards determining the child's health.
15    Q.    Did you glean from their transcripts as well
16    as the -- all of the police reports and medical
17    examiner's reports that the dad -- what happened on
18    the night in question?
19    A.    There was a lot of information that -- yeah,
20    that went through all of the details of that night,
21    sure.
22    Q.    And from your perspective in your official
23    report that you were giving in this case, you weren't
24    getting into what happened that night, I take it.
25    Correct?

1    A.    That was not my purpose for -- for my being
2    hired as a consultant here.
3    Q.    Okay.  And you did see that the police, the
4    medical examiner, Mr. Olson, Ms. Courkamp all
5    basically concluded or all noted that the baby was
6    found not restrained.  Did you see that?
7          MR. OSBORNE:  Form and foundation.
8          THE WITNESS:  From the information
9    that I read, when the baby was found, she was not
10    restrained.
11    BY MS. COHEN:
12    Q.    Right.  And you saw Mom's report to the
13    medical examiner and the police she didn't think the
14    father restrained her the night before.  Did you see
15    that?
16          MR. OSBORNE:  Form.  Foundation.
17    BY MS. COHEN:
18    Q.    I can pull it out, if we need to.
19    A.    I saw conflicting information about that.
20    There was a lot of conflicting information about what
21    happened that night.
22    Q.    You think it was conflicting?
23    A.    I believe the dad said that he usually did
24    put the baby in buckle but that he didn't always.  And
25    I can't remember what Ms. Courkamp said.  I'd have to

1    look at specific -- I think she felt that -- her
2    recollection was that the baby was not restrained that
3    night.
4    Q.    Okay.
5    A.    But I think Andrew thought he may have
6    restrained the baby but really wasn't sure.  He
7    didn't --
8    Q.    Right.
9    A.    -- remember.
10    Q.    Okay.  And we'll pull those out as we go
11    through the day.  But again, that wasn't something you
12    were called on to address in this case.  Correct?
13    A.    On initial report, no.  On rebuttal, there
14    was a lot of things I was asked to look at.
15    Q.    Sure.  But your initial report is where you
16    disclosed -- you understand you were disclosed to give
17    opinions based --
18    A.    Yes.
19    Q.    -- on your initial report.  Correct?
20    A.    Yes.
21    Q.    And then you -- let's see.  You also received
22    the recorded statement of Gary Deegear?
23    A.    Yes.
24    Q.    And did you receive his three depositions
25    that were taken?

Page 109

1    A.    There was a huge -- huge amount of
2    information and files on him. I can't tell you
3    specifically, you know. There was a couple of things.
4    And then there was, like, an abridged version of some
5    of the -- some key information.
6    Q.    But again, that's not something you covered
7    in here?
8    A.    I don't think I even had that available to me
9    when I made my initial report.
10    Q.    Okay. And then the deposition exhibits of
11    Kitty Pilarz, 30(b)(6), you didn't address those in
12    here?
13    A.    I didn't have those at the time of the
14    report. I don't think I received those until very
15    recently actually.
16    Q.    Okay. So in terms of this list, just to
17    recap, and your report -- your official report in this
18    case, the only things you rely upon in here were the
19    medical records and maybe the plaintiffs' discovery
20    responses and maybe parts of the depositions. Is that
21    a fair recap?
22    A.    I think so.
23    Q.    And the other things were not -- were not
24    part of what you relied upon and not part of your
25    opinions in the case. Correct?

Page 110

1    A.    Correct.
2    Q.    Now, let me just finish up the notice here.
3    I know we've been going for a while. So you just let
4    me know when you want to takes a break. I'm not
5    trying to --
6    A.    Thank you.
7    Q.    -- punish anybody.
8    A.    Thank you for asking. I'm good whenever
9    everybody else wants to. I'm okay. But I'm fine to
10    continue.
11    Q.    Have you taken any notes in this case?
12    A.    Not really. I just wrote up my report.
13    There were rough drafts, but they just evolved into
14    the final report. So I don't have any separate
15    information.
16    Q.    And there's a lot -- a lot of questions about
17    materials you relied upon. So is it fair to say
18    that -- that between your orange folder here and the
19    list we went over -- and we'll cover a couple other
20    things -- that that covers everything you looked at in
21    this case?
22    MR. OSBORNE: Form.
23    THE WITNESS: I would -- I would say
24    there are many articles that I reviewed to form my
25    opinion and they're not all here.

Page 111

1    BY MS. COHEN:
2    Q.    Okay. That would go in the front part of the
3    report; that is, the safe sleep part. Is that
4    correct?
5    A.    Correct.
6    Q.    But in terms of what -- in terms Z█ and
7    your opinions that are -- you agree your opinions on
8    Z█ are captured in this last paragraph on page 242.
9    Right?
10    A.    Yes.
11    Q.    That's the entirety of your opinions on her.
12    Correct?
13    A.    Of what I was asked to make an opinion about.
14    Q.    Yes.
15    A.    Obviously, there is a lot more information.
16    And I suspect you may ask questions about it later in
17    terms of risk factors and intrinsic and extrinsic --
18    Q.    Sure.
19    A.    -- and such and so forth that I certainly can
20    talk to but was not asked to do so for this report.
21    I mean, it was a criticism of some
22    of the rebuttals that I didn't have the response to.
23    Q.    Yeah. Right now we're just focused on what
24    your opinions are in this report, but we'll certainly
25    get to that.

Page 112

1    Let me see where I was up there.
2    So -- and then since the first
3    report -- I'm just trying to do this sequentially --
4    you have had a chance to look at the other reports
5    that were given in this case. So, first of all,
6    Plaintiffs' expert witnesses, they have Dr.
7    Singhose -- and I think if I get any of this wrong,
8    I'm sure Mr. Osborne will correct me -- who is an
9    engineering -- I may not be stating the entirety of
10    his -- he's an engineering type; Dr. Brandenburg
11    (phonetic), who is human factors and warnings; and
12    then Dr. Christiansen, who is a pathologist are the
13    other Plaintiffs' expert witnesses along with you.
14    Have you read all of their reports?
15    A.    I've looked at all the reports. I don't know
16    if I've read every single page. I do believe the
17    product expert's report was a couple hundred pages or
18    something. And honestly, some of the information gets
19    into a level of detail that's beyond my pay grade.
20    And that's why he's the expert in that and I don't
21    comment on it.
22    Q.    I'm just trying to figure out what you have
23    reviewed. But you're aware that there's other
24    Plaintiffs' expert witnesses?
25    A.    Yes.

Page 113

1    Q.    You've read some of them, but you've focused
2    on probably more on the medical ones?
3    A.    I've looked at all everything, but my focus
4    would be more on the medical information.
5    Q.    So those were the plaintiffs' experts.  And
6    on the defense side, we seven experts.  And I know you
7    read -- looking at your rebuttal report, you read Dr.
8    Goldsmith's report.  We talked about Dr. Fuller you
9    mentioned today?
10   A.    Yes.
11   Q.    Dr. Gibb, who is the epidemiologist?
12   A.    Yes.
13   Q.    Were those the primary ones you focused on?
14   A.    Yes.  You would have to tell me who the other
15   people's names were for me to comment, but I
16   definitely looked at all of those.
17   Q.    Well, in your rebuttal report, you actually
18   list the ones you reviewed.  So maybe that gives me
19   the answer on page -- yeah.
20   A.    Because there was somebody else on --
21   Q.    Dr. Drago's you looked --
22   A.    Yeah.  I received that one very late; but I
23   did end up making comments on that, yes.
24   Q.    So then my question is -- oh, yeah.  I don't
25   mean to hide this from you.  You have this in front of

Page 114

1    you, too, Exhibit 3, I think.
2         You also here state that you did
3    look at the deposition of Kevin Clearly -- Cleary --
4    A.    Yes.
5    Q.    -- in between Report 1 and Report 2.  So that
6    gives us that answer.
7    A.    Yes.
8    Q.    Okay.  Yeah, three is right there.
9         What about recent depositions that
10   have been given all over the country in this case that
11   I've missed many of, which depositions have you seen?
12   Do you know?
13   A.    I know I reviewed Dr. Christiansen's
14   deposition; but I don't know -- I know Dr. Cleary's
15   deposition, not just report.  I don't -- I don't --
16   who is the -- the product expert?  I'm forgetting --
17   Q.    On which -- on the defense side?
18   A.    Who was involved from the beginning of
19   determining whether the product was safe when it was
20   being developed?  He recently retired.  You had a
21   really long -- you had a really long deposition with
22   him.  Oh, Dr. Drager (phonetic), yeah.
23        MR. OSBORNE:  Drago.
24        THE WITNESS:  Drager -- Deegear --
25        MS. COHEN:  Yeah.

Page 115

1         THE WITNESS:  -- Deegear.  I'm
2    sorry.  Deegear.
3         MR. OSBORNE:  However you pronounce
4    it.
5         THE WITNESS:  I did look at
6    information from Dr. Deegear.  I think that was
7    deposition, not report.
8         MS. COHEN:  It was pretty long.  It
9    was three -- three days.
10        MR. OSBORNE:  How do you pronounce
11   it any way?
12        MS. COHEN:  Deegear.
13        MR. OSBORNE:  Deegear?
14        MS. COHEN:  Yeah.
15   BY MS. COHEN:
16   Q.    Let me get out your invoices, because we
17   marked those.
18   A.    Yeah, I'll just tell you right now my
19   invoices are not completely up to date, because I just
20   haven't had a chance to -- to do it, so the recent
21   work that I've done in preparation for today.
22   Q.    I'd bill him.  Make him pay you.
23        MS. COHEN:  So we should be up to 20
24   now.  I'll mark the exhibits.  And we got these last
25   night from Plaintiffs' counsel.  I just want to make

Page 116

1    sure I understand what these are.
2         Twenty and 21 we'll mark --
3    actually, 20, 21, and 22.
4         MR. OSBORNE:  You're marking them
5    separately?  Okay.
6         MS. COHEN:  I would mark them
7    together, if it's easier.
8         MR. OSBORNE:  It's whatever you want
9    to do.  I just want to make sure my notes are
10   accurate.
11        MS. COHEN:  Just two.  Right?
12        MS. NG:  Um-hum.
13        MS. COHEN:  Sorry.  So 20 and 21.
14   I'll mark them separately --
15        MR. OSBORNE:  Okay.
16        MS. COHEN:  -- just because I don't
17   have any clip over here.
18        (Exhibit 20, Invoice, marked for
19   identification.)
20        (Exhibit 21, Invoice, marked for
21   identification.)
22   BY MS. COHEN:
23   Q.    So I'm handing you 20 and 21.  And these are
24   what was produced to us as your invoices.  And so my
25   question is on -- I guess since this is marked as

Page 117

Exhibit 1 -- Bates 1, the one that says, "Courkamp expert report by Michael Goodstein, M.D." And then Exhibit 2 is on the bottom. This one didn't have a year on it. I'm trying to understand. Do these go in order?
A. It says, 2020, 2021.
Q. Look at the next page.
A. Oh.
Q. There may be a simple explanation. And I'm not catching on it. Do you know where those fit?
A. This is probably from 2019 and I didn't put a date on it, because I didn't -- I thought --
Q. You didn't think it would go into other years?
A. Yes, exactly. I thought I was going to be writing a report --
Q. Okay.
A. -- and it wouldn't go too much further than that. This has been a whole new world. So, yeah, that's why I believe it's -- yeah, literature review, report. Yeah, it's all 2019.
Q. Okay. So the one that starts with Bates No. 2 on the bottom is actually 2019. Is that right?
A. Yes.
Q. And it starts with, "Hours for Rock 'n Play

Page 118

Litigation, 9/26." That would have been, again, as you said, 2019. So that was before COVID hit. And I think that was also what sort of slowed us down in this case.
9/26 was the first phone meeting. Would that have been Ms. Schriner?
A. I -- I don't know who was on the call with me; but it was the legal team.
Q. Okay. And there it looks like from September to December you did 7.5 hours and you were -- is that correct?
A. Yes.
Q. Phone meeting, then literature review one hour and then review and report work is another 5.5 hours there -- if am I adding that up right --
A. Yes.
Q. -- before another phone meeting?
Was that the report that turned out to be this Exhibit 2 that we have in front of us?
A. Yes. It would be work on that, yes.
Q. Okay. And again, your charge, that is your charge -- what you were assigned to do was tell me about safe sleep practices --
A. Yes.
Q. -- your literature on that and then look at

Page 119

the intrinsic risk factors for Z[redacted]?
A. It was to review her medical records.
Q. Okay.
A. It wasn't -- can I look at my report?
Q. Sure. Of course. There you go. And we're looking at page 242.
A. Yeah, I put in the wording, which I don't know if that's the way it was asked for in the report. But it's review her medical records and to comment on her health.
Q. Okay.
A. And I just tied that to the topic that we're all here to talk about is, you know, SIDS.
Q. When we talk about -- not we, when the world talks about SIDS and SUIDs -- and I think I saw this in your report or one of your writings, that in your mind -- in your opinion, I should say, SUIDs -- SIDS is part of SUIDs. Correct?
A. There's a subcategory. That's correct.
Q. So when we, again you, talk about SIDS and SUIDs, there are -- you agree there are intrinsic risk factors as well as extrinsic risk factors?
A. That is true.
Q. And when we talk about the Triple Risk Theory, that includes both intrinsic and extrinsic.

Page 120

Correct?
A. That's correct.
Q. In your report -- your official expert report in this case, which is Exhibit 2, you only address intrinsic risk factors, though. Correct?
A. Yes, because intrinsic risk factors are internal to the baby and referring to the child's health as opposed to the ex -- I tripped over my tongue -- extrinsic risk factors, which are exogenous or outside of the baby and typically refer to the environment and don't include some of the things I have to say that are in the other reports.
I think there are some -- I'm sure we'll address it later; but I think there is some mistaken understanding with your experts in terms of intrinsic and extrinsic factors.
Q. Well, you don't address any extrinsic risk factors in your report. True?
A. I wasn't asked to discuss that until the rebuttals.
Q. I understand. I'm just saying, just to be clear, you're not saying that extrinsic risk factors are not important, are you?
A. Of course not. Extrinsic risk factors are important.

Page 121

1    Q.    Every article you've written on SIDS and
2    SUIDs covers extrinsic. Right?
3    A.    Of course. I'm not saying that they're
4    causative, but they are risk factors.
5    Q.    And in fact, you would take issue with
6    somebody who wrote an article about risk factors for
7    SIDS and didn't address extrinsic risk factors. True?
8    A.    True.
9    Q.    Now, let me -- let's just finish up these.
10   So we have 2019. We've covered that. And then 2020,
11   again, I think looking back -- and John can correct
12   me -- we had COVID issues and delays and things like
13   that. So that's kind of what happened.
14         But it looks like come 2020, though,
15   you started picking things up in terms of more hours,
16   in fact, 27.5 more hours. Correct?
17   A.    Correct.
18   Q.    And your fee -- I think I saw this somewhere
19   what your fee schedule was. And this would be on the
20   back of Exhibit 2, fee schedule -- it's on page 267 in
21   the back. Yeah, the back of that page. That's your
22   fee schedule there. Correct?
23   A.    Yes.
24   Q.    And you include your wife's name and your
25   son's -- I take it that's your son, Jonathan?

Page 122

1    A.    Yes. I don't know why that's attached to
2    that. That's kind of weird.
3    Q.    It's nice, though.
4    A.    That's the beginning of my CV. So I'm not
5    sure how that --
6    Q.    That was nice you had them on your fee
7    schedule.
8    A.    That's just the front page of my CV. It
9    looks like something got out of order and attached on
10   incorrectly.
11   Q.    Okay.
12   A.    It looked like somebody typed that in,
13   because that's not what I printed out.
14   Q.    I just want to make sure I have this. So
15   your fee schedule, $700 an hour for review, phone
16   calls, literature review, and report preparation.
17   Right?
18   A.    Yes.
19   Q.    And then for deposition, you charge $1,400 an
20   hour?
21   A.    Yes.
22   Q.    Plus a two-hour minimum, plus travel
23   expenses. Right?
24   A.    Yes.
25   Q.    So am I getting charged for travel expenses

Page 123

1    today for your drive here?
2    A.    I think I can afford the gas.
3    Q.    I'm just wondering. $3,000 a day or partial
4    day if you go to court. Correct?
5    A.    Yes.
6    Q.    And travel expenses?
7    A.    Yes.
8    Q.    So if you come to Arizona to testify in this
9    case, if we ever get a trial date, it would be $3,000
10   a day plus travel expenses?
11   A.    Yes.
12   Q.    And even if you don't testify for an entire
13   day, you'll be charging $3,000?
14   A.    Yes.
15   Q.    Now, to go back to the invoice, there's a lot
16   of hours in 2020 on writing of report. I see one,
17   two, three, four -- five different entries on that.
18   So is this still the same report you're writing,
19   because I --
20   A.    Well, at some point, it turned into the
21   rebuttal. So this is before April. So this would
22   have been the initial report. So, yeah, I was writing
23   everything from scratch and reviewing the literature
24   and making sure that everything I said was completely
25   accurate.

Page 124

1    Q.    Okay. Let's think about the timing. So
2    April --
3    A.    Okay.
4    Q.    -- the first report is April 2021. The
5    second report is just the rebuttal part. Right? It's
6    July 2021. Is it fair to say that everything on
7    page 1 here relates to the first report?
8    A.    Yes.
9    Q.    Okay. And so the invoice that you said that
10   you haven't got caught up on yet would go for the
11   rebuttal report?
12   A.    Yes.
13   Q.    We don't have those yet. Right?
14   A.    Yes.
15   Q.    Do you know how many hours it's been since
16   March 30th? So that would be basically looking at all
17   the reports; that is, your co-plaintiff expert
18   reports, the other plaintiff expert reports, three of
19   them, plus the seven defense reports plus all the
20   depositions coming in. Do you know how many hours you
21   spent and then writing the report?
22   A.    Right. I -- I couldn't tell you off the top
23   of my head. It's probably somewhere around 20 hours,
24   but I couldn't say with certainty about that.
25   Q.    Okay. Twenty more hours?

Page 125

1    A.    Yes.
2    Q.    We can put that away here.
3          MS. COHEN:  Should we take a quick
4    break now?
5          MR. OSBORNE:  Sure.  It's up to you.
6          MS. COHEN:  11:30.  So we've been
7    going about two hours.
8          THE WITNESS:  Sure.
9          THE VIDEOGRAPHER:  We're going off
10   the video record.  The time is 11:31.
11         (Brief recess from the record.)
12         THE VIDEOGRAPHER:  We're back on the
13   video record.  The time is 11:50.
14         MS. COHEN:  Thank you.
15         (Exhibit 2A, Original Report,
16   4/1/21, with Attachments, marked for identification.)
17   BY MS. COHEN:
18   Q.    So one thing I did while we were on the break
19   is you had Exhibit 2 in your -- in your folder there,
20   which was your original report.  And I went ahead and
21   marked 2A just to confirm that this has more stuff to
22   do, because the one that was in your folder didn't
23   have, like, your attachments and everything.
24   A.    Okay.
25   Q.    So if we could just confirm this is your

Page 126

1    official report with the attachments that were
2    produced.  And then we'll do the same thing with
3    three, I think.
4    A.    This looks okay.
5    Q.    I don't want to find out later that we didn't
6    attach a full one.
7          (Exhibit 3A, Rebuttal Report,
8    7/16/21, with Attachments, marked for identification.)
9    Q.    And then for your -- why don't we go ahead
10   and do Exhibit 3A also.  We have the one in the
11   folder, but this is the official one with attachments
12   for 3A for the July rebuttal report.
13   A.    Okay.
14         MS. COHEN:  Does John need a copy of
15   that?
16         MR. OSBORNE:  I don't really need a
17   copy of that.  I mean, we're already burning trees
18   here.
19         MS. COHEN:  We want you to carry
20   this back.
21         THE WITNESS:  That's kind of what I
22   was trying to, minimize some of the stuff I was
23   making.
24         MS. COHEN:  I know.  We failed,
25   yeah.

Page 127

1          THE WITNESS:  Yeah.
2    BY MS. COHEN:
3    Q.    Can you confirm that is your July rebuttal
4    report?
5    A.    Yes.
6    Q.    And while -- let's look at this for a moment.
7    This is Exhibit 3A.  One thing you mention here is you
8    did inspection of the exemplar Fisher-Price Rock 'n
9    Play inclined sleeper.  When did you do that?  When
10   and where did you do that?
11   A.    Did you say --
12   Q.    Do you want me to ask that again?
13   A.    Yeah, I'm not sure what --
14   Q.    Your rebuttal report on July 16, 2021,
15   starts -- Exhibit 3A, starts with, "At your request, I
16   prepared the following rebuttal report with respect to
17   the above referenced case, which is based on an
18   inspection of exemplar Fisher-Price Rock 'n Play
19   inclined sleeper and a review of the materials
20   including" -- and then I'll list them.
21         In terms of the inspection, where
22   did you do that?  Was that at Mr. Osborne's office?
23   Was that sent to you here?
24   A.    No.  But I have examined -- I have examined
25   Rock 'n Plays.  So I've seen them locally in -- in the

Page 128

1    stores.  I did not take one home and buy one.  I
2    know -- I know what the product looks like.  I've seen
3    pictures of the product.  And I've examined -- and
4    I've examine the product.  I didn't -- I don't have a
5    specific model that I, you know, sat and played with.
6    Q.    That's what I was trying to ask.
7    A.    Yeah.
8    Q.    So you're saying that generally you
9    understand what they look like?
10   A.    Yes, very much.
11   Q.    You've seen them in boxes in the store?
12   A.    I've seen them on display, yeah.
13   Q.    But when you say here on page 1 "based on an
14   inspection of the exemplar Fisher-Price Rock 'n Play,"
15   did you actually have a Rock 'n Play that you looked
16   at and touched and measured?
17   A.    I did not have one to measure, no.
18   Q.    When it says "exemplar," does that mean the
19   same model as the one that was in the Courkamp case?
20   A.    No, because I don't know the specific model
21   in the Courkamp case, no.
22   Q.    And again, other than seeing it in stores --
23   I'm trying to understand what is meant by your
24   discussion.
25   A.    I guess I'm not sure what you mean by

1    exemplar.
2    Q.    Let me try this again, because this is
3    your -- I'm just using your words.  You said you did
4    an inspection of the exemplar.  So did you actually
5    look at a Rock 'n Play?
6    A.    With regarding to this case?
7    Q.    Yeah.
8    A.    No.  And I probably misunderstood the -- the
9    wording, because I guess there is standard wording
10   that's used in the reports that for the cover letter
11   the team gave me some assistance with.  So if -- so if
12   you're asking if I specifically had a model to look at
13   and examine top to bottom, I did not do that.
14   Q.    Okay.
15   A.    So this would not be quite as --
16   Q.    I think I understand basically.  This was
17   like --
18   A.    I didn't take one apart from an engineering
19   point of view.
20   Q.    Right.  And I'm even asking that.  Did you
21   actually have a Rock 'n Play to look at?
22   A.    I did not purchase one to look at, no.
23   Q.    Was one sent to you?
24   A.    No, they did not send one to me.
25   Q.    So really you did not do an inspection of an

1    exemplar Rock 'n Play here.  Correct?
2    A.    I did not -- I know what the product is.  I
3    did not take it apart to do it.  But I have looked at
4    them.  I've reviewed the product.  So I know what the
5    product is.  And I have had hands on with it, just
6    not -- not to the point of -- I don't know what you
7    want me -- I don't know what to say to this.  I
8    guess --
9    Q.    I can ask you.
10   A.    Yeah.  Did I sit down with one that was sent
11   to me to -- to look at?  No.  But I know the product.
12   I know information about the product, the dimensions
13   of the product, and the materials of the product.  But
14   did I sit and do what the -- what our product expert
15   does with putting dolls in and reenactment?  No, I
16   didn't do anything like that.
17   Q.    We know you started working on this
18   litigation in 2019.  Right?
19   A.    Yes.
20   Q.    Since 2019, have you looked at a Rock 'n Play
21   device?
22   A.    I have not.
23   Q.    And since you got involved in this litigation
24   in 2019, have you inspected a Rock 'n Play device?
25   A.    I have not needed to look at another one.  I

1    already had formed an opinion on that based on what I
2    know of the product and having seen the product.
3    Q.    Okay.  But since you got involved in this and
4    were retained in 2019, have you ever inspected a Rock
5    'n Play device?
6    A.    No.
7    Q.    And when you say that you already knew what a
8    Rock 'n Play looked like, you've seen pictures of it.
9    Right?
10   A.    More than pictures.  I've physically seen the
11   product and looked at the product.  I just -- I've
12   seen -- I've had them in my office when I've looked at
13   them.  So, yes, I've inspected a Rock 'n Play.
14   Q.    What year?
15   A.    I don't recall.
16   Q.    So sometime --
17   A.    I get all kinds of products sent to me to --
18   to look at.  And so I couldn't tell you that.
19   Q.    I think what you're telling me is sometime
20   long before this case started, so before 2019 --
21   A.    Um-hum.
22   Q.    Before you got involved as an expert in this
23   case, at some point, you would have seen a Rock 'n
24   Play as part of your work on the AAP?
25   A.    Absolutely.

1    Q.    And that's what you're referring to?
2    A.    Yes.
3    Q.    You didn't actually inspect one for this
4    case, though?
5    A.    Inspect for this case?
6    Q.    Yeah.
7    A.    No.
8    Q.    So when you say, "I prepared the following
9    rebuttal report based on inspection," that's not true.
10   Correct?
11   A.    I wouldn't say that.  I mean, I know what a
12   Rock 'n Play is.  I know what it looks like.  So --
13   Q.    I'm going to use -- I'm going to use your
14   friend, Merriam-Webster.
15   A.    Okay.
16   Q.    Let's look up what inspection says, and then
17   I'll ask you if you had that in this case.
18         Merriam-Webster, "inspection, the
19   act of inspecting."  Very good.  "Checking or testing
20   of an individual against established standards."
21         You didn't do that with a Rock 'n
22   Play in this case, did you?
23   A.    There's nothing to check against the
24   standard, because it doesn't conform to the standard.
25   So I've looked at it.  I've -- I have examined it.

I've done that.
Q. Let me ask. I know this is only your second time you've done an expert report. Right?
A. Sure.
Q. But you understand that it's an official document that goes to the Court in this case. Right?
A. Yes.
Q. You understand that it's important to be truthful in that?
A. I am being truthful. I've examined and looked at them. I've seen them. I think they're really kind of poorly put together. The first time I grabbed ahold of one, I was shocked at how -- how light the construction was on it. It was very -- it was not sturdy. And I felt the thing could have easily fallen apart. So, yeah, I've had my hands on them. I don't know when in terms of what year it was, but I've seen them.
Again, I get different products sent to me all the time. I examine them, and I comment on them. I didn't put a baby in one of them; but, yeah, I've had my hands on them.
Q. And again, you say things in your report, and I'm entitled to ask about them --
A. Of course.

Q. -- you understand. Right?
A. Sure.
Q. You understand you took the oath today --
A. Sure.
Q. -- to be truthful?
A. Yes. Of course, I'm being truthful, yeah.
Q. It says, "I've prepared the following rebuttal report with respect to the above-referenced case which is based on an inspection of the exemplar Fisher-Price Rock 'n Play inclined sleeper."
A. Right.
Q. You did not do an inspection in this case?
A. Maybe inspection isn't the -- the correct word, okay; but I examined it. Your definition of inspection wasn't very helpful. So I --
Q. It wasn't mine; but, yes.
A. I understand. So did I do -- if you're saying by inspecting did I test, I did not test. If you mean by inspecting that I've had my hands on a unit and looked at it, then, yes, I have -- I have done that.
Q. It says to inspect, Merriam-Webster, "to look at something" -- "someone or something closely to assess their condition."
Did you do that in this case?

A. For -- for since this project started, no. But why do I need to do that more than once? I've already seen the product, and I made my assessment of it.
Q. Can you tell me which -- which -- which product you looked at?
A. Which model of it?
Q. Yes.
A. I have no idea which model it was.
Q. Can you tell me where you were when you looked at it?
A. No, I cannot.
Q. Can you tell me what year it was?
A. No. Like I said, I get asked to look at all kinds of product, breathable bumpers, breathable mattresses. And I couldn't tell you what year or what model those products were. I get asked to look at -- there's a Paci Animal product, which is a pacifier with an animal on it. So I've seen all kinds of products over the years.
Q. I understand that. And please understand, you know, you are an expert against my client in this case.
A. Sure.
Q. It's a serious case, and I'm entitled to ask

you about your report. And that's all I'm doing.
A. Of course.
Q. Okay. When you make a statement in a report, I'm just asking about it. All right?
A. Okay. I just can't give you the specifics you're asking. If you're asking for that after I was employed by Attorney Osborne did I take a Rock 'n Play and examine it specifically for this proceeding, no, I did not do that. Okay? But I have examined them before, and I know what the product is. And I've had my hands on the product.
Q. Okay.
A. So I'm able to make an assessment.
Q. Sometime long before 2019, but you can't tell me when. Correct?
MR. OSBORNE: Form.
THE WITNESS: I don't know what year. I don't know if it's long before. It's somewhere in my tenure of being on the task force I've looked at this product.
BY MS. COHEN:
Q. Do you know what model was involved in the Courkamp case?
MR. OSBORNE: Form.
THE WITNESS: No, I don't know which

Page 137

1    model it is. I'm not sure. I don't know if that's
2    relevant to the case.
3    BY MS. COHEN:
4        Q.    And just to be clear, let's look at your --
5    your Exhibit 3A, your rebuttal report that you did.
6    And both your reports 2A and 3A that we've marked, did
7    you do the typing yourself?
8        A.    Yes.
9        Q.    Okay. Did you have any help -- I don't mean
10   by counsel. Did you have any assistant or a grad
11   assistant help with either of these?
12       A.    I wish. Are you kidding me? I stayed at
13   home and did this on my own time.
14       Q.    That you get paid $700 an hour for. Right?
15   True?
16       A.    True. True. The only thing I didn't do was
17   I had to do an E-signature, but it's my signature.
18       Q.    I understand.
19       A.    I did get some help with that.
20       Q.    All right. Let me -- let me just make
21   sure -- so again, in the first part -- in looking at
22   this rebuttal report -- and we don't have your time.
23   So I don't know how long you spent writing the report
24   itself. But the first -- let's see 9151 is the intro
25   part. Let me ask -- so the inspection of the exemplar

Page 138

1    we already talked about. The review materials that's
2    listed there one to eight, is that list accurate or
3    not accurate?
4        A.    Yes, it's been a while. There's some reports
5    I know more about than others that I focused on. But
6    these are all the documents that I had access to.
7        Q.    Did you since this time look at their
8    rebuttal reports? In other words, this talks about
9    their reports. What about their surrebuttal reports,
10   have you seen them?
11       A.    I was sent a document. I did look at some of
12   it, but the attorneys told me that I didn't need to
13   make further comment on -- on that. So I didn't focus
14   extensively on -- on that. I focused a little bit
15   more probably on Dr. Goldsmith and Dr. Fuller and
16   maybe Mr. Gibb.
17            I mean, my report is here. So the
18   people -- the pieces that I did focus on are here in
19   the report.
20       Q.    So let's walk through this for a minute.
21       A.    Sure.
22       Q.    9152 Dr. Fuller, you know she's a
23   pathologist. Correct?
24       A.    Yes.
25       Q.    We talked about that earlier. And then she's

Page 139

1    a neuropathologist. Correct?
2        A.    Yes.
3        Q.    And you don't pretend to be a pathologist or
4    a neuropathologist. Correct?
5            MR. OSBORNE: Form.
6    BY MS. COHEN:
7        Q.    You don't hold yourself out as either of
8    those, do you?
9            MR. OSBORNE: Form.
10           THE WITNESS: I'm not.
11   BY MS. COHEN:
12       Q.    Okay. Herman Gibb is an epidemiologist.
13   You're not an epidemiologist. True?
14           MR. OSBORNE: Form.
15           THE WITNESS: I'm not an
16   epidemiologist, but I have a deep understanding of
17   epidemiology of SIDS from my work with the task force.
18   And that's my area of expertise with regard to SIDS.
19   BY MS. COHEN:
20       Q.    Right. And you did not include in your
21   original report conclusion a full epidemiological
22   assessment, correct, of SIDS?
23       A.    Only because I was not asked to do that. I
24   certainly could have done that, but I was not asked to
25   do that.

Page 140

1        Q.    I understand that. I'm not the one that
2    hired you. You understand that. Right?
3        A.    Yes.
4        Q.    I didn't set out your tasks. Right?
5        A.    Yes.
6        Q.    I didn't set out your mission. Correct?
7        A.    Yes.
8            MR. OSBORNE: Form.
9    BY MS. COHEN:
10       Q.    The issue here where you talk about Dr. Gibb
11   and race, ethnicity on page 1954, that was one of the
12   things that was listed on the document you presented
13   earlier today. Correct? Race and ethnicity was one
14   of the factors?
15       A.    Yes.
16       Q.    Okay.
17       A.    Um-hum. But the way he is presenting it is
18   inaccurate.
19       Q.    Well, Mr. Osborne can ask you more about that
20   later.
21            On the bottom of 154 -- let's see.
22   Dr. Goldsmith we've talked before. He comes up on
23   9155.
24            Dr. Drago is a regulatory safety
25   expert. Do you know of her?

Page 141

1    A.    I really did not know much about her until
2    this case.
3    Q.    You never heard of her before?
4    A.    I think I may have recollected her name in
5    passing somewhere along the way, but she's not
6    somebody whose name jumps off the page in terms of
7    SIDS research and the work that I focus on.  I think
8    she might have -- wasn't she with CPSC for a while?
9    Q.    Exactly.
10   A.    I probably recognize her name from somewhere
11   with that somewhere along the way.
12   Q.    You've never been with CPSC, have you?
13   You've never been part of that?
14   A.    No.  But the conferences I go to often
15   involve having people from CPSC.  And I've worked with
16   them to try to answer certain questions for them when
17   they're reviewing things.
18   Q.    So here is my question.  Have you ever been
19   part of CPSC?
20   A.    Am I a member?  No.
21   Q.    Okay.  Have you ever been part of JPMA?
22   A.    No.
23   Q.    There are AAP members on J -- JPMA.  Right?
24   A.    Um-hum.  I've worked with them on particular
25   products like review of The Baby Box.

Page 142

1    Q.    Have you ever been part of the task force
2    that goes to JPMA and participates on their panels?
3    A.    I've been on -- they had open -- I don't know
4    what you mean by panel.  But there was open forum for
5    discussion.  They've had routine meetings on The Baby
6    Box that was the run by the head of JPMA.  And I was
7    involved with those phone calls, yes.
8    Q.    Have you ever been the AAP member that goes
9    and attends the JPMA meeting?
10   A.    Not as an AAP representative.
11   Q.    Have you been an AAP representative that goes
12   to CPSC meetings on baby products?
13   A.    No.
14   Q.    And let's get to page 1.  And you've never
15   been part of the ASTM, I take it?
16   A.    No.
17   Q.    Let's get to your conclusion of your rebuttal
18   report.  This is page 9160.  Again, earlier today
19   regarding your original report which sets out your
20   opinions, you talk about how safe sleep was the first
21   part and the second part was about -- about the baby's
22   medical history.  Right?
23   A.    Yes.
24   Q.    And the intrinsic risk factors for SIDS.
25   That's how you described it?

Page 143

1    A.    Yes.
2    Q.    Now, we look at this conclusion.  And again,
3    just to be clear, you address here safety issues,
4    correct, safe sleep issues?
5    A.    Yes.
6    Q.    You don't get to in any which way the medical
7    history here.  Correct?
8    A.    I'm not sure I understand.
9    Q.    You're not addressing -- you're not
10   addressing baby Z███'s medical history here, correct,
11   in this conclusion?
12   A.    Correct.
13   Q.    This conclusion comprises your opinions in
14   your rebuttal report.  Right?
15   A.    Yes.
16   Q.    This is a section that covers your opinions.
17   True?
18   A.    Yes.
19   Q.    And you don't get into cause of death here at
20   all.  Correct?
21   A.    Correct.
22   Q.    And in neither report -- just again to be
23   very clear, in neither report do you include a
24   differential diagnosis of what happened in this case.
25   True?

Page 144

1    A.    I was not asked do that.  So I...
2          COURT REPORTER:  I'm sorry.  I
3    couldn't hear that.
4          THE WITNESS:  I said, I was not
5    asked to do that.  So it's not included in the report.
6    BY MS. COHEN:
7    Q.    I just want to make perfectly clear.  It's
8    not that you weren't asked, you did not include a
9    differential diagnosis in either of your reports
10   because you didn't do one.  Correct?
11   A.    I certainly have a differential diagnosis,
12   but I was not asked to put it in this report.
13   Q.    I'm going to ask very clearly.  There is not
14   a differential diagnosis in either of these reports in
15   Exhibit 2 or Exhibit 3.  Correct?
16   A.    Correct.
17   Q.    And you did not offer up in your opinions a
18   differential diagnosis.  Correct?
19   A.    Correct.
20   Q.    I just want to make sure I covered your
21   curriculum vitae before we move on to something else.
22   I want to make sure I've adequately cover it.
23          You are -- did you tell me earlier
24   that York Hospital is the --
25   A.    Yes.

Page 145

1    Q.    -- one that you spend a hundred percent of
2    your time?
3          MR. OSBORNE:  Form.
4          THE WITNESS:  Not a hundred -- I do
5    not spend a hundred -- that's where I spend the
6    majority of may clinical time.  But I have oversight
7    at these other hospitals.  And I also have many other
8    things that I do.  So if you're referring to my work
9    time, it's not just clinical; but I'm a full-time
10   clinician.  But I'm not sure what you're -- also I
11   have an administer role and other things that I do
12   that are part of the work that I do and volunteer on
13   this with these things.
14   BY MS. COHEN:
15   Q.    Okay.  So you told me earlier you've been
16   practicing as a neonatologist for 30 years.  Correct?
17   A.    Yes.
18   Q.    Your training is as a pediatrician and
19   neonatologist?
20   A.    Yes.
21   Q.    In terms of your current professional time,
22   you said it's not all clinical.  Right?
23   A.    Correct.
24   Q.    What percentage is clinical?
25   A.    Well, it depends how you want to put that,

Page 146

1    because if you're talking about a 40-hour workweek,
2    it's a -- it's a lot more than that.
3    Q.    I'm guessing by your laughter, you don't have
4    any 40-hour workweeks?
5    A.    I'm sure you don't either.  So you
6    understand.
7          So I'm a full-time clinic.  I have a
8    full-time clinical position.  I'm the director of NICU
9    and all newborn services.  So in addition to the
10   full-time clinical role, I also have an administrative
11   role that takes up additional time.  And then I also
12   have my role in terms of SIDS work, in terms of
13   education, research.
14         So, you know, really if you want to
15   look at an 80-hour workweek, okay, then, you know --
16   for a 40-hour workweek, I'm a hundred percent
17   clinical.  If you add in the other stuff that I'm
18   doing, in that other 40 hours, probably half of it is
19   administrative things that I'm doing and the other
20   half is focused on SIDS and education and students and
21   training, research.
22   Q.    I always think I understand what doctors tell
23   me about.  And then I get home, and I read the
24   deposition.  And I haven't asked good questions.  So
25   let me try and --

Page 147

1    A.    Okay.  I'm sorry.
2    Q.    No.  No.  Don't apologize.  It's my fault
3    usually.
4          So clinical is what percentage --
5    what percentage roughly of your time would you say is
6    clinical?
7    A.    Of all that I'm doing, it's probably 75
8    percent of my time.
9    Q.    Okay.  In that 75 percent of the time, you're
10   taking care of babies in the NICU --
11   A.    Yes.
12   Q.    -- at York Hospital?
13   A.    Yes.
14   Q.    And in the clinical that comprises 75 percent
15   of your time, do you have an office practice at all?
16   A.    No.  In neonatology, it's all inpatient.
17   Q.    Okay.  You're not seeing pediatric patients
18   like baby Z███ --
19   A.    No.
20   Q.    -- at the time she was alive and seeing Dr.
21   Cleary?
22   A.    No.  I take care of babies until they leave
23   the NICU and I turn them over to the pediatricians
24   like Dr. Cleary --
25   Q.    Okay.

Page 148

1    A.    -- or family doctors.
2    Q.    Do you believe that you do what Dr. Goldsmith
3    does in terms of clinical practice, or do you not know
4    enough --
5    A.    I would say that's an overly broad question
6    to answer.  You know, if you put ten neonatologists in
7    a room --
8    Q.    Okay.
9    A.    -- just like if you put ten lawyers in a
10   room, they wouldn't agree on every aspect of the law.
11   Q.    A fair point.  Let's just stick with clinical
12   75 percent of your time, no office practice, NICU?
13   And you said you're the director --
14   A.    Yes.
15   Q.    -- of the NICU at York?
16   A.    Yes.
17   Q.    Have you ever in your practice treated
18   pediatric patients, that is, like Dr. Cleary did?
19   I'll just use that as an example, seeing patients who
20   come in.
21   A.    During my training.
22   Q.    Okay.  And then in the other 25 percent of
23   your professional time, I take it you do -- I wrote
24   down administrative work, education, training of --
25   and we'll get back to your training -- and then SIDS

Page 149

```
1    work?
2    A.    Yes.
3    Q.    And that includes AAP and writings?
4    A.    Yes. And research.
5    Q.    Okay. How much of your time -- and within
6    the AAP, is it true that your -- I don't mean -- I'm
7    not being pejorative. Your only task force you're on
8    is the SIDS Task Force, not that that's not enough?
9    A.    That's plenty.
10   Q.    I know. That's why I said it that way.
11   A.    Yeah.
12   Q.    So that's -- that's your focus is with an AAP
13   task force on SIDS?
14   A.    Yes.
15   Q.    Have you ever had any other titles,
16   positions, honors within AAP?
17   A.    That's -- that's kind of broad. So I would
18   have to go through and look at my CV.
19   Q.    Okay.
20   A.    But I've gotten a couple of awards from the
21   AAP for my work on safe sleep.
22   Q.    Yep.
23   A.    I don't know. Do we need to go through it?
24   Q.    That's -- suffice it to say that SIDS has
25   been the primary focus with AAP. Is that right?
```

Page 150

```
1    A.    For the AAP. I mean, I've also done other
2    research. I've done research on standardization of
3    care in the delivery room for resuscitation. I've
4    done some research on the use of electronic devices
5    for education. I've done research on anemia of
6    prematurity and red blood cell transfusions. I've
7    actually written a book chapter on that. So I have
8    other areas that I focus on as well.
9    Q.    Expert witness seems like it's a very
10   small percentage of what you do, given that this is
11   the first deposition you're giving as an expert?
12   A.    Yes. And it's going to stay small.
13   Q.    Okay.
14   A.    It's interesting. It's been a great learning
15   experience. Hopefully, I'm doing a good job for my --
16   for my team. But, you know, this -- this is -- you
17   guys have a hard job. It's hard work. And it's very
18   time-consuming.
19   Q.    So it's a small percentage of what you do?
20   A.    Yeah.
21   Q.    Did we miss anything else in terms of your
22   professional time?
23   A.    I think that --
24         MR. OSBORNE: Form.
25         THE WITNESS: -- that about covers
```

Page 151

```
1    it all.
2    BY MS. COHEN:
3    Q.    When you say training, as I understood it --
4    well, you tell me, what did you mean when you said
5    training?
6    A.    Training? I educate medical students. I
7    educate nurse practitioner students. I train
8    residents. We're a teaching institution. We're not
9    just a clinical hospital. We've got nine residencies
10   or ten residencies at our hospital. So education is
11   very important to me. There are people who put their
12   time in to making me a better doctor. And I feel a
13   strong obligation to do the same for the next
14   generation, not just because they're going to have to
15   take care of me at some point.
16   Q.    And training also includes parents like we
17   talked about earlier potentially, or is that a
18   different category?
19   A.    That's a different category.
20   Q.    Okay.
21   A.    I mean, you know, taking care of babies is
22   not just taking care of babies. It's taking care of
23   the family. And taking care of the family includes
24   preparing for taking their baby home from the
25   hospital. So it's a ton of education. I don't do it
```

Page 152

```
1    myself directly, but we make sure that we do all of
2    the appropriate education to make sure the parents are
3    well prepared for life after the NICU.
4    Q.    And you have even written a parent guide to
5    safe sleep environment. Right?
6    A.    Yes.
7    Q.    It's one of the things that you've actually
8    written?
9    A.    Yes.
10   Q.    And is this something that you published
11   or -- I'll come back to that in just a minute. Let me
12   finish the CV on that.
13         When you're teaching -- I wrote down
14   when you're teaching the medical students and nurse
15   practitioners and residents, I think you said, SIDS is
16   one of the things you talk about?
17   A.    It depends on what they are there for to
18   learn about. It's not something that always comes up.
19   But it is something that in the appropriate setting I
20   do teach about, yes.
21   Q.    Okay. And it's true that -- well, is it true
22   that SIDS can happen in any sleep environment?
23   A.    Yes.
24   Q.    And SIDS can happen even in a safe sleep
25   environment. Correct?
```

Page 153

1    A.    Yes.
2    Q.    SIDS can happen -- and I think -- have you --
3    have you read -- you've read Dr. Gibb's report in this
4    case?  We talked about that?
5    A.    Yes.
6    Q.    Have you also read Dr. Ruani's (phonetic)?
7    A.    I don't know who Dr. Ruani is actually.  So
8    the first time I heard that name is today.
9    Q.    But you agree that even in the most careful
10   circumstance with a sleep product or a crib and even
11   in the best of care, SIDS can happen and SUIDs can
12   happen?
13   A.    Yeah.  That's why it's SIDS.  Yeah, we can't
14   prevent SIDS.  We can just minimize the risk.  We can
15   prevent suffocation, strangulation, and some
16   asphyxias; but SIDS itself we cannot prevent yet.
17   Q.    In the American Academy of Pediatrics, are
18   you a familiar with the expert witness guidelines and
19   the expert witness affirmation signed by members?
20   A.    I've heard of it.  I can't say that I've read
21   it in any detail --
22   Q.    Have you -- have you signed that affirmation
23   that some of the members of AAP have signed?
24   A.    Nobody has ever given me that to do.  I
25   wasn't made aware that was something that I should do

Page 154

1    if I'm going to be doing this, not that I wouldn't
2    sign it.
3    Q.    No, I understand.  I'm just asking if you
4    happened to have signed it along the way.
5    A.    No.
6    Q.    And that's just -- again, you would sign it,
7    though?
8    A.    I would think so, yeah.  I mean, I don't know
9    what's on it; but I don't see any reason why I
10   wouldn't -- wouldn't do that.
11   Q.    And you're aware of that as part of the
12   guidelines that AAP puts out?
13   A.    AAP puts out hundreds of guidelines every
14   year.  So I don't know the detail on every single
15   detail.  I don't know if anybody does.
16   Q.    Well, even safe sleep guidelines, all of them
17   say -- I'm going to ask if you agree with the AAP
18   statements or guidelines on safe sleep, the ones that
19   you've referenced and the ones that are in your
20   report.  "The recommendations in this publication do
21   not indicate an exclusive course of treatment or serve
22   as a standard of medical care.  Variations taking into
23   account individual circumstances may be appropriate."
24   A.    I believe that's something that is said on
25   clinical reports, not policy statements.

Page 155

1    Q.    You don't think that's in the policy
2    statements?
3    A.    No.  Policy statements are standard of care.
4    Clinical reports have those kind of things.  They give
5    you more leeway to follow them as you wish and allow
6    for more practice variation.
7    Q.    Okay.  So you don't think those are on any of
8    the safe sleep forms were talking about?
9              MR. OSBORNE:  Form.
10             THE WITNESS:  I would have to look
11   -- I would have to -- I mean, I would have to look at
12   it.  I mean, I know that -- you know, you went through
13   that wording very quickly.  So I do know that -- you
14   don't need to show me the very specific wording.
15   BY MS. COHEN:
16   Q.    Sure.
17   A.    But as I caught what you're you were saying,
18   that strikes me as the wording that's put onto
19   clinical reports.
20   Q.    I'll come back to that when we pull those out
21   and mark them.
22             The -- one of the things Dr. Ruani
23   in his report that I know you didn't get said is
24   basically that fatality rates allegedly associated
25   with RNPS, Rock 'n Play Sleepers, are much lower than

Page 156

1    SUID rates in cribs, bassinets, and playpens.  The
2    likelihood of an infant perishing unexpectedly in a
3    crib, bassinet, or playpen was far greater than the
4    likelihood of a fatality in a Rock n' Play Sleeper.
5              You don't have any basis to dispute
6    that, do you?
7              MR. OSBORNE:  Form.  Foundation.
8              THE WITNESS:  I can't make comment
9    on that without having the -- all of the information
10   that he based that off of.
11   BY MS. COHEN:
12   Q.    Okay.  Well, let me ask you a few follow-up
13   questions.
14   A.    And another thing that's of concern with this
15   in terms of getting to numbers is if this doesn't get
16   reported specifically to Consumer Product Safety
17   Commission, there can be deaths that involve different
18   products that we're just not -- not aware of.
19   Q.    That wasn't part of my question.  Let me
20   ask --
21   A.    But it affects the numbers.  So for him to
22   make a comment about numbers, he's making -- he's
23   making an assump -- he's making a couple of
24   assumptions.  And this is epidemiology.  It's not my
25   area of expertise.  But you have to know a numerator

Page 157

1    and a denominator. And I'm not sure we have the full
2    numerator. And I sure as heck know we don't have the
3    denominator, because I don't know how often these
4    products with being used. You can't figure out a rate
5    for something unless you know how often the product is
6    being used and with what consistency it's being used.
7              You can have -- you can have a
8    product like a Rock 'n Play and it may never be used.
9    And so you would say, Well, we didn't have an event
10   with that. Well, it wasn't being used. So I don't
11   see how he's reaching that conclusion, to be honest.
12   Q.   Well, let me ask you this: I know you
13   haven't done much expert work before.
14   A.   Sure.
15   Q.   But do you agree that to be an expert witness
16   you're supposed to provide -- let me ask this: Do you
17   agree with the AAP that says you're supposed to
18   provide objective opinions well supported by
19   experience and best evidence-based medical literature
20   regardless of who hires you?
21   A.   Yes.
22   Q.   Do you agree with that statement?
23   A.   Yes.
24   Q.   Are you trying to advocate today, or are you
25   trying to give honest, unbiased opinions? What is

Page 158

1    your role here?
2    A.   My role is to give honest opinions about the
3    information. You're asking me something in a report
4    that I haven't even seen.
5    Q.   Exactly.
6    A.   I know that in order to figure out rates, you
7    need to have accurate information. And I'm just
8    pointing out that you need to know -- you need to know
9    all the cases. You need to know how many cases are
10   involved with a certain product or not to try to
11   determine whether or not there's a higher or lower
12   rate compared to other products.
13   Q.   Have you ever gone to any of the committee
14   meetings or the meetings or the talks within the AAP
15   on expert witness work?
16   A.   No, I have not.
17   Q.   Okay. And you did say earlier -- and I heard
18   this a few minutes. I can pull it up. You said, I
19   hope I'm doing a good job for my team. Did I hear
20   that right?
21   A.   Yes. Answering -- answering the questions in
22   an appropriate way.
23   Q.   When you say "team," you're referring to Mr.
24   Osborne and his firm. Right?
25   A.   Well, he's -- he's hired me; but I'm giving

Page 159

1    you the answers to the best of my ability that are
2    honest and correct.
3    Q.   You don't truly think I'm part of your team,
4    do you?
5    A.   No.
6    Q.   You know that -- you think Mr. Osborne is
7    your team and you want to do a good job for him.
8    Right?
9    A.   Well, I don't want to make mistakes and say
10   things that are out of the purview of what I'm
11   supposed to be discussing.
12   Q.   Do you agree that SIDS happen in cribs?
13   A.   Yes, it does.
14   Q.   And SUIDs?
15   A.   Yes.
16   Q.   And bassinets?
17   A.   Yes.
18   Q.   And playpens?
19   A.   Yes.
20   Q.   And in car seats?
21   A.   Yes.
22   Q.   And you haven't studied what those numbers
23   are, have you?
24   A.   I know that there are risks involved with
25   different environments that make something safer than

Page 160

1    others. You can use a lot of different products that
2    can have different degrees of safety. And it doesn't
3    mean that something bad will happen in it on any given
4    day. That doesn't mean -- you can -- you know, you
5    can sleep babies prone; and we don't recommend that.
6    But there are a number of people that do that, and
7    babies don't die because of that. So --
8    Q.   And I think my last question was, you haven't
9    studied the numbers on those SIDS rates, have you?
10   A.   SIDS rates regarding what?
11   Q.   Cribs, playpens, bassinets.
12   A.   I know what the overall rates are of SIDS and
13   SUID, yes.
14   Q.   Okay. In the United States you're talking
15   about?
16   A.   Yes.
17   Q.   Do you know them broken down by the different
18   environments that they're in?
19   A.   No. That would be information that I would
20   have to talk to my colleagues at the CDC and the SUID
21   registry. There are a couple of articles on that. So
22   I would have to review the articles to give you those
23   numbers.
24   Q.   You would have to talk to an epidemiologist.
25   Is that what you are saying?

Page 161

1      MR. OSBORNE:  Form.
2      THE WITNESS:  I would have to review
3  the articles to get the numbers.
4  BY MS. COHEN:
5  Q.    Written by the epidemiologists, the data
6  provided from them?
7  A.    Written by the people at the CDC.
8  Q.    Are they epidemiologists or statisticians, or
9  what are they?
10  A.    Dr. Shapiro-Mendoza does have a very strong
11  background in epidemiology.  I don't know her CV.  So
12  I can't say for sure.  And some of the other people, I
13  don't know what's on their -- their CVs.  So I can't
14  say with certainty that they're all epidemiologists.
15  I suspect -- I know they have very strong backgrounds
16  in that, because that's what the work is about.
17      MS. COHEN:  I'm going to mark this
18  one as an exhibit.  What exhibit are we on?  Maybe 20?
19      THE WITNESS:  We already did 20.
20      MS. COHEN:  Thank you.
21      (Exhibit 22, Article, "A Parent's
22  Guide to a Safe Sleep Environment," marked for
23  identification.)
24  BY MS. COHEN:
25  Q.    Twenty-two I'll hand you.  And, Doctor, this

Page 162

1  is, I think, what we're talking about before.  This is
2  the Family Teaching Toolbox, and you wrote this with
3  one of the nurses, Barbara Dibara (phonetic)?
4  A.    Brandi Ibarra.
5  Q.    Brandi Ibarra.  Saving my eyesight.
6      This was 2011.  Is that right?
7  A.    Yes.
8  Q.    And the purpose of this was to guide parents
9  on safe sleep environment?
10  A.    Yes.
11  Q.    Okay.  And what you say here -- let's go
12  through this a little bit.  In your writing, here,
13  "Tragically, sudden infant death syndrome is the most
14  common cause of death in infants between one month and
15  one year of age."  Right?
16  A.    True, at the time.  Now we say SUID; but,
17  yeah.
18  Q.    Okay.  "And around 4500 babies die in the
19  United States each year because of sudden unexpected
20  infant deaths.  Not all sudden unexpected infant
21  deaths are SIDS; some of them of these deaths are
22  accidental suffocation."  Correct?
23  A.    Correct.
24  Q.    "There are many things that can be done by
25  yourself and others caring for your baby to reduce the

Page 163

1  risk of these things happening."
2      And then you go through a list that
3  you came up with.  Right?
4  A.    Yes.
5  Q.    And, "Top-10 things that promote a safe sleep
6  environment:  Always place your baby on the back at
7  bedtime and at nap time."
8      Number 1.  Right?
9  A.    Yes.
10  Q.    And you agree that in the Rock 'n Play, the
11  baby is on its back?
12  A.    Yes.  Whether the baby stays on the back,
13  but, yes, if you're using it properly, you do have the
14  baby on the back.
15  Q.    And you've read the warning on Rock n' Play
16  Sleeper, the warning that's been on the Rock n' Play
17  Sleeper and also in the pamphlet materials?
18  A.    I've seen it.  I can't recall it off, you
19  know, with any accuracy off the top of my head.
20  Q.    We can show it to you.  But you do
21  know it's says, "Always restrain the baby."  Correct?
22  A.    Yes.
23  Q.    You've seen that in countless depositions and
24  all the police reports.  Right?
25  A.    Yes.

Page 164

1  Q.    And --
2  A.    I also saw in the report from our product
3  expert that when the testing was done with
4  Fisher-Price that I believe up to half of the families
5  who tested it didn't use it properly.
6  Q.    And my question was, does it say, "Always
7  restrain the baby"?
8  A.    I believe so.
9  Q.    Okay.  That was my only question.
10  A.    That's what it says.  Sure.
11  Q.    I may have used it earlier.  You don't
12  consider yourself a human factors expert.
13  A.    Okay.
14  Q.    Is that correct?
15  A.    Correct.
16  Q.    Just so we have this in the record since
17  we're talking about this.
18      MS. COHEN:  This is exhibit?
19      MS. NG:  Twenty-three.
20      MS. COHEN:  Twenty-three.
21      MR. OSBORNE:  It's the warning?
22      MS. COHEN:  Yes.
23      MR. OSBORNE:  While you're doing
24  that, I don't have your 2A.  I think it's the rebuttal
25  report.  I don't think I got the full one.

Page 165

1     MS. COHEN:  Okay.  I'll wait until
2  you're done.  Tell me when you have that.
3     MR. OSBORNE:  Well, you're doing
4  something else.
5     MS. COHEN:  Sure.
6     MR. OSBORNE:  So I just thought I
7  would --
8     MS. COHEN:  Should I proceed?  I
9  just didn't want to start --
10     MR. OSBORNE:  You can go right
11  ahead.
12     (Exhibit 23, Color Copy of
13  Photograph of Warning Label, marked for
14  identification.)
15  BY MS. COHEN:
16  Q.     So just on 22 (sic), we're talking about.
17  You've seen this one before.  Right?
18  A.     Yes.
19  Q.     And I think everyone agrees this is the
20  applicable one.  And what it says is, "Failure to
21  follow these warnings and the instructions could
22  result in serious injury or death," at the top.
23  Correct?
24  A.     Yes.
25  Q.     And then it says, "Always use restraint

Page 166

1  system."  Right?
2  A.     Yes.
3  Q.     And you understand that in this case, Mr.
4  Courkamp -- Olson did not use the restraint system?
5     MR. OSBORNE:  Form.
6     THE WITNESS:  That's -- again, the
7  testimony seems conflicting on that.
8  BY MS. COHEN:
9  Q.     We can pull that out if we need to.  But
10  going back to the parent guide, your article here, No.
11  2 says, "Always place your baby on a firm mattress
12  with a tightly fitted sheet in a safety-approved
13  crib."  That was your No. 2.
14  A.     Okay.
15  Q.     And then you say, "Never use soft bedding,
16  comforters, pillows, loose sheets, blankets,
17  sheepskins, toys, or bumpers in the crib" -- that's
18  kind of what you talked about before -- "or sleep
19  area."  Right?
20  A.     Yes.
21  Q.     Always -- No. 4, "Always put your baby to
22  sleep in a separate but close sleep environment."
23  A.     Yes.
24  Q.     Five, "Never allow anyone to smoke around
25  your baby.  Passive smoke near your baby doubles the

Page 167

1  risk of dying of SIDS."
2  A.     Yes.
3  Q.     You still believe that.  Right?
4  A.     Yes.
5  Q.     All right.  Did you read in this case about
6  all the passive smoke and indirect smoke?
7  A.     Yes.
8     MR. OSBORNE:  Foundation.
9     Go ahead.
10     THE WITNESS:  Yes.
11  BY MS. COHEN:
12  Q.     Okay.  Did that trouble you?
13     MR. OSBORNE:  Foundation.  Form.
14     THE WITNESS:  I'm not -- I would
15  always encourage people to mitigate the risk of
16  cigarette exposure for the baby.  The best would be no
17  smoke exposure.  You want to avoid secondary
18  exposures.  So I do believe Mr. Olson did take steps
19  to mitigate against exposing Z█ directly to
20  cigarette smoke.  My understanding is -- from the
21  depositions is that he always smoked outside is what
22  he said.
23     And I would have probably taken it
24  one step further if I had somebody who was going to
25  smoke and tell them to change into different clothing

Page 168

1  or specific sleep -- I'm sorry -- smoke clothing so
2  that when they come back in and hold their baby, they
3  wouldn't expose them to that tertiary smoke.
4  BY MS. COHEN:
5  Q.     Did you see the report of the police
6  investigators who said in the room where baby Z█ was
7  sleeping, that it smelled like smoke?
8     MR. OSBORNE:  Form.
9  BY MS. COHEN:
10  Q.     Did you see that?
11  A.     Yes.
12  Q.     Did you see where they reported on the nine
13  bongs that were in the closet?
14     MR. OSBORNE:  Form.
15     THE WITNESS:  Yes.
16  BY MS. COHEN:
17  Q.     And again, if you had been asked to include
18  extrinsic evidence of risk factors for SIDS in your
19  report, you would have had to include that.  Correct?
20     MR. OSBORNE:  Form.  And foundation,
21  I guess.
22     Go ahead.
23     THE WITNESS:  So I guess -- I -- I
24  would -- I'm sorry.  Can you ask that question again,
25  please?

Page 169

1    BY MS. COHEN:
2    Q.    Sure. We already talked about earlier
3    today -- and I'll help you out with this --
4    A.    Sure.
5    Q.    -- Exhibit 2A, your conclusion talks about
6    only intrinsic risk factors of SIDS. And you
7    explained you were only asked to include intrinsic.
8    A.    Yes.
9    Q.    If you had been asked to do your full
10   assessment on risk factors, you would have had to
11   include smoking, secondary smoke?
12   A.    Yes.
13   Q.    No question?
14   A.    No question. No. Nope. No. Causation and
15   is another issue, but risk --
16   Q.    Sure.
17   A.    -- risk can -- you know, risk can cause
18   different -- different animals. But, yes, that would
19   be an extrinsic risk factor, yes.
20   Q.    You wouldn't have risked your reputation by
21   leaving it off; you would have included it?
22   A.    Absolutely.
23         MR. OSBORNE: Form.
24         THE WITNESS: Sure.
25   BY MS. COHEN:

Page 170

1    Q.    In 2014, you agree there was no -- no -- I
2    think you said this in your report -- no specific CPSC
3    requirements for inclined sleepers in 2014?
4    A.    I don't know the exact year, but it sounds
5    right. I do know -- now, yeah, basically it wasn't a
6    category that existed beforehand. There were -- there
7    were products -- hold that thought.
8          MR. OSBORNE: Do we want to go off
9    the record?
10         MS. COHEN: Yeah.
11         (Off the record at 12:40 due to
12   technical difficulties.)
13         (Brief recess from the record.)
14         THE VIDEOGRAPHER: Due to technical
15   difficulties which made us go off the video record, we
16   are now back on the record. And the time is 12:48.
17         MS. COHEN: Thank you.
18   BY MS. COHEN:
19   Q.    So we're going to pick up where we -- sort of
20   where we left off or maybe go to a new topic.
21   A.    Okay.
22   Q.    Your report, which is the main report is 2 or
23   2A -- you can move that aside. Well, you know, I want
24   to make sure. Did I finish the last comment on that?
25         MR. OSBORNE: We could reed it back.

Page 171

1          THE WITNESS: You didn't get down to
2    pacifier.
3    BY MS. COHEN:
4    Q.    That was the one, the pacifier one. I don't
5    even know what I did with my --
6    A.    Yeah. You got down to at least through No.
7    4.
8    Q.    You also had on there about clean, dry
9    pacifier. Right?
10   A.    Correct.
11   Q.    Okay. So now let's move to your report.
12   A.    Okay.
13   Q.    Exhibit 2 or 2A, whichever one you have
14   handy.
15   A.    Okay.
16   Q.    And I want to ask you about the Triple Risk
17   Hypothesis.
18   A.    Okay.
19   Q.    That's obviously something that's well known
20   to all neonatologists and people who study SIDS.
21   Correct?
22   A.    Yes.
23   Q.    And is this from a specific book that you
24   pulled this from, or do they all pretty much follow
25   the same?

Page 172

1    A.    This is amended. Myself and some other
2    people I work with put some of the detailed work on
3    the sites. But essentially the circles are the basics
4    of it. And it is adopted from an article by Hannah
5    Kinney and Filiano. Hannah Kinney is kind of one of
6    the people who developed this hypothesis. She's a
7    renowned -- a renowned researcher.
8    Q.    Do you believe in this hypothesis?
9    A.    Yes.
10   Q.    And you saw Dr. Goldsmith also addressed it
11   and talked about it in his report?
12   A.    Yes.
13   Q.    And isn't that nice you're both in sync on
14   that point?
15   A.    Yeah.
16   Q.    So critical developmental period, you say
17   here first six months; but I mean, your paper we just
18   looked at talked about one year. Right?
19   A.    Well, the risk of SIDS is --
20   Q.    Um-hum.
21   A.    -- out through one year. The risk -- the
22   risk of SIDS and SUID goes out two years just by
23   definition of SIDS. But we know that 90 percent of
24   the deaths occur in the first six months. And that is
25   a critical developmental period for babies. There are

Page 173

```
 1    a lot of changes going on in their brain and brainstem
 2    and autonomic nervous system and muscle control and
 3    sleep development that make the first six months a
 4    critical period.
 5    Q.      0kay.  The paper we just looked at which is
 6    Exhibit 22 says, "Tragically, sudden infant death
 7    syndrome, SIDS, is the most common cause of death in
 8    infants between one month and one year of age."
 9    Correct?
10    A.      Yes.
11    Q.      And then we looked here.  So that covers the
12    first circle.  Exogenous stressors, that would be the
13    extrinsic risk factors.  Correct?
14    A.      Yes.
15    Q.      And those are the things that were not
16    covered in your report earlier.  Correct?
17    A.      Yes.
18    Q.      "Prone/side sleep position, No. 1; soft
19    bedding; overbundling/overheating."
20            Now, did you see there was a heating
21    issue in the Courkamp house?
22    A.      Yes.
23    Q.      And you factored that in?
24    A.      I wasn't asked to talk about that.
25    Q.      I'm sorry.  That would be another thing that
```

Page 174

```
 1    if you included extrinsic factors, you would have
 2    included that?
 3    A.      Yes.
 4    Q.      Okay.  "Bed sharing plus smoking and/or
 5    alcohol," I guess that was not at play here.  But
 6    the --
 7    A.      No.
 8    Q.      And you have the "vulnerable infant,
 9    brainstem dysfunction, intrinsic risk factors," which
10    ones do you believe apply to baby Z██ on that list?
11            MR. OSBORNE:  Extrinsic?
12            MS. COHEN:  Intrinsic.
13            MR. OSBORNE:  Oh, okay.
14            THE WITNESS:  Well, she was normal
15    size, so no growth restriction.  I can't make any
16    comment about hypoxia.  She had been pretty normal
17    growth during the pregnancy.  They're kind of tied
18    together.  She was not premature.  And Katie did not,
19    as far as I know from the records I could see, smoke
20    or drink or use illicit drugs.  She did not do those
21    things.  So I would say there are no intrinsic risk
22    factors in this case.
23            I know that other reports suggest
24    other things that are intrinsic risk factors, but I
25    don't those comments are accurate.
```

Page 175

```
 1    BY MS. COHEN:
 2    Q.      Okay.  And you do agree there were extrinsic
 3    risk factors like we talked about.  Correct?
 4    A.      Yes.
 5    Q.      Did you ever say to --
 6    A.      Can I add to that, please, just in terms of
 7    the extrinsic?  There are also -- there are also
 8    things in the environment that were protective as well
 9    in this case.  We talked about no bed sharing in this
10    case.  So that's actually a protective factor for this
11    case.
12    Q.      Did you ever ask counsel who retained you in
13    this case, Hey, can I add my extrinsic risk factors to
14    the report?
15    A.      I did not ask that.  And they didn't say that
16    I should do that.  I just did the report as per I was
17    asked.
18    Q.      You disagree that cigarettes, alcohol, and
19    illicit drug use are risk factors as you say in your
20    supplemental report?
21    A.      In that Ms. Courkamp was not using any of
22    those things from everything I read.  She tried to
23    have a very healthy pregnancy.  I believe she even
24    moved away at some point to be away from Mr. Olson,
25    who was having some problems.
```

Page 176

```
 1    Q.      You say on a page of your report talking
 2    about Dr. Goldsmith, you say, "Dr. Goldsmith
 3    accurately describes the vulnerable infant, intrinsic
 4    risk factors, which is in contradiction to Dr. Gibb's
 5    testimony"?
 6    A.      Yes.
 7    Q.      You also disagree with the issues taken by
 8    the defense experts about the fact that baby Z██ had
 9    coughing, wheezing, and a raspy cough since birth.
10    You seem to disavow that?
11    A.      Yeah.  There's no mention of that in any of
12    the normal, healthy visits, except there's one where I
13    think -- and I don't even know -- I know Dr. Goldsmith
14    found something -- and I don't know if there was a
15    note in the chart -- found some sort of billing that
16    had a billing for allergic rhinitis.  So it suggested
17    there was something there.  Did she have an episode of
18    a respiratory illness a couple of months before her
19    death?  Yes, absolutely.  From what I read from all of
20    the reports, the parents were pretty clear that the
21    child was in good health and not having any health
22    issues the days before the event.
23            The only place I saw about any kind
24    of suggestion what you're getting at with something
25    that was chronic was through the grandparents.  I
```

## Page 177

1  don't know how frequently they spent time with the
2  child. But, you know, constant is kind of an
3  interesting word. That would mean nonstop to me. So
4  I just wonder how accurate that description is when
5  the parents and others and the doctors didn't really
6  report that as an issue.
7  Q.    So do you disagree with what the grandparents
8  are saying about what they heard and saw since birth?
9         MR. OSBORNE: Form and foundation.
10         THE WITNESS: I'm not going to argue
11  with what the grandparents say. I'm going by what the
12  parents say. I think the parents know best.
13         MS. COHEN: Pardon?
14         THE VIDEOGRAPHER: Your microphone.
15         MS. COHEN: Oh, sorry.
16         Twenty-four is the next one?
17         MS. NG: Um-hum.
18         THE WITNESS: Oh, no.
19         MR. OSBORNE: Let's go off the
20  record, please. The power just had an interruption.
21         (Off the record at 1:02 due to
22  technical difficulties.)
23         (Discussion held off the record.)
24         (Lunch break taken from 1:02 p.m. to
25  1:41 p.m.)

## Page 178

1         THE VIDEOGRAPHER: Due a power
2  failure. We went off video record. We're back on.
3  The time is now 1:41 p.m.
4         MS. COHEN: Okay. Thank you.
5         (Exhibit 24, Tempe Police Department
6  Records, marked for identification.)
7         (Exhibit 25, Maricopa County Medical
8  Examiner's Records, marked for identification.)
9  BY MS. COHEN:
10  Q.    And, Doctor, we're back on after a short
11  lunch break. So thank you. Let's continue on.
12         I put before you Exhibit 24, which
13  is the police records, and Exhibit 25, which are the
14  Maricopa County ME's office records. So we now should
15  have both of those in front of you. They were both on
16  Exhibit 19, your list of materials reviewed.
17  A.    Um-hum.
18  Q.    Have you seen them before?
19  A.    Yes.
20  Q.    All right. First, I want to go through on
21  the issue of whether baby Z███ was, in fact,
22  restrained the night in question. Let's go through a
23  couple of the -- let me see that what the record said
24  next. I think you said it was an issue of dispute
25  maybe.

## Page 179

1  A.    I just read different things about in.
2  Q.    Let's pull out of police department, which is
3  24, and page 8 is Bates stamped at the bottom, which
4  will hopefully make this easy to go through this.
5         And what it says in the first
6  paragraph is -- third line down, "Andrew noticed that
7  Z███ was not buckled in and usually is when she
8  sleeps." This was the next morning.
9  A.    Right.
10  Q.    You agreed that -- and I think other experts
11  have been asked the question -- that a baby of her age
12  would not be able to unbuckle herself?
13  A.    I would think that would be unusual.
14  Q.    Right. And I think that the parents also
15  said that she was not able to do that. Do you recall
16  that testimony?
17  A.    Yes.
18         THE VIDEOGRAPHER: Pardon me. I
19  need to go off the video record.
20         MS. COHEN: Oh, I'm sorry.
21         THE VIDEOGRAPHER: Going off the
22  video record. The time is 1:42.
23         (Brief recess from the record.)
24         THE VIDEOGRAPHER: We're back on the
25  video record. The time is 1:44.

## Page 180

1         MS. COHEN: Thank you very much.
2  BY MS. COHEN:
3  Q.    And then the next citation I want you to turn
4  to is on page 17 in the same Tempe police records,
5  Exhibit 24. And on the bottom of this, it says in
6  the -- I think this is Detective Reyes. But in the
7  police records general offense report, it says on the
8  bottom, "According to Andrew, when Z███ was put to
9  bed, she was buckled in the bassinet. However, he had
10  seen her get out of this buckle on her own on one
11  other occasion."
12         I'll read you his testimony on that
13  later. But he said she was not buckled in and they
14  found her unresponsive on 6/19/2014. You had seen
15  that before?
16  A.    Yes.
17  Q.    And then in his testimony when he was
18  deposed, the question was posed to him, "Had you seen
19  her unbuckle herself in her Rock 'n Play before?"
20         And he says, "No, not unbuckle
21  herself, no."
22         It was page 161, 1315. I don't know
23  if you had seen his testimony on that.
24  A.    Yeah.
25  Q.    And then if we pull out ME records, which is

Page 181

1    25, I want to just point you to a couple things in
2    here.  Did you get that one?
3    A.    Yes.
4    Q.    Page 18 we'll turn to first.  We'll go in
5    sequence.
6          And in the bottom paragraph, it
7    says, "The following morning Kathleen woke up at
8    approximately 8:00 hours and found the subject in
9    semiprone, semi left lateral position with the
10   seatbelt undone."  Do you see that?
11   A.    No, because it's all one big paragraph.
12   Sorry.
13   Q.    If John doesn't mind me just pointing you to
14   where it is.
15         MR. OSBORNE:  I don't mind.
16         THE WITNESS:  Okay.  Got it.  Thank
17   you.
18   BY MS. COHEN:
19   Q.    And then let's go to one more on page 20 on
20   this, and here's the part that, again, under the doll
21   reenactment, it says, "Mr. Olson stated he believed
22   his daughter unfastened the seatbelt sometime through
23   the night.  Kathleen seemed to be under the impression
24   the seatbelt was not used when the baby was placed at
25   1:40 hours."  Do you see that?

Page 182

1          MR. OSBORNE:  Page 20?
2          MS. COHEN:  Yeah, page 20.
3    BY MS. COHEN:
4    Q.    Here it is.  Okay.  Under the doll
5    reenactment part.
6    A.    Under the impression?
7    Q.    Yeah.
8    A.    (Witness nods head up and down.)
9    Q.    Okay.  So now that I've shown you the
10   father's testimony, the police records, and the ME
11   records, would you agree that at the end of the day,
12   the evidence is that she was not restrained --
13         MR. OSBORNE:  Form.
14   BY MS. COHEN:
15   Q.    -- in the Rock 'n Play?
16         MR. OSBORNE:  Form.
17         THE WITNESS:  These comments suggest
18   that that would be the case.
19   BY MS. COHEN:
20   Q.    Okay.  Now, I want -- while we have these
21   out, let's go to another topic we talked about
22   earlier, which is the issue about coughing and raspy.
23   I want to cover that a little bit.  I think we'll
24   start with Exhibit 24 again, which is the police
25   records.

Page 183

1          And let's turn to page 49.  I think
2    what started us on this path was your report Exhibit 2
3    or 2A, as I keep referring to both of them, where you
4    said, "healthy child, healthy mother."  And I think
5    you referenced this.  So let's look at what the
6    records show here, the police records.
7          Page 49 at the top, "Z█ had no
8    known recent illnesses.  She had a cough and was
9    feverish a couple months ago.  They called the doctor
10   and was advised to give her Tylenol."
11         So that's the first.  And it goes on
12   to say, "According to Andrew, when Z█ was born, she
13   had trouble breathing.  She was monitored at the
14   hospital for three days before she was sent home."
15         Are you familiar with the facts?
16   A.    Yes.  The two have nothing to do with each
17   other.
18   Q.    Let's move to page 50 in the police report.
19   A.    Are we going to talk more about this or --
20   Q.    I'm trying and go through all of these here.
21   Page 50 at the top -- and this is talking about the
22   grandparents, which came up earlier.  "They were aware
23   she had a cold approximately two to three months ago
24   and she has had raspy breathing in the past.
25   Otherwise, she was a healthy, normal baby.  They

Page 184

1    believed she had a heart murmur when she was born,
2    believed it was due to a valve in her heart taking
3    longer than normal to close."
4          That was not a comment that was in
5    this.  That may not have been the -- let me move to
6    the next page.
7    A.    Yeah.  Can I comment on this?  Am I allowed?
8          MR. OSBORNE:  Actually, I have the
9    opportunity to ask you some questions after counsel is
10   done.
11         THE WITNESS:  Okay.  All right.  I
12   apologize.  Excuse me.
13   BY MS. COHEN:
14   Q.    No worries.  And then on page 51 -- I'm not
15   trying to keep you from commenting.  I just want to --
16   A.    Sure.
17   Q.    Page 51 in the same report.
18   A.    I can't lick my fingers with a mask on.
19   Q.    That's true.  Okay.
20   A.    Okay.
21   Q.    51 is where the grandparents come in.  "Arnet
22   further advised that when Z█ was born, she had
23   fluids on her lung and was not breathing.  She was
24   monitored" -- I'm sorry.  About four paragraphs down.
25         MR. OSBORNE:  What page are we on?

Page 185

```
 1              MS. COHEN:  Fifty-one.
 2   BY MS. COHEN:
 3     Q.     "She was monitored three days in the hospital
 4   in ICU."
 5              Do you recall that from the records?
 6     A.     Yes, of course.
 7     Q.     And then, "Arnet and Robert were also aware
 8   that Z█ had a constant raspy cough.  According to
 9   Arnet, per Dr. Clear" -- it should be Cleary -- "this
10   was due to allergies and teething.  Arnet believed
11   that Kathleen took Z█ to an urgent care for a second
12   opinion.  However, she was unable to provide any
13   further details.  Detective Reyes interviewed
14   Kathleen.  Refer to her interview for further
15   information about pertaining to Z█ s health and
16   medical care."
17              Are you familiar with that in your
18   background?
19     A.     Yes.
20              MS. COHEN:  I'm going to go ahead
21   and mark this as Exhibit 26.
22              (Exhibit 26, Banner Thunderbird
23   Medical Records, marked for identification.)
24     Q.     You've looked at these Banner Thunderbird
25   medical records?
```

Page 186

```
 1     A.     At some point, yes.  There's a lot of
 2   repetition of pages that look like this.
 3     Q.     And I'll hand that to you as Exhibit 26.
 4   These are the records that happened between, I'll
 5   state, April 21st, 2014.  So these were after the
 6   six-month visit with Dr. Cleary and before her
 7   unfortunate death.
 8     A.     Yes.
 9     Q.     And this is where she came in for upper --
10   viral upper respiratory illness.
11     A.     Okay.
12     Q.     Do you recall that?
13     A.     Yes, I do.
14     Q.     And you saw these records and reviewed them?
15     A.     Yes, I did.
16     Q.     And they talked about her cough.  Right?
17     A.     Yes.
18     Q.     They talked about her upper respiratory
19   infection?
20     A.     Yes.  New onset.  It had been for, like, four
21   days, I think.
22     Q.     Yeah.
23     A.     So it wasn't a chronic thing.  She had a new
24   finding and brought her in because there was a new
25   illness.
```

Page 187

```
 1     Q.     Okay.  There's a lot of repetition.
 2     A.     Oh, it's terrible.  This happens with
 3   records.  Oh, my God.  I don't know if that's what
 4   they use, but it just repeats and repeats and repeats.
 5     Q.     Okay.  But they diagnosed her with an upper
 6   respiratory illness.  Correct?
 7     A.     Um-hum.  Yeah.  On average, children the
 8   first year of life get diagnosed with eight to nine
 9   infections.  So it would be nothing unusual.  And it
10   could also make some people who are not primary
11   caregivers think that the child is always sick when
12   they're not.
13     Q.     And how much -- or how long before her --
14   again, her unfortunate death did this happen?  This
15   was April 21st, 2014.
16     A.     I believe it was approximately two months,
17   give or take.  I don't know what the exact timing was,
18   but she died in June.  Right?
19     Q.     Page 31 -- they talk on page 31 about
20   congestive cough.  Do you see that?
21     A.     No, I don't know where you're at.
22     Q.     Bates No. 31 at the bottom.  Yeah, June 19th.
23   Okay.
24     A.     This says April 21st.
25              MR. OSBORNE:  Yeah, you mean date of
```

Page 188

```
 1   death was June 19th?
 2              MS. COHEN:  Yeah.
 3   BY MS. COHEN:
 4     Q.     Sorry about that.
 5     A.     Yes, so approximately two months.
 6     Q.     So page 31, "The child has had congestive
 7   cough."
 8     A.     That's why she brought her in.
 9     Q.     All right.  So we can put those to the side
10   for right now.
11              Let me have you pull out the police
12   records again.  This is 24.  Do you have those there
13   before you get rid of them completely?
14     A.     Yes.
15     Q.     And again, you've seen all the discussion
16   about the marijuana that they found and the smell of
17   smoke in their house?
18     A.     Yes.
19     Q.     Page 49, if you could look at that for a
20   second.  Do you see that the father had researched
21   sudden infant death syndrome on-line?
22     A.     Yes.
23     Q.     Did you find that unusual?
24     A.     I don't think so.  I think every parent is
25   worried about what bad things can happen to their
```

Page 189

1  children. And that's the No. 1 cause of death. So it
2  doesn't surprise me if a patient wants to, you know,
3  look for ways to make their child safer, if they can.
4  Q.  Page 14, we can take a look at the general
5  offense report for a second.
6  A.  Is this --
7      MR. OSBORNE: Which page 14 of what?
8      MS. COHEN: The police report. So
9  24, page 14. Sorry about that.
10     MR. OSBORNE: Okay.
11 BY MS. COHEN:
12 Q.  And page -- yeah, if we look at the top, it's
13 description of the bedroom. You understand this is
14 where Z███ was sleeping?
15 A.  Yes.
16 Q.  And it talks about starting at the first full
17 paragraph, "The bed was unmade and appeared to have
18 been recently slept in."
19 A.  Page 14?
20     MR. OSBORNE: No, I'm not seeing it.
21     THE WITNESS: "The east bedroom had
22 a queen size bed."
23 BY MS. COHEN:
24 Q.  Oh, yes. And then the second sentence, "Bed
25 was unmade."

Page 190

1  A.  Oh, I'm sorry.
2  Q.  Let me start is that over. Page 14, starts
3  with, "The east bedroom had a queen size bed in the
4  southeast corner of the room. The bed was unmade and
5  appeared to have been recently slept in. Three
6  sleeping pillows were at the head of the bed. And a
7  black and white comforter and sheet were balled up at
8  the foot of the bed. A used diaper was on the floor
9  near the head of the bed. The nightstand was next to
10 the bed along with south wall. An open container of
11 Similac baby formula was on top of nightstand. The
12 top drawer of nightstand contained numerous empty
13 medical marijuana containers and a usable quantity of
14 suspected marijuana. A desk was next to the foot of
15 the bed along the east wall. A glass pipe that had
16 burnt residue in the bowl and smelled like burnt
17 marijuana was on top of the desk, another glass pipe
18 located in the top drawer of desk" -- and I could keep
19 reading. And then the last sentence of the paragraph
20 says, "The room had an odor of burnt marijuana."
21     And you would agree that that's an
22 extrinsic factor that should have been -- that would
23 have been included in any type of SIDS factors report.
24 Correct?
25 A.  I don't know if he was actively smoking

Page 191

1  around the child. You know, once you get the small of
2  smoke in a room, it's there forever.
3  Q.  Right.
4  A.  So I can't say if he did anything that --
5  that night, because -- you know, cumulative smoke is
6  definitely an -- smoking is an extrinsic risk factor.
7  But again, it also depends on how much exposure and
8  the chronicity of it. But, yeah, it is a risk factor.
9  Q.  It is an extrinsic risk factor of SIDS?
10 A.  Yes, it is.
11 Q.  And, in fact, if you were including not just
12 intrinsic, but extrinsic risk factors, you would have
13 included that on your list in your report?
14 A.  Yes, I would have.
15 Q.  Let me -- we can put that aside for right
16 now.
17     I want to go to 2011 and 2000 -- you
18 know what? Let me do this first.
19     The Batra, are you familiar with
20 that? You cited to that in your report, Batra Journal
21 of Pediatrics article?
22 A.  Which one? He's got a few.
23     MS. COHEN: I'll mark this as
24 Exhibit Twenty --
25     MR. OSBORNE: Five.

Page 192

1      MS. COHEN: Thank you.
2      MS. NG: No.
3      MS. COHEN: Oh, 26?
4      MS. NG: Twenty-seven.
5      MR. OSBORNE: I'm sorry.
6      MS. COHEN: Oh, my God. I was about
7  to say thank you for the help.
8      THE WITNESS: He's not helping.
9      MR. OSBORNE: You've got me confused
10 now. It's my fault. I'm sure.
11     (Exhibit 27, Erich Batra, et al.,
12 Journal of Pediatrics Article, marked for
13 identification.)
14 BY MS. COHEN:
15 Q.  Let me hand you that.
16 A.  Sure.
17 Q.  And I want to --
18     MS. COHEN: It's in his main report.
19 Right?
20     MS. NG: Yes. Footnote 50.
21 BY MS. COHEN:
22 Q.  Footnote 50 in your main report.
23 A.  Yes.
24 Q.  Here it is, yeah. On the Bates No. 231 into
25 232 --

Page 193

1          MS. COHEN: Is that right?
2          MS. NG: Yep. At the very bottom
3   and very top.
4   BY MS. COHEN:
5      Q.    So what you say in your report, "A 2015
6   article," which presumably is this one -- yep. "A
7   2015 article reviewing deaths in these devices
8   reported to the CPSC found that of the 31 deaths in
9   car seats, 52 percent were due to strangulation. The
10  rest were attributed to positional asphyxia."
11         So that's on 232 in your first
12  report, which is 2A?
13     A.    You have me looking at the article and then
14  the --
15     Q.    I'm just putting this on the reference for
16  the deposition so people will be able to find this
17  later.
18         And then basically this is the
19  article that we pulled. This is the article that you
20  cited. Right?
21         MR. OSBORNE: Referring to 27?
22         MS. COHEN: Yes.
23         THE WITNESS: Yes. Yes.
24  BY MS. COHEN:
25     Q.    Okay. It seems a little awkward that I do

Page 194

1   this, but it's for later when we read the deposition.
2   We'll all know what we're looking at.
3      A.    Okay.
4      Q.    So this is an article you cited in the first
5   part of your report where you were talking about
6   safety issues. Correct?
7      A.    Yes.
8      Q.    And you agree that the Rock 'n Play is not
9   the equivalent to a car seat. Correct?
10     A.    It is not a car seat. It's an inclined
11  device. It is -- it does different that it's a little
12  less of an angle than a car seat would be at. But
13  it's an inclined device.
14     Q.    Let's talk what a little less is. It's a 30
15  degree angle. Correct?
16     A.    Yes.
17     Q.    A car seat is what, a 52 degree angle?
18     A.    Yes. It could be that. It depends on how
19  it's set up.
20     Q.    There's a significant difference in the
21  angle. Correct?
22     A.    It is a difference in the angle.
23     Q.    You won't agree with me that it's a
24  significance difference?
25     A.    I don't know. If I look at a 30 degree

Page 195

1   angle, actually, in the Mannen study, they couldn't
2   test 30 degree because the babies slid right out of it
3   because it was such a sharp angle.
4      Q.    Well, you know in the Mannen study, they
5   never tested with restraints, did they?
6      A.    No, they didn't.
7      Q.    Okay. And if the parents are following the
8   warnings and instructions, they are going to restrain
9   the baby in the -- in the Rock 'n Play?
10     A.    True. But you're asking me about an incline.
11  And I'm just stating that a 30 degree incline is a
12  significant incline.
13     Q.    It's not as significant as a car seat.
14  Correct?
15     A.    Yes.
16     Q.    And it's -- you know, to be clear, it's 22
17  degrees difference. Correct?
18     A.    Yes.
19     Q.    All right. So then we pull out your article
20  that you cited to. And on page 183 of this article,
21  it says -- you didn't write this one. Right?
22     A.    No.
23     Q.    Dr. Moon wrote it. Correct?
24     A.    She's one of the authors, yes.
25     Q.    She's the last author. It was also Dr.

Page 196

1   Batra, Dr. Midgett, and Dr. Moon. Correct?
2      A.    Yes.
3      Q.    All right. And the conclusion at the top --
4   we can go through some of this -- is, "Infants and
5   children two years of age and younger should be
6   properly restrained and not be left unsupervised in
7   sitting and carrying devices." Right?
8      A.    Yes.
9      Q.    You would agree that the Rock 'n Play is not
10  a sitting device. Correct?
11     A.    It is the same as a bouncer seat. So these
12  are things that babies are put in. So it's not a flat
13  surface. And it's somewhere in between. But it's an
14  inclined device. It's not the same as a car seat.
15  But it is -- it's an inclined device.
16     Q.    Okay. So let's be very -- I want to make
17  this clear.
18     A.    Yes.
19     Q.    You and I agree it's an inclined device.
20  Right?
21     A.    Yes.
22     Q.    It's a 30-degree incline. Correct?
23     A.    Yes.
24     Q.    A car seat is called a sitting device.
25  Right?

Page 197

1    A.    Yes.
2    Q.    And the AAP in their bulletins talk about --
3    also talk about what are sitting devices.  Correct?
4    A.    The AAP bulletin.
5    Q.    The AAP sets out what are sitting devices.
6    Correct?
7    A.    I don't know.  I would have to see what
8    you're pointing to.
9    Q.    Okay.  But you agree that the Rock 'n Play is
10   not a sitting device.  Correct?  It's not a seat.
11          MR. OSBORNE:  Form.
12          THE WITNESS:  It's the -- it's a
13   device that is meant to keep babies at an incline.
14   And that's what I'm going to say.
15   BY MS. COHEN:
16   Q.    Okay.  Let me ask this:  Have you seen any
17   literature, article, statement, technical position,
18   anything from the AAP or anyone that defines a Rock n'
19   Play Sleeper as a sitting device?
20   A.    I don't think the AAP generally defines those
21   devices.  I don't know.  I'll put it in the same
22   category as a bouncer --
23   Q.    Sure.
24   A.    -- that kind of thing, yeah.  So -- so I
25   guess if you want to say that it's different from a

Page 198

1    sitting device, then, you know, it would be a -- an
2    inclined, like, bouncer, sitting, angled device.
3    Q.    It's an -- you agree it's an inclined device?
4    A.    Yes.
5    Q.    Do you also agree it's not a sitting device
6    as that term is used.  Correct?
7          MR. OSBORNE:  Form.
8          THE WITNESS:  If you're talking
9    about sitting straight upright, no, it doesn't do
10   that.
11   BY MS. COHEN:
12   Q.    Have you ever used the term "sitting device"?
13   A.    Awkward term.  Probably not.  I would refer
14   to a specific product.
15   Q.    Okay.  When the AAP or journals use the term
16   "sitting device," you agree it's not a Rock n' Play
17   Sleeper?
18          MR. OSBORNE:  Form.
19          THE WITNESS:  I don't know what
20   their -- I guess I would have to read more carefully
21   to see what specific things they list in here.  I
22   don't know if -- yeah.  I'm sorry.  I just want to be
23   accurate.
24   BY MS. COHEN:
25   Q.    We're going to get to the article, but I'm

Page 199

1    just talking --
2    A.    Okay.
3    Q.    -- in general terms.
4    A.    Okay.
5    Q.    The term "sitting device," you don't use that
6    to describe the Rock n' Play Sleeper.  Correct?
7    A.    I described it as an inclined device.  So
8    that's my answer.  I mean, sitting, it's not -- it's
9    an in between.  So it's not straight up sitting, but
10   it's certainly not flat.  So it's as inclined device
11   that props babies up.
12   Q.    And you agree it's not a sitting device then?
13          MR. OSBORNE:  Form.
14          THE WITNESS:  I don't know what I'm
15   supposed to do with that.
16   BY MS. COHEN:
17   Q.    Have you ever used the term "sitting device"
18   to describe it?
19   A.    I just refer to it as a Rock 'n Play.  I
20   don't really use it in other terminology.
21   Q.    Do you agree when the AAP uses the term
22   "sitting device" that they're not talking about the
23   Rock n' Play Sleeper?
24   A.    I would have to look specifically -- well,
25   give where the AAP states it; and I'll look at it and

Page 200

1    decide what -- what they're getting at.
2    Q.    Well, we are going to get to that, but I just
3    want to make sure you're not calling it a sitting
4    device.
5          MR. OSBORNE:  Form.
6          THE WITNESS:  So it is not a seat.
7    BY MS. COHEN:
8    Q.    Okay.
9    A.    Okay.
10   Q.    Yes.
11   A.    It's an inclined device.
12   Q.    Okay.
13   A.    Okay.
14   Q.    Now, the conclusion here is, again on this --
15   on this Exhibit 27, "Infants and children two years of
16   age and younger should be properly restrained and not
17   left unsupervised in sitting and carrying devices."
18          You agree with that.  Right?
19   A.    Yes.
20   Q.    "Car seats should not be used as sleeping
21   areas outside of the vehicle.  Children should never
22   be in a car seat with unbuckled or partially buckled
23   straps.  Infants in slings should have their faces
24   visible and above the edge of the sling and should not
25   have their faces covered by fabric and their chin

1    should not be compressing into her chest."
2           And that's what the conclusion of
3    this article is.  And I assume you agree with all of
4    that?
5    A.    Yes.
6    Q.    Down at the bottom of this page, the
7    paragraph that starts with, "There is potential."
8    Tell me when you get there.
9    A.    Yes.
10   Q.    "There's potential for injury when sitting
11   devices are not used for their intended purpose or as
12   originally designed.  Closed head injuries, skull
13   factures, broken bones, and suffocation have been
14   reported in various sitting and carrying devices.  In
15   addition, others have discussed SIDS and sudden
16   unexplained deaths in sitting devices."
17          I'm going to have you turn to page
18   185 under the discussion section in this article that
19   you cited to.  I assume if you cited to an article you
20   read it.  Right?
21   A.    Yes.
22   Q.    Okay.  Under Discussion -- and here it talks
23   about the 2011 American Academy of Pediatrics Task
24   Force on SIDS.  Are you on that Task Force?
25   A.    Yes.

1    Q.    Okay.  So this is something you would have
2    looked at.  Right?
3    A.    Yes.
4    Q.    And then it says, next paragraph, "It's
5    possible that most, if not all, of these deaths might
6    have been prevented had the device been used properly
7    and/or had there been adequate supervision.  Although
8    restraints, car seats, swings, bouncers, and strollers
9    in design all devices may keep infants and young
10   children contained in the general sense, there is both
11   the need for proper restraints and appropriate
12   supervision that has to be considered when the devices
13   are used as currently designed."
14   A.    That is correct.  So you will note it's not
15   just about car seats.  They mention swings and
16   bouncers.  So they're all -- they're all devices that
17   can be problematic.
18   Q.    Right.  And what this article, I guess, under
19   your task force is saying here and that you cited to
20   is that the restraints are -- the restraints have to
21   be used and instructions and warnings have to be
22   followed.
23   A.    Yes.  No question about that.
24   Q.    And if we go back to the warning, which was
25   Exhibit --

1          MS. NG:  Twenty-three.
2          MS. COHEN:  Twenty-three?
3          THE WITNESS:  It's 23, yeah.
4    BY MS. COHEN:
5    Q.    One of the things the warning says -- and I
6    don't mean to hold it; I just want to read it and I'll
7    show you --
8    A.    That's okay.  I have it.
9    Q.    -- is that, "Do not use this product when
10   infant begins to push up on hands and knees, can pull
11   up, or sit unassisted or has reached 25 pounds."
12          So that's when the babies age out of
13   this developmentally.  Correct?
14   A.    Correct.
15   Q.    And you noted here, from looking at Dr.
16   Cleary's records, this baby was able to pull up or sit
17   unassisted --
18   A.    Yeah.
19   Q.    -- at that age as expected.  Correct?
20   A.    Correct.
21   Q.    And the warning made clear that this bed
22   should not be used unsupervised in babies that could
23   do that.  Right?
24   A.    Yes.
25   Q.    And certainly not without restraints.  It's a

1    double mistake.  Right?
2          MR. OSBORNE:  Form.
3          THE WITNESS:  I mean, you're
4    supposed to use the product as its intended to be
5    used.
6    BY MS. COHEN:
7    Q.    And follow those warnings.  Correct?
8          MR. OSBORNE:  Form.
9          THE WITNESS:  Yes.
10         MS. COHEN:  Let's put that one
11   aside.
12   BY MS. COHEN:
13   Q.    I want to move on to technical bulletins,
14   2011, 2016.  Now, you had in your orange folder --
15   A.    Yeah.  It's kind of gotten buried in other --
16   Q.    Sorry.
17   A.    That's okay.
18         MS. COHEN:  I'm marking 28 next.
19   Right?
20         MS. NG:  Yes.
21         MS. COHEN:  See.  Okay.
22   Twenty-eight and 29 are going to be marked next.
23         (Exhibit 28, 2011 Technical Report,
24   marked for identification.)
25         (Exhibit 29, 2016 Technical Report,

Page 205

1    marked for identification.)
2    BY MS. COHEN:
3    Q.    You had the policy statements, right, in
4    there --
5    A.    Yes.
6    Q.    -- which were, you said, the shorter, more
7    concise versions, I guess?
8    A.    Yes.
9    Q.    I'm going -- and I think I promised you at
10   the time that we're going to look at the 2011, 2016
11   technical reports.
12   A.    Sure.
13         MS. COHEN:  Here you go, John.
14   BY MS. COHEN:
15   Q.    And you have in front of you 28?
16         MR. OSBORNE:  So this is?
17         MS. COHEN:  Twenty-eight and 29.
18         MR. OSBORNE:  Okay.  Which one is
19   SIDS?  Oh, they're both --
20         MS. COHEN:  I probably marked them
21   wrong.  2011 should be 28, and 2016 should be 29.
22   BY MS. COHEN:
23   Q.    And you've seen those before?
24   A.    I hope so.  I'm the author.
25   Q.    Okay.  You're one of the authors of these?

Page 206

1    A.    Yes.
2    Q.    It's your task force?
3    A.    It's not my task force.  I'm a member of the
4    task force.  I'm an author.  We all take components of
5    it.  We all review it together.  There's not really --
6    the lead author gets noted as the author; but this was
7    a true work of collaboration which included -- if
8    you'll look at the back, it says the lead author is
9    Dr. Moon.  But she's not the only author.  It includes
10   Bob Darnall and myself and Fern Hauck as well as a
11   consultant Marian Willinger from the NICHD and Carrie
12   Shapiro-Mendoza, who I mentioned before.
13   Q.    Just a couple of questions.  Again, both the
14   technical reports are the larger versions from what
15   you brought with you in the orange folder?
16   A.    They go into more vivid -- they're the
17   supporting -- it gives us supporting data for the
18   shorter policy statement.
19   Q.    They're both cited in your official report,
20   the first one --
21   A.    Yes.
22   Q.    -- Exhibit 2, 2A.  And earlier today when I
23   asked you about some language I read from it, you
24   said, "I think that only goes to clinical issues."
25         Do you remember that part of our

Page 207

1    discussion today?
2    A.    Sure.
3    Q.    So now let's look at what these say.  These
4    actually have that a language on it.
5    A.    Okay.  I said I wasn't sure if it was the
6    same for a policy report.  And they may have changed
7    this language recently; but, yes, it is here.
8    Q.    Okay.  But let's look at this to confirm
9    that.  On 2011, which is 28, it says over in the
10   left-hand side, "The guidance in this report does not
11   indicate an exclusive course of treatment or serve as
12   a standard of medical care.  Variations, taking into
13   account individual circumstances, may be appropriate."
14   Right?
15   A.    Yes.  Is that what it says on the policy
16   statement?
17   Q.    Well, let's look at the 2016 one that we
18   marked as 29.
19   A.    Is that the policy -- you're reading the
20   technical report.
21   Q.    I'm reading the technical reports right now.
22   A.    Okay.  Because, as I said, technical reports
23   get a different listing as opposed to policy
24   statements.  A technical report is supporting
25   information.  A policy statement doesn't -- I would

Page 208

1    like to pull out my report on the policy statement --
2    Q.    We certainly can.
3    A.    -- if I can.
4    Q.    We'll pull it out in just a minute; but --
5    A.    Okay.
6    Q.    -- but let's look at -- let's finish up what
7    we're doing here --
8    A.    Sure.
9    Q.    -- because you're talking about this one
10   being on clinic.  So here's -- it's the same language
11   on page 1 of Exhibit 29, 2016, "The guidance of this
12   report does not indicate an exclusive course of
13   treatment or serve as a standard of medical care.
14   Variations, taking into account individual
15   circumstances, may be appropriate."  Right?
16   A.    Yes.
17   Q.    They both say that.  And then if you want to
18   pull out your --
19   A.    Sure.
20   Q.    How many times have you seen these before?
21   A.    Do you know how long those reports are?  I
22   don't have every detail of it memorized.  That's why I
23   go back and recheck things to be certain.
24   Q.    These aren't the details.  These are right in
25   the front page of both of them?

Page 209

1    A.    They're still details.  Actually, that's not
2    something that we write.  It's something the AAP
3    writes.  So it would not be part of what we wrote.
4    Q.    Did you sign off on these?
5    A.    Yes, of course.
6    Q.    Did you put your name on them?
7    A.    Yes, I did.
8    Q.    Do I stand by them?
9    A.    I sure do.
10   Q.    You cited them to in this case?
11   A.    Hold on a sec, please.
12         And you'll see on the policy
13   statement, it does not have that on there, because
14   policy statements are standards of care and they're
15   different than technical reports.  That is standard
16   writing they put on a technical report.  A policy
17   statement is a standard of care.  And the technical
18   report is only a supporting document to the policy
19   report.  The policy report is the standard.
20   Q.    Okay.
21   A.    And on this, it does not have that writing on
22   there, because it's a policy.  And it just talks about
23   when policies expire.  So this -- if you -- if you
24   read, you know, A -- whatever the AAP has in terms of
25   their bylaws and whatnot in terms of their

Page 210

1    publications, they have different markings for
2    different levels of reports.  And the policy statement
3    is a standard.  So they don't have that marking on it.
4    So a policy statement is what is recommended.  It's a
5    recommendation.
6    Q.    Had you forgotten that these technical
7    reports had these on the front page?
8         MR. OSBORNE:  Object to form.  I
9    mean, he explained this to you.  That's exactly what
10   he said before.  I don't understand --
11        THE WITNESS:  It's not a matter of
12   remembering or not remembering.  It's -- from -- from
13   my perspective, it's a matter of what's relevant
14   information that I need to stay informed about.  That
15   marking is not relevant.  It might be relevant to this
16   proceeding, but it's not relevant to the work that I
17   do day to day in terms of education for people.
18   BY MS. COHEN:
19   Q.    Okay.  But the technical reports are
20   important documents for AAP, aren't they?
21   A.    Yes.
22   Q.    Okay.  And they're -- obviously, they're the
23   longer more detailed versions.  Correct?
24   A.    They are supporting documentation.  So it
25   goes into more detail, yes.

Page 211

1    Q.    And it says, "This document" -- let me look
2    at this --- "This document is property of the American
3    Academy of Pediatrics and its Boards of Directors.
4    All authors have filed conflict of interest statements
5    with the American Academy of Pediatrics.  Any
6    conflicts have been resolved through a process of
7    review by the Board of Directors."
8         "Technical reports from the American
9    Academy of Pediatrics benefit from expertise and
10   resources of liaisons and internal (AAP) and external
11   reviewers.  However, technical reports from the
12   American Academy of Pediatrics may not reflect the
13   views of the liaisons or the organization or
14   governmental agencies that they represent."
15        Are you familiar with that language?
16   A.    It's not something that rings right off the
17   top of my head, but you have it there.
18   Q.    Okay.  And then let's look at the -- we'll
19   use the 2011.  You agree that's the one that was
20   applicable at the time of Z█████ Olson's death as
21   opposed to 2016?
22   A.    Sure.
23   Q.    We can put that aside.  So let's look at the
24   2011.  And I want to look at --
25   A.    Which one are we looking at technical or --

Page 212

1    Q.    Technical report that I marked, yeah, as 28.
2         And this is the section on page
3    e1349.  This is the part that talks about car seats
4    and other sitting devices not recommended for routine
5    sleep at home or in the hospital particularly for
6    young infants.  Was this a section that was yours
7    or somebody else, if you know?
8    A.    I couldn't tell you off the top of my head.
9    Q.    I didn't know -- do you know which sections
10   are yours in any of them?
11   A.    You're asking me to remember a report from
12   ten -- from ten years ago.  I mean, some pieces I
13   know.  Some pieces are more kind of done together.
14   Q.    Okay.
15   A.    The most recent one, it was all
16   collaborative.  We had different groups of people
17   working on each one.
18        Regardless of who wrote it, we all
19   review it and then there's a very lengthy process
20   before this can be approved as publication.
21   Q.    So the part here says, let's see, "Some
22   parents let their infants sleep in a car seat" --
23        (Inaudible discussion between Ms.
24   Cohen and Ms. Ng.)
25   Q.    It says, "Some parents let their infants

Page 213

1  sleep in a car seat or other sitting devices.  Sitting
2  devices include but are not restricted to car seats,
3  strollers, swings, infant carriers, and infant swings.
4  Parents and caregivers often use these devices even
5  when not traveling because they're convenient."
6        And it goes on to say, "One study
7  found that the average young infant spends 5.7 hours a
8  day in a car seat or similar sitting device."
9        COURT REPORTER:  I'm sorry.  Can you
10 slow down?  The masks --
11       MS. COHEN:  Yeah.
12       COURT REPORTER:  You're probably not
13 going to be able to read it.
14       MS. COHEN:  I'm trying to figure out
15 where I was.
16 BY MS. COHEN:
17 Q.    "The average young infant spends 5.7 hours a
18 day in a car set or similar sitting device.  However,
19 there are multiple concerns about using a sitting
20 devices as a usual infant sleep location.  Placing an
21 infant in such devices can potentiate gastroesophageal
22 reflux and positional plagiocephaly."
23       And that's one of the concerns that
24 was raised in this.  Correct?
25 A.    It is, yeah.

Page 214

1  Q.    And then e1355.  Let's switch over to that
2  one with the part that talks about the overheating.
3  And that's part of this one as well.  Right?
4  A.    Um-hum.  Yes.
5  Q.    And so my question is that -- my question for
6  you is that neither the 2011 policy statement which
7  you have in your orange folder nor the technical
8  support on SIDS and/or other sleep related infant
9  deaths, the two documents we looked at, neither of
10 them are prohibit sleep on an incline, do they?
11       MR. OSBORNE:  Form.
12       THE WITNESS:  You know in 2011, this
13 product did not exist.  We don't have it because the
14 product didn't exist.  And so -- so you can't talk
15 about something that isn't out there.
16       Our goal is in reviewing these, we
17 make use of the -- of the available studies.  And
18 those studies are based on case control.  And so if a
19 product doesn't exist, you have nothing to compare
20 for -- for cases.
21       Just because we don't make mention
22 about an incline doesn't mean it's something we
23 approve of.  And there are other places in here where
24 we specifically say baby should be flat to sleep.
25 It's the safest thing.

Page 215

1  BY MS. COHEN:
2  Q.    So let's go back to my question.
3  A.    Okay.
4  Q.    You would agree that in the 2011 AAP policy
5  statement and technical report and also 2016 -- let's
6  just stick with 2011.  The 2011 policy statement or
7  technical report, neither one of them prohibits sleep
8  on an incline?
9        MR. OSBORNE:  Form.
10       THE WITNESS:  No.  We -- just
11 because we didn't say it doesn't mean that we agree
12 that it's a proper thing to do.  No.
13 BY MS. COHEN:
14 Q.    No what?
15 A.    Cribs -- cribs -- cribs are designed to be
16 flat.  And the safest place is in a safety-approved
17 crib.  At that point, there was no rule in terms of
18 angles of bassinets.  Bassinets typically are -- are
19 flat.  So just because we did -- we didn't
20 specifically say about the firmness, didn't also say
21 flat, there are other places where we make it very
22 clear it's meant to be flat.
23       It's such a common sense thing that
24 you wouldn't think you would have to write specifics
25 that it's flat, because we know that cribs have a flat

Page 216

1  surface.  When we heard started hearing more about
2  this, then it caught our attention to talk about.  And
3  the same is true for side cars and other than devices
4  like baby boxes.  So when we get word about them, then
5  if there's an issue, we start to talk about them.
6  Q.    So you yelled out, no, no a couple times.  I
7  want to understand if I can understand what you're
8  saying.
9  A.    Sure.
10 Q.    My question was -- and I can read it back --
11 in 2011, the AAP policy statement, technical report,
12 both of which you have in front of you on the table --
13 one is marked as 28.  And one is in your orange folder
14 marked as something else.  Neither one of them
15 specifically prohibits sleep on an incline.  True?
16 A.    Yeah, the answer is it says to sleep on a
17 flat surface.
18 Q.    Do either of them say you cannot sleep on an
19 incline?
20       MR. OSBORNE:  Form.
21       THE WITNESS:  Why would I need to
22 include that -- that kind of discussion when the
23 recommendation is to be flat?
24 BY MS. COHEN:
25 Q.    Do you think -- do you want me -- I mean, I

1    can take it to the judge. I mean, I'm asking a simple
2    question.
3              MR. OSBORNE: Wait. Wait. You can
4    take anything you want to the judge, but the witness
5    gets to answer the way he answers. You don't get to
6    control how he answers. You can ask your question.
7    He can answer.
8              MS. COHEN: I'm going to keep asking
9    it then.
10   BY MS. COHEN:
11       Q.    First of all, are you here as an advocate?
12       A.    I'm here to tell the truth about what the
13   report is.
14       Q.    Okay.
15       A.    And the report is that the baby is supposed
16   to sleep on a flat surface.
17       Q.    Is there anything in this -- in the technical
18   report or the policy statement that says that you
19   cannot sleep on an incline?
20             MR. OSBORNE: Form.
21             THE WITNESS: I'm sticking by the
22   answer that I gave you.
23   BY MS. COHEN:
24       Q.    Is there --
25       A.    There's not --

1        Q.    Show me -- show me where it says anything
2    about incline in the report.
3        A.    If the product doesn't exist, how can we talk
4    about it? It doesn't say anything and it's not
5    mentioned because it is not something that we had
6    access to information on. I'm not saying that we're
7    condoning it. The safe -- the safe thing for babies
8    to do is sleep on a flat surface. And that's all over
9    the report. It should be a flat surface. It doesn't
10   say anything -- it should be a flat surface and --
11       Q.    And your answer was -- and your answer was --
12       A.    It's a flat surface.
13       Q.    And your answer was the product wasn't on the
14   market, so how could you guys know about it. That's
15   what you just said. Right?
16       A.    Well, there's nothing to -- there's nothing
17   to address if people -- if people are not making a
18   product we don't even know about, we can't say
19   anything about it. If we learn that a product is
20   coming out on the market that we have concerns about,
21   then we can address that specifically. And that's
22   what happens over time. We start talking about
23   different product.
24       Q.    Listen carefully to my question. I'm asking
25   you about 2011. Right? Do you understand that?

1        A.    Yes.
2        Q.    Do you know when the Rock 'n Play was on the
3    market?
4        A.    It went on 2009; but we had to data -- no
5    data on that. So just because the product is on the
6    market, doesn't mean there's any articles or anything
7    to discuss about it. There's no information.
8        Q.    Did the AAP put out any prohibition in 2011
9    in any of their documents that said babies should not
10   sleep on an incline?
11             MR. OSBORNE: Form.
12             THE WITNESS: I can't answer for the
13   entire AAP whether or not they made a comment about
14   that. What I can tell you is what we recommend as a
15   safe sleep surface.
16   BY MS. COHEN:
17       Q.    And I've read every page of those two
18   documents. And there's not a single statement in
19   there from the AAP that prohibits an inclined sleep.
20   Do you agree with that?
21             MR. OSBORNE: Form.
22             THE WITNESS: There is also nothing
23   in there that says -- there are a lot of things that
24   it doesn't say. What's important to me is what it
25   does say.

1    BY MS. COHEN:
2        Q.    And you've said that today. And I've let
3    you, haven't I?
4        A.    Yes. Yes.
5              MR. OSBORNE: Form.
6    BY MS. COHEN:
7        Q.    Now, I'm asking you to comment to that.
8              MR. OSBORNE: Form. Form.
9    BY MS. COHEN:
10       Q.    Let me tell you what. Let me do this.
11   You've been a member what, 30 years, you said, of the
12   AAP?
13       A.    Yes. If we were recommending that an
14   inclined surface was safe to sleep on, we would
15   specifically say an inclined surface is safe to sleep
16   on.
17             (Exhibit 30, Policy Statement
18   titled, Expert Witness Participation in Civil
19   Criminal Proceedings, marked for identification.)
20       Q.    I'm going to hand you Exhibit 30, which is
21   your organization's policy statement. It's one of the
22   policy statements that you can't veer from. That's
23   what you said. Right? It's the policy statement.
24   And title is, Expert Witness Participation in Civil
25   and Criminal Proceedings. You've looked at those?

## Page 221

```
 1    You've seen this before?
 2    A.    Yes.
 3    Q.    And you said you have not signed the
 4  affirmation piece.  So I won't give you that.  Is that
 5  right?
 6    A.    Right.
 7    Q.    And on the second page here under Standards
 8  of Testimony, No. 4 says that -- I don't know if
 9  you're there.
10    A.    Yeah.  "Objective valid opinion."
11    Q.    Okay.  "That are well supported by clinical
12  experience and the best evidence-based medical
13  literature regardless of whether it's to be used by
14  the plaintiff/prosecutor or defendant."  Do you see
15  that?
16    A.    Yes.
17    Q.    And under Providing Proper Testimony on the
18  next page, it says, "Must take all necessary steps to
19  provide expert work that is relevant, reliable,
20  honest, unbiased and based upon sound scientific
21  principles."
22    A.    Yes.  And being honest and unbiased, we would
23  never recommend to put the baby at elevation.  We
24  don't do that.  We know from other products that were
25  taken off the market by the FDA because they were
```

## Page 222

```
 1  medically unsound that babies shouldn't be at an
 2  angle.  And we say that babies should be flat.  So it
 3  seems to add on additional statement to that is really
 4  superfluous.
 5    Q.    Is e1349 that we looked at on the technical
 6  report, which is Exhibit 28, where it says placing
 7  infant in such device can potentiate gastroesophageal
 8  reflux --
 9         MR. OSBORNE:  I'm sorry.  What page
10  are we on?
11         MS. COHEN:  E1349 on 28.
12         MR. OSBORNE:  All right.
13  BY MS. COHEN:
14    Q.    And again, the concern here references
15  potentiating gastroesophageal reflux -- reflux and
16  positional plagiocephaly.  Correct?
17    A.    Correct.
18    Q.    Okay.  Did you see Dr. Good -- Goldsmith's
19  test -- report on this point?
20    A.    Yes.
21    Q.    And what he said was -- you're talking about
22  the 2011 policy statement and technical report.  He
23  said, "To the extent such guideline addresses sleeping
24  on an incline, it only addresses concern that
25  elevating the head of the infant -- I'm reading.
```

## Page 223

```
 1    Let's see.
 2         Let me start back there.  He said,
 3  "I" -- it's in his surrebuttal report; and I don't
 4  know if you have that here.  "I disagree with Dr.
 5  Goodstein's opinion that the 2011 AAP guideline for
 6  infant sleep, which is the guideline for the relevant
 7  period, prohibits sleep on an incline.  Neither the
 8  AAP's 2011 policy statement, nor technical report
 9  prohibits sleep on an incline.  To the extent such
10  guideline addresses such sleep on incline, it only
11  addressed the concern that elevating the head of the
12  infant's crib while the infant is supine is not
13  effective in reducing gastroesophageal reflux.  In
14  addition, this elevation can result in the infant
15  sliding to the foot of the crib into a position that
16  may compromise respiration and, therefore, is not
17  recommended.  In this guideline, it's clear the AAP is
18  concerned with an infant sleeping on an inclined
19  surface and the possibility of the infant sliding to
20  the foot of the crib, which would not occur with a
21  Rock 'n Play when its restraint system is properly
22  used."
23         MR. OSBORNE:  Form.
24         THE WITNESS:  There was concern
25  about the airway occlusion as well.
```

## Page 224

```
 1  BY MS. COHEN:
 2    Q.    But Dr. Goldsmith who has been part of the
 3  infant and child task force, a member of the AAP for
 4  even look longer than you, someone you respect in
 5  terms of his credentials and opinions states clearly
 6  that the AAP 2011 statement does not address the issue
 7  of incline.
 8         MR. OSBORNE:  Form.
 9         THE WITNESS:  It is -- it is
10  addressed, just not there.  It is addressed in that in
11  that the baby should be on a flat surface.  He's kind
12  of cherry picking a little bit.
13         It says if you're in one of these
14  devices, don't let them sleep in it.  Put them on a
15  flat surface.  It says it in every single iteration of
16  this.  It says keep the baby on a flat surface.  It
17  doesn't say flat or inclined.  It says put them on a
18  flat surface.
19  BY MS. COHEN:
20    Q.    It doesn't define flat, does it?
21         MR. OSBORNE:  Form.
22         THE WITNESS:  Wow.
23  BY MS. COHEN:
24    Q.    You earlier said flat --
25    A.    Flat is -- yes.  Flat is not inclined.
```

1    Q.     But you earlier said it was up to a 10-degree
2    incline.
3    A.     The CPSC says up to 10 degrees.
4    Q.     So that's not not zero, is it?
5    A.     It's not 30 degrees.  The reason we state
6    flat is because that's what we know is safe.  And,
7    again, nobody is doing studies to see what angle is
8    the angle at which it becomes critical that you can
9    harm someone.
10   Q.     There's no study on that at all, is there?
11   A.     There's data -- supporting data.  There's no
12   specific study to look at how that could cause --
13   there's no studies that have done randomized
14   controlled trials to compare whether babies would be
15   more likely to die in an incline than not.
16          What has been done is there's been
17   studies looking at whether or not babies can start to
18   have compromise to their breathing and airway and
19   mus -- muscle strength if they are put at various
20   degrees of incline.
21          And in most cases, we do see as
22   little as, I believe, 20 degrees -- I would have to
23   look at the article to be sure -- that you can start
24   to see desaturation events, which can be a trigger and
25   tied to SIDS.  And we certainly see issues with muscle

1    fatigue, especially in a prone position that if the
2    baby could not escape from in a small space could
3    certainly be part of a cascade of events that leads to
4    a SUID event.
5    Q.     Do you know Dr. Fox, who is --
6    A.     Yes.
7    Q.     -- in the field of pediatrics and
8    neonatology, respiratory physiology, prevention of
9    injury alleged in suffocation at U of Penn?
10   A.     Yeah, I do.
11   Q.     Do you respect him?
12   A.     I do.
13   Q.     Do you collaborate with him at all?
14   A.     On rare occasions, yes.
15   Q.     Do you know Dr. Shaff -- what do you
16   collaborate with him on?
17   A.     He provides us some reports on babies that
18   we're evaluating for apnea and other issues.
19   Q.     So you rely on his data is what you're
20   saying?
21   A.     I use him as a consultant --
22   Q.     Okay.
23   A.     -- because they have a machine that we don't
24   have access to at our hospital.
25   Q.     So that means you use his data as reliable?

1    A.     I don't -- I don't think data is the right
2    word.  I ask for his opinion regarding pneumogram
3    results.
4    Q.     Okay.  So you rely on his opinion?
5           MR. OSBORNE:  Form.
6           THE WITNESS:  I use him as a
7    consultant to -- I use him as a consultant to assist
8    me with some clinical decision-making.
9    BY MS. COHEN:
10   Q.     Okay.  And do you know Dr. Schaeffer?
11   A.     I know Tom Schaeffer.
12   Q.     And do you collaborate with him at all?
13   A.     No.  He just happened to be at the same
14   institution where I trained at.  But I know other of
15   my colleagues have worked with him in his lab.
16   Q.     Okay.  Both Dr. Fox and Dr. Schaeffer are
17   well respected in their fields.  Correct?
18   A.     Yes.
19   Q.     And in this case, I know you didn't get all
20   of the materials; but were you provided by the counsel
21   who retained you with Drs. Fox and Schaeffer's report
22   and their videotapes of what -- of their --
23   A.     No.
24   Q.     You didn't see that?
25   A.     No.

1    Q.     Okay.  I'm sure you would have been
2    interested in seeing what they studied in this case on
3    infants, wouldn't you?
4    A.     Sure.
5    Q.     In terms of risk factors for SIDS and SUIDs,
6    I want to go through -- did you look at the list
7    that -- I know you and Dr. Goldsmith have different
8    opinions about different issues; but did you look at
9    his risk factor list to see if you two agreed on that?
10   A.     Yes, I did look at it.
11   Q.     And do you agree with him on that?
12   A.     I would like to see the list.  I think
13   there's one or two things that I do not agree with him
14   about.
15   Q.     I'll be happy to go through it.  So his
16   report is one of the things you looked at, but I take
17   it you don't have it here with you?
18   A.     No, I don't.
19   Q.     Okay.
20          MS. COHEN:  We don't have an extra?
21          MS. NG:  No.
22   BY MS. COHEN:
23   Q.     So I just have the one with my writing on it;
24   but we'll -- we'll -- I'll read it to you.
25   A.     Most of them are accurate.  He has one with

Page 229

1    anemia that's not.
2    Q.    Well, he says, Patient factors sleep apnea
3    and/or medical conditions, in parens, acid reflux,
4    anemia, post-anesthesia states -- I'll let you look at
5    it, too, so you know I'm looking reading it right.
6    A.    Yeah, if I could.
7    Q.    Yes.
8    A.    Okay.
9    Q.    It would be easier.
10    A.    Yes, it would.
11            I don't agree with his patient
12    factors. Acid reflux doesn't cause SIDS. Reflux is
13    extremely common. Anemia doesn't cause SIDS. It's in
14    our report as a potentiating factor. I looked at --
15    he had one article from one very minor journal that I
16    would not really agree with. I'm not sure why he
17    would put post-anesthesia states here, because these
18    deaths occur generally in the home environment. So
19    that's a little odd. And there are a lot of things in
20    here that I think are strange.
21            The things I do agree with is the
22    things that are the standard that we all put in our
23    report, prone positioning; soft bedding; unsafe beds,
24    couches, daybeds -- those are all true-- loosing
25    bedding materials; overheating and room temperature.

Page 230

1    I take -- let's go through the ones
2    I agree with; and then we can circle back to what is
3    of contention. Mothers smoking during the pregnancy,
4    there's a direct correlation with that. Mothers
5    receiving late or no prenatal care an association
6    but not necessarily cause of. I would not even refer
7    to that as an extrinsic risk factor. Prematurity, as
8    we mentioned low birth rate those are intrinsic
9    factors. Secondhand smoke is an extrinsic factor.
10    Parental alcohol and drug use can play a role.
11            So some of these other ones are not
12    extrinsic risk factors. They are separate
13    associations with a higher risk but have no causation
14    whatsoever. So that would be the maternal marital
15    status, education level, socioeconomic status. These
16    are absolutely not causative or actually intrinsic as
17    to causing. But they are things that are associated.
18    They are flags that could put the baby at increased
19    risk but are not direct -- but are not direct in terms
20    of --
21    Q.    I don't mean to grab. I'm trying to --
22    A.    No. So those are some of the ones that I
23    would -- and the mother's age as well. Those are not
24    extrinsic risk factors. They associate risk, but they
25    are not extrinsic risk factors. Extrinsic risk

Page 231

1    factors are things particular to the environment. And
2    those are specifically the ones that we've already
3    talked about, which include soft bedding and pillows
4    and an over-warm environment, the smoke in the
5    environment. Those are all things that have some
6    relationship -- not causation but some relationship as
7    opposed to these other things that are just kind of
8    social constructs that are markers for other things
9    that are probably going on for risk.
10    Q.    So he said the risk factors related to SIDS
11    include but are not limited to the following. That's
12    what he said, not -- he didn't use the word extrinsic.
13    A.    Well, again, the risk --
14    Q.    Let me --
15    A.    It's statistically correct that -- that if
16    you're a person of color that as a population, there's
17    a higher rate of SIDS, none of that to be -- none of
18    that's causative. There are other reasons for that.
19            And just because you're young
20    doesn't mean your baby is going to die of -- a young
21    mother doesn't mean your baby going to die of SIDS.
22    That in itself is the true risk. It is an
23    association. It is a statistical association. But in
24    terms of -- if you want to think it through all of the
25    way, the way that I would put this is that a young

Page 232

1    mother -- and there's studies looking at this -- they
2    are less likely to listen to what their doctor has to
3    say. There are other factors that go into this. And
4    if you're putting your baby, you know, prone because
5    you're not listening to your doctor, it's not about
6    the age. It's about the fact that you did a behavior
7    that then created a higher risk situation.
8    Q.    Where in your chart do you list your risk
9    factors -- in your report?
10    A.    They're -- the risk factors in this case or
11    risk factors in general?
12    Q.    Either.
13    A.    Oh, for in general, it's with the information
14    on the Triple Risk Hypothesis.
15    Q.    So you're saying this is all you list on page
16    225? That's it?
17    A.    I wasn't asked to go into detail on that.
18    That was not the purpose of my -- of the report I was
19    writing.
20    Q.    Okay.
21    A.    But I'm happy to talk about intrinsic or
22    extrinsic factors.
23    Q.    So you didn't include all of them is what
24    you're saying because you weren't asked to do that?
25    A.    Correct.

Page 233

1    Q.    All right. Were you specifically told to
2    just include intrinsic risk factors? I don't really
3    understand.
4    A.    It went to the health of the baby. That's
5    why that's included.
6    Q.    Okay.
7    A.    I was asked to comment on the medical records
8    and how it purports to this case. And so intrinsic
9    risk factors play a role in terms of my interpretation
10   of the mother's and the baby's health records. So
11   that's why I included that. But that was not -- those
12   records were not -- you know, the health records are
13   not relevant in terms of extrinsic risk factors at the
14   scene of the event. So it is a separate issue that I
15   was not asked to comment on.
16   Q.    In the recent case where you did the
17   report -- I don't remember the name of the product
18   anymore -- were you directed not to include certain
19   things or was it a similar exercise?
20   A.    I couldn't tell you that. It's at least four
21   years -- it's about four years ago.
22   Q.    Dr. Goldsmith says on page 5 of his
23   surrebuttal report, "I disagree with Dr. Goodstein's
24   opinion regarding physiologic anemia and reflux as
25   risk factors of SIDS. There's indirect evidence that

Page 234

1    suggests a relationship between physiologic anemia and
2    SIDS and infants in their first" -- and then he cites
3    to the Jeffrey Page article. Are you familiar with
4    that?
5    A.    I've not read the whole article, but I saw
6    the journal it came from. And it's not really a high
7    repeatable journal. So of all the hundreds of
8    thousands of studies there are on SIDS, that's the
9    only one he can reference. We don't talk about --
10   Q.    Which journal --
11          MR. OSBORNE: You're interrupting.
12          Please finish your answer.
13          THE WITNESS: So you can -- you can
14   evaluate journals. They have impact factor listings
15   that -- that give you a sense of how good of a journal
16   it is and how good the information is coming out of
17   said journal. And that journal -- I don't even know
18   if it has an impact factor. All I can tell you is
19   I've never heard of the journal he's quoting from.
20   BY MS. COHEN:
21   Q.    Which journal? That's the question.
22   A.    Well, look at the footnote.
23   Q.    You pointed over to me and said, "That
24   journal." Which one are you talking about?
25   A.    The article that you just mentioned about

Page 235

1    anemia.
2    Q.    Do you know which journal it was?
3    A.    Do you want to let me look at his footnotes,
4    and I can tell you?
5    Q.    You decried it. You said it was a horrible
6    journal, whatever you said. I'm trying to ask what
7    journal it was.
8    A.    I need to look at it to see. I looked at the
9    journal. I don't -- you know, I didn't memorize the
10   name of the journal. So I need to see it.
11   Q.    It's more than one. One is the International
12   Journal of Pediatrics. Is that a horrible journal?
13   A.    I would say it's not a highly regarded
14   journal.
15          MR. OSBORNE: Do you want to let him
16   see what he's reading from, counsel?
17          MS. COHEN: He could have brought it
18   today. You could have brought it for him.
19          MR. OSBORNE: Why should I? This is
20   your deposition, ma'am.
21          MS. COHEN: Surrebuttal, surrebuttal
22   report.
23          MR. OSBORNE: If you wanted him
24   to give him documents, I believe under the rules of
25   evidence, he has the right to see a document you're

Page 236

1    confronting him with.
2          MS. COHEN: He sure does. And he
3    looks --
4          MR. OSBORNE: And you're not
5    permitting him to. What's fair about that?
6          MS. COHEN: Please. I've given him
7    everything all day. You didn't give me all the
8    documents he had here today. Talk about fair about
9    that.
10          MR. OSBORNE: Because I probably
11   never saw them until today.
12          MS. COHEN: Well, and I've been very
13   nice about that.
14   BY MS. COHEN:
15   Q.    The second article was --
16          MR. OSBORNE: Do you want to tell
17   him which journal it is? And he can tell you which
18   one he's referring to.
19          MS. COHEN: Early Human Development,
20   is that -- is that a terrible journal, too?
21          THE WITNESS: That one is a probably
22   a little more respected.
23          But I will tell you if you look --
24   if you look through the technical reports, the
25   policies statements, you don't see anything anywhere

Page 237

1    about anemia, because that's not considered a
2    significant factor.
3    BY MS. COHEN:
4    Q.     And the third one they cite to in this first
5    paragraph of his -- and I'm happy -- mine has notes on
6    it and highlights -- is Pediatrics.  Obviously, that's
7    a reputable journal.
8    A.     That is a reputable journal.
9    Q.     So the one you take issue with is the
10   International Journal of Pediatrics?
11   A.     Yes.
12   Q.     And you did read the surrebuttal report?
13   A.     Yes.
14          MS. COHEN:  Do we have that here?
15          MS. NG:  I'm trying.
16          MS. COHEN:  It's okay if we don't.
17   BY MS. COHEN:
18   Q.     Did you read this one this week the
19   surrebuttal report?
20   A.     I believe I read it this week.  And I
21   probably looked at it a while before when I first got
22   it, but it wasn't too long ago.
23   Q.     Yeah.  I'll give you a date on this one.
24   July 30th, 2021.
25          Have you ever talked to the

Page 238

1    plaintiffs; that is, Mr. Olson and Ms. Courkamp?
2    A.     No.
3    Q.     Did you ever ask to talk to them?
4    A.     No.
5    Q.     Did you inquire whether there was any history
6    of SIDS or faulty issues or issues --
7    A.     It was her first child.  So there would be no
8    other children to compare it with but her.
9    Q.     I'm asking about in the family?
10   A.     I only have access to the medical records
11   that I was given.
12   Q.     Okay.  And what about is it relevant to ask
13   about subsequent pregnancies and subsequent births?
14   A.     For what?
15   Q.     For risk factors for SIDS.
16   A.     It's not a question that I -- that makes
17   sense to me --
18   Q.     Okay.
19   A.     -- because generally --
20   Q.     Um-hum.
21   A.     -- SIDS doesn't run in families.
22          There are some -- we're still trying
23   to figure out what all the causes of SIDS are, because
24   there's a multitude.  And we're still in the infancy
25   of this.  So there are some occasional rare genetic

Page 239

1    disorders that can initially be listed as SIDS; but
2    sometimes are picked up later on as something else
3    that led to a sudden -- so it's a SUID, but not a
4    SIDS.
5          So, for example, spinal muscular
6    atrophy, I know of a case where a child died and it
7    was called SIDS.  The woman had another child and
8    became sick actually in an office where they were
9    doing a bereavement session, went to the hospital, and
10   eventually was saved but was diagnosed as having SMA.
11   So there are rare cases; but when you start seeing
12   things within a family, often that leads the medical
13   examiners to start wondering about other diagnoses
14   like infanticide.  It is very rare for this to run in
15   a family.
16          It's -- so in that regard -- and I
17   always do ask -- I always do ask when I take a history
18   if there's any history of SIDS in the family; but
19   there usually isn't, I know.
20   Q.     When you're trying to assess for SIDS, you
21   usually ask about a SIDS history in the family?
22   A.     No.  Every patient I take care of, I ask them
23   an extensive family history; and that's just a part of
24   it, so to help me understand if there's anything that
25   I might need to dig into further, because sometimes

Page 240

1    SIDS is not SIDS.
2    Q.     In terms of all the materials that were
3    provided to you that didn't make it into the small
4    orange file for today, do you keep them all on your
5    computer?  Is that where you keep them all, or are
6    they hard copy?
7    A.     No.  It's just on the computer.  I don't
8    print all that stuff out.  My God I'd kill a tree and
9    wouldn't have anyplace to store it.
10   Q.     What is the last time you worked with Dr.
11   Schaeffer or Dr. Fox?  Is that something that happens
12   often?
13   A.     Dr. Schaeffer I have not worked directly
14   with.  He just happens to work at the same institution
15   where I trained at at Saint Christopher's.  He's
16   Temple University.  So some of my friends worked in
17   his lab, but I did not work directly with him.
18          And Dr. Fox, I haven't worked with
19   him recently.  Sometimes it's -- he's not the only
20   person there in the apnea center.  So I've worked with
21   a couple of other people that are on staff maybe
22   sometime in the last two years.  He just sends a
23   report, and sometimes we talk for one minute.
24   Q.     So it's kind of a regular thing over the
25   years?

Page 241

1    A.    No.
2    Q.    I mean, it's not regular -- I mean, it has
3    gone on over the years.
4    A.    We've used other sources in years past. So
5    it's not always been with their service, no. We used
6    to do our own reports for many years.
7    Q.    Are you familiar with -- is it Dr.
8    Bajanowski --
9    A.    no.
10    Q.    -- who has written about the need for a
11    complete autopsy in --
12    A.    Oh, okay. I didn't recognize the name right
13    off the top of my head.
14          MS. COHEN: We're going to go ahead
15    and mark this Exhibit 30?
16          MR. OSBORNE: I thought that was the
17    expert witness.
18          THE WITNESS: Yeah, 30 was the
19    expert witness.
20          MS. COHEN: All right. Thirty-one.
21          MR. OSBORNE: The AAP article.
22          MS. COHEN: Thirty-one. Thirty-one.
23    All right.
24          (Exhibit 31, Thomas Bajanowski, et
25    al., Article, marked for identification.)

Page 242

1    BY MS. COHEN:
2    Q.    It's Dr. Bajanowski, "Sudden infant death
3    syndrome - Standardised investigations and
4    classification." Have you seen this before?
5    A.    Not this article. It's from 2006. So there
6    are other things that have certainly been put in place
7    since this article.
8    Q.    You would agree that investigation of infant
9    death for SIDS or SUIDs requires specific diagnostic
10    methods in terms of forensic pathology?
11    A.    I'm not a pathologist. But, yes, I would say
12    there should be some standards to how an autopsy is
13    done for SIDS that's different than your standard
14    autopsy, yes.
15    Q.    And you would agree that what was done by Dr.
16    Frank in this case was not a complete SIDS autopsy.
17    You agree with Dr. Fuller. Correct?
18    A.    Again, I'm not a pathologist. So I can -- I
19    can tell you -- I can tell you is as somebody who
20    works in the field and sits on child death review and
21    works with our coroner that sometimes there are
22    limitation to what is able to be done because it's not
23    a legal matter. And so they may not do every single
24    test that's available. But there's a fairly good
25    standard battery of tests. And I think, you know, the

Page 243

1    pathologist did many of them, but I think there is
2    probably a little more that could have been done.
3    Q.    In other words, the pathologist here, Dr.
4    Frank and his team, did a standard autopsy but not a
5    standard SIDS autopsy. Correct?
6          MR. OSBORNE: Form.
7          THE WITNESS: I can't answer -- I
8    can't answer that question.
9    BY MS. COHEN:
10    Q.    You would defer to the pathologist for that?
11    A.    I defer to the pathologist.
12    Q.    Fair enough. We'll get that marked now.
13    Your report -- page -- this is your
14    official first report. So 2 and 2A. Do you have that
15    handy?
16    A.    Yeah.
17    Q.    It's probably over here. Let's see.
18    A.    I think it might be in this pile. Here is
19    the one and -- yeah. Here they are.
20    Q.    232, if you could look for that page.
21    A.    On which that report?
22    Q.    On that report.
23    A.    Okay. Yes.
24    Q.    You talk about the concept of an inclined
25    sleeper has always been a concern, but it's something

Page 244

1    that even before the Rock 'n Play came out in 2009.
2    Correct? What are you talking about -- what are you
3    talking about there?
4    A.    I'm just talking about the -- again products
5    shouldn't be on an incline for sleep. So I can't tell
6    you an exact year when that, you know, elevated to a
7    higher level of concern. I can tell you that all of
8    the reports will talk about having a firm and flat
9    surface. So anything that deviates from that is a
10    concern to us whether it's a car seat or a bouncer.
11    Q.    You haven't talked to any of the plaintiff
12    expert witnesses. Is that right?
13    A.    Yes.
14    Q.    You only people you've talked about to in
15    this case are Ms. Schriner and Mr. Osborne?
16    A.    Yes, one of the other partners was on the
17    line for a call once, but I don't know his name.
18          MS. COHEN: I think those are all of
19    the questions that I have for you. I thank you very
20    much for your time today.
21          THE WITNESS: Thank you.
22    EXAMINATION
23    BY MR. OSBORNE:
24    Q.    Doctor, did you bring a reference that
25    discusses pathology reports?

A. A reference? I did -- I did bring a couple of pieces from a book on investigation of SIDS, yes.
Q. And what was it that was important to you with respect to normal pathology reports in the references you brought?
A. The one is that there's no specific histologic finding that defines SIDS. So there are often common findings that are nonspecific such as some hemorrhage in the thymic tissue and some congestion in the lungs are pretty routine in deaths that are not necessarily -- that are not defined SIDS. It's a common finding.
Q. In which of the articles that you brought with you in Exhibit 1 makes that reference?
A. That -- well, it's just a page that I photocopied out of that book on SIDS investigation.
Q. I don't know if we marked it or --
MS. COHEN: We did.
THE WITNESS: It's marked, but I'm a little about harried and -- hold on.
MR. OSBORNE: Can we go off the record and let you organize?
THE WITNESS: I think I'll be able to get it here pretty quick.
MR. OSBORNE: Okay. Then let's not

go off.
THE VIDEOGRAPHER: Go off?
MR. OSBORNE: No.
THE WITNESS: Sure. There are a couple of things that I thought were specifically relevant to what I had read in the reports. And the one was that there's no specific -- illnesses...
COURT REPORTER: I'm sorry. What --
MR. OSBORNE: Yeah. Slow down just a little bit, please.
THE WITNESS: Sure.
COURT REPORTER: There's no specific what illnesses?
THE WITNESS: Specific histologic findings in SIDS. Sorry.
BY MR. OSBORNE:
Q. And it's from a report, you said?
A. This is from a book. This is from a book I actually wrote a chapter in on the epidemiology of SIDS. And it's from a chapter from one of the editors, Marta Cohen, who is internationally renowned as an expert -- expert in this area. And just to quote, There's no specific histological findings in SIDS. Petechiae and small hemorrhages may be seen in the thymus, lungs, along coronary arteries, renal

interstitium, and other organs. The lungs frequently show some degree of edema and alveolar macrophages, minor laryngeal and peribronchial inflammation with expansion of the mucosa associated lymphoid tissue, or MALT, may be seen with nonlethal viral infections.
Q. And did Ms. Cohen put an exhibit sticker on the one you're reading from?
A. Yeah. It's -- is that a 12?
MS. COHEN: My Sharpie.
THE WITNESS: You were doing this early on. Is that a 12?
MS. COHEN: 13.
THE WITNESS: 13.
MS. COHEN: I'm not under the influence.
THE WITNESS: Let me see -- hold on. This is 14. And I think --
MS. NG: I think it's 13.
THE WITNESS: Well, I don't know -- what number. That's 15. And that's 14. So that must be --
MR. OSBORNE: It's your writing. I didn't do that.
THE WITNESS: And there should be one more page. Here is 12.

MS. COHEN: I think I'm getting penmanship shamed.
THE WITNESS: Oh, you have nothing to be ashamed about. Us doctors are known -- I teach a course in bad, illegible handwriting. Off the record.
The other comment was just about in relation to doing autopsies and completeness of autopsies. And it is very well known that certain features that you're looking for to define a true SIDS death require an expertise that's only in a handful of labs across the world. And that would include Hannah Kinney's lab and Dr. Byard's lab down in New Zealand where they do this very difficult staining of areas in the brainstem with serotonin reuptake inhibitors that are important in triggering an arousal reflex that protects the baby from -- from a SIDS-like or SUID event.
BY MR. OSBORNE:
Q. And which exhibit are you holding that you found --
A. This is No. 12. It just says specifically, "These observations have been made in the research setting and cannot be reproduced in routine diagnostic study."

Page 249

1    Q.      You were asked a series of questions about
2    not -- no prohibition of -- of incline in the policy
3    in the AAP policy statements.  Did the AAP policy
4    statements say flat?
5    A.      Yes.
6    Q.      Did you bring a definition of flat that you
7    meant when you wrote that?
8    A.      Yes.
9    Q.      And what exhibit is that?
10   A.      This is -- I think this one is 15.  Sorry.
11   Q.      We can read it?
12   A.      Twelve, 13, 14 -- yeah, this is 15.
13   Q.      All right.  And what was the definition?
14   A.      They had three:  lying at full length or
15   spread out upon the ground, having a continuous
16   horizontal surface, and arranged or laid out as to be
17   level or even.
18           And that's what we kind of -- that's
19   what we kind of meant all along.
20           Just to go back to the things that
21   you -- you don't put in things that aren't necessary,
22   because they're either obvious -- we get a certain --
23   we get a restricted word count on this.  So we've got
24   to be as concise as possible, although I know that
25   report looks like it's a bazillion pages long.  But we

Page 250

1    do try to be concise and say, you know -- I can take
2    an extreme example.  It would be unsafe to put a knife
3    in the bed with the baby.  You know, that's kind of
4    obvious.  It's the same effect.  You know, it's
5    recommended that the baby sleep surface is flat.  We
6    just didn't include the inclines because products
7    generally don't have inclines.  And the ones that do
8    we tell you not to use for sleep.  They're used for
9    other purposes.
10           I mean, this product was not used
11   for sleep in many other countries.  And I would really
12   like to know why they said that.  There must
13   be some reason that there were other concerns in other
14   countries regarding this in terms of its safety.  So I
15   think that's -- in my mind, that's a bit of a red
16   flag.
17   Q.      You made reference to a study on child seats,
18   and you were questioned at some length by Ms. Cohen
19   regarding whether the Rock 'n Play was a child seat or
20   not.  Do you recall those questions?
21   A.      Yes.
22   Q.      And specifically, in terms of being inclined
23   devices, do you have an opinion whether the Rock 'n
24   Play and a child's seat are similar?
25           MS. COHEN:  Objection.  Foundation.

Page 251

1            THE WITNESS:  I think anything
2    that's on an incline -- I guess there's a -- you know,
3    I'll be fair.  There's a range of degrees of incline.
4    And I wouldn't say it's an identical product but the
5    concerns are the same.  I think the greater the
6    incline, the greater the concern you're going to have
7    about it.  I don't know what degree above zero is
8    okay.  You know the CPSC has come upon 10 degrees.
9    And that's pretty darn flat.
10           You know, we can't really comment on
11   how we came to what's going to come out in the next
12   report; but we didn't want to create confusion.  If
13   you tell somebody a little incline is okay, they might
14   think a bigger incline is okay, too.  So we know flat
15   is safe.  So we stick with flat.
16   BY MR. OSBORNE:
17   Q.      All right.  In terms of -- I take it that the
18   child seat study found that there was an increased
19   risk of asphyxiation in a child seat?
20   A.      There was increased risk of -- of death.  And
21   a part of all of this death is some sort of
22   asphyxiation.  It's kind of a broad category.  I guess
23   it's kind of a little separate -- even strangulation
24   at the end because asphyxia.  That's the inability to
25   get air and get gas exchanged.  So I think all of

Page 252

1    these things have that component of the truth to them.
2    And it doesn't necessarily have to be this complete
3    occlusion, because I think that was something that was
4    kind of brought up earlier in the -- the deposition.
5            But even if you just have an
6    enclosed space with something you're breathing up
7    against, it could start to cause rebreathing.  And I
8    do have a video that shows how that happens.  You
9    know, we want an open crib.  That's why we don't have
10   any -- we don't recommend any bumper pads or anything
11   around a baby on the back so they can breath freely
12   and not get their face against something that -- that
13   can be problematic with rebreathing.
14           I mean, that was -- there are cases
15   with even getting face down with hard plastic and hard
16   surfaces in some playards that have caused concern
17   because of the effect of eventual rebreathing and
18   potential asphyxia.
19   Q.      And could you explain for the jury how the
20   article on child seats informed your report's
21   commentary about an inclined sleep product like the
22   Rock 'n Play?
23           MS. COHEN:  Objection.  Form.
24   Foundation.
25   BY MR. OSBORNE:

Page 253

1    Q.    You may go ahead.
2    A.    That article is extremely concerning because
3    it's not just about seats.  It also includes
4    strollers, and it also included wraps.  And it
5    included bouncers as well.  So we typically say if
6    you're going to be sleeping, it should be not with
7    something that's strapping you in, for one thing.
8    That would not be considered a -- good surface,
9    because we know that sometimes babies are little
10   Houdinis.  They try to twist and get out of things and
11   sometimes become entangled.  And depending on where
12   the straps are that entanglement can lead to
13   strangulation or suffocation.  So we typically
14   recommend that the baby is not attached to anything
15   while their asleep to be considered a safe surface.
16   Q.    You mentioned that you brought an
17   illustrative exhibit to demonstrate the dangers of
18   rebreathing.  Did you bring that with you?
19   A.    I don't have it; but if we have access to the
20   internet, I could pull that up to show it to you.
21   Q.    So you're referring to a video that you
22   produced with my firm and that we produced to the
23   defendant about the dangers of rebreathing?
24   A.    Yes.  It's through an article that was in my
25   list of articles from Dr. David Greenblatt at one of

Page 254

1    the -- it's a physics institute of technol -- the
2    Israeli physics institute or physiology institute.
3    I'm not sure of the name of the institute, but that's
4    where -- where they do that work.
5    Q.    Could you verbally describe for the jury
6    since they'll have that exhibit available to them as a
7    demonstrative what that video shows?
8    A.    Sure.
9           MS. COHEN:  Objection.
10   BY MR. OSBORNE:
11   Q.    Go ahead.  You get to answer.
12   A.    Okay.  Yes.  It shows using physics and fluid
13   dynamics.  And I actually spoke with Dr. Greenblatt
14   about this, because they used a model that was a
15   liquid model so you could see it better.  But
16   essentially the physics between the air and the liquid
17   models are quite similar.
18          So for demonstrating the issue, he
19   had a recreation of a doll -- a doll in proportion to
20   a human head and nostrils.  And what they did is they
21   created some breathing movement along with a dye kind
22   of replicating breathing that would come out of
23   infant's nose, since babies are obligate nose
24   breathers.  And what you can see is when the baby is
25   laying on the back -- or the doll recreation is on the

Page 255

1    back with the head up, the material just diffuses out
2    up through the tank.  It does not stay around the
3    baby's nostrils.
4           When you put the baby lying -- in
5    this case, they did it in a prone position.  I suspect
6    they probably did something similar with a side
7    position as well.  We see a lack of movement.  And
8    what the dye, which is essentially the rebreathe, the
9    exhaled air which would be full of carbon dioxide and
10   deficient of oxygen, just sits around the baby's nose.
11   Q.    I believe that you went over several pages
12   from Exhibit 24 and 25 and -- with Ms. Cohen.  And
13   those are the Tempe Police Department report and the
14   medical examiner's report.  Do you remember covering
15   those?
16   A.    Yes.
17   Q.    And I mean, she went through those pages
18   very, very fast.  But I remember she cut you off on
19   some additional information that you wanted to discuss
20   with respect to her questions.  Do you recall that?
21          MS. COHEN:  Objection to form.
22          THE WITNESS:  I don't remember all
23   the questions anymore.
24   BY MR. OSBORNE:
25   Q.    Right.  That's the problem with redirect.

Page 256

1    But I would like to give you the chance to address
2    those and -- as best you can, considering that the
3    moment is not present right now but was well over an
4    hour ago.
5    A.    I guess I would just need a little more
6    guidance here.
7    Q.    Let me -- let me first direct you to page 49;
8    and we're going to talk a little bit about Z███ s
9    health condition as reported by family members.
10   A.    Sure.  Yeah.  I think I see what you're
11   talking about.  Yeah, there was a lot of information,
12   I guess, in the reports.
13   Q.    Police report?
14   A.    Actually -- well, not just the police report,
15   but some of the other reports from the defense.  I
16   don't know if I can talk specifically about that.
17   Q.    Do you mean the expert reports?
18   A.    The expert reports.
19   Q.    Oh, okay.
20   A.    But in terms of the baby's health, there were
21   a lot of things that were suggested and implied that,
22   I think, are not relevant to the case and give the
23   suggestion that the child was not a well child and
24   that there are predisposing factors related to her
25   health that might have played a role in this that, I

Page 257

```
 1    would say, are completely unfounded and untrue.
 2    Q.    Could you express for the jury your views on
 3    those issues that you feel are unfounded and untrue?
 4    A.    Sure.
 5          MS. COHEN:  Objection to form.
 6          THE WITNESS:  Well, there was a lot
 7    of discussion about the baby's birth history.  And I
 8    think that those kind of things that occurred eight
 9    months earlier I would be really hard-pressed to
10    associate that.
11          Specifically, there's this focus
12    about suggesting that the baby's got lung problems;
13    there's something wrong with her lungs; she had fluid
14    on the lungs when she was born.  Yes.  She had
15    something called transient tachypnea in a newborn.
16    That's also in Dr. Goldsmith's report.  And that is a
17    transient problem.
18    BY MR. OSBORNE:
19    Q.    What does that mean, transient?
20    A.    It is a rapidly resolving problem.  It -- it
21    goes away, and it doesn't come back.  It's related to
22    fetal lung -- retained fetal lung fluid.  And babies
23    can clear that in anywhere from hours to two to three
24    days, usually within 24 to 48 hours, sometimes a
25    little longer.  And once that's done with, there is --
```

Page 258

```
 1    you know, it's -- it's done.  The lungs are always
 2    healthy.  So trying to tie transient tachypnea in a
 3    newborn to an eight-month-old is not logical, okay,
 4    and not realistic.
 5          They also -- there's a big focus on
 6    the heart murmur.  And she had an echocardiogram done
 7    and that echocardiogram, I believe -- I have to go
 8    back -- can I look at my report?
 9    Q.    Yes.
10    A.    Was it --
11    Q.    I have Exhibit 2 here.  Do you have it?
12    A.    If you have it to get to it quicker, I'll
13    take your copy.
14    Q.    Yeah.  I was looking for 2A.  It may be 2A.
15    I don't know if I wrote it down properly or not.
16          MS. COHEN:  Do you want me to help?
17          MR. OSBORNE:  It might help.  But I
18    think he'll actually not need to distinguish 2 and 2A.
19          THE WITNESS:  Yeah.  Okay.  So
20    there.  So, yes, she did have a heart murmur while she
21    was in the nursery and an echocardiogram, which
22    revealed normal cardiac anatomy.  So, you know, from a
23    cardiac standpoint, she was healthy.  It's another
24    transitional issue.  And I don't want to bore
25    everybody with details about the whys of the differing
```

Page 259

```
 1    murmurs that we hear in newborns.  But they -- they
 2    come and go.  Sometimes older infants have innocent
 3    murmurs.  But basically, there's normal cardiac
 4    anatomy.  So there is no concerns there.
 5          Basically, all the things that
 6    happened to her around the time of her first days of
 7    life were all common issues that completely resolved,
 8    a little bit of jaundice and such, and really have no
 9    bearing whatsoever on the discussion about her death.
10    Q.    There were a series of questions about the --
11    did I, by the way, interrupt you?  Were there other
12    issues that you wanted to address with respect to the
13    things defense expert said that were unfounded and
14    untrue?
15    A.    We can talk a little bit more about -- about
16    her health.  There -- there are some interesting
17    comments about weight and head size that -- that there
18    were some suggestions that somehow that this might
19    have meant that the child was very ill or had
20    neurodegenerative disease.  And really those are kind
21    of farfetched ideas.  And really if you're looking
22    at -- there's an old medical saying, if you hear
23    hooves -- hoof beats, it's probably horses, not
24    zebras.
25          So, you know, in terms of her head
```

Page 260

```
 1    size measurement, I think that's a difficult
 2    measurement to make.  And with a child who is moving
 3    around, it's not just a flat thing.  You're measuring
 4    around different sides of the head.  And Dr. Goldsmith
 5    brought up that maybe the baby's head size was
 6    shrinking and that there was something
 7    neurodevelopmentally wrong, but the baby was on target
 8    for all of her milestones.
 9          And I see this all the time in the
10    NICU -- and I'm sure he does, too -- that if you have
11    a baby in the hospital for a while, you'll see these
12    measurements are all over the place.  But you look for
13    trends over time.  And in Z███ s case, she was hitting
14    her milestones.  There should be somewhere in there
15    her growth curve.  And her head circumference was
16    following a particular percentile.  And at the sixth
17    month, it jumped up.  And I think that might have been
18    a misread on it.  So I think there may be some
19    confusion, because if the next one is the same or
20    smaller, it might have been based off the fact that
21    that other one was the one that wasn't accurate.
22          There is that.  And also the idea of
23    baby's growth in terms of her weight.  You know,
24    everybody described this child as growing, thriving,
25    meeting developmental milestones.  So it is not
```

## Page 261

1  uncommon for an error to be made in terms of weighing
2  a child. I know it happens in the pathology lab. I
3  can't speak to their weight. But I know that even
4  with an electronic scale, if something is leaning
5  against it, you pump up against it, you don't zero it
6  properly, it could be way off. And sometimes there
7  are transcription errors in terms of writing down a
8  number. So it's very hard for me to understand how
9  she would have lost four or five pounds when being
10 reported as basically healthy, except for that
11 intercurrent cold.
12         I would also comment that the cold
13 happened way too far out from when the baby's tragic
14 death occurred to tie those two things together.
15 Q.     That's of interest to me, what the medical
16 records actually show versus what was reported in
17 the -- by some of the family members in Exhibit 24,
18 for example, the Tempe police report, or Exhibit 25,
19 the medical examiner's report.
20         Let's take a quick look at Bates 51
21 on Exhibit 24 of the police report. And there in the
22 middle of the page is a discussion and speaking with
23 the Lawtons, Katie's parents. Do you see that general
24 reference? I think it's, like, the third full
25 paragraph?

## Page 262

1  A.     Yes.
2  Q.     And then the following paragraph talks about
3  how, "Arnet further advised that when Z▇▇ was born,
4  she had fluid in her lungs and was not breathing, she
5  was monitored for three days in the hospital ICU.
6  Arnet and Robert were also aware that Z▇▇ had a
7  constant raspy cough. According to" Dr. Arnet -- or
8  "Dr. Cleary, this was due to allergies and teething.
9  Arnet believed that Kathleen took Z▇▇ to an urgent
10 care for a second opinion. However, she was unable to
11 provide any further details."
12         Do you have a -- with that in mind,
13 you have a section in your report -- your first
14 report, Exhibit 2, 2A, that has a complete review of
15 the medical records. I don't think you need to
16 specifically look at it. But do you agree that you
17 do?
18 A.     Yes.
19 Q.     Okay. And your opinions are based on -- at
20 least in part on that complete review of the medical
21 records?
22 A.     Yes.
23         MS. COHEN: Objection to form.
24 BY MR. OSBORNE;
25 Q.     And considering the paragraph of what Arnet

## Page 263

1  advised the police in June shortly after her
2  granddaughter had died, to what extent does this
3  paragraph, "Arnet further advised," appear consistent
4  with -- with what your review of the medical records
5  show?
6  A.     Well, he's bringing up information that I
7  guess he thought might have been useful or helpful as
8  somebody who is, you know, a family member but was
9  really not relevant to what happened.
10 Q.     Okay. Would you defer to the medical records
11 over a verbal report after losing a granddaughter on
12 June 19th about the development and health of Z▇▇?
13 A.     Yes.
14         MR. OSBORNE: Objection.
15 Foundation. Form.
16         THE WITNESS: Yeah. I mean, it's
17 very -- you know, people are -- as well they would be
18 in shock. So you know, I'm not -- I can't comment on
19 his state of mind or what he was getting at. But it
20 does kind of stick out a little unusual to me when the
21 parents as well as the medical records really don't
22 show anything about that. It seems like an outlier
23 just the same way as whether the baby was belted or
24 not. You know, Mr. Andrew Olson kind of gave that
25 conflicting answer; but the preponderance of the

## Page 264

1  reports was that the seatbelt wasn't, you know, put
2  on. And in this case, the preponderance of the
3  information is not that she had this, quote/unquote,
4  constant cough.
5         And honestly, even if she did have a
6  cough, if it was thought to be allergic in nature, it
7  wouldn't be relevant to this anyway.
8  BY MR. OSBORNE:
9  Q.     Why?
10 A.     I don't know of a SIDS allergy.
11         MR. OSBORNE: Those are my
12 questions. I'll reserve the remaining for trial and
13 subject to whatever you do next.
14         MS. COHEN: Thank you, John.
15         I just have a few follow-up
16 questions, not too many, if you can withstand a few
17 more minutes before we take a break. Or do you want
18 to take a break first.
19         THE WITNESS: No. We're good. I
20 wanted to joke, but I'll tell you off the record.
21         MS. COHEN: Is it about my
22 penmanship, my questions? What? I'm just teasing.
23 I'll finish up quickly.
24         THE WITNESS: You're all good.
25 EXAMINATION

Page 265

```
1    BY MS. COHEN:
2    Q.    Dr. Goodstein, just so I make sure I know
3    this, the book that pulled -- I took your copies back.
4    I'm going to give them back to you.  But the book that
5    you reference, I just want to make sure I've got the
6    title of the book so I have it.
7    A.    I can look it up for you to make sure I have
8    it.
9            MS. COHEN:  Is it okay if he looks
10   it up and gives it to you?
11           MR. OSBORNE:  Sure.
12           MS. COHEN:  Sends a picture of the
13   cover or something like that?
14           MR. OSBORNE:  Do you want to look in
15   that exhibit and look it up?
16           THE WITNESS:  Um --
17           MS. COHEN:  Or did you want to look
18   at the book itself?
19           THE WITNESS:  The book is sitting in
20   my car, if you want to come out to my car.
21           MR. OSBORNE:  We're talking about
22   Footnote 50 or something else?
23           MS. COHEN:  It was the book that he
24   pulled things from.
25           THE WITNESS:  The single pages.
```

Page 266

```
1            MR. OSBORNE:  Well, if we promise
2    not to attach it in its entirety to the deposition, I
3    don't have any problem with getting it right.
4    BY MS. COHEN:
5    Q.    Yeah.  I just want to have you give me the --
6    A.    If you want to give me a second, I can try
7    and --
8            MR. OSBORNE:  Okay.
9    BY MS. COHEN:
10   Q.    Do you want me to finish the questions, and
11   then you can go get it?
12   A.    Sure.  Let's do that.
13   Q.    I won't attach it.  Or you can always take a
14   picture and send it to John.
15   A.    Yeah, whether is easier for you.
16   Q.    Okay.  I just didn't want to forget to ask
17   that.
18   A.    Sure.
19   Q.    The flat definition that is also included in
20   one, that, again, was from the dictionary.  Right?
21   A.    Yep.
22   Q.    That definition did not appear in the AAP
23   bulletins, right, or reports?
24           MR. OSBORNE:  Form.
25           THE WITNESS:  Well, to answer the
```

Page 267

```
1    question, it's true, because it would seem
2    self-explanatory that flat is flat and flat isn't just
3    at an incline but horizontal.
4    BY MS. COHEN:
5    Q.    And I just want to have that clear again.
6    It's not about -- about what's -- what's obvious.
7    It's just my question is that definition that you read
8    is not contained in the AAP materials.  Correct?
9    A.    Correct.  One would think you wouldn't need
10   to put that in there.  I can tell you in the future,
11   it will be.
12   Q.    So the -- the child seat study that was
13   referenced and Mr. Osborne asked you about, can you
14   tell me which one that was?  I want to make sure I
15   have the cite.
16   A.    I'm not sure which one you're referring to.
17   Q.    He talked about it in the last part of his
18   questioning.
19           MR. OSBORNE:  I thought it was
20   Footnote 50.
21           MS. COHEN:  I just want to make sure
22   I have that right.
23           MR. OSBORNE:  But that might not be
24   correct, because that may have been the journal
25   article you didn't want to show him the name of.
```

Page 268

```
1            I'm looking at my notes.
2            MS. COHEN:  No problem.  And I have
3    the Goldsmith surrebuttal.  I just couldn't give him
4    my marked-up copy of it.
5            Do you remember you and Mr. Osborne
6    were talking about a car seat study?
7            THE WITNESS:  Yes.
8            MR. OSBORNE:  Okay.  It was right
9    about Exhibit 27, Footnote 50.
10           MS. NG:  It might be the Batra.
11           MS. COHEN:  Oh, the Batra.
12           MR. OSBORNE:  It is Batra.  It must
13   have been in your report Footnote 50.
14           MS. COHEN:  Oh, I have his report
15   here so maybe.
16           Is that it?
17           MR. OSBORNE:  Yeah.  It's Batra,
18   "Hazards Associated with Sitting and Carrying Devices
19   for Children Two Years and Younger," Journal of
20   Pediatrics 2015, as I believe you got into the sitting
21   and carrying devices, incline versus not inclined
22   issue.
23           MS. COHEN:  That was it.  Okay.
24           Thank you.  I just wanted to make
25   sure we had that on the record.
```

Page 269

1    THE WITNESS:  Because as some point
2  we talked about desaturation events on an incline.
3    MR. OSBORNE:  Yes.
4    THE WITNESS:  But that's a
5  different -- that's a different article.  And that
6  would just be an abstract and not a full article.  I'm
7  not sure.
8    MS. COHEN:  Which one is that one?
9    MR. OSBORNE:  It was the child seat
10  and the similarity between child seats and any
11  inclined product that I was addressing in my
12  questions.
13  BY MS. COHEN:
14  Q.    So then I want to get to this video that was,
15  I guess, given to you -- given by you to Mr. Osborne
16  and sent to us last night for the first time.  And I
17  think you said that was something from Professor
18  Greenblatt from the Israel Institute of Technology.
19  Is that right?
20  A.    That's not the formal name, but it's an
21  institute of technology in Israel.  I think it's,
22  like, the Technion Institute.  I'm not sure.
23  Q.    Okay.  It's from the institute of technology
24  in Israel, but not the Israel Institute of Technology?
25  A.    Yeah.  I don't know -- we could look up his

Page 270

1  article --
2  Q.    Okay.
3  A.    -- to find it out.
4  Q.    Yeah.  So the question is, that's not your
5  video.  You didn't create that.  Right?
6  A.    No.
7  Q.    You borrowed it from -- you got it on-line
8  from him?
9  A.    It's available on-line.  I have used it to
10  discuss rebreathing in education from time to time.
11  Q.    Okay.  And why did you send that to counsel?
12  A.    Because I think it's really hard to
13  understand without a physical or visual reference to
14  understand what happens, that it doesn't mean that you
15  have to have a complete occlusion of the nostrils to
16  have issues that can cause rebreathing and such.
17  Q.    That video is not cited to in either of your
18  reports, is it?
19  A.    It is not.  I don't believe so.
20  Q.    Okay.  And also as I look through your
21  reports, your reports don't address rebreathing, do
22  they?  The word "rebreathing" is not on either report,
23  is it?
24  A.    I just addressed the things that I was asked
25  to address.

Page 271

1  Q.    I know.  And I'm not fussing at you.  I'm
2  just asking a simple question.  Rebreathing is not in
3  your report, Exhibit 2, is it?
4  A.    I don't believe so.
5  Q.    Rebreathing is not in your report, Exhibit 3,
6  is it?
7  A.    I don't believe so.
8  Q.    So it's a new topic that hasn't been
9  addressed before.  Correct?
10  A.    In relation to what I was asked to write,
11  yes.  In relation to the idea of asphyxia and some of
12  the things that people wrote about, not -- not really.
13  Q.    But it's not an opinion that you offered in
14  your report, is it, sir?
15  A.    No.
16  Q.    And the video is not offered in your -- in
17  either of your reports or referenced.  Correct?
18  A.    No.  It is something that was thought of
19  after submission that I thought was relevant.
20  Q.    And is the -- the issue with Dr. Goldsmith
21  and the head size -- you agree that there were errors
22  on the head size that was referenced?
23  A.    Somewhere in there there are measurement
24  errors, but that's very common.
25  Q.    I know.  But they were objective inaccuracies

Page 272

1  that he pointed out.  Correct?
2    MR. OSBORNE:  Form.
3    THE WITNESS:  Yeah.  I just don't
4  know if he's putting them in the right order or making
5  assumptions about the error, that it wasn't just an
6  error in measurement, that otherwise it could be that
7  the child really did have that much of a weight loss.
8  BY MS. COHEN:
9  Q.    Did you see what he said about it his
10  surreply?
11  A.    I would have to reread it again to see.  He's
12  made different comments about it at different places
13  in his report.  I think at one point he did
14  acknowledge that it was probably an error and likely
15  to be related to --
16  Q.    And he said he would be remiss if he didn't
17  raise in his report as a reviewing expert.  Did you
18  see that?
19    MR. OSBORNE:  Form.
20    THE WITNESS:  Somewhere in there.
21  You're taking it out of context.  So I don't know the
22  specific writing off the top of my head.
23  BY MS. COHEN:
24  Q.    I would be happy to pull it out and show you
25  what it said.  Did you see the factual errors in what

Page 273

1  you looked at?
2        MR. OSBORNE: Form.
3        THE WITNESS: Yes, I think there
4  errors in measurements, yes.
5  BY MS. COHEN:
6    Q.    He said, "Dr. Goodstein takes issue with my
7  documentation of the factual record in this case.
8  These are notes based on my objective review the
9  factual record in this case. I would remiss to regard
10  these potentially salient facts as mere errors as
11  characterized by Dr. Goodstein."
12        That's what he said. Did you read
13  that?
14    A.    Yes.
15    Q.    Now, I know you talked about medical records
16  and the accuracy of them and how you relied on them in
17  terms of your recitation of the facts related to
18  Baby -- Baby Z███. Right?
19    A.    Yes.
20    Q.    You would expect police records to be
21  accurate, too, wouldn't you?
22        MR. OSBORNE: Form. Foundation.
23        THE WITNESS: Not any more accurate
24  than any other records.
25  BY MS. COHEN:

Page 274

1    Q.    Okay.
2    A.    I mean, errors can happen. Sure.
3    Q.    Errors can happen in medical records?
4    A.    Yep. Errors can happen in any records.
5  We're all human. I don't know of anybody that doesn't
6  have the potential for error.
7        MS. COHEN: I think that's all I
8  have.
9  EXAMINATION
10  BY MR. OSBORNE:
11    Q.    With respect to the video that you found from
12  the Israeli institute, does that video fairly
13  illustrate the concept of rebreathing in your opinion?
14    A.    Yes.
15    Q.    How so?
16    A.    I think it -- well, the physics are the
17  physics. It just shows the physics in a way that to
18  put on paper might be very hard to understand.
19        I think for a lot of people the idea
20  of asphyxia or suffocation has this kind of movie
21  connotation of somebody taking a pillow and shoving it
22  over your face. And I just wanted to bring to light
23  that it's not always like that. You don't have to
24  have complete occlusion of the airway for it to have
25  an impact that can lead down the scenario that ends up

Page 275

1  in SUID.
2    Q.    Does the video illustrate the exhaled of
3  breath of an infant in a supine position on the one
4  hand and a prone position on the other into fabric?
5    A.    Yes.
6    Q.    And what is the important about the
7  difference between what the physics show the breath
8  does in one position versus the other as illustrated
9  in the Israeli video?
10        MS. COHEN: Objection. Scope.
11  Foundation. Form.
12        THE WITNESS: Again, I'm not -- I'm
13  not a physiologist. I certainly would be -- my forte
14  is not to be in a lab like that. But from talking to
15  Dr. Greenblatt, reading the article to the best of my
16  ability, what you see is when the baby has nothing
17  around it, there's no accumulation of toxins or a
18  decrease in oxygenation for the baby to breathe in;
19  but in that prone position when there's less space,
20  that gas doesn't move. It becomes trapped. And so
21  the baby starts rebreathing that.
22        And the -- you know, although we
23  don't understand everything about how SIDS occurs and
24  how these deaths with asphyxia occur, certainly
25  intermittent rebreathing of gases or intermittent

Page 276

1  episodes of low oxygen levels and hypoxemia, some
2  People conjecture -- Karl Hunt, who is a big SIDS
3  researcher, and Juno (phonetic) Ramirez up in Seattle,
4  they think that these intermittent episodes of low
5  oxygen levels can cause an ongoing process of damage
6  to these areas in the brain that they see on, you
7  know, Dr. Kinney's evaluation and such that may lead
8  to damage to the areas where arousal -- you know, an
9  arousal correction response occurs. So even if it's
10  not a straightforward one-time event, repetitive
11  insults of poor oxygenation can cause injury in the
12  brain. And one of the theories is that could lead to
13  a future event where the baby does not respond to a
14  threatening environment and may become asphyxiated
15  and -- and die.
16  BY MR. OSBORNE:
17    Q.    And just to be clear for the jury, what is it
18  about the exhaled air that is rebreathed that is bad?
19        MS. COHEN: Objection to form.
20  Foundation. Beyond the scope of his reports. And --
21  yeah, that's it.
22        THE WITNESS: Well, if you keep
23  rebreathing the same air, the oxygen content goes down
24  and carbon dioxide levels go up. And that will
25  eventually to cause organ injury and eventual death.

Page 277

```
1          It's kind of what's the shown in the
2    Thach and Kinney article from the New England Journal,
3    that there's this kind of asphyxiation that if the
4    baby doesn't resuscitate and escape from the
5    environmental factors that are causing the problem,
6    that eventually they'll go into hypoxic coma. And
7    then a lot of times there will be, like, a last gasp.
8    We see that in the delivery room, too, with asphyxia.
9    If they don't respond and escape from that, then they
10   would die.
11          MR. OSBORNE: Those are my questions
12   for now. Anything further?
13          MS. COHEN: I'm sorry to do this.
14          THE WITNESS: That's okay. And
15   those are kind of basic things from even a neonatal
16   resuscitation program with the concept of last gasp
17   and asphyxia in utero. That's kind of a similar
18   thing.
19   EXAMINATION
20   BY MS. COHEN:
21   Q.     Doctor, when did you first learn about the
22   video? When did you first see it?
23   A.     Actually, interestingly enough, Dr.
24   Greenblatt reached out to me before he even published,
25   because he thought he was on to something and he
```

Page 278

```
1    wanted to talk to me about it. So I had a
2    conversation. I thought his theory was really
3    interesting and that he should pursue it.
4          And then he did just his own thing.
5    After his article came out, he -- I think he put this
6    because he's -- he takes -- I think he takes to heart
7    wanting to put out good science that can be used to
8    save baby's lives. And if that video can help people
9    understand the dangers of the prone positioning and
10   such, I think he put it out there as a public service.
11   And it's out there for people to use. And I've made
12   use of it on and off.
13   Q.     Do remember my question? When did you first
14   become aware of this video?
15   A.     I don't know what year it came out. It was
16   after his article was published, maybe a couple of
17   years ago. I don't know.
18   Q.     Okay. Long before you did your report in
19   this case in April of 2021. Correct?
20   A.     Yes.
21   Q.     And when were you first aware of the concept
22   of rebreathing?
23   A.     That's a common concept in the SIDS -- 20
24   years ago.
25   Q.     Twenty years ago?
```

Page 279

```
1    A.     I don't know. It's something that people
2    have written about for a long time. It certainly goes
3    back to the 2006 Kinney article. And there's data
4    before that from Dr. Kemp and others. So I don't know
5    the exact year of it.
6    Q.     Were you aware of it before you wrote your
7    original report in April 2021?
8    A.     Yes.
9    Q.     And you said you're not a physiologist.
10   Correct?
11   A.     That's true.
12   Q.     Dr. Schaeffer, who we talked about before, is
13   a physiologist. Correct.
14   A.     That's true.
15   Q.     And you consult with him to do the physiology
16   work in your own --
17   A.     No, I do not work with Dr. Schaeffer. I know
18   him because he does work at where I trained at. Some
19   of my colleagues work with him in the lab. I have not
20   worked with him in the lab. Maybe once or twice he
21   came to the hospital to give a lecture on respiratory
22   physiology, but I have not worked with him.
23   Q.     Maybe it was Dr. Fox then. Is he a
24   physiologist?
25   A.     Dr. Fox, I think, is a neonatologist. He's
```

Page 280

```
1    certainly written textbooks, you know, Fox and Polin
2    on neonatology. It might be specifically to
3    respiratory care. I don't know all of his texts, but
4    he is an expert in the care of the newborn and
5    respiratory issues, I guess.
6    Q.     Pediatric, neonatology, respiratory
7    physiology.
8    A.     Okay.
9    Q.     So he would be in that specialty?
10   A.     Yes. You could have made that easier on me
11   and just read it.
12   Q.     Sorry. And again, there's nothing in your
13   report about rebreathing. Correct?
14   A.     Correct.
15   Q.     And there's nothing in your report about
16   the -- what you said the repeated -- the repeated
17   insults the poor oxygenation. Correct?
18   A.     That's correct.
19          MS. COHEN: And those are all of the
20   questions I have.
21          MR. OSBORNE: I thought we were
22   going to go out and get the book.
23          MS. COHEN: Yep.
24          MR. OSBORNE: And I might as well
25   say now for the record I reserve signature. The
```

Page 281

```
 1    doctor will read and sign.
 2            MS. COHEN:  We'll just add the book.
 3            MR. OSBORNE:  And we can go off the
 4    record until he can retrieve that and show it to her.
 5            THE VIDEOGRAPHER:  Going off the
 6    video record.  The time is 3:44.
 7            (Brief recess from the record.)
 8            THE VIDEOGRAPHER:  We're back on
 9    video record.  The time is 3:42 (sic).
10            THE WITNESS:  Sure.  The name of the
11    book that I pulled the information from as referenced
12    was Investigation of Sudden Infant Death Syndrome from
13    Cambridge University Press.  And Marta Cohen and
14    Sheimberg, Beckwith, and Hauck are the editors.
15            MR. OSBORNE:  Is that in your
16    curriculum vitae?
17            THE WITNESS:  Yes.  And that book
18    was from 2019.  It's listed under Book Chapters.
19            MS. COHEN:  Thank you, guys.
20            MR. OSBORNE:  All right.  Off the
21    record.
22            THE VIDEOGRAPHER:  This concludes
23    the deposition of Dr. Michael Goodstein.  The time is
24    3:43 (sic).
25            (Discussion held off the record.)
```

Page 282

```
 1            MR. OSBORNE:  So I will take a mini
 2    and a computer.  And if she gets a rough, I'll get a
 3    rough, too.
 4            MS. COHEN:  Yeah, we'll get a rough.
 5            COURT REPORTER:  She also wants it
 6    expedited.  Do you need it expedited?
 7            MR. OSBORNE:  No expedite.
 8            MS. COHEN:  We just want a rough
 9    E-Tran right away and then a rush.
10            (Discussion held off the record.)
11            MS. COHEN:  So by agreement of
12    counsel, we are releasing the original exhibits, which
13    would be 1 through 15 to Dr. Goodstein, which includes
14    his orange folder, which is the No. 1 and then the
15    contents will be 2 through 15 in there.  And then
16    you'll mark as the Exhibits 1 through 15 that you have
17    exact copies of that that you have in your pile.
18            MR. OSBORNE:  And we agree.
19            [MICHAEL GOODSTEIN, M.D.]
20            (Witness excused.)
21            (Deposition concluded at 3:57 p.m.)
22
23
24
25
```

Page 283

```
 1            [MICHAEL GOODSTEIN, M.D.]
 2            C E R T I F I C A T E
 3
 4            I do hereby certify that I am a
 5    Notary Public in good standing, that the aforesaid
 6    testimony was taken before me, pursuant to notice, at
 7    the time and place indicated; that said deponent was
 8    by me duly sworn to tell the truth, the whole truth,
 9    and nothing but the truth; that the testimony of said
10    deponent was correctly recorded in machine shorthand
11    by me and thereafter transcribed under my supervision
12    with computer-aided transcription; that the deposition
13    is a true and correct record of the testimony given
14    by; and that I am neither of counsel nor kin to any
15    party in said action, nor interested in the outcome
16    thereof.
17            WITNESS my hand and official seal
18    this 5th day of October, 2021.
19
20
            <%1423,Signature%>
21    _____
            Denise L. Travis, RPR
22            Notary Public
23
24    My commission expires
        April 20, 2022.
25
```

Page 284

```
 1            ERRATA SHEET
 2
 3    Kathleen Courkamp v. Fisher-Price, Inc., et al.
 4    Michael Goodstein, M.D.
 5
 6    INSTRUCTIONS TO THE WITNESS
 7            Please read your deposition over carefully
 8    and make any necessary corrections.  You should
 9    state the reason in the appropriate space on the
10    errata sheet for any corrections that are made.
11            After doing so, please sign the errata
12    sheet and date it.
13            You are signing the same subject to the
14    changes you have noted on the errata sheet, which
15    will be attached to your deposition.
16            It is imperative that you return the
17    original errata sheet to the deposing attorney
18    within thirty (30) days of receipt of the
19    deposition transcript to you.  If you fail to do
20    so, the deposition transcript may be deemed to be
21    accurate and may be used in court.
22
23
24
25
```

Page 285

```
1     Kathleen Courkamp v. Fisher-Price, Inc., et al.
2     Michael Goodstein, M.D.
3
4                    E R R A T A
5
6                     - - - - -
7     PAGE    LINE    CHANGE
8     --- ---   -----------------
9     Reason:
10    --- ---   -----------------
11    Reason:
12    --- ---   -----------------
13    Reason:
14    --- ---   -----------------
15    Reason:
16    --- ---   -----------------
17    Reason:
18    --- ---   -----------------
19    Reason:
20    --- ---   -----------------
21    Reason:
22    --- ---   -----------------
23    Reason:
24    --- ---   -----------------
25    Reason:
```

Page 286

```
1     Kathleen Courkamp v. Fisher-Price, Inc., et al.
2     Michael Goodstein, M.D.
3
4             ACKNOWLEDGMENT OF DEPONENT
5                 I, MICHAEL GOODSTEIN, M.D.,
6     do hereby certify that I have read the foregoing
7     pages and that the same is a correct transcription
8     of the answers given by me to the questions therein
9     propounded, except for the corrections or changes
10    in form or substance, if any, noted in the attached
11    Errata Sheet.
12
13
14    DATE          MICHAEL GOODSTEIN, M.D.
15
16    Subscribed and sworn to before me this
17         day of          , 20  .
18
19    My commission expires:
20
21
      Notary Public
22
23
24
25
```

**A**

**a.m** 1:16 6:2
**AAP** 13:10 26:1
  28:7 30:25
  41:17 43:5,8,9
  43:14 45:15,18
  45:19,25 46:1
  46:3 48:2 49:1
  52:3,4 55:2,6
  55:13 59:4
  60:19 61:21
  76:16 82:13
  88:12 89:20
  90:2 131:24
  141:23 142:8
  142:10,11
  149:3,6,12,16
  149:21,25
  150:1 153:23
  154:12,13,17
  157:17 158:14
  197:2,4,5,18
  197:20 198:15
  199:21,25
  209:2,24
  210:20 211:10
  215:4 216:11
  219:8,13,19
  220:12 223:5
  223:17 224:3,6
  241:21 249:3,3
  266:22 267:8
**AAP's** 223:8
**ability** 77:14
  159:1 275:16
**able** 36:17 40:24
  61:15 136:13
  179:12,15
  193:16 203:16
  213:13 242:22
  245:23
**abnormality**
  36:14
**above-referen...**
  134:8
**abridged** 109:4
**absolutely** 42:17
  131:25 169:22
  176:19 230:16
**abstract** 30:10

30:20,21 32:9
32:12 269:6
**academic** 81:8
**Academy** 41:18
  42:13 153:17
  201:23 211:3,5
  211:9,12
**access** 30:12
  138:6 218:6
  226:24 238:10
  253:19
**accidental**
  162:22
**accommodate**
  9:7,12
**account** 154:23
  207:13 208:14
**accumulation**
  275:17
**accuracy** 163:19
  273:16
**accurate** 14:23
  17:1 18:9 38:2
  40:4 71:16
  93:4 116:10
  123:25 138:2,3
  158:7 174:25
  177:4 198:23
  228:25 260:21
  273:21,23
  284:21
**accurately**
  36:18 40:24
  176:3
**accused** 13:9
**achieving** 99:15
**acid** 229:3,12
**acknowledge**
  272:14
**ACKNOWLE...**
  286:4
**acquired** 35:16
**act** 18:16 82:24
  132:19
**action** 283:15
**actively** 190:25
**add** 65:13,15
  67:11,11 80:19
  146:17 175:6
  175:13 222:3

281:2
**added** 47:1
  74:17 75:1
  76:14
**adding** 118:15
**addition** 146:9
  201:15 223:14
**additional** 104:5
  146:11 222:3
  255:19
**address** 7:14
  36:17 68:13
  69:17 84:12
  100:4,14,17
  101:2,7 103:23
  105:3 108:12
  109:11 120:4
  120:14,17
  121:7 143:3
  218:17,21
  224:6 256:1
  259:12 270:21
  270:25
**addressed** 40:25
  172:10 223:11
  224:10,10
  270:24 271:9
**addresses**
  222:23,24
  223:10
**addressing**
  15:14 22:10
  100:11 143:9
  143:10 269:11
**adequate** 202:7
**adequately**
  144:22
**administer**
  145:11
**administrative**
  146:10,19
  148:24
**adopted** 172:4
**advised** 183:10
  184:22 262:3
  263:1,3
**advocate** 157:24
  217:11
**affiliations** 6:21
**affirmation**

153:19,22
  221:4
**afford** 123:2
**aforesaid** 283:5
**age** 162:15
  173:8 179:11
  196:5 200:16
  203:12,19
  230:23 232:6
**agencies** 211:14
**ago** 83:6 183:9
  183:23 212:12
  233:21 237:22
  256:4 278:17
  278:24,25
**agree** 22:5 51:11
  51:12 56:21
  57:13 59:3
  61:24 62:9
  67:24 69:11
  71:21 74:21
  78:25 79:7
  111:7 119:21
  148:10 153:9
  154:17 157:15
  157:17,22
  159:12 163:10
  170:1 175:2
  182:11 190:21
  194:8,23 196:9
  196:19 197:9
  198:3,5,16
  199:12,21
  200:18 201:3
  211:19 215:4
  215:11 219:20
  228:11,13
  229:11,16,21
  230:2 242:8,15
  242:17 262:16
  271:21 282:18
**agreed** 93:10
  179:10 228:9
**agreement**
  282:11
**agrees** 165:19
**ahead** 10:16
  19:23 28:23
  29:3 44:6
  64:20 65:16

66:3,4 69:20
  71:25 92:11
  125:20 126:9
  165:11 167:9
  168:22 185:20
  241:14 253:1
  254:11
**ahold** 56:9
  133:13
**air** 251:25
  254:16 255:9
  276:18,23
**airflow** 78:4
**airway** 79:17
  223:25 225:18
  274:24
**Akey** 106:8
**al** 3:21 5:6,12
  6:9,10 26:24
  27:5 192:11
  241:25 284:3
  285:1 286:1
**Alan** 106:8
**alcohol** 99:18
  174:5 175:18
  230:10
**aligned** 79:23
**alignment** 79:3
  79:9,15
**alive** 147:20
**alleged** 13:5
  226:9
**allegedly** 155:24
**allergic** 176:16
  264:6
**allergies** 185:10
  262:8
**allergy** 264:10
**Allison** 2:7 7:1
**allow** 52:3,24
  155:5 166:24
  250:12
**allowed** 59:9,12
  87:14 184:7
**allows** 45:4
  51:22 96:8
**alveolar** 40:14
  247:2
**amended** 4:15
  72:5 172:1

**American** 41:17
42:13 153:17
201:23 211:2,5
211:8,12
**amount** 56:16
109:1
**anatomy** 35:16
258:22 259:4
**and/or** 174:4
202:7 214:8
229:3
**Andrew** 6:23
108:5 179:6
180:8 183:12
263:24
**anemia** 150:5
229:1,4,13
233:24 234:1
235:1 237:1
**angle** 61:12
66:22 67:3
194:12,15,17
194:21,22
195:1,3 222:2
225:7,8
**angled** 198:2
**angles** 215:18
**animal** 135:18
135:19
**animals** 169:18
**answer** 9:2 10:2
20:8 50:9
55:14 57:13
64:7,10,25
65:1,9,13,15
66:4,5,6,7 67:7
69:7 83:3
98:17 113:19
114:6 141:16
148:6 199:8
216:16 217:5,7
217:22 218:11
218:11,13
219:12 234:12
243:7,8 254:11
263:25 266:25
**answering**
158:21,21
**answers** 105:7
159:1 217:5,6

286:8
**antiquated**
56:13
**anybody** 27:12
80:5,11 83:10
110:7 154:15
274:5
**anymore** 233:18
255:23
**anyplace** 240:9
**anyway** 264:7
**apart** 129:18
130:3 133:16
**apnea** 226:18
229:2 240:20
**apologies** 19:13
**apologize** 29:25
32:5 66:25
80:20 95:11,17
147:2 184:12
**apparently**
44:22 60:10
**appear** 263:3
266:22
**appearances** 2:1
6:21
**appeared**
189:17 190:5
**applicable**
165:20 211:20
**apply** 174:10
**appreciate** 7:23
64:18 66:1
**approach** 64:19
83:9 98:4
**approached**
88:23
**appropriate**
55:11 64:5
77:1 82:24
152:2,19
154:23 158:22
202:11 207:13
208:15 284:9
**approve** 214:23
**approved**
212:20
**approximately**
181:8 183:23
187:16 188:5

**April** 11:21 12:1
14:25 73:6,12
75:1 86:18,19
86:19 101:6
123:21 124:2,4
186:5 187:15
187:24 278:19
279:7 283:24
**area** 18:14 36:1
36:11,22 37:23
81:14 94:4
139:18 156:25
166:19 246:22
**areas** 15:13
17:21 18:11,19
19:21,24,25
21:11,13 22:10
71:6 82:7
150:8 200:21
248:14 276:6,8
**argue** 177:10
**Arizona** 1:1
6:11 64:15
123:8
**Arnet** 184:21
185:7,9,10
262:3,6,7,9,25
263:3
**arousal** 248:16
276:8,9
**arranged**
249:16
**arteries** 40:12
246:25
**article** 3:15,21
3:22 4:3,4,9,21
5:7,12 15:8
23:4,7,10
26:23 27:4
28:4,10,14
29:6 30:2,5,5
30:12 31:9
33:10 34:7
48:18 49:7,13
73:20 75:20
76:18 121:1,6
161:21 166:10
172:4 191:21
192:12 193:6,7
193:13,19,19

194:4 195:19
195:20 197:17
198:25 201:3
201:18,19
202:18 225:23
229:15 234:3,5
234:25 236:15
241:21,25
242:5,7 252:20
253:2,24
267:25 269:5,6
270:1 275:15
277:2 278:5,16
279:3
**articles** 25:6
31:19 73:19
74:17,24 75:8
80:24 110:24
160:21,22
161:3 219:6
245:13 253:25
**ashamed** 248:4
**aside** 170:23
191:15 204:11
211:23
**asked** 12:19
13:10,17,25
15:15 16:4,23
18:17 24:12
40:20 47:10
48:22 67:11,11
69:1 80:9,23
85:20 87:2,19
88:5,16 89:5
96:14,19 98:16
100:6 103:3,11
105:5 108:14
111:13,20
119:8 120:19
135:14,17
139:23,24
144:1,5,8,12
146:24 168:17
169:7,9 173:24
175:17 179:11
206:23 232:17
232:24 233:7
233:15 249:1
267:13 270:24
271:10

**asking** 32:7 45:7
45:7 72:21
82:2 88:2 94:3
110:8 129:12
129:20 136:4,6
136:6 154:3
158:3 195:10
212:11 217:1,8
218:24 220:7
238:9 271:2
**asleep** 253:15
**aspect** 148:10
**asphyxia** 66:22
193:10 251:24
252:18 271:11
274:20 275:24
277:8,17
**asphyxias**
153:16
**asphyxiated**
276:14
**asphyxiation**
251:19,22
277:3
**assess** 134:24
239:20
**assessment**
135:3 136:13
139:22 169:10
**assigned** 118:22
**assist** 227:7
**assistance**
129:11
**assistant** 137:10
137:11
**associate** 230:24
257:10
**associated**
155:24 230:17
247:4 268:18
**association**
230:5 231:23
231:23
**associations**
230:13
**assume** 51:14
65:19 201:3,19
**assump** 156:23
**assumption** 56:9
**assumptions**

62:1 156:24
272:5
**ASTM** 55:24
56:19 60:19
142:15
**Atlanta** 2:9
28:16
atrophy 239:6
attach 126:6
266:2,13
attached 3:24
86:21 122:1,9
253:14 284:15
286:10
attachments
3:11,14 125:16
125:23 126:1,8
126:11
attending 6:20
attends 142:9
attention 60:2
216:2
attest 106:2
attitude 64:19
attorney 13:25
16:3 72:14
88:23 136:7
284:17
attorneys 16:24
70:23 87:15,23
138:12
attributed
193:10
audience 81:25
**August** 33:21
74:2
author 28:12
75:8,22 195:25
205:24 206:4,6
206:6,8,9
authority 45:22
authors 27:14
195:24 205:25
211:4
authorship
28:13
autonomic
173:2
autopsies 248:8
248:9

**autopsy** 35:9
98:12,23
100:18 103:20
103:21 241:11
242:12,14,16
243:4,5
**available** 59:11
75:10 109:8
214:17 242:24
254:6 270:9
**average** 187:7
213:7,17
**avoid** 83:24
167:17
**avoidance** 51:8
**awards** 149:20
**aware** 63:18
68:21 90:5
112:23 153:25
154:11 156:18
183:22 185:7
262:6 278:14
278:21 279:6
**awkward**
193:25 198:13
**AZ** 2:4

**B**
**B** 3:6 4:1 5:1
**babbling** 102:13
**babies** 19:2 58:6
63:6,7 66:16
66:16,18 79:24
147:10,22
151:21,22
160:5,7 162:18
172:25 195:2
196:12 197:13
199:11 203:12
203:22 218:7
219:9 222:1,2
225:14,17
226:17 253:9
254:23 257:22
**baby** 53:2,5,7
57:4 58:13
62:18 66:10,13
78:3 79:23
85:1 101:15
102:19 107:5,9

107:24 108:2,6
120:7,10
133:21 141:25
142:5,12
143:10 147:18
151:24 162:25
163:6,11,12,14
163:21 164:7
166:11,21,25
166:25 167:16
168:2,6 174:10
176:8 178:21
179:11 181:24
183:25 190:11
195:9 203:16
214:24 216:4
217:15 221:23
224:11,16
226:2 230:18
231:20,21
232:4 233:4
248:17 250:3,5
252:11 253:14
254:24 255:4
260:7,11
263:23 273:18
273:18 275:16
275:18,21
276:13 277:4
**baby's** 77:11,14
77:19 78:1,19
142:21 233:10
255:3,10
256:20 257:7
257:12 260:5
260:23 261:13
278:8
**back** 11:3 12:15
16:14 18:15,21
18:21 27:24
37:16 40:19
58:22 59:25
64:24 65:22
67:4 69:15
79:2,12,15
84:4 85:11
93:18 94:14
101:9 102:5
121:11,20,21
121:21 123:15

125:12 126:20
148:25 152:11
155:20 163:6
163:11,12,14
166:10 168:2
170:16,25
178:2,10
179:24 202:24
206:8 208:23
215:2 216:10
223:2 230:2
249:20 252:11
254:25 255:1
257:21 258:8
265:3,4 279:3
281:8
**background**
161:11 185:18
**backgrounds**
161:15
**backwards**
15:16
**bad** 160:3
188:25 248:5
276:18
**Bajanowski**
5:12 241:8,24
242:2
**balled** 190:7
**Banner** 5:5
185:22,24
**Baptist** 104:1
**Barbara** 163:2
**base** 82:2,4
**based** 63:2 68:9
99:3 108:17
127:17 128:13
131:1 132:9
134:9 156:10
214:18 221:20
260:20 262:19
273:8
**basic** 277:15
**basically** 13:4
19:8 67:17
78:3 83:23
90:14 103:12
107:5 124:16
129:16 155:24
170:5 193:18

259:3,5 261:10
**basics** 172:3
**basis** 71:12
156:5
**bassinet** 53:9
156:3 180:9
**bassinets** 156:1
159:16 160:11
215:18,18
**Bates** 96:9,10,11
97:5,8,14
117:1,22 179:3
187:22 192:24
261:20
**Batra** 5:6
191:19,20
192:11 196:1
268:10,11,12
268:17
**battery** 242:25
**bazillion** 249:25
**bearing** 259:9
**beats** 259:23
**Beckwith**
281:14
**bed** 56:15 174:4
175:9 180:9
189:17,22,24
190:3,4,6,8,9
190:10,15
203:21 250:3
**bedding** 54:19
55:5 77:7,9,10
77:12,12
166:15 173:19
229:23,25
231:3
**bedroom** 189:13
189:21 190:3
**beds** 229:23
**bedtime** 85:7
163:7
**beginning** 86:19
114:18 122:4
**begins** 203:10
**behalf** 1:3 6:23
6:25 7:1 45:8
45:23 46:1
47:11 70:16
**behave** 82:20,22

**behavior** 232:6
**believe** 13:16,20
   16:3 18:17
   24:6,7 30:25
   33:20 34:22
   38:17 42:19
   44:14 46:17
   47:5 49:2
   66:14 72:14
   75:10 80:14
   84:25 85:16
   91:2,9,20 93:2
   106:7 107:23
   112:16 117:20
   148:2 154:24
   164:4,8 167:3
   167:18 172:8
   174:10 175:23
   187:16 225:22
   235:24 237:20
   255:11 258:7
   268:20 270:19
   271:4,7
**believed** 181:21
   184:1,2 185:10
   262:9
**believes** 61:19
**belted** 263:23
**BENEFICIA...**
   1:4
**benefit** 211:9
**bereavement**
   239:9
**best** 56:20
   153:11 157:19
   159:1 167:16
   177:12 221:12
   256:2 275:15
**better** 17:9 39:3
   39:5 92:1
   151:12 254:15
**beyond** 14:8
   60:14 73:18
   112:19 276:20
**big** 85:8 181:11
   258:5 276:2
**bigger** 251:14
**bill** 115:22
**billing** 89:2
   176:15,16

**biomechanics**
   4:3 18:11 30:1
   30:4
**biostatistician**
   21:20
**biostatistics**
   21:20
**birth** 176:9
   177:8 230:8
   257:7
**births** 238:13
**bit** 7:22,25 8:17
   29:6 56:12
   138:14 162:12
   182:23 224:12
   246:10 250:15
   256:8 259:8,15
**black** 18:22
   190:7
**blanket** 13:4
   90:10
**blankets** 13:8
   77:13 166:16
**blood** 150:6
**Board** 211:7
**Boards** 211:3
**Bob** 206:10
**bones** 201:13
**bongs** 168:13
**book** 4:6 34:12
   34:15,19,21
   35:1,2 40:3
   84:15,24,25
   85:2,3,4,8,12
   85:14 150:7
   171:23 245:2
   245:16 246:18
   246:18 265:3,4
   265:6,18,19,23
   280:22 281:2
   281:11,17,18
**bore** 258:24
**born** 99:5
   183:12 184:1
   184:22 257:14
   262:3
**borrowed** 270:7
**bottom** 44:17
   97:17 117:3,23
   129:13 140:21

   179:3 180:5,8
   181:6 187:22
   193:2 201:6
**bouncer** 196:11
   197:22 198:2
   244:10
**bouncers** 202:8
   202:16 253:5
**bowl** 190:16
**box** 18:22
   141:25 142:6
**box-like** 58:12
**boxes** 26:22
   57:23 58:4
   128:11 216:4
**brain** 35:8 173:1
   276:6,12
**brainstem** 35:9
   35:17,19 36:4
   36:5,8,13
   37:19,20 173:1
   174:9 248:15
**brand** 28:10
   90:10
**Brandenburg**
   112:10
**Brandi** 162:4,5
**break** 9:9 28:22
   110:4 125:4,18
   177:24 178:11
   264:17,18
**breath** 252:11
   275:3,7
**breathable**
   135:15,15
**breathe** 275:18
**breathers**
   254:24
**breathing** 77:15
   78:5 183:13,24
   184:23 225:18
   252:6 254:21
   254:22 262:4
**Brief** 125:11
   170:13 179:23
   281:7
**bright** 10:16
**bring** 24:12
   26:18 38:5
   72:12,22 74:24

   244:24 245:1
   249:6 253:18
   274:22
**bringing** 263:6
**broad** 17:18,20
   18:14 148:5
   149:17 251:22
**brochures** 84:16
   84:17
**broke** 18:19
**broken** 160:17
   201:13
**brought** 10:17
   11:1,2,3 47:21
   54:9 186:24
   188:8 206:15
   235:17,18
   245:5,13 252:4
   253:16 260:5
**buckle** 107:24
   180:10
**buckled** 179:7
   180:9,13
   200:22
**build** 81:22 82:2
**bullet** 54:13
**bulletin** 197:4
**bulletins** 197:2
   204:13 266:23
**bumper** 78:13
   78:14 252:10
**bumpers** 78:8
   78:12 135:15
   166:17
**bunch** 63:6,7
**buried** 204:15
**burning** 126:17
**burnt** 190:16,16
   190:20
**busy** 88:25
**buy** 128:1
**Byard's** 248:13
**bylaws** 209:25

_____
**C**
_____

**C** 283:2,2
**call** 12:4 50:19
   54:21 65:23
   118:7 244:17
**called** 23:18

   72:9 85:1
   108:12 183:9
   196:24 239:7
   257:15
**calling** 200:3
**calls** 122:16
   142:7
**Cambridge**
   281:13
**camera** 29:21
**cancer** 19:3
**cancers** 19:4
**captured** 111:8
**car** 52:10,25
   53:2,3,6 60:16
   159:20 193:9
   194:9,10,12,17
   195:13 196:14
   196:24 200:20
   200:22 202:8
   202:15 212:3
   212:22 213:1,2
   213:8,18
   244:10 265:20
   265:20 268:6
**carbon** 255:9
   276:24
**card** 85:8
**cardboard** 85:8
**cardiac** 258:22
   258:23 259:3
**care** 83:21
   147:10,22
   150:3 151:15
   151:21,22,22
   151:23 153:11
   154:22 155:3
   185:11,16
   207:12 208:13
   209:14,17
   230:5 239:22
   262:10 280:3,4
**cared** 99:14
**career** 42:9
**careful** 153:9
**carefully** 198:20
   218:24 284:7
**caregiver** 83:11
**caregivers**
   187:11 213:4

**caring** 162:25
**Carrie** 28:11
206:11
**carriers** 213:3
**carry** 75:17
126:19
**carrying** 196:7
200:17 201:14
268:18,21
**cars** 216:3
**carton** 56:14
**cascade** 226:3
**case** 1:5 6:12,25
9:24,24 12:20
12:25 14:8
15:2,12 16:20
17:14 20:1
22:8 24:11
33:1 36:10
37:19 38:12
40:20 43:20,24
43:25 44:22
47:12 48:11
68:8,8 71:6
78:22 87:16
88:6,17 89:1,7
89:8,14,25
90:8,12,14,20
90:23 91:14
92:18 93:17,19
100:2,11 103:5
106:23 108:12
109:18,25
110:11,21
112:5 114:10
118:4 120:4
123:9 127:17
128:19,21
129:6 131:20
131:23 132:4,5
132:17,22
133:6 134:9,12
134:25 135:23
135:25 136:23
137:2 141:2
143:24 153:4
166:3 167:5
174:22 175:9
175:10,11,13
182:18 209:10

214:18 227:19
228:2 232:10
233:8,16 239:6
242:16 244:15
255:5 256:22
260:13 264:2
273:7,9 278:19
**cases** 66:7,8
90:4 99:20
158:9,9 214:20
225:21 239:11
252:14
**catching** 117:10
**category** 151:18
151:19 170:6
197:22 251:22
**caught** 50:12
124:10 155:17
216:2
**causation**
169:14 230:13
231:6
**causative** 121:4
230:16 231:18
**cause** 78:6,19
100:14 101:7
143:19 162:14
169:17 173:7
189:1 225:12
229:12,13
230:6 252:7
270:16 276:5
276:11,25
**caused** 252:16
**causes** 238:23
**causing** 230:17
277:5
**CDC** 28:12,16
31:1 160:20
161:7
**CDs** 56:13
**cell** 150:6
**center** 240:20
**century** 3:22
28:4,8 76:9
**certain** 24:12
56:12,13,16
84:11 141:16
158:10 208:23
233:18 248:9

249:22
**certainly** 7:18
27:2 36:25
70:14 76:7
94:24 111:19
111:24 139:24
144:11 199:10
203:25 208:2
225:25 226:3
242:6 275:13
275:24 279:2
280:1
**certainty** 37:12
68:6 99:23
124:24 161:14
**certification**
18:1,3 20:5
**certified** 20:21
**certify** 283:4
286:6
**chair** 27:18,23
27:25 46:18,19
46:20
**challenging** 8:17
**Chambersburg**
52:19
**chance** 63:25
67:6 112:4
115:20 256:1
**change** 19:6
60:12 63:19
64:24 65:1,9
65:11 66:3
67:10,13 72:3
167:25 285:7
**changed** 16:9
31:5,12 46:23
68:19 207:6
**changes** 27:7
173:1 284:14
286:9
**changing** 66:5
**chapter** 35:12
38:4,5 150:7
246:19,20
**Chapters**
281:18
**characterized**
273:11
**charge** 118:21

118:22 122:19
**charged** 122:25
**charging** 123:13
**Charlie's** 85:3
**chart** 176:15
232:8
**check** 11:25
132:23
**checking** 76:4
132:19
**cherry** 224:12
**chest** 201:1
**child** 66:21 99:5
99:14 105:21
106:3 176:21
177:2 183:4
187:11 188:6
189:3 191:1
224:3 238:7
239:6,7 242:20
250:17,19
251:18,19
252:20 256:23
256:23 259:19
260:2,24 261:2
267:12 269:9
269:10 272:7
**child's** 66:23
105:16 106:14
120:7 250:24
**children** 83:22
85:9 94:12
187:7 189:1
196:5 200:15
200:21 202:10
238:8 268:19
**children's** 4:9
44:14 49:7
50:1,4 85:3,8
**chin** 200:25
**Christensen**
38:8
**Christiansen**
38:9 39:6
112:12
**Christiansen's**
38:15 39:4
114:13
**Christopher's**
240:15

**chronic** 176:25
186:23
**chronicity** 191:8
**cigarette** 167:16
167:20
**cigarettes** 99:18
175:18
**circle** 44:20 80:6
173:12 230:2
**circles** 41:15
172:3
**circumference**
260:15
**circumstance**
153:10
**circumstances**
154:23 207:13
208:15
**citation** 180:3
**cite** 30:14 75:25
237:4 267:15
**cited** 24:4 30:19
191:20 193:20
194:4 195:20
201:19,19
202:19 206:19
209:10 270:17
**cites** 234:2
**citings** 34:11
**civil** 5:10 47:19
220:18,24
**clarify** 67:22
**clarifying** 100:8
**classic** 79:15
**classification**
242:4
**clean** 84:22
171:8
**clear** 32:5 45:6
60:7,12 120:22
137:4 143:3,23
144:7 176:20
185:9 195:16
196:17 203:21
215:22 223:17
257:23 267:5
276:17
**clearly** 114:3
144:13 224:5
**Cleary** 114:3

147:21,24
148:18 185:9
186:6 262:8
**Cleary's** 101:11
102:8,15
114:14 203:16
**client** 135:22
**clients** 106:11
**clinic** 146:7
208:10
**clinical** 28:7
75:2 85:5
145:6,9,22,24
146:8,10,17
147:4,6,14
148:3,11 151:9
154:25 155:4
155:19 206:24
221:11 227:8
**clinician** 56:8
145:10
**clip** 116:17
**close** 166:22
184:3
**closed** 52:21
201:12
**closely** 134:23
**closer** 30:17
**closet** 168:13
**clothing** 167:25
168:1
**co-plaintiff**
124:17
**Cohen** 2:7 3:3,4
3:5 6:24,24
7:11,15 9:22
10:8,11,15,24
10:25 14:14,16
14:18,19 20:2
21:18,23 22:20
22:21 23:18,20
24:20 25:19,21
25:24 28:24
30:3 31:10,17
31:25 32:14
33:21,22 34:25
38:3 41:5,7,8
44:10 45:10,21
46:15 48:16
49:12,17,21,23

57:19 58:20
59:7 61:3,7
62:8,13 63:14
63:24 64:4,8
64:12,17,21,23
65:5,8,10,17
65:24 66:2
68:17,25 69:10
69:14,20 70:8
70:9 71:25
72:8 73:22,25
74:6,9,18,23
76:6,11 79:5
80:1 83:4
86:10 88:3,9
92:12 93:25
94:10 97:4,7
97:10 104:20
104:23,24
107:11,17
111:1 114:25
115:8,12,14,15
115:23 116:6
116:11,13,16
116:22 125:3,6
125:14,17
126:14,19,24
127:2 136:21
137:3 139:6,11
139:19 140:9
144:6 145:14
151:2 155:15
156:11 161:4
161:17,20,24
164:18,20,22
165:1,5,8,15
166:8 167:11
168:4,9,16
169:1,25
170:10,17,18
171:3 174:12
175:1 177:13
177:15 178:4,9
179:20 180:1,2
181:18 182:2,3
182:14,19
184:13 185:1,2
185:20 188:2,3
189:8,11,23
191:23 192:1,3

192:6,14,18,21
193:1,4,22,24
197:15 198:11
198:24 199:16
200:7 203:2,4
204:6,10,12,18
204:21 205:2
205:13,14,17
205:20,22
210:18 212:24
213:11,14,16
215:1,13
216:24 217:8
217:10,23
219:16 220:1,6
220:9 222:11
222:13 224:1
224:19,23
227:9 228:20
228:22 234:20
235:17,21
236:2,6,12,14
236:19 237:3
237:14,16,17
241:14,20,22
242:1 243:9
244:18 245:18
246:21 247:6,9
247:12,14
248:1 250:18
250:25 252:23
254:9 255:12
255:21 257:5
258:16 262:23
264:14,21
265:1,9,12,17
265:23 266:4,9
267:4,21 268:2
268:11,14,23
269:8,13 272:8
272:23 273:5
273:25 274:7
275:10 276:19
277:13,20
280:19,23
281:2,13,19
282:4,8,11
**cohenl@gtlaw...**
2:10
**coincide** 43:7

**cold** 183:23
261:11,12
**collaborate**
226:13,16
227:12
**collaboration**
206:7
**collaborative**
212:16
**colleagues** 82:13
160:20 227:15
279:19
**collection** 25:1
42:21
**color** 4:23 97:13
165:12 231:16
**coma** 277:6
**come** 12:15 15:5
16:14 28:20
37:16 49:3
55:25 84:4
86:16 89:19
105:21 121:14
123:8 148:20
152:11 155:20
168:2 184:21
251:8,11
254:22 257:21
259:2 265:20
**comes** 140:22
152:18
**comfort** 37:22
**comfortable**
10:22
**comforter** 190:7
**comforters**
166:16
**coming** 7:20,23
59:10,21
124:20 218:20
234:16
**commencing**
1:15
**comment** 40:23
68:5 80:9 95:2
96:15 100:6
104:14 112:21
113:15 119:9
133:20 138:13
156:8,22

170:24 174:16
184:4,7 219:13
220:7 233:7,15
248:7 251:10
261:12 263:18
**commentary**
31:1 252:21
**commenting**
184:15
**comments** 16:25
36:6 113:23
174:25 182:17
259:17 272:12
**commission**
30:25 45:4
156:17 283:24
286:19
**committee**
41:12 43:4,4
75:7 89:20
158:13
**common** 61:13
92:6 162:14
173:7 215:23
229:13 245:8
245:12 259:7
271:24 278:23
**Commonwealth**
1:18
**communicating**
103:4
**community** 20:4
58:5 60:6
**company** 13:9
89:9,14 91:5
92:2
**compare** 214:19
225:14 238:8
**compared**
158:12
**complete** 15:6
241:11 242:16
252:2 262:14
262:20 270:15
274:24
**completely** 78:6
115:19 123:24
188:13 257:1
259:7
**completeness**

248:8
**completion**
72:11
**compliant** 82:21
82:25
**complies** 61:21
**component**
252:1
**components**
18:13 206:4
**composite** 3:9
10:13,20
**compressed**
78:16
**compressing**
201:1
**comprises**
143:13 147:14
**compromise**
35:17 223:16
225:18
**computer** 240:5
240:7 282:2
**computer-aided**
283:12
**concept** 243:24
274:13 277:16
278:21,23
**concern** 57:10
156:14 222:14
222:24 223:11
223:24 243:25
244:7,10 251:6
252:16
**concerned**
223:18
**concerning**
253:2
**concerns** 213:19
213:23 218:20
250:13 251:5
259:4
**concise** 205:7
249:24 250:1
**concluded** 107:5
282:21
**concludes**
281:22
**conclusion**
139:21 142:17

143:2,11,13
157:11 169:5
196:3 200:14
201:2
**condition**
134:24 256:9
**conditions** 50:20
229:3
**condoning**
218:7
**conferences**
141:14
**confines** 76:16
**confirm** 93:3
125:21,25
127:3 207:8
**confirmed** 99:13
**conflict** 48:6,23
49:2 211:4
**conflicting**
107:19,20,22
166:7 263:25
**conflicts** 211:6
**conform** 77:25
132:24
**conforms** 61:21
**confronting**
236:1
**confuse** 37:15
**confused** 192:9
**confusing** 27:12
**confusion**
251:12 260:19
**congestion**
245:10
**congestive**
187:20 188:6
**congratulations**
46:9
**Congress** 27:6
**conjecture**
276:2
**conjunction**
75:7
**connotation**
274:21
**consider** 164:12
**considered** 34:1
47:3 71:13
75:22 90:18

202:12 237:1
253:8,15
**considering**
256:2 262:25
**consistency**
157:6
**consistent** 27:8
85:10,17 93:8
263:3
**constant** 177:2
185:8 262:7
264:4
**constantly** 92:4
**constitutes** 69:3
**construct** 53:17
**construction**
133:14
**constructs** 231:8
**consult** 279:15
**consultant**
107:2 206:11
226:21 227:7,7
**consultants** 47:8
**consulting** 87:15
**Consumer** 23:4
23:14 30:24
45:3 156:16
**Cont'd** 4:1 5:1
**contacted** 90:1
**contained**
190:12 202:10
267:8
**container**
190:10
**containers**
190:13
**containing** 3:9
10:13
**contains** 14:22
100:1
**content** 276:23
**contention**
230:3
**contents** 3:24
282:15
**context** 272:21
**continue** 110:10
178:11
**continues** 15:5
81:24

**continuous**
249:15
**contradiction**
176:4
**contribute**
66:23
**contributory**
66:20
**control** 68:8,8
173:2 214:18
217:6
**controlled** 63:3
225:14
**controversy**
90:22
**convenient**
213:5
**conversation**
83:13 278:2
**convoluted**
56:12
**copied** 10:21
35:4,9
**copies** 265:3
282:17
**copy** 3:24 4:23
11:16 54:8
75:14 105:1
126:14,17
165:12 240:6
258:13 268:4
**corner** 190:4
**coronary** 40:12
246:25
**coroner** 242:21
**CORPORATI...**
1:7,8
**correct** 10:7
16:15,23 17:12
18:1,5,6,8
19:10,21 20:7
20:24,25 21:2
21:3,4,5,6,7,8
21:9,11,20,22
21:25 22:1
23:23 24:1
26:4,15 27:12
27:15 28:17
30:6,7 34:2
36:20,21,23,24

37:1,2,4,21,24
38:5,13,14
39:10,11,13,14
40:5,9,22
43:23 45:8,19
46:11 47:14,17
49:20 51:4,9
52:1,8,9,25
53:24 54:1,16
54:17,19 55:1
55:3,6,9,13
56:22 57:1,2
61:5,17 62:14
63:16,17,20
67:14 70:14
77:4,6,8,20,22
83:25 87:10
89:10 90:7
91:1,7,11,16
91:21,24 92:2
92:9 93:21
94:12,24 96:2
96:13 97:23
98:8,9,24,25
99:8,9 100:2,5
100:12,15,18
100:19,21,22
101:7,8 102:2
102:19,25
103:17,18,23
103:24 104:7
105:4,9 106:6
106:9,10,25
108:12,19
109:25 110:1
111:4,5,12
112:8 118:11
119:18,19
120:1,2,5
121:11,16,17
121:22 123:4
130:1 132:10
134:13 136:15
138:23 139:1,4
139:22 140:6
140:13 143:4,7
143:10,12,20
143:21 144:10
144:15,16,18
144:19 145:16

159:2 162:22
162:23 163:21
164:14,15
165:23 168:19
171:10,21
173:9,13,16
175:3 187:6
190:24 194:6,9
194:15,21
195:14,17,23
196:1,10,22
197:3,6,10
198:6 199:6
202:14 203:13
203:14,19,20
204:7 210:23
213:24 222:16
222:17 227:17
231:15 232:25
242:17 243:5
244:2 267:8,9
267:24 271:9
271:17 272:1
278:19 279:10
279:13 280:13
280:14,17,18
283:13 286:7
**correction** 276:9
**corrections**
284:8,10 286:9
**correctly** 65:4
283:10
**correlation**
230:4
**couches** 229:24
**cough** 176:9
183:8 185:8
186:16 187:20
188:7 262:7
264:4,6
**coughing** 176:9
182:22
**counsel** 6:8,19
51:13 73:9
74:21 85:22
87:4 95:16
103:4 115:25
137:10 175:12
184:9 227:20
235:16 270:11

282:12 283:14
**count** 46:25
249:23
**countless** 163:23
**countries** 58:2
250:11,14
**country** 114:10
**County** 5:4
103:22 178:7
178:14
**couple** 34:25
36:19 53:10
73:19 77:21
109:3 110:19
112:17 149:20
156:23 160:21
176:18 178:23
181:1 183:9
206:13 216:6
240:21 245:1
246:5 278:16
**Courkamp** 1:2
6:9,23 88:19
106:12 107:4
107:25 117:1
128:19,21
136:23 166:4
173:21 175:21
238:1 284:3
285:1 286:1
**course** 20:20
28:21 49:6
51:15 75:20
85:15 95:16
119:5 120:24
121:3 133:25
134:6 136:2
154:21 185:6
207:11 208:12
209:5 248:5
**court** 1:1,17
6:11,17 7:3
8:11,14,20
29:9,12,18,21
65:23 87:4,6,8
104:21 123:4
133:6 144:2
213:9,12 246:8
246:12 282:5
284:21

**cover** 3:24 77:19
78:6,14 110:19
129:10 144:22
182:23 265:13
**covered** 22:10
104:3,6 105:8
109:6 121:10
144:20 173:16
200:25
**covering** 15:11
15:13 255:14
**covers** 110:20
121:2 143:16
150:25 173:11
**COVID** 118:2
121:12
**CPSC** 51:22
59:15 60:19
141:8,12,15,19
142:12 170:2
193:8 225:3
251:8
**crazy** 93:1
**create** 251:12
270:5
**created** 232:7
254:21
**creates** 57:4
**credentials**
224:5
**crib** 53:9 55:11
78:8,12 153:10
156:3 166:13
166:17 215:17
223:12,15,20
252:9
**cribs** 61:11,11
156:1 159:12
160:11 215:15
215:15,15,25
**Criminal** 5:11
220:19,25
**critical** 172:16
172:25 173:4
225:8
**criticism** 44:3
111:21
**criticizing** 95:14
**cross** 43:10
65:18

**crossover** 88:20
88:21 90:4
**crux** 44:22
**crystal** 60:12
**cumulative**
191:5
**current** 46:3
73:1,4,14
145:21
**currently** 46:24
52:16 202:13
**curriculum** 4:17
73:2,15 76:14
81:1 86:20
144:21 281:16
**curve** 260:15
**cut** 255:18
**CV** 20:3 73:14
75:23 76:5
80:23 122:4,8
149:18 152:12
161:11
**CVs** 161:13

**D**

**D** 3:1
**dad** 106:17
107:23
**damage** 35:17
276:5,8
**damn** 64:15
**dangerous** 22:3
72:3
**dangers** 253:17
253:23 278:9
**darn** 251:9
**Darnall** 206:10
**data** 32:13 66:11
66:25 67:2
71:13,18 161:5
206:17 219:4,5
225:11,11
226:19,25
227:1 279:3
**date** 1:16 11:24
12:13 27:21
39:1 48:25
59:22 74:25
100:25,25
102:3 115:19

117:12 123:9
187:25 237:23
284:12 286:14
**dated** 11:21 71:1
**dates** 42:11,20
**daughter** 181:22
**David** 253:25
**day** 32:21 83:20
108:11 123:3,4
123:10,13
160:4 182:11
210:17,17
213:8,18 236:7
283:18 286:17
**daybeds** 229:24
**days** 115:9
176:22 183:14
185:3 186:21
257:24 259:6
262:5 284:18
**deal** 70:24 74:11
76:7
**death** 4:5,6,8
13:7 33:10,13
34:16 39:20
66:23 71:3
90:12 95:6
100:14 101:7
143:19 162:13
162:14 165:22
173:6,7 176:19
186:7 187:14
188:1,21 189:1
211:20 242:2,9
242:20 248:11
251:20,21
259:9 261:14
276:25 281:12
**deaths** 4:10 15:7
20:11 27:6
49:8,15 50:21
50:22 156:17
162:20,21,21
172:24 193:7,8
201:16 202:5
214:9 229:18
245:10 275:24
**December** 23:19
118:10
**decide** 10:5

83:21 200:1
**decision** 36:9
**decision-maki...**
83:20 227:8
**decrease** 275:18
**decried** 235:5
**Deegear** 108:22
114:24 115:1,2
115:6,12,13
**deemed** 284:20
**deep** 139:16
**defendant** 6:9
221:14 253:23
**defendants** 1:8
2:10 6:25 7:2
**defense** 89:7,8
113:6 114:17
124:19 176:8
256:15 259:13
**defer** 243:10,11
263:10
**deficient** 255:10
**define** 55:21,25
56:19 224:20
248:10
**defined** 245:11
**defines** 197:18
197:20 245:7
**definitely** 9:14
32:4 38:24
95:14 113:16
191:6
**definition** 58:25
59:3 60:18
61:14 134:14
172:23 249:6
249:13 266:19
266:22 267:7
**definitions**
44:23
**definitive** 36:13
**degree** 40:14
52:5 61:1,2,2
63:11 69:2
99:23 194:15
194:17,25
195:2,11 247:2
251:7
**degrees** 45:4
59:18 61:9,20

63:6 66:15,17
160:2 195:17
225:3,5,20,22
251:3,8
**delays** 121:12
**delivers** 84:16
**delivery** 150:3
277:8
**demonstrate**
253:17
**demonstrating**
254:18
**demonstrative**
254:7
**Denise** 1:16 6:17
283:21
**Denmark** 57:23
58:3
**denominator**
157:1,3
**dentist** 92:25
**dep** 87:9
**department** 5:3
34:4 106:5
178:5 179:2
255:13
**depending**
253:11
**depends** 81:25
82:6 145:25
152:17 191:7
194:18
**deponent** 283:7
283:10 286:4
**deposed** 180:18
**deposing** 284:17
**deposition** 1:13
4:16 6:3,12
7:21 8:2,4,4,6
8:24 9:23 10:5
12:19 14:6
23:25 24:11,12
24:15 35:22
37:6,8,13,14
38:21,23 39:2
65:25 72:6,10
87:6,8 101:17
101:19,20
104:17,25
109:10 114:3

114:14,15,21
115:7 122:19
146:24 150:11
193:16 194:1
235:20 252:4
266:2 281:23
282:21 283:12
284:7,15,19,20
**depositions**
38:25 106:11
108:24 109:20
114:9,11
124:20 163:23
167:21
**desaturation**
66:13 225:24
269:2
**describe** 97:21
199:6,18 254:5
**described**
101:14 142:25
199:7 260:24
**describes** 71:2
176:3
**description** 3:7
4:2 5:2 177:4
189:13
**design** 202:9
**designed** 57:3
61:20 90:15
201:12 202:13
215:15
**desk** 190:14,17
190:18
**destination** 53:7
**detail** 112:19
153:21 154:14
154:15 208:22
210:25 232:17
**detailed** 172:2
210:23
**details** 30:17,18
92:19 106:20
185:13 208:24
209:1 258:25
262:11
**Detective**
104:17,17,18
104:25,25
180:6 185:13

**determine** 63:1
106:3 158:11
**determining**
105:16 106:14
114:19
**developed** 85:3
114:20 172:6
**development**
173:3 236:19
263:12
**developmental**
99:16 172:16
172:25 260:25
**developmenta...**
203:13
**deviates** 244:9
**device** 12:25
90:9,19,25
93:7 130:21,24
131:5 194:11
194:13 196:10
196:14,15,19
196:24 197:10
197:13,19
198:1,2,3,5,12
198:16 199:5,7
199:10,12,17
199:22 200:4
200:11 202:6
213:8,18 222:7
**devices** 91:9,20
150:4 193:7
196:7 197:3,5
197:21 200:17
201:11,14,16
202:9,12,16
212:4 213:1,2
213:4,20,21
216:3 224:14
250:23 268:18
268:21
**diagnosed** 187:5
187:8 239:10
**diagnoses**
239:13
**diagnosis**
143:24 144:9
144:11,14,18
**diagnostic** 35:14
242:9 248:24

**diagrams** 49:22
**diaper** 190:8
**diaries** 105:25
**Dibara** 162:3
**dictionary** 58:25
59:2 266:20
**die** 160:7 162:18
225:15 231:20
231:21 276:15
277:10
**died** 187:18
239:6 263:2
**difference**
194:20,22,24
195:17 275:7
**differences**
53:12,16,23
**different** 8:25
12:22,23 18:19
28:25 29:1
34:11 43:19
44:13,22 53:25
56:1,2,3 57:5
60:7 74:16
82:7,10 90:6
105:23 123:17
133:19 151:18
151:19 156:17
159:25 160:1,2
160:17 167:25
169:18,18
179:1 194:11
197:25 207:23
209:15 210:1,2
212:16 218:23
228:7,8 242:13
260:4 269:5,5
272:12,12
**differential**
143:24 144:9
144:11,14,18
**differently** 68:4
**differing** 258:25
**difficult** 68:12
248:14 260:1
**difficulties**
170:12,15
177:22
**diffuses** 255:1
**dig** 239:25

**dimensions** 130:12
**dioxide** 255:9 276:24
**direct** 230:4,19 230:19 256:7
**directed** 233:18
**directly** 38:11 152:1 167:19 240:13,17
**director** 146:8 148:13
**Directors** 211:3 211:7
**disagree** 62:2 175:18 176:7 177:7 223:4 233:23
**disagreement** 43:22
**disavow** 176:10
**disclose** 48:20
**disclosed** 69:22 70:25 87:17 108:16,16
**disclosure** 4:14 70:6 87:5
**discovery** 4:13 70:5 105:7 109:19
**discuss** 17:22 98:20 120:19 219:7 255:19 270:10
**discussed** 201:15
**discusses** 244:25
**discussing** 159:11
**discussion** 83:18 95:20 128:24 142:5 177:23 188:15 201:18 201:22 207:1 212:23 216:22 257:7 259:9 261:22 281:25 282:10
**disease** 259:20
**disengage** 83:11

**disorders** 239:1
**display** 128:12
**dispute** 156:5 178:24
**distinguish** 258:18
**distracted** 96:1
**District** 1:1,1 6:11,11
**doctor** 22:19 65:22 70:10 151:12 161:25 178:10 183:9 232:2,5 244:24 277:21 281:1
**doctors** 17:5 81:4 146:22 148:1 177:5 248:4
**document** 53:21 70:1,20 71:1 72:12,20 133:6 138:11 140:12 209:18 211:1,2 235:25
**documentation** 210:24 273:7
**documents** 5:15 138:6 210:20 214:9 219:9,18 235:24 236:8
**doing** 48:5 64:25 65:2 80:18 94:11 136:1 146:18,19 147:7 150:15 154:1 158:19 164:23 165:3 208:7 225:7 239:9 247:10 248:8 284:11
**doll** 181:20 182:4 254:19 254:19,25
**dolls** 130:15
**double** 204:1
**double-blind** 63:3
**double-check** 24:9

**doubles** 166:25
**Dr** 3:8 6:4,8 7:12 10:12 27:23 28:3,15 35:23 36:6 37:3 38:8,9,13 38:15 39:4,6,9 40:22,25 41:9 42:6 45:11 46:19 47:9 58:4 61:16 78:21 101:11 102:8,15 105:2 112:6,10,12 113:7,8,11,21 114:13,14,22 115:6 138:15 138:15,22 140:10,22,24 147:20,24 148:2,18 153:3 153:6,7 155:22 161:10 172:10 176:2,2,4,13 185:9 186:6 195:23,25 196:1,1 203:15 206:9 222:18 223:4 224:2 226:5,15 227:10,16,16 228:7 233:22 233:23 240:10 240:11,13,18 241:7 242:2,15 242:17 243:3 248:13 253:25 254:13 257:16 260:4 262:7,8 265:2 271:20 273:6,11 275:15 276:7 277:23 279:4 279:12,17,23 279:25 281:23 282:13
**drafts** 110:13
**Drager** 114:22 114:24
**Drago** 114:23

140:24
**Drago's** 113:21
**drawer** 190:12 190:18
**drink** 174:20
**drive** 7:22 123:1
**Drs** 227:21
**drug** 175:19 230:10
**drugs** 174:20
**dry** 171:8
**due** 170:11,14 177:21 178:1 184:2 185:10 193:9 262:8
**duly** 7:7 283:8
**dust** 84:18
**dye** 254:21 255:8
**dying** 19:1,2,3 167:1
**dynamics** 254:13
**dysfunction** 174:9

**E**

**E** 2:2 3:1,6 4:1 5:1 283:2,2 285:4
**e-mail** 14:4 24:14
**E-signature** 137:17
**E-Tran** 282:9
**e1349** 212:3 222:5,11
**e1355** 214:1
**earlier** 50:12 67:17 81:15 89:5 103:2 138:25 140:13 142:18 144:23 145:15 151:17 158:17 164:11 169:2 173:16 182:22 183:22 206:22 224:24 225:1 252:4 257:9

**early** 75:10 236:19 247:11
**easier** 97:11 116:7 229:9 266:15 280:10
**easily** 133:16
**east** 2:3 189:21 190:3,15
**easy** 179:4
**echocardiogra...** 258:6,7,21
**echocardiogra...** 99:13
**edema** 40:14 247:2
**edge** 200:24
**editorial** 31:20 246:21 281:14
**editors** 35:1
**educate** 44:19 83:23 91:23 151:6,7
**education** 18:12 20:12 50:11,22 99:4 146:13,20 148:24 150:5 151:10,25 152:2 210:17 230:15 270:10
**educational** 49:19 50:13 51:3 54:16 82:17
**effect** 90:24 250:4 252:17
**effective** 223:13 257:8
**eight** 18:19 26:25 27:1 138:2 187:8 257:8
**eight-month-old** 258:3
**Eighteen** 74:6,7
**either** 7:15 47:6 52:23 66:21 78:8 92:5 137:11 139:7 144:9,14 146:5 216:18 232:12 249:22 270:17

270:22 271:17
**electronic** 150:4
261:4
**element** 61:12
**elevated** 244:6
**elevating** 222:25
223:11
**elevation** 221:23
223:14
**Eleven** 33:12
**employed** 136:7
**employment**
16:9 18:2
**empty** 190:12
**enclosed** 252:6
**encompassed**
18:7 81:1
**encompasses**
18:10
**encompassing**
18:14
**encourage**
167:15
**ends** 274:25
**engineering**
21:4,25 112:9
112:10 129:18
**England** 277:2
**enhances** 29:5
**entangled**
253:11
**entanglement**
253:12
**entire** 85:20
123:12 219:13
**entirety** 111:11
112:9 266:2
**entities** 43:9
**entitled** 24:19
49:14 133:24
135:25
**entity** 43:16
**entrapped** 78:13
**entries** 123:17
**enveloped** 77:10
**environment**
4:22 44:19
53:8 54:14
57:4 58:12
75:4 76:19

78:2 120:11
152:5,22,25
161:22 162:9
163:6 166:22
175:8 229:18
231:1,4,5
276:14
**environmental**
277:5
**environments**
159:25 160:18
**Ephrata** 52:18
**epidemiological**
139:21
**epidemiologist**
21:6 113:11
139:12,13,16
160:24
**epidemiologists**
161:5,8,14
**epidemiology**
21:15 139:17
156:24 161:11
246:19
**episode** 176:17
**episodes** 276:1,4
**equally** 39:15
**equivalent**
194:9
**Erich** 5:6 192:11
**errata** 284:1,10
284:11,14,17
286:11
**error** 95:11
261:1 272:5,6
272:14 274:6
**errors** 261:7
271:21,24
272:25 273:4
273:10 274:2,3
274:4
**escape** 226:2
277:4,9
**especially** 226:1
**ESQUIRE** 2:2,7
2:7
**essentially** 172:3
254:16 255:8
**establish** 35:15
**established**

132:20
**et** 3:21 5:6,12
6:9,10 26:23
27:5 192:11
241:24 284:3
285:1 286:1
**ethnic** 53:12,23
**ethnicity** 140:11
140:13
**evaluate** 36:8
234:14
**evaluating**
226:18
**evaluation**
276:7
**event** 66:22
157:9 176:22
226:4 233:14
248:18 276:10
276:13
**events** 66:13
225:24 226:3
269:2
**eventual** 252:17
276:25
**eventually**
239:10 276:25
277:6
**everybody**
91:12 110:9
258:25 260:24
**evidence** 35:16
168:18 182:12
233:25 235:25
**evidence-based**
157:19 221:12
**evolve** 81:24
**evolved** 110:13
**ex** 120:8
**exact** 27:21 46:5
56:4 59:22
92:22 170:4
187:17 244:6
279:5 282:17
**exactly** 13:15
85:2 92:17
103:9 117:15
141:9 158:5
210:9
**examination** 3:3

7:10 40:7
65:18 244:22
264:25 274:9
277:19
**examine** 128:4
129:13 133:20
136:8
**examined** 7:7
127:24,24
128:3 132:25
133:10 134:14
136:9
**examiner** 98:23
104:9 107:4,13
**examiner's** 5:4
100:18 106:17
178:8 255:14
261:19
**examiners**
239:13
**example** 48:8
51:6 58:3
82:14 148:19
239:5 250:2
261:18
**excellent** 44:7
**exchange** 77:15
**exchanged**
251:25
**exclusive** 154:21
207:11 208:12
**excuse** 6:7
184:12
**excused** 282:20
**exemplar** 127:8
127:18 128:14
128:18 129:1,4
130:1 134:9
137:25
**exercise** 233:19
**exhaled** 255:9
275:2 276:18
**exhibit** 3:7,8,10
3:11,12,13,15
3:16,18,19,21
3:22,24 4:2,3,4
4:6,7,9,11,12
4:15,17,18,19
4:20,21,23 5:2
5:3,4,5,6,8,9

5:10,12 10:12
10:20 11:15,18
15:18,20 22:24
23:2,7,9 25:12
25:14,20,22,25
26:11,14,23
27:10 28:4,7
30:1,4 32:7
33:9 34:15,18
39:19 49:7
53:10,21 58:17
69:16,21 70:4
70:13 71:17
72:2,5,9 73:13
73:15 74:4,5
76:2,12 86:5,8
86:11,14 94:15
95:18,19,23
96:2 98:11
103:19 114:1
116:18,20
117:1,3 118:19
120:4 121:20
125:15,19
126:7,10 127:7
127:15 137:5
144:15,15
161:18,18,21
164:18 165:12
169:5 171:13
173:6 178:5,7
178:12,13,16
180:5 182:24
183:2 185:21
185:22 186:3
191:24 192:11
200:15 202:25
204:23,25
206:22 208:11
220:17,20
222:6 241:15
241:24 245:14
247:6 248:20
249:9 253:17
254:6 255:12
258:11 261:17
261:18,21
262:14 265:15
268:9 271:3,5
**exhibits** 3:25

72:3 109:10
115:24 282:12
282:16
**exist** 61:12 63:3
68:11,14
214:13,14,19
218:3
**existed** 170:6
**existing** 60:20
**exists** 62:10
**exogenous** 120:9
173:12
**expand** 16:19
**expansion** 40:16
247:4
**expect** 62:24
93:12 273:20
**expectation**
62:25
**expected** 203:19
**expedite** 282:7
**expedited** 282:6
282:6
**expenses** 122:23
122:25 123:6
123:10
**experience** 99:4
150:15 157:19
221:12
**expert** 5:10 8:3
12:4,17 14:22
17:17 19:18
21:1,10,15,19
21:24 22:8
34:1 38:7 45:8
45:11 47:19
48:11,21 70:16
87:5,5,21
92:18 93:24
112:6,13,20,24
114:16 117:2
120:3 124:17
124:18 130:14
131:22 133:3
135:22 140:25
150:9,11
153:18,19
157:13,15
158:15 164:3
164:12 220:18

220:24 221:19
241:17,19
244:12 246:22
246:22 256:17
256:18 259:13
272:17 280:4
**expert's** 112:17
**expertise** 18:4
19:21,25,25
20:5 21:12
71:2 94:4
139:18 156:25
211:9 248:11
**experts** 16:22
22:9 36:11
113:5,6 120:15
176:8 179:10
**expire** 209:23
**expires** 283:24
286:19
**explain** 19:14,14
61:14 77:18
252:19
**explained** 169:7
210:9
**explanation**
117:9
**expose** 168:3
**exposing** 167:19
**exposure** 51:9
167:16,17
191:7
**exposures**
167:18
**express** 257:2
**expressing** 15:1
17:14
**extensive** 239:23
**extensively**
138:14
**extent** 17:22
222:23 223:9
263:2
**external** 211:10
**extra** 228:20
**extreme** 250:2
**extremely**
229:13 253:2
**extrinsic** 100:5
100:11 111:17

119:22,25
120:9,16,17,22
120:24 121:2,7
168:18 169:19
173:13 174:1
174:11 175:2,7
175:13 190:22
191:6,9,12
230:7,9,12,24
230:25,25
231:12 232:22
233:13
**eyesight** 162:5

---

**F**

**F** 283:2
**fabric** 200:25
275:4
**face** 77:11,14,19
78:10 252:12
252:15 274:22
**faces** 200:23,25
**fact** 8:8 51:2
53:4,20 58:8
62:7 121:5,16
176:8 178:21
191:11 232:6
260:20
**factor** 53:15,18
54:18 66:21
169:19 175:10
190:22 191:6,8
191:9 228:9
229:14 230:7,9
234:14,18
237:2
**factored** 173:23
**factors** 53:19
54:2,10 83:25
99:17 100:5,12
111:17 112:11
119:1,22,22
120:5,6,9,16
120:18,22,24
121:4,6,7
140:14 142:24
164:12 168:18
169:6,10
173:13 174:1,9
174:22,24

175:3,13,19
176:4 190:23
191:12 228:5
229:2,12 230:9
230:12,24,25
231:1,10 232:3
232:9,10,11,22
233:2,9,13,25
238:15 256:24
277:5
**facts** 62:5,5
71:13,18
183:15 273:10
273:17
**factual** 272:25
273:7,9
**factures** 201:13
**fail** 284:19
**failed** 126:24
**failure** 165:20
178:2
**fair** 22:14 46:7
98:14 101:24
109:21 110:17
124:6 148:11
236:5,8 243:12
251:3
**fairly** 242:24
274:12
**fallen** 133:16
**familiar** 38:8
153:18 183:15
185:17 191:19
211:15 234:3
241:7
**families** 80:9
84:9 164:4
238:21
**family** 47:21
80:3 84:15
148:1 151:23
151:23 162:2
238:9 239:12
239:15,18,21
239:23 256:9
261:17 263:8
**far** 19:18 156:3
174:19 261:13
**farfetched**
259:21

**Farrel** 105:2
**fast** 255:18
**fatality** 155:24
156:4
**father** 107:14
188:20
**father's** 182:10
**fatigue** 66:17
226:1
**fault** 147:2
192:10
**faulty** 238:6
**FDA** 221:25
**fear** 18:23
**feature** 79:18
**features** 248:10
**fee** 121:18,19,20
121:22 122:6
122:15
**feel** 37:22 47:23
83:18 151:12
257:3
**feeling** 57:24
**felt** 16:25 108:1
133:15
**Ferenc** 105:2
**Fern** 34:25
206:10
**fetal** 257:22,22
**fetus** 41:12 43:1
43:4,15 75:7
**feverish** 183:9
**field** 17:7 19:6
43:23 44:9
226:7 242:20
**fields** 18:10
227:17
**Fifteen** 83:6
**Fifty-one** 185:1
**figure** 69:17
112:22 157:4
158:6 213:14
238:23
**file** 3:9 10:13
24:18 26:10
72:13,23,24
85:20 86:2
94:19 103:22
240:4
**filed** 211:4

**files** 85:23
  104:11 109:2
**Filiano** 172:5
**final** 59:23
  110:14
**find** 60:6,7
  89:16 126:5
  188:23 193:16
  270:3
**finding** 186:24
  245:7,12
**findings** 35:9
  36:12,16 40:10
  245:8 246:15
  246:23
**fine** 7:15 10:22
  11:17 75:19
  110:9
**fingers** 184:18
**finish** 8:15,18
  44:11 62:20
  63:22 64:7
  80:18,20
  101:10 110:2
  121:9 152:12
  170:24 208:6
  234:12 264:23
  266:10
**Fire** 106:5
**firm** 6:16,18
  12:21,23 54:25
  55:7,10,12,20
  55:21,21,25
  56:1,2,21,25
  57:6,7,15,17
  58:13,16 60:14
  77:5 79:2,10
  79:15,21 88:6
  88:17 103:9
  158:24 166:11
  244:8 253:22
**firmness** 79:21
  215:20
**first** 11:2 12:2
  12:16 15:7,25
  18:16 32:18,25
  37:16 71:17
  96:11,12 99:11
  99:21 112:2,5
  118:5 124:4,7

133:12 137:21
137:24 142:20
150:11 153:8
172:17,24
173:3,12
178:20 179:5
181:4 183:11
187:8 189:16
191:18 193:11
194:4 206:20
217:11 234:2
237:4,21 238:7
243:14 256:7
259:6 262:13
264:18 269:16
277:21,22
278:13,21
**Fisher-Price** 1:6
  6:10 127:8,18
  128:14 134:10
  164:4 284:3
  285:1 286:1
**fit** 117:10
**fitted** 166:12
**five** 13:20 25:19
  87:3 123:17
  166:24 191:25
  261:9
**five-year** 13:16
**flag** 250:16
**flags** 230:18
**flat** 44:21,23,24
  45:1 52:4,5
  58:25 59:3,3
  59:17,20 60:9
  60:15,16,20,20
  61:2,9,10 62:5
  62:7 63:7 77:3
  79:2,15 196:12
  199:10 214:24
  215:16,19,21
  215:22,25,25
  216:17,23
  217:16 218:8,9
  218:10,12
  222:2 224:11
  224:15,16,17
  224:18,20,24
  224:25,25
  225:6 244:8

249:4,6 250:5
251:9,14,15
260:3 266:19
267:2,2,2
**flexion** 79:16
**flip** 102:5
**floor** 190:8
**fluid** 254:12
  257:13,22
  262:4
**fluids** 184:23
**fly** 65:22
**focus** 81:15
  113:3 138:13
  138:18 141:7
  149:12,25
  150:8 257:11
  258:5
**focused** 81:8
  96:17 111:23
  113:1,13 138:5
  138:14 146:20
**focuses** 50:4
**focusing** 29:16
  35:18
**folder** 3:8,24,24
  10:13,17 15:8
  22:23 24:22,23
  24:25 25:25
  35:5 37:16
  40:20 53:22
  58:22 69:16
  75:21 110:18
  125:19,22
  126:11 204:14
  206:15 214:7
  216:13 282:14
**follow** 77:2
  91:15,18 92:1
  92:5,13,15
  155:5 165:21
  171:24 204:7
**follow-up**
  156:12 264:15
**followed** 202:22
**following** 18:20
  91:12 92:6
  127:16 132:8
  134:7 181:7
  195:7 231:11

260:16 262:2
**follows** 7:8
**foot** 190:8,14
  223:15,20
**footnote** 192:20
  192:22 234:22
  265:22 267:20
  268:9,13
**footnotes** 235:3
**force** 3:16,18,19
  4:11 25:9,12
  25:22 26:11
  27:16,18,20,24
  28:13 41:11
  43:2,8,14 46:9
  47:3,6,11
  58:18,23 59:10
  60:2 75:6,22
  76:15 136:19
  139:17 142:1
  149:7,8,13
  201:24,24
  202:19 206:2,3
  206:4 224:3
**foregoing** 286:6
**FOREIGN** 1:7,7
**forensic** 242:10
**forever** 191:2
**forget** 266:16
**forgetting**
  114:16
**forgotten** 210:6
**form** 10:1 19:22
  21:17,21 28:23
  29:2 31:6,23
  32:10 37:25
  45:9,16 46:12
  48:12,23 49:3
  57:16 58:14
  59:6 60:22
  61:6 62:3,12
  62:15 68:16,24
  69:8,12 79:4
  79:20 83:1
  94:9 95:11
  107:7,16
  110:22,24
  136:16,24
  139:5,9,14
  140:8 145:3

150:24 155:9
156:7 161:1
166:5 167:13
168:8,14,20
169:23 177:9
182:13,16
197:11 198:7
198:18 199:13
200:5 204:2,8
210:8 214:11
215:9 216:20
217:20 219:11
219:21 220:5,8
220:8 223:23
224:8,21 227:5
243:6 252:23
255:21 257:5
262:23 263:15
266:24 272:2
272:19 273:2
273:22 275:11
276:19 286:10
**formal** 16:4
  269:20
**formalities** 10:1
**format** 16:5
**formed** 131:1
**forming** 71:14
**forms** 155:8
**formula** 190:11
**forte** 275:13
**forth** 84:8
  111:19
**forum** 142:4
**forward** 18:24
**found** 75:11
  89:22 107:6,9
  176:14,15
  180:14 181:8
  188:16 193:8
  213:7 248:21
  251:18 274:11
**foundation**
  31:14 85:4
  92:10 93:22
  94:9 107:7,16
  156:7 167:8,13
  168:20 177:9
  250:25 252:24
  263:15 273:22

**four** 123:17
  184:24 186:20
  233:20,21
  261:9
**Fox** 226:5
  227:16,21
  240:11,18
  279:23,25
  280:1
**frame** 13:12
**Frank** 242:16
  243:4
**free** 54:14 78:3
**freely** 252:11
**frequently**
  20:10 40:13
  93:16 177:1
  247:1
**friend** 28:11
  132:14
**friends** 80:2
  240:16
**front** 95:19
  111:2 113:25
  118:19 122:8
  178:15 205:15
  208:25 210:7
  216:12
**full** 15:2,13
  16:15 30:11
  126:6 139:21
  157:1 164:25
  169:9 189:16
  249:14 255:9
  261:24 269:6
**full-time** 145:9
  146:7,8,10
**Fuller** 35:23
  36:6 37:3
  38:13 39:9
  40:25 113:8
  138:15,22
  242:17
**fully** 17:1 67:6
**function** 35:17
**further** 14:6
  73:7,17 74:10
  74:14 117:18
  138:13 167:24

184:22 185:13
185:14 239:25
262:3,11 263:3
277:12
**furthermore**
96:19
**fussing** 74:19
  100:7 271:1
**future** 29:7,13
  29:17 96:6
  267:10 276:13

―――――― **G** ――――――

**GA** 2:9
**Gary** 108:22
**gas** 77:14 123:2
  251:25 275:20
**gases** 275:25
**gasp** 277:7,16
**gastroesophag...**
  213:21 222:7
  222:15 223:13
**gather** 84:18
**general** 69:6
  88:22 180:7
  189:4 199:3
  202:10 232:11
  232:13 261:23
**generally** 93:13
  95:8 104:3
  128:8 197:20
  229:18 238:19
  250:7
**generation**
  151:14
**genetic** 238:25
**Georgia** 64:13
**getting** 9:10
  77:18 78:12
  94:2 106:24
  122:25 156:15
  176:24 200:1
  248:1 252:15
  263:19 266:3
**Gettysburg**
  52:18
**Gibb** 113:11
  138:16 139:12
  140:10
**Gibb's** 153:3

176:4
**gist** 91:2 93:2
**give** 9:5 14:1
  34:24 42:10
  53:4 56:3
  58:22 69:15
  87:19 89:15
  96:5 97:5 98:3
  105:1 108:16
  136:5 155:4
  157:25 158:2
  160:22 183:10
  187:17 199:25
  221:4 234:15
  235:24 236:7
  237:23 256:1
  256:22 265:4
  266:5,6 268:3
  279:21
**given** 8:2,3,23
  14:10,20 16:24
  24:14 67:6
  74:14 86:23,25
  87:4,6,16
  104:12 105:10
  112:5 114:10
  150:10 153:24
  160:3 236:6
  238:11 269:15
  269:15 283:13
  286:8
**gives** 113:18
  114:6 206:17
  265:10
**giving** 14:9 22:9
  23:4 106:23
  150:11 158:25
**glad** 9:7
**glass** 190:15,17
**glean** 106:15
**go** 10:16 11:1,6
  11:12,20 13:14
  14:6 17:4
  19:23 20:4,4
  20:17 28:23
  29:3 31:19
  38:19 44:6
  51:4 52:24,25
  64:20,24 65:16
  66:3,4 67:4

69:20 71:25
72:24 79:12
84:2,2 85:19
92:11 94:14,17
99:3 108:10
111:2 117:4,13
117:18 119:5
123:4,15
124:10 126:9
141:14 149:18
149:23 162:11
163:2 165:10
167:9 168:22
170:8,15,20
177:19 178:20
178:22 179:4
179:19 181:4
181:19 182:21
183:20 185:20
191:17 196:4
202:24 205:13
206:16 208:23
215:2 228:6,15
230:1 232:3,17
241:14 245:21
246:1,2 249:20
253:1 254:11
258:7 259:2
266:11 276:24
277:6 280:22
281:3
**goal** 214:16
**God** 64:17 187:3
  192:6 240:8
**goes** 27:24 96:11
  97:24 133:6
  142:2,8,11
  172:22 183:11
  206:24 210:25
  213:6 257:21
  276:23 279:2
**going** 6:2 8:12
  8:13 9:1 10:16
  15:16,20 19:14
  23:9 25:25
  35:24 47:18
  53:8 59:15
  60:5 63:6 64:1
  65:9,21 69:15
  69:23 70:2,10

72:4 73:13
80:19 84:6
86:5,11 91:25
96:22 97:25
101:10,22
102:9 104:14
110:3 117:15
125:7,9 132:13
132:13 144:13
150:12 151:14
154:1,17
161:17 166:10
167:24 170:19
173:1 177:10
177:11 179:21
183:19 185:20
195:8 197:14
198:25 200:2
201:17 204:22
205:9,10
213:13 217:8
220:20 231:9
231:20,21
241:14 251:6
251:11 253:6
256:8 265:4
280:22 281:5
**Gold** 29:5
**GOLDBERG**
  2:2
**Goldsmith**
  27:11 40:22
  41:9 42:6 58:4
  138:15 140:22
  148:2 172:10
  176:2,2,13
  224:2 228:7
  233:22 260:4
  268:3 271:20
**Goldsmith's**
  61:16 78:22
  113:8 222:18
  257:16
**Goldstein** 3:21
  6:4 26:23 27:4
  27:11 29:6
**good** 6:1 7:12,13
  8:22 10:8
  22:20 40:1
  52:18 56:23

58:2 72:15
79:11 110:8
132:19 146:24
150:15 158:19
159:7 176:21
222:18 234:15
234:16 242:24
253:8 264:19
264:24 278:7
283:5
**Goodstein** 1:14
3:2 4:16 6:5,6
6:8 7:6,12
27:10 45:12
72:6 117:2
265:2 273:6,11
281:23 282:13
282:19 283:1
284:4 285:2
286:2,5,14
**Goodstein's** 3:8
10:12 223:5
233:23
**gosh** 41:24
**gotten** 60:1
149:20 204:15
**governmental**
211:14
**grab** 230:21
**grabbed** 133:13
**grad** 137:10
**grade** 112:19
**granddaughter**
263:2,11
**grandparents**
176:25 177:7
177:11 183:22
184:21
**granted** 17:19
**great** 9:13 28:19
150:14
**greater** 156:3
251:5,6
**GREENBERG**
2:6
**Greenblatt**
253:25 254:13
269:18 275:15
277:24
**ground** 249:15

**Group** 104:1
**groups** 82:10
212:16
**growing** 260:24
**growth** 99:14,17
174:15,17
260:15,23
**guess** 10:19
16:21 22:10
42:3 48:23
55:12 58:4
79:6 87:3
93:23 116:25
128:25 129:9
130:8 168:21
168:23 174:5
197:25 198:20
202:18 205:7
251:2,22 256:5
256:12 263:7
269:15 280:5
**guessing** 146:3
**guidance** 207:10
208:11 256:6
**guide** 4:21 152:4
161:22 162:8
166:10
**guideline** 222:23
223:5,6,10,17
**guidelines** 60:20
61:22 153:18
154:12,13,16
154:18
**guys** 150:17
218:14 281:19

---

**H**

**H** 3:6 4:1 5:1
**half** 3:22 28:4,8
76:9 146:18,20
164:4
**HALO** 13:2
88:8 90:11,25
92:18
**hammer** 22:4
**hand** 70:10 84:2
84:2,13,15
86:11,13
102:14 161:25
186:3 192:15

220:20 275:4
283:17
**handful** 248:11
**handing** 116:23
**handout** 44:15
**hands** 130:5
133:16,22
134:19 136:11
203:10
**handwriting**
248:5
**handy** 24:2
171:14 243:15
**Hanke** 85:4
**Hannah** 172:4,5
248:12
**happen** 72:4
152:22,24
153:2,11,12
159:12 160:3
187:14 188:25
274:2,3,4
**happened** 14:7,8
16:9 43:7
106:17,24
107:21 121:13
143:24 154:4
186:4 227:13
259:6 261:13
263:9
**happening**
163:1
**happens** 187:2
218:22 240:11
240:14 252:8
261:2 270:14
**happy** 9:11
228:15 232:21
237:5 272:24
**hard** 56:19 79:1
79:2,14 94:6
102:20 150:17
150:17 240:6
252:15,15
261:8 270:12
274:18
**hard-pressed**
257:9
**harm** 78:7,12
225:9

**harmful** 85:13
**harried** 245:20
**Harvard** 27:5
34:5
**Hauck** 34:25
206:10 281:14
**Hazards** 268:18
**he'll** 63:25
258:18
**head** 27:17,19
70:21 79:3,9
79:16 89:4
124:23 142:6
163:19 182:8
190:6,9 201:12
211:17 212:8
222:25 223:11
241:13 254:20
255:1 259:17
259:25 260:4,5
260:15 271:21
271:22 272:22
**header** 16:1
**health** 52:15
105:16 106:14
119:10 120:8
176:21,21
185:15 233:4
233:10,12
256:9,20,25
259:16 263:12
**healthy** 43:22
99:5,5,13
101:15 105:20
175:23 176:12
183:4,4,25
258:2,23
261:10
**hear** 144:3
158:19 259:1
259:22
**heard** 42:10
141:3 153:8,20
158:17 177:8
216:1 234:19
**hearing** 216:1
**heart** 18:23
99:12 184:1,2
258:6,20 278:6
**heating** 173:20

**heck** 157:2
**held** 1:14 6:13
177:23 281:25
282:10
**hell** 64:3,9
**help** 83:19 85:5
95:22 137:9,11
137:19 169:3
192:7 239:24
258:16,17
278:8
**helped** 106:2
**helpful** 8:14
11:4 85:12
134:15 263:7
**helping** 192:8
**helps** 85:9
**hemorrhage**
245:9
**hemorrhages**
40:11 246:24
**Herman** 139:12
**Hershey** 1:14,15
6:13,14 7:21
**Hey** 175:13
**hide** 113:25
**high** 234:6
**higher** 158:11
230:13 231:17
232:7 244:7
**highlights** 237:6
**highly** 235:13
**hired** 89:6 107:2
140:2 158:25
**hires** 95:16
157:20
**histologic** 40:10
245:7 246:14
**histological**
246:23
**historic** 29:16
**historical** 23:5
**history** 75:21
142:22 143:7
143:10 238:5
239:17,18,21
239:23 257:7
**hit** 118:2
**hitting** 260:13
**hold** 17:23,23,25

21:14,19,24
46:5 54:5
139:7 168:2
170:7 203:6
209:11 245:20
247:16
**holding** 248:20
**home** 52:22,24
52:25 68:10
75:4 76:19
128:1 137:13
146:23 151:24
183:14 212:5
229:18
**hometown**
28:18
**honest** 157:11
157:25 158:2
159:2 221:20
221:22
**honestly** 31:19
88:4,17 112:18
264:5
**honored** 46:13
**honors** 149:16
**hoof** 259:23
**hooves** 259:23
**hope** 7:18 93:14
158:19 205:24
**hopefully** 8:24
150:15 179:4
**horizontal** 45:1
51:20 54:24
249:16 267:3
**horrible** 235:5
235:12
**horses** 259:23
**hospital** 8:5,10
16:6 20:18
52:13,14,17,18
52:18,19,19,20
84:16 144:24
147:12 151:9
151:10,25
183:14 185:3
212:5 226:24
239:9 260:11
262:5 279:21
**hospitals** 52:12
145:7

**Hotel** 1:14,15
6:13,13
**Houdinis** 253:10
**hour** 118:14
122:15,20
137:14 256:4
**hours** 37:10,10
37:10 99:11
117:25 118:10
118:15 121:15
121:16 123:16
124:15,20,23
124:25 125:7
146:18 181:8
181:25 213:7
213:17 257:23
257:24
**house** 173:21
188:17
**huge** 19:3 70:24
74:11 76:7
109:1,1
**human** 112:11
164:12 236:19
254:20 274:5
**hundred** 112:17
145:1,4,5
146:16
**hundreds**
154:13 234:7
**Hunt** 276:2
**husband** 84:23
**hypothesis**
171:17 172:6,8
232:14
**hypoxemia**
276:1
**hypoxia** 174:16
**hypoxic** 277:6

**I**

**Ibarra** 162:4,5
**ICU** 185:4 262:5
**idea** 67:2 135:9
260:22 271:11
274:19
**ideas** 259:21
**identical** 251:4
**identification**
10:14 11:19

15:19 23:8
25:13,23 26:12
26:24 28:6
30:2 33:11
34:17 39:21
49:9 58:19
70:7 72:7
73:16 86:9
116:19,21
125:16 126:8
161:23 165:14
178:6,8 185:23
192:13 204:24
205:1 220:19
241:25
**identified** 70:16
**ill** 259:19
**illegible** 248:5
**illicit** 174:20
175:19
**illness** 176:18
186:10,25
187:6
**illnesses** 183:8
246:7,13
**illustrate** 274:13
275:2
**illustrated** 275:8
**illustrative**
253:17
**image** 44:18,24
**images** 85:10
**impact** 234:14
234:18 274:25
**imperative**
284:16
**implied** 256:21
**importance**
14:21
**important** 35:15
46:10,11 50:16
79:1,3,10,18
79:22 91:7
120:23,25
133:8 151:11
210:20 219:24
245:3 248:16
275:6
**impression**
181:23 182:6

**improperly** 92:5
**inability** 251:24
**inaccuracies**
271:25
**inaccurate**
140:18
**Inaudible**
212:23
**incline** 45:2,4
51:23,25 52:5
52:8 59:19
60:24 61:1,5
62:6,11,17
63:10,11 66:8
66:11,12 68:1
68:22 195:10
195:11,12
196:22 197:13
214:10,22
215:8 216:15
216:19 217:19
218:2 219:10
222:24 223:7,9
223:10 224:7
225:2,15,20
244:5 249:2
251:2,3,6,13
251:14 267:3
268:21 269:2
**inclined** 48:19
59:5 76:24
127:9,19
134:10 170:3
194:10,13
196:14,15,19
198:2,3 199:7
199:10 200:11
219:19 220:14
220:15 223:18
224:17,25
243:24 250:22
252:21 268:21
269:11
**inclines** 250:6,7
**include** 47:9
120:11 121:24
139:20 143:23
144:8 168:17
168:19 169:7
169:11 213:2

216:22 231:3
231:11 232:23
233:2,18
248:12 250:6
**included** 81:10
81:11 144:5
169:21 174:1,2
190:23 191:13
206:7 233:5,11
253:4,5 266:19
**includes** 53:22
119:25 149:3
151:16,23
206:9 253:3
282:13
**including** 41:22
71:12 127:20
191:11
**Incorporated**
6:10
**incorrectly**
122:10
**increase** 99:19
**increased** 67:2
69:3 230:18
251:18,20
**increases** 68:1
68:23
**incredibly** 44:8
**indicate** 154:21
207:11 208:12
**indicated** 283:7
**indirect** 167:6
233:25
**individual**
132:20 154:23
207:13 208:14
**individually**
3:25
**infancy** 19:19
238:24
**infant** 4:5,6,8,9
13:8 17:17
19:20 33:10,13
34:16 39:20
49:8,14,15
71:3 75:3
81:13 94:8
156:2 162:13
162:20,20

173:6 174:8
176:3 188:21
203:10 213:3,3
213:7,17,20,21
214:8 222:7,25
223:6,12,14,18
223:19 224:3
242:2,8 275:3
281:12
**infant's** 223:12
254:23
**infanticide**
239:14
**infants** 162:14
173:8 196:4
200:15,23
202:9 212:6,22
212:25 228:3
234:2 259:2
**infection** 186:19
**infections** 40:17
187:9 247:5
**inflammation**
40:15 247:3
**influence** 247:15
**information**
5:15 13:17
14:1 15:5 25:1
30:11 37:11
39:16 56:19
72:21 83:19
86:23 89:15,16
90:2 95:3
105:14,24
106:1,2,13,19
107:8,19,20
109:2,5 110:15
111:15 112:18
113:4 115:6
130:12 156:9
158:3,7 160:19
185:15 207:25
210:14 218:6
219:7 232:13
234:16 255:19
256:11 263:6
264:3 281:11
**informed**
210:14 252:20
**inhibit** 78:4

**inhibitors**
248:15
**initial** 4:13,14
31:4 70:5,6
98:21 105:5
108:13,15,19
109:9 123:22
**initially** 88:5
239:1
**injuries** 201:12
**injury** 165:22
201:10 226:9
276:11,25
**innocent** 259:2
**inpatient** 147:16
**inquire** 238:5
**inside** 10:19
69:16
**inspect** 132:3,5
134:22
**inspected**
130:24 131:4
131:13
**inspecting**
132:19 134:18
134:19
**inspection** 127:8
127:18,21
128:14 129:4
129:25 132:9
132:16,18
134:9,12,13,15
137:25
**institute** 254:1,2
254:2,3 269:18
269:21,22,23
269:24 274:12
**institution** 151:8
227:14 240:14
**instruction**
56:11
**instructions**
53:5 91:5,10
91:13,16,18
92:1,15 93:8
165:21 195:8
202:21 284:6
**instructive**
85:17
**insulting** 81:18

**insults** 276:11
280:17
**intend** 49:4
**intended** 55:8
55:17 61:25
201:11 204:4
**intending** 16:7
47:14
**intercurrent**
261:11
**interest** 48:6,23
49:2 211:4
261:15
**interested** 18:20
228:2 283:15
**interesting**
150:14 177:3
259:16 278:3
**interestingly**
277:23
**intermittent**
275:25,25
276:4
**internal** 120:7
211:10
**international**
27:6 55:24
58:8 235:11
237:10
**internationally**
246:21
**internet** 253:20
**interpret** 79:25
102:18
**interpretation**
30:21 32:13
233:9
**interrupt** 9:2
19:7 64:15
65:17,18,21
259:11
**interrupting**
62:20 64:3,9
234:11
**interruption**
177:20
**interstitium**
40:13 247:1
**intervention**
99:12

**interview**
185:14
**interviewed**
185:13
**intrauterine**
99:17
**intrinsic** 99:17
111:17 119:1
119:21,25
120:5,6,16
142:24 169:6,7
174:9,12,21,24
176:3 191:12
230:8,16
232:21 233:2,8
**intro** 137:24
**introduce** 20:9
**Investiga** 34:22
**Investigate**
34:23
**investigation**
4:6,7 34:12,16
34:23 39:20
242:8 245:2,16
281:12
**investigations**
242:3
**Investigator**
105:2
**investigators**
168:6
**invoice** 4:19,20
116:18,20
123:15 124:9
**invoices** 115:16
115:19 116:24
**involve** 141:15
156:17
**involved** 18:13
27:25 56:12
88:8 105:16
114:18 130:23
131:3,22
136:22 142:7
158:10 159:24
**Irvin** 2:14 6:15
**ISPID** 58:9
**Israel** 269:18,21
269:24,24
**Israeli** 254:2

274:12 275:9
**issue** 12:25
75:11 121:5
140:10 169:15
173:21 177:6
178:21,24
182:22 216:5
224:6 233:14
237:9 254:18
258:24 268:22
271:20 273:6
**issued** 101:24
**issues** 50:4 59:5
77:21 99:10
121:12 143:3,4
176:7,22 194:6
206:24 225:25
226:18 228:8
238:6,6 257:3
259:7,12
270:16 280:5
**item** 15:23
**iteration** 60:3
224:15

**J**

**J** 141:23
**jaundice** 259:8
**Jeffrey** 234:3
**job** 91:21 150:15
150:17 158:19
159:7
**John** 2:2 6:22
14:14 28:3
49:12 64:13
74:9 96:8
121:11 126:14
181:13 205:13
264:14 266:14
**joke** 264:20
**Jonathan**
121:25
**josborne@gol...**
2:5
**journal** 4:3 5:6
30:1,4 191:20
192:12 229:15
234:6,7,10,15
234:17,17,19
234:21,24

235:2,6,7,9,10
235:12,12,14
236:17,20
237:7,8,10
267:24 268:19
277:2
**journals** 95:9
198:15 234:14
**JPMA** 141:21
141:23 142:2,6
142:9
**judge** 64:18
217:1,4
**judgment** 39:12
**July** 15:21 16:16
71:1 75:11
124:6 126:12
127:3,14
237:24
**jumped** 260:17
**jumps** 141:6
**June** 75:10
101:2 187:18
187:22 188:1
263:1,12
**Juno** 276:3
**Junsig** 4:3 30:2
30:5
**jury** 252:19
254:5 257:2
276:17

**K**
**Karl** 276:2
**Kathleen** 1:2 6:9
181:7,23
185:11,14
262:9 284:3
285:1 286:1
**Katie** 6:23
174:18
**Katie's** 261:23
**Kattwinkel**
27:23 28:2,3,3
**keep** 8:15 29:22
37:17 183:3
184:15 190:18
197:13 202:9
217:8 224:16
240:4,5 276:22

**Kemp** 279:4
**Kevin** 114:3
**key** 50:22 84:11
109:5
**kidding** 137:12
**Kids** 85:3
**kill** 102:10 240:8
**kin** 283:14
**kind** 21:25
44:21 81:21
84:7,24 121:13
122:2 126:21
133:12 149:17
155:4 166:18
172:5 174:17
176:23 177:2
197:24 204:15
212:13 216:22
224:11 231:7
240:24 249:18
249:19 250:3
251:22,23
252:4 254:21
257:8 259:20
263:20,24
274:20 277:1,3
277:15,17
**kindly** 10:17
**kinds** 105:24
131:17 135:15
135:19
**Kinney** 4:4 33:9
33:12 172:5,5
277:2 279:3
**Kinney's** 248:13
276:7
**Kitty** 109:11
**knees** 203:10
**knew** 18:22
80:12 88:13
131:7
**knife** 250:2
**know** 7:20,22
8:13,18,23 9:7
9:9,11,17,18
14:7,13 15:17
18:11 19:13,15
22:16 27:21,24
31:9,11,13
32:21,23 34:3

35:24 36:5,5,6
36:10,11 37:3
38:10,12,18,18
39:1,6,9 41:9
41:10,16 43:18
48:1 49:12,25
53:16 56:1,18
57:8 58:2 59:9
59:14,23 60:17
61:11,23 62:4
62:16,18 63:9
63:10,10,12,15
65:2 67:18
68:2,2,12,20
69:2,2,4,4,5
70:12,19 72:4
74:1,13,19,25
79:22 80:4,5,8
80:15 81:3,22
83:10 85:8,20
86:16 87:11,13
87:14,17,18,23
88:5,8,15,16
88:23,25 89:13
89:17,17,23,25
90:1,3,17
92:23 93:3,16
95:15 96:4
101:21 103:9
109:3 110:3,4
112:15 113:6
114:12,13,14
114:14 117:10
118:7 119:8,13
122:1 124:15
124:20 126:24
128:2,2,5,20
130:2,4,6,7,11
130:12,17
131:2 132:11
132:12 133:2
133:17 135:22
136:10,17,18
136:22,25
137:1,23 138:5
138:22 140:25
141:1 142:3
146:14,15
148:3,6 149:10
149:23 150:16

151:21 153:7
154:8,14,15
155:12,12,13
155:23 156:25
157:2,3,5,12
158:6,8,8,9
159:6,24 160:4
160:12,17
161:11,13,15
163:19,21
169:17 170:4,5
170:23 171:5
172:23 174:19
174:23 176:13
176:13,14
177:1,2,12
180:22 187:3
187:17,21
189:2 190:25
191:1,5,18
194:2,25 195:4
195:16 197:7
197:21 198:1
198:19,22
199:14 208:21
209:24 212:7,9
212:9,13
214:12 215:25
218:14,18
219:2 221:8,24
223:4 225:6
226:5,15
227:10,11,14
227:19 228:7
229:5 232:4
233:12 234:17
235:2,9 239:6
239:19 242:25
244:6,17
245:17 247:19
249:24 250:1,3
250:4,12 251:2
251:7,8,10,14
252:9 253:9
256:16 258:1
258:15,22
259:25 260:23
261:2,3 263:8
263:17,18,24
264:1,10 265:2

269:25 271:1
271:25 272:4
272:21 273:15
274:5 275:22
276:7,8 278:15
278:17 279:1,4
279:17 280:1,3
**knowledge**
17:21 99:4
**known** 33:25
42:6,7,8 53:13
171:19 183:8
248:4,9
**Kristin** 103:5

**L**
**L** 1:16 283:21
**lab** 227:15
240:17 248:13
248:13 261:2
275:14 279:19
279:20
**label** 4:23 93:24
165:13
**labs** 36:16
248:12
**lack** 255:7
**laid** 249:16
**laminated** 75:19
**language** 60:7
206:23 207:4,7
208:10 211:15
**large** 24:25
**larger** 206:14
**laryngeal** 40:15
247:3
**late** 113:22
230:5
**lateral** 181:9
**latest** 81:24
**laughter** 146:3
**law** 18:24 53:2
148:10
**lawsuit** 47:19
**Lawtons** 261:23
**lawyers** 89:13
92:23 148:9
**laying** 254:25
**lead** 75:8 206:6
206:8 253:12

274:25 276:7
276:12
**leads** 226:3
239:12
**leaning** 261:4
**learn** 152:18
218:19 277:21
**learning** 150:14
**leave** 65:22
147:22
**leaving** 169:21
**lecture** 279:21
**lecturing** 20:12
**led** 239:3
**leeway** 155:5
**left** 44:17 170:20
181:9 196:6
200:17
**left-hand** 207:10
**legal** 6:16,18
118:8 242:23
**legs** 9:11
**length** 26:19
249:14 250:18
**lengthy** 212:19
**let's** 11:25 22:5
23:1 39:18
58:3 75:25
80:20,22 86:3
96:3 99:2
101:9,23
103:20 104:16
108:21 121:9
124:1 127:6
132:16 137:4
137:24 138:20
140:21 142:14
142:17 148:11
162:11 171:11
177:19 178:11
178:22 179:2
181:19 182:21
183:1,5,18
194:14 196:16
204:10 207:3,8
207:17 208:6,6
211:18,23
212:21 214:1
215:2,5 223:1
230:1 243:17

245:25 261:20
266:12
**letter** 16:5
**level** 112:19
230:15 244:7
249:17
**levels** 210:2
276:1,5,24
**liability** 13:6
**liaisons** 47:3,8
211:10,13
**lick** 184:18
**life** 99:11,22
105:24 152:3
187:8 259:7
**light** 133:14
274:22
**likelihood** 156:2
156:4
**limitation**
242:22
**limited** 231:11
**limits** 99:15
**line** 51:20 54:24
179:6 244:17
285:7
**link** 51:18
**liquid** 254:15,16
**list** 4:18 13:21
17:4 23:11
80:24 81:3,4,6
86:8 94:16
109:16 110:19
113:18 127:20
138:2 163:2
174:10 178:16
191:13 198:21
228:6,9,12
232:8,15
253:25
**listed** 13:24
20:18 85:25
95:1 138:2
140:12 239:1
281:18
**listen** 218:24
232:2
**listening** 232:5
**listing** 207:23

**listings** 234:14
**literature** 19:4
34:1 60:5
62:10,17 63:4
63:12,15 67:18
68:3 81:24
92:4 96:13
117:20 118:13
118:25 122:16
123:23 157:19
197:17 221:13
**litigation** 12:5
13:17 39:7,10
48:21 49:5
118:1 130:18
130:23
**litigations** 23:6
**little** 7:22,25
8:17 32:2
44:18 49:22
54:21,22 60:15
66:12,17 80:19
90:22 102:5
138:14 162:12
182:23 193:25
194:11,14
224:12 225:22
229:19 236:22
243:2 245:20
246:10 251:13
251:23 253:9
256:5,8 257:25
259:8,15
263:20
**live** 92:25
**lives** 278:8
**LLP** 2:6
**locally** 127:25
**located** 6:13
190:18
**location** 213:20
**logical** 258:3
**long** 26:7 27:19
27:25 28:1
41:17,20 46:16
47:7 58:13
78:18 114:21
114:21 115:8
131:20 136:14
136:18 137:23

187:13 208:21
237:22 249:25
278:18 279:2
**long-standing**
50:19
**longer** 184:3
210:23 224:4
257:25
**look** 12:1 13:14
16:24 18:15
19:9,16 20:3
20:17 24:7
30:17 32:15
34:24 35:16
37:6 38:20,20
38:21,23 63:1
66:10 68:4
74:3 81:11
89:3 93:5 95:6
95:9,18 96:10
97:16 99:2
101:9 103:11
104:16 108:1
108:14 112:4
114:3 115:5
117:7 118:25
119:4 127:6
128:9 129:5,12
129:21,22
130:11,25
131:18 132:16
134:22 135:14
135:17 137:4
138:7,11 143:2
146:15 149:18
155:10,11
183:5 186:2
188:19 189:3,4
189:12 194:25
199:24,25
205:10 206:8
207:3,8,17
208:6 211:1,18
211:23,24
224:4 225:12
225:23 228:6,8
228:10 229:4
234:22 235:3,8
236:23,24
243:20 258:8

260:12 261:20
262:16 265:7
265:14,15,17
269:25 270:20
**looked** 69:5
94:18 103:20
103:22,25
110:20 112:15
113:3,16,21
122:12 128:15
130:3,20 131:8
131:11,12
132:25 133:11
134:20 135:6
135:11 136:20
172:18 173:5
173:11 185:24
202:2 214:9
220:25 222:5
228:16 229:14
235:8 237:21
273:1
**looking** 16:20
29:7,15,20
36:13 66:7
96:20 98:10
113:7 119:6
121:11 124:16
137:21 193:13
194:2 203:15
211:25 225:17
229:5 232:1
248:10 258:14
259:21 268:1
**looks** 44:20
56:10 86:7
118:9 121:14
122:9 126:4
128:2 132:12
236:3 249:25
265:9
**loose** 77:12,12
166:16
**loosing** 229:24
**Lori** 2:7 6:24
7:15
**losing** 263:11
**loss** 272:7
**lost** 261:9
**lot** 20:12 36:12

72:10 105:25
106:19 107:20
108:14 110:16
110:16 111:15
123:15 146:2
160:1 173:1
186:1 187:1
219:23 229:19
256:11,21
257:6 274:19
277:7
**low** 42:5 230:8
276:1,4
**lower** 66:15
155:25 158:11
**lunch** 177:24
178:11
**lung** 19:3,4
184:23 257:12
257:22,22
**lungs** 40:12,13
245:10 246:25
247:1 257:13
257:14 258:1
262:4
**lying** 249:14
255:4
**lymphoid** 40:16
247:4

——————
**M**
**M.D** 1:14 3:2
4:16 7:6 72:6
117:2 282:19
283:1 284:4
285:2 286:2,5
286:14
**ma'am** 13:22
14:24 235:20
**machine** 226:23
283:10
**macrophages**
40:14 247:2
**main** 38:18
170:22 192:18
192:22
**maintains** 56:6
**majority** 145:6
**making** 32:5
56:9 67:10

113:23 123:24
126:23 151:12
156:22,23,23
218:17 272:4
**MALT** 40:17
247:5
**Mandatory** 4:13
70:5
**Mannen** 31:2,12
66:14 195:1,4
**marathon** 9:14
**March** 124:16
**Marian** 206:11
**Maricopa** 5:4
103:21 178:7
178:14
**marijuana**
188:16 190:13
190:14,17,20
**marital** 230:14
**mark** 10:16
11:13,15 15:20
23:9 25:25
26:14 41:3
69:21 70:2
71:25 72:2
73:4 86:3,5
115:24 116:2,6
116:14 155:21
161:17 185:21
191:23 241:15
282:16
**marked** 3:25
10:13,20 11:19
15:19 22:23
23:2,8 25:13
25:23 26:12,24
28:5 30:2
33:10 34:16
35:12 39:20
49:9,14 58:18
69:18,23 70:6
72:7 73:16
76:12 86:9
115:17 116:18
116:20,25
125:16,21
126:8 137:6
161:22 165:13
178:6,8 185:23

192:12 204:22
204:24 205:1
205:20 207:18
212:1 216:13
216:14 220:19
241:25 243:12
245:17,19
**marked-up**
268:4
**marker** 53:18
**markers** 231:8
**market** 80:13
218:14,20
219:3,6 221:25
**marking** 27:10
33:13 35:10
116:4 204:18
210:3,15
**markings** 40:8
69:16 210:1
**Marta** 34:25
246:21 281:13
**mask** 184:18
**masks** 8:13
102:9 213:10
**massive** 19:4
**material** 98:19
255:1
**materials** 4:18
33:5 35:23
80:25 84:13
86:4,8,15
94:16,19 98:11
98:12 105:10
110:17 127:19
130:13 138:1
163:17 178:16
227:20 229:25
240:2 267:8
**maternal** 99:18
230:14
**MATTEL** 1:7
**matter** 6:9 53:4
58:7 210:11,13
242:23
**mattress** 55:6,9
55:10 57:6,14
57:15,18 58:13
60:14 77:17
78:13 166:11

**mattresses** 56:2
135:16
**ME's** 178:14
**mean** 8:19 19:7
30:23 32:21
37:10 42:15
44:8 46:9 54:5
55:9,13 56:2
56:21,25 59:5
61:25 73:6
74:16 80:14
81:20 84:21
88:7 111:21
113:25 126:17
128:18,25
132:11 134:19
137:9 138:17
142:4 149:6
150:1 151:4,21
154:8 155:11
155:12 160:3,4
172:17 177:3
187:25 199:8
203:6 204:3
210:9 212:12
214:22 215:11
216:25 217:1
219:6 230:21
231:20,21
241:2,2 250:10
252:14 255:17
256:17 257:19
263:16 270:14
274:2
**meaning** 81:18
**means** 46:2
59:17,18 79:22
91:4,15 92:20
93:8 226:25
**meant** 9:14
15:12 81:21
128:23 197:13
215:22 249:7
249:19 259:19
**measure** 56:15
56:16 128:17
**measured**
128:16
**measurement**
56:11 260:1,2

271:23 272:6
**measurements**
260:12 273:4
**measuring**
260:3
**mechanisms**
78:12
**media** 18:13
81:10
**medical** 5:4,5
42:2,3 58:5
95:8 96:20,24
97:22 98:7,23
99:23 100:18
101:11 103:13
103:25 104:1,9
106:16 107:4
107:13 109:19
113:2,4 119:2
119:9 142:22
143:6,10 151:6
152:14 154:22
157:19 178:7
185:16,23,25
190:13 207:12
208:13 221:12
229:3 233:7
238:10 239:12
255:14 259:22
261:15,19
262:15,20
263:4,10,21
273:15 274:3
**medically** 222:1
**medicine** 41:21
**medicine/neo...**
71:3
**meeting** 41:14
118:5,13,17
142:9 260:25
**meetings** 41:16
82:14 88:12,12
88:13 142:5,12
158:14,14
**meets** 61:21
**member** 27:23
46:4,8,16
75:22 76:15
141:20 142:8
206:3 220:11

members 46:22
46:24 47:1,2
47:10 141:23
153:19,23
256:9 261:17
memorize 235:9
memorized
208:22
memory 72:25
Mendoz 28:15
mention 127:7
176:11 202:15
214:21
mentioned 25:6
43:2 49:10,13
50:11 81:15
86:23 113:9
206:12 218:5
230:8 234:25
253:16
mere 273:10
Merriam-We...
59:2 60:18
132:14,18
134:22
mess 34:9
messaging 85:11
met 9:18 38:11
42:9
metal 57:1
methodology
71:13,18 97:20
methods 242:10
Michael 1:13
3:2 4:16 6:4,8
7:6 72:6 105:2
117:2 281:23
282:19 283:1
284:4 285:2
286:2,5,14
Michelle 104:18
105:1
microphone
177:14
microscopical
40:6
middle 44:20
261:22
Midgett 196:1

milestones
99:16 260:8,14
260:25
milk 56:14
mind 8:15 40:1
57:25 119:17
181:13,15
250:15 262:12
263:19
mindful 8:14
mine 96:9 97:2
134:16 237:5
mini 282:1
minimize
126:22 153:14
minimum
122:22
minor 40:15
229:15 247:3
minus 44:20
minute 138:20
152:11 208:4
240:23
minutes 158:18
264:17
misinterpreted
60:8
misleading 17:1
misread 260:18
missed 95:21
114:11
mission 140:6
misspeaking
67:22
misspoke 67:12
mistake 12:2
95:12 204:1
mistaken 120:15
mistakes 159:9
misunderstood
129:8
mitigate 167:15
167:19
model 128:5,19
128:20 129:12
135:7,9,17
136:22 137:1
254:14,15
models 254:17
modified 31:20

Mom's 107:12
moment 127:6
256:3
moments 11:14
monitored
183:13 184:24
185:3 262:5
month 102:12
162:14 173:8
260:17
months 99:21
172:17,24
173:3 176:18
183:9,23
187:16 188:5
257:9
Moon 27:13
46:19 195:23
196:1 206:9
morning 6:1
7:12,13 179:8
181:7
mother 99:5
183:4 231:21
232:1
mother's 105:25
230:23 233:10
Mothers 230:3,4
Mountain 104:1
mouth 77:23
78:1,6,15
move 49:10
79:24 144:21
170:23 171:11
183:18 184:5
204:13 275:20
moved 175:24
movement
254:21 255:7
movie 274:20
moving 7:24
18:24 29:7,13
29:17 260:2
mucosa 247:4
mucosa-associ...
40:16
multiple 78:11
82:3 213:19
multitude
238:24

murmur 184:1
258:6,20
murmurs 259:1
259:3
mus 225:19
muscle 173:2
225:19,25
muscles 66:18
66:19,19
muscular 239:5

_____
N
_____
n 3:1 23:5 79:14
117:25 127:8
127:18,25
128:14,15
129:5,21 130:1
130:20,24
131:5,8,13,23
132:12,21
134:10 136:7
155:25 157:8
163:10 180:19
182:15 194:8
195:9 196:9
197:9 199:19
219:2 223:21
244:1 250:19
250:23 252:22
n' 12:24 48:9,18
52:6 61:20
76:22 80:3
156:4 163:15
163:16 197:18
198:16 199:6
199:23
name 6:15 19:20
34:21 38:12
41:10 88:13
121:24 141:4,6
141:10 153:8
209:6 233:17
235:10 241:12
244:17 254:3
267:25 269:20
281:10
names 41:10
104:22 113:15
nap 163:7
nature 264:6

NE 2:8
near 166:25
190:9
necessarily 78:5
79:22 105:14
230:6 245:11
252:2
necessary
221:18 249:21
284:8
neck 66:19
78:14,19 79:16
need 9:10,18
29:12 52:24
60:6 73:20
95:17 107:18
126:14,16
135:2 138:12
149:23 155:14
158:7,8,8,9
166:9 179:19
202:11 210:14
216:21 235:8
235:10 239:25
241:10 256:5
258:18 262:15
267:9 282:6
needed 19:5,13
130:25
needs 9:17 55:20
57:6,7,15
58:15,16 83:14
neither 143:22
143:23 214:6,9
215:7 216:14
223:7 283:14
neona 17:11
neonatal 277:15
neonatologist
17:11,25 19:9
19:17 20:6,10
20:19,21 44:8
91:19 145:16
145:19 279:25
neonatologists
19:8,16 41:15
50:7 148:6
171:20
neonatology
15:25 17:15,16

18:8 19:20
42:13,20 43:23
58:5 147:16
226:8 280:2,6
**nervous** 173:2
**Network** 4:9
44:15 49:8
50:1
**neurodegener...**
259:20
**neurodevelop...**
260:7
**neuropatholo...**
36:25 37:4
139:1,4
**never** 32:25
38:10 53:5
61:14,25 141:3
141:12,13
142:14 157:8
166:15,24
195:5 200:21
221:23 234:19
236:11
**new** 15:5 16:9
23:21 25:3,5
28:10,20 33:5
59:10 66:25,25
117:19 170:20
186:20,23,24
248:13 271:8
277:2
**newborn** 41:12
43:2,4,15 75:7
146:9 257:15
258:3 280:4
**newborns** 52:23
259:1
**news** 60:1
**Ng** 2:7 7:1,1
73:24 97:6
116:12 164:19
177:17 192:2,4
192:20 193:2
203:1 204:20
212:24 228:21
237:15 247:18
268:10
**nice** 122:3,6
172:13 236:13

**NICHD** 206:11
**NICU** 52:23,24
75:3 146:8
147:10,23
148:12,15
152:3 260:10
**night** 100:24,25
106:18,20,24
107:14,21
108:3 115:25
178:22 181:23
191:5 269:16
**nightstand**
190:9,11,12
**NIH** 18:15
**nine** 151:9
168:12 187:8
**nods** 182:8
**non-inclined**
44:24 59:18,18
**non-inclined--**
59:17
**nondeformable**
56:6
**nonjudgmental**
83:15
**nonlethal** 40:17
247:5
**nonspecific**
36:16 245:8
**nonstop** 177:3
**Nope** 169:14
**normal** 35:16
37:23 99:12,14
99:15 101:15
174:14,16
176:12 183:25
184:3 245:4
258:22 259:3
**normally** 80:17
**nose** 77:23 78:1
78:6,15 254:23
254:23 255:10
**nostrils** 254:20
255:3 270:15
**Notary** 1:17
283:5,22
286:21
**notation** 48:19
**note** 48:10,14

53:15 176:15
202:14
**noted** 107:5
203:15 206:6
284:14 286:10
**notes** 51:4
102:13 110:11
116:9 237:5
268:1 273:8
**notice** 4:15 9:25
13:21 24:10
72:1,5,10
80:21 84:5
85:20 110:2
283:6
**noticed** 179:6
**notification** 89:2
**notified** 49:1
**notify** 48:14
49:5
**nuanced** 83:9
**number** 19:1,1,2
56:13 74:5
97:17 160:6
163:8 247:20
261:8
**numbered** 96:5
96:9
**numbers** 53:25
96:10,11 97:5
97:9,14 156:15
156:21,22
159:22 160:9
160:23 161:3
**numerator**
156:25 157:2
**numerous**
190:12
**nurse** 151:7
152:14
**nursery** 52:20
258:21
**nurses** 162:3

———————
**O**
**O'Brien** 104:17
104:25
**oath** 65:1 134:3
**Object** 210:8
**Objection**

250:25 252:23
254:9 255:21
257:5 262:23
263:14 275:10
276:19
**objections** 10:9
**objective** 157:18
221:10 271:25
273:8
**objects** 54:14
102:14
**obligate** 254:23
**obligation**
151:13
**observations**
35:13 248:23
**obvious** 99:16
249:22 250:4
267:6
**obviously** 9:1
12:15 15:5
35:25 43:19
46:10 50:13
54:9 81:14
88:11 94:18
104:14 111:15
171:19 210:22
237:6
**occasion** 180:11
**occasional**
238:25
**occasions**
226:14
**occlusion**
223:25 252:3
270:15 274:24
**occur** 99:21
172:24 223:20
229:18 275:24
**occurred** 67:21
257:8 261:14
**occurrence** 92:7
**occurs** 275:23
276:9
**October** 283:18
**odd** 229:19
**odor** 190:20
**offend** 7:17
**offense** 180:7
189:5

**offer** 144:17
**offered** 271:13
271:16
**office** 35:2
127:22 131:12
147:15 148:12
178:14 239:8
**Officer** 104:18
**official** 12:4
34:22,24 101:5
106:22 109:17
120:3 126:1,11
133:5 206:19
243:14 283:17
**officially** 70:16
**oh** 12:1 41:24
58:1 64:17
65:14 86:22
113:24 114:22
117:8 174:13
177:15,18
179:20 187:2,3
189:24 190:1
192:3,6 205:19
232:13 241:12
248:3 256:19
268:11,14
**okay** 7:16,18
8:11,21 9:16
10:8 11:10,20
12:2,6,15 13:5
13:18,23 14:3
14:14,18 15:4
15:16,23 16:7
16:13,19 19:11
19:19 20:3,23
22:2,6,15
23:13 24:4,16
25:2,17 26:9
26:25 27:9
30:14 31:18
32:4,15,18
34:4,8,13 35:7
36:19 38:4,24
39:3 40:25
42:1 48:25
49:4 50:7
51:19 52:6
53:10 54:4,12
56:7 57:20

58:11,13 59:16
59:21 60:17
64:18 65:14
66:3 67:4,9
69:9,13,25
70:18,24 71:8
71:11,15,20,24
72:15 73:9
74:8 75:5,12
75:25 76:6
80:7 82:5,9,23
83:5 84:4
86:15 87:11,20
89:9,11,19,22
90:3,23 92:21
95:4 97:15
98:1,18,21
100:14,17,20
101:5 102:12
102:22,24
103:11,20
105:12 107:3
108:4,10
109:10,16
110:9 111:2
114:8 116:5,15
117:17,22
118:9,21 119:3
119:11 122:11
124:1,3,9,25
125:24 126:4
126:13 129:14
131:3 132:15
134:14 136:3,5
136:9,12 137:9
139:12 140:16
141:21 145:15
146:15 147:1,9
147:17,25
148:8,22 149:5
149:19 150:13
151:20 152:21
155:7 156:12
158:17 160:14
162:11,18
164:9,13 165:1
166:14 167:12
170:21 171:11
171:12,15,18
174:4,13 175:2

178:4 181:16
182:4,9,20
184:11,19,20
186:11 187:1,5
187:23 189:10
193:25 194:3
195:7 196:16
197:9,16
198:15 199:2,4
200:8,9,12,13
201:22 202:1
203:8 204:17
204:21 205:18
205:25 207:5,8
207:22 208:5
209:20 210:19
210:22 211:18
212:14 215:3
217:14 221:11
222:18 226:22
227:4,10,16
228:1,19 229:8
232:20 233:6
237:16 238:12
238:18 241:12
243:23 245:25
251:8,13,14
254:12 256:19
258:3,19
262:19 263:10
265:9 266:8,16
268:8,23
269:23 270:2
270:11,20
274:1 277:14
278:18 280:8
**old** 259:22
**older** 42:15
78:17 259:2
**Olson** 6:23
106:12 107:4
166:4 167:18
175:24 181:21
238:1 263:24
**Olson's** 211:20
**on-line** 20:17
75:10 85:14
188:21 270:7,9
**once** 53:6 135:2
191:1 244:17

257:25 279:20
**one's** 39:12
**one-page** 44:13
**one-time** 276:10
**ones** 74:25 78:17
113:2,13,18
154:18,19
174:10 230:1
230:11,22
231:2 250:7
**ongoing** 276:5
**onset** 186:20
**open** 142:3,4
190:10 252:9
**opinion** 87:21
98:3 110:25
111:13 119:17
131:1 185:12
221:10 223:5
227:2,4 233:24
250:23 262:10
271:13 274:13
**opinions** 14:23
15:2,11,13
16:16 17:4,14
22:9 43:19
71:12,14,17,19
85:17 98:8
99:22 100:1,10
108:17 109:25
111:7,7,11,24
142:20 143:13
143:16 144:17
157:18,25
158:2 224:5
228:8 262:19
**opportunity**
184:9
**opposed** 120:8
207:23 211:21
231:7
**orange** 3:8
10:12,17 22:23
40:20 53:22
58:22 69:15
86:1 110:18
204:14 206:15
214:7 216:15
240:4 282:14
**order** 9:24

104:13,13
117:5 122:9
158:6 272:4
**organ** 276:25
**organization**
50:3,5 211:13
**organization's**
220:21
**organizations**
47:25
**organize** 245:22
**organized** 11:13
**organs** 40:13
247:1
**origin** 89:1
**original** 3:10,11
11:8,13,14,18
11:20 12:10
16:1 31:11,12
100:20 103:17
125:15,20
139:21 142:19
279:7 282:12
284:17
**originally**
201:12
**Osborne** 2:2,2
3:4,5 6:22,22
10:7,9,23
12:21 14:12,15
14:17 16:3
19:22 21:17,21
22:18 23:14,17
24:17 25:20
28:23 29:2
31:6,14,23
32:10 33:19
37:25 41:3,6
44:6 45:9,16
46:12 48:12
57:16 58:14
59:6 60:22
61:6 62:3,12
62:15,19 63:22
64:2,6,10,14
64:20 65:3,6
65:16,20 68:16
68:24 69:8,12
70:2,14 74:4,8
74:13 76:4

79:4,20 83:1
86:7 88:1
92:10 93:22
94:9 107:7,16
110:22 112:8
114:23 115:3
115:10,13
116:4,8,15
125:5 126:16
136:7,16,24
139:5,9,14
140:8,19 145:3
150:24 155:9
156:7 158:24
159:6 161:1
164:21,23
165:3,6,10
166:5 167:8,13
168:8,14,20
169:23 170:8
170:25 174:11
174:13 177:9
177:19 181:15
182:1,13,16
184:8,25
187:25 189:7
189:10,20
191:25 192:5,9
193:21 197:11
198:7,18
199:13 200:5
204:2,8 205:16
205:18 210:8
214:11 215:9
216:20 217:3
217:20 219:11
219:21 220:5,8
222:9,12
223:23 224:8
224:21 227:5
234:11 235:15
235:19,23
236:4,10,16
241:16,21
243:6 244:15
244:23 245:21
245:25 246:3,9
246:16 247:22
248:19 251:16
252:25 254:10

255:24 257:18
258:17 262:24
263:14 264:8
264:11 265:11
265:14,21
266:1,8,24
267:13,19,23
268:5,8,12,17
269:3,9,15
272:2,19 273:2
273:22 274:10
276:16 277:11
280:21,24
281:3,15,20
282:1,7,18
**Osborne's** 14:1
106:11 127:22
**out-coming**
60:13
**outcome** 283:15
**outlier** 263:22
**outside** 39:7,9
81:5 88:6,17
120:10 167:21
200:21
**over-warm**
231:4
**overall** 160:12
**overbundling/...**
173:19
**overheating**
214:2 229:25
**overly** 148:5
**oversight** 145:6
**overstepped**
22:16
**overstepping**
22:19
**ownership**
10:21
**oxygen** 66:16
255:10 276:1,5
276:23
**oxygenation**
275:18 276:11
280:17

———————
**P**
**p.m** 177:24,25
178:3 282:21

**Paci** 135:18
**pacifier** 135:18
171:2,4,9
**pad** 57:9
**padding** 55:13
56:22,23,24
57:2,10
**pads** 252:10
**page** 3:2,7 4:2,6
5:2 34:15,19
44:17 69:25
70:13 72:18,21
79:13 96:4,11
97:16,24
101:22 102:4,6
111:8 112:16
113:19 117:7
119:6 121:20
121:21 122:8
124:7 128:13
140:11 141:6
142:14,18
176:1 179:3
180:4,22 181:4
181:19 182:1,2
183:1,7,18,21
184:6,14,17,25
187:19,19
188:6,19 189:4
189:7,9,12,19
190:2 195:20
201:6,17
208:11,25
210:7 212:2
219:17 221:7
221:18 222:9
232:15 233:22
234:3 243:13
243:20 245:15
247:25 256:7
261:22 285:7
**pages** 5:16 96:3
97:2 112:17
186:2 249:25
255:11,17
265:25 286:7
**paid** 89:2 137:14
**pamphlet**
163:17
**panel** 142:4

**panels** 142:2
**paper** 41:11
172:17 173:5
274:18
**par** 19:2
**paragraph** 98:2
98:8 99:2
100:1 111:8
179:6 181:6,11
189:17 190:19
201:7 202:4
237:5 261:25
262:2,25 263:3
**paragraphs**
184:24
**Pardon** 177:13
179:18
**parens** 229:3
**parent** 18:23
152:4 166:10
188:24
**Parent's** 4:21
161:21
**parental** 50:13
50:22 230:10
**parents** 44:15
51:4 54:16
83:10,21,24
85:5 91:9,15
91:21 92:14,15
93:12 94:11
151:16 152:2
162:8 176:20
177:5,12,12
179:14 195:7
212:22,25
213:4 261:23
263:21
**parlance** 37:23
**part** 16:4 24:25
26:10 28:13
35:12 41:17
46:14 47:4
48:24 50:5,8
52:14 77:22
91:21,23 94:8
96:23,24
102:24 104:16
109:24,24
111:2,3 119:18

124:5 131:24
137:21,25
141:13,19,21
142:1,15,21,21
145:12 154:11
156:19 159:3
181:20 182:5
194:5 206:25
209:3 212:3,21
214:2,3 224:2
226:3 239:23
251:21 262:20
267:17
**partial** 123:3
**partially** 200:22
**participates**
142:2
**Participation**
5:10 220:18,24
**particular**
141:24 231:1
260:16
**particularly**
40:23 212:5
**partners** 244:16
**parts** 103:15
109:20
**party** 283:15
**passing** 41:14
141:5
**passive** 166:25
167:6
**path** 42:9 58:2
183:2
**pathologist**
17:19 20:24
21:1 34:2 36:1
36:20 37:4
38:8 112:12
138:23 139:3
242:11,18
243:1,3,10,11
**pathology** 18:12
34:4 40:3
242:10 244:25
245:4 261:2
**patient** 189:2
229:2,11
239:22
**patients** 51:13

52:22 80:2
82:16,19
147:17 148:18
148:19
**pay** 112:19
115:22
**pediatric** 71:3
147:17 148:18
280:6
**pediatrician**
145:18
**pediatricians**
147:23
**pediatrics** 5:7
41:18 42:14
75:9 153:17
191:17 192:12
201:23 211:3,5
211:9,12 226:7
235:12 237:6
237:10 268:20
**Peds** 75:11
**peer** 62:9 67:25
68:21
**pejorative** 149:7
**penmanship**
248:2 264:22
**Penn** 226:9
**Pennsylvania**
1:15,18 6:14
7:22
**people** 19:1,3
34:25 36:10
42:21,22 44:19
47:2,7 55:25
56:3 60:8
68:10 83:7
84:17 88:8,15
91:18 92:4
95:10 138:18
141:15 151:11
160:6 161:7,12
167:15 171:20
172:2,6 187:10
193:16 210:17
212:16 218:17
218:17 240:21
244:14 263:17
271:12 274:19
276:2 278:8,11

279:1
**people's** 32:13
113:15
**percent** 45:1
59:5 99:21
145:1 146:16
147:8,9,14
148:12,22
172:23 193:9
**percentage**
145:24 147:4,5
150:10,19
**percentile**
260:16
**perfectly** 144:7
**peribronchial**
40:15 247:3
**period** 13:16
172:16,25
173:4 223:7
**periods** 47:8
**perishing** 156:2
**permission**
83:17
**permitting**
236:5
**person** 7:21 22:3
231:16 240:20
**personal** 80:5
**personally**
38:10 41:16
**perspective**
50:23 106:22
210:13
**pertaining**
185:15
**petechiae** 40:11
41:1 246:24
**Philadelphia**
7:25
**Phoenix** 103:25
**phone** 118:5,13
118:17 122:15
142:7
**phonetic** 112:11
114:22 153:6
162:3 276:3
**photocopied**
245:16
**Photograph**

4:23 165:13
**photos** 103:20
**physical** 270:13
**physically**
131:10
**physician** 8:7
44:3
**physics** 254:1,2
254:12,16
274:16,17,17
275:7
**physiologic**
233:24 234:1
**physiologist**
17:20 275:13
279:9,13,24
**physiology**
226:8 254:2
279:15,22
280:7
**pick** 170:19
**picked** 44:16
239:2
**picking** 93:6
95:14 121:15
224:12
**Pictogram**
54:23,24
**pictorial** 44:23
**picture** 54:22
265:12 266:14
**pictures** 105:23
128:3 131:8,10
**piece** 8:6 221:4
**pieces** 18:12
138:18 212:12
212:13 245:2
**Piedmont** 2:8
**Pilarz** 109:11
**pile** 84:18
243:18 282:17
**piles** 84:22
**pillow** 274:21
**pillows** 166:16
190:6 231:3
**pipe** 190:15,17
**place** 16:11
18:17 28:19
163:6 166:11
176:23 215:16

242:6 260:12
283:7
**placed** 181:24
**places** 60:14
214:23 215:21
272:12
**placing** 213:20
222:6
**plagiocephaly**
213:22 222:16
**plaintiff** 1:4 2:5
89:6 124:18
244:11
**plaintiff's** 4:13
4:14 69:21
70:5,6
**plaintiff/prose...**
221:14
**plaintiffs** 70:17
72:22 85:22
238:1
**plaintiffs'** 38:7
104:5 105:7
109:19 112:6
112:13,24
113:5 115:25
**plastic** 79:2
252:15
**play** 12:25 23:5
48:9,18 52:7
61:20 76:22
79:14 80:3
117:25 127:9
127:18 128:14
128:15 129:5
129:21 130:1
130:20,24
131:5,8,13,24
132:12,22
134:10 136:7
155:25 156:4
157:8 163:10
163:15,16
174:5 180:19
182:15 194:8
195:9 196:9
197:9,19
198:16 199:6
199:19,23
219:2 223:21

230:10 233:9
244:1 250:19
250:24 252:22
**playard** 53:9
**playards** 252:16
**played** 128:5
256:25
**playpen** 156:3
**playpens** 156:1
159:18 160:11
**Plays** 127:25
**please** 7:4 9:11
27:1 63:23
65:16,17
135:21 168:25
175:6 177:20
209:11 234:12
236:6 246:10
284:7,11
**plenty** 60:13
84:21 149:9
**plus** 30:21
122:22,22
123:10 124:19
124:19 174:4
**plush** 77:17
**pneumogram**
227:2
**pocket** 40:19
**point** 42:24
55:12 86:15
93:18 99:7
102:2 123:20
129:19 130:6
131:23 148:11
151:15 172:14
175:24 181:1
186:1 215:17
222:19 269:1
272:13
**pointed** 234:23
272:1
**pointing** 158:8
181:13 197:8
**police** 5:3 94:19
95:21 98:12,23
100:17 106:16
107:3,13
163:24 168:5
178:5,13 179:2

180:4,7 182:10
182:24 183:6
183:18 188:11
189:8 255:13
256:13,14
261:18,21
263:1 273:20
**policies** 209:23
236:25
**policy** 3:16,18
3:19 5:10 25:9
25:13,16,23
26:2,3,12,13
59:10 60:3
154:25 155:1,3
205:3 206:18
207:6,15,19,23
207:25 208:1
209:12,14,16
209:18,19,22
210:2,4 214:6
215:4,6 216:11
217:18 220:17
220:21,22,23
222:22 223:8
249:2,3,3
**Polin** 280:1
**poor** 276:11
280:17
**poorly** 133:12
**population**
231:16
**posed** 37:20
180:18
**position** 44:25
67:25 68:22
79:23 146:8
173:18 181:9
197:17 223:15
226:1 255:5,7
275:3,4,8,19
**positional**
193:10 213:22
222:16
**positioning**
229:23 278:9
**positions** 66:18
149:16
**possibility**
223:19

**possible** 202:5
249:24
**post-anesthesia**
229:4,17
**postnatal** 51:8
**potential** 66:10
78:7 201:7,10
252:18 274:6
**potentially**
78:20 151:17
273:10
**potentiate**
213:21 222:7
**potentiating**
222:15 229:14
**pounds** 203:11
261:9
**power** 177:20
178:1
**PowerPoint**
81:19
**practice** 52:16
147:15 148:3
148:12,17
155:6
**practices** 82:21
82:25 118:23
**practicing** 41:20
145:16
**practitioner**
151:7
**practitioners**
152:15
**pre** 51:8
**predisposing**
256:24
**prefer** 45:3
**preference**
59:20
**pregnancies**
238:13
**pregnancy** 99:6
174:17 175:23
230:3
**premature**
174:18
**prematurity**
150:6 230:7
**prenatal** 230:5
**preparation**

78:24 115:21
122:16
**prepared** 36:2
127:16 132:8
134:7 152:3
**preparing**
151:24
**preponderance**
263:25 264:2
**present** 2:13
6:19 82:9,10
82:13,16 256:3
**presentation**
81:19 84:7
**presentations**
80:25 81:9
**presented**
140:12
**presenting**
140:17
**press** 15:9 78:1
281:13
**pressed** 78:16
**presumably**
193:6
**pretend** 139:3
**pretty** 39:22
60:9,9 102:20
115:8 171:24
174:16 176:20
245:10,24
251:9
**prevent** 153:14
153:15,16
**prevented** 202:6
**prevention**
50:18 58:9
226:8
**previously**
33:24
**primary** 113:13
149:25 187:10
**prime** 28:12
**principles**
221:21
**print** 240:8
**printed** 122:13
**printouts** 34:10
**prior** 32:8 86:24
86:24 96:24

**privileges** 52:13
52:15
**probably** 14:4
22:5 37:13
41:19 42:9,18
48:10 74:2
95:18 113:2
117:11 124:23
129:8 138:15
141:10 146:18
147:7 167:23
198:13 205:20
213:12 231:9
236:10,21
237:21 243:2
243:17 255:6
259:23 272:14
**problem** 255:25
257:17,20
266:3 268:2
277:5
**problematic**
202:17 252:13
**problems** 55:20
175:25 257:12
**proceed** 165:8
**proceeding**
136:8 210:16
**Proceedings**
5:11 220:19,25
**process** 31:20
211:6 212:19
276:5
**produced** 16:14
72:22 97:8
116:24 126:2
253:22,22
**product** 13:10
13:11 30:24
45:3 57:3,3
59:19 66:22
68:11,14 80:8
87:25 90:15
93:24 112:17
114:16,19
128:2,3,4
130:2,4,5,11
130:12,13,13
130:14 131:2,2
131:11,11

135:3,6,15,18
136:10,11,20
153:10 156:16
157:5,8 158:10
164:2 198:14
203:9 204:4
214:13,14,19
218:3,13,18,19
218:23 219:5
233:17 250:10
251:4 252:21
269:11
**products** 13:6
57:5,8,11
92:16 131:17
133:19 135:17
135:20 141:25
142:12 156:18
157:4 158:12
160:1 170:7
221:24 244:4
250:6
**profanity** 65:25
**professional**
145:21 148:23
150:22
**Professor**
269:17
**program** 277:16
**prohibit** 214:10
**prohibition**
219:8 249:2
**prohibits** 215:7
216:15 219:19
223:7,9
**project** 135:1
**promise** 266:1
**promised** 205:9
**promote** 163:5
**Promoting** 51:7
**prone** 66:18
160:5 226:1
229:23 232:4
255:5 275:4,19
278:9
**Prone/side**
173:18
**pronounce**
115:3,10
**proper** 7:13

92:15 202:11
215:12 221:17
**properly** 90:19
91:1,3,15 93:7
163:13 164:5
196:6 200:16
202:6 223:21
258:15 261:6
**property** 211:2
**proponent**
91:19
**proportion**
254:19
**proposed** 78:11
**propounded**
286:9
**props** 199:11
**protective** 9:24
104:13 175:8
175:10
**protects** 248:17
**provide** 83:19
157:16,18
185:12 221:19
262:11
**provided** 24:18
24:19,21 70:22
73:9 74:15
87:4 94:16
161:6 227:20
240:3
**provides** 79:2,15
226:17
**Providing**
221:17
**public** 1:17
59:11 278:10
283:5,22
286:21
**publication**
31:20 154:20
212:20
**publications**
210:1
**published** 31:4,5
31:9,12,13
33:23 75:9
152:10 277:24
278:16
**pull** 26:8 32:16

55:6 58:24
61:8 69:18
107:18 108:10
155:20 158:18
166:9 179:2
180:25 188:11
195:19 203:10
203:16 208:1,4
208:18 253:20
272:24
**pulled** 23:24
33:14 39:23
40:2 49:22
51:3,16,19
53:21 60:15
171:24 193:19
265:3,24
281:11
**pulling** 37:18
**pump** 261:5
**punish** 110:7
**purchase** 129:22
**purports** 233:8
**purpose** 51:19
82:6 107:1
162:8 201:11
232:18
**purposes** 23:24
35:4 53:22
59:4 250:9
**pursuant** 9:23
9:25 104:5
283:6
**pursue** 278:3
**purview** 159:10
**push** 203:10
**put** 10:18 16:4,5
18:16 34:13
35:5 40:7
48:19 53:20,21
58:6 63:6,7
72:3 75:23
78:9 84:17
91:11 92:1
107:24 117:11
119:7 125:2
133:12,21
144:12 145:25
148:6,9 151:11
155:18 166:21

172:2 178:12
180:8 188:9
191:15 196:12
197:21 204:10
209:6,16
211:23 219:8
221:23 224:14
224:17 225:19
229:17,22
230:18 231:25
242:6 247:6
249:21 250:2
255:4 264:1
267:10 274:18
278:5,7,10
**puts** 91:5 154:12
154:13
**putting** 56:14,15
130:15 193:15
232:4 272:4

---

**Q**

**quantity** 190:13
**quarantined**
59:12
**quarrel** 71:8
**queen** 189:22
190:3
**question** 8:16
10:2 19:7,15
31:22 32:2
37:20 40:4
44:2 55:14
57:9 62:21
68:15,20 69:1
83:2 86:12
90:17 98:10,16
100:24 106:18
113:24 116:25
141:18 148:5
156:19 160:8
164:6,9 168:24
169:13,14
178:22 179:11
180:18 202:23
214:5,5 215:2
216:10 217:2,6
218:24 234:21
238:16 243:8
267:1,7 270:4

271:2 278:13
**questioned**
250:18
**questioning**
267:18
**questions** 9:1,4
40:20 87:2
110:16 111:16
141:16 146:24
156:13 158:21
184:9 206:13
244:19 249:1
250:20 255:20
255:23 259:10
264:12,16,22
266:10 269:12
277:11 280:20
286:8
**quick** 125:3
245:24 261:20
**quicker** 258:12
**quickly** 72:16
99:2 155:13
264:23
**quite** 31:19
129:15 254:17
**quote** 4:11 42:19
58:17,23 60:15
67:13 246:23
**quote/unquote**
264:3
**quoting** 234:19

---

**R**

**R** 283:2 285:4,4
**race** 53:16
140:11,13
**Rachel** 27:13
**racial** 53:12,23
**Radcliffe** 27:5
**raise** 272:17
**raised** 213:24
**Ramirez** 276:3
**randomized**
63:2 225:13
**range** 17:18,21
18:10 99:20
251:3
**ranging** 19:6
**rapidly** 257:20

**rare** 226:14
238:25 239:11
239:14
**raspy** 176:9
182:22 183:24
185:8 262:7
**rate** 157:4
158:12 230:8
231:17
**rates** 155:24
156:1 158:6
160:9,10,12
**reached** 203:11
277:24
**reaching** 157:11
**read** 28:21,21
30:8 32:8,12
32:12,18,24,25
35:22,23 37:9
38:15,17,18,19
56:4 57:25
61:16 78:21
94:22 98:15
99:24 101:17
101:18,21,21
102:3,20 107:9
112:14,16
113:1,7,7
146:23 153:3,3
153:6,20
163:15 167:5
175:22 176:19
179:1 180:12
194:1 198:20
201:20 203:6
206:23 209:24
213:13 216:10
219:17 228:24
234:5 237:12
237:18,20
246:6 249:11
267:7 273:12
280:11 281:1
284:7 286:6
**reading** 39:16
39:25 85:9
190:19 207:19
207:21 222:25
229:5 235:16
247:7 275:15

**rare** 226:14
**ready** 37:19
**realistic** 258:4
**reality** 83:14
93:16
**really** 8:19
18:21,22 41:16
53:17 56:13
57:11 58:23
65:14 75:20
83:3,12,17
93:3 96:17
99:2 108:6
110:12 114:21
114:21 126:16
129:25 133:12
141:1 146:14
177:5 199:20
206:5 222:3
229:16 233:2
234:6 250:11
251:10 257:9
259:8,20,21
263:9,21
270:12 271:12
272:7 278:2
**reappraisal** 3:22
28:5,8 76:9
**reason** 16:2
39:12 44:16
68:5 77:9,17
154:9 225:5
250:13 284:9
285:9,11,13,15
285:17,19,21
285:23,25
**reasonable**
99:23
**reasons** 78:7
231:18
**rebreathe** 255:8
**rebreathed**
276:18
**rebreathing**
252:7,13,17
253:18,23
270:10,16,21
270:22 271:2,5
274:13 275:21
275:25 276:23
278:22 280:13

**rebut** 16:21,25
17:6 22:9
**rebuttal** 3:12,13
11:8 15:17,18
15:21 16:4,13
17:3 22:6
38:19 69:19
108:13 113:7
113:17 123:21
124:5,11 126:7
126:12 127:3
127:14,16
132:9 134:8
137:5,22 138:8
142:17 143:14
164:24
**rebuttals** 98:19
111:22 120:20
**rebutting** 22:8
**recall** 11:22 37:9
41:1 67:10,19
101:22 131:15
163:18 179:15
185:5 186:12
250:20 255:20
**recap** 109:17,21
**receipt** 284:18
**receive** 108:24
**received** 33:5
38:24 108:21
109:14 113:22
**receiving** 230:5
**recess** 125:11
170:13 179:23
281:7
**recheck** 208:23
**recitation**
273:17
**recognize** 70:21
141:10 241:12
**recollect** 47:16
**recollected**
141:4
**recollection**
108:2
**recommend**
53:3 83:12
160:5 219:14
221:23 252:10
253:14

**recommendat...**
210:5 216:23
**recommendat...**
4:11 13:11
58:18 68:9
83:7 85:6 92:6
96:15 154:20
**recommended**
210:4 212:4
223:17 250:5
**recommending**
220:13
**record** 6:2,21
24:18 40:7
69:23 125:10
125:11,13
164:16 170:9
170:11,13,15
170:16 177:20
177:21,23
178:2,23
179:19,22,23
179:25 245:22
248:6 264:20
268:25 273:7,9
280:25 281:4,6
281:7,9,21,25
282:10 283:13
**recorded** 6:3
81:7 108:22
283:10
**records** 5:3,4,5
13:14 95:5
96:20,24 97:22
97:25 98:7
100:18 101:11
102:8,16,21
103:13,25
106:5 109:19
119:2,9 174:19
178:6,8,13,14
180:4,7,25
182:10,11,25
183:6,6 185:5
185:23,25
186:4,14 187:3
188:12 203:16
233:7,10,12,12
238:10 261:16
262:15,21

263:4,10,21
273:15,20,24
274:3,4
**recreation**
254:19,25
**recycle** 81:20
**red** 35:10 40:8
150:6 250:15
**redirect** 64:1,22
65:19 255:25
**reduce** 77:14
162:25
**reducing** 51:7
223:13
**reed** 170:25
**reenactment**
130:15 181:21
182:5
**refer** 38:4 59:25
120:10 185:14
198:13 199:19
230:6
**reference** 35:7
37:7 70:25
94:21,25 95:2
95:10,12 98:13
98:22 106:6,9
193:15 234:9
244:24 245:1
245:14 250:17
261:24 265:5
270:13
**referenced**
71:11 127:17
154:19 183:5
267:13 271:17
271:22 281:11
**references** 24:8
95:8 222:14
245:5
**referred** 33:17
34:20
**referring** 31:2
95:8 120:7
132:1 145:8
158:23 183:3
193:21 236:18
253:21 267:16
**refers** 104:9
**reflect** 73:20

81:23 211:12
**reflects** 45:19
**reflex** 248:16
**reflux** 213:22
222:8,15,15
223:13 229:3
229:12,12
233:24
**regard** 139:18
239:16 273:9
**regarded** 235:13
**regarding** 13:11
43:24 129:6
142:19 160:10
227:2 233:24
250:14,19
**regardless** 61:1
157:20 212:18
221:13
**registry** 160:21
**regular** 90:20
240:24 241:2
**regulatory**
140:24
**reinforces** 85:11
**relate** 12:24
**related** 17:15
21:12 66:9
81:11 214:8
231:10 256:24
257:21 272:15
273:17
**relates** 40:6
96:12 124:7
**relation** 248:8
271:10,11
**relationship**
231:6,6 234:1
**relatively** 66:24
**releasing** 282:12
**relevance** 47:24
**relevant** 20:1
98:16,20 137:2
210:13,15,15
210:16 221:19
223:6 233:13
238:12 246:6
256:22 263:9
264:7 271:19
**reliable** 221:19

226:25
**relied** 23:11
102:24 109:24
110:17 273:16
**rely** 109:18
226:19 227:4
**remaining**
264:12
**remember** 85:6
90:16,19 92:19
107:25 108:9
206:25 212:11
233:17 255:14
255:18,22
268:5 278:13
**remembering**
210:12,12
**remiss** 272:16
273:9
**remotely** 6:20
**renal** 40:12
246:25
**renowned** 172:7
172:7 246:21
**repeatable**
234:7
**repeated** 280:16
280:16
**repeats** 187:4,4
187:4
**repetition** 186:2
187:1
**repetitive**
276:10
**replicating**
254:22
**report** 3:10,11
3:12,13 5:8,9
11:3,7,8,9,13
11:14,18,20
12:4,10,17,18
12:20 13:13,24
14:5,9,21,22
15:18,21 16:1
16:14 18:15
22:7 24:5 25:7
26:5,17,19
28:8 29:5
30:15 32:15
35:23 37:12

38:18,19 45:20
48:5,7 56:5
59:24 60:4,13
60:14,25 61:4
61:15,16,24,25
62:7 69:19,19
71:11,16,17
75:2,3 86:12
86:14,18 87:5
87:9,16,18,19
87:21 89:6,16
90:8,24 92:18
94:17,22,25
95:7,13,15,21
98:12,13,14,21
100:10,20
101:5,18,25
102:2,5 103:17
103:21,21,23
104:15 105:3,5
105:9 106:4,6
106:9,23
107:12 108:13
108:15,19
109:9,14,17,17
110:12,14
111:3,20,24
112:3,17 113:7
113:8,17 114:5
114:5,15 115:7
117:2,16,21
118:14,18
119:4,8,16
120:3,3,18
122:16 123:16
123:18,22
124:4,5,7,11
124:21 125:15
125:20 126:1,7
126:12 127:4
127:14,16
132:9 133:3,23
134:8 136:1,3
137:5,22,23
138:17,19
139:21 142:18
142:19 143:14
143:22,23
144:5,12 153:3
154:20 155:23

158:3 164:2,25
168:5,19 170:2
170:22,22
171:11 172:11
173:16 175:14
175:16,20
176:1 177:6
180:7 183:2,18
184:17 189:5,8
190:23 191:13
191:20 192:18
192:22 193:5
193:12 194:5
204:23,25
206:19 207:6
207:10,20,24
208:1,12
209:16,18,19
209:19 212:1
212:11 215:5,7
216:11 217:13
217:15,18
218:2,9 222:6
222:19,22
223:3,8 227:21
228:16 229:14
229:23 232:9
232:18 233:17
233:23 235:22
237:12,19
240:23 243:13
243:14,21,22
246:17 249:25
251:12 255:13
255:14 256:13
256:14 257:16
258:8 261:18
261:19,21
262:13,14
263:11 268:13
268:14 270:22
271:3,5,14
272:13,17
278:18 279:7
280:13,15
**report's** 252:20
**reported** 156:16
168:12 193:8
201:14 256:9
261:10,16

**reporter** 1:17
6:17 7:4 8:11
8:14,20 29:9
29:12,18,21
104:21 144:2
213:9,12 246:8
246:12 282:5
**reports** 16:24
18:24 23:4,15
25:9 37:7,13
38:16,18 39:16
47:4 66:9
78:22,23 86:24
98:23 104:5
106:16,17
112:4,14,15
120:12 124:17
124:18,18,19
129:10 137:6
138:4,8,9,9
144:9,14
154:25 155:4
155:19 163:24
174:23 176:20
205:11 206:14
207:21,22
208:21 209:15
210:2,7,19
211:8,11
226:17 236:24
241:6 244:8,25
245:4 246:6
256:12,15,17
256:18 264:1
266:23 270:18
270:21,21
271:17 276:20
**represent** 53:17
211:14
**representative**
142:10,11
**represented**
89:14
**representing** 2:5
2:10 45:18
**reprint** 44:14
**reproduced**
35:14 248:24
**reputable** 237:7
237:8

**reputation**
169:20
**request** 24:14
127:15
**requests** 5:15
105:8
**require** 248:11
**requirements**
47:25 170:3
**requires** 242:9
**reread** 272:11
**research** 18:19
35:13 36:15
62:23 63:1,2
141:7 146:13
146:21 149:4
150:2,2,4,5
248:23
**researched**
188:20
**researcher**
172:7 276:3
**researchers**
18:17
**reserve** 10:5
264:12 280:25
**reserving** 10:4
**residencies**
151:9,10
**residents** 151:8
152:15
**residue** 190:16
**resolved** 99:11
211:6 259:7
**resolving** 257:20
**resources** 51:7
211:10
**respect** 42:16
127:16 134:8
224:4 226:11
245:4 255:20
259:12 274:11
**respected** 44:8
227:17 236:22
**respiration**
223:16
**respiratory**
66:19 176:18
186:10,18
187:6 226:8

279:21 280:3,5
280:6
**respond** 276:13
277:9
**responded** 17:2
**response** 69:22
111:22 276:9
**responses** 4:13
70:5 94:3
109:20
**responsibility**
92:8 93:20
**responsiveness**
10:2
**rest** 25:8 85:19
193:10
**restrain** 163:21
164:7 195:8
**restrained** 107:6
107:10,14
108:2,6 178:22
182:12 196:6
200:16
**restraint** 165:25
166:4 223:21
**restraints** 195:5
202:8,11,20,20
203:25
**restricted** 213:2
249:23
**restriction**
99:18 174:15
**result** 165:22
223:14
**results** 227:3
**resume** 73:2
**resuscitate**
277:4
**resuscitation**
150:3 277:16
**retained** 103:7
131:4 175:12
227:21 257:22
**retired** 34:6
114:20
**retrieve** 281:4
**return** 284:16
**reuptake** 248:15
**revealed** 258:22
**review** 23:5 29:6

62:9 67:25
68:21 96:19,24
103:12 117:20
118:13,14
119:2,9 122:15
122:16 127:19
138:1 141:25
160:22 161:2
206:5 211:7
212:19 242:20
262:14,20
263:4 273:8
**reviewed** 4:18
24:18 27:7
37:17 78:23
86:4,9 95:5
98:11 101:12
104:12 105:11
106:13 110:24
112:23 113:18
114:13 130:4
178:16 186:14
**reviewers**
211:11
**reviewing**
123:23 141:17
193:7 214:16
272:17
**Reyes** 104:18
105:1 180:6
185:13
**rhinitis** 176:16
**rid** 188:13
**right** 9:19 11:3
11:16 19:19
23:17 29:12,23
40:4 43:20
45:12,15 47:6
48:11 50:14,25
51:17 53:20
54:3,6,25
55:12,19 60:19
61:22 72:23
74:24 75:25
80:17 83:21
84:23 85:2
92:8 93:15
94:14 95:24,25
96:25 97:18,22
97:25 98:3

99:24 100:7
101:1,12
102:16 103:19
104:3 105:20
107:12 108:8
111:9,23 114:8
115:18 116:11
117:23 118:15
121:2 122:17
122:23 124:5
124:13,22
129:20 130:18
131:9 133:3,6
134:1,11 136:4
137:14,20
139:20 140:2,4
141:23 142:22
143:14 145:22
149:25 152:5
158:20,24
159:8 162:6,15
163:3,8,24
165:10,17
166:1,19 167:3
167:5 170:5
171:9 172:18
178:20 179:9
179:14 184:11
186:16 187:18
188:9,10 191:3
191:15 192:19
193:1,20 195:2
195:19,21
196:3,7,20,25
200:18 201:20
202:2,18
203:23 204:1
204:19 205:3
207:14,21
208:15,24
211:16 214:3
218:15,25
220:23 221:5,6
222:12 227:1
229:5 233:1
235:25 241:12
241:20,23
244:12 249:13
251:17 255:25
256:3 266:3,20

266:23 267:22
268:8 269:19
270:5 272:4
273:18 281:20
282:9
**rings** 211:16
**risk** 53:14,18,19
54:2,10,18
63:13 67:3,19
68:1,23 69:3
83:24 99:17,19
100:5,11
111:17 119:1
119:21,22,24
120:5,6,9,17
120:22,24
121:4,6,7
142:24 153:14
163:1 167:1,15
168:18 169:6
169:10,15,17
169:17,19
171:16 172:19
172:21,22
173:13 174:9
174:21,24
175:3,13,19
176:4 191:6,8
191:9,12 228:5
228:9 230:7,12
230:13,19,24
230:24,25,25
231:9,10,13,22
232:7,8,10,11
232:14 233:2,9
233:13,25
238:15 251:19
251:20
**risked** 169:20
**risks** 66:10
159:24
**RNPS** 155:25
**Road** 1:15 2:3,8
6:13
**Robert** 2:14
6:15 185:7
262:6
**Rock** 12:24 23:5
48:9,18 52:6
61:20 76:22

79:14 80:3
117:25 127:8
127:18,25
128:14,15
129:5,21 130:1
130:20,24
131:4,8,13,23
132:12,21
134:10 136:7
155:25 156:4
157:8 163:10
163:15,16
180:19 182:15
194:8 195:9
196:9 197:9,18
198:16 199:6
199:19,23
219:2 223:21
244:1 250:19
250:23 252:22
**role** 48:3 145:11
146:10,11,12
158:1,2 230:10
233:9 256:25
**rolling** 102:13
102:19
**room** 6:19 43:12
148:7,10 150:3
168:6 190:4,20
191:2 229:25
277:8
**rough** 110:13
282:2,3,4,8
**roughly** 52:7
147:5
**routine** 35:14
142:5 212:4
245:10 248:24
**RPR** 1:17
283:21
**Ruani** 153:7
155:22
**Ruani's** 153:6
**rude** 8:19
**rule** 12:4 215:17
**rules** 10:10
24:19 235:24
**run** 41:15 72:15
142:6 238:21
239:14

**rush** 282:9

------

**S**

**S** 3:6 4:1 5:1
**safe** 4:22 44:19
51:7 53:7 57:4
57:12 62:17
63:9,11 68:3
75:4 76:19
82:7,21,25
83:24 85:1,6
85:10 90:15,18
90:25 91:20,20
93:7 96:13,15
96:25,25 97:17
98:6 103:12
111:3 114:19
118:23 142:20
143:4 149:21
152:5,24
154:16,18
155:8 161:22
162:9 163:5
218:7,7 219:15
220:14,15
225:6 251:15
253:15
**safely** 91:13
**safer** 63:8
159:25 189:3
**safest** 53:1 83:18
91:17 92:6,14
214:25 215:16
**safety** 4:9 17:17
18:11 19:20
30:24 44:15
45:4 49:8 50:1
50:4 63:1
81:13 94:8
140:24 143:3
156:16 160:2
194:6 250:14
**safety-approved**
166:12 215:16
**Saint** 240:15
**sake** 72:11
**salient** 273:10
**Sam** 85:4
**Samaritan**
52:18

**sat** 128:5
**saturations**
    66:15,16
**save** 278:8
**saved** 239:10
**Saving** 162:5
**saw** 94:21
    107:12,19
    119:15 121:18
    164:2 172:10
    176:23 177:8
    186:14 234:5
    236:11
**saying** 13:18
    23:10 32:1,8
    32:12 45:2,18
    57:14 58:10
    60:17 64:8
    67:19 73:17
    74:10 76:12
    79:6,25 81:22
    82:11 87:7
    88:19,22 89:20
    94:22 105:22
    120:21,22
    121:3 128:8
    134:18 155:17
    160:25 177:8
    202:19 216:8
    218:6 226:20
    232:15,24
    259:22
**says** 34:7 35:12
    38:4 40:7
    45:19 51:6,8
    52:4 54:13,19
    54:25 60:25
    61:4,9 62:7
    67:15 90:24
    96:23 117:1,6
    128:18 132:16
    134:7,22
    157:17 163:21
    164:10 165:20
    165:25 166:11
    173:6 179:5
    180:5,7,20
    181:7,21
    187:24 190:20
    195:21 202:4

203:5 206:8
207:9,15 211:1
212:21,25
216:16 217:18
218:1 219:23
221:8,18 222:6
224:13,15,16
224:17 225:3
229:2 233:22
248:22
**scale** 261:4
**scenario** 274:25
**scene** 95:6
    233:14
**Schaeffer**
    227:10,11,16
    240:11,13
    279:12,17
**Schaeffer's**
    227:21
**schedule** 121:19
    121:20,22
    122:7,15
**scheduling**
    104:13
**scholar** 44:4
**school** 42:3,4
**Schriner** 103:5
    118:6 244:15
**science** 278:7
**scientific** 95:9
    221:20
**scope** 15:10,13
    16:20 17:21
    275:10 276:20
**scratch** 123:23
**screen** 50:11
**se** 53:15,17
**seal** 283:17
**search** 50:11
    89:4
**seat** 52:25 53:2
    53:4,6 194:9
    194:10,12,17
    195:13 196:11
    196:14,24
    197:10 200:6
    200:22 212:22
    213:1,8 244:10
    250:19,24

251:18,19
267:12 268:6
269:9
**seatbelt** 181:10
    181:22,24
    264:1
**seats** 52:10
    60:16 159:20
    193:9 200:20
    202:8,15 212:3
    213:2 250:17
    252:20 253:3
    269:10
**Seattle** 276:3
**sec** 209:11
**second** 124:5
    133:2 142:21
    185:11 188:20
    189:5,24 221:7
    236:15 262:10
    266:6
**secondary**
    167:17 169:11
**Secondhand**
    230:9
**secret** 55:24
**section** 4:7 35:8
    35:9,19 37:18
    39:19,25 40:2
    53:12,23 54:2
    54:8 72:17
    96:12 101:23
    143:16 201:18
    212:2,6 262:13
**sections** 212:9
**see** 9:5 11:7 12:2
    24:10 31:21
    33:8 39:18
    60:5 63:7
    66:10,17 72:16
    72:25 80:22
    81:11 86:1,3
    95:10,20 96:3
    101:1,23
    103:20 105:21
    107:3,6,14
    108:21 112:1
    123:16 137:24
    140:21 154:9
    157:11 168:5

168:10,12
173:20 174:19
178:23 181:10
181:25 187:20
188:20 197:7
198:21 204:21
209:12 212:21
221:14 222:18
223:1 225:7,21
225:24,25
227:24 228:9
228:12 235:8
235:10,16,25
236:25 243:17
247:16 254:15
254:24 255:7
256:10 260:9
260:11 261:23
272:9,11,18,25
275:16 276:6
277:8,22
**seeing** 128:22
    147:17,20
    148:19 189:20
    228:2 239:11
**seek** 30:13
**seen** 23:22 33:6
    33:16 40:11,17
    41:14 42:18
    70:12,19 72:12
    114:11 127:25
    128:2,11,12
    131:2,8,10,12
    131:23 133:11
    133:18 135:3
    135:19 138:10
    158:4 163:18
    163:23 165:17
    178:18 180:10
    180:14,18,23
    188:15 197:16
    205:23 208:20
    221:1 242:4
    246:24 247:5
**self-explanatory**
    267:2
**semi** 181:9
**seminar** 80:25
**semiprone**
    181:9

**send** 52:22
    74:12,20
    129:24 266:14
    270:11
**sends** 240:22
    265:12
**senior** 42:12
**sense** 61:13 94:2
    202:10 215:23
    234:15 238:17
**sent** 105:23
    127:23 129:23
    130:10 131:17
    133:19 138:11
    183:14 269:16
**sentence** 189:24
    190:19
**separate** 34:10
    43:9,16 81:4,6
    110:14 166:22
    230:12 233:14
    251:23
**separately** 11:14
    13:25 116:5,14
**September** 1:10
    6:2 118:9
**sequence** 181:5
**sequentially**
    112:3
**Sergeant** 106:8
**series** 9:1 82:17
    249:1 259:10
**serious** 135:25
    165:22
**serotonin**
    248:15
**serve** 154:21
    207:11 208:13
**served** 24:11
**service** 241:5
    278:10
**services** 146:9
**serving** 48:20
**session** 239:9
**set** 82:1 140:4,6
    194:19 213:18
**sets** 71:17 82:3
    84:8 142:19
    197:5
**setting** 35:14

152:19 248:24
**seven** 47:6 113:6
124:19
**Seventeenth**
4:12 70:4
**seventh** 69:21
**Shaff** 226:15
**shamed** 248:2
**shape** 56:6
**Shapiro-Men...**
28:12,15 47:9
161:10 206:12
**share** 72:23,24
85:22
**shared** 72:14
**sharing** 174:4
175:9
**sharp** 195:3
**Sharpie** 247:9
**sheepskins**
166:17
**sheet** 166:12
190:7 284:1,10
284:12,14,17
286:11
**sheeter** 49:18
51:3
**sheets** 166:16
**Sheimberg**
281:14
**shell** 79:2,15
**shock** 263:18
**shocked** 133:13
**short** 178:10
**shorter** 205:6
206:18
**shorthand**
283:10
**shortly** 263:1
**shoving** 274:21
**show** 13:23
40:14 49:22
66:12 69:24
155:14 163:20
183:6 203:7
218:1,1 247:2
253:20 261:16
263:5,22
267:25 272:24
275:7 281:4

**showing** 51:20
62:17
**shown** 85:5
182:9 277:1
**shows** 51:25
252:8 254:7,12
274:17
**shrinking** 260:6
**sic** 69:22 165:16
281:9,24
**sick** 187:11
239:8
**side** 48:21 89:7
89:7 113:6
114:17 188:9
207:10 216:3
255:6
**sides** 90:6 260:4
**SIDS** 3:16,18,19
3:22 4:11
17:17 18:5,10
18:16,22 19:1
19:2,5,9,15,18
19:20 20:11
21:12 25:9,12
25:18,22 26:4
26:11 28:5,8
33:24,25 34:12
34:23 36:9,15
40:11 42:23
43:9,14,14
46:8 50:18
58:8,17 62:23
63:4,13 66:7,8
66:21 67:19
68:1,23 75:21
76:9 83:25
99:19,20
119:13,15,17
119:20 121:1,7
139:17,18,22
141:7 142:24
146:12,20
148:25 149:8
149:13,24
152:15,22,24
153:2,11,13,14
153:16 159:12
160:9,10,12
162:21 167:1

168:18 169:6
171:20 172:19
172:22,23
173:7 190:23
191:9 201:15
201:24 205:19
214:8 225:25
228:5 229:12
229:13 231:10
231:17,21
233:25 234:2,8
238:6,15,21,23
239:1,4,7,18
239:20,21
240:1,1 242:9
242:13,16
243:5 245:2,7
245:11,16
246:15,20,24
248:10 264:10
275:23 276:2
278:23
**SIDS-like**
248:17
**SIDSology**
20:14
**sign** 44:21 154:2
154:6 209:4
281:1 284:11
**signature** 10:6
12:11 137:17
280:25
**signed** 12:13
14:25 16:16
101:6 153:19
153:22,23
154:4 221:3
**significance**
194:24
**significant**
26:19 194:20
195:12,13
237:2
**signing** 284:13
**Similac** 190:11
**similar** 213:8,18
233:19 250:24
254:17 255:6
277:17
**similarity**

269:10
**simple** 117:9
217:1 271:2
**Singhose** 112:7
**single** 81:7,12
112:16 154:14
219:18 224:15
242:23 265:25
**sir** 64:20 271:14
**sit** 102:8,9
130:10,14
203:11,16
**sites** 52:16 172:3
**sits** 242:20
255:10
**sitting** 43:12
67:24 196:7,10
196:24 197:3,5
197:10,19
198:1,2,5,9,12
198:16 199:5,8
199:9,12,17,22
200:3,17
201:10,14,16
212:4 213:1,1
213:8,18,19
265:19 268:18
268:20
**situation** 13:6
14:11 232:7
**six** 47:5,6 99:21
102:12 172:17
172:24 173:3
**six-month** 186:6
**sixth** 260:16
**size** 174:15
189:22 190:3
259:17 260:1,5
271:21,22
**skull** 201:12
**sleep** 4:22 17:17
19:20 20:11
44:19 51:7
53:3,5,8 54:13
54:25 55:7
57:4 59:5
62:18 75:4
76:19,24 77:1
81:13 82:7,21
82:25 83:24

85:6,10 91:20
91:20 94:8
96:13,15,25,25
97:17 98:6
103:12 111:3
118:23 142:20
143:4 149:21
152:5,22,24
153:10 154:16
154:18 155:8
160:5 161:22
162:9 163:5
166:18,22,22
168:1 173:3,18
212:5,22 213:1
213:20 214:8
214:10,24
215:7 216:15
216:16,18
217:16,19
218:8 219:10
219:15,19
220:14,15
223:6,7,9,10
224:14 229:2
244:5 250:5,8
250:11 252:21
**sleep-related**
15:7 20:11
**sleeper** 12:25
48:10,18 52:7
61:20 76:22
80:3 127:9,19
134:10 156:4
163:16,17
197:19 198:17
199:6,23
243:25
**Sleeper's** 79:14
**sleepers** 48:19
155:25 170:3
**sleeping** 3:15
23:8,19 53:8
168:7 189:14
190:6 200:20
222:23 223:18
253:6
**sleeps** 85:1
179:8
**SleepSack** 90:11

90:18,20,21,25
90:25 92:18
**SleepSacks** 13:2
  13:2,3
**slept** 189:18
  190:5
**slid** 195:2
**slides** 82:1,3
**sliding** 223:15
  223:19
**sling** 200:24
**slings** 200:23
**slow** 9:6 104:20
  213:10 246:9
**slowed** 118:3
**SMA** 239:10
**small** 40:11
  42:20 102:14
  150:10,12,19
  191:1 226:2
  240:3 246:24
**smaller** 24:25
  260:20
**smell** 188:16
**smelled** 168:7
  190:16
**smoke** 51:9
  166:24,25
  167:6,6,17,20
  167:25 168:1,3
  168:7 169:11
  174:19 188:17
  191:2,5 230:9
  231:4
**smoked** 167:21
**smoking** 169:11
  174:4 190:25
  191:6 230:3
**Snow** 64:18
**social** 18:13
  53:17 231:8
**society** 58:8
**socioeconomic**
  230:15
**soft** 54:19 55:15
  56:17 77:7,9
  77:12,16
  166:15 173:18
  229:23 231:3
**softly** 29:24

**softness** 57:2
**Solutions** 6:16
  6:18
**somebody** 33:23
  80:15 88:24
  90:1 113:20
  121:6 122:12
  141:6 167:24
  212:7 242:19
  251:13 263:8
  274:21
**son** 121:25
**son's** 121:25
**sorry** 12:1 13:23
  14:12 19:12
  29:9,11,19
  31:24 32:3
  42:5 54:7
  63:25 75:19
  89:5 94:6
  102:11 115:2
  116:13 144:2
  147:1 168:1,24
  173:25 177:15
  179:20 181:12
  184:24 188:4
  189:9 190:1
  192:5 198:22
  204:16 213:9
  222:9 246:8,15
  249:10 277:13
  280:12
**sort** 16:1 66:22
  71:12 101:14
  118:3 170:19
  176:15 251:21
**sound** 85:1
  221:20
**sounds** 84:20
  170:4
**source** 49:25
**sources** 30:22,23
  241:4
**south** 190:10
**southeast** 190:4
**space** 226:2
  252:6 275:19
  283:17 277:1
**sparks** 72:25
**speak** 20:10

29:24,24 42:10
42:18 45:23
47:11 48:1
64:11 261:3
**speaking** 42:5
46:1 261:22
**special** 20:13
**specialty** 17:6,7
17:24 20:6
36:22 280:9
**specific** 20:16
36:15 40:10
47:25 51:2,3
53:4 56:11
58:9 59:13
66:6,8,11 67:1
69:4 83:7
90:16 93:4
94:4 100:25
105:13,14
108:1 128:5,20
155:14 168:1
170:2 171:23
198:14,21
225:12 242:9
245:6 246:7,12
246:14,23
272:22
**specifically** 24:7
76:22 109:3
129:12 136:8
156:16 199:24
214:24 215:20
216:15 218:21
220:15 231:2
233:1 246:5
248:22 250:22
256:16 257:11
262:16 280:2
**specifics** 95:7
136:5 215:24
**specify** 52:4
**spend** 145:1,5,5
**spending** 43:13
**spends** 213:7,17
**spent** 52:17
96:20 124:21
137:23 177:1
**spinal** 239:5
**spoke** 254:13

**spread** 249:15
**staff** 14:1 240:21
**stages** 105:24
**staining** 248:14
**stamped** 179:3
**stand** 209:8
**standard** 81:17
  81:19 84:6
  129:9 132:24
  132:24 154:22
  155:3 207:12
  208:13 209:15
  209:17,19
  210:3 229:22
  242:13,25
  243:4,5
**Standardised**
  242:3
**standardization**
  150:2
**standards**
  132:20 209:14
  221:7 242:12
**standing** 283:5
**standpoint**
  258:23
**start** 8:16 9:22
  29:13 66:13,17
  104:21 165:9
  182:24 190:2
  216:5 218:22
  223:2 225:17
  225:23 239:11
  239:13 252:7
**started** 22:23
  98:14 121:15
  130:17 131:20
  135:1 183:2
  216:1
**starting** 11:2
  72:17 99:7
  189:16
**starts** 117:22,25
  127:15,15
  190:2 201:7
  275:21
**state** 6:20 65:3
  70:14 87:11
  102:13 114:2
  186:5 225:5

263:19 284:9
**stated** 99:22
  106:4 181:21
**statement** 3:17
  3:18,20 4:14
  5:10 25:13,16
  25:23 26:2,3
  26:12,13 58:9
  58:24 59:10
  60:4 67:10
  70:6 71:21
  108:22 136:3
  157:22 197:17
  206:18 207:16
  207:25 208:1
  209:13,17
  210:2,4 214:6
  215:5,6 216:11
  217:18 219:18
  220:17,21,23
  222:3,22 223:8
  224:6
**statements** 25:9
  154:18,25
  155:2,3 205:3
  207:24 209:14
  211:4 220:22
  236:25 249:3,4
**states** 1:1 4:10
  6:11 49:9,16
  160:14 162:19
  199:25 224:5
  229:4,17
**stating** 112:9
  195:11
**statistical**
  231:23
**statistically**
  231:15
**statistician** 21:8
**statisticians**
  161:8
**status** 230:15,15
**STATUTORY**
  1:3
**stay** 79:23 81:7
  150:12 210:14
  255:2
**stayed** 137:12
**stays** 163:12

**step** 167:24
**steps** 167:18
  221:18
**stick** 17:5
  148:11 215:6
  251:15 263:20
**sticker** 247:6
**sticking** 217:21
**stop** 14:16 64:3
**store** 128:11
  240:9
**stores** 128:1,22
**story** 85:7
**straight** 37:17
  198:9 199:9
**straightforward**
  60:10,11 83:3
  276:10
**strange** 229:20
**strangulation**
  78:20 153:15
  193:9 251:23
  253:13
**strapping** 253:7
**straps** 200:23
  253:12
**strength** 225:19
**stressors** 173:12
**stretch** 8:1 9:10
**strict** 59:14,15
**strikes** 155:18
**strollers** 202:8
  213:3 253:4
**strong** 151:13
  161:10,15
**struck** 18:23,25
  29:1 32:2
**structurally**
  99:12
**stuck** 78:9
**students** 146:20
  151:6,7 152:14
**studied** 62:10
  159:22 160:9
  228:2
**studies** 18:18
  68:7,8,9,11,13
  69:5 85:5
  96:13,25 97:18
  98:6 103:12

214:17,18
225:7,13,17
232:1 234:8
**study** 31:2,12
  35:15 66:14
  67:25 68:21
  69:4 171:20
  195:1,4 213:6
  225:10,12
  248:25 250:17
  251:18 267:12
  268:6
**stuff** 125:21
  126:22 146:17
  240:8
**sturdy** 133:15
**subcategory**
  119:19
**subject** 181:8
  264:13 284:13
**submission**
  271:19
**submit** 18:18
**subpoena** 104:6
**Subscribed**
  286:16
**subsequent**
  238:13,13
**substance**
  286:10
**subsumed** 43:14
**sudden** 4:5,6,8,9
  33:10,12,24
  34:16 39:20
  49:8,14,15
  71:3 162:13,19
  162:20 173:6
  188:21 201:15
  239:3 242:2
  281:12
**sued** 8:5
**suffice** 149:24
**suffocation**
  66:21 153:15
  162:22 201:13
  226:9 253:13
  274:20
**suggest** 55:8
  58:5 81:20
  174:23 182:17

**suggested** 27:7
  176:16 256:21
**suggesting** 31:8
  58:11 95:18
  257:12
**suggestion**
  176:24 256:23
**suggestions**
  259:18
**suggests** 234:1
**SUID** 20:11
  50:18 51:7
  53:13,24 54:3
  54:18 83:25
  156:1 160:13
  160:20 162:16
  172:22 226:4
  239:3 248:17
  275:1
**SUIDs** 119:15
  119:17,18,21
  121:2 153:11
  159:14 228:5
  242:9
**Suite** 2:3,8
**summary** 30:16
  98:2,8 99:1,3
**sunk** 56:15
**super** 16:7
**superfluous**
  222:4
**supervision**
  202:7,12
  283:11
**supine** 223:12
  275:3
**Supplement**
  4:12 70:4
**supplemental**
  69:22 175:20
**support** 67:2,25
  68:22 214:8
**supported**
  157:18 221:11
**supporting** 25:6
  71:18 206:17
  206:17 207:24
  209:18 210:24
  225:11
**supports** 68:3

92:4
**supposed** 55:15
  55:17 93:20
  157:16,17
  159:11 199:15
  204:4 217:15
**sure** 11:25 26:21
  30:25 31:16
  34:9 37:8
  38:20 41:23
  43:20 47:24
  48:24 56:8
  64:6,18 73:3
  74:20,22 75:25
  79:24,24 85:24
  88:14 94:5
  96:7,18 97:12
  100:24 104:11
  106:21 108:6
  108:15 111:18
  112:8 116:1,9
  119:5 120:13
  122:5,14
  123:24 125:5,8
  127:13 128:25
  133:4 134:2,4
  135:24 137:1
  137:21 138:21
  143:8 144:20
  144:22 145:10
  146:5 152:1,2
  155:16 157:1,2
  157:14 161:12
  163:20 164:10
  165:5 169:2,4
  169:16,24
  170:24 184:16
  192:10,16
  197:23 200:3
  205:12 207:2,5
  208:8,19 209:9
  211:22 216:9
  225:23 228:1,4
  229:16 236:2
  246:4,11 254:3
  254:8 256:10
  257:4 260:10
  265:2,5,7,11
  266:12,18
  267:14,16,21

268:25 269:7
269:22 274:2
281:10
**surface** 44:21
  54:25 55:8,18
  56:25 57:1,1
  60:16 62:6
  196:13 216:1
  216:17 217:16
  218:8,9,10,12
  219:15 220:14
  220:15 223:19
  224:11,15,16
  224:18 244:9
  249:16 250:5
  253:8,15
**surfaces** 77:1
  252:16
**surmise** 43:20
**surprise** 189:2
**surrebuttal** 36:7
  138:9 223:3
  233:23 235:21
  235:21 237:12
  237:19 268:3
**surreply** 272:10
**suspect** 95:2
  111:16 161:15
  255:5
**suspected**
  190:14
**suspicious** 16:8
**swaddling** 90:21
  90:22
**swear** 7:4
**swings** 202:8,15
  213:3,3
**switch** 214:1
**Swope** 105:3
**sworn** 7:7 283:8
  286:16
**sync** 172:13
**syndrome** 4:5,6
  4:8 33:10,13
  34:16 39:20
  71:4 162:13
  173:7 188:21
  242:3 281:12
**system** 52:15
  166:1,4 173:2

223:21

**T**

**T** 3:6 4:1 5:1
  283:2,2 285:4
**table** 216:12
**tachypnea**
  257:15 258:2
**take** 9:9 10:21
  11:23 17:3
  40:8 42:16
  47:23 48:25
  71:9 75:14
  77:2 78:25
  82:10 84:17
  103:7 105:8
  106:24 121:5
  121:25 125:3
  128:1 129:18
  130:3 136:7
  142:15 147:22
  148:23 151:15
  167:18 187:17
  189:4 206:4
  217:1,4 221:18
  228:16 230:1
  237:9 239:17
  239:22 250:1
  251:17 258:13
  261:20 264:17
  264:18 266:13
  282:1
**taken** 6:8 9:23
  38:22,25
  101:24 102:15
  108:25 110:11
  167:23 176:7
  177:24 221:25
  283:6
**takes** 110:4
  146:11 273:6
  278:6,6
**talk** 13:10 20:4
  23:1 45:15
  52:7 55:5,10
  65:23 76:21,24
  77:1 82:7,8
  84:23 105:20
  111:20 119:13
  119:14,20,24

140:10 142:20
  152:16 160:20
  160:24 173:24
  183:19 187:19
  194:14 197:2,3
  214:14 216:2,5
  218:3 232:21
  234:9 236:8
  238:3 240:23
  243:24 244:8
  256:8,16
  259:15 278:1
**talked** 42:23
  43:1 56:5
  72:10 80:22,23
  86:18 103:15
  113:8 138:1,25
  140:22 151:17
  153:4 166:18
  169:2 172:11
  172:18 175:3,9
  182:21 186:16
  186:18 231:3
  237:25 244:11
  244:14 267:17
  269:2 273:15
  279:12
**talking** 8:16
  36:10 84:9
  146:1 155:8
  160:14 162:1
  164:17 165:16
  176:1 183:21
  194:5 198:8
  199:1,22 208:9
  218:22 222:21
  234:24 244:2,3
  244:4 256:11
  265:21 268:6
  275:14
**talks** 55:3,7
  81:23 119:15
  138:8 158:14
  169:5 189:16
  201:22 209:22
  212:3 214:2
  262:2
**tank** 255:2
**tape** 56:15,16
**taping** 56:14

**target** 81:25
  260:7
**task** 3:16,18,19
  4:11 25:9,12
  25:22 26:11
  27:16,17,18,19
  27:24 28:13
  41:11 43:2,8
  43:14 46:9
  47:3,6,10
  58:18,23 59:10
  60:2 75:6,21
  76:15 136:19
  139:17 142:1
  149:7,8,13
  201:23,24
  202:19 206:2,3
  206:4 224:3
**tasks** 140:4
**teach** 152:20
  248:4
**teaching** 151:8
  152:13,14
  162:2
**team** 88:7,18,19
  118:8 129:11
  150:16 158:19
  158:23 159:3,7
  243:4
**teasing** 264:22
**technical** 5:8,9
  26:5,17 60:4
  75:3 170:12,14
  177:22 197:17
  204:13,23,25
  205:11 206:14
  207:20,21,22
  207:24 209:15
  209:16,17
  210:6,19 211:8
  211:11,25
  212:1 214:7
  215:5,7 216:11
  217:17 222:5
  222:22 223:8
  236:24
**Technion**
  269:22
**technol** 254:1
**technology**

269:18,21,23
  269:24
**teething** 185:10
  262:8
**tell** 11:4 13:15
  25:14 26:25
  34:18 42:8
  47:18 50:9
  59:22 63:11
  76:1 82:19
  83:7 87:12
  89:3 92:3,25
  102:3 109:2
  113:14 115:18
  118:22 124:22
  131:18 135:5
  135:10,13,16
  136:14 144:23
  146:22 151:4
  165:2 167:25
  201:8 212:8
  217:12 219:14
  220:10 233:20
  234:18 235:4
  236:16,17,23
  242:19,19
  244:5,7 250:8
  251:13 264:20
  267:10,14
  283:8
**telling** 83:11
  131:19
**tells** 86:6
**Tempe** 5:3
  94:18 106:5
  178:5 180:4
  255:13 261:18
**temperature**
  229:25
**Temple** 240:16
**ten** 148:6,9
  151:10 212:12
  212:12
**tenure** 136:19
**term** 198:6,12
  198:13,15
  199:5,17,21
**terminology**
  3:22 27:7 28:5
  28:9 29:8,14

29:17 76:10
  199:20
**Terminus** 2:8
**terms** 13:17
  15:10 16:13
  17:3,24,25
  19:19 22:6
  29:8,14 32:16
  36:8 39:15
  50:18 57:11
  59:4 63:13
  66:7,19 82:19
  87:7 94:14
  98:12 109:16
  111:6,6,17
  120:15 121:15
  127:21 133:17
  141:6 145:21
  146:12,12
  148:3 150:21
  156:15 175:6
  199:3 209:24
  209:25 210:17
  215:17 224:5
  228:5 230:19
  231:24 233:9
  233:13 240:2
  242:10 250:14
  250:22 251:17
  256:20 259:25
  260:23 261:1,7
  273:17
**terrible** 187:2
  236:20
**terribly** 74:16
**tertiary** 168:3
**test** 8:23 56:1
  63:5 134:18,18
  195:2 222:19
  242:24
**tested** 164:5
  195:5
**testified** 7:7 87:6
**testify** 12:19
  48:1 123:8,12
**testifying** 45:11
**testimony** 8:3
  86:24 87:8
  166:7 176:5
  179:16 180:12

180:17,23
182:10 221:8
221:17 283:6,9
283:13
**testing** 55:23
56:10 132:19
164:3
**tests** 36:7 242:25
**textbook** 37:19
**textbooks** 280:1
**texts** 280:3
**Thach** 4:4 33:9
33:12,23 277:2
**thank** 7:16,19
7:19,24 9:13
9:20 10:23
23:17 27:9
29:18 41:6
46:6 70:8 72:1
76:6 88:2
97:12 110:6,8
125:14 161:20
170:17 178:4
178:11 180:1
181:16 192:1,7
244:19,21
264:14 268:24
281:19
**themes** 84:11
**theories** 276:12
**theory** 119:25
278:2
**thereabouts**
46:5
**thereof** 283:16
**thing** 8:12,15
10:20 39:22
45:19 49:10
50:10 51:8
54:15 58:21
59:24 68:3
79:11 80:23
81:7 91:17
92:14 97:13
106:8 125:18
126:2 127:7
133:15 137:16
156:14 173:25
186:23 197:24
214:25 215:12

215:23 218:7
240:24 253:7
260:3 277:18
278:4
**things** 15:8
22:17,22 24:12
24:24 25:8
27:8 29:16
44:18 51:6
53:10,11,18
54:13 55:2
56:2 59:25
60:2,8 64:13
68:6,10 78:25
81:5,8 83:18
85:12,12 86:16
91:13 92:5
95:5 102:4,7
108:14 109:3
109:18,23
110:20 120:11
121:12,15
133:23 140:12
141:17 145:8
145:11,13
146:19 152:7
152:16 155:4
155:22 159:10
162:24 163:1,5
173:15 174:21
174:24 175:8
175:22 179:1
181:1 188:25
196:12 198:21
203:5 208:23
219:23 228:13
228:16 229:19
229:21,22
230:17 231:1,5
231:7,8 233:19
239:12 242:6
246:5 249:20
249:21 252:1
253:10 256:21
257:8 259:5,13
261:14 265:24
270:24 271:12
277:15
**think** 11:3 18:9
20:8 29:4 37:7

40:22 41:24
42:2,15 46:4
51:23 56:23
57:13 58:2
65:20 72:10,24
74:9,15 75:10
79:8,11 84:8
86:6 90:23
91:12 94:3,21
97:8 102:1,2
104:9 105:13
105:14 107:13
107:22 108:1,5
109:8,14,22
112:7 114:1
115:6 117:13
118:3 119:15
120:13,14
121:11,18
123:2 124:1
126:3 129:16
131:19 133:11
141:4,7 146:22
150:23 152:15
153:2 154:8
155:1,7 159:3
159:6 160:8
162:1 164:24
164:25 165:19
170:2 176:13
177:12 178:24
179:10,13,14
180:6 182:23
183:1,4 186:21
187:11 188:24
188:24 197:20
205:9 206:24
215:24 216:25
227:1 228:12
229:20 231:24
242:25 243:1
243:18 244:18
245:23 247:17
247:18 248:1
249:10 250:15
251:1,5,14,25
252:3 256:10
256:22 257:8
258:18 260:1
260:17,18

261:24 262:15
267:9 269:17
269:21 270:12
272:13 273:3
274:7,16,19
276:4 278:5,6
278:10 279:25
**thinks** 61:23
62:20
**third** 179:6
237:4 261:24
**Thirteen** 39:22
**thirty** 284:18
**Thirty-four**
42:2
**Thirty-one**
241:20,22,22
**Thomas** 5:12
104:17 241:24
**thought** 22:9
40:3 60:11
101:15 108:5
117:12,15
165:6 170:7
241:16 246:5
263:7 264:6
267:19 271:18
271:19 277:25
278:2 280:21
**thousand** 42:21
**thousands** 234:8
**threatening**
276:14
**three** 19:21
108:24 114:8
115:9,9 123:17
124:18 126:3
183:14,23
185:3 190:5
249:14 257:23
262:5
**thriving** 106:3
260:24
**throw** 84:18
**thrown** 8:20
**Thunderbird**
5:5 185:22,24
**Thursday** 1:10
32:22
**thymic** 245:9

**thymus** 40:12
246:25
**tie** 78:18 258:2
261:14
**tied** 119:12
174:17 225:25
**ties** 78:18,18
**tightly** 166:12
**time** 12:16 13:12
15:2,3 16:16
16:18 18:21
28:1 32:18,25
34:7 41:22
43:7,13 46:23
47:8 52:17
78:21 86:14,15
86:17 96:20
100:20 109:13
125:10,13
133:3,12,20
137:13,22
138:7 145:2,6
145:9,21
146:11 147:5,8
147:9,15,20
148:12,23
149:5 150:22
151:12 153:8
162:16 163:7
170:16 177:1
178:3 179:22
179:25 205:10
211:20 218:22
240:10 244:20
259:6 260:9,13
269:16 270:10
270:10 279:2
281:6,9,23
283:7
**time-consuming**
150:18
**times** 33:17
36:20 42:11,20
208:20 216:6
277:7
**timing** 124:1
187:17
**tip** 96:5
**tired** 9:10
**tissue** 40:16

245:9 247:4
**title** 34:22,24
  84:25 220:24
  265:6
**titled** 5:10
  220:18
**titles** 34:3
  149:15
**tobacco** 51:9
**today** 8:12,17,25
  10:18 24:13,21
  28:21 32:21
  35:4 45:18,25
  50:12 53:22
  54:9 58:1 72:4
  72:22 84:23
  113:9 115:21
  123:1 134:3
  140:13 142:18
  153:8 157:24
  169:3 206:22
  207:1 220:2
  235:18 236:8
  236:11 240:4
  244:20
**today's** 23:24
**told** 65:24
  138:12 145:15
  233:1
**Tom** 227:11
**ton** 151:25
**tongue** 120:9
**tool** 50:13
**Toolbox** 162:2
**top** 10:18 15:24
  34:14 70:21
  89:4 95:25
  97:24 124:22
  129:13 163:19
  165:22 183:7
  183:21 189:12
  190:11,12,17
  190:18 193:3
  196:3 211:17
  212:8 241:13
  272:22
**Top-10** 163:5
**topic** 20:13
  119:12 170:20
  182:21 271:8

**topics** 81:14
**Torin** 104:18
**torso** 79:3,9,16
**totally** 18:9
  95:16
**touch** 88:7,18
**touched** 128:16
**toxicology** 98:13
  103:21
**toxins** 275:17
**toys** 166:17
**track** 80:18
**trade** 55:24
**tragic** 50:19,22
  261:13
**Tragically**
  162:13 173:6
**train** 151:7
**trained** 58:4
  227:14 240:15
  279:18
**training** 18:1
  41:22 99:4
  145:18 146:21
  148:21,24,25
  151:3,5,6,16
**tran** 8:24
**transcribed**
  283:11
**transcript** 8:22
  67:5 284:19,20
**transcription**
  261:7 283:12
  286:7
**transcripts**
  106:15
**transfer** 53:7
  60:16
**transferring**
  102:14
**transfusions**
  150:6
**transient** 257:15
  257:17,19
  258:2
**transition** 75:3
**transitional**
  99:10 258:24
**transitioning**
  76:19

**transport** 53:1
**trapped** 275:20
**TRAURIG** 2:6
**travel** 87:12
  122:22,25
  123:6,10
**traveling** 213:5
**Travis** 1:17 6:17
  283:21
**treated** 39:15
  148:17
**treating** 8:7
**treatment**
  154:21 207:11
  208:13
**tree** 240:8
**trees** 126:17
**trends** 260:13
**trial** 14:8 123:9
  264:12
**trials** 63:3
  225:14
**tried** 55:21
  175:22
**trigger** 225:24
**triggering**
  248:16
**Triple** 119:24
  171:16 232:14
**tripped** 120:8
**trouble** 167:12
  183:13
**true** 14:23 16:15
  36:9 39:8
  51:10 84:1
  119:23 120:18
  121:7,8 132:9
  137:15,16,16
  139:13 143:17
  143:25 149:6
  152:21,21
  162:16 184:19
  195:10 206:7
  216:3,15
  231:22 248:10
  267:1 279:11
  279:14 283:13
**true--** 229:24
**truly** 159:3
**trust** 39:12

**truth** 217:12
  252:1 283:8,8
  283:9
**truthful** 133:9
  133:10 134:5,6
**try** 8:13 9:2
  44:18 81:7
  86:13 129:2
  141:16 146:25
  158:10 250:1
  253:10 266:6
**trying** 16:19,21
  17:5 22:7,8,11
  25:2 35:8 36:8
  83:23 97:20
  98:3 110:5
  112:3,22 117:4
  126:22 128:6
  128:23 157:24
  157:25 183:20
  184:15 213:14
  230:21 235:6
  237:15 238:22
  239:20 258:2
**turn** 14:15 70:13
  147:23 180:3
  181:4 183:1
  201:17
**turned** 118:18
  123:20
**turning** 29:10
**Tuscon** 2:4
**Twelve** 249:12
**Twenty** 116:2
  124:25 191:24
  278:25
**Twenty-eight**
  204:22 205:17
**Twenty-four**
  177:16
**Twenty-seven**
  192:4
**Twenty-three**
  164:19,20
  203:1,2
**Twenty-two**
  161:25
**twice** 64:17
  279:20
**twist** 253:10

**two** 22:22 37:7
  38:15 42:23
  43:1,22 103:15
  116:11 123:17
  125:7 172:22
  183:16,23
  187:16 188:5
  196:5 200:15
  214:9 219:17
  228:9,13
  240:22 257:23
  261:14 268:19
**two-hour**
  122:22
**Tylenol** 183:10
**type** 112:10
  190:23
**typed** 122:12
**typically** 99:21
  120:10 215:18
  253:5,13
**typing** 137:7

**U**

**U** 226:9
**Um** 17:8 104:8
  265:16
**Um-hum** 9:8
  10:23 12:9
  13:22 23:12
  27:3 28:3
  35:11 41:7,13
  43:6,11 54:10
  55:16,22 76:3
  76:20 77:24
  83:8,16 88:10
  89:12 94:1
  95:25 96:16
  116:12 131:21
  140:17 141:24
  172:20 177:17
  178:17 187:7
  214:4 238:20
**unable** 185:12
  262:10
**unassisted**
  203:11,17
**unbiased** 157:25
  221:20,22
**unbuckle**

179:12 180:19
180:20
**unbuckled**
200:22
**unclear** 68:15
**uncommon**
261:1
**uncomplicated**
99:6
**understand** 10:3
12:3,7 14:21
31:7 35:8 37:8
52:6,10 57:22
61:19 83:13
85:25 86:13
88:1,14 97:20
98:4,22 108:16
116:1 117:4
120:21 128:9
128:23 129:16
133:5,8 134:1
134:3,17
135:21,21
137:18 140:1,2
143:8 146:6,22
154:3 166:3
189:13 210:10
216:7,7 218:25
233:3 239:24
261:8 270:13
270:14 274:18
275:23 278:9
**understanding**
10:10 15:6
25:3 39:4
77:11,16
120:15 139:16
167:20
**understood** 15:1
15:10 44:25
96:22 151:3
**undone** 181:10
**unethical** 63:4
**unexpected** 4:9
49:8,15 162:19
162:20
**unexpectedly**
156:2
**unexplained**
27:6 201:16

**unfastened**
181:22
**unfortunate**
186:7 187:14
**unfortunately**
55:23 62:25
**unfounded**
257:1,3 259:13
**unit** 134:20
**United** 1:1 4:10
6:10 49:9,15
160:14 162:19
**University**
240:16 281:13
**unmade** 189:17
189:25 190:4
**unrealistic**
62:25
**unresponsive**
180:14
**unsafe** 13:9
63:10 229:23
250:2
**unsound** 222:1
**unsupervised**
196:6 200:17
203:22
**untrue** 257:1,3
259:14
**unusual** 19:8
31:21,22 32:3
32:6 179:13
187:9 188:23
263:20
**up-to-date** 73:1
73:4
**update** 73:20
**updated** 73:7,17
74:10,14,20
76:5
**updates** 29:5
60:4
**updating** 81:23
**upper** 186:9,10
186:18 187:5
**upright** 198:9
**urgent** 185:11
262:9
**usable** 190:13
**use** 55:17 56:24

58:10 59:4
60:25 61:5
79:17 80:3
81:19 82:1
84:7 91:9,13
91:25 92:16
99:18 132:13
132:13 148:19
150:4 160:1
164:5 165:25
166:4,15
174:20 175:19
187:4 198:15
199:5,20 203:9
204:4 211:19
213:4 214:17
226:21,25
227:6,7 230:10
231:12 250:8
278:11,12
**useful** 263:7
**uses** 199:21
**usual** 213:20
**usually** 107:23
147:3 179:7
239:19,21
257:24
**utero** 277:17

— — — — —
**V**
— — — — —

**v** 6:10 284:3
285:1 286:1
**valid** 221:10
**valve** 184:2
**variation** 155:6
**Variations**
154:22 207:12
208:14
**various** 26:22
201:14 225:19
**veer** 220:22
**vehicle** 200:21
**verbal** 263:11
**verbally** 254:5
**Veritext** 6:16,18
**versa** 8:16
**version** 75:19
109:4
**versions** 205:7
206:14 210:23

**versus** 261:16
268:21 275:8
**vice** 8:16
**video** 6:3 125:10
125:13 170:15
178:2 179:19
179:22,25
252:8 253:21
254:7 269:14
270:5,17
271:16 274:11
274:12 275:2,9
277:22 278:8
278:14 281:6,9
**videographer**
2:14 6:1,7,17
7:3 125:9,12
170:14 177:14
178:1 179:18
179:21,24
246:2 281:5,8
281:22
**Videotaped** 1:13
4:15 72:6
**videotapes**
227:22
**view** 104:1
129:19
**views** 211:13
257:2
**viral** 40:17
186:10 247:5
**visible** 200:24
**visit** 102:12
186:6
**visits** 176:12
**visual** 270:13
**vitae** 4:17 73:2
73:15 76:14
81:1 86:20
144:21 281:16
**vivid** 206:16
**voice** 29:22
**volume** 19:4
**volunteer**
145:12
**vs-** 1:5
**vulnerable**
174:8 176:3

— — — — —
**W**
— — — — —

**wait** 9:2 62:19
165:1 217:3,3
**waiting** 10:4
**waived** 10:1
**walk** 138:20
**wall** 190:10,15
**Wang** 4:3 30:2,5
**want** 9:5,6,9
11:6,15 14:16
19:14 22:3
34:8,13 37:8
37:15,15 46:7
48:5 56:1
64:24,25 65:2
65:3,12,13,15
66:3 69:20
70:24 72:24
77:9,10,13,19
77:22,25 78:2
85:25 86:22
87:24 88:3,14
92:20 93:3
94:17 96:1
110:4 115:25
116:8,9 122:14
126:5,19
127:12 130:7
144:7,20,22
145:25 146:14
159:7,9 165:9
167:17 170:8
170:23 171:16
178:20 180:3
181:1 182:20
182:23 184:15
191:17 192:17
196:16 197:25
198:22 200:3
203:6 204:13
208:17 211:24
216:7,25 217:4
228:6 231:24
235:3,15
236:16 251:12
252:9 258:16
258:24 264:17
265:5,14,17,20
266:5,6,10,16
267:5,14,21,25

**wanted** 7:20
  30:17 36:2,17
  38:1 40:4,19
  40:23 44:23
  58:24 67:22
  90:17 93:4
  235:23 255:19
  259:12 264:20
  268:24 274:22
  278:1
**wanting** 278:7
**wants** 8:22
  110:9 189:2
  282:5
**warning** 4:23
  163:15,16
  164:21 165:13
  202:24 203:5
  203:21
**warnings** 91:4
  91:10,16 93:8
  93:24 112:11
  165:21 195:8
  202:21 204:7
**wasn't** 23:21
  82:23 90:2
  108:6,11 119:4
  120:19 134:15
  134:16 141:8
  153:25 156:19
  157:10 170:5
  173:24 186:23
  207:5 218:13
  232:17 237:22
  260:21 264:1
  272:5
**way** 7:13,15,20
  17:9 25:7 53:1
  55:14,25 63:5
  63:13,15 64:14
  65:22 67:18
  68:12 73:11
  78:17 115:11
  119:8 140:17
  141:5,11 143:6
  149:10 154:4
  158:22 217:5
  231:25,25
  259:11 261:6
  261:13 263:23

  274:17
**Waynesboro**
  52:20
**ways** 78:11
  189:3
**we'll** 10:19,20
  11:13 12:15
  16:14 17:4
  20:3 24:10
  25:11 32:15
  43:18 44:25
  49:13 52:7
  65:23 69:17
  71:25 73:4
  97:7 105:1
  108:10 110:19
  111:24 116:2
  120:14 126:2
  148:25 181:4,4
  182:23 194:2
  208:4 211:18
  228:24,24
  243:12 281:2
  282:4
**we're** 7:21 29:7
  29:13 43:12
  58:1 59:14
  63:6 65:2,21
  70:2 80:18
  111:23 119:5
  119:12 125:9
  125:12 126:17
  151:8,8 156:18
  162:1 164:17
  165:16 170:19
  178:2,10
  179:24 194:2
  198:25 205:10
  208:7 218:6
  226:18 238:22
  238:24 241:14
  256:8 264:19
  265:21 274:5
  281:8
**we've** 55:21
  74:14 85:21
  110:3 121:10
  125:6 137:6
  140:22 151:9
  231:2 241:4

  249:23
**wearable** 13:4,8
  90:10
**wearing** 13:8
**web** 51:18
**website** 20:18
  50:2,3 51:16
**week** 15:9 28:11
  30:9 32:8,17
  32:20 33:5,14
  33:16 78:23
  237:18,20
**weighing** 261:1
**weight** 259:17
  260:23 261:3
  272:7
**weird** 122:2
**WellSpan** 15:25
  52:14
**went** 14:8 59:23
  89:16 100:21
  106:20 110:19
  125:20 155:12
  178:2 219:4
  233:4 239:9
  255:11,17
**weren't** 16:19
  98:15,16
  106:23 144:8
  232:24
**Wetmore** 2:3
**whatnot** 209:25
**whatsoever**
  230:14 259:9
**wheezing** 176:9
**whichever**
  171:13
**white** 190:7
**whys** 258:25
**wide** 18:10 19:6
**wife** 84:22 85:4
**wife's** 121:24
**Williams** 104:19
**Willinger**
  206:11
**wish** 137:12
  155:5
**withstand**
  264:16
**witness** 3:2 5:10

  6:5 7:4 8:8
  12:17 19:24
  21:22 23:16
  29:4,11,15,19
  29:23 31:7,15
  31:24 32:11
  33:20 38:1,7
  44:7 45:17
  46:13 47:19
  48:13,21 57:17
  58:15 60:23
  62:4,16,22
  64:16 65:21
  69:9,13 70:16
  74:7,15,22
  76:8 79:21
  83:2 88:4
  93:23 107:8
  110:23 114:24
  115:1,5 125:8
  126:21 127:1
  136:17,25
  139:10,15
  144:4 145:4
  150:9,25
  153:18,19
  155:10 156:8
  157:15 158:15
  161:2,19 166:6
  167:10,14
  168:15,23
  169:24 171:1
  174:14 177:10
  177:18 181:16
  182:8,17
  184:11 189:21
  192:8 193:23
  197:12 198:8
  198:19 199:14
  200:6 203:3
  204:3,9 210:11
  214:12 215:10
  216:21 217:4
  217:21 219:12
  219:22 220:18
  220:24 223:24
  224:9,22 227:6
  234:13 236:21
  241:17,18,19
  243:7 244:21

  245:19,23
  246:4,11,14
  247:10,13,16
  247:19,24
  248:3 251:1
  255:22 257:6
  258:19 263:16
  264:19,24
  265:16,19,25
  266:25 268:7
  269:1,4 272:3
  272:20 273:3
  273:23 275:12
  276:22 277:14
  281:10,17
  282:20 283:17
  284:6
**witnesses** 81:4
  112:6,13,24
  244:12
**witnesses'** 85:22
**woke** 181:7
**woman** 239:7
**wonder** 177:4
**wondered** 80:11
**wondering** 16:8
  48:2 123:3
  239:13
**wood** 56:25
**word** 11:23
  50:12 56:23,24
  82:24 134:14
  177:3 216:4
  227:2 231:12
  249:23 270:22
**wording** 56:4
  59:12,13 60:12
  79:7 92:22
  119:7 129:9,9
  155:13,14,18
**words** 14:22
  48:8,17 97:2
  129:3 138:8
  243:3
**work** 16:6 26:10
  28:1 41:11
  43:10 47:2
  48:6 52:12,13
  81:21 87:25
  88:24 89:19

115:21 118:14
118:20 131:24
139:17 141:7
145:8,12
146:12 148:24
149:1,21 150:9
150:17 157:13
158:15 161:16
172:2,2 206:7
210:16 221:19
240:14,17
254:4 279:16
279:17,18,19
**worked** 38:11
103:10 141:15
141:24 227:15
240:10,13,16
240:18,20
279:20,22
**working** 85:21
87:23 130:17
212:17
**works** 62:24
242:20,21
**workweek** 146:1
146:15,16
**workweeks**
146:4
**world** 17:24
18:18 42:13
117:19 119:14
248:12
**worried** 188:25
**worries** 7:24
184:14
**worry** 26:20
**worse** 22:5
**wouldn't** 17:16
56:24 87:13
104:6 117:18
132:11 148:10
154:1,10,10
168:3 169:20
215:24 228:3
240:9 251:4
264:7 267:9
273:21
**Wow** 64:12
224:22
**wrap** 78:19

**wraps** 253:4
**write** 48:9
195:21 209:2
215:24 271:10
**writes** 209:3
**writing** 34:14
117:16 123:16
123:18,22
124:21 137:23
162:12 209:16
209:21 228:23
232:19 247:22
261:7 272:22
**writings** 80:25
119:16 149:3
**written** 50:25
75:6 121:1
150:7 152:4,8
161:5,7 241:10
279:2 280:1
**wrong** 61:23
70:15 77:18
96:3 112:7
205:21 257:13
260:7
**wrote** 45:20
48:17 110:12
121:6 148:23
152:13 162:2
195:23 209:3
212:18 246:19
249:7 258:15
271:12 279:6

_____
**X**
**X** 3:1,6 4:1 5:1

_____
**Y**
**yeah** 9:21 13:4
17:10 18:2
20:15 22:25
24:24 33:3
44:1 48:14,15
48:24 51:10
53:25 65:15,15
72:20,23 73:6
73:8 76:13
84:10 86:19,20
88:4 89:24
92:24 95:25

102:1,20
104:10,11,12
104:21,23
105:19 106:19
111:23 113:19
113:22,24
114:8,22,25
115:14,18
117:19,20,21
119:7 121:21
123:22 126:25
127:1,13 128:7
128:12 129:7
130:10 132:6
133:16,21
134:6 149:11
150:20 153:13
153:13 154:8
162:17 170:5
170:10 171:6
172:15 176:11
180:24 182:2,7
184:7 186:22
187:7,22,25
188:2 189:12
191:8 192:24
197:24 198:22
203:3,18
204:15 212:1
213:11,25
216:16 221:10
226:10 229:6
237:23 241:18
243:16,19
246:9 247:8
249:12 256:10
256:11 258:14
258:19 263:16
266:5,15
268:17 269:25
270:4 272:3
276:21 282:4
**year** 33:19 47:1
48:22 74:2
117:4 131:14
133:17 135:13
135:16 136:18
154:14 162:15
162:19 170:4
172:18,21

173:8 187:8
244:6 278:15
279:5
**years** 13:15,20
16:12 33:18
41:19,25,25
42:7 46:4
80:12 83:6
87:3 117:14
135:20 145:16
172:22 196:5
200:15 212:12
220:11 233:21
233:21 240:22
240:25 241:3,4
241:6 268:19
278:17,24,25
**yelled** 216:6
**yep** 10:24 11:17
97:13 149:22
193:2,6 266:21
274:4 280:23
**yesterday** 32:22
32:25 33:2
73:23 97:8
**York** 52:13,14
52:17 144:24
147:12 148:15
**young** 202:9
212:6 213:7,17
231:19,20,25
**younger** 196:5
200:16 268:19

_____
**Z**
**Zealand** 248:13
**zebras** 259:24
**zero** 45:1 59:5
59:18 60:20,21
225:4 251:7
261:5
**zero-degree**
51:25
**Z** ██ 99:4,10
102:13 105:23
106:3 111:6,8
119:1 147:18
167:19 168:6
174:10 176:8
178:21 179:7

180:8 183:7,12
184:22 185:8
185:11 189:14
211:20 262:3,6
262:9 263:12
273:18
**Z** ██**'s** 143:10
185:15 256:8
260:13

_____
**0**
**0kay** 173:5

_____
**1**
**1** 3:8,24 10:12
10:20 22:24
36:19 69:16
73:1 96:4
114:5 117:1,1
124:7 128:13
142:14 163:8
173:18 189:1
208:11 245:14
282:13,14,16
**1,400** 122:19
**1:02** 177:21,24
**1:40** 181:25
**1:41** 177:25
178:3
**1:42** 179:22
**1:44** 179:25
**10** 3:9 4:3 30:1,4
32:7 45:4 61:1
225:3 251:8
**10-degree** 51:23
59:19 225:1
**100** 1:14 6:13
45:1
**11** 3:10 4:4
25:10 33:9,13
34:8
**11:30** 125:6
**11:31** 125:10
**11:50** 125:13
**116** 4:19,20
**12** 4:6 34:15,18
39:18 247:8,11
247:25 248:22
**12/30/19** 3:15
23:8

**12:40** 170:11
**12:48** 170:16
**125** 3:11
**126** 3:14
**13** 4:7 39:19
   41:4 247:12,13
   247:18 249:12
**1315** 180:22
**14** 4:9 49:7,11
   49:13 53:10,21
   189:4,7,9,19
   190:2 247:17
   247:20 249:12
**1423,Signature**
   283:20
**15** 3:12,25 4:11
   58:17,22
   247:20 249:10
   249:12 282:13
   282:15,16
**154** 140:21
**16** 4:12 25:10
   70:3,4,13
   127:14
**161** 4:22 180:22
**165** 4:23
**16th** 11:21 15:21
   16:16 71:1
**17** 4:15 72:2,5,9
   72:20 180:4
**178** 5:3,4
**18** 4:17 73:13,15
   181:4
**183** 195:20
**185** 5:5 201:18
**19** 4:18 86:6,8
   86:11 94:15
   98:11 101:9
   103:19 178:16
**192** 5:7
**1954** 140:11
**1970s** 18:16
**1974** 18:17
**19th** 101:2
   187:22 188:1
   263:12
**1st** 12:1 14:25
   101:6

——————
      **2**
——————

**2** 3:10,25 11:15
   11:18 71:17
   80:24 86:14
   95:19,23 96:2
   114:5 117:3,23
   118:19 120:4
   121:20 125:19
   144:15 166:11
   166:13 170:22
   171:13 183:2
   206:22 243:14
   258:11,18
   262:14 271:3
   282:15
**2:19-CV-0268...**
   1:5 6:12
**20** 4:19 61:1
   66:14,17
   115:23 116:3
   116:13,18,23
   124:23 161:18
   161:19 181:19
   182:1,2 225:22
   278:23 283:24
   286:17
**200** 2:3,8
**2000** 191:17
**2005** 3:16 25:10
   25:12,16 27:24
**2006** 33:20
   242:5 279:3
**2009** 33:21,21
   219:4 244:1
**2010** 27:22
   46:17
**2011** 3:18 4:11
   5:8 25:22 26:1
   55:7 58:17
   61:22 162:6
   191:17 201:23
   204:14,23
   205:10,21
   207:9 211:19
   211:24 214:6
   214:12 215:4,6
   215:6 216:11
   218:25 219:8
   222:22 223:5,8
   224:6
**2014** 101:2

**170:1,3** 186:5
   187:15
**2015** 193:5,7
   268:20
**2016** 3:19 5:9
   26:11,13 55:7
   61:22 204:14
   204:25 205:10
   205:21 207:17
   208:11 211:21
   215:5
**2019** 23:19
   117:11,21,23
   118:2 121:10
   130:18,20,24
   131:4,20
   136:14 281:18
**2020** 117:6
   121:10,14
   123:16
**2021** 1:10 6:3
   11:21 12:1
   15:1,21 16:17
   71:2 73:6,6
   101:6 117:6
   124:4,6 127:14
   237:24 278:19
   279:7 283:18
**2022** 283:24
**204** 5:8,9
**20th** 33:21
**21** 4:20 116:2,3
   116:13,20,23
**21st** 186:5
   187:15,24
**22** 4:21 116:3
   161:21 165:16
   173:6 195:16
**220** 5:11 97:2
**224** 96:11 97:3
   97:16
**225** 232:16
**23** 3:15 4:23
   165:12 203:3
**231** 192:24
**232** 192:25
   193:11 243:20
**238** 97:16,21
**24** 5:3 99:11
   178:5,12 179:3

**180:5** 182:24
   188:12 189:9
   255:12 257:24
   261:17,21
**241** 5:12 102:4,6
**242** 97:24 111:8
   119:6
**244** 3:4
**25** 3:17,18 5:4
   148:22 178:7
   178:13 181:1
   203:11 255:12
   261:18
**2500** 2:8
**26** 3:20,21 5:5
   12:4 185:21,22
   186:3 192:3
**265** 3:4
**267** 121:20
**27** 5:6 192:11
   193:21 200:15
   268:9
**27.5** 121:16
**274** 3:5
**277** 3:5
**28** 3:22 5:8
   16:11 204:18
   204:23 205:15
   205:21 207:9
   212:1 216:13
   222:6,11
**29** 5:9 204:22,25
   205:17,21
   207:18 208:11
**2A** 3:11 125:15
   125:21 137:6
   164:24 169:5
   170:23 171:13
   183:3 193:12
   206:22 243:14
   258:14,14,18
   262:14

——————
      **3**
——————

**3** 3:12 15:18,20
   87:3 114:1
   144:15 271:5
**3,000** 123:3,9,13
**3:42** 281:9
**3:43** 281:24

**3:44** 281:6
**3:57** 282:21
**30** 1:10 4:3 5:10
   41:25 52:11
   61:9,20 63:6
   145:16 194:14
   194:25 195:2
   195:11 220:11
   220:17,20
   225:5 241:15
   241:18 284:18
**30-degree** 52:8
   61:5,12 62:6
   62:11,17 66:12
   68:1,22 196:22
**30(b)(6)** 109:11
**30305** 2:9
**30th** 6:3 23:19
   124:16 237:24
**31** 5:12 35:12
   38:4,5 41:19
   46:4 187:19,19
   187:22 188:6
   193:8 241:24
**33** 4:5
**3333** 2:8
**34** 4:6 41:25
**38** 42:3
**39** 4:8
**3A** 3:13 126:7
   126:10,12
   127:7,15 137:5
   137:6

——————
      **4**
——————

**4** 3:15 23:7,9
   166:21 171:7
   221:8
**4/1/21** 3:10,11
   11:18 125:16
**40** 146:18
**40-hour** 146:1,4
   146:16
**4500** 162:18
**48** 257:24
**49** 4:10 183:1,7
   188:19 256:7

——————
      **5**
——————

**5** 3:16 25:12,14

25:20 35:9
233:22
**5.5** 118:14
**5.7** 213:7,17
**50** 52:11,11 61:2
183:18,21
192:20,22
265:22 267:20
268:9,13
**51** 184:14,17,21
261:20
**52** 193:9 194:17
**520** 2:4
**5369** 67:9
**553-2100** 2:9
**58** 4:11
**59** 69:25 70:13
**5th** 283:18

**6**
**6** 3:18 25:22,25
72:18,21
**6/19/2014**
180:14
**620-3980** 2:4
**678** 2:9
**698** 2:3

**7**
**7** 3:3,19 26:11
26:14
**7.5** 118:10
**7/16/21** 3:12,13
15:19 126:8
**70** 4:14
**700** 122:15
137:14
**72** 4:16
**73** 4:17
**74** 5:16
**75** 147:7,9,14
148:12

**8**
**8** 3:21 26:23
27:10 179:3
**8:00** 181:8
**80-hour** 146:15
**85705** 2:4
**86** 4:18

**9**
**9** 3:22 28:4,7
76:12
**9/26** 118:1,5
**9:28** 1:16 6:2
**90** 99:21 172:23
**9151** 137:24
**9152** 138:22
**9155** 140:23
**9160** 142:18