# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Kathleen Courkamp, for herself  )
and on behalf of other          )
statutory beneficiaries,        )
                                )
                    Plaintiff,  )
                                )No.  CV-19-02689-GMS
             vs.                )
                                )
Fisher-Price, Inc. A foreign    )
corporation; Mattel, Inc., a    )
foreign corporation,            )
                                )
                   Defendants.  )
                                )
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF LYNN MARTIN

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER

Phoenix, Arizona
November 13, 2020
2:06 p.m.

CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street
Tucson, Arizona 85713   Ph (520) 623-1100

1  understand something, let me know so I can correct it at
2  that time.  Okay.
3     A.   Understood.  Yes.
4     Q.   All right.  And you understand that you are under
5  oath today the same as if you were being sworn in in a
6  courtroom?
7     A.   Yes.
8     Q.   Okay.  So let's talk just a little bit about your
9  background.
10          How long have you been an employee of
11 Fisher-Price?
12    A.   Since January of 1988.
13    Q.   And before we get too much into that, what did you
14 do to prepare for today's deposition, if anything?
15    A.   I reviewed some of my CHRs and MDRs.
16    Q.   Okay.  So you're using words aren't totally
17 familiar with me.  So what's a CHR?
18    A.   The Case History Report or CATS, our central
19 repository for reporting.  And then an MDR is a Matter
20 Details Report, which is the reporting system or -- or
21 report form that we use for our notes after speaking with
22 the consumer.
23    Q.   Okay.  So you reviewed some Case History Reports
24 and some Matter Detail -- Details Reports.
25          Did you review any other documents?

1  somewhere at Fisher-Price?
2      A.   Yes.
3      Q.   Okay.  So where would it be saved?  Is that the
4  CAT system that you've been talking about?
5      A.   No.  The CAT system is the call center.
6      Q.   Okay.
7      A.   CATS is Consumer Affairs Tracking System.
8      Q.   Okay.
9      A.   And so --
10     Q.   And is it --
11     A.   -- when that information is sent to us, it comes
12 to us to eCounsel, and we are then notified of that report.
13     Q.   Okay.  And my question is, once your matters
14 details report is completed, where does that go?
15     A.   That's saved in eCounsel.
16     Q.   Okay.  So that is also saved in eCounsel?
17     A.   Yes.
18     Q.   Okay.  And I understand there were other people in
19 Risk -- that work in the Risk Management Department that
20 have the same duties as you; is that correct?
21     A.   Yes.
22     Q.   Do you ever have team meetings in your department
23 where you discuss calls or concerns that are coming in from
24 consumers?
25     A.   Yes.

1   report and file it in our system.
2        Q.   Okay.  And that's what I'm trying to figure out,
3   is if somebody in your department was supposed to do
4   something with the information that came in from a report
5   like this.
6             So my understanding is Tina Murphy would take
7   the information from this -- from this CPSC report like
8   this, and you said she would file it?
9        A.   Yes.
10       Q.   Okay.  And what does file it mean?  Does that mean
11  actually in -- electronically or in an actual, you know,
12  file box?
13       A.   Sure.  Sorry.  It would be electronic.
14       Q.   Okay.
15       A.   And in -- in our eCounsel file.
16       Q.   Okay.
17       A.   In that filing system.  Yes, ma'am.
18       Q.   And then would a Case History or a Matter Details
19  Report be created based on an email from the Consumer
20  Product Safety Commission attaching a report of incident?
21       A.   That would be done by another department.
22       Q.   Okay.  What department would that be, if you know?
23       A.   Because Consumer Services -- because their
24  database, the CAT system is the central repository for all
25  reports, it would go into CATS.

1  there.  So we're going to do Tab 29 as Exhibit 14.
2          And it -- it should be a -- a red label that
3  says, "Mattel Creating the Future of Play."
4          Do you see that?
5      A.  Yes.
6      Q.  Do you know if you've ever seen this document
7  before?
8      A.  I have not.
9      Q.  Okay.  I'm just going to ask you, because there's
10 some information about the Consumer Services team, and I'm
11 just going to try to ask you some information about whether
12 or not that has anything to do with you and your
13 department.  Okay?
14     A.  Okay.  Yes.
15     Q.  So if you -- if you turn to the second page, it --
16 of this tab, which is 76373.
17     A.  Yes.
18     Q.  It says, "Consumer Services Teams."
19         Do you see that up at the top?
20     A.  Yes.
21     Q.  Okay.  Is your department part of the Consumer
22 Services Teams, if you know?
23     A.  We are not.
24     Q.  Okay.  The first part says, "Contact center.  Over
25 50 consumer service agents handling consumer contacts for

