# **EXHIBIT 19**

# CERTIFICATION OF VITAL RECORD

## STATE OF ARIZONA

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102- 2014-024858

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | Z███ E███████ O███ |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | JUNE 19, 2014 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | ███-██-2334 |
| 6. DATE OF BIRTH | ████ 2013 |
| 7. AGE UNDER 1 YEAR - 8. MONTHS | 9 |
| 9. DAYS | |
| 10. HOURS | |
| 11. MINUTES | |
| 12. PLACE OF DEATH - HOSPITAL | ☐ INPATIENT  ☐ E.R./OUTPATIENT  ☐ DEAD ON ARRIVAL |
| 13. PLACE OF DEATH - OTHER THAN HOSPITAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY  ☒ RESIDENCE  ☐ HOSPICE FACILITY  ☐ OTHER |
| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY) | 1336 E HALL ST |
| 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH | TEMPE 85281 |
| 16. COUNTY OF DEATH | MARICOPA |
| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | PHOENIX, ARIZONA |
| 18. MARITAL STATUS AT TIME OF DEATH | NEVER MARRIED |
| 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) | |
| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS | 1336 E HALL ST |
| 21. CITY AND COUNTY | TEMPE, MARICOPA |
| 22. STATE | ARIZONA |
| 23. ZIP CODE | 85281 |
| 24. EVER IN THE ARMED FORCES | NO |
| 25. WAS DECEDENT OF HISPANIC ORIGIN? | ☒ NO, NOT SPANISH, HISPANIC OR LATINO |
| 26. DECEDENT'S RACE(S) | ☒ WHITE |
| 27. IF AMERICAN INDIAN OR ALASKA NATIVE | |
| 28. OCCUPATION | |
| 29. FATHER'S NAME | ANDREW THOMAS OLSON |
| 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) | KATHLEEN ANGELA LAWTON |
| 31. INFORMANT'S NAME | KATHLEEN ANGELA LAWTON |
| 32. RELATIONSHIP | PARENT |
| 33. INFORMANT'S MAILING ADDRESS | 1336 E HALL ST, TEMPE, ARIZONA 85281 |
| 34. NAME AND ADDRESS OF FUNERAL FACILITY | MENKE FUNERAL HOME 12420 NORTH 103RD AVENUE, SUN CITY, AZ |
| 35. FUNERAL DIRECTOR | PEDER J STRAND, FUNERAL DIRECTOR |
| 36. LICENSE NUMBER | F0963 |
| 37. METHOD(S) OF DISPOSITION | BURIAL |
| 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY | GREEN ACRES MORTUARY & CEMETERY, SCOTTSDALE, ARIZONA |
| 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY | NONE |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART 1

| | | Approximate Interval |
|---|---|---|
| IMMEDIATE CAUSE OF DEATH | 40. A UNKNOWN | 41. APPROXIMATE INTERVAL: UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: | 42. B | 43. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | 45. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | 47. APPROXIMATE INTERVAL: |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE | |
| 49. INJURY? | UNKNOWN |
| 50. INJURY AT WORK? | NO |
| 51. MANNER OF DEATH | UNDETERMINED |
| 52. TIME OF DEATH | 0806 |
| 53. WAS AN AUTOPSY PERFORMED? | YES |
| 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |

### CAUSE AND MANNER OF DEATH CERTIFICATION

☐ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

☒ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| Field | Value |
|---|---|
| 55. NAME OF PERSON COMPLETING CAUSE OF DEATH | MICHAEL FERENC, M.D. |
| 56. DATE CERTIFIED | 08/13/2014 |
| 57. CERTIFIER'S ADDRESS | 701 W. JEFFERSON ST. PHOENIX, AZ 85007 |
| 58. NAME OF REGISTRAR | MICHELE CASTANEDA-MARTINEZ |
| 59. DATE REGISTERED | 06/26/2014 |

DATE ISSUED: 10/02/2014

G8883888

KHALEEL HUSSAINI
ASSISTANT STATE REGISTRAR

This is a true certification of the facts on file with the OFFICE OF VITAL RECORDS, ARIZONA DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA
Revised 12/2012.

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

Arizona Department of Health Services

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT