# **EXHIBIT 21-1**



**Banner Health®**

## AFFIDAVIT FOR PROVIDER RELEASE OF INFORMATION

I declare under oath that the following statements are true:

1. That I am the duly authorized custodian of the records of Banner Thunderbird Medical Center and that I have authority to certify those records. That the records attached are a true copy of the records of Banner Thunderbird Medical Center pertaining to

O█████Z██E█████████2013 (Date of Birth)

as described in the subpoena/legal request/court order.

2. Records attached are a ☒ complete, ☐ partial copy of the records requested.

3. That the records were prepared by personnel of or staff physicians of, Banner Thunderbird Medical Center or persons acting under the control of Banner Thunderbird Medical Center personnel or staff physicians of Banner Thunderbird Medical Center in the ordinary course of hospital business at or near the time of the act, condition or event described in the records.

4. If the records attached include records from other providers, we are NOT the custodian of these records and cannot comment on their completeness and/or accuracy.

Lois D. Salo, RHIA, HIMS Director

Banner Health –Release of information Center

Signature of Custodian of Records

Subscribed and sworn to before me this ___first___ day of ___May___, 2020.

Notary Public

Sandra S. Draney
Notary Public - State of Arizona
Maricopa County
My Commission Expires
January 15, 2024
Commission No. 578450

My Commission Expires: _____

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient Location:** ERR - ER Red zone
**Attending Physician:** KURBAT MD,JAMES M

**Patient:** C█████ Z█ E█████
**DOB:** █████ 2013  **Sex:** Female            **Age:** 6 years
**MR#:** 1220124
**FIN:** 70531066
**Admit Date:** 4/21/2014
**Arrival Time:** 00:42 MST
**Discharge Date:** 4/21/2014        02:57 MST
**Patient Type:** Emergency

---

## ADVANCED DIRECTIVE

|  | Date | 4/21/2014 |
|---|---|---|
|  | Time | 02:15 MST |
|  | Charted By | Pena,RN,Mischelle |
| Procedure | Units |  |
| Type of Advance Directive |  | N/A |

---

## PROBLEM LIST

Problem Name: **None**
**Last Updated:** 4/21/2014 02:55 MST

**Code:** 387958016; **Confirmation:** Confirmed; **Course:** ;
**Persistence:** ; **Prognosis:** ; **Onset Date:**

**Life Cycle Status:** Resolved

---

## DEPART SUMMARY DOCUMENTS

Document Name:
Result Status:
Signed By:

ED Pat Edu
Auth (Verified)
KURBAT MD,JAMES M (4/21/2014 02:18 MST)

**ED Pat Edu**
Pulmonary

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.

---

CONFIDENTIAL ZO-BTMC-MD-000002

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C████ Z█ E████
DOB: █████ 2013 Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## *DEPART SUMMARY DOCUMENTS*



Bronchial tubes

# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants under 1 year old, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children over 1 year old, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

CONFIDENTIAL ZO-BTMC-MD-000003

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O Z E
**DOB:** 2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

| *DEPART SUMMARY DOCUMENTS* |
|---|

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don't expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children's Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

- Fever of 100.4°F (38°C) oral or 101.4°F (38.5°C) rectal or higher, not better with fever medication
- Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
- Increased wheezing or difficulty breathing
- Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting
- Unusual fussiness, drowsiness or confusion
- New rash appears
- No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| L = Low | H = High | C = Critical | * = Abnormal | ^ = Interpretive Data | c = Corrected | f = Footnote |
|---|---|---|---|---|---|---|

**Printed:** 5/1/2020 06:39 MST                    Page 3 of 59                    **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000004

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C▮▮▮▮ Z▮ E▮▮▮▮
DOB: ▮▮▮ 2013 **Sex:** Female        **Age:** 6 years
MR#: 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### *DEPART SUMMARY DOCUMENTS*

---

**Follow Up With:**
KEVIN CLEARY

**Where:**
7725 N. 43RD AVE STE111
PHOENIX, AZ 85051
(623) 931-9201 Business (1)

**When:**
Within Call your Health
Plan to arrange follow-

**Comments:**

---

Document Name:                                  ED Pat Edu
Result Status:                                  Auth (Verified)
Signed By:                                      KURBAT MD,JAMES M (4/21/2014 02:18 MST)

**ED Pat Edu**
Pulmonary

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.

---

**CONFIDENTIAL ZO-BTMC-MD-000005**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C█████ Z█ E█████
DOB: █████ 2013  Sex: Female          Age: 6 years
MR#:  1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## *DEPART SUMMARY DOCUMENTS*



Bronchial tubes

# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants under 1 year old, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children over 1 year old, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                    Page 5 of 59                    **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000006

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O███ Z█ E███████
**DOB:** ████2013  **Sex:** Female          **Age:** 6 years
**MR#:**  1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### DEPART SUMMARY DOCUMENTS

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don't expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children's Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

- Fever of 100.4°F (38°C) oral or 101.4°F (38.5°C) rectal or higher, not better with fever medication
- Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
- Increased wheezing or difficulty breathing
- Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting
- Unusual fussiness, drowsiness or confusion
- New rash appears
- No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| L = Low | H = High | C = Critical | * = Abnormal | ^ = Interpretive Data | c = Corrected | f = Footnote |
|---|---|---|---|---|---|---|

**CONFIDENTIAL ZO-BTMC-MD-000007**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C██████ Z██ E███████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#:    1220124
Patient Location:  22 ERR
Attending Physician:  KURBAT MD,JAMES M

---

### *DEPART SUMMARY DOCUMENTS*

---

**Follow Up With:**
KEVIN CLEARY

**Where:**
7725 N. 43RD AVE STE111
PHOENIX, AZ 85051
(623) 931-9201 Business (1)

**When:**
Within Call your Health
Plan to arrange follow-

**Comments:**

---

Document Name:
Result Status:
Signed By:

ED Pat Edu
Auth (Verified)
Pena,RN,Mischelle (4/21/2014 02:57 MST)

**ED Pat Edu**
Pulmonary

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The
virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by
direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand
washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and
simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a
virus and are generally not prescribed for this condition.

