# **EXHIBIT 21-2**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O▮▮▮▮ Z▮ E▮▮▮▮
**DOB:** ▮▮▮2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

| **ED REPORTS** |
|---|

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don''t expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children''s Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

·       Fever of 100.4°°F (38°°C) oral or 101.4°°F (38.5°°C) rectal or higher, not better with fever medication

·       Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)

·       Increased wheezing or difficulty breathing

·       Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting

·       Unusual fussiness, drowsiness or confusion

·       New rash appears

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
**Printed:** 5/1/2020 06:39 MST                              Page 37 of 59                              **Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000038**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C ▮▮▮ Z ▮ E▮▮▮
DOB: ▮▮▮ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD, JAMES M

---

| ED REPORTS |
| --- |

· No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Medication Information:**
The healthcare providers at Banner Health Emergency Department will give you a list of your new medications. Follow your primary care doctor or pharmacist's instructions on how to take the medications on the list. Your new medications may be different from the medications that you now take at home. Do not make any changes to your home medications unless the healthcare providers at the Emergency Department tell you to make a change. If your home medications have been changed or stopped, the healthcare providers at the Emergency Department will list them in the comment box below.

**Talk with your primary care doctor if you:**
- · Have a change in your home medications
- · Want to know more about your medications
- · Have questions about the dosage or amount of medications to take
- · Cannot pay for your medication

**How to Manage Your Medication Information:**
1. Keep a list of your current medications, including over-the-counter medications and herbal products.
2. Update your medication list when your dosage has changed, you have new medications or you stop taking a medication.
3. Carry your updated, current medication list with you at all times in case of an emergency.
4. Share your updated, current medication list with your primary care doctor and other health care providers.

|  | Take Next Dose Date/Time |
| --- | --- |
| **Fill New Prescriptions:**<br>erythromycin ophthalmic (erythromycin ophthalmic 0.5% ointment) See Instructions 0.5 in affected eye QID 7 day(s) | **New Prescription Comment:** |
|  | **Continue Home Medications Comment:** |

Electronically Signed By: KURBAT MD, JAMES M

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

CONFIDENTIAL ZO-BTMC-MD-000039

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z██ E███████
**DOB:** ████2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### *ED REPORTS*

---

## Emergency Department Exams/Tests/Procedures
**If you were cared for in this hospital Emergency Department, you will see these exams, tests, and procedures listed on this page.**

No Available Information

**Patient Care**

**Durable Medical Equipment/Non Medication Orders:**
No Available Information
**Emergency Department Medications Administration:**
No Available Information

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

**Emergency Department**
**Discharge Instructions Receipt**

**MRN:** 1220124
**FIN:** 70531066
**INFORMED DISCHARGE:**

I, **O███████ Z██ E███████** :
I, Parent/Guardian/Legally Authorized Representative of patient:
· **Understand that the treatment given was on an emergency basis only, and that follow-up care is important in treating my medical condition.**
· **Know when to follow-up with a physician.**
· **Know why to follow-up with a physician.**
· **Know when and why to return to the Emergency Department**
· **Have been given a copy of the specific discharge instructions and all related discharge instructions and I am able to carry them out.**
· **Understand the results of any lab tests, cultures, x-rays not available at discharge will be reviewed and I will be contacted with any additional information considered abnormal at the phone number given when I registered.**

_____    _____    _____

L = Low      H = High     C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                                    Page 39 of 59                          **Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000040**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O___ Z___ E___
**DOB:** ___2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

Patient Signature                    Date/Time      Nurse Signature

_____      _____
Parent/Guardian/Legally Authorized       Date/Time
Representative Signature

_____
Print Name of Parent/Guardian/Legally Authorized Representative
(Circle Correct Relationship)

Document Name:                               Emergency Depart Document
Result Status:                               Modified.
Signed By:                                   Pena,RN,Mischelle (4/21/2014 02:57 MST); Pena,RN,
                                             Mischelle (4/21/2014 02:57 MST)

**Emergency Depart Document**

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

### Emergency Department Discharge Instructions

**Patient Information**
**Name:** O___ Z___ E___          **Age:** 6 Months **Date of Birth:** 9/30/2013 12:00 AM
**MRN:** 1220124 **FIN:** 70531066
**Patient Stated Allergies:** No known allergies **Arrival Time:** 4/21/2014 12:42 AM **Checkout Time:**
4/21/2014 2:57 AM
**Primary Care Physician**: CLEARY DO, KEVIN W
If your Primary Care Physician has changed, please advise the Emergency Department staff.
 **Provider and Nursing Reason For Visit:**
 congested cough,
**O___ Z___ E___**          has been given the following list of follow-up instructions, patient education
materials, and prescriptions:

