# EXHIBIT 22-1



**Tempe Police Department**

Serving the community since 1894

April 22, 2020

# CERTIFICATION

**Report: 2014-79230**

I, AMANDA BUNGER, Custodian of Records for the Tempe Police Department, do hereby certify that the attached to be a true and exact copy of the records on file with the Tempe Police Department.

Pursuant to A.R.S. 41-1351 and incompliance with the approved Tempe Police Department's records retention policy, arrest or reports that have met the established criteria for purging would not have been accessible for inclusion in this records check.

Amanda Bunger

AMANDA BUNGER, CUSTODIAN OF RECORDS

DATED THIS 22 DAY OF April, 2020.

STATE OF ARIZONA )
COUNTY OF MARICOPA )

SUBSCRIBED AND SWORN to before me on this 22nd day of April, 2020.

OFFICIAL SEAL
ALLISON P. ANDERSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 1, 2021

NOTARY PUBLIC

8/1/2021
MY COMMISSION EXPIRES



# TEMPE POLICE DEPARTMENT

## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

| | | | |
|---|---|---|---|
| **Report Date:** Jun-19-2014 (Thu.) | **Officer:** 17962 - REYES, MICHELLE | **Approved by:** 11750 - LUCKOW, TRENTEN | |
| **Date Occurred:** Jun-19-2014 (Thu.) | **Time:** 806 | **Latest Possible Date:** | **Time:** |
| **Location of Occurrence:** 1336 E HALL ST , TEMPE | **District:** N | **Beat:** 2 | **Grid:** 1005 |
| **Domestic Violence:** No | **Loss:** | **Damage:** | **Recovered:** |
| **Offense:** #1 DEATH - COMPLETED | | | |

### Related Person(s)

#### SUBJECT # 1 - BAILEY, KEVIN

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | | **DOB:** |
| **Height:** 5'09 | **Weight:** 170 | **Hair:** BROWN | **Eyes:** BROWN |
| **Address:** | | | |
| **Home #:** | **Work #:** (480) 858-7271 | **Cell #:** | |
| **Employer:** TFD | **Employer Address:** CHIEF JONES WAY/APACHE, TEMPE | | |
| **Driver's License #:** | **Social Security #:** | | |

#### SUBJECT # 2 - OLSON, ANDREW THOMAS

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | | **DOB:** 09/25/1994 |
| **Height:** 5'09 | **Weight:** 142 | **Hair:** BLOND | **Eyes:** BLUE |
| **Address:** 1336 E HALL ST TEMPE, AZ 85281- | | | |
| **Home #:** | **Work #:** | **Cell #:** (623) 640-9788 | |
| **Employer:** EINSTEINS BAGELS | **Employer Address:** 900 E UNIVERSITY | | |
| **Driver's License #:** D07146708 Arizona | **Social Security #:** 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 | | |

#### SUBJECT # 3 - OLSON, DAVID

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | | **DOB:** 05/19/1969 |
| **Height:** 5'10 | **Weight:** 210 | **Hair:** BROWN | **Eyes:** GREEN |
| **Address:** 6005 W BLACKHAWK DR GLENDALE, AZ 85308- | | | |
| **Home #:** | **Work #:** | **Cell #:** (623) 512-9911 | |
| **Employer:** | **Employer Address:** | | |
| **Driver's License #:** D02915287 Arizona | **Social Security #:** | | |

#### SUBJECT # 4 - OLSON, SARAH

| | | | |
|---|---|---|---|
| **Sex:** Female | **Race:** WHITE | | **DOB:** 08/22/1966 |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** |
| **Address:** 6005 W BLACKHAWK DR GLENDALE, AZ 85308- | | | |
| **Home #:** | **Work #:** | **Cell #:** (623) 810-6500 | |
| **Employer:** | **Employer Address:** | | |
| **Driver's License #:** | **Social Security #:** | | |

