# **EXHIBIT 22-2**



# TEMPE POLICE DEPARTMENT

**General Offense Report**

GO# TE 2014-79230         Operational Status: CLOSED

LAWTON, using a similar bassinet to the one in the bedroom that was located in the kitchen area. Refer to the supplemental report completed by Det. Reyes for information related to the doll reenactment and autopsy performed on ZOEY LAWTON.

### Evidence Impound:

I transported the items of evidence listed in **Attachment A** to the Tempe Police Department Property Facility, 1875 E. Apache Blvd., Tempe, and placed them in temporary evidence storage locker #P108.

On 06/20/2014, at approximately 0700 hours, I removed the items of evidence from temporary evidence storage locker #P108.

The items listed in **Attachment A** were impounded in locker #139 at the Tempe Police Department Property Facility, 1875 E. Apache Blvd., Tempe. *Note: I photographed the contents of the black diaper bag that was collected from 1336 E. Hall Street (TE188235-1). The flashcard with the photographs was impounded. I was notified by Identification Technician L. Somershoe that no images were recovered from the submitted flashcard.*

***Pending***

**CONFIDENTIAL ZO-TempePD-000015**



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | | Operational Status: CLOSED |
|---|---|---|

**Follow Up Report #3**

| Assigned to:17902 - AKEY, ALAN | Assigned on: Jun-26-2014 (Thu.) 1605 | Capacity:Supplemental |
|---|---|---|
| Completed:Yes | Approved on:07/15/2014 | Approved by:LUCKOW, TRENTEN |

**Narrative Text #1**

**Document:** DETECTIVE NARRATIVE

**Author:** AKEY, ALAN

**Related Date/Time:** Jul-02-2014 (Wed.)

### Mentions

Sergeant J. Sweig #11822
Detective T. O'Brien #14916
Detective M. Reyes #17962
Officer T. William #15082
Officer M. LaBelle #11772

### Notification

On 6/19/2014 at 0840 hours, I was contacted by Criminal Investigation Sergeant Sweig and asked to respond to 1336 East Hall St., Tempe in reference to an on-going infant death investigation.

### Arrival /Briefing

I arrived on scene at 0903 hours. I attended a briefing conducted by Officer T. Williams #15082. During this briefing, I learned that the Tempe Police received the call on 6/19/2014 at 0806 hours.

On 06/19/2014 at approximately 0100 hours, Andrew Olson DOB: 9/25/1994 picked up his girlfriend, Kathleen Lawton DOB: 10/10/1993, from work at Applebee's Restaurant at 59th Avenue and Peoria Ave., Glendale (5880 W Peoria Ave., Glendale) and drove to his residence at 1336 E. Hall Street, Tempe. Andrew and Kathleen had their 8 month old daughter, Zoey Lawton DOB: 9/30/2013, in the vehicle with them. Zoey slept during the drive to Tempe.

Andrew and Kathleen arrived at Andrew's residence at approximately 0140 hours. Andrew took Zoey out of the car and she stirred briefly. He then placed her on her back in the bassinette next to their bed, inside of the residence. Kathleen kissed Zoey goodnight at approximately 0200 hours and she and Andrew also went to bed. Kathleen woke up at approximately 0800 hours, checked on Zoey, and observed she was cold to the touch. 911 was called.

Paramedics from Tempe Fire Department Engine 278, Shift A, responded to the scene. Upon arrival, they found Kathleen holding Zoey. Per paramedics there was lividity present on Zoey's right leg. No signs of trauma were observed. TFD Paramedic Bailey pronounced Zoey deceased at 0806 hours.

When Officer Williams arrived on scene, paramedics were leaving. Andrew was holding Zoey. He was reportedly the only subject with the baby since police arrival.

Additional information was that Zoey had no reported illnesses.

CONFIDENTIAL ZO-TempePD-000016



# TEMPE POLICE DEPARTMENT

**General Offense Report**

GO# TE 2014-79230                                    Operational Status: CLOSED

Detective Reyes was designated case agent. Detective O'Brien was assigned to process the scene. I was assigned to interview Andrew Olson and obtain written consent from him to search the residence.

