# **EXHIBIT 22-4**



# TEMPE POLICE DEPARTMENT
### General Offense Report

**GO# TE 2014-79230**                                    **Operational Status: CLOSED**

While the couple was babysitting, Zoey became "fussy" from "teething". David took Zoey outside for a walk and to play.

They were aware she had a "cold" approximately 2-3 months ago and she has had "raspy breathing" in the past; otherwise, she was a healthy and normal baby. They believed that she had a "heart murmur" when she was born and believed it was due to a valve in her heart taking longer than normal to close; however, there were no known outstanding issues from this issue at her birth.

They did not provide any family medical history which was relevant or related to this incident.

After speaking to David and Sarah, I contacted Daniel Olson DOB: 9/16/1991 (Andrew's brother), who also lives at the residence. I obtained consent to search the residence from Daniel; however, later learned that the living quarters are separated and there was no need to search Daniel's living space within the residence. The original consent to search form was maintained as evidence and subsequently impounded under this report number.

Daniel did not see Zoey often and only babysat her one time, a couple weeks ago, for approximately one hour. Daniel described Zoey as "happy", "mobile" and "healthy". According to Daniel, Zoey "didn't cry much" and was "quiet".

Daniel estimated approximately "four weeks ago", Zoey rolled between a bed and a wall and bumped her head. As a result, Zoey sustained an injury to her head; however, Daniel described it as "nothing serious".

Daniel told me he recalled talking with Andrew and learning that he and Kathleen were planning to come from Glendale to stay at the Tempe residence. When he checked his cell phone he could not find the time that he spoke to Andrew; therefore, he believed that maybe he actually spoke to Andrew in person.

Daniel told me he was at home on 6/18/2014 at approximately 1600 hours and began drinking beer and watching television. He went outside to smoke and believed he observed Kathleen's vehicle parked at the residence. He estimated it was approximately 2300 hours on 6/18/2014; however, acknowledged that it could have been later.

Daniel heard fire trucks in the neighborhood on the morning of 6/19/2014; however, he was sleeping and assumed it was for a different residence. He received a call via phone from Andrew on 6/19/2014 at 0854 hours and was told that Zoey was "turned over", "not breathing" and the fire department was called; however, it was "too late" and that Zoey "passed away". Daniel hung up the phone and went to Andrew's part of the residence.

Daniel told me that at some time during the evening from 6/18/2014 to 6/19/2014 that they lost power in the residence. He estimated that it lasted for 3 hours, based on the time flashing on his clock. He checked the M-Power and saw that it was full; therefore, was not sure the reasoning for the power outage. Daniel did not think the residence was "too hot" overnight as a result.

After speaking with Daniel, I had a follow-up conversation with Andrew, since I learned during my interviews with David and Sarah that they babysat Zoey on 6/18/2014. Andrew acknowledged that his parents babysat between 1600 hours to 2000 hours. He then picked Zoey up from his parent's residence and spent time with Zoey at Kathleen's Glendale apartment from approximately 2000 hours to 1230 hours. His account was the same, with

CONFIDENTIAL ZO-TempePD-000050



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2014-79230**                    **Operational Status: CLOSED**

the added information that his parents babysat. Andrew told me that while his parents were babysitting, he went home to Tempe to clean his residence.

I also asked Andrew about Zoey having a heart murmur when she was born. He believed the heart murmur would have been associated with her breathing issue at birth. I noted that Andrew did not appear to have a complete understanding or knowledge of Zoey's condition at birth. He also had trouble recalling which hospital she was born.

The above interviews were captured on a digital recorder. The recordings were later saved to a CD and impounded as evidence. For additional details regarding the complete contents of the interviews, refer to the impounded recordings.

After speaking with Andrew, I was contacted by Arnet Lawton DOB: 4/13/1961 and Robert Lawton DOB: 3/17/1960 (Kathleen's parents). They provided me with Zoey's pediatrician information; Doctor Kevin Cleary (623) 207-5465. His office is located at 7725 N 43rd Ave., Phoenix. I also learned that Zoey was born at Phoenix Baptist Hospital, located at 2000 W. Bethany Home Rd., Phoenix.

Arnet further advised that when Zoey was born she had fluid on her lungs and was not breathing. She was monitored for three days in the hospital ICU. Arnet and Robert were also aware that Zoey had a "constant raspy" cough. According to Arnet, per Dr. Clearly this was due to allergies and teething. Arnet believed the Kathleen took Zoey to an urgent care for a second opinion; however, she was unable to provide any further details. Detective Reyes interviewed Kathleen, refer to her interview for further information pertaining to Zoey's health and medical care.

Arnet and Robert described Zoey as "alert" and "happy". Robert showed me a photograph of Zoey on his cell phone, which was taken on 6/15/2014. She was alert and smiling in the picture. She did not appear ill. 6/15/2014 was the last time Arnet and Robert saw Zoey alive.

**Additional Assistance**

After my interviews with Andrew and the family, I assist Detective O'Brien collecting evidence from the residence. I donned a new pair of latex gloves while handling each item of evidence I collected. I also obtained the bedroom temperature and Zoey's temperature using a digital thermometer and provided the readings to Detective O'Brien. Refer to his supplement for details.

It should be noted, while speaking with Andrew, I began to complete an Infant Death Investigation Checklist with the information he provided. I turned over the partially completed checklist to Detective Reyes, so that she could include it with the information gained from her investigation and complete the checklist in its entirety.

**Conclusion**

This concludes my involvement in this investigation at this time. For additional details regarding this incident, refer to the original report by Detective Reyes, as well as the supplemental reports from other officers and detectives.

-Pending-

CONFIDENTIAL ZO-TempePD-000051



# TEMPE POLICE DEPARTMENT
## General Offense Report

GO# TE 2014-79230 | Operational Status: CLOSED

CONFIDENTIAL ZO-TempePD-000052



# TEMPE POLICE DEPARTMENT
### General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED | |
|---|---|---|

### Follow Up Report #4

| Assigned to:17962 - REYES, MICHELLE | Assigned on: Aug-07-2014 (Thu.) 1332 | Capacity:Lead Investigator |
|---|---|---|
| Completed:Yes | Approved on:10/23/2014 | Approved by:LUCKOW, TRENTEN |

### Narrative Text #1

**Document:** DETECTIVE NARRATIVE

**Author:** REYES, MICHELLE

**Related Date/Time:** Oct-22-2014 (Wed.) 654

On 10-22-14, at approximately 0645 hours, I contacted the Office of the Medical Examiner to check the status of their investigation reference the death of Z█ O█ DOB █-13. The death of (M) Z█ O█ occurred on 6-19-14, at approximately 0806 hours, when she was located by her natural parents in her bassinet. Zoey had been placed in the bassinet at approximately 0140 hours when her mother returned home from work. During the course of the investigation, there were no signs of foul play located. Zoey did not have any visible signs of trauma and both natural parents, although distraught, did not appear to be involved in the death of their daughter. I was not able to identify any suspicious circumstances involving Zoey's death. I was then advised by the Office of the Medical Examiner the death had been ruled an undetermined death with an unknown manner. With no further information, this case shall be considered administratively cleared.

***Administratively Cleared***

CONFIDENTIAL ZO-TempePD-000053

14-79230

**⊤ Tempe**

## CONSENT TO SEARCH

6/19/14
**(Date)**

1836 E. HALL ST. TEMPE
**(Location)**

I, _DANIEL OLSON_____, having

been informed of my Constitutional Rights not to have a search made of the premises

hereinafter mentioned, without a search warrant, and of my right to refuse to

consent to such a search, hereby authorize _DET. ALLEY_____,

and _TEMPE POLICE_____, police officer(s) of the

Tempe Police Department, City of Tempe, Arizona, to conduct a complete search of

my premises located at: _1836 E. HALL ST., TEMPE_____

_____

These officer(s) are authorized, by me, to take from my premises any letters, papers,

materials or other property which they may desire.

This written permission is being given by me to the above name police officer(s)

voluntarily and without threat or promises of any kind.

_____
**(Signature)**

**WITNESSES:**

_____

_____

_____

CONFIDENTIAL ZO-TempePD-000054

14-79230

# Tempe

## CONSENT TO SEARCH

6/19/14
**(Date)**

1336 E. HALL ST., TEMPE
**(Location)**

I, ANDREW OLSEN _____, having

been informed of my Constitutional Rights not to have a search made of the premises

hereinafter mentioned, without a search warrant, and of my right to refuse to

consent to such a search, hereby authorize DET. AKEY ,

and TEMPE POLICE , police officer(s) of the

Tempe Police Department, City of Tempe, Arizona, to conduct a complete search of

my premises located at: 1336 E. HALL ST., TEMPE

_____.

These officer(s) are authorized, by me, to take from my premises any letters, papers,

materials or other property which they may desire.

This written permission is being given by me to the above name police officer(s)

voluntarily and without threat or promises of any kind.

