# EXHIBIT 23

Karen Giacoletti 5206203991                           (03/04) 10/11/2019 12:02:15 PM

October 11, 2019



#### CUSTODIAN OF RECORDS FORM

I am the duly authorized custodian of records for Dr. Kevin Cleary and certify that the attached _____ pages of medical records are true and complete copies of all medical records to date for Z█ E█ O█ that the records were made at or near the time of the underlying event by or from information transmitted by a person with first hand knowledge and were prepared in the ordinary course of business. Also attached is an itemized statement of accounting reflecting all charges incurred for medical care related to the March 14, 2017 accident/incident:

_Jasmin L._

Authorized Representative of Health Care Provider

_10 / 14 / 19_

Date

Goldberg & Osborne LLP

CONFIDENTIAL ZO-ClearPFH-000040

## Childhood/Adolescent Immunization Administration Record

| Vaccine (Circle vaccine given) | Date Given | Signature of Person to receive vaccine or person authorized to make request | Vaccine Mfg. | Vaccine Lot Number | Circle site given | Nurse/Title of Vaccine Administrator | Date of VIS | VFC Code |
|---|---|---|---|---|---|---|---|---|
| | | | Please Include Date and Provider of Previous Immunizations | | | | | |
| DTaP/DT 1 | 11-2-13 | KC | Sch | CH27A0 3134 | RD | | 5/7/07 | 1 |
| DTaP/DT 2 | 2/4/14 | KL | S4 | CV27A0X4 | RD | | 9/08 | 1 |
| DTaP/DT 3 | 4/8-14 | KC | S4 | LUN34 A4/14 | PM RD | | 9/7/9 | 1 |
| DTaP/DT 4 | | | | | LD RD | | | |
| DTaP/DT 5 | | | | | LD RD | | | |
| Td/Tdap 1 | | | | | LD RD | | | |
| Td/Tdap 2 | | | | | LD RD | | | |
| Td/Tdap 3 | | | | | LD RD | | | |
| IPV 1 | 11-2-13 | KC | S4 | CH27A0 134 | RSQ RD | | 1/16/11 | 1 |
| IPV 2 | 2/4/14 | KC | 34 | CV27A0 X54 | RSQ RD | | 1/18/1 | 1 |
| IPV 3 | 4-8-14 | KC | S4 | CH434 414 | RSQ RD | | 11/8/1 | 1 |
| IPV 4 | | | | | LIAV RSQ LD RD | | | |
| MMR 1 | | | | | SQ RSQ | | | |
| MMR 2 | | | | | SQ RSQ | | | |
| Hib 1 | 11-2-13 | KC | S4 | CH27A0 134 | RD | | 1/14/95 | 1 |
| Hib 2 | 2/4/1 | KC | S4 | CV27A0 X54 | RD | | 1/26/88 | 1 |
| Hib 3 | 4-8-14 | KC | S4 | LUN34P14 | IM RD | | 44/08 | 1 |
| Hib 4 | | | | | IVL RVL LD RD | | | |
| Hep A 1 | | | | | LVL RVL LE RD | | | |
| Hep A 2 | | | | | LVL RVL LD RD | | | |
| Hep B 1 | 11-2-13 | PW | | 31/315 | RD | | | |
| Hep B 2 | 1-8-14 | KC | GSK | AHAK210B | RVL RD | | 7/2/12 | 1 |
| Hep B 3 | 4-3-14 | KC | Hart | J00139317 | LVL RVL LD RD | | 2/2/12 | 1 |
| Hep B 4 | | | | | LVL RVL LD RD | | | |
| Varicella 1 | | | | | SQ RSQ | | | |
| Varicella 2 | | | | | SQ RSQ | | | |
| PCV7 1 | 11-2-13 | KC | Weth | G734 4H | LVL LD | | 2/27/13 | 1 |
| PCV7 2 | 2/4/14 | KC | Weth | 698820 115 | LVL LD | | 2/12/13 | 1 |
| PCV7 3 | 4-3-14 | L | Weth | H044 28 4 | LVL LD | | 2/22/43 | 1 |
| PCV7 4 | | | | | LVL RVL LD RD | | | |
| PPV 23 | | | | | SQ site IM site | | | |
| Rotavirus 1 | | | | | Oral | | | |
| Rotavirus 2 | | | | | Oral | | | |
| Rotavirus 3 | | | | | Oral | | | |
| NCV4 1 | | | | | LD RD | | | |
| HPV 1 | | | | | LD RD | | | |
| HPV 2 | | | | | LD RD | | | |
| HPV 3 | | | | | LD RD | | | |
| Influenza | | | | | LD RD | | | |
| Influenza | | | | | IM Site Nasal Mist | | | |
| Other | | | | | IM Site Nasal Mist | | | |

Vaccines for Children (VFC) Codes: 0 = KidsCare 1 = AHCCCS 2 = Uninsured 3 = Native American or Alaskan Native 4 = Under-Insured 5 = Other

Patient's Name: ▮▮▮▮▮    Date of Birth: ▮▮ 13

Josie Sanchez  MA

CONFIDENTIAL ZO-ClearPFH-000001

| Name: | | | e of Birth: 13 | | | | |
|---|---|---|---|---|---|---|---|
| **Type of Vaccine** | 1st Mo/Day/Yr | 2nd Mo/Day/Yr | 3rd Mo/Day/Yr | 4th Mo/Day/Yr | | 5th Mo/Day/Yr | |
| (DTaP/DT) Diphtheria, Tetanus, Pertussis | / / | / / | / / | / / | | / / | |
| Signature of Provider | | | | | | | |
| (IPV) Polio | / / | / / | / / | / / | | / / | |
| Signature of Provider | | | | | | | |
| (Hib) Haemophilus influenzae type B | / / | / / | / / | / / | | Notes: | |
| Name of Hib Manufacturer | | | | | | | |
| Signature of Provider | | | | | | | |
| (PCV) Pneumococcal Conjugate | / / | / / | / / | / / | | | |
| Signature of Provider | | | | | | | |
| (Hep B) Hepatitis B | 09 / 30 / 18 | / / | / / | / / | | | |
| Signature of Provider | PBH | | | | | | |
| (Hep A) Hepatitis A | / / | / / | / / | | | | |
| Signature of Provider | | | | | | | |
| (RV) Rotavirus | / / | / / | / / | | | | |
| Name of RV Manufacturer | | | | | | | |
| Signature of Provider | | | | | | | |
| (MMR) Measles, Mumps, Rubella | / / | / / | / / | | | | |
| Signature of Provider | | | | | | | |
| (VAR) Varicella  ✓ ☐ box if Hx of chickenpox | / / | / / | / / | | | | |
| Signature of Provider | | | | | | | |
| (Flu) Influenza | / / | / / | / / | / / | | | |
| Print Live or Inactivated | | | | | | | |
| Signature of Provider | | | | | | | |
| (HPV) Human Papilloma Virus | / / | / / | / / | / / | | | |
| Name of HPV Manufacturer | | | | | | | |
| Signature of Provider | | | | | | | |
| (Td) Tetanus, Diphtheria | / / | / / | / / | / / | | | |
| Signature of Provider | | | | | | | |
| (Tdap) Tetanus, Diphtheria, Pertussis | / / | / / | | | | | |
| Signature of Provider | | | | | | | |
| (MCV) Meningococcal Conjugate | / / | / / | | | | | |
| Signature of Provider | | | | | | | |
| (PPV23) Pneumococcal Polysaccharide | / / | / / | | Date | Result | Provider | |
| Signature of Provider | | | Newborn Screen | 10-2-13 | | PBH | |
| Other: | / / | / / | | | | | |
| Signature of Provider | | | | | | | |
| Other: | / / | / / | TB Skin Test | | | | |
| Signature of Provider | | | | | | | |

LRC3000 (06/16)

CONFIDENTIAL ZO-ClearPFH-000002

## VACCINES FOR CHILDREN PROGRAM

The VFC program is a federally funded program that provides vaccines at no cost to children who might not otherwise be vaccinated because of inability to pay. Vaccines are distributed at no charge to those private physicians' offices and public health clinics registered as VFC providers.

**Providers & Parents:** Learn more about the VFC Program at http://www.cdc.gov/vaccines/programs/vfc/

MR:76-32-37    Act:50160276569
L█████ BABYGIRL
OD  DOB ████2013  Female  NEW B
Dr, CLEARY, KEVIN W
Adm: 9/30/13 PHOENIX BAPTIST

**Arizona Department of Health Services**

# BABY SHOTS
A HEALTHY DOSE OF LOVE

natus

LAWTON, ZOEY
NAL-PBAP
765237

ALGO 5 HEARING
SCREENING RESULT

Date of Birth: ████
Gender: Female

Screen date        10/1/2013
Screen time        11:26 AM
Method             LR Smut
Application        3:35
Duration           35 dB nHL
% Myogenic         46%

Right ear
Left sweeps
Left ear
Right sweeps

Pass        Pass
2003        2003

and progressive losses | pediatric audiologist if over 6 mo.) | progressive losses | complete evaluation

**REMEMBER:** Bring your child's shot record to every visit.

**RECUERDE:** Traiga la tarjeta de vacunas de su niño a cada cita.

CONFIDENTIAL ZO-ClearPFH-000003

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

Patient: O▮▮ Z▮▮
Records Provider:
ClearPath Family Healthcare

7725 North 43rd Avenue, Suite 720
Phoenix, AZ 85051
623 -207-5465

Records Obtained: 04/30/2020

352754.023.0004 - 352754.023.0029
CONFIDENTIAL ZO-ClearPFH-000004 - CONFIDENTIAL ZO-ClearPFH-000029

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 06/11/2020(NWF0010)
26 pages plus cover sheet

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

## Medical History

Name: ___    DOB: ___  ·3  Advance Directives: _____

| Allergies | Reactions |
|---|---|
| nYOA | |
| | |
| | |

| Medical Problems | Start | Stop |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Surgeries | Date |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Social History | |
|---|---|
| Tobacco | |
| EtOH | |
| Illicits | |
| Occupation | |
| Marital Status | |
| Children | |

| Family History | |
|---|---|
| Father | |
| Mother | |
| Brothers | |
| Sisters | |

| Procedure | Date | | | | | | |
|---|---|---|---|---|---|---|---|
| PAP | | | | | | | |
| Mammogram | | | | | | | |
| DEXA | | | | | | | |
| Colonoscopy | | | | | | | |
| PSA | | | | | | | |
| DRE | | | | | | | |
| Influenza | | | | | | | |
| Pneumococcal | | | | | | | |
| TDap | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Date Reviewed | | | | | | | |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL ZO-ClearPFH-000004

| Name: | 2⬛ ⬛ | | |
|---|---|---|---|
| Date of birth | ⬛ ⬛ | | |
| Drug Allergies | | NKDA | |
| Kevin Cleary DO: | | | Janelle Romero PA-C |

**Date/Vital Signs:**

| 4\|8\|14 | Gnws | WC; mmm | Sel/pen |
| wt 144 | | | |
| HT 25" | | | |
| HC 17½" | | | |
| T 98.2° | | | |

Name: [redacted]

Date of birth [redacted] · 3

Drug Allergies NKDA

Kevin Cleary DO: _____     Janelle Romero PA-C

Date/Vital Signs:

