# EXHIBIT 24



# Deposition of **Kathleen Courkamp**

Date: October 21, 2020

Case: Courkamp, Kathleen vs. Fisher-Price, Inc.

BARTELT | NIX REPORTING
602.254.4111
Office@BarteltReporting.com

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 3 of 94

Deposition of Kathleen Courkamp                                    Page: 1 (1 - 4)
10/21/2020                                Courkamp, Kathleen vs. Fisher-Price, Inc.

**Page 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kathleen Courkamp, for        )  No. 2:19-CV-02689-GMS
herself and on behalf of      )
other statutory              )
beneficiaries,               )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
Fisher-Price, Inc., a        )
foreign corporation; Mattel, )
Inc., a foreign corporation, )
                             )
            Defendants.      )
_____)

VIDEOTAPED DEPOSITION OF KATHLEEN COURKAMP

Tucson, Arizona
October 21, 2020
9:29 a.m.

BARTELT|NIX REPORTING, LLC
RRF No. 1028
3101 N. Central Ave., Suite 290
Phoenix, Arizona 85012
Prepared by:                  Phone:  (602) 254-4111
JEFFREY W. BARTELT, CR, RPR
Certificate No. 50363          office@barteltreporting.com

I N D E X

WITNESS:

KATHLEEN COURKAMP                              PAGE

    Examination by Ms. Cohen...................7

    Examination by Mr. Schriner................183

E X H I B I T S

NO.                 DESCRIPTION                 PAGE

1    Plaintiff Kathleen Courkamp's Responses To
     Defendants' First Set Of Interrogatories
     To Plaintiff.................................25

2    Plaintiff Kathleen Courkamp's Responses To
     Defendants' First Set Of Request For
     Production Of Documents To Plaintiff........25

3    Certification Of Vital Record
     COU_00035...................................44

4    Journal
     COU_002096 - 002105.........................89

5    Photographs
     COU_001071 - 001194.........................93

6    Instagram posts
     COU_001211 - 001260.........................96

7    Photographs
     COU_001683 - 001714.........................97

8    Photographs
     COU_005563 - 005623.........................98

9    Photograph
     COU_005582..................................100

**Page 3**

E X H I B I T S

(Continued)

NO.                 DESCRIPTION                 PAGE

10   Confidential - Medical Records
     COU_002333 - 002362.........................107

11   ACOG Antepartum Record
     COU_001024 - 001070.........................109

12   Certificate of Medical Records
     CONFIDENTIAL ZO-PBH-MD-000001 - 113.........111

13   Medical records
     CONFIDENTIAL ZO-ClearPHF-000043 - 42........117

14   Affidavit For Provider Release of Information
     CONFIDENTIAL ZO-BTMC-MD-000001 - 60.........123

15   Photographs
     COU_007085 - 007295.........................127

16   Photographs
     COU_007089 - 7140...........................132

17   Tempe Police Report: 2014-79230
     CONFIDENTIAL ZO-TempePD-000001 - 85.........137

18   Photograph
     CONFIDENTIAL ZO-TempePD-000153..............153

19   Affidavit of Custodian of Records
     CONFIDENTIAL ZO-MCOME-000001 - 109..........158

20   Photograph
     CONFIDENTIAL ZO-TempePD-000110, 205, 212,
     218, 258, 260...............................176

**Page 4**

DEPOSITION OF KATHLEEN COURKAMP

commenced at 9:29 a.m. on October 21, 2020, at the

WESTIN LA PALOMA RESORT & SPA, UDALL EXECUTIVE

BOARDROOM, 3800 East Sunrise Drive, Tucson, Arizona,

before JEFFREY W. BARTELT, a Certified Reporter, CR

No. 50363, for the State of Arizona.

* * *

A P P E A R A N C E S

For the Plaintiff:

GOLDBERG & OSBORNE, LLP
By:   Kristin J. Schriner, Esq.
      698 East Wetmore Road, Suite 200
      Tucson, Arizona 85705
      kschriner@goldbergandosborne.com

For the Defendants:

(Via Zoom videoconference)
GREENBERG TRAURIG, LLP
By:   Lori G. Cohen, Esq.
      3333 Piedmont Road NE, Suite 2500
      Atlanta, Georgia 30305
      cohenl@gtlaw.com

For the Defendants:

GREENBERG TRAURIG, LLP
By:   Aaron T. Lloyd, Esq.
      2375 East Camelback Road, Suite 700
      Phoenix, Arizona 85016
      lloyda@gtlaw.com

Also present:

      Jay Church, Videographer
      Rachel Hymel

Deposition of Kathleen Courkamp
10/21/2020

Page: 2 (5 - 8)
Courkamp, Kathleen vs. Fisher-Price, Inc.

---

**Page 5**

                              Tucson, Arizona
                              October 21, 2020
                              9:29 a.m.


                    *  *  *


        THE VIDEOGRAPHER:  Good morning.  We are
going on the record at 9:29 a.m. on Wednesday,
October 21st, 2020.

        Please silence phones and other devices that
are not being used for this deposition as they can
interfere with the recorded audio.  The deposition
will continue to be recorded unless all parties
agree to go off the record.

        This is media unit number one of the
videorecorded deposition of Kathleen Courkamp taken
by counsel for the defendant in the matter of
Kathleen Courkamp vs. Fisher-Price, Inc.  This is
filed in the U.S. District Court for the District of
Arizona, Case No. 2:19-cv-02689-GMS.

        This deposition is being held remotely.

        My name is Jay Church from the firm of
Veritext.  I'm your videographer today.

        The court reporter is Jeff Bartelt.

        I'm not authorized to administer an oath.  I
am not related to any party in the action, nor am I

---

**Page 6**

financially interested in the outcome.

        Can we have counsel and all present on the
virtual meeting please state your appearance and
affiliation for the record.  If there are any
objections to proceeding, please state them at the
time of your appearance, beginning with the noticing
attorney, and then we will have the court reporter
swear in the witness.

        MS. COHEN:  Good morning.  This is Lori
Cohen with the law firm of Greenberg Traurig and I'm
on behalf of the defendants Mattel and Fisher-Price.

        MR. LLOYD:  Good morning.  This is Aaron
Lloyd also with Greenberg Traurig on behalf of
defendants Mattel and Fischer-Price.

        MS. SCHRINER:  Kristin Schriner on behalf of
Kathleen Courkamp and statutory beneficiary Andrew
Olson.


             KATHLEEN COURKAMP,
called as a witness herein, having been duly sworn,
was examined and testified as follows:


                  *  *  *

---

**Page 7**

                  EXAMINATION
BY MS. COHEN:

    Q.  Good morning, Ms. Courkamp.  This is Lori
Cohen, again, and we did introduce ourselves off the
record.  As you know, I'm here in Atlanta taking
your deposition with you there in Arizona, so
hopefully we won't have any technology glitches.
And you were very kind to say that I can call you
Katie, but I might, it's of respect, in the process
to call you Ms. Courkamp or Katie.  And you can feel
free to call me Lori, as well, which is fine with
me.

        And, again, we met off the record.  I know
this is going to be a challenging, tough day for
you, and I want to do whatever I can to take you --
again, I know it's not going to be comfortable, but
as comfortable as possible, so, again, if you need
to take breaks or you get tired or you get emotional
or anything at all, you can raise -- you can shout
out, hey, Lori, let's take a break or raise your
hand, whatever you need.  I don't want to put you
through a marathon here.  We can take breaks as
frequently as you like.  And, also, is this your
first deposition?

    A.  Yes.

---

**Page 8**

    Q.  Okay.  I figured as much.  So depositions
are -- you know, they are like conversations, but,
you know, especially with a virtual thing going on
now it can be a little tough to, you know, make sure
we don't talk over each other, so I want to think
that I will just ask to wait for me to ask a
question and then I'm sure your attorney, your
counsel, has told you this, as well, and then, you
know, give a little bit of a pause.  It gives her a
chance to object if she needs to, and then we can at
least get the court reporter to take it down.

        And if I ask a question which doesn't make
sense or you don't understand it or it's muffled or
is it something that you think is wrong with it,
please just let me know and I will be happy to reask
it for you.  Okay?

    A.  Okay.

    Q.  And then, likewise, if you want to see
something, if I'm -- if I'm -- I'm going to try to
get you and put in front of you documents.  You
know, if I go -- if I pull up something and then I
have Mr. Lloyd there happily in person with you so
he can hand you things, you know, live and then hard
copy, too, just to make it easier on you, but if
there is something you need, let us know because,

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 5 of 94

Deposition of Kathleen Courkamp                                    Page: 3 (9 - 12)
10/21/2020                                  Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 9

1  again, you know, I just want to ask questions, but I
2  want to make sure that you understand what I'm
3  asking and that you feel like it's a fair process.
4  Okay?
5      A.  Okay.
6      Q.  And then, as a reminder, and I will do this
7  every now and then, remember to answer verbally.
8  And you're doing a great job so far, but it can be a
9  little -- it can be a little bit unusual.  Sorry,
10 guys.  All right.  Sorry.  I thought I turned
11 everything off.  My apologies.
12         So, to start with, can you just state your
13 full name for the record, what you go -- I know
14 you've had several names, so can you just tell us
15 what your current full name is.
16     A.  Kathleen Courkamp.
17     Q.  Okay.  And I understand you go by Katie; is
18 that right?
19     A.  Yes.  That's correct.
20     Q.  Is -- and you were born Lawton as your
21 maiden name; is that right?
22     A.  Yes.
23     Q.  Okay.  When did you become a Courkamp?
24     A.  September of 2018.
25     Q.  2018?

Page 10

1      A.  Yes.
2      Q.  Okay.  And who is Mr. Courkamp?  What is his
3  first name?
4      A.  L██████.
5      Q.  Okay.  And it looks like you named your son
6  after him?
7      A.  Yeah.
8      Q.  So you and Mr. L█████ Courkamp were married
9  September 2018, so about two years ago?
10     A.  Yes.
11     Q.  And have you been married any other times
12 other than your current marriage to Mr. Courkamp?
13     A.  Yes, I have.
14     Q.  And how many times have you been married?
15     A.  Just two.
16     Q.  Two.  And who was your other marriage to?
17     A.  Timothy Sersig.
18     Q.  And that's S-E-R-S-I-G?
19     A.  Yes.
20     Q.  When did you and Mr. Sersig get married?
21     A.  January of 2000 and -- oh, gosh, '16.
22     Q.  I take it you and Mr. Sersig were at some
23 point divorced?
24     A.  Yes.  Correct.
25     Q.  And roughly -- I don't know if you have an

Page 11

1  exact date, but roughly when did you two divorce?
2      A.  May 10th, 2017.
3      Q.  You and Mr. Olson, who we will talk about
4  from time to time in the deposition, I take it you
5  two were never married?
6      A.  Correct.  We were never married.
7      Q.  And you've had to date, just to wrap up this
8  section, just once divorce from Mr. Sersig; is that
9  right?
10     A.  Yes.  That's correct.
11     Q.  Just tell me, if you wouldn't mind,
12 Mr. Sersig when you -- you got married, as you said,
13 in 2016 and divorced in 2017.  Was that in
14 Colorado?
15     A.  Yes.
16     Q.  And what town or county in Colorado?
17     A.  Colorado Springs, so county is El Paso.
18     Q.  And your marriage to Mr. Courkamp, was that
19 also in Colorado?
20     A.  No.  That was Sedona, Arizona.
21     Q.  Where do you currently live?
22     A.  Colorado Springs, Colorado.
23     Q.  You came back and had your wedding to
24 Mr. Courkamp in Sedona?
25     A.  I moved back to Arizona when I was divorcing

Page 12

1  my ex-husband, and my current husband now got a good
2  job in Colorado Springs, so we moved back.
3      Q.  Okay.  Got it.  And then I understand that
4  you, again, while we are talking about your family
5  relationship that you have two sons now?
6      A.  Correct.  Yes.
7      Q.  And I'm sure they bring you a lot of joy, so
8  congratulations on that.
9      A.  Thank you.
10     Q.  And it looks like -- let's see.  One of them
11 is three.  Is that D████ James Sersig is three; is
12 that right, or two and a half?
13     A.  He's three and a half.
14     Q.  Three.  Three and a half.  And then L███████
15 William Courkamp is two and a half?
16     A.  Yes.
17     Q.  So you must be busy with those two?
18     A.  I am.
19     Q.  I'm sure.  And I'm sure they are adorable,
20 so congratulations again.
21         And I just want to say this.  Again, I said
22 this sort of off the record, but just, again, if
23 things get too emotional, you just let me know and
24 we will stop and go off the record as we go.  And if
25 I didn't say this already, I do want to just extend

Page 13

1  my sympathy for the loss of Zo    which I know we
2  are going to talk about today.  I'm happy to hear
3  that you have, obviously, two sons, but I know
4  nothing can replace that part of your life and that
5  child, so I just want to express my sympathy on
6  behalf of myself and also our client before I sort
7  of get into the details.
8        So what is your current address?
9     A.  4230 Sanders View in Colorado Springs.
10    Q.  Colorado Springs.  What county is that?
11    A.  El Paso County.
12    Q.  So for today's deposition I think you
13 probably know that Mr. Olson is -- maybe you know
14 this, is being deposed tomorrow probably in the same
15 room.  Do you and he have any relationship or
16 contact now?
17    A.  Yeah.  We are friends.
18    Q.  Okay.  So you've maintained your friendship
19 since you separated?
20    A.  Yes.
21    Q.  What do you consider to be the sort of --
22 like I know you weren't officially married, but
23 obviously you have -- well, how long do you consider
24 your relationship with him to have been?
25    A.  Maybe two years.

Page 14

1     Q.  When did you first start dating?
2     A.  2012.
3     Q.  And then you stopped dating after -- I know
4  there was actually at least discussion in some of
5  the records that we have about you being separated
6  and trying to work things out around the spring of
7  2014 when, obviously, the incident we are going to
8  talk about with your child.  Were you separated at
9  that point and didn't get back together after that?
10 How did that go?
11    A.  We separated and then we got back together
12 to work things out.
13    Q.  And they when did you kind of separate for
14 good, if you will?
15    A.  A little bit after Z   passed away.
16    Q.  Are you still in touch with Mr. Olson's
17 family, his -- I know his parents -- I guess David
18 and Sarah and his brother Daniel.  Are you still in
19 touch with the three of them, for example?
20    A.  No.
21    Q.  And have you and Mr. Olson spoken?  And,
22 again, I'm not going to ask for anything, but I'm
23 sure Ms. Schriner has told you that I'm not allowed
24 and I wouldn't to try to ask you anything about
25 communications with her.  That would be called the

Page 15

1  attorney/client privilege, so just know that I'm
2  never asking for you to reveal anything about what
3  you two talked about or if you two had a meeting or
4  anything like that, but have you had any
5  communications or meetings or calls with Mr. Olson
6  to talk about the deposition?
7     A.  No.
8     Q.  To prepare for today -- and thank you for
9  telling us that this is your first deposition, which
10 I would have assumed.  Did you do anything to
11 prepare for today other than, again, meeting with
12 your attorney?
13    A.  Yeah.  I met with my attorney and then I
14 just went over some documents, like the police
15 report.
16    Q.  Okay.  So the police report you would have
17 looked at, and we will talk a little bit about that
18 later.  How about the medical examiner and
19 investigator files; did you look at that, or not
20 really?
21    A.  No, not really.
22    Q.  Can you think of anything else that you
23 looked at, like we have here on the table medical
24 records and things like that.  Is that something
25 that you reviewed?

Page 16

1     A.  No.
2     Q.  So mainly the police file, it sounds like?
3     A.  Yeah.
4     Q.  And there were -- like you're being deposed
5  today.  Ms. Schriner and I have taken depositions of
6  some of the police detectives, the medical examiner,
7  things like that, and have you had a chance to look
8  at those depositions at all?
9     A.  No, I have not.
10    Q.  Dr. Cleary, I understand, was one of -- was
11 your doctor for a while and also Baby Zoey's doctor
12 as well as sort of family medicine and pediatrician;
13 is that right?
14    A.  Yes.
15    Q.  Have you talked to Mr. Cleary at all about
16 kind of the tragic death of Baby Z   or any of the
17 issues?
18    A.  No, I have not.
19    Q.  And I guess I could ask even a broader
20 question.  Have you talked to any doctors yourself,
21 and obviously your attorney will be doing their own
22 work, but have you had any conversations with any
23 doctors about what happened to the baby?
24    A.  No, I have not.  No.
25    Q.  You sort of left that in other people's

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 7 of 94

Deposition of Kathleen Courkamp                                          Page: 5 (17 - 20)
10/21/2020                                           Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 17

1  hands, it sounds like?
2      A.  Yeah.
3      Q.  And I know you had interviews back on -- you
4  know, with the police in June, you know, around that
5  day and maybe the day after.  Did you have any
6  discussions with the Medical Examiner's Office or
7  the investigators there that you can recall?
8      A.  Can you reask that?
9      Q.  Yes.
10     A.  Sorry.
11     Q.  I'm sorry.  So I know that you've met -- you
12 met back in June of 2014 with some of the police and
13 had some interviews with them.  It looks like you
14 also had at least interviewed with people from the
15 Medical Examiner's Office, as well.  Do you recall
16 that?
17     A.  Honestly, I don't remember.
18     Q.  I'm sure it was kind of a blur those days --
19     A.  Yeah.
20     Q.  -- who you were meeting with.  Since that
21 time, have you talked to anybody from the police
22 department there or from the Medical Examiner's
23 Office about any of the issues?
24     A.  No, I haven't.
25     Q.  And, again, putting aside, you know,

Page 18

1  obviously your attorney who filed the lawsuit
2  against my client Mattel and Fisher-Price, is there
3  anybody that you've talked to who has, you know,
4  given you an opinion or criticism of Mattel or
5  Fisher-Price about the Rock 'n Play seat which is
6  the subject of the lawsuit; in other words, have you
7  talked to anybody else who has given any opinions,
8  good or bad, about the Rock 'n Play seat?
9      A.  No, I have not.
10     Q.  So sitting here today, nobody has criticized
11 the Rock 'n Play seat or Mattel or Fisher-Price to
12 you personally; is that fair?
13         MS. SCHRINER:  Form.
14         THE WITNESS:  Yes.  Correct.  Yeah, no.
15 BY MS. COHEN:  Okay.  And is my volume good?
16 Are you able to hear me okay?
17     A.  Yeah.
18     Q.  Good.  Very good.
19         It looks like your date of birth was ▊▊▊▊
20 ▊▊, 1993, which makes you 27 today?
21     A.  Yes.
22     Q.  And in terms of your own medical care today
23 and the birth of your two sons, was that all in
24 Colorado?
25     A.  One was born in Colorado and one was born in

Page 19

1  Arizona.
2      Q.  Which one was born in Colorado?
3      A.  ▊▊▊▊.
4      Q.  And what hospital was he born at?
5      A.  Evans on Fort Carson Army Base.
6      Q.  Mr. Sersig, I guess, is a military --
7      A.  Yes.
8      Q.  -- person.  Okay.  Got it.  Is he still in
9  the military today?
10     A.  No, he's not.
11     Q.  Does he live in Colorado?
12     A.  Yes, he does.
13     Q.  And then your other son, L▊▊▊, was born in
14 Arizona?
15     A.  Yes.
16     Q.  And was that in Sedona or elsewhere?
17     A.  No.  It was in Phoenix.  St. Joseph's
18 Hospital.
19     Q.  Okay.  And I think you said this in what we
20 call -- when I say the phrase discovery responses, I
21 know you signed off on some interrog -- what's
22 called interrogatories responses which I will show
23 you a little bit later, but it sounds like you have
24 at least said in those that neither of your sons had
25 any issues with labor and delivery or birth; is that

Page 20

1  correct?
2      A.  Yes.  That's correct.
3      Q.  They were born healthy without any
4  problems?
5      A.  Yeah.  That's correct.
6      Q.  And did either of them have any breathing or
7  asthma or respiratory problems, you know, at birth
8  or after birth?
9      A.  My youngest one after he turned one and a
10 half, they -- he showed signs of asthma because his
11 dad has asthma, but they can't diagnose it until
12 he's over five, so --
13     Q.  Okay.  So that is L▊▊▊.  Am I saying his
14 name right, L▊▊▊?
15     A.  Yeah, L▊▊▊.
16     Q.  So he has some -- I guess some potential
17 asthma or respiratory issues, but not something that
18 was -- that happened at birth, it sounds like; is
19 that right?
20     A.  Yes.  That's correct.  He was one and a
21 half.
22     Q.  Is he on medications or anything like that
23 for that?
24     A.  No, he's not.
25     Q.  Was he -- were either of your sons born

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 8 of 94

Deposition of Kathleen Courkamp
10/21/2020
Page: 6 (21 - 24)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 21

1  prematurely or were they on time or late?
2      A.  They were all on time.
3      Q.  And what about Declan; has he had any
4  breathing or respiratory issues?
5      A.  No, he does not.
6      Q.  In terms of where you live now in Colorado
7  Springs -- and thank you for giving me the address.
8  So do you live there with your husband,
9  Mr. Courkamp, as well as your two sons --
10     A.  Yes, I do.
11     Q.  -- at that address.  Anybody else live there
12 with you?
13     A.  No.
14     Q.  And how long have you lived there?
15     A.  We moved there in April of 2020.
16     Q.  Okay.  In terms of your own, I guess,
17 medical since 2014, since the time of the incident
18 that we are talking about today, in terms of your
19 own medical issues, have you seen any specialist or
20 doctors, anything other than just normal kind of
21 routine family medicine, GYN issues?
22     A.  I mean, I have done some group therapy and
23 then I did one-on-one counseling one time.
24     Q.  Okay.  And was that -- do you know what year
25 that was?

Page 22

1      A.  The one-on-one was, I think, in 2015, and
2  then the group was just randomly here and there
3  between now -- between 2014 and now.
4      Q.  And so did -- when you did either the group
5  or the one-on-one, well, were those in Arizona or
6  Colorado or both?
7      A.  Arizona.
8      Q.  Have you done any kind of therapy or
9  counseling in Colorado, or has it just been
10 Arizona?
11     A.  When I was married to my ex I did some on
12 base in Colorado.
13     Q.  Did you seek any mental health therapy,
14 counseling or anything like that prior to the death
15 of Baby Z     for any reason -- you know, prior to
16 June of 2014, did you have any reason to have any
17 kind of therapy or counseling for any reason?
18     A.  No, I did not.
19     Q.  I saw something in your medical records
20 about potential depression and I may have -- you
21 know, I can pull it out if I need to.  Prior to
22 2014.  Do you recall anything like that?
23     A.  Yes.  When I was a teenager.
24     Q.  Okay.
25     A.  Under the age of 18, yeah.

Page 23

1      Q.  Okay.  So at some point when you were under
2  18 you had some depression?
3      A.  Uh-huh.
4      Q.  That's what's referenced in the medical
5  records?
6      A.  Yes.
7      Q.  And did you seek any counseling or therapy
8  or medical treatment for that?
9      A.  No, I did not.
10     Q.  How long did that go on for?  Do you have a
11 sense of was it, you know, when -- I know you said
12 teenager, under 18, how many years it had been going
13 on?
14     A.  I think it was like one year.  It was
15 related to a really bad relationship, so --
16     Q.  You don't remember what year that was
17 specifically, or do you?
18     A.  No, I do not.
19     Q.  And you became -- if my date is right, you
20 started dating Mr. Olson, Mr. Andrew Olson, when you
21 were 18, or was it a little bit later than that?
22     A.  When I was 18.
23     Q.  You started dating him at 18 and then you
24 became pregnant with Baby Z     at 19; is that
25 right?

Page 24

1      A.  I -- oh, wait.  Sorry.  No, I was 19 when I
2  was dating him because I was one week from turning
3  20 when I gave birth to Z
4      Q.  So, again, it looks like, just looking at my
5  notes here, that you started dating Mr. Olson, you
6  said, when you were 19 or 18?
7      A.  19.  Sorry.
8      Q.  Okay.  And then it was January of 2013, so
9  you were 19 when you became pregnant with Baby Z
10 is that correct?
11     A.  Yes.
12     Q.  And then you gave birth, obviously,
13 September 30th, 2013, when you were also 19?
14     A.  Yes.
15     Q.  And then she died, unfortunately, when you
16 were -- you were 20 at that point; is that correct,
17 date-wise?
18     A.  Yes.
19     Q.  And then the prior depression that was
20 related to a bad relationship, I take it that was
21 not Mr. Olson or any of your husbands?
22     A.  Correct.  It was not.
23     Q.  Somebody totally different in the past?
24     A.  Yes.
25          MS. COHEN:  We have your discovery responses

## Page 25

1  and we can -- we probably can mark those just so we
2  have them marked as Exhibit 1, just so I keep asking
3  certain questions from there.
4          We can mark the Responses To Interrogatories
5  as 1 and the Responses to the Request as 2.
6          (Deposition Exhibit Nos. 1 and 2 were
7          marked for identification.)
8          MS. COHEN:  Off the record a minute.
9          THE VIDEOGRAPHER:  We are going off the
10 record at 9:54 a.m.
11         (WHEREUPON, a short break was taken from
12         9:54 a.m. to 9:55 a.m.)
13         THE VIDEOGRAPHER:  We are back on the record
14 at 9:55 a.m.
15    Q.  BY MS. COHEN:  Okay.  Great.  So short
16 little technology break there.  We are back and then
17 we went ahead and marked the plaintiff, Kathleen
18 Courkamp's Responses to Interrogatories as Exhibit
19 1, and then the Responses to Request for Production
20 Documents as 2, and then you have it in front of
21 you.  So I will ask you some questions about that
22 kind of along the way, but a general question to
23 start with, do you remember looking these over and
24 reviewing them?
25    A.  Yes, I do.

## Page 26

1     Q.  Okay.  And then do you -- also, let's flip
2  on the first exhibit which is the one that says
3  interrogatories, and these is like foreign names,
4  people that don't deal with lawyers all the time,
5  but there is a -- let's see.  So last page here.  I
6  will have you just flip to that.  It's on the
7  screen, as well.  I just want to confirm that this
8  is -- so we are having -- I guess we are having an
9  issue with Share Screen.  Who does that, Jeff, or --
10 oh, videographer.  We are trying to share the
11 screen, Mr. Church, so if you can just let us do
12 that.
13         THE VIDEOGRAPHER:  Sure.  One second.
14    Q.  BY MS. COHEN:  Okay.  And then, in the
15 meantime, we can kind of keep going.
16         Ms. Courkamp, the last page there, it looks
17 like -- is that your signature on the last page?
18    A.  Yes, it is.
19    Q.  And it says Plaintiff's Declaration Pursuant
20 To Federal Rules of Civil Procedure Section 1746(1),
21 and do you recall reviewing these for accuracy
22 before signing them?
23    A.  Yes, I do.
24    Q.  Okay.  Now, we will have this available to
25 go back to every now and then, you know, when

## Page 27

1  questions come up.  I did find while we were on a
2  quick break a medical record, let's see, from
3  Mountain View.  Was Mountain View your -- was that
4  your OB/GYN group; do you recall?
5     A.  I honestly have no idea.
6     Q.  Maybe I can find a better quote to it.
7  Mountain View Medical Group.  Does that ring any
8  bell to you?  Let me ask -- let me strike that and
9  ask the question.
10         When you became pregnant in January of 2013
11 with Za[  ] where did you first go for prenatal care?
12 Did you go -- did you go to one place and then move
13 to another one?
14    A.  Yeah.  I went to a place in Colorado Springs
15 that the hospital recommended, and I only went there
16 a couple times, and then I moved to Arizona and went
17 to Dr. Cleary.
18    Q.  Okay.  Got it.  Because I was just looking
19 at the Mountain View -- I will just say this is in
20 Colorado and it's just talking about how you had
21 frequent depression and anxiety before periods.
22 Does that ring a bell as part of your history?
23    A.  No, it does not ring a bell.
24    Q.  Okay.  And then aside from that, as you
25 said, you identified some period of time before you

## Page 28

1  were 18 where you had depression related to a
2  relationship that you described?
3     A.  Yes.
4     Q.  Just from a -- just so I'm clear on --
5  obviously I know we talked a little bit about this,
6  but I jumped around and I sometimes do and I didn't
7  go in the right sequence.  Just in terms of where
8  you've lived, where were you born and raised, like
9  what would you say; was it Colorado, was it
10 Arizona?
11    A.  It's Phoenix, Arizona.
12    Q.  And then what is the first place you moved
13 to from Phoenix?
14    A.  Colorado Springs.
15    Q.  And when did you first move to Colorado
16 Springs?
17    A.  When I was 19 with Andrew.
18    Q.  What prompted you to -- what prompted you to
19 move there?
20    A.  I just wanted out of Arizona.  Something
21 different.
22    Q.  And I'm looking -- is this called -- we are
23 looking at Exhibit 1 which has sort of -- some of
24 the addresses and such.  It looks like on page 2, it
25 says before the birth of Za[  ] Ms. Courkamp lived at

Page 29

1  the following addresses, and it talks about Peoria,
2  Arizona, and was that where you grew up,
3  basically?
4      A.  Yeah.  Well, Peoria, Phoenix and Glendale
5  are all like -- you can go over a light and you're
6  in Glendale, so I grew up right there.
7      Q.  Got it.  So the North 67th Drive is where
8  you grew up with your parents?
9      A.  No.  The one that is on the next page that's
10 5927 West Yucca, Glendale, that's mainly where I
11 grew up.
12     Q.  Okay.  But the 8618 North 67th Drive, that's
13 where you were a child?
14     A.  That's a place I lived in my life.  I mainly
15 as a child was at the 5927 West Yucca.  That's where
16 my dad still currently lives.
17     Q.  Okay.  And is your dad -- was your dad
18 married at the time?
19     A.  At the time, yeah.
20     Q.  And what is his name?
21     A.  Robert Lawton.
22     Q.  And is your mom still alive?
23     A.  Yeah, she is.
24     Q.  Where does she live?
25     A.  In an apartment in Peoria.

Page 30

1      Q.  Okay.  The nine -- the North 67th Drive?
2      A.  No.
3      Q.  Different one?
4      A.  Yeah, it's a different one.
5      Q.  Do you have brother and sisters, as well?
6      A.  I have two brothers.
7      Q.  What are their names?
8      A.  Kyle Lawton and Corey Lawton.
9      Q.  And I meant to ask your mother's -- I don't
10 think I asked your mother's name.  What's her name?
11     A.  Arnet.
12     Q.  And where do your brothers live?
13     A.  One brother lives with my mom, so Corey
14 lives with my mom, and then my brother Kyle lives in
15 Aurora, Colorado.
16     Q.  And it says here that you moved to Colorado
17 and you don't know the address and then moved back
18 to 112 approximately 2011 to 2014 on this page.  Did
19 you move there with your parents?
20     A.  My mom -- yeah, my mom lived at 112th.
21     Q.  Okay.  And then was the Olive Tree
22 apartment -- I know you said you didn't know the
23 address.  Is that where you were living with ▮▮▮▮ at
24 the time of her death?
25     A.  Yes.

Page 31

1      Q.  Is that considered Tempe, Glendale?  What is
2  that considered?
3      A.  Glendale.
4      Q.  And then you moved out of that apartment in
5  with your dad at the West Yucca Avenue address in
6  Glendale.
7      A.  Yes.
8      Q.  And right now you are at the same address in
9  Colorado Springs, the East Van Buren Street, or a
10 different address?
11     A.  A different address.
12     Q.  The one you gave us on the record earlier?
13     A.  Yes.
14     Q.  And then I guess if you were updating this
15 list, you would add to this list Sedona for a short
16 period of time and then back to Colorado?
17     A.  No.  I got married in Sedona, but I have
18 never lived in Sedona.  We just --
19     Q.  After the -- after the Colorado Springs
20 address here, what other addresses have you lived at
21 since then?
22     A.  An apartment, so it's 10847 West Olive
23 Avenue, Apartment 1076, in Peoria, Arizona.
24     Q.  So while we have this document out, the
25 responses, just so we can kind of go through it, in

Page 32

1  terms of -- the next question, Interrogatory 2,
2  talks about different jobs you've had, and it looks
3  like you and -- you know, you worked with your
4  counsel, if I can give us a good list here.  Is
5  there anything that you would add since you prepared
6  these back in -- let's see -- January of 2020?
7      A.  I no longer work at TriWest.  And I worked
8  back at Abba which is on this list.
9      Q.  What do you do at Abba?  I know it says Eye
10 Care.  What do you do there?
11     A.  I'm an ophthalmology technician, so I work
12 up the patients before they see the doctor.
13     Q.  Great.  The next question talks about your
14 education.  It looks like you -- did you graduate
15 from high school?
16     A.  Yes, I did.
17     Q.  It looks like 2011.  And then you spent a
18 year at The Skin and Makeup Institute of Arizona.
19 And then you went to community college at Glendale.
20 It says from about 2013 to 2016 and you have an arts
21 degree there?
22     A.  Yes.  I have an associates in fine arts.
23     Q.  And you told -- are you still attending
24 Northern Arizona University?
25     A.  Yes, I am.

Page 33

1   Q.  And are you pursuing a college degree?
2   A.  Yeah.  My bachelor's in human resource.
3   Q.  Are you doing that online?
4   A.  Yes, I am.
5   Q.  Let me ask a general question.  Your brother
6   is -- one of them is -- is one of them older and one
7   of them younger than you?
8   A.  They are both older than me.
9   Q.  Do they have any children?
10  A.  No, they do not.
11  Q.  And was your pregnancy with Zo███ was that
12  your pregnancy, it looks like?
13  A.  Yes, it was.
14  Q.  Have you had a total of three pregnancies,
15  the one that we talked about with your -- S███ and
16  then your two sons, or have you had other ones?
17  A.  I have had four.
18  Q.  When was the fourth pregnancy?
19  A.  Before Declan I had a miscarriage, so after
20  Zo██
21  Q.  Were you -- and, again, I'm sorry.  I don't
22  have sort of the addresses.  I should have like a
23  timeline written out, but were you in Arizona or
24  Colorado when you had that miscarriage?
25  A.  In Colorado.

Page 34

1   Q.  Do you recall where you went for treatment
2   for that?
3   A.  The Army base, I believe.
4   Q.  And I take it was that -- again, your -- was
5   that Mr. Sersig was the father?
6   A.  Yes.
7   Q.  I'm sorry to hear that about that loss.
8   So it sounds like between taking care of
9   your two little boys, being married, having a job at
10  Abba and doing online courses, that takes up most of
11  your time, I would say; right?
12  A.  Yes, it is.
13  Q.  In terms of your current activities, is
14  there anything else that you do, like any other
15  schooling or jobs that I've missed in terms of how
16  you spend your time?
17  A.  No.
18  Q.  Is this -- I take it this is the first
19  lawsuit you filed, you have filed?
20  A.  Yes.
21  Q.  And have you ever filed for bankruptcy?
22  A.  No.
23  Q.  Have you ever been sued by anyone?  I assume
24  probably no.
25  A.  No.

Page 35

1   Q.  And I think we see in some of your responses
2   that you've never been arrested for anything; is
3   that right?
4   A.  Yeah.  That's correct.
5   Q.  Now, Mr. -- obviously Mr. Olson will be
6   deposed tomorrow and we will get to ask him his own
7   questions, but you were with him, I guess, you said,
8   for two years and you've been friends two years.
9   You've been obviously friends since 2014.  Are you
10  aware of, you know, his arrest records, or is it
11  something that you two discuss?
12  A.  I mean, we have talked about it here and
13  there, but, I mean, I don't know everything about
14  it.
15  Q.  I guess my question when you were
16  together -- during the period of time when you were
17  together, was he arrested during that period of
18  time?
19  A.  Not that I'm aware of.
20  Q.  And I guess I will ask the question
21  during -- again, during Baby Zoey's life, can you
22  think of any instance where Mr. Olson reported to
23  you that he had been arrested?
24  A.  No, I don't.
25  Q.  And I'm sorry.  Again, you were with him

Page 36

1   from -- when do you think you met him or started
2   dating him?
3   A.  2012, so I guess more like a year or so.
4   Yeah, I met him in 2012 at Einstein's Bagels, is
5   where we worked.
6   Q.  You both worked there together?
7   A.  Yes, we did.
8   Q.  And then you started dating at some point?
9   A.  Yes.
10  Q.  And then you were together as a couple until
11  2014, so about two years --
12  A.  Yeah.
13  Q.  -- it sounds like.
14  And during that two-year period, 2012 to
15  2014, you were not aware of any times where he was
16  arrested or convicted of any crimes?
17  A.  Correct.  I'm not aware.
18  Q.  Did he tell you outside of that period of
19  time anything about the number of arrests or
20  convictions he's had?
21  A.  No.
22  Q.  How often do you two keep up these days?  Do
23  you -- like you talk regularly, email regularly, or
24  is it just kind of sporadic?
25  A.  It's more sporadic.  Mainly a lot around her

**Page 37**

1  passing date and her birthday.

2  Q. Did he have a license, a valid license that

3  was -- that he could drive with during the two years

4  that you were together, 2012 to 2014?

5  A. From my knowledge, yes.

6  Q. To your knowledge, had he -- he hadn't lost

7  his license for any arrests or convictions at that

8  time?

9  A. I honestly -- I don't think he did. I don't

10  know.

11  Q. I mean, I know that obviously going through

12  some of the reports that we will talk about, he was

13  driving Baby Zo█ driving you to work, and I know

14  you -- it sounded like you shared a car; is that

15  right at that time?

16  A. No. He had his own car, but he was driving

17  mine when he was in Glendale while I was working

18  because I didn't -- we would only put █ in my

19  car, so --

20  Q. And, to your knowledge, when he was driving

21  your car or driving █ around, he had a valid

22  license?

23  A. Yeah. Correct.

24  Q. Would he have told you if he didn't -- that

25  was a terrible question.

**Page 38**

1        MS. SCHRINER: Form, foundation.

2  Q. BY MS. COHEN: Do you know whether he was

3  ever convicted of possession of marijuana at any

4  time?

5  A. Not convicted, no.

6  Q. Charged or arrested?

7  A. Not that I know of.

8  Q. Were you aware of when he got a marijuana

9  card or -- I don't know what the best term is, at

10  some point in time where he obtained a marijuana

11  card?

12  A. Yes.

13  Q. And was that while you were with him for

14  those two years?

15  A. Yes.

16  Q. Do you know how he got that or where he got

17  it?

18        MS. SCHRINER: Foundation.

19        THE WITNESS: I believe it was in Colorado

20  when he got it.

21  Q. BY MS. COHEN: In Colorado?

22  A. Yeah.

23  Q. Okay. Did you two meet in Colorado and move

24  back to Arizona together?

25  A. No. We met in Arizona when we worked at

**Page 39**

1  Einstein's and moved to Colorado together.

2  Q. And then moved back to Arizona?

3  A. Yes.

4  Q. And while you were in Colorado, he somehow

5  obtained a medical marijuana card?

6        MS. SCHRINER: Form, foundation.

7        THE WITNESS: Yes.

8  Q. BY MS. COHEN: Were you with him when he did

9  that?

10  A. No.

11  Q. And other than -- I think you said other

12  than Lemuel having -- I think you said was your

13  youngest, having some potential asthma issues but

14  they can't really diagnose until he's five. Do any

15  of your sons have any other developmental issues or

16  health issues of any type?

17  A. No.

18  Q. And just thinking about your family -- we

19  will start with your family first. Can you think of

20  any family members, cousins, you know, aunts,

21  uncles, whatever, who have lost a child or baby such

22  as a sudden death of a baby?

23  A. The only one would be my dad's -- before my

24  mom, his wife was in a car accident and she was

25  pregnant. They lost the wife and the fetus, but

**Page 40**

1  other than that, no.

2  Q. I did read that.

3        And then what about in Andrew's family?

4  Again, I know we can ask him these questions, but

5  well, that are you aware of any, you know, sudden

6  death of infants or babies or any baby deaths in his

7  family?

8  A. No.

9  Q. And I'm sure you've heard the term SIDS or

10  near SIDS or ALTE, you know, or SUIDS, those

11  phrases. You're familiar with those, generally?

12  A. Yes.

13  Q. And had you heard them before Zoey's death

14  in 2014?

15  A. Yeah.

16  Q. Were you aware of them?

17  A. Yes. We were at a, like birthing class, and

18  that's the first time I have ever heard of it.

19  Q. Okay. And great reminder for me. The

20  birthing class that you went to, where did you do

21  that?

22  A. It was at like, I think, Banner Hospital. I

23  believe that's where they held it.

24  Q. And am I right that Phoenix Baptist is where

25  █ was born?

Page 41

1    A.   Yes.   Correct.
2    Q.   And then Banner Hospital is where -- and we
3  will get to it later, but where I think you
4  brought -- at least to the emergency room where you
5  brought ▇ when she was -- I guess it was on the
6  date -- a couple months, like sort of April 2014
7  with some respiratory issues; is that right?
8    A.   Yes.
9    Q.   The birthing class, was that at the same
10 hospital you went to with ▇ in April --
11   A.   No.
12   Q.   -- 2014?   It was a different location?
13   A.   Yeah, a different location.
14   Q.   So where was the birthing class; what
15 location?
16   A.   Honestly, I don't remember where.   I just
17 know it was not the same hospital.
18   Q.   And was it a series of classes, or was it
19 just a one-time thing?
20   A.   It was just a one-time class.
21   Q.   And you recall them talking about SIDS or
22 the related SUIDS or ALTE, BRUE, a couple of
23 different terms, you heard that at that class?
24   A.   Yeah, when they were talking about safe
25 sleeping.

Page 42

1    Q.   And do you remember what they said,
2  generally?
3    A.   Just, you know, don't have them sleep with a
4  blanket.   No pillows, no stuffed animals in the
5  crib.   No clothes sleeping, was pretty much just
6  kind of telling us the best way a baby should sleep.
7    Q.   Do you know whether you -- did they give you
8  any materials or handouts, pamphlets, videos,
9  anything like that?
10   A.   Not that I can recall.
11   Q.   And who was your OB/GYN who delivered
12 Zo▇
13   A.   Dr. Cleary.
14   Q.   Dr. Cleary.   Did they actually deliver -- I
15 don't know if he -- Dr. Cleary did the delivery?
16   A.   Yes.
17   Q.   Did you -- after ▇ died -- after ▇
18 died in June of 2014, did you and Dr. Cleary talk at
19 all after that?
20   A.   No, we did not.
21   Q.   You must have heard from their office
22 inquiring about Zo▇ or did that happen?
23   A.   No, not that I remember.
24   Q.   Did Dr. Cleary as your OB/GYN who ultimately
25 delivered ▇ give you any instructions about safe

Page 43

1  sleep, or was that, again, something that was
2  handled at the birthing class?
3    A.   That was handled at the birthing class.
4    Q.   Did you talk to -- again, we will look at
5  some of these records in a little while, but has
6  anyone told you that the reason that ▇ died was
7  because of SIDS or SUIDS, that's sudden unexpected
8  infant death syndrome?
9    A.   No.   They just said undetermined.
10   Q.   And was that coming from the Medical
11 Examiner's Office or the police?
12   A.   It's coming from her death certificate.   No
13 one told me otherwise.
14   Q.   Do you know whether Andrew spoke with
15 anybody about the cause of death or the death
16 certificate or what it said?
17   A.   No, I don't know.
18   Q.   How did you get the death certificate
19 ultimately; did they just send it to you, did you
20 pick it up?
21   A.   When I was doing her funeral it was just
22 paid in the funeral price and they sent it to me.
23   Q.   We will just go ahead and mark this as an
24 exhibit so we have it.   This will be the death
25 certificate.   Sorry that -- I mean, I'm sorry to put

Page 44

1  this in front of you.   We will be very quick on
2  this.   It's -- I think it's --
3         MS. COHEN:   Kristin, for your records, COU
4  and then 000035 as one of the Bates numbers on the
5  bottom, but we will give you a hard copy, and, also,
6  we can pull it up.
7    Q.   BY MS. COHEN:   There's actually two
8  different numbers on it, but -- and, again, just to
9  mark this, but I believe this says immediate cause
10 of death unknown.   Is that what you understood, as
11 well?
12   A.   Yeah.
13         MS. SCHRINER:   Let's wait until she has it.
14         (Deposition Exhibit No. 3 was marked for
15         identification.)
16   Q.   BY MS. COHEN:   It sounds like it's marked,
17 and obviously you can put it aside, if you want to.
18 You don't have to stare at it if it bothers you.
19 But to just -- and Dr. Ferenc, F-E-R-E-N-C, was the
20 medical examiner.   Do you recall having any
21 conversations with him?
22   A.   No, I do not.
23   Q.   The medical examiner's records, which we may
24 or may not pull out in a little while, but talks
25 about -- let me find the right page.   That a

Page 45

1  Dr. Horn was somebody that -- that Kevin Horn is
2  somebody who in 2019, April 30th, 2019, made a note
3  talking about Zoey's death being a SUID, a S-U-I-D
4  death during sleep.  Did you ever hear that from
5  anybody?
6      MS. SCHRINER:  Form.
7      THE WITNESS:  No, I have not.
8      Q.  BY MS. COHEN:  And you don't recall talking
9  to a Dr. Horn at any time?
10     A.  No.
11     Q.  Anybody in your family who has medical
12 training?  Any doctors?
13     A.  No.
14     Q.  Anybody have legal training?
15     A.  No.
16     Q.  And I may have asked this already.  I just
17 want to be sure.  Considering your family, who you
18 know in it, cousins and such, and, also, Andrew's
19 family to the extent you know, can you think of any
20 children who -- I asked about sudden death, but any
21 children who have genetic problems or congenital
22 problems who are born with any issues that you can
23 think of?
24     A.  No.
25     MS. SCHRINER:  Form, foundation.

Page 46

1      THE WITNESS:  Sorry.  No.
2      Q.  BY MS. COHEN:  And other than the one class
3  where you -- the birthing class where they
4  mentioned, say, sleeping and SIDS, have you done any
5  other research on that yourself or looked at that at
6  all?
7      A.  No, I have not.
8      Q.  Is it something that you saw Mr. Olson,
9  Andrew, research about during your time with him
10 while   was still alive?
11     A.  Not that I can recall.  I feel like after
12 the class we both agreed that we had a good
13 knowledge on what to do.
14     Q.  Okay.  And you didn't -- you weren't aware
15 of Mr. Olson researching SIDS or looking into it any
16 further beyond the class for you?
17     A.  No.
18     Q.  I asked you about congenital issues.  Let me
19 just ask, also, about can you think of anybody in
20 your family or in Andrew's family who had a baby who
21 was born prematurely?
22     A.  No.
23     MS. SCHRINER:  Foundation.
24     Q.  BY MS. COHEN:  Again, sorry to ask about
25 another tough experience, but your fourth pregnancy,

Page 47

1  the one -- the miscarriage one that we talked about.
2  Not -- go in order, I think it would be the second
3  one, second pregnancy.  Did you ever learn any
4  reason why the miscarriage occurred beyond just, you
5  know, miscarriage?  I mean, did you learn anything
6  beyond that?
7      A.  No, I didn't.
8      Q.  Your doctor didn't attribute it to any
9  particular health issue or anything?
10     A.  No, he didn't.
11     Q.  Or emotional issue?
12     A.  No.  I just got pregnant right after with
13 Declan.
14     Q.  And were both Declan and Lemuel born
15 vaginally as opposed to C-section?
16     A.  Yes.
17     Q.  And    was, as well?
18     A.  Yes.
19     Q.  And, to your knowledge, neither one of them
20 had any birth issues, that is, a cognitive --
21 needing special treatment before they were allowed
22 to go home; is that right?
23     A.  Yeah.  That's correct.
24     Q.  Did either of them -- and we will talk a
25 little bit about the cardiology, let's call it issue

Page 48

1  that Baby    had that's referenced sort of in the
2  records and the investigation, but did either Lemuel
3  or Declan, either one of them, have any kind of
4  cardiac issue or need for any echocardiogram or
5  anything?
6      A.  No.
7      Q.  Have either of them been hospitalized since
8  they were born?
9      A.  No.
10     Q.  And I think I have seen this in a number of
11 places, but I understand you do not smoke
12 cigarettes; correct?
13     A.  Correct.
14     Q.  And have you ever smoked cigarettes?
15     A.  No.
16     Q.  How about marijuana or anything other than
17 cigarettes; have you smoked?
18     A.  No.
19     Q.  And I understand from, again, looking at
20 different records and investigation that Daniel
21 Olson who was living, I guess, in the same house
22 back in 2014 and in a separate area, he was a
23 cigarette smoker; right?
24     A.  I don't remember him being a cigarette
25 smoker.

Page 49

1  Q. Do you recall ever seeing him smoking around
2  ▓▓▓ or in the house with Zo▓▓▓
3     A. No.
4     Q. And I think -- at least I will ask this way.
5  Was Andrew, obviously Zoey's dad, was he a smoker?
6     A. Yes.
7     Q. And did he smoke cigarettes?
8     A. Yes.
9     Q. And did he smoke marijuana, as well?
10    A. Yes.
11    Q. And did he smoke it in various forms, that
12 is, joints, bong, both?
13    A. Yeah.
14    Q. And you observed him smoking, as well, I
15 take it?
16    A. Yes.
17    Q. Did he smoke in the house?
18    A. No.
19    Q. And so, again, is it your testimony that you
20 never once saw Andrew smoke anything, whether it be
21 cigarettes, use a bong or joints in the house; is
22 that correct?
23    A. That is correct.
24    Q. Did you ever see him smoke anything around
25 Zo▓▓▓

Page 50

1     A. No.
2     Q. Did you ever see anybody smoke anything
3  around Zo▓▓▓
4     A. No.
5     Q. I'm sure you probably saw in the police
6  report that you looked at, which I'm sure was not
7  fun to go through, that there was all the drug
8  paraphernalia found at Mr. Olson's house where he
9  and the baby were on the night of her death. Were
10 you aware of all of that being present there?
11    A. No. I mean, I only knew of -- I only knew
12 of the marijuana that he had, but not anything more
13 than that.
14    Q. And I don't want to misquote it, but it
15 looks like ▓▓▓ -- let me pull it out. I know that
16 they confiscated, as they described, drug
17 paraphernalia, including like, I don't know, nine
18 bongs, something like that. Were you aware of all
19 the things present in the house?
20        MS. SCHRINER: Form.
21        THE WITNESS: No.
22    Q. BY MS. COHEN: One second. And there was
23 marijuana in the top drawer of the nightstand. Were
24 you aware of that being there?
25    A. I knew that he had marijuana. I didn't know

Page 51

1  where it was.
2     Q. Okay. After ▓▓▓ was born, September 2013
3  and until the time of her death, I assume there were
4  times where you were present when he was smoking
5  marijuana, Mr. Olson?
6     A. No, I was not. I moved out and I was never
7  really around all that.
8     Q. We will get into more detail of that. While
9  I'm talking about the parent -- what the Tempe
10 Police report says that they confiscated, let's see,
11 the marijuana, the glass bong, glass pipe, glass
12 pipe. Let's see. Glass bong. Marijuana
13 containers. Again, is it your testimony that you
14 were not aware of all that being at his apartment?
15    A. Correct.
16    Q. In that apartment was -- what was the
17 address of that apartment, if you recall?
18    A. It was the one on 63rd and Olive. I don't
19 remember the exact address.
20    Q. Okay. How often did you and ▓▓▓ stay at
21 that apartment with him?
22    A. At my apartment or his place?
23    Q. Oh, I'm sorry. I'm sorry. Was that --
24 well, was that address your place or his place?
25    A. No. It was -- the apartment is my place.

Page 52

1  We lived separately.
2     Q. The Olive Tree apartment on 63rd and Olive
3  is what you're talking about?
4     A. Yeah.
5     Q. That was your place, obviously.
6        Where were you staying the night that ▓▓▓
7  died?
8     A. At Andrew's in Tempe.
9     Q. And Andrew's address, was that the Hall
10 Street location, or do I have that wrong?
11    A. No, it was the Hall Street.
12    Q. So how often did you and ▓▓▓ stay at the
13 Hall Street location?
14    A. Not very often. He normally always came to
15 my apartment.
16    Q. Okay. And that night you couldn't stay
17 there because there was an air conditioning issue;
18 is that correct?
19        MS. SCHRINER: Form.
20        THE WITNESS: No. We stayed at his place
21 because we were going to sign a new apartment that
22 following day on Thursday.
23    Q. BY MS. COHEN: And if you can just run down
24 for me -- again, sorry we have been through sort of
25 the address thing. So ▓▓▓ was born in September --

Page 53

1  well, let's start broader than that. I know that
2  you told me that you two started dating sometime in
3  2012 in Colorado and then you moved to Arizona, back
4  to Arizona, Phoenix area. Did you both -- did you
5  have separate apartments when you first moved back?
6      A. When we first moved back I lived with my mom
7  and then he got the place with his brother.
8      Q. And is that the Hall Street place with his
9  brother; is that what we are talking about?
10     A. Yes.
11     Q. And did you stay there with Andrew and his
12 brother for a period of time?
13     A. I moved in when I was like eight months
14 pregnant.
15     Q. So August or so 2013?
16     A. Yes.
17     Q. And then after ▇ was born in January --
18 strike. Not January. After ▇ was born in
19 September, did you come back home after she was born
20 to that Hall Street apartment?
21     A. Yes.
22     Q. Did you and ▇ and Andrew and Daniel all
23 live together --
24     A. Yes.
25     Q. -- for a while.

Page 54

1          Did Daniel ever move out during the time
2  that you were there?
3      A. No.
4      Q. And he had a separate entrance, as it was
5  described, that he could come in and out of?
6      A. Yes.
7      Q. Was his like in the front or the back? I
8  read it described both ways.
9      A. His was in the front.
10     Q. And then at some point after you and ▇
11 came home from the hospital and you two were there
12 with him, was there a period of time, again, in the
13 eight-and-a-half months, where you moved out?
14     A. Yeah. So we -- after giving birth we went
15 back there, and then I moved out to my dad's for a
16 couple weeks, and then in December I got the place,
17 the Olive Tree apartment.
18     Q. And did you move out to your dad's place for
19 a couple weeks because you and Andrew had split up
20 during that period of time?
21     A. Yeah.
22     Q. And roughly what month was that?
23     A. I would say the end of October, so beginning
24 of November.
25     Q. What happened that prompted you to move out

Page 55

1  and take ▇ with you? Again, you moved in there,
2  obviously, the end of September and moved out
3  within, I guess, about a month.
4      A. We just didn't get along very well at the
5  time. Just new baby, both working. It just was
6  really hard.
7      Q. Were you concerned about the environment of
8  the apartment where you were living?
9      A. No, I was not. ▇ had her own room. I
10 was not concerned at all.
11     Q. And then you got your, as you said, the 63rd
12 and Olive place at some point in December?
13     A. Yeah. After I started my job that I got.
14     Q. And then were you and Andrew still together
15 at that period of time, or when did you guys get
16 back together?
17     A. We got back together sometime in the spring.
18 I don't know exactly what month it was.
19     Q. So sometime within a couple months of when
20 ▇ died, again?
21     A. Yeah.
22     Q. Somewhere in that range.
23          And was Andrew -- I mean, you two were a
24 couple when ▇ was born?
25     A. Yes.

Page 56

1      Q. So he was there for the birth?
2      A. Yes.
3      Q. He was present?
4      A. Uh-huh.
5          COURT REPORTER: Yes?
6          THE WITNESS: Yes.
7      Q. BY MS. COHEN: Now, he got -- once,
8  obviously, ▇ came home and you were doing the
9  well-baby visits and going to see Dr. Cleary with
10 her, and we know that, I guess, you went probably --
11 was it six times? We can sort out the details, but
12 went like each month, I would assume?
13     A. Yeah.
14         MS. SCHRINER: Form.
15     Q. BY MS. COHEN: Was Andrew there with you?
16 Did he go to the baby visits with you and Za▇
17     A. If he wasn't working, then, yes, he went
18 with me.
19     Q. Where was he working at the time?
20     A. Portabella's, I think that's how you say it.
21 It's like a Chicago run hot dog place, I think.
22     Q. Okay. Was there ever a point in time,
23 again, during -- between September 2013 and June
24 2014 where you told Andrew that he needed to stop
25 smoking marijuana?

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 17 of 94

Deposition of Kathleen Courkamp                                              15 (57 - 60)
10/21/2020                                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 57

1    A.   No.
2    Q.   Did you ever give him any direction or, you
3  know, ultimatum, if you will, about any habits that
4  he had related to him seeing his daughter?
5    A.   No.
6    Q.   Did you two have any kind of a formal
7  custody agreement, or was it informal?
8    A.   We didn't have a custody agreement.
9    Q.   And, again, there was a period of time, I
10 think you said, between, say, end of October about
11 five or six months where you two were not an
12 official couple, end of October to springtime?
13   A.   Uh-huh.
14   Q.   So during that period of time, about six
15 months of Zoey's eight-and-a-half-month life, how
16 often did you two get together and how often -- how
17 did you work out the arrangement to see Zo███
18   A.   He would either come to my house and hang
19 out with her there or I would take █ to his
20 parents' house and he would see █ at his parents'
21 house.
22   Q.   Did █ ever stay over with Andrew and
23 Daniel at his house without you there?
24   A.   No.
25   Q.   And that's true for the entire

Page 58

1  eight-and-a-half-month period?
2    A.   Yes, it is.
3    Q.   Did he ever -- did you ever leave ███ to
4  stay over at Andrew and Daniel's parent's house if
5  you weren't there; did that ever happen?
6    A.   No, it did not.
7    Q.   Did █ stay over at your parent's house
8  without you at any time?
9    A.   Yes, she did.
10   Q.   Did that happen just from -- was that
11 frequent or just occasionally?
12   A.   It was occasionally.  I was a server and
13 sometimes I worked until 2:00 a.m., so it would be
14 the late nights she stayed at my dad's because
15 that's a mile away from my work at the time and my
16 apartment.
17   Q.   So you would leave her with your dad at his
18 place?
19   A.   Yes.
20   Q.   Did he live there alone?
21   A.   He lived with his girlfriend that he has now
22 still.
23   Q.   Same girlfriend today that he's had?
24   A.   Yes.
25   Q.   What's her name?

Page 59

1    A.   Sheri.
2    Q.   Last name?
3    A.   I don't know her last name.
4    Q.   Okay.  Did either of them smoke anything?
5    A.   No.
6    Q.   Did he ever -- did you ever leave your
7  daughter at your mom's house overnight without you
8  there?
9    A.   Yes.
10   Q.   And does she live with anybody?
11   A.   No.  Just my -- well, my brother.
12   Q.   Does she live -- oh, your brother.  Okay.
13 Is she a smoker?
14   A.   No.
15   Q.   After █ died, you know, in June of 2014,
16 did anyone ever say anything to you like, gosh, that
17 reminds me of, you know, like another person who
18 lost a baby or someone else in the family?  Did it
19 prompt any memory or raise anybody, you know, to say
20 to you that reminds me of a similar situation?
21   A.   No.  The only memory that came up was just
22 my dad being upset about his wife, but other than
23 that, no.
24   Q.   I noticed in your interrogatory responses,
25 and this is on page 12 of Exhibit 1, talks about

Page 60

1  Valley Child Care & Learning Center.
2    A.   Yes.
3    Q.   And is that the place where you left █
4  from time to time?
5    A.   Yes.  She went to that daycare part time.
6    Q.   Okay.  Was it a regular schedule each week,
7  or was it sort of like whenever you and Andrew
8  needed a break, or how did those work?
9        MS. SCHRINER:  Form.
10       THE WITNESS:  It was more of just if I
11 worked during the day, like a lunch shift, 10:00 to
12 2:00, she would go sometimes because my parents
13 worked, or like if I worked at 4:00 and my parents
14 couldn't pick her up until 5:00 because they were
15 working, she would just go for an hour.
16   Q.  BY MS. COHEN:  Did she go there every week
17 regularly?
18   A.   No.
19   Q.   A couple times a week, or it depended?
20   A.   Yeah.  It was just sporadically when she
21 went.
22   Q.   And I noticed that -- let me see.  What was
23 the address of that daycare center?
24   A.   I don't know the exact address.  I just know
25 it's off 51st and Union Hills Avenue in Glendale.

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 18 of 94

Deposition of Kathleen Courkamp                                          16 (61 - 64)
10/21/2020                                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 61

1    Q. It looks like you also worked there for a
2  period of time?
3    A. Yes. After she passed away I decided to
4  work there.
5    Q. And it looks like you left there because
6  that was just too challenging to stay there?
7    A. Yeah. I was working in a two-year-old
8  classroom and then it became challenging when the
9  same babies that were in her infant class were now
10 entering my two-year-old class and parents
11 recognized who I was and it just -- it got hard.
12   Q. Understandably.
13       The lawsuit that was filed in this case, I
14 think, was filed in 2019. Did you -- you know,
15 again, I won't ask -- but if you haven't studied --
16 but have you happened to study the complaints that
17 were filed -- what is it called -- complaints or
18 petitions. Is that something that you worked on, or
19 did you leave that to your attorneys?
20   A. No, I did not do that. I left that up to
21 them.
22   Q. Before -- I know that we will get to in a
23 while the Rock 'n Play and how you obtained that.
24 It sounds like Andrew's mother gave that to you as a
25 gift?

Page 62

1    A. Yes.
2    Q. And I know there were two in your -- I guess
3  in the apartment that night. That would have
4  been -- well, that was Andrew's apartment that
5  night. There were two there; is that right?
6    A. Yeah. So we got the one as a gift and then
7  the other one, I don't actually remember where we
8  got it.
9    Q. And we will get in much more detail.
10       Did you have a baby shower?
11   A. Yeah, I did.
12   Q. Do you remember what month that was?
13   A. It was in June.
14   Q. Okay. In June.
15   A. It was early because I had family giving
16 birth that next month and two months, so I --
17   Q. So that was about six months into your
18 pregnancy?
19   A. Yeah.
20   Q. And was it at that baby shower that you
21 received the Rock 'n Play from Ms. Olson, Ms. Sarah
22 Olson?
23   A. No, it was not.
24   Q. She gave it to you separate from that, it
25 sounds like?

Page 63

1    A. Yeah. It was after she was born.
2    Q. Okay. And how long after she was born did
3  Ms. Olson give you that Rock 'n Play?
4    A. I don't remember.
5    Q. And the second Rock 'n Play that was there,
6  the one that, again, where you said she wasn't in at
7  the time she died and -- but was in the apartment,
8  you don't remember where you got that?
9    A. No.
10   Q. Was it used or new when you got it, if you
11 know?
12   A. I don't remember.
13   Q. The Rock 'n Play that Ms. Olson gave to you
14 and to Andrew after she was born, I think you said
15 you are not sure how long after. Was that a new one
16 or a used one?
17   A. That was a new one.
18   Q. Did it come in a box?
19   A. I honestly don't remember.
20   Q. Sitting here today, can you remember ever
21 looking at the box covering, the box description for
22 the Rock 'n Play?
23   A. No.
24   Q. Okay. And sitting here today, can you
25 remember reading the pamphlet that came in the box

Page 64

1  that went with the Rock 'n Play?
2    A. No.
3    Q. Do you remember how long you had the Rock 'n
4  Play before ▮ died, like was it sort of early
5  after she was born?
6    A. It was maybe a couple months after she was
7  born. I know we had it for a while.
8    Q. It wasn't something that you started using
9  like in the spring. You had it sort of in the early
10 part when you came home with her?
11   A. Yeah. It was more like if I was doing
12 dishes I would put her in it or -- to kind of keep
13 an eye on her.
14   Q. Had you ever heard of the Rock 'n Play
15 before Ms. Olson gave it to you?
16   A. No, I had not.
17   Q. And I take it you don't have any memory of
18 like walking through Target or Walmart or a baby
19 store and seeing the Rock 'n Play?
20   A. I don't recall it.
21   Q. And before Ms. Olson gave you the Rock 'n
22 Play, do you remember reading anything about it
23 online or advertisement or anything?
24   A. No.
25   Q. Do you remember ever going on the

Deposition of Kathleen Courkamp
10/21/2020

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 19 of 94

Page: 17 (65 - 68)
Courkamp, Kathleen vs. Fisher-Price, Inc.

## Page 65

1 Fisher-Price or Mattel website and seeing anything

2 about Rock 'n Play?

3     A. No, I don't.

4     Q. Basically, is it fair to say that when she

5 gave you the Rock 'n Play you didn't know anything

6 about it?

7     A. Yeah. Correct. I didn't know anything

8 about it.

9     Q. And were you registered, in other words,

10 when you got pregnant and obviously you were

11 planning -- how many baby showers did you have? Was

12 it more than one?

13     A. For just her, it was just one.

14     Q. So her just one. Did you register?

15     A. Honestly, I don't remember if I did or not.

16 I know for the boys I never did, so --

17     Q. You did not for the boys?

18     A. Yeah, I did not for the boys. Sorry. I

19 honestly don't remember if I did for her or not.

20     Q. And did you -- I take it you not only --

21 well, in the second Rock 'n Play you just have no

22 idea where it came from; is that true?

23     A. Yeah, I don't remember. I know it came

24 after the first one because everyone thought it was

25 really nice to have, so we ended up getting another

## Page 66

1 one, but I don't remember where.

2     Q. You or Andrew bought it or someone gave it

3 to you. It was one of those, I guess; right?

4     A. Yeah.

5     Q. So did you have any Rock -- a Rock 'n Play

6 or more than one Rock 'n Play at your apartment as

7 well as in Andrew's apartment?

8     A. No.

9     Q. Did your parents, your mom or your dad or

10 Andrew's parents keep a Rock 'n Play at their

11 houses?

12     A. No. They had Pack 'n Plays.

13     Q. Did you know the maker of the Pack 'n Plays

14 that they had?

15     A. I know one has got the little -- it starts

16 with a G. I don't know.

17     Q. Grayco?

18     A. Yeah, that one.

19     Q. What about -- so let me -- just focusing on

20 the things that you had for Zo█████ I take it you knew

21 from your birthing class that you needed to have a

22 car seat to take her home from the hospital?

23     A. Yes.

24     Q. Is that something that someone gives to you,

25 or did you pick that out and get that on your own?

## Page 67

1     A. I bought one myself and then -- which was

2 the same brand of the one that my grandpa gave

3 Andrew and I, a stroller and a car seat.

4     Q. What's your grandfather's name?

5     A. Arnold.

6     Q. Last name?

7     A. Whitmore.

8     Q. And is he still alive?

9     A. From my knowledge, yes.

10     Q. But he gave you the stroller, you said, and

11 a car seat?

12     A. Yes, at my baby shower.

13     Q. Where does he live?

14     A. Scottsdale, Arizona.

15     Q. Do you see him regularly or --

16     A. No, I don't.

17     Q. So you had -- what was the brand or make of

18 the -- I guess the car seat, the stroller that you

19 mentioned; do you recall?

20     A. Baby Trend.

21     Q. Do you use the same make or brand with the

22 boys, as well?

23     A. Yes. The car seat, the infant car seat and

24 stroller was Baby Trend. Their other car seats now

25 are Safety First.

## Page 68

1     Q. Again, focusing back on the time in 2013 and

2 2014, I'm trying to get a sense of kind of all the

3 equipment that you had in different places. So it

4 sounds like in terms of the parents, they had the

5 Pack 'n Plays at their houses, mommy and dad?

6     A. Yes.

7     Q. And Andrew's parents, as well?

8     A. Yes. They had one, too.

9     Q. Was it Grayco -- Pack ' n Plays. Okay. And

10 then you had the car seat that you mentioned, the --

11 what brand was that one? Baby Trend car seat --

12     A. Yes.

13     Q. -- that you brought her home. Was that the

14 only car seat that you owned during her life, or did

15 you at some point get it upgraded or get a different

16 size or anything?

17     A. No. We just had the Baby Trend and we had

18 two of them.

19     Q. One for each car?

20     A. Yeah. So that way he had one at his house

21 and then I had one at mine.

22     Q. And did you have a crib at any house?

23     A. I had a crib at my house, yes.

24     Q. And do you know the name or the brand of the

25 crib that you bought?

Page 69

1    A. No, I don't. I just remember it's white.
2  That's all I remember.
3    Q. So you had a crib at your house. I take it
4  you did not have a crib at your parents or at
5  Andrew's house; is that right?
6    A. Yes. That's correct.
7    Q. And could she -- when she was home at your
8  house with you or with you and Andrew, did she sleep
9  in the crib every night?
10   A. Yes, she did.
11   Q. Did she ever -- did you ever decide that she
12 was sound asleep to leave her in the car seat or
13 leave her in the Rock 'n Play instead of putting her
14 in the crib?
15   A. No.
16   Q. And at Andrew's house, what did he have
17 there in terms of baby, you know, equipment or
18 anything? He had -- at least on the night of June
19 14th he had two Rock 'n Plays; right?
20   A. Yes. That's -- and a changing table. I
21 took everything when I left.
22   Q. So he had the changing table and the two
23 Rock 'n Plays there that night?
24   A. Yes. The changing table was in her bedroom
25 that she had when we lived there.

Page 70

1    Q. Was there ever a crib there?
2    A. When I lived there, yes, but I took the crib
3  with me to the new apartment.
4    Q. And how often, again -- and I'm sorry if I
5  asked this already, but how often would you and
6  ▓▓ -- I know ▓▓ never stayed over there alone.
7  You already told me that. Did you and ▓▓ stay
8  over there during the -- after she was born and
9  brought home?
10   A. Not very often. I don't remember how many
11 times, but you definitely could count on one hand,
12 from what I can remember.
13   Q. And you said to me that you and he were
14 starting to get back together. Did you have like a
15 five-month break? Springtime or so you started to
16 get back together, so I take it during that period
17 of time, spring to June when the incident happened,
18 that there were times where you would stay over at
19 Andrew's house?
20   A. No. It was when we got back together.
21 Yeah. So, sorry. So from spring to June, yeah,
22 there was maybe a couple times, but the majority of
23 time he always came to my place.
24   Q. What made you all go back to his place at
25 night?

Page 71

1    A. We were -- my apartment lease was ending, so
2  we were going to get an apartment in Tempe, Arizona.
3  My work was going to transfer me, so that night we
4  went there because we were going to sign the new
5  lease that next day for our new place in Tempe.
6    Q. Other than the crib at your house and the
7  Rock 'n Play on June 14th on that night, what other
8  place -- what other places did you have -- you or
9  Andrew have ▓▓ sleep at night? Were there any
10 other places that you would let her sleep?
11   A. No. She always slept in her crib when she
12 was at my place.
13   Q. And about how many times would you say you
14 had her sleep in a Rock 'n Play in either one of the
15 two Rock 'n Plays?
16   A. Honestly, I don't know.
17   Q. So the Rock 'n Plays, I know they were at
18 Andrew's that night on the 19th. Were they at your
19 house during that period of time, as well?
20   A. Yeah. The pink one -- we had a pink one.
21 That's the one that we would -- I would just take
22 back and forth because I would have her in it to
23 like -- like I said, when I was doing dishes or
24 cleaning the house, just kind of have her laying in
25 it.

Page 72

1    Q. And I'm sorry. Was the pink one the one
2  that Andrew's mom gave to you, or was the pink one
3  the other one?
4    A. The pink one was the one that Andrew's mom
5  gave us.
6    Q. Okay. So the pink one was the one you
7  carried back and forth, you said?
8    A. Yes.
9    Q. And you liked to have that at your place
10 because it was helpful when you were doing chores or
11 busy. You would leave her in that?
12   A. Yes.
13   Q. And it was something that you -- I guess
14 that you had your hands on quite a bit, it sounds
15 like?
16   A. Yeah. I was working full sometime and I
17 also was going to school full time.
18   Q. And then the one at Andrew's -- was the
19 other one, the second one that we will look at -- we
20 will see in the pictures, I think it had like an
21 animal in it; is that right?
22   A. Yeah. It had a monkey on it.
23   Q. And that one, did that one stay at Andrew's
24 house, basically?
25   A. Yes, it did.

Page 73

1    Q. And -- okay. The monkey one stayed at
2   Andrew's house and the pink one was the one that you
3   took with you places; is that right?
4    A. I liked that one better, so I took it
5   everywhere with me.
6    Q. And sitting here today, you don't remember
7   reading -- you don't remember the boxes, like
8   looking at the boxes when they came to you; right?
9    A. No, I don't remember.
10    Q. I take it you would -- as with all baby
11   goods and products, you would have to scrub it down
12   every now and then, wipe it down, that kind of
13   thing?
14    A. Yes. I would take it off -- the fabric that
15   was on it and I would wash it.
16    Q. Are you -- you know, I know there are
17   different types of moms, and I'm not being critical
18   of either type, some who are like, you know what, if
19   the kids are messy, the kids are messy, I'm not
20   going to worry about that much, and some who are
21   like I want everything spick and span and I need to
22   clean this thoroughly all the time. I mean, do you
23   fall in either of the camps, or are you more in the
24   middle?
25    A. I mean, when it comes to like her bedding

Page 74

1   stuff, I probably washed that at least every two
2   weeks or so. When it comes to toys, no. I wait
3   until they go to bed and I put the toys away, so --
4   but definitely for like -- like her bedding, like I
5   said, I would wash it at least every two weeks.
6    Q. And the Rock 'n Play, the car seat, that
7   kind of thing, I take it you would -- you know,
8   probably now post-COVID everyone is going to be, you
9   know, cleaning differently, but going back to that
10   prior time, I take it you probably would wipe it off
11   and make sure it was clean every so often?
12        MS. SCHRINER: Form.
13        THE WITNESS: Yes.
14    Q. BY MS. COHEN: Do you have any sense how
15   regularly you would be scrubbing and wiping it down?
16    A. No. I just know that she like would spit up
17   her milk sometimes and so I had to clean it because
18   I didn't like the smell of milk sitting there. It
19   would gross me out, so I remember cleaning it, but
20   I'm not sure, honestly, how many times.
21    Q. Did you put the Rock 'n Play -- some people
22   put it on counters or on tables and some people on
23   the floor. Like where you -- did you typically have
24   it on the ground, or did you have it, I'm sorry, on
25   a level or a piece of furniture --

Page 75

1    A. On the ground.
2    Q. -- or both?
3    A. On the ground.
4    Q. Okay. And did you sometimes like sit on the
5   ground next to █████ while she was in the Rock 'n
6   Play?
7    A. I would sit on the couch next to her in the
8   Rock 'n Play, but not the ground.
9        MS. COHEN: We have been going for, I
10   think -- well, it's only been an hour -- it's been
11   an hour and a half, but I do want to check with you
12   and see how you're holding up. Does anyone need a
13   stretch break or anything? Just let me know, or if
14   you want to keep plowing, I'm happy to do that, too.
15        THE WITNESS: Can I take a break?
16        MS. COHEN: Yeah.
17        THE VIDEOGRAPHER: Okay. One second, guys.
18   We are going off the record at 10:56 a.m. This will
19   be the end of media unit number one.
20        (WHEREUPON, a short break was taken from
21        10:56 a.m. to 11:06 a.m.)
22        THE VIDEOGRAPHER: We are going back on the
23   record at 11:06 a.m. This will be the beginning of
24   media number two.
25    Q. BY MS. COHEN: So we are back on,

Page 76

1   Ms. Courkamp, after a short break. We will kind of
2   keep plowing through, if that's okay with you?
3    A. That's okay.
4    Q. We talked about your birthday before -- and
5   it looks like you would have turned 21 in October of
6   2014; right?
7    A. Yes.
8    Q. So you were not of drinking age, obviously,
9   until after █████ passed away?
10    A. Yes. That's correct.
11    Q. So I take it you were not consuming alcohol
12   during her -- you know, during her life?
13    A. That's correct.
14    Q. And probably did not drink or smoke or do
15   any drugs during her pregnancy, I take it?
16    A. Yes, I did not.
17    Q. Now, Andrew, his birth date was September
18   '94, so he was like a year older than you?
19    A. A year younger.
20    Q. Sorry. A year younger than you. I got that
21   backwards. A year younger than you. So he
22   obviously wasn't -- was not of drinking age, either,
23   during the time that █████ was alive; correct?
24    A. Correct.
25    Q. But you do know that he was drinking alcohol

Page 77

1  in the house?

2      A.  Yes.

3      Q.  Correct?

4      A.  Yes.

5      Q.  And you saw him drink -- you saw him

6  drinking around you; correct?

7      A.  No.

8      Q.  You never saw him drinking?

9      A.  It was never around me.  I knew he drank,

10  but I was never a drinker, so it was never around

11  me.

12      Q.  Did you know -- did you notice in his

13  apartment where you stayed the night that ▮ died

14  that he had alcohol, beer cans around, things like

15  that?

16      A.  Yeah.

17      Q.  Okay.  And do you know whether he ever drank

18  while he was taking care of Zo▮

19      A.  No.

20      Q.  Do you know whether -- how many DUI's he's

21  had in his life?

22      A.  No, I don't know.

23      Q.  Do you know how many he had at the time that

24  you were together in 2014?

25      A.  No, I don't know.

Page 78

1      Q.  But, again, if the question was asked to

2  Mr. Olson, you know, do you drink -- the accurate

3  answer would be -- do you drink alcohol?  The

4  accurate answer would be yes; right?

5          MS. SCHRINER:  Form, foundation.

6      Q.  BY MS. COHEN:  Let me ask -- let me ask --

7  let me withdraw that.

8          You were aware that he was drinking --

9  consuming alcohol back in 2014; correct?

10      A.  Yes.

11      Q.  And if someone asked him the question do you

12  drink alcohol, again, back in 2014, the accurate

13  answer would be yes; right?

14          MS. SCHRINER:  Form, foundation.

15          THE WITNESS:  I mean, I think so.  I don't

16  know how to answer that.

17      Q.  BY MS. COHEN:  Let me just flip through a

18  couple more things in Exhibit 1 so we can put it

19  aside for good.  While we have this out, on Exhibit

20  1, if you don't mind, and that is the

21  interrogatories, and page 5, Interrogatory 4.  This

22  question is about Zoey's health conditions and it

23  talks about shortly after Z.O.'s birth Z.O.

24  underwent an echocardiogram.  The results were

25  normal.  Do you recall that happening?

Page 79

1      A.  I remember at the hospital they mentioned

2  they had to do one more test and that everything was

3  fine.  That's all I remember.

4      Q.  Did you and Dr. Cleary ever talk after that

5  about any cardiac or heart conditions or any issues

6  like that?

7      A.  No.

8      Q.  Did that ever come up in any of her baby

9  visits that followed her coming home?

10      A.  No.  He always said that she was perfectly

11  healthy.

12      Q.  Did you ever describe her as having a heart

13  murmur?

14      A.  No, not that I remember.

15      Q.  Do you know why Andrew's parents would have

16  told the police that she had a heart murmur?

17          MS. SCHRINER:  Form, foundation.

18          THE WITNESS:  No, I don't.

19      Q.  BY MS. COHEN:  There was a discussion in the

20  police records about whether she had a heart issue

21  because the heart didn't close properly or fully at

22  the time of birth.  Were you aware of that at all?

23      A.  No, I don't remember that.

24      Q.  I think David Olson, Andrew Olson's father,

25  was talking to the police about her having a --

Page 80

1  let's see.  A heart closure issue.  Is that

2  something that you were aware of?

3          MS. SCHRINER:  Form, foundation.

4          THE WITNESS:  No.  I mean, when she was born

5  I remember they mentioned that she -- they needed to

6  do -- what is it -- an ultrasound or something again

7  before she could go home, and then they did it and

8  she was fine, and we went home.

9      Q.  BY MS. COHEN:  Did Andrew's parents ever

10  take care of Z▮ alone, in other words, without you

11  present?

12      A.  Just for like an hour or so when I was at

13  work, but, no.

14      Q.  And was that something that happened like

15  regularly, or are you saying one hour, a total of

16  one hour from time to time?

17      A.  Like one hour from time to time.  When I

18  worked, the majority of time my parents would watch

19  her.

20      Q.  And then every now and then David and Sarah

21  Olson would take care of her?

22      A.  Yeah, if my parents were unavailable.

23      Q.  In your discovery responses you talk about

24  having a Facebook page and an Instagram account.  Do

25  you still have those same social media accounts and

Page 81

1  a Facebook page under your name, an Instagram under
2  mamakayys, K-A-Y-Y-S?
3        A.  Yes.
4        Q.  Do you have any other social media now that
5  you've started since then?
6        A.  No, I don't.
7        Q.  Do you Tweet at all?
8        A.  No.  I don't even know how to.
9        Q.  I won't make any Presidential jokes.
10          And I know that you post some about,
11  obviously, the loss of your daughter earlier in
12  time.  Did you at any point like participate in any
13  group discussions or groups like grief groups or
14  moms who lost babies, anything like that beyond
15  your -- beyond your Facebook and beyond your
16  Instagram?  Did you like join any chat rooms or,
17  again, groups of women talking about loss of
18  children, anything like that?
19        A.  Yes.  On -- there is a couple different
20  Facebook pages about -- one is like child loss and
21  one is infant loss.
22        Q.  And so those were obviously through
23  Facebook.  Anything outside of Facebook or Instagram
24  that you can think of?
25        A.  No.

Page 82

1        Q.  For your boys, your sons, have you used
2  anything -- not the Rock 'n Plays, specifically, but
3  anything like that that is, you know, some kind of a
4  product that's not a crib and not a Rock -- not a
5  car seat?  Do you use anything like that with the
6  boys?
7        A.  No.
8        Q.  Have you?
9        A.  No.
10        Q.  Have you had any swings that you've used
11  either with Z█ or with the boys, like a Grayco
12  swing, anything like that?
13        A.  I had like a bouncer.
14        Q.  Do you know who made that, which company?
15        A.  No, I don't.
16        Q.  And I apologize if I asked.  I just want to
17  make sure I cover this.  I know before -- before
18  Zoey's death you never had any communications with
19  my clients, Fisher-Price and Mattel, in other words,
20  you never wrote to them or called them or looked at
21  their website; is that fair?
22        A.  Yes.  That's correct.
23        Q.  And since Zoey's death, have you had any
24  communications where you've called them or
25  communicated with them, written them letters or

Page 83

1  anything like that?
2        A.  No, I have not.
3        Q.  Have you communicated at all with the CPSC,
4  which is a regulatory agency, the Consumer Product
5  Safety Commission?  Have you had any discussions
6  with them?
7        A.  No, I have not.
8        Q.  Have you talked to the press at all about,
9  you know, Z█ or the Rock 'n Play or anything like
10  that?
11        A.  No, I haven't.
12        Q.  It sounds like basically your communications
13  about my clients or the Rock 'n Play have all been
14  with your attorney, attorneys?
15        A.  Yeah.
16        Q.  And as between you and Mr. Olson, did one of
17  you have the idea about filing a lawsuit first, or
18  were you -- or did one of you come to the idea
19  first?
20        A.  No.  Neither of us.
21        Q.  Neither one of you did?
22        A.  Yeah, no.
23        Q.  Was it a family member who suggested it to
24  you?
25        A.  It was a friend.

Page 84

1        Q.  And who was that friend?
2        A.  Megan Lee.
3        Q.  In Arizona or Colorado?
4        A.  Arizona.
5        Q.  Do you remember when it was that she
6  suggested you look into a lawsuit?
7        A.  In 2019.
8        Q.  And do you remember what she told you?
9        A.  She just said that my mom -- because her mom
10  works, I don't know, somewhere in the field and just
11  said that I should reach out to these attorneys and
12  see if it was something I felt like doing.
13        Q.  And do you remember what prompted her to do
14  that?  Was it something that was going on with you
15  or something that -- communication that prompted her
16  to do that?
17        A.  Her mom just saw the recall and said that
18  maybe that's something that we should look into,
19  yeah.
20        Q.  She knew that you had a Rock ' Play; is that
21  right?
22        A.  Yeah.
23        Q.  Is she a good friend?
24        A.  Yeah.
25        Q.  She obviously knew that you had the product

Page 85

1  when she saw the recall and made some connection?

2      A.  Yeah.  She was my best friend.  We worked

3  together, so --

4      Q.  And then her mom.  You said her mom is in

5  the field.  Does that mean the field of law or --

6      A.  I think.  I'm not exactly sure what her mom

7  does, but I think it's in the field somewhere.

8      Q.  Got it.  So it was your friend's mom who

9  recommended that you speak with these attorneys?

10     A.  Yeah.

11     Q.  Are there any -- other than, again, you've

12  produced a number of items, and we will look at some

13  of them today.  You produced a journal that looks

14  like your dog chewed part of it; is that right?

15     A.  Yeah, a puppy.  The puppy kind of attacked

16  it.

17     Q.  I got a kick out of that being a big dog

18  person and having seen a number of my shoes chewed

19  up.  I was looking at that last night.

20        Are there any other things -- and, again,

21  you know, you through your counsel have shared

22  Facebook posts, Instagram posts, a journal that some

23  puppy chewed.  Is there anything else that you think

24  you have, in other words, writings or notes or

25  anything that relate to Baby ▓▓▓ that you haven't

Page 86

1  shared yet?

2      A.  I mean, not writing of notes.  I mean, I

3  have like a little -- like a safe box that just has

4  memories and stuff in it, but not writing or

5  anything like that.

6      Q.  And obviously you guys have shared photos

7  and videos and the PowerPoint from her funeral, as

8  well.  I'm just wondering, you know, sometimes

9  people -- things come up during deposition that

10  remind them of something.  You can't think of any

11  other writings or anything like that?

12     A.  No.

13     Q.  What about would you taken any notes at the

14  birthing class that you went to that you described

15  at Banner where SIDS came up?  Is that -- are you a

16  person that takes notes, those types of things?

17     A.  No, I'm not a notetaker.

18     Q.  Okay.  And you haven't had any -- did you

19  take any notes to yourself at any doctor visits like

20  with Dr. Cleary or anything where he would say

21  something and you would write it down?

22     A.  No.

23     Q.  And I know I mentioned a little bit ago that

24  after you were sort of involved in the lawsuit than

25  looking at the complaint -- they are called

Page 87

1  complaints that are filed, and I think you have --

2  we are up to the Second Amended Complaint, there is

3  a Complaint, an Amended Complaint, Amended and

4  Redacted Complaint, Plaintiff's Second Amended

5  Redacted Complaint.  Is it fair to say that you were

6  not part of like drafting those or reviewing

7  those?

8      A.  Yeah.  Correct.  I was not a part of that.

9      Q.  And, again, I can pull this out, if we need

10  to, but there are pictures in the Second Amended

11  Complaint of the boxes, the Fisher-Price Rock 'n

12  Play boxes and stuff.  I take it you don't have any

13  recollection of seeing those; correct?

14     A.  Correct, I don't.

15     Q.  You don't have any recollection of seeing

16  any advertising about Rock 'n Play sleepers;

17  correct?

18     A.  Correct.

19     Q.  Do you know whether you have currently any

20  Fisher-Price or Mattel products that you're using

21  with your boys?

22     A.  I know we had a bouncer.  I think it was

23  like a bouncer or maybe it was a jumper that was

24  Fisher-Price, but other than that, they might have

25  toys that are Fisher-Price.  I never really paid

Page 88

1  attention to the brand.  I just buy the toy for

2  them, so --

3      Q.  Do you still have the bouncer?

4      A.  No, I don't.

5      Q.  Did they get too big for it?

6      A.  Yeah.  Yeah.

7      Q.  Not that you threw it out of your house

8  because it was a product; right?

9      A.  Yeah, no.  They just got too big for it.

10     Q.  Okay.  And even sitting here today in 2020,

11  you still haven't seen the Rock 'n Play box, to your

12  knowledge; correct?

13     A.  Correct.

14     Q.  And you still haven't seen any

15  advertisements; correct?

16     A.  Correct.

17     Q.  I think you said -- did you tell me before

18  that you didn't know the address of the daycare

19  center where ▓▓▓ went, the Valley Child Care

20  Learning Center, or did I miss that?

21     A.  Yeah.  I don't know the address.  I just

22  know the cross streets.

23     Q.  Okay.  Would it be the same one, again, the

24  same address where you worked?

25     A.  Yes.

Page 89

1 Q. I will just read that to you because earlier
2 in the discovery it looks like it says 51st and
3 Union Hills, Glendale, Arizona. Is that the one?
4 A. Yes. That's the one.
5 Q. Was there a particular person there who took
6 care of Z███ or was it just whoever happened to be
7 there?
8 A. I mean, there was a person that was
9 designated for that room. I don't remember who it
10 was, though.
11 Q. I'm going to go ahead and mark a few
12 additional items while I'm talking about them. I
13 will pull out your journal and let's mark it as an
14 exhibit. I just want to pull that one out and we
15 will mark this Exhibit 4. This will be your
16 journal. I just want to have you verify a few
17 things about this so we can get it marked.
18      MS. COHEN: And, Aaron, you probably have
19 that there?
20      MR. LLOYD: Yes.
21      MS. COHEN: Tab 17 in your binder?
22      MR. LLOYD: We are going to mark it?
23      MS. COHEN: Yeah, please. It will be
24 Exhibit 4.
25      (Deposition Exhibit No. 4 was marked for

Page 90

1 identification.)
2 Q. BY MS. COHEN: Do you still have the same
3 dog?
4 A. Yeah. My ex has the dog, yeah. It's a
5 St. Bernard, so --
6 Q. Oh, my God. I love them. I'm so jealous.
7 I am a big dog freak.
8      So this will be Exhibit 4 which, I guess,
9 you have in front of you and Ms. Schriner has,
10 probably, by now and hopefully the court reporter.
11 Just a few questions. Do you remember when -- and
12 this is COU, this is the numbers at the bottom, 2086
13 to 2104 -- or, no, 2105. Do you remember when you
14 started journaling or keeping this journal?
15 A. When she passed away. Like very shortly
16 after.
17 Q. Okay. So this is something that you
18 started -- you just kept kind of as a way to express
19 your grief and your feelings?
20 A. Yeah.
21 Q. Other than this, is this the whole journal
22 that you kept or, in other words, are there other
23 journals you keep, or is this the only one?
24 A. That's the only one.
25 Q. Do you know when you stopped keeping it?

Page 91

1 A. No, I don't.
2 Q. Did anyone ask you to -- or suggest you keep
3 it, or was it something you did on your own?
4 A. It's something I did on my own. No one
5 really even knew I had it besides the kid.
6 Q. Yeah. And so did you keep this, you're
7 saying, with -- when you were married to
8 Mr. Sersig?
9 A. Yes.
10 Q. I'm picking up on that. So he's the
11 St. Bernard owner?
12 A. Yeah.
13 Q. Okay. And that was in 2016. Am I
14 remembering that right?
15 A. Yes.
16 Q. When did you start -- so we know that Z███
17 passed away in June of 2014 and we know that you
18 started dating him in 2016 -- or you started dating
19 him in 2016 or married him in 2016?
20 A. We got married in 2016. We started dating
21 in 2015.
22 Q. So it was about a year later that you and he
23 were dating?
24 A. Yeah.
25 Q. And does that give a sense of when you were

Page 92

1 writing this then, approximately a year later?
2 A. Well, I was writing this when Z███ passed
3 away, like right after.
4 Q. Okay. Oh, I get it. And I see some dates
5 on this. 7/19/14 is in there, as well?
6      What is Mr. Sersig's name, first name?
7 A. Timothy.
8 Q. We can put that aside.
9      And then just -- I'm sorry to keep asking
10 you these dates, but, Mr. Courkamp, when did you
11 start dating him?
12 A. June of 2017.
13 Q. When did you stop -- when did you get
14 divorced from Mr. Sersig?
15 A. May of 2017, but we split when I was
16 pregnant with Declan.
17 Q. Okay. The divorce was official in May?
18 A. Yeah.
19 Q. And -- but you had split earlier?
20 A. Yes.
21 Q. How much earlier, if you know?
22 A. July of 2016, probably.
23 Q. While you were pregnant with Declan?
24 A. Yeah.
25 Q. Does he share custody of Declan with you?

Page 93

1  A. Well, court order he's supposed to, but he
2 does not see Declan.
3  Q. And then, again, you got together with
4 Mr. Courkamp, and what was Mr. Courkamp -- that was
5 Lemuel. Lemuel in June of 2017.
6  A. Yes.
7  Q. And you two are still together; right?
8  A. Yes.
9  Q. Happily married?
10  A. Yeah.
11  Q. Okay. Do you know if Mr. Olson is married
12 to anyone else today?
13  A. No, he's not.
14  Q. Is he living with anybody else; do you know?
15  A. No, he's not.
16  MS. COHEN: We have -- so we marked your
17 journal. Got that taken care of. Let's look at --
18 let's see. I think there was some Facebook pages
19 posted that will get marked. And this will be
20 Exhibit -- this will be 15 in the binder there,
21 Aaron?
22  MR. LLOYD: Yeah. We will mark them.
23  (Deposition Exhibit No. 5 was marked for
24  identification.)
25  MS. COHEN: Everybody have them now?

Page 94

1  MR. LLOYD: Yes.
2  Q. BY MS. COHEN: So in your -- let's see. In
3 Exhibit 2, just to orient us -- you know, one of the
4 questions we asked was for the plaintiff, that would
5 be you and Mr. Olson, to produce to us any social
6 media information related to the case, and so the
7 response was plaintiffs will produce posts and
8 information and cited two pages, let's see, COU_1071
9 to 1094 and 1211 to 1260. So this is the first --
10 this is 1071 to 1194. I just want to confirm that
11 these are your posts?
12  A. Yes.
13  Q. And are these from Facebook as well as
14 Instagram?
15  A. I believe they are from both. They should
16 be from both.
17  Q. If you look at the back part, it's probably
18 the Instagram part. Do you see that?
19  A. Yeah. That's Instagram.
20  Q. And these were produced to us. Have you
21 done any other postings related to Z▮▮▮ or you
22 think this covers this?
23  A. I mean, like since I have given these, yeah.
24 I post about her all the time, so --
25  Q. Okay.

Page 95

1  MR. LLOYD: Lori, tab 16 is the Instagram
2 post, as well, so we might want to mark those.
3  MS. COHEN: 16?
4  MR. LLOYD: Yeah, 16.
5  MS. COHEN: Okay. Yeah. Yeah, that's
6 the page. Okay. We can put this aside now that we
7 have you verifying them quick. One moment.
8  Before we move off of this, I do want to
9 just ask you to flip to page -- let's see. 1142, if
10 you don't mind.
11  MS. SCHRINER: Lori, did you say 11 --
12  Q. BY MS. COHEN: Showing you a picture of
13 Andrew feeding Z▮▮ -- I'm sorry. You are having
14 trouble finding the page?
15  A. Yeah.
16  MS. SCHRINER: It's going to be pretty far,
17 like towards the back.
18  MS. COHEN: Yeah. It's kind of hard to see.
19 I'm sorry. It should be in the bottom little corner
20 there.
21  THE WITNESS: I'm there.
22  Q. BY MS. COHEN: That's Andrew?
23  A. Yes, that's Andrew.
24  Q. And that's out at a restaurant, I guess?
25  A. Yeah. That's at Cracker Barrel on Father's

Page 96

1 Day right before she passed away.
2  Q. Okay. And then the next page, 1143, I'm
3 just going to ask you about that, what that is in
4 the picture. Is that a -- what is that product or
5 that -- is that like a rocker or --
6  A. It's a bouncer that she had.
7  Q. Bouncer?
8  A. Yeah.
9  Q. Okay. And do you know who makes that
10 bouncer?
11  A. I'm not sure. I think it was Fisher-Price,
12 but --
13  Q. Do you have any pictures, do you know, of
14 Z▮▮ in the Rock 'n Play?
15  A. Not that I know of, no.
16  MS. COHEN: We can put this batch aside.
17  And then, Aaron, let's look at 16 and mark
18 that as exhibit -- let's see. Exhibit 6 now.
19  MR. LLOYD: Yes.
20  (Deposition Exhibit No. 6 was marked for
21  identification.)
22  Q. BY MS. COHEN: Is that another set of your
23 Instagram posts?
24  A. That one is Facebook, but there is Instagram
25 in here.

Page 97

1   Q. Is it Instagram or Facebook in here?

2   A. It's both, from what I see.

3   Q. All right. Okay. And I take it the posts,

4   the ones that you do for yourself, you don't have

5   like somebody that posts for you; right?

6   A. Yeah. That's correct. I do it myself.

7   Q. Do you know whether Andrew is somebody who

8   posted on social media at all?

9   A. When we were together he wasn't big on

10  posting.

11         MS. COHEN: And let's -- while we are doing

12  this, let's pull out, I guess, tab 18 in our binder.

13         Aaron, let's go ahead and mark it, get that

14  marked. And I believe this is the PowerPoint from

15  the funeral.

16         (Deposition Exhibit No. 7 was marked for

17         identification.)

18   Q. BY MS. COHEN: And is this something you put

19  together, Andrew put together, or both of you?

20   A. We did it together.

21   Q. We can put that aside now that we have that

22  marked, as well.

23         Have you ever posted anything on any social

24  media on Fisher-Price or Mattel or the Rock 'n Play?

25   A. No, I have not.

Page 98

1   Q. And, again, to your knowledge, do you think

2   that you have any pictures of Z█ taken while in

3   any of the Rock 'n Plays that you had? I guess the

4   two that you mentioned, the pink one and then the

5   other one?

6   A. Not to my knowledge.

7   Q. The Rock 'n Play, we started talking about

8   this a little bit earlier, how you obtained it as a

9   gift, and I will have him pull out the next exhibit

10  which will be -- this is No. 7 now in our set, but

11  this is a set of pictures that were produced by your

12  counsel.

13         MS. COHEN: This will be 20, Aaron.

14         MR. LLOYD: Okay.

15         (Deposition Exhibit No. 8 was marked for

16         identification.)

17         MS. COHEN: No. 8 is 20 in our set, Aaron?

18         MR. LLOYD: That's correct.

19         MS. COHEN: The photos. God, the numbers

20  are small. Oh, my gosh. 5563, I think it is at the

21  bottom. I'm really testing my bad eyes. I don't

22  know what the last number is, but maybe Aaron has

23  better -- younger, better eyes than I do, but,

24  anyway, are they in front of you now there?

25         So I will just state on the record that

Page 99

1   these are photos that were taken at your attorney's

2   office of the -- is this your -- your understanding

3   this is the Rock 'n Play that you had with █ that

4   she was found in on June 19th, 2014?

5   A. Yes. This is her Rock 'n Play.

6   Q. I want to just go to -- let's see. One,

7   two, three, four -- about five or six pages in, if

8   you can flip to that part. Tell me when you get

9   there.

10   A. I think I'm at the right picture.

11   Q. Yeah. Hold it up. I think that's right. I

12  can sort of see it there. Yeah.

13         So that was sort of on the end of the Rock

14  'n Play, right, that you had?

15   A. Yes.

16   Q. And that was, as you can see there, it's

17  called a warning on that. Do you see that?

18   A. Yes.

19   Q. That's something that you had seen on the

20  Rock 'n Play; correct?

21   A. Yes.

22   Q. And I take it when you would wipe it down or

23  move it or carry it you would have a chance to see

24  this warning; correct?

25   A. Yeah. Correct.

Page 100

1         MS. COHEN: Let's pull out, if you can,

2   Aaron, the -- well, you can see, actually, a --

3   further in here it's on page 55 -- I don't know. I

4   can't really see the number. 5562, maybe.

5         Aaron, maybe we can pull out and use the

6   sheet, the blowup one, the extra one and mark it as

7   the next exhibit, Aaron --

8         MR. LLOYD: Yes.

9         MS. COHEN: -- to make it easier.

10         (Deposition Exhibit No. 9 was marked for

11         identification.)

12   Q. BY MS. COHEN: And that's a blowup version

13  of what was in your -- the set of photos from your

14  counsel there, and this is, again, the warning that

15  you've seen before, correct?

16   A. Yeah.

17   Q. And I just want to go through a couple of

18  these with you and read, again, on -- I guess

19  obviously the right side is different language, so

20  we don't have to focus on that part, but the left

21  side seems to be our English language. And let's

22  see. I take it you never saw this warning and said,

23  you know, let me call up Mattel, Fisher-Price and

24  ask questions about what it means; correct?

25   A. Correct.

Page 101

1    Q.  And do you know if you and Andrew like
2    discussed this warning together ever?
3    A.  No.  I mean, we looked at it.  It's a
4    standard warning that's on car seats and cribs and
5    it's the same thing.
6    Q.  And you had seen warnings like this before;
7    right?
8    A.  Yeah.
9    Q.  And I'm sure the car seats that your boys
10   are in now have warnings like this?
11   A.  Yeah.
12   Q.  Like the cribs, all the cribs that your kids
13   have had?
14   A.  Yeah.  They all have warnings on them.
15   Q.  So this was not something like -- something
16   unusual for you to see; correct?
17   A.  Correct.
18   Q.  And it says at the top:  Failure to follow
19   these warnings and the instructions could result in
20   serious injury or death, and you had seen that part;
21   right?
22   A.  Yes.
23   Q.  And then it says, number one, always use the
24   restraint system.  Do you see that?
25   A.  Yes.

Page 102

1    Q.  And that's a direction that you're familiar
2    with, not just from the Rock 'n Play, but also from
3    car seats; right?
4    A.  Yes.
5    Q.  And you understood that it was -- this was
6    an absolute warning, absolutely important to use the
7    restraint system; correct?
8    A.  Yes.
9    Q.  And then it says always use the pad provided
10   which includes the restraint.  You understood that;
11   correct?
12   A.  Yes.
13   Q.  And never add a mattress, pillow, comforter
14   or padding.  You understood that, as well?
15   A.  Yes.
16   Q.  And suffocation hazards.  Infants can
17   suffocate in gaps between an extra pad and the side
18   of the product on soft bedding; correct?
19   A.  Yes.
20   Q.  And then -- let's see.  It says fall hazard,
21   the next part, and I assume you read this part, as
22   well; correct?
23   A.  Yes.
24   Q.  It says:  To prevent falls, do not use this
25   product when the infant begins to push up on hands

Page 103

1    and knees, can pull up or sit unassisted, and I will
2    just stop there on that first phrase.  Now, in June
3    of 2014 -- by June of 2014, ▓▓▓ was beginning to
4    push up on her hands and knees; right?
5    A.  I mean, she tried, but she wasn't like
6    crawling or anything.
7    Q.  But she could do some -- I think some of the
8    medical records talk about pushing up.  I assume you
9    agree she could do that at the time; right?
10   A.  Yeah.
11   MS. SCHRINER:  Form.
12   Q.  BY MS. COHEN:  And it says can pull up.  Was
13   she able to pull up at that time?
14   MS. SCHRINER:  Form.
15   THE WITNESS:  No, not that I remember.
16   Q.  BY MS. COHEN:  I'm sorry.  Make sure I heard
17   you.  You don't believe she was able to pull up yet
18   at that point; is that what you're saying?
19   A.  Yeah.  I don't remember her being able to.
20   Q.  Okay.  And if any of the medical records
21   suggest otherwise, would you defer to those and the
22   doctor?
23   MS. SCHRINER:  Form.
24   THE WITNESS:  What do you mean?
25   Q.  BY MS. COHEN:  We will pull up the medical

Page 104

1    records and see what they say about that.  I'm just
2    wondering, do you remember either way whether she
3    could pull up, or you're not sure whether she could
4    or not?
5    A.  I don't believe she could.  I don't
6    remember.  Most times like I stood her on the couch
7    to like stand herself up.  I didn't -- she didn't do
8    it herself.
9    Q.  Okay.  I'm not getting my thing anymore.
10   And then she could sit up unassisted at that point;
11   correct?
12   A.  Yeah.
13   Q.  And I take it she had -- so you agree that
14   she could push up -- she could push up and could sit
15   unassisted, but you don't believe she could pull up
16   yet; is that fair?
17   A.  Yeah.
18   MS. SCHRINER:  Form.
19   THE WITNESS:  Yes.
20   Q.  BY MS. COHEN:  And she had not reached 25
21   pounds yet; right?
22   A.  No.  She was 13 pounds.
23   Q.  And then further down, it's the last couple
24   of bullet points, it says:  To reduce the risk of
25   Sudden Infant Death Syndrome, SIDS, pediatricians

Page 105

1  recommend healthy infants be placed on their backs
2  to sleep unless otherwise advised by your physician.
3  That was something you were aware of; right?
4        A. Yes.
5        Q. And always provide the supervision necessary
6  for the continued safety of your child. I'm sure
7  you were aware of that; correct?
8        A. Yes.
9        Q. And when used for playing, never leave the
10 child unattended. I assume you were aware of that,
11 as well; right?
12       A. Yes.
13       Q. Nothing in these warnings that you disagree
14 with; correct?
15       MS. SCHRINER: Form.
16       THE WITNESS: Correct.
17       Q. BY MS. COHEN: And you understood that,
18 again, it was important to follow these warnings;
19 correct?
20       A. Yes.
21       Q. And you understood that the top part says:
22 The failure to follow warnings and the instructions
23 could result in serious injury or death; correct?
24       A. Correct.
25       Q. So we can put that one aside, as well.

Page 106

1        Did -- and I may have asked this already,
2  but did Andrew have any -- to your knowledge, any
3  health issues other than his -- I think you said he
4  had a sore knee that he was taking -- that he was
5  using the marijuana for. Do you know whether he had
6  any other health problems at the time you were with
7  him?
8        MS. SCHRINER: Form.
9        THE WITNESS: Not that I'm aware.
10       MS. SCHRINER: Form, foundation.
11       Q. BY MS. COHEN: Do you feel like you had,
12 Ms. Courkamp, a healthy pregnancy with Zo    in
13 other words, you felt good?
14       A. Yeah. I had a healthy pregnancy with her.
15       Q. Did you feel like -- did you have any
16 complaints or -- out of the -- you know, I know that
17 you've been pregnant now -- I know you had two other
18 babies. Anything that felt out of the ordinary in
19 terms of how you carried Z    or how you felt?
20       A. No.
21       MS. COHEN: Okay. We will look at a couple
22 of medical records just really quickly and mark
23 them.
24       Aaron, I think this will be eight.
25       MR. LLOYD: Yeah.

Page 107

1        MS. COHEN: I'm sorry. Right in our binder,
2  but it will be number 10; is that right?
3             (Deposition Exhibit No. 10 was marked for
4             identification.)
5        Q. BY MS. COHEN: And these records are from
6  the Mountain View Medical Group in Colorado Springs,
7  Colorado. Did you go back to them again for --
8  after -- for your boys, as well, or was this just
9  with Z    that you went to this group?
10       A. I don't remember the group, so I would say
11 just for Zo
12       Q. Okay. And I think you told me earlier you
13 didn't really remember the specific doctor that you
14 saw there; is that right?
15       A. Yeah. That's correct.
16       Q. Do you have any recollection at all of going
17 to this group or any of the details of it?
18       A. I mean, I remember seeing a doctor when I
19 first got pregnant with her in Colorado Springs. I
20 only went to one doctor when I was pregnant in
21 Colorado Springs.
22       Q. Okay. And this is -- I think this was,
23 again, the first pregnancy or prenatal visit. You
24 can turn to page 2337 on the bottom corner. And
25 this is just describing the prenatal visit. I just

Page 108

1  want to ask you a couple questions about that. It
2  says 19-year-old female who is in for prenatal visit
3  and talks about broke up with boyfriend. May be
4  relocating to Arizona to be with mother. And so is
5  that referring to you and Andrew at the time?
6        A. Yes, it is.
7        Q. At this time you were working, I think, in
8  Colorado at Subway; is that correct?
9        A. Yes, it is.
10       Q. This talks about your -- 2335, on your past
11 surgical history, wisdom teeth and breast
12 augmentation. Are those your only two -- other than
13 childbirth, are those your only two surgical --
14 surgeries in your life?
15       A. Yes.
16       Q. I'm just looking for one thing. One minute.
17       Okay. So we can put this one aside for now,
18 you guys.
19       Then it looks like you went to Dr. Cleary's
20 office next. You then went to Dr. Cleary back in
21 Arizona after that; is that right?
22       A. Yes, that is right.
23       Q. Okay. So you transitioned when you moved
24 and we will just mark -- I know we have -- I want to
25 make sure I'm using the right set here. We have

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 30 of 94

Deposition of Kathleen Courkamp                                    Page: 28 (109 - 112)
10/21/2020                                              Courkamp, Kathleen vs. Fisher-Price, Inc.

---

Page 109

1  stuff from the facility and such that comes from
2  you, and I think they probably match up and I don't
3  really want to double mark them, necessarily.
4      MR. LLOYD:  So, Lori, I can help you with
5  that.  The plaintiff produced set has a few
6  additional pages that for some reason the facility
7  couldn't produce to us or didn't produce to us, so I
8  believe the plaintiff produced set is the more
9  fulsome set.
10     MS. COHEN:  Okay.  We will just use the
11 plaintiff produced set.  I'm sure that will make
12 Ms. Schriner happy, too, to keep it easy there.
13     MS. SCHRINER:  Whatever you want to mark.
14     MS. COHEN:  What's that?
15     MS. SCHRINER:  I said whatever you want to
16 mark, it's up to you.
17     MS. COHEN:  Okay.  All right.  So this is
18 Exhibit 11 and then it's binder tab 10, Aaron.
19     MR. LLOYD:  Yes.
20     MS. COHEN:  Go ahead and mark that.
21         (Deposition Exhibit No. 11 was marked for
22         identification.)
23     Q.  BY MS. COHEN:  And you were obviously under
24 the name Kathleen Lawton at the time still?
25     A.  Yes.

---

Page 110

1      Q.  Okay.  Do you remember how far along you
2  were in your pregnancy when you moved from Colorado
3  to Arizona?
4      A.  Maybe around three months.  Somewhere around
5  that range.  I know I didn't know the sex of the
6  baby until I was in Arizona, so --
7      Q.  Okay.  Got it.  It looks like -- let's see.
8  I have to find the date when you first started going
9  here, but you haven't had a chance to look at these
10 records, I take it; right?
11     A.  Correct.  I have not.
12     Q.  And I take it you were not ever on bed rest
13 during this pregnancy?
14     A.  Yeah.  I was not on bed rest at all.
15     Q.  And had you known Dr. Cleary before you came
16 back and started seeing him for the pregnancy?
17     A.  Yes.  He gave birth -- he delivered me as a
18 baby, so he's my doctor.
19     Q.  He was your pediatrician?
20     A.  Yeah.
21     Q.  So he treated you as your pediatrician
22 growing up.  Did you see him all the way through,
23 you know, when you moved to Colorado and then when
24 you came back, as well?
25     A.  Yeah.  He's always been my family doctor.

---

Page 111

1      Q.  Is he still practicing, do you know, now?
2      A.  He just retired a couple months ago, but,
3  yeah, he was.
4      Q.  He delivered you and Zo█████
5      A.  Yeah.  He delivered my brothers and then me
6  and Zo███
7      Q.  It looks like you first started going to
8  Dr. Cleary in the early spring, maybe in March or
9  so, if that makes any sense.  Does that sound about
10 right?
11     A.  Around that time somewhere.
12     Q.  Okay.  Let's look at next the Phoenix
13 Baptist record.  I wanted this marked.  So you --
14 obviously you delivered at Phoenix Baptist by
15 Dr. Cleary; right?
16     A.  Yes.
17     Q.  And then we probably do not have to mark her
18 records from Phoenix Baptist, but let's go ahead and
19 look at Z███'s records at Phoenix Baptist.
20     MR. LLOYD:  Okay.  Tab 12.
21         (Deposition Exhibit No. 12 was marked for
22         identification.)
23     Q.  BY MS. COHEN:  Exhibit 12 is the medical
24 records from Z███'s birth at Phoenix Baptist.  And I
25 take it, again, like the others, you have not had a

---

Page 112

1  chance to look these over; is that right?
2      A.  Yeah, that's correct.  I haven't.
3      Q.  Let's take a quick look at them.  Do you
4  recall -- I will just ask this question -- we can
5  try to find it -- that she was born with -- I guess
6  it was called TTN or transient tachypnea of the
7  newborn.  Does that diagnosis ring a bell to you?
8      A.  No, it doesn't.
9      Q.  You had not heard that term before, to your
10 knowledge?
11     A.  No.
12     MS. SCHRINER:  Form, foundation.
13     MS. COHEN:  What did we mark this one as,
14 you guys, the number?
15     COURT REPORTER:  It's No. 12.
16     Q.  BY MS. COHEN:  Okay.  All right.  And there
17 is a notation in reference to fluid on the lungs at
18 birth.  Do you recall hearing that?
19     A.  Yeah.  I remember when she came out they
20 said that she had fluid in her.
21     Q.  Okay.  And let's see.  If you can turn to
22 page 28 on this.  I have a couple questions on that.
23 Tell me when you're there.
24     A.  I'm there.
25     Q.  Okay.  Was this -- this was a -- do you

Page 113

1 remember -- and, again, I don't know if you remember
2 this specifically, but this was a chest x-ray and it
3 talked about findings are most consistent with
4 retained fetal lung fluid in the infant. Hazy
5 granular increased density. Do you recall hearing
6 any of those descriptions?
7    A. No. All I remember is, like I said, they
8 had said that she had fluid in her lungs and they
9 told me that it's fine, it's normal, it happens.
10    Q. And on the -- and you do remember there
11 being an echocardiogram done that was -- that I
12 think you said came back normal?
13    A. Yeah.
14    Q. And did you ever take her to see a pediatric
15 cardiologist or anything like that, any specialists
16 after this?
17    A. No.
18    Q. Do you recall whether you were given any
19 instructions from Dr. Cleary, you know, upon leaving
20 the hospital, any specific directions or
21 instructions about car seats or anything like
22 that?
23    A. No.
24    Q. I take it you don't have anything like that
25 that you've saved, you know, like you mentioned your

Page 114

1 box, but you don't have anything like discharge
2 instructions or anything like that?
3    A. No.
4    Q. Put those aside for just a moment. I'm
5 going to go back to exhibit -- really quick, Exhibit
6 11 which is the Mountain View records that were
7 sitting in front of you before, the Mountain View
8 Medical Group. Do you have those?
9         MR. LLOYD: I think that's Exhibit 10.
10         MS. COHEN: Oh, 10?
11         MR. LLOYD: Yeah. 10 is Mountain View.
12         MS. COHEN: Yeah. And do you have --
13 Exhibit 11 to Mountain View. Do you have that in
14 front of you? Sorry. It's confusing now.
15 Basically it's the one that's marked as Exhibit 11.
16         MS. SCHRINER: Mountain View is 10. 11, I
17 think, is -- I thought was Phoenix.
18         MR. LLOYD: 11 is Dr. Cleary's records. 10
19 is Mountain View.
20         MS. SCHRINER: Yeah.
21         MS. COHEN: You see that saying number --
22 it's Exhibit 10, Mountain View Group?
23         MR. LLOYD: Correct.
24    Q. BY MS. COHEN: If you can turn to page 1029
25 of that.

Page 115

1         MS. SCHRINER: Wait. That's with Exhibit
2 11.
3         THE WITNESS: I'm confused.
4         MR. LLOYD: Okay. Yeah.
5         MS. COHEN: Oh, okay.
6         MS. SCHRINER: Yeah. So 1029 on Exhibit 11,
7 I think, is what she's --
8    Q. BY MS. COHEN: Okay. So this -- so okay.
9 I'm getting corrected. This is -- this is actually
10 Dr. Cleary's records that actually has his Mountain
11 View records in it. Okay. So Exhibit 11, sorry.
12         All right. 1029 at the bottom. I should
13 always listen to Dawn. Sorry. And do you see that
14 page there?
15    A. Yes.
16    Q. Is that your handwriting?
17    A. Yes.
18    Q. Okay. And that was where I had referenced
19 earlier today. It looks like this is January 18,
20 2013, and down here the question was depression or
21 anxiety before your periods, and you said
22 frequently.
23         MS. SCHRINER: Form.
24    Q. BY MS. COHEN: Do you see that?
25         MS. SCHRINER: Form.

Page 116

1         THE WITNESS: I mean, I don't remember. I
2 have a hard time with birth control and that being
3 like a thing, so I don't know if that's what that
4 is.
5    Q. BY MS. COHEN: Do you recall how long you
6 were in the hospital?
7    A. With Zo█
8    Q. Yeah.
9    A. I don't recall.
10    Q. And so after -- let's see. After ██ was
11 born, is it fair to say that in terms of her medical
12 treatment she then started seeing Dr. Cleary as her
13 pediatrician?
14    A. Yes.
15    Q. And then other than Dr. Cleary, to kind of
16 round this out again, in her first eight-and-a-half
17 months she saw Dr. Cleary and then, also, she had
18 that one visit with -- at Banner in April, Banner
19 Medical Center, Banner Health?
20    A. Yes.
21    Q. And that basically covers her medical
22 treatment, if you will, when she was born. And then
23 when she came out of the hospital, Dr. Cleary has
24 got records and then also the Banner Health; is that
25 right?

Deposition of Kathleen Courkamp
10/21/2020

Page: 30 (117 - 120)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 117

1    A.  Yes.
2         MS. COHEN:  I'm going to pull out -- let's
3    do this.  Let's pull out the Cleary Pediatric
4    records for Zo▇ if we can.  That would be our
5    Exhibit 12 now.  Exhibit 13 to the deposition and,
6    Aaron, that would be tab 13 in our binder.
7         MR. LLOYD:  Yes.
8             (Deposition Exhibit No. 13 was marked for
9             identification.)
10    Q.  BY MS. COHEN:  Do you all have that in front
11   of you now?
12        MR. LLOYD:  We do.
13        THE WITNESS:  Yes.
14    Q.  BY MS. COHEN:  Okay.  Great.  So in terms of
15   her height and her length and her weight, what was
16   your understanding of, you know, her birth weight
17   and length and how it was on the scale, like was she
18   average, small, large?  Do you have any, I mean,
19   assessment by a physician on that?
20        MS. SCHRINER:  Form.
21        THE WITNESS:  No.
22    Q.  BY MS. COHEN:  Was she seven pounds, four
23   ounces at birth?
24    A.  Yes, she was.
25    Q.  Okay.  And I noticed that there is a

Page 118

1    notation that she was not breast fed; is that
2    right?
3    A.  Yes.  That's correct.
4    Q.  What about were the boys breast fed, or none
5    of them?
6    A.  None of them were.
7    Q.  Did the various visits -- and I'm looking at
8    like the first one on September 30th.  When she was
9    born that day, she was four days old.  It says here
10   four days old at visit on page 10.  Was Andrew with
11   you at -- I think you said at all the visits when he
12   wasn't working?
13    A.  Yes.
14    Q.  Her date of birth was the ▇; right?
15    A.  Yeah.  ▇▇▇▇▇▇.
16    Q.  So I guess this -- maybe this -- it's a
17   mistake here, but I guess maybe the first visit was
18   October 4th.  I'm going to try to jump us to the --
19   skip half of the labs and go to the first visit
20   here.  If you can flip the page kind of in backwards
21   order.  Page 37.  It's towards the back.  This gives
22   a birth weight of seven pounds, four ounces.  I
23   guess weight on this visit seven pounds, five
24   ounces.  Length of 20.  Does that ring a bell to
25   you?  Do you recall that?

Page 119

1    A.  Yeah.
2    Q.  So not much happening on the first visit.
3    It looks like everything is -- it says healthy
4    female and everything was in normal limits.
5         So if you go down to the part about age
6    appropriate education and guidance.  Do you see that
7    part, Ms. Courkamp?  Right there on mid page.
8    A.  Yes.
9    Q.  It says -- that indicates guidance given.
10   Supine sleep, meaning on back; right?
11    A.  Yes.
12    Q.  You understood that; right?
13    A.  Yes.
14    Q.  And then it says car seat rear facing.  That
15   was another direction you were given; right?
16    A.  Yes.
17    Q.  And that was October 4th, 2013.  So then we
18   can flip to the page -- it's actually the page
19   before, 36, which should be the one-month visit just
20   to see how she was coming along here.  And do you
21   have any specific recollection or memories of these
22   specific visits, or is it, you know, you're looking
23   at the records, but do you have any specific
24   recollection just thinking about them?
25    A.  No.  They are -- honestly, it's a blur.

Page 120

1    Q.  Okay.  And then, let's see, going to this
2    next page, it says under Nutritional Screen,
3    indicates guidance given, Similac.  So the baby was
4    always on formula; correct?
5    A.  Yes.
6    Q.  Zo▇
7    A.  Yes.
8    Q.  And Similac was the brand you used?
9    A.  Yes, it was.
10    Q.  And, again, the age appropriate education
11   and guidance was, again, supine sleep and car seat
12   rear facing.  Do you see that?
13    A.  Yeah, I see it.
14    Q.  Okay.  And I'm sure you recall that;
15   right?
16    A.  I don't recall him telling me at every
17   visit, but, I mean, I do recall being told that's
18   how you put a car seat in, so -- and sleeping.
19    Q.  Then we get to -- well, let me -- before I
20   move off that.  Developmental Screen talks about
21   one-month visit, responds to sounds, responds to
22   parents' voices.  Again, that's consistent with your
23   memory --
24    A.  Yeah.
25    Q.  -- at that point.  Okay.  Then we move to

Page 121

1  two months which is page 35. And we will just focus
2  on anything that changed here. Let's see. Under
3  Developmental Screen, it says some head control,
4  coos and babbles, makes eye contact. Do you have a
5  general recollection of that happening at this point
6  in time?
7      A. Yeah.
8      Q. And this would have been in December. Okay.
9  And then we go to -- now, it doesn't look like there
10 was a three-month visit. Do you know whether you
11 were supposed to go back in three months, or whether
12 they told you to come at two months later at four
13 months?
14     A. I don't remember. I mean, I know with the
15 boys it's not every month, so --
16     Q. In here on page 34 at the four-month visit
17 in December the Developmental Screen shows babbles
18 and coos, smiles and begins to roll front to back
19 and then, also, I think -- yeah, I think those are
20 the ones that are checked. Do you see those?
21     A. Uh-huh. Yes, I do.
22     Q. And do you recall that being sort of where
23 [  ] was at at that point in time at four months?
24     A. Yeah.
25     Q. Okay. And then we will go to, let's see,

Page 122

1  the six-month visit which is Bates No. 33 at the
2  bottom and the date is April 8, 2014. And let's
3  look at the Developmental Screen here, and, again,
4  it says dada, babbles, rolls over, transfers small
5  objects. Do you see those parts checked?
6      A. Yeah.
7      Q. And, again, you agree that at this point in
8  time at six months, in April, that [ ] was able to
9  roll over?
10     A. Yes.
11     Q. Otherwise, as noted here, healthy female
12 within normal limits in all of these; right?
13     A. Yes.
14     Q. Now, it seems like that may be the last --
15 maybe she was on a two-month schedule. Do you think
16 that was the last sort of well-baby visit that we
17 have?
18     A. Yeah, I think.
19     Q. Is that your recollection, as well?
20     A. Yeah. I believe her last one was supposed
21 to be at nine months.
22     Q. So let's -- let's now look at the Banner
23 records because that sounds, I think -- around this
24 time, this is now -- so that visit was -- that we
25 just looked at was April and -- April 8th, just to

Page 123

1  orient us with the rollover, Developmental Screen.
2  Now we will go to the Banner Health which is the
3  visit on April 21st, 2014.
4      MS. COHEN: And, Aaron, do you have that
5  one? That should be --
6      MR. LLOYD: Tab 14.
7      MS. COHEN: Yes. And Exhibit --
8      MR. LLOYD: 14.
9      MS. COHEN: 14.
10         (Deposition Exhibit No. 14 was marked for
11         identification.)
12     Q. BY MS. COHEN: Ms. Courkamp, do you remember
13 this visit to the hospital going on? Is it kind
14 of -- I know some of your memories are a little bit
15 stronger, but, I mean, is this a visit or a
16 hospitalization that you remember?
17     A. I vaguely remember it.
18     MS. SCHRINER: Form.
19     Q. BY MS. COHEN: Let's take a look at some of
20 this. So this is about two months prior to her
21 death and she's about six months old; right?
22     A. Yeah.
23     Q. And it looks like, if we flip through this,
24 she was admitted -- I guess did she stay overnight
25 or did she get to go home that day?

Page 124

1      A. We went home that day.
2      Q. All right. And if you look at page 2 of
3  this chart here, basically talking about how she had
4  a viral respiratory illness and that's what they, I
5  guess, gave you as sort of a departing summary
6  document. Do you see that?
7      A. Yes.
8      Q. Page 14, if we can look at that for a
9  minute. So this says on the diagnosis that was a --
10 let's see. Under Clinical Diagnoses on page 14 that
11 she had an upper respiratory infection, a congested
12 cough and then an acute upper respiratory infection
13 of unspecified site. Do you see those diagnoses?
14     A. Yes.
15     Q. And is that what you were told that day, as
16 well?
17     A. I was told an upper respiratory infection.
18     Q. Okay. So was Mr. Olson there with you --
19     A. No.
20     Q. -- on this visit; do you recall?
21     A. No, he was not.
22     Q. Were your parents with you?
23     A. No.
24     Q. They didn't go with you?
25     A. I was by myself.

Page 125

1  Q. Turn to page 16 just for a minute. It
2  says -- let's see. Chief complaint, patient has --
3  child has had congestive cough. Accompanied by
4  mother and father. Is that --
5  A. I don't recall him being there.
6  Q. Okay. Do you recall how long she had a
7  congested cough before you brought her in on this
8  day?
9  A. No, I don't.
10  Q. What kind of -- what did they tell you to do
11  for ███ after this visit, that you recall?
12  A. Put a humidifier on. Give her medicine like
13  Tylenol or ibuprofen if she got a fever and
14  Pedialyte.
15  Q. Had she had a raspy cough kind of throughout
16  her life even before this visit, time period?
17  A. No, she didn't.
18  Q. Had she had sort of wheezing or congestion
19  before this time?
20  A. No.
21  Q. If you go back to page 3 for just a minute.
22  This is supposed to be the discharge summary portion
23  that talks about the home care. I take it you would
24  have had these pages with you? You would have been
25  given a copy of these, that you recall?

Page 126

1  MS. SCHRINER: Foundation.
2  THE WITNESS: I mean, I don't remember, but
3  I assume.
4  Q. BY MS. COHEN: And the instructions included
5  things like, you know, giving her fluids, regular
6  formula and breast feeding under number one there.
7  And on page -- let's go to the next page, page 4,
8  talking about the cough which was part of her
9  complaint. It says normal part of the illness. A
10  cool mist humidifier at the bedside may be helpful.
11  Do you know if you had that for her?
12  A. Yes.
13  Q. A humidifier?
14  A. Yes. I had a humidifier right by her bed.
15  Q. Great. It says under -- it's underlined.
16  Do not -- don't expose your child to cigarette
17  smoke. Do you see that?
18  A. Yes.
19  Q. And you knew that was important; correct?
20  A. Yes. I didn't smoke.
21  Q. Were you supposed to go back and see
22  Dr. Cleary afterwards?
23  A. No, not that I remember.
24  Q. And do you think this is the last sort of
25  medical treatment that she received before she died

Page 127

1  in this record?
2  A. From what I recall, yeah.
3  Q. Put that aside for a minute. I want to go
4  back just for a minute to make sure the photos
5  that -- I think we already went through some, so
6  maybe we didn't go through this stack. Okay. This
7  is a new set. I will show a couple -- a few ones
8  here.
9  MS. COHEN: This will be, Aaron, in your
10  bundle number 19, but I guess it's number
11  14 exhibit -- Exhibit 15. In your index number 19,
12  Aaron.
13  MR. LLOYD: Yes.
14  MS. COHEN: And this would just be some of
15  the pictures that you guys produced to us.
16  (Deposition Exhibit No. 15 was marked for
17  identification.)
18  Q. BY MS. COHEN: Who is Taylor, by the way, as
19  we get the pictures out? Is Taylor a relative?
20  A. That's my brother Kyle. His middle name is
21  Taylor and that's what he likes to go by.
22  Q. BY MS. COHEN: You say he goes by Taylor?
23  A. Yeah. His name is Kyle Taylor Lawton and he
24  likes to go by Taylor, yeah.
25  Q. Okay. That's your brother?

Page 128

1  A. Yeah. That's one of my brothers.
2  Q. Oh, okay. Got it. Just a few photos to
3  look at here. This is a set of photos that you guys
4  had taken of Zo███ you and Andrew?
5  A. Yeah.
6  Q. So 70 -- look at 7090 and 7091 quickly on
7  those.
8  A. Which page?
9  MS. SCHRINER: 7090.
10  Q. BY MS. COHEN: 7091. Do you see that? What
11  do you call that; is that a --
12  A. It's a -- like a door jumper, I think.
13  Q. Okay. And then 7092, that shows that she --
14  this is a good picture showing her sitting up on her
15  own; right?
16  A. Yeah.
17  Q. The picture on -- and do you know roughly
18  when these pictures were taken, or do they vary in
19  terms of time?
20  A. They vary. I don't remember when they were
21  all taken. And I didn't take all of these, so --
22  Q. You did not take all of them?
23  A. No. Andrew took some. I did not take every
24  single photo that's in this.
25  Q. If you could take a look at like 7104 to

## Page 129

1  7110, that range.  I want to ask you one question
2  about that.  Do those -- do those look like she was
3  able to pull herself up on the side of her crib on
4  those?
5        MS. SCHRINER:  Form.
6        THE WITNESS:  Honestly, I don't recall her
7  ever pulling herself up.
8    Q.  BY MS. COHEN:  But on 7110, is that -- I
9  mean, did she put herself in that position, or do
10 you not know?
11   A.  I don't recall.
12   Q.  It does look like she's pulled up, whether
13 she did or somebody else did it for her; is that
14 right?
15       MS. SCHRINER:  Form.
16       THE WITNESS:  I don't remember.  I honestly
17 don't remember.
18   Q.  BY MS. COHEN:  Okay.  Got it.  I think you
19 said she was not able to crawl yet; is that right?
20   A.  Correct.
21   Q.  We can put those aside for now.
22       All the apartments that we have talked about
23 so far, I assume they have all been rentals as
24 opposed to owning them; is that right?
25   A.  Yeah.  Yes.  I have never owned a house or

## Page 130

1  anything like that.
2        MS. SCHRINER:  Lori, can I ask you, about
3  how much longer you have just because Kate has to
4  stop for lunch at some point depending on how much
5  time you --
6        MS. COHEN:  Okay.  So how long have we been
7  going?  For probably like three hours.  Do you guys
8  want to stop for lunch and take a break?  I probably
9  have a couple hours.
10       MS. SCHRINER:  Yeah.  Then we should take a
11 break.
12       MS. COHEN:  Okay.  I'm not about to wrap up,
13 if that's the question.
14       MS. SCHRINER:  Yeah.
15       MS. COHEN:  I'm not going to --
16       MS. SCHRINER:  Yeah.  If you were going to
17 have maybe just an hour longer, that's fine, but if
18 it's a couple hours, then she needs to stop to
19 eat.
20       MS. COHEN:  Yeah.  This is a fine time to
21 break.  Obviously it's 12:30 there and that will
22 help me kind of organize and see where we are going
23 from here and try to, you know, be efficient.
24       MS. SCHRINER:  Yeah.  Let's --
25       MR. LLOYD:  Sounds good.

## Page 131

1        THE VIDEOGRAPHER:  Okay.  Let's go off the
2  record.
3        MS. COHEN:  Okay.  That works.
4        VIDEOGRAPHER:  We are going off the record
5  at 12:36 p.m.  This will be the end of media unit
6  number two.
7        (WHEREUPON, a lunch break was taken from
8        12:36 p.m. to 1:37 p.m.)
9        THE VIDEOGRAPHER:  We are back on the record
10 at 1:37 p.m.  This is the beginning of media unit
11 number three.
12   Q.  BY MS. COHEN:  Okay, Ms. Courkamp.  Welcome
13 back after lunch.  I hope everyone is doing okay
14 there.  We will try to get this wrapped up hopefully
15 in this next section the best we can.  Of course, if
16 you need another break, just shout out or raise your
17 hand.
18       I think we are going to, let's see, mark
19 another exhibit which will be our Exhibit 16.
20       MS. COHEN:  And it's tab 22, Aaron.
21       MS. SCHRINER:  Yeah.
22       MS. COHEN:  Do you have that?
23       And these are, again, some photos that were
24 produced by plaintiff.
25

## Page 132

1        (Deposition Exhibit No. 16 was marked for
2        identification.)
3    Q.  BY MS. COHEN:  This is Exhibit 16 and
4  just -- I know I asked you before, Ms. Courkamp,
5  whether you recalled any photos of ▮ in the Rock
6  'n Play, so I think this is an assortment that we
7  pulled together from produced photos, and just to
8  confirm the first picture, that's a picture of ▮
9  in the pink Rock 'n Play, the one that you found her
10 in; is that right?
11   A.  Yes.
12   Q.  And I just want to make sure.  What is --
13 sort of next to her, the side bottom, is that -- I'm
14 not sure what that is.  Let me see if I can hold it
15 up, but this little part under her bottom there, do
16 you know what that is?
17   A.  Yeah.  It's one of those like stuffed animal
18 heads with like the little blankets attached to
19 them.  I don't know what they are called, but --
20   Q.  Okay.  One of her toys?
21   A.  Yeah.
22   Q.  You said this is a stuffed animal?
23   A.  Yeah.  They are like for infants.  It's like
24 a little stuffed animal head and like a blanket
25 that's really tiny.

Page 133

1    Q.   Okay.
2    A.   I don't know what they are called.
3    Q.   And then on page -- I'm sorry.  And on the
4  second page of the exhibit, it looks like there is
5  ▓▓▓ and this is in the other Rock 'n Play with the
6  monkey head; right?
7    A.   Yeah.
8    Q.   And that's one of her pink and white
9  blankets on top of her?
10    A.   Yeah.
11    Q.   And then the third one is, again, her in the
12  Rock 'n Play with a monkey, the monkey head; is that
13  right?
14    A.   Yeah.
15    Q.   I wasn't sure.  Did you say yes?
16    A.   Yes.
17    Q.   Okay.  I was having trouble hearing.
18        And then the next one is still the monkey
19  head one and wrapped in the pink and white blanket;
20  right?
21    A.   Yes.
22    Q.   And then the last one, the same, in the
23  monkey head Rock 'n Play with a pink and white
24  blanket; right?
25    A.   Yes.

Page 134

1    Q.   And do you know offhand when these were
2  taken exactly?
3    A.   No.
4    Q.   Or rough estimate?
5        MS. SCHRINER:  Foundation.
6        THE WITNESS:  No.  The first ones I don't
7  recall being taken.  The last two she was a newborn.
8  I vaguely remember these two, but the first three or
9  four, I don't.
10    Q.  BY MS. COHEN:  And it's fair to say that in
11  all of these pictures in Exhibit 16 ▓▓ is not
12  restrained or buckled in; is that correct?
13    A.   Yes.
14        MS. SCHRINER:  Form.
15        THE WITNESS:  Yes.  That's correct.
16    Q.  BY MS. COHEN:  Okay.  So we can put that
17  aside.  And let's see.  Thank you.  And I know I
18  asked this before.  Let me just make sure.  Do you
19  recall generally what her percentile was for
20  weight?
21    A.   No, I don't.  I just know that she was
22  small.
23    Q.   And she was -- I think we talked about this
24  before.  She was taking formula from a bottle in
25  June of 2014?

Page 135

1    A.   Yes.
2    Q.   And was she -- and how often was she being
3  fed, if you know?
4    A.   Every four hours or so.
5        MS. SCHRINER:  Lori, can you specify a time
6  period?
7    Q.  BY MS. COHEN:  Yes.  How often was she being
8  fed in June of 2014?
9    A.   Like from a bottle, probably for hours, but
10  she ate like baby food, as well.
11    Q.   Was she eating solid foods at that time?
12    A.   Not solid, but baby -- like her liquid baby
13  food, whatever that's called.
14    Q.   And do you know whether -- was she eating
15  any solid foods as of June 2014?
16    A.   Not that I can recall.
17    Q.   Had she tried any meat; do you know?
18    A.   No.
19    Q.   What was her usual sleep schedule?  And this
20  was in June of 2014.
21    A.   I mean, she slept all night and then took a
22  morning nap and an afternoon nap.  I mean, I
23  don't -- I can't recall like the time she went to
24  bed, but she at least slept all night.
25    Q.   And so, again, generally speaking, and I

Page 136

1  know the night in question, and we will get into
2  that in the schedule regarding sleeping dictated by
3  work and such, but on a general -- on a normal
4  night, admitted if you can say a normal night with
5  a, you know, eight-month-old baby, but was there
6  kind of a time that you guys would put her down and
7  a time she would typically wake up?
8    A.   I mean, I would probably typically put her
9  down like around 8:00 and then she woke up around
10  6:00 -- between 6:00 and 7:00.
11    Q.   So she would sleep that -- she would sleep
12  10 hours in a stretch?
13    A.   Yeah.
14    Q.   If she would wake up at night, you know,
15  would she be up for a long time, or would she be up
16  for a short period?
17    A.   It would be a short period.  She didn't
18  really wake -- she slept throughout the night for
19  like six weeks.  She never really woke up, but if
20  she did, it was very short.
21    Q.   And let's see.  I think you said that -- I'm
22  trying to get this straight about which house had
23  the air conditioning issue.  Was it the -- was it
24  Andrew's place that had the air conditioning problem
25  on June 19, 2014?

Page 137

1    MS. SCHRINER:  Form.

2    THE WITNESS:  I don't even recall an air

3  conditioning issue at any place, so --

4    Q.  BY MS. COHEN:  I will see if I can find some

5  notes about that, where I got that.

6    And then do you recall that she was -- she

7  had a blanket, one of her blankets on her in the

8  Rock 'n Play that night?

9    MS. SCHRINER:  Form.

10    THE WITNESS:  Not that night.

11    Q.  BY MS. COHEN:  All right.  You said not that

12  night?

13    A.  Correct.  Not that night.

14    Q.  Let's go ahead and mark that the police records,

15  so this will be No. 17, I guess.  We will have that

16  in front of you.

17    MS. COHEN:  Tab 23, Aaron.

18    MR. LLOYD:  Yes.

19    (Deposition Exhibit No. 17 was marked for

20    identification.)

21    Q.  BY MS. COHEN:  And I think that this is

22  one -- the one thing you said you reviewed to

23  prepare for today, Ms. Courkamp?

24    MS. SCHRINER:  Form.

25    Q.  BY MS. COHEN:  Do you remember that?

Page 139

1  Lawton if ▇ had been sick within the last couple

2  weeks, and Lawton said, no, ▇ hasn't been sick

3  for a while.  She's been healthy.  I asked Lawton if

4  ▇ was taking any medication at this time.  Lawton

5  said ▇ was not on any medication.  And then

6  Officer Williams says I asked Lawton if any objects

7  were in Zoey's bassinet and Lawton advised just her

8  blanket.  Do you see that part of the police file?

9    A.  Yes, I see it.

10    Q.  And you don't recall saying that to Officer

11  Williams?

12    A.  No, I do not recall.

13    Q.  Let's put that aside for now and we will

14  come back to that and go over a couple other points

15  a while.  Let's see.  She was not -- and ▇ was

16  not on any medications at that time; is that

17  right?

18    A.  Yeah.

19    Q.  As you said?

20    A.  That's correct.

21    Q.  I just want to make sure, she was always

22  bottle fed; correct?

23    A.  Yes.  Always bottle fed.

24    Q.  Okay.  And the baby food that you mentioned,

25  did you have a certain type of baby food or -- that

Page 138

1    A.  I did not review the police records.  I

2  reviewed the interrog -- the responses I gave you

3  guys, yeah.

4    Q.  Okay.  I'm sorry.  I thought you said

5  earlier in the day that you may have looked at the

6  police -- okay.

7    A.  I have never --

8    Q.  No problem.

9    A.  -- seen the police report before.

10    Q.  Okay.

11    So on the issue of, again, about the

12  blanket, and we will get to the -- I will try to

13  find some reference to the air conditioning because

14  that's, I think -- and I know you said you didn't

15  remember that.  So the blanket -- so we have now

16  handed you 17 and -- let's see.  You remember giving

17  interviews and responding to questions by the

18  various police?

19    A.  I vaguely remember them talking to me, yes.

20    Q.  And then on page -- let's just look quickly

21  at this and then we will put it aside for now, but

22  on page 5 of this, this is a Detective or an Officer

23  Williams.  I don't know if you remember specifically

24  Officer Williams, but -- and then on the -- toward

25  the bottom, the paragraph that starts with:  I asked

Page 140

1  you fed her, either a certain type, like brand or a

2  certain, you know, like did you have a certain

3  choice, or did you give her a mix?

4    A.  Gerber Baby.  The liquid Gerber Baby, like

5  the green beans, applesauce.

6    Q.  Did you have -- did you use iron rich foods;

7  do you know?

8    A.  Not that I'm aware of.  I don't remember.  I

9  bought whatever WIC provided me to give to her.

10    Q.  And I know I covered this briefly before,

11  but in terms of you and Andrew and during the

12  eight-and-a-half months, did you have any kind of

13  like written agreement or specific agreement on

14  custody sharing or paying child support or anything

15  like that?

16    A.  No, we didn't.  We just talked that she

17  would stay with me and that he would visit and he

18  helped buy diapers and food and anything I needed,

19  so --

20    Q.  And I take it you never had to like take him

21  to court to cover any child care or child support?

22    A.  Yeah, no.  He always helped.  And it was

23  just easier to have her with me since my parents

24  lived down the street and his parents lived down the

25  street, so --

## Page 141

1   Q. I'm going to move into -- now I'm going to
2   move into like the last sort of period of time which
3   is basically after -- we talked about the Banner
4   hospitalization on April 21st and then I want to
5   just kind of focus on the period of time between
6   that and the night of June 19th and then we will
7   talk about June 19th. So between April 21st to June
8   19th, how was Z___ doing? I mean, she had just come
9   back from the viral illness from the hospital. How
10  did she seem to do the next two months?
11      A. She was doing great. I mean, I had no
12  concerns. I would have taken her in if I did, yeah.
13      Q. So she had, again, no medical records or
14  visits, either doctors or hospitals during the two
15  months; right?
16      A. Yes. That's correct.
17      Q. Do you know whether you have any videotapes
18  of her during those two months? Or maybe you
19  haven't gone back and looked specifically. I'm just
20  curious --
21          MS. SCHRINER: Form.
22      Q. BY MS. COHEN: -- of anything that you've
23  seen.
24      A. I mean, I took videos of her all the time.
25  I have one where she's laughing. I took one two

## Page 142

1   days before she passed away. I mean, I have a lot
2   of that kind of stuff.
3       Q. Again, from your perspective, she was -- she
4   was certainly developing well in terms of hitting
5   her milestones; right?
6       A. Yes.
7       Q. Growing bigger and taller; right?
8       A. Yeah. She was very healthy, in my eyes.
9       Q. And as we talked about already, you know,
10  she was able to roll over by now; correct?
11      A. Yes.
12      Q. And able to sit up on her own; correct?
13      A. Yes.
14      Q. You don't recall specifically if she could
15  pull up yet. That's sort of unclear; right?
16      A. Yes, I don't recall that.
17      Q. And then -- so now let's focus on getting
18  into the June 19th incident. And I don't know
19  how -- you know, how clear a recollection you have
20  of -- not that day, but even the couple days before
21  that, like what was -- you were living at your
22  apartment with Zo___ as I understand it; right?
23      A. Yes.
24      Q. And then Andrew was living with his brother;
25  right?

## Page 143

1       A. Yes.
2       Q. Where were you working -- you were working
3   at Applebee's. Is that your one employment job at
4   that time?
5       A. Yes. I was a server at Applebee's.
6       Q. Okay. And what -- and you had sort of -- at
7   least it's night, you had a late shift; right?
8       A. Yes. I was supposed to work -- I was
9   supposed to get off at 10:00 and they -- the closer
10  didn't show up, so I had to stay later that night.
11      Q. And then what was Andrew doing for a living?
12  What was his job at that time?
13      A. Worked at Portabella's, I think that's how
14  you say it, or Portillo's or something like that.
15      Q. Did Daniel work?
16      A. I don't remember.
17      Q. And do you recall which family members of
18  yours or Andrew's saw Baby Z___ that week or the
19  couple days preceding that night?
20      A. Yeah.
21      Q. I'm sorry. Go ahead.
22      A. Yeah. My -- I went out to lunch with my
23  mom. She was at work two days before she passed.
24  My dad saw her on Father's Day because I worked
25  Father's Day morning. And then Andrew and I went

## Page 144

1   out later that night or evening-ish for Father's Day
2   and -- yeah. I mean, most of my family saw Z___
3   that week.
4       Q. And then we know that -- I think we know
5   that that night or that day Andrew's parents saw her
6   and had her; right?
7       A. I don't recall that. I was working, so what
8   Andrew did -- I mean, that's his time with her,
9   so -- I was working, so I -- from my knowledge, Z___
10  was with Andrew.
11      Q. Okay. We can get into that in a minute.
12  And so, again -- so on June 19th, do you
13  remember what day of the week it was?
14      A. I believe June 19th was a Thursday, is what
15  it was.
16      Q. What is -- so what do you remember about --
17  like if we start on June 18th to June 19th, the day
18  turned over into midnight when she passed away, but
19  what do you remember about the day of June 18th?
20      A. I remember that I had to go to work, and I
21  was stressed that they told me I had to stay later.
22  And I remember Andrew sending me a couple photos of
23  them hanging out at the apartment. He told me that
24  he put her to bed. And then when I got off he came
25  and got me with Z___ and we drove to Tempe. And we

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 39 of 94

Deposition of Kathleen Courkamp
10/21/2020
Page 39 of 94 (145 - 148)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 145

1  got there and he put it down in the Pack 'n -- or
2  in the Rock 'n Play and then we went to bed because
3  we had to get up early the next day.
4       Q.  What were you doing the -- and I will come
5  back and get some details, but what were you -- why
6  did you have to get up early for the next day?
7       A.  Because we had an appointment to sign for
8  our new apartment.
9       Q.  Okay.  So it looks like at least from some
10 of the interviews and things I read that they came
11 to get you at work about 12:30 or so.  Does that
12 sound right?
13      A.  Yeah, that sounds about right.
14      Q.  And then you decided to go to Tempe, so you
15 were going back to your apartment in Glendale;
16 correct?
17      A.  Correct.
18      Q.  And it was about, what, a 40-minute drive
19 late at night to Tempe from Glendale?
20      A.  Yeah.  Roughly about 40 minutes.
21      Q.  Do you remember what ■ was wearing when
22 she was -- when they came to pick you up?
23      A.  It was like a red dress or something like
24 that.  I don't know.  I haven't looked at it in a
25 long time.  I still have it, but -- it's in that

Page 146

1  box, so --
2       Q.  She was in the back -- I assume in the back
3  seat in the car seat when they drove up to
4  Applebee's?
5       A.  Yeah.
6       Q.  Did they come in, or you came right out to
7  them?
8       A.  I came right out to them.
9       Q.  And at some point, you know, maybe you don't
10 remember this that you can share with us, but at
11 some point do you remember that the air conditioning
12 was out in the Tempe house?
13      A.  No.
14          MS. SCHRINER:  Form, foundation.
15          THE WITNESS:  No.  I don't recall that.  I
16 didn't live there, so --
17      Q.  BY MS. COHEN:  And then you obviously
18 planned to stay the night.  You and Andrew had plans
19 the next day; correct?
20      A.  Yes.  Correct.
21      Q.  And did you stop anywhere on the way to
22 Glendale -- on the way to Tempe?
23      A.  No, not that I can recall.
24      Q.  And was ■ awake during the car ride at
25 all, or was she asleep?

Page 147

1       A.  She was asleep.
2       Q.  Did you see her eating anything, I mean,
3  getting any -- getting a bottle or anything like
4  that that night?
5       A.  No.  When we got home he took her out of the
6  car seat and that's when she woke up, and then we
7  put her down and then she went back to sleep.
8       Q.  Did you watch -- okay.  Did you bring the
9  car seat in the house?
10      A.  Yes.
11      Q.  Or did you take her out of the car seat and
12 carry her in?
13      A.  We take the car seat out of the car into the
14 house.
15      Q.  And where did you put the car seat down, if
16 you remember?
17      A.  I don't remember that.
18      Q.  At some point Andrew picked her up out of
19 the car seat and then put her in the Rock 'n Play?
20      A.  Yes.
21      Q.  Were you able to see him do that, or you
22 didn't watch him, specifically?
23      A.  No, I saw him.  I was standing in the
24 doorway when he put her in the Rock 'n Play.
25      Q.  Okay.  And I think it's -- is it fair to

Page 148

1  say, you know, based on the interviews, I think,
2  that I have read, that you did not see him
3  specifically buckle or restrain her in?
4          MS. SCHRINER:  Form, foundation.
5          THE WITNESS:  I feel like I -- that he
6  buckled her, but I don't recall that night very
7  much.
8       Q.  BY MS. COHEN:  Okay.  Again, is it fair to
9  say you don't have -- you do not have a specific
10 recollection of him buckling her in?
11      A.  Yeah.
12      Q.  Do you remember -- and do you remember
13 telling the investigators that you didn't believe
14 that he buckled her in?
15          MS. SCHRINER:  Form.
16          THE WITNESS:  No, I do not recall that.
17      Q.  BY MS. COHEN:  We will come back to that in
18 just a minute, but you remember him putting her in
19 the Rock 'n Play, and then what do you remember
20 after that?
21      A.  I remember him kissing her and saying -- he
22 looked at me and said I love you and I love you
23 ■, I love you both, and that was it.  And then we
24 just kind of went out and ■ went to sleep and we
25 went to bed not much later.

**Page 149**

1  Q. Was she put in the bedroom? Where was she
2  put in her Rock 'n Play?
3      A. Next to the bed.
4      Q. Did you and Andrew then go back out of the
5  bedroom for a little while?
6      A. Yeah, just so that she would fall back
7  asleep.
8      Q. And what did you guys do after you left her
9  in the bedroom?
10     A. I don't remember what we did.
11     Q. And then at some point you went back into
12 the bedroom?
13     A. Yeah. I mean, I would say within like 20
14 minutes or so we went back to the bedroom.
15     Q. Did you guys do anything -- did anyone
16 change her from the time she went to Applebee's and
17 came back, or was she still left in her clothing
18 that she was in?
19     A. She was still left in her clothing.
20     Q. Did anyone change her diaper, or was she
21 left in the same diaper?
22     A. Andrew said he changed her diaper before he
23 came to get us, so --
24     Q. So, in other words, you didn't feel the need
25 to change her diaper at that point?

**Page 150**

1      A. No.
2      Q. Okay. So basically he took her out of the
3  car seat. Put her in the Rock 'n Play. She was
4  left in the bedroom. You guys spent about 20
5  minutes or so in the other room to let her get some
6  sleep, and after that did you come in and go to
7  sleep?
8      A. Yes.
9      Q. And do you remember seeing her or looking at
10 her when you came in the room when she was in the
11 Rock 'n Play, or is that a blur?
12     A. That's a blur.
13     Q. Okay. And I assume you didn't go over to
14 her, like rouse her or move her or check on her at
15 that point?
16     A. No, because she looked fine, from what I can
17 remember.
18     Q. And, again, in terms of the bedroom setup
19 and where she was, was she on the right or left side
20 of the bed, or was she on -- whose side of the bed
21 was she on?
22     A. His bed was up against the wall, so she was
23 on the left side where I slept.
24     Q. Facing the bed or from the left side?
25     A. I don't know how to explain the room, but

**Page 151**

1  like, I don't know, this side. So I don't know.
2  The left -- I don't know how to explain the room.
3      Q. Yeah. Maybe I can find a picture of it.
4  That might help, too. But was it -- so if you're
5  lying in the bed, is it on the right side or the
6  left side?
7      A. It was -- I mean, from where I was laying,
8  it would be on my left.
9      Q. Okay. And so if you're standing in front of
10 the bed facing the bed, it would be on the right
11 side?
12     A. Yes.
13     Q. I think I got it.
14        We do have some pictures showing that, as
15 well. One minute.
16        MS. COHEN: Aaron, I don't know if you have
17 the -- I don't think we necessarily need to mark all
18 the ME photos. I don't know that I necessarily want
19 to do that to Ms. Courkamp, but maybe just one
20 photo.
21        MS. SCHRINER: You know what, Lori -- I'm
22 sorry. Lori, just -- I think you need to be really
23 careful about what you're going to put in front of
24 Katie right now, so if [redacted] is in any photos --
25        MR. LLOYD: I think that's what she's

**Page 152**

1  saying --
2        MS. SCHRINER: Yeah. I would prefer, yeah,
3  let's take the time and pull those out.
4        MS. COHEN: I was trying to say I couldn't
5  hear that. What did you say?
6        Yes, exactly. Yeah. I was just going to
7  actually show -- pull one out.
8        So, Aaron, I was thinking just maybe 256
9  instead of putting the whole stack.
10       MR. LLOYD: Yeah. Yeah.
11       MS. COHEN: And why don't you show it to
12 Kristin and see if she's okay with that.
13       I had the same thing in mind, Kristin.
14       MR. LLOYD: 256?
15       MS. COHEN: Yeah, 256.
16       MS. SCHRINER: You know what, there is some,
17 I think, that she's not in, but -- can we go off the
18 record for a second?
19       MS. COHEN: Sure. Of course.
20       MS. SCHRINER: Lori, just for you and I to
21 talk.
22       MS. COHEN: I understand what you're saying.
23 If you want to -- if you want to -- that's fine.
24 That's fine, too. I hear what you're saying.
25       THE VIDEOGRAPHER: Do you guys want me to go

Case 2:19-cv-02689-GMS   Document 196-30   Filed 11/19/21   Page 41 of 94 (153 - 156)

Deposition of Kathleen Courkamp
10/21/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

**Page 153**

```
 1  off the record?
 2        MS. COHEN:  Yeah.  Let's go off the record
 3  and we will just pull -- I think I get what you're
 4  saying.
 5        VIDEOGRAPHER:  Okay.  We are going off the
 6  record at 2:02 p.m.
 7        (WHEREUPON, a short break was taken from
 8        2:02 p.m. to 2:06 p.m.)
 9        THE VIDEOGRAPHER:  We are back on the record
10  at 2:06 p.m.
11        MS. COHEN:  I want to show her -- this will
12  be what, 17 now?  18.  I'm always off one.  I'm
13  sorry.  And it will be just one photo that we are
14  marking.  This is one photo, page 153 from the
15  police file full set of photos, and so we will just
16  show you this one.
17        (Deposition Exhibit No. 18 was marked for
18        identification.)
19    Q.  BY MS. COHEN:  And, again, here I'm just
20  trying to orient.  So it looks like -- would this
21  have been your side of the bed over here?  And this
22  is, again, looking at the bed.
23    A.  Yes.
24    Q.  This is the right side of the room, the
25  right side of the bed, if you're facing the bed?
```

**Page 154**

```
 1    A.  Facing the bed, that's the right side, yes.
 2    Q.  Okay.  And that's where she was in the
 3  Rock 'n Play while you slept on this side of the
 4  bed?
 5    A.  Yes.
 6    Q.  Okay.  Thank you for that, and you can
 7  certainly put that aside if you don't want to look
 8  at that.
 9        Do you remember when the last time was that
10  she slept in this Rock 'n Play before this night?
11    A.  No, I do not recall that.
12    Q.  Was it always on that side of the bed when
13  she slept in it?
14    A.  Yes.
15    Q.  And did you ever see ▇ -- again, she was
16  eight-and-a-half months old -- at any time up until
17  this point unbuckled the buckle or the restraint,
18  whatever we call it, once she was buckled in?
19    A.  No.  She was not strong enough or knew how
20  to unbuckle it.
21    Q.  And I think you said you do not recall her
22  having a blanket -- you know, in your mind's eye you
23  don't recall having a blanket in there that night?
24    A.  Correct.  I do not recall that.
25    Q.  And then I know you had to get up early the
```

**Page 155**

```
 1  next morning.  Was it an alarm that woke you up or
 2  did you just wake up naturally?
 3    A.  Well, I had an alarm set to wake up at 6:00
 4  to check on her, but -- and then I had one set at
 5  8:00 to get up because that's when we had to be up.
 6    Q.  And you woke up at 8:00, was when you guys
 7  woke up?
 8    A.  Yeah.
 9    Q.  And that's when you found her as she was?
10    A.  Yeah.
11    Q.  And was Andrew awake when you woke up?  Was
12  he still sleeping?
13    A.  He woke up when I woke up.
14    Q.  And who called 911?
15    A.  Andrew.
16    Q.  We already marked the police file as Exhibit
17  17, and -- do you have that one in front of you
18  still?  I just want to ask you a couple additional
19  questions on this page.  This is 17, the police
20  file, and do you have that in front of you?
21    A.  Yes.
22    Q.  Okay.  Page 5, the paragraph above the one
23  we looked at, just the first sentence says:  Lawton
24  says she woke up at approximately 8:00 hours and
25  checked on ▇ who was still on her back.  Do you
```

**Page 156**

```
 1  see that?
 2    A.  Yes.
 3    Q.  And do you recall telling the officer
 4  that?
 5    A.  I mean, I recall it being 6:00 in the
 6  morning when I woke up, not 8:00, but --
 7    Q.  Other than that, is that an accurate
 8  statement?
 9    A.  Yes.  At --
10        MS. SCHRINER:  Form.
11        THE WITNESS:  -- 6:00 in the morning, yes.
12    Q.  BY MS. COHEN:  So basically instead of
13  saying 8:00, that sentence should say 6:00?
14    A.  Yeah, because I had an alarm at 6:00 to wake
15  up to check on her, and then 8:00 was the second
16  alarm that we had to be up by, and that's -- so at
17  6:00 she was on her back.  At 8:00 is when I
18  realized something was wrong.
19    Q.  Okay.  Do you recall saying to Officer
20  Williams the way he wrote down here that you woke up
21  at approximately 8:00 hours and checked on ▇ who
22  was still on her back?  Do you recall saying that
23  the way he noted it?
24        MS. SCHRINER:  Form.
25        THE WITNESS:  No.
```

Case 2:19-cv-02689-GMS   Document 196-30   Filed 11/19/21   Page 42 of 94

Deposition of Kathleen Courkamp                                    Page: 40 (157 - 160)
10/21/2020                                      Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 157

1    Q.  BY MS. COHEN:  Well, while we have this --
2    let's see.  While we have this up, let me ask a few
3    more general questions about that morning and we
4    will come into some of these records real quick.  So
5    you recall that Andrew called 911, and then do you
6    remember how long it took the police and the EMT's
7    to show up?
8    A.  I don't recall, but they are not even a mile
9    from his house, so I remember it being really fast.
10   Q.  And since that day, have you had a chance to
11   look over the police file or the medical examiner
12   file at all, or is this the first time going through
13   it?
14   A.  This is the first time going through it.
15   Q.  Okay.  Let's go ahead --
16   MS. COHEN:  Aaron, while we're here and
17   before we get into this, let's add, I guess, as --
18   Exhibit 19 will be the ME files so we have that out.
19   And, again, Kristin, I will be cautious
20   about what I put in front of her.  I'm just going
21   to -- you know, you used the term -- read a few
22   things about -- getting into anything that will be
23   upsetting, hopefully.  But let's just get it marked
24   as 19.
25   MR. LLOYD:  These are not photos.

Page 158

1    MS. COHEN:  Tab 25, yeah.
2    (Deposition Exhibit No. 19 was marked for
3    identification.)
4    Q.  BY MS. COHEN:  And do you recall -- while
5    I'm pulling this up, do you recall that at some
6    point the officers asked you and Andrew to do what's
7    called a reenactment where they had you basically
8    put a doll in the Rock 'n Play the way she went to
9    sleep and then the way she was found?  Do you have a
10   memory of that?
11   A.  A little.
12   Q.  Somewhat foggy, I guess, given all the
13   emotions?
14   A.  Yeah.
15   Q.  I totally understand that.
16   All right.  So you have both of them in
17   front of you now?
18   A.  Yeah.
19   Q.  17 and 19?
20   A.  Yeah.
21   Q.  Okay.  So let's just look at the police
22   records a little bit and then just see if there is
23   anything to cover there.  We talked about page 5
24   already.  And you didn't hear any noise during the
25   night from Z[ ] I take it?

Page 159

1    A.  No, I didn't.
2    Q.  And if you would turn to page 10 for a
3    minute.  Before I get any further, this kind of
4    relates to the issue of 6:00 versus 8:00 issue, so
5    on page 10, the fourth paragraph down, and this is
6    doctor -- not doctor.  This is Detective Reyes, and
7    she says from her discussion with you:  The decedent
8    typically awakes at approximately 6:30 hours which
9    is the time Kathleen sets her alarm for.  On this
10   date, however, 6/19/14, the alarm did not go off.
11   Kathleen did not wake up until approximately 8:00
12   hours.  Do you recall that being the sequence?
13   A.  No.  I remember waking up.
14   Q.  Okay.  And then it says when Kathleen woke
15   up, she found decedent laying on her side
16   unresponsive.
17   A.  Yes.
18   Q.  But you don't remember the alarm not
19   working?
20   A.  No.  I remember waking up, looking at her,
21   she looked fine, and I went back to sleep.
22   Q.  When you say you looked at her the first
23   time, did you touch her?
24   A.  Yeah.  I checked on her and I touched her,
25   she looked fine, and I went back to sleep.

Page 160

1    Q.  And who do you -- again, did you say you
2    thought Andrew called 911, not you?
3    A.  Andrew called 911.  He spoke to them on the
4    phone.
5    Q.  When you touched her, are you saying that
6    you felt her and she felt warm to the touch?
7    A.  Yeah.  And felt like she was moving, like
8    breathing, like when you touch someone and they
9    breathe you can feel it.  I touched to make sure of
10   that and she felt fine, and then I went back to
11   sleep.
12   Q.  How do you know what time it was?
13   A.  Because my phone was right there and I
14   looked at it.
15   Q.  On page 10, if you're still there, on the
16   air conditioning issue that I raised with you
17   before, I just want to point to page -- paragraph
18   three.  It says:  After picking Kathleen up, all
19   three of them drove to Tempe where they were going
20   to stay the night.  Kathleen indicated the air
21   conditioning for the residence had gone out the
22   night prior so they only had a small sized
23   electrically powered AC unit in the bedroom as an
24   accommodation.  Do you recall that?
25   A.  I don't recall saying that it went out

## Page 161

1  because it wasn't my house, but he always had an
2  electric power AC since he moved in, from what I
3  remember.
4      Q.  Then is says:  For that reason, Kathleen
5  left the decedent in her summer dress and did not
6  put a blanket on her while she slept.
7      A.  I don't recall.
8      Q.  You don't remember any air conditioning
9  issue, do you?
10     A.  No, I really don't.
11     Q.  Okay.  I'm going to go back to page 5 for a
12 minute.  Let's see.  Yeah.  Again, on this page, if
13 you go to the same paragraph again, it says:  Lawton
14 stated she woke up at approximately 8:00 hours,
15 checked on ▓▓ who was still on her back.  Lawton
16 noticed she was not breathing.  And you don't recall
17 that sequence, do you?
18     A.  No, I do not.
19     Q.  Page 8, let me just jump to -- I'm just
20 trying to pick out a few things here.  Obviously you
21 can, you know, look at whatever you need to, but I'm
22 just going to try and get us through this.  On page
23 8, the bottom paragraph says -- this is Detective
24 Reyes -- maybe it's Williams.  It says:  A later
25 records check of Andrew found that he had an

## Page 162

1  outstanding warrant out of Superior Court for DUI
2  and out of Peoria City Court to fail to comply.  He
3  was not arrested on this date for the warrants.
4  Were you aware of these issues, the DUI, a warrant,
5  the failure to comply?
6      A.  No, I was not aware.
7      Q.  Had you heard about that before today?
8      A.  I heard about that he got pulled over and
9  they talked to him about that at the scene or
10 whatever.
11     Q.  Had you heard that he had -- then we have
12 another detective on page 9, and this is -- well,
13 three paragraphs down.  Again, this is Detective
14 Reyes.  It says:  Upon arrival at the residence, the
15 decedent was placed in a bassinet on her back to
16 sleep for the night.  And then Kathleen indicated
17 that she had kissed the decedent good night at
18 approximately 0140 hours.  Do you recall that being
19 the time?
20     A.  I don't remember what time it was, but I do
21 remember kissing her.
22     Q.  And did not attempt to pick up the decedent
23 until 8:00.  Do you see that?
24     A.  Yes.  I did not pick her up until I woke up
25 the second time.

## Page 163

1      Q.  So if Andrew's -- if Andrew's criminal
2  record shows that he was convicted for DUI 2013,
3  convicted for possession of marijuana in 2012 and
4  DUI charges in 2013, 2014, you're not aware of
5  those?
6      A.  No, I was not aware.
7      Q.  Page 14, if you can jump to that one.
8          And in this first full paragraph here, now
9  this is another detective, O'Brien on this one, and
10 describing the scene, the bedroom, and it talks
11 about -- let's see.  A few lines down it says:  The
12 top drawer of the nightstand contained numerous
13 empty medical marijuana containers and a usable
14 quantity of suspected marijuana.  A desk was next to
15 the foot of the bed along the east wall.  A glass
16 pipe that had burnt residue in the bowl and smelled
17 like burnt marijuana was on top of the desk.
18 Another glass pipe was located in the top drawer of
19 the desk.  A dresser was in the center of the north
20 wall.  And then last sentence -- and then it talks
21 about unopened can of Similac baby formula, a large
22 glass bong, an empty medical marijuana plastic
23 container located on the shelf in the closet.  The
24 room had an odor of burnt marijuana.
25         Does that adequately -- does that accurately

## Page 164

1  describe the bedroom on that night?
2      A.  The room to me did not smell like burnt
3  marijuana.  If it did, my baby would not have been
4  in there, so -- and I don't recall the pipe and
5  things like that.  I --
6      Q.  And do you recall that when you first saw
7  ▓▓ in the morning, whatever time it was, that she
8  was not buckled and not restrained?
9      A.  No, I do not recall that.
10     Q.  And go to page -- let's see.  17 at the
11 bottom, if we can.  And this is Detective O'Brien,
12 essentially.  The last part of it says:  She was not
13 buckled in when they found her unresponsive on
14 6/19/2014.  And your testimony is you don't recall
15 that?
16     A.  I do not recall that.
17     Q.  And the next page, 18, again, the officer's
18 report talks about that at the very top ▓▓ had no
19 known recent illnesses, which I think we talked
20 about.  She had a cough and was feverish a couple
21 months ago.  I assume that's referring to the April
22 visit to Banner; is that right?
23     A.  Yes.
24     Q.  And then according to Andrew, when ▓▓ was
25 born she had trouble breathing, therefore she was

Page 165

1  monitored at the hospital for three days before she
2  was sent home, and that's her fluid in the lungs
3  issue; is that right?
4      A.  Yeah.
5          MS. SCHRINER:  Form.
6          THE WITNESS:  Yeah, that would be the fluid
7  in the lungs.
8      Q.  BY MS. COHEN:  And then it says:  She's had
9  regular visits with a pediatrician.  She appeared to
10 be developing normally.  She was rolling over,
11 crawling and could stand.  Do you agree with that
12 description?
13     A.  No.  She was rolling over.
14     Q.  And approximately three weeks ago ▮
15 rolled out of bed and sustained a scratch under her
16 left eye.  Do you recall that?
17     A.  Yes, I do.
18     Q.  And that was healing fine?
19     A.  Yes, it was.  I took her to the doctor.  She
20 was fine.
21     Q.  You took her to the doctor for that?
22     A.  I think I did.  Yeah, I don't know,
23 honestly.
24     Q.  Would you have taken her to Dr. Cleary for
25 that?

Page 166

1      A.  I don't know.
2          MS. COHEN:  Do you want to take a break?
3  Let's take a break.
4          THE VIDEOGRAPHER:  Okay.  We are going off
5  the record at 2:26 p.m.
6          (WHEREUPON, a short break was taken from
7          2:26 p.m. to 2:31 p.m.)
8          THE VIDEOGRAPHER:  We are back on the record
9  at 2:31 p.m.
10     Q.  BY MS. COHEN:  Thanks, guys.  So we were
11 just talking before the break about, you know,
12 whether you would have taken her to the doctor about
13 her falling off and hitting her eye, and I think the
14 answer is you're not sure whether you did or not.
15     A.  I mean, if it's not in the police records
16 and not -- or in the doctor's records, then I
17 probably just called, but I don't remember.
18     Q.  Okay.  That's fair.  I understand.  Let's
19 see.  There is a reference in the police report to
20 Andrew recently researched Sudden Infant Death
21 Syndrome online and believed since ▮ was past
22 four months that SIDS was no longer a concern for
23 her.  Were you aware that he was researching SIDS
24 online recently?
25     A.  No, I'm unaware of that, but, I mean, if it

Page 167

1  was recent, if he did it, then it would have to have
2  been when she was a newborn, not recently before she
3  passed.  I don't know.  It's been seven years.  I
4  can't -- I can't remember.
5      Q.  Right, but if he was online researching
6  recently, it's something that you were told or
7  aware of?
8      A.  No.
9      Q.  And then just jumping to page 19.  Just a
10 few more pages in this one.  Let's see.  This is --
11 it's sort of -- the part, actually, starts on page
12 18 where the police -- the detective is interviewing
13 Andrew's parents and says they interviewed them
14 separately but they provided similar information,
15 and they babysat her on June 18th, so the day before
16 between 1700 hours and 2100 hours he dropped her off
17 at their residence in Glendale.  And I think you
18 said you weren't sure that that -- you didn't know
19 that that had happened?
20     A.  No, because when I went to work Andrew was
21 going to watch her, but what Andrew does when he
22 watches her, he's a parent, too, so if that's what
23 he did --
24     Q.  And then the next paragraph on page 19 says:
25 They were aware she had a cold probably two or three

Page 168

1  months ago, which we talked about already about the
2  visit, and she had had raspy breathing in the past;
3  otherwise, she was a normal and healthy baby.  They
4  believed she had a heart murmur when she was born
5  and believed it was due to a valve in her heart
6  taking longer than normal to close; however, there
7  were no known outstanding issues from this issue at
8  her birth.
9          Is that -- is that consistent with your
10 understanding, as well, or is there something about
11 that that you disagree with?
12         MS. SCHRINER:  Form.
13         THE WITNESS:  Well, I don't think -- she did
14 not have a raspy voice and -- or raspy breathing.
15 Only when that cough was happening.  And then as far
16 as a heart murmur, she was -- that was what they
17 told me when we would go home from the hospital that
18 it was normal, so I wasn't told more than that.
19     Q.  BY MS. COHEN:  And then -- let's see.  Down
20 at the second to last paragraph it talks about --
21 this, again, is Daniel being interviewed, talking
22 about they lost power, and I think that relates to
23 the air conditioning issue again.  Were you aware of
24 the power loss issue?
25     A.  No, I was not.  I did not live there.

**Page 169**

1    Q.  On page 20, and this is talking about --
2    now, this part talks about the detective contacting
3    your mom and dad, Arnet Lawton and Robert Lawton,
4    your parents, and then it goes on to say:  Arnet
5    further advised that when ▓▓▓ was born she had
6    fluid in her lungs and was not breathing.  The issue
7    we've talked about.  She was monitored for three
8    days in the hospital ICU.  Arnet and Robert were
9    also aware that ▓▓▓ had a constant raspy cough.
10   And that's how, I guess, your mother described it.
11   Do you agree with that?
12        MS. SCHRINER:  Form.
13        THE WITNESS:  When she has the upper
14   respiratory infection, a cold, yes, she had a raspy
15   cough.
16   Q.  BY MS. COHEN:  Okay.  And then it talks
17   about, according to Arnet, per Dr. Cleary, this was
18   due to allergies and teething.  Did she have
19   allergies?
20        MS. SCHRINER:  Form.
21        THE WITNESS:  Not that I'm aware of, and you
22   can't diagnose a baby with allergies until they are
23   over five, from what I was told.
24   Q.  BY MS. COHEN:  Maybe we can put the police
25   file away.  This is 17.  And now let's look quickly

**Page 170**

1    at the Medical Examiner records which we have marked
2    as 19.  And I will just direct you to part -- and I
3    think you said you don't recall speaking with the
4    medical examiner, Dr. Ferenc; is that right?
5        A.  I do not recall.  I mean, I spoke to people,
6    but I couldn't tell you who they were and what they
7    were asking.
8    Q.  So this is now -- let's see.  On page 19.
9    This is from the investigator.  I'm happy to just
10   read to you what it says or you can look at it, but
11   this report says:  Mr. Olson placed the subject in a
12   bassinet beside the bed at 0140 hours in the morning
13   of June 19th, 2014.  Stated he used the bassinet
14   seat belt to secure his daughter.  The following
15   morning Kathleen woke up at approximately 8:00 hours
16   and found the subject in a semi-prone, semi-left
17   lateral position with the seatbelt undone.
18        I take it you don't have any recollection of
19   that?
20   A.  No, I do not.
21        MS. SCHRINER:  Form.
22   Q.  BY MS. COHEN:  And then it talks about how
23   Kathleen called 911, and there is some other ones.
24   Do you disagree with the records if they say you
25   were the one that called?

**Page 171**

1    A.  I disagree.  I disagree with that.  I mean,
2    maybe I dialed it for him, but he spoke.  I did not
3    talk to them on the phone.
4    Q.  Then on page 20 -- I promise I'm not going
5    to go through this whole thing, but on page 20,
6    there is a -- let's see.  The investigative summary
7    on page 20 says that -- describing the apartment, I
8    guess.  It says:  Multiple empty bottles of alcohol
9    found in the residence along with marijuana and
10   marijuana paraphernalia.  You don't disagree with
11   that part, do you?
12   A.  I don't recall the empty bottles of alcohol,
13   but I knew -- I know he had marijuana.
14   Q.  Okay.  And then it talks about the
15   electricity went out during the night for a short
16   period of time.  You don't recall that part;
17   right?
18   A.  No, I do not.
19   Q.  There is also reference in this record and
20   some other ones to ▓▓▓ having a bruise on her
21   forehead above her left eye.  Is that different from
22   the falling, or is that the same thing?
23   A.  That's going to be the same thing.  She only
24   had a mark from falling off the bed.
25   Q.  Page 20 under the Doll Reenactment part, do

**Page 172**

1    you remember specifically the doll reenactment, like
2    what Andrew did, what you did, or was it kind of
3    blurry to you?
4    A.  They asked me is it okay to do the doll
5    reenactment.  That's all I remember.
6    Q.  And the sentence that is written here by the
7    medical investigator says:  Kathleen seemed to be
8    under the impression that the seatbelt was not used
9    when the baby was placed at 0140 hours, is what the
10   investigator put down.  You don't disagree with
11   that, do you?
12        MS. SCHRINER:  Form.
13        THE WITNESS:  I do not recall that.  Seven
14   years ago, I do not recall that.
15   Q.  BY MS. COHEN:  You don't recall one way or
16   another; is that right?
17   A.  Yes, I do not recall that.
18   Q.  Sitting here today, you don't recall what
19   you said to the investigator, I take it; correct?
20   A.  Correct.  I do not recall talking to them
21   and what I said.
22   Q.  Okay.  The report, again, later in this
23   Medical Examiner report, talks about crib death and
24   probably SIDS.  Is that something that was ever
25   explained to you by anyone?

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 46 of 94 (173 - 176)

Deposition of Kathleen Courkamp                                    Page: 44
10/21/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 173

1    MS. SCHRINER:  Form, foundation.
2    THE WITNESS:  I don't remember.
3    Q.  BY MS. COHEN:  There was a part in the
4  report that said that -- in any report that says
5  that you stated that Z███'s mouth was not obstructed
6  by the cushion of the bassinet.  Do you recall
7  that?
8    A.  Yes, I do.  There was nothing up in her face
9  or in her mouth or blocking her.
10    Q.  Again, at some point you heard from the
11  Medical Examiner's Office or the police who called
12  and said that the cause of death was undetermined;
13  is that right?
14    A.  I saw it on the death certificate.
15    Q.  Do you remember it being unusually warm in
16  the apartment that night?
17    A.  No, I don't.
18    Q.  It's in the police record.  Let me pull that
19  back up, Exhibit 17.  I'm just looking for
20  something.
21      There is pages on the police report, which
22  you may have in front of you, which is the -- which
23  is page 82 and 83.  This is the -- that's Exhibit
24  17.  This is the Infant Death Investigative
25  Checklist, which, again, I think is part of the file

Page 174

1  here.  I just have a couple questions on that.  On
2  page 83.  This is, again, on the time sequence.  It
3  says -- I will let you get there.  In the middle of
4  the page there, time frame information.  Time found,
5  8:00.  Last seen alive, 1:40.  Time police called,
6  8:00.  Call type, 911.  Person, calling mother.  Do
7  you see all that?
8    A.  Yeah.
9    Q.  Does that refresh your recollection of what
10  happened?
11    MS. SCHRINER:  Form.
12    THE WITNESS:  No, because -- I mean, 8:00
13  a.m. found her.  1:40 only, last time alive.  I
14  mean, maybe last time like eyes open was 1:40
15  because her eyes were not open at 6:00.  And I did
16  not call.  I did not speak to them and I have that
17  at home because I asked for it like a couple months
18  after she passed, and they only gave me a little bit
19  of the police record, and that was his phone call of
20  Andrew talking to them, so I don't --
21    Q.  BY MS. COHEN:  I'm sorry.  I just want to
22  ask, so you said I did not -- I have that at home
23  because I asked for it a couple months after she
24  passed?
25    A.  Yeah.

Page 175

1    Q.  What is it that you have?
2    A.  So I asked -- I went down and asked for the
3  police records and they didn't have the whole thing
4  yet and they gave me like four pages and it was
5  Andrew's phone call to the cops -- or to 911, and
6  it's Andrew talking, so I do know I did not talk to
7  them.  I may have dialed it and hit call, but I did
8  not speak to them at all.
9    Q.  Do you have a recording or a piece of paper
10  of Andrew?
11    A.  It's a piece of paper and it says 911.  They
12  are talking.  Andrew, colon, he's talking, and tells
13  him -- they told Andrew give her CPR, put her on a
14  hard surface.  I was not the one that spoke to them
15  at all.
16    Q.  And then on page 84 of this, the checklist
17  part, it says -- there is a question about in the 72
18  hours prior to death did the child have, and you can
19  check things off.  One of the things that's checked
20  off is cough, wheezing in terms of 72 hours before.
21  You don't disagree with that, do you?
22    A.  I don't recall that.
23    MS. COHEN:  Let's pull up Andrew -- I mean,
24  Andrew.  Aaron, did we -- I guess we didn't mark all
25  the pictures from the police file.  I just want to

Page 176

1  pull out a couple pages to mark here, you guys, and
2  I won't put the whole thing in, but if we can just
3  take a minute and pull out a couple pages, I can
4  read off the numbers to you, Aaron.
5    MR. LLOYD:  Yeah.  Just let me know which
6  numbers.
7    MS. COHEN:  Yeah.  And this will be in
8  Exhibit -- well, the police photos.  So pages --
9  let's pull out 110, 205, 212, 218, 258 and 260.
10    MR. LLOYD:  Read them back to me, Lori.
11  Sorry.  I was pulling them out.
12    MS. COHEN:  I'm sorry.  110, 205, 212, 218,
13  258 and 260.
14    MR. LLOYD:  Okay.
15    MS. COHEN:  We can make this the next -- we
16  can put all those as one exhibit as the next
17  exhibit, 20, which will be Exhibit 20.
18    (Deposition Exhibit No. 20 was marked for
19    identification.)
20    Q.  BY MS. COHEN:  While he's looking for those,
21  I will just ask you the general question.  Do you
22  remember telling any of the investigators, and I
23  will use their quote, that you do not believe that
24  the seatbelt was used by Andrew when the baby was
25  placed at 0140 hours?

Page 177

1    MS. SCHRINER:  Form.

2         THE WITNESS:  No.  No, I do not recall that.

3    Q.  BY MS. COHEN:  You just don't recall having

4  that conversation with them; is that true?

5         MS. SCHRINER:  Form.

6         THE WITNESS:  No, I don't remember seven

7  years ago or -- I do not remember having that

8  conversation.  It was not yesterday.  I'm sorry.

9    Q.  No, I understand.

10        MR. LLOYD:  Okay.  Lori, the witness and

11  Kristin have the exhibits now.

12   Q.  BY MS. COHEN:  Okay.  Do you have those

13  photos?  And, again, this is just photos -- I didn't

14  want to pull out the entire photo stack, but these

15  are photos of Andrew's bedroom.  Do you recognize

16  where these photos are taken?  If you just look

17  through those.

18   A.  That's his closet, the first one.  That's

19  his closet.

20   Q.  Yeah.  Do you remember -- do you remember

21  seeing those bottles and empty alcohol in his

22  closet?

23   A.  No, because the mirror was shut and it

24  wasn't my house to go through his stuff, so --

25   Q.  Okay.  Then you see this is a desk on his --

Page 178

1  in his bedroom, I think; is that right?

2    A.  Yes.

3    Q.  With the Dos Equis cans.  And that was the

4  night that you were there sleeping over?

5    A.  Yeah.  I don't recall it being there, but

6  one can doesn't concern me.  He was a great father,

7  so I wouldn't have questioned that.

8    Q.  And you say you never saw the -- in his

9  closet the empty bottles?

10   A.  No.  The closet door was shut and I didn't

11  live there.  I wasn't going to go through his closet

12  if I didn't feel a reason to.

13   Q.  Let me go through -- I have -- let's see.

14  In the transcript of the -- there is a recording of

15  an interview that the police had with Andrew, David,

16  Sarah, and one of the things that Mr. Akey -- do you

17  remember talking to Mr. Akey from the police

18  department?

19   A.  I have zero clue on who that person is.

20   Q.  One of the things that Andrew said is that

21  Baby ▇ was crawling, rolling over and she could

22  stand up.  Do you disagree with that?

23   A.  I do --

24        MS. SCHRINER:  Form.

25        THE WITNESS:  I do disagree with that.

Page 179

1    Q.  BY MS. COHEN:  Which part -- so you don't

2  think she could stand up yet; is that what you're

3  saying?

4         MS. SCHRINER:  Form.

5         THE WITNESS:  No.  She wasn't old enough to

6  do that and she only rolled over, and if you put

7  her -- if you stood her yourself, she would stay up

8  for two seconds, but never on her own could she get

9  up.

10   Q.  BY MS. COHEN:  At some point Mr. Olson said

11  to the police that he thought he had breathing

12  problems when he was a baby.  Do you recall hearing

13  about that?

14        MS. SCHRINER:  Form, foundation.

15        THE WITNESS:  No, I do not recall that.

16   Q.  BY MS. COHEN:  I take it that -- you know,

17  kind of the opposite question.  You never told any

18  of the police or investigators that you were certain

19  that the baby was restrained or buckled in;

20  correct?

21   A.  I do not recall.

22   Q.  You just don't recall either way; correct?

23   A.  Correct.  I do not recall.

24   Q.  Did you and Andrew go to counseling together

25  at all after ▇ died?

Page 180

1    A.  No, we did not.

2         MS. COHEN:  I may be just about done, you

3  guys.  Can we take about a five-minute break and let

4  me just consult with Aaron and then, perhaps, we

5  will be done or I might have one or two more

6  questions, you guys?  Thank you.

7         VIDEOGRAPHER:  We are going off the record

8  at 2:58 p.m.

9              (WHEREUPON, a short break was taken from

10             2:58 p.m. to 3:05 p.m.)

11        THE VIDEOGRAPHER:  We are back on the record

12  at 3:05 p.m.

13   Q.  BY MS. COHEN:  Great.  So, Ms. Courkamp,

14  just a couple of quick questions and hopefully we

15  will be able to wrap this up.

16        It looks like -- and we looked at this

17  before, that you received the death certificate at

18  some point that had the unknown, undetermined

19  designation for the cause of death; is that right?

20   A.  Yes.

21   Q.  And then you also wrote in your journal, and

22  I don't know if you have it in front of you still,

23  but in 2014 -- this is, I think, Exhibit 4, but you

24  wrote something like that I got your report back and

25  they can't find any reasoning why you passed away,

**Page 181**

1 and you were obviously talking to Za‍‍‍ right?

2     A. Yes.

3     Q. So did you -- in 2014 when you had the death

4 certificate and you had that knowledge that it was

5 undetermined, unknown, did you do anything, again,

6 between then and 2019 to investigate further

7 anything more?

8     A. No. I mean, I wouldn't know what to even

9 investigate, so --

10     Q. And then my last question is this. I know

11 you've told us in the last segment of questioning

12 that you believe you woke up around 6:00 a.m. and

13 looked at Baby ‍‍‍ and you realize there is nothing

14 in any of the police records or the ME records about

15 that, so I just want to ask you, did you tell

16 anybody before today that you believe you woke up at

17 6:00 a.m. and saw her?

18     A. I mean, I believe I told the investigators

19 that.

20        MS. SCHRINER: Form, foundation. Sorry.

21     Q. BY MS. COHEN: And do you have any idea why

22 all of the investigators have the same, you know,

23 report that you woke up at 8:00 for the first

24 time?

25        MS. SCHRINER: Form.

**Page 182**

1        THE WITNESS: No, I don't. I mean, I have

2 never looked at the police report. I didn't write

3 it, so I don't know why they don't have it in there,

4 but I'm sure I told them.

5     Q. BY MS. COHEN: Okay. I know at 6:00 -- when

6 you woke up at 6:00, I take it you looked down at

7 ‍‍‍ from your bed?

8     A. Yeah, because she was right there and I

9 looked and I felt her and she seemed completely

10 fine, just asleep, so I went back to bed.

11     Q. And you felt -- you remember feeling her

12 breathing?

13     A. Yeah.

14     Q. And do you think she was warm at the time?

15     A. Yes.

16     Q. Did she have a blanket over her at that

17 time?

18     A. Not that I can remember.

19     Q. And you don't remember whether she was

20 buckled in or not at that time; correct?

21     A. No, I do not remember.

22        MS. COHEN: Okay. That's -- I think that's

23 all I have, and I thank you very much for going

24 through this with me, and I appreciate your

25 patience.

**Page 183**

1        MS. SCHRINER: I'm sorry, Lori. I didn't

2 know if you were going to end it. I just have a

3 couple of follow-ups.

4        MS. COHEN: Okay.

5

6                EXAMINATION

7 BY MS. SCHRINER:

8     Q. So, Katie, I just have a couple questions of

9 clarification.

10        You were asked about the warnings on the

11 Rock 'n Play. Do you recall ever seeing any

12 warnings warning you about babies who were able to

13 roll over?

14     A. No.

15     Q. Do you recall ever seeing an age limit on

16 the warnings?

17     A. No, I do not.

18     Q. You were asked some questions about

19 statements in the police report about ‍‍‍ having a

20 raspy cough. If ‍‍‍ had had any sort of continuous

21 raspy cough, is that something you would have

22 addressed with Dr. Cleary?

23     A. Yes. It's on the note addressed to him.

24     Q. And, in fact, when ‍‍‍ did have a cough,

25 you took her in to be examined; correct?

**Page 184**

1     A. Yes.

2     Q. You were asked a lot of questions about

3 statements in the police report. Did any officers

4 ever ask you to review the police report for

5 accuracy?

6     A. No, they didn't.

7     Q. And, until today, have you ever seen the

8 police report?

9     A. No.

10     Q. You were specifically asked some questions

11 about pages 83 and 84 on Exhibit 17 which was that

12 checklist that Ms. Cohen went over with you. Have

13 you ever seen that checklist before?

14     A. No, I haven't.

15     Q. Do you have any idea who wrote that

16 checklist?

17     A. No, I don't.

18     Q. Do you know how the information was gained

19 that went into that checklist?

20     A. No.

21        MS. SCHRINER: Those are the only questions

22 that I have.

23        MS. COHEN: And I have no further questions

24 then, so we can let Ms. Courkamp get on her way.

25 And, again, thank you for your patience in going

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 49 of 94

Deposition of Kathleen Courkamp                                    Page: 47 (185 - 186)
10/21/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

| Page 185 | Page 186 |
|---|---|

**Page 185**

1  through this today.  I know it was not easy, so

2  thank you.

3          THE VIDEOGRAPHER:  Okay.  One second.  Let's

4  go off the record.

5          MS. COHEN:  Will she read and sign,

6  Ms. Schriner?

7          MS. SCHRINER:  Yes.  Yeah.

8          MS. COHEN:  Will she read and sign her

9  deposition?

10         MS. SCHRINER:  Yes.  We will read and sign.

11         THE VIDEOGRAPHER:  We are going off the

12  record at 3:10 p.m.  This concludes today's

13  testimony given by Kathleen Courkamp.  The total

14  number of media units used today is three and they

15  will be retained by Veritext.

16              (WHEREUPON, the deposition was

17              concluded at 3:10 p.m.)

18

19

20

21

22              _____

23                  KATHLEEN COURKAMP

24

25

**Page 186**

1  STATE OF ARIZONA          )
                            ) ss
2  COUNTY OF MARICOPA        )

3          BE IT KNOWN that the foregoing proceedings
   were taken before me; that the witness before
4  testifying was duly sworn by me to testify to the
   whole truth; that the foregoing pages are a full,
5  true and accurate record of the proceedings, all
   done to the best of my skill and ability; that the
6  proceedings were taken down by me in shorthand and
   thereafter reduced to print under my direction.

7
           I CERTIFY that I am in no way related to any
8  of the parties hereto, nor am I in any way
   interested in the outcome hereof.

9

10         [X] Review and signature was requested.
           [ ] Review and signature was waived.
11         [ ] Review and signature was not discussed.

12

13         I CERTIFY that I have complied with the
   ethical obligations set forth in ACJA 7-206(F)(3)
14  and ACJA 7-206 J(1)(g)(1) and (2).  Dated at
   Phoenix, Arizona, this 4th day of November, 2020.

15

16              _____
                JEFFREY W. BARTELT, CSR, RPR
17              Certified Reporter
                Arizona CR No. 50363

18
           I CERTIFY that BARTELT|NIX REPORTING has
19  complied with the ethical obligations set forth in
   ACJA 7-206 (J)(1)(g)(1) and (2).

20

21              _____
                BARTELT|NIX REPORTING, LLC
22              Registered Reporting Firm No. R1028

23

24

25

## WORD INDEX

**< 0 >**
**000035** 44:4
**0003544** 2:15
**001024** 3:6
**001070.109** 3:6
**001071** 2:18
**001194.93** 2:18
**001211** 2:20
**001260.96** 2:20
**001683** 2:21
**001714.97** 2:21
**002096** 2:17
**002105.89** 2:17
**002333** 3:5
**002362.107** 3:5
**005563** 2:23
**005582.100** 2:24
**005623.98** 2:23
**007085** 3:12
**007089** 3:14
**007295.127** 3:12
**0140** 162:18 170:12
172:9 176:25

**< 1 >**
**1** 2:11 25:2, 5, 6, 19
26:20 28:23 59:25
78:18, 20 186:14, 14,
19, 19
**1:37** 131:8, 10
**1:40** 174:5, 13, 14
**10** 3:2 107:2, 3
109:18 114:9, 10, 11,
16, 18, 22 118:10
136:12 159:2, 5
160:15
**10:00** 60:11 143:9
**10:56** 75:18, 21
**1028** 1:1
**1029** 114:24 115:6, 12
**1071** 94:8, 10
**1076** 31:23
**10847** 31:22
**109.158** 3:18
**1094** 94:9
**10th** 11:2 18:20

**11** 3:6 95:11 109:18,
21 114:6, 13, 15, 16,
18 115:2, 6, 11
**11:06** 75:21, 23
**110** 176:9, 12
**112** 30:18
**112th** 30:20
**113111** 3:8
**1142** 95:9
**1143** 96:2
**1194** 94:10
**12** 3:6 59:25 111:20,
21, 23 112:15 117:5
**12:30** 130:21 145:11
**12:36** 131:5, 8
**1211** 94:9
**1260** 94:9
**13** 3:9 104:22 117:5,
6, 8
**14** 3:9 92:5 123:6, 8,
9, 10 124:8, 10
127:11 159:10 163:7
**14th** 69:19 71:7
**15** 3:12 93:20
127:11, 16
**153** 153:14
**16** 3:12 10:21 95:1,
3, 4 96:17 125:1
131:19 132:1, 3
134:11
**17** 3:15 89:21
137:15, 19 138:16
153:12 155:17, 19
158:19 164:10
169:25 173:19, 24
184:11
**1700** 167:16
**1746** 26:20
**18** 3:15 22:25 23:2,
12, 21, 22, 23 24:6
28:1 97:12 115:19
153:12, 17 164:17
167:12
**18th** 144:17, 19
167:15
**19** 3:18 23:24 24:1,
6, 7, 9, 13 28:17 92:5
127:10, 11 136:25
157:18, 24 158:2, 19

**159:**10 164:14 167:9,
24 170:2, 8
**1993** 18:20
**19th** 71:18 99:4
141:6, 7, 8 142:18
144:12, 14, 17 170:13
**19-year-old** 108:2

**< 2 >**
**2** 2:13 25:5, 6, 20
28:24 32:1 94:3
124:2 186:14, 19
**2:00** 58:13 60:12
**2:02** 153:6, 8
**2:06** 153:8, 10
**2:19-CV-02689-GMS**
1:1 5:19
**2:26** 166:5, 7
**2:31** 166:7, 9
**2:58** 180:8, 10
**20** 3:18 24:3, 16
98:13, 17 118:24
149:13 150:4 169:1
171:4, 5, 7, 25 176:17,
17, 18
**200** 4:13
**2000** 10:21
**2011** 30:18 32:17
**2012** 14:2 36:3, 4, 14
37:4 53:3 163:3
**2013** 24:8, 13 27:10
32:20 51:2 53:15
56:23 68:1 115:20
119:17 163:2, 4
**2014** 14:7 17:12
21:17 22:3, 16, 22
30:18 35:9 36:11, 15
37:4 40:14 41:6, 12
42:18 48:22 56:24
59:15 68:2 76:6
77:24 78:9, 12 91:17
99:4 103:3, 3 122:2
123:3 134:25 135:8,
15, 20 136:25 163:4
164:14 170:13
180:23 181:3
**2014-79230** 3:15
**2015** 22:1 91:21
**2016** 11:13 91:13, 18,
19, 19, 20 92:22

**2017** 11:2, 13 92:12,
15 93:5
**2018** 9:24, 25 10:9
32:20
**2019** 45:2, 2 61:14
84:7 181:6
**2020** 1:1 4:2 5:1, 8
21:15 32:6 88:10
186:14
**205** 3:20 176:9, 12
**2086** 90:12
**21** 1:1 4:2 5:1 76:5
**2100** 167:16
**2104** 90:13
**2105** 90:13
**212** 3:20 176:9, 12
**218** 3:20 176:9, 12
**21st** 5:8 123:3 141:4,
7
**22** 131:20
**23** 137:17
**2335** 108:10
**2337** 107:24
**2375** 4:22
**25** 104:20 158:1
**2500** 4:18
**254-4111** 1:1
**256** 152:8, 14, 15
**258** 3:20 176:9, 13
**260** 176:9, 13
**260.176** 3:20
**27** 18:20
**28** 112:22
**290** 1:1

**< 3 >**
**3** 2:15 44:14 125:21
186:13
**3:05** 180:10, 12
**3:10** 185:12, 17
**30305** 4:18
**30th** 24:13 45:2
118:8, 14, 15
**3101** 1:1
**33** 122:1
**3333** 4:18
**34** 121:16
**35** 121:1
**36** 119:19

**37**  118:*21*
**3800**  4:*4*

**< 4 >**
**4**  2:*15*  78:*21*  89:*15*, *24*, *25*  90:*8*  126:*7*  180:*23*
**4:00**  60:*13*
**40**  145:*20*
**40-minute**  145:*18*
**42117**  3:*9*
**4230**  13:*9*
**4th**  118:*18*  119:*17*  186:*14*

**< 5 >**
**5**  2:*18*  78:*21*  93:*23*  138:*22*  155:*22*  158:*23*  161:*11*
**5:00**  60:*14*
**50363**  1:*1*  4:*6*  186:*17*
**51st**  60:*25*  89:*2*
**55**  100:*3*
**5562**  100:*4*
**5563**  98:*20*
**5927**  29:*10*, *15*

**< 6 >**
**6**  2:*18*  96:*18*, *20*  159:*10*  164:*14*
**6:00**  136:*10*, *10*  155:*3*  156:*5*, *11*, *13*, *14*, *17*  159:*4*  174:*15*  181:*12*, *17*  182:*5*, *6*
**6:30**  159:*8*
**60123**  3:*11*
**602**  1:*1*
**63rd**  51:*18*  52:*2*  55:*11*
**67th**  29:*7*, *12*  30:*1*
**698**  4:*13*

**< 7 >**
**7**  2:*21*  92:*5*  97:*16*  98:*10*
**7:00**  136:*10*
**70**  128:*6*
**700**  4:*22*

**7090**  128:*6*, *9*
**7091**  128:*6*, *10*
**7092**  128:*13*
**7104**  128:*25*
**7110**  129:*1*, *8*
**7140132**  3:*14*
**72**  175:*17*, *20*
**7-206**  186:*13*, *14*, *19*

**< 8 >**
**8**  2:*21*  98:*15*, *17*  122:*2*  161:*19*, *23*
**8:00**  136:*9*  155:*5*, *6*, *24*  156:*6*, *13*, *15*, *17*, *21*  159:*4*, *11*  161:*14*  162:*23*  170:*15*  174:*5*, *6*, *12*  181:*23*
**82**  173:*23*
**83**  173:*23*  174:*2*  184:*11*
**84**  175:*16*  184:*11*
**85012**  1:*1*
**85016**  4:*22*
**85137**  3:*15*
**85705**  4:*14*
**8618**  29:*12*
**8th**  122:*25*

**< 9 >**
**9**  2:*24*  100:*10*  162:*12*
**9:29**  1:*1*  4:*2*  5:*2*, *7*
**9:54**  25:*10*, *12*
**9:55**  25:*12*, *14*
**911**  155:*14*  157:*5*  160:*2*, *3*  170:*23*  174:*6*  175:*5*, *11*
**94**  76:*18*

**< A >**
**a.m**  1:*1*  4:*2*  5:*2*, *7*  25:*10*, *12*, *12*, *14*  58:*13*  75:*18*, *21*, *21*, *23*  174:*13*  181:*12*, *17*
**Aaron**  4:*21*  6:*12*  89:*18*  93:*21*  96:*17*  97:*13*  98:*13*, *17*, *22*  100:*2*, *5*, *7*  106:*24*  109:*18*  117:*6*  123:*4*  127:*9*, *12*  131:*20*

**137:17**  151:*16*  152:*8*  157:*16*  175:*24*  176:*4*  180:*4*
**Abba**  32:*8*, *9*  34:*10*
**ability**  186:*5*
**able**  18:*16*  103:*13*, *17*, *19*  122:*8*  129:*3*, *19*  142:*10*, *12*  147:*21*  180:*15*  183:*12*
**about**  10:*9*  11:*3*  12:*4*  13:*2*  14:*5*, *8*, *24*  15:*2*, *3*, *6*, *17*, *18*  16:*15*, *23*  17:*23*  18:*5*, *8*  21:*3*, *18*  22:*20*  25:*21*  27:*20*  28:*5*  29:*1*  32:*2*, *13*, *20*  33:*15*  34:*7*  35:*12*, *13*  36:*11*, *19*  37:*12*  39:*18*  40:*3*  41:*21*, *24*  42:*22*, *25*  43:*15*  44:*25*  45:*3*, *20*  46:*9*, *18*, *19*, *24*  47:*1*, *25*  48:*16*  51:*9*  52:*3*  53:*9*  55:*3*, *7*  57:*3*, *10*, *14*  59:*22*, *25*  62:*17*  64:*22*  65:*2*, *6*, *8*  66:*19*  71:*13*  73:*20*  76:*4*  78:*22*, *23*  79:*5*, *20*, *25*  80:*23*  81:*10*, *17*, *20*  83:*8*, *13*, *17*  86:*13*  87:*16*  89:*12*, *17*  91:*22*  94:*24*  96:*3*  98:*7*  99:*7*  100:*24*  103:*8*  104:*1*  108:*1*, *3*, *10*  111:*9*  113:*3*, *21*  118:*4*  119:*5*, *24*  120:*20*  123:*20*, *21*  124:*3*  125:*23*  126:*8*  129:*2*, *22*  130:*2*, *12*  134:*23*  136:*22*  137:*5*  138:*11*  141:*3*, *7*  142:*9*  144:*16*, *19*  145:*11*, *13*, *18*, *20*  150:*4*  151:*23*  157:*3*, *20*, *22*  158:*23*  162:*7*, *8*, *9*  163:*11*, *21*  164:*18*, *20*  166:*11*, *12*  168:*1*, *1*, *10*, *20*, *22*  169:*1*, *2*, *7*, *17*  170:*22*  171:*14*  172:*23*

**175:17**  179:*13*  180:*2*, *3*  181:*14*  183:*10*, *12*, *18*, *19*  184:*2*, *11*
**above**  155:*22*  171:*21*
**absolute**  102:*6*
**absolutely**  102:*6*
**AC**  160:*23*  161:*2*
**accident**  39:*24*
**accommodation**  160:*24*
**Accompanied**  125:*3*
**according**  164:*24*  169:*17*
**account**  80:*24*
**accounts**  80:*25*
**accuracy**  26:*21*  184:*5*
**accurate**  78:*2*, *4*, *12*  156:*7*  186:*5*
**accurately**  163:*25*
**ACJA**  186:*13*, *14*, *19*
**ACOG**  3:*6*
**action**  5:*25*
**activities**  34:*13*
**actually**  14:*4*  42:*14*  44:*7*  62:*7*  100:*2*  115:*9*, *10*  119:*18*  152:*7*  167:*11*
**acute**  124:*12*
**add**  31:*15*  32:*5*  102:*13*  157:*17*
**additional**  89:*12*  109:*6*  155:*18*
**address**  13:*8*  21:*7*, *11*  30:*17*, *23*  31:*5*, *8*, *10*, *11*, *20*  51:*17*, *19*, *24*  52:*9*, *25*  60:*23*, *24*  88:*18*, *21*, *24*
**addressed**  183:*22*, *23*
**addresses**  28:*24*  29:*1*  31:*20*  33:*22*
**adequately**  163:*25*
**administer**  5:*24*
**admitted**  123:*24*  136:*4*
**adorable**  12:*19*
**advertisement**  64:*23*
**advertisements**  88:*15*
**advertising**  87:*16*
**advised**  105:*2*  139:*7*

169:5
**Affidavit** 3:9, 18
**affiliation** 6:4
**after** 10:6 14:3, 9, 15
17:5 20:8, 9 31:19,
19 33:19 42:17, 17,
19 46:11 47:12 51:2
53:17, 18, 19 54:10,
14 55:13 59:15 61:3
63:1, 2, 14, 15 64:5, 6
65:24 70:8 76:1, 9
78:23 79:4 86:24
90:16 92:3 107:8
108:21 113:16
116:10, 10 125:11
131:13 141:3 148:20
149:8 150:6 160:18
174:18, 23 179:25
**afternoon** 135:22
**afterwards** 126:22
**again** 7:4, 13, 16, 17
9:1 12:4, 20, 21, 22
14:22 15:11 17:25
24:4 33:21 34:4
35:21, 25 40:4 43:1,
4 44:8 46:24 48:19
49:19 51:13 52:24
54:12 55:1, 20 56:23
57:9 61:15 63:6
68:1 70:4 78:1, 12
80:6 81:17 85:11, 20
87:9 88:23 93:3
98:1 100:14, 18
105:18 107:7, 23
111:25 113:1 116:16
120:10, 11, 22 122:3,
7 131:23 133:11
135:25 138:11
141:13 142:3 144:12
148:8 150:18 153:19,
22 154:15 157:19
160:1 161:12, 13
162:13 164:17
168:21, 23 172:22
173:10, 25 174:2
177:13 181:5 184:25
**against** 18:2 150:22
**age** 22:25 76:8, 22
119:5 120:10 183:15
**agency** 83:4

**ago** 10:9 86:23
111:2 164:21 165:14
168:1 172:14 177:7
**agree** 5:13 103:9
104:13 122:7 165:11
169:11
**agreed** 46:12
**agreement** 57:7, 8
140:13, 13
**ahead** 25:17 43:23
89:11 97:13 109:20
111:18 137:14
143:21 157:15
**air** 52:17 136:23, 24
137:2 138:13 146:11
160:16, 20 161:8
168:23
**Akey** 178:16, 17
**alarm** 155:1, 3
156:14, 16 159:9, 10,
18
**alcohol** 76:11, 25
77:14 78:3, 9, 12
171:8, 12 177:21
**alive** 29:22 46:10
67:8 76:23 174:5, 13
**all** 5:12 6:2 7:19
9:10 16:8, 15 18:23
21:2 26:4 29:5
42:19 46:6 50:7, 10,
18 51:7, 14 53:22
55:10 68:2 69:2
70:24 73:10, 22 79:3,
22 81:7 83:3, 8, 13
94:24 97:3, 8 101:12,
14 107:16 109:17
110:14, 22 112:16
113:7 115:12 117:10
118:11 122:12 124:2
128:21, 21, 22 129:22,
23 134:11 135:21, 24
137:11 141:24
146:25 151:17
157:12 158:12, 16
160:18 172:5 174:7
175:8, 15, 24 176:16
179:25 181:22
182:23 186:5
**allergies** 169:18, 19, 22
**allowed** 14:23 47:21

**alone** 58:20 70:6
80:10
**along** 25:22 55:4
110:1 119:20 163:15
171:9
**already** 12:25 45:16
70:5, 7 106:1 127:5
142:9 155:16 158:24
168:1
**Also** 4:24 6:13 7:23
11:19 13:6 16:11
17:14 24:13 26:1
44:5 45:18 46:19
61:1 72:17 102:2
116:17, 24 121:19
169:9 171:19 180:21
**ALTE** 40:10 41:22
**always** 52:14 70:23
71:11 79:10 101:23
102:9 105:5 110:25
115:13 120:4 139:21,
23 140:22 153:12
154:12 161:1
**am** 5:25, 25 12:18
20:13 32:25 33:4
40:24 90:7 91:13
186:6, 8
**Amended** 87:2, 3, 3, 4,
10
**Andrew** 6:16 23:20
28:17 43:14 46:9
49:5, 20 53:11, 22
54:19 55:14, 23
56:15, 24 57:22 58:4
60:7 63:14 66:2
67:3 69:8 71:9
76:17 79:24 95:13,
22, 23 97:7, 19 101:1
106:2 108:5 118:10
128:4, 23 140:11
142:24 143:11, 25
144:8, 10, 22 146:18
147:18 149:4, 22
155:11, 15 157:5
158:6 160:2, 3
161:25 164:24
166:20 167:20, 21
172:2 174:20 175:6,
10, 12, 13, 23, 24

**176:24 178:15, 20**
179:24
**Andrew's** 40:3 45:18
46:20 52:8, 9 61:24
62:4 66:7, 10 68:7
69:5, 16 70:19 71:18
72:2, 4, 18, 23 73:2
79:15 80:9 136:24
143:18 144:5 163:1,
1 167:13 175:5
177:15
**animal** 72:21 132:17,
22, 24
**animals** 42:4
**another** 27:13 46:25
59:17 65:25 96:22
119:15 131:16, 19
162:12 163:9, 18
172:16
**answer** 9:7 78:3, 4,
13, 16 166:14
**Antepartum** 3:6
**anxiety** 27:21 115:21
**any** 5:25 6:4 7:7
10:11 13:15 15:4
16:16, 20, 22, 22 17:5,
23 18:7 19:25 20:3,
6 21:3, 19 22:8, 13,
15, 16, 16, 17 23:7
24:21 27:7 33:9
34:14 35:22 36:15,
16 37:7 38:3 39:14,
15, 16, 20 40:5, 6
42:8, 25 44:20 45:9,
12, 19, 20, 22 46:4, 15
47:3, 8, 20 48:3, 4
57:2, 3, 6 58:8 59:19
64:17 66:5 68:22
71:9 74:14 76:15
79:5, 5, 8 81:4, 9, 12,
12, 16 82:10, 18, 23
83:5 85:11, 20 86:10,
13, 18, 19, 19 87:12,
15, 16, 19 88:14 94:5,
21 96:13 97:23 98:2,
3 103:20 106:2, 2, 6,
15 107:16, 17 111:9
113:6, 15, 18, 20
117:18 119:21, 23
132:5 135:15, 17

137:3  139:4, 5, 6, 16
140:12, 21  141:17
147:3  151:24  154:16
158:24  159:3  161:8
170:18  173:4  176:22
179:17  180:25
181:14, 21  183:11, 20
184:3, 15  186:6, 8
**anybody**  17:21  18:3,
7  21:11  43:15  45:5,
11, 14  46:19  50:2
59:10, 19  93:14
181:16
**anymore**  104:9
**anyone**  34:23  43:6
59:16  75:12  91:2
93:12  149:15, 20
172:25
**anything**  7:19  14:22,
24  15:2, 4, 10, 22
20:22  21:20  22:14,
22  32:5  34:14  35:2
36:19  42:9  47:5, 9
48:5, 16  49:20, 24
50:2, 12  59:4, 16
64:22, 23  65:1, 5, 7
68:16  69:18  75:13
81:14, 18, 23  82:2, 3,
5, 12  83:1, 9  85:23,
25  86:5, 11, 20  97:23
103:6  106:18  113:15,
21, 24  114:1, 2  121:2
130:1  140:14, 18
141:22  147:2, 3
149:15  157:22
158:23  181:5, 7
**anyway**  98:24
**anywhere**  146:21
**apartment**  29:25
30:22  31:4, 22, 23
51:14, 16, 17, 21, 22,
25  52:2, 15, 21  53:20
54:17  55:8  58:16
62:3, 4  63:7  66:6, 7
70:3  71:1, 2  77:13
142:22  144:23  145:8,
15  171:7  173:16
**apartments**  53:5
129:22

**apologies**  9:11
**apologize**  82:16
**appearance**  6:3, 6
**appeared**  165:9
**Applebee's**  143:3, 5
146:4  149:16
**applesauce**  140:5
**appointment**  145:7
**appreciate**  182:24
**appropriate**  119:6
120:10
**approximately**  30:18
92:1  155:24  156:21
159:8, 11  161:14
162:18  165:14
170:15
**April**  21:15  41:6, 10
45:2  116:18  122:2, 8,
25, 25  123:3  141:4, 7
164:21
**are**  5:6, 10  6:4  8:2,
2  12:4, 19  13:2, 17
14:7, 16, 18  18:16
21:18  25:9, 13, 16
26:8, 8, 10  28:22
29:5  30:7  31:8
32:23  33:1, 3, 8  35:9
40:5  45:22  53:9
63:15  67:25  73:16,
16, 18, 19, 19, 20, 23
75:18, 22, 25  80:15
85:11, 20  86:15, 25
87:1, 2, 10, 25  89:22
90:22  93:7  94:11, 13,
15  95:13  97:11
98:20, 24  99:1
101:10  107:5  108:12,
13  113:3  119:25
121:19, 20  123:14
130:22  131:4, 9, 18,
23  132:19, 23  133:2
153:5, 9, 13  157:8, 25
160:5  166:4, 8
169:22  175:12
177:15, 16  180:7, 11
184:21  185:11  186:4
**area**  48:22  53:4
**ARIZONA**  1:1, 1, 1
4:4, 6, 14, 22  5:1, 19
7:6  11:20, 25  19:1,

14  22:5, 7, 10  27:16
28:10, 11, 20  29:2
31:23  32:18, 24
33:23  38:24, 25  39:2
53:3, 4  67:14  71:2
84:3, 4  89:3  108:4,
21  110:3, 6  186:1, 14,
17
**Army**  19:5  34:3
**Arnet**  30:11  169:3, 4,
8, 17
**Arnold**  67:5
**around**  14:6  17:4
28:6  36:25  37:21
49:1, 24  50:3  51:7
77:6, 9, 10, 14  110:4,
4  111:11  122:23
136:9, 9  181:12
**arrangement**  57:17
**arrest**  35:10
**arrested**  35:2, 17, 23
36:16  38:6  162:3
**arrests**  36:19  37:7
**arrival**  162:14
**arts**  32:20, 22
**as**  5:10  6:20, 21  7:5,
11, 17, 17, 22, 23  8:1,
8  9:6, 20  11:12
12:24  16:12, 12
17:15  21:9, 9  25:2, 5,
5, 18, 20  26:7  27:22,
24  29:15  30:5  36:10
39:22  40:4  42:24
43:23  44:4, 10  47:15,
17  49:9, 14  50:16
54:4  55:11  61:24
62:6  66:6, 7  67:22
68:7  71:19  73:10
79:12  83:16  86:7
89:13  90:18  92:5
94:13, 13  95:2  96:18
97:22  98:8  99:16
100:6  102:14, 21
105:11, 25  107:8
110:17, 21, 24  112:13
114:15  116:12
122:11, 19  124:5, 15
127:18  129:23
135:10, 15  139:19
142:9, 22  151:14

155:9, 16  157:17, 24
160:23  168:10, 15, 16
170:2  176:16, 16
**aside**  17:25  27:24
44:17  78:19  92:8
95:6  96:16  97:21
105:25  108:17  114:4
127:3  129:21  134:17
138:21  139:13  154:7
**ask**  8:6, 6, 12  9:1
14:22, 24  16:19
25:21  27:8, 9  30:9
33:5  35:6, 20  40:4
46:19, 24  49:4  61:15
78:6, 6  91:2  95:9
96:3  100:24  108:1
112:4  129:1  130:2
155:18  157:2  174:22
176:21  181:15  184:4
**asked**  30:10  45:16,
20  46:18  70:5  78:1,
11  82:16  94:4  106:1
132:4  134:18  138:25
139:3, 6  158:6  172:4
174:17, 23  175:2, 2
183:10, 18  184:2, 10
**asking**  9:3  15:2
25:2  92:9  170:7
**asleep**  69:12  146:25
147:1  149:7  182:10
**assessment**  117:19
**associates**  32:22
**assortment**  132:6
**assume**  34:23  51:3
56:12  102:21  103:8
105:10  126:3  129:23
146:2  150:13  164:21
**assumed**  15:10
**asthma**  20:7, 10, 11,
17  39:13
**at**  4:2, 2  5:7  6:5
7:19  8:10  10:22
14:4, 8  15:17, 19, 23
16:8, 8, 15  17:14
19:4, 24  20:7, 18
21:11  23:1, 23, 24
24:4, 16  25:10, 14
27:19  28:23, 25
29:15, 18, 19  30:20,
23  31:5, 8, 20  32:7, 8,

9, 18, 19  34:9  36:4, 8
37:7, 15  38:3, 9, 25
40:17, 22  41:4, 9, 23
42:18  43:2, 3, 4
44:18  45:9  46:5, 5
48:19  49:4  50:6, 8
51:14, 20, 22  52:8, 12,
20  54:10  55:4, 10, 12,
15  56:19  57:20, 23
58:4, 7, 8, 14, 15, 17
59:7  60:13  62:20
63:6, 21  66:6, 10
67:12  68:5, 15, 20, 21,
22, 23  69:3, 4, 4, 7, 16,
18  70:18, 24  71:6, 9,
12, 17, 18  72:9, 18, 19,
23  73:1, 8  74:1, 5
75:18, 23  77:23  79:1,
21, 22  80:12  81:7, 12
82:20  83:3, 8  85:12,
19  86:13, 15, 19, 25
90:12  93:17  94:17
95:24, 25  96:17  97:8
98:20  99:1, 10  101:3,
18  103:9, 13, 18
104:10  106:6, 21
107:16  108:5, 7, 8
109:24  110:9, 14
111:12, 14, 19, 19, 24
112:3, 17  115:12
116:18  117:23  118:7,
10, 11, 11  119:23
120:16, 25  121:5, 12,
12, 16, 23, 23, 23
122:1, 3, 7, 8, 21, 22,
25  123:19  124:2, 8
126:10  128:3, 6, 25
130:4  131:5, 10
135:11, 24  136:14
137:3  138:5, 21
139:4, 16  142:21
143:3, 3, 5, 6, 9, 12, 13,
23  144:23  145:9, 11,
19, 24  146:9, 10, 24
147:18  148:22
149:11, 25  150:9, 14
153:6, 10, 22  154:8,
16  155:3, 4, 6, 23, 24
156:9, 14, 16, 17, 21
157:12  158:5, 21

159:8, 20, 22  160:14
161:14, 21  162:9, 14,
17  164:10, 18  165:1
166:5, 9  167:17
168:7, 20  170:1, 10,
12, 15  172:9  173:10
174:15, 17, 22  175:8,
15  176:25  179:10, 25
180:8, 12, 16, 17
181:13, 16, 23  182:2,
5, 6, 6, 14, 16, 20
185:12, 17  186:14
ate  135:10
Atlanta  4:18  7:5
attached  132:18
attacked  85:15
attempt  162:22
attending  32:23
attention  88:1
attorney  6:7  8:7
15:1, 12, 13  16:21
18:1  83:14
attorneys  61:19
83:14  84:11  85:9
attorney's  99:1
attribute  47:8
audio  5:11
augmentation  108:12
August  53:15
aunts  39:20
Aurora  30:15
authorized  5:24
available  26:24
Ave  1:1
Avenue  31:5, 23
60:25
average  117:18
awake  146:24  155:11
awakes  159:8
aware  35:10, 19
36:15, 17  38:8  40:5,
16  46:14  50:10, 18,
24  51:14  78:8  79:22
80:2  105:3, 7, 10
106:9  140:8  162:4, 6
163:4, 6  166:23
167:7, 25  168:23
169:9, 21
away  14:15  58:15
61:3  74:3  76:9

90:15  91:17  92:3
96:1  142:1  144:18
169:25  180:25

< B >
B  2:8  3:1
babbles  121:4, 17
122:4
babies  40:6  61:9
81:14  106:18  183:12
Baby  16:11, 16, 23
22:15  23:24  24:9
35:21  37:13  39:21,
22  40:6  42:6  46:20
48:1  50:9  55:5
56:16  59:18  62:10,
20  64:18  65:11
67:12, 20, 24  68:11,
17  69:17  73:10  79:8
85:25  110:6, 18
120:3  135:10, 12, 12
136:5  139:24, 25
140:4, 4  143:18
163:21  164:3  168:3
169:22  172:9  176:24
178:21  179:12, 19
181:13
babysat  167:15
bachelor's  33:2
back  11:23, 25  12:2
14:9, 11  17:3, 12
25:13, 16  26:25
30:17  31:16  32:6, 8
38:24  39:2  48:22
53:3, 5, 6, 19  54:7, 15
55:16, 17  68:1  70:14,
16, 20, 24  71:22  72:7
74:9  75:22, 25  78:9,
12  94:17  95:17
107:7  108:20  110:16,
24  113:12  114:5
118:21  119:10
121:11, 18  125:21
126:21  127:4  131:9,
13  139:14  141:9, 19
145:5, 15  146:2, 2
147:7  148:17  149:4,
6, 11, 14, 17  153:9
155:25  156:17, 22
159:21, 25  160:10

161:11, 15  162:15
166:8  173:19  176:10
180:11, 24  182:10
backs  105:1
backwards  76:21
118:20
bad  18:8  23:15
24:20  98:21
Bagels  36:4
bankruptcy  34:21
Banner  40:22  41:2
86:15  116:18, 18, 19,
24  122:22  123:2
141:3  164:22
Baptist  40:24  111:13,
14, 18, 19, 24
Barrel  95:25
BARTELT  1:1, 1
4:5  5:23  186:16, 17,
21
Base  19:5  22:12
34:3
based  148:1
basically  29:3  65:4
72:24  83:12  114:15
116:21  124:3  141:3
150:2  156:12  158:7
bassinet  139:7
162:15  170:12, 13
173:6
batch  96:16
Bates  44:4  122:1
be  5:12  7:14, 16  8:4,
15  9:8, 9  12:17
13:21  14:25  16:21
35:5  39:23  43:24
44:1  45:17  47:2
49:20  58:13  74:8, 15
75:19, 23  78:3, 4, 13
88:23  89:6, 15, 23
90:8  93:19, 20  94:5,
16  95:16, 19  98:10,
13  100:21  105:1
106:24  107:2  108:3,
4  117:4, 6  119:19
122:14, 21  123:5
125:22  126:10  127:9,
14  130:23  131:5, 19
136:15, 15, 17  137:15
151:8, 10, 22  153:12,

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 55 of 94

Deposition of Kathleen Courkamp                                                    Page: 6
10/21/2020                                          Courkamp, Kathleen vs. Fisher-Price, Inc.

13 155:5  156:16
157:18, 19, 22  165:6,
10  171:23  172:7
176:7, 17  180:2, 5, 15
183:25  185:15  186:3
**beans** 140:5
**became** 23:19, 24
24:9  27:10  61:8
**because** 8:25  20:10
24:2  27:18  37:18
43:7  52:17, 21  54:19
58:14  60:12, 14  61:5
62:15  65:24  71:4, 22
72:10  74:17  79:21
84:9  88:8  89:1
122:23  130:3  138:13
143:24  145:2, 7
150:16  155:5  156:14
160:13  161:1  167:20
174:12, 15, 17, 23
177:23  182:8
**become** 9:23
**bed** 74:3  110:12, 14
126:14  135:24
144:24  145:2  148:25
149:3  150:20, 20, 22,
24  151:5, 10, 10
153:21, 22, 25, 25
154:1, 4, 12  163:15
165:15  170:12
171:24  182:7, 10
**bedding** 73:25  74:4
102:18
**bedroom** 69:24
149:1, 5, 9, 12, 14
150:4, 18  160:23
163:10  164:1  177:15
178:1
**bedside** 126:10
**been** 6:20  10:11, 14
13:24  22:9  23:12
34:23  35:2, 8, 9, 23
48:7  52:24  62:4
75:9, 10, 10  83:13
106:17  110:25  121:8
125:24  129:23  130:6
139:1, 2, 3  153:21
164:3  167:2, 3
**beer** 77:14

**before** 4:5  13:6
26:22  27:21, 25
28:25  32:12  33:19
39:23  40:13  47:21
61:22  64:4, 15, 21
76:4  80:7  82:17, 17
88:17  95:8  96:1
100:15  101:6  110:15
112:9  114:7  115:21
119:19  120:19  125:7,
16, 19  126:25  132:4
134:18, 24  138:9
140:10  142:1, 20
143:23  149:22
154:10  157:17  159:3
160:17  162:7  165:1
166:11  167:2, 15
175:20  180:17
181:16  184:13  186:3,
3
**beginning** 6:6  54:23
75:23  103:3  131:10
**begins** 102:25  121:18
**behalf** 1:1  6:11, 13,
15  13:6
**being** 5:10, 20  13:14
14:5  16:4  34:9  45:3
48:24  50:10, 24
51:14  59:22  73:17
85:17  103:19  113:11
116:2  120:17  121:22
125:5  134:7  135:2, 7
156:5  157:9  159:12
162:18  168:21
173:15  178:5
**believe** 34:3  38:19
40:23  44:9  94:15
97:14  103:17  104:5,
15  109:8  122:20
144:14  148:13
176:23  181:12, 16, 18
**believed** 166:21
168:4, 5
**bell** 27:8, 22, 23
112:7  118:24
**belt** 170:14
**beneficiaries** 1:1
**beneficiary** 6:16
**Bernard** 90:5  91:11

**beside** 170:12
**besides** 91:5
**best** 38:9  42:6  85:2
131:15  186:5
**better** 27:6  73:4
98:23, 23
**between** 22:3, 3  34:8
56:23  57:10  83:16
102:17  136:10  141:5,
7  167:16  181:6
**beyond** 46:16  47:4, 6
81:14, 15, 15
**big** 85:17  88:5, 9
90:7  97:9
**bigger** 142:7
**binder** 89:21  93:20
97:12  107:1  109:18
117:6
**birth** 18:19, 23  19:25
20:7, 8, 18  24:3, 12
28:25  47:20  54:14
56:1  62:16  76:17
78:23  79:22  110:17
111:24  112:18  116:2
117:16, 23  118:14, 22
168:8
**birthday** 37:1  76:4
**birthing** 40:17, 20
41:9, 14  43:2, 3  46:3
66:21  86:14
**bit** 8:9  9:9  14:15
15:17  19:23  23:21
28:5  47:25  72:14
86:23  98:8  123:14
158:22  174:18
**blanket** 42:4  132:24
133:19, 24  137:7
138:12, 15  139:8
154:22, 23  161:6
182:16
**blankets** 132:18
133:9  137:7
**blocking** 173:9
**blowup** 100:6, 12
**blur** 17:18  119:25
150:11, 12
**blurry** 172:3
**BOARDROOM** 4:4
**bong** 49:12, 21  51:11,

12  163:22
**bongs** 50:18
**born** 9:20  18:25, 25
19:2, 4, 13  20:3, 25
28:8  40:25  45:22
46:21  47:14  48:8
51:2  52:25  53:17, 18,
19  55:24  63:1, 2, 14
64:5, 7  70:8  80:4
112:5  116:11, 22
118:9  164:25  168:4
169:5
**both** 22:6  33:8  36:6
46:12  47:14  49:12
53:4  54:8  55:5  75:2
94:15, 16  97:2, 19
148:23  158:16
**bothers** 44:18
**bottle** 134:24  135:9
139:22, 23  147:3
**bottles** 171:8, 12
177:21  178:9
**bottom** 44:5  90:12
95:19  98:21  107:24
115:12  122:2  132:13,
15  138:25  161:23
164:11
**bought** 66:2  67:1
68:25  140:9
**bouncer** 82:13  87:22,
23  88:3  96:6, 7, 10
**bowl** 163:16
**box** 63:18, 21, 21, 25
86:3  88:11  114:1
146:1
**boxes** 73:7, 8  87:11,
12
**boyfriend** 108:3
**boys** 34:9  65:16, 17,
18  67:22  82:1, 6, 11
87:21  101:9  107:8
118:4  121:15
**brand** 67:2, 17, 21
68:11, 24  88:1  120:8
140:1
**break** 7:20  25:11, 16
27:2  60:8  70:15
75:13, 15, 20  76:1
130:8, 11, 21  131:7,

16  153:7  166:2, 3, 6,
11  180:3, 9
**breaks**  7:18, 22
**breast**  108:11  118:1,
4  126:6
**breathe**  160:9
**breathing**  20:6  21:4
160:8  161:16  164:25
168:2, 14  169:6
179:11  182:12
**briefly**  140:10
**bring**  12:7  147:8
**broader**  16:19  53:1
**broke**  108:3
**brother**  14:18  30:5,
13, 14  33:5  53:7, 9,
12  59:11, 12  127:20,
25  142:24
**brothers**  30:6, 12
111:5  128:1
**brought**  41:4, 5
68:13  70:9  125:7
**BRUE**  41:22
**bruise**  171:20
**buckle**  148:3  154:17
**buckled**  134:12
148:6, 14  154:18
164:8, 13  179:19
182:20
**buckling**  148:10
**bullet**  104:24
**bundle**  127:10
**Buren**  31:9
**burnt**  163:16, 17, 24
164:2
**busy**  12:17  72:11
**but**  7:9, 16  8:2, 24
9:1, 8  11:1  12:22
13:3, 22  14:22  15:4
16:22  19:23  20:11,
17  25:22  26:5  28:6
29:12  31:17  33:23
35:7, 13  37:16  39:13,
25  40:5  41:3  43:5
44:5, 8, 9, 19, 24
45:20  46:25  48:2, 11
50:12, 14  56:11
59:22  61:15, 16  63:7
66:1  67:10  70:2, 5,
11, 22  74:4, 9, 19

75:8, 11  76:25  77:10
78:1  80:13  82:2
85:7  86:4  87:10, 24
92:10, 15, 19  93:1
96:12, 24  98:10, 22,
23  100:20  102:2
103:5, 7  104:15
106:2  107:2  110:9
111:2, 18  113:2
114:1  118:17  119:23
120:17  123:15  126:2
127:10  129:8  130:17
132:15, 19  134:8
135:9, 12, 24  136:3, 5,
19  138:21, 24  140:17
142:20  144:18  145:5,
25  146:10  148:6, 18
150:25  151:4, 19
152:17  155:4  156:6
157:8, 23  159:18
161:1, 21  162:20
166:17, 25  167:5, 14,
21  170:6, 10  171:2, 5,
13  175:7  176:2
177:14  178:5  179:8
180:23, 23  182:4
**buy**  88:1  140:18
**by**  1:1  2:3, 3  4:13,
17, 21  5:16  7:2  9:17
18:15  25:15  26:14
34:23  38:2, 21  39:8
44:7, 16  45:8  46:2,
24  50:22  52:23  56:7,
15  60:16  74:14
75:25  78:6, 17  79:19
80:9  90:2, 10  94:2
95:12, 22  96:22
97:18  98:11  100:12
103:3, 12, 16, 25
104:20  105:2, 17
106:11  107:5  109:23
111:14, 23  112:16
114:24  115:8, 24
116:5  117:10, 14, 19,
22  123:12, 19  124:25
125:3  126:4, 14
127:18, 18, 21, 22, 22,
24  128:10  129:8, 18
131:12, 24  132:3
134:10, 16  135:7

136:2  137:4, 11, 21,
25  138:17  141:22
142:10  146:17  148:8,
17  153:19  156:12, 16
157:1  158:4  165:8
166:10  168:19
169:16, 24  170:22
172:6, 15, 25  173:3, 6
174:21  176:20, 24
177:3, 12  179:1, 10,
16  180:13  181:21
182:5  183:7  185:13,
15  186:4, 6

**< C >**
**C**  4:10
**call**  7:8, 10, 11  19:20
47:25  100:23  128:11
154:18  174:6, 16, 19
175:5, 7
**called**  6:20  14:25
19:22  28:22  61:17
82:20, 24  86:25
99:17  112:6  132:19
133:2  135:13  155:14
157:5  158:7  160:2, 3
166:17  170:23, 25
173:11  174:5
**calling**  174:6
**calls**  15:5
**came**  11:23  52:14
54:11  56:8  59:21
63:25  64:10  65:22,
23  70:23  73:8  86:15
110:15, 24  112:19
113:12  116:23
144:24  145:10, 22
146:6, 8  149:17, 23
150:10
**Camelback**  4:22
**camps**  73:23
**can**  5:10  6:2  7:8, 10,
15, 19, 19, 22  8:4, 10,
23  9:8, 9, 12, 14  13:4
15:22  17:7, 8  22:21
25:1, 1, 4  26:11, 15
27:6  29:5  31:25
32:4  35:21  39:19
40:4  42:10  44:6, 17
45:19, 22  46:11, 19

52:23  56:11  63:20,
24  70:12  75:15
78:18  81:24  87:9
89:17  92:8  95:6
96:16  97:21  99:8, 12,
16  100:1, 2, 5  102:16
103:1, 12  105:25
107:24  108:17  109:4
112:4, 21  114:24
117:4  118:20  119:18
124:8  129:21  130:2
131:15  132:14
134:16  135:5, 16
136:4  137:4  144:11
146:10, 23  150:16
151:3  152:17  154:6
160:9  161:21  163:7,
21  164:11  169:24
170:10  175:18  176:2,
3, 15, 16  178:6  180:3
182:18  184:24
**cans**  77:14  178:3
**can't**  20:11  39:14
86:10  100:4  135:23
167:4, 4  169:22
180:25
**car**  37:14, 16, 19, 21
39:24  66:22  67:3, 11,
18, 23, 23, 24  68:10,
11, 14, 19  69:12  74:6
82:5  101:4, 9  102:3
113:21  119:14
120:11, 18  146:3, 24
147:6, 9, 11, 13, 13, 15,
19  150:3
**card**  38:9, 11  39:5
**cardiac**  48:4  79:5
**cardiologist**  113:15
**cardiology**  47:25
**care**  18:22  27:11
32:10  34:8  60:1
77:18  80:10, 21
88:19  89:6  93:17
125:23  140:21
**careful**  151:23
**carried**  72:7  106:19
**carry**  99:23  147:12
**Carson**  19:5
**Case**  5:19  61:13
94:6

**cause** 43:*15* 44:*9* 173:*12* 180:*19*

**cautious** 157:*19*

**Center** 60:*1, 23* 88:*19, 20* 116:*19* 163:*19*

**Central** 1:*1*

**certain** 25:*3* 139:*25* 140:*1, 2, 2* 179:*18*

**certainly** 142:*4* 154:*7*

**Certificate** 1:*1* 3:*6* 43:*12, 16, 18, 25* 173:*14* 180:*17* 181:*4*

**Certification** 2:*15*

**Certified** 4:*5* 186:*16*

**CERTIFY** 186:*6, 13, 17*

**challenging** 7:*14* 61:*6, 8*

**chance** 8:*10* 16:*7* 99:*23* 110:*9* 112:*1* 157:*10*

**change** 149:*16, 20, 25*

**changed** 121:*2* 149:*22*

**changing** 69:*20, 22, 24*

**Charged** 38:*6*

**charges** 163:*4*

**chart** 124:*3*

**chat** 81:*16*

**check** 75:*11* 150:*14* 155:*4* 156:*15* 161:*25* 175:*19*

**checked** 121:*20* 122:*5* 155:*25* 156:*21* 159:*24* 161:*15* 175:*19*

**Checklist** 173:*25* 175:*16* 184:*12, 13, 16, 19*

**chest** 113:*2*

**chewed** 85:*14, 18, 23*

**Chicago** 56:*21*

**Chief** 125:*2*

**child** 13:*5* 14:*8* 29:*13, 15* 39:*21* 60:*1* 81:*20* 88:*19* 105:*6, 10* 125:*3* 126:*16* 140:*14, 21, 21* 175:*18*

**childbirth** 108:*13*

**children** 33:*9* 45:*20, 21* 81:*18*

**choice** 140:*3*

**chores** 72:*10*

**Church** 4:*25* 5:*21* 26:*11*

**cigarette** 48:*23, 24* 126:*16*

**cigarettes** 48:*12, 14, 17* 49:*7, 21*

**cited** 94:*8*

**City** 162:*2*

**Civil** 26:*20*

**clarification** 183:*9*

**class** 40:*17, 20* 41:*9, 14, 20, 23* 43:*2, 3* 46:*2, 3, 12, 16* 61:*9, 10* 66:*21* 86:*14*

**classes** 41:*18*

**classroom** 61:*8*

**clean** 73:*22* 74:*11, 17*

**cleaning** 71:*24* 74:*9, 19*

**clear** 28:*4* 142:*19*

**Cleary** 16:*10, 15* 27:*17* 42:*13, 14, 15, 18, 24* 56:*9* 79:*4* 86:*20* 108:*20* 110:*15* 111:*8, 15* 113:*19* 116:*12, 15, 17, 23* 117:*3* 126:*22* 165:*24* 169:*17* 183:*22*

**Cleary's** 108:*19* 114:*18* 115:*10*

**client** 13:*6* 15:*1* 18:*2*

**clients** 82:*19* 83:*13*

**Clinical** 124:*10*

**close** 79:*21* 168:*6*

**closer** 143:*9*

**closet** 163:*23* 177:*18, 19, 22* 178:*9, 10, 11*

**closure** 80:*1*

**clothes** 42:*5*

**clothing** 149:*17, 19*

**clue** 178:*19*

**cognitive** 47:*20*

**Cohen** 4:*17* 6:*9, 10* 7:*2, 4* 18:*15* 24:*25* 25:*8, 15* 26:*14* 38:*2, 21* 39:*8* 44:*3, 7, 16*

**45:*8* 46:*2, 24* 50:*22* 52:*23* 56:*7, 15* 60:*16* 74:*14* 75:*9, 16, 25* 78:*6, 17* 79:*19* 80:*9* 89:*18, 21, 23* 90:*2* 93:*16, 25* 94:*2* 95:*3, 5, 12, 18, 22* 96:*16, 22* 97:*11, 18* 98:*13, 17, 19* 100:*1, 9, 12* 103:*12, 16, 25* 104:*20* 105:*17* 106:*11, 21* 107:*1, 5* 109:*10, 14, 17, 20, 23* 111:*23* 112:*13, 16* 114:*10, 12, 21, 24* 115:*5, 8, 24* 116:*5* 117:*2, 10, 14, 22* 123:*4, 7, 9, 12, 19* 126:*4* 127:*9, 14, 18, 22* 128:*10* 129:*8, 18* 130:*6, 12, 15, 20* 131:*3, 12, 20, 22* 132:*3* 134:*10, 16* 135:*7* 137:*4, 11, 17, 21, 25* 141:*22* 146:*17* 148:*8, 17* 151:*16* 152:*4, 11, 15, 19, 22* 153:*2, 11, 19* 156:*12* 157:*1, 16* 158:*1, 4* 165:*8* 166:*2, 10* 168:*19* 169:*16, 24* 170:*22* 172:*15* 173:*3* 174:*21* 175:*23* 176:*7, 12, 15, 20* 177:*3, 12* 179:*1, 10, 16* 180:*2, 13* 181:*21* 182:*5, 22* 183:*4* 184:*12, 23* 185:*5, 8*

**Cohen7** 2:*3*

**cohenl@gtlaw.com** 4:*19*

**cold** 167:*25* 169:*14*

**college** 32:*19* 33:*1*

**colon** 175:*12*

**Colorado** 11:*14, 16, 17, 19, 22, 22* 12:*2* 13:*9, 10* 18:*24, 25* 19:*2, 11* 21:*6* 22:*6, 9, 12* 27:*14, 20* 28:*9, 14, 15* 30:*15, 16* 31:*9, 16, 19* 33:*24, 25* 38:*19,*

**21, 23** 39:*1, 4* 53:*3* 84:*3* 107:*6, 7, 19, 21* 108:*8* 110:*2, 23*

**come** 27:*1* 53:*19* 54:*5* 57:*18* 63:*18* 79:*8* 83:*18* 86:*9* 121:*12* 139:*14* 141:*8* 145:*4* 146:*6* 148:*17* 150:*6* 157:*4*

**comes** 73:*25* 74:*2* 109:*1*

**comfortable** 7:*16, 17*

**comforter** 102:*13*

**coming** 43:*10, 12* 79:*9* 119:*20*

**commenced** 4:*2*

**Commission** 83:*5*

**communicated** 82:*25* 83:*3*

**communication** 84:*15*

**communications** 14:*25* 15:*5* 82:*18, 24* 83:*12*

**community** 32:*19*

**company** 82:*14*

**complaint** 86:*25* 87:*2, 3, 4, 5, 11* 125:*2* 126:*9*

**complaints** 61:*16, 17* 87:*1* 106:*16*

**completely** 182:*9*

**complied** 186:*13, 19*

**comply** 162:*2, 5*

**concern** 166:*22* 178:*6*

**concerned** 55:*7, 10*

**concerns** 141:*12*

**concluded** 185:*17*

**concludes** 185:*12*

**conditioning** 52:*17* 136:*23, 24* 137:*3* 138:*13* 146:*11* 160:*16, 21* 161:*8* 168:*23*

**conditions** 78:*22* 79:*5*

**Confidential** 3:*2, 8, 9, 11, 15, 17, 18, 20*

**confirm** 26:*7* 94:*10* 132:*8*

**confiscated** 50:*16*

51:10
confused 115:3
confusing 114:14
congenital 45:21
46:18
congested 124:11
125:7
congestion 125:18
congestive 125:3
congratulations 12:8, 20
connection 85:1
consider 13:21, 23
considered 31:1, 2
Considering 45:17
consistent 113:3
120:22 168:9
constant 169:9
consult 180:4
Consumer 83:4
consuming 76:11
78:9
contact 13:16 121:4
contacting 169:2
contained 163:12
container 163:23
containers 51:13
163:13
continue 5:12
Continued 3:2 105:6
continuous 183:20
control 116:2 121:3
conversation 177:4, 8
conversations 8:2
16:22 44:21
convicted 36:16 38:3, 5 163:2, 3
convictions 36:20
37:7
cool 126:10
coos 121:4, 18
cops 175:5
copy 8:24 44:5
125:25
Corey 30:8, 13
corner 95:19 107:24
corporation 1:1, 1
correct 9:19 10:24
11:6, 10 12:6 18:14
20:1, 2, 5, 20 24:10,

16, 22 35:4 36:17
37:23 41:1 47:23
48:12, 13 49:22, 23
51:15 52:18 65:7
69:6 76:10, 13, 23, 24
77:3, 6 78:9 82:22
87:8, 13, 14, 17, 18
88:12, 13, 15, 16 97:6
98:18 99:20, 24, 25
100:15, 24, 25 101:16,
17 102:7, 11, 18, 22
104:11 105:7, 14, 16,
19, 23, 24 107:15
108:8 110:11 112:2
114:23 118:3 120:4
126:19 129:20
134:12, 15 137:13
139:20, 22 141:16
142:10, 12 145:16, 21
146:19, 20 154:24
172:19, 20 179:20, 22,
23 182:20 183:25
corrected 115:9
COU 2:15, 17, 18, 20,
21, 23, 24 3:5, 6, 12,
14 44:3 90:12 94:8
couch 75:7 104:6
cough 124:12 125:3,
7, 15 126:8 164:20
168:15 169:9, 15
175:20 183:20, 21, 24
could 16:19 37:3
54:5 69:7 70:11
80:7 101:19 103:7, 9
104:3, 3, 5, 10, 14, 14,
14, 15 105:23 128:25
142:14 165:11
178:21 179:2, 8
couldn't 52:16 60:14
109:7 152:4 170:6
counsel 5:16 6:2 8:8
32:4 85:21 98:12
100:14
counseling 21:23
22:9, 14, 17 23:7
179:24
count 70:11
counters 74:22
county 11:16, 17
13:10, 11 186:2

couple 27:16 36:10
41:6, 22 54:16, 19
55:19, 24 57:12
60:19 64:6 70:22
78:18 81:19 100:17
104:23 106:21 108:1
111:2 112:22 127:7
130:9, 18 139:1, 14
142:20 143:19
144:22 155:18
164:20 174:1, 17, 23
176:1, 3 180:14
183:3, 8
COURKAMP 1:1, 1
2:3 4:1 5:15, 17
6:16, 19 7:3, 10 9:16,
23 10:2, 8, 12 11:18,
24 12:15 21:9 26:16
28:25 76:1 92:10
93:4, 4 106:12 119:7
123:12 131:12 132:4
137:23 151:19
180:13 184:24
185:13, 23
Courkamp's 2:11, 13
25:18
course 131:15 152:19
courses 34:10
COURT 1:1 5:18, 23
6:7 8:11 56:5 90:10
93:1 112:15 140:21
162:1, 2
cousins 39:20 45:18
cover 82:17 140:21
158:23
covered 140:10
covering 63:21
covers 94:22 116:21
CPR 175:13
CPSC 83:3
CR 1:1 4:5 186:17
Cracker 95:25
crawl 129:19
crawling 103:6
165:11 178:21
crib 42:5 68:22, 23,
25 69:3, 4, 9, 14 70:1,
2 71:6, 11 82:4
129:3 172:23

cribs 101:4, 12, 12
crimes 36:16
criminal 163:1
critical 73:17
criticism 18:4
criticized 18:10
cross 88:22
C-section 47:15
CSR 186:16
curious 141:20
current 9:15 10:12
12:1 13:8 34:13
currently 11:21
29:16 87:19
cushion 173:6
Custodian 3:18
custody 57:7, 8
92:25 140:14

< D >
D 2:1
dad 20:11 29:16, 17,
17 31:5 49:5 58:17
59:22 66:9 68:5
143:24 169:3
dada 122:4
dad's 39:23 54:15,
18 58:14
Daniel 14:18 48:20
53:22 54:1 57:23
143:15 168:21
Daniel's 58:4
date 11:1, 7 18:19
23:19 37:1 41:6
76:17 110:8 118:14
122:2 159:10 162:3
Dated 186:14
dates 92:4, 10
date-wise 24:17
dating 14:1, 3 23:20,
23 24:2, 5 36:2, 8
53:2 91:18, 18, 20, 23
92:11
daughter 57:4 59:7
81:11 170:14
David 14:17 79:24
80:20 178:15
Dawn 115:13
day 7:14 17:5, 5
52:22 60:11 71:5

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 59 of 94    Page: 10

Deposition of Kathleen Courkamp
10/21/2020                                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

96:1  118:9  123:25
124:1, 15  125:8
138:5  142:20  143:24,
25  144:1, 5, 13, 17, 19
145:3, 6  146:19
157:10  167:15
186:14
**daycare**  60:5, 23
88:18
**days**  17:18  36:22
118:9, 10  142:1, 20
143:19, 23  165:1
169:8
**deal**  26:4
**death**  16:16  22:14
30:24  39:22  40:6, 13
43:8, 12, 15, 15, 18, 24
44:10  45:3, 4, 20
50:9  51:3  82:18, 23
101:20  104:25
105:23  123:21
166:20  172:23
173:12, 14, 24  175:18
180:17, 19  181:3
**deaths**  40:6
**decedent**  159:7, 15
161:5  162:15, 17, 22
**December**  54:16
55:12  121:8, 17
**decide**  69:11
**decided**  61:3  145:14
D▮▮▮▮  12:11  19:3
21:3  33:19  47:13, 14
48:3  92:16, 23, 25
93:2
**Declaration**  26:19
**defendant**  5:16
**Defendants**  1:1  2:11,
13  4:14, 20  6:11, 14
**defer**  103:21
**definitely**  70:11  74:4
**degree**  32:21  33:1
**deliver**  42:14
**delivered**  42:11, 25
110:17  111:4, 5, 14
**delivery**  19:25  42:15
**density**  113:5
**departing**  124:5
**department**  17:22

178:18
**depended**  60:19
**depending**  130:4
**deposed**  13:14  16:4
35:6
**DEPOSITION**  1:1
4:1  5:10, 11, 15, 20
7:6, 24  11:4  13:12
15:6, 9  25:6  44:14
86:9  89:25  93:23
96:20  97:16  98:15
100:10  107:3  109:21
111:21  117:5, 8
123:10  127:16  132:1
137:19  153:17  158:2
176:18  185:9, 16
**depositions**  8:1  16:5,
8
**depression**  22:20
23:2  24:19  27:21
28:1  115:20
**describe**  79:12  164:1
**described**  28:2  50:16
54:5, 8  86:14  169:10
**describing**  107:25
163:10  171:7
**DESCRIPTION**  2:10
3:2  63:21  165:12
**descriptions**  113:6
**designated**  89:9
**designation**  180:19
**desk**  163:14, 17, 19
177:25
**detail**  51:8  62:9
**details**  13:7  56:11
107:17  145:5
**Detective**  138:22
159:6  161:23  162:12,
13  163:9  164:11
167:12  169:2
**detectives**  16:6
**developing**  142:4
165:10
**developmental**  39:15
120:20  121:3, 17
122:3  123:1
**devices**  5:9
**diagnose**  20:11  39:14
169:22

**Diagnoses**  124:10, 13
**diagnosis**  112:7  124:9
**dialed**  171:2  175:7
**diaper**  149:20, 21, 22,
25
**diapers**  140:18
**dictated**  136:2
**did**  7:4  9:23  10:20
11:1  14:1, 10, 13
15:10, 19  17:5  20:6
21:23  22:4, 4, 11, 13,
16, 18  23:7, 9, 10
27:1, 11, 12, 12  28:15
30:18  32:14, 16  36:7,
18  37:2, 9  38:23
39:8  40:2, 20  42:7,
14, 15, 17, 18, 20, 22,
24  43:4, 18, 19, 19
45:4  47:3, 5, 24  48:2
49:7, 9, 11, 17, 24
50:2  51:20  52:12
54:1, 18  55:15  56:16
57:2, 6, 16, 17, 22
58:3, 3, 5, 6, 7, 9, 10,
20  59:4, 6, 6, 16, 18
60:8, 16  61:14, 19, 20
62:10, 11  63:2, 18
65:11, 14, 15, 16, 17,
18, 19, 20  66:5, 9, 13,
25  68:14, 22  69:4, 8,
10, 11, 11, 16  70:7, 14
71:8  72:23, 25  74:21,
23, 24  75:4  76:14, 16
77:12, 12  79:4, 8, 12
80:7, 9  81:12, 16
83:16, 18, 21  86:18
88:5, 17, 20  91:2, 3, 4,
6, 16  92:10, 13, 13
95:11  97:20  106:1, 2,
15, 15  107:7  110:22
112:13  113:14  118:7
123:24, 25  125:10
128:22, 23  129:9, 13,
13  133:15  136:20
138:1  139:25  140:2,
3, 6, 6, 12  141:10, 12
143:15  144:8  145:6
146:6, 21  147:2, 8, 8,
11, 15  148:2  149:4, 8,

10, 15, 15, 20  150:6
152:5  154:15  155:2
159:10, 11, 23  160:1
161:5  162:22, 24
164:2, 3  165:22
166:14  167:1, 23
168:13, 25  169:18
171:2  172:2, 2
174:15, 16, 22  175:6,
7, 18, 24  179:24
180:1  181:3, 5, 15
182:16  183:24  184:3
**didn't**  12:25  14:9
28:6  30:22  37:18, 24
46:14  47:7, 8, 10
50:25  55:4  57:8
65:5, 7  74:18  79:21
88:18  104:7, 7
107:13  109:7  110:5
124:24  125:17
126:20  127:6  128:21
136:17  138:14
140:16  143:10
146:16  147:22
148:13  149:24
150:13  158:24  159:1
167:18  175:3, 24
177:13  178:10, 12
182:2  183:1  184:6
**died**  24:15  42:17, 18
43:6  52:7  55:20
59:15  63:7  64:4
77:13  126:25  179:25
**different**  24:23  28:21
30:3, 4  31:10, 11
32:2  41:12, 13, 23
44:8  48:20  68:3, 15
73:17  81:19  100:19
171:21
**differently**  74:9
**direct**  170:2
**direction**  57:2  102:1
119:15  186:6
**directions**  113:20
**disagree**  105:13
168:11  170:24  171:1,
1, 10  172:10  175:21
178:22, 25
**discharge**  114:1
125:22

discovery 19:20
24:25 80:23 89:2
discuss 35:11
discussed 101:2
186:11
discussion 14:4
79:19 159:7
discussions 17:6
81:13 83:5
dishes 64:12 71:23
DISTRICT 1:1, 1
5:18, 18
divorce 11:1, 8 92:17
divorced 10:23 11:13
92:14
divorcing 11:25
do 7:15 9:6 11:21
12:25 13:15, 21, 23
15:10 17:15 21:8, 10,
24 22:22 23:10, 17,
18 25:23, 25 26:1, 11,
21, 23 27:4 28:6
30:5, 12 32:9, 9, 10,
10 33:9, 10 34:1, 14
36:1, 22, 22 38:2, 16
39:14 40:20 42:1, 7
43:14 44:20, 22
46:13 48:11 49:1
52:10 61:20 62:12
64:3, 22, 25 67:15, 19,
21 68:24 73:22
74:14 75:11, 14
76:14, 25 77:17, 20,
23 78:2, 3, 11, 25
79:2, 15 80:6, 24
81:4, 7 82:5, 14 84:5,
8, 13, 13, 16 87:19
88:3 90:2, 11, 13, 25
93:11, 14 94:18 95:8
96:9, 13, 13 97:4, 6, 7
98:1, 23 99:17 101:1,
24 102:24 103:7, 9,
24 104:2, 7 106:5, 11
107:16 110:1 111:1,
17 112:3, 18, 25
113:5, 10, 18 114:8,
12, 13 115:13, 24
116:5 117:3, 10, 12,
18 118:25 119:6, 20,
23 120:12, 17 121:4,

10, 20, 21, 22 122:5,
15 123:4, 12 124:6,
13, 20 125:6, 10
126:11, 16, 17, 24
128:10, 11, 17, 18
129:2, 2, 9 130:7
131:22 132:15 134:1,
18 135:14, 17 137:6,
25 139:8, 12 140:7
141:10, 17 143:17
144:12, 16, 19 145:21
146:11 147:21 148:9,
12, 12, 16, 19 149:8,
15 150:9 151:14, 19
152:25 154:9, 11, 21,
24 155:17, 20, 25
156:3, 19, 22 157:5
158:4, 5, 6, 9 159:12
160:1, 12, 24 161:9,
17, 18 162:18, 20, 23
164:6, 9, 16 165:11,
16, 17 166:2 169:17
170:5, 20, 24 171:11,
18, 25 172:4, 11, 13,
14, 17, 20 173:6, 8, 15
174:6 175:6, 9, 21
176:21, 23 177:2, 7,
12, 15, 20, 20 178:16,
22, 23, 25 179:6, 12,
15, 21, 23 181:5, 21
182:14, 21 183:11, 15,
17 184:15, 18
doctor 16:11, 11
32:12 47:8 86:19
103:22 107:13, 18, 20
110:18, 25 159:6, 6
165:19, 21 166:12
doctors 16:20, 23
21:20 45:12 141:14
doctor's 166:16
document 31:24
124:6
Documents 2:14 8:20
15:14 25:20
Does 19:11, 12 21:5
26:9 27:7, 22, 23
29:24 59:10, 12
67:13 75:12 85:5, 7
91:25 92:25 93:2
111:9 112:7 118:24

129:12 145:11
163:25, 25 167:21
174:9
doesn't 8:12 112:8
121:9 178:6
dog 56:21 85:14, 17
90:3, 4, 7 91:5
doing 9:8 16:21
33:3 34:10 43:21
56:8 64:11 71:23
72:10 84:12 97:11
131:13 141:8, 11
143:11 145:4
doll 158:8 171:25
172:1, 4
done 21:22 22:8
46:4 94:21 113:11
180:2, 5 186:5
don't 7:21 8:5, 13
10:25 17:17 23:16
26:4 30:9, 17 33:21
35:13, 24 37:9, 9
38:9 41:16 42:3, 15
43:17 44:18 45:8
48:24 50:14, 17
51:18 55:18 59:3
60:24 62:7 63:4, 8,
12, 19 64:17, 20 65:3,
15, 19, 23 66:1, 16
67:16 69:1 70:10
71:16 73:6, 7, 9
77:22, 25 78:15, 20
79:18, 23 81:6, 8
82:15 84:10 87:12,
14, 15 88:4, 21 89:9
91:1 95:10 97:4
98:21 100:3, 20
103:17, 19 104:5, 5,
15 107:10 109:2
113:1, 24 114:1
116:1, 3, 9 120:16
121:14 125:5, 9
126:2, 16 128:20
129:6, 11, 16, 17
132:19 133:2 134:6,
9, 21 135:23 137:2
138:23 139:10 140:8
142:14, 16, 18 143:16
144:7 145:24 146:9,
15 147:17 148:6, 9

149:10 150:25 151:1,
1, 2, 16, 17, 18 152:11
154:7, 23 157:8
159:18 160:25 161:7,
8, 10, 16 162:20
164:4, 14 165:22
166:1, 17 167:3
168:13 170:3, 18
171:10, 12, 16 172:10,
15, 18 173:2, 17
174:20 175:21, 22
177:3, 6 178:5 179:1,
22 180:22 182:1, 3, 3,
19 184:17
door 128:12 178:10
doorway 147:24
Dos 178:3
double 109:3
down 8:11 52:23
73:11, 12 74:15
86:21 99:22 104:23
115:20 119:5 136:6,
9 140:24, 24 145:1
147:7, 15 156:20
159:5 162:13 163:11
168:19 172:10 175:2
182:6 186:6
Dr 16:10 27:17
42:13, 14, 15, 18, 24
44:19 45:1, 9 56:9
79:4 86:20 108:19,
20 110:15 111:8, 15
113:19 114:18
115:10 116:12, 15, 17,
23 126:22 165:24
169:17 170:4 183:22
drafting 87:6
drank 77:9, 17
drawer 50:23 163:12,
18
dress 145:23 161:5
dresser 163:19
drink 76:14 77:5
78:2, 3, 12
drinker 77:10
drinking 76:8, 22, 25
77:6, 8 78:8
Drive 4:4 29:7, 12
30:1 37:3 145:18

driving 37:13, 13, 16, 20, 21
dropped 167:16
drove 144:25 146:3 160:19
drug 50:7, 16
drugs 76:15
due 168:5 169:18
DUI 162:1, 4 163:2, 4
DUI's 77:20
duly 6:20 186:4
during 35:16, 17, 21, 21 36:14 37:3 45:4 46:9 54:1, 20 56:23 57:14 60:11 68:14 70:8, 16 71:19 76:12, 12, 15, 23 86:9 110:13 140:11 141:14, 18 146:24 158:24 171:15

< E >
E 2:1, 8 3:1 4:10, 10
each 8:5 56:12 60:6 68:19
earlier 31:12 81:11 89:1 92:19, 21 98:8 107:12 115:19 138:5
early 62:15 64:4, 9 111:8 145:3, 6 154:25
easier 8:24 100:9 140:23
East 4:4, 13, 22 31:9 163:15
easy 109:12 185:1
eat 130:19
eating 135:11, 14 147:2
echocardiogram 48:4 78:24 113:11
education 32:14 119:6 120:10
efficient 130:23
eight 53:13 106:24 107:1
eight-and-a-half 54:13 116:16 140:12 154:16

eight-and-a-half-month 57:15 58:1
eight-month-old 136:5
Einstein's 36:4 39:1
either 20:6, 25 22:4 47:24 48:2, 3, 7 57:18 59:4 71:14 73:18, 23 76:22 82:11 104:2 140:1 141:14 179:22
El 11:17 13:11
electric 161:2
electrically 160:23
electricity 171:15
else 15:22 18:7 21:11 34:14 59:18 85:23 93:12, 14 129:13
elsewhere 19:16
email 36:23
emergency 41:4
emotional 7:18 12:23 47:11
emotions 158:13
employment 143:3
empty 163:13, 22 171:8, 12 177:21 178:9
EMT's 157:6
end 54:23 55:2 57:10, 12 75:19 99:13 131:5 183:2
ended 65:25
ending 71:1
English 100:21
enough 154:19 179:5
entering 61:10
entire 57:25 177:14
entrance 54:4
environment 55:7
equipment 68:3 69:17
Equis 178:3
especially 8:3
Esq 4:13, 17, 21
essentially 164:12
estimate 134:4
ethical 186:13, 19
Evans 19:5

even 16:19 81:8 88:10 91:5 125:16 137:2 142:20 157:8 181:8
evening-ish 144:1
ever 34:21, 23 38:3 40:18 45:4 47:3 48:14 49:1, 24 50:2 54:1 56:22 57:2, 22 58:3, 3, 5 59:6, 6, 16 63:20 64:14, 25 69:11, 11 70:1 77:17 79:4, 8, 12 80:9 97:23 101:2 110:12 113:14 129:7 154:15 172:24 183:11, 15 184:4, 7, 13
every 9:7 26:25 60:16 69:9 73:12 74:1, 5, 11 80:20 120:16 121:15 128:23 135:4
Everybody 93:25
everyone 65:24 74:8 131:13
everything 9:11 35:13 69:21 73:21 79:2 119:3, 4
everywhere 73:5
ex 22:11 90:4
exact 11:1 51:19 60:24
exactly 55:18 85:6 134:2 152:6
Examination 2:3, 3 7:1 183:6
examined 6:21 183:25
examiner 15:18 16:6 44:20 157:11 170:1, 4 172:23
Examiner's 17:6, 15, 22 43:11 44:23 173:11
example 14:19
EXECUTIVE 4:3
Exhibit 25:2, 6, 18 26:2 28:23 43:24 44:14 59:25 78:18, 19 89:14, 15, 24, 25

90:8 93:20, 23 94:3 96:18, 18, 20 97:16 98:9, 15 100:7, 10 107:3 109:18, 21 111:21, 23 114:5, 5, 9, 13, 15, 22 115:1, 6, 11 117:5, 5, 8 123:7, 10 127:11, 11, 16 131:19, 19 132:1, 3 133:4 134:11 137:19 153:17 155:16 157:18 158:2 173:19, 23 176:8, 16, 17, 17, 18 180:23 184:11
exhibits 177:11
ex-husband 12:1
experience 46:25
explain 150:25 151:2
explained 172:25
expose 126:16
express 13:5 90:18
extend 12:25
extent 45:19
extra 100:6 102:17
Eye 32:9 64:13 121:4 154:22 165:16 166:13 171:21
eyes 98:21, 23 142:8 174:14, 15

< F >
F 186:13
fabric 73:14
face 173:8
Facebook 80:24 81:1, 15, 20, 23, 23 85:22 93:18 94:13 96:24 97:1
facility 109:1, 6
facing 119:14 120:12 150:24 151:10 153:25 154:1
fact 183:24
fail 162:2
Failure 101:18 105:22 162:5
fair 9:3 18:12 65:4 82:21 87:5 104:16 116:11 134:10 147:25 148:8 166:18

**fall** 73:*23* 102:*20* 149:*6*

**falling** 166:*13* 171:*22*, *24*

**falls** 102:*24*

**familiar** 40:*11* 102:*1*

**family** 12:*4* 14:*17* 16:*12* 21:*21* 39:*18*, *19*, *20* 40:*3*, *7* 45:*11*, *17*, *19* 46:*20*, *20* 59:*18* 62:*15* 83:*23* 110:*25* 143:*17* 144:*2*

**far** 9:*8* 95:*16* 110:*1* 129:*23* 168:*15*

**fast** 157:*9*

**father** 34:*5* 79:*24* 125:*4* 178:*6*

**Father's** 95:*25* 143:*24*, *25* 144:*1*

**fed** 118:*1*, *4* 135:*3*, *8* 139:*22*, *23* 140:*1*

**Federal** 26:*20*

**feeding** 95:*13* 126:*6*

**feel** 7:*10* 9:*3* 46:*11* 106:*11*, *15* 148:*5* 149:*24* 160:*9* 178:*12*

**feeling** 182:*11*

**feelings** 90:*19*

**felt** 84:*12* 106:*13*, *18*, *19* 160:*6*, *6*, *7*, *10* 182:*9*, *11*

**female** 108:*2* 119:*4* 122:*11*

**Ferenc** 44:*19* 170:*4*

**F-E-R-E-N-C** 44:*19*

**fetal** 113:*4*

**fetus** 39:*25*

**fever** 125:*13*

**feverish** 164:*20*

**few** 89:*11*, *16* 90:*11* 109:*5* 127:*7* 128:*2* 157:*2*, *21* 161:*20* 163:*11* 167:*10*

**field** 84:*10* 85:*5*, *5*, *7*

**figured** 8:*1*

**file** 16:*2* 139:*8* 153:*15* 155:*16*, *20* 157:*11*, *12* 169:*25* 173:*25* 175:*25*

**filed** 5:*18* 18:*1* 34:*19*, *19*, *21* 61:*13*, *14*, *17* 87:*1*

**files** 15:*19* 157:*18*

**filing** 83:*17*

**financially** 6:*1*

**find** 27:*1*, *6* 44:*25* 110:*8* 112:*5* 137:*4* 138:*13* 151:*3* 180:*25*

**finding** 95:*14*

**findings** 113:*3*

**fine** 7:*11* 32:*22* 79:*3* 80:*8* 113:*9* 130:*17*, *20* 150:*16* 152:*23*, *24* 159:*21*, *25* 160:*10* 165:*18*, *20* 182:*10*

**firm** 5:*21* 6:*10* 186:*21*

**First** 2:*11*, *13* 7:*24* 10:*3* 14:*1* 15:*9* 26:*2* 27:*11* 28:*12*, *15* 34:*18* 39:*19* 40:*18* 53:*5*, *6* 65:*24* 67:*25* 83:*17*, *19* 92:*6* 94:*9* 103:*2* 107:*19*, *23* 110:*8* 111:*7* 116:*16* 118:*8*, *17*, *19* 119:*2* 132:*8* 134:*6*, *8* 155:*23* 157:*12*, *14* 159:*22* 163:*8* 164:*6* 177:*18* 181:*23*

**Fischer-Price** 6:*14*

**Fisher-Price** 1:*1* 5:*17* 6:*11* 18:*2*, *5*, *11* 65:*1* 82:*19* 87:*11*, *20*, *24*, *25* 96:*11* 97:*24* 100:*23*

**five** 20:*12* 39:*14* 57:*11* 99:*7* 118:*23* 169:*23*

**five-minute** 180:*3*

**five-month** 70:*15*

**flip** 26:*1*, *6* 78:*17* 95:*9* 99:*8* 118:*20* 119:*18* 123:*23*

**floor** 74:*23*

**fluid** 112:*17*, *20* 113:*4*, *8* 165:*2*, *6* 169:*6*

**fluids** 126:*5*

**focus** 100:*20* 121:*1* 141:*5* 142:*17*

**focusing** 66:*19* 68:*1*

**foggy** 158:*12*

**follow** 101:*18* 105:*18*, *22*

**followed** 79:*9*

**following** 29:*1* 52:*22* 170:*14*

**follows** 6:*21*

**follow-ups** 183:*3*

**food** 135:*10*, *13* 139:*24*, *25* 140:*18*

**foods** 135:*11*, *15* 140:*6*

**foot** 163:*15*

**for** 1:*1*, *1* 2:*13* 3:*9* 4:*6*, *10*, *14*, *20* 5:*10*, *16*, *18* 6:*4* 7:*14* 8:*6*, *16* 9:*13* 13:*1*, *12* 14:*13*, *19*, *22* 15:*2*, *8*, *8*, *11* 16:*11* 20:*23* 21:*7* 22:*15*, *17* 23:*8*, *10* 25:*7*, *19* 26:*21* 27:*11* 31:*15* 34:*1*, *2*, *21* 35:*2*, *8* 37:*7* 38:*13* 40:*19* 44:*3*, *14* 46:*16* 48:*4* 52:*24* 53:*12*, *25* 54:*15*, *18* 56:*1* 57:*25* 60:*15* 61:*1* 63:*21* 64:*7* 65:*13*, *16*, *17*, *18*, *19* 66:*20* 68:*19* 71:*5* 74:*4* 75:*9* 78:*19* 80:*12* 82:*1* 88:*1*, *5*, *9* 89:*9*, *25* 93:*23* 94:*4* 96:*20* 97:*4*, *5*, *16* 98:*15* 100:*10* 101:*16* 105:*6*, *9* 106:*5* 107:*3*, *7*, *8*, *11* 108:*2*, *16*, *17* 109:*6*, *21* 110:*16* 111:*21* 114:*4* 117:*4*, *8* 123:*10* 124:*8* 125:*1*, *11*, *21* 126:*11* 127:*3*, *4*, *16* 129:*13*, *21* 130:*4*, *7*, *8* 132:*1*, *23* 134:*19* 135:*9* 136:*15*, *16*, *18* 137:*19*, *23* 138:*21* 139:*3*, *13* 143:*11* 144:*1* 145:*6*,

**7** 149:*5* 152:*18*, *20* 153:*17* 154:*6* 158:*2* 159:*2*, *9* 160:*21* 161:*4*, *11* 162:*1*, *3*, *16* 163:*2*, *3* 165:*1*, *21*, *24* 166:*22* 169:*7* 171:*2*, *15* 173:*19* 174:*17*, *23* 175:*2* 176:*18*, *20* 179:*8* 180:*19* 181:*23* 182:*23* 184:*4*, *25*

**foregoing** 186:*3*, *4*

**forehead** 171:*21*

**foreign** 1:*1*, *1* 26:*3*

**Form** 18:*13* 38:*1* 39:*6* 45:*6*, *25* 50:*20* 52:*19* 56:*14* 60:*9* 74:*12* 78:*5*, *14* 79:*17* 80:*3* 103:*11*, *14*, *23* 104:*18* 105:*15* 106:*8*, *10* 112:*12* 115:*23*, *25* 117:*20* 123:*18* 129:*5*, *15* 134:*14* 137:*1*, *9*, *24* 141:*21* 146:*14* 148:*4*, *15* 156:*10*, *24* 165:*5* 168:*12* 169:*12*, *20* 170:*21* 172:*12* 173:*1* 174:*11* 177:*1*, *5* 178:*24* 179:*4*, *14* 181:*20*, *25*

**formal** 57:*6*

**forms** 49:*11*

**formula** 120:*4* 126:*6* 134:*24* 163:*21*

**Fort** 19:*5*

**forth** 71:*22* 72:*7* 186:*13*, *19*

**found** 50:*8* 99:*4* 132:*9* 155:*9* 158:*9* 159:*15* 161:*25* 164:*13* 170:*16* 171:*7* 174:*4*, *13*

**foundation** 38:*1*, *18* 39:*6* 45:*25* 46:*23* 78:*5*, *14* 79:*17* 80:*3* 106:*10* 112:*12* 126:*1* 134:*5* 146:*14* 148:*4* 173:*1* 179:*14* 181:*20*

**four** 33:*17* 99:*7* 117:*22* 118:*9*, *10*, *22*

121:*12*, *23*  134:*9*
135:*4*  166:*22*  175:*4*
**four-month**  121:*16*
**fourth**  33:*18*  46:*25*
159:*5*
**frame**  174:*4*
**freak**  90:*7*
**free**  7:*11*
**frequent**  27:*21*  58:*11*
**frequently**  7:*23*
115:*22*
**friend**  83:*25*  84:*1*, *23*
85:*2*
**friends**  13:*17*  35:*8*, *9*
**friend's**  85:*8*
**friendship**  13:*18*
**from**  5:*21*  11:*4*, *8*
17:*14*, *21*, *22*  24:*2*
25:*3*, *11*  27:*2*, *24*
28:*4*, *13*  32:*15*, *20*
36:*1*  37:*5*  42:*21*
43:*10*, *12*  45:*4*  48:*19*
54:*11*  58:*10*, *15*  60:*4*
62:*21*, *24*  65:*22*
66:*21*, *22*  67:*9*  70:*12*,
*21*  75:*20*  80:*16*, *17*
86:*7*  92:*14*  94:*13*, *15*,
*16*  97:*2*, *14*  100:*13*
102:*2*, *2*  107:*5*  109:*1*,
*1*  110:*2*  111:*18*, *24*
113:*19*  127:*2*  130:*23*
131:*7*  132:*7*  134:*24*
135:*9*  141:*9*, *9*  142:*3*
144:*9*  145:*9*, *19*
149:*16*  150:*16*, *24*
151:*7*  153:*7*, *14*
157:*9*  158:*25*  159:*7*
161:*2*  166:*6*  168:*7*,
*17*  169:*23*  170:*9*
171:*21*, *24*  173:*10*
175:*25*  178:*17*  180:*9*
182:*7*
**front**  8:*20*  25:*20*
44:*1*  54:*7*, *9*  90:*9*
98:*24*  114:*7*, *14*
117:*10*  121:*18*
137:*16*  151:*9*, *23*
155:*17*, *20*  157:*20*
158:*17*  173:*22*
180:*22*

**full**  9:*13*, *15*  72:*16*,
*17*  153:*15*  163:*8*
186:*4*
**fully**  79:*21*
**fulsome**  109:*9*
**fun**  50:*7*
**funeral**  43:*21*, *22*
86:*7*  97:*15*
**furniture**  74:*25*
**further**  46:*16*  100:*3*
104:*23*  159:*3*  169:*5*
181:*6*  184:*23*

< G >
**G**  4:*17*  66:*16*
186:*14*, *19*
**gained**  184:*18*
**gaps**  102:*17*
**gave**  24:*3*, *12*  31:*12*
61:*24*  62:*24*  63:*13*
64:*15*, *21*  65:*5*  66:*2*
67:*2*, *10*  72:*2*, *5*
110:*17*  124:*5*  138:*2*
174:*18*  175:*4*
**general**  25:*22*  33:*5*
121:*5*  136:*3*  157:*3*
176:*21*
**generally**  40:*11*  42:*2*
134:*19*  135:*25*
**genetic**  45:*21*
**Georgia**  4:*18*
**Gerber**  140:*4*, *4*
**get**  7:*18*, *18*  8:*11*, *20*
10:*20*  12:*23*  13:*7*
14:*9*  35:*6*  41:*3*
43:*18*  51:*8*  55:*4*, *15*
57:*16*  61:*22*  62:*9*
66:*25*  68:*2*, *15*, *15*
70:*14*, *16*  71:*2*  88:*5*
89:*17*  92:*4*, *13*  93:*19*
97:*13*  99:*8*  120:*19*
123:*25*  127:*19*
131:*14*  136:*1*, *22*
138:*12*  143:*9*  144:*11*
145:*3*, *5*, *6*, *11*  149:*23*
150:*5*  153:*3*  154:*25*
155:*5*  157:*17*, *23*
159:*3*  161:*22*  174:*3*
179:*8*  184:*24*

**getting**  65:*25*  104:*9*
115:*9*  142:*17*  147:*3*,
*3*  157:*22*
**gift**  61:*25*  62:*6*  98:*9*
**girlfriend**  58:*21*, *23*
**give**  8:*9*  32:*4*  42:*7*,
*25*  44:*5*  57:*2*  63:*3*
91:*25*  125:*12*  140:*3*,
*9*  175:*13*
**given**  18:*4*, *7*  94:*23*
113:*18*  119:*9*, *15*
120:*3*  125:*25*  158:*12*
185:*13*
**gives**  8:*9*  66:*24*
118:*21*
**giving**  21:*7*  54:*14*
62:*15*  126:*5*  138:*16*
**glass**  51:*11*, *11*, *11*, *12*
163:*15*, *18*, *22*
**Glendale**  29:*4*, *6*, *10*
31:*1*, *3*, *6*  32:*19*
37:*17*  60:*25*  89:*3*
145:*15*, *19*  146:*22*
167:*17*
**glitches**  7:*7*
**go**  5:*13*  8:*21*  9:*13*,
*17*  12:*24*, *24*  14:*10*
23:*10*  26:*25*  27:*11*,
*12*, *12*  28:*7*  29:*5*
31:*25*  43:*23*  47:*2*, *22*
50:*7*  56:*16*  60:*12*, *15*,
*16*  70:*24*  74:*3*  80:*7*
89:*11*  97:*13*  99:*6*
100:*17*  107:*7*  109:*20*
111:*18*  114:*5*  118:*19*
119:*5*  121:*9*, *11*, *25*
123:*2*, *25*  124:*24*
125:*21*  126:*7*, *21*
127:*3*, *6*, *21*, *24*  131:*1*
137:*14*  139:*14*
143:*21*  144:*20*
145:*14*  149:*4*  150:*6*,
*13*  152:*17*, *25*  153:*2*
157:*15*  159:*10*
161:*11*, *13*  164:*10*
168:*17*  171:*5*  177:*24*
178:*11*, *13*  179:*24*
185:*4*
**God**  90:*6*  98:*19*
**goes**  127:*22*  169:*4*

**going**  5:*7*  7:*14*, *16*
8:*3*, *19*  13:*2*  14:*7*, *22*
23:*12*  25:*9*  26:*15*
37:*11*  52:*21*  56:*9*
64:*25*  71:*2*, *3*, *4*
72:*17*  73:*20*  74:*8*, *9*
75:*9*, *18*, *22*  84:*14*
89:*11*, *22*  95:*16*  96:*3*
107:*16*  110:*8*  111:*7*
114:*5*  117:*2*  118:*18*
120:*1*  123:*13*  130:*7*,
*15*, *16*, *22*  131:*4*, *18*
141:*1*, *1*  145:*15*
151:*23*  152:*6*  153:*5*
157:*12*, *14*, *20*  160:*19*
161:*11*, *22*  166:*4*
167:*21*  171:*4*, *23*
178:*11*  180:*7*  182:*23*
183:*2*  184:*25*  185:*11*
**GOLDBERG**  4:*10*
**gone**  141:*19*  160:*21*
**Good**  5:*6*  6:*9*, *12*
7:*3*  12:*1*  14:*14*  18:*8*,
*15*, *18*, *18*  32:*4*  46:*12*
78:*19*  84:*23*  106:*13*
128:*14*  130:*25*
162:*17*
**goods**  73:*11*
**gosh**  10:*21*  59:*16*
98:*20*
**got**  11:*12*  12:*1*, *3*
14:*11*  19:*8*  27:*18*
29:*7*  31:*17*  38:*8*, *16*,
*16*, *20*  47:*12*  53:*7*
54:*16*  55:*11*, *13*, *17*
56:*7*  61:*11*  62:*6*, *8*
63:*8*, *10*  65:*10*  66:*15*
70:*20*  76:*20*  85:*8*, *17*
88:*9*  91:*20*  93:*3*, *17*
107:*19*  110:*7*  116:*24*
125:*13*  128:*2*  129:*18*
137:*5*  144:*24*, *25*
145:*1*  147:*5*  151:*13*
162:*8*  180:*24*
**graduate**  32:*14*
**grandfather's**  67:*4*
**grandpa**  67:*2*
**granular**  113:*5*
**Grayco**  66:*17*  68:*9*
82:*11*

**great** 9:8 25:15 32:13 40:19 117:14 126:15 141:11 178:6 180:13

**green** 140:5

**GREENBERG** 4:17, 21 6:10, 13

**grew** 29:2, 6, 8, 11

**grief** 81:13 90:19

**gross** 74:19

**ground** 74:24 75:1, 3, 5, 8

**group** 21:22 22:2, 4 27:4, 7 81:13 107:6, 9, 10, 17 114:8, 22

**groups** 81:13, 13, 17

**growing** 110:22 142:7

**guess** 14:17 16:19 19:6 20:16 21:16 26:8 31:14 35:7, 15, 20 36:3 41:5 48:21 55:3 56:10 62:2 66:3 67:18 72:13 90:8 95:24 97:12 98:3 100:18 112:5 118:16, 17, 23 123:24 124:5 127:10 137:15 157:17 158:12 169:10 171:8 175:24

**guidance** 119:6, 9 120:3, 11

**guys** 9:10 55:15 75:17 86:6 108:18 112:14 127:15 128:3 130:7 136:6 138:3 149:8, 15 150:4 152:25 155:6 166:10 176:1 180:3, 6

**GYN** 21:21 27:4 42:11, 24

**< H >**

**H** 2:8 3:1

**habits** 57:3

**had** 9:14 11:7, 23 15:3, 4 16:7, 22 17:3, 13, 14 19:24 21:3 23:2, 12 27:20 28:1 32:2 33:14, 16, 17, 19, 24 35:23 36:20 37:6,

16, 21 40:13 46:12, 20 47:20 48:1 50:12, 25 54:4, 19 55:9 57:4 58:23 62:15 64:3, 7, 9, 14, 16 66:12, 14, 20 67:17 68:3, 4, 8, 10, 17, 17, 20, 21, 23 69:3, 18, 19, 22, 25 71:14, 20 72:14, 20, 22 74:17 77:14, 21, 23 79:2, 16, 20 82:10, 13, 18, 23 83:5 84:20, 25 86:18 87:22 91:5 92:19 96:6 98:3 99:3, 14, 19 101:6, 13, 20 104:13, 20 106:4, 5, 11, 14, 17 110:9, 15 111:25 112:9, 20 113:8, 8 115:18 116:17 124:3, 11 125:3, 6, 15, 15, 18, 18, 24 126:11, 14 128:4 135:17 136:22, 24 137:7 139:1 140:20 141:8, 11, 13 143:6, 7, 10 144:6, 20, 21 145:3, 7 146:18 152:13 154:25 155:3, 4, 5 156:14, 16 157:10 158:7 160:21, 22 161:1, 25 162:7, 11, 11, 17 163:16, 24 164:18, 20, 25 165:8 167:19, 25 168:2, 2, 4 169:5, 9, 14 171:13, 24 178:15 179:11 180:18 181:3, 4 183:20, 20

**hadn't** 37:6

**half** 12:12, 13, 14, 15 20:10, 21 75:11 118:19

**Hall** 52:9, 11, 13 53:8, 20

**hand** 7:21 8:23 70:11 131:17

**handed** 138:16

**handled** 43:2, 3

**handouts** 42:8

**hands** 17:1 72:14 102:25 103:4

**handwriting** 115:16

**hang** 57:18

**hanging** 144:23

**happen** 42:22 58:5, 10

**happened** 16:23 20:18 54:25 61:16 70:17 80:14 89:6 167:19 174:10

**happening** 78:25 119:2 121:5 168:15

**happens** 113:9

**happily** 8:22 93:9

**happy** 8:15 13:2 75:14 109:12 170:9

**hard** 8:23 44:5 55:6 61:11 95:18 116:2 175:14

**has** 8:8 14:23 18:3, 7, 10 20:11, 16 21:3 22:9 28:23 43:5 44:13 45:11 58:21 66:15 86:3 90:4, 9 98:22 109:5 115:10 116:23 125:2, 3 130:3 169:13 186:17

**hasn't** 139:2

**have** 6:2, 7 7:7 8:22 10:11, 13, 14, 25 12:5 13:3, 15, 23, 24 14:5, 21 15:4, 10, 16, 23 16:5, 7, 9, 15, 18, 20, 22, 24 17:5, 21 18:6, 9 19:23 20:6 21:14, 19, 22 22:8, 16, 16, 20 23:10 24:25 25:2, 20 26:6, 24 27:5 30:5, 6 31:17, 20, 24 32:20, 22 33:9, 14, 16, 17, 22, 22 34:19, 21, 23 35:12 37:2, 24 39:15, 21 40:18 42:3, 21 43:24 44:18 45:7, 14, 16, 21 46:4, 7 48:3, 7, 10, 14, 17 52:10, 24 53:5 57:6, 8 61:16 62:3, 10 64:17 65:11, 21, 25 66:5, 21 68:22

69:4, 16 70:14 71:8, 9, 22, 24 72:9 73:11 74:14, 23, 24 75:9 76:5 78:19 79:15 80:25 81:4 82:1, 8, 10, 23 83:2, 3, 5, 7, 8, 13, 17 85:21, 24 86:3, 6 87:1, 12, 15, 19, 24 88:3 89:16, 18 90:2, 9 93:16, 25 94:20, 23 95:7 96:13 97:4, 21, 23, 25 98:2, 9 99:23 100:20 101:10, 13, 14 106:1, 2, 15 107:16 108:24, 25 110:8, 11 111:17, 25 112:22 113:24 114:1, 8, 12, 13 116:2 117:10, 18 119:21, 23 121:4, 8 122:17 123:4 125:24, 24 129:22, 23, 25 130:3, 6, 9, 17 131:22 137:15 138:5, 7, 15 139:25 140:2, 6, 12, 23 141:12, 17, 25 142:1, 19 145:6, 25 148:2, 9, 9 151:14, 16 153:21 155:17, 20 157:1, 2, 10, 18 158:9, 16 162:11 164:3 165:24 166:12 167:1, 1 168:14 169:18 170:1, 18 173:22 174:1, 16, 22 175:1, 3, 7, 9, 18 177:11, 12 178:7, 13, 19 180:5, 22 181:21, 22 182:1, 3, 16, 23 183:2, 8, 21, 24 184:7, 12, 15, 22, 23 186:13

**haven't** 17:24 61:15 83:11 85:25 86:18 88:11, 14 110:9 112:2 141:19 145:24 184:14

**having** 6:20 26:8, 8 34:9 39:12, 13 44:20 79:12, 25 80:24 85:18 95:13 133:17

154:22, 23  171:20
177:3, 7  183:19
**hazard** 102:20
**hazards** 102:16
**Hazy** 113:4
**he** 8:23  13:15  19:4,
8, 11, 12  20:9, 10, 16,
20, 22, 25  21:3, 5
35:17, 23  36:15, 18
37:2, 3, 6, 6, 9, 12, 16,
16, 17, 20, 21, 24, 24
38:2, 8, 10, 16, 16, 20
39:4, 8  42:15  47:10
48:22  49:5, 7, 9, 11,
17  50:8, 12, 25  51:4
52:14  53:7  54:4, 5
56:1, 3, 7, 16, 17, 17,
19, 24  57:4, 18, 20
58:3, 20, 21, 21  59:6
67:8, 10, 13  68:20
69:16, 18, 19, 22
70:13, 23  76:18, 21,
25  77:9, 14, 17, 18, 23
78:8  79:10  86:20
91:22  92:25  93:1, 14
97:9  106:3, 4, 4, 5
110:17, 17, 19, 21
111:1, 2, 3, 4, 5
118:11  124:21
127:21, 22, 23  140:17,
17, 22  144:23, 24, 24
145:1  147:5, 24
148:5, 14, 21  149:22,
22  150:2  155:12, 13
156:20, 23  160:3
161:1, 2, 25  162:2, 8,
11  163:2  166:23
167:1, 5, 16, 21, 23
170:13  171:2, 13
178:16  179:11, 11, 12
**head** 121:3  132:24
133:6, 12, 19, 23
**heads** 132:18
**healing** 165:18
**health** 22:13  39:16
47:9  78:22  106:3, 6
116:19, 24  123:2
**healthy** 20:3  79:11
105:1  106:12, 14

119:3  122:11  139:3
142:8  168:3
**hear** 13:2  18:16
34:7  45:4  152:5, 24
158:24
**heard** 40:9, 13, 18
41:23  42:21  64:14
103:16  112:9  162:7,
8, 11  173:10
**hearing** 112:18
113:5  133:17  179:12
**heart** 79:5, 12, 16, 20,
21  80:1  168:4, 5, 16
**height** 117:15
**held** 5:20  40:23
**help** 109:4  130:22
151:4
**helped** 140:18, 22
**helpful** 72:10  126:10
**her** 8:9  14:25  30:10,
24  36:25  37:1  43:12,
21  50:9  51:3  55:9
56:10  57:19  58:17,
25  59:3  60:14  61:9
64:10, 12, 13  65:13,
14, 19  66:22  68:13,
14  69:12, 13, 13, 24
71:10, 11, 14, 22, 24
72:11  73:25  74:4, 17
75:7  76:12, 12, 15
79:8, 9, 12, 25  80:19,
21  84:9, 13, 15, 17
85:4, 4, 6  86:7  94:24
99:5  103:4, 19  104:6
106:14  107:19
111:17  112:20  113:8,
14  116:11, 12, 16, 21
117:15, 15, 15, 16
118:14  122:20
123:20  125:7, 12, 16
126:5, 8, 11, 14
128:14, 14  129:3, 6,
13  132:9, 13, 15, 20
133:8, 9, 11  134:19
135:12, 19  136:6, 8
137:7, 7  139:7  140:1,
3, 9, 23  141:12, 18, 24
142:5, 12  143:24
144:5, 6, 8, 24  147:2,
5, 7, 11, 12, 18, 19, 24

148:3, 6, 10, 14, 18, 21
149:2, 8, 16, 17, 19, 20,
22, 25  150:2, 3, 5, 9,
10, 14, 14, 14, 14
153:11  154:21  155:4,
9, 25  156:15, 17, 22
157:20  159:7, 9, 15,
20, 22, 23, 24, 24
160:5, 6  161:5, 6, 15
162:15, 21, 24  164:13
165:2, 15, 19, 21, 24
166:12, 13, 13, 23
167:15, 16, 21, 22
168:5, 8  169:6
171:20, 21  173:8, 9, 9
174:13, 15  175:13, 13
179:7, 7, 8  181:17
182:9, 11, 16  183:25
184:24  185:8
**here** 7:5, 22  15:23
18:10  22:2  24:5
26:5  30:16  31:20
32:4  35:12  63:20, 24
73:6  88:10  96:25
97:1  100:3  108:25
110:9  115:20  118:9,
17, 20  119:20  121:2,
16  122:3, 11  124:3
127:8  128:3  130:23
153:19, 21  156:20
157:16  161:20  163:8
172:6, 18  174:1
176:1
**herein** 6:20
**hereof** 186:8
**hereto** 186:8
**herself** 1:1  104:7, 8
129:3, 7, 9
**He's** 12:13  19:10
20:12, 24  36:20
39:14  58:23  77:20
91:10  93:1, 13, 15
110:18, 25  167:22
175:12  176:20
**hey** 7:20
**high** 32:15
**Hills** 60:25  89:3
**him** 10:6  13:24
23:23  24:2  35:6, 7,
25  36:1, 2, 4  38:13

39:8  40:4  44:21
46:9  48:24  49:1, 14,
24  51:21  54:12  57:2,
4  67:15  77:5, 5, 8
78:11  91:18, 19, 19
92:11  98:9  106:7
110:16, 22  120:16
125:5  140:20  147:21,
22, 23  148:2, 10, 18,
21  162:9  171:2
175:13  183:23
**his** 10:2  14:17, 17, 18
20:10, 13  29:20  35:6,
10  37:7, 16  39:24
40:6  51:14, 22, 24
52:20  53:7, 8, 11
54:7, 9  57:4, 19, 20,
23  58:17, 21  59:22
68:20  70:24  76:17
77:12, 21  106:3
115:10  127:20, 23
140:24  142:24
143:12  144:8  150:22
157:9  170:14  174:19
177:18, 19, 21, 24, 25
178:1, 8, 11
**history** 27:22  108:11
**hit** 175:7
**hitting** 142:4  166:13
**Hold** 99:11  132:14
**holding** 75:12
**home** 47:22  53:19
54:11  56:8  64:10
66:22  68:13  69:7
70:9  79:9  80:7, 8
123:25  124:1  125:23
147:5  165:2  168:17
174:17, 22
**Honestly** 17:17  27:5
37:9  41:16  63:19
65:15, 19  71:16
74:20  119:25  129:6,
16  165:23
**hope** 131:13
**hopefully** 7:7  90:10
131:14  157:23
180:14
**Horn** 45:1, 1, 9
**hospital** 19:4, 18
27:15  40:22  41:2, 10,

*17* 54:11  66:22  79:1
113:20  116:6, 23
123:13  141:9  165:1
168:17  169:8
**hospitalization**  123:16
141:4
**hospitalized**  48:7
**hospitals**  141:14
**hot**  56:21
**hour**  60:15  75:10, 11
80:12, 15, 16, 17
130:17
**hours**  130:7, 9, 18
135:4, 9  136:12
155:24  156:21  159:8,
12  161:14  162:18
167:16, 16  170:12, 15
172:9  175:18, 20
176:25
**house**  48:21  49:2, 17,
21  50:8, 19  57:18, 20,
21, 23  58:4, 7  59:7
68:20, 22, 23  69:3, 5,
8, 16  70:19  71:6, 19,
24  72:24  73:2  77:1
88:7  129:25  136:22
146:12  147:9, 14
157:9  161:1  177:24
**houses**  66:11  68:5
**how**  10:14  13:23
14:10  15:18  21:14
23:10, 12  27:20
34:15  36:22  38:16
43:18  48:16  51:20
52:12  56:20  57:15,
16, 16  60:8  61:23
63:2, 15  64:3  65:11
70:4, 5, 10  71:13
74:14, 20  75:12
77:20, 23  78:16  81:8
92:21  98:8  106:19,
19  110:1  116:5
117:17  119:20
120:18  124:3  125:6
130:3, 4, 6  135:2, 7
141:8, 9  142:19, 19
143:13  150:25  151:2
154:19  157:6  160:12
169:10  170:22
184:18

**however**  159:10
168:6
**human**  33:2
**humidifier**  125:12
126:10, 13, 14
**husband**  12:1  21:8
**husbands**  24:21
**Hymel**  4:25

< I >
**I**  2:1, 8, 8  3:1, 1
5:24, 25  7:8, 9, 13, 15,
15, 16, 21  8:1, 5, 6, 12,
15, 21, 21, 21  9:1, 1, 6,
10, 10, 13, 17  10:13,
22, 25  11:4, 25, 25
12:3, 18, 21, 21, 25, 25
13:1, 3, 5, 6, 12, 22
14:3, 17, 17, 24  15:10,
13, 13  16:5, 9, 10, 18,
19, 19, 24  17:3, 11, 17,
24  18:9  19:6, 19, 20,
20, 22  20:13, 16
21:10, 16, 22, 22, 23
22:1, 11, 11, 18, 19, 20,
21, 21, 23  23:9, 11, 14,
18, 22  24:1, 1, 1, 2, 3,
20  25:2, 21, 25  26:5,
7, 8, 23  27:1, 5, 6, 14,
15, 16, 18, 19  28:5, 6,
6, 6, 17, 20  29:6, 10,
14, 14  30:6, 9, 9, 10,
22  31:14, 17, 17  32:4,
7, 7, 9, 11, 16, 22, 25
33:4, 17, 19, 21, 22
34:3, 4, 11, 18, 23
35:1, 7, 12, 13, 13, 15,
20, 20, 24  36:3, 4
37:9, 9, 9, 11, 11, 13,
17, 18  38:7, 9, 19
39:11, 12  40:2, 4, 18,
22, 22, 24  41:3, 5, 16,
16  42:10, 14, 23
43:17, 21, 25  44:2, 9,
22  45:7, 16, 16, 20
46:7, 11, 11, 18  47:2,
5, 7, 12  48:10, 10, 11,
19, 21, 24  49:4, 4, 14
50:11, 11, 11, 14, 15,
17, 25, 25  51:3, 6, 6, 6,

18  52:10  53:1, 6, 13,
13  54:7, 15, 16, 23
55:3, 9, 9, 13, 13, 18,
23  56:10, 12, 20, 21
57:9, 19  58:12, 13
59:3, 24  60:10, 13, 22,
24, 24  61:3, 7, 11, 13,
15, 20, 20, 22  62:2, 2,
7, 11, 15, 16  63:4, 12,
14, 19  64:7, 11, 12, 16,
17, 20  65:3, 7, 15, 15,
16, 16, 18, 18, 19, 20,
23, 23  66:1, 3, 15, 16,
20  67:1, 3, 16, 18
68:21, 23  69:1, 1, 2, 3,
20, 21  70:2, 4, 6, 10,
12, 16  71:16, 17, 21,
22, 23, 23  72:13, 16,
16, 20  73:4, 4, 9, 10,
14, 15, 16, 21, 21, 22,
25  74:1, 2, 3, 4, 5, 7,
10, 16, 17, 18, 19  75:7,
9, 11, 15  76:11, 15, 16,
20  77:9, 10, 22, 25
78:15, 15, 15  79:1, 3,
14, 18, 23, 24  80:4, 5,
12, 17  81:6, 8, 9, 10
82:13, 15, 16, 16, 16,
17, 17  83:2, 7, 11
84:10, 11, 12  85:6, 7,
17, 19  86:2, 2, 2, 23,
23  87:1, 8, 9, 12, 14,
22, 22, 25  88:1, 4, 17,
20, 21, 21  89:1, 8, 9,
12, 14, 16  90:6, 7, 8
91:1, 4, 5, 13  92:2, 4,
4, 15  93:18  94:10, 15,
23, 23, 24  95:8, 24
96:11, 15  97:2, 3, 6,
12, 14, 25  98:3, 9, 20,
21, 23, 25  99:6, 10, 11,
11, 22  100:3, 3, 17, 18,
22  101:3  102:21
103:1, 5, 7, 8, 15, 16,
19  104:5, 5, 6, 7, 13
105:10  106:1, 3, 14,
16, 17, 24  107:10, 10,
12, 18, 18, 18, 19, 20,
22, 25  108:7, 24, 24
109:2, 2, 4, 7, 15

110:5, 5, 6, 8, 10, 11,
12, 14  111:13, 24
112:2, 4, 5, 19, 22
113:1, 7, 7, 11, 24
114:9, 16, 17  115:7,
12, 18  116:1, 1, 1, 3, 9
117:18, 25  118:11, 16,
17, 22  120:13, 16, 17,
17, 19  121:14, 14, 14,
19, 19, 21  122:18, 20,
23  123:14, 15, 17, 24
124:4, 17, 25  125:5, 9,
23  126:2, 2, 3, 14, 20,
23  127:2, 3, 5, 7, 10
128:12, 20, 21, 23
129:1, 6, 8, 11, 16, 16,
18, 23, 25  130:2, 8
131:13, 18  132:4, 4, 6,
12, 14, 19  133:2, 15,
17  134:6, 8, 9, 17, 17,
21, 21, 23  135:16, 21,
22, 22, 23, 25  136:8, 8,
21  137:2, 4, 4, 5, 15,
21  138:1, 1, 2, 4, 7, 12,
14, 14, 19, 23, 25
139:3, 6, 9, 12, 21
140:8, 8, 10, 10, 18, 20
141:4, 8, 11, 11, 12, 12,
24, 24, 25, 25  142:1, 1,
16, 18, 22  143:5, 8, 8,
10, 13, 16, 22, 24, 25
144:2, 4, 7, 7, 8, 9, 9,
14, 20, 20, 20, 21, 22,
24  145:4, 10, 24, 24,
25  146:2, 8, 15, 15, 23
147:2, 17, 23, 23, 25
148:1, 2, 5, 5, 6, 16, 21,
22, 22, 23  149:10, 13,
13  150:13, 16, 23, 25
151:1, 1, 2, 3, 7, 7, 13,
13, 16, 17, 18, 18, 22,
25  152:2, 4, 4, 6, 8, 13,
17, 20, 22, 24  153:3, 3,
11  154:11, 21, 24, 25
155:3, 4, 13, 18  156:5,
5, 6, 14, 17  157:8, 9,
17, 19, 20  158:12, 15,
25  159:1, 3, 13, 20, 21,
24, 24, 25  160:9, 10,
13, 16, 17, 25  161:2, 7,

10, 18  162:6, 8, 20, 20, 24, 24  163:6  164:4, 5, 9, 16, 19, 21  165:17, 19, 22, 22, 22  166:1, 13, 15, 16, 17, 18, 25  167:3, 3, 4, 17, 20  168:13, 18, 22, 25, 25  169:10, 23  170:2, 2, 5, 5, 5, 6, 18, 20  171:1, 1, 1, 2, 2, 4, 7, 12, 13, 13, 18  172:5, 13, 14, 17, 19, 20, 21  173:2, 8, 14, 17, 25  174:1, 3, 12, 13, 15, 16, 16, 17, 20, 21, 22, 22, 23  175:2, 2, 6, 6, 7, 7, 14, 22, 23, 24, 25  176:2, 3, 11, 21, 22  177:2, 6, 7, 9, 13  178:1, 5, 7, 10, 11, 12, 13, 19, 23, 25  179:15, 16, 21, 23  180:2, 5, 22, 23, 24  181:8, 8, 10, 15, 18, 18, 18  182:1, 1, 1, 2, 3, 4, 5, 6, 8, 9, 10, 18, 21, 22, 23, 23, 24  183:1, 2, 8, 17  184:14, 17, 22, 23  185:1  186:6, 6, 8, 13, 13, 17

**ibuprofen** 125:13
**ICU** 169:8
**idea** 27:5  65:22  83:17, 18  181:21  184:15
**identification** 25:7  44:15  90:1  93:24  96:21  97:17  98:16  100:11  107:4  109:22  111:22  117:9  123:11  127:17  132:2  137:20  153:18  158:3  176:19
**identified** 27:25
**If** 6:4  7:17  8:10, 12, 18, 19, 19, 21, 21, 24  10:25  11:11  12:22, 24  14:14  15:3  22:21  23:19  26:11  31:14  32:4  37:24  42:15  44:17, 18  51:17  52:23  56:17  57:3  58:4  60:10, 13  61:15

63:10  64:11  65:15, 19  70:4  73:18  75:13  76:2  78:1, 11, 20  80:22  82:16  84:12  87:9  92:21  93:11  94:17  95:9  99:7  100:1  101:1  103:20  111:9  112:21  113:1  114:24  116:3, 22  117:4  118:20  119:5  123:23  124:2, 8  125:13, 21  126:11  128:25  130:13, 16, 17  131:15  132:14  135:3  136:4, 14, 19  137:4  138:23  139:1, 3, 6  141:12  142:14  144:17  147:15  151:4, 9, 16, 24  152:12, 23, 23  153:25  154:7  158:22  159:2  160:15  161:12  163:1, 1, 7  164:3, 11  166:15, 25  167:1, 5, 22  170:24  176:2  177:16  178:12  179:6, 7  180:22  183:2, 20

**illness** 124:4  126:9  141:9
**illnesses** 164:19
**I'm** 5:22, 24  6:10  7:5  8:7, 19, 19, 19  9:2  12:7, 19, 19  13:2  14:22, 22, 23  15:1  17:11, 18  28:4, 22  32:11  33:21  34:7  35:19, 25  36:17  40:9  43:25  50:5, 6  51:9, 23, 23  68:2  70:4  72:1  73:17, 19  74:20, 24  75:14  85:6  86:8, 17  89:11, 12  90:6  91:10  92:9  95:13, 19, 21  96:2, 11  98:21  99:10  101:9  103:16  104:1, 9  105:6  106:9  107:1  108:16, 25  109:11  112:24  114:4  115:3, 9  117:2  118:7, 18  120:14  130:12, 15

132:13  133:3  136:21  138:4  140:8  141:1, 1, 19  143:21  151:21  153:12, 12, 19  157:20  158:5  161:11, 19, 21  166:25  169:21  170:9  171:4  173:19  174:21  176:12  177:8  182:4  183:1
**immediate** 44:9
**important** 102:6  105:18  126:19
**impression** 172:8
**IN** 1:1  5:16, 18, 25  6:1, 8  7:5, 6, 9  8:20, 22  11:4, 13, 13, 13, 16, 19, 24  12:2  13:9, 14  14:4, 16, 18  16:25  17:4, 12  18:6, 22, 23, 25, 25  19:2, 8, 11, 13, 16, 17, 19, 24  21:6, 6, 15, 16, 18  22:1, 5, 9, 12, 19  23:4  24:23  25:20  26:14  27:10, 14, 19  28:7, 7  29:6, 14, 25, 25  30:14  31:4, 5, 8, 17, 18, 23, 25  32:6, 22  33:2, 23, 25  34:13, 15  35:1  36:4  37:17, 18  38:10, 19, 21, 23, 25  39:4, 24  40:3, 6, 14  41:10  42:4, 18  43:5, 22  44:1, 24  45:2, 11, 18  46:19, 20  47:2  48:1, 10, 21, 22, 22  49:2, 11, 17, 21  50:5, 19, 23  51:16  52:8, 25  53:2, 3, 13, 17, 18  54:5, 7, 9, 12, 16  55:1, 12, 17, 22  56:22  59:15, 18, 24  60:25  61:7, 9, 13, 14, 22  62:2, 3, 9, 13, 14  63:6, 7, 18, 25  64:9, 9, 12  65:9, 21  66:7  68:1, 3, 4  69:9, 12, 13, 14, 17, 24  71:2, 5, 11, 14, 14, 22, 24  72:11, 20, 21  73:23, 23  75:5, 7  76:5  77:1, 12, 21,

24  78:9, 12, 18  79:8, 19  80:10, 23  81:11, 12  82:19  84:3, 7, 10  85:4, 7, 24  86:4, 24  87:10  88:10  89:2, 21  90:9, 22  91:13, 17, 18, 19, 19, 20, 21  92:5, 17  93:5, 20  94:2, 2  95:19  96:3, 14, 25  97:1, 12  98:2, 10, 17, 24  99:4, 7  100:3, 13  101:10, 19  102:17  103:2  105:13, 23  106:12, 18  107:1, 6, 19, 20  108:2, 7, 14, 20  110:2, 6  111:8, 8  112:17, 20  113:4, 8  114:7, 13  115:11  116:6, 11, 16, 18  117:6, 10, 14  118:20  119:4  120:18  121:6, 8, 11, 16, 17, 23  122:7, 8, 12  125:7  127:1, 9, 11  128:18, 24  129:9  131:15  132:5, 9, 10  133:5, 11, 19, 22  134:10, 11, 12, 24  135:8, 20  136:1, 2, 12  137:7, 16  138:5  139:7  140:11  141:12  142:4, 8  144:11  145:1, 2, 15, 24, 25  146:2, 2, 3, 6, 12  147:9, 12, 19, 23, 24  148:3, 10, 14, 17, 18  149:1, 2, 9, 17, 18, 19, 21, 24  150:3, 4, 5, 6, 10, 10, 18  151:5, 9, 23, 24  152:13, 17  154:2, 10, 13, 18, 22, 23  155:17, 20  156:5, 11  157:20  158:8, 16  160:23  161:2, 5  162:15  163:3, 4, 8, 16, 18, 19, 23  164:4, 7, 13  165:2, 7  166:15, 16, 19  167:10, 17  168:2, 5  169:6, 8  170:11, 12, 16  171:9, 19  172:22  173:3, 4, 8, 9, 15, 18,

22  174:3  175:17, 20
176:2, 7  177:21
178:1, 8, 14  179:19
180:21, 22, 23  181:3,
11, 14  182:3, 20
183:19, 24, 25  184:3,
25  186:6, 6, 8, 8, 13, 19
**Inc**  1:1, 1  5:17
**incident**  14:7  21:17
70:17  142:18
**included**  126:4
**includes**  102:10
**including**  50:17
**increased**  113:5
**index**  127:11
**indicated**  160:20
162:16
**indicates**  119:9  120:3
**infant**  43:8  61:9
67:23  81:21  102:25
104:25  113:4  166:20
173:24
**infants**  40:6  102:16
105:1  132:23
**infection**  124:11, 12,
17  169:14
**informal**  57:7
**Information**  3:9  94:6,
8  167:14  174:4
184:18
**injury**  101:20  105:23
**inquiring**  42:22
**Instagram**  2:18
80:24  81:1, 16, 23
85:22  94:14, 18, 19
95:1  96:23, 24  97:1
**instance**  35:22
**instead**  69:13  152:9
156:12
**Institute**  32:18
**instructions**  42:25
101:19  105:22
113:19, 21  114:2
126:4
**interested**  6:1  186:8
**interfere**  5:11
**interrog**  19:21  138:2
**Interrogatories**  2:11
19:22  25:4, 18  26:3
78:21

**Interrogatory**  32:1
59:24  78:21
**interview**  178:15
**interviewed**  17:14
167:13  168:21
**interviewing**  167:12
**interviews**  17:3, 13
138:17  145:10  148:1
**into**  13:7  46:15  51:8
62:17  84:6, 18  136:1
141:1, 2  142:18
144:11, 18  147:13
149:11  157:4, 17, 22
184:19
**introduce**  7:4
**investigate**  181:6, 9
**investigation**  48:2, 20
**investigative**  171:6
173:24
**investigator**  15:19
170:9  172:7, 10, 19
**investigators**  17:7
148:13  176:22
179:18  181:18, 22
**involved**  86:24
**iron**  140:6
**is**  5:14, 17, 20, 21, 23
6:9, 12  7:3, 11, 14, 23
8:14, 14, 25  9:15, 17,
20, 21  10:2, 2  11:8,
17  12:11, 11, 11, 11,
15  13:8, 10, 13, 14
15:9, 24  16:13  18:2,
5, 12, 15  19:6, 8, 25
20:13, 18, 22  23:19,
24  24:10, 16  26:2, 3,
5, 8, 17, 18  27:19
28:12, 22  29:7, 9, 17,
20, 22, 23  30:23  31:1,
1  32:4, 8  33:6, 6, 6
34:12, 13, 18, 18  35:2,
10  36:4, 24  37:14
38:9  40:24  41:2, 7
44:10  45:1  46:8
47:20, 22  49:12, 19,
21, 23  51:13, 25  52:3,
18  53:8, 9  58:2
59:13, 25  60:3  61:17,
18  62:5  65:4, 22
66:24  67:8  69:5

72:21  73:3  74:8
78:20, 22  80:1, 6
81:19, 20, 21  82:3, 21
83:4  84:20, 23  85:4,
14, 23  86:15  87:2, 5
89:3  90:12, 12, 17, 21,
23  92:5, 6  93:11, 14
94:9, 10  95:1  96:3, 4,
4, 5, 22, 24, 24  97:1, 7,
14, 18  98:10, 11, 17,
20, 22  99:2, 3, 5
100:14, 19  103:18
104:16  107:2, 14, 22,
25  108:2, 4, 6, 8, 9, 21,
22  109:8, 17  111:1,
23  112:1, 17  113:7
114:6, 11, 16, 17, 18,
19  115:7, 9, 9, 16, 19
116:4, 11, 24  117:25
118:1  119:3, 22
121:1  122:1, 2, 19, 24
123:2, 13, 15, 20
124:15  125:4, 22
126:24  127:7, 18, 19,
20, 23  128:3, 11, 14
129:8, 13, 19, 24
130:20  131:10, 13
132:3, 6, 10, 12, 13, 14,
16, 22  133:4, 5, 11, 12,
18  134:11, 12  137:21
138:22  139:16  141:3
143:3  144:14, 16
147:25  148:8  150:11
151:5, 24  152:16
153:14, 22, 24  155:19
156:7, 17  157:12, 14
158:22  159:5, 6, 9
161:4, 23  162:12, 13
163:9  164:11, 14, 22
165:3  166:14, 19
167:10, 12  168:9, 9,
10, 21  169:1, 25
170:4, 8, 9, 23  171:6,
19, 21, 22  172:4, 6, 9,
16, 24  173:13, 21, 22,
23, 23, 24, 25  174:2
175:1, 17, 20  177:4,
13, 25  178:1, 14, 19,
20  179:2  180:19, 23

181:10, 13  183:21
185:14
**issue**  26:9  47:9, 11,
25  48:4  52:17  79:20
80:1  136:23  137:3
138:11  159:4, 4
160:16  161:9  165:3
168:7, 23, 24  169:6
**issues**  16:17  17:23
19:25  20:17  21:4, 19,
21  39:13, 15, 16  41:7
45:22  46:18  47:20
79:5  106:3  162:4
168:7
**it**  8:4, 9, 11, 13, 14, 14,
16, 24  9:8, 9  10:5, 22
11:4  12:3, 10  16:2
17:1, 13, 18  18:19
19:8, 17, 23  20:11, 18
22:9, 21  23:11, 12, 14,
14, 21  24:4, 8, 20, 22
25:20  26:16, 18, 19
27:6, 18, 23  28:9, 9,
24, 24  29:1, 7  30:16
31:25  32:2, 9, 14, 17,
20  33:12, 13  34:4, 8,
12, 18  35:10, 12, 14
36:13, 24  37:14
38:17, 19, 20  40:18,
22, 23  41:3, 5, 12, 17,
18, 18, 20  43:16, 19,
20, 21, 22, 24  44:6, 8,
13, 16, 17, 18, 18
45:18  46:8, 15  47:2,
8, 25  49:11, 15, 19, 20
50:14, 14, 15  51:1, 13,
18, 25  52:11  54:4, 8
55:5, 18  56:11, 20
57:7  58:2, 6, 12, 13
59:18  60:6, 7, 10, 19,
20  61:1, 5, 8, 11, 11,
17, 24  62:8, 13, 15, 20,
23, 24, 24  63:1, 10, 10,
18  64:4, 6, 7, 8, 9, 11,
12, 15, 17, 20, 22  65:4,
6, 8, 12, 13, 20, 22, 23,
24  66:2, 2, 3, 15, 20
68:3, 9, 15  69:3
70:16, 20  71:22, 25
72:10, 13, 14, 20, 21,

22, 22, 25  73:4, 10, 11, 12, 14, 15, 15, 25  74:2, 5, 7, 10, 10, 11, 15, 17, 18, 19, 22, 24, 24  76:5, 11, 15  77:9, 10  78:18, 22  80:6, 7  83:12, 23, 23, 25  84:5, 12, 14  85:8, 8, 14, 16  86:4, 21  87:5, 12, 22, 23  88:5, 7, 8, 9, 23  89:2, 2, 6, 9, 13, 17, 22, 23  90:25  91:3, 3, 5, 22  92:4  95:19  96:11  97:1, 3, 6, 13, 20  98:8, 20  99:11, 12, 22, 22, 23, 23  100:6, 9, 22, 24  101:3, 18, 23  102:5, 9, 20, 24  103:12  104:8, 13, 24  105:18  107:2, 17  108:1, 6, 9, 19  109:12  110:7, 7, 10, 12  111:7, 25  112:5, 6, 8  113:2, 9, 24  115:11, 19  116:11  117:17  118:9  119:3, 3, 9, 14, 22  120:2, 9, 13  121:3, 9  122:4, 14  123:13, 17, 23  125:1, 23  126:9, 15  128:2  129:12, 13, 18  132:14  133:4  136:17, 20, 23, 23  138:21  139:9  140:20, 22  142:22  143:14  144:13, 15  145:9, 18, 23, 24, 25  147:25  148:8, 23  151:3, 4, 5, 7, 8, 10, 13  152:11  153:13, 20  154:12, 13, 18, 20  155:1  156:5, 23  157:6, 9, 13, 14, 23  158:25  159:14  160:9, 12, 14, 18, 25  161:1, 13, 24  162:14, 20  163:10, 11, 20  164:3, 7, 12  165:8, 19  166:25  167:1, 1  168:5, 18, 20  169:4, 10, 16  170:10, 10, 18, 22  171:2, 8, 14  172:2,

4, 19  173:14, 15  174:2, 17, 23  175:1, 4, 7, 11, 17  177:8, 23  178:5  179:16  180:16, 22  181:4  182:3, 3, 6  183:2  185:1  186:3
**items** 85:12  89:12
**it's** 7:9, 16  8:13  9:3  26:6  27:20  28:11  30:4  31:22  36:25  43:12  44:2, 2, 16  56:21  60:25  69:1  75:10, 10  85:7  90:4  91:4  94:17  95:16, 18  96:6  97:2  99:16  100:3  101:3, 5  104:23  109:16, 18  112:15  113:9, 9  114:14, 15, 22  118:16, 21  119:18, 25  121:15  126:15  127:10  128:12  130:18, 21  131:20  132:17, 23  134:10  143:7  145:25  147:25  161:24  166:15  167:3, 6, 11  173:18  175:6, 11  183:23
**I've** 34:15

< J >
**J** 4:13  186:14, 19
**James** 12:11
**January** 10:21  24:8  27:10  32:6  53:17, 18  115:19
**Jay** 4:25  5:21
**jealous** 90:6
**Jeff** 5:23  26:9
**JEFFREY** 1:1  4:5  186:16
**job** 9:8  12:2  34:9  55:13  143:3, 12
**jobs** 32:2  34:15
**join** 81:16
**joints** 49:12, 21
**jokes** 81:9
**Joseph's** 19:17

**Journal** 2:15  85:13, 22  89:13, 16  90:14, 21  93:17  180:21
**journaling** 90:14
**journals** 90:23
**joy** 12:7
**July** 92:22
**jump** 118:18  161:19  163:7
**jumped** 28:6
**jumper** 87:23  128:12
**jumping** 167:9
**June** 17:4, 12  22:16  42:18  56:23  59:15  62:13, 14  69:18  70:17, 21  71:7  91:17  92:12  93:5  99:4  103:2, 3  134:25  135:8, 15, 20  136:25  141:6, 7, 7  142:18  144:12, 14, 17, 17, 19  167:15  170:13
**just** 8:6, 15, 24  9:1, 12, 14  10:15  11:7, 8, 11  12:21, 22, 23, 25  13:5  15:1, 14  21:20  22:2, 9  24:4  25:1, 2  26:6, 7, 11  27:18, 19, 20  28:4, 4, 7, 20  31:18, 25  36:24  39:18  41:16, 19, 20  42:3, 5  43:9, 19, 21, 23  44:8, 19  45:16  46:19  47:4, 12  52:23  55:4, 5, 5  58:10, 11  59:11, 21  60:10, 15, 20, 24  61:6, 11  65:13, 13, 14, 21  66:19  68:17  69:1  71:21, 24  74:16  75:13  78:17  80:12  82:16  84:9, 10, 17  86:3, 8  88:1, 9, 21  89:1, 6, 14, 16  90:11, 18  92:9  94:3, 10  95:9  96:3  98:25  99:6  100:17  102:2  103:2  104:1  106:22  107:8, 11, 25, 25  108:16, 24  109:10  111:2  112:4  114:4

119:19, 24  121:1  122:25, 25  125:1, 21  127:4, 14  128:2  130:3, 17  131:16  132:4, 7, 12  134:18, 21  138:20  139:7, 21  140:16, 23  141:5, 8, 19  148:18, 24  149:6  151:19, 22  152:6, 8, 20  153:3, 13, 15, 19  155:2, 18, 23  157:20, 23  158:21, 22  160:17  161:19, 19, 22  166:11, 17  167:9, 9  170:2, 9  173:19  174:1, 21  175:25  176:2, 5, 21  177:3, 13, 16  179:22  180:2, 4, 14  181:15  182:10  183:2, 8

< K >
**Kate** 130:3
**KATHLEEN** 1:1, 1  2:3, 11, 13  4:1  5:15, 17  6:16, 19  9:16  25:17  109:24  159:9, 11, 14  160:18, 20  161:4  162:16  170:15, 23  172:7  185:13, 23
**Katie** 7:9, 10  9:17  151:24  183:8
**K-A-Y-Y-S** 81:2
**keep** 25:2  26:15  36:22  64:12  66:10  75:14  76:2  90:23  91:2, 6  92:9  109:12
**keeping** 90:14, 25
**kept** 90:18, 22
**Kevin** 45:1
**kick** 85:17
**kids** 73:19, 19  101:12
**kind** 7:8  14:13  16:16  17:18  21:20  22:8, 17  25:22  26:15  31:25  36:24  42:6  48:3  57:6  64:12  68:2  71:24  73:12  74:7  76:1  82:3  85:15  90:18  95:18  116:15  118:20

123:13  125:10, 15
130:22  136:6  140:12
141:5  142:2  148:24
159:3  172:2  179:17
**kissed** 162:17
**kissing** 148:21  162:21
**knee** 106:4
**knees** 103:1, 4
**knew** 50:11, 11, 25
66:20  77:9  84:20, 25
91:5  126:19  154:19
171:13
**know** 7:5, 13, 16  8:2,
3, 4, 9, 15, 21, 23, 25
9:1, 13  10:25  12:23
13:1, 3, 13, 13, 22
14:3, 17  15:1  17:3, 4,
4, 11, 25  18:3  19:21
20:7  21:24  22:15, 21
23:11, 11  26:25  28:5
30:17, 22, 22  32:3, 9
35:10, 13  37:10, 11,
13  38:2, 7, 9, 16
39:20  40:4, 5, 10
41:17  42:3, 7, 15
43:14, 17  45:18, 19
47:5  50:15, 17, 25
53:1  55:18  56:10
57:3  59:3, 15, 17, 19
60:24, 24  61:14, 22
62:2  63:11  64:7
65:5, 7, 16, 23  66:13,
15, 16  68:24  69:17
70:6  71:16, 17  73:16,
16, 18  74:7, 9, 16
75:13  76:12, 25
77:12, 17, 20, 22, 23,
25  78:2, 16  79:15
81:8, 10  82:3, 14, 17
83:9  84:10  85:21
86:8, 23  87:19, 22
88:18, 21, 22  90:25
91:16, 17  92:21
93:11, 14  94:3  96:9,
13, 15  97:7  98:22
100:3, 23  101:1
106:5, 16, 16, 17
108:24  110:5, 5, 23
111:1  113:1, 19, 25
116:3  117:16  119:22

121:10, 14  123:14
126:5, 11  128:17
129:10  130:23  132:4,
16, 19  133:2  134:1,
17, 21  135:3, 14, 17
136:1, 5, 14  138:14,
23  140:2, 7, 10
141:17  142:9, 18, 19
144:4, 4  145:24
146:9  148:1  150:25
151:1, 1, 2, 16, 18, 21
152:16  154:22, 25
157:21  160:12
161:21  165:22  166:1,
11  167:3, 18  171:13
175:6  176:5  179:16
180:22  181:8, 10, 22
182:3, 5  183:2
184:18  185:1
**knowledge** 37:5, 6, 20
46:13  47:19  67:9
88:12  98:1, 6  106:2
112:10  144:9  181:4
**known** 110:15
164:19  168:7  186:3
**Kristin** 4:13  6:15
44:3  152:12, 13
157:19  177:11
kschriner@goldbergan
dosborne.com  4:14
**Kyle** 30:8, 14  127:20,
23

**< L >**
**LA** 4:3
**labor** 19:25
**labs** 118:19
**language** 100:19, 21
**large** 117:18  163:21
**last** 26:5, 16, 17  59:2,
3  67:6  85:19  98:22
104:23  122:14, 16, 20
126:24  133:22  134:7
139:1  141:2  154:9
163:20  164:12
168:20  174:5, 13, 14
181:10, 11
**late** 21:1  58:14
143:7  145:19

**later** 15:18  19:23
23:21  41:3  91:22
92:1  121:12  143:10
144:1, 21  148:25
161:24  172:22
**lateral** 170:17
**laughing** 141:25
**law** 6:10  85:5
**lawsuit** 18:1, 6  34:19
61:13  83:17  84:6
86:24
**Lawton** 9:20  29:21
30:8, 8  109:24
127:23  139:1, 2, 3, 4,
6, 7  155:23  161:13,
15  169:3, 3
**lawyers** 26:4
**laying** 71:24  151:7
159:15
**learn** 47:3, 5
**Learning** 60:1  88:20
**lease** 71:1, 5
**least** 8:11  14:4
17:14  19:24  41:4
49:4  69:18  74:1, 5
135:24  143:7  145:9
**leave** 58:3, 17  59:6
61:19  69:12, 13
72:11  105:9
**leaving** 113:19
**Lee** 84:2
**left** 16:25  60:3  61:5,
20  69:21  100:20
149:8, 17, 19, 21
150:4, 19, 23, 24
151:2, 6, 8  161:5
165:16  171:21
**legal** 45:14
**L_____**  10:4, 8  12:14
19:13  20:13, 14, 15
39:12  47:14  48:2
93:5, 5
**length** 117:15, 17
118:24
**let** 8:15, 25  12:23
26:11  27:8, 8  33:5
44:25  46:18  50:15
60:22  66:19  71:10
75:13  78:6, 6, 7, 17
100:23  120:19

132:14  134:18  150:5
157:2  161:19  173:18
174:3  176:5  178:13
180:3  184:24
**let's** 7:20  12:10  26:1,
5  27:2  32:6  44:13
47:25  51:10, 12  53:1
80:1  89:13  93:17, 18
94:2, 8  95:9  96:17,
18  97:11, 12, 13  99:6
100:1, 21  102:20
110:7  111:12, 18
112:3, 21  116:10
117:2, 3  120:1  121:2,
25  122:2, 22, 22
123:19  124:10  125:2
126:7  130:24  131:1,
18  134:17  136:21
137:14  138:16, 20
139:13, 15  142:17
152:13  153:2  157:2,
15, 17, 23  158:21
161:12  163:11
164:10  166:3, 18
167:10  168:19
169:25  170:8  171:6
175:23  176:9  178:13
185:3
**letters** 82:25
**level** 74:25
**license** 37:2, 2, 7, 22
**life** 13:4  29:14
35:21  57:15  68:14
76:12  77:21  108:14
125:16
**light** 29:5
**like** 7:23  8:2  9:3
10:5  12:10  13:22
15:4, 14, 23, 24  16:2,
4, 7  17:1, 13  18:19
19:23  20:18, 22
22:14, 22  23:14  24:4
26:3, 17  28:8, 24
29:5  32:3, 14, 17
33:12, 22  34:8, 14
36:3, 13, 23  37:14
40:17, 22  41:6  42:9
44:16  46:11  50:15,
17, 18  53:13  54:7
56:12, 21  59:16, 17

Deposition of Kathleen Courkamp
10/21/2020

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 71 of 94    Page: 22
Courkamp, Kathleen vs. Fisher-Price, Inc.

60:7, 11, 13  61:1, 5, 24  62:25  64:4, 9, 11, 18  68:4  70:14  71:23, 23  72:15, 20  73:7, 18, 21, 25  74:4, 4, 4, 16, 18, 23  75:4  76:5, 18  77:14  79:6  80:12, 14, 17  81:12, 13, 14, 16, 18, 20  82:3, 5, 11, 12, 13  83:1, 9, 12  84:12  85:14  86:3, 3, 5, 11, 19  87:6, 23  89:2  90:15  92:3  94:23  95:17  96:5  97:5  101:1, 6, 10, 12, 15  103:5  104:6, 7  106:11, 15  108:19  110:7  111:7, 25  113:7, 15, 21, 24, 25  114:1, 2  115:19  116:3  117:17  118:8  119:3  121:9  122:14  123:23  125:12  126:5  128:12, 25  129:2, 12  130:1, 7  132:17, 18, 23, 23, 24  133:4  135:9, 10, 12, 23  136:9, 19  140:1, 2, 4, 13, 15, 20  141:2  142:21  143:14  144:17  145:9, 23, 23  147:3  148:5  149:13  150:14  151:1  153:20  160:7, 7, 8  163:17  164:2, 5  172:1  174:14, 17  175:4  180:16, 24
**liked**  72:9  73:4
**likes**  127:21, 24
**likewise**  8:18
**limit**  183:15
**limits**  119:4  122:12
**lines**  163:11
**liquid**  135:12  140:4
**list**  31:15, 15  32:4, 8
**listen**  115:13
**little**  8:4, 9  9:9, 9  14:15  15:17  19:23  23:21  25:16  28:5  34:9  43:5  44:24

47:25  66:15  86:3, 23  95:19  98:8  123:14  132:15, 18, 24  149:5  158:11, 22  174:18
**live**  8:23  11:21  19:11  21:6, 8, 11  29:24  30:12  53:23  58:20  59:10, 12  67:13  146:16  168:25  178:11
**lived**  21:14  28:8, 25  29:14  30:20  31:18, 20  52:1  53:6  58:21  69:25  70:2  140:24, 24
**lives**  29:16  30:13, 14, 14
**living**  30:23  48:21  55:8  93:14  142:21, 24  143:11
**LLC**  1:1  186:21
**Lloyd**  4:21  6:12, 13  8:22  89:20, 22  93:22  94:1  95:1, 4  96:19  98:14, 18  100:8  106:25  109:4, 19  111:20  114:9, 11, 18, 23  115:4  117:7, 12  123:6, 8  127:13  130:25  137:18  151:25  152:10, 14  157:25  176:5, 10, 14  177:10
**lloyda@gtlaw.com**  4:23
**LLP**  4:10, 17, 21
**located**  163:18, 23
**location**  41:12, 13, 15  52:10, 13
**long**  13:23  21:14  23:10  63:2, 15  64:3  116:5  125:6  130:6  136:15  145:25  157:6
**longer**  32:7  130:3, 17  166:22  168:6
**look**  15:19  16:7  43:4  72:19  84:6, 18  85:12  93:17  94:17  96:17  106:21  110:9  111:12, 19  112:1, 3

121:9  122:3, 22  123:19  124:2, 8  128:3, 6, 25  129:2, 12  138:20  154:7  157:11  158:21  161:21  169:25  170:10  177:16
**looked**  15:17, 23  46:5  50:6  82:20  101:3  122:25  138:5  141:19  145:24  148:22  150:16  155:23  159:21, 22, 25  160:14  180:16  181:13  182:2, 6, 9
**looking**  24:4  25:23  27:18  28:22, 23  46:15  48:19  63:21  73:8  85:19  86:25  108:16  118:7  119:22  150:9  153:22  159:20  173:19  176:20
**looks**  10:5  12:10  17:13  18:19  24:4  26:16  28:24  32:2, 14, 17  33:12  50:15  61:1, 5  76:5  85:13  89:2  108:19  110:7  111:7  115:19  119:3  123:23  133:4  145:9  153:20  180:16
**Lori**  4:17  6:9  7:3, 11, 20  95:1, 11  109:4  130:2  135:5  151:21, 22  152:20  176:10  177:10  183:1
**loss**  13:1  34:7  81:11, 17, 20, 21  168:24
**lost**  37:6  39:21, 25  59:18  81:14  168:22
**lot**  12:7  36:25  142:1  184:2
**love**  90:6  148:22, 22, 23
**lunch**  60:11  130:4, 8  131:7, 13  143:22
**lung**  113:4
**lungs**  112:17  113:8  165:2, 7  169:6

**lying**  151:5

**< M >**
**made**  45:2  70:24  82:14  85:1
**maiden**  9:21
**mainly**  16:2  29:10, 14  36:25
**maintained**  13:18
**majority**  70:22  80:18
**make**  8:4, 12, 24  9:2  67:17, 21  74:11  81:9  82:17  100:9  103:16  108:25  109:11  127:4  132:12  134:18  139:21  160:9  176:15
**maker**  66:13
**makes**  18:20  96:9  111:9  121:4
**Makeup**  32:18
**mamakayys**  81:2
**many**  10:14  23:12  65:11  70:16  71:13  74:20  77:20, 23
**marathon**  7:22
**March**  111:8
**MARICOPA**  186:2
**marijuana**  38:3, 8, 10  39:5  48:16  49:9  50:12, 23, 25  51:5, 11, 12  56:25  106:5  163:3, 13, 14, 17, 22, 24  164:3  171:9, 10, 13
**mark**  25:1, 4  43:23  44:9  89:11, 13, 15, 22  93:22  95:2  96:17  97:13  100:6  106:22  108:24  109:3, 13, 16, 20  111:17  112:13  131:18  137:14  151:17  171:24  175:24  176:1
**marked**  25:2, 7, 17  44:14, 16  89:17, 25  93:16, 19, 23  96:20  97:14, 16, 22  98:15  100:10  107:3  109:21  111:13, 21  114:15  117:8  123:10  127:16  132:1  137:19  153:17

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 72 of 94    Page: 23

Deposition of Kathleen Courkamp
10/21/2020    Courkamp, Kathleen vs. Fisher-Price, Inc.

155:16  157:23  158:2
170:1  176:18
**marking**  153:14
**marriage**  10:12, 16
11:18
**married**  10:8, 11, 14,
20  11:5, 6, 12  13:22
22:11  29:18  31:17
34:9  91:7, 19, 20
93:9, 11
**match**  109:2
**materials**  42:8
**Mattel**  1:1  6:11, 14
18:2, 4, 11  65:1
82:19  87:20  97:24
100:23
**matter**  5:16
**mattress**  102:13
**May**  11:2  22:20
44:23, 24  45:16
92:15, 17  106:1
108:3  122:14  126:10
138:5  173:22  175:7
180:2
**maybe**  13:13, 25
17:5  27:6  64:6
70:22  84:18  87:23
98:22  100:4, 5  110:4
111:8  118:16, 17
122:15  127:6  130:17
141:18  146:9  151:3,
19  152:8  161:24
169:24  171:2  174:14
**me**  7:11, 12  8:6, 15
11:11  12:23  18:16
21:7  27:8, 8  33:5, 8
40:19  43:13, 22
44:25  46:18  50:15
52:24  53:2  56:18
59:17, 20  60:22
66:19  70:3, 7, 13
71:3  73:5  74:19
75:13  77:9, 11  78:6,
6, 7, 17  88:17  99:8
100:23  107:12
110:17  111:5  112:23
113:9  120:16, 19
130:22  132:14
134:18  138:19  140:9,
17, 23  144:21, 22, 23,

25  148:22  151:18
152:25  157:2, 18
161:19  164:2  168:17
172:4  173:18  174:18
175:4  176:5, 10
178:6, 13  180:4
181:14  182:24  186:3,
4, 6
**mean**  21:22  35:12,
13  37:11  43:25  47:5
50:11  55:23  73:22,
25  78:15  80:4  85:5
86:2, 2  89:8  94:23
101:3  103:5, 24
107:18  116:1  117:18
120:17  121:14
123:15  126:2  129:9
135:21, 22  136:8
141:8, 11, 24  142:1
144:2, 8  147:2
149:13  151:7  156:5
166:15, 25  170:5
171:1  174:12, 14
175:23  181:8, 18
182:1
**meaning**  119:10
**means**  100:24
**meant**  30:9
**meantime**  26:15
**meat**  135:17
**media**  5:14  75:19, 24
80:25  81:4  94:6
97:8, 24  131:5, 10
185:14
**Medical**  3:2, 6, 9
15:18, 23  16:6  17:6,
15, 22  18:22  21:17,
19  22:19  23:4, 8
27:2, 7  39:5  43:10
44:20, 23  45:11
103:8, 20, 25  106:22
107:6  111:23  114:8
116:11, 19, 21  126:25
141:13  157:11
163:13, 22  170:1, 4
172:7, 23  173:11
**medication**  139:4, 5
**medications**  20:22
139:16

**medicine**  16:12
21:21  125:12
**meet**  38:23
**meeting**  6:3  15:3, 11
17:20
**meetings**  15:5
**Megan**  84:2
**member**  83:23
**members**  39:20
143:17
**memories**  86:4
119:21  123:14
**memory**  59:19, 21
64:17  120:23  158:10
**mental**  22:13
**mentioned**  46:4
67:19  68:10  79:1
80:5  86:23  98:4
113:25  139:24
**messy**  73:19, 19
**met**  7:13  15:13
17:11, 12  36:1, 4
38:25
**mid**  119:7
**middle**  73:24  127:20
174:3
**midnight**  144:18
**might**  7:9  87:24
95:2  151:4  180:5
**mile**  58:15  157:8
**milestones**  142:5
**military**  19:6, 9
**milk**  74:17, 18
**mind**  11:11  78:20
95:10  152:13
**mind's**  154:22
**mine**  37:17  68:21
**minute**  25:8  108:16
124:9  125:1, 21
127:3, 4  144:11
148:18  151:15  159:3
161:12  176:3
**minutes**  145:20
149:14  150:5
**mirror**  177:23
**miscarriage**  33:19, 24
47:1, 4, 5
**misquote**  50:14
**miss**  88:20

**missed**  34:15
**mist**  126:10
**mistake**  118:17
**mix**  140:3
**mom**  29:22  30:13, 14,
20, 20  39:24  53:6
66:9  72:2, 4  84:9, 9,
17  85:4, 4, 6, 8
143:23  169:3
**moment**  95:7  114:4
**mommy**  68:5
**moms**  73:17  81:14
**mom's**  59:7
**monitored**  165:1
169:7
**monkey**  72:22  73:1
133:6, 12, 12, 18, 23
**month**  54:22  55:3,
18  56:12  62:12, 16
121:15
**months**  41:6  53:13
54:13  55:19  57:11,
15  62:16, 17  64:6
110:4  111:2  116:17
121:1, 11, 12, 13, 23
122:8, 21  123:20, 21
140:12  141:10, 15, 18
154:16  164:21
166:22  168:1  174:17,
23
**more**  36:3, 25  50:12
51:8  60:10  62:9
64:11  65:12  66:6
73:23  78:18  79:2
109:8  157:3  167:10
168:18  180:5  181:7
**morning**  5:6  6:9, 12
7:3  135:22  143:25
155:1  156:6, 11
157:3  164:7  170:12,
15
**most**  34:10  104:6
113:3  144:2
**mother**  61:24  108:4
125:4  169:10  174:6
**mother's**  30:9, 10
**Mountain**  27:3, 3, 7,
19  107:6  114:6, 7, 11,
13, 16, 19, 22  115:10
**mouth**  173:5, 9

**move** 27:12 28:15, 19
30:19 38:23 54:1, 18,
25 95:8 99:23
120:20, 25 141:1, 2
150:14
**moved** 11:25 12:2
21:15 27:16 28:12
30:16, 17 31:4 39:1,
2 51:6 53:3, 5, 6, 13
54:13, 15 55:1, 2
108:23 110:2, 23
161:2
**moving** 160:7
**Mr** 2:3 6:12 8:22
10:2, 8, 12, 20, 22
11:3, 8, 12, 18, 24
13:13 14:16, 21 15:5
16:15 19:6 21:9
23:20, 20 24:5, 21
26:11 34:5 35:5, 5,
22 46:8, 15 50:8
51:5 78:2 83:16
89:20, 22 91:8 92:6,
10, 14 93:4, 4, 11, 22
94:1, 5 95:1, 4 96:19
98:14, 18 100:8
106:25 109:4, 19
111:20 114:9, 11, 18,
23 115:4 117:7, 12
123:6, 8 124:18
127:13 130:25
137:18 151:25
152:10, 14 157:25
170:11 176:5, 10, 14
177:10 178:16, 17
179:10
**Ms** 2:3 6:9, 15 7:2,
3, 10 14:23 16:5
18:13, 15 24:25 25:8,
15 26:14, 16 28:25
38:1, 2, 18, 21 39:6, 8
44:3, 7, 13, 16 45:6, 8,
25 46:2, 23, 24 50:20,
22 52:19, 23 56:7, 14,
15 60:9, 16 62:21, 21
63:3, 13 64:15, 21
74:12, 14 75:9, 16, 25
76:1 78:5, 6, 14, 17
79:17, 19 80:3, 9
89:18, 21, 23 90:2, 9

93:16, 25 94:2 95:3,
5, 11, 12, 16, 18, 22
96:16, 22 97:11, 18
98:13, 17, 19 100:1, 9,
12 103:11, 12, 14, 16,
23, 25 104:18, 20
105:15, 17 106:8, 10,
11, 12, 21 107:1, 5
109:10, 12, 13, 14, 15,
17, 20, 23 111:23
112:12, 13, 16 114:10,
12, 16, 20, 21, 24
115:1, 5, 6, 8, 23, 24,
25 116:5 117:2, 10,
14, 20, 22 119:7
123:4, 7, 9, 12, 12, 18,
19 126:1, 4 127:9, 14,
18, 22 128:9, 10
129:5, 8, 15, 18 130:2,
6, 10, 12, 14, 15, 16, 20,
24 131:3, 12, 12, 20,
21, 22 132:3, 4 134:5,
10, 14, 16 135:5, 7
137:1, 4, 9, 11, 17, 21,
23, 24, 25 141:21, 22
146:14, 17 148:4, 8,
15, 17 151:16, 19, 21
152:2, 4, 11, 15, 16, 19,
20, 22 153:2, 11, 19
156:10, 12, 24 157:1,
16 158:1, 4 165:5, 8
166:2, 10 168:12, 19
169:12, 16, 20, 24
170:21, 22 172:12, 15
173:1, 3 174:11, 21
175:23 176:7, 12, 15,
20 177:1, 3, 5, 12
178:24 179:1, 4, 10,
14, 16 180:2, 13, 13
181:20, 21, 25 182:5,
22 183:1, 4, 7 184:12,
21, 23, 24 185:5, 6, 7,
8, 10
**much** 8:1 42:5 62:9
73:20 92:21 119:2
130:3, 4 148:7, 25
182:23
**muffled** 8:13
**Multiple** 171:8

**murmur** 79:13, 16
168:4, 16
**must** 12:17 42:21
**My** 5:21 9:11 12:1,
1 13:1, 5 15:13 18:2,
15 20:9 22:11 23:19
24:4 29:14, 16 30:13,
14, 14, 20, 20 33:2
35:15 37:5, 18 39:23,
23 51:22, 25 52:15
53:6 54:15 55:13
57:18 58:14, 15, 15
59:11, 11, 22 60:12,
13 61:10 67:2, 9, 12
68:23 70:23 71:1, 3,
12 80:18, 22 82:19
83:13 84:9 85:2, 18
90:4, 6 91:4 98:6, 20,
21 104:9 110:18, 25
111:5 127:20 128:1
140:23 142:8 143:22,
22, 24 144:2, 9 151:8
160:13 161:1 164:3
177:24 181:10 186:5,
6
**myself** 13:6 67:1
97:6 124:25

**< N >**
**N** 1:1 2:1 4:10
18:5, 8, 11 61:23
62:21 63:3, 5, 13, 22
64:1, 3, 14, 19, 21
65:2, 5, 21 66:5, 6, 10,
12, 13 68:5, 9 69:13,
19, 23 71:7, 14, 15, 17
74:6, 21 75:5, 8 82:2
83:9, 13 87:11, 16
88:11 96:14 97:24
98:3, 7 99:3, 5, 14, 20
102:2 132:6, 9 133:5,
12, 23 137:8 145:1, 2
147:19, 24 148:19
149:2 150:3, 11
154:3, 10 158:8
183:11
**name** 5:21 9:13, 15,
21 10:3 20:14 29:20
30:10, 10 58:25 59:2,
3 67:4, 6 68:24 81:1

92:6, 6 109:24
127:20, 23
**named** 10:5
**names** 9:14 26:3
30:7
**nap** 135:22, 22
**naturally** 155:2
**NE** 4:18
**near** 40:10
**necessarily** 109:3
151:17, 18
**necessary** 105:5
**need** 7:17, 21 8:25
22:21 48:4 73:21
75:12 87:9 131:16
149:24 151:17, 22
161:21
**needed** 56:24 60:8
66:21 80:5 140:18
**needing** 47:21
**needs** 8:10 130:18
**neither** 19:24 47:19
83:20, 21
**never** 11:5, 6 15:2
31:18 35:2 49:20
51:6 65:16 70:6
77:8, 9, 10, 10 82:18,
20 87:25 100:22
102:13 105:9 129:25
136:19 138:7 140:20
178:8 179:8, 17
182:2
**new** 52:21 55:5
63:10, 15, 17 70:3
71:4, 5 127:7 145:8
**newborn** 112:7
134:7 167:2
**next** 29:9 32:1, 13
62:16 71:5 75:5, 7
96:2 98:9 100:7
102:21 108:20
111:12 120:2 126:7
131:15 132:13
133:18 141:10 145:3,
6 146:19 149:3
155:1 163:14 164:17
167:24 176:15, 16
**nice** 65:25
**night** 50:9 52:6, 16
62:3, 5 69:9, 18, 23

70:*25*   71:*3, 7, 9, 18*
77:*13*   85:*19*   135:*21,*
*24*   136:*1, 4, 4, 14, 18*
137:*8, 10, 12, 13*
141:*6*   143:*7, 10, 19*
144:*1, 5*   145:*19*
146:*18*   147:*4*   148:*6*
154:*10, 23*   158:*25*
160:*20, 22*   162:*16, 17*
164:*1*   171:*15*   173:*16*
178:*4*

**nights**   58:*14*

**nightstand**   50:*23*
163:*12*

**nine**   30:*1*   50:*17*
122:*21*

**NIX**   1:*1*   186:*17, 21*

**No**   1:*1, 1, 1*   2:*10*   3:*2*
4:*6*   5:*19*   11:*20*
14:*20*   15:*7, 21*   16:*1,*
*9, 18, 24, 24*   17:*24*
18:*9, 14*   19:*10, 17*
20:*24*   21:*5, 13*   22:*18*
23:*9, 18*   24:*1*   27:*5,*
*23*   29:*9*   30:*2*   31:*17*
32:*7*   33:*10*   34:*17, 22,*
*24, 25*   35:*24*   36:*21*
37:*16*   38:*5, 25*   39:*10,*
*17*   40:*1, 8*   41:*11*
42:*4, 4, 5, 20, 23*   43:*9,*
*12, 17*   44:*14, 22*   45:*7,*
*10, 13, 15, 24*   46:*1, 7,*
*17, 22*   47:*7, 10, 12*
48:*6, 9, 15, 18*   49:*3,*
*18*   50:*1, 4, 11, 21*
51:*6, 25*   52:*11, 20*
54:*3*   55:*9*   57:*1, 5, 24*
58:*6*   59:*5, 11, 14, 21,*
*23*   60:*18*   61:*20*
62:*23*   63:*9, 23*   64:*2,*
*16, 24*   65:*3, 21*   66:*8,*
*12*   67:*16*   68:*17*   69:*1,*
*15*   70:*20*   71:*11*   73:*9*
74:*2, 16*   77:*7, 19, 22,*
*25*   79:*7, 10, 14, 18, 23*
80:*4, 13*   81:*6, 8, 25*
82:*7, 9, 15*   83:*2, 7, 11,*
*20, 22*   86:*12, 17, 22*
88:*4, 9*   89:*25*   90:*13*
91:*1, 4*   93:*13, 15, 23*

96:*15, 20*   97:*16, 25*
98:*10, 15, 17*   100:*10*
101:*3*   103:*15*   104:*22*
106:*20*   107:*3*   109:*21*
111:*21*   112:*8, 11, 15*
113:*7, 17, 23*   114:*3*
117:*8, 21*   119:*25*
122:*1*   123:*10*   124:*19,*
*21, 23*   125:*9, 17, 20*
126:*23*   127:*16*
128:*23*   132:*1*   134:*3,*
*6, 21*   135:*18*   137:*15,*
*19*   138:*8*   139:*2, 12*
140:*16, 22*   141:*11, 13*
146:*13, 15, 23*   147:*5,*
*23*   148:*16*   150:*1, 16*
153:*17*   154:*11, 19*
156:*25*   158:*2*   159:*1,*
*13, 20*   161:*10, 18*
162:*6*   163:*6*   164:*9,*
*18*   165:*13*   166:*22, 25*
167:*8, 20*   168:*7, 25*
170:*20*   171:*18*
173:*17*   174:*12*
176:*18*   177:*2, 2, 6, 9,*
*23*   178:*10*   179:*5, 15*
180:*1*   181:*8*   182:*1,*
*21*   183:*14, 17*   184:*6,*
*9, 14, 17, 20, 23*   186:*6,*
*17, 21*

**nobody**   18:*10*

**noise**   158:*24*

**none**   118:*4, 6*

**nor**   5:*25*   186:*8*

**normal**   21:*20*   78:*25*
113:*9, 12*   119:*4*
122:*12*   126:*9*   136:*3,*
*4*   168:*3, 6, 18*

**normally**   52:*14*
165:*10*

**North**   29:*7, 12*   30:*1*
163:*19*

**Northern**   32:*24*

**Nos**   25:*6*

**not**   5:*10, 24, 25*   7:*16*
14:*22, 23*   15:*19, 21*
16:*9, 18, 24*   18:*9*
19:*10*   20:*17, 24*   21:*5*
22:*18*   23:*9, 18*   24:*21,*
*22*   27:*23*   33:*10*

35:*19*   36:*15, 17*   38:*5,*
*7*   41:*17*   42:*10, 20, 23*
44:*22, 24*   45:*7*   46:*7,*
*11*   47:*2*   48:*11*   50:*6,*
*12*   51:*6, 14*   52:*14*
53:*18*   55:*9, 10*   57:*11*
58:*6*   61:*20*   62:*23*
63:*15*   64:*16*   65:*15,*
*17, 18, 19, 20*   69:*4*
70:*10*   73:*17, 19*
74:*20*   75:*8*   76:*8, 11,*
*14, 16, 22*   79:*14*   82:*2,*
*4, 4, 4*   83:*2, 7*   85:*6*
86:*2, 4, 17*   87:*6, 8*
88:*7*   93:*2, 13, 15*
96:*11, 15*   97:*25*   98:*6*
101:*15*   102:*2, 24*
103:*15*   104:*3, 4, 9, 20*
106:*9*   110:*11, 12, 14*
111:*17, 25*   112:*9*
118:*1*   119:*2*   121:*15*
124:*21*   126:*16, 23*
128:*22, 23*   129:*10, 19*
130:*12, 15*   132:*14*
134:*11*   135:*12, 16*
137:*10, 11, 13*   138:*1*
139:*5, 12, 15, 16*
140:*8*   142:*20*   146:*23*
148:*2, 9, 16, 25*
152:*17*   154:*11, 19, 21,*
*24*   156:*6*   157:*8, 25*
159:*6, 10, 11, 18*
160:*2*   161:*5, 16, 18*
162:*3, 6, 22, 24*   163:*4,*
*6*   164:*2, 3, 8, 8, 9, 12,*
*16*   166:*14, 14, 15, 16*
167:*2, 6*   168:*14, 25,*
*25*   169:*6, 21*   170:*5,*
*20*   171:*2, 4, 18*   172:*8,*
*13, 14, 17, 20*   173:*5*
174:*15, 16, 16, 22*
175:*6, 8, 14*   176:*23*
177:*2, 7, 8*   179:*15, 21,*
*23*   180:*1*   182:*18, 20,*
*21*   183:*17*   185:*1*
186:*11*

**notation**   112:*17*
118:*1*

**note**   45:*2*   183:*23*

**noted**   122:*11*   156:*23*

**notes**   24:*5*   85:*24*
86:*2, 13, 16, 19*   137:*5*

**notetaker**   86:*17*

**nothing**   13:*4*   105:*13*
173:*8*   181:*13*

**notice**   77:*12*

**noticed**   59:*24*   60:*22*
117:*25*   161:*16*

**noticing**   6:*6*

**November**   54:*24*
186:*14*

**now**   8:*4*   9:*7*   12:*1, 5*
13:*16*   21:*6*   22:*3, 3*
26:*24, 25*   31:*8*   35:*5*
56:*7*   58:*21*   61:*9*
67:*24*   73:*12*   74:*8*
76:*17*   80:*20*   81:*4*
90:*10*   93:*25*   95:*6*
96:*18*   97:*21*   98:*10,*
*24*   101:*10*   103:*2*
106:*17*   108:*17*   111:*1*
114:*14*   117:*5, 11*
121:*9*   122:*14, 22, 24*
123:*2*   129:*21*   138:*15,*
*21*   139:*13*   141:*1*
142:*10, 17*   151:*24*
153:*12*   158:*17*   163:*8*
169:*2, 25*   170:*8*
177:*11*

**number**   5:*14*   36:*19*
48:*10*   75:*19, 24*
85:*12, 18*   98:*22*
100:*4*   101:*23*   107:*2*
112:*14*   114:*21*   126:*6*
127:*10, 10, 11*   131:*6,*
*11*   185:*14*

**numbers**   44:*4, 8*
90:*12*   98:*19*   176:*4, 6*

**numerous**   163:*12*

**Nutritional**   120:*2*

**< O >**

**oath**   5:*24*

**OB**   27:*4*   42:*11, 24*

**object**   8:*10*

**objections**   6:*5*

**objects**   122:*5*   139:*6*

**obligations**   186:*13, 19*

**O'Brien**   163:*9*   164:*11*

observed 49:*14*
obstructed 173:5
obtained 38:*10* 39:5
61:*23* 98:8
obviously 13:*3, 23*
14:7 16:*21* 18:*1*
24:*12* 28:5 35:5, *9*
37:*11* 44:*17* 49:5
52:5 55:2 56:8
65:*10* 76:8, *22* 81:*11,*
*22* 84:*25* 86:6
100:*19* 109:*23*
111:*14* 130:*21*
146:*17* 161:*20* 181:*1*
occasionally 58:*11, 12*
occurred 47:4
October 1:*1* 4:2 5:*1,*
*8* 18:*19* 54:*23* 57:*10,*
*12* 76:5 118:*18*
119:*17*
odor 163:*24*
off 5:*13* 7:*4, 13* 9:*11*
12:*22, 24* 19:*21* 25:8,
*9* 60:*25* 73:*14* 74:*10*
75:*18* 95:8 120:*20*
131:*1, 4* 143:9
144:*24* 152:*17* 153:*1,*
*2, 5, 12* 159:*10* 166:*4,*
*13* 167:*16* 171:*24*
175:*19, 20* 176:*4*
180:7 185:*4, 11*
offhand 134:*1*
Office 17:6, *15, 23*
42:*21* 43:*11* 99:2
108:*20* 173:*11*
office@barteltreportin
g.com 1:*1*
Officer 138:*22, 24*
139:6, *10* 156:*3, 19*
officers 158:6 184:*3*
officer's 164:*17*
official 57:*12* 92:*17*
officially 13:*22*
often 36:*22* 51:*20*
52:*12, 14* 57:*16, 16*
70:*4, 5, 10* 74:*11*
135:*2, 7*
oh 10:*21* 24:*1* 26:*10*
51:*23* 59:*12* 90:6

92:*4* 98:*20* 114:*10*
115:5 128:2
Okay 8:*1, 16, 17* 9:*4,*
*5, 17, 23* 10:*2, 5* 12:*3*
13:*18* 15:*16* 18:*15,*
*16* 19:8, *19* 20:*13*
21:*16, 24* 22:*24* 23:*1*
24:8 25:*15* 26:*1, 14,*
*24* 27:*18, 24* 29:*12,*
*17* 30:*1, 21* 38:*23*
40:*19* 46:*14* 51:*2, 20*
52:*16* 56:*22* 59:*4, 12*
60:6 62:*14* 63:*2, 24*
68:*9* 72:6 73:*1* 75:*4,*
*17* 76:*2, 3* 77:*17*
86:*18* 88:*10, 23*
90:*17* 91:*13* 92:*4, 17*
93:*11* 94:*25* 95:*5, 6*
96:*2, 9* 97:*3* 98:*14*
103:*20* 104:*9* 106:*21*
107:*12, 22* 108:*17, 23*
109:*10, 17* 110:*1, 7*
111:*12, 20* 112:*16, 21,*
*25* 115:*4, 5, 8, 8, 11,*
*18* 117:*14, 25* 120:*1,*
*14, 25* 121:8, *25*
124:*18* 125:*6* 127:*6,*
*25* 128:*2, 13* 129:*18*
130:*6, 12* 131:*1, 3, 12,*
*13* 132:*20* 133:*1, 17*
134:*16* 138:*4, 6, 10*
139:*24* 143:6 144:*11*
145:*9* 147:8, *25*
148:8 150:*2, 13*
151:*9* 152:*12* 153:*5*
154:*2, 6* 155:*22*
156:*19* 157:*15*
158:*21* 159:*14*
161:*11* 166:*4, 18*
169:*16* 171:*14* 172:*4,*
*22* 176:*14* 177:*10, 12,*
*25* 182:*5, 22* 183:*4*
185:*3*
old 118:*9, 10* 123:*21*
154:*16* 179:*5*
older 33:*6, 8* 76:*18*
Olive 30:*21* 31:*22*
51:*18* 52:*2, 2* 54:*17*
55:*12*

Olson 6:*17* 11:*3*
13:*13* 14:*21* 15:*5*
23:*20, 20* 24:*5, 21*
35:*5, 22* 46:*8, 15*
48:*21* 51:*5* 62:*21, 22*
63:*3, 13* 64:*15, 21*
78:*2* 79:*24* 80:*21*
83:*16* 93:*11* 94:*5*
124:*18* 170:*11*
179:*10*
Olson's 14:*16* 50:8
79:*24*
on 1:*1* 4:2 5:*7, 7*
6:*2, 11, 13, 15* 8:*3, 24*
12:8 13:5 15:*23*
17:*3* 19:*5, 21* 20:*22*
21:*1, 2* 22:*11* 23:*10,*
*13* 25:*13* 26:*2, 6, 17*
27:*1* 28:*4, 24* 29:*9*
30:*18* 31:*12* 32:8
41:5 44:*1, 4, 8* 46:*5,*
*13* 50:*9* 51:*18* 52:*2,*
*22* 59:*25* 61:*18*
64:*13, 21* 66:*19, 25*
68:*1* 69:*18* 70:*11*
71:*7, 7, 18* 72:*14, 22*
73:*15* 74:*22, 22, 22,*
*24, 24* 75:*1, 3, 4, 7, 22,*
*25* 78:*19* 81:*19*
84:*14* 91:*3, 4, 10*
92:5 95:*25* 97:*8, 9,*
*23, 24* 98:*25* 99:*4, 13,*
*17, 19* 100:*3, 18, 20*
101:*4, 14* 102:*18, 25*
103:*2, 4* 104:6 105:*1*
107:*24* 108:*10*
110:*12, 14* 112:*17, 22,*
*22* 113:*10* 115:6
117:*17, 19* 118:8, *10,*
*23* 119:*2, 7, 10* 120:*4*
121:*2, 16* 122:*15*
123:*3, 13* 124:*9, 10,*
*20* 125:*7, 12* 126:*7*
128:*6, 14, 17* 129:*3, 3,*
*8* 130:*4* 131:*9* 133:*3,*
*3, 9* 136:*3, 3, 25*
137:*7* 138:*11, 20, 22,*
*24* 139:*5, 16* 140:*13*
141:*4, 5* 142:*12, 17*
143:*24* 144:*12, 17*

146:*21, 22* 148:*1*
150:*14, 19, 20, 21, 23*
151:*5, 8, 10* 153:*9*
154:*3, 12* 155:*4, 19,*
*25, 25* 156:*15, 17, 21,*
*22* 159:*5, 9, 15, 24*
160:*3, 15, 15* 161:*6,*
*12, 15, 15, 22* 162:*3,*
*12, 15* 163:*9, 17, 23*
164:*1, 13* 166:8
167:*11, 15, 24* 169:*1,*
*4* 170:8 171:*3, 4, 5, 7,*
*20* 173:*14, 21* 174:*1,*
*1, 2* 175:*13, 16*
177:*25* 178:*19* 179:8
180:*11* 183:*10, 15, 23*
184:*11, 24*
once 11:8 49:*20*
56:7 154:*18*
one 5:*14* 12:*10*
16:*10* 18:*25, 25* 19:2
20:*9, 9, 20* 21:*23*
23:*14* 24:2 26:*2, 13*
27:*12, 13* 29:9 30:*3,*
*4, 13* 31:*12* 33:6, *6,*
*15* 39:*23* 43:*13* 44:4
46:*2* 47:*1, 1, 3, 19*
48:*3* 50:*22* 51:*18*
62:6, *7* 63:6, *15, 16,*
*17* 65:*12, 13, 14, 24*
66:*1, 3, 6, 15, 18* 67:*1,*
*2* 68:8, *11, 19, 20, 21*
70:*11* 71:*14, 20, 21*
72:*1, 1, 2, 3, 4, 4, 6, 6,*
*18, 19, 19, 23, 23* 73:*1,*
*2, 2, 4* 75:*17, 19* 79:2
80:*15, 16, 17* 81:*20,*
*21* 83:*16, 18, 21*
88:*23* 89:*3, 4, 14*
90:*23, 24* 91:*4* 94:*3*
95:*7* 96:*24* 98:*4, 5*
99:6 100:6, *6* 101:*23*
105:*25* 107:*20*
108:*16, 16, 17* 112:*13*
114:*15* 116:*18* 118:8
122:*20* 123:*5* 126:6
128:*1* 129:*1* 132:*9,*
*17, 20* 133:8, *11, 18,*
*19, 22* 137:*7, 22, 22*
141:*25, 25* 143:*3*

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 76 of 94

Deposition of Kathleen Courkamp                                    Page: 27
10/21/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

151:*15, 19*  152:*7*
153:*12, 13, 14, 16*
155:*4, 17, 22*  163:*7, 9*
167:*10*  170:*25*
172:*15*  175:*14, 19*
176:*16*  177:*18*  178:*6,*
*16, 20*  180:*5*  185:*3*
**one-month**  119:*19*
120:*21*
**one-on-one**  21:*23*
22:*1, 5*
**ones**  33:*16*  97:*4*
121:*20*  127:*7*  134:*6*
170:*23*  171:*20*
**one-time**  41:*19, 20*
**online**  33:*3*  34:*10*
64:*23*  166:*21, 24*
167:*5*
**only**  27:*15*  37:*18*
39:*23*  50:*11, 11*
59:*21*  65:*20*  68:*14*
75:*10*  90:*23, 24*
107:*20*  108:*12, 13*
160:*22*  168:*15*
171:*23*  174:*13, 18*
179:*6*  184:*21*
**open**  174:*14, 15*
**ophthalmology**  32:*11*
**opinion**  18:*4*
**opinions**  18:*7*
**opposed**  47:*15*  129:*24*
**opposite**  179:*17*
**or**  7:*10, 18, 18, 19, 20*
8:*13, 13, 13*  11:*16*
12:*12*  13:*15*  15:*3, 3,*
*5, 5, 19*  16:*16*  17:*6,*
*22*  18:*4, 4, 8, 11, 11*
19:*16, 25*  20:*6, 7, 8,*
*17, 22*  21:*1, 1, 4, 19*
22:*5, 5, 6, 8, 9, 14, 17*
23:*7, 8, 17, 21*  24:*6,*
*21*  26:*9*  31:*9*  33:*16,*
*23*  34:*15*  35:*10*  36:*1,*
*3, 16, 19, 23*  37:*7, 21*
38:*6, 9, 16*  39:*15, 21*
40:*6, 6, 9, 10, 10*
41:*18, 21, 22*  42:*8, 22*
43:*1, 7, 11, 15, 16*
44:*24*  45:*21*  46:*5, 15,*
*20*  47:*9, 11*  48:*3, 4, 4,*

*16*  49:*2, 21*  51:*22, 24*
52:*10*  53:*15*  54:*7*
55:*15*  57:*2, 7, 11, 19*
58:*11*  59:*18, 19*  60:*7,*
*8, 13, 19*  61:*17, 18*
63:*10, 16*  64:*12, 18,*
*18, 23, 23*  65:*1, 15, 19*
66:*2, 2, 6, 9, 9, 25*
67:*15, 17, 21*  68:*14,*
*15, 16, 24*  69:*4, 8, 12,*
*17*  70:*15*  71:*8, 23*
72:*2, 10*  73:*23*  74:*2,*
*22, 24, 25*  75:*2, 13, 13*
76:*14, 14*  79:*5, 5, 21*
80:*6, 12, 15*  81:*13, 13,*
*16, 23*  82:*11, 20, 20,*
*24, 25*  83:*9, 9, 13, 17,*
*18*  84:*3, 15*  85:*5, 24,*
*24*  86:*4, 11, 20*  87:*6,*
*20, 23*  88:*20*  89:*6*
90:*13, 14, 22, 23*  91:*2,*
*3, 18, 19*  94:*21*  96:*4,*
*5*  97:*1, 19, 24, 24*
99:*7, 22, 23*  101:*20*
102:*14*  103:*1, 6*
104:*3, 4*  105:*23*
106:*16, 19*  107:*8, 17,*
*23*  109:*7*  111:*8*
112:*6*  113:*15, 20, 21*
114:*2*  115:*20*  118:*4*
119:*21, 22*  121:*11*
123:*15, 25*  125:*13, 18*
128:*18*  129:*9, 13, 25*
131:*16*  134:*4, 8, 12*
135:*4*  136:*15*  138:*22*
139:*25*  140:*1, 3, 13,*
*14, 14, 21*  141:*13, 14,*
*18*  143:*14, 14, 18, 18*
144:*1, 5*  145:*1, 11, 23*
146:*6, 25*  147:*3, 11,*
*21*  148:*3*  149:*14, 17,*
*20*  150:*5, 9, 11, 14, 14,*
*19, 20, 24*  151:*5*
154:*17, 19*  155:*1*
157:*11, 12*  162:*9*
166:*14, 16*  167:*6, 25*
168:*10, 14*  170:*10*
171:*22*  172:*2, 15*
173:*9, 9, 11*  175:*5, 9*
177:*7*  179:*18, 19*

180:*5, 5*  181:*14*
182:*20*
**order**  47:*2*  93:*1*
118:*21*
**ordinary**  106:*18*
**organize**  130:*22*
**orient**  94:*3*  123:*1*
153:*20*
**OSBORNE**  4:*10*
**other**  1:*1*  5:*9*  8:*5*
10:*11, 12, 16*  15:*11*
16:*25*  18:*6*  19:*13*
21:*20*  31:*20*  33:*16*
34:*14*  39:*11, 11, 15*
40:*1*  46:*2, 5*  48:*16*
59:*22*  62:*7*  65:*9*
67:*24*  71:*6, 7, 8, 10*
72:*3, 19*  80:*10*  81:*4*
82:*19*  85:*11, 20, 24*
86:*11*  87:*24*  90:*21,*
*22, 22*  94:*21*  98:*5*
106:*3, 6, 13, 17*
108:*12*  116:*15*  133:*5*
139:*14*  149:*24*  150:*5*
156:*7*  170:*23*  171:*20*
**others**  111:*25*
**otherwise**  43:*13*
103:*21*  105:*2*  122:*11*
168:*3*
**ounces**  117:*23*
118:*22, 24*
**our**  13:*6*  71:*5*  97:*12*
98:*10, 17*  100:*21*
107:*1*  117:*4, 6*
131:*19*  145:*8*
**ourselves**  7:*4*
**out**  7:*20*  14:*6, 12*
22:*21*  28:*20*  31:*4, 24*
33:*23*  44:*24*  50:*15*
51:*6*  54:*1, 5, 13, 15,*
*18, 25*  55:*2*  56:*11*
57:*17, 19*  66:*25*
74:*19*  78:*19*  84:*11*
85:*17*  87:*9*  88:*7*
89:*13, 14*  95:*24*
97:*12*  98:*9*  100:*1, 5*
106:*16, 18*  112:*19*
116:*16, 23*  117:*2, 3*
127:*19*  131:*16*
143:*22*  144:*1, 23*

146:*6, 8, 12*  147:*5, 11,*
*13, 18*  148:*24*  149:*4*
150:*2*  152:*3, 7*
157:*18*  160:*21, 25*
161:*20*  162:*1, 2*
165:*15*  171:*15*  176:*1,*
*3, 9, 11*  177:*14*
**outcome**  6:*1*  186:*8*
**outside**  36:*18*  81:*23*
**outstanding**  162:*1*
168:*7*
**over**  8:*5*  15:*14*
20:*12*  25:*23*  29:*5*
57:*22*  58:*4, 7*  70:*6, 8,*
*18*  112:*1*  122:*4, 9*
139:*14*  142:*10*
144:*18*  150:*13*
153:*21*  157:*11*  162:*8*
165:*10, 13*  169:*23*
178:*4, 21*  179:*6*
182:*16*  183:*13*
184:*12*
**overnight**  59:*7*
123:*24*
**own**  16:*21*  18:*22*
21:*16, 19*  35:*6*  37:*16*
55:*9*  66:*25*  91:*3, 4*
128:*15*  142:*12*  179:*8*
**owned**  68:*14*  129:*25*
**owner**  91:*11*
**owning**  129:*24*

**< P >**
**P**  4:*10, 10*
**p.m**  131:*5, 8, 8, 10*
153:*6, 8, 8, 10*  166:*5,*
*7, 7, 9*  180:*8, 10, 10,*
*12*  185:*12, 17*
**Pack**  66:*12, 13*  68:*5,*
*9*  145:*1*
**pad**  102:*9, 17*
**padding**  102:*14*
**PAGE**  2:*3, 10*  3:*2*
26:*5, 16, 17*  28:*24*
29:*9*  30:*18*  44:*25*
59:*25*  78:*21*  80:*24*
81:*1*  95:*6, 9, 14*  96:*2*
100:*3*  107:*24*  112:*22*
114:*24*  115:*14*
118:*10, 20, 21*  119:*7,*

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 77 of 94    Page: 28

Deposition of Kathleen Courkamp
10/21/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

18, 18  120:2  121:1,
16  124:2, 8, 10  125:1,
21  126:7, 7, 7  128:8
133:3, 4  138:20, 22
153:14  155:19, 22
158:23  159:2, 5
160:15, 17  161:11, 12,
19, 22  162:12  163:7
164:10, 17  167:9, 11,
24  169:1  170:8
171:4, 5, 7, 25  173:23
174:2, 4  175:16
**pages**  81:20  93:18
94:8  99:7  109:6
125:24  167:10
173:21  175:4  176:1,
3, 8  184:11  186:4
**paid**  43:22  87:25
**PALOMA**  4:3
**pamphlet**  63:25
**pamphlets**  42:8
**paper**  175:9, 11
**paragraph**  138:25
155:22  159:5  160:17
161:13, 23  163:8
167:24  168:20
**paragraphs**  162:13
**paraphernalia**  50:8,
17  171:10
**parent**  51:9  167:22
**parents**  14:17  29:8
30:19  57:20, 20
60:12, 13  61:10  66:9,
10  68:4, 7  69:4
79:15  80:9, 18, 22
120:22  124:22
140:23, 24  144:5
167:13  169:4
**parent's**  58:4, 7
**part**  13:4  27:22
60:5  64:10  85:14
87:6, 8  94:17, 18
99:8  100:20  101:20
102:21, 21  105:21
119:5, 7  126:8, 9
132:15  139:8  164:12
167:11  169:2  170:2
171:11, 16, 25  173:3,
25  175:17  179:1

**participate**  81:12
**particular**  47:9  89:5
**parties**  5:12  186:8
**parts**  122:5
**party**  5:25
**Paso**  11:17  13:11
**passed**  14:15  61:3
76:9  90:15  91:17
92:2  96:1  142:1
143:23  144:18  167:3
174:18, 24  180:25
**passing**  37:1
**past**  24:23  108:10
166:21  168:2
**patience**  182:25
184:25
**patient**  125:2
**patients**  32:12
**pause**  8:9
**paying**  140:14
**Pedialyte**  125:14
**pediatric**  113:14
117:3
**pediatrician**  16:12
110:19, 21  116:13
165:9
**pediatricians**  104:25
**people**  17:14  26:4
74:21, 22  86:9  170:5
**people's**  16:25
**Peoria**  29:1, 4, 25
31:23  162:2
**per**  169:17
**percentile**  134:19
**perfectly**  79:10
**perhaps**  180:4
**period**  27:25  31:16
35:16, 17  36:14, 18
53:12  54:12, 20
55:15  57:9, 14  58:1
61:2  70:16  71:19
125:16  135:6  136:16,
17  141:2, 5  171:16
**periods**  27:21  115:21
**person**  8:22  19:8
59:17  85:18  86:16
89:5, 8  174:6  178:19
**personally**  18:12
**perspective**  142:3
**petitions**  61:18

**Phoenix**  1:1  4:22
19:17  28:11, 13  29:4
40:24  53:4  111:12,
14, 18, 19, 24  114:17
186:14
**Phone**  1:1  160:4, 13
171:3  174:19  175:5
**phones**  5:9
**photo**  128:24  151:20
153:13, 14  177:14
**Photograph**  2:24
3:15, 18
**Photographs**  2:18, 21,
21  3:12, 12
**photos**  86:6  98:19
99:1  100:13  127:4
128:2, 3  131:23
132:5, 7  144:22
151:18, 24  153:15
157:25  176:8  177:13,
13, 15, 16
**phrase**  19:20  103:2
**phrases**  40:11
**physician**  105:2
117:19
**pick**  43:20  60:14
66:25  145:22  161:20
162:22, 24
**picked**  147:18
**picking**  91:10  160:18
**picture**  95:12  96:4
99:10  128:14, 17
132:8, 8  151:3
**pictures**  72:20  87:10
96:13  98:2, 11
127:15, 19  128:18
134:11  151:14
175:25
**piece**  74:25  175:9, 11
**Piedmont**  4:18
**pillow**  102:13
**pillows**  42:4
**pink**  71:20, 20  72:1,
2, 4, 6  73:2  98:4
132:9  133:8, 19, 23
**pipe**  51:11, 12
163:16, 18  164:4
**place**  27:12, 14  28:12
29:14  51:22, 24, 24,
25  52:5, 20  53:7, 8

**placed**  105:1  162:15
170:11  172:9  176:25
**places**  48:11  68:3
71:8, 10  73:3
**Plaintiff**  1:1  2:11, 13
4:10  25:17  94:4
109:5, 8, 11  131:24
**Plaintiff25**  2:12, 14
**plaintiffs**  94:7
**Plaintiff's**  26:19  87:4
**planned**  146:18
**planning**  65:11
**plans**  146:18
**plastic**  163:22
**Play**  18:5, 8, 11
61:23  62:21  63:3, 5,
13, 22  64:1, 4, 14, 19,
22  65:2, 5, 21  66:5, 6,
10  69:13  71:7, 14
74:6, 21  75:6, 8  83:9,
13  84:20  87:12, 16
88:11  96:14  97:24
98:7  99:3, 5, 14, 20
102:2  132:6, 9  133:5,
12, 23  137:8  145:2
147:19, 24  148:19
149:2  150:3, 11
154:3, 10  158:8
183:11
**playing**  105:9
**Plays**  66:12, 13  68:5,
9  69:19, 23  71:15, 17
82:2  98:3
**Please**  5:9  6:3, 5
8:15  89:23
**plowing**  75:14  76:2
**point**  10:23  14:9
23:1  24:16  36:8
38:10  54:10  55:12
56:22  68:15  81:12
103:18  104:10
120:25  121:5, 23
122:7  130:4  146:9,
11  147:18  149:11, 25
150:15  154:17  158:6

160:*17*  173:*10*
179:*10*  180:*18*
**points**  104:*24*  139:*14*
**Police**  3:*15*  15:*14, 16*
16:*2, 6*  17:*4, 12, 21*
43:*11*  50:*5*  51:*10*
79:*16, 20, 25*  137:*14*
138:*1, 6, 9, 18*  139:*8*
153:*15*  155:*16, 19*
157:*6, 11*  158:*21*
166:*15, 19*  167:*12*
169:*24*  173:*11, 18, 21*
174:*5, 19*  175:*3, 25*
176:*8*  178:*15, 17*
179:*11, 18*  181:*14*
182:*2*  183:*19*  184:*3, 4, 8*
**Portabella's**  56:*20*
143:*13*
**Portillo's**  143:*14*
**portion**  125:*22*
**position**  129:*9*  170:*17*
**possession**  38:*3*  163:*3*
**possible**  7:*17*
**post**  81:*10*  94:*24*
95:*2*
**post-COVID**  74:*8*
**posted**  93:*19*  97:*8, 23*
**posting**  97:*10*
**postings**  94:*21*
**posts**  2:*18*  85:*22, 22*
94:*7, 11*  96:*23*  97:*3, 5*
**potential**  20:*16*
22:*20*  39:*13*
**pounds**  104:*21, 22*
117:*22*  118:*22, 23*
**power**  161:*2*  168:*22, 24*
**powered**  160:*23*
**PowerPoint**  86:*7*
97:*14*
**practicing**  111:*1*
**preceding**  143:*19*
**prefer**  152:*2*
**pregnancies**  33:*14*
**pregnancy**  33:*11, 12, 18*  46:*25*  47:*3*  62:*18*
76:*15*  106:*12, 14*
107:*23*  110:*2, 13, 16*

**pregnant**  23:*24*  24:*9*
27:*10*  39:*25*  47:*12*
53:*14*  65:*10*  92:*16, 23*  106:*17*  107:*19, 20*
**prematurely**  21:*1*
46:*21*
**prenatal**  27:*11*
107:*23, 25*  108:*2*
**prepare**  15:*8, 11*
137:*23*
**Prepared**  1:*1*  32:*5*
**present**  4:*24*  6:*2*
50:*10, 19*  51:*4*  56:*3*
80:*11*
**Presidential**  81:*9*
**press**  83:*8*
**pretty**  42:*5*  95:*16*
**prevent**  102:*24*
**price**  43:*22*
**print**  186:*6*
**prior**  22:*14, 15, 21*
24:*19*  74:*10*  123:*20*
160:*22*  175:*18*
**privilege**  15:*1*
**probably**  13:*13, 14*
25:*1*  34:*24*  50:*5*
56:*10*  74:*1, 8, 10*
76:*14*  89:*18*  90:*10*
92:*22*  94:*17*  109:*2*
111:*17*  130:*7, 8*
135:*9*  136:*8*  166:*17*
167:*25*  172:*24*
**problem**  136:*24*
138:*8*
**problems**  20:*4, 7*
45:*21, 22*  106:*6*
179:*12*
**Procedure**  26:*20*
**proceeding**  6:*5*
**proceedings**  186:*3, 5, 6*
**process**  7:*9*  9:*3*
**produce**  94:*5, 7*
109:*7, 7*
**produced**  85:*12, 13*
94:*20*  98:*11*  109:*5, 8, 11*  127:*15*  131:*24*
132:*7*

**product**  82:*4*  83:*4*
84:*25*  88:*8*  96:*4*
102:*18, 25*
**Production**  2:*14*
25:*19*
**products**  73:*11*  87:*20*
**promise**  171:*4*
**prompt**  59:*19*
**prompted**  28:*18, 18*
54:*25*  84:*13, 15*
**properly**  79:*21*
**provide**  105:*5*
**provided**  102:*9*
140:*9*  167:*14*
**Provider**  3:*9*
**pull**  8:*21*  22:*21*  44:*6, 24*  50:*15*  87:*9*  89:*13, 14*  97:*12*  98:*9*  100:*1, 5*  103:*1, 12, 13, 17, 25*
104:*3, 15*  117:*2, 3*
129:*3*  142:*15*  152:*3, 7*  153:*3*  173:*18*
175:*23*  176:*1, 3, 9*
177:*14*
**pulled**  129:*12*  132:*7*
162:*8*
**pulling**  129:*7*  158:*5*
176:*11*
**puppy**  85:*15, 15, 23*
**Pursuant**  26:*19*
**pursuing**  33:*1*
**push**  102:*25*  103:*4*
104:*14, 14*
**pushing**  103:*8*
**put**  7:*21*  8:*20*  37:*18*
43:*25*  44:*17*  64:*12*
74:*3, 21, 22*  78:*18*
92:*8*  95:*6*  96:*16*
97:*18, 19, 21*  105:*25*
108:*17*  114:*4*  120:*18*
125:*12*  127:*3*  129:*9, 21*  134:*16*  136:*6, 8*
138:*21*  139:*13*
144:*24*  145:*1*  147:*7, 15, 19, 24*  149:*1, 2*
150:*3*  151:*23*  154:*7*
157:*20*  158:*8*  161:*6*
169:*24*  172:*10*
175:*13*  176:*2, 16*
179:*6*

**putting**  17:*25*  69:*13*
148:*18*  152:*9*

**< Q >**
**quantity**  163:*14*
**question**  8:*7, 12*
16:*20*  25:*22*  27:*9*
32:*1, 13*  33:*5*  35:*15, 20*  37:*25*  78:*1, 11, 22*
112:*4*  115:*20*  129:*1*
130:*13*  136:*1*  175:*17*
176:*21*  179:*17*
181:*10*
**questioned**  178:*7*
**questioning**  181:*11*
**questions**  9:*1*  25:*3, 21*  27:*1*  35:*7*  40:*4*
90:*11*  94:*4*  100:*24*
108:*1*  112:*22*  138:*17*
155:*19*  157:*3*  174:*1*
180:*6, 14*  183:*8, 18*
184:*2, 10, 21, 23*
**quick**  27:*2*  44:*1*
95:*7*  112:*3*  114:*5*
157:*4*  180:*14*
**quickly**  106:*22*  128:*6*
138:*20*  169:*25*
**quite**  72:*14*
**quote**  27:*6*  176:*23*

**< R >**
**R**  4:*10*
**R1028**  186:*21*
**Rachel**  4:*25*
**raise**  7:*19, 20*  59:*19*
131:*16*
**raised**  28:*8*  160:*16*
**randomly**  22:*2*
**range**  55:*22*  110:*5*
129:*1*
**raspy**  125:*15*  168:*2, 14, 14*  169:*9, 14*
183:*20, 21*
**reach**  84:*11*
**reached**  104:*20*
**read**  40:*2*  54:*8*  89:*1*
100:*18*  102:*21*
145:*10*  148:*2*  157:*21*
170:*10*  176:*4, 10*
185:*5, 8, 10*

**reading** 63:25 64:22
73:7
**real** 157:4
**realize** 181:13
**realized** 156:18
**really** 15:20, 21
23:15 39:14 51:7
55:6 65:25 87:25
91:5 98:21 100:4
106:22 107:13 109:3
114:5 132:25 136:18,
19 151:22 157:9
161:10
**rear** 119:14 120:12
**reask** 8:15 17:8
**reason** 22:15, 16, 17
43:6 47:4 109:6
161:4 178:12
**reasoning** 180:25
**recall** 17:7, 15 22:22
26:21 27:4 34:1
41:21 42:10 44:20
45:8 46:11 49:1
51:17 64:20 67:19
78:25 84:17 85:1
112:4, 18 113:5, 18
116:5, 9 118:25
120:14, 16, 17 121:22
124:20 125:5, 6, 11,
25 127:2 129:6, 11
134:7, 19 135:16, 23
137:2, 6 139:10, 12
142:14, 16 143:17
144:7 146:15, 23
148:6, 16 154:11, 21,
23, 24 156:3, 5, 19, 22
157:5, 8 158:4, 5
159:12 160:24, 25
161:7, 16 162:18
164:4, 6, 9, 14, 16
165:16 170:3, 5
171:12, 16 172:13, 14,
15, 17, 18, 20 173:6
175:22 177:2, 3
178:5 179:12, 15, 21,
22, 23 183:11, 15
**recalled** 132:5
**received** 62:21
126:25 180:17
**recent** 164:19 167:1

**recently** 166:20, 24
167:2, 6
**recognize** 177:15
**recognized** 61:11
**recollection** 87:13, 15
107:16 119:21, 24
121:5 122:19 142:19
148:10 170:18 174:9
**recommend** 105:1
**recommended** 27:15
85:9
**Record** 2:15 3:6 5:7,
13 6:4 7:5, 13 9:13
12:22, 24 25:8, 10, 13
27:2 31:12 75:18, 23
98:25 111:13 127:1
131:2, 4, 9 152:18
153:1, 2, 6, 9 163:2
166:5, 8 171:19
173:18 174:19 180:7,
11 185:4, 12 186:5
**recorded** 5:11, 12
**recording** 175:9
178:14
**Records** 3:2, 6, 9, 18
14:5 15:24 22:19
23:5 35:10 43:5
44:3, 23 48:2, 20
79:20 103:8, 20
104:1 106:22 107:5
110:10 111:18, 19, 24
114:6, 18 115:10, 11
116:24 117:4 119:23
122:23 137:14 138:1
141:13 157:4 158:22
161:25 166:15, 16
170:1, 24 175:3
181:14, 14
**red** 145:23
**Redacted** 87:4, 5
**reduce** 104:24
**reduced** 186:6
**reenactment** 158:7
171:25 172:1, 5
**reference** 112:17
138:13 166:19
171:19
**referenced** 23:4 48:1
115:18

**referring** 108:5
164:21
**refresh** 174:9
**regarding** 136:2
**register** 65:14
**registered** 65:9
186:21
**regular** 60:6 126:5
165:9
**regularly** 36:23, 23
60:17 67:15 74:15
80:15
**regulatory** 83:4
**relate** 85:25
**related** 5:25 23:15
24:20 28:1 41:22
57:4 94:6, 21 186:6
**relates** 159:4 168:22
**relationship** 12:5
13:15, 24 23:15
24:20 28:2
**relative** 127:19
**Release** 3:9
**relocating** 108:4
**remember** 9:7 17:17
23:16 25:23 41:16
42:1, 23 48:24 51:19
62:7, 12 63:4, 8, 12,
19, 20, 25 64:3, 22, 25
65:15, 19, 23 66:1
69:1, 2 70:10, 12
73:6, 7, 9 74:19 79:1,
3, 14, 23 80:5 84:5, 8,
13 89:9 90:11, 13
103:15, 19 104:2, 6
107:10, 13, 18 110:1
112:19 113:1, 1, 7, 10
116:1 121:14 123:12,
16, 17 126:2, 23
128:20 129:16, 17
134:8 137:25 138:15,
16, 19, 23 140:8
143:16 144:13, 16, 19,
20, 22 145:21 146:10,
11 147:16, 17 148:12,
12, 18, 19, 21 149:10
150:9, 17 154:9
157:6, 9 159:13, 18,
20 161:3, 8 162:20,
21 166:17 167:4

**remembering** 91:14
**remind** 86:10
**reminder** 9:6 40:19
**reminds** 59:17, 20
**remotely** 5:20
**rentals** 129:23
**replace** 13:4
**Report** 3:15 15:15,
16 50:6 51:10 138:9
164:18 166:19
170:11 172:22, 23
173:4, 4, 21 180:24
181:23 182:2 183:19
184:3, 4, 8
**reported** 35:22
**Reporter** 4:5 5:23
6:7 8:11 56:5 90:10
112:15 186:16
**REPORTING** 1:1
186:17, 21, 24
**reports** 37:12
**Request** 2:13 25:5, 19
**requested** 186:10
**research** 46:5, 9
**researched** 166:20
**researching** 46:15
166:23 167:5
**residence** 160:21
162:14 167:17 171:9
**residue** 163:16
**RESORT** 4:3
**resource** 33:2
**respect** 7:9
**respiratory** 20:7, 17
21:4 41:7 124:4, 11,
12, 17 169:14
**responding** 138:17
**responds** 120:21, 21
**response** 94:7
**Responses** 2:11, 13
19:20, 22 24:25 25:4,
5, 18, 19 31:25 35:1
59:24 80:23 138:2
**rest** 110:12, 14
**restaurant** 95:24
**restrain** 148:3

restrained  134:*12*
  164:*8*  179:*19*
restraint  101:*24*
  102:*7, 10*  154:*17*
result  101:*19*  105:*23*
results  78:*24*
retained  113:*4*
  185:*15*
retired  111:*2*
reveal  15:*2*
review  138:*1*  184:*4*
  186:*10, 10, 11*
reviewed  15:*25*
  137:*22*  138:*2*
reviewing  25:*24*
  26:*21*  87:*6*
Reyes  159:*6*  161:*24*
  162:*14*
rich  140:*6*
ride  146:*24*
right  9:*10, 18, 21*
  11:*9*  12:*12*  16:*13*
  20:*14, 19*  23:*19, 25*
  28:*7*  29:*6*  31:*8*
  34:*11*  35:*3*  37:*15*
  40:*24*  41:*7*  44:*25*
  47:*12, 22*  48:*23*  62:*5*
  66:*3*  69:*5, 19*  72:*21*
  73:*3, 8*  76:*6*  78:*4, 13*
  84:*21*  85:*14*  88:*8*
  91:*14*  92:*3*  93:*7*
  96:*1*  97:*3, 5*  99:*10,*
  *11, 14*  100:*19*  101:*7,*
  *21*  102:*3*  103:*4, 9*
  104:*21*  105:*3, 11*
  107:*2, 14*  108:*21, 22,*
  *25*  109:*17*  110:*10*
  111:*10, 15*  112:*1, 16*
  115:*12*  116:*25*  118:*2,*
  *14*  119:*7, 10, 12, 15*
  120:*15*  122:*12*
  123:*21*  124:*2*  126:*14*
  128:*15*  129:*14, 19, 24*
  132:*10*  133:*6, 13, 20,*
  *24*  137:*11*  139:*17*
  141:*15*  142:*5, 7, 15,*
  *22, 25*  143:*7*  144:*6*
  145:*12, 13*  146:*6, 8*
  150:*19*  151:*5, 10, 24*
  153:*24, 25*  154:*1*

158:*16*  160:*13*
164:*22*  165:*3*  167:*5*
170:*4*  171:*17*  172:*16*
173:*13*  178:*1*  180:*19*
181:*1*  182:*8*
ring  27:*7, 22, 23*
  112:*7*  118:*24*
risk  104:*24*
Road  4:*13, 18, 22*
Robert  29:*21*  169:*3, 8*
Rock  18:*5, 8, 11*
  61:*23*  62:*21*  63:*3, 5,*
  *13, 22*  64:*1, 3, 14, 19,*
  *21*  65:*2, 5, 21*  66:*5, 5,*
  *6, 10*  69:*13, 19, 23*
  71:*7, 14, 15, 17*  74:*6,*
  *21*  75:*5, 8*  82:*2, 4*
  83:*9, 13*  84:*20*  87:*11,*
  *16*  88:*11*  96:*14*
  97:*24*  98:*3, 7*  99:*3, 5,*
  *13, 20*  102:*2*  132:*5, 9*
  133:*5, 12, 23*  137:*8*
  145:*2*  147:*19, 24*
  148:*19*  149:*2*  150:*3,*
  *11*  154:*3, 10*  158:*8*
  183:*11*
rocker  96:*5*
roll  121:*18*  122:*9*
  142:*10*  183:*13*
rolled  165:*15*  179:*6*
rolling  165:*10, 13*
  178:*21*
rollover  123:*1*
rolls  122:*4*
room  13:*15*  41:*4*
  55:*9*  89:*9*  150:*5, 10,*
  *25*  151:*2*  153:*24*
  163:*24*  164:*2*
rooms  81:*16*
rough  134:*4*
roughly  10:*25*  11:*1*
  54:*22*  128:*17*  145:*20*
round  116:*16*
rouse  150:*14*
routine  21:*21*
RPR  1:*1*  186:*16*
RRF  1:*1*
Rules  26:*20*
run  52:*23*  56:*21*

< S >
S  2:*8*  3:*1*  4:*10*
safe  41:*24*  42:*25*
  86:*3*
Safety  67:*25*  83:*5*
  105:*6*
said  11:*12*  12:*21*
  19:*19, 24*  23:*11*  24:*6*
  27:*25*  30:*22*  35:*7*
  39:*11, 12*  42:*1*  43:*9,*
  *16*  55:*11*  57:*10*  63:*6,*
  *14*  67:*10*  70:*13*
  71:*23*  72:*7*  74:*5*
  79:*10*  84:*9, 11, 17*
  85:*4*  88:*17*  100:*22*
  106:*3*  109:*15*  112:*20*
  113:*7, 8, 12*  115:*21*
  118:*11*  129:*19*
  132:*22*  136:*21*
  137:*11, 22*  138:*4, 14*
  139:*2, 5, 19*  148:*22*
  149:*22*  154:*21*
  167:*18*  170:*3*  172:*19,*
  *21*  173:*4, 12*  174:*22*
  178:*20*  179:*10*
same  13:*14*  31:*8*
  41:*9, 17*  48:*21*  58:*23*
  61:*9*  67:*2, 21*  80:*25*
  88:*23, 24*  90:*2*  101:*5*
  133:*22*  149:*21*
  152:*13*  161:*13*
  171:*22, 23*  181:*22*
Sanders  13:*9*
Sarah  14:*18*  62:*21*
  80:*20*  178:*16*
saved  113:*25*
saw  22:*19*  46:*8*
  49:*20*  50:*5*  77:*5, 5, 8*
  84:*17*  85:*1*  100:*22*
  107:*14*  116:*17*
  143:*18, 24*  144:*2, 5*
  147:*23*  164:*6*  173:*14*
  178:*8*  181:*17*
say  7:*8*  12:*21, 25*
  19:*20*  27:*19*  28:*9*
  34:*11*  46:*4*  54:*23*
  56:*20*  57:*10*  59:*16,*
  *19*  65:*4*  71:*13*  86:*20*
  87:*5*  95:*11*  104:*1*

107:*10*  116:*11*
127:*22*  133:*15*
134:*10*  136:*4*  143:*14*
148:*1, 9*  149:*13*
152:*4, 5*  156:*13*
159:*22*  160:*1*  169:*4*
170:*24*  178:*8*
saying  20:*13*  80:*15*
  91:*7*  103:*18*  114:*21*
  139:*10*  148:*21*  152:*1,*
  *22, 24*  153:*4*  156:*13,*
  *19, 22*  160:*5, 25*  179:*3*
says  26:*2, 19*  28:*25*
  30:*16*  32:*9, 20*  44:*9*
  51:*10*  89:*2*  101:*18,*
  *23*  102:*9, 20, 24*
  103:*12*  104:*24*
  105:*21*  108:*2*  118:*9*
  119:*3, 9, 14*  120:*2*
  121:*3*  122:*4*  124:*9*
  125:*2*  126:*9, 15*
  139:*6*  155:*23, 24*
  159:*7, 14*  160:*18*
  161:*4, 13, 23, 24*
  162:*14*  163:*11*
  164:*12*  165:*8*  167:*13,*
  *24*  170:*10, 11*  171:*7,*
  *8*  172:*7*  173:*4*  174:*3*
  175:*11, 17*
scale  117:*17*
scene  162:*9*  163:*10*
schedule  60:*6*  122:*15*
  135:*19*  136:*2*
school  32:*15*  72:*17*
schooling  34:*15*
Schriner  4:*13*  6:*15,*
  *15*  14:*23*  16:*5*  18:*13*
  38:*1, 18*  39:*6*  44:*13*
  45:*6, 25*  46:*23*  50:*20*
  52:*19*  56:*14*  60:*9*
  74:*12*  78:*5, 14*  79:*17*
  80:*3*  90:*9*  95:*11, 16*
  103:*11, 14, 23*  104:*18*
  105:*15*  106:*8, 10*
  109:*12, 13, 15*  112:*12*
  114:*16, 20*  115:*1, 6,*
  *23, 25*  117:*20*  123:*18*
  126:*1*  128:*9*  129:*5,*
  *15*  130:*2, 10, 14, 16,*
  *24*  131:*21*  134:*5, 14*

135:5  137:1, 9, 24
141:21  146:14  148:4,
15  151:21  152:2, 16,
20  156:10, 24  165:5
168:12  169:12, 20
170:21  172:12  173:1
174:11  177:1, 5
178:24  179:4, 14
181:20, 25  183:1, 7
184:21  185:6, 7, 10
**Schriner183**  2:3
**Scottsdale**  67:14
**scratch**  165:15
**screen**  26:7, 9, 11
120:2, 10  121:3, 17
122:3  123:1
**scrub**  73:11
**scrubbing**  74:15
**seat**  18:5, 8, 11  66:22
67:3, 11, 18, 23, 23
68:10, 11, 14  69:12
74:6  82:5  119:14
120:11, 18  146:3, 3
147:6, 9, 11, 13, 15, 19
150:3  170:14
**seatbelt**  170:17  172:8
176:24
**seats**  67:24  101:4, 9
102:3  113:21
**second**  26:13  47:2, 3
50:22  63:5  65:21
72:19  75:17  87:2, 4,
10  133:4  152:18
156:15  162:25
168:20  185:3
**seconds**  179:8
**section**  11:8  26:20
131:15
**secure**  170:14
**Sedona**  11:20, 24
19:16  31:15, 17, 18
**see**  8:18  12:10  26:5
27:2  32:6, 12  35:1
49:24  50:2  51:10, 12
56:9  57:17, 20  60:22
67:15  72:20  75:12
80:1  84:12  92:4
93:2, 18  94:2, 8, 18
95:9, 18  96:18  97:2
99:6, 12, 16, 17, 23

100:2, 4, 22  101:16,
24  102:20  104:1
110:7, 22  112:21
113:14  114:21
115:13, 24  116:10
119:6, 20  120:1, 12,
13  121:2, 20, 25
122:5  124:6, 10, 13
125:2  126:17, 21
128:10  130:22
131:18  132:14
134:17  136:21  137:4
138:16  139:8, 9, 15
147:2, 21  148:2
152:12  154:15  156:1
157:2  158:22  161:12
162:23  163:11
164:10  166:19
167:10  168:19  170:8
171:6  174:7  177:25
178:13
**seeing**  49:1  57:4
64:19  65:1  87:13, 15
107:18  110:16
116:12  150:9  177:21
183:11, 15
**seek**  22:13  23:7
**seem**  141:10
**seemed**  172:7  182:9
**seems**  100:21  122:14
**seen**  21:19  48:10
85:18  88:11, 14
99:19  100:15  101:6,
20  138:9  141:23
174:5  184:7, 13
**segment**  181:11
**semi-left**  170:16
**semi-prone**  170:16
**send**  43:19
**sending**  144:22
**sense**  8:13  23:11
68:2  74:14  91:25
111:9
**sent**  43:22  165:2
**sentence**  155:23
156:13  163:20  172:6
**separate**  14:13  48:22
53:5  54:4  62:24
**separated**  13:19  14:5,
8, 11

**separately**  52:1
167:14
**September**  9:24  10:9
24:13  51:2  52:25
53:19  55:2  56:23
76:17  118:8, 15
**sequence**  28:7
159:12  161:17  174:2
**series**  41:18
**serious**  101:20  105:23
**Sersig**  10:17, 20, 22
11:8, 12  12:11  19:6
34:5  91:8  92:14
**S-E-R-S-I-G**  10:18
**Sersig's**  92:6
**server**  58:12  143:5
**Set**  2:11, 13  96:22
98:10, 11, 17  100:13
108:25  109:5, 8, 9, 11
127:7  128:3  153:15
155:3, 4  186:13, 19
**sets**  159:9
**setup**  150:18
**seven**  117:22  118:22,
23  167:3  172:13
177:6
**several**  9:14
**sex**  110:5
**Share**  26:9, 10  92:25
146:10
**shared**  37:14  85:21
86:1, 6
**sharing**  140:14
**she**  8:10  24:15
29:23, 24  39:24  41:5
44:13  53:19  58:9, 14
59:10, 12, 13  60:5, 12,
15, 16, 20  61:3  62:24
63:1, 2, 6, 7, 14  64:5,
6  65:4  69:7, 7, 8, 10,
11, 11, 25  70:8  71:11,
11  74:16  75:5  79:10,
16, 20  80:4, 5, 7, 8
84:5, 8, 9, 20, 23, 25
85:1, 2  90:15  96:1, 6
99:4  103:5, 5, 7, 9, 13,
17  104:2, 3, 5, 7, 10,
13, 14, 14, 15, 20, 22
112:5, 19, 20  113:8
116:12, 17, 17, 22, 23

117:17, 22, 24  118:1,
8, 9  119:20  122:15
123:24, 24, 25  124:3,
11  125:6, 13, 15, 17,
18  126:25, 25  128:13
129:2, 9, 13, 19
130:18  134:7, 21, 23,
24  135:2, 2, 7, 10, 11,
14, 17, 21, 23, 24
136:7, 9, 11, 11, 14, 15,
15, 17, 18, 19, 20
137:6, 6  139:15, 21
140:16  141:8, 10, 11,
13  142:1, 3, 3, 8, 10,
14  143:23, 23  144:18
145:22  146:2, 25
147:1, 6, 7  149:1, 1, 6,
16, 17, 18, 19, 20
150:3, 10, 16, 19, 19,
20, 21, 22  154:2, 10,
13, 15, 18, 19  155:9,
24  156:17  158:8, 9
159:7, 15, 21, 25
160:6, 7, 10  161:6, 14,
16  162:17  164:7, 12,
20, 25, 25  165:1, 9, 10,
13, 19  167:2, 2, 25
168:2, 3, 4, 4, 13, 16
169:5, 7, 13, 14, 18
171:23  174:18, 23
178:21  179:2, 5, 6, 7,
8  182:8, 9, 14, 16, 19
185:5, 8
**sheet**  100:6
**shelf**  163:23
**Sheri**  59:1
**she's**  115:7  123:21
129:12  139:3  141:25
151:25  152:12, 17
165:8
**shift**  60:11  143:7
**shoes**  85:18
**short**  25:11, 15  31:15
75:20  76:1  136:16,
17, 20  153:7  166:6
171:15  180:9
**shorthand**  186:6
**shortly**  78:23  90:15
**should**  33:22  42:6
84:11, 18  94:15

95:*19*   115:*12*   119:*19*
123:*5*   130:*10*   156:*13*
**shout**   7:*19*   131:*16*
**show**   19:*22*   127:*7*
143:*10*   152:*7, 11*
153:*11, 16*   157:*7*
**showed**   20:*10*
**shower**   62:*10, 20*
67:*12*
**showers**   65:*11*
**Showing**   95:*12*
128:*14*   151:*14*
**shows**   121:*17*   128:*13*
163:*2*
**shut**   177:*23*   178:*10*
**sick**   139:*1, 2*
**side**   100:*19, 21*
102:*17*   129:*3*   132:*13*
150:*19, 20, 23, 24*
151:*1, 5, 6, 11*   153:*21,*
*24, 25*   154:*1, 3, 12*
159:*15*
**SIDS**   40:*9, 10*   41:*21*
43:*7*   46:*4, 15*   86:*15*
104:*25*   166:*22, 23*
172:*24*
**sign**   52:*21*   71:*4*
145:*7*   185:*5, 8, 10*
**signature**   26:*17*
186:*10, 10, 11*
**signed**   19:*21*
**signing**   26:*22*
**signs**   20:*10*
**silence**   5:*9*
**Similac**   120:*3, 8*
163:*21*
**similar**   59:*20*   167:*14*
**since**   13:*19*   17:*20*
21:*17, 17*   31:*21*   32:*5*
35:*9*   48:*7*   81:*5*
82:*23*   94:*23*   140:*23*
157:*10*   161:*2*   166:*21*
**single**   128:*24*
**sisters**   30:*5*
**sit**   75:*4, 7*   103:*1*
104:*10, 14*   142:*12*
**site**   124:*13*
**sitting**   18:*10*   63:*20,*
*24*   73:*6*   74:*18*   88:*10*

114:*7*   128:*14*   172:*18*
**situation**   59:*20*
**six**   56:*11*   57:*11, 14*
62:*17*   99:*7*   122:*8*
123:*21*   136:*19*
**six-month**   122:*1*
**size**   68:*16*
**sized**   160:*22*
**skill**   186:*5*
**Skin**   32:*18*
**skip**   118:*19*
**sleep**   42:*3, 6*   43:*1*
45:*4*   69:*8*   71:*9, 10,*
*14*   105:*2*   119:*10*
120:*11*   135:*19*
136:*11, 11*   147:*7*
148:*24*   150:*6, 7*
158:*9*   159:*21, 25*
160:*11*   162:*16*
**sleepers**   87:*16*
**sleeping**   41:*25*   42:*5*
46:*4*   120:*18*   136:*2*
155:*12*   178:*4*
**slept**   71:*11*   135:*21,*
*24*   136:*18*   150:*23*
154:*3, 10, 13*   161:*6*
**small**   98:*20*   117:*18*
122:*4*   134:*22*   160:*22*
**smell**   74:*18*   164:*2*
**smelled**   163:*16*
**smiles**   121:*18*
**smoke**   48:*11*   49:*7, 9,*
*11, 17, 20, 24*   50:*2*
59:*4*   76:*14*   126:*17,*
*20*
**smoked**   48:*14, 17*
**smoker**   48:*23, 25*
49:*5*   59:*13*
**smoking**   49:*1, 14*
51:*4*   56:*25*
**so**   7:*6, 17*   8:*1, 5, 22*
9:*8, 12, 14*   10:*8, 9*
11:*17*   12:*2, 7, 17, 20*
13:*5, 8, 12, 18*   15:*1,*
*16*   16:*2*   17:*11*   18:*10*
20:*12, 13, 16*   21:*8*
22:*4*   23:*1, 15*   24:*4, 8*
25:*1, 2, 15, 21*   26:*5, 8,*
*11*   28:*4*   29:*6, 7*
30:*13*   31:*22, 24, 25*

32:*11*   33:*19*   34:*8*
36:*3, 3, 11*   37:*19*
41:*14*   43:*24*   49:*19*
52:*12, 25*   53:*15, 15*
54:*14, 23*   55:*19*   56:*1*
57:*14*   58:*13, 17*   62:*6,*
*16, 17*   65:*14, 16, 25*
66:*5, 19*   67:*17*   68:*3,*
*20*   69:*3, 22*   70:*15, 16,*
*21, 21*   71:*1, 3, 17*
72:*6*   73:*4*   74:*2, 3, 11,*
*17, 19*   75:*25*   76:*8, 11,*
*18, 21*   77:*10*   78:*15,*
*18*   80:*12*   81:*22*   85:*3,*
*8*   88:*2*   89:*17*   90:*5, 6,*
*8, 17*   91:*6, 10, 16, 22*
93:*16*   94:*2, 6, 9, 24*
95:*2*   98:*25*   99:*13*
100:*19*   101:*15*
104:*13*   105:*25*
107:*10*   108:*4, 17, 23*
109:*4, 7, 17*   110:*6, 18,*
*21*   111:*9, 13*   115:*6, 8,*
*8, 11*   116:*3, 10*
117:*14*   118:*16*   119:*2,*
*5, 17*   120:*3, 18*
121:*15*   122:*22, 24*
123:*20*   124:*9, 18*
127:*5*   128:*6, 21*
129:*23*   130:*6*   132:*6*
134:*16*   135:*4, 25*
136:*11*   137:*3, 15*
138:*11, 15, 15*   140:*19,*
*25*   141:*7, 13*   142:*17*
143:*10*   144:*7, 9, 9, 12,*
*12, 16*   145:*9, 11, 14*
146:*1, 16*   149:*6, 14,*
*23, 24*   150:*2, 5, 22*
151:*1, 4, 9, 24*   152:*8*
153:*15, 20*   156:*12, 16*
157:*4, 9, 18*   158:*16,*
*21*   159:*4*   160:*22*
163:*1*   164:*4*   166:*10*
167:*15, 22*   168:*18*
170:*8*   174:*20, 22*
175:*2, 6*   176:*8*
177:*24*   178:*7*   179:*1*
180:*13*   181:*3, 9, 15*
182:*3, 10*   183:*8*
184:*24*   185:*1*

**social**   80:*25*   81:*4*
94:*5*   97:*8, 23*
**soft**   102:*18*
**solid**   135:*11, 12, 15*
**some**   10:*22*   14:*4*
15:*14*   16:*6*   17:*12, 13*
19:*21*   20:*16, 16*
21:*22*   22:*11*   23:*1, 2*
25:*21*   27:*25*   28:*23*
35:*1*   36:*8*   37:*12*
38:*10*   39:*13*   41:*7*
43:*5*   54:*10*   55:*12*
68:*15*   73:*18, 20*
74:*21, 22*   81:*10*   82:*3*
85:*1, 12, 22*   92:*4*
93:*18*   103:*7, 7*   109:*6*
121:*3*   123:*14, 19*
127:*5, 14*   128:*23*
130:*4*   131:*23*   137:*4*
138:*13*   145:*5, 9*
146:*9, 11*   147:*18*
149:*11*   150:*5*   151:*14*
152:*16*   157:*4*   158:*5*
170:*23*   171:*20*
173:*10*   179:*10*
180:*18*   183:*18*
184:*10*
**Somebody**   24:*23*
45:*1, 2*   97:*5, 7*
129:*13*
**somehow**   39:*4*
**someone**   59:*18*   66:*2,*
*24*   78:*11*   160:*8*
**something**   8:*14, 19,*
*21, 25*   15:*24*   20:*17*
22:*19*   28:*20*   35:*11*
43:*1*   46:*8*   50:*18*
61:*18*   64:*8*   66:*24*
72:*13*   80:*2, 6, 14*
84:*12, 14, 15, 18*
86:*10, 21*   90:*17*   91:*3,*
*4*   97:*18*   99:*19*
101:*15, 15*   105:*3*
143:*14*   145:*23*
156:*18*   167:*16*   168:*10*
172:*24*   173:*20*
180:*24*   183:*21*
**sometime**   53:*2*   55:*17,*
*19*   72:*16*

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 83 of 94    Page: 34

Deposition of Kathleen Courkamp
10/21/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

sometimes 28:6
58:13 60:12 74:17
75:4 86:8
Somewhat 158:12
Somewhere 55:22
84:10 85:7 110:4
111:11
son 10:5 19:13
sons 12:5 13:3
18:23 19:24 20:25
21:9 33:16 39:15
82:1
sore 106:4
Sorry 9:9, 10 17:10,
11 24:1, 7 33:21
34:7 35:25 43:25, 25
46:1, 24 51:23, 23
52:24 65:18 70:4, 21
72:1 74:24 76:20
92:9 95:13, 19
103:16 107:1 114:14
115:11, 13 133:3
138:4 143:21 151:22
153:13 174:21
176:11, 12 177:8
181:20 183:1
sort 12:22 13:6, 21
16:12, 25 28:23
33:22 41:6 48:1
52:24 56:11 60:7
64:4, 9 86:24 99:12,
13 121:22 122:16
124:5 125:18 126:24
132:13 141:2 142:15
143:6 167:11 183:20
sound 69:12 111:9
145:12
sounded 37:14
sounds 16:2 17:1
19:23 20:18 34:8
36:13 44:16 61:24
62:25 68:4 72:14
83:12 120:21 122:23
130:25 145:13
SPA 4:3
span 73:21
speak 85:9 174:16
175:8
speaking 135:25

170:3
special 47:21
specialist 21:19
specialists 113:15
specific 107:13
113:20 119:21, 22, 23
140:13 148:9
specifically 23:17
82:2 113:2 138:23
141:19 142:14
147:22 148:3 172:1
184:10
specify 135:5
spend 34:16
spent 32:17 150:4
spick 73:21
spit 74:16
split 54:19 92:15, 19
spoke 43:14 160:3
170:5 171:2 175:14
spoken 14:21
sporadic 36:24, 25
sporadically 60:20
spring 14:6 55:17
64:9 70:17, 21 111:8
Springs 11:17, 22
12:2 13:9, 10 21:7
27:14 28:14, 16 31:9,
19 107:6, 19, 21
springtime 57:12
70:15
ss 186:1
St 19:17 90:5 91:11
stack 127:6 152:9
177:14
stand 104:7 165:11
178:22 179:2
standard 101:4
standing 147:23
151:9
stare 44:18
start 9:12 14:1
25:23 39:19 53:1
91:16 92:11 144:17
started 23:20, 23
24:5 36:1, 8 53:2
55:13 64:8 70:15
81:5 90:14, 18 91:18,
18, 20 98:7 110:8, 16

111:7 116:12
starting 70:14
starts 66:15 138:25
167:11
State 4:6 6:3, 5 9:12
98:25 186:1
stated 161:14 170:13
173:5
statement 156:8
statements 183:19
184:3
STATES 1:1
statutory 1:1 6:16
stay 51:20 52:12, 16
53:11 57:22 58:4, 7
61:6 70:7, 18 72:23
123:24 140:17
143:10 144:21
146:18 160:20 179:7
stayed 52:20 58:14
70:6 73:1 77:13
staying 52:6
still 14:16, 18 19:8
29:16, 22 32:23
46:10 55:14 58:22
67:8 80:25 88:3, 11,
14 90:2 93:7 109:24
111:1 133:18 145:25
149:17, 19 155:12, 18,
25 156:22 160:15
161:15 180:22
stood 104:6 179:7
stop 12:24 56:24
92:13 103:2 130:4, 8,
18 146:21
stopped 14:3 90:25
store 64:19
straight 136:22
Street 31:9 52:10, 11,
13 53:8, 20 140:24, 25
streets 88:22
stressed 144:21
stretch 75:13 136:12
strike 27:8 53:18
stroller 67:3, 10, 18,
24
strong 154:19
stronger 123:15
studied 61:15
study 61:16

stuff 74:1 86:4
87:12 109:1 142:2
177:24
stuffed 42:4 132:17,
22, 24
subject 18:6 170:11,
16
Subway 108:8
such 28:24 39:21
45:18 109:1 136:3
sudden 39:22 40:5
43:7 45:20 104:25
166:20
sued 34:23
suffocate 102:17
suffocation 102:16
suggest 91:2 103:21
suggested 83:23 84:6
SUID 45:3
S-U-I-D 45:3
SUIDS 40:10 41:22
43:7
Suite 1:1 4:13, 18, 22
summary 124:5
125:22 171:6
summer 161:5
Sunrise 4:4
Superior 162:1
supervision 105:5
Supine 119:10 120:11
support 140:14, 21
supposed 93:1
121:11 122:20
125:22 126:21 143:8,
9
sure 8:4, 7 9:2 12:7,
19, 19 14:23 17:18
26:13 40:9 45:17
50:5, 6 63:15 74:11,
20 82:17 85:6 96:11
101:9 103:16 104:3
105:6 108:25 109:11
120:14 127:4 132:12,
14 133:15 134:18
139:21 152:19 160:9
166:14 167:18 182:4
surface 175:14
surgeries 108:14
surgical 108:11, 13

suspected 163:*14*
sustained 165:*15*
swear 6:*8*
swing 82:*12*
swings 82:*10*
sworn 6:*20* 186:*4*
sympathy 13:*1, 5*
syndrome 43:*8*
104:*25* 166:*21*
system 101:*24* 102:*7*

< T >
T 2:*8* 3:*1* 4:*21*
Tab 89:*21* 95:*1*
97:*12* 109:*18* 111:*20*
117:*6* 123:*6* 131:*20*
137:*17* 158:*1*
table 15:*23* 69:*20, 22,
24*
tables 74:*22*
tachypnea 112:*6*
take 7:*15, 18, 20, 22*
8:*11* 10:*22* 11:*4*
24:*20* 34:*4, 18* 49:*15*
55:*1* 57:*19* 64:*17*
65:*20* 66:*20, 22* 69:*3*
70:*16* 71:*21* 73:*10,
14* 74:*7, 10* 75:*15*
76:*11, 15* 80:*10, 21*
86:*19* 87:*12* 97:*3*
99:*22* 100:*22* 104:*13*
110:*10, 12* 111:*25*
112:*3* 113:*14, 24*
123:*19* 125:*23*
128:*21, 22, 23, 25*
130:*8, 10* 140:*20, 20*
147:*11, 13* 152:*3*
158:*25* 166:*2, 3*
170:*18* 172:*19* 176:*3*
179:*16* 180:*3* 182:*6*
taken 5:*15* 16:*5*
25:*11* 75:*20* 86:*13*
93:*17* 98:*2* 99:*1*
128:*4, 18, 21* 131:*7*
134:*2, 7* 141:*12*
153:*7* 165:*24* 166:*6,
12* 177:*16* 180:*9*
186:*3, 6*
takes 34:*10* 86:*16*

taking 7:*5* 34:*8*
77:*18* 106:*4* 134:*24*
139:*4* 168:*6*
talk 8:*5* 11:*3* 13:*2*
14:*8* 15:*6, 17* 36:*23*
37:*12* 42:*18* 43:*4*
47:*24* 79:*4* 80:*23*
103:*8* 141:*7* 152:*21*
171:*3* 175:*6*
talked 15:*3* 16:*15, 20*
17:*21* 18:*3, 7* 28:*5*
33:*15* 35:*12* 47:*1*
76:*4* 83:*8* 113:*3*
129:*22* 134:*23*
140:*16* 141:*3* 142:*9*
158:*23* 162:*9* 164:*19*
168:*1* 169:*7*
talking 12:*4* 21:*18*
27:*20* 41:*21, 24* 45:*3,
8* 51:*9* 52:*3* 53:*9*
79:*25* 81:*17* 89:*12*
98:*7* 124:*3* 126:*8*
138:*19* 166:*11*
168:*21* 169:*1* 172:*20*
174:*20* 175:*6, 12, 12*
178:*17* 181:*1*
talks 29:*1* 32:*2, 13*
44:*24* 59:*25* 78:*23*
108:*3, 10* 120:*20*
125:*23* 163:*10, 20*
164:*18* 168:*20* 169:*2,
16* 170:*22* 171:*14*
172:*23*
taller 142:*7*
Target 64:*18*
Taylor 127:*18, 19, 21,
22, 23, 24*
technician 32:*11*
technology 7:*7* 25:*16*
teenager 22:*23* 23:*12*
teeth 108:*11*
teething 169:*18*
tell 9:*14* 11:*11*
36:*18* 88:*17* 99:*8*
112:*23* 125:*10* 170:*6*
181:*15*
telling 15:*9* 42:*6*
120:*16* 148:*13* 156:*3*
176:*22*
tells 175:*12*

Tempe 3:*15* 31:*1*
51:*9* 52:*8* 71:*2, 5*
144:*25* 145:*14, 19*
146:*12, 22* 160:*19*
term 38:*9* 40:*9*
112:*9* 157:*21*
terms 18:*22* 21:*6, 16,
18* 28:*7* 32:*1* 34:*13,
15* 41:*23* 68:*4* 69:*17*
106:*19* 116:*11*
117:*14* 128:*19*
140:*11* 142:*4* 150:*18*
175:*20*
terrible 37:*25*
test 79:*2*
testified 6:*21*
testify 186:*4*
testifying 186:*4*
testimony 49:*19*
51:*19* 164:*14* 185:*13*
testing 98:*21*
than 10:*12* 15:*11*
21:*20* 23:*21* 33:*7, 8*
39:*11, 12* 40:*1* 46:*2*
48:*16* 50:*13* 53:*1*
59:*22* 65:*12* 66:*6*
71:*6* 76:*18, 20, 21*
85:*11* 87:*24* 90:*21*
98:*23* 106:*3* 108:*12*
116:*15* 156:*7* 168:*6,
18*
Thank 12:*9* 15:*8*
21:*7* 134:*17* 154:*6*
180:*6* 182:*23* 184:*25*
185:*2*
Thanks 166:*10*
that 5:*9* 7:*8* 8:*6, 14*
9:*2, 3, 18, 21* 11:*8, 13,
18, 20* 12:*3, 5, 8, 11*,
12* 13:*3, 4, 4, 10, 13*
14:*5, 9, 9, 10, 23, 25*
15:*1, 4, 9, 17, 19, 22,
24, 24, 25* 16:*7, 13, 25*
17:*4, 7, 8, 11, 16, 20*
18:*3, 12, 23* 19:*16, 24,
25* 20:*13, 17, 18, 19,
22, 23* 21:*11, 18, 24,
25* 22:*14, 22* 23:*8, 10,
16, 21, 24* 24:*5, 10, 16,
16, 19, 20* 25:*21* 26:*2,*

4, 6, 7, 9, 12, 17* 27:*3,
7, 8, 15, 22, 24* 28:*2*
29:*2, 9* 30:*16, 23*
31:*1, 2, 4* 32:*5* 33:*3,
11, 15, 24* 34:*2, 4, 5, 7,
7, 10, 14, 15* 35:*2, 3,
11, 17, 19, 23* 36:*14,
18* 37:*2, 3, 4, 7, 11, 12,
14, 15, 24* 38:*7, 13, 16*
39:*9* 40:*1, 2, 20, 21,
24* 41:*7, 9, 23, 23*
42:*9, 10, 19, 22, 23*
43:*1, 1, 3, 6, 6, 10, 25*
44:*10, 25* 45:*1, 1, 4,
22* 46:*5, 5, 8, 11, 12*
47:*1, 6, 20, 22* 48:*1,
20* 49:*11, 19, 22, 23*
50:*6, 7, 10, 12, 13, 15,
18, 24, 25* 51:*7, 8, 10,
13, 14, 16, 17, 21, 23,
24* 52:*5, 6, 9, 10, 16,
18, 21* 53:*1, 1, 2, 8, 9,
20* 54:*2, 5, 20, 22, 25*
55:*13, 15, 22* 56:*10,
24* 57:*3, 14* 58:*5, 10,
10, 21, 23* 59:*16, 20,
21, 23* 60:*3, 5, 22, 23*
61:*6, 9, 13, 16, 18, 18,
19, 20, 20, 22, 23, 24*
62:*3, 3, 4, 4, 5, 12, 16,
17, 20, 20, 24* 63:*3, 5,
6, 8, 13, 15, 17, 25*
64:*1, 8* 65:*4, 22*
66:*14, 18, 20, 21, 24,
24, 25, 25* 67:*2, 18*
68:*3, 10, 11, 13, 13, 14,
20, 25* 69:*5, 11, 23, 25*
70:*7, 13, 16, 18* 71:*3,
5, 7, 10, 18, 19, 21*
72:*2, 4, 9, 11, 13, 14,
19, 21, 23, 23* 73:*2, 3,
4, 12, 14, 20* 74:*1, 6, 9,
16* 75:*14* 76:*20, 23,
25* 77:*13, 14, 15, 23*
78:*7, 8, 16, 20, 25*
79:*2, 4, 6, 8, 9, 10, 14,
16, 22, 23* 80:*1, 2, 5,
14, 14* 81:*4, 10, 14, 18,
24* 82:*3, 3, 5, 10, 12,
14, 21* 83:*1, 10* 84:*1,*

5, 9, 11, 14, 14, 15, 15, 16, 17, 18, 20, 20, 25 85:5, 9, 13, 14, 17, 19, 22, 23, 25, 25 86:3, 5, 9, 11, 14, 14, 15, 16, 23, 24 87:1, 5, 8, 20, 23, 24, 25 88:7, 18, 20 89:1, 3, 8, 9, 14, 19 90:17, 22 91:10, 13, 14, 16, 17, 22, 25 92:8 93:4, 17, 19 94:4, 10, 18 95:6 96:3, 3, 4, 4, 5, 5, 6, 9, 15, 18, 22, 24 97:4, 5, 13, 21, 21, 21 98:2, 3, 4, 11, 25 99:1, 3, 3, 8, 13, 14, 16, 17, 17, 19 100:14, 20 101:9, 12, 20, 24 102:1, 5, 10, 14 103:2, 9, 13, 15, 18, 18 104:1, 10, 13, 16 105:3, 7, 10, 13, 17, 21, 25 106:4, 4, 9, 16, 18 107:2, 9, 13, 14 108:1, 5, 8, 21, 21, 22 109:1, 5, 6, 11, 14, 20 110:5 111:9, 9, 11 112:1, 5, 7, 9, 18, 20, 22 113:8, 9, 11, 11, 15, 22, 24, 25 114:2, 6, 13, 21, 25 115:10, 13, 16, 18, 24 116:2, 3, 11, 18, 21, 24 117:4, 6, 10, 19, 25 118:1, 1, 9, 24, 25 119:6, 9, 12, 14, 17 120:12, 14, 20, 25 121:2, 5, 20, 22, 23 122:7, 8, 14, 16, 16, 19, 23, 24, 24 123:4, 5, 16, 25 124:1, 6, 8, 9, 10, 15, 15 125:4, 11, 23, 25 126:11, 17, 19, 23, 25 127:3, 5, 15 128:3, 10, 11, 11, 13, 13 129:1, 2, 8, 9, 13, 19, 22, 24 130:1, 21 131:3, 22, 23 132:6, 9, 10, 13, 14, 16 133:12 134:10, 12, 16, 21 135:11, 16 136:2, 6, 11, 21, 24 137:5, 5, 6,

8, 10, 11, 13, 15, 21, 25 138:5, 15, 25 139:8, 10, 13, 14, 16, 16, 24, 25 140:8, 15, 16, 17 141:6, 22 142:2, 16, 20, 21 143:3, 4, 10, 12, 14, 18, 19 144:1, 3, 4, 5, 5, 5, 7, 11, 20, 21, 23 145:10, 11, 13, 24, 25 146:10, 11, 15, 23 147:4, 4, 17, 21 148:2, 2, 5, 6, 13, 14, 16, 17, 20, 23 149:6, 18, 25 150:6, 11, 15 151:4, 14, 18, 19 152:5, 12, 17 153:13 154:6, 7, 8, 9, 11, 12, 23, 24 155:1, 17, 20 156:1, 4, 7, 7, 13, 16, 20, 22 157:3, 5, 10, 18, 22 158:5, 10, 15 159:12 160:5, 10, 16, 24, 25 161:4, 17, 25 162:7, 8, 9, 11, 17, 18, 23 163:2, 7, 16, 25, 25 164:1, 5, 6, 7, 9, 15, 16, 18, 22 165:3, 6, 11, 16, 18, 21, 25 166:22, 23, 25 167:6, 18, 18, 19, 19 168:9, 9, 11, 11, 15, 16, 17, 18, 22 169:5, 9, 11, 21 170:4, 19, 25 171:1, 7, 11, 16, 21, 22 172:6, 8, 11, 13, 14, 16, 17, 24, 24 173:4, 4, 4, 5, 5, 7, 12, 13, 16, 18 174:1, 7, 9, 16, 19, 22 175:1, 14, 21, 22 176:23, 23 177:2, 4, 4, 7 178:1, 3, 4, 7, 15, 16, 19, 20, 20, 22, 25 179:2, 6, 11, 13, 15, 16, 18, 19 180:17, 18, 19, 24 181:4, 4, 12, 15, 16, 19, 23 182:16, 18, 20 183:21 184:11, 12, 13, 15, 19, 19, 22 186:3, 3, 4, 5, 6, 13, 17

**That's** 9:19 10:18 11:10 20:2, 5, 20 23:4 29:9, 10, 12, 14,

15 35:4 40:18, 23 43:7 47:23 48:1 56:20 57:25 58:15 69:2, 6, 20 71:21 76:2, 3, 10, 13 79:3 82:4, 22 84:18 89:4 90:24 94:19 95:5, 22, 23, 24, 25 97:6 98:18 99:11, 19 100:12 101:4 102:1 107:15 112:2 114:9, 15 115:1 116:3 118:3 120:17, 22 124:4 127:20, 21, 25 128:1, 24 130:13, 17 132:8, 25 133:8 134:15 135:13 138:14 139:20 141:16 142:15 143:13 144:8 147:6 150:12 151:25 152:23, 24 154:1, 2 155:5, 9 156:16 164:21 165:2 166:18 167:22 169:10 171:23 172:5 173:23 175:19 177:18, 18 182:22, 22

**their** 16:21 30:7 42:21 66:10 67:24 68:5 82:21 105:1 167:17 176:23

**them** 6:5 12:10 14:19 17:13 20:6 25:2, 24 26:22 33:6, 6, 7 40:13, 16 41:21 42:3 47:19, 24 48:3, 7 59:4 61:21 68:18 82:20, 20, 24, 25, 25 83:6 85:13 86:10 88:2 89:12 90:6 93:22, 25 95:7 101:14 106:23 107:7 109:3 112:3 118:5, 6 119:24 128:22 129:24 132:19 138:19 144:23 146:7, 8 158:16 160:3, 19 167:13 171:3 172:20 174:16, 20 175:7, 8,

14 176:10, 11 177:4 182:4

**then** 6:7 8:7, 8, 10, 18, 21, 23 9:6, 7 12:3, 14 14:3, 11 15:13 19:13 21:23 22:2 23:23 24:8, 12, 15, 19 25:16, 19, 20 26:1, 14, 25 27:12, 16, 24 28:12 30:14, 17, 21 31:4, 14, 16, 21 32:17, 19 33:16 36:8, 10 39:2 40:3 41:2 44:4 53:3, 7, 17 54:10, 15, 16 55:11, 14 56:17 61:8 62:6 67:1 68:10, 21 72:18 73:12 80:7, 20, 20 81:5 85:4 92:1, 9 93:3 96:2, 17 98:4 101:23 102:9, 20 104:10, 23 108:19, 20 109:18 110:23 111:5, 17 116:12, 15, 17, 22, 24 119:14, 17 120:1, 19, 25 121:9, 19, 25 124:12 128:13 130:10, 18 133:3, 11, 18, 22 135:21 136:9 137:6 138:20, 21, 24 139:5 141:4, 6 142:17, 24 143:11, 25 144:4, 24 145:2, 14 146:17 147:6, 7, 19 148:19, 23 149:4, 11 154:25 155:4 156:15 157:5 158:9, 22 159:14, 25 160:10 161:4 162:11, 16 163:20, 20 164:24 165:8 166:16 167:1, 9, 24 168:15, 19 169:4, 16 170:22 171:4, 14 175:16 177:25 180:4, 21 181:6, 10 184:24

**therapy** 21:22 22:8, 13, 17 23:7

**there** 6:4 7:6 8:22, 25 14:4 16:4 17:7,

22  18:2  21:8, 11, 14,
15  22:2  25:3, 16
26:5, 16  27:15  28:19
29:6  30:19  32:5, 10,
21  34:14  35:13  36:6
50:7, 10, 22, 24  51:3
52:17, 17  53:11  54:2,
11, 12, 15  55:1  56:1,
15, 22  57:9, 19, 23
58:5, 20  59:8  60:16
61:1, 4, 5, 6  62:2, 5, 5
63:5  69:17, 23, 25
70:1, 1, 2, 6, 8, 18, 22
71:4, 9  73:16  74:18
79:19  81:19  85:11,
20, 23  87:2, 10  89:5,
5, 7, 8, 19  90:22  92:5
93:18, 20  95:20, 21
96:24  98:24  99:9, 12,
16  100:14  103:2
107:14  109:12
112:16, 23, 24  113:10
115:14  117:25  119:7
121:9  124:18  125:5
126:6  130:21  131:14
132:15  133:4  136:5
145:1  146:16  152:16
154:23  158:22, 23
160:13, 15  164:4
166:19  168:6, 10, 25
170:23  171:6, 19
173:3, 8, 21  174:3, 4
175:17  178:4, 5, 11,
14  181:13  182:3, 8
**thereafter**  186:6
**therefore**  164:25
**There's**  44:7
**these**  25:23  26:3, 21
32:6  36:22  40:4
43:5  84:11  85:9
92:10  94:11, 13, 20,
23  99:1  100:18
101:19  105:13, 18
107:5  110:9  112:1
119:21  122:12
125:24, 25  128:18, 21
131:23  134:1, 8, 11
157:4, 25  162:4
177:14, 16

**they**  5:10  8:2  12:7,
19  14:13  20:3, 10, 11
21:1, 2  32:12  33:8, 9,
10  39:14, 25  40:23
41:24  42:1, 7, 14
43:9, 19, 22  46:3
47:21  48:8  50:16, 16
51:10  60:14  66:12,
14  68:4, 8  71:17, 18
73:8  74:3  79:1, 2
80:5, 5, 7  86:25
87:24  88:5, 9  94:15,
15  98:24  101:14
104:1  109:2  112:19
113:7, 8  119:25
121:12  124:4, 24
125:10  128:18, 20, 20
129:23  132:19, 23
133:2  143:9  144:21
145:10, 22  146:3, 6
157:8  158:7  160:8,
19, 22  162:9  164:13
167:13, 14, 15, 25
168:3, 16, 22  169:22
170:6, 6, 24  172:4
174:18  175:3, 4, 11,
13  180:25  182:3
184:6  185:14
**thing**  8:3  41:19
52:25  73:13  74:7
101:5  104:9  108:16
116:3  137:22  152:13
171:5, 22, 23  175:3
176:2
**things**  8:23  12:23
14:6, 12  15:24  16:7
50:19  66:20  77:14
78:18  85:20  86:9, 16
89:17  126:5  145:10
157:22  161:20  164:5
175:19, 19  178:16, 20
**think**  8:5, 14  13:12
15:22  19:19  22:1
23:14  30:10  35:1, 22
36:1  37:9  39:11, 12,
19  40:22  41:3  44:2
45:19, 23  46:19  47:2
48:10  49:4  56:20, 21
57:10  61:14  63:14
72:20  75:10  78:15

79:24  81:24  85:6, 7,
23  86:10  87:1, 22
88:17  93:18  94:22
96:11  98:1, 20  99:10,
11  103:7  106:3, 24
107:12, 22  108:7
109:2  113:12  114:9,
17  115:7  118:11
121:19, 19  122:15, 18,
23  126:24  127:5
128:12  129:18
131:18  132:6  134:23
136:21  137:21
138:14  143:13  144:4
147:25  148:1  151:13,
17, 22, 25  152:17
153:3  154:21  164:19
165:22  166:13
167:17  168:13, 22
170:3  173:25  178:1
179:2  180:23  182:14,
22
**thinking**  39:18
119:24  152:8
**third**  133:11
**this**  5:10, 14, 17, 20
6:9, 12  7:3, 14, 23
8:8  9:6  11:7  12:21,
22, 25  13:14  15:9
19:19  26:7, 24  27:19
28:5, 22  30:18  31:14,
15, 24  32:8  34:18, 18
43:23, 24  44:1, 2, 9, 9
45:16  48:10  49:4
59:25  61:13  70:5
73:22  75:18, 23
78:19, 21  82:17  87:9
89:15, 15, 17  90:8, 12,
12, 14, 17, 21, 21, 23
91:6  92:1, 2, 5  93:19,
20  94:9, 10, 22, 22
95:6, 8  96:16  97:12,
14, 18  98:8, 10, 11, 13
99:2, 3, 5, 24  100:14,
22  101:2, 6, 10, 15
102:5, 21, 24  106:1,
24  107:8, 9, 17, 22, 22,
25  108:7, 10, 17
109:17  110:13
111:13  112:4, 13, 22,

25, 25  113:2, 2, 16
115:8, 9, 9, 19  116:16
117:3  118:16, 16, 21,
23  120:1  121:5, 8
122:7, 23, 24  123:13,
15, 20, 20, 23  124:3, 9,
20  125:7, 11, 16, 19,
22  126:24  127:1, 6, 6,
9, 14  128:3, 14, 24
130:20  131:5, 10, 14,
15  132:3, 6, 15, 22
133:5  134:18, 23
135:19  136:22
137:15, 21  138:21, 22,
22  139:4  140:10
146:10  151:1  153:11,
14, 16, 20, 21, 24
154:3, 10, 10, 17
155:19, 19  157:1, 2,
12, 14, 17  158:5
159:3, 5, 6, 9  161:12,
22, 23  162:3, 12, 13
163:8, 9, 9  164:11
167:10, 10  168:7, 21
169:1, 2, 17, 25  170:8,
9, 11  171:5, 19
172:22  173:23, 24
174:2  175:16  176:7,
15  177:13, 25  180:15,
16, 23  181:10  182:24
185:1, 12  186:14
**thoroughly**  73:22
**those**  12:17  16:8
17:18  19:24  22:5
25:1  38:14  40:10, 11
60:8  66:3  80:25
81:22  86:16  87:6, 7,
13  95:2  103:21
108:12, 13  113:6
114:4, 8  121:19, 20
122:5  124:13  128:7
129:2, 2, 4, 21  132:17
141:18  152:3  163:5
176:16, 20  177:12, 17,
21  184:21
**though**  89:10
**thought**  9:10  65:24
114:17  138:4  160:2
179:11

Case 2:19-cv-02689-GMS    Document 196-30    Filed 11/19/21    Page 87 of 94    Page: 38

Deposition of Kathleen Courkamp
10/21/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

**three** 12:*11, 11, 13, 14,
*14 14:*19* 33:*14* 99:*7*
110:*4* 121:*11* 130:*7*
131:*11* 134:*8* 160:*18,
19* 162:*13* 165:*1, 14*
167:*25* 169:*7* 185:*14*
**three-month** 121:*10*
**threw** 88:*7*
**through** 7:*22* 31:*25*
37:*11* 50:*7* 52:*24*
64:*18* 76:*2* 78:*17*
81:*22* 85:*21* 100:*17*
110:*22* 123:*23* 127:*5,
6* 157:*12, 14* 161:*22*
171:*5* 177:*17, 24*
178:*11, 13* 182:*24*
185:*1*
**throughout** 125:*15*
136:*18*
**Thursday** 52:*22*
144:*14*

**time** 6:*6* 11:*4, 4*
17:*21* 21:*1, 2, 17, 23*
26:*4* 27:*25* 29:*18, 19*
30:*24* 31:*16* 34:*11,
16* 35:*16, 18* 36:*19*
37:*8, 15* 38:*4, 10*
40:*18* 45:*9* 46:*9*
51:*3* 53:*12* 54:*1, 12,
20* 55:*5, 15* 56:*19, 22*
57:*9, 14* 58:*8, 15*
60:*4, 4, 5* 61:*2* 63:*7*
68:*1* 70:*17, 23* 71:*19*
72:*17* 73:*22* 74:*10*
76:*23* 77:*23* 79:*22*
80:*16, 16, 17, 17, 18*
81:*12* 94:*24* 103:*9,
13* 106:*16* 108:*5, 7*
109:*24* 111:*11* 116:*2*
121:*6, 23* 122:*8, 24*
125:*16, 19* 128:*19*
130:*5, 20* 135:*5, 11,
23* 136:*6, 7, 15* 139:*4,
16* 141:*2, 5, 24* 143:*4,
12* 144:*8* 145:*25*
149:*16* 152:*3* 154:*9,
16* 157:*12, 14* 159:*9,
23* 160:*12* 162:*19, 20,
25* 164:*7* 171:*16*

174:*2, 4, 4, 5, 13, 14*
181:*24* 182:*14, 17, 20*
**timeline** 33:*23*
**times** 10:*11, 14* 27:*16*
36:*15* 51:*4* 56:*11*
60:*19* 70:*11, 18, 22*
71:*13* 74:*20* 104:*6*
**Timothy** 10:*17* 92:*7*
**tiny** 132:*25*
**tired** 7:*18*
**To** 2:*11, 12, 13, 14*
5:*12, 13, 24, 25* 6:*5*
7:*8, 10, 11, 14, 15, 15,
16, 18, 21* 8:*4, 5, 6, 6,
10, 10, 11, 15, 18, 19,
19, 24* 9:*1, 2, 7, 12*
10:*12, 16* 11:*4, 7, 7,
18, 23, 25* 12:*21, 25*
13:*2, 2, 5, 21, 24* 14:*6,
7, 12, 22, 24, 24* 15:*2,
6, 8, 10* 16:*7, 15, 20,
23* 17:*21* 18:*3, 7, 11,
16* 22:*11, 14, 15, 16,
21, 21* 23:*15* 24:*3, 20*
25:*4, 5, 12, 18, 19, 22*
26:*6, 7, 10, 20, 24, 25*
27:*6, 8, 12, 13, 14, 16,
17* 28:*1, 13, 15, 18, 18*
30:*9, 16, 18, 18* 31:*15,
16* 32:*19, 20* 34:*7*
35:*6, 22* 36:*14* 37:*4,
6, 13, 20* 38:*24* 39:*1,
2* 40:*20* 41:*3, 4, 10*
43:*4, 19, 22, 25* 44:*8,
17, 18, 19* 45:*9, 17, 19*
46:*13, 24* 47:*8, 15, 19,
22* 50:*7, 14* 52:*14, 21*
53:*3, 4, 20* 54:*15, 18,
25* 56:*9, 16, 24* 57:*4,
12, 17, 18, 19* 58:*3*
59:*16, 19, 20* 60:*4, 5,
11* 61:*3, 6, 16, 19, 20,
22, 24* 62:*24* 63:*13,
14* 64:*12, 15* 65:*4, 25*
66:*3, 21, 22, 24* 68:*2*
69:*12* 70:*3, 13, 14, 15,
17, 21, 23, 24* 71:*2, 3,
4, 22* 72:*2, 9, 17* 73:*8,
11, 20, 21, 25* 74:*2, 3,
8, 9, 17* 75:*5, 7, 11, 14,*

14, 21* 78:*1, 16* 79:*2,
25* 80:*5, 16, 17* 81:*8*
82:*16, 20* 83:*8, 18, 23*
84:*11, 13, 16* 85:*25*
86:*14, 19* 87:*2, 5, 10*
88:*1, 11* 89:*1, 6, 11,
14, 16, 22* 90:*13, 18*
91:*2, 7* 92:*9* 93:*1, 12*
94:*3, 5, 5, 6, 9, 9, 10,
10, 20, 21* 95:*2, 8, 9, 9,
16, 18* 96:*3* 98:*1, 6*
99:*6, 6, 8, 23* 100:*9,
17, 20, 21* 101:*16, 18*
102:*6, 24, 25* 103:*3,
13, 17, 19, 24* 104:*7,
24* 105:*2, 18, 22*
106:*2* 107:*7, 9, 17, 20,
24* 108:*1, 4, 4, 5, 19,
20, 24* 109:*3, 7, 7, 12,
13, 15, 16* 110:*3, 8, 9,
23* 111:*7, 17* 112:*1, 5,
7, 9, 17, 21* 113:*14*
114:*5, 5, 13, 24*
115:*13* 116:*11, 15*
117:*2, 5* 118:*18, 18,
18, 19, 24* 119:*5, 18,
20* 120:*1, 19, 21, 21,
25* 121:*9, 11, 12, 18,
18, 25* 122:*8, 21, 25*
123:*2, 13, 20, 25*
125:*1, 10, 21, 22*
126:*7, 16, 21* 127:*3, 4,
15, 21, 24* 128:*2, 25*
129:*1, 3, 19, 24* 130:*3,
8, 12, 15, 16, 18, 18, 20,
23* 131:*8, 14, 18*
132:*7, 12, 13, 18*
134:*10* 135:*23*
136:*22* 137:*22*
138:*12, 12, 13, 17, 19*
139:*10, 14, 21* 140:*9,
9, 20, 21, 21, 23* 141:*1,
1, 4, 7, 10* 142:*10, 12*
143:*8, 9, 10, 22*
144:*17, 20, 20, 21, 24,
25* 145:*2, 3, 6, 7, 11,
14, 14, 15, 19, 22*
146:*3, 6, 8, 18, 21, 22*
147:*7, 21, 25* 148:*8,
17, 24, 25* 149:*3, 14,*

16, 23, 25* 150:*5, 6, 13,
25* 151:*2, 17, 19, 19,
22, 23* 152:*4, 6, 11, 20,
23, 23, 25* 153:*8, 11,
20* 154:*7, 20, 25*
155:*3, 4, 5, 5, 18*
156:*14, 15, 16, 19*
157:*7, 10, 21* 158:*6, 8,
23* 159:*2, 4, 21, 25*
160:*3, 6, 9, 10, 17, 17,
19, 20* 161:*11, 11, 13,
19, 20, 21, 22* 162:*2, 2,
5, 9, 15, 22* 163:*7, 14*
164:*2, 10, 21, 22, 24*
165:*9, 19, 21, 24*
166:*2, 7, 12, 19* 167:*1,
9, 20, 21* 168:*5, 6, 20,
22* 169:*4, 17, 18*
170:*2, 5, 9, 10, 14*
171:*3, 5, 20, 23* 172:*3,
4, 7, 19, 20, 25* 174:*16,
20, 21* 175:*5, 5, 6, 8,
14, 18, 25* 176:*1, 4, 10*
177:*14, 24* 178:*11, 12,
17* 179:*5, 11, 24*
180:*10, 15* 181:*1, 6, 8,
15* 182:*10* 183:*2, 12,
23, 25* 184:*4* 186:*4, 4,
5, 6, 6*

**today** 5:*22* 13:*2*
15:*8, 11* 16:*5* 18:*10,
20, 22* 19:*9* 21:*18*
58:*23* 63:*20, 24* 73:*6*
85:*13* 88:*10* 93:*12*
115:*19* 137:*23* 162:*7*
172:*18* 181:*16* 184:*7*
185:*1, 14*
**today's** 13:*12* 185:*12*
**together** 14:*9, 11*
35:*16, 17* 36:*6, 10*
37:*4* 38:*24* 39:*1*
53:*23* 55:*14, 16, 17*
57:*16* 70:*14, 16, 20*
77:*24* 85:*3* 93:*3, 7*
97:*9, 19, 19, 20* 101:*2*
132:*7* 179:*24*
**told** 8:*8* 14:*23* 32:*23*
37:*24* 43:*6, 13* 53:*2*
56:*24* 70:*7* 79:*16*
84:*8* 107:*12* 113:*9*

120:*17*   121:*12*
124:*15, 17*   144:*21, 23*
167:6   168:*17, 18*
169:*23*   175:*13*
179:*17*   181:*11, 18*
182:*4*

**tomorrow**   13:*14*   35:6
**too**   8:*24*   12:*23*   61:6
68:*8*   75:*14*   88:*5, 9*
109:*12*   151:*4*   152:*24*
167:*22*

**took**   69:*21*   70:2
73:*3, 4*   89:*5*   128:*23*
135:*21*   141:*24, 25*
147:*5*   150:2   157:6
165:*19, 21*   183:*25*

**top**   50:*23*   101:*18*
105:*21*   133:*9*   163:*12,
17, 18*   164:*18*

**total**   33:*14*   80:*15*
185:*13*

**totally**   24:*23*   158:*15*
**touch**   14:*16, 19*
159:*23*   160:6, 8
**touched**   159:*24*
160:*5, 9*
**tough**   7:*14*   8:*4*   46:*25*
**toward**   138:*24*
**towards**   95:*17*   118:*21*
**town**   11:*16*
**toy**   88:*1*
**toys**   74:*2, 3*   87:*25*
132:*20*

**tragic**   16:*16*
**training**   45:*12, 14*
**transcript**   178:*14*
**transfer**   71:*3*
**transfers**   122:*4*
**transient**   112:6
**transitioned**   108:*23*
**TRAURIG**   4:*17, 21*
6:*10, 13*
**treated**   110:*21*
**treatment**   23:*8*   34:*1*
47:*21*   116:*12, 22*
126:*25*
**Tree**   30:*21*   52:2
54:*17*
**Trend**   67:*20, 24*

68:*11, 17*
**tried**   103:*5*   135:*17*
**TriWest**   32:*7*
**trouble**   95:*14*   133:*17*
164:*25*
**true**   57:*25*   65:*22*
177:*4*   186:*5*
**truth**   186:*4*
**try**   8:*19*   14:*24*
112:*5*   118:*18*   130:*23*
131:*14*   138:*12*
161:*22*
**trying**   14:6   26:*10*
68:*2*   136:*22*   152:*4*
153:*20*   161:*20*
**TTN**   112:6
**Tucson**   1:*1*   4:*4, 14*
5:*1*
**turn**   107:*24*   112:*21*
114:*24*   125:*1*   159:2
**turned**   9:*10*   20:9
76:*5*   144:*18*
**turning**   24:2
**Tweet**   81:*7*
**two**   10:9, *15, 16*   11:*1,
5*   12:*5, 12, 15, 17*
13:*3, 25*   15:*3, 3*
18:*23*   21:9   30:6
33:*16*   34:9   35:*8, 8,
11*   36:*11, 22*   37:*3*
38:*14, 23*   44:7   53:2
54:*11*   55:*23*   57:6, *11,
16*   62:*2, 5, 16*   68:*18*
69:*19, 22*   71:*15*   74:*1,
5*   75:*24*   93:7   94:*8*
98:*4*   99:7   106:*17*
108:*12, 13*   121:*1, 12*
123:*20*   131:6   134:*7,
8*   141:*10, 14, 18, 25*
143:*23*   167:*25*   179:*8*
180:*5*
**two-month**   122:*15*
**two-year**   36:*14*
**two-year-old**   61:*7, 10*
**Tylenol**   125:*13*
**type**   39:*16*   73:*18*
139:*25*   140:*1*   174:6
**types**   73:*17*   86:*16*
**typically**   74:*23*   136:*7,*

8   159:*8*

**< U >**
**U.S**   5:*18*
**UDALL**   4:*3*
**Uh-huh**   23:*3*   56:*4*
57:*13*   121:*21*
**ultimately**   42:*24*
43:*19*
**ultimatum**   57:*3*
**ultrasound**   80:6
**unassisted**   103:*1*
104:*10, 15*
**unattended**   105:*10*
**unavailable**   80:*22*
**unaware**   166:*25*
**unbuckle**   154:*20*
**unbuckled**   154:*17*
**unclear**   142:*15*
**uncles**   39:*21*
**Under**   22:*25*   23:*1, 12*
81:*1, 1*   109:*23*   120:2
121:2   124:*10*   126:6,
*15*   132:*15*   165:*15*
171:*25*   172:*8*   186:6
**underlined**   126:*15*
**understand**   8:*13*   9:2,
*17*   12:*3*   16:*10*   48:*11,
19*   142:*22*   152:*22*
158:*15*   166:*18*   177:*9*
**Understandably**   61:*12*
**understanding**   99:2
117:*16*   168:*10*
**understood**   44:*10*
102:*5, 10, 14*   105:*17,
21*   119:*12*
**underwent**   78:*24*
**undetermined**   43:*9*
173:*12*   180:*18*   181:*5*
**undone**   170:*17*
**unexpected**   43:*7*
**unfortunately**   24:*15*
**Union**   60:*25*   89:*3*
**unit**   5:*14*   75:*19*
131:*5, 10*   160:*23*
**UNITED**   1:*1*
**units**   185:*14*
**University**   32:*24*
**unknown**   44:*10*

180:*18*   181:*5*
**unless**   5:*12*   105:2
**unopened**   163:*21*
**unresponsive**   159:*16*
164:*13*
**unspecified**   124:*13*
**until**   20:*11*   36:*10*
39:*14*   44:*13*   51:*3*
58:*13*   60:*14*   74:*3*
76:9   110:6   154:*16*
159:*11*   162:*23, 24*
169:*22*   184:*7*
**unusual**   9:9   101:*16*
**unusually**   173:*15*
**up**   8:*21*   11:*7*   27:*1*
29:*2, 6, 8, 11*   32:*12*
34:*10*   36:*22*   43:*20*
44:6   54:*19*   59:*21*
60:*14*   61:*20*   65:*25*
74:*16*   75:*12*   79:*8*
85:*19*   86:*9, 15*   87:*2*
91:*10*   99:*11*   100:*23*
102:*25*   103:*1, 4, 8, 12,
13, 17, 25*   104:*3, 7, 10,
14, 14, 15*   108:*3*
109:*2, 16*   110:*22*
128:*14*   129:*3, 7, 12*
130:*12*   131:*14*
132:*15*   136:*7, 9, 14,
15, 15, 19*   142:*12, 15*
143:*10*   145:*3, 6, 22*
146:*3*   147:6, *18*
150:*22*   154:*16, 25*
155:*1, 2, 3, 5, 5, 6, 7,
11, 13, 13, 24*   156:6,
*15, 16, 20*   157:*2, 7*
158:*5*   159:*11, 13, 15,
20*   160:*18*   161:*14*
162:*22, 24, 24*   170:*15*
173:*8, 19*   175:*23*
178:*22*   179:*2, 7, 9*
180:*15*   181:*12, 16, 23*
182:6
**updating**   31:*14*
**upgraded**   68:*15*
**upon**   113:*19*   162:*14*
**upper**   124:*11, 12, 17*
169:*13*
**upset**   59:*22*
**upsetting**   157:*23*

**us**  8:25  9:14  15:9
26:11  31:12  32:4
42:6  72:5  83:20
94:3, 5, 20  109:7, 7
118:18  123:1  127:15
146:10  149:23
161:22  181:11
**usable**  163:13
**use**  49:21  67:21
82:5  100:5  101:23
102:6, 9, 24  109:10
140:6  176:23
**used**  5:10  63:10, 16
82:1, 10  105:9  120:8
157:21  170:13  172:8
176:24  185:14
**using**  64:8  87:20
106:5  108:25
**usual**  135:19

**< V >**
**vaginally**  47:15
**vaguely**  123:17
134:8  138:19
**valid**  37:2, 21
**Valley**  60:1  88:19
**valve**  168:5
**Van**  31:9
**various**  49:11  118:7
138:18
**vary**  128:18, 20
**verbally**  9:7
**verify**  89:16
**verifying**  95:7
**Veritext**  5:22  185:15
**version**  100:12
**versus**  159:4
**very**  7:8  18:18  44:1
52:14  55:4  70:10
90:15  136:20  142:8
148:6  164:18  182:23
**Via**  4:14
**videoconference**  4:14
**Videographer**  4:25
5:6, 22  25:9, 13
26:10, 13  75:17, 22
131:1, 4, 9  152:25
153:5, 9  166:4, 8
180:7, 11  185:3, 11
**videorecorded**  5:15

**videos**  42:8  86:7
141:24
**VIDEOTAPED**  1:1
**videotapes**  141:17
**View**  13:9  27:3, 3, 7,
19  107:6  114:6, 7, 11,
13, 16, 19, 22  115:11
**viral**  124:4  141:9
**virtual**  6:3  8:3
**visit**  107:23, 25
108:2  116:18  118:10,
17, 19, 23  119:2, 19
120:17, 21  121:10, 16
122:1, 16, 24  123:3,
13, 15  124:20  125:11,
16  140:17  164:22
168:2
**visits**  56:9, 16  79:9
86:19  118:7, 11
119:22  141:14  165:9
**Vital**  2:15
**voice**  168:14
**voices**  120:22
**volume**  18:15
**vs**  1:1  5:17

**< W >**
**W**  1:1  4:5  186:16
**wait**  8:6  24:1  44:13
74:2  115:1
**waived**  186:10
**wake**  136:7, 14, 18
155:2, 3  156:14
159:11
**waking**  159:13, 20
**walking**  64:18
**wall**  150:22  163:15,
20
**Walmart**  64:18
**want**  7:15, 21  8:5, 18
9:1, 2  12:21, 25  13:5
26:7  44:17  45:17
50:14  73:21  75:11,
14  82:16  89:14, 16
94:10  95:2, 8  99:6
100:17  108:1, 24
109:3, 13, 15  127:3
129:1  130:8  132:12
139:21  141:4  151:18
152:23, 23, 25  153:11

154:7  155:18  160:17
166:2  174:21  175:25
177:14  181:15
**wanted**  28:20  111:13
**warm**  160:6  173:15
182:14
**warning**  99:17, 24
100:14, 22  101:2, 4
102:6  183:12
**warnings**  101:6, 10,
14, 19  105:13, 18, 22
183:10, 12, 16
**warrant**  162:1, 4
**warrants**  162:3
**was**  6:21  10:16
11:13, 18, 20, 25  14:4
16:10, 10  17:18
18:19, 23, 25, 25  19:2,
4, 13, 16, 17  20:18, 20,
25  21:24, 25  22:1, 2,
11, 23  23:11, 14, 14,
16, 21, 22  24:1, 2, 2, 8,
19, 20, 22  25:11  27:3,
3, 18  28:9, 9, 17  29:2,
15, 17  30:21  33:11,
11, 13, 18  34:4, 4, 5
35:17  36:15  37:3, 12,
16, 17, 17, 20, 25  38:2,
13, 19  39:12, 24, 24
40:22, 25  41:5, 5, 9,
12, 14, 17, 18, 18, 20
42:5, 11  43:1, 1, 3, 6,
10, 21, 21  44:14, 19
45:1  46:10, 21  47:17
48:21, 22  49:5, 5
50:6, 7, 22  51:1, 2, 4,
6, 6, 16, 16, 18, 23, 24,
25  52:5, 9, 11, 17, 25
53:13, 17, 18, 19  54:4,
7, 9, 12, 22  55:5, 9, 10,
18, 23, 24  56:1, 3, 11,
15, 19, 22  57:7, 9
58:10, 12, 12  59:21
60:6, 7, 10, 20, 22
61:6, 7, 11, 13, 14
62:4, 12, 13, 15, 17, 20,
23  63:1, 1, 2, 5, 7, 10,
14, 15, 17  64:4, 5, 6, 6,
11, 11  65:11, 13, 24
66:3  67:1, 17, 24

68:9, 11, 13  69:7, 12,
24  70:1, 8, 20, 22
71:1, 3, 12, 23  72:1, 2,
4, 6, 10, 13, 16, 17, 18
73:2, 15  74:11  75:5,
20  76:17, 18, 22, 23,
25  77:9, 10, 10, 18
78:1, 8  79:2, 10, 19,
25  80:4, 8, 12, 14
83:23, 25  84:1, 5, 12,
14, 14  85:2, 8, 19
87:8, 22, 23, 23  88:8
89:5, 6, 8, 8, 10, 25
91:3, 13, 22  92:2, 15,
17  93:4, 4, 18, 23
94:4, 7  96:11, 20
97:16  98:15  99:4, 13,
16  100:10, 13  101:15
102:5, 5  103:3, 12, 17
104:22  105:3, 18
106:4, 4  107:3, 8, 20,
22  109:21  110:6, 14,
19  111:3, 21  112:5, 6,
25, 25  113:2, 11
114:17  115:18, 20
116:10, 22  117:8, 15,
17, 17, 22, 24  118:1, 8,
9, 10, 14, 17  119:4, 15,
17, 20  120:3, 8, 9, 11
121:10, 23  122:8, 15,
16, 20, 24, 25  123:10,
24  124:9, 17, 18, 21,
25  126:8, 19  127:16
129:2, 19  131:7
132:1  133:17  134:7,
19, 21, 23, 24  135:2, 2,
7, 11, 14, 19, 20  136:5,
20, 23, 23  137:6, 19
139:4, 5, 15, 15, 21
140:22  141:8, 11
142:3, 4, 8, 10, 21, 24
143:5, 8, 8, 11, 12, 23
144:7, 9, 10, 13, 14, 15,
21  145:18, 21, 22, 23
146:2, 12, 24, 25
147:1, 23  148:23
149:1, 1, 17, 18, 19, 20
150:3, 10, 19, 19, 20,
21, 22, 22  151:4, 7, 7
152:4, 6, 8  153:7, 17

154:2, 9, 12, 15, 18, 19
155:1, 6, 9, 11, 11, 25
156:15, 17, 18, 22
158:2, 9   160:7, 12, 13
161:15, 16   162:3, 6,
15, 20   163:2, 6, 14, 17,
18, 19   164:7, 8, 12, 20,
24, 25   165:2, 10, 13,
18, 19, 20   166:6, 21,
22, 23   167:1, 2, 5, 20
168:3, 4, 5, 15, 16, 16,
18, 25   169:5, 6, 7, 17,
23   172:2, 8, 9, 24
173:3, 5, 8, 12   174:14,
19   175:4, 14   176:11,
18, 24, 24   177:8, 23
178:3, 6, 10, 21
179:12, 19   180:9
181:4   182:8, 14, 19
184:11, 18   185:1, 16
186:4, 10, 10, 11

**wash**  73:15  74:5
**washed**  74:1
**wasn't**  56:17  63:6
64:8  76:22  97:9
103:5  118:12  133:15
161:1  168:18  177:24
178:11  179:5
**watch**  80:18  147:8,
22  167:21
**watches**  167:22
**way**  25:22  42:6  49:4
68:20  90:18  104:2
110:22  127:18
146:21, 22  156:20, 23
158:8, 9  172:15
179:22  184:24  186:6,
8
**ways**  54:8
**We**  5:6  6:2, 7  7:4, 7,
13, 22  8:5, 10  11:3, 6
12:2, 4, 24, 24  13:1,
17  14:5, 7, 11, 11
15:17, 23  19:19
21:15, 18  24:25  25:1,
1, 1, 4, 9, 13, 16, 17
26:8, 8, 10, 15, 24
27:1  28:5, 22  31:18,
24, 25  33:15  35:1, 6,
12  36:5, 7  37:12, 18

38:25, 25  39:18  40:4,
17  41:2  42:20  43:4,
23, 24  44:1, 5, 6, 23
46:12, 12  47:1, 24
51:8  52:1, 20, 21, 24
53:6, 9  54:14, 14
55:4, 17  56:10, 11
57:8  61:22  62:6, 7, 9
64:7  65:25  68:17, 17
69:25  70:20  71:1, 2,
3, 4, 20, 21  72:19, 19
75:9, 18, 22, 25  76:1,
4  78:18, 19  80:8
84:18  85:2, 12  87:2,
9, 22  89:14, 17, 22
91:16, 17, 20, 20  92:8,
15  93:16, 16, 22  94:4
95:2, 6, 6, 8  96:16
97:9, 11, 20, 21, 21
98:7  100:5, 20  101:3
103:25  105:25
106:21  108:17, 24, 24,
25  109:10  111:17
112:4, 13  117:4, 12
119:17  120:19, 25
121:1, 9, 25  122:16,
24  123:2, 23  124:1, 8
127:5, 6, 19  129:21,
22  130:6, 10, 22
131:4, 9, 14, 15, 18
132:6  134:16, 23
136:1  137:15  138:12,
15, 21  139:13  140:16,
16  141:3, 6  142:9
144:4, 4, 11, 17, 25, 25
145:2, 3, 7  147:5, 6,
13  148:17, 23, 24
149:10, 14  151:14, 17
152:17  153:3, 5, 9, 13,
15  154:18  155:5, 16,
23  156:16  157:1, 2, 3,
17, 18  158:23  162:11
164:11, 19  166:4, 8,
10  168:1, 17  169:24
170:1  175:24, 24
176:2, 15, 15  180:1, 3,
4, 7, 11, 14, 16  184:24
185:10, 11
**wearing**  145:21

**website**  65:1  82:21
**wedding**  11:23
**Wednesday**  5:7
**week**  24:2  60:6, 16,
19  143:18  144:3, 13
**weeks**  54:16, 19  74:2,
5  136:19  139:2
165:14
**weight**  117:15, 16
118:22, 23  134:20
**Welcome**  131:12
**well**  7:11  8:8  13:23
16:12  17:15  21:9
22:5  26:7  29:4  30:5
40:5  44:11  47:17
49:9, 14  51:24  53:1
55:4  59:11  62:4
65:21  66:7  67:22
68:7  71:19  75:10
86:8  92:2, 5  93:1
94:13  95:2  97:22
100:2  102:14, 22
105:11, 25  107:8
110:24  120:19
122:19  124:16
135:10  142:4  151:15
155:3  157:1  162:12
168:10, 13  176:8
**well-baby**  56:9
122:16
**went**  15:14  25:17
27:14, 15, 16  32:19
34:1  40:20  41:10
54:14  56:10, 12, 17
60:5, 21  64:1  71:4
80:8  86:14  88:19
107:9, 20  108:19, 20
124:1  127:5  135:23
143:22, 25  145:2
147:7  148:24, 24, 25
149:11, 14, 16  158:8
159:21, 25  160:10, 25
167:20  171:15  175:2
182:10  184:12, 19
**were**  7:8  9:20  10:8,
22  11:5, 6  14:8  16:4
17:20  20:3, 25  21:1,
2  22:5  23:1, 21  24:6,
9, 13, 16, 16  25:6
27:1  28:1, 8  29:13

30:23  31:14  33:21,
23  35:7, 15, 16, 25
36:10, 15  37:4  38:8,
13  39:4, 8  40:16, 17
41:24  47:14, 21  48:8
50:9, 9, 18, 23  51:3, 4,
14  52:6, 21  54:2, 11
55:7, 8, 14, 23  56:8
57:11  60:14  61:9, 9,
17  62:2, 5  65:9, 10
70:13, 18  71:1, 2, 4, 9,
17, 18  72:10  76:8, 11
77:24  78:8, 24  79:22
80:2, 22  81:22  83:18
86:24  87:5  91:7, 23,
25  92:23  94:20  97:9
98:11  99:1  105:3, 7,
10  106:6  108:7
109:23  110:2, 12
113:18  114:6  116:6
118:4, 6  119:15
121:11  124:15, 22
126:21  128:18, 20
130:16  131:23  134:1
139:7  142:21  143:2,
2  145:4, 5, 15  147:21
160:19  162:4  166:10,
23  167:6, 25  168:7,
23  169:8  170:6, 7, 25
174:15  178:4  179:18
181:1  183:2, 10, 12,
18  184:2, 10  186:3, 6
**we're**  157:16
**weren't**  13:22  46:14
58:5  167:18
**West**  29:10, 15  31:5,
22
**WESTIN**  4:3
**Wetmore**  4:13
**we've**  169:7
**what**  9:2, 13, 15  10:2
11:16  13:8, 10, 21
15:2  16:23  19:4, 19
21:3, 24  23:16  28:9,
12, 18, 18  29:20  30:7
31:1, 20  32:9, 10
38:9  40:3  41:14
42:1  43:16  44:10
46:13  51:9, 16  52:3
53:9  54:22, 25  55:18

60:22  61:17  62:12
66:19  67:17  68:11
69:16  70:12, 24  71:7,
8  73:18  80:6  84:8,
13  85:6  86:13  92:6
93:4  96:3, 4  97:2
98:22  100:13, 24
103:18, 24  104:1
112:13  115:7  116:3
117:15  118:4  124:4,
15  125:10, 10  127:2,
21  128:10  132:12, 14,
16, 19  133:2  134:19
135:19  142:21  143:6,
11, 12  144:7, 13, 14,
16, 16, 19  145:4, 5, 18,
21  148:19  149:8, 10
150:16  151:21, 23, 25
152:5, 16, 22, 24
153:3, 12  157:20
160:12  161:2  162:20
167:21, 22  168:16
169:23  170:6, 10
172:2, 2, 9, 18, 21
174:9  175:1  179:2
181:8

**whatever**  7:15, 21
39:21  109:13, 15
135:13  140:9  154:18
161:21  162:10  164:7

**what's**  19:21  23:4
30:10  58:25  67:4
109:14  158:6

**wheezing**  125:18
175:20

**When**  9:23  10:20
11:1, 25  14:1, 7, 13
19:20  22:4, 11, 23
23:1, 11, 20, 22  24:1,
3, 6, 9, 13, 15  26:25
27:10  28:15, 17
33:18, 24  35:15, 16
36:1  37:17, 20  38:8,
20, 25  39:8  41:5, 24
43:21  51:4  53:5, 6,
13  55:15, 19, 24
60:20  61:8  63:10
64:10  65:4, 10  69:7,
21, 25  70:2, 17, 20
71:11, 23  72:10  73:8,

25  74:2  80:4, 12, 17
84:5  85:1  90:11, 13,
15, 25  91:7, 16, 25
92:2, 10, 13, 13, 15
97:9  99:8, 22  102:25
105:9  107:18, 20
108:23  110:2, 8, 23,
23  112:19, 23  116:22,
23  118:8, 11  128:18,
20  134:1  144:18, 24
145:21, 22  146:3
147:5, 6, 24  150:10,
10  154:9, 12  155:5, 6,
9, 11, 13  156:6, 17
159:14, 22  160:5, 8
164:6, 13, 24  167:2,
20, 21  168:4, 15, 17
169:5, 13  172:9
176:24  179:12  181:3
182:5  183:24

**whenever**  60:7

**Where**  11:21  21:6
27:11  28:1, 7, 8  29:2,
7, 10, 13, 15, 24  30:12,
23  34:1  35:22  36:5,
15  38:10, 16  40:20,
23, 24  41:2, 3, 4, 14,
16  46:3, 3  50:8  51:1,
4  52:6  54:13  55:8
56:19, 24  57:11  60:3
62:7  63:6, 8  65:22
66:1  67:13  70:18
74:23  77:13  82:24
86:15, 20  88:19, 24
115:18  121:22
130:22  137:5  141:25
143:2  147:15  149:1
150:19, 23  151:7
154:2  158:7  160:19
167:12  177:16

**WHEREUPON**  25:11
75:20  131:7  153:7
166:6  180:9  185:16

**whether**  38:2  42:7
43:14  49:20  77:17,
20  79:20  87:19  97:7
104:2, 3  106:5
113:18  121:10, 11
129:12  132:5  135:14

141:17  166:12, 14
182:19

**which**  7:11  8:12
13:1  15:9  18:5, 20
19:2, 22  26:2  28:23
32:8  44:23  50:6
67:1  82:14  83:4
90:8  98:10  102:10
114:6  119:19  121:1
122:1  123:2  126:8
128:8  131:19  136:22
141:2  143:17  159:8
164:19  168:1  170:1
173:21, 22, 22, 25
176:5, 17  179:1
184:11

**while**  12:4  16:11
27:1  31:24  37:17
38:13  39:4  43:5
44:24  46:10  51:8
53:25  61:23  64:7
75:5  77:18  78:19
89:12  92:23  97:11
98:2  139:3, 15  149:5
154:3  157:1, 2, 16
158:4  161:6  176:20

**white**  69:1  133:8, 19,
23

**Whitmore**  67:7

**who**  10:2, 16  11:3
17:20  18:1, 3, 7  26:9
39:21  42:11, 11, 24
45:2, 11, 17, 20, 21, 22
46:20, 20  48:21
59:17  61:11  73:18,
20  81:14  82:14
83:23  84:1  85:8
89:5, 9  96:9  97:7
108:2  127:18  155:14,
25  156:21  160:1
161:15  170:6  173:11
178:19  183:12
184:15

**whoever**  89:6

**whole**  90:21  152:9
171:5  175:3  176:2
186:4

**whose**  150:20

**why**  47:4  79:15
145:5  152:11  180:25
181:21  182:3

**WIC**  140:9

**wife**  39:24, 25  59:22

**will**  5:12  6:7  8:6, 15
9:6  11:3  12:24
14:14  15:17  16:21
19:22  25:21  26:6, 24
27:19  35:5, 6, 20
37:12  39:19  41:3
43:4, 23, 24  44:1, 5
47:24  49:4  51:8
57:3  61:22  62:9
72:19, 20  75:18, 23
76:1  85:12  89:1, 13,
15, 15, 23  90:8  93:19,
19, 20, 22  94:7  98:9,
10, 13, 25  103:1, 25
106:21, 24  107:2
108:24  109:10, 11
112:4  116:22  121:1,
25  123:2  127:7, 9
130:21  131:5, 14, 19
136:1  137:4, 15, 15
138:12, 12, 21  139:13
141:6  145:4  148:17
153:3, 11, 13, 15
157:4, 18, 19, 22
170:2  174:3  176:7,
17, 21, 23  180:5, 15
185:5, 8, 10, 15

**William**  12:15

**Williams**  138:23, 24
139:6, 11  156:20
161:24

**wipe**  73:12  74:10
99:22

**wiping**  74:15

**wisdom**  108:11

**with**  5:11  6:6, 10, 13
7:6, 11  8:3, 14, 22
9:12  12:17  13:24
14:8, 16, 19, 25  15:5,
11, 13  16:22  17:4, 6,
12, 13, 14, 20  19:25
21:8, 12  23:24  24:9
25:23  26:4, 9  27:11
28:17  29:8  30:13, 14,
19, 23  31:5  32:3

33:11, 15  35:7, 25
37:3  38:13  39:8, 19
40:11  41:7, 10  42:3
43:14  44:21  45:22
46:9  47:12  49:2
51:21  53:6, 7, 8, 11
54:12  55:1  56:9, 15,
16, 18  57:19, 22
58:17, 21  59:10  64:1,
10  66:16  67:21  69:8,
8  70:3  73:3, 5, 10
75:11  76:2  82:5, 11,
11, 18, 25  83:3, 6, 14
84:14  85:9  86:20
87:21  91:7  92:16, 23,
25  93:3, 14  99:3
100:18  102:2  105:14
106:6, 12, 14  107:9,
19  108:3, 4  109:4
112:5  113:3  115:1
116:2, 7, 18  118:10
120:22  121:14  123:1
124:18, 22, 24  125:24
132:18  133:5, 12, 23
136:4  138:25  140:17,
23  142:22, 24  143:22
144:8, 10, 25  146:10
152:12  159:7  160:16
165:9, 11  168:9, 11
169:11, 22  170:3, 17,
24  171:1, 9, 10
172:10  175:21  177:4
178:3, 15, 22, 25
180:4  182:24  183:22
184:12  186:13, 19
**withdraw** 78:7
**within** 55:3, 19
122:12  139:1  149:13
**without** 20:3  57:23
58:8  59:7  80:10
**WITNESS** 2:2  6:8,
20  18:14  38:19  39:7
45:7  46:1  50:21
52:20  56:6  60:10
74:13  75:15  78:15
79:18  80:4  95:21
103:15, 24  104:19
105:16  106:9  115:3
116:1  117:13, 21
126:2  129:6, 16

134:6, 15  137:2, 10
146:15  148:5, 16
156:11, 25  165:6
168:13  169:13, 21
172:13  173:2  174:12
177:2, 6, 10  178:25
179:5, 15  182:1
186:3
**woke** 136:9, 19  147:6
155:1, 6, 7, 11, 13, 13,
24  156:6, 20  159:14
161:14  162:24
170:15  181:12, 16, 23
182:6
**women** 81:17
**wondering** 86:8
104:2
**won't** 7:7  61:15
81:9  176:2
**words** 18:6  65:9
80:10  82:19  85:24
90:22  106:13  149:24
**work** 14:6, 12  16:22
32:7, 11  37:13  57:17
58:15  60:8  61:4
71:3  80:13  136:3
143:8, 15, 23  144:20
145:11  167:20
**worked** 32:3, 7  36:5,
6  38:25  58:13  60:11,
13, 13  61:1, 18  80:18
85:2  88:24  143:13,
24
**working** 37:17  55:5
56:17, 19  60:15  61:7
72:16  108:7  118:12
143:2, 2  144:7, 9
159:19
**works** 84:10  131:3
**worry** 73:20
**would** 14:25  15:10,
16  28:9  31:15  32:5
34:11  37:18, 24
39:23  47:2  54:23
56:12  57:18, 19, 20
58:13, 17  60:12, 15
62:3  64:12  70:5, 18
71:10, 13, 21, 21, 22
72:11  73:10, 11, 14,
15  74:5, 7, 10, 15, 16,

19  75:7  76:5  78:3, 4,
13  79:15  80:18, 21
86:13, 20, 21  88:23
94:4  99:22, 23
103:21  107:10  117:4,
6  121:8  125:23, 24
127:14  136:6, 7, 8, 11,
11, 14, 15, 15, 17
140:17, 17  141:12
149:6, 13  151:8, 10
152:2  153:20  159:2
164:3  165:6, 24
166:12  167:1  168:17
179:7  183:21
**wouldn't** 11:11
14:24  178:7  181:8
**wrap** 11:7  130:12
180:15
**wrapped** 131:14
133:19
**write** 86:21  182:2
**writing** 86:2, 4  92:1,
2
**writings** 85:24  86:11
**written** 33:23  82:25
140:13  172:6
**wrong** 8:14  52:10
156:18
**wrote** 82:20  156:20
180:21, 24  184:15

< X >
**X** 2:1, 8  3:1  186:10
**x-ray** 113:2

< Y >
**Yeah** 10:7  13:17
15:13  16:3  17:2, 19
18:14, 17  20:5, 15
22:25  27:14  29:4, 19,
23  30:4, 20  33:2
35:4  36:4, 12  37:23
38:22  40:15  41:13,
24  44:12  47:23
49:13  52:4  54:14, 21
55:13, 21  56:13
60:20  61:7  62:6, 11,
19  63:1  64:11  65:7,
18, 23  66:4, 18  68:20
70:21, 21  71:20  72:8,

16, 22  75:16  77:16
80:22  83:15, 22
84:19, 22, 24  85:2, 10,
15  87:8  88:6, 6, 9, 21
89:23  90:4, 4, 20
91:6, 12, 24  92:18, 24
93:10, 22  94:19, 23
95:4, 5, 5, 15, 18, 25
96:8  97:6  99:11, 12,
25  100:16  101:8, 11,
14  103:10, 19  104:12,
17  106:14, 25  107:15
110:14, 20, 25  111:3,
5  112:2, 19  113:13
114:11, 12, 20  115:4,
6  116:8  118:15
119:1  120:13, 24
121:7, 19, 24  122:6,
18, 20  123:22  127:2,
23, 24  128:1, 5, 16
129:25  130:10, 14, 16,
20, 24  131:21  132:17,
21, 23  133:7, 10, 14
136:13  138:3  139:18
140:22  141:12  142:8
143:20, 22  144:2
145:13, 20  146:5
148:11  149:6, 13
151:3  152:2, 2, 6, 10,
10, 15  153:2  155:8,
10  156:14  158:1, 14,
18, 20  159:24  160:7
161:12  165:4, 6, 22
174:8, 25  176:5, 7
177:20  178:5  182:8,
13  185:7
**year** 21:24  23:14, 16
32:18  36:3  76:18, 19,
20, 21  91:22  92:1
**years** 10:9  13:25
23:12  35:8, 8  36:11
37:3  38:14  167:3
172:14  177:7
**Yes** 7:25  9:19, 22
10:1, 10, 13, 19, 24
11:10, 15  12:6, 16
13:20  16:14  17:9
18:14, 21  19:7, 12, 15
20:2, 20  21:10  22:23
23:6  24:11, 14, 18, 24

25:25  26:18, 23  28:3
30:25  31:7, 13  32:16,
22, 25  33:4, 13  34:6,
12, 20  36:7, 9  37:5
38:12, 15  39:3, 7
40:12, 17  41:1, 8
42:16  47:16, 18  49:6,
8, 10, 16  53:10, 16, 21,
24  54:6  55:25  56:2,
5, 6, 17  58:2, 9, 19, 24
59:9  60:2, 5  61:3
62:1  66:23  67:9, 12,
23  68:6, 8, 12, 23
69:6, 10, 20, 24  70:2
72:12, 25  73:14
74:13  76:7, 10, 16
77:2, 4  78:4, 10, 13
81:3, 19  82:22  88:25
89:4, 20  91:9, 15
92:20  93:6, 8  94:1,
12  95:23  96:19  99:5,
15, 18, 21  100:8
101:22, 25  102:4, 8,
12, 15, 19, 23  104:19
105:4, 8, 12, 20  108:6,
9, 15, 22  109:19, 25
110:17  111:16
115:15, 17  116:14, 20
117:1, 7, 13, 24  118:3,
13  119:8, 11, 13, 16
120:5, 7, 9  121:21
122:10, 13  123:7
124:7, 14  126:12, 14,
18, 20  127:13  129:25
132:11  133:15, 16, 21,
25  134:13, 15  135:1,
7  137:18  138:19
139:9, 23  141:16
142:6, 11, 13, 16, 23
143:1, 5, 8  146:20
147:10, 20  150:8
151:12  152:6  153:23
154:1, 5, 14  155:21
156:2, 9, 11  159:17
162:24  164:23
165:17, 19  169:14
172:17  173:8  178:2
180:20  181:2  182:15
183:23  184:1  185:7,

10
yesterday  177:8
yet  86:1  103:17
104:16, 21  129:19
142:15  175:4  179:2
you  7:5, 6, 8, 8, 10, 10,
15, 15, 17, 18, 18, 19,
19, 21, 21, 23  8:2, 3, 4,
8, 8, 13, 14, 16, 18, 20,
20, 20, 22, 23, 23, 24,
25  9:1, 2, 3, 12, 13, 14,
17, 20, 23  10:5, 8, 11,
14, 20, 22, 25  11:1, 3,
4, 11, 12, 12, 12, 21, 23
12:4, 5, 7, 9, 17, 23
13:3, 12, 13, 15, 19, 21,
22, 23, 23  14:1, 3, 5, 8,
13, 14, 16, 18, 21, 23,
24  15:2, 3, 3, 4, 8, 10,
16, 19, 22, 22, 25  16:7,
15, 20, 22, 25  17:3, 3,
4, 5, 7, 8, 11, 13, 15, 20,
21, 25  18:3, 4, 6, 12,
16, 20  19:19, 21, 23,
23  20:7  21:6, 7, 8, 12,
14, 19, 24  22:4, 8, 13,
15, 16, 20, 22  23:1, 2,
7, 10, 11, 11, 16, 17, 19,
19, 20, 23, 23  24:5, 5,
6, 9, 9, 12, 13, 15, 16
25:20, 21, 21, 23  26:1,
6, 11, 21, 25  27:4, 8,
10, 11, 12, 12, 20, 24,
25, 25  28:1, 2, 8, 9, 12,
15, 18, 18  29:2, 5, 8,
13  30:5, 16, 17, 19, 22,
22, 23  31:4, 8, 12, 14,
15, 20  32:3, 3, 3, 5, 5,
9, 10, 14, 14, 17, 19, 20,
23, 23  33:1, 3, 7, 14,
16, 21, 23, 24  34:1, 1,
14, 16, 19, 19, 21, 23
35:7, 7, 9, 10, 11, 15,
16, 21, 23, 25  36:1, 1,
6, 8, 10, 15, 18, 22, 23,
23  37:4, 13, 14, 14, 24
38:2, 8, 13, 16, 23
39:4, 8, 11, 12, 19, 20
40:5, 5, 10, 13, 16, 20,
20  41:3, 4, 10, 21, 23

42:1, 3, 7, 7, 7, 17, 18,
21, 25  43:4, 6, 14, 18,
19, 19  44:1, 5, 10, 17,
17, 18, 18, 20  45:4, 8,
17, 19, 19, 22  46:3, 4,
8, 14, 14, 16, 18, 19
47:3, 4, 5  48:11, 14,
17  49:1, 14, 19, 24
50:2, 5, 6, 10, 18, 24
51:4, 13, 17, 20  52:6,
12, 16, 23  53:2, 2, 3, 4,
4, 5, 11, 19, 22  54:2,
10, 11, 13, 18, 19, 25
55:1, 1, 7, 8, 11, 11, 14,
15, 23  56:8, 10, 15, 16,
20, 24  57:2, 2, 3, 6, 10,
11, 16, 17, 23  58:3, 5,
8, 17  59:6, 7, 15, 16,
17, 19, 20  60:3, 7
61:1, 5, 14, 14, 15, 16,
18, 19, 23, 24  62:10,
12, 20, 24  63:3, 6, 8, 8,
10, 10, 13, 14, 15, 20,
24  64:3, 3, 8, 9, 10, 14,
15, 17, 21, 22, 25  65:5,
5, 9, 10, 10, 11, 14, 17,
20, 20, 21  66:2, 3, 5,
13, 20, 20, 21, 24, 25
67:10, 10, 15, 17, 18,
19, 21  68:3, 10, 10, 13,
14, 15, 22, 24, 25  69:3,
4, 8, 8, 11, 17  70:5, 7,
7, 11, 13, 13, 14, 15, 18,
24  71:8, 8, 10, 13, 13
72:2, 6, 7, 9, 10, 11, 13,
14  73:2, 3, 6, 7, 8, 10,
11, 16, 16, 18, 22, 23
74:7, 7, 8, 10, 14, 15,
21, 23, 23, 24  75:4, 11,
14  76:2, 5, 8, 11, 12,
18, 20, 21, 25  77:5, 5,
6, 8, 12, 12, 13, 17, 20,
23, 24  78:2, 2, 3, 8, 11,
20, 25  79:4, 12, 15, 22
80:2, 10, 15, 23, 25
81:4, 7, 10, 12, 16, 24
82:1, 3, 5, 8, 10, 14, 18,
20, 23  83:3, 5, 8, 9, 16,
17, 18, 18, 21, 24  84:5,
6, 8, 8, 13, 14, 20, 25

85:4, 9, 13, 21, 21, 23,
24, 25  86:6, 8, 10, 13,
14, 14, 15, 18, 18, 21,
24  87:1, 5, 12, 15, 19,
19  88:3, 7, 11, 14, 17,
17, 18, 24  89:1, 16, 18
90:2, 9, 9, 11, 13, 13,
17, 18, 22, 23, 25, 25
91:2, 2, 3, 6, 7, 16, 17,
18, 22, 25  92:10, 10,
13, 13, 19, 21, 23, 25
93:3, 7, 11, 14  94:3, 5,
17, 18, 20, 21  95:7, 9,
10, 11, 12, 13  96:3, 9,
13, 13  97:4, 4, 5, 7, 18,
19, 23  98:1, 2, 3, 4, 8,
24  99:3, 8, 8, 14, 16,
17, 19, 22, 23  100:1, 2,
18, 22, 23  101:1, 1, 6,
16, 20, 24  102:5, 10,
14, 21  103:8, 17, 17,
21, 24  104:2, 13, 15
105:3, 7, 10, 13, 17, 21
106:3, 5, 6, 11, 11, 13,
15, 15, 16, 17, 19, 19
107:7, 9, 12, 12, 13, 16,
23  108:1, 5, 7, 18, 19,
20, 23, 23  109:2, 4, 13,
15, 16, 23  110:1, 1, 2,
8, 9, 12, 15, 15, 21, 22,
23, 23, 24  111:1, 4, 7,
13, 14, 25  112:3, 7, 9,
14, 18, 21, 25  113:1, 5,
10, 12, 14, 18, 18, 19,
24, 25, 25  114:1, 7, 8,
12, 13, 14, 21, 24
115:13, 21, 24  116:5,
5, 22  117:10, 11, 16,
18  118:11, 11, 20, 25,
25  119:5, 6, 12, 15, 20,
22, 23  120:8, 12, 14,
18  121:4, 10, 10, 12,
20, 22  122:5, 7, 15
123:4, 12, 16  124:2, 5,
6, 13, 15, 18, 20, 22, 24
125:6, 7, 10, 11, 21, 23,
24, 24, 25  126:5, 11,
11, 17, 19, 21, 24
127:15, 22  128:3, 4,
10, 11, 17, 22, 25

129:*1, 10, 18*  130:*2, 3,
5, 7, 16, 23*  131:*16, 22*
132:*4, 5, 9, 16, 22*
133:*15*  134:*1, 17, 18*
135:*3, 5, 14, 17*  136:*4,
5, 6, 14, 21*  137:*6, 11,
16, 22, 22, 25*  138:*2, 4,
5, 14, 14, 16, 16, 23*
139:*8, 10, 19, 24, 25*
140:*1, 2, 2, 3, 6, 6, 7,
11, 12, 20*  141:*17, 17,
18*  142:*9, 14, 19, 19,
21*  143:*2, 2, 6, 7, 14,
17*  144:*12, 16, 19*
145:*4, 5, 6, 11, 14, 14,
21, 22*  146:*6, 9, 9, 10,
11, 17, 18, 21*  147:*2, 8,
8, 11, 15, 16, 21, 21*
148:*1, 2, 9, 9, 12, 12,
13, 18, 19, 22, 22, 23*
149:*4, 8, 8, 11, 15, 24*
150:*4, 6, 9, 10, 13*
151:*16, 21, 22*  152:*5,
11, 16, 20, 23, 23, 25*
153:*16*  154:*3, 6, 6, 7,
9, 15, 21, 21, 22, 22, 25*
155:*1, 2, 6, 6, 9, 11, 17,
17, 18, 20, 20, 25*
156:*3, 19, 20, 22*
157:*5, 5, 10, 21, 21*
158:*4, 5, 6, 7, 9, 16, 17,
24*  159:*2, 7, 12, 18, 22,
22, 23*  160:*1, 1, 1, 2, 5,
5, 6, 8, 9, 12, 16, 24*
161:*8, 9, 13, 16, 17, 20,
21, 21*  162:*4, 7, 11, 18,
23*  163:*7*  164:*6, 6, 14*
165:*11, 16, 21, 24*
166:*2, 11, 12, 14, 23*
167:*6, 17, 18, 18*
168:*11, 23*  169:*11, 21*
170:*2, 3, 3, 6, 10, 10,
18, 24, 24*  171:*10, 11,
16*  172:*1, 2, 3, 10, 11,
15, 18, 19, 25*  173:*5, 6,
10, 15, 22, 22*  174:*3, 7,
22*  175:*1, 9, 18, 21, 21*
176:*1, 4, 21, 21, 23*
177:*3, 12, 15, 16, 20,
20, 25*  178:*4, 8, 8, 16,*

*22*  179:*1, 6, 7, 12, 16,
17, 18, 22, 24*  180:*2, 6,
6, 17, 21, 22, 22, 23, 25*
181:*1, 3, 3, 4, 5, 12, 12,
13, 15, 15, 16, 16, 21,
22, 23*  182:*6, 6, 11, 11,
14, 19, 23*  183:*2, 10,
11, 12, 15, 18, 21, 25*
184:*2, 4, 7, 10, 12, 13,
15, 18, 25*  185:*2*
**younger**  33:*7*  76:*19,
20, 21*  98:*23*
**youngest**  20:*9*  39:*13*
**your**  5:*22*  6:*3, 6*  7:*6,
20, 23*  8:*7, 7*  9:*12, 15,
20*  10:*5, 12, 16*  11:*18,
23*  12:*4*  13:*4, 8, 18,
24*  14:*8*  15:*9, 12*
16:*11, 21*  18:*1, 19, 22,
23*  19:*13, 24*  20:*25*
21:*8, 9, 16, 18*  22:*19*
24:*21, 25*  26:*17*  27:*3,
4, 22*  29:*8, 17, 17, 22*
30:*9, 10, 12, 19*  31:*5*
32:*3, 13*  33:*5, 11, 12,
15, 16*  34:*4, 9, 11, 13,
16*  35:*1*  37:*6, 20, 21*
39:*12, 15, 18, 19*
42:*11, 24*  44:*3*  45:*11,
17*  46:*9, 20, 25*  47:*8,
19*  49:*19*  51:*13, 24*
52:*5*  54:*18*  55:*11*
58:*7, 17*  59:*6, 7, 12,
24*  61:*19*  62:*2, 17*
66:*6, 9, 9, 9, 21, 25*
67:*4*  69:*3, 4, 7*  71:*6,
18*  72:*9, 14*  76:*4*
80:*23*  81:*1, 11, 15, 15,
15*  82:*1, 1*  83:*12, 14*
85:*8, 14, 21*  87:*21*
88:*7, 11*  89:*13, 15, 21*
90:*19, 19*  91:*3*  93:*16*
94:*2, 11*  96:*22*  98:*1,
11*  99:*1, 2, 2*  100:*13,
13*  101:*9, 12*  105:*2, 6*
106:*2*  107:*8*  108:*10,
10, 12, 13, 14*  110:*2,
19, 21*  112:*9*  113:*25*
115:*16, 21*  117:*16*
120:*22*  122:*19*

123:*14*  124:*22*
126:*16*  127:*9, 11, 25*
131:*16*  142:*3, 21*
143:*3*  145:*15*  153:*21*
154:*22*  164:*14*  168:*9*
169:*3, 4, 10*  174:*9*
180:*21, 24*  182:*7, 24*
184:*25*
**you're**  9:*8*  16:*4*  29:*5*
40:*11*  52:*3*  75:*12*
87:*20*  91:*6*  102:*1*
103:*18*  104:*3*  112:*23*
119:*22*  151:*4, 9, 23*
152:*22, 24*  153:*3, 25*
160:*15*  163:*4*  166:*14*
179:*2*
**yours**  143:*18*
**yourself**  16:*20*  46:*5*
86:*19*  97:*4*  179:*7*
**you've**  9:*14*  11:*7*
13:*18*  17:*11*  18:*3*
28:*8*  32:*2*  35:*2, 8, 9*
40:*9*  81:*5*  82:*10, 24*
85:*11*  100:*15*  106:*17*
113:*25*  141:*22*
181:*11*
**Yucca**  29:*10, 15*  31:*5*

**< Z >**
**Z.O**  78:*23*
**Z.O.'s**  78:*23*
**Z0-PBH-MD-000001**
3:*8*
**zero**  178:*19*
**ZO-BTMC-MD-00000
1**  3:*11*
**ZO-ClearPHF-000043**
3:*9*
**Z▮**        13:*1*  14:*15*
16:*16*  22:*15*  23:*24*
24:*3, 9*  27:*11*  28:*25*
30:*23*  33:*11, 15, 20*
37:*13, 18, 21*  40:*25*
41:*5, 10*  42:*12, 17, 17,
22, 25*  43:*6*  46:*10*
47:*17*  48:*1*  49:*2, 2,
25*  50:*3, 15*  51:*2, 20*
52:*6, 12, 25*  53:*17, 18,
22*  54:*10*  55:*1, 9, 20,
24*  56:*8, 16*  57:*17, 19,*

20, 22*  58:*3, 7*  59:*15*
60:*3*  64:*4*  66:*20*
70:*6, 6, 7*  71:*9*  75:*5*
76:*9, 23*  77:*13, 18*
80:*10*  82:*11*  83:*9*
85:*25*  88:*19*  89:*6*
91:*16*  92:*2*  94:*21*
95:*13*  96:*14*  98:*2*
99:*3*  103:*3*  106:*12,
19*  107:*9, 11*  111:*4, 6*
116:*7, 10*  117:*4*
120:*6*  121:*23*  122:*8*
125:*11*  128:*4*  132:*5,
8*  133:*5*  134:*11*
139:*1, 2, 4, 5, 15*
141:*8*  142:*22*  143:*18*
144:*2, 9, 25*  145:*1, 21*
146:*24*  148:*23, 24*
151:*24*  154:*15*
155:*25*  156:*21*
158:*25*  161:*15*  164:*7,
18, 24*  165:*14*  166:*21*
169:*5, 9*  171:*20*
178:*21*  179:*25*  181:*1,
13*  182:*7*  183:*19, 20,
24*
**Zoey's**  16:*11*  35:*21*
40:*13*  45:*3*  49:*5*
57:*15*  78:*22*  82:*18,
23*  111:*19, 24*  139:*7*
173:*5*
**ZO-MCOME-000001**
3:*18*
**Zoom**  4:*14*
**ZO-TempePD-000001**
3:*15*
**ZO-TempePD-000110**
3:*20*
**ZO-TempePD-0001531
53**  3:*17*