1   all Mattel and F-P products."
2              If you know, is that the Contact Center that
3   sends you the Case History Reports, or is there a separate
4   consumer contact group in Fisher-Price?
5       A.   That would be the call center.  Consumer Services.
6       Q.   Okay.  Do you believe that this contact center --
7   so this contact center is the Consumer Services then.  Is
8   that what you're saying?
9       A.   Yes.
10      Q.   Okay.  Thank you.  I'm just trying to find out if
11  there's more than one group of people assigned to
12  collecting information.
13      A.   Okay.
14      Q.   So let me go to the second page of this tab.  Or I
15  think we're on actually the third page, which is 76374.
16      A.   Okay.
17      Q.   And it says -- and it says, "Voice of the
18  Consumer."
19             So where it says, "Consumer Services Role,"
20  do you believe that did not apply to your department?
21      A.   Based on the -- the four columns on page 2 of this
22  document, and then looking at voice of the consumer, to me
23  voice of the consumer is the call center.
24      Q.   Okay.  And I'm just going to read what some of
25  this information is on here.  So it says, "Consumer

Page 62

1   A.   -- sent for an evaluation.
2   Q.   Okay.  So my -- my final question -- or it might
3   not be my final but for now it is, is -- is there any group
4   beyond your group that is responsible for contacting
5   consumers related to concerns of products at Fisher-Price?
6   A.   No.
7           MS. SCHRINER:  Okay.  Thank you.  And I'll go
8   ahead and pass you on to your counsel.
9           THE WITNESS:  Thank you.
10          MS. LOVETT:  Lynn, can you see me and hear me
11  all right?
12          THE WITNESS:  Yes.  Thank you, Mo.
13
14                     EXAMINATION
15  BY MS. LOVETT:
16  Q.   All right.  So I want to step through just a
17  little bit.  We talked about -- I think you testified
18  you've been working at Fisher-Price for 32 years.  That's
19  if we can rely on my math.  Is that accurate?
20  A.   Yes.
21  Q.   And we've talked about the different roles that
22  you have been in now.
23          You mentioned the CAT system.  Generally who
24  has access to the CATS -- what does CATS stand for, and who
25  has access to it?

Page 63

1   A.   CATS stands for Consumer Affairs Tracking System.
2   Q.   Okay.  Is that something that is used -- to your
3   knowledge, that's something that is used within the Mattel
4   system; right?  Mattel/Fisher-Price?
5   A.   Yes.
6   Q.   So I know that there's certain people who input
7   data into it, but generally if you can describe for us,
8   what groups can access it to get information?
9   A.   It's a very limited group that can access that
10  information.  That -- that information would only be made
11  available to upper management that's identified as -- as --
12  as needing that information.
13  Q.   So, for example, would that include Safety
14  personnel?
15  A.   Yes.
16  Q.   Would that include Product Integrity engineers?
17  A.   It would, yes.
18  Q.   And would that include the folks, for example,
19  that are copied on the CPSC emails that -- the group of
20  people that would be dealing with -- and I'm not trying
21  to -- we can show you one if we need to, because I don't
22  want you to speculate just from your memory.  But I know
23  it -- you said it was a -- a small group of folks, so I
24  want to just, you know -- first of all, why is it kept
25  small, if you know?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kathleen Courkamp, for herself )
and on behalf of other         )
statutory beneficiaries,       )
                               )
                    Plaintiff, )
                               )No.  CV-19-02689-GMS
          vs.                  )
                               )
Fisher-Price, Inc. A foreign   )
corporation; Mattel, Inc., a   )
foreign corporation,           )
                               )
                   Defendants. )
                               )

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF LYNN MARTIN

CONTAINS CONFIDENTIAL TESTIMONY

AND SUBJECT TO A PROTECTIVE ORDER

Phoenix, Arizona
November 13, 2020
2:06 p.m.

CATHY J. TAYLOR, RPR, CRR, CRC
Certified Reporter 50111
MEYER, LUMIA & ASSOCIATES
2819 East 22nd Street

Tucson, Arizona 85713   Ph (520) 623-1100