---

**CONFIDENTIAL ZO-BTMC-MD-000008**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███ Z█ E███████
DOB: ████ 2013   Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## *DEPART SUMMARY DOCUMENTS*



Bronchial tubes

# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants <u>under 1 year old</u>, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children <u>over 1 year old</u>, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:** 5/1/2020 06:39 MST                    Page 8 of 59                    **Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000009**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O▮▮▮ Z▮ E▮▮▮▮
**DOB:** ▮▮2013 **Sex:** Female     **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### *DEPART SUMMARY DOCUMENTS*

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don't expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children's Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

- Fever of 100.4°F (38°C) oral or 101.4°F (38.5°C) rectal or higher, not better with fever medication
- Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
- Increased wheezing or difficulty breathing
- Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting
- Unusual fussiness, drowsiness or confusion
- New rash appears
- No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000010**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C▇▇▇ Z▇ E▇
DOB: ▇2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

---

### DEPART SUMMARY DOCUMENTS

**Follow Up With:**
KEVIN CLEARY

**Where:**
7725 N. 43RD AVE STE111
PHOENIX, AZ 85051
(623) 931-9201 Business (1)

**When:**
Within Call your Health
Plan to arrange follow-

**Comments:**

---

Document Name:                          ED Pat Edu
Result Status:                          Auth (Verified)
Signed By:                              Pena,RN,Mischelle (4/21/2014 02:57 MST)

**ED Pat Edu**
Pulmonary

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                          Page 10 of 59                          **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000011

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C████ Z██ E████
**DOB:** ████ 2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

*DEPART SUMMARY DOCUMENTS*



Bronchial
tubes

# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants <u>under 1 year old</u>, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children <u>over 1 year old</u>, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                    Page 11 of 59                    **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000012

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O▇▇▇ Z▇ E▇▇▇
**DOB:** ▇▇2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

**DEPART SUMMARY DOCUMENTS**

---

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don't expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children's Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

· Fever of 100.4°F (38°C) oral or 101.4°F (38.5°C) rectal or higher, not better with fever medication
· Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
· Increased wheezing or difficulty breathing
· Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting
· Unusual fussiness, drowsiness or confusion
· New rash appears
· No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:** 5/1/2020 06:39 MST                              Page 12 of 59                              **Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000013**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C████ Z██ E████
**DOB:** ████ 2013  **Sex:** Female      **Age:** 6 years
**MR#:**   1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## DEPART SUMMARY DOCUMENTS

**Follow Up With:**
KEVIN CLEARY

**Where:**
7725 N. 43RD AVE STE111
PHOENIX, AZ  85051
(623) 931-9201 Business (1)

**When:**
Within Call your Health
Plan to arrange follow-

**Comments:**

## PAST MEDICAL HISTORY

Problem Name: **None**
Status: **Resolved**          **Onset Date:** ; **Resolved Date:**

## PROCEDURE HISTORY

Procedure: **None**

| **Last Updated:** 4/21/2014 | **Status:** Active | **Procedure Date:** |
|---|---|---|
| **Location:** | | |
| **Provider:** | | |

## CLINICAL DIAGNOSES

Diagnosis: **Upper respiratory infection 465.9**
**Responsible Provider:** KURBAT MD,JAMES M
**Diagnosis Date:** 4/21/2014                    **Status:** Active
**Confirmation:** Confirmed

Diagnosis: **congested cough**
**Responsible Provider:**
**Diagnosis Date:** 4/21/2014                    **Status:** Active
**Confirmation:** Complaint of

Diagnosis: **Acute Upper Respiratory Infections of Unspecified Site**
**Responsible Provider:** Contributor_system,DG1
**Diagnosis Date:** 4/21/2014                    **Status:** Active
**Confirmation:** Confirmed

**CONFIDENTIAL ZO-BTMC-MD-000014**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z██ E█████
**DOB:** ███2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## ORDERS

| | | |
|---|---|---|
| Order Date/Time: **4/21/2014 02:18 MST** | | |
| Order: ED Discharge To | | |
| Order Start Date/Time: 4/21/2014 02:18 MST | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Patient Care |
| End-state Date/Time: 4/21/2014 05:11 MST | End-state Reason: | |
| Ordering Physician: KURBAT MD,JAMES M | Consulting Physician: | |
| Entered By: SYSTEM on 4/21/2014 02:18 MST | | |
| Order Details: 4/21/14 5:11:37 AM MST | | |

Order Comment: Discharge to home now with instructions and diagnosis per KURBAT MD, JAMES M. Order completed by Discern from ADT Discharge transaction.

| | |
|---|---|
| Action Type: Complete | Action Date/Time: 4/21/2014 05:11 MST |
| Electronically Signed By: KURBAT MD,JAMES M | |
| Action Type: Order | Action Date/Time: 4/21/2014 02:18 MST |
| Electronically Signed By: KURBAT MD,JAMES M | |

## ORDERS - MEDICATIONS

### Prescription

| | | |
|---|---|---|
| Order Date/Time: **4/21/2014 02:16 MST** | | |
| Order: erythromycin ophthalmic (erythromycin ophthalmic 0.5% ointment) | | |
| Order Start Date/Time: 4/21/2014 02:16 MST | | |
| Order Status: Completed | Clinical Category: Medications | Medication Type: Prescription |
| End-state Date/Time: 4/28/2014 12:00 MST | End-state Reason: | |
| Ordering Physician: KURBAT MD,JAMES M | Consulting Physician: | |
| Entered By: KURBAT MD,JAMES M on 4/21/2014 02:16 MST | | |

Order Details: See Instructions, 0.5 in affected eye QID 7 day(s), # 3 Gm, 0 Refill(s), Signed: 4/21/14 2:16:00 AM MST, Acute

Order Comment:

| | |
|---|---|
| Action Type: Status Change | Action Date/Time: 4/28/2014 12:05 MST |
| Electronically Signed By: KURBAT MD,JAMES M | |
| Action Type: Prescribe | Action Date/Time: 4/21/2014 02:17 MST |
| Electronically Signed By: KURBAT MD,JAMES M | |

## IV Infusion Report

**Infusion Billing Report**

04/21/14 00:42 US/Arizona to 05/01/20 06:39 US/Arizona

**O█████ Z██ E█████**          **FIN 70531066**          **MRN 1220124**
**Emergency**          **Location: 22 ERR**

**No Results Qualified.**

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000015**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C█████ Z███ E████████
**DOB:** ████2013  **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ALLERGY LIST

Substance: **No known allergies**
Recorded Date/Time

| 4/21/2014 00:49 MST | **Allergy Type:** Allergy; **Recorded On Behalf Of:** Westerveld,RN,Norma; **Reaction Status:** Active; **Reviewed Date/Time:** 4/21/2014 02:13 MST; **Reviewed By:** KURBAT MD,JAMES M; **Category** Drug; |
|---|---|

---

## ADMIT-TRANSFER-DISCHARGE INFORMATION

### Arrival Information

|  | Date<br>Time<br>Charted By | 4/21/2014<br>00:48 MST<br>Westerveld,RN,Norma | 4/21/2014<br>02:15 MST<br>Pena,RN,Mischelle |
|---|---|---|---|
| Procedure | Units |  |  |
| Arriving From |  | - | Home |
| ED Admitted Via |  | Ambulatory/POV | Ambulatory/POV |
| Source of Information |  | - | Family |
| Preferred Communication Language |  | - | English |

### Admit / Transfer / Discharge

|  | Date<br>Time<br>Charted By | 4/21/2014<br>00:48 MST<br>Westerveld,RN,Norma | 4/21/2014<br>02:15 MST<br>Pena,RN,Mischelle |
|---|---|---|---|
| Procedure | Units |  |  |
| Patient's Chief Complaint |  | child has had congested cough | child has had congested cough |
| ED Chief Complaint Injury Related |  | No | No |
| Accompanied by |  | - | Mother, Father |

|  | Date<br>Time<br>Charted By | 4/21/2014<br>02:52 MST<br>Pena,RN,Mischelle |
|---|---|---|
| Procedure | Units |  |
| Mode of Departure |  | Carried |
| Departure Transportation |  | Private vehicle |
| ED Disposition |  | Routine discharge |

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000016**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C‎‎‎‎ Z‎ E‎
**DOB:**     2013  **Sex:** Female      **Age:** 6 years
**MR#:**   1220124
**Patient Location:** 22 ERR
**Attending Physician:**  KURBAT MD,JAMES M

---

## *NEUROLOGICAL*

### *Neurological Assessment*

| Procedure | Units | Date 4/21/2014 |
|---|---|---|
| | | Time 02:15 MST |
| | | Charted By Pena,RN,Mischelle |
| Responsiveness | | Alert |
| Speech | | Coos/babbles |
| Additional Neuro Comment | | See Below ᵀ¹ |

Textual Results
T1:    4/21/2014 02:15 MST (Additional Neuro Comment)
        Pt is alert, interactive, no distress noted.