**Please call the doctor's office to make a follow-up appointment. Verify the office address BEFORE
going to the appointment.**

**With:**                    **Address:**                    **When:**

L = Low       H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 5/1/2020 06:39 MST                          Page 40 of 59          **Report Request ID:**  486131451

CONFIDENTIAL ZO-BTMC-MD-000041

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███████ Z██ E███████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD, JAMES M

---

## *ED REPORTS*

KEVIN CLEARY          7725 N. 43RD AVE STE111       Within Call your
                      PHOENIX, AZ 85051             Health Plan to
                      (623) 931-9201 Business (1)   arrange follow-

**Comments:**

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.

---

CONFIDENTIAL ZO-BTMC-MD-000042

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C███ Z█ E█████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#:     1220124
Patient Location:  22 ERR
Attending Physician:  KURBAT MD,JAMES M

---

***ED REPORTS***



# Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants under 1 year old, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children over 1 year old, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

**CONFIDENTIAL ZO-BTMC-MD-000043**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O███ Z██ E███
**DOB:** ███2013  **Sex:** Female          **Age:** 6 years
**MR#:**   1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don''t expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children''s Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

- Fever of 100.4°°F (38°°C) oral or 101.4°°F (38.5°°C) rectal or higher, not better with fever medication
- Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
- Increased wheezing or difficulty breathing
- Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting
- Unusual fussiness, drowsiness or confusion
- New rash appears
- No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| L = Low | H = High | C = Critical | * = Abnormal | ^ = Interpretive Data | c = Corrected | f = Footnote |

**CONFIDENTIAL ZO-BTMC-MD-000044**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C___ Z_ E____
**DOB:** ___ 2013 **Sex:** Female     **Age:** 6 years
**MR#:**  1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD, JAMES M

---

## ED REPORTS

### Medication Information:
The healthcare providers at Banner Health Emergency Department will give you a list of your new medications. Follow your primary care doctor or pharmacist's instructions on how to take the medications on the list. Your new medications may be different from the medications that you now take at home. Do not make any changes to your home medications unless the healthcare providers at the Emergency Department tell you to make a change. If your home medications have been changed or stopped, the healthcare providers at the Emergency Department will list them in the comment box below.

### Talk with your primary care doctor if you:
- Have a change in your home medications
- Want to know more about your medications
- Have questions about the dosage or amount of medications to take
- Cannot pay for your medication

### How to Manage Your Medication Information:
1. Keep a list of your current medications, including over-the-counter medications and herbal products.
2. Update your medication list when your dosage has changed, you have new medications or you stop taking a medication.
3. Carry your updated, current medication list with you at all times in case of an emergency.
4. Share your updated, current medication list with your primary care doctor and other health care providers.

|  | **Take Next Dose Date/Time** |
|---|---|
| **Fill New Prescriptions:**<br>erythromycin ophthalmic (erythromycin ophthalmic 0.5% ointment) See Instructions 0.5 in affected eye QID 7 day(s) | **New Prescription Comment:** |
|  | **Continue Home Medications Comment:** |

Electronically Signed By: **KURBAT MD, JAMES M**

### Emergency Department Exams/Tests/Procedures
**If you were cared for in this hospital Emergency Department, you will see these exams, tests, and procedures listed on this page.**

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000045**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O      Z    E
**DOB:**      2013  **Sex:** Female          **Age:** 6 years
**MR#:**    1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## *ED REPORTS*

No Available Information

**Patient Care**

**Durable Medical Equipment/Non Medication Orders:**
No Available Information
**Emergency Department Medications Administration:**
No Available Information

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

**Emergency Department**
**Discharge Instructions Receipt**

**MRN:** 1220124
**FIN:** 70531066
**INFORMED DISCHARGE:**

I, O      Z    E              :
I, Parent/Guardian/Legally Authorized Representative of patient:
· **Understand that the treatment given was on an emergency basis only, and that follow-up care is important in treating my medical condition.**
· **Know when to follow-up with a physician.**
· **Know why to follow-up with a physician.**
· **Know when and why to return to the Emergency Department**
· **Have been given a copy of the specific discharge instructions and all related discharge instructions and I am able to carry them out.**
· **Understand the results of any lab tests, cultures, x-rays not available at discharge will be reviewed and I will be contacted with any additional information considered abnormal at the phone number given when I registered.**

_____          _____          _____
Patient Signature                          Date/Time       Nurse Signature


_____          _____
Parent/Guardian/Legally Authorized      Date/Time

L = Low        H = High     C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:**  5/1/2020 06:39 MST                              Page 45 of 59                        **Report Request ID:**  486131451