#### SUBJECT # 5 - OLSON, DANIEL

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | | **DOB:** 09/16/1991 |
| **Height:** 5'08 | **Weight:** 160 | **Hair:** BROWN | **Eyes:** GREEN |
| **Address:** 1336 E HALL ST TEMPE, AZ 85281- | | | |
| **Home #:** | **Work #:** | **Cell #:** (623) 606-8153 | |
| **Employer:** PAPA JOHNS PIZZA | **Employer Address:** MCCLINTOCK\SOUTHERN | | |
| **Driver's License #:** D05575583 Arizona | **Social Security #:** | | |



# TEMPE POLICE DEPARTMENT

## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**SUBJECT # 6 - LAWTON, ARNETTE DENISE**

| | | | |
|---|---|---|---|
| **Sex:** Female | **Race:** WHITE | | **DOB:**04/13/1961 |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** |
| **Address:**5927 W YUCCA ST GLENDALE, AZ 85304- | | | |
| **Home #:** | **Work #:** | | **Cell #:** (623) 203-7843 |
| **Employer:**NOBLEWEST PROPERTIES | | **Employer Address:** | |
| **Driver's License #:** | | **Social Security #:**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 | |

**SUBJECT # 7 - LAWTON, ROBERT D**

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** WHITE | | **DOB:**03/17/1960 |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** |
| **Address:**5927 W YUCCA ST GLENDALE, AZ 85304- | | | |
| **Home #:** | **Work #:** | | **Cell #:** (480) 277-2565 |
| **Employer:** | | **Employer Address:** | |
| **Driver's License #:** | | **Social Security #:**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 | |



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
| --- | --- |

## Related Text

**Document:** ORIGINAL OFFICER NARRATIVE
**Author:** 17962 - REYES, MICHELLE
**Related Date/Time:** Jun-19-2014 (Thu.) 1342
**Subject:**

On 6-19-14, at approximately 0806 hours, (M) Z[redacted] O[redacted] DOB [redacted]-13, was pronounced deceased at the residence located at 1336 E Hall, Tempe, AZ, 85281, by Tempe Fire E278, Shift A. Zoey was found by her mother, Kathleen Lawton, in the bassinet where she had been placed by her father, Andrew Olson, earlier in the day at approximately 0140 hours on 6-19-14. Zoey did not have any readily apparent signs of trauma. Investigator's from the Office of the Medical Examiner responded and ultimately took disposition of Zoey reference OME 14-4064. This report shall be considered pending awaiting the investigative results from the Office of the Medical Examiner.

***Pending***



# TEMPE POLICE DEPARTMENT

**General Offense Report**

**GO# TE 2014-79230** | **Operational Status: CLOSED**

## Related Text

**Document:** SUPPLEMENTAL OFFICER NARRATIVE

**Author:** 15082 - WILLIAMS, TORIN F

**Related Date/Time:** Jun-19-2014 (Thu.) 943

**Subject:**

ON 6-19-14 AT 0807 HRS, I WAS DISPATCHED TO 1336 E HALL, TEMPE, REFERENCE A AN 8 MONTH OLD BABY NOT BREATHING. UPON MY ARRIVAL I OBSERVED TFD ENG 278 EXITING THE AREA. I THEN WALKED TO THE BACK DOOR AND OBSERVED OFC LABELLE STANDING NEXT TO A W/M LATER IDENTIFIED AS ANDREW OLSON WHO WAS HOLDING HIS BABY, ZOEY OLSON INSIDE THE HOUSE.

SGT VASQUEZ ADVISED ME TO SPEAK WITH ZOEY'S MOTHER KATHLEEN LAWTON WHO WAS SITTING ON A CHAIR IN THE BACK YARD. WHEN I CONTACTED LAWTON, SHE WAS VISIBLY UPSET AND BARLEY ABLE TO SPEAK.