**Consent to Search**

After the initial briefing, I found Andrew outside in the back yard of the residence with Tempe Officer LaBelle. I obtained consent to search the residence from Andrew, whom I had learned resides at 1336 East Hall St., Tempe. I presented Andrew with a Tempe Police Department consent to search form and asked him if he would be willing to provide consent to search the residence. Andrew read through the document and signed it in my presence. The original consent to search form was maintained as evidence and subsequently impounded. My contact to include obtaining consent to search from Andrew was captured on a digital recorder and later impounded as evidence.

It should be noted, during the searching process, Andrew had a way to get into contact with myself or another officer, should he change his mind and decide to revoke consent.

**Interviews**

After obtaining consent to search, I conducted an interview with Andrew Olson. The following is a summary of the information learned in this interview:

Andrew told me on 6/18/2014 at 1600 hours he dropped Kathleen off at work (Applebee's Restaurant). He then spent time with Zoey at Kathleen's apartment in Glendale playing with toys and watching a movie. He put Zoey to bed at approximately 2200 hours, which was later than her usual bedtime. They then went to pick Kathleen up from work on 6/19/2014 at approximately 0030 hours. They all drove together to the Tempe residence on Hall Street. Andrew estimated they arrived between 0100 hours and 0130 hours (6/19/2014). They put Zoey to bed in a bassinette located next to Andrew's bed. The couple waited approximately 30 minutes to ensure Zoey was going to stay asleep and then went to bed. Andrew estimated they went to bed at approximately 0200 hours (6/19/2014).

On 6/19/2014 at approximately 0800 hours, Andrew and Kathleen woke up. This was unusual for them because Zoey typically is awake and wakes them between 0530 hours and 0600 hours. They observed Zoey lying face down and not buckled into her bassinette. They could not see her face; therefore, checked to see if Zoey was breathing and found she was cold to the touch. She was not breathing and there was a dark stain on the bassinette bedding where Zoey's face was. They moved her to the bed and called 911. Andrew followed the instructions from the 911 operator to move Zoey to a hard surface (kitchen counter) and began CPR. Andrew administered thirty chest compressions and then two breaths. He made it to "three cycles" of this routine when paramedics arrived. Andrew was able to draw from his training as an Eagle Scout while performing CPR.

Andrew told me he last fed Zoey a 6 ounce bottle of formula on 6/18/2014 between 2100 hours and 2200 hours. She also had bananas and a jar of green beans earlier in the evening. The only known allergy Zoey has is to oranges. According to Andrew, when Zoey was put to bed, she was buckled into the bassinette; however, he has seen her get out of this buckle on her own on one other occasion (she was not buckled in when they found her unresponsive on 6/19/2014).

CONFIDENTIAL ZO-TempePD-000017



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

Zoey had no known recent illnesses. She had a "cough" and was "feverish" a "couple months" ago. They called the doctor and were advised to give her Tylenol. According to Andrew, when Zoey was born she had trouble "breathing"; therefore, she was monitored at the hospital for 3 days before she was sent home. Zoey had had no other known medical issues. She has had her regular visits with her pediatrician. She appeared to developing normally; she was rolling over, crawling and could stand. Approximately 3 weeks ago, Zoey rolled of a bed and sustained a "scratch" under her left eye; however, overall she was "fine" with no other issues as a result.

Andrew told me the only other persons to care for Zoey are his parents (David Olson and Sarah Olson), Kathleen's parents (Robert Lawton and Arnet Lawton), his brother (Daniel Olson) and Kathleen's brother (Kyle Lawton). The last time Zoey was with a babysitter was on Saturday (6/14/2014) for "a couple hours" with Andrew's parents.

Andrew recently researched Sudden Infant Death Syndrome (SIDS) on-line and believed since Zoey was past 4 months old, that (SIDS) was no longer a concern for her. Andrew was not aware of any family medical history which could be related to this incident.