_____
**(Signature)**

WITNESSES:

_____

_____

_____

CONFIDENTIAL ZO-TempePD-000055

# Attachment A
## Tempe Police Department IR# 14-079230
### 1336 E. Hall Street, Tempe, Arizona

| Item Number | TE Number | Description | Location | Date |
|---|---|---|---|---|
| 1 | TE188235-1 | Black diaper bag and contents | On coffee table in living room | 06/19/2014 |
| 2 | TE188235-2 | Bassinette | Next to bed in east bedroom | 06/19/2014 |
| 3 | TE188235-3 | Diaper | On floor in east bedroom next to bed | 06/19/2014 |
| 4 | TE188235-4 | Similac container | On top of nightstand in east bedroom | 06/19/2014 |
| 5 | TE188235-5 | Glass bong and empty marijuana container | On shelf in closet in east bedroom | 06/19/2014 |
| 6 | TE188235-6 | Glass pipe | On top of desk in east bedroom | 06/19/2014 |
| 7 | TE188235-7 | Glass pipe | In top desk drawer in east bedroom | 06/19/2014 |
| 8 | TE188235-8 | Car seat | On floor in east bedroom | 06/19/2014 |
| 9 | TE188235-9 | Similac can (unopened) | In plastic bag on papasan chair in east bedroom | 06/19/2014 |
| 10 | TE188235-10 | Bed sheet | Bed in east bedroom | 06/19/2014 |
| 11 | TE188235-11 | Rental agreement; Andrew Olson | Under desk in east bedroom | 06/19/2014 |
| 12 | TE188235-12 | Glass bong | On electric utility box by entry door | 06/19/2014 |
| 13 | TE188235-13 | Pacifier | On top of nightstand in east bedroom | 06/19/2014 |
| 14 | TE188235-14 | Empty marijuana containers | Top drawer of nightstand in east bedroom | 06/19/2014 |
| 15 | TE188235-15 | Pillow | On bed in east bedroom | 06/19/2014 |
| 16 | TE188235-16 | Pillow | On bed in east bedroom | 06/19/2014 |
| 17 | TE188235-17 | Marijuana from Item #14 | Top drawer of nightstand in east | 06/19/2014 |

14.079230 OBrien #4916

CONFIDENTIAL ZO-TempePD-000056

**Attachment A**
**Tempe Police Department IR# 14-079230**
**1336 E. Hall Street, Tempe, Arizona**

|  |  |  | bedroom |  |
|---|---|---|---|---|
| 18 | TE188235-18 | Empty bottle | Side pocket of diaper bag | 06/19/2014 |
| 19 | TE188235-19 | Empty bottle | Side pocket of diaper bag | 06/19/2014 |

14 - 079230 OBrien
#14916

CONFIDENTIAL ZO-TempePD-000057



# Tempe Police Department
## Property Receipt



GO Number: 14 - 79230

Officer: M. REYES 17962

Date: 6/19/14

The Tempe Police Department Property/Evidence Facility is located at 1875 E. Apache Blvd, Tempe, AZ 85281 and the number is (480) 350-8338. The hours are Monday 12:00pm - 4:00pm, Tuesday - Friday 7:00am - 4:00pm, and closed weekends & holidays. You must bring this receipt and photo ID when retrieving property.

## Description
Circle appropriate type for each item and provide description
(S - Safekeeping, E - Evidence, F - Found)

| # | Type | Description | # | Type | Description | # |
|---|------|-------------|---|------|-------------|---|
| #1 | S E F | BLACK DIAPER BAG; CONTENTS | S E F | DRUG PARAPHERNALIA | #12 |
| #2 | S E F | BASSINETTE | S E F | PACIFIER | #13 |
| #3 | S E F | DIAPER | S E F | DRUG PARAPHERNALIA, MARIJUANA | #14 |
| #4 | S E F | SIMILAC CONTAINER | S E F | PILLOW ON BED | #15 |
| #5 | S E F | DRUG PARAPHERNALIA | S E F | PILLOW ON BED | #16 |
| #6 | S E F | DRUG PARAPHERNALIA | S E F | | |
| #7 | S E F | DRUG PARAPHERNALIA | S E F | | |
| #8 | S E F | CAR SEAT | S E F | | |
| #9 | S E F | SIMILAC CAN | S E F | | |
| #10 | S E F | BED SHEET | S E F | | |
| #11 | S E F | RENTAL AGREEMENT | S E F | | |

**\* ALL CONTRABAND WILL BE DESTROYED \***

SAFE-KEEPING: Items will be held for 30 days. You must pick up your property or make arrangements to have your property picked up within that time frame. A person named by you with a notarized letter giving that person permission may retrieve your property. Items not picked up after 30 days will be disposed of in accordance with state law and/or city code.

EVIDENCE: Items will only be released upon completion of the criminal case with authorization from the assigned case detective and/or prosecutor. You will be notified by mail when these items are authorized to be released. You will have 30 days after being notified to pick up these items or they will be disposed of in accordance with state law and/or city code.

FOUND: Citizens turning in items as found, which are not claimed within 30 days by the owner, may be claimed by the finder. You will be notified by mail when you are eligible to claim found items. After notification is made you have 30 days to pick up the items or they will be disposed of in accordance with state law and/or city code.

Owner/Finder: T. M. O'BRIEN #14916    Signature: T. M. OB #14916

TPD Form 793
Revised 09/2013

14-079230 obien #14916

White – Property    Yellow – Owner/Finder

CONFIDENTIAL ZO-TempePD-000058

**Northern Lights- 3.5 Grams**
Item # 269147 - Indica
Batch # 1258 Additives, Nutrients and Soil Amendments
Provided by 00000074DCGM00540313
For SWC Tempe 00090097DCGK00454068

Purchased          6/18/14

00660940PSI587567001
Andrew Olson - Agent ID:

SWC Tempe

For Medical Use Only - Not for Redistribution
ARIZONA DEPARTMENT OF HEALTH SERVICES
WARNING: Marijuana use can be addictive and
can impair an individual's ability to drive motor
vehicle or operate heavy machinery. Marijuana
smoke contains carcinogens and can lead to an
increased risk for cancer, tachycardia,
hypertension, heart attack, and lung infection.
KEEP MARIJUANA OUT OF REACH OF CHILDREN
AND ANY UNAUTHORIZED INDIVIDUAL

14-079230 Olson #14916

CONFIDENTIAL ZO-TempePD-000059

## MESSAGE FROM SOCIAL SECURITY

### INFORMATION ABOUT WHEN YOU WILL RECEIVE
### YOUR BABY'S SOCIAL SECURITY CARD

**IMPORTANT:** IF YOU HAVE NOT NAMED YOUR BABY, WE CANNOT ISSUE A SOCIAL SECURITY CARD

You should get your baby's Social Security card in about 3 weeks. It takes your State about 2 weeks to notify the Social Security Administration (SSA) about your baby's birth. After the birth is registered, SSA will issue your baby a Social Security number. The card will be mailed to you about one week after SSA is notified by the State of your baby's birth. Check with your local postal authorities about mailbox name requirements to ensure delivery.

Never pay a fee to get a Social Security card. If anyone asks for money to help you get a card, notify SSA immediately at 1-800-772-1213.

If your baby has medical problems, call SSA at the number shown above to find out if Supplemental Security Income (SSI) can help. If you receive Social Security benefits, call the number shown above to find out if your baby may be eligible to receive benefits on your account.

If you are filing for Welfare or other public assistance benefits for your baby, <u>you will need the following information completed before you leave the hospital.</u>

This certifies that a Social Security number was requested for

<u>Zoey Elizabeth Olson</u>
Name of Child

<u>Janet Stadtman</u>          <u>9-30-2013</u>
Signature of hospital official          Date

**NOTE:** Notify your caseworker when you receive your baby's card.

Form **SSA-2853-OP2** (08-2009) Destroy Prior Editions

CONFIDENTIAL ZO-TempePD-000060



**Phoenix Baptist Hospital**
*An Affiliate of Abrazo Health Care*

# ✳ Phoenix Baptist Hospital
*An Affiliate of Abrazo Health Care*

To Whom It May Concern:

This is to verify that _____ *Zoey Elizabeth Olson*
(Patient Name)

Was born at Phoenix Baptist Hospital on _____ *9-30-2013*

To _____ *Katie Lawton*
(Mother)

This information was taken from the official health record at Phoenix Baptist Hospital, Phoenix, Arizona.

_____
Birth Recorder

*9-30-2013*
Date

BIRTH RECORDER
PHOENIX BAPTIST HOSPITAL
2000 W BETHANY HOME ROAD
PHOENIX AZ 85015

1000 West Bethany Home Road   Phoenix, AZ 85015
602/249-0212   602/246-5849 (fax)

www.phoenixbaptisthospital.com

*14-079230 O'Brien #14916*

CONFIDENTIAL ZO-TempePD-000061

# RESIDENTIAL RENTAL AGREEMENT

Tenant:          Daniel Olson, Lydia Cuen, and Andrew Olson
                 1336 E Hall Street, Tempe, Arizona 85281

Landlord:        Michael Underhill
                 4236 East Rancho Drive
                 Phoenix, Arizona  85018

Property:        1336 East Hall Street
                 Tempe, Arizona  85281

Offer:  Tenant hereby agrees to lease the real property and improvements at
1336 East Hall Street, Tempe, Arizona.