10/14/13   4dcup   Newborn
WT: 75              NSVD prenade   Apgar 8'8=
HT 20"
HC 13"             Seo /an
T: 97.9°
Birth WT: 74
HepBH · 9/20/13                    Kevin W. Cleary, DO

| 10/15/13 | @ 4:50PM  ± 423215·5696 c/o Katie  ung email  per kw |
| | Clean ɛ EtOH + it will fall off as it's own. |
| | cc: what's to do about umbilical cord. |

| 10/30/13 | Mus.   WC: 1mm |
| WT  8³ | Ser fu |
| HT  21' |
| HC  14" |
| T  98.4° |

| 12/12/13 | Mus   WC: 1mm |
| WT  10² | See form |
| HT  22" |
| HC  15" |
| T  98.7° |

CONFIDENTIAL ZO-ClearPFH-000006



**Maricopa County**
Office of the Medical Examiner

## SUBPOENA FOR DOCUMENTS, RECORDS AND PAPERS

701 West Jefferson Street
Phoenix, Arizona 85007

TO: Doctor Cleary                      Phone: (623) 207-5465

DATE:   June 20, 2014                  Fax: (623) 207-5405

We require fax copies of the below noted documents, records and papers **as soon as possible** after receipt of this request, to assist in determining cause and manner of death.  If an expeditious fax turnaround is not possible, please contact our Investigations Unit immediately at (602) 506-1138 to verbally report the information we require.  **Your timely response will facilitate a prompt release of the body for funeral services.**

**PLEASE NOTE:  This information is requested pursuant to HIPAA §
164.512(g) and A.R.S. § 11-594(A)(3), which provides that the Medical
Examiner "shall have subpoena authority for all documents, records and
papers deemed useful in the death investigation."    The documents,
records and papers designated below have been deemed by the Medical
Examiner to be useful in the death investigation of the referenced person.**

| Patient: Z▮ O▮ | |
| --- | --- |
| **DOB:** ▮ 2013 | **MR #:** |
| **DOD:** 6/19/2014 | **OME Case #:** 14-4064 |
| **SSN:** Unknown | **Date(s) of service:** |
| ☐ EMS Notes | ☐ Discharge Summary |
| ☐ ER Notes | ☐ X-Ray, MRI, CT Repose |
| ☒ Admission H&P / Problems List | ☐ Tox and Culture Reports * |
| ☒ Medications List | ☐ Operative Notes and Anesthesia Record |
| ☒ Progress Notes: last three (3) ☐ days ☒ visits | ☐ Specimens dated: |
| ☒ Other: Vaccination records | |
| Consults | |

## Return fax: (602) 372-8696
PLEASE USE THIS FORM AS A COVER SHEET FOR YOUR RETURN FAX

Thank you for your prompt cooperation,

Farrel Swope#51
Investigator, Office of the Medical Examiner
Phone: (602) 506-1138

Opened: 6/20/2014 6:49 AM
Saved: 6/20/2014 6:43 AM

CONFIDENTIAL ZO-ClearPFH-000007



...uent Eligibility Screening Reco'
Vaccines for Children Program

This record must be kept in the healthcare provider's office to reflect the current status of all children 18 years of age or younger declared eligible to receive immunizations through the VFC program. The record may be completed by the parent, guardian, individual of record, or by the healthcare provider. This same record may be used for all subsequent visits as long as the child's VFC eligibility status has not changed. Provider verification of responses is not required, but it is necessary to retain this record on file for a minimum of three years.

Please print or type:

Initial Screening Date:  ___10/3/13___

Childs Name:  ___O█___  ___2█___  ___
Last Name              First Name           M.I.

Child's Date of Birth:  ___█3___

Parent/Guardian/
Individual of Record: Last Name ___Lautn___  First Name ___Cathe___  M.I. ___

Provider:  ___Mercy Care___

This child qualifies for vaccination through the VFC program because he or she (check only one box):

(0)   [ ]   is enrolled in KidsCare; or

(1)   [X]   is enrolled in AHCCCS; or

(2)   [ ]   does not have health insurance; or

(3)   [ ]   is American Indian or Alaskan Native (no matter what the insurance situation is); or

(4)   [ ]   has health insurance that does not pay for vaccines.

(5)   [ ]   This child does not qualify for VFC – see reverse side of this form.

| | Date of Eligibility Changes & Updates | | | |
|---|---|---|---|---|
| KidsCare | AHCCCS | Un-Insured | Native American/ Alaska Native | Under-Insured |
| | 12/2/13 | | | |
| | 2/4/14 | | | |
| | 4/8/14 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL ZO-ClearPFH-000008



[ ]   Check here if this child has health insurance that pays for vaccines.

Please be advised:

If your insurance company does not cover immunizations and you do not let us know at the time of the visit, it is your responsibility to pay the cost involved. We cannot make the Vaccines for Children Program retroactive and you are only eligible for the Vaccines for Children Program at the time of the visit. If you are unsure if immunizations and well check-ups are covered, please contact your insurance company.

Thank You

Please sign below indicating that you understand and agree with the above statement.

_Katie J_____   Date: 10·30·13

Signature:

G:\Groups\Immun\Vaccine Center\Forms\Provider Forms Each\Eligibility Screening - English rev. 9-14-07.doc

CONFIDENTIAL ZEOlson-ClearPFH-352754-000009

CONFIDENTIAL ZO-ClearPFH-000009

KEVIN W. CLEARY, D.O.                                    FAMILY MEDICINE & OBSTETRICS
JANELLE ROMERO, P.A.C

PEDIATRIC HISTORY FORM        **PRINT AND FILL OUT TO THE BEST OF YOU KNOWLEDGE**

Child's Name: _____ DOB: _____ 13 Age: 4 days
Parent(s)/Guardian(s) Name: Katie Lawton        Phone #: 623-315-5609
Emergency Contact: Andrew Olson                 Phone #: 623-640-9877
Child's Previous Primary Care provider: Dr. Cleary    Phone #: _____
Present health concerns: _____

_____

_____

_____

Allergies to Medications, X-ray Dyes, vaccinations, or other substances    ( ) YES    ( ) NO
(If yes, list name of medicine and type of reaction)

_____

Current Medicines/Vitamins: _____
Herbs/Home Remedies: _____

## PREGNANCY & BIRTH

Birth Place (city,state,country): Phoenix, AZ    US
Is the child yours by:    (✗ Birth () Adoption    () Stepchild () other: _____
Please indicate any medical problems during pregnancy
(✗ NONE          () Specify: _____
Delivery by (✗ Vaginal birth    () Caesarean and why? _____
Birth weight 7 lb 4 oz Birth length: 20
Please indicate any medical problems during the baby's newborn period (✗ NONE    (If premature, how early?)

Other problems: _____

## NUTRITION & FEEDING

Was your child breastfed? (✗ NO        ( ) YES, how long? _____
Has your child had any unusual feeding/dietary problems?        (✗ NO        ( ) YES
specify: _____
Milk intake now: () cow's milk () non-fat () 1%fat () 2%fat ( )whole () soy milk () rice milk

## SLEEP

Hours per night _____ Naps (numbers & length) _____ Sleep problems? _____

## DEVELOPMENT

At what age did your child: Sit alone ____ Walk alone ____ Say word ____ Toilet train (daytime) ____
**GIRLS only: Age at first menstrual period _____

## DENTAL HISTORY

Has child seen a dentist? ( ) YES (✗ NO        How often? _____ Date of last visit _____

This information is for use by your physician as part of your confidential medical records. **continue on back side**

CONFIDENTIAL ZO-ClearPFH-000010

## PRIVACY PRACTICES ACKNOWLEDGEMENT

ACKNOWLEDGEMENT FORM

I HAVE RECEIVED THE NOTICE OF PRIVACY PRACTICES AND I HAVE BEEN
PROVIDED AN OPPORTUNITY TO REVIEW IT.

NAME OF PATIENT: Z____ C____                                    DOB: ▮▮ 13

NAME OF PARENT: Katie Lawton

SIGNATURE: Katie Jas____                          DATE: 10 4-13

CONFIDENTIAL ZO-ClearPFH-000011

# KEVIN W. CLEARY, D.O.

## Consent for Purpose of Treatment, Payment, and Healthcare Operations

-------------------------------------------------------------------------------

I consent to the use of disclosure of my protected health information by Dr. Cleary for the purpose of diagnosing or providing treatment to me, obtaining payment for my health care bills or to conduct health care operations of KEVIN W. CLEARY, D.O.. I understand that a diagnosis or treatment of me by Dr. Cleary may be conditional upon my consent as evidenced by my signature on this document.

I understand I have the right to request a restriction as to how my protected health information is used or disclosed to carry out treatment, payment, or healthcare operations of the practice. Dr. Cleary is not required to agree to the restrictions that I may request. However, if Dr. Cleary agree to a restriction that I request, the restriction is binding on Kevin W. Cleary, D.O., Ltd. and Dr. Cleary.

I have the right to revoke this consent, in writing , at any time to the extent that Dr. Cleary has taken action in reliance on this concent.

My "protected health information" means health information, including demographic information, collected from me and created or received by my physician, another care provider, a health plan, my employer or health care clearinghouse. This protected health information related to my past, present, or future physical or mental health or condition and identifies me, or there is a reasonable basis to believe the information may identify me.

I understand I have a right to review the Notice of Privacy Practices of Dr. Cleary prior to signing this document. Dr. Cleary's Notice of Privacy Practices has been provided to me. The Notice of Privacy Practices describes the types of uses and disclosures of my protected health information that will occur in my treatment, payment or my bills or in the performance of health care operations of Dr. Cleary. The Notice of Privacy Practices also describes my rights and the duties of Dr. Cleary's office with respect to my protected health information.

Dr. Cleary reserves the right to change the privacy practices that are described in the Notice of Privacy Practices. I may obtain a revised notice of privacy practices by calling the office and requesting a revised copy be sent in the mail or asking for one at the time of my next appointment

_____          _Katie Ja_____

Name of Patient                           Signature of patient -or- legal representative

Date: 10-4-13

CONFIDENTIAL ZO-ClearPFH-000012

KEVIN W. CLEARY, D.O.                                    FAMILY MEDICINE & OBSTETRICS
JANELLE ROMERO PA.C

PATIENT REGISTRATION FORM                               **PRINT AND FILL OUT COMPLETELY**

Patient Name: Z███ O███

If Minor. Parent/ Guardian Name: Katie Lawton

Billing Address: 8256 N. 112ᵗʰ Ave Peoria, AZ 85345

City: Peoria                State: AZ        Zip Code: 85345

Permanent Address: _____

City: _____        State: _____    ZIP Code: _____

Home Phone: _____ Work Phone: _____ Cell Phone: 623-215-5696

E-Mail (optional): _____

CIRCLE ONE: Male / Female   DOB ███ 13   Age: 4days  SSN: _____

CIRCLE ONE: (Single)    Married    Divorced    Widowed    Life Partner

***Emergency Contact***

Name: Katie Lawton        Phone #: 623-215-5696  Relation: mother


INSURANCE INFORMATION: AHCCCS

Primary Insurance: ~~Kathleen Lawton~~         Secondary Insurance: _____

Policy Holder: Kathleen Lawton                 Policy Holder: _____

Relation to patient: mother                    Relation to patient: _____

Employer: _____                       Employer: _____

Member #: ███████                              Member #: _____

Group #: _____ Copay/Ded: $_____             Group #: _____ Copay/Ded: $_____

Policy Holder DOB: ███ 73  M OR F              Policy Holder DOB: _____ M OR F

**GUARANTEE OF ACCURATE INFORMATION: I guarantee that this information is correct and understand that I am
responsible for financial loss due to inaccurate information provided by me

(sign) Katie Ja───

**AUTHORIZATION TO PAY: I authorize payment be sent directly to Dr's business office for all medical benefits. I understand
that I am financially responsible for all charges. **AUTHORIZATION TO RELEASE INFORMATION: I hereby authorize Dr's
office to release any information required in the course of my examination or treatment which may include HIV. I understand I
have the right to request a restriction as to how my protected health information is used and disclosed to carry out treatment,
payment, or health care operations of the practice. Dr. Cleary is not required to agree to the restrictions that I may request.