### *Glasgow Coma Scale*

| Procedure | Units | Date 4/21/2014 |
|---|---|---|
| | | Time 02:15 MST |
| | | Charted By Pena,RN,Mischelle |
| Eye Opening Response | | 4 = Spontaneously |
| Verbal Response | | See Below ᵀ² |
| Motor Response | | See Below ᵀ³ |
| Glasgow Coma Score (Form) | | 15 |

Textual Results
T2:    4/21/2014 02:15 MST (Verbal Response)
        5 = Smiles, listens, follows, coos, babbles
T3:    4/21/2014 02:15 MST (Motor Response)
        6 = Obeys commands appropriate for age

### *Stroke Assessment*

| Procedure | Units | Date 4/21/2014 Time 00:48 MST Charted By Westerveld,RN,Norma | Date 4/21/2014 Time 02:15 MST Charted By Pena,RN,Mischelle |
|---|---|---|---|
| ED Chief Complaint Stroke Related | | No | No |

---

**CONFIDENTIAL ZO-BTMC-MD-000017**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C████ Z█ E████████
**DOB:** ████ 2013  **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## CARDIOVASCULAR

### Cardiovascular Assessments

| | Date | 4/21/2014 |
| --- | --- | --- |
| | Time | 02:15 MST |
| | Charted By | Pena,RN,Mischelle |
| Procedure | Units | |
| Capillary Refill | | Less than 3 seconds |
| Nail Bed Color | | Pink |
| Capillary Refill Location | | Fingers |

---

## RESPIRATORY

### Respiratory Assessments

| | Date | 4/21/2014 |
| --- | --- | --- |
| | Time | 02:15 MST |
| | Charted By | Pena,RN,Mischelle |
| Procedure | Units | |
| Respiratory Pattern | | Normal |
| RUL Breath Sounds | | Clear |
| RML Breath Sounds | | Clear |
| RLL Breath Sounds | | Clear |
| LUL Breath Sounds | | Clear |
| LLL Breath Sounds | | Clear |
| Respiratory Characteristics | | Unlabored |
| Chest Wall Movement | | Symmetrical |
| Respiratory Comment | | See Below T4 |

Textual Results
T4:    4/21/2014 02:15 MST (Respiratory Comment)
       Mother reports pt has had congested cough.  Pt has no increased work of breathing, no retractions, no resp
       distress noted.

---

## GASTROINTESTINAL

### Gastrointestinal Assessments

| | Date | 4/21/2014 |
| --- | --- | --- |
| | Time | 02:15 MST |
| | Charted By | Pena,RN,Mischelle |
| Procedure | Units | |
| Oral Mucous Moist | | Yes |

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:**   5/1/2020 06:39 MST                    Page 17 of 59                    **Report Request ID:**   486131451

CONFIDENTIAL ZO-BTMC-MD-000018

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C███ Z█ E███████
**DOB:** ████ 2013 **Sex:** Female      **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## INTEGUMENTARY

### Integumentary Assessments

| Procedure | Units | Date 4/21/2014<br>Time 00:48 MST<br>Charted By Westerveld,RN,Norma | 4/21/2014<br>02:15 MST<br>Pena,RN,Mischelle | 4/21/2014<br>02:15 MST<br>Pena,RN,Mischelle |
|---|---|---|---|---|
| Skin Color | | Normal | - | - |
| Skin Characteristics | | Dry, Warm | - | - |
| ED RAP Assessment | | - | 1 None | 1 None |

## MUSCULOSKELETAL

### Musculoskeletal Assessments

| Procedure | Units | Date 4/21/2014<br>Time 02:15 MST<br>Charted By Pena,RN,Mischelle |
|---|---|---|
| Musculoskeletal Comment | | moves all extremities |

## PSYCHOSOCIAL

### Psychosocial Assessments

| Procedure | Units | Date 4/21/2014<br>Time 02:15 MST<br>Charted By Pena,RN,Mischelle |
|---|---|---|
| Tobacco Status | | Never |
| Suicide Risk:Behavior/Judgment/Complaint | | No |

## PAIN

### Pain Assessments

| Procedure | Units | Date 4/21/2014<br>Time 00:48 MST<br>Charted By Westerveld,RN,Norma | 4/21/2014<br>02:52 MST<br>Pena,RN,Mischelle |
|---|---|---|---|
| Pain Intensity | | 0 - No hurt | - |
| Pain Level | | - | 0 |

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

CONFIDENTIAL ZO-BTMC-MD-000019

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C█████ Z███ E███████
**DOB:** █████2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## SAFETY-PRECAUTIONS ASSESSMENTS

| Safety/Precautions | | | | |
|---|---|---|---|---|
| | Date | 4/21/2014 | 4/21/2014 | 4/21/2014 |
| | Time | 00:48 MST | 02:15 MST | 02:15 MST |
| | Charted By | Westerveld,RN,Norma | Pena,RN,Mischelle | Pena,RN,Mischelle |
| Procedure | Units | | | |
| Types of Wrist Bands in Place | | Name band | Name band | Name band |

## INTERVENTIONS THERAPY

| PT/OT Flowsheet | | |
|---|---|---|
| | Date | 4/21/2014 |
| | Time | 02:52 MST |
| | Charted By | Pena,RN,Mischelle |
| Procedure | Units | |
| Discharge Comment | | See Below [T5] |

Textual Results
T5:     4/21/2014 02:52 MST (Discharge Comment)
        Pt is sleeping in car carrier, no distress noted.