**CONFIDENTIAL ZO-BTMC-MD-000046**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O███ Z██ E███████
**DOB:** ████ 2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## *ED REPORTS*

---

Representative Signature

_____
Print Name of Parent/Guardian/Legally Authorized Representative
(Circle Correct Relationship)

---

**Emergency Depart Document**

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

## Emergency Department Discharge Instructions

**Patient Information**
**Name:** O██████ Z██ E███████         **Age:**  6 Months **Date of Birth:** ████ 2013 12:00 AM
**MRN:** 1220124 **FIN:** 70531066
**Patient Stated Allergies:** No known allergies **Arrival Time:** 4/21/2014 12:42 AM **Checkout Time:** 4/21/2014 2:57 AM
**Primary Care Physician**: CLEARY DO, KEVIN W
If your Primary Care Physician has changed, please advise the Emergency Department staff.
 **Provider and Nursing Reason For Visit:**
congested cough,
**O██████ Z██ E███████**         has been given the following list of follow-up instructions, patient education materials, and prescriptions:

**Please call the doctor's office to make a follow-up appointment. Verify the office address BEFORE going to the appointment.**

| **With:** | **Address:** | **When:** |
|---|---|---|
| KEVIN CLEARY | 7725 N. 43RD AVE STE111 | Within Call your |
| | PHOENIX, AZ  85051 | Health Plan to |
| | (623) 931-9201 Business (1) | arrange follow- |

**Comments:**

---

L = Low      H = High     C = Critical       * = Abnormal      ^ = Interpretive Data      c = Corrected       f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000047**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O▮▮▮ Z▮ E▮▮▮▮
**DOB:** ▮▮2013  **Sex:** Female            **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

| *ED REPORTS* |
| --- |

## Viral Respiratory Illness [Child]

Your child has a viral upper respiratory illness (URI), which is another term for the common cold. The virus is contagious during the first few days. It is spread through the air by coughing, sneezing or by direct contact (touching your sick child then touching your own eyes, nose or mouth). Frequent hand washing will decrease risk of spread. Most viral illnesses resolve within 7-14 days with rest and simple home remedies. However, they may sometimes last up to four weeks. Antibiotics will not kill a virus and are generally not prescribed for this condition.



Bronchial tubes

## Home Care:

1) FLUIDS: Fever increases water loss from the body. For infants <u>under 1 year old</u>, continue regular formula or breast feedings. Between feedings give oral rehydration solution. (You can buy this as Pedialyte, Infalyte or Rehydralyte from grocery and drug stores. No prescription is needed.) For children <u>over 1 year old</u>, give plenty of fluids like water, juice, 7-Up, ginger-ale, lemonade or popsicles.

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:** 5/1/2020 06:39 MST                              Page 47 of 59                              **Report Request ID:** 486131451

**CONFIDENTIAL ZO-BTMC-MD-000048**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O▇▇▇ Z▇ E▇▇▇
**DOB:** ▇▇2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### *ED REPORTS*

2) EATING: If your child doesn't want to eat solid foods, it's okay for a few days, as long as she/he drinks lots of fluid.

3) REST: Keep children with fever at home resting or playing quietly until the fever is gone. Your child may return to day care or school when the fever is gone and she/he is eating well and feeling better.

4) SLEEP: Periods of sleeplessness and irritability are common. A congested child will sleep best with the head and upper body propped up on pillows or with the head of the bed frame raised on a 6 inch block. An infant may sleep in a car-seat placed in the crib or in a baby swing.

5) COUGH: Coughing is a normal part of this illness. A cool mist humidifier at the bedside may be helpful. Over-the-counter cough and cold medicines have not been proven to be any more helpful than a placebo (sweet syrup with no medicine in it). However, they can produce serious side effects, especially in infants under 2 years of age. Therefore, do not give over-the-counter cough and cold medicines to children under 6 years unless your doctor has specifically advised you to do so. Also, don''t expose your child to cigarette smoke. It can make the cough worse.

6) NASAL CONGESTION: Suction the nose of infants with a rubber bulb syringe. You may put 2-3 drops of saltwater (saline) nose drops in each nostril before suctioning to help remove secretions. Saline nose drops are available without a prescription or make by adding 1/4 teaspoon table salt in 1 cup of water.

7) FEVER: Use Tylenol (acetaminophen) for fever, fussiness or discomfort, unless another medicine was prescribed. In infants over six months of age, you may use ibuprofen (Children''s Motrin) instead of Tylenol. [NOTE: If your child has chronic liver or kidney disease or has ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] (Aspirin should never be used in anyone under 18 years of age who is ill with a fever. It may cause severe liver damage.)