I ASKED LAWTON WHEN WAS THE LAST TIME SHE SAW ZOEY ALIVE. LAWTON ADVISED ANDREW PICKED HER UP AT HER JOB IN GLENDALE WITH ZOEY IN HER CAR SEAT ON 6-19-14 AT APPROX 0100 HRS. LAWTON, ANDREW AND ZOEY ARRIVED AT ANDREW'S HOME LOCATED AT 1336 E HALL ST, TEMPE AT APPROX 0140 HRS. LAWTON STATED WHEN THEY ARRIVED AT ANDREW'S HOME, ANDREW PICKED ZOEY UP FROM THE CAR SEAT AND PLACED HER INSIDE THE BEDROOM INTO HER BASSINET. LAWTON ADVISED ZOEY WAS AWAKE FOR APPROX 3-4 MINUTES AFTER SHE WAS PLACED IN THE BASSINET. LAWTON STATED ZOEY LOOKED AND WAS ACTING NORMAL, NOT SHOWING ANY SIGNS OF HEALTH PROBLEMS. LAWTON GAVE ZOEY A KISS WHILE ZOEY WAS ON HER BACK. ZOEY FELL ASLEEP SHORTLY AFTER LAWTON'S KISS.

LAWTON STATED ZOEY SLEEPS IN THE SAME BEDROOM AS SHE AND ANDREW.

LAWTON STATED SHE WOKE UP AT APPROX 0800 HRS, AND CHECKED ON ZOEY WHO WAS STILL ON HER BACK. LAWTON NOTICED SHE WAS NOT BREATHING. LAWTON THEN ATTEMPTED TO WAKE ZOEY UP BY TOUCHING HER AND ZOEY WAS COLD TO THE TOUCH. AFTER LAWTON NOTICED ZOEY WAS COLD TO THE TOUCH, SHE YELLED FOR ANDREW TO CALL 911. LAWTON STATED ANDREW THEN ATTEMPTED CPR BUT ZOEY NEVER REGAINED CONSCIOUSNESS. LAWTON DIDN'T MENTION WHERE CPR WAS PERFORMED.LAWTON STATED AT THIS TIME SHE BEGIN CRYING UNCONTROLLABLY.

I ASKED LAWTON IF ZOEY HAD BEEN SICK WITHIN THE LAST COUPLE OF WEEKS. LAWTON SAID, "NO, ZOEY HASN'T BEEN SICK FOR A WHILE, SHE'S BEEN HEALTHY". I ASKED LAWTON IF ZOEY WAS TAKING ANY MEDICATION AT THIS TIME. LAWTON STATED ZOEY WAS NOT ON ANY MEDICATION. I ASKED LAWTON IF ANY OJECT WHERE IN ZOEY'S BASSINET. LAWTON ADVISED JUST HER BLANKET.

LAWTON ADVISED SHE NEVER HEARD ZOEY CRY OR GASP FOR AIR DURING THE NIGHT.

AT THIS TIME DURING MY INTERVIEW, LAWTON BEGAN LOOKING AT VIDEOS OF ZOEY ON HER CELL PHONE AND BEGAN TO CRY. AFTER LAWTON VIEWED VIDEOS OF ZOEY, IT WAS DIFFICULT FOR LAWTON TO ANSWER ANY OTHER QUESTIONS. AT THAT TIME, I



# TEMPE POLICE DEPARTMENT

**General Offense Report**

GO# TE 2014-79230 | Operational Status: CLOSED

CONCLUDED MY INTERVIEW WITH LAWTON AND WAITED FOR THE DETECTIVES TO ARRIVE.

AFTER SPEAKING WITH LAWTON, I CONTACTED TFD EMPLOYEE KEVIN BAILEY. BAILEY ADVISED WHEN HE ATTEMPTED TO TREAT ZOEY, SHE WAS COLD TO THE TOUCH. BAILEY ADVISED HE OBSERVED LIVIDITY ON ZOEY'S RIGHT UPPER LEG. I ASKED BAILEY IF HE OBSERVED ANY TRAUMA OR BRUISES ON ZOEY'S BODY. BAILEY STATED HE DID NOT OBSERVE ANY TRAUMA OR BRUISES ON ZOEY.

TFD PRONOUNCED ZOEY DECEASED AT 0806 HRS.

FOR DETAILS OF ANDREW'S INTERVIEW, SEE OFC LABELLE'S SUPPLEMENT.