Andrew has known Kathleen (Katie) for 3 years. They have been involved in a dating relationship for approximately 2 years. They have no other children and have not had any other pregnancies. Andrew lives at 1336 E. Hall St., Tempe. Kathleen lives with Zoey at the Olive Tree Apartments, located at 6201 W. Olive Ave., Glendale. The couple once lived together on Hall Street for approximately one year, until Kathleen moved out in January 2014 due to relationship troubles. Andrew told me their troubles had "nothing" to do with Zoey and that they are trying to "work out" their relationship.

Andrew's brother Daniel Olson also lives at the residence in a separate area of the house. It should be noted that within the residence are two separate living spaces with two separate entries. Andrew lives in the north area of the house, which is accessed through the back door. Daniel lives in the south area of the house, which is accessed through the front door.

According to Andrew, Kathleen has a dog at her residence and Daniel has a cat in his side of their residence. No one else lives at either residence.

Andrew also advised he has a medicinal marijuana card for knee "pain" \ tendonitis and there is marijuana in a nightstand inside the residence. Andrew told me he does not smoke marijuana around Zoey and that she cannot reach the marijuana inside of the nightstand. Both Andrew and Daniel smoke tobacco cigarettes outside only and not around Zoey.

After speaking with Andrew, I contacted David Olson DOB: 5/19/1969 and Sarah Olson DOB: 8/22/1966 since Andrew told me that they recently babysat Zoey on 5/14/2014. I interviewed them separately; however, they both provided similar information.

David and Sarah actually last babysat Zoey on 6/18/2014 between 1700 hours and 2100 hours. Andrew dropped Zoey off to them at their residence in Glendale. They believed that Andrew and Kathleen were going out on a date, possibly to Applebee's and for ice cream. While watching Zoey they fed her bananas, peas, formula and a cracker. They did not introduce her to any new foods that she had not eaten in the past. They are aware of her allergy to oranges. They also do not give her regular milk or strawberries at Kathleen's request.

**CONFIDENTIAL ZO-TempePD-000018**



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

While the couple was babysitting, Zoey became "fussy" from "teething". David took Zoey outside for a walk and to play.

They were aware she had a "cold" approximately 2-3 months ago and she has had "raspy breathing" in the past; otherwise, she was a healthy and normal baby. They believed that she had a "heart murmur" when she was born and believed it was due to a valve in her heart taking longer than normal to close; however, there were no known outstanding issues from this issue at her birth.

They did not provide any family medical history which was relevant or related to this incident.

After speaking to David and Sarah, I contacted Daniel Olson DOB: 9/16/1991 (Andrew's brother), who also lives at the residence. I obtained consent to search the residence from Daniel; however, later learned that the living quarters are separated and there was no need to search Daniel's living space within the residence. The original consent to search form was maintained as evidence and subsequently impounded under this report number.

Daniel did not see Zoey often and only babysat her one time, a couple weeks ago, for approximately one hour. Daniel described Zoey as "happy", "mobile" and "healthy". According to Daniel, Zoey "didn't cry much" and was "quiet".

Daniel estimated approximately "four weeks ago", Zoey rolled between a bed and a wall and bumped her head. As a result, Zoey sustained an injury to her head; however, Daniel described it as "nothing serious".

Daniel told me he recalled talking with Andrew and learning that he and Kathleen were planning to come from Glendale to stay at the Tempe residence. When he checked his cell phone he could not find the time that he spoke to Andrew; therefore, he believed that maybe he actually spoke to Andrew in person.

Daniel told me he was at home on 6/18/2014 at approximately 1600 hours and began drinking beer and watching television. He went outside to smoke and believed he observed Kathleen's vehicle parked at the residence. He estimated it was approximately 2300 hours on 6/18/2014; however, acknowledged that it could have been later.

Daniel heard fire trucks in the neighborhood on the morning of 6/19/2014; however, he was sleeping and assumed it was for a different residence. He received a call via phone from Andrew on 6/19/2014 at 0854 hours and was told that Zoey was "turned over", "not breathing" and the fire department was called; however, it was "too late" and that Zoey "passed away". Daniel hung up the phone and went to Andrew's part of the residence.