Term:  The Term of this Agreement is Twelve Months, beginning on July 1, 2014, and
ending on June 30, 2015. At the end of the Term the Tenant shall return all keys and
vacate the Premise unless Landlord and Tenant agree to an extension of this Agreement.
Tenant agrees to notify Landlord of intent not to extend this Agreement at least 30 days
before the end of the Term. If the Tenant fails to vacate the Premises as provided for in
the Agreement, the Landlord shall be entitled to recover an amount equal to not more
than two months' periodic rent or twice the actual damages sustained by the Landlord,
whichever is greater, as provided for in A.R.S. 33-1375(C). The Tenant shall be
obligated to pay rent until keys have been physically returned to the Landlord.

Rent:  Tenant shall pay monthly installments of $1,000.00 ("Rent").  Rent shall be
payable in advance without deductions or offsets. Rent in the full amount shall be due
and payable on the First Day of Each Month during the Term of this Agreement.
Landlord is not required to accept a partial payment of Rent or other charges. A.R.S. 33-
1371(A). A Late Charge of $30.00 shall due be added to all Rent not received by Ten
Days following the due date and shall be collectible as additional Rent. Tenant shall pay
a charge of $20.00 for all checks returned from the bank unpaid for any reason, in
addition to the late charge provided for above. These additional charges shall be
collectible as Rent. If a check has been returned form the bank unpaid for any reason, the
Landlord reserves the right to demand that all sums due under this Agreement be paid in
the form of a cashier's check or money order.

Refundable Deposit:  Landlord acknowledges payment of $1,000.00 Security Deposit on
the date of this agreement. This refundable deposit will be held by the Landlord. If the
Premises are surrendered to the Landlord at the termination or expiration of this
Agreement in a clean and undamaged condition acceptable to Landlord, Landlord shall
return the refundable deposit to the Tenant within Five Days. However, it the Premises
are delivered to Landlord in an unclean or damaged condition not acceptable to Landlord,
Landlord may, at Landlord's option, retain all or a portion of the refundable deposit, and
may hold the Tenant liable for any additional charges. Note: Tenant shall not use any
refundable deposit as a credit towards last month's rent. Total payments and deposits

*14.079230 Olsen #14916*

CONFIDENTIAL ZO-TempePD-000062



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188112**

| Property Case Status: EVIDENCE/SEIZED | Related Items: 1 |
|---|---|
| Submitted on: Jun-19-2014 (Thu.) | Submitted by: 15082 - WILLIAMS, TORIN F |

Related Item(s):

**Articles**
ITEM: AUDIO TAPE (ALL TYPES)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: RECORDED INTERVIEW
RECOVERED VALUE: $0.00

CONFIDENTIAL ZO-TempePD-000063



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188235**

| Property Case Status: EVIDENCE/SEIZED | Related items: 21 |
|---|---|
| Submitted on: Jun-20-2014 (Fri.) | Submitted by: 14916 - O'BRIEN, THOMAS |

Related Item(s):

**Articles**
ITEM: BAG (SHOPPING, GROCERY, TOTE, OTHER)
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BLACK DIAPER BAG AND CONTENTS
RECOVERED VALUE: $0.00

**Articles**
ITEM: FOOD
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: CAN OF SIMILAC ADVANCE
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS BONG; EMPTY MARIJUANA CONTAINER
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS PIPE
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: GLASS PIPE
RECOVERED VALUE: $0.00

**Articles**
ITEM: CHILD/BABY CAR SEAT/BOOSTER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BABY TREND CAR SEAT
RECOVERED VALUE: $0.00

**Articles**
ITEM: FOOD
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: UNOPENED CAN OF SIMILAC ADVANCE
RECOVERED VALUE: $0.00

**Articles**
ITEM: BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BED SHEET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: RENTAL AGREEMENT; ANDREW OLSON @ 1336 E HALL STREET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DRUG PARAPHERNALIA
SERIAL #: UNKNOWN

CONFIDENTIAL ZO-TempePD-000064



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

VALUE #:  $0.00
DESCRIPTION: GLASS BONG
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  DRUG PARAPHERNALIA
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: EMPTY MARIJUANA CONTAINERS
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: PILLOW
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  BEDDING/SHEETS/COMFORTOR/PILLOW CASE/PILLOW
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: PILLOW
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  BOTTLE/CAN (EMPTY)
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: EMPTY BABY BOTTLE FROM DIAPER BAG
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  BOTTLE/CAN (EMPTY)
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: EMPTY BABY BOTTLE FROM DIAPER BAG
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  FLASHCARDS (EVIDENTIARY PHOTOS TAKEN BY OFFICER)
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: FLASHCARD
RECOVERED VALUE:  $0.00

**Articles**
ITEM:  DOCUMENTS/PAPERS-OTHER
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: PROPERTY RECEIPT (ORIG)
RECOVERED VALUE:  $0.00

**Miscellaneous**
ITEM:  FISHER PRICE BASSINETTE
QUANTITY:
VALUE:  $0.00
REMARKS:  FISHER PRICE BASSINETTE
RECOVERED DATE:  06/19/2014
RECOVERED LOCATION:  SCENE

**Miscellaneous**
ITEM:  USED DIAPER
QUANTITY:
VALUE:  $0.00
REMARKS:  USED DIAPER
RECOVERED DATE:  06/19/2014
RECOVERED LOCATION:  SCENE

**Miscellaneous**
ITEM:  PACIFIER
QUANTITY:
VALUE:  $0.00
REMARKS:  PACIFIER
RECOVERED DATE:  06/19/2014

CONFIDENTIAL ZO-TempePD-000065



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2014-79230**　　　　　　　　　**Operational Status: CLOSED**

RECOVERED LOCATION: SCENE

**Drugs**
TYPE: Marijuana
FORM: Leafy Substance
QUANTITY: 3.500
UNIT: Gram
DESCRIPTION: MEDICAL MARIJUANA; ANDREW OLSON

CONFIDENTIAL ZO-TempePD-000066



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188282**

| Property Case Status: EVIDENCE/SEIZED | Related Items: 2 |
|---|---|
| Submitted on:  Jun-20-2014  (Fri.) | Submitted by:  17902 - AKEY, ALAN |

Related Item(s):

Articles
ITEM:  DVD (DIGITAL VIDEO DISC)
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: CONTACT WITH ANDREW, DAVID, SUSAN AND DANIEL OLSON 6/19
RECOVERED VALUE:  $0.00

Articles
ITEM:  DOCUMENTS/PAPERS-OTHER
SERIAL #:  UNKNOWN
VALUE #:  $0.00
DESCRIPTION: CONSENT TO SEARCH SIGNED BY ANDREW OLSON\DANIEL OLSON
RECOVERED VALUE:  $0.00



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2014-79230 | Operational Status: CLOSED |
|---|---|

**Related Property Report(s)**

**Property Report #188771**

| Property Case Status: EVIDENCE/SEIZED | Related items: 7 |
|---|---|
| Submitted on: Jun-25-2014 (Wed.) | Submitted by: 17962 - REYES, MICHELLE |

**Related Item(s):**

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: EVIDENCE RELEASE FORMS FROM ME
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: NAVY SHIRT
RECOVERED VALUE: $0.00

**Articles**
ITEM: SWAB
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: BLOOD BLOT FROM ME
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: SHORTS
RECOVERED VALUE: $0.00

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: TFD BLANKET
RECOVERED VALUE: $0.00

**Articles**
ITEM: DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
VALUE #: $0.00
DESCRIPTION: INFANT DEATH CHECKLIST / CD FROM ME
RECOVERED VALUE: $0.00

**Jewelry**
ARTICLE: UNKNOWN JEWELRY
GENDER: Female
VALUE: $0.00
DESCRIPTION: PINK COLORED EARRINGS
RECOVERED VALUE: $0.00

CONFIDENTIAL ZO-TempePD-000068



# Maricopa County
### Office of the Medical Examiner

## Evidence Release Form

**Case Number:** 14-04064
**Pathologist:** MICHAEL J. FERENC, MD
**Decedent:** O█████ Z████ E█████

### Evidence Details

| | |
|---|---|
| **Evidence Released By:** | MICHAEL J. FERENC, MD |
| **Evidence Released To:** | M. REYES |
| **Agency:** | TEMPE PD |
| **Left Finger Nail Clippings:** | N/A |
| **Right Finger Nail Clippings:** | N/A |
| **Known Head Hair:** | N/A |
| **Blood Specimen:** | G AND T BLOT @ 8:00 AM |
| **Trace Evidence:** | N/A |
| **Projectiles:** | N/A |
| **Other:** | N/A |
| **Left Hand Bag:** | N/A |
| **Right Hand Bag:** | N/A |
| **Dry Swabs:** | N/A |
| **Wet Swabs:** | N/A |
| **Sexual Assult Kit:** | N/A |
| **GSR:** | N/A |
| **Comments:** | N/A |