Sign: Katie Ja───                              Date: 10-4-13

CONFIDENTIAL ZO-ClearPFH-000013

Kevin W. Cleary, D.O., Ltd.
Janelle Romero, PA-C
Family Practice & Obstetrics

## FINANCIAL POLICY

On the initial visit, the doctor's consultation fee is $65.00 to $200.00. This fee does not include any laboratory or x-ray fees. You are responsible for payment of applicable deductible, co pay, or co-insurance at the time of your visit. If insurance benefits cannot be verified by our office, payment in full is due at the time of service. For your convenience, we accept VISA, Master Card, check, or cash.

We allow 60 days for your insurance to pay, after which time unpaid charges will become your responsibility. This applies to all accounts, HMO, PPO, and Indemnity plans. Should an overpayment occur on the deductible or coinsurance amounts charged, we will apply a credit to your next visit.

Delinquent accounts will be subject to the following actions. Accounts 60 days past due will be placed on a C.O.D. status at which time all charges must be paid in full at each visit until the account is brought current. Accounts 90 days past due will be subject to collection. All fees, including, but not limited to collection fees, attorney fees, and court fees incurred shall become your responsibility, in addition to the balance due this office. All accounts with this office must be current in order to continue to receive services.

There is a $35.00 service fee on all returned checks. We do not redeposit insufficient fund checks. NSF checks must be redeemed by cashier's check, money order, certified check, or cash.

We require that a minor be accompanied by an adult (parent or legal guardian) unless prior written authorization is given this office. The adult accompanying the minor patient is required to pay in accordance with our office policies. We do not accept third party assignments nor do we recognize the terms of divorce decrees.

If you need to cancel a scheduled appointment, please contact this office 24 hours in advance of you appointment time. Because of our heavy patient load, missed appointments prevent us from scheduling care for those in need. Any missed appointments without at least 4 hours notice are subject to a service charge of $25.00.

Katie Joe

Signature of patient -or- Parent/Guardian

10-4-13

Date

CONFIDENTIAL ZO-ClearPFH-000014

KEVIN W. CLEARY, D.O.                          FAMILY MEDICINE & OBSTETRICS
JANELLE ROMERO PA.C

**PATIENT REGISTRATION FORM**                  **\*\*PRINT AND FILL OUT COMPLETLEY\*\***

Patient Name: _____

If Minor: Parent/ Guardian Name: Katie Lawton

Billing Address: 6201 W. Olive #2110

City: Glendale                 State: AZ          Zip Code: 85302

Permanent Address: _____

City: _____ State: _____ ZIP Code: _____

Home Phone: _____ Work Phone: _____ Cell Phone: ████ (623-215-5094)

E-Mail (optional): _____

**CIRCLE ONE**: Male  *Female*  DOB: ██/13  Age: 4m  SSN: _____

**CIRCLE ONE**: *Single*   Married   Divorced   Widowed   Life Partner

\*\*\*_Emergency Contact_\*\*\*

Name: Katie Lawton     Phone #: 623-215-5696   Relation: Mother

**INSURANCE INFORMATION:**

| | |
|---|---|
| Primary Insurance: _____ | Secondary Insurance: _____ |
| Policy Holder: _____ | Policy Holder: _____ |
| Relation to patient: _____ | Relation to patient: _____ |
| Employer: _____ | Employer: _____ |
| Member #: _____ | Member #: _____ |
| Group #: _____ Copay/Ded:$ ____ | Group #: _____ Copay/Ded:$ ____ |
| Policy Holder DOB: _____ M OR F | Policy Holder DOB: _____ M OR F |

\*\*GUARANTEE OF ACCURATE INFORMATION: I guarantee that this information is correct and understand that I am
responsible for financial loss due to inaccurate information provided by me
(sign) _____

\*\*AUTHORIZATION TO PAY: I authorize payment be sent directly to Dr's business office for all medical benefits. I understand
that I am financially responsible for all charges. .\*\*AUTHORIZATION TO RELEASE INFORMATION: I hereby authorize Dr's
office to release any information required in the course of my examination or treatment which may include HIV. I understand I
have the right to request a restriction as to how my protected health information is used and disclosed to carry out treatment,
payment, or health care operations of the practice. Dr. Cleary is not required to agree to the restrictions that I may request.

Sign: Katie La_____          Date: 2/4/14

**CONFIDENTIAL ZO-ClearPFH-000015**


Mercy Care Plan


Mercy Care *advantage* HMG SNP


Mercy Healthcare **Group**

Printed by: jasmin lopez
Printed on: October 4, 2013 10:38:02 AM CDT

## Member Eligibility List

### Active

| Member ID | DOB | Member Name | HEDIS | Copay Category | Elig Eff Dates | Benefit | Plan ID | Cov Type | Network | Provider Name | Prov Eff Date | For Office Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A86743914 | 09/30/2013 | LAWTON, BABY GIRL | No | | 09/30/2013-12/31/2078 | Upgrade - Acute General <21 | MCP0001 | Medical | | | | ☐ |

### Coverage Type

| Code | Description |
|---|---|
| Medical | Medical |

This document may contain confidential information. Please handle appropriately.

© 2013 Copyright - Healthation.com - All Rights Reserved.

*[handwritten annotations:]*

12/02/13
online
enc 10/04/13
copay 0

10/04/13
Per: michelle
enc 10/4/13
Copay 0

1/31/14
online
enc 10/04/13
Copay 0

2/03/14
online
enc 10/4/13
copay 0

4/07/14
aa ✓
enc 10 04 13
av 0
#A ENDED
21439211800

3/11/14
aerv
enc 10/4/13
av 0
#A ENDED
27630931300

**CONFIDENTIAL ZO-ClearPFH-000016**

**Arizona Department of Health Services**

ARIZONA DEPARTMENT OF HEALTH SERVICES
BUREAU OF STATE LABORATORY SERVICES
250 North 17th Avenue  Phoenix, Arizona 85007
State Lab 602-364-1409  http://www.AZNewborn.com

## ARIZONA NEWBORN SCREENING REPORT

| | | | |
|---|---|---|---|
| Date | : 10/25/2013 | Specimen Type* | : Second Screen |
| Infant's Name | : C____ Z____ | Lab Number | : 20132952134 |
| Date of Birth | : ____ 2013 @ 21:29 | Patient Number | : 20132760201 |
| Date of Collection | : 10/17/2013 @ 16:05 | Medical Record | : |
| Date Received | : 10/21/2013 | Sex | : Female |
| Mother's Name | : LAWTON, KATIE | Race | : White |
| Address | : 1336 E HALL ST | Birth Weight | : 3300 gms |
| City/St/Zip | : TEMPE, AZ 85281 | Transfused | : No |
| Phone | : (623) 215-5696 | Date Transfused+ | : |
| Physician | : CLEARY , KEVIN W. | Food Source | : Lactose Formula |
| Submitter | : SONORA LABORATORY SCIENCE | Kit Number | : AZ 112358626 |

Page 1 of 1                    **SCREENING RESULTS**                    60

### DISORDERS

Congenital Hypothyroidism (CH)
Congenital Adrenal Hyperplasia (CAH)
Hemoglobinopathies
Biotinidase Deficiency
Galactosemia
Amino Acid Disorders
Fatty Acid Oxidation Disorders
Organic Acid Disorders

### RESULTS

Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings

$K_{(0}, 19$

***Effective 01/01/2013: Please note NEW reference ranges and the ADDITION OF SECONDARY MARKERS for MSUD, Homocystinuria, MCD, MMA, PA, IVA, and GA-1. Refer to our website www.aznewborn.com for more information.

*A second screen is required for all babies born in Arizona. If this specimen is the FIRST SCREEN, please collect an additional specimen at the first visit to a healthcare provider after discharge from the hospital or no later than five to ten days of age.
+ Unless transfusion is marked, the assumption is that the infant has not been transfused.

The purpose of the Arizona Department of Health Services Newborn Screening Program is to identify infants at increased risk for a variety of disorders. Since this is a screening test, the possibility of a false positive or negative result must be considered. The test may need to be repeated and diagnosis confirmed or ruled out by additional specialized studies. A negative screen does not rule out the possibility of a disorder. Health care providers should remain watchful for any signs or symptoms of these disorders with their patients.

CLEARY, KEVIN W.
7725 N 43RD AVE
STE 211
PHOENIX, AZ 85051

CONFIDENTIAL ZO-ClearPFH-000017

## Arizona Department of Health Services
## Newborn Screening Program

| Endocrine Disorders | Analytes | Reference Ranges | | Disorders | Analytes | Reference Ranges | |
|---|---|---|---|---|---|---|---|
| Hypothyroidism | TSH | 1st Screen | < 30 µU/mL | Hemoglobinopathies | Hb | | FA Normal |
| | | 2nd Screen | < 20 µU/mL | | | | |
| Congenital Adrenal Hyperplasia | 17-OHP | Birth weight | | Biotinidase Deficiency | Biotinidase | | Enzyme Present |
| | | < 1250 g | <135.0 ng/mL | Galactosemia | GALT | Normal | > 3.5 U/g Hb |
| | | 1250 – 1749 g | < 90.0 ng/mL | | | Equivocal | 2.5 – 3.5 U/g Hb |
| | | 1750 – 2499 g | < 65.0 ng/mL | | | Abnormal | ≤ 2.4 U/g Hb |
| | | > 2500 g | < 50.0 ng/mL | Cystic Fibrosis | IRT | < 85 ng/mL | |
| | | | | (Panel of 46 mutations to the CTFR gene) | DNA | No mutations detected | |