## PATIENT EDUCATION

| Patient Education | | |
|---|---|---|
| | Date | 4/21/2014 |
| | Time | 02:52 MST |
| | Charted By | Pena,RN,Mischelle |
| Procedure | Units | |
| Edu 1 Person Taught | | Parent |
| Edu 1 Learning Considerations | | None |
| Edu 1 Teaching Method | | Verbal, Written |
| Edu 1 Outcome/Eval | | Voices understanding |
| Edu 1 Learning Category | | Discharge plan/Instructions |
| Edu 1 Additional Comments | | RX x1 given to mother. |
| Edu 1 Provided By | | Nursing |

CONFIDENTIAL ZO-BTMC-MD-000020

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███ Z█ E███
DOB: ███2013 Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

---

## EMERGENCY DEPARTMENT DOCUMENTATION

*Triage Flowsheet*

|  | Date<br>Time<br>Charted By | 4/21/2014<br>00:48 MST<br>Westerveld,RN,Norma | 4/21/2014<br>02:15 MST<br>Pena,RN,Mischelle |
|---|---|---|---|
| Procedure | Units |  |  |
| Tracking Acuity |  | 3 | 3 |
| Suspected Abuse/Neglect Observation |  | - | No signs or symptoms observed |

---

## CLINICAL SUMMARIES

Document Name:
Result Status:
Signed By:

Nurse Handoff
Auth (Verified)
Pena,RN,Mischelle (4/21/2014 02:57 MST)

**Nurse Handoff**

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

**Banner Health Emergency Department**
**ED Handoff - General**

**PERSON INFORMATION**
Name: C███ Z█ E███
Sex: Female
Age: 6 Months
DOB: ███2013 12:00 AM
Marital Status: Single

Language: English

Communication Needs:

Arrive Date/Time: 4/21/2014 12:42 AM
LOS: 000 02:15
Acuity: ESI-3
Wrist Bands in Place: Name band

Type of Advanced Directive:
N/A

Patient Belongings Responsibility:

MRN: 1220124
FIN: 70531066
Room: ERR CO

PHI Restrictions:

PHI Revocation:

**Person Information Comment:**

**Visitors/Restrictions/Password**
**Visitor Restrictions:**
**Visitor Allowed:**
**Visitor Not Allowed:**
**Visitor Password:**

L = Low      H = High      C = Critical          * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
Printed: 5/1/2020 06:39 MST                                    Page 20 of 59                        Report Request ID: 486131451

CONFIDENTIAL ZO-BTMC-MD-000021

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: O___ Z__ E___
DOB: ___2013  Sex: Female          Age: 6 years
MR#:  1220124
Patient Location:  22 ERR
Attending Physician:  KURBAT MD,JAMES M

---

### CLINICAL SUMMARIES

---

**Diagnosis/Complaints**
**Diagnosis ED Provider Note:** Upper respiratory infection  465.9
**Patient's Chief Complaint:** child has had congested cough
**Visit Reason:**
congested cough,
**Nurse/Provider Joint Documentation Completed:**
**SBAR:**
## S - SITUATION
**Situation Comment:**

**Code Status Order:**

No Available Information

**Code Status: Comment**

**Safety/Precautions/Restraints**
**Precaution Orders:**

No Available Information

**Patient's Chief Complaint of Behavioral or Emotional Component:** No
**Suicide Risk Based on Chief Complaint, Patient Behavior or Nursing Judgment:** No
**Suicidal Observation Status:**
**Safety and Precautions from Nursing Documentation:**
**RAP Triggers for Wounds & Skin Abnormalities:** 1 None
**Restraint Orders:**

No Available Information

**Reason for Restraint/Seclusion from Nursing Documentation:**
**Physical/Mechanical Restraint Type from Nursing Documentation:**

**Fall Risk**
**Date of Last Fall:**
**Fall Risk Score:**
    Low risk = 1-2 points
    Moderate risk = 3-4 points
    High risk = 5 points or more

**Provider Information**
**Admitting Physician:** KURBAT MD, JAMES M
**Med Service:** ER - Red
**PCP:** CLEARY DO, KEVIN W
**ED Provider Information:**
KURBAT MD, JAMES M,Admitting Physician

---

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000022**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C███ Z█ E██████
**DOB:** ███ 2013  **Sex:** Female    **Age:** 6 years
**MR#:**    1220124
**Patient Location:** 22 ERR
**Attending Physician:**  KURBAT MD, JAMES M

---

### CLINICAL SUMMARIES

ER PHYSICIAN, M0010999,Admitting Physician
KURBAT MD, JAMES M,Attending Physician
ER PHYSICIAN, M0010999,Attending Physician

### B - BACKGROUND
**Background Comment:**

## Allergy: No known allergies
### Medical History

None (Onset Date ) Life Cycle: Resolved
**Medical History Comment:**

**Pediatric Concerns From History:**
**Born Prematurely**
**Born Prematurely Comment**
**Birth Weight (grams)**
**Length of Hospitalization After Birth (days)**
**Method of Delivery**
**Mother's Group B Strep Status at Child's Birth**
**Were Antibiotics Given to Mother or Baby at Delivery**
**Mother/Baby Antibiotic Comment**

### Surgical/Procedure History

None ()
**Surgical/Procedure History Comment:**

### Home/Life/Social History
**Home/Life/Social History Comment:**

## A - ASSESSMENT
**Intake/Output Comment:**

| Height (cm) | 64 cm |
|---|---|
| Weight (kg) | 6.42 kg |
| Total Intake | |
| | No Available Information |
| Total Output | |
| | No Available Information |

**VITALS**
**Vitals Comment:**

---

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

CONFIDENTIAL ZO-BTMC-MD-000023

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C████ Z███ E██████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## CLINICAL SUMMARIES

|  | Date/Time Resulted | First Vitals Documented | Date/Time Resulted | Last Vitals Documented |
|---|---|---|---|---|
| Temperature | 04/21/14 00:48 | 37 DegC | 04/21/14 00:48 | 37 DegC |
| Temperature Site | 04/21/14 00:48 | Rectal | 04/21/14 00:48 | Rectal |
| O2 Saturation | 04/21/14 00:48 | 95 % | 04/21/14 02:52 | 97 % |
| Respiratory Rate | 04/21/14 00:48 | 16 br/min | 04/21/14 02:52 | 20 br/min |
| Heart Rate | 04/21/14 00:48 | 138 bpm | 04/21/14 02:52 | 127 bpm |
| Blood Pressure |  | / |  | / |
| Pain Intensity | 04/21/14 00:48 | 0 - No hurt | 04/21/14 00:48 | 0 - No hurt |
| Glasgow Coma Score | 04/21/14 02:15 | 15 | 04/21/14 02:15 | 15 |
| ED Pain disposition | 04/21/14 02:52 | 0 | 04/21/14 02:52 | 0 |

**EWS Score**
**Thermoregulation Device**
**Thermoregulation Device Initiated**
**Thermoregulation Device Discontinued**
**SIGNIFICANT EVENTS**
**Latest Event:**
**Significant Events Comment:**