8) PREVENTING SPREAD: Washing your hands after touching your sick child will help prevent the spread of this viral illness to yourself and to other children.

# Follow Up

as directed by our staff.

# Get Prompt Medical Attention

if any of the following occur:

- Fever of 100.4°°F (38°°C) oral or 101.4°°F (38.5°°C) rectal or higher, not better with fever medication
- Fast breathing (birth to 6 wks: over 60 breaths/min; 6 wk - 2 yr: over 45 breaths/min; 3-6 yr: over 35 breaths/min; 7-10 yrs: over 30 breaths/min; more than 10 yrs old: over 25 breaths/min)
- Increased wheezing or difficulty breathing
- Earache, sinus pain, stiff or painful neck, headache, repeated diarrhea or vomiting

**CONFIDENTIAL ZO-BTMC-MD-000049**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: C██████ Z██ E██████
DOB: ████ 2013  Sex: Female          Age: 6 years
MR#: 1220124
Patient Location: 22 ERR
Attending Physician: KURBAT MD,JAMES M

## ED REPORTS

- Unusual fussiness, drowsiness or confusion

- New rash appears

- No tears when crying; "sunken" eyes or dry mouth; no wet diapers for 8 hours in infants, reduced urine output in older children

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Medication Information:**
The healthcare providers at Banner Health Emergency Department will give you a list of your new medications. Follow your primary care doctor or pharmacist's instructions on how to take the medications on the list. Your new medications may be different from the medications that you now take at home. Do not make any changes to your home medications unless the healthcare providers at the Emergency Department tell you to make a change. If your home medications have been changed or stopped, the healthcare providers at the Emergency Department will list them in the comment box below.

**Talk with your primary care doctor if you:**
- Have a change in your home medications
- Want to know more about your medications
- Have questions about the dosage or amount of medications to take
- Cannot pay for your medication

**How to Manage Your Medication Information:**
1. Keep a list of your current medications, including over-the-counter medications and herbal products.
2. Update your medication list when your dosage has changed, you have new medications or you stop taking a medication.
3. Carry your updated, current medication list with you at all times in case of an emergency.
4. Share your updated, current medication list with your primary care doctor and other health care providers.

| | **Take Next Dose Date/Time** |
|---|---|
| **Fill New Prescriptions:**<br>erythromycin ophthalmic (erythromycin ophthalmic 0.5% ointment) See Instructions 0.5 in affected eye QID 7 day(s) | **New Prescription Comment:** |
| | **Continue Home Medications Comment:** |

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
**Printed:** 5/1/2020 06:39 MST                     Page 49 of 59              **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000050

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z██ E██████
**DOB:** ████2013 **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## *ED REPORTS*

---

**Electronically Signed By: KURBAT MD, JAMES M**

### Emergency Department Exams/Tests/Procedures
**If you were cared for in this hospital Emergency Department, you will see these exams, tests, and procedures listed on this page.**

No Available Information

**Patient Care**

**Durable Medical Equipment/Non Medication Orders:**
No Available Information
**Emergency Department Medications Administration:**
No Available Information

BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD
GLENDALE, AZ 85306
(602) 865-5555

**Emergency Department**
**Discharge Instructions Receipt**

**MRN:** 1220124
**FIN:** 70531066
**INFORMED DISCHARGE:**

I, **O█████ Z██ E██████** :
I, Parent/Guardian/Legally Authorized Representative of patient:
- · **Understand that the treatment given was on an emergency basis only, and that follow-up care is important in treating my medical condition.**
- · **Know when to follow-up with a physician.**
- · **Know why to follow-up with a physician.**
- · **Know when and why to return to the Emergency Department**
- · **Have been given a copy of the specific discharge instructions and all related discharge instructions and I am able to carry them out.**

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

**CONFIDENTIAL ZO-BTMC-MD-000051**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O███ Z█ E███
**DOB:** ███2013  **Sex:** Female     **Age:** 6 years
**MR#:**   1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

## ED REPORTS

· **Understand the results of any lab tests, cultures, x-rays not available at discharge will be reviewed and I will be contacted with any additional information considered abnormal at the phone number given when I registered.**

_____     _____    _____
Patient Signature                         Date/Time      Nurse Signature

_____     _____
Parent/Guardian/Legally Authorized      Date/Time
Representative Signature

_____
Print Name of Parent/Guardian/Legally Authorized Representative
(Circle Correct Relationship)

---

## REGISTRATION DOCUMENTS

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:**  5/1/2020 06:39 MST                   Page 51 of 59                **Report Request ID:**  486131451