FOR DETAILS OF THE INCIDENT, SEE DET REYES ORIGINAL REPORT.

LAWTON'S RECORDED INTERVIEW WAS IMPOUNDED AS EVIDENCE AT 1875 E APACHE, TEMPE.

AT THIS TIME,THIS CONCLUDES MY INVESTIGATION REGARDING THIS INCIDENT.

PENDING



# TEMPE POLICE DEPARTMENT

**General Offense Report**

**GO# TE 2014-79230** | **Operational Status: CLOSED**

## Related Text

**Document:** SUPPLEMENTAL OFFICER NARRATIVE
**Author:** 11772 - LABELLE, MARK D
**Related Date/Time:** Jun-19-2014 (Thu.) 1254
**Subject:** CHILD DEATH

On 6-19-14 at 0806 hours I was dispatched along with Officer T. Williams to 1336 E Hall St., Tempe in reference to a 8 month old who was not breathing. While in route, per TFD, the child was pronounced deceased. When I arrived, other officers were on scene. One officer was speaking to the mother of the child, (m)Kathleen Lawton. I was asked to go inside the residence and speak with the father.

I entered the residence as the TFD staff was exiting. I walked in to the main room and noticed a male, later ID'd as (m)Andrew Olson, standing in the kitchen, weeping and holding a small child. I stood by for about 10 minutes to let Andrew do this. Andrew eventually placed the child (ID'd as the deceased Z[redacted] O[redacted] back in his bedroom in the bassinette.

Andrew and I went back into the main room, sat on the sofa and spoke about the incident.

Andrew advised me that Zoey is his child in common with his girlfriend (m)Kathleen "Katie" Lawton. He advised that he lives at this address and Katie lives in Glendale. They do not reside together, however they spend most nights together, depending on their work schedules. Andrew advised that some nights the three of them stay in Glendale, some nights the three of them stay at this address. He added that some nights Katie and Zoey stay in Glendale and he stays in Tempe.

Andrew said that he has known Katie for three years, and has been dating her for two years. He advised that Zoey is with Katie full time, but there is not a parenting agreement/schedule in place.

Andrew stated that the night before (6-18-14) he and Zoey were in Glendale waiting for Katie to get out of work. He added that at about 0030 hours on 6-19-14 he and Zoey picked Katie up and they came to the Tempe house. They arrived a little after 0100 hours. Andrew stated that they put Zoey in the bassinette and went to bed.

Andrew added that Zoey has shown no signs of any illness or ailment. She has been on a regular feeding schedule, and there has been no issues or changes to her feces. Andrew stated that he last fed Zoey at 2200 hours on 6-18-14.

Andrew said that he and Katie woke up this morning (6-19-14) around 0800 hours, and this was odd, since Zoey usually gets up and wakes them up around 0530-0600 hours.





Andrew stated that Katie looked over and noticed that Zoey was face down and immediately checked to see if she was breathing and she was cold to the touch. Andrew noticed that Zoey was not buckled in, and usually is when she sleeps. Andrew also touched Zoey and found that she was cold to the touch and immediately called 911.

The operator told Andrew to get Zoey on to a flat surface, so he brought her out to the kitchen and put her on the counter. He was then told by the 911 operator to do thirty chest compressions and then two breathes. Andrew advised that he did these steps three times, and then TFD came in and took over.

Andrew and Katie slept in his bedroom, and the bassinette was directly adjacent their bed.

I had no further questions for Andrew. I stood by until detectives arrived, and then stood by the scene until they and the medical examiners were done with their investigations.

See Det M. Reyes' report for further details.

A later records check of Andrew found that he had an outstanding warrant out of Superior Court for DUI, and out of Peoria City Court to Fail to Comply. He was not arrested on this date for the warrants.