Daniel told me that at some time during the evening from 6/18/2014 to 6/19/2014 that they lost power in the residence. He estimated that it lasted for 3 hours, based on the time flashing on his clock. He checked the M-Power and saw that it was full; therefore, was not sure the reasoning for the power outage. Daniel did not think the residence was "too hot" overnight as a result.

After speaking with Daniel, I had a follow-up conversation with Andrew, since I learned during my interviews with David and Sarah that they babysat Zoey on 6/18/2014. Andrew acknowledged that his parents babysat between 1600 hours to 2000 hours. He then picked Zoey up from his parent's residence and spent time with Zoey at Kathleen's Glendale apartment from approximately 2000 hours to 1230 hours. His account was the same, with

CONFIDENTIAL ZO-TempePD-000019

# TEMPE POLICE DEPARTMENT

**General Offense Report**

GO# TE 2014-79230                                         Operational Status: CLOSED

the added information that his parents babysat. Andrew told me that while his parents were babysitting, he went home to Tempe to clean his residence.

I also asked Andrew about Zoey having a heart murmur when she was born. He believed the heart murmur would have been associated with her breathing issue at birth. I noted that Andrew did not appear to have a complete understanding or knowledge of Zoey's condition at birth. He also had trouble recalling which hospital she was born.

The above interviews were captured on a digital recorder. The recordings were later saved to a CD and impounded as evidence. For additional details regarding the complete contents of the interviews, refer to the impounded recordings.

After speaking with Andrew, I was contacted by Arnet Lawton DOB: 4/13/1961 and Robert Lawton DOB: 3/17/1960 (Kathleen's parents). They provided me with Zoey's pediatrician information; Doctor Kevin Cleary (623) 207-5465. His office is located at 7725 N 43rd Ave., Phoenix. I also learned that Zoey was born at Phoenix Baptist Hospital, located at 2000 W. Bethany Home Rd., Phoenix.

Arnet further advised that when Zoey was born she had fluid on her lungs and was not breathing. She was monitored for three days in the hospital ICU. Arnet and Robert were also aware that Zoey had a "constant raspy" cough. According to Arnet, per Dr. Clearly this was due to allergies and teething. Arnet believed the Kathleen took Zoey to an urgent care for a second opinion; however, she was unable to provide any further details. Detective Reyes interviewed Kathleen, refer to her interview for further information pertaining to Zoey's health and medical care.

Arnet and Robert described Zoey as "alert" and "happy". Robert showed me a photograph of Zoey on his cell phone, which was taken on 6/15/2014. She was alert and smiling in the picture. She did not appear ill. 6/15/2014 was the last time Arnet and Robert saw Zoey alive.

**Additional Assistance**

After my interviews with Andrew and the family, I assist Detective O'Brien collecting evidence from the residence. I donned a new pair of latex gloves while handling each item of evidence I collected. I also obtained the bedroom temperature and Zoey's temperature using a digital thermometer and provided the readings to Detective O'Brien. Refer to his supplement for details.

It should be noted, while speaking with Andrew, I began to complete an Infant Death Investigation Checklist with the information he provided. I turned over the partially completed checklist to Detective Reyes, so that she could include it with the information gained from her investigation and complete the checklist in its entirety.

**Conclusion**

This concludes my involvement in this investigation at this time. For additional details regarding this incident, refer to the original report by Detective Reyes, as well as the supplemental reports from other officers and detectives.

-Pending-



# TEMPE POLICE DEPARTMENT
**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
| --- | --- |

**CONFIDENTIAL ZO-TempePD-000021**



# TEMPE POLICE DEPARTMENT
**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Follow Up Report #4**

| Assigned to:17962 - REYES, MICHELLE | Assigned on: Aug-07-2014 (Thu.) 1332 | Capacity:Lead Investigator |
|---|---|---|
| Completed:Yes | Approved on:10/23/2014 | Approved by:LUCKOW, TRENTEN |