Released To: _M. REYES 17962_

Badge #: _17962_

Agency: _TEMPE PD_

Released By: _[signature]_
MICHAEL J. FERENC, MD

Date Released: 6/20/2014

Time Released: 8:14 AM

**Time Stamp:**

CONFIDENTIAL ZO-TempePD-000069



## Maricopa County
Office of the Medical Examiner

### Inventory of Personal Property

CASE #:  **14-04064**

DATE:  **6/20/2014**

The following property in the name of O█████, Z██ E████████ is under the control of this department.

| Property Type | Property Description | Property Comment |
|---|---|---|
| CLOTHING | BLUE SHIRT | |
| JEWELRY | WHITE METAL EAR STUDS W/ PINK STONES | |
| MONEY | NONE | |
| CLOTHING | RED UNDERSHORTS | |
| OTHER | WHITE BABY BLANKET | |

**RECEIVED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Release By: | **MICHAEL J. FERENC, MD** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Release To: | **M.REYES #17962** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Representing: | **TEMPE PD** | | | | |

SIGNATURE:  ___M  REYES 17962___                    Property Receipt:

CONFIDENTIAL ZO-TempePD-000070

| TEMPE POLICE DEPARTMENT |
| CAD CALL HARDCOPY |

| **CP 2014-79230** | **Reported: Jun-19-2014 08:06:07** |

Incident Location
   Address : **1336 E HALL ST**
   City : **TEMPE**
   District : **N**    Zone : **2**    RD : **1005**

General Information

   Report number: **2014-79230**
   Case Type : **INJURED/SICK PERSON**    Priority : **2**
   Dispatch : **Jun-19-2014 08:07:32**
   Enroute  : **Jun-19-2014 08:07:46**
   At Scene  : **Jun-19-2014 08:11:30**
   Cleared  : **Jun-19-2014 12:55:37**
   How call received : **NON EMERGENCY LINE**
   Unit ids : #1 - **1P21**    #2 - **1P22**    #3 - **P40**
   Call taker ID : **22180 TABOR, JOANNA**

Complainant Information

   State : **AZ**
   Remarks :
      **Jun-19-2014 08:06:07 - 8 MONTH OLD NOT
      BREATHING// CPR STARTED**

      **TABOR, JOANNA(at CON09) on 2014-06-19 08:07:05 -
      PER TFD: 901H**

      **TABOR, JOANNA(at CON09) on 2014-06-19 08:08:00 -
      ASU PD RECV'D 911 CALL AND XFRD TO TFD//ASU PD
      THEN CALLED TO ADV TPD OF CALL**

      **WRIGHT, KAILEIGH(at CON08) on 2014-06-19 08:35:59
      - 1P22 ENG 278/WHAT SHIFT IS THAT? PARTICULAR
      EMPLY CHECKED BABY? > A SHIFT KEVIN BAILEY ON ENG
      278**

      **WRIGHT, KAILEIGH(at CON08) on 2014-06-19 08:38:08
      - 1P22 FIREHOUSE 21/480-858-7271**

      **WILLIAMS, TORIN F(at 1P22) on 2014-06-19 10:51:49
      - SUPPLEMENT**

      **ALLEN, KEVIN ()(at CON04) on 2014-06-19 12:26:02
      - D404 SUPPLEMENT**

      **ALLEN, KEVIN ()(at CON04) on 2014-06-19 12:26:16
      - I603 SUPPLEMENT**

      **LABELLE, MARK D (Retired)(at 1P21) on 2014-06-19
      12:27:02 - SUPPLEMENT**

CONFIDENTIAL ZO-TempePD-000071

**TEMPE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2014-79230**                           **Reported: Jun-19-2014 08:06:07**

Clearance Information

    Final Case type : **INJURED/SICK PERSON**
    Report expected : **Yes**   Founded : **Yes**
    Cleared by : **DEPARTMENT REPORT**
    Reporting Officer1 : **17962 - REYES, MICHELLE**

Dispatch Details

    Unit number : **1P21**  Dispatched: **Jun-19-2014 08:07:32**
      Officer 1 : **11772 - LABELLE, MARK D (Retired)**
    Enroute : **Jun-19-2014 08:07:46**
    At scene : **Jun-19-2014 08:11:30**
    Cleared : **Jun-19-2014 12:55:37**
    Dispatcher ID : **18982**

    Unit number : **1P22**  Dispatched: **Jun-19-2014 08:07:32**
      Officer 1 : **15082 - WILLIAMS, TORIN F**
    Enroute : **Jun-19-2014 08:08:03**
    At scene : **Jun-19-2014 08:15:57**
    Cleared : **Jun-19-2014 10:51:53**
    Dispatcher ID : **18982**

    Unit number : **P40**  Dispatched: **Jun-19-2014 08:10:30**
      Officer 1 : **11360 - VASQUEZ, RICARDO (Retired)**
    Enroute : **Jun-19-2014 08:10:30**
    At scene : **Jun-19-2014 08:12:20**
    Cleared : **Jun-19-2014 09:28:27**
    Dispatcher ID : **18982**

    Unit number : **D404**  Dispatched: **Jun-19-2014 09:03:12**
      Officer 1 : **17902 - AKEY, ALAN**
    Enroute : **Jun-19-2014 09:03:12**
    At scene : **Jun-19-2014 09:03:12**
    Cleared : **Jun-19-2014 12:26:19**
    Dispatcher ID : **18982**

    Unit number : **I603**  Dispatched: **Jun-19-2014 09:03:25**
      Officer 1 : **11689 - SOMERSHOE, LAURA**
    Enroute : **Jun-19-2014 09:03:25**
    At scene : **Jun-19-2014 09:03:25**
    Cleared : **Jun-19-2014 12:26:25**
    Dispatcher ID : **18982**

    Unit number : **D408**  Dispatched: **Jun-19-2014 09:03:35**
      Officer 1 : **17962 - REYES, MICHELLE**
    Enroute : **Jun-19-2014 09:03:35**
    At scene : **Jun-19-2014 09:03:35**
    Cleared : **Jun-19-2014 12:38:01**
    Dispatcher ID : **18982**

CONFIDENTIAL ZO-TempePD-000072

**TEMPE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2014-79230                                    Reported: Jun-19-2014 08:06:07

Unit number : **D43**  Dispatched: **Jun-19-2014 09:04:05**
   Officer 1 : **11822 - SWEIG, JAMES C**
Enroute : **Jun-19-2014 09:04:05**
At scene: **Jun-19-2014 09:04:05**
Cleared : **Jun-19-2014 12:17:53**
Dispatcher ID : **18982**

Unit/Officer Details

08:07 Jun 19 CON04   18982  DP:1P21    PT 11772
      1336 E HALL ST

08:07 Jun 19 CON04   18982  DP:1P22    PT 15082
      1336 E HALL ST

08:07 Jun 19 1P21    11772  EN:1P21    PT 11772

08:08 Jun 19 1P22    15082  EN:1P22    PT 15082

08:10 Jun 19 CON04   18982  EN:P40     PS 11360
      1336 E HALL ST

08:11 Jun 19 1P21    11772  A :1P21    PT 11772

08:12 Jun 19 CON04   18982  A :P40     PS 11360

08:12 Jun 19 CON04   18982  A :P40     PS 11360
      Sent to MDT: P40,Status changed to A by CON04

08:15 Jun 19 1P22    15082  A :1P22    PT 15082

08:32 Jun 19 P40    11360  A :P40     PS 11360
      RMS Q LOC-LOC:1336 E HALL ST  TYPE:H  MUN:TE
      SVTP:P  CAD:Y  REC:Y  SUP:Y

08:32 Jun 19 CON04   18982  A :P40     PS 11360
      TIMER (RE)SET 60

08:32 Jun 19 CON04   18982  A :1P22    PT 15082
      TIMER (RE)SET 60

08:32 Jun 19 CON04   18982  A :1P21    PT 11772
      TIMER (RE)SET 60

08:35 Jun 19 CON08   22182  A :1P22    PT 15082
      ENG 278/WHAT SHIFT IS THAT? PARTICULAR EMPLY
      CHECKED BABY? > A SHIFT KEVIN BAILEY ON ENG 278

08:38 Jun 19 CON08   22182  A :1P22    PT 15082
      FIREHOUSE 21/480-858-7271

09:03 Jun 19 CON04   18982  A :D404    D 17902
      1336 E HALL ST

For: 001967  Tuesday June 23, 2020                              Page: 3 of 5

CONFIDENTIAL ZO-TempePD-000073

**TEMPE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2014-79230**                                                    **Reported: Jun-19-2014 08:06:07**