| Amino Acid Disorders | Analytes | Reference Ranges | Ratios | Reference Ranges |
|---|---|---|---|---|
| Phenylketonuria | Phe | < 181.80 µmol/L | Phe/Tyr | N/A |
| Maple syrup urine disease | Leu | < 330 µmol/L | Leu/Phe | < 5.00 |
| | Val | < 400 µmol/L | Val/Phe | < 6.00 |
| Homocystinuria | Met | < 100 µmol/L | Met/Phe | < 1.50 |
| Citrullinemia type I & Argininosuccinic acidemia | Cit | ≤ 5 days   < 91.36 µmol/L | Cit/Arg | N/A |
| | | > 5 days   < 148.46 µmol/L | | |
| Tyrosinemia type I | Tyr | < 552.00 µmol/L | Tyr/Cit | N/A |
| **Organic Acidemia Disorders** | | | | |
| Isovaleric acidemia (IVA) | C5 | < 0.60 µmol/L | C5/C0 | < 0.025 |
| | | | C5/C2 | < 0.031 |
| | | | C5/C3 | < 0.460 |
| Glutaric acidemia type I (GA 1) | C5DC | < 0.33 µmol/L | C5DC/C5OH | < 2.00 |
| | | | C5DC/C8 | < 3.75 |
| | | | C5DC/C16 | < 0.20 |
| Methylmalonic acidemia , Methymalonic acidemia (mutase), Propionic acidemia | C3 | < 6.00 µmol/L | C3/C2 | < 0.21 |
| | | | C3/C16 | < 2.25 |
| Multiple carboxylase deficiency (MCD) | C3 | < 6.00 µmol/L | C5-OH/C8 | N/A |
| | C5-OH | N/A | | |
| 3-Methylcrotonyl-CoA carboxylase deficiency (3MCC)† & | C5-OH | ≤ 5 days   < 0.78 µmol/L | C5-OH/C8 | N/A |
| | | > 5 days   < 0.92 µmol/L | | |
| 3-Hydroxy-3-methylglutaric acidemia (HMG)* | C6DC* | N/A | C5-OH/CC† | N/A |
| Beta-ketothiolase deficiency (BKT) | C5:1 | < 0.25 µmol/l | C5-OH/C8 | N/A |
| | C5-OH | N/A | | |
| **Fatty Acid Oxidation Disorders** | | | | |
| Carnitine uptake defect | C0 (Low) | > 8 µmol/L | (C0+C2+C3+C16+C18+C18:1)/Cit | N/A |
| Medium-chain acyl-CoA dehydrogenase deficiency (MCAD) | C8 | < 0.60 µmol/L | C8/C2 | N/A |
| | C6 | N/A | C8/C10 | N/A |
| | C10 | N/A | C5-OH/C8 | N/A |
| | C10:1 | N/A | | |
| Very long-chain acyl-CoA dehydrogenase deficiency (VLCAD) | C14:1 | < 0.80 µmol/L | C14:1/C16 | N/A |
| | C14 | N/A | | |
| | C14:2 | N/A | | |
| Long-chain L-3-hydroxy acyl-CoA dehydrogenase deficiency (LCHAD) & Trifunctional protein deficiency (TFP) | C16-OH | < 0.25 µmol/L | C16-OH/C16 | N/A |
| | C16:1-OH | N/A | | |
| | C18-OH | N/A | | |
| | C18:1-OH | N/A | | |

### Pediatric Specialists for Newborn Screening Consultation

| Endocrinology | | Metabolic Genetics | |
|---|---|---|---|
| Phoenix Children's Hospital, Endocrinology Dept. | (602) 546-0935 | Kirk Aleck, M.D., and Steve Amato, M.D., PhD. | (602) 933-4363 |
| Southwest Pediatric Endocrinology | (480) 323-4800 | Phoenix Genetics Program, Phoenix Children's Hospital | |
| University Physicians | (520) 626-6077 | | |
| | | **Cystic Fibrosis Centers** | |
| | | Pulmonology, Phoenix Children's Hospital | (602) 933-0985 |
| **Hematology** | | Arizona Respiratory Center, U of A Health Science Center | (520) 626-7780 |
| Brenda Wittman, M.D., CRS Children's Clinics | (520) 694-3325 | **Hearing** | |
| Center for Cancer and Blood Disorders, PCH | (602) 546-0920 | Lylis E. Olsen, MS, MPH | (602) 690-3975 |

Effective 05/01/13

CONFIDENTIAL ZO-ClearPFH-000018

Quest Diagnostics Incorporated

PATIENT INFORMATION
d█████,█

REPORT STATUS  **Final**

Sonora Quest Laboratories, LLC
CLIENT SERVICE 602.685.5000

ORDERING PHYSICIAN
**CLEARY, KEVIN W**

DOB:█████ 2013   Age: 2W
SEX: F          Fasting: N

CLIENT INFORMATION
32C1

SPECIMEN INFORMATION
SPECIMEN:    G21853052
REQUISITION: 32010043840
LAB REF NO:  32010043840

ID: OLSON,E
PHONE: 6232155696

KEVIN W. CLEARY D.O.
7725 N. 43RD AVE.
BLDG. 2, SUITE #211
PHOENIX, AZ 85051

COLLECTED:  10/17/2013      16:05
RECEIVED:   10/19/2013      06:55
REPORTED:   10/21/2013      08:56

---

COMMENTS:     HELD ORDER
**Test Name**                     **In Range**    **Out of Range**    **Reference Range**    **Lab**

NEWBORN SCREEN                                                                                PAZ

Newborn Screen Testing forwarded to the Arizona Department of Health
Services; Bureau of State Laboratory Services. Please contact the
State Laboratory at 1-602-542-1184 regarding any reporting issues.

---

**Performing Laboratory Information:**

PAZ   Sonora Quest Laboratories 1255 W. Washington Tempe AZ 85281

*µ(√x'*

Printed by Care360 AutoReceive on 10/21/13 at 09:15am.

**CONFIDENTIAL ZO-ClearPFH-000019**

ARIZONA DEPARTMENT OF HEALTH SERVICES
BUREAU OF STATE LABORATORY SERVICE
250 North 17th Avenue  Phoenix, Arizona 85007
State Lab 602-364-1409  http://www.AZNewborn.com

## ARIZONA NEWBORN SCREENING REPORT

| | | | |
|---|---|---|---|
| Date | : 10/07/2013 | Specimen Type* | : First Screen |
| Infant's Name | : L____ GIRL | Lab Number | : 20132760201 |
| Date of Birth | : ____ 2013 @ 21:29 | Patient Number | : 20132760201 |
| Date of Collection | : 10/02/2013 @ 04:00 | Medical Record | : 763237 |
| Date Received | : 10/03/2013 | Sex | : Female |
| Mother's Name | : LAWTON, KATIE | Race | : White |
| Address | : 8256 N 112TH AVE | Birth Weight | : 3300 gms |
| City/St/Zip | : PEORIA, AZ 85345 | Transfused | : No |
| Phone | : (623) 215-5686 | Date Transfused+ | : |
| Physician | : CLEARY , KEVIN W. | Food Source | : Lactose Formula |
| Submitter | : PHOENIX BAPTIST HOSPITAL | Kit Number | : AZ 111358626 |

Page 1 of 1

**SCREENING RESULTS**

39

## DISORDERS

Congenital Hypothyroidism (CH)
Congenital Adrenal Hyperplasia (CAH)
Hemoglobinopathies
Biotinidase Deficiency
Galactosemia
Amino Acid Disorders
Fatty Acid Oxidation Disorders
Organic Acid Disorders
Cystic Fibrosis

## RESULTS

Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings
Normal Findings

***Effective 01/01/2013: Please note NEW reference ranges and the ADDITION OF SECONDARY MARKERS for MSUD, Homocystinuria, MCD, MMA, PA, IVA, and GA-1. Refer to our website www.aznewborn.com for more information.

*A second screen is required for all babies born in Arizona. If this specimen is the FIRST SCREEN, please collect an additional specimen at the first visit to a healthcare provider after discharge from the hospital or no later than five to ten days of age.
+ Unless transfusion is marked, the assumption is that the infant has not been transfused.

The purpose of the Arizona Department of Health Services Newborn Screening Program is to identify infants at increased risk for a variety of disorders. Since this is a screening test, the possibility of a false positive or negative result must be considered. The test may need to be repeated and diagnosis confirmed or ruled out by additional specialized studies. A negative screen does not rule out the possibility of a disorder. Health care providers should remain watchful for any signs or symptoms of these disorders with their patients.

CLEARY, KEVIN W.
7725 N 43RD AVE
STE 211
PHOENIX, AZ 85051

CONFIDENTIAL ZO-ClearPFH-000020

## Arizona Department of Health Services
## Newborn Screening Program

| Endocrine Disorders | Analytes | Reference Ranges | | Disorders | Analytes | Reference Ranges | |
|---|---|---|---|---|---|---|---|
| Hypothyroidism | TSH | 1st Screen | < 30 µU/mL | Hemoglobinopathies | Hb | | FA Normal |
| | | 2nd Screen | < 20 µU/mL | | | | |
| Congenital Adrenal Hyperplasia | 17-OHP | Birth weight | | Biotinidase Deficiency | Biotinidase | | Enzyme Present |
| | | < 1250 g | <135.0 ng/mL | Galactosemia | GAL | Normal | > 3.5 U/g Hb |
| | | 1250 – 1749 g | < 90.0 ng/mL | | | Equivocal | 2.5 – 3.5 U/g Hb |
| | | 1750 – 2499 g | < 65.0 ng/mL | | | Abnormal | ≤ 2.4 U/g Hb |
| | | > 2500 g | < 50.0 ng/mL | Cystic Fibrosis | IRT | < 65 ng/mL | |
| | | | | (Panel of 46 mutations to the CFTR gene) | DNA | No mutations detected | |

| Amino Acid Disorders | Analytes | Reference Ranges | Ratios | Reference Ranges |
|---|---|---|---|---|
| Phenylketonuria | Phe | < 181.80 µmol/L | Phe/Tyr | N/A |
| Maple syrup urine disease | Leu | < 330 µmol/L | Leu/Phe | < 5.00 |
| | Val | < 400 µmol/L | Val/Phe | < 6.00 |
| Homocystinuria | Met | < 100 µmol/L | Met/Phe | < 1.50 |
| Citrullinemia type I & Argininosuccinic acidemia | Cit | ≤ 5 days        < 91.36 µmol/L | Cit/Arg | N/A |
| | | > 5 days        < 148.46 µmol/L | | |
| Tyrosinemia type I | Tyr | < 552.00 µmol/L | Tyr/Cit | N/A |
| **Organic Acidemia Disorders** | | | | |
| Isovaleric acidemia (IVA) | C5 | < 0.60 µmol/L | C5/C0 | < 0.025 |
| | | | C5/C2 | < 0.031 |
| | | | C5/C3 | < 0.400 |
| Glutaric acidemia type I (GA 1) | C5DC | < 0.33 µmol/L | C5DC/C5OH | < 2.00 |
| | | | C5DC/C8 | < 3.75 |
| | | | C5DC/C16 | < 0.20 |
| Methylmalonic acidemia , Methylmalonic acidemia (mutase), Propionic acidemia | C3 | < 6.00 µmol/L | C3/C2 | < 0.21 |
| | | | C3/C16 | < 2.25 |
| Multiple carboxylase deficiency (MCD) | C3 | < 6.00 µmol/L | C5-OH/C8 | N/A |
| | C5-OH | | | |
| 3-Methylcrotonyl-CoA carboxylase deficiency (3MCC)† & | C5-OH | ≤ 5 days   <0.78 µmol/L | C5-OH/C8 | N/A |
| | | > 5 days   < 0.82 µmol/L | | |
| 3-Hydroxy-3-methylglutaric acidemia (HMG)* | C6DC* | N/A | C5-OH/C0† | N/A |
| Beta-ketothiolase deficiency (BKT) | C5:1 | < 0.25 µmol/L | C5-OH/C8 | N/A |
| | C5-OH | | | |
| **Fatty Acid Oxidation Disorders** | | | | |
| Carnitine uptake defect | C0 (Low) | > 8 µmol/L | (C0+C2+C3+C16+C18+C18:1)/Cit | N/A |
| Medium-chain acyl-CoA dehydrogenase deficiency (MCAD) | C8 | < 0.60 µmol/L | C8/C2 | N/A |
| | C6 | N/A | C8/C10 | N/A |
| | C10 | N/A | C5-OH/C8 | N/A |
| | C10:1 | N/A | | |
| Very long-chain acyl-CoA dehydrogenase deficiency (VLCAD) | C14:1 | < 0.80 µmol/L | C14:1/C16 | N/A |
| | C14 | N/A | | |
| | C14:2 | N/A | | |
| Long-chain L-3-hydroxy acyl-CoA dehydrogenase deficiency (LCHAD) & Trifunctional protein deficiency (TFP) | C16-OH | < 0.25 µmol/L | C16-OH/C16 | N/A |
| | C16:1-OH | N/A | | |
| | C18-OH | N/A | | |
| | C18:1-OH | N/A | | |