**PROCEDURES**
**Procedures Comment:**
**CLINICAL ASSESSMENT**
**Clinical Comment:**

| CARDIOVASCULAR | RESPIRATORY | PULSES | NEUROLOGICAL |
|---|---|---|---|
| Regularity | Pattern Normal | Right Radial | Glasgow Score |
| Sounds |  | Left Radial | Glasgow Eyes 4 = Spontaneously |
|  |  | Right Dorsalis Pedis | Glasgow Verbal 5 = Smiles, listens, |
|  | Breath Sounds | Left Dorsalis Pedis | follows, coos, babbles |
| Rhythms | LULClear |  | Glasgow Motor 6 = Obeys |
| Sinus | LLL |  | commands appropriate for age |
| Atrial | RULClear | Nail Bed Color Pink |  |
| Ventricular | RMLClear | Capillary Refill Less than 3 seconds |  |
| Junctional | RLLClear | Capillary Refill Location Fingers | Resposiveness Alert |
| Conduction |  |  | Orientation |
|  |  |  | Balance |
|  | PED SPECIFIC RESPIRATORY |  | Speech Coos/babbles |
| Pacemaker | Flaring |  |  |
| Kind | Grunting | Skin Color Normal |  |
| Type | Nasal Congestion | Skin Characteristics Dry, Warm | PSYCHOSOCIAL |
|  | Upper Airway Congestion | Mucous Membrane Appearance | Emotional Behavior/Interactions |
|  | Retracting |  | Anxiety Score |
| FISTULA | Location of Retraction |  |  |
| Assessment | RAS Score |  |  |
| Fistula Location |  |  |  |

### CLINICAL ASSESSMENT CONTINUED

| REPRODUCTIVE HX/STATUS | GASTROINTESTINAL | Edema First Location | Wound 1 |
|---|---|---|---|
| Pregnant Per Patient Statement | Upper GI | / / |  |
| Are You Lactating? | Nausea |  | Wound 2 |
| LMP | Nausea Duration |  |  |
|  |  | Edema Second Location | / |

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

**Printed:** 5/1/2020 06:39 MST

**Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000024**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C█████ Z██ E█████
DOB: ███ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

---

## CLINICAL SUMMARIES

| | | | |
|---|---|---|---|
| EDC | Vomiting Characteristics | / / | Wound 3 |
| Gravida | # of Emesis per Day | | / |
| Para | Vomiting Duration | | Wound 4 |
| Abortions | | Edema Third Location | / |
| Miscarriages | | / / | Wound 5 |
| GA | Lower GI | | / |
| Vaginal Bleeding | Abdomen | Edema Fourth Location | Wound 6 |
| Clots or Tissue | Bowel Sounds | / / | / |
| Reproductive History/Status | RUQ | | Wound 7 |
| Comment | RLQ | | / |
| Fetal Heart Tone | LLQ | Rattlesnake Bite First Location | Wound 8 |
| | LUQ | Rattlesnake Bite Second Location | / |
| | Frequency of Stools per Day | Rattlesnake Bite Third Location | Wound 9 |
| | Stool Consistency | Rattlesnake Bite Fourth Location | / |
| | Stool Color | | Wound 10 |
| | Last Normal BM Date | | / |

## A – ASSESSMENT  CONTINUED
### CLINICAL DEVICES DATA
**Clinical Devices Comment:**

Pre-existing Tube/Line/Device-Documented in ED Focused
Pre-existing Tube/Line/Device Comment-Documented in ED Focused

| Oxygen/Vent | Vent Mode | | |
|---|---|---|---|
| Delivery Device | Set Rate | | |
| Airway Type | Tidal Volume Set | | |
| FIO2 | Pressure Support | | |
| 02 Liters/Min | PEEP | | |
| | Vent FIO2 | | |
| IV Line 1 | Line 1 Gauge/Site/Descriptors | Line 1 IV Prehospital Start | |
| Start | / / | | |
| Line 1 Type | | | |
| IV Line 2 | Line 2 Gauge/Site/Descriptors | Line 2 IV Prehospital Start | |
| Start | / / | | |
| Line 2 Type | | | |
| IV Line 3 | Line 3 Gauge/Site/Descriptors | Line 3 IV Prehospital Start | |
| Start | / / | | |
| Line 3 Type | | | |
| PICC Line 1 | Location PICC 1 | Central Line 1 | Location Details |
| Start | Location Detail PICC 1 | Start Date | Line Type |
| Catheter Type PICC 1 | | Location | |
| Urinary Catheter 1 | Catheter Status 1 | Tube/Drain 1 | Tube/Drain 1 Location |
| Start | Catheter 1 Started Prehospital | Start | Tube/Drain 1 Amount |
| | | Tube/Drain 1 Type | |
| Catheter Type 1 | | | |
| Chest Tube A | Drainage | Chest Tube B | Drainage |
| Location | Drainage Amount | Location | Drainage Amount |
| Location Descriptors | | Location Descriptors | |
| Chest Tube C | Drainage | Chest Tube D | Drainage |
| Location | Drainage Amount | Location | Drainage Amount |
| Location Descriptors | | Location Descriptors | |

CONFIDENTIAL ZO-BTMC-MD-000025

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███ Z██ E███
DOB: ███ 2013  Sex: Female    Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

---

### *CLINICAL SUMMARIES*

## R - RECOMMENDATIONS
**MEDICATION INFORMATION**
**Disposition of Medications Brought from Home:**
**Medication Comment:**

**Orders/Meds Given/Task Review Comment:**

**WIS Outstanding Orders Comment:**

**Recommendations Comment:**

**Testing Results Comment:**

## CORE MEASURES
**Acute Myocardial Infarction (AMI) Comment:**

**Heart Failure (HF) Comment:**

**Pneumonia Comment:**

**Surgical Care Improvement Project (SCIP) Comment:**

---

### *ED REPORTS*

Document Name:                              Quick Look Triage
Result Status:                             Auth (Verified)
Signed By:                                 Westerveld,RN,Norma (4/21/2014 00:48 MST)

**Quick Look Triage Entered On: 04/21/2014 00:53 MST**
**Performed On: 04/21/2014 00:48 MST by Westerveld, RN, Norma**

**Quick Look**
DCP GENERIC CODE
*Tracking Acuity :* ESI-3
*Tracking Group :* 22 ED BTMC

Westerveld, RN, Norma - 04/21/2014 00:48 MST

*Patient's Chief Complaint :* child has had congested cough
*ED Chief Complaint Injury Related :* No
*ED Admitted Via :* Ambulatory/POV
*ED Chief Complaint Stroke Related :* No
*Heart Rate :* 138 bpm
*Respiratory Rate :* 16 br/min
*Temp C :* 37 DegC(Converted to: 98.6 DegF)
*Temperature Site :* Rectal

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
**Printed:** 5/1/2020 06:39 MST                    Page 25 of 59                    **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000026

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O   Z  E
**DOB:**   2013  **Sex:** Female    **Age:** 6 years
**MR#:**  1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

*O2 Saturation :* 95 %
*Pt. on Oxygen :* No
*Pain Intensity :* 0 - No hurt
*Skin Color :* Normal
*Skin Characteristics :* Dry, Warm

Westerveld, RN, Norma - 04/21/2014 00:48 MST
(As Of: 04/21/2014 00:53 MST)

Diagnoses(Active)
congested cough

*Date:* 04/21/2014 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* Complaint of ; *Clinical Dx:* congested cough ;
*Classification:* Nursing ; *Clinical Service:* Non-Specified ;
*Probability:* 0