CONFIDENTIAL ZO-BTMC-MD-000052

* Auth (Verified) *

 **Banner Health®**

O███ Z██ E█
MR: 001220124          ███2013    F   6M
EER
Acct: 00070531066              4/21/2014

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

## CONDITION OF ADMISSION AND TREATMENT

1. **CONSENT FOR HEALTH CARE SERVICES:** I give my consent to all health care services including routine hospital services, procedures, medications, laboratory procedures and tests, injections and other services or procedures given as ordered by my physician/physician extender or as required by hospital procedure. This consent is effective for this inpatient/outpatient visit and for recurring outpatient services of the same type for a period of one year following its execution. This Condition of Admission and Treatment Agreement covers telemedicine services, including but not limited to e-ICU and consultative services. For obstetrical patients, the consent applies to both the obstetrical patient and the newborn(s). I further understand that a physician is not in the hospital 24 hours/day in the following Banner hospitals: Community Hospital-Torrington, East Morgan County Hospital, Platte County Memorial Hospital, Ogallala Community Hospital, Banner Heart Hospital, Banner Behavioral Health Hospital, and Page Hospital.

2. **LEGAL RELATIONSHIP BETWEEN HOSPITAL AND HEALTH CARE PROVIDERS:** The patient will be treated by his/her attending physician, including physician extenders and covering physicians, and be under his/her care and supervision. Physicians and other health care providers furnishing services to the patient, including but not limited to the emergency room physician, hospitalist, radiologist, pathologist and anesthesiologist, are generally not employees or agents of the hospital, and the hospital is not liable for their actions or omissions. These providers may bill separately for their services. Questions about whether a healthcare provider is an agent or employee of the hospital should be directed to Administration during normal business hours, and the Administrator On Call or the Chief Nursing Officer/ Designee after hours, weekends and holidays.

3. **MONEY AND VALUABLES:** Valuables and money should not be brought to the hospital and should be given to family members for safekeeping. The hospital has a safe in which to keep money or valuables. The hospital will not be responsible for loss of or damage to items not deposited in the safe (such as glasses, dentures, hearing aids, contact lens, jewelry or money).

4. **CONSENT TO RECORD:** Photographs or videotapes may be made of diagnostic and surgical procedures for treatment and/or training purposes or to improve quality of care.

5. **TEACHING PROGRAM:** The hospital participates in training programs for physicians and health care personnel. Some patient services may be provided by persons in training under the supervision and instruction of physicians or hospital employees. These persons in training may also observe care given to the patient by physicians and hospital employees.

6. **RELEASE OF INFORMATION:** The patient acknowledges and understands that the hospital utilizes an electronic record, and that treatment from Banner facilities is integrated into one record. The patient agrees that medical and/or financial records (including information regarding alcohol or drug abuse, HIV related or other communicable disease related information) may be released without consent to the following:
   A. Health care providers who are providing or have provided health care to the patient; any individual or entity responsible for payment of hospital's or other provider's charges; to health care providers or organizations accrediting the facility or conducting utilization review, quality assurance, or peer review; and to the hospital's and provider's legal representatives and professional liability carriers.
   B. Individuals and organizations engaged in medical education and research, provided that information may only be released for use in medical studies and research without patient identifying information.
   C. Individuals and entities as specified by federal and state law and /or in the hospital's Notice of Privacy Practices.
   The Release shall continue for so long as the medical and /or financial records are needed for any of the above-stated purposes.

7. **CONTRABAND:** Drugs, alcohol, weapons and other articles specified as contraband by the hospital may not be brought onto the hospital premises. Any illegal substance will be confiscated and turned over to law enforcement authorities. If the presence of contraband is suspected, the patient's room and belongings may be searched, and visitors may be searched before visitation.

### ACKNOWLEDGMENTS

I acknowledge receipt of or I have previously received and decline another copy of the:
   - Notice of Privacy Practices for Banner Health
   - Patient Rights & Responsibilities
   - Smoking Cessation

If applicable in the state where I am receiving care, I acknowledge receipt, and have read and understood the information regarding the State/Regional Health Information Exchange or I previously received this information and decline another copy.