Pending



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | | Operational Status: CLOSED |
|---|---|---|
| **Follow Up Report #1** | | |
| **Assigned to:** 17962 - REYES, MICHELLE | **Assigned on:** Jun-19-2014 (Thu.) 1348 | **Capacity:** Lead Investigator |
| **Completed:** Yes | **Approved on:** 08/07/2014 | **Approved by:** LUCKOW, TRENTEN |

**Narrative Text #1**

**Document:** DETECTIVE NARRATIVE

**Author:** REYES, MICHELLE

**Related Date/Time:** Aug-06-2014 (Wed.)

On 6-19-14, at approximately 0840 hours, Sgt. Sweig contacted me at my designated work space located at 120 E 5th St, Tempe, and directed me to assist with a death investigation. Although Sgt. Sweig did not have in depth details, he advised me that an infant child had been located deceased at 1336 E Hall, Tempe. Sgt. Sweig also told me Det. O'Brien and Det. Akey would be responding to the scene as well.

At approximately 0905 hours, I arrived on scene. When I arrived on scene, I noted there were several patrol vehicles parked in front of the residence. The Care 7 response unit had already arrived on scene as well. In addition, I also so several unidentified individuals sitting on the porch of the front yard and coming in and out of the front door to the residence. The initial briefing was conducted primarily by Officer T. Williams, during which I learned the following:

At approximately 0806 hours, (M) Z[REDACTED] E[REDACTED] O[REDACTED] DOB [REDACTED]-13, was pronounced deceased by Tempe Fire E278, A shift (TFD 14-192200). The decedent's parent's were identified as (M) Kathleen Lawton 10-10-93 and (M) Andrew Olson 9-25-94. On 6-19-14, Andrew had picked up Kathleen from work at approximately 0100 hours. Kathleen works at an Applebee's restaurant located in the area of 59th Ave and Peoria in Phoenix. Once Andrew picked Kathleen up, they went back to Andrew's residence at 1336 E Hall, Tempe, where they stayed the night. It should be noted the decedent was in the care of Andrew during this time. Upon arrival at the residence, the decedent was placed in a bassinet on her back to sleep for the night. Kathleen indicated she had kissed the decedent good night at approximately 0140 hours and then did not attempt to pick up the decedent until 0800 hours. When Kathleen woke up and checked on the decedent, she was cold to the touch. Kathleen then called 911 for emergency assistance.

When Tempe Fire E278 arrived on scene, the decedent was pronounced deceased. I was also notified that Tempe Fire left prior to police arrival and then wrapped the decedent in a blanket before placing her back in the bassinet. When Officer Williams arrived, he stated Andrew had the decedent in his arms. The decedent was then placed back in the bassinet and had not been moved.

Subsequent to the initial information received during the briefing, I was assigned as case agent, Det. O'Brien was tasked with investigating the scene, and Det. Akey was tasked with interviewing Andrew and obtaining consensual permission to search the residence. For further details, please refer to each of their supplemental reports.

I then spoke with Kathleen who told me the following:

Kathleen told me she started dating Andrew approximately two years ago. Kathleen also told me she had been living with Andrew, but had some concerns about infidelity and had moved out in Decemeber 2013. As time went by, Kathleen and Andrew decided to move back in together and had been staying at each other's residences. Kathleen told me she had an apartment in Glendale and Andrew lived in the back portion of the residence

in Tempe. The residence in Tempe where Andrew lived is a residence that is subdivided internally into two separate living spaces. With another family member of Andrew's occupying the front portion of the residence. There is a single door of access from the back to the front, but Andrew and the other family member keep separate living spaces and each have individual kitchens and bathrooms.

On 6-18-14, Kathleen, Andrew, and the decedent had been driving around the valley looking for an apartment to cohabitate in. During that time, Kathleen told me the decedent was in a summer dress and had not been fussy during the day. The decedent had consumed her usual foods, which included 4 oz of Similac, baby oatmeal, and vegetables. At approximately 1500 hours, Kathleen, Andrew, and the decedent drove from Tempe to Glendale because Kathleen had to go to work. While Kathleen was at work, Andrew stayed at Kathleen's apartment in Glendale with the decedent. When Andrew picked up Kathleen at 0100 hours, Andrew told Kathleen the decedent went down for her usual nap, played, and then Andrew changed the decedent clothes. It should be noted the decedent was wearing a sun dress and not sleep wear because Andrew told Kathleen that he could not find the decedent's sleep wear in her apartment.