**Narrative Text #1**

**Document:** DETECTIVE NARRATIVE

**Author:** REYES, MICHELLE

**Related Date/Time:** Oct-22-2014 (Wed.) 654

On 10-22-14, at approximately 0645 hours, I contacted the Office of the Medical Examiner to check the status of their investigation reference the death of Z███ O███ DOB ███-13. The death of (M) Z███ O███ occurred on 6-19-14, at approximately 0806 hours, when she was located by her natural parents in her bassinet. Zoey had been placed in the bassinet at approximately 0140 hours when her mother returned home from work. During the course of the investigation, there were no signs of foul play located. Zoey did not have any visible signs of trauma and both natural parents, although distraught, did not appear to be involved in the death of their daughter. I was not able to identify any suspicious circumstances involving Zoey's death. I was then advised by the Office of the Medical Examiner the death had been ruled an undetermined death with an unknown manner. With no further information, this case shall be considered administratively cleared.

***Administratively Cleared***

CONFIDENTIAL ZO-TempePD-000022



# TEMPE POLICE DEPARTMENT

### General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188112**

| Property Case Status: EVIDENCE/SEIZED | Related items: 1 |
|---|---|
| Submitted on: Jun-19-2014 (Thu.) | Submitted by: 15082 - WILLIAMS, TORIN F |

**Related Item(s):**

**Articles**
ITEM: AUDIO TAPE (ALL TYPES)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: RECORDED INTERVIEW
RECOVERED VALUE: $0.00

**CONFIDENTIAL ZO-TempePD-000023**



# TEMPE POLICE DEPARTMENT
**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188235**

| Property Case Status: EVIDENCE/SEIZED | Related items: 21 |
|---|---|
| Submitted on: Jun-20-2014 (Fri.) | Submitted by: 14916 - O'BRIEN, THOMAS |

**Related Item(s):**

**Articles**
ITEM: BAG (SHOPPING, GROCERY, TOTE, OTHER)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BLACK DIAPER BAG AND CONTENTS
RECOVERED VALUE: $0.00

**Articles**
ITEM: FOOD
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: CAN OF SIMILAC ADVANCE
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS BONG; EMPTY MARIJUANA CONTAINER
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS PIPE
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS PIPE
RECOVERED VALUE: $0.00

**Articles**
ITEM: CHILD/BABY CAR SEAT/BOOSTER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BABY TREND CAR SEAT
RECOVERED VALUE: $0.00

**Articles**
ITEM: FOOD
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: UNOPENED CAN OF SIMILAC ADVANCE
RECOVERED VALUE: $0.00

**Articles**
ITEM: BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BED SHEET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: RENTAL AGREEMENT; ANDREW OLSON @ 1336 E HALL STREET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN

**CONFIDENTIAL ZO-TempePD-000024**



# TEMPE POLICE DEPARTMENT

## General Offense Report

**GO# TE 2014-79230**                    **Operational Status: CLOSED**

VALUE #: $0.00
DESCRIPTION: GLASS BONG
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: EMPTY MARIJUANA CONTAINERS
RECOVERED VALUE: $0.00

**Articles**
ITEM: BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: PILLOW
RECOVERED VALUE: $0.00

**Articles**
ITEM: BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: PILLOW
RECOVERED VALUE: $0.00

**Articles**
ITEM: BOTTLE/CAN (EMPTY)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: EMPTY BABY BOTTLE FROM DIAPER BAG
RECOVERED VALUE: $0.00

**Articles**
ITEM: BOTTLE/CAN (EMPTY)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: EMPTY BABY BOTTLE FROM DIAPER BAG
RECOVERED VALUE: $0.00

**Articles**
ITEM: FLASHCARDS (EVIDENTIARY PHOTOS TAKEN BY OFFICER)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: FLASHCARD
RECOVERED VALUE: $0.00

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: PROPERTY RECEIPT (ORIG)
RECOVERED VALUE: $0.00

**Miscellaneous**
ITEM: FISHER PRICE BASSINETTE
QUANTITY:
VALUE: $0.00
REMARKS: FISHER PRICE BASSINETTE
RECOVERED DATE: 06/19/2014
RECOVERED LOCATION: SCENE