09:03 Jun 19 CON04   18982  A :D408     D 17962
     1336 E HALL ST

09:03 Jun 19 CON04   18982  A :I603     I 11689
     1336 E HALL ST

09:04 Jun 19 CON04   18982  A :D43      DS 11822
     1336 E HALL ST

09:28 Jun 19 CON09   22180  A :1P22     PT 15082
     TIMER OFF

09:28 Jun 19 P40     11360  AV:P40      PS 11360

09:28 Jun 19 CON09   22180  A :1P21     PT 11772
     TIMER OFF

09:28 Jun 19 CON09   22180  A :P40      PS 11360
     TIMER OFF

09:28 Jun 19 CON09   22180  A :D404     D 17902
     TIMER OFF

09:28 Jun 19 CON09   22180  A :I603     I 11689
     TIMER OFF

09:28 Jun 19 CON09   22180  A :D408     D 17962
     TIMER OFF

09:28 Jun 19 CON09   22180  A :D43      DS 11822
     TIMER OFF

10:40 Jun 19 1P22    15082  TR:1P22     PT 15082
     1875 E APACHE

10:51 Jun 19 1P22    15082  AV:1P22     PT 15082

12:17 Jun 19 CON04   22463  AV:D43      DS 11822

12:26 Jun 19 CON04   22463  A :I603     I 11689
     SUPPLEMENT

12:26 Jun 19 CON04   22463  A :D404     D 17902
     SUPPLEMENT

12:26 Jun 19 CON04   22463  AV:D404     D 17902

12:26 Jun 19 1P21    11772  A :1P21     PT 11772
     EXT Q PERS-NAME:OLSON  G1:ANDREW DOB:09251994
     STATE:AZ REC:Y CAD:N EXTN:Y EXTD:Y TONC:Y
     UNIT:1P21

12:26 Jun 19 CON04   22463  AV:I603     I 11689

12:26 Jun 19 1P21    11772  A :1P21     PT 11772
     RMS Q PERS-NAME:OLSON  G1:ANDREW DOB:09251994
     STATE:AZ REC:Y CAD:N EXTN:Y EXTD:Y TONC:Y

CONFIDENTIAL ZO-TempePD-000074

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2014-79230                                          Reported: Jun-19-2014 08:06:07

UNIT:1P21

12:38 Jun 19 CON04    22463  AV:D408    D 17962

12:55 Jun 19 1P21    11772  AV:1P21    PT 11772

12:55 Jun 19 1P21    11772  AV:1P21    PT 11772
        CLEARED CASE TE79230 FOUNDED-Y REPORT-Y CLEARED
        BY-5 FINAL-901 BOLO-N STUDY FLAG-

            ** END OF HARDCOPY **

CONFIDENTIAL ZO-TempePD-000075





**Tempe Police Department**

Serving the community since 1894

Police Communications

## 911 Authentication Form

The accompanying records and/or recordings and explanatory material are from the Tempe public safety answering point communications facility.

This form authenticates 5 page(s).
This form authenticates 0 digital audio files(s).
☐ The requested recording or record is no longer available.
☐ No phone call is associated with this incident.
    ☐ On view / Self-initiated call.

These documents and/or tapes pertain to report number 14-79230.

Time call received: 0806 hours.
Date call received: 06/19/2014.
Initial caller's name: unknown.
Originating address:  1336 E Hall St.
Originating telephone number:  unknown.

Dispatch time: 0807 hours.
Arrival time: 0811 hours.

Signed: _____SBuckley # 22711_____          Date: 6/23/2020

Stephanie Buckley #22711
Records Request Specialist

Per 13-3989.01: Admissibility; 911 emergency service records and recordings; definition
Per 13-3989.02: Admissibility; radio traffic records and recordings; definition

120 East Fifth Street, Tempe, Arizona 85281 ◆ (480) 350-8306 ◆ Fax (480) 350-8337 ◆ www.tempe.gov/police

**CONFIDENTIAL ZO-TempePD-000076**

**TEMPE POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2014-79230**                                    **Reported: Jun-19-2014 08:06:07**

Incident Location
    Address : **1336 E HALL ST**
    City : **TEMPE**
    District : **N**   Zone : **2**  RD : **1005**

General Information

    Report number: 2014-79230
    Case Type : **INJURED/SICK PERSON**   Priority : **2**
    Dispatch  : **Jun-19-2014 08:07:32**
    Enroute   : **Jun-19-2014 08:07:46**
    At Scene  : **Jun-19-2014 08:11:30**
    Cleared   : **Jun-19-2014 12:55:37**
    How call received : **NON EMERGENCY LINE**
    Unit ids : #1 - **1P21**   #2 - **1P22**   #3 - **P40**
    Call taker ID : **22180 TABOR, JOANNA**

Complainant Information

    State : **AZ**
    Remarks :
        **Jun-19-2014 08:06:07 - 8 MONTH OLD NOT**
        **BREATHING// CPR STARTED**

        **TABOR, JOANNA(at CON09) on 2014-06-19 08:07:05 -**
        **PER TFD: 901H**

        **TABOR, JOANNA(at CON09) on 2014-06-19 08:08:00 -**
        **ASU PD RECV'D 911 CALL AND XFRD TO TFD//ASU PD**
        **THEN CALLED TO ADV TPD OF CALL**

        **WRIGHT, KAILEIGH(at CON08) on 2014-06-19 08:35:59**
        **- 1P22 ENG 278/WHAT SHIFT IS THAT? PARTICULAR**
        **EMPLY CHECKED BABY? > A SHIFT KEVIN BAILEY ON ENG**
        **278**

        **WRIGHT, KAILEIGH(at CON08) on 2014-06-19 08:38:08**
        **- 1P22 FIREHOUSE 21/480-858-7271**

        **WILLIAMS, TORIN F(at 1P22) on 2014-06-19 10:51:49**
        **- SUPPLEMENT**

        **ALLEN, KEVIN ()(at CON04) on 2014-06-19 12:26:02**
        **- D404 SUPPLEMENT**

        **ALLEN, KEVIN ()(at CON04) on 2014-06-19 12:26:16**
        **- I603 SUPPLEMENT**

        **LABELLE, MARK D (Retired)(at 1P21) on 2014-06-19**
        **12:27:02 - SUPPLEMENT**

**CONFIDENTIAL ZO-TempePD-000077**

# TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2014-79230**                                    **Reported: Jun-19-2014 08:06:07**

Clearance Information

    Final Case type : **INJURED/SICK PERSON**
    Report expected : **Yes**    Founded : **Yes**
    Cleared by : **DEPARTMENT REPORT**
    Reporting Officer1 : **17962 - REYES, MICHELLE**

Dispatch Details

    Unit number : **1P21**   Dispatched: **Jun-19-2014 08:07:32**
      Officer 1 : **11772 - LABELLE, MARK D (Retired)**
    Enroute : **Jun-19-2014 08:07:46**
    At scene: **Jun-19-2014 08:11:30**
    Cleared : **Jun-19-2014 12:55:37**
    Dispatcher ID : **18982**

    Unit number : **1P22**   Dispatched: **Jun-19-2014 08:07:32**
      Officer 1 : **15082 - WILLIAMS, TORIN F**
    Enroute : **Jun-19-2014 08:08:03**
    At scene: **Jun-19-2014 08:15:57**
    Cleared : **Jun-19-2014 10:51:53**
    Dispatcher ID : **18982**

    Unit number : **P40**   Dispatched: **Jun-19-2014 08:10:30**
      Officer 1 : **11360 - VASQUEZ, RICARDO (Retired)**
    Enroute : **Jun-19-2014 08:10:30**
    At scene: **Jun-19-2014 08:12:20**
    Cleared : **Jun-19-2014 09:28:27**
    Dispatcher ID : **18982**

    Unit number : **D404**   Dispatched: **Jun-19-2014 09:03:12**
      Officer 1 : **17902 - AKEY, ALAN**
    Enroute : **Jun-19-2014 09:03:12**
    At scene: **Jun-19-2014 09:03:12**
    Cleared : **Jun-19-2014 12:26:19**
    Dispatcher ID : **18982**

    Unit number : **I603**   Dispatched: **Jun-19-2014 09:03:25**
      Officer 1 : **11689 - SOMERSHOE, LAURA**
    Enroute : **Jun-19-2014 09:03:25**
    At scene: **Jun-19-2014 09:03:25**
    Cleared : **Jun-19-2014 12:26:25**
    Dispatcher ID : **18982**

    Unit number : **D408**   Dispatched: **Jun-19-2014 09:03:35**
      Officer 1 : **17962 - REYES, MICHELLE**
    Enroute : **Jun-19-2014 09:03:35**
    At scene: **Jun-19-2014 09:03:35**
    Cleared : **Jun-19-2014 12:38:01**
    Dispatcher ID : **18982**

**CONFIDENTIAL ZO-TempePD-000078**

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2014-79230**                                      **Reported: Jun-19-2014 08:06:07**