### Pediatric Specialists for Newborn Screening Consultation

| Endocrinology | | Metabolic Genetics | |
|---|---|---|---|
| Phoenix Children's Hospital, Endocrinology Dept. | (602) 546-0935 | Kirk Aleck, M.D., and Steve Amato, M.D., PhD. | (602) 933-4363 |
| Southwest Pediatric Endocrinology | (480) 323-4800 | Phoenix Genetics Program, Phoenix Children's Hospita | |
| University Physicians | (520) 626-6077 | | |
| | | **Cystic Fibrosis Centers** | |
| | | Pulmonology, Phoenix Children's Hospital | (602) 933-0985 |
| | | Arizona Respiratory Center, U of A Health Science Center | (520) 626-7780 |
| **Hematology** | | | |
| Brenda Wittman, M.D.  CRS Children's Clinics | (520) 694-3325 | **Hearing** | |
| Center for Cancer and Blood Disorders, PCH | (602) 546 0920 | Lylis E. Olsen, MS, MPH | (602) 690-3975 |

Effective 05/01/13

CONFIDENTIAL ZO-ClearPFH-000021

**PATIENT: L████████ BABYGIRL**

**ABORATORY REPORT**

**MRN: B763237**

FAC#740

++++++++++ REFERENCE LABORATORY TESTING ++++++++++

### Newborn Genetic Screen

| | | | | |
|---|---|---|---|---|
| Collected | 10/02/13 | | | |
| | 04:00[1] | | | |
| Released | 10/10/13 | | Reference | Units |
| | 13:07 | | Range | |
| Accession | R132750005 | | | |
| Reference Lab Rprt | See Report[2] | | | |
| Newborn Screen | See Note[3] | | | |

[1]AZ#111358626

[2]Testing referred to:

Arizona Dept. of Health Services
Bureau of State Laboratory Services
250 N. 17th Avenue
Phoenix, AZ 85007-3231
602-542-1188
[3]ARIZONA NEWBORN SCREENING REPORT

SPECIMEN TYPE:   First Screen*

DISORDERS                      RESULTS

| | |
|---|---|
| Congenital Hypothyroidism (CH) | Normal Findings |
| Congenital Adrenal Hyperplasia (CAH) | Normal Findings |
| Hemoglobinopathies | Normal Findings |
| Biotinidase Deficiency | Normal Findings |
| Galactosemia | Normal Findings |
| Amino Acid Disorders | Normal Findings |
| Fatty Acid Oxidation Disorders | Normal Findings |
| Organic Acid Disorders | Normal Findings |
| Cystic Fibrosis | Normal Findings |

\*\*\* Effective 01/01/2013: Please note NEW reference ranges and the ADDITION OF SECONDARY MARKERS for MSUD, Homocystinuria, MCD, MMA, PA, IVA and GA-1. Refer to www.aznewborn.com for more information.

\* A second screen is required for all babies born in Arizona. If this specimen is the FIRST SCREEN, please collect an additional specimen at the first visit to a healthcare provider after discharge from the hospital or no later than five to ten days of age.

L~Low CL~Critical Low  H~High  CH~Critical High    Result Date/Time~ D/T Collected



Abrazo Health Care

**Phoenix Baptist Hospital**
2000 W.Bethany Home Road
Phoenix, AZ 85015
Phone: (602) 246 - 5741
Stephen A. Ovanessoff, M.D., Medical Director

Patient Laboratory Report

Medical Record#: B763237
Encounter #: B50160276569
Patient Name: LAWTON, BABYGIRL
DOB: 10D 09/30/13 F
Location: PBH NUR NRSY-06
Admitting Physician: CLEARY, KEVIN W DOe
Admit Date: 09/30/13
Page: 1 of 2    Printed: 10/10/13 19:03

**CONFIDENTIAL ZO-ClearPFH-000022**

 

**PATIENT: L▇▇▇▇ BABYGIRL**                                      **MRN: B763237**

## LABORATORY REPORT

**FAC#740**

*Performed at Arizona Department of Health Services, Bureau of State Lab Svcs, 250 North 17th Avenue, PHOENIX, AZ, U.S., 85007*

+ Unless transfusion is marked, the assumption is that the infant has not been transfused.



L-Low CL-Critical Low  H-High  CH-Critical High  Result Date/Time- D/T Collected



Abrazo Health Care

**Phoenix Baptist Hospital**
2000 W.Bethany Home Road
Phoenix, AZ 85015
Phone: (602) 246 - 5741
Stephen A. Ovanessoff, M.D., Medical Director

Patient Laboratory Report

Medical Record#: B763237
Encounter #: B50160276569
Patient Name: L▇▇▇▇ **BABYGIRL**
DOB: 10D▇▇▇13 F
Location: **PBH NUR NRSY-06**
Admitting Physician: CLEARY, KEVIN W DOe
Admit Date: 09/30/13
Page: 2 of 2 Printed: 10/10/13 19:03

**CONFIDENTIAL ZO-ClearPFH-000023**

Quest Diagnostics Incorporated



QS0-3201-0043840

## Lab Order Confirmation

 Sonora Quest Laboratories



## Order Confirmation Information

| | |
|---|---|
| **Patient:** | O▮ Z▮ |
| **DOB:** | ▮2013 |
| **Patient ID:** | O▮ Z |
| **Physician/UPIN:** | Cleary, Kevin W (1174573000 E39806) |
| **Client:** | Kevin W. Cleary D.O. (3201) |
| **Date:** | 10/04/2013 |
| **Requisition #:** | 0043840 |

**Test Codes:**    9890 Newborn Screen

**Diagnosis Codes:** V20.2 Routin Child Health Exam
V77.3 Screen-Phenylketonuria

CONFIDENTIAL ZO-ClearPFH-000024

Phoenix Baptist Hospital and Medical Center
2000 W. Bethany Home Rd.
Phoenix, AZ 85015

PATIENT NAME: LAWTO████ BYGIRL
ACCT #: 50160276569                     MRN: 763237
ADMIT DATE: 09/30/2013         DOB: ████2013
DISCHARGE DATE: 10/02/2013     SEX: F
DICTATING PHYS: ERNERIO ALBOLIRAS, MD
ATTENDING PHYS: KEVIN W CLEARY

## Echocardiogram

DATE OF SERVICE: 10/02/2013

INDICATIONS:
Tachypnea.

REFERRING PHYSICIAN:
Kevin Cleary, DO

PATIENT DATA:
Height 50.8 cm, weight 3.4 kilos.  BSA 0.21 m2.  Blood pressure 65/35
mmHg.

M-MODE DATA:
RVIDD: 13 mm.
IVSD: 2 mm.
LVIDD: 16 mm.
LVIDS: 10 mm.
LVPWD: 2 mm.
M-mode FS: 36%.
M-mode DF: 69%.

$K_{6.7}$  N.C.

ANS mach

FINDINGS:
.  Four-chambered heart in levocardia.
.  Normal systemic and pulmonary venous connections.
.  Normal right atrial and left atrial sizes.
.  Intact atrial and ventricular septa.
.  Normal cardiac valve morphology, sizes and Doppler function.
.  Normal right ventricular and left ventricular sizes, wall
thicknesses and systolic function.
.  No right ventricular outflow tract or left ventricular outflow tract
obstruction.
.  Normal pulmonary arteries.
.  Normal aorta with a left arch and no coarctation.
2.  No ductus arteriosus.
1.  No thrombus or vegetation.
2.  No pericardial effusion.

IMPRESSION:
Normal echocardiogram.

ERNERIO ALBOLIRAS MD

A/MN

623-207-5405

CONFIDENTIAL ZO-ClearPFH-000025

**PATIENT: L▌▌▌ BABYGIRL**                                    **MRN: B763237**

## LABORATORY REPORT

++++++++++ **BACTERIOLOGY** ++++++++++



#### Blood Culture

Specimen/Source: **Blood**
Collection Date:    10/01/13 05:20          Accession: BA13274047
Status: **Preliminary**                      Last Update: 10/05/13 17:24

Culture Results *(Prelim)*
  *No Growth After 96 Hours*

*L= Low  CL=Critical Low  H=High  CH=Critical High    Result Date/Time= D/T Collected*

Abrazo Health Care

**Phoenix Baptist Hospital**
2000 W.Bethany Home Road
Phoenix, AZ 85015
Phone: (602) 246 - 5741
Stephen A. Ovanessoff, M.D., Medical Director

Patient Laboratory Report

Medical Record#: **B763237**
Encounter #: B50160276569
Patient Name: ▌▌▌▌▌, **BABYGIRL**
DOB: 5D ▌▌▌ 13 F
Location: **PBH NUR NRSY-06**
Admitting Physician: CLEARY, KEVIN W DOe
Admit Date: 09/30/13
Page: 1 of 1   Printed: 10/05/13 19:02

CONFIDENTIAL ZO-ClearPFH-000026

Bple 1/4 1 3/8 c-to-c

| DATE | TIME | DO NOT USE: U, IU, QD, Q.O.D., MS, MSO4, MgSO4, always leading zero (0.X mg), never a trailing zero (X.0 mg). |
|------|------|---|
| 10/1/13 | 0415 | Chart |
| 10/1/13 | 0495 | CBC, Blood Culture, CXR 1 view, Stat |
|  |  | Neonatal Consult |
| 10/1/13 | 0455 | TORB Dr. Cleary / Authorized RN |
|  |  | (u) |
|  |  | 12° Chart ✓ 0730  10/1/13  Dumbrell RN |
| 10/1/13 | 1715 | Cardiac Echo |
|  |  | TO RN/ Dr. Cleary / Dumbrell RN |
|  |  | 1715  10/1/13  Dumbrell RN |

| DATE | TIME | DO NOT USE: U, IU, QD, Q.O.D., MS, MSO4, MgSO4, always leading zero (0.X mg), never a trailing zero (X.0 mg). |
|------|------|---|
| 10/2/13 |  | 1 May go to floor + mom |
| 0015 |  | 2 Please call me as soon as ECHO report is ready |
|  |  | W D'Neal 10-023a 0b00 |
| 10.2.13 |  | 3 0700 24 hr |

| DATE | TIME | DO NOT USE: U, IU, QD, Q.O.D., MS, MSO4, MgSO4, always leading zero (0.X mg), never a trailing zero (X.0 mg). |
|------|------|---|
| 10/2/13 |  | OK to d/c home & Mom |
|  |  | D/C in appt as instructed |
|  |  | RBW  Dr. Kevin Cleary |
|  |  | Kathryn Lasabella |
|  |  | nurse Kathryn Lasabella |
|  |  | 10/2/13  14/15 |

0724 (4/09)

**PHYSICIAN'S ORDERS**

Abrazo Health Care

GENERIC INTERCHANGE AND AUTOMATIC THERAPEUTIC INTERCHANGE FOR
SPECIFIC DRUGS AS APPROVED BY THE MEDICAL STAFF ARE PERMITTED.