**Allergies/Ht/Wt**
*Height (cm) :* 64 cm(Converted to: 2 ft 1 in, 2.10 ft, 25.20 in)
*Weight :* 6.42 kg(Converted to: 14 lb 2 oz, 6,420.000 Gm, 14.154 lb)
*BSA :* 0.34
*Weight Obtained by :* Infant scale

Westerveld, RN, Norma - 04/21/2014 00:48 MST
(As Of: 04/21/2014 00:53 MST)

Allergies (Active)
No known allergies

*Estimated Onset Date:* Unspecified ; *Created By:* Westerveld,
RN, Norma; *Reaction Status:* Active ; *Category:* Drug ;
*Substance:* No known allergies ; *Type:* Allergy ; *Updated By:*
Westerveld, RN, Norma; *Reviewed Date:* 04/21/2014 00:49
MST

**Wrist Band Documentation**
*Types of Wrist Bands in Place :* Name band

Westerveld, RN, Norma - 04/21/2014 00:48 MST

---

Document Name:                  .Emergency Room Report
Result Status:                    Auth (Verified)
Signed By:                        KURBAT MD,JAMES M (4/21/2014 02:16 MST)

**Peds - Infant URI**

Patient: O  Z  E     **MRN: 1220124**     **FIN: 70531066**
Age: **6 months**  Sex: **Female**  DOB:  2013
Associated Diagnoses: **None**
Author: **KURBAT MD, JAMES M**

**Basic Information**
**History source:** Mother, father.
**Arrival mode:** Carried.
**History limitation:** None.

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000027**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O   Z  E
**DOB:**   2013 **Sex:** Female    **Age:** 6 years
**MR#:**  1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

---

.

Provider patient care initiated: 04/21/14 01:34

### History of Present Illness
The patient presents with an upper respiratory infection, nasal drainage and tract cough nasal congestion for the past 4-5 days. No fever no vomiting no dyspnea no cyanosis or retractions no wheezing. No rash. The patient is in daycare and just started scooting/crawling. father also states he noted increased tearing in the right eye but has not noticed any redness or crusting. The onset was 4 days ago. The course/duration of symptoms is constant. The degree at present is moderate. Smoke exposure is not a exacerbating factor. Risk factors consist of not immunocompromised patient and not premature birth. Prior episodes: none. Therapy today: none. Associated symptoms: dry cough and nasal congestion.

### Review of Systems
    **Constitutional symptoms:** No lethargy, no fever, no weakness, no decreased activity.
    **Skin symptoms:** No jaundice, no rash, no petechiae.
    **Eye symptoms:** No discharge, Reports: no conjunctival redness.
    **ENMT symptoms:** Nasal congestion, Ear(s): Bilateral, no discharge, Mouth: oral lesions negative.
    **Respiratory symptoms:** Cough, no shortness of breath, no cyanosis, no apnea.
    **Cardiovascular symptoms:** No diaphoresis, no peripheral edema.
    **Gastrointestinal symptoms:** No abdominal pain, no vomiting, no diarrheaOral intake: feeding well.
    **Genitourinary symptoms:** No dysuria, no hematuriaDiapers: Normal amount.
    **Musculoskeletal symptoms:** no swollen or painful joints, No Muscle pain, , Reports: no swelling.
    **Neurologic symptoms:** No decreased motor function, no poor vocalization, no difficulty swallowing.
    **Additional review of systems information:** All Other ROS are reviewed and are negative except as noted above in the HPI.

### Health Status
  **Allergies:** ,
  **Allergies:**
  No known allergies

  .
    Allergic Reactions (All)
      No known allergies
  **Medications:** None.
  **Immunizations:** Up to date.

### Past Medical/ Family/ Social History
  **Medical history:** .
    No active or resolved past medical history items have been selected or recorded.

  **Maternal History**
    **No significant maternal complications**
  **Perinatal History:** No significant perinatal complications.
  **Surgical history:** .
    No active procedure history items have been selected or recorded.
  **Family history:** Not significant.
  **Social history:** Family/social situation: Lives with parent(s), daycare.

CONFIDENTIAL ZO-BTMC-MD-000028

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O████ Z██ E█████
**DOB:** ████2013  **Sex:** Female       **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## *ED REPORTS*

---

### Physical Examination

#### Vital Signs

.
**VITALS**
Temp C - 37 DegC 04/21/14 00:48
Temp F - 98.6  Deg F 04/21/14 00:48
Heart Rate - 138 bpm 04/21/14 00:48
Respiratory Rate - 16 br/min 04/21/14 00:48
O2 Saturation - 95 % 04/21/14 00:48
Weight (kg) - 6.42 kg 04/21/14 00:48

**MAX TEMP 24HRS**
Temp C -  37 DegC 04/21/14 00:48
O2 Saturation.
          04/21/2014 00:48 MST     O2 Saturation        95 %
Measurements.
          04/21/2014 00:48 MST      Height (cm)              64 cm
                                     Weight (kg)              6.42 kg
                                     Weight Obtained by       Infant scale

**General:** Alert, appropriate for age, no acute distress, well nourished, well hydrated, Vigorous infant lying supine
    on exam bed, afebrile.

**Skin:** Warm, dry, intact, no rash, no petechiae.

**Head:** Normocephalic, atraumatic.

**Neck:** Supple, no tenderness, no meningismus.

**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva,
    increased tearing. No erythema no discharge.

**Ears, nose, mouth and throat:** Tympanic membranes clear, oral mucosa moist, no pharyngeal erythema or
    exudate, Nose: Bilateral nares, congestion.

**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema, Arterial pulses:
    Bilateral, radial, 2+.

**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal,
    Symmetrical chest wall expansion, no crackles or wheezes., Cough: Mild, dry, not barking, not croupy.

**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly, Mass: Negative.

**Back:** Nontender, Normal range of motion.

**Musculoskeletal:** Normal ROM, normal strength, no tenderness, no swelling.

**Neurological:** Normal sensory observed, normal coordination observed, normal tone, Level of consciousness:
    Appropriate for age, Motor strength: Equal bilaterally.

### Medical Decision Making

**Differential Diagnosis:** Upper respiratory infection, viral syndrome, bronchiolitis, not otitis media.

**Rationale:** No evidence of any lower respiratory tract disease, no serious bacterial illness, inc wob/SOB or hypoxia, no dehydration on hx/pe,
    pt is well appearing.  Will have RN provide saline nose drop/bulb sxn instruct and send supplies home with family.  Reviewed humidifier,
    sleeping in car seat or other upright position (as tolerated), and frequent nasal suctioning as the mainstay of treatment.  To return to ER
    for any fever, trouble breathing, dehydration or lethargy.

**Documents reviewed:** Reviewed Results: emergency department nurses' notes.

---

L = Low       H = High      C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
**Printed:** 5/1/2020 06:39 MST                              Page 28 of 59                    **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000029

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O███ Z██ E███████
**DOB:** ███ 2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

---

**Impression and Plan**
 **Diagnosis**
  Upper respiratory infection 465.9
 **Plan**
  **Condition:** Improved.
  **Disposition:** Discharged: to home.
  **Counseled:** Family, Regarding diagnosis, Regarding treatment plan, Regarding prescription.