### AGREEMENT

I have read and understand this Medical Treatment Agreement. I am the patient, the parent of a minor child, or the legal representative of the patient and am authorized to act on the patient's behalf to sign this agreement.

| Zoey Olson | 4/20/14 | 23W |
|---|---|---|
| Signature of Patient | Date | Time |
| ~~Kala Da~~ - Mother | 4/20/14 | 23W |
| Authorized Representative/Relationship | Date | Time |
| ~~...~~ 263405 | 4/20/14 | 23α |
| Witness | Date | Time |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

B1005
(5/2012)

**CONFIDENTIAL ZO-BTMC-MD-000053**

**\* Auth (Verified) \***

# Member Verfication Data



Page 1 of 1

**AHCCCS**
Arizona's Medicaid Agency

MR# 001220124    09/30/2013
SVC    ERR    F    006M
Acct   00070531066    4/21/14
BTMC   BANNER LABEL

Main :: FAQ :: LogOut ::

Main Menu

Prior Authorization Inquiry

Claims Submission 5010

Claim Status

Prior Authorization Submission

Eligibility And Enrollment Status

Newborn Notification

Provider Verification

Recipient Search    Help    Print

**No Photo Available**

**Requested Data:**

| AHCCCS ID | A8674391:4 | Last Name |  | First Name |  | DOB | 09/30/2013 |
|---|---|---|---|---|---|---|---|
| SSN |  | Medicare Claim Num |  | Begin Date of Service | 04/21/2014 | End Date of Service | 04/21/2014 |

**Returned Data:**

| AHCCCS ID | A8674391:4 | Last Name | OLSON | First Name | ZOEY | DOB | 09/30/2013 |
|---|---|---|---|---|---|---|---|
| SSN |  | Medicare Claim Num |  | DOD |  | Gender | F |

Demographics   Eligibility And Enrollment   Third Party Liability   CoPayment   Medicare Benefits   Behavioral Health Services   Share of Cost   Additional Benefits

Support and Manuals

AHCCCS Online User Manuals

Account Information

Username: jmosher

User: Jenni5 Mosher

Type: User

IP: 170.68.91.245

National Provider ID: 1154355188; 1669829929

User Account

### Eligibility Renewal Date

| **Eligibility Renewal Date:** | 10/31/2014 |
|---|---|

### Eligibility

| **Eligibility Group Description** | **Insurance Type** | **Begin Date** | **End Date** | **Added On** |
|---|---|---|---|---|
| ACUTE NEWBORN | MC MEDICAID | 09/30/2013 |  | 10/03/2013 |

### Medical Enrollment

| **Health Plan ID/Description** | **Period Start** | **Period End** | **Rate Code** | **Contract Type** | **Insurance Type** |
|---|---|---|---|---|---|
| 010306 MERCY CARE PLAN | 10/01/2013 |  | 4311 - SOBRA CHILD <1 M & F NON-MEDICARE | A ACU/CAP | HM HEALTH MAINTENANCE ORGANIZATION (HMO) |

➕ Service Type Codes

**Eligibility Renewal Date**
The **Eligibility Renewal Date** is the date the eligibility redetermination is due. The eligibility source will discontinue the eligibility if the member does not comply with the redetermination process. There are times when the Renewal date will be blank. For example; Social Security does not provide a Renewal date for SSI-Cash members.

**Eligibility**
The **Eligibility Group Description** is the type of coverage the recipient is eligible to receive.
The **Insurance Type** indicates the type of coverage the recipient is eligible to receive.
The **Begin Date** indicates the date the recipient is eligible for insurance coverage depending on the service date entered.
The **End Date** indicates the date the recipient's insurance coverage expires.
The **Added On** date indicates the date the record was added to the database.

**Medical Enrollment**
The **Health Plan ID/Description** is the name of the recipient's Health Plan.
The **Period Start** indicates the effective start date of the recipient's coverage under the specified Health Plan.
The **Period End** indicates the date the recipient's coverage under the specified Health Plan has expired.
The **Rate Code** indicates the capitation payment method at the time the payment was made.
The **Contract Type** indicates the type of contract or service the Health Plan is covering
The **Insurance Type** indicates the type of health plan.

\*\*\* This verification does not constitute a guarantee of payment \*\*\*
Privacy Policy  |  Contact AHCCCS  |  HIPAA  |  © Copyright AHCCCS

1001 PFS Documents

https://azweb.statemedicaid.us/EligAndEnrollment/MemberVerificationData.aspx          4/21/2014

CONFIDENTIAL ZO-BTMC-MD-000054



* Auth (Verified) *

O███ Z██ E███
MR:   001220124    ████2013    F   6M
ERR
Acct: 00070531066              4/21/2014

**FINANCIAL AGREEMENT**

I agree that in return for the services provided to the patient by the hospital or other health care providers at the hospital or providers affiliated with Banner Health, I will pay the account of the patient and/or make financial arrangements satisfactory to the hospital and/or any other providers for payment. Unless the patient's bill is paid by applicable insurance, governmental programs or other sources, I agree to pay the hospital's usual and customary charges, which are those rates filed annually with the Arizona Department of Health Services. If an account is sent to an attorney for collection, I agree to pay reasonable attorney's fees and collection expenses in addition to the amount due and owing on the bill for health services rendered to the patient. I understand and agree that a delinquent account will be subject to interest at the legal rate.