After picking Kathleen up, all three of them drove to Tempe where they were going to stay the night. Kathleen indicated the air conditioning for the residence had gone out the night prior so they only had a small sized electrically powered ac unit in the bedroom as an accommodation. For that reason, Kathleen left the decedent in her summer dress and did not put a blanket on her while she slept. Upon their arrival at the residence in Tempe at approximately 0140 hours, Kathleen told me the decedent was removed from her car seat and Andrew placed the decedent in the bassinet that was adjacent to the west side of their bed. The decedent briefly opened her eyes, but then went back to sleep.

The decedent typically awakes at approximately 0630 hours, which is the time Kathleen sets her alarm for. On this date however (6-19-14), the alarm did not go off and Kathleen did not wake up until approximately 0800 hours. When Kathleen woke up, she found the decedent laying on her side unresponsive. Kathleen woke up Andrew who subsequently picked up the decedent. Kathleen then called 911 for emergency help and awaited emergency personnel for help.

In reference to the decedent's medical history, Kathleen told me the decedent had not been diagnosed with any health issues and she had not been born premature. The decedent had been to all her regularly scheduled doctor visits and was developing normally. The decedent had not recently been ill or recently suffer any injuries from any falls or accidents.

Kathleen had no further information.

Shortly after speaking with Kathleen, investigators from the Office of the Medical Examiner arrived along with Tempe Forensic Technician L. Somershoe. It should be noted Det. O'Brien contacted the Office of the Medical Examiner to provide them with the initial investigatory details of the incident and had since been investigating the scene. Det. O'Brien also initially observed the decedent's physical state. For further details, please refer to his supplemental report.

In addition, Det. Akey had been able to obtain written consent for a search of the residence. When I entered the residence, I noted the appearance of the residence to be slightly unkempt, but not extraordinarily unclean or uninhabitable. There were some clothes on the bathroom floor and some dishes in the kitchen that were unclean, but not to an extreme. Although Det. O'Brien had already initiated a search of the residence, I commenced to

assist him. Det. O'Brien had started and continued to focus his search in the bedroom where the decedent was located. I searched the bathroom, spare room, living room, and kitchen for items of evidenciary value. I did not identify any further items that were seized apart from the items Det. O'Brien had already identified. See his supplemental report for details.

The investigators who arrived were Investigators Swope 51 and Newman 36, from the Officer of the Medical Examiner. The investigators proceeded to conduct their investigation. As part of their investigation, the investigators spoke with the decedent's parents and asked if they would be willing to do a re-enactment of how the decedent was placed in the bassinet sleeper and how she was positioned when she was located earlier in the morning. Both Kathleen and Andrew agreed to participate in a re-enactment. Prior to participating in the re-enactment, the decedent was placed in a clean body bag that was sealed with clasp 0004366.

It should be noted that the bassinet in which the decedent was located had been collected as evidence, but there was another similar type bassinet located in the kitchen. The similar bassinet was taken to the bedroom where the decedent was located and placed in the position where the original bassinet was located, which was adjacent to the west side of the bed.

Andrew then took the stuffed mannequin that had been provided to him by the investigators and placed it in the bassinet. Andrew placed the mannequin face up in the bassinet and then buckled the mannequin in with the single strap fastening device that was attached to the bassinet as part of the manufacturer's product. The investigators and Identification Technician Somershoe proceeded to take photographs of the mannequin in the bassinet. Next, Kathleen placed the mannequin in the position in which she located the decedent. When Kathleen placed the mannequin in the bassinet, the mannequin was positioned on the left side of the body with the face towards the bottom of the bassinet and the abdomen towards the bottom as well. The Mannequin was still buckled in at this point as well. Once Kathleen placed the mannequin in the bassinet, digital photographs were taken.

This concluded the reenactment of the decedent by the parents and the investigation by the investigators from the Office of the Medical Examiner. I was advised their investigation would be on-going reference OME 14-4064.