**Miscellaneous**
ITEM: USED DIAPER
QUANTITY:
VALUE: $0.00
REMARKS: USED DIAPER
RECOVERED DATE: 06/19/2014
RECOVERED LOCATION: SCENE

**Miscellaneous**
ITEM: PACIFIER
QUANTITY:
VALUE: $0.00
REMARKS: PACIFIER
RECOVERED DATE: 06/19/2014

**CONFIDENTIAL ZO-TempePD-000025**



# TEMPE POLICE DEPARTMENT

**General Offense Report**

**GO# TE 2014-79230**

**Operational Status: CLOSED**

RECOVERED LOCATION: SCENE

**Drugs**
TYPE: Marijuana
FORM: Leafy Substance
QUANTITY: 3.500
UNIT: Gram
DESCRIPTION: MEDICAL MARIJUANA; ANDREW OLSON

**CONFIDENTIAL ZO-TempePD-000026**



# TEMPE POLICE DEPARTMENT

**General Offense Report**

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188282**

| Property Case Status: EVIDENCE/SEIZED | Related items: 2 |
|---|---|
| Submitted on:  Jun-20-2014 (Fri.) | Submitted by:  17902 - AKEY, ALAN |

**Related Item(s):**

**Articles**
ITEM:  DVD (DIGITAL VIDEO DISC)
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: CONTACT WITH ANDREW, DAVID, SUSAN AND DANIEL OLSON 6/19
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  DOCUMENTS/PAPERS-OTHER
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: CONSENT TO SEARCH SIGNED BY ANDREW OLSON\DANIEL OLSON
RECOVERED VALUE:  $0.00

**CONFIDENTIAL ZO-TempePD-000027**



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188771**

| Property Case Status: EVIDENCE/SEIZED | Related items: 7 |
|---|---|
| Submitted on: Jun-25-2014 (Wed.) | Submitted by: 17962 - REYES, MICHELLE |

**Related Item(s):**

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: EVIDENCE RELEASE FORMS FROM ME
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: NAVY SHIRT
RECOVERED VALUE: $0.00

**Articles**
ITEM: SWAB
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BLOOD BLOT FROM ME
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: SHORTS
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: TFD BLANKET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: INFANT DEATH CHECKLIST / CD FROM ME
RECOVERED VALUE: $0.00

**Jewlery**
ARTICLE: UNKNOWN JEWELRY
GENDER: Female
VALUE: $0.00
DESCRIPTION: PINK COLORED EARRINGS
RECOVERED VALUE: $0.00

## Attachment A
## Tempe Police Department IR# 14-079230
### 1336 E. Hall Street, Tempe, Arizona

| Item Number | TE Number | Description | Location | Date |
|---|---|---|---|---|
| 1 | TE188235-1 | Black diaper bag and contents | On coffee table in living room | 06/19/2014 |
| 2 | TE188235-2 | Bassinette | Next to bed in east bedroom | 06/19/2014 |
| 3 | TE188235-3 | Diaper | On floor in east bedroom next to bed | 06/19/2014 |
| 4 | TE188235-4 | Similac container | On top of nightstand in east bedroom | 06/19/2014 |
| 5 | TE188235-5 | Glass bong and empty marijuana container | On shelf in closet in east bedroom | 06/19/2014 |
| 6 | TE188235-6 | Glass pipe | On top of desk in east bedroom | 06/19/2014 |
| 7 | TE188235-7 | Glass pipe | In top desk drawer in east bedroom | 06/19/2014 |
| 8 | TE188235-8 | Car seat | On floor in east bedroom | 06/19/2014 |
| 9 | TE188235-9 | Similac can (unopened) | In plastic bag on papasan chair in east bedroom | 06/19/2014 |
| 10 | TE188235-10 | Bed sheet | Bed in east bedroom | 06/19/2014 |
| 11 | TE188235-11 | Rental agreement; Andrew Olson | Under desk in east bedroom | 06/19/2014 |
| 12 | TE188235-12 | Glass bong | On electric utility box by entry door | 06/19/2014 |
| 13 | TE188235-13 | Pacifier | On top of nightstand in east bedroom | 06/19/2014 |
| 14 | TE188235-14 | Empty marijuana containers | Top drawer of nightstand in east bedroom | 06/19/2014 |
| 15 | TE188235-15 | Pillow | On bed in east bedroom | 06/19/2014 |
| 16 | TE188235-16 | Pillow | On bed in east bedroom | 06/19/2014 |
| 17 | TE188235-17 | Marijuana from Item #14 | Top drawer of nightstand in east | 06/19/2014 |