Unit number : **D43**   Dispatched: **Jun-19-2014 09:04:05**
   Officer 1 : **11822 - SWEIG, JAMES C**
Enroute : **Jun-19-2014 09:04:05**
At scene: **Jun-19-2014 09:04:05**
Cleared : **Jun-19-2014 12:17:53**
Dispatcher ID : **18982**

Unit/Officer Details

**08:07 Jun 19 CON04   18982 DP:1P21    PT 11772**
     **1336 E HALL ST**

**08:07 Jun 19 CON04   18982 DP:1P22    PT 15082**
     **1336 E HALL ST**

**08:07 Jun 19 1P21   11772 EN:1P21    PT 11772**

**08:08 Jun 19 1P22   15082 EN:1P22    PT 15082**

**08:10 Jun 19 CON04   18982 EN:P40    PS 11360**
     **1336 E HALL ST**

**08:11 Jun 19 1P21   11772 A :1P21    PT 11772**

**08:12 Jun 19 CON04   18982 A :P40    PS 11360**

**08:12 Jun 19 CON04   18982 A :P40    PS 11360**
     **Sent to MDT: P40,Status changed to A  by CON04**

**08:15 Jun 19 1P22   15082 A :1P22    PT 15082**

**08:32 Jun 19 P40   11360 A :P40    PS 11360**
     **RMS Q LOC-LOC:1336 E HALL ST  TYPE:H  MUN:TE**
     **SVTP:P  CAD:Y  REC:Y  SUP:Y**

**08:32 Jun 19 CON04   18982 A :P40    PS 11360**
     **TIMER (RE)SET 60**

**08:32 Jun 19 CON04   18982 A :1P22    PT 15082**
     **TIMER (RE)SET 60**

**08:32 Jun 19 CON04   18982 A :1P21    PT 11772**
     **TIMER (RE)SET 60**

**08:35 Jun 19 CON08   22182 A :1P22    PT 15082**
     **ENG 278/WHAT SHIFT IS THAT? PARTICULAR EMPLY**
     **CHECKED BABY? > A SHIFT KEVIN BAILEY ON ENG 278**

**08:38 Jun 19 CON08   22182 A :1P22    PT 15082**
     **FIREHOUSE 21/480-858-7271**

**09:03 Jun 19 CON04   18982 A :D404    D 17902**
     **1336 E HALL ST**

**CONFIDENTIAL ZO-TempePD-000079**

## TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2014-79230**                                      **Reported: Jun-19-2014 08:06:07**

---

**09:03 Jun 19 CON04    18982  A :D408      D 17962**
    **1336 E HALL ST**

**09:03 Jun 19 CON04    18982  A :I603      I 11689**
    **1336 E HALL ST**

**09:04 Jun 19 CON04    18982  A :D43      DS 11822**
    **1336 E HALL ST**

**09:28 Jun 19 CON09    22180  A :1P22      PT 15082**
    **TIMER OFF**

**09:28 Jun 19 P40      11360  AV:P40      PS 11360**

**09:28 Jun 19 CON09    22180  A :1P21      PT 11772**
    **TIMER OFF**

**09:28 Jun 19 CON09    22180  A :P40      PS 11360**
    **TIMER OFF**

**09:28 Jun 19 CON09    22180  A :D404      D 17902**
    **TIMER OFF**

**09:28 Jun 19 CON09    22180  A :I603      I 11689**
    **TIMER OFF**

**09:28 Jun 19 CON09    22180  A :D408      D 17962**
    **TIMER OFF**

**09:28 Jun 19 CON09    22180  A :D43      DS 11822**
    **TIMER OFF**

**10:40 Jun 19 1P22    15082  TR:1P22      PT 15082**
    **1875 E APACHE**

**10:51 Jun 19 1P22    15082  AV:1P22      PT 15082**

**12:17 Jun 19 CON04    22463  AV:D43      DS 11822**

**12:26 Jun 19 CON04    22463  A :I603      I 11689**
    **SUPPLEMENT**

**12:26 Jun 19 CON04    22463  A :D404      D 17902**
    **SUPPLEMENT**

**12:26 Jun 19 CON04    22463  AV:D404      D 17902**

**12:26 Jun 19 1P21    11772  A :1P21      PT 11772**
    **EXT Q PERS-NAME:OLSON  G1:ANDREW  DOB:09251994**
    **STATE:AZ  REC:Y  CAD:N  EXTN:Y  EXTD:Y  TONC:Y**
    **UNIT:1P21**

**12:26 Jun 19 CON04    22463  AV:I603      I 11689**

**12:26 Jun 19 1P21    11772  A :1P21      PT 11772**
    **RMS Q PERS-NAME:OLSON  G1:ANDREW  DOB:09251994**
    **STATE:AZ  REC:Y  CAD:N  EXTN:Y  EXTD:Y  TONC:Y**

---

**CONFIDENTIAL ZO-TempePD-000080**

# TEMPE POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2014-79230**                                                    **Reported: Jun-19-2014 08:06:07**

UNIT:1P21

**12:38 Jun 19 CON04    22463  AV:D408     D 17962**

**12:55 Jun 19 1P21    11772  AV:1P21    PT 11772**

**12:55 Jun 19 1P21    11772  AV:1P21    PT 11772**
**CLEARED CASE TE79230 FOUNDED-Y REPORT-Y CLEARED**
**BY-5 FINAL-901 BOLO-N STUDY FLAG-**

**\*\* END OF HARDCOPY \*\***

**CONFIDENTIAL ZO-TempePD-000081**

Per ARS §36-2293, completion of this form is required for any death investigation of children younger than 12 months of age.

**Infant Death Investigation Checklist**
**Arizona Report Form, Version 1.0**

Mail or fax completed forms to:
County Office of the Medical Examiner
(fax numbers at the bottom of this page)
Arizona Department of Health Services
(fax: 602-542-1843)

Page 1 of 4 (rev. 3/17/10) **\* OME 14-4064**

## CHILD

| | |
|---|---|
| Name: ZOEY ELIZABETH OLSON | SSN: |
| Home Address: 6201 W OLIVE AVE #2110 GLENDALE AZ 85302 | |
| Incident Address: 1336 E HALL TEMPE AZ 85281 | |
| Date of Birth: 9/30/13 | Date of Death: 6/19/14 | Estimated Time of Death: 0806 |

## MOTHER OR CAREGIVER #1

| | | |
|---|---|---|
| Name: KATHLEEN LAWTON | Other Names Used: — | SSN: 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 |
| Address: 6201 W OLIVE AVE #2110 GLENDALE AZ 85302 | | DL#: |
| Date of Birth: 10/10/93 | Other States Where Resided: COLORADO | |
| Telephone (include area code): 623-215-5696 | | Smoker? ☒ No ☐ Yes |
| Evidence/History of Substance Use? ☒ No ☐ Yes ☐ Last 24 Hours ☐ Unknown | | |

## FATHER OR CAREGIVER #2

| | | |
|---|---|---|
| Name: ANDREW OLSON | Other Names Used: | SSN: |
| Address: 1336 E HALL TEMPE AZ 85281 | | DL#: |
| Date of Birth: 9/25/94 | Other States Where Resided: | |
| Telephone (include area code): 623 640 9788 | | Smoker? ☐ No ☐ Yes |
| Evidence/History of Substance Use? ☐ No ☐ Yes ☐ Last 24 Hours ☒ Unknown | | |

## CAREGIVER AT TIME OF DEATH (if other than parent)

| | | |
|---|---|---|
| Name: NA | Other Names Used: | SSN: |
| Address: | | DL#: |
| Date of Birth: | Other States Where Resided: | |
| Telephone (include area code): | | Smoker? ☐ No ☐ Yes |
| Evidence/History of Substance Use? ☐ No ☐ Yes ☐ Last 24 Hours ☐ Unknown | | |
| Relationship to child: | How long cared for child: | |

## CAREGIVER(S) AT TIME OF DEATH INFORMATION

**1. Primary Caregiver Column 1:**
**Secondary Caregiver Column 2:**

| One | Two | |
|---|---|---|
| ☒ | ☐ | Biological parent |
| ☐ | ☐ | Adoptive parent |
| ☐ | ☐ | Step parent |
| ☐ | ☐ | Foster parent |
| ☐ | ☐ | Mother's partner |
| ☐ | ☐ | Father's partner |
| ☐ | ☐ | Grandparent |
| ☐ | ☐ | Sibling |
| ☐ | ☐ | Other relative |
| ☐ | ☐ | Friend/Neighbor |
| ☐ | ☐ | Unknown |
| ☐ | ☐ | Daycare Provider |
| | ☐ Licensed | |
| | ☐ Unlicensed | |
| ☐ | ☐ | Other Specify: |

**2. Caregiver(s) age in years**
One: 20  Two: ___ # years
☐ ☐ Unknown

**3. Caregiver(s) Sex:**
| One | Two | |
|---|---|---|
| ☐ | ☒ | Male |
| ☒ | ☐ | Female |
| ☐ | ☐ | Unknown |

**4. Caregiver(s) employment status:**
| One | Two | |
|---|---|---|
| ☒ | ☐ | Employed |
| ☐ | ☐ | Unemployed |
| ☐ | ☐ | On disability |
| ☐ | ☐ | Stay-at-home |
| ☐ | ☐ | Retired |
| ☐ | ☐ | Unknown |