FAXED 10/28/13

Bple 1/4 1 3/8 c-to-c

MR-76-32-37   Acn:5016027856B   to 602246 5990
BABYGIRL
DOB 2013 Female NEW B
Dr. CLEARY, KEVIN W
Adm: 9/30/13 PHOENIX BAPTIST

CONFIDENTIAL ZO-ClearPFH-000027



Phoenix Baptist Hospital and Medical Center
2000 W. Bethany Home Rd.
Phoenix, AZ 85015

| | | | |
|---|---|---|---|
| PATIENT NAME: | L BABYGIRL | ACCT #: | 50160276569 |
| ADMIT DATE: | 09/30/2013 | MRN: | 763237 |
| DISCHARGE DATE: | 10/02/2013 | DOB: | 2013 |
| DICTATING PHYS: | ERNERIO ALBOLIRAS, MD | SEX: | F |
| ATTENDING PHYS: | KEVIN W CLEARY | | |

## ECHOCARDIOGRAM

$0 K$  NE

DATE OF SERVICE: October 02, 2013

INDICATIONS:
Tachypnea.

REFERRING PHYSICIAN:
Kevin Cleary, DO

PATIENT DATA:
Height 50.8 cm, weight 3.4 kilos. BSA 0.21 m2. Blood pressure 65/35 mmHg.

M-MODE DATA:
RVIDD: 13 mm.
IVSD: 2 mm.
LVIDD: 16 mm.
LVIDS: 10 mm.
LVPWD: 2 mm.
M-mode FS: 36%.
M-mode DF: 69%.

FINDINGS:
1. Four-chambered heart in levocardia.
2. Normal systemic and pulmonary venous connections.
3. Normal right atrial and left atrial sizes.
4. Intact atrial and ventricular septa.
5. Normal cardiac valve morphology, sizes and Doppler function.
6. Normal right ventricular and left ventricular sizes, wall thicknesses and systolic function.
7. No right ventricular outflow tract or left ventricular outflow tract obstruction.
8. Normal pulmonary arteries.
9. Normal aorta with a left arch and no coarctation.
10. No ductus arteriosus.
11. No thrombus or vegetation.

Page 1 of 2

CONFIDENTIAL ZO-ClearPFH-000028

| PATIENT NAME: | L█████ BABYGIRL | ACCT #: | 50160276569 |
|---|---|---|---|
| MRN: | 763237 | DOB: | ████2013 |

ECHOCARDIOGRAM

12. No pericardial effusion.

IMPRESSION:
Normal echocardiogram.

_____
ERNERIO ALBOLIRAS MD

EA/MN

D: 10/03/2013 09:51:48

T: 10/03/2013 11:19:18

Job#: 606809

Confirmation#: 469892

PCP (if any): KEVIN CLEARY, M.D

Page 2 of 2

CONFIDENTIAL ZO-ClearPFH-000029

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

Patient: O███, Z██
Records Provider:
ClearPath Family Healthcare

7725 North 43rd Avenue, Suite 720
Phoenix, AZ 85051
623 -207-5465

Records Obtained: 04/30/2020

352754.023.0030 - 352754.023.0041
CONFIDENTIAL ZO-ClearPFH-000030 - CONFIDENTIAL ZO-ClearPFH-000041

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 06/11/2020(NWF0010)
12 pages plus cover sheet

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

# FAMILY MEDICINE & OBSTETRICS

## KEVIN W. CLEARY, D.O.
## JANELLE ROMERO, P.A-C

### HIPPA CONSENT FORM

Please read this form carefully as our office will only speak to the persons you name below in regard to the health, billing or scheduling information we collect about you. Keep in mind that if you check "I elect not to give consent..." We will not speak to anyone, including family members, friends, attorneys, etc.., who call for information. Remember that under the HIPPA Privacy Rule as outlined in our Notice of Privacy Form, we do have the right to disclose medical information to certain individuals to aid in your continuity of care.

Patient's Name: ▓▓▓▓▓▓▓▓▓▓                    Patient's D.O.B: ▓▓▓▓ 13

## HOW ARE WE AUTHORIZED TO CONTACT YOU?
### (CHECK ALL THAT APPLY)

| HOME PHONE | CELL PHONE | WORK PHONE |
|---|---|---|
| (    ) | (623)215-5696 | (    ) |
| ☐ Leave call back number only | ☐ Leave call back number only | ☐ Leave call back number only |
| ☐ Okay to leave detail message | ✓ Okay to leave detail message | ☐ Okay to leave detail message |

☐ I give the following individual (s) my consent to call or act on my behalf. This consent is restricted to the options I have selected. If at anytime I wish to change the individual(s) listed below, I am aware that I __must notify__ the office in writing (i.e. complete a new consent form).

This consent is valid until we are notified by the patient of a change!

Name: ~~Andrew Olson~~ Katie Lawton          Relationship: mother
Phone: (623) 215-5696          Alt phone: _____
\*Please mark only (1) box:\*
☑ All information (billing, appointments, labs/radiology results, medications & treatment information)
☐ Only billing, my appointments
☐ Only labs/radiology results & medications
☐ Other (Please be specific)_____

Name: Andrew Olson          Relationship: Father
Phone: (623) 640-9877          Alt Phone: _____
\*Please mark only (1) box:\*
☑ All information (billing, appointments, labs/radiology results, medications & treatment information)
☐ Only billing, my appointments
☐ Only labs/radiology results & medications
☐ Other (Please be specific)_____

☑ I elect not to give consent for any other individual(s) to call or act on my behalf. Any information pertaining to my treatment, billing, or other information should only be disclosed to me. If at anytime I wish to add individual(s) to call or act on my behalf. I am aware that I __must notify__ the office in writing (i.e. complete a new consent form).

Patient Signature: Katie Dais          Date: 10-4-13

verbal
2/4/14

7725 N. 43ᴿᴰ Ave Ste 211, Phoenix, AZ 85051 ♦ Ph. (623)207-5465 ♦ Fax. (623)207-5405

CONFIDENTIAL ZO-ClearPFH-000030

**Birth to 36 months: Girls**
**Length-for-age and Weight-for-age percentiles**

NAME _____

RECORD # _____



Revised November 28, 2000.
SOURCE: Developed by the National Center for Health Statistics in collaboration with
the National Center for Chronic Disease Prevention and Health Promotion (2000).

CONFIDENTIAL ZO-ClearPFH-000031

# Birth to 36 months: Girls
## Head circumference-for-age and
## Weight-for-length percentiles

NAME

RECORD #



SOURCE: Developed by the National Center for Health Statistics in collaboration with
the National Center for Chronic Disease Prevention and Health Promotion (2000).

CDC

CONFIDENTIAL ZO-ClearPFH-000032

| Date | Last Name | | First Name | | A 86743114 AHCCCS ID # | DOB | Age |
|---|---|---|---|---|---|---|---|
| 4/8/14 | C | | 2 | | | 3 | 6mos |

| Primary Care Provider | PCP ph. # | Health Plan | Accompanied by (name) | Relationship |
|---|---|---|---|---|
| K Chen Do | 6233075465 | M land | Katie | mother |

| NICU: ☐ yes ☐'no | PEDS: ☐ yes ☐'no | PEDS Pathway: | Birth Wt: 7⁴ | Allergies: NKDA | | | Temp: 98 | Pulse: 90 | Resp: |
|---|---|---|---|---|---|---|---|---|---|
| **Risk indicators of hearing loss:** ☐ yes ☐'no | **Medications:** — | | | Wt: 9 14. | % 25 | Length: 25 | % 25 | Head circ: 17½ | % 95 |

**PARENTAL CONCERNS/HISTORY:** No C/o

---

**VERBAL LEAD RISK ASSESSMENT:** ☒ INDICATES GUIDANCE GIVEN: At risk ☐ yes ☐ no　(if yes, a blood lead test is required)

**NUTRITIONAL SCREEN:** ☒ INDICATES GUIDANCE GIVEN: ☐ Adequate intake ☐ Breast fed ☒ Formula: Similac
☐ Rice cereal ☐ Solids ☐ Soda/Juice ☐ Supplements.

**DEVELOPMENTAL SCREEN:** ☒ INDICATES ACCOMPLISHMENTS ☒ "Dada, baba" babbles ☒ Rolls over ☒ Transfers small objects
☐ Vocal imitation ☐ Sits with support ☐ Explores with hands and mouth ☐ Peek-a-boo/patty cake ☐ Other

**AGE APPROPRIATE EDUCATION AND GUIDANCE:** ☒ INDICATES GUIDANCE GIVEN: ☒ Drowning prevention ☐ Emergency 911
☐ Sun safety ☐ Baby proofing ☐ Car seat/rear facing ☐ Introduce board books/mouthing ☐ Introduce cup ☐ Passive smoke
☐ Teething/tooth brushing ☐ Sleep/wake cycle ☐ Parent reads to child ☐ Refrain from jump seat/walker ☐ Begin using high chair
☐ Other

**BEHAVIORAL HEALTH SCREEN::** ☒ INDICATES OBSERVED BY CLINICIAN/PARENT REPORT ☒ Family Adjustment/parent responds positively
to baby ☐ Encourage holding ☐ Self calming ☐ Wary of strangers ☐ Recognizes familiar people ☐ Distinguishes emotions by
tone of voice ☐ Enjoys social play ☐ Other

**COMPREHENSIVE PHYSICAL EXAM:**

| | WNL | Abnormal (see notes below) | | WNL | Abnormal (see notes below) |
|---|---|---|---|---|---|
| Skin/Hair/Nails | | | Lungs | | |
| Eyes/Vision | | | Abdomen | | |
| Ear | | | Genitourinary | | |
| Mouth/Throat/Teeth | | | Extremities | | |
| Nose/Head/Neck | | | Spine | | |
| Heart | ✓ | | Neurological | ✓ | |

**ASSESSMENT/PLAN/FOLLOW UP** Healthy female

---

**LABS ORDERED:** ☒ INDICATES ORDERED ☐

**IMMUNIZATIONS:** ☒ INDICATES ORDERED ☒ Pt. Needs immunization today ☐ Delayed/Deferred ☐ Parent refuses ☐ Other
reason ☒ Hepatitis B ☐ DTaP ☒ Hib ☒ IPV ☒ PCV ☐ Influenza ☐ Rotavirus ☐ Other