---

Document Name:                          ED Nursing Documents
Result Status:                          Auth (Verified)
Signed By:                              Pena,RN,Mischelle (4/21/2014 02:55 MST)

### ED Assessment Entered On:  04/21/2014 02:57 MST
### Performed On:  04/21/2014 02:15 MST by Pena, RN, Mischelle

**Wrist Band/Safety Precautions/RAP**
*Types of Wrist Bands in Place :*  Name band
*ED RAP Assessment :*  1 None

                                        Pena, RN, Mischelle - 04/21/2014 02:55 MST

**Neurological Assessment**
*EWS CNS Level of Consciousness :*  Alert =0
*Eye Opening Response :*  4 = Spontaneously
*Verbal Response :*  5 = Smiles, listens, follows, coos, babbles
*Motor Response :*  6 = Obeys commands appropriate for age
*Glasgow Coma Score (Form) :*  15
*Responsiveness :*  Alert
*Speech :*  Coos/babbles
*Additional Neuro Comment :*  Pt is alert, interactive, no distress noted.

                                        Pena, RN, Mischelle - 04/21/2014 02:55 MST

**Respiratory Assessment**
*Respiratory Pattern :*  Normal
*Respiratory Characteristics :*  Unlabored
*Chest Wall Movement :*  Symmetrical

                                        Pena, RN, Mischelle - 04/21/2014 02:55 MST

Adult Asessment Breathsounds
*LUL breath sounds :*  Clear
*LLL breath sounds :*  Clear
*RUL breath sounds :*  Clear
*RML breath sounds :*  Clear
*RLL breath sounds :*  Clear

                                        Pena, RN, Mischelle - 04/21/2014 02:55 MST
*Respiratory Comment :*  Mother reports pt has had congested cough.  Pt has no increased work of breathing, no
retractions, no resp distress noted.

                                        Pena, RN, Mischelle - 04/21/2014 02:55 MST

**Cardiovascular Assessment**
Nail and Capillary Refill Grid

L = Low        H = High      C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote

CONFIDENTIAL ZO-BTMC-MD-000030

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O___ Z_ E___
**DOB:** ___ 2013  **Sex:** Female          **Age:** 6 years
**MR#:**  1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## ED REPORTS

| | |
|---|---|
| Nail bed color : | Pink |
| Capillary refill : | Less than 3 seconds |
| Capillary refill location : | Fingers |
| | Pena, RN, Mischelle - 04/21/2014 02:55 MST |

**Musculoskeletal Assessment**
*Musculoskeletal Comment :*  moves all extremities

Pena, RN, Mischelle - 04/21/2014 02:55 MST

**Gastrointestinal Assessment**
*Oral Mucous Moist :*  Yes

Pena, RN, Mischelle - 04/21/2014 02:55 MST

---

Document Name:                              ED Nursing Documents
Result Status:                              Auth (Verified)
Signed By:                                  Pena,RN,Mischelle (4/21/2014 02:54 MST)

**ED Intake Entered On:  04/21/2014 02:55 MST**
**Performed On:  04/21/2014 02:15 MST by Pena, RN, Mischelle**

**Quick Look**
DCP GENERIC CODE
*Tracking Acuity :*  ESI-3
*Tracking Group :*  22  ED BTMC

Pena, RN, Mischelle - 04/21/2014 02:54 MST

*Patient's Chief Complaint :*  child has had congested cough
*ED Chief Complaint Injury Related :*  No
*ED Admitted Via :*  Ambulatory/POV
*ED Chief Complaint Stroke Related :*  No

Pena, RN, Mischelle - 04/21/2014 02:54 MST
(As Of: 04/21/2014 02:55 MST)

Diagnoses(Active)

| | |
|---|---|
| congested cough | *Date:*  04/21/2014 ; *Diagnosis Type:*  Reason For Visit ; *Confirmation:*  Complaint of ; *Clinical Dx:*  congested cough ; *Classification:*  Nursing ; *Clinical Service:*  Non-Specified ; *Probability:*  0 |
| Upper respiratory infection 465.9 | *Date:*  04/21/2014 ; *Diagnosis Type:*  Discharge ; *Confirmation:*  Confirmed ; *Clinical Dx:*  Upper respiratory infection 465.9 ; *Classification:*  Medical ; *Clinical Service:*  Emergency medicine ; *Code:*  ICD-9-CM ; *Probability:*  0 ; *Diagnosis Code:*  465.9 |

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:**  5/1/2020 06:39 MST                              Page 30 of 59                              **Report Request ID:**  486131451

CONFIDENTIAL ZO-BTMC-MD-000031

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O    Z   E
**DOB:**    2013  **Sex:** Female      **Age:** 6 years
**MR#:**    1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## *ED REPORTS*

---

**Allergies/Med List/Ht/Wt**
*Height (cm) :*  64 cm(Converted to: 2 ft 1 in, 2.10 ft, 25.20 in)
*Weight :*  6.42 kg(Converted to: 14 lb 2 oz, 6,420.000 Gm, 14.154 lb)
*BSA :*  0.34
*Weight Obtained by :*  Infant scale

Pena, RN, Mischelle - 04/21/2014 02:54 MST
(As Of: 04/21/2014 02:55 MST)

Allergies (Active)
No known allergies

    *Estimated Onset Date:*  Unspecified ; *Created By:*  Westerveld,
    RN, Norma; *Reaction Status:*  Active ; *Category:*  Drug ;
    *Substance:*  No known allergies ; *Type:*  Allergy ; *Updated By:*
    Westerveld, RN, Norma; *Reviewed Date:*  04/21/2014 02:13
    MST

Medication List

(As Of: 04/21/2014 02:55 MST)

*Prescription/Discharge Order*
erythromycin ophthalmic

    *:*  erythromycin ophthalmic ; *Status:*  Prescribed ; *Ordered As*
    *Mnemonic:*  erythromycin ophthalmic 0.5% ointment ; *Simple*
    *Display Line:*  See Instructions, 0.5 in affected eye QID 7
    day(s), 3 Gm ; *Ordering Provider:*  KURBAT MD, JAMES M;
    *Catalog Code:*  erythromycin ophthalmic ; *Order Dt/Tm:*
    04/21/2014 02:16:41

**Wrist Band/Safety Precautions/RAP**
*Types of Wrist Bands in Place :*  Name band
*ED RAP Assessment :*  1 None

Pena, RN, Mischelle - 04/21/2014 02:54 MST

**General Information**
*Preferred Communication Language :*  English
*Source of Information :*  Family
*Accompanied by :*  Mother, Father
*Arriving From :*  Home

Pena, RN, Mischelle - 04/21/2014 02:54 MST

**Suicide Risk Assessment**

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000032**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z██ E████
**DOB:** ███2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

---

*Complaint Behavioral/Emotional Component :*  No
*Suicide Risk:Behavior/Judgment/Complaint :*  No