Estimated charges may be given at or before the time of service, but I understand that this is merely an estimate, based upon information that is available at the time and that the actual amount that the patient will be charged for medical services rendered may be different from the estimate of charges for a variety of reasons, including but not limited to, additional procedures, tests or supplies that were not covered in the estimate.

I understand and agree that my insurance and/or the patient's insurance, if any, will be billed for medical services rendered to the patient, and payment from the insurer will be sought by the hospital before I am required to make payment (with the exception of applicable co-payments and deductibles, which I must pay). I understand and agree that I am responsible for and I will pay for medical services rendered to the patient in the event that our insurance does not authorize these services or does not pay for these services. I further understand and agree that as part of the normal business communication with Banner Health with regard to this matter, Banner Health staff or representatives may contact me through any of the following methods: letter, e-mail, telephone, text or voice messages, or any other available technologies used by businesses for such communications.

If the patient or I am entitled to benefits of any type whatsoever, under any policy of health or liability insurance, or from any other party liable to the patient, that benefit is hereby assigned to the hospital and/or to the providers rendering services, for application toward the patient's bill. **It is understood and agreed, however, that the patient and I are primarily responsible for payment of the patient's bill and that we are obligated to pay and agree to pay for any portion of the bill that is not paid for by insurance or other sources.** If I am an employee of Banner Health, I authorize Banner to deduct from my paycheck past-due amounts that I owe to Banner providers for health care services provided to me or my dependents enrolled in the Banner Health Medical Plan. I understand that I may revoke this authorization at any time by notifying EmployeeInquiry@ BannerHealth.com.

In the event that the patient and/or I have made a payment on an active account, whether through cash, check, credit card or other means, and there remain additional funds available after that account is satisfied (e.g. an overpayment), Banner Health is authorized to apply the overpayment to any other account owed by the patient that remains unpaid.

_____          mother
Patient/Authorized Representative                 Relationship

    2663419                                       4.21.14   0150
Witness ID Number                                 Date/Time

_____
2nd Witness Signature (if needed)

*1002* Registration

B 1002
(12/2013)

CONFIDENTIAL ZO-BTMC-MD-000055

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** O█████ Z██ E█████
**DOB:** █████ 2013  **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

---

### *USE-DISCLOSE PROTECTED HEALTH INFO DOCUMENTS*

---

**CONFIDENTIAL ZO-BTMC-MD-000056**

**\* Auth (Verified) \***

From: Maricopa County      Page: 1/2      Date: 6/20/2014 6:50:16 AM

Maricopa County

# FAX

To :6028655958
Fax number :6028655958

Company :
Department :

C.C. :

Date :06/20/14    Time :6:49 am

Total number of pages :2

From :swopef@mail.maricopa.gov

Department :

City :
State :
Zipcode :

Subject:14-4064 Banner Thunderbird Medical Center

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**CONFIDENTIAL ZO-BTMC-MD-000057**

* Auth (Verified) *

From: Maricopa County        Page: 2/2        Date: 6/20/2014 6:50:16 AM



## Maricopa County
Office of the Medical Examiner

701 West Jefferson Street
Phoenix, Arizona 85007

# SUBPOENA FOR DOCUMENTS, RECORDS AND PAPERS

TO:  Banner Thunderbird Medical Center        Phone: _____

DATE:    June 20, 2014                                    Fax: [FAX:6028655958]

We require fax copies of the below noted documents, records and papers **as soon as possible** after receipt of this request, to assist in determining cause and manner of death.  If an expeditious fax turnaround is not possible, please contact our Investigations Unit immediately at (602) 506-1138 to verbally report the information we require.  **Your timely response will facilitate a prompt release of the body for funeral services.**

**PLEASE NOTE:  This information is requested pursuant to HIPAA § 164.512(g) and A.R.S. § 11-594(A)(3), which provides that the Medical Examiner "shall have subpoena authority for all documents, records and papers deemed useful in the death investigation."   The documents, records and papers designated below have been deemed by the Medical Examiner to be useful in the death investigation of the referenced person.**