On 6-20-14, I went to the Office of the Medical Examiner for the scheduled autopsy of the decedent. I arrived at approximately 0755 hours and the exam began shortly thereafter. The exam was performed by Dr. Ferenc. At the conclusion of the exam at approximately 0845 hours, Dr. Ferec told me he did not find any injuries or trauma on the decedent and the investigation would remain ongoing. I subsequently provided the Office of the Medical Examiner with an Infant Death Investigation checklist. It should be noted, I also impounded a copy of the checklist(**TE188771-007)** and provided a copy as an attachment to this report. In turn, the Office of the Medical Examiner provided me with a digital CD of the images from their office. This CD was impounded as evidence.

In addition, I also received items from the Office of the Medical Examiner that I later impounded at 1875 E. Apache. These items included the following

**TE188771-001** EVIDENCE RELEASE FORMS FROM ME - These forms include the documentation for the release of property that was given to me along with the deceent's belongings.

**TE188771-002** PINK COLORED EARRINGS - These earrings were the earrings the decedent was wearing at the time of her death.

**TE188771-003** NAVY SHIRT - This article of clothing item was removed from the decedent's body prior to her exam. She was wearing it at the time of her death.

**TE188771-004** BLOOD BLOT FROM ME - This item was a blood blot that was taken during the exam for the decedent.

**TE188771-005** SHORTS - This article of clothing item was removed from the decedent's body prior to her exam. She was wearing it at the time of her death.

**TE188771-006** TFD BLANKET - This item was the blanket that Tempe Fire had placed around the decedent when they responded to the scene.

It should also be noted a check with CPS for any history concerning the involved parties met with negative results.

With the investigation from the Office of the Medical Examiner ongoing, this report shall be considered pending.

***Pending***



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #2** | | |
| **Assigned to:** 14916 - O'BRIEN, THOMAS | **Assigned on:** Jun-19-2014 (Thu.) 1459 | **Capacity:** Supplemental |
| **Completed:** Yes | **Approved on:** 08/26/2014 | **Approved by:** LUCKOW, TRENTEN |

**Narrative Text #1**

**Document:** DETECTIVE NARRATIVE

**Author:** O'BRIEN, THOMAS

**Related Date/Time:** Jun-19-2014 (Thu.) 1500

**Notification:**

-

On 06/19/2014, at approximately 0840 hours, I was contacted by Sgt. J. Sweig #11822 and asked to respond to 1336 E. Hall Street, Tempe reference an on-going death investigation involving an 8 month old infant.

**Arrival/Briefing:**

-

I arrived at the scene at approximately 0900 hours and met with Sgt. Sweig and Detectives A. Akey #17902 and M. Reyes #17962. Also present was Identification Technician L. Somershoe #11689. I attended a briefing conducted by Officer T. Williams #15082 and learned the following information.

On 06/19/2014, at approximately 0100 hours, ANDREW OLSON picked up his girlfriend, KATHLEEN LAWTON, from work at Appleby's at 59th Avenue and Peoria and drove to his residence at 1336 E. Hall Street, Tempe. OLSON and LAWTON had their daughter, ZOEY ELIZABETH LAWTON, dob 09/30/2013, in the vehicle with them in a car seat. ZOEY reportedly slept during the drive to Tempe. OLSON and LAWTON arrived at his house at approximately 0140 hours. OLSON took ZOEY out of the car and she stirred briefly. OLSON took ZOEY into his residence, removed her from the car seat and placed her on her back in the bassinet next to their bed. LAWTON kissed ZOEY goodnight at approximately 0200 hours and LAWTON and OLSON went to bed. LAWTON woke up at approximately 0800 hours, checked on ZOEY, and said she was cold to the touch. Tempe Fire Department Engine 278 Shift A responded to the scene and when they arrived found OLSON holding ZOEY. TFD pronounced ZOEY deceased at 0806 hours (TFD Bailey). TFD reported there was lividity on the infant's upper right leg (no further information). TFD saw no signs or indications of injury. ZOEY had no reported illness. Refer to the supplemental report completed by Officer Williams for further information.