14-079230  OBrien #14916

CONFIDENTIAL ZO-TempePD-000029

**Attachment A**
**Tempe Police Department IR# 14-079230**
**1336 E. Hall Street, Tempe, Arizona**

| | | | bedroom | |
|---|---|---|---|---|
| 18 | TE188235-18 | Empty bottle | Side pocket of diaper bag | 06/19/2014 |
| 19 | TE188235-19 | Empty bottle | Side pocket of diaper bag | 06/19/2014 |

14 - 079230 OBrien
#14916

CONFIDENTIAL ZO-TempePD-000030

 

**Tempe Police Department**

Serving the community since 1894

June 25, 2020

# CERTIFICATION

### 2014-79230:  Report & Attachments / Photos / Audio
### Infant Death Investigation Checklist / Items from OME CD

I, AMANDA BUNGER, Custodian of Records for the Tempe Police Department, do hereby certify that the attached to be a true and exact copy of the records on file with the Tempe Police Department.

Pursuant to A.R.S. 41-1351 and incompliance with the approved Tempe Police Department's records retention policy, arrest or reports that have met the established criteria for purging would not have been accessible for inclusion in this records check.

_____

AMANDA BUNGER, CUSTODIAN OF RECORDS

DATED THIS ___25___ DAY OF ___June_____, 2020.

STATE OF ARIZONA    )
COUNTY OF MARICOPA )

SUBSCRIBED AND SWORN to before me on this ___25th___ day of

___June_____, 2020.

_____          ___8/1/2021___
NOTARY PUBLIC                                        MY COMMISSION EXPIRES

OFFICIAL SEAL
ALLISON P. ANDERSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 1, 2021

120 East Fifth Street, Tempe, Arizona 85281 ◆ (480) 350-8598 ◆ www.tempe.gov/police

CONFIDENTIAL ZO-TempePD-000031

# EXHIBIT A

Complete **CERTIFIED** copies of the records pertaining to Tempe Police

Department Report No. TE2014-79230, date of incident June 19, 2014, location of

incident 1336 E. Hall Street, Tempe, Arizona, as follows:

1. **Your entire file of all reports, correspondence, videotapes, electronic surveillance and/or documentation, color photographs, incident reports/investigation reports, witness statements (written or recorded), photographs, video or audio recordings, reenactment videos, memoranda, notes, correspondence, evidence and/or investigative materials and citations or warrants. This request includes, the entire investigation file pertaining to Tempe Police Department Report No. 14-79230; and,**

2. **All 911 call logs, 911 audio recordings, CAD reports, dash cam video, and dispatch or other records relating to any 911 emergency calls related to Tempe Police Department Report No. 14-79230.**

## PLEASE MAKE SURE THAT BOTH SIDES OF ALL TWO-SIDED

## DOCUMENTS ARE COPIED AND PRODUCED.

✓ no dash cam
✓ Photos ordered 6-14
✓ 911 ordered 6-14 ~no audio
✓ report attach printed 6-14
✓ TE 188112-001 ⎫ 6-14 sent to KJB
✓ TE 188771-001 ⎭ to order
TE 188771-007 (in e.com)
TE 188282-001 (in e.com)

CONFIDENTIAL ZO-TempePD-000032



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

| Report Date:Jun-19-2014 (Thu.) | Officer:17962 - REYES, MICHELLE | | Approved by:11750 - LUCKOW, TRENTEN | |
|---|---|---|---|---|
| Date Occurred:Jun-19-2014 (Thu.) | | Time:806 | Latest Possible Date: | Time: |
| Location of Occurrence: 1336 E HALL ST , TEMPE    District: N   Beat: 2   Grid: 1005 | | | | |
| Domestic Violence: No | Loss: | | Damage: | Recovered: |
| Offense: #1   DEATH - COMPLETED | | | | |