**5. Caregiver(s) substance use history**
| One | Two | |
|---|---|---|
| ☒ | ☐ | No |
| ☐ | ☐ | Yes |
| ☐ | ☐ | Unknown |

If yes, check all that apply
| | | |
|---|---|---|
| ☐ | ☐ | Alcohol |
| ☐ | ☐ | Cocaine |
| ☐ | ☐ | Marijuana |
| ☐ | ☐ | Methamphetamine |
| ☐ | ☐ | Opiates |
| ☐ | ☐ | Prescriptions |
| ☐ | ☐ | Over the counter |
| ☐ | ☐ | Unknown |
| ☐ | ☐ | Other, Specify: |

**6. Caregiver(s) have prior child death:**
| One | Two | |
|---|---|---|
| ☒ | ☐ | No |
| ☐ | ☐ | Yes |
| ☐ | ☐ | Unknown |

If yes, cause(s)
Check all that apply
| | | |
|---|---|---|
| ☐ | ☐ | Abuse # |
| ☐ | ☐ | Neglect # |
| ☐ | ☐ | Accident # |
| ☐ | ☐ | Suicide # |
| ☐ | ☐ | SIDS # |
| ☐ | ☐ | Unknown # |
| ☐ | ☐ | Other # |

**MEDICAL EXAMINERS OFFICE FAX NUMBERS**

| | |
|---|---|
| Apache | (520) 243-8610 |
| Cochise | (520) 452-1011 |
| Coconino | (928) 679-8798 |
| Gila North/South | (520) 243-8610 |
| Graham | (520) 243-8610 |
| Greenlee | (520) 243-8610 |
| La Paz | (520) 243-8610 |
| Maricopa | (602) 506-1546 |
| Mohave | (928) 505-5889 |
| Navajo | (520) 243-8610 |
| Pima | (520) 243-8610 |
| Pinal | (520) 243-8610 |
| Santa Cruz | (520) 243-8610 |
| Yavapai | (928) 771-3504 |
| Yuma | (928) 336-7319 |

CONFIDENTIAL ZO-TempePD-000082

Per ARS §36-2293, completion of this form is required for any death investigation of children younger than 12 months of age.

Page 2 of 4 (rev. 3/17/10)

# *Infant Death Investigation Checklist*
## *Arizona Report Form, Version 1.0*

Mail or fax completed forms to:
County Office of the Medical Examiner
(fax numbers at the bottom of page 1)
Arizona Department of Health Services
(fax: 602-542-1843)

| Incident State: ☒ Arizona ☐ Other, Specify | Was 911 or local emergency number called? ☐ N/A ☐ No ☒ Yes ☐ Unknown | CPR performed before EMS arrived? ☐ N/A ☐ No ☐ Yes ☒ Unknown | During resuscitation was child: ☐ Injured ☐ Shaken ☐ Jostled ☐ Other, specify: UNK | EMS responded to scene? ☐ N/A ☐ No ☒ Yes ☐ Unknown | Child's activity at time of incident, check all that apply: ☒ Sleeping ☐ Unknown ☐ Playing ☐ Other ☐ Working Specify: ☐ Eating ☐ In vehicle | Total number of deaths at incident event: Children (Ages 0-18): Adults: ∅ ☐ Unknown |
| --- | --- | --- | --- | --- | --- | --- |
| Incident County: MARICOPA | | | | | | |

**What led someone to check on the infant?** MORNING TIME

**Who was in the home when the child was found?** MOTHER / FATHER

| Describe child's appearance when found: | No | Yes | Unknown | Describe/specify location: | First Assessed by: |
| --- | --- | --- | --- | --- | --- |
| Discoloration around face/nose/mouth | ☐ | ☒ | ☐ | | ☒ EMS |
| Secretions (foam, froth) | ☒ | ☐ | ☐ | | ☐ ER |
| Skin discoloration (livor mortis) | ☐ | ☒ | ☐ | | ☐ PD |
| Pressure marks (pale areas, blanching) | ☐ | ☒ | ☐ | | |
| Rash or petechiae (small, red blood spots on skin, membranes, or eyes) | ☐ | ☒ | ☐ | | |
| Marks on body (scratches or bruises) | ☒ | ☐ | ☐ | | |
| Infant moved prior to being found | ☐ | ☒ | ☐ | | |

**Time frame information:**

0800 Time Found   0640 Last Seen Alive   0700 Time Police Called   Call Type ☒ 911 ☐ Regular ☐ Other, specify: ____

2200 Last Feeding Time                                Person Calling MOTHER

**What did the child feel like when found?** (check all that apply)
☐ Sweaty          ☐ Warm to touch          ☒ Cool to touch          Surface body temperature: 82
☐ Limp, flexible   ☐ Rigid, stiff            ☐ Unknown              Temperature at hospital:
☐ Other, Specify:

| SUFFOCATION/ASPHYXIA | | | |
| --- | --- | --- | --- |
| **A. Type of Event** ☐ Suffocation, go to B. | **B. If suffocation/asphyxia, action causing event:** ☐ Sleep-related (e.g. bedding, overlay, wedged) ☐ Covered in or fell into object, not sleep related | ☐ Confined in tight space ☐ Refrigerator/freezer | ☐ Swaddled in tight blanket, not sleep related ☐ Wedged into tight space, but not sleep related |
| ☐ Strangulation, go to C. | ☐ Plastic bag ☐ Dirt/Sand ☐ Unknown | ☐ Toy chest ☐ Automobile ☐ Trunk | ☐ Asphyxia by gas ☐ Unknown ☐ Other, Specify: |
| ☐ Choking, go to D. | ☐ Other, Specify: | ☐ Unknown ☐ Other, Specify: | |

| C. If strangulation, object causing event: | | | D. If choking, object causing choking: | |
| --- | --- | --- | --- | --- |
| ☐ Clothing ☐ Blind cord ☐ Car seat ☐ Stroller | ☐ High chair ☐ Belt ☐ Rope/string ☐ Leash | ☐ Electrical cord ☐ Automobile power window or sunroof ☐ Unknown        ☐ Person ☐ Other, Specify: | ☐ Food, Specify: ☐ Toy, Specify: ☐ Balloon ☐ Other, Specify: | ☐ Unknown |

## OTHER CIRCUMSTANCES OF INCIDENT – ANSWER RELEVANT SECTIONS

**DID DEATH OCCUR WHILE CHILD SLEEPING OR IN A SLEEPING ENVIRONMENT?** ☐ No  ☒ Yes

| A. INCIDENT sleep place: | | | If adult bed, What type? | | C. Child put to sleep: | D. Child found: |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ Crib | ☐ Playpen | ☐ Car seat/Stroller | ☐ Twin | ☐ King | ☒ On back | ☐ On back |
| ☒ Bassinette | ☐ Couch | ☐ Unknown | ☐ Full | ☐ Unknown | ☐ On Stomach | ☐ On Stomach |
| ☐ Adult bed | ☐ Chair | ☐ Other, Specify: | ☐ Queen | ☐ Other, Specify: | ☐ On side | ☒ On side |
| ☐ Waterbed | ☐ Floor | | | | ☐ Unknown | ☐ Unknown |
| | | | | | By Whom: | By Whom: MOTHER |

| E. Was there a crib, bassinette, or port-a-crib in home for child? | | ☐ No | | ☒ Yes | | ☐ Unknown |
| --- | --- | --- | --- | --- | --- | --- |
| F. USUAL sleep place: BASSINETTE | | | If adult bed, what type? | | G. USUAL sleep position: | H. Child in new or different environment? |
| ☐ Crib | ☐ Playpen | ☐ Car seat/Stroller | ☐ Twin | ☐ King | ☒ On back | ☒ No |
| ☒ Bassinette | ☐ Couch | ☐ Unknown | ☐ Full | ☐ Unknown | ☐ On Stomach | ☐ Yes |
| ☐ Adult bed | ☐ Chair | ☐ Other, Specify: | ☐ Queen | ☐ Other, Specify: | ☐ On side | ☐ Unknown |
| ☐ Waterbed | ☐ Floor | | | | ☐ Unknown | |

CONFIDENTIAL ZO-TempePD-000083

Per ARS §36-2293, completion of this form is required for any death investigation of children younger than 12 months of age.