**REFERRALS:** ☒ INDICATES REFERRED ☐ CRS ☐ WIC ☐ ALTCS ☐ PT ☐ OT ☐ Audiology ☐ Speech ☐ AzEIP/ DDD
☐ Developmental ☐ Behavioral ☐ Early Head Start ☐ Specialty ☐ Other

| 4-8-14 | | | See Additional Supervisory |
|---|---|---|---|
| Date/Time | Clinician name (print) | Clinician Signature | note ☐ Yes ☒ No |

Revised November 1, 2007

**CONFIDENTIAL ZO-ClearPFH-000033**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2|4|14 | | | A 86213914 | 13 | 4mos |
| **Date** | **Last Name** | | **First Name** | **AHCCCS ID #** | **DOB** | **Age** |

| | | | | | |
|---|---|---|---|---|---|
| K Cleaw   DO | 61327 5465 | M Gwe | Katie | nother |
| **Primary Care Provider** | **PCP ph. #** | **Health Plan** | **Accompanied by (name)** | **Relationship** |

| NICU: ☐ yes ☑no | PEDS: ☐ yes ☑no | PEDS Pathway: — | Birth Wt: 74 | Allergies: NKDA | | Temp: 99 | Pulse: 70 | Resp: 18 |
|---|---|---|---|---|---|---|---|---|
| **Risk Indicators of hearing loss:** ☐ yes ☑no | | **Medications:** | | Wt: 12⁷ | % 65 | Length: 24 | % 90 | Head circ: 16 | % 50 |

**PARENTAL CONCERNS/HISTORY:** none

NUTRITIONAL SCREEN: ☒ INDICATES GUIDANCE GIVEN: ☐ Breast fed ☒ Formula: Similac
☐ Cereal ☐ Plan to introduce solids_____
☐ Soda/Juice ☐ Adequate intake ☐ Supplements:

DEVELOPMENTAL SCREEN: ☒ INDICATES ACCOMPLISHMENTS ☒ Babbles and coos ☐ ☐ Smiles ☒ Begins to roll front to back
☐ Pushes up with arms ☐ Controls head well ☐ Reaches for objects ☐ Interest in mirror images ☐ Pushes down with legs when feet on surface ☐ Looks at you with eyes ☐ Other

AGE APPROPRIATE EDUCATION AND GUIDANCE: ☒ INDICATES GUIDANCE GIVEN: ☒ Car seat/rear facing ☐ Emergency 911 ☐ Bottle prop ☐ Support/who can help? ☐ Infant crying/what to do? ☐ Safe bathing/water temperature ☐ Shaken baby prevention ☐ Establish daily routines/infant regulation ☐ Establish nighttime sleep routine/sleep through night~5 hours ☐ Introduce child temperament/easy/sensitive ☐ Passive smoke ☐ Parent reads to child ☐ Other

BEHAVIORAL HEALTH SCREEN: ☒ INDICATES OBSERVED BY CLINICIAN/PARENT REPORT: ☒ Family Adjustment/Parent responds positively to baby ☐ Length of time infant cries ☐ Infant hands to mouth/self calming ☐ Smiles when hears parents' voice ☐ Encourage holding ☐ Easily distracted/excitement of discovery of outside world ☐ Other

**COMPREHENSIVE PHYSICAL EXAM:**

| | WNL | Abnormal (see notes below) | | WNL | Abnormal (see notes below) |
|---|---|---|---|---|---|
| Skin/Hair/Nails | | | Lungs | | |
| Eyes/Vision | | | Abdomen | | |
| Ear | | | Genitourinary | | |
| Mouth/Throat/Teeth | | | Extremities | | |
| Nose/Head/Neck | | | Spine | | |
| Heart | ✓ | | Neurological | ✓ | |

**ASSESSMENT/PLAN/FOLLOW UP**  healthy female

| ☒ INDICATES ORDERED ☐ | |
|---|---|
| ☒ INDICATES ORDERED ☐ Pt. Needs immunization today | ☐ Delayed/Deferred ☐ Parent refuses ☐ Other |
| reason ☐ Hepatitis B ☐ DTaP ☐ Hib ☐ IPV ☐ PCV ☐ Rotavirus ☐ Other | |
| ☒ INDICATES REFERRED ☐ CRS ☐ WIC ☐ ALTCS ☐ PT ☐ OT ☐ Audiology ☐ Speech ☐ AzEIP/ DDD | |
| ☐ Developmental ☐ Early Head Start ☐ Behavioral ☐ Specialty ☐ Other | |

| 2-4-14 | K/leayN | | See Additional Supervisory note ☐Yes ☐No |
|---|---|---|---|
| **Date/Time** | **Clinician name (print)** | **Clinician Signature** | |

Revised November 1, 2007

CONFIDENTIAL ZO-ClearPFH-000034

**2 Months Old**

**A CCS EPSDT Tracking Form**

| 12/2/13 | C | 2 | ASL743914 | 3 | 2 mos |
|---|---|---|---|---|---|
| Date | Last Name | First Name | AHCCCS ID # | DOB | Age |

| K Clay | X | 623207545 | Mercy Care | Care | wife |
|---|---|---|---|---|---|
| Primary Care Provider | | PCP ph. # | Health Plan | Accompanied by (name) | Relationship |

| NICU: ☐ yes ☑ no | PEDS: ☐ yes ☑ no | PEDS Pathway: | Allergies: NKDA | Temp: 98.7 | Pulse: | Resp: |
|---|---|---|---|---|---|---|
| **Medications:** — | | Birth wt: 4 | Wt: 10 7 | Length: 22 | Head circ: 15 | % |

**Risk indicators of hearing loss:** ☐ yes ☑ no
Hospital Newborn Hearing Screen: ABR  OAE:  Rt. ear pass  refer  Lt. ear pass  refer  Unknown
Second Newborn Hearing Screen (if 2nd needed/completed):  ABR  OAE: Rt. ear  pass  refer  Lt. ear  pass  refer  Unknown

PARENTAL CONCERNS/HISTORY:    No

NUTRITIONAL SCREEN: ☒ INDICATES GUIDANCE GIVEN:   Breast fed  Formula: Similac
Cereal   Adequate intake _ Supplements:

DEVELOPMENTAL SCREEN: ☒ INDICATES ACCOMPLISHMENT:  Some Head Control  Coos, babbles  Makes Eye Contact
Fixes/follows with eyes _ Begins imitation of movement and facial expressions   Tummy Time/ lifts head, neck with forearm
support   Startles at loud noises _ Other

AGE APPROPRIATE EDUCATION AND GUIDANCE: ☒ INDICATES GUIDANCE GIVEN:  Supine sleep  Car seat/rear facing _ Infant
bonding   Bottle prop   Support/who can help? _ Infant crying/what to do   Safe bathing/water temperature   Shaken baby
prevention   Pacifiers   Passive smoke   Emergency/911   Sun safety   Parent reads to child   Other

BEHAVIORAL HEALTH SCREEN: ☒ INDICATES OBSERVED BY CLINICIAN/PARENT REPORT:  Family Adjustment/parent responds positively
to child _ Length of time infant cries _ Infant hands to mouth/self calming   Encourage holding   Social smile   Enjoys
interacting with others _ Other

**COMPREHENSIVE PHYSICAL EXAM:**

| | WNL | Abnormal (see notes below) | | WNL | Abnormal (see notes below) |
|---|---|---|---|---|---|
| Skin/Hair/Nails | ✓ | | Lungs | ✓ | |
| Eyes/Vision | | | Abdomen | | |
| Ear | | | Genitourinary | | |
| Mouth/Throat/Teeth | | | Extremities | | |
| Nose/Head/Neck | | | Spine | | |
| Heart | ✓ | | Neurological | ✓ | |

**ASSESSMENT/PLAN/FOLLOW UP**   Healthy female

| **LABS ORDERED:** | ☒ INDICATES ORDERED   2nd Newborn screening (if needed)   Other |
|---|---|

| **IMMUNIZATIONS:** | ☒ INDICATES ORDERED  Pt. Needs immunization today       Delayed/Deferred   Parent refuses   Other |
|---|---|
| | reason   Hepatitis B   DTaP   Hib   IPV   PCV   Rotavirus   Other |

| **REFERRALS:** | ☒ INDICATES REFERRED   CRS   WIC   ALTCS   PT   OT   Speech   AzEIP/DDD   Developmental |
|---|---|
| | Behavioral   Early Head Start   Specialty   Other |

12-2-13
Date/Time

K Clay
Clinician name (print)

Clinician Signature

See Additional Supervisory
note   Yes ☐ No

Revised November 1, 2007

# Forms supplied by Health Choice Arizona

CONFIDENTIAL ZO-ClearPFH-000035

**1 Month Old**

**AHCCCS EPSDT Tracking Form**

| 1430131 C_____ | | | A86 743914 | 13 | MUS |
|---|---|---|---|---|---|
| **Date** | **Last Name** | **First Name** | **AHCCCS ID #** | **DOB** | **Age** |

| K Cleary N | 6732073165 | Mercy Care | Katie | Mother |
|---|---|---|---|---|
| **Primary Care Provider** | **PCP ph. #** | **Health Plan** | **Accompanied by (name)** | **Relationship** |

| NICU: ☐ yes ☑ no | PEDS: ☐ yes ☑ no | PFDS Pathway: | Allergies: NKDA | Temp: | Pulse: | Resp: |
|---|---|---|---|---|---|---|
| **Medications:** — | | Birth wt: | Wt: 8 3 | % 25 | Length: 21 | Head circ: 14 | % 25 |

Hospital Newborn Hearing Screen: ABR ☐ OAE  Rt. ear ☑ pass ☐ refer  Lt. ear ☐ pass refer ☐ Unknown
Second Newborn Hearing Screen (if 2nd needed/completed): ☐ ABR  OAE Rt. ear ☐ pass ☐ refer  Lt. ear ☐ pass ☐ refer ☐ Unknown

PARENTAL CONCERNS/HISTORY; How are you feeling about the baby?  Do you feel safe in your home?