Pena, RN, Mischelle - 04/21/2014 02:54 MST

**Directives and Legal**
*Type of Advance Directive :*  N/A

Pena, RN, Mischelle - 04/21/2014 02:54 MST

**Medical History**
*ST Past Medical History :*
Previously Documented Medical History- VIEW ONLY
*Medical History is Recorded :*  Yes

    (As Of : 04/21/2014 02:55 MST)

Past Medical History
None
                    *Name of Problem:*  None ; *Recorder:*  Pena, RN, Mischelle;
                    *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*
                    387958016 ; *Contributor System:*  PowerChart ; *Last Updated:*
                    04/21/2014 02:55 MST ; *Life Cycle Status:*  Resolved ;
                    *Vocabulary:*  SNOMED CT

**Image 6 -** Images currently included in the form version of this document have not been included in the text rendition
version of the form.
**Image 5 -** Images currently included in the form version of this document have not been included in the text rendition
version of the form.
**Surgical/Procedural History**
*ST Past Surgical History :*
Previously Documented Surgeries/Procedures History- VIEW ONLY
*Surgical/Procedural History is Recorded :*  Yes

Pena, RN, Mischelle - 04/21/2014 02:54 MST

Procedure History

(As Of: 04/21/2014 02:55 MST)

                    *Anesthesia Minutes:*  0 ; *Procedure Name:*  None ; *Procedure*
                    *Minutes:*  0 ; *Last Reviewed Dt/Tm:*  04/21/2014 02:55 MST

**Image 2 -** Images currently included in the form version of this document have not been included in the text rendition
version of the form.
**Family History**
Family History

(As Of: 04/21/2014 02:55 MST)

**Substance Use**
*Tobacco Status :*  Never

Pena, RN, Mischelle - 04/21/2014 02:54 MST

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000033**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z█ E█████
**DOB:** ████ 2013  **Sex:** Female     **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

---

**Abuse or Neglect**
*Is the Patient Alone? :* No
*Suspected Abuse/Neglect Observation :* No signs or symptoms observed

Pena, RN, Mischelle - 04/21/2014 02:54 MST

**Immunizations/Travel**
*International Travel <6 months :* No
*Peds Immunizations :* Up-to-date

Pena, RN, Mischelle - 04/21/2014 02:54 MST

---

Document Name:                                      ED Nursing Documents
Result Status:                                      Modified
Signed By:                                          Pena,RN,Mischelle (4/21/2014 02:54 MST); Pena,RN,
                                                    Mischelle (4/21/2014 02:52 MST)

**ED Discharge/Admit Entered On:  04/21/2014 02:53 MST**
**Performed On:  04/21/2014 02:52 MST by Pena, RN, Mischelle**

**Discharge/Admit Info**
*ED Disposition :* Routine discharge
*IV Stop Times Documentation :* N/A
*Tasks Completed or Reconciled :* Yes
*Heart Rate :* 127 bpm

Pena, RN, Mischelle - 04/21/2014 02:52 MST

*Respiratory Rate :* 28 br/min

Pena, RN, Mischelle - 04/21/2014 02:54 MST
~~[ [20 br/min]    previously charted by Pena, RN, Mischelle at 04/21/2014 02:52 MST];~~

*O2 Saturation :* 97 %
*Pain Level :* 0
*Mode of Departure :* Carried
*Departure Transportation :* Private vehicle
*Discharge Comment :* Pt is sleeping in car carrier, no distress noted.

Pena, RN, Mischelle - 04/21/2014 02:52 MST

**Patient Education**
*Edu 1 Person Taught :* Parent
*Edu 1 Provided By :* Nursing
*Edu 1 Learning Considerations :* None
*Edu 1 Learning Category :* Discharge plan/Instructions
*Edu 1 Teaching Method :* Verbal, Written
*Edu 1 Outcome/Eval :* Voices understanding
*Discharge Prescriptions :* Family member
*Edu 1 Additional Comments :* RX x1 given to mother.

Pena, RN, Mischelle - 04/21/2014 02:52 MST

---

L = Low      H = High     C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000034**

\* Auth (Verified) \*



BANNER THUNDERBIRD MEDICAL
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

MR  001220124   ████2013
SVC   EER   F   006M
Acct  00070531066   4/21/14
BTMC   **BANNER LABEL**

**Emergency Department**
**Discharge Instructions Receipt**

MRN: 1220124
FIN: 70531066
**INFORMED DISCHARGE:**

I, C███ Z██ F█████████ :
I, Parent/Guardian/Legally Authorized Representative of patient:
· **Understand that the treatment given was on an emergency basis only, and**
  **that follow-up care is important in treating my medical condition.**
· Know when to follow-up with a physician.
· Know why to follow-up with a physician.
· Know when and why to return to the Emergency Department
· Have been given a copy of the specific discharge instructions and all
  related discharge instructions and I am able to carry them out.
· Understand the results of any lab tests, cultures, x-rays not available at
  discharge will be reviewed and I will be contacted with any additional
  information considered abnormal at the phone number given when I
  registered.

_____        _____   _____
Patient Signature              Date/Time       Nurse Signature

_____        _____
Parent/Guardian/Legally Authorized    Date/Time
Representative Signature

_____
Print Name of Parent/Guardian/Legally Authorized Representative
(Circle Correct Relationship)

4001 ED Disch Instr

Looking for more health information? Please
visit www.BannerHealth.com/Patient.edu

Apr/21/2014 02:18:09
6 of 6

**CONFIDENTIAL ZO-BTMC-MD-000035**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C[    ] Z[  ] E[      ]
DOB: [    ] 2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

| **ED REPORTS** |
| --- |

Document Name:                                 Emergency Depart Document
Result Status:                                      Auth (Verified)
Signed By:                                           KURBAT MD,JAMES M (4/21/2014 02:18 MST)

**Emergency Depart Document**

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

**Emergency Department Discharge Instructions**

**Patient Information**
**Name:** O[    ] Z[  ] E[      ]          **Age:** 6 Months **Date of Birth:** [    ] 2013 12:00 AM
**MRN:** 1220124 **FIN:** 70531066
**Patient Stated Allergies:** No known allergies **Arrival Time:** 4/21/2014 12:42 AM **Checkout Time:**
**Primary Care Physician:** CLEARY DO, KEVIN W
If your Primary Care Physician has changed, please advise the Emergency Department staff.
**Provider and Nursing Reason For Visit:**
congested cough,
O[    ] Z[  ] E[      ] has been given the following list of follow-up instructions, patient education
materials, and prescriptions:

**Please call the doctor's office to make a follow-up appointment. Verify the office address BEFORE
going to the appointment.**

| **With:** | **Address:** | **When:** |
| --- | --- | --- |
| KEVIN CLEARY | 7725 N. 43RD AVE STE111 | Within Call your |
|  | PHOENIX, AZ 85051 | Health Plan to |
|  | (623) 931-9201 Business (1) | arrange follow- |

**Comments:**

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The
virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by
direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand
washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                          Page 35 of 59                          **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000036

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███████ Z███ E██████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## ED REPORTS

simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.



Bronchial tubes

# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants under 1 year old, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children over 1 year old, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

CONFIDENTIAL ZO-BTMC-MD-000037