Patient:  Z███ O███ _____

DOB: ████ 2013 _____        MR #: _____

DOD: 6/19/2014 _____        OME Case #: 14-4064

SSN: _____        Date(s) of service: _____

☐ EMS Notes                                                ☒ Discharge Summary

☐ ER Notes                                                  ☐ X-Ray, MRI, CT Reports _____

☒ Admission H&P / Problems List                  ☐ Tox and Culture Reports

☒ Medications List                                        ☐ Operative Notes and Anesthesia Record

☐ Progress Notes: last three (3) ☐ days ☐ visits   ☐ Specimens dated: _____

☒ Other:  Consults _____

# Return fax:  (602) 372-8696
PLEASE USE THIS FORM AS A COVER SHEET FOR YOUR RETURN FAX

Thank you for your prompt cooperation,

_____
                Farrel Swope#51
Investigator, Office of the Medical Examiner        Opened: 6/20/2014 6:49 AM
Phone:  (602) 506-1138                                      Saved: 6/20/2014 6:38 AM

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

CONFIDENTIAL ZO-BTMC-MD-000058

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C▮▮▮ Z▮ E▮▮▮▮
**DOB:** ▮▮2013  **Sex:** Female      **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## MEASUREMENTS

### Height/Weight

| | | 4/21/2014 | 4/21/2014 |
|---|---|---|---|
| Date | | | |
| Time | | 00:15 MST | 02:15 MST |
| Charted By | | Westerveld,RN,Norma | Pena,RN,Mischelle |
| Procedure | Units | | |
| Height (cm) | cm | 64 | 64 |
| Weight (kg) | kg | 6.42 | 6.42 |
| Weight Obtained by | | Infant scale | Infant scale |

### Temperatures

| | | 4/21/2014 |
|---|---|---|
| Date | | |
| Time | | 00:48 MST |
| Charted By | | Westerveld,RN,Norma |
| Procedure | Units | |
| Temp C | DegC | 37 |
| Temperature Site | | Rectal |

### Heart Rate

| | | 4/21/2014 | 4/21/2014 |
|---|---|---|---|
| Date | | | |
| Time | | 00:48 MST | 02:52 MST |
| Charted By | | Westerveld,RN,Norma | Pena,RN,Mischelle |
| Procedure | Units | | |
| Heart Rate | bpm | 138 | 127 |

### Oxygen

| | | 4/21/2014 |
|---|---|---|
| Date | | |
| Time | | 00:48 MST |
| Charted By | | Westerveld,RN,Norma |
| Procedure | Units | |
| Pt.on Oxygen | | No |

### O2 Saturation

| | | 4/21/2014 | 4/21/2014 |
|---|---|---|---|
| Date | | | |
| Time | | 00:48 MST | 02:52 MST |
| Charted By | | Westerveld,RN,Norma | Pena,RN,Mischelle |
| Procedure | Units | | |
| O2 Saturation | % | 95 | 97 |

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
**Printed:** 5/1/2020 06:39 MST                                    Page 58 of 59                      **Report Request ID:** 486131451

CONFIDENTIAL ZO-BTMC-MD-000059

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** C████ Z██ E██████
**DOB:** ████2013  **Sex:** Female          **Age:** 6 years
**MR#:** 1220124
**Patient Location:** 22 ERR
**Attending Physician:** KURBAT MD,JAMES M

## MEASUREMENTS

### Respiratory

|  |  | 4/21/2014 | 4/21/2014 |
|---|---|---|---|
|  | Date | 4/21/2014 | 4/21/2014 |
|  | Time | 00:52 MST | 02:52 MST |
|  | Charted By | Westerveld,RN,Norma | Pena,RN,Mischelle |
| Procedure | Units |  |  |
| Respiratory Rate | br/min | 16 | 28 $^{c1}$ |

Corrected Results
c1:    Respiratory Rate
           Corrected from 20 br/min on 4/21/2014 02:54 MST by Pena, RN, Mischelle

### Consciousness

|  |  | 4/21/2014 |
|---|---|---|
|  | Date | 4/21/2014 |
|  | Time | 02:15 MST |
|  | Charted By | Pena,RN,Mischelle |
| Procedure | Units |  |
| EWS CNS Level of Consciousness |  | Alert =0 |

### Body Surface Area

|  |  | 4/21/2014 | 4/21/2014 |
|---|---|---|---|
|  | Date | 4/21/2014 | 4/21/2014 |
|  | Time | 00:48 MST | 02:15 MST |
|  | Charted By | Westerveld,RN,Norma | Pena,RN,Mischelle |
| Procedure | Units |  |  |
| BSA (pt care) |  | 0.34 | 0.34 |

**CONFIDENTIAL ZO-BTMC-MD-000060**