At the conclusion of the briefing, Det. M. Reyes was designated case agent. I was assigned to process the scene. Det. Akey obtained written consent from ANDREW OLSON to search the residence. Refer to the supplemental report completed by Det. Akey for further information.

**Observations/Scene Processing:**

-

The residence at 1336 E. Hall Street, Tempe is a single story house in a residential neighborhood. The house is divided with a separate efficiency apartment in the rear that is accessed on the west side of the residence through the backyard gate. I saw a glass bong, commonly used to smoke marijuana, on top of the electric service panel on the north side of the house. The entry door opens into a living room and kitchen area with a bedroom to the east and a bathroom to the west. A black diaper bag was sitting on the coffee table in the living. room. An empty bassinet was in the kitchen near the refrigerator. A second bedroom is located south of the living room. The second bedroom was not being used and contained a few miscellaneous household items. Window mounted air conditioning units were in the kitchen area and east bedroom. Both units were

on and blowing cool air. There was no thermostat in the apartment. A digital thermometer reading taken at approximately 1000 hours in the east bedroom registered 87 degrees. The apartment was cluttered but there were no signs or evidence of a disturbance.

The east bedroom had a queen size bed in the southeast corner of the room. The bed was unmade and appeared to have been recently slept in. Three sleeping pillows were at the head of the bed and a black and white comforter and sheet were balled up at the foot of the bed. A used diaper was on the floor near the head of the bed. A nightstand was next to the bed along the south wall. An opened container of Similac baby formula was on top of the nightstand. The top drawer of the nightstand contained numerous empty medical marijuana containers and a usable quantity of suspected marijuana. A desk was next to the foot of the bed along the east wall. A glass pipe, that had burnt residue in the bowl and smelled like burnt marijuana, was on top of the desk. Another glass pipe was located in the top drawer of the desk. A dresser was in approximately the center of the north wall. A round "papasan" chair was along the west wall next to the closet. A plastic grocery bag on the papasan chair contained an unopened can of Similac baby formula. A large glass bong and empty medical marijuana plastic container was located on the shelf in the closet. The room had an odor of burnt marijuana.

A Fisher Price bassinet was next to the bed to the west. The body of ZOEY LAWTON was supine in the bassinet wrapped in a white blanket. I was advised the infant was wrapped in the white blanket by TFD personnel and placed back in the bassinet prior to TFD leaving the scene. The basket portion of the bassinet which held the infant was slightly angled with the infants head above her feet.

I contacted the Maricopa County Office of the Medical Examiner and requested them at the scene.

The items listed in **Attachment A** were identified, photographed, and collected as evidence. A clean pair of latex gloves was donned prior to the collection of each piece of evidence. Refer to **Attachment A** included with this report and the scene photographs.

**Arrival of OME:**

Maricopa County Office of the Medical Examiner Investigators F. Swope #51 and R. Newman #36 arrived at the scene at approximately 1045 hours. The white blanket that ZOEY LAWTON was wrapped in was opened and removed. The infant was wearing a red and blue onesie type outfit. There was dry blood visible in both nares. The tongue was protruding slightly and appeared to be swollen. I did not observe any obvious signs of injury, trauma, or fractures. The infant was removed from the bassinet and placed on the floor on an opened body bag. Lividity was present in a band across the lower abdomen above the diaper, both left and right thighs, the back, and the backs of both right and left legs. Lividity was not fixed. The observed pattern of lividity was consistent with the infant's reported position in the bassinet. Slight rigor was present in the arms and legs. The eyes showed no petechiae. I did not observe any obvious stains on the clothing worn by the infant.

The basket of the bassinet appeared to have a watery, pinkish red stain approximately where the infant's head had been. The stain was approximately 6" long and appeared to be concentrated at or where the head had been. The bassinet was approximately 18" wide, 22" long, and 18" high. The basket of the bassinet was approximately 10" deep at its lowest point.

The body of ZOEY LAWTON was placed in the zippered body bag and secured with OME seal #0004366. OME Investigators conducted a doll reenactment with the parents, ANDREW OLSON and KATHLEEN