## Related Person(s)

### SUBJECT # 1 - BAILEY, KEVIN

| Sex: Male | Race: WHITE | | DOB: |
|---|---|---|---|
| Height:5'09 | Weight:170 | Hair:BROWN | Eyes:BROWN |
| Address: | | | |
| Home #: | Work #: (480) 858-7271 | | Cell #: |
| Employer:TFD | | Employer Address:CHIEF JONES WAY/APACHE, TEMPE | |
| Driver's License #: | | Social Security #: | |

### SUBJECT # 2 - OLSON, ANDREW THOMAS

| Sex: Male | Race: WHITE | | DOB:09/25/1994 |
|---|---|---|---|
| Height:5'09 | Weight:142 | Hair:BLOND | Eyes:BLUE |
| Address:1336 E HALL ST TEMPE, AZ 85281- | | | |
| Home #: | Work #: | | Cell #: (623) 640-9788 |
| Employer:EINSTEINS BAGELS | | Employer Address:900 E UNIVERSITY | |
| Driver's License #:D07146708 Arizona | | Social Security #: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 | |

### SUBJECT # 3 - OLSON, DAVID

| Sex: Male | Race: WHITE | | DOB:05/19/1969 |
|---|---|---|---|
| Height:5'10 | Weight:210 | Hair:BROWN | Eyes:GREEN |
| Address:6005 W BLACKHAWK DR  GLENDALE, AZ  85308- | | | |
| Home #: | Work #: | | Cell #: (623) 512-9911 |
| Employer: | | Employer Address: | |
| Driver's License #:D02915287 Arizona | | Social Security #: | |

### SUBJECT # 4 - OLSON, SARAH

| Sex: Female | Race: WHITE | | DOB:08/22/1966 |
|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: |
| Address:6005 W BLACKHAWK DR  GLENDALE, AZ  85308- | | | |
| Home #: | Work #: | | Cell #: (623) 810-6500 |
| Employer: | | Employer Address: | |
| Driver's License #: | | Social Security #: | |

### SUBJECT # 5 - OLSON, DANIEL

| Sex: Male | Race: WHITE | | DOB:09/16/1991 |
|---|---|---|---|
| Height:5'08 | Weight:160 | Hair:BROWN | Eyes:GREEN |
| Address:1336 E HALL ST  TEMPE, AZ 85281- | | | |
| Home #: | Work #: | | Cell #: (623) 606-8153 |
| Employer:PAPA JOHNS PIZZA | | Employer Address:MCCLINTOCK\SOUTHERN | |
| Driver's License #:D05575583 Arizona | | Social Security #: | |

CONFIDENTIAL ZO-TempePD-000033



# TEMPE POLICE DEPARTMENT
### General Offense Report

| GO# TE 2014-79230 | | | Operational Status: CLOSED |
|---|---|---|---|

## SUBJECT # 6 - LAWTON, ARNETTE DENISE

| Sex: Female | Race: WHITE | | DOB:04/13/1961 |
|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: |

| Address:5927 W YUCCA ST  GLENDALE, AZ  85304- |
|---|

| Home #: | Work #: | Cell #: (623)  203-7843 |
|---|---|---|

| Employer:NOBLEWEST PROPERTIES | | Employer Address: |
|---|---|---|

| Driver's License #: | Social Security #: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 |
|---|---|

## SUBJECT # 7 - LAWTON, ROBERT D

| Sex: Male | Race: WHITE | | DOB:03/17/1960 |
|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: |

| Address:5927 W YUCCA ST  GLENDALE, AZ  85304- |
|---|

| Home #: | Work #: | Cell #: (480)  277-2565 |
|---|---|---|

| Employer: | | Employer Address: |
|---|---|---|

| Driver's License #: | Social Security #: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 |
|---|---|

CONFIDENTIAL ZO-TempePD-000034