Page 3 of 4 (rev. 3/17/10)

# Infant Death Investigation Checklist
## Arizona Report Form, Version 1.0

Mail or fax completed forms to:
County Office of the Medical Examiner
(fax numbers at the bottom of page 1)
Arizona Department of Health Services
(fax: 602-542-1843)

| CIRCUMSTANCES when child found: | IN THE AM WHEN PARENTS WOKE UP |
|---|---|

| Child's airway was: | Child's position most relevant to death: | |
|---|---|---|
| ☐ Unobstructed by person or object<br>☐ Fully obstructed by person or object<br>☐ Partially obstructed by person or object<br>☑ Unknown | ☐ On top of<br>☐ Under<br>☐ Between<br>☐ Wedged into<br>☐ Pressed into<br>☐ Fell or rolled onto<br>☐ Tangled in<br>☐ Unknown<br>☐ Other, Specify: | **With what objects or persons? Check all that apply:**<br>☐ Adult ☐ Waterbed mattress ☐ Clothing<br>☐ Child(ren) ☐ Air mattress ☐ Cord<br>☐ Animal(s) ☐ Pillow-top mattress ☐ Plastic bag<br>☐ Blanket ☐ Crib rail ☐ Wall<br>☐ Pillow ☐ Couch ☐ Unknown<br>☐ Comforter ☐ Car seat/stroller ☐ Other, Specify:<br>☐ Mattress ☐ Stuffed toy<br>☐ Bumper pads ☐ Chair, Type: |

Child sleeping on same surface with person(s) or animal(s)? Check all that apply:
☐ With adults:  Number: _____  Adult obese: ☐ No  ☐ Yes  ☐ Unknown  Alcohol/Drugs? ☐ No ☐ Yes
☐ With other child(ren):  Number: _____  Child(ren)'s ages:
☐ With animal(s):  Number: _____  Type(s) of animals:
☐ Unknown  ☐ Number Unknown

| What food/liquids was the child fed in the last 24 hours? | No | Yes | Unknown | Quantity (Specify type & brand, if applicable) |
|---|---|---|---|---|
| Breast milk (one/both sides, length of time) | ☐ | ☐ | ☐ | ounces |
| Formula (brand, water source – ex. Similac, tap water) | ☐ | ☒ | ☐ | ~18 ounces |
|    Was the formula mixed according to directions? | ☐ | ☒ | ☐ | |
| Cow's milk | ☒ | ☐ | ☐ | ounces |
| Water (brand, bottled, tap, well) | ☐ | ☐ | ☒ | ounces |
| Other liquids (juices, teas) | ☒ | ☐ | ☐ | ounces |
| Solids, specify: | ☒ | ☐ | ☐ | ounces |
| Other, specify: | ☒ | ☐ | ☐ | ounces |

Was a new food introduced in the 24 hours prior the child's death?
☑ No  ☐ Yes  ☐ Unknown  If yes, describe:

Was the child last placed to sleep with a bottle?
☒ No  ☐ Yes  ☐ Unknown  How was formula prepared:

Was the bottle propped on object while feeding?
☐ No  ☐ Yes  ☐ Unknown  If yes, what object used?  NK

| What was the quantity of liquid (in ounces) in the bottle?  NA | | | | |
|---|---|---|---|---|
| Did the death occur during: | ☐ Breastfeeding | ☐ Bottle feeding | ☐ Eating solid foods | ☑ Not during feeding |

## RECENT MEDICAL HISTORY

Source of medical information:
☑ Mother/primary care giver  ☐ Family  ☐ Doctor  ☐ Medical records  ☐ Other healthcare provider  ☐ Other, Specify:

In the 72 hours prior to death, did the child have: (check all that apply)

| | No | Yes | Unknown | | No | Yes | Unknown |
|---|---|---|---|---|---|---|---|
| Fever | ☑ | ☐ | ☐ | Diarrhea | ☑ | ☐ | ☐ |
| Excessive sweating | ☑ | ☐ | ☐ | Difficulty breathing | ☑ | ☐ | ☐ |
| Weakness or sleeping more than usual | ☑ | ☐ | ☐ | Cough/wheezing | ☐ | ☑ | ☐ |
| Fussiness or excessive crying | ☑ | ☐ | ☐ | Apnea (stopping breathing) | ☑ | ☐ | ☐ |
| Decrease in appetite | ☑ | ☐ | ☐ | Cyanosis (turned blue/gray) | ☑ | ☐ | ☐ |
| Vomiting | ☑ | ☐ | ☐ | Seizures or convulsions | ☑ | ☐ | ☐ |
| Choking | ☑ | ☐ | ☐ | Other, Specify: | | | |

In the 72 hours prior to death, was the child injured or did child have any other condition(s) not mentioned?
☑ No  ☐ Yes  If yes, describe:

In the 72 hours prior to the death, did the child receive any vaccinations, medications, or exposure to any chemicals?
(Please include any home remedies, herbal medications, prescription medicines or over-the-counter medications including "cough, cold medicine")
☑ No  ☐ Yes  If yes, describe/list:

Any recent visit to a medical provider?
☑ No  ☐ Yes  If yes, When?  Doctor/Facility:  Why?

CONFIDENTIAL ZO-TempePD-000084

Per ARS §36-2293, completion of this form is required for any death investigation of children younger than 12 months of age.

Page 4 of 4 (rev. 3/17/10)

# *Infant Death Investigation Checklist*
## *Arizona Report Form, Version 1.0*

Mail or fax completed forms to:
County Office of the Medical Examiner
(fax numbers at the bottom of page 1)
Arizona Department of Health Services
(fax: 602-542-1843)

## HEALTH INFORMATION

| | |
|---|---|
| Child's Primary Care Physician: CLEARY    Phone: (   )    Last Visit: When? UNK   Why: | |
| Allergies: NO | Birth defects: NO |
| Medications: NO | |

Has the child been immunized? ☐ No ☒ Yes ☐ Unknown    Date of last immunization: 6 MOS

Immunizations current? ☐ No ☒ Yes ☐ Unknown   If immunized within the last 30 days, specify type:

Does the child use any home monitors? ☒ No   ☐ Yes   Type/Brand:

If Yes, was child on home monitor at time of death? ☐ No ☐ Yes

Anyone else in household or other contacts (e.g. daycare) recently ill? ☒ No   ☐ Yes

Family history of genetic/inheritable disease(s)? ☒ No ☐ Yes, Specify:

## BIRTH INFORMATION

Birth place (home, hospital name and location): BAPTIST, PHX

Birth complications? ☐ No ☒ Yes    If yes, specify: FLUID IN LUNGS

| Gestational Age | Birth Weight: | Multiple Birth? | # of prenatal visits | Month of first prenatal visit |
|---|---|---|---|---|
| ☐ Unknown<br>42 weeks | ☐ Unknown<br>___ grams<br>7/4 pounds/ounces | ☒ No<br>☐ Yes, #____ | ☒ Unknown<br># ____ | Specify 1-9: 2<br>☐ Unknown<br>☐ None |

During pregnancy, did mother (check all that apply):

☐ Smoke tobacco   ☐ Experience intimate partner violence   ☐ Heavy alcohol use   ☐ Misuse OTC or prescription drugs
☐ Use illicit drugs   ☐ Child born drug exposed   ☐ Child born with fetal alcohol effects or syndrome

☐ During pregnancy, did mother have medical complications/infections? (check all that apply)  Specify type, if known

| | Type | | Type |
|---|---|---|---|
| ☐ Lung Disease | ____ | ☐ Preterm Labor | ____ |
| ☐ Heart Disease | ____ | ☐ Premature Rupture Membrane | ____  NONE |
| ☐ Blood Disorder | ____ | ☐ Vaginal Bleeding | ____ |
| ☐ Infectious Disease | ____ | ☐ Diabetes Mellitus | ____ |
| ☐ Familial Genetic Disorder | ____ | ☐ Other | ____ |

Were there access or compliance issues related to prenatal care?

☒ No
☐ Yes
If yes, check all that apply:
☐ Unknown

☐ Lack of money for care
☐ Limited or no health insurance coverage
☐ Lack of transportation
☐ Lack of child care
☐ No phone

☐ Religious objections to care
☐ Cultural differences
☐ Unwilling to obtain care
☐ Did not know care needed
☐ Other, specify:

## SCENE DOCUMENTATION

Photos of Death Scene Taken? ☐ No ☒ Yes

Property Seized? ☐ No ☒ Yes   What Agency Seized Property? TEMPE PD

Formula? ☐ No ☒ Yes   Bottles/Contents? ☐ No ☒ Yes   Bedding? ☐ No ☒ Yes   Crib? ☒ No ☐ Yes

Other, Specify:

Was there an open CPS case with child at time of death? ☒ No ☐ Yes ☐ Unk

Was the child ever placed outside of the home prior to death? ☒ No ☐ Yes Date of Placement:

Were any siblings placed outside of the home prior to this child's death? ☒ No ☐ Yes Date of Placement:

## PERSON COMPLETING FORM

Name (please print or type): M. REYES 17962

Agency: TEMPE PD

| Telephone: ( 480 ) 858 6402 | Fax: ( 480 )350 8557  Date: 6/19/14 |
|---|---|
| Signature: M Ryn 17962 | Date Signed: 6/19/14 |

ADDITIONAL COMMENTS: (Include information about additional caregivers/supervisors or circumstances. Attach additional pages as necessary)

CONFIDENTIAL ZO-TempePD-000085