---

NUTRITIONAL SCREEN ☑ INDICATES GUIDANCE GIVEN: ☐ Breast fed ☑ Formula: Similac Advance
☐ Cereal ☐ Adequate intake ☐ Supplements:

DEVELOPMENTAL SCREEN: ☑ INDICATES ACCOMPLISHMENT: ☐ Responds to sounds ☐ Responds to parent's voice ☐ Follows with eyes ☐ Awake for 1 hour stretches ☐ Beginning Tummy Time Play ☐ Other

AGE APPROPRIATE EDUCATION AND GUIDANCE: ☑ INDICATES GUIDANCE GIVEN: ☑ Supine sleep ☐ Car seat/rear facing ☐ Infant bonding ☐ Bottle prop ☐ Support/who can help? ☐ Infant crying/what to do? ☐ Safe bathing/water temperature ☐ Shaken baby prevention ☐ Passive smoke ☐ Emergency/911 ☐ Sun safety ☐ Other

BEHAVIORAL HEALTH SCREEN: ☑ INDICATES OBSERVED BY CLINICIAN/PARENT REPORT: ☐ Family Adjustment/parent responds positively to child ☐ Length of time infant cries ☐ Infant hands to mouth/self calming ☐ Encourage holding ☐ Other

**COMPREHENSIVE PHYSICAL EXAM:**

| | WNL | Abnormal (see notes below) | | WNL | Abnormal (see notes below) |
|---|---|---|---|---|---|
| Skin/Hair/Nails | | | Lungs | | |
| Eyes/Vision | | | Abdomen | | |
| Ear | | | Genitourinary | | |
| Mouth/Throat/Teeth | | | Extremities | | |
| Nose/Head/Neck | | | Spine | √ | |
| Heart | √ | | Neurological | √ | |

**ASSESSMENT/PLAN/FOLLOW UP**  healthy femal

---

| **LABS ORDERED:** | ☑ INDICATES ORDERED ☐ 2nd Newborn screening (5 – 10 days of age or first PCP visit) ☐ Other |
|---|---|

| **IMMUNIZATIONS:** | ☑ INDICATES ORDERED ☐ 1st Hepatitis B vaccine date: 9-30-17  ☐ Pt. Needs immunization today  ☐ Shot record initiated ☐ 2nd Hepatitis B vaccine date: 10 32-17  ☐ Delayed/Deferred ☐ Parent refuses ☐ Other reason |

| **REFERRALS:** | ☑ INDICATES REFERRED ☐ CRS ☐ WIC ☐ ALTCS ☐ PT ☐ OT ☐ Speech ☐ AzEIP/DDD ☐ Developmental ☐ Behavioral ☐ Early Head Start ☐ Specialty ☐ 2nd Newborn hearing screen (if needed) ☐ Other |

| 1030-17 | K Cleary | | See Additional Supervisory note ☐ Yes ☑ No |
|---|---|---|---|
| **Date/Time** | **Clinician name (print)** | **Clinician Signature** | |

Revised November 1, 2007

CONFIDENTIAL ZO-ClearPFH-000036

**2 through 4 Days Old**

**AHCCCS EPSDT Tracking Form**

| Date | Last Name | First | AHCCCS ID # | DOB | Age |
|---|---|---|---|---|---|
| 04/13 | | | A207437N | 131 | 4 days |

| Primary Care Provider | PCP ph. # | Health Plan | Accompanied by (name) | Relationship |
|---|---|---|---|---|
| Kevin W. Clancey | D.O. | Mercy | Katie | mother |

| NICU: ☐ yes ☑ no | PEDS: ☐ yes ☑ no | PEDS Pathway: | Allergies: NKDA | Temp: | Pulse: | Resp: |
|---|---|---|---|---|---|---|
| **Medications:** — | | | Birth wt: 4 | Wt: 5 | Length: | Head circ: 13 |

Hospital Newborn Hearing Screen: ☐ ABR ☐ OAE   Rt. ear ☐ pass ☐ refer   Lt. ear ☐ pass ☐ refer   ☐ Unknown
Second Newborn Hearing Screen (if 2nd needed/completed): ☐ ABR ☐ OAE: Rt. ear ☐ pass ☐ refer   Lt. ear ☐ pass ☐ refer   ☐ Unknown

**PARENTAL CONCERNS/HISTORY:** How are you feeling about baby? Do you feel safe in your home?
n/c

**NUTRITIONAL SCREEN:** ☑ INDICATES GUIDANCE GIVEN: ☐ Breast feeding ☐ Formula: Similac
☐ Adequate intake   ☐ Supplements:
**DEVELOPMENTAL SCREEN:** ☑ INDICATES ACCOMPLISHMENT: ☐ Rooting reflex ☐ Startle ☐ Suck & swallow ☐ Other

**AGE APPROPRIATE EDUCATION AND GUIDANCE:** ☑ INDICATES GUIDANCE GIVEN: ☐ Supine sleep ☐ Car seat/rear facing ☐ Infant bonding ☐ Bottle prop ☐ Passive smoke ☐ Support/who can help? ☐ Infant crying/what to do? ☐ Safe bathing/water temperature ☐ Shaken baby prevention ☐ Guns ☐ Other

**BEHAVIORAL HEALTH SCREEN:** ☑ INDICATES OBSERVED BY CLINICIAN/PARENT REPORT: ☐ Family Adjustment/parent responds positively to child ☐ Length of time infant cries ☐ Encourage holding ☐ Infant hands to mouth/self calming ☐ Other

**COMPREHENSIVE PHYSICAL EXAM:**

| | WNL | Abnormal (see notes below) | | WNL | Abnormal (see notes below) |
|---|---|---|---|---|---|
| Skin/Hair/Nails | ✓ | | Lungs | | |
| Eyes/Vision | ✓ | | Abdomen | | |
| Ear | ✓ | | Genitourinary | | |
| Mouth/Throat/Teeth | ✓ | | Extremities | | |
| Nose/Head/Neck | ✓ | | Spine | | |
| Heart | ✓ | | Neurological | ✓ | |

**ASSESSMENT/PLAN/FOLLOW UP** healthy female

| **LABS ORDERED:** | ☑ INDICATES ORDERED ☐ 2nd Newborn screening (5 – 10 days of age or first PCP visit) ☐ Other |
|---|---|
| **IMMUNIZATIONS:** | ☑ INDICATES ORDERED ☐ 1st Hepatitis B vaccine date: 9-3-09  ☐ Pt. Needs immunization today |
| | ☐ Shot record initiated ☐ Delayed/Deferred ☐ Parent refuses ☐ Other reason |
| **REFERRALS:** | ☑ INDICATES REFERRED ☐ CRS ☐ WIC ☐ ALTCS ☐ PT ☐ OT ☐ Speech ☐ AzEIP/ DDD ☐ Developmental |
| | ☐ Behavioral ☐ Specialty ☐ Early Head Start ☐ 2nd Newborn hearing screening (if needed) ☐ Other |

10-4-13   K (Cerf)

| Date/Time | Clinician name (print) | Clinician Signature | See Additional Supervisory note  ☐ Yes ☑ No |
|---|---|---|---|

Revised November 1, 2007



# GOLDBERG & OSBORNE LLP.

The Injury Lawyers.
(520) 620-3975

Certified In Personal
Injury and Wrongful
Death Litigation by the
Arizona Board of
Legal Specialization:
John E. Osborne
W. Daniel Shelton
Allen D. Bucknell
Bruce M. Squire

October 11, 2019                                        Via Facsimile (623) 207-5405

FAXED
OCT 15 2019

Dr. Kevin Cleary
ClearPath Family Healthcare
7725 N. 43rd Avenue, Ste. 720
Phoenix, AZ 85051

Re:    Our Client:                 Kathleen Courkamp (f/n/a Kathleen Lawton)
       Your Patient (Decedent):    Z▮  E▮▮▮  C▮
       Date of Birth:              ▮▮▮2013
       Date of Loss:               06/19/2014

Dear Dr. Cleary:

We represent Kathleen Courkamp in regard to the incident referenced above. We understand
that you provided medical services to Z▮ E▮▮▮ C▮

This is to request that you send us a copy of Z▮ E▮▮▮ C▮ s **complete medical
records** and **complete itemized billing statement**.

We know there may be a charge for copying the requested information for us. Please send us
your bill with the records, and we will reimburse your costs right away. If a pre-payment is
required, please call me at 520-620-3989.

Enclosed is a medical authorization to permit you to release this information. Also enclosed is a
"Custodian of Records" form. Please fill in the form completely and have an authorized
representative sign it.

If there are any questions or a problem arises, please call me at the number noted above.

Thank you in advance for your attention to this request.

Sincerely,

**GOLDBERG & OSBORNE LLP**

Karen M. Giacoletti
Litigation Assistant

:kmg

Enclosure

**698 E Wetmore Rd Ste 200, Tucson, AZ 85705**
**FAX (520) 620-3991**

**CONFIDENTIAL ZO-ClearPFH-000038**

**ClearPath Family Healthcare**

# INVOICE

7725 North 43rd Ave Ste 720
Phoenix, AZ 85051
623-207-5465
Info@cpfhc.com

Invoice date: _10/14/19_

TO: _Craddberg & Osborne LLP_

FAXED Invoice
OCT 14 2019

We have received your request for medical records. Please note that payment must be received prior to the release of any medical records.  Please call our office today to make a payment over the phone.

Patient Name: _____ E. ___
DOB: _____ 13
Amount Due: _$ 25,00_

P A I D
10/14/19

## Make all checks payable to ClearPath Family Healthcare
## Payment is due in advance.

**TAX ID# 860895774**

**Credit Card Info**

Visa  ⋉          **Mastercard**              check #_____

Credit Card # ____ _3400_

Expiration Date: ___ _10/21_

CVC Code: _____

*CVC code is located on the back of the credit card. This is a 3-digit code.

Auth Code #
034137

Authorized Charge Amount: _$ 25.00_

Authorized by: _____

If you have any questions concerning this invoice, please call 623-207-5465
*Thank you for your Business!*

**CONFIDENTIAL ZO-ClearPFH-000039**

Karen Giacoletti 5206203991                    (04/04) 10/11/2019 12:02:37 PM

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS
### HIPAA COMPLIANT PURSUANT TO 45 C.F.R. § 164.508

                          Dr. Kevin Cleary
1. I authorize _____        to disclose Protected
Health Information ("PHI") from the health records of:

    Patient Name:              Z████ ████ B████
    Date of Birth:             ████ 2013
    Address:
    Phone Number:
    Social Security No.:             xxx-xx-2354
    Patient medical record number (if known): _____

The type and amount of information to be used or disclosed is as follows:

    ☐ Complete Health Records          ☐ History & Physical Examinations

    ☐ Progress Notes                   ☐ Laboratory Tests

    ☐ Consultation Reports             ☒ X-Ray Films/Images & Reports

    ☒ Photographs, Videos, Digital & ☒ Billing Records
      Other Images

    ☒ Other (please specify) _Itemized billing statement and complete medical records_

2.  I understand that the information in my health record may include information relating to
    sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
    immunodeficiency virus (HIV). It may also include information about behavioral or mental
    health services, and treatment for alcohol and drug abuse. I authorize disclosure of this
    information.

3.  This information may be disclosed and used by: GOLDBERG & OSBORNE, LLP, 698 E. Wetmore
    Road, Suite 200, Tucson, AZ 85705, phone number (520) 620-3975, fax number (520) 620-3991,
    for the purpose of my personal injury claims.

4.      I understand I have the right to revoke this authorization at any time. I understand if I
    revoke this authorization I must do so in writing and present my written revocation to the
    above medical provider. I understand the revocation will not apply to information that has
    already been released in response to this authorization.   This authorization shall be
    considered invalid after six months (or sixty days with respect to drug and alcohol abuse
    records) from the date of the signature below, unless a different date is specified: _____

5.  I understand that authorizing the disclosure of this health information is voluntary. I can
    refuse to sign this authorization. I need not sign the form in order to assure treatment. I
    understand any disclosure of information carries with it the potential for an unauthorized re-
    disclosure and the information may not be protected by federal confidentiality rules.

_(signature)_                                              10/11/2019
Signature of Patient                                      Date

X_____
If signed by Legal Representative, Relationship to Patient

If the patient is unable to consent by reason of age or other factors, state reasons and attach
documentation: _____

CONFIDENTIAL ZO-ClearPFH-000041