# **EXHIBIT 25**



Deposition of **Andrew Olson**

Date:  October 22, 2020

Case:  Courkamp, Kathleen vs. Fisher-Price, Inc.

BARTELT | NIX REPORTING
602.254.4111
Office@BarteltReporting.com

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 3 of 132

Deposition of Andrew Olson
10/22/2020

Page: 1 (1 - 4)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 2

```
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


Kathleen Courkamp, for      ) No. 2:19-CV-02689-GMS
herself and on behalf of    )
other statutory             )
beneficiaries,              )
                            )
          Plaintiff,        )
                            )
vs.                         )
                            )
Fisher-Price, Inc., a       )
foreign corporation; Mattel,)
Inc., a foreign corporation,)
                            )
          Defendants.       )
_____ )




        VIDEOTAPED DEPOSITION OF ANDREW OLSON

                  Tucson, Arizona
                  October 22, 2020
                    9:35 a.m.




                  BARTELT|NIX REPORTING, LLC
                    RRF No. 1028
                  3101 N. Central Ave., Suite 290
Prepared by:              Phoenix, Arizona 85012
JEFFREY W. BARTELT, CR, RPR  Phone: (602) 254-4111
Certificate No. 50363     office@barteltreporting.com
```

1    I N D E X

WITNESS:

ANDREW OLSON                              PAGE

     Examination by Ms. Lovett.............5, 262

     Examination by Mr. Schriner.............257


             E X H I B I T S

NO.            DESCRIPTION                 PAGE

1   Andrew Olson's Responses To Defendants'
    First Set Of Interrogatories To Plaintiff...67

2   Childhood/Adloescent Immunization
    Administration Record
    CONFIDENTIAL ZO-ClearPFH-000001 - 41........131

3   Recorded Interview of Andrew Olson, David
    Olson and Sarah Olson.....................137

4   Photographs
    CONFIDENTIAL ZO-TempePD-000356 - 362........184

5   Photographs
    COU_005563 - 5823...........................190

6   Photographs
    COU_007085 - 7295...........................196

7   Photographs
    CONFIDENTIAL ZO-TempePD-000176, 206, 207,
    208, 212, 213, 214, 215, 219, 250, 348......208

8   Tempe Police Department Certification
    CONFIDENTIAL ZO-TempePD-000031 - 85.........238

9   Affidavit Of Custodian Of Records
    CONFIDENTIAL ZO-MCOME-000001 - 2...........242

Page 3

```
           DEPOSITION OF ANDREW OLSON,

commenced at 9:35 a.m. on October 22, 2020, at the

WESTIN LA PALOMA RESORT & SPA, UDALL EXECUTIVE

BOARDROOM, 3800 East Sunrise Drive, Tucson, Arizona,

before JEFFREY W. BARTELT, a Certified Reporter, CR

No. 50363, for the State of Arizona.


                        * * *


            A P P E A R A N C E S


    For the Plaintiff:

    GOLDBERG & OSBORNE, LLP
    By:   Kristin J. Schriner, Esq.
          698 East Wetmore Road, Suite 200
          Tucson, Arizona 85705
          kschriner@goldbergandosborne.com

    For the Defendants:

    (Via Zoom videoconference)
    GREENBERG TRAURIG, LLP
    By:   Mary-Olga Lovett, Esq.
          1000 Louisiana Street, Suite 1700
          Houston, Texas 77002
          lovettm@gtlaw.com

    For the Defendants:

    GREENBERG TRAURIG, LLP
    By:   Aaron T. Lloyd, Esq.
          2375 East Camelback Road, Suite 700
          Phoenix, Arizona 85016
          lloyda@gtlaw.com

    Also present:

          Josh Coleman, Videographer
```

Page 4

```
                        Tucson, Arizona
                        October 22, 2020
                          9:35 a.m.


                        * * *


        THE VIDEOGRAPHER:  We are now on the record.

My name is Josh Coleman representing Veritext.

Today's date is October 22nd, 2020.  The time is

approximately 9:35 a.m. Arizona time.

        This deposition is being held remotely

through Zoom and is being taken by counsel for the

defense.  The caption in this case is Kathleen

Courkamp vs. Fisher-Price Incorporated, et al.  This

case is filed in the United States District Court

for the District of Arizona, Case No.

2:19-cv-02689-GMS.

        The name of the witness is Andrew Olson.

        At this time all attorneys present will

please state their appearances and whom they

represent.

        MS. LOVETT:  After you, Ms. Schriner.

        MS. SCHRINER:  Kristin Schriner on behalf of

Kathleen Courkamp and statutory beneficiary Andrew

Olson.

        MS. LOVETT:  Good morning.  Mary-Olga Lovett
```

Page 5

1   along with my colleague there, Aaron Lloyd,
2   Greenberg Traurig representing Mattel, Fisher-Price.
3
4
5                      ANDREW OLSON,
6   called as a witness herein, having been duly sworn,
7   was examined and testified as follows:
8
9                         * * *
10
11                     EXAMINATION
12  BY MS. LOVETT:
13      Q.   Good morning, Mr. Olson.
14      A.   Good morning.
15      Q.   My name is Mary-Olga Lovett.  Most people
16  call me Mo.  This is a -- for a number reasons this
17  is an odd way to have a conversation, so the first
18  thing I want to tell you is I'm very sorry for the
19  subject matter that brings us here.  I and my
20  clients are very sorry for your loss and very sorry
21  that you've had to go through this.  And I
22  understand this deposition will be -- you know,
23  first of all, it's just -- it's odd to have your
24  deposition taken, and I have taken probably over a
25  thousand of them, but I have also had one taken and

Page 6

1   it felt very strange for me to be on the other side
2   of it, so I want to just kind of lay out a few
3   ground rules unless you've done this before.  Have
4   you had a deposition taken?
5       A.   No, I haven't.
6       Q.   So if -- in the pre-pandemic world we would
7   be sitting there and I would be handing you
8   documents, and it's going to work a lot like that
9   today.  Our court reporters who are all working on
10  this amazing virtual platform, we need to be able to
11  give each other time maybe for video delays but also
12  so that the court reporter -- if you and I were
13  sitting across from one another right now having a
14  conversation, you would know where I'm going with
15  the question and you'd say, oh, yeah, yeah, yeah, I
16  know what you mean, and vice versa, but our court
17  reporter, Mr. Bartelt, can't take everything down if
18  we are speaking over each other, so even if you
19  think you know where I'm going with the question, if
20  you'll just wait until I finish, then you'll be able
21  to give the answer.  And, likewise, I won't jump
22  into any of your answers, or I will try not to.  I
23  will make sure that you're finished with the answer.
24  Okay?
25      A.   Okay.

Page 7

1       Q.   If we were sitting across from one another,
2   our conversation might be something like "uh-huh" or
3   "huh-uh" and you would be nodding and I would get
4   it, but those are things that our court reporter --
5   "uh-huh" and "huh-uh" look exactly the same in
6   writing, so even though that's part of my everyday
7   parlance, and I'm sure yours, too, if you'll
8   remember to say yes or no and answer verbally,
9   because if you're nodding your head, we can see you
10  on the video, but we also need the written record.
11  Okay?
12      A.   Okay.
13      Q.   I know that we are dealing with a very sad,
14  sensitive subject matter and that there may be times
15  today when it's tough to talk about what happened,
16  and so, unfortunately, it's my job to take you
17  through as much of that as I can and learn as
18  much -- this is the once chance I can get before
19  trial to learn about the situation from your
20  viewpoint of what happened from your vantage point,
21  but it's not meant to be a marathon or an exercise
22  in endurance for you.
23          So if you need a break for any reason, if
24  you feel emotional, if you need to grab a bite to
25  eat, if you just need to kind of stretch your legs

Page 8

1   and clear your head for a minute, all you have to do
2   is put your hand up like this so I can see you and
3   say, hey, I need a break, and I will accommodate
4   you.  I'm going to ask that we not take breaks
5   between question and answers, if possible, but,
6   otherwise, I will give you one any time if you need
7   it.  Okay?
8           I know it is 9:39 Arizona time.  I'm in
9   Texas, so it's just before lunchtime here.  I can
10  envision that we are probably going to want a
11  lunchbreak for you somewhere within -- you know,
12  within a couple hours, so we will try to get to a
13  stopping point and break for maybe 30 minutes or so
14  just to let you have something to eat, although a
15  bagel sandwich sound goods to me, but I don't expect
16  you -- I don't expect that to hold you -- to hold
17  you over all day.
18          So before we get stated, I'm also going to
19  ask you some questions that -- about things that I
20  don't think you'll be offended by.  For example, if
21  I had taken a Claritin this morning, it might make
22  me a little fuzzy and might make it not the best day
23  to take our deposition.  These aren't intended to be
24  offensive questions and all about making sure that
25  you're giving your testimony today that we rely on

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 5 of 132

Page: 3 (9 - 12)
Courkamp, Kathleen vs. Fisher-Price, Inc.

---

Page 9

1  in the future.

2          So, for example, is there anything that you

3  can think of that would keep you from being able to

4  give your fullest and best testimony today?

5      A.  No, I can't.

6      Q.  Okay.  Have you been ill or are you taking

7  any medications on a regular basis?

8      A.  No, I'm not.

9      Q.  And have you taken any medications today for

10  any reason?

11      A.  No.

12      Q.  Okay.  So I want to just start with basic

13  background and I will ask a few questions about sort

14  of your -- have you ever filed a lawsuit before or

15  been sued?

16      A.  I have not.

17      Q.  Have you ever filed for bankruptcy or had

18  any other connection with the civil legal system?

19      A.  No.

20      Q.  Okay.  So where did you grow up?

21      A.  Albuquerque, New Mexico.

22      Q.  Were you born there?

23      A.  Yes.

24      Q.  And how long did you live in Albuquerque?

25      A.  Eight years.

---

Page 10

1      Q.  And where did you move next?

2      A.  To Phoenix, Arizona.

3      Q.  All right.  Have you stayed in the Arizona,

4  Phoenix area, Tucson, Tempe area since that time?

5      A.  Sorry.  Say that one more time.

6      Q.  Have you been in Arizona since the time you

7  moved when you were eight?

8      A.  Not the entire time.

9      Q.  Okay.  So we will talk about -- your parents

10  are David and are Sarah; is that right?

11      A.  Yes.

12      Q.  And have they always been married during

13  your lifetime?

14      A.  They were married, yes.

15      Q.  All right.  Are they no longer married?

16      A.  No.

17      Q.  All right.  When did they divorce?

18      A.  They didn't divorce.  My mom passed away in

19  2014.

20      Q.  I'm so sorry to hear that.  When did she

21  pass away?

22      A.  In 2014.

23      Q.  Right.  Do you know the month?

24      A.  Yes.  September 15, 2014.

25      Q.  Okay.  I'm very sorry to hear that.

---

Page 11

1          Tell me about what your dad did for a living

2  or does for a living.

3      A.  He's an electrical engineer.  Right now he

4  works for Apple.

5      Q.  All right.  And was he working as an

6  electrical engineer; was that the reason for your

7  move from Albuquerque to Phoenix?

8      A.  Yes.

9      Q.  So where did you go to high school?

10      A.  Mountain Ridge High School in Glendale.

11      Q.  And did you graduate?

12      A.  Yes.

13      Q.  What year was that?

14      A.  2012.

15      Q.  Did you play any sports or have any academic

16  interests when you were in high school?

17      A.  Yes.

18      Q.  Tell me about some of those.

19      A.  I wrestled in high school and marching band

20  in high school and --

21      Q.  What did you play?

22      A.  Saxophone.

23      Q.  Me, too, alto.  I was terrible.  I loved it.

24          Go ahead.  Okay.  So marching band,

25  wrestling.  What else?

---

Page 12

1      A.  Yeah.  Track and cross-country.

2      Q.  All right.  And what about -- what were your

3  plans for college after high school?  Did you have

4  an idea of the field you wanted to go into?

5      A.  I had a rough idea of just going for

6  engineering because that's what my dad was going for

7  or that's what he did.

8      Q.  Sure.  Sorry.  See, I'm doing it now.  Go

9  ahead.

10      A.  That's just -- that was that.

11      Q.  Were you interested in pursuing a double EE

12  degree, was it another type of engineering that

13  appealed to you?

14      A.  No.  Just electrical engineering.  He was a

15  happy person and he enjoyed his job, so it seemed

16  like a good route.

17      Q.  Sure.  So after you graduated from high

18  school, what was your next step in your education?

19      A.  Going to community college.

20      Q.  All right.  Which community college did you

21  attend?

22      A.  Glendale Community College.

23      Q.  All right.  How long were you there?

24      A.  Just one semester.

25      Q.  All right.  So this would have been, I

---

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 6 of 132

Deposition of Andrew Olson                                    Page: 4 (13 - 16)
10/22/2020                                Courkamp, Kathleen vs. Fisher-Price, Inc.

---

Page 13

1   guess, fall of 2012?
2       A.  Yes.
3       Q.  And then where did you go?
4       A.  To Colorado.
5       Q.  And what were you doing in Colorado?  Why
6   did you go to Colorado?
7       A.  Katie and I started dating when we lived in
8   Glendale and then we moved to Colorado Springs.
9       Q.  All right.  So you and Katie met working
10  together at a restaurant; is that right?
11      A.  Yes.
12      Q.  And which restaurant was that?
13      A.  Einstein's Bagels.
14      Q.  All right.  So why -- what was -- I guess
15  when did you start dating Katie?  You met at the
16  restaurant, or did you meet out with friends from
17  the restaurant, or how did the relationship
18  develop?
19      A.  We met at the restaurant and then we started
20  dating a few months after we both started working
21  there.
22      Q.  All right.  And you were working, going to
23  school at the same time?
24      A.  Yes.
25      Q.  And was Katie also working and going to

---

Page 14

1   school?
2       A.  Yes.
3       Q.  Are you older than Katie?
4       A.  No.
5       Q.  So how old were you at this time?
6       A.  I was 17.
7       Q.  So you were 17.  How old were you when you
8   guys decided to move to Colorado?
9       A.  17.
10      Q.  And what precipitated that move?
11      A.  Just first move after high school and just
12  ready to get our life started and wanted a new place
13  and a fresh start.
14      Q.  All right.  So that was in 2012 or 2013?
15      A.  2012.
16      Q.  So you said you were one semester at
17  Glendale Community College.  What month, if you
18  remember, did you move out to Colorado Springs?
19      A.  December.
20      Q.  Did Katie know people there?  Was her family
21  from there?  What was the connection to Colorado
22  Springs?  Any connection?
23      A.  No connection.
24      Q.  So how did you two choose that as your next
25  place to move, or your first place to move, I should

---

Page 15

1   say?
2       A.  Just kind of browsing around places in
3   Colorado, specifically, and landed on Colorado
4   Springs.  We took a visit there to see what we
5   thought about the town and really enjoyed it.
6       Q.  Were you hoping to continue your education
7   there?
8       A.  Yes.
9       Q.  And was Katie in school at that time, as
10  well, in either a community college or college?
11      A.  Yes.
12      Q.  And what was she studying?
13      A.  We were both just getting our undergrad.
14  Just our basic classes, so taking English and taking
15  math and taking --
16      Q.  Do you know what Katie's aspirations were in
17  terms of her career path?
18      A.  Nothing too specific.
19      Q.  And so did either of you have jobs lined up
20  in Colorado Springs when you moved?
21      A.  Yes.
22      Q.  And what was your job?
23      A.  I worked at Einstein's.  Another location of
24  Einstein's.
25      Q.  All right.  And what about Katie?

---

Page 16

1       A.  Subway.
2       Q.  Okay.  So you all -- you were able to
3   transfer -- you would have transferred or did you
4   have to interview with Einstien Brothers separately,
5   or how does that work?
6       A.  I just walked in and told them that I worked
7   for Einstein's for a while and I was supervising and
8   they hired me.
9       Q.  So did you -- you said you visited Colorado
10  Springs and you liked it.  What precipitated -- when
11  you -- before you moved, how did you find a place to
12  live?
13      A.  We just went around town looking at
14  apartment complexes and decided on one that we
15  liked.
16      Q.  All right.  So then you signed a lease and
17  then you moved out there.  Did you guys drive out
18  there together?
19      A.  Yes.
20      Q.  And so tell me about just basically your
21  living setup and how you guys were living and
22  working sort of, you know, just basically your
23  everyday life in Colorado beginning in December of
24  2012.
25      A.  Einstein's is a breakfast place, so I was

---

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 7 of 132

Deposition of Andrew Olson                                    Page: 5 (17 - 20)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 17

1  working mornings to afternoons and she was
2  working -- she had a varied schedule that changed
3  between working in the morning and the afternoon,
4  and we both had school in the evening.
5      Q.  And where were you going to school?
6      A.  Pike's Peak Community College.
7      Q.  Were you able to go to some of the same
8  classes together?
9      A.  No.
10     Q.  All right.  So you were both going to
11 school.  Were you carrying a full load or a
12 part-time load at that point?
13     A.  Part time.
14     Q.  And so tell me about when you learned that
15 Katie was expecting Z███.
16     A.  What do you mean?
17     Q.  Well, when you learned that Katie was
18 pregnant.  Were you in Colorado when you found that
19 out?
20     A.  Yes.
21     Q.  All right.  Do you remember when in 2013 you
22 found out that Katie was pregnant with Z███?
23     A.  We found out in 2012 that she was
24 pregnant.
25     Q.  Oh, 2012.  I'm sorry.  I'm sorry.  She was

Page 18

1  born in 2013, in September of 2013, so I was kind of
2  going back nine months, but you found out late
3  2012?
4      A.  Yes.
5      Q.  Okay.  Was Katie pregnant when you moved to
6  Colorado Springs, or did you know she was?
7      A.  No.  She wasn't pregnant when we moved to
8  Colorado Springs, no.
9      Q.  All right.  So you moved in December of
10 2012.  Sometime after you arrived there or early in
11 the year you learned that Katie was expecting?
12     A.  Yes.
13     Q.  And what did you do and was this a planned
14 pregnancy?  I know that's kind of an odd question,
15 but just -- I didn't know if you moved there because
16 you were considering it or if you had, you know,
17 some plans to be there, or was it just a happy
18 surprise?
19     A.  It was a happy surprise.
20     Q.  All right.  Did finding out that Katie was
21 pregnant, did that change your plans for the short
22 term in Colorado?
23     A.  Yes.
24     Q.  What did you decide to do?
25     A.  We decided to move back to Glendale.

Page 19

1      Q.  And why is that?
2      A.  Because we both have family there.
3      Q.  And so how long did you actually stay in
4  Colorado?
5      A.  I was there about seven months and she was
6  there about five months.
7      Q.  All right.  So fair to say based around,
8  just around that timeline that some of the -- Katie
9  moved back sometime around May and then you moved
10 back sometime around July?
11     A.  I moved back June 2nd.  She moved back --
12     Q.  Okay.
13     A.  -- a couple months before that, so in April.
14     Q.  All right.  And so what was the plan with
15 respect to you staying behind?
16     A.  I just needed to finish out the semester, so
17 I stayed there, finished out the semester and they
18 moved back to Glendale after that.
19     Q.  All right.  Did Katie finish her semester,
20 or was she able to finish her semester?
21     A.  No.
22     Q.  All right.  So you moved back to Glendale.
23 Then what were your living arrangements then?
24     A.  At that time, I just moved back into my
25 parents' place.

Page 20

1      Q.  All right.  And what about Katie?
2      A.  She was at her mom's place.
3      Q.  So did you all start making arrangements at
4  that time to -- when Z███ was born, plans for
5  how you would deal with having a new baby and new
6  family?
7      A.  Yeah, we were making plans.
8      Q.  Okay.  Tell me about what your general plans
9  were, because I know Z███ was born in September, so
10 tell me what your general -- the end of September,
11 what your general plans were when you returned back
12 to Glendale in June of 2013.
13     A.  My brother had asked me to move into a house
14 that he had found with his wife at the time and I
15 decided to move into that house and Katie and I both
16 decided to move into that house.
17     Q.  This was your brother Daniel?
18     A.  Yes.
19     Q.  And he was married at the time?
20     A.  Yes.
21     Q.  And his wife's name was?
22     A.  Lydia.
23     Q.  All right.  And were Daniel and Lydia still
24 married at the time of Z███'s passing?
25     A.  No.

Page 21

1   Q.  So I just need the diagram of the house and
2   I have got a pretty good idea from the photos of the
3   house, but it appears to me to be some sort of
4   structure that's divided where you have living areas
5   where you can access each other, but there is also
6   sort of a -- I don't know if it's exactly right to
7   call it a duplex, so maybe I should let you describe
8   it for me.
9       A.  I would call it a duplex.
10      Q.  Okay.  So it's like a duplex where -- and,
11  you know, your brother, you can both live there and
12  you can interact, but you also have privacy for you
13  and your families?
14      A.  Yes.
15      Q.  So did you make any plans -- what was your
16  employment when you came back?  Were you reemployed
17  right away when you returned to Glendale?
18      A.  No, not right away.
19      Q.  All right.  What was your first job and when
20  did you get it?
21      A.  When I moved back?
22      Q.  Yes.  When you moved back to Glendale.
23      A.  I worked at Einstein's in Glendale, the same
24  one that Katie and I met for a little bit before I
25  moved to Tempe where the house was.

Page 22

1   Q.  Okay.  So originally the plan was for you
2   and Katie to live on the other side of the duplex
3   with Daniel and Lydia; is that correct?
4       A.  Yes.
5       Q.  And then at some point do you know what
6   month you moved to Tempe?
7       A.  I believe it was the end of July.
8       Q.  And so my geography is terrible.  How far
9   away from Glendale is Tempe?
10      A.  About 20 miles.
11      Q.  All right.  30, 45-minute drive with
12  traffic?
13      A.  Yes.
14      Q.  All right.  So was there a reason that you
15  moved away -- (Internet connection breakup.)
16          MS. SCHRINER:  Hey, Mo, we lost you.
17          MS. LOVETT:  I'm sorry.  I'm getting a
18  message that our internet connection is unsecure.
19  Yeah I just got a message that popped up and said
20  your internet connection is unsecure.  Just so you
21  know, we're sitting in our law firm with a T1 cable,
22  so I'm not sure.  We will give it another shot.  Can
23  you hear me all right now, Mr. Olson?
24          THE WITNESS:  I can hear you all right now,
25  yes.

Page 23

1   Q.  BY MS. LOVETT:  Okay.  Yeah.  I asked a
2   question that I thought -- I know that wasn't that
3   confusing, but I just froze up on you.
4       So tell me, so your move to Tempe was to
5   move into the other side of the duplex with Daniel
6   and Lydia; is that right?
7       A.  Yes.
8       Q.  And did Katie move there with you then?
9       A.  Yes.
10      Q.  So was Katie having prenatal care while you
11  two were living together in Tempe?
12      A.  Yes.
13      Q.  And do you know where she went?
14      A.  I do not.  I don't remember.
15      Q.  Okay.  Did you go with her ever?
16      A.  Yeah, when I could.
17      Q.  All right.  So do you remember kind of the
18  location where you were going or any of the doctors
19  that you saw?
20      A.  It was in Glendale.  I don't remember the
21  cross roads.
22      Q.  All right.  So she was having -- she was
23  doing her prenatal care in Glendale, living in
24  Tempe?
25      A.  Yes.

Page 24

1   Q.  And when she first moved in with you and
2   your brother, his wife was also living there, Lydia;
3   is that right?
4       A.  Yes.
5       Q.  And what does Daniel do for a living?
6       A.  Right now he's a software engineer.
7       Q.  And what was he doing when you all were
8   first living together in Tempe in 2013?
9       A.  He would have been a line cook.  He worked
10  at a few different restaurants.  I can't remember
11  the restaurant, though.
12      Q.  All right.  What about Lydia; was she
13  employed outside the home?
14      A.  Yes, she was.
15      Q.  And what did Lydia do in mid-2013 when you
16  all lived there together?
17      A.  She basically ran an at-home nail salon.
18      Q.  From the house?
19      A.  Yes.
20      Q.  All right.  Did she and Katie get along?
21      A.  Yes.
22      Q.  Did she ever do Katie's nails?
23      A.  Yeah.
24      Q.  That kind of thing.  Yeah, it's a bonding
25  thing.  So she had the entire setup there like

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 9 of 132

Deposition of Andrew Olson
10/22/2020

Page: 7 (25 - 28)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 25

1  the -- and now I'm going to ask you questions that
2  are unfair to ask a guy, but like, you know, the
3  acrylic nails, the nails, basically, where she could
4  do everything that you could do in a nail salon even
5  like the mechanical file and all kind of that stuff
6  from home?
7        MS. SCHRINER:  Form, foundation.
8        THE WITNESS:  Yes.  Yes.  She had the UV
9  light and everything.
10       Q.  BY MS. LOVETT:  Yes.  Yes.  I would pretend
11  like I don't know what you're talking about, but
12  that would really be unfair and wrong.
13       So I know a lot of times at nail salons they
14  are -- when they are filing with the electric filing
15  it goes kind of like -- it's kind of unpleasant and
16  dusty, so, again, this is not a fair question to ask
17  most guys, but did she -- did Lydia ever wear a mask
18  or anything in the home that you noticed when she
19  was doing nails or working with any of the acrylics?
20       MS. SCHRINER:  Form, foundation.
21       THE WITNESS:  No.
22       Q.  BY MS. LOVETT:  Okay.  Not that you saw?
23       A.  No.
24       Q.  So I take it from your questions that -- or
25  from your responses to some of the questions that at

Page 26

1  some point Lydia and Daniel broke up?
2       A.  Yes.
3       Q.  And when did that happen, if you remember?
4       A.  I don't remember exactly.
5       Q.  So Z███ was born in September of 2013.  Do
6  you recall whether Lydia and Daniel were still
7  married at that time?
8       A.  Yes.  They were married at that time.
9       Q.  And do you recall -- and, again, I know it's
10  hard to speak for anybody else's relationship, but
11  did you, generally, know what the cause of the
12  breakup was?
13       A.  No.
14       Q.  And Daniel was older than you?
15       A.  Yes.
16       Q.  How much older?
17       A.  Three years.
18       Q.  All right.  So at that point Daniel -- when
19  is your birthday?
20       A.  September 25th.
21       Q.  All right.  So when you moved in with Daniel
22  you were 17, he was 20 and married; is that
23  correct?
24       A.  Yes.
25       Q.  And when is Katie's birthday?

Page 27

1       A.  Sorry.  That was incorrect.  This was the
2  year after 2012, so I was 18 at this time.
3       Q.  All right.  So you were 18 because -- Okay.
4  Got it.  So your date of birth is September 25th?
5       A.  1994.
6       Q.  All right.  So '94.  So at that point you
7  and Katie were both about 18 when you moved in with
8  Daniel and Lydia?
9       A.  Yes.
10       Q.  And so was Lydia still with Daniel at the
11  time -- I may have asked you this, but forgive me --
12  that Z█ passed away?
13       A.  They were not together when Z█ passed
14  away.
15       Q.  All right.  And have they reconciled or have
16  you seen her any since that time?
17       A.  No.
18       Q.  Did they have any children together?
19       A.  No.
20       Q.  Was she -- did she come to Z███'s funeral or
21  was she around your family at all during that
22  time?
23       A.  No.
24       Q.  And do you know what Lydia's -- did Lydia
25  take Daniel's name, last name, as well?

Page 28

1       A.  Quinn.
2       Q.  And do you know where she lives?
3       A.  No.
4       Q.  So I want to kind of go back to some sort of
5  basic background questions.  During -- and during
6  the time that you were living in Tempe, you were
7  working, did you -- when you got re-hired at
8  Einstien Brothers, did you reenroll in school?
9       A.  Yes.
10       Q.  And where did you enroll then?
11       A.  Gateway Community College.
12       Q.  And were you continuing with your basic
13  courses there?
14       A.  Yes.
15       Q.  So at this point you had two semesters under
16  your belt and you were -- how long did you stay at
17  Gateway?
18       A.  I could only stay a semester at Gateway.
19       Q.  And why was that?
20       A.  They didn't have the classes that I needed
21  after the classes that I had taken that semester.
22       Q.  All right.  So you had done all that you
23  could do at community college, so when was your --
24  what was your next --
25       A.  That community college didn't have any

Deposition of Andrew Olson
10/22/2020

Page: 8 (29 - 32)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 29

1 farther classes that I needed. It was a very
2 specific community college, so I transferred to Mesa
3 Community College in spring 2013.
4     Q. All right. So spring 2013. I'm making sure
5 I have my sequence correct. So spring 2013 before
6 Z███ was born you were at Mesa; is that right?
7     A. Yes.
8     Q. How long did you stay at Mesa?
9     A. I stayed at Mesa for two semesters.
10     Q. And at that point did you transfer
11 elsewhere?
12     A. No, not at that point.
13     Q. Okay. At the time of Z███'s passing, in
14 June of 2014, were you in school?
15     A. No, I was not.
16     Q. You were working?
17     A. Yes. It was during the summer, so the
18 semester was over.
19     Q. So were you working full time at that
20 point?
21     A. Yes.
22     Q. Did you return to school -- did you return
23 to school at any time prior to Z███'s -- in other
24 words, she was born at the end of September, so were
25 you reenrolled at that point?

Page 30

1     A. Yes.
2     Q. And you stayed enrolled continuously, but in
3 2014 the semester was over and you weren't going to
4 summer school or anything like that?
5     A. No.
6     Q. Have you -- since the time that you and
7 Katie were married, have you remarried?
8     A. We never were married.
9     Q. I'm sorry. From the time that you were
10 together -- my apologies. My apologies for that.
11 Since the time that you were together, have you been
12 in a long-term relationship or married anyone
13 else?
14     A. No.
15     Q. Do you have any other children?
16     A. No.
17     Q. Have you ever been arrested?
18     A. Yes.
19     Q. Can you tell me the circumstances of that
20 arrest.
21     A. Yes. That was a pot charge in 2011.
22     Q. A pot charge in 2000 -- did you say pot?
23     A. Yes.
24     Q. So there was a marijuana charge in 2011?
25     A. I believe it was 2011.

Page 31

1     Q. And what were you charged with?
2     A. Possession of marijuana.
3     Q. How much marijuana did you have?
4     A. I don't remember.
5     Q. At that time when you were arrested in
6 2011 -- let's see. You were born in 1994. Were you
7 17 in 2011?
8     A. Yeah. I think I was 16 at the time.
9     Q. All right. So you were 16 at the time, and
10 how was that case adjudicated?
11     A. How do you mean how was that case?
12     Q. Sure. Did you -- you were 16. Was it --
13 did it go through a juvenile proceeding? Did you
14 have to spend any time --
15     A. Yes.
16     Q. -- at a facility?
17     A. No.
18     Q. Okay. So did it end with probation or
19 something similar?
20     A. Yes.
21     Q. How did it end?
22     A. With probation.
23     Q. All right. Did you plead guilty to the
24 offense?
25     A. Yes.

Page 32

1     Q. And you were given probation?
2     A. Yes.
3     Q. Did you work with a juvenile probation
4 officer?
5     A. I don't remember. I worked with someone who
6 was in charge of my probation.
7     Q. All right. And so when were you -- when
8 were you ultimately released from probation from
9 your 2011 arrest?
10     A. Sometime in the summer of 2011.
11     Q. Okay. Was that your only arrest?
12     A. No.
13     Q. Was there -- could you tell me about the
14 other arrest.
15     A. Yeah. There was two DUIs following that.
16     Q. All right. There were two DUIs. And when
17 were they?
18     A. It all gets jumbled between when I got the
19 DUI and when the case ended. It was sometime
20 between 2014 and 2000 -- 2013 and 2014, I believe.
21     Q. All right. So why don't you tell me about
22 the first DUI, if you can. Do you remember when it
23 took place or do you remember the circumstances of
24 it?
25     A. Yes. I was following too close behind

**Page 33**

1  someone else.
2       Q.  And you were pulled over?
3       A.  Yes.
4       Q.  And then you were given a sobriety test?
5       A.  Yes.
6       Q.  And did you pass the test?
7       A.  No.
8       Q.  Were you taken into custody?
9       A.  Yes.
10      Q.  Where were you?
11      A.  Glendale.
12      Q.  And did you spend the night in jail?
13      A.  No.
14      Q.  Who came to get you?
15      A.  I don't remember.  I believe it was my
16  mom.
17      Q.  All right.  And so do you recall what you
18  were charged with?
19      A.  A DUI.
20      Q.  So just driving under the influence, not
21  reckless driving or anything else like that?
22      A.  No.
23      Q.  And where were you when it occurred?  I
24  mean, do you recall?  You said Glendale, but where
25  specifically in Glendale?

**Page 34**

1       A.  83rd and Happy Valley, I believe.
2       Q.  Had you been drinking?
3       A.  Yes.
4       Q.  Had you been under the influence of any
5  other substances?
6       A.  No.
7       Q.  What were you drinking prior to that arrest?
8  And I believe that was in 2013.
9       A.  I don't remember.
10      Q.  Were you under age at the time?
11      A.  Yes.
12      Q.  So it was 2013.  Then you were 19 years
13  old?
14      A.  Yes.
15      Q.  Were there any other arrests?
16      A.  Yes.  A DUI.
17      Q.  All right.  So when was that DUI, if you
18  recall?
19      A.  I believe 2014.
20      Q.  And do you know where that was?
21      A.  In Phoenix.
22      Q.  Do you recall the cross streets or what you
23  were doing, where you were?
24      A.  I don't remember.  I know I was on the
25  Interstate 17.

**Page 35**

1       Q.  I'm sorry.  Interstate what?
2       A.  17.
3       Q.  Describe for me the circumstances of that
4  arrest.
5       A.  I got charged with a DUI.
6       Q.  Were you pulled over for speeding?  Were you
7  pulled over for weaving; do you know?
8       A.  It was weaving.
9       Q.  All right.  And what's the speed limit, if
10  you know, on that interstate?
11      A.  I don't know.  It doesn't stay the same the
12  entire time on the interstate.
13      Q.  Traveling over 50 miles an hour; true?
14  Usually?
15      A.  Usually, yes.
16      Q.  All right.  Was it in the morning or the
17  evening?
18      A.  In the evening.
19      Q.  And so when you were pulled over, were you
20  given a sobriety test, a field sobriety test there
21  on the side of the interstate?
22      A.  Yes.  Not on the side of the interstate,
23  but --
24      Q.  Not in an unsafe place, but did you exit?
25      A.  Yes.

**Page 36**

1       Q.  All right.  And did the officers give you a
2  field sobriety test that evening?
3       A.  I don't remember.
4       Q.  Okay.  Do you remember any of the
5  circumstances of that evening or that arrest?
6       A.  Yes.  I remember I got pulled over for a
7  DUI, pulled off of the interstate so I could get
8  into a safe place and got charged with a DUI.
9       Q.  All right.  And had you, in fact, been
10  drinking?
11      A.  Yes.
12      Q.  Were you -- had you been partaking of any
13  other substances?
14      A.  No.
15      Q.  So the second arrest was, I believe, in
16  2015.  Do you recall whether or not you were
17  arrested before or after Z███'s death on the second
18  DUI?
19      A.  It was before.
20      Q.  Okay.  So -- but it would have been 2014.  I
21  may have mixed something up here.  In 2014 when you
22  were arrested, what were you charged with?  Was it
23  DUI second offense, or do you recall?
24      A.  It was a DUI, to my understanding.
25      Q.  All right.  So what was the adjudication of

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 12 of 132

Deposition of Andrew Olson                                    Page 10 (37 - 40)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 37

1  that proceeding?  Did you plead guilty to that
2  charge?
3     A.  Yes.
4     Q.  And were you given any penalty for that
5  charge?
6     A.  Yes.
7     Q.  What was the penalty?
8     A.  Three years of probation with one of the
9  circumstances that I serve eight months in jail.
10    Q.  All right.  And what jail were you sent
11  to?
12    A.  It was Durango in Phoenix.  And then I went
13  to Florence West after that.
14    Q.  Okay.  So there is -- the first unit was
15  Durango?
16    A.  Yes.
17    Q.  And the second unit was Florence West?
18    A.  Yes.
19    Q.  And at that point -- so this is 2014.  So
20  you are 20 years old; is that correct?
21    A.  Yes.
22    Q.  Were you charged with any lesser included
23  offenses such as possession or -- being in
24  possession of alcohol as a minor or anything like
25  that?

Page 38

1     A.  No.  I didn't have any alcohol on me.
2     Q.  All right.  So did you serve the full eight
3  months between Durango and Florence West?
4     A.  Yes.
5     Q.  And when were you released?
6     A.  May of 2015.
7     Q.  May of 2015?  The time line seems a little
8  bit off to me, but I know we are going back in
9  history, so I want to --
10    A.  Yeah.  It was 2014 when I began that
11  sentence.
12    Q.  All right.
13    A.  And then it was May of 2015 when I was
14  released.
15    Q.  All right.  But you tell me that this arrest
16  took place before Z█ passed away, so that was June
17  of 2014.  I know you were there in June of 2014, so
18  I'm trying to understand.
19    A.  Yeah.  That whole timeline is a little
20  fuzzy.
21    Q.  Okay.  Did you have any other arrests?
22    A.  Yes.
23    Q.  Okay.  What was your next arrest?
24    A.  DUI in 2018, I believe.
25    Q.  All right.  And tell me the circumstances of

Page 39

1  that arrest.  Where were you?
2     A.  I was in Flagstaff, Arizona.
3     Q.  And what -- morning or evening?
4     A.  Evening.
5     Q.  And where were you?  Approximately what part
6  of town were you driving?
7     A.  I was on Beaver Street and Aspen.
8     Q.  And what do you recall about the
9  circumstances of that arrest, if anything?
10    A.  What do you mean by what circumstances?
11    Q.  Were you pulled over for weaving?  Were you
12  pulled over for running a stop sign?  What do you
13  believe caused the arresting officers to pull you
14  over?
15    A.  Yes.  They pulled me over because I went a
16  little bit too quick through a stop sign.
17    Q.  All right.  Did you fail to stop at the stop
18  sign?
19    A.  Yes.
20    Q.  And were you given a sobriety test, if you
21  can remember?
22    A.  Yes.
23    Q.  And were you taken into custody?
24    A.  Yes.
25    Q.  So what was the adjudication of -- what was

Page 40

1  the adjudication of that arrest?
2     A.  I do not know that term.  I'm sorry.  What
3  is that?
4     Q.  Okay.  I'm sorry.  No, that's a valid lawyer
5  word.  If you threw a double E word at me, I promise
6  you I would be in the same boat.  So it basically
7  means what was the outcome?  Were you given
8  probation, were you sent to a prison or detention
9  facility, were you sent to some sort of rehab?  All
10  three.
11    A.  I just had a year of probation.
12    Q.  All right.  So you had a year of probation.
13  What is Recovery Court?
14    A.  That is a specific form of probation that
15  they started in the 1980s, I believe, in Florida and
16  it's just a way of probation where it's not inclined
17  to make you mess up and then continue on your same
18  path.  The idea is to get you outside of the
19  criminal justice system and onto the right track, so
20  it's just a better form of punishment, I guess.
21    Q.  Did you -- did you feel as though you were
22  off the right track during the -- with these
23  multiple arrests?
24    A.  Yes.  On that last arrest, certainly, yes.
25    Q.  Well, did you feel as though you were on the

Page 41

```
1   right track with the earlier arrest?
2           MS. SCHRINER:  Form.
3           Go ahead.
4           THE WITNESS:  I don't know how to answer
5   that.  Sorry.
6       Q.  BY MS. LOVETT:  I mean, did -- well, I
7   mean -- and I don't mean to be unkind.  I'm just
8   trying to get a sense of when did you -- let me just
9   ask it this way.  When did you first start drinking
10  alcohol?  How old were you?
11      A.  I don't remember how old I was.  Sometime in
12  high school.
13      Q.  All right.  Sometime before your first DUI
14  arrest when you were 16; correct?
15      A.  Yes.
16      Q.  And did you buy the alcohol yourself?  Did
17  you have someone to buy it for you?
18      A.  I don't remember, but I definitely did not
19  buy it myself.  I was not 21.
20      Q.  You were underage?
21      A.  Yes.
22      Q.  Obviously.  All right.  When was the first
23  time that you used marijuana?
24      A.  I don't remember.
25      Q.  Was it in high school?
```

Page 42

```
1       A.  Yes.
2       Q.  And did you -- do you know whether or not
3   you were using marijuana at or around the time of
4   your first DWI or DUI?
5       A.  I don't remember, no, but that should have
6   come up in the report.  I don't think anything came
7   up in the report.
8       Q.  What report, I'm sorry, are you talking
9   about?
10      A.  The arrest report for the DUI.
11      Q.  Oh, no, I understand.  I meant just around
12  the same time.  I don't mean actually the night of
13  your first arrest, but whether or not you were in
14  your life, in your lifestyle, were you drinking and
15  using marijuana at that time in 2013?
16      A.  It was not a significant enough of an
17  activity to where -- I don't remember the timelines
18  of when I was or when I was not, but --
19      Q.  Using marijuana wasn't a significant
20  activity in your life that you don't know the
21  timelines?
22      A.  Yeah.  Neither one of them were.
23      Q.  Okay.  So your testimony is that you did not
24  significantly drink between 2013 and 2018?
25          MS. SCHRINER:  Form.
```

Page 43

```
1           THE WITNESS:  What does significantly mean?
2       Q.  BY MS. LOVETT:  Well, I was using your term.
3   You said it wasn't a significant part of your life
4   during that time?
5       A.  Huh-uh.
6       Q.  -- with respect that there are a number of
7   arrests here, so I'm trying to understand, you know,
8   what significant drinking means to you?
9       A.  I don't think I was -- yeah, so I wasn't
10  significantly drinking all the time, no.
11      Q.  All right.  Were you drinking to excess at
12  least some of the time in 2013?
13      A.  No.
14      Q.  Even when you were arrested?
15      A.  No.
16      Q.  Do you recall what -- in any of these
17  arrests, do you recall what your blood alcohol
18  content was?
19      A.  No, I do not.
20      Q.  Do you think it is -- just as a matter of
21  personal philosophy, we all have a philosophy we
22  disagree with, but do you believe that you had drunk
23  to excess when you were pulled over in 2013?
24      A.  No.
25      Q.  So you felt it was fine and safe and you
```

Page 44

```
1   were capable of operating a motor vehicle at the
2   time?
3       A.  I did not say that and I do not believe that
4   to be true.
5       Q.  All right.  So you were somewhere between
6   having had alcohol, you were still safe to drive, in
7   your opinion, and you had not drunk to excess, in
8   your opinion?
9       A.  I drank alcohol.  I don't believe that I was
10  capable of driving a motor vehicle at the time.  It
11  was a mistake, but I don't think I drank to excess,
12  if that makes sense, depending on, I guess, your
13  personal philosophy of how much drinking is.  From
14  what I remember, I just had a couple drinks.  We
15  were out in the desert and then I drove.
16      Q.  Okay.  And that was for the 2013 arrest;
17  correct?
18      A.  Yes.
19      Q.  And then you don't remember this -- I know
20  you said the 2014 circumstances were a little bit
21  hazy, but the 2014 circumstances, the 2014 arrest
22  was while 2███ was still alive; is that right?
23      A.  Yes.
24      Q.  And do you feel that you had drunk to excess
25  on that occasion?
```

Deposition of Andrew Olson                                          Page 12 (45 - 48)
10/22/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 45

1        MS. SCHRINER:  Form.
2        THE WITNESS:  I don't remember how much I
3    had to drink.
4        Q.  BY MS. LOVETT:  All right.  Did you think
5    you were in a position where it was safe for you to
6    operate a motor vehicle?
7        A.  No.
8        Q.  So -- and you don't recall what you were
9    drinking or the type -- did you have a preference of
10   alcohol?
11       A.  No.
12       Q.  Do you drink now?
13       A.  Occasionally.
14       Q.  All right.  When you're in Recovery Court,
15   is there any requirement that you seek alcohol
16   treatment or any sort of addiction treatment?
17       A.  Yes.  That is the -- what they make you do
18   in Recovery Court.
19       Q.  Okay.  And when did you finish Recovery
20   Court?
21       A.  It was March, earlier this year.
22       Q.  So as part of your Recovery Court tenure,
23   did you undertake any sort of rehabilitation or
24   addiction treatment?
25       A.  Yes.

Page 46

1        Q.  And what were you to do or what program did
2    you complete?
3        A.  It was Recovery Court that on its own is its
4    own sort of rehabilitation program.
5        Q.  Is it like a 12-Step program?
6        A.  It is not.  They make you go to AA, so you
7    participate in a 12-Step program, but that is not
8    part of the Recovery Court.
9        Q.  All right.  And so part of your compliance
10   with the Recovery Court program is that you have to
11   attend Alcoholics Anonymous meetings?
12       A.  Yes.  One of the requirements, yes.
13       Q.  All right.  And I'm going to get back to the
14   other requirements, but did you understand that
15   Recovery -- the option to go to Recovery Court was
16   in lieu of going back to prison?
17       A.  Yes.
18       Q.  So what type of term were you facing in 2018
19   if you had not reached Recovery Court?
20       A.  That was undetermined.  It wasn't for sure,
21   but there is a bracket that they place you under and
22   it was looking about seven-and-a-half years, from
23   what I recall.
24       Q.  All right.  So rather than take the
25   seven-and-a-half-year or the risk of a

Page 47

1    seven-and-a-half-year prison sentence, you began
2    participation in Recovery Court.  You told us about
3    the AA requirement.  What were the other
4    requirements of Recovery Court?
5        A.  Substance abuse counseling and reporting to
6    court once a week and --
7        Q.  All right.
8        A.  -- and drug testing.
9        Q.  And drug testing?
10       A.  Uh-huh.
11       Q.  All right.  So did you -- I know you had the
12   arrest for marijuana in 2011 when you were a
13   juvenile.  Did you cease using marijuana at any
14   point between 2011 and 2019?
15       A.  Like not use marijuana between 2011 and
16   2018?
17       Q.  Well, was there any point in time at which
18   you were actively -- or, I guess, actively is the
19   wrong word.  When you were not smoking marijuana, or
20   did you have at least a little in each of those
21   years?
22       MS. SCHRINER:  Form.
23       THE WITNESS:  No, I don't remember.  It
24   was -- it wasn't all the time, so I couldn't tell
25   you the times where I was not.

Page 48

1        Q.  BY MS. LOVETT:  You said it was all the
2    time.
3        A.  It was not all the time, so I couldn't tell
4    you whether it was this time or that time depending
5    on if I was or was not.
6        Q.  All right.  When did you get your medical
7    marijuana card?
8        A.  In 2013.
9        Q.  All right.  So that was upon moving back to
10   Glendale you got your medical marijuana card or
11   around then?
12       A.  I got my medical marijuana card in Colorado
13   and then I moved back and I got my medical marijuana
14   card in Arizona.
15       Q.  All right.  So you were getting medical
16   marijuana in Colorado when you and Katie first moved
17   there; is that right?
18       A.  No.  She moved out and then I had gotten my
19   medical marijuana card.
20       Q.  Oh, okay.  So you did not -- when Katie was
21   living with you, you did not get a medical marijuana
22   card?
23       A.  No.
24       Q.  Is that right?  Any particular reason for
25   that?

Page 49

1     A. She -- no, not anything too specific. And
2 then we found out that she was pregnant, so there
3 wasn't any push to go get a marijuana -- marijuana.
4     Q. Say that again. There wasn't any --
5     A. Any push to go get marijuana or anything
6 like that. We were focused on more important
7 things.
8     Q. All right. Understand. So I believe at the
9 time of the incident -- and we will get to this in a
10 few minutes, but I believe at the time of the
11 incident you told Detective Akey who was one of the
12 investigating officers that you had a medical
13 marijuana card for pain in your knees when you were
14 mountain biking. Do you recall that?
15     A. I don't recall that, but that is why I got
16 the medical marijuana card.
17     Q. All right. So you first got the medical
18 marijuana card in Colorado when you were 20?
19     A. I was 19.
20     Q. 19?
21     A. No, I was 18.
22     Q. 18?
23     A. I was 18.
24     Q. All right. Were you aware of any age
25 restrictions for procuring a medical marijuana card

Page 50

1 when you were in Colorado?
2     A. Yes. You had to be 18 or older unless you
3 had an adult supervised signature.
4     Q. All right. So you turned 18 in -- I'm
5 having to do math.
6     A. September 25th in 2012 I turned 18.
7     Q. Okay. You turned 18, so you were 18 when
8 you got to Colorado. After Katie -- you found out
9 Katie was pregnant and Katie moved back to Glendale
10 and you were intending to follow her, you then got
11 your medical marijuana card; is that right?
12     A. Yes.
13     Q. Had you been -- I know that everybody in
14 Colorado mountain bikes. Had you been mountain
15 biking before you moved to Colorado?
16     A. Yes.
17     Q. You were -- how long had you been biking?
18     A. Since I was five years old when I learned
19 how to ride a bike.
20     Q. I mean, mountain biking as sort of a
21 recreational sport.
22     A. Oh, somewhere were around middle school.
23 Somewhere probably around when I was about 10.
24     Q. All right. So you got your medical
25 marijuana card. Was that something that you

Page 51

1 discussed with your parents or your brother when you
2 came home, this was something that you had gotten?
3     A. No.
4     Q. All right. Was your -- at least when you
5 first came back, was your family aware that you had
6 sought medical treatment via the use of marijuana?
7     A. No.
8     Q. When you were smoking marijuana when you
9 were 16, were you doing that for recreation, or did
10 you believe it was being used for a medical need?
11     A. That was recreation.
12     Q. All right. And had you used marijuana
13 recreationally since you got your medical marijuana
14 card when you were 18 in Colorado?
15     A. No.
16     Q. So every time you have used it has been only
17 for the purpose of treating pain?
18     A. Yes. Yes. Pain and swelling.
19     Q. I'm sorry?
20     A. Pain and swelling of the knees. It helped
21 for both of them.
22     Q. All right. When -- I want to move back to
23 Recovery Court, so when you're -- you said that one
24 of the things you did was go to a 12-Step program.
25 Then you also said a substance abuse program. Did

Page 52

1 you address your marijuana use in the substance
2 abuse program?
3     A. Yes.
4     Q. And what was the -- can you tell us what was
5 the recommended treatment for your substance abuse
6 problem? Because I understand your testimony to be
7 that you took it for medical purposes and not
8 recreational purposes. Did the folks at -- in the
9 Recovery Court system, substance abuse program
10 determine and counsel you about the fact that you
11 had a substance abuse program with marijuana, a
12 problem with marijuana?
13     MS. SCHRINER: Form.
14     THE WITNESS: They addressed it and they
15 didn't want me smoking marijuana.
16     Q. BY MS. LOVETT: Okay. So you were advised
17 by the substance abuse team in Recovery Court that
18 they did not want you to smoke marijuana; is that
19 right?
20     A. Yes.
21     Q. You finished Recovery Court, you said, March
22 or May of this year?
23     A. March.
24     Q. All right. Have you smoked marijuana since
25 March?

Deposition of Andrew Olson                                    Page 14 (53 - 56)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

## Page 53

1      A.  Since March, no.
2      Q.  All right.  So you have not used any
3  marijuana since you were released from the substance
4  abuse program that came with recovery?
5      A.  I have not smoked marijuana since the
6  release of Recovery Court.
7      Q.  All right.  Are you still under any drug
8  testing obligations or anything of that type related
9  to your 2018 arrest?
10     A.  No.
11     Q.  You said that you went to AA meetings.  When
12  did you have to start going to AA meetings as part
13  of your adjudication in the 2018 DUI?
14     A.  It would have been last year, 2019, when I
15  started the program in February.
16     Q.  All right.  So from February of last year to
17  March of this year, were you attending weekly AA
18  meetings?
19     A.  Yes, either seven days a week or three days
20  a week.  Those were the two.
21     Q.  All right.  So you tried to go seven days a
22  week.  There were some weeks you could only make it
23  three days a week.  Either of those was compliant
24  with the program in Recovery Court?
25     A.  Yes.  If they told me I had to go seven days

## Page 54

1  a week, I went seven days a week.  If they told me I
2  had to go three days a week, I went three days a
3  week.
4      Q.  If you know, what were the different reasons
5  why you might -- they might tell you to go seven
6  days one week and three days another week?  Was it
7  because they had determined there was a possibility
8  for relapse that might be greater with one or the
9  other?
10         MS. SCHRINER:  Form.
11         THE WITNESS:  It's a program with four
12  phases, and as you progress through the program,
13  each thing gets a little bit less, less times to go
14  to court, less substance abuse, less drug testing
15  and less AA meetings.
16     Q.  BY MS. LOVETT:  All right.  I see.  So did
17  you start out -- at least in February of 2019, did
18  you start out going seven days a week to the AA
19  program?
20     A.  Yes.
21     Q.  And how long did that phase last?
22     A.  That first phase that I was -- there was
23  four phases.  I don't remember when they -- they
24  just told me at some point as I progressed through
25  the program that I didn't have to go seven days a

## Page 55

1  week and it was three days ago -- or three days a
2  week.  I don't remember when they decided that I
3  should go the three days a week.
4      Q.  Did you attend meetings at one place or did
5  you have a variety of places that you could attend
6  over the course of your treatment?
7      A.  A variety of places.
8      Q.  All right.  And so I want to understand if
9  these things were working in tandem.  While you were
10  going to AA and you were going seven days a week
11  following up three days a week, were you also
12  contemporaneously getting substance abuse
13  counseling?
14     A.  Yes.
15     Q.  So how many days a week was that?
16     A.  It changed throughout the program.  It
17  started with three and then it went to two and then
18  it went to one and then it went to zero.
19     Q.  All right.  So when you were released from
20  the program, when the team that was working with you
21  to deal with your substance abuse issue told you
22  they didn't want you smoking anymore marijuana, you
23  were released from the obligation going to further
24  substance abuse counseling?
25     A.  When I was done with the program, are you

## Page 56

1  asking if I stopped going to substance abuse
2  counseling?
3      Q.  Yes.
4      A.  Yes.  I stopped going to substance abuse
5  counseling when I was done with the program.
6      Q.  Did you feel that the substance abuse
7  counseling had been successful?
8      A.  In what way do you mean by that?
9      Q.  Meaning that you had stopped using
10  marijuana.
11         MS. SCHRINER:  Form.
12         THE WITNESS:  Yes.  Yes.  Following the
13  program, I stopped smoking marijuana.
14     Q.  BY MS. LOVETT:  All right.  And your
15  testimony is you have not smoked marijuana between
16  then and now?
17     A.  Between then and now, no, I have not.
18     Q.  Between March of 2020 and today, October
19  22nd, 2020?
20     A.  Yes.
21     Q.  Was there any time during working through
22  the program, working through the various steps in
23  the program that you did smoke marijuana?
24     A.  No.
25     Q.  Did you ever fail any drug test?

Page 57

1    A.  Yes.  One time.
2    Q.  Okay.  So tell me about that.  You started
3    Recovery Court in February of 2019.  When did you
4    fail the drug test?
5    A.  I don't remember the exact date, I believe
6    it was March, the end of March.
7    Q.  Of -- March of '19 or of '20?
8    A.  '19.
9    Q.  All right.  So in '19 when you failed a drug
10   test, what drugs did you fail for having taken?
11   A.  Alcohol.
12   Q.  All right.  So you were being tested for
13   alcohol and also for marijuana or other substances;
14   is that right?
15   A.  Sorry.  Yes.  I include all those.  They are
16   all drugs to me.  They are all drugs, so, yes,
17   alcohol was included in the drug testing.
18   Q.  All right.  You still drink now; correct?
19   A.  Yes.
20   Q.  So that's one drug that you consider a drug
21   that you are still actively using; correct?
22   A.  Yes.
23   Q.  Have you taken any other illegal substances
24   in your lifetime other than marijuana and alcohol --
25   and alcohol when you were underaged?  And I will

Page 58

1    expand that definition for you to mean talking about
2    any kind of, you know, illicit drug or street drug
3    or also any prescription medications that were not
4    prescribed for you.
5    A.  Yes.
6    Q.  What have you -- tell me what you've taken
7    and we will talk about that.
8    A.  Yeah.  LSD was one and mushrooms was
9    another.
10   Q.  All right.  And what was the other?
11   A.  Mushrooms.
12   Q.  All right.  When did you take LSD?  How many
13   times?
14   A.  I do not know how many times.
15   Q.  Can you tell me what years you had taken
16   LSD?
17   A.  No.  I could not tell you exactly what years
18   they were.
19       MS. SCHRINER:  And I'm just -- Mo, I don't
20   want to interrupt you, but I'm objecting to this,
21   just for the record, the entire line of questioning
22   for relevance purposes, but I don't want to just
23   throw it in every time you talk.
24       MS. LOVETT:  That's fine.  You may have a
25   running objection.

Page 59

1    Q.  BY MS. LOVETT:  So let me ask you about the
2    LSD.  Do you remember how old you were when you
3    first tried it?
4    A.  I believe I was about 16.
5    Q.  All right.  And do you know where you got
6    it?
7    A.  No.
8    Q.  And you had it more than 10 times?
9    A.  No.
10   Q.  Do you know the last time that you took
11   it?
12   A.  No.  It was sometime in high school, though.
13   Q.  All right.  And then you said mushrooms.
14   When did you -- well, let me ask you this.  Do you
15   know who -- remember who you did the LSD with?  Who
16   was with you when you did it?
17   A.  Yes.
18   Q.  Who was that?
19   A.  A couple of friends.
20   Q.  Friends from high school?
21   A.  Yes.
22   Q.  Do you ever take drugs with your brother?
23   A.  No.
24   Q.  Either in high school or as adults?
25   A.  No, not --

Page 60

1    Q.  Ever smoke --
2    A.  I smoked marijuana sometimes with my brother
3    in high school.
4    Q.  All right.  Did you smoke marijuana with
5    your brother when you were both living in the house
6    in Tempe?
7    A.  No.  No.  He didn't participate in that.  If
8    he did, I was not aware of it.
9    Q.  All right.  What about the mushrooms; when
10   did you take mushrooms?
11   A.  Sometime in high school.  Probably around
12   16, I would think.
13   Q.  Do you recall who you were with or who got
14   those for you?
15   A.  Yes.  Just a few friends from high school.
16   Q.  Okay.  Did you actively buy those yourself,
17   or did you have a connection or a dealer or somebody
18   who got them for you and your friends?
19   A.  Someone else knew how to get that.
20   Q.  All right.  Any other either illegal,
21   illicit drugs or, for example, drugs that were
22   prescribed for someone other than you or
23   prescription drugs that you considered something
24   that you took or abused?
25   A.  No.

Deposition of Andrew Olson
10/22/2020

Page: 16 (61 - 64)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 61

1    Q.  So when you started going to AA, I believe,
2   they refer to it as working the program, there is a
3   12-Step program.  You're familiar with that;
4   right?
5    A.  Yes.
6    Q.  Yeah.  I can see you nodding, but the court
7   reporter --
8    A.  Yes.
9    Q.  All right.  So -- and so when you were going
10  to AA, the cardinal rule is that you stop drinking;
11  correct?
12   A.  Yes.
13   Q.  And so -- and you considered alcohol a drug
14  like all the other drugs that might have been
15  involved in substance abuse counseling; correct?
16   A.  Yes.
17   Q.  So did you -- you failed a drug test for
18  alcohol, for ETOH, in March of '19.  Had you -- had
19  you fallen off the wagon in the program at that
20  point?
21       MS. SCHRINER:  Form.
22       THE WITNESS:  I drank that one time and that
23  was it throughout the entire program.
24   Q.  BY MS. LOVETT:  Okay.  So you stayed and I
25  know that recovery -- that persons in recovery often

Page 62

1   count their number of days alcohol free.  Did you do
2   that?
3    A.  I didn't count the exact number of days, but
4   I got my year -- I got my year chip and then I
5   graduated from the program.
6    Q.  All right.  So you got your year chip, you
7   graduated the program in March of this year, 2020,
8   and then when do you have your first drink after
9   that?
10   A.  I don't exactly remember.  Sometime a few
11  months after that.  Sometime this past summer.
12   Q.  All right.  And so -- and you continue to
13  drink; is that right?
14   A.  Yes.
15   Q.  Did you feel as though the progress that you
16  had made in AA was not something you wanted to
17  continue?
18   A.  No.  Not being 100 percent sober from
19  alcohol, that was not my intent when I got done with
20  AA.
21   Q.  All right.  You understood that the program,
22  the Recovery Court program was designed to get you
23  off a path you had been on before and get you on
24  what you described as the right track; is that
25  correct?

Page 63

1       MS. SCHRINER:  Form.
2       THE WITNESS:  Yes.
3    Q.  BY MS. LOVETT:  And as part of that program,
4   the counselors that work in the substance abuse
5   program told you they wanted you to stop smoking
6   marijuana; true?
7    A.  Yes.
8    Q.  And then as part of that program your
9   sponsors or your AA, the folks you worked with at
10  AA, told you they wanted you to remain sober;
11  true?
12   A.  Yes.
13   Q.  And you made a determination that you choose
14  not to be alcohol free; is that right?
15   A.  Yes.  Yes.
16   Q.  How much do you drink?
17       MS. SCHRINER:  Form.
18       THE WITNESS:  It really depends.  Now that
19  I'm in school, it's maybe once a week.
20   Q.  BY MS. LOVETT:  All right.
21   A.  Over this past summer, it was probably a
22  couple times a week.
23   Q.  All right.  Is there anything that you enjoy
24  drinking or do you have a drink of choice?
25   A.  Yes.

Page 64

1    Q.  What is it?
2    A.  Beer.
3    Q.  When you're drinking beer once or twice a
4   week, approximately, how many do you have at a
5   time?
6    A.  One or two.
7    Q.  And was -- and you may not remember.  I know
8   the circumstances you said were hazy in some of
9   these arrests, but do you remember, were you
10  drinking beer, for example, the 2013 arrest?
11   A.  I don't remember now.
12   Q.  Or the 2015 arrest?
13   A.  No, I don't remember.
14   Q.  Or the 2018 arrest?
15   A.  That one I did remember.  I had one beer.
16   Q.  All right.  When you failed the drug test in
17  March of 2019, had you been drinking beer then?
18   A.  No.  That was at a wine tasting.
19   Q.  All right.  And so do you know how many
20  glasses of wine you had?
21   A.  No.  It was a wine tasting, so --
22   Q.  It was multiple tastes of the wines?
23   A.  Yes.
24   Q.  And were you getting random drug screenings
25  at that time?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 19 of 132

Deposition of Andrew Olson                                                    Page 17 (65 - 68)
10/22/2020                                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 65

```
 1      A.  Yes.
 2           MS. LOVETT:  All right.  Let's see here.  I
 3  have that we have been on the record for about an
 4  hour and 40 minutes.  I could use a bio break, if
 5  anybody else could.
 6           THE WITNESS:  Yeah.  Sure.
 7           MS. LOVETT:  Take a quick break.  Is that
 8  all right with you, counsel?
 9           MS. SCHRINER:  Yeah.  Do you want to do five
10  minutes or --
11           MS. LOVETT:  Yeah.  Let's make it five to
12  seven minutes.  I've got to mask up and -- get
13  everybody masked up and in and out of here and we
14  will find our way through, so -- all right.  Thanks,
15  everyone.  We will resume shortly.
16           THE VIDEOGRAPHER:  We are now going off the
17  video record.  The time is currently 10:40 a.m.
18           (WHEREUPON, a short break was taken from
19              10:40 a.m. to 10:52 a.m.)
20           THE VIDEOGRAPHER:  We are now back on the
21  video record.  The time is 10:52 a.m.
22           MS. SCHRINER:  And, Mo, I'm sorry, just real
23  quick for a clear record -- Mo, sorry.  Can you hear
24  me?  Hey, Mo, can you hear me?  This is Kristin.
25  Just real quick for record purposes, I just want to
```

Page 66

```
 1  make the record crystal clear.  My objection goes to
 2  all the alcohol and drug questioning overall.  I
 3  just don't want to interrupt you, so just for the
 4  record purposes that I have a relevance form
 5  objection to all of that?
 6           MS. LOVETT:  Understood.  Thank you very
 7  much, and I'm sure the objection is noted on the
 8  record.
 9           So my colleague who is there with you,
10  Mr. Olson -- Mr. Lloyd, has hard copies of documents
11  to hand to you so that you can look at them.  Rather
12  than -- there are some documents that I don't have
13  hard copy for and I will be putting them on the
14  screen for you to look at, so -- but I have a --
15  binders of documents that you can see in front of
16  me.  So, Mr. Lloyd, and I promise we are not going
17  through the giant binder of the documents, but
18  Mr. Lloyd may be handing you a document from time to
19  time and I would ask that we do that now.
20           So, Aaron, if you could hand Mr. Olson
21  Exhibit 5 which is his responses to interrogatories.
22           MR. LLOYD:  The court reporter will mark
23  this, Mr. Olson, and then he will hand it to you.
24           MS. LOVETT:  And this will be -- this will
25  be Exhibit 1 to your deposition.
```

Page 67

```
 1           (Deposition Exhibit No. 1 was marked for
 2              identification.)
 3      Q.  BY MS. LOVETT:  Mr. Olson, what you have in
 4  front of you marked as Exhibit 1 is -- this is
 5  lawyer's words.  They are called interrogatories.
 6  They are written questions that you sign under oath.
 7  Have you seen these before?
 8      A.  Yes.
 9      Q.  And, typically, the way this works is -- and
10  I wanted to make this clear from the outset in case
11  I haven't.  I don't want to know about anything that
12  you've done or anything that you said with your
13  lawyer in conversations you had with your lawyer.  I
14  just want to talk to you about -- sometimes I have
15  to reference Ms. Schriner in the process because,
16  typically, the way interrogatories work is we as
17  lawyers would send them to your lawyer,
18  Ms. Schriner, which I will represent for you in this
19  case that we did, and then because there are answers
20  here that your lawyer may not know, just, you know,
21  where you worked or what your education history was,
22  those sorts of things, she asked you to provide that
23  information.  And then if you look at the very last
24  page of Exhibit 1, you'll see that you signed it
25  under oath under penalty of perjury.  Do you see
```

Page 68

```
 1  that?
 2      A.  Yes.
 3      Q.  Is that your signature?
 4      A.  Yes.
 5      Q.  Do you recall executing this document on the
 6  4th of January of this year of 2020?
 7      A.  Yes.
 8      Q.  During that time you were still in Recovery
 9  Court; correct?
10      A.  Yes.
11      Q.  So if you'll turn with me, you'll see that
12  the pages are numbered at the bottom.  And if you'll
13  turn with me to page 10, there is an interrogatory
14  numbered 14.
15      A.  Okay.
16      Q.  All right.  And the question is state
17  whether you have ever pled guilty, nolo contendere
18  or have ever been found guilty of any misdemeanor or
19  other crime.  In answering this interrogatory,
20  identify for each felony, misdemeanor or other
21  crime; A, the nature of the offense; B, the date of
22  the offense; C, the jurisdiction in which each
23  offense was prosecuted; and, D, the sentence or
24  other disposition made in connection with any
25  offenses identified in response to this
```

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 20 of 132

Deposition of Andrew Olson                                      Page 18 (69 - 72)
10/22/2020                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 69

1  interrogatory.  Did I read that correctly?
2      A.  Yes.
3      Q.  All right.  And so here you'll see that the
4  lawyer part comes in first, there is an objection
5  from your counsel, and then it goes to -- gives us
6  the -- where it says notwithstanding these
7  objections, it gives us your answers.  Do you see
8  that?
9      A.  Yes.
10     Q.  And so it says notwithstanding these
11 objections, Andrew has a conviction relating to
12 marijuana possession in 2012; correct?
13     A.  Yes.
14     Q.  And driving under the influence in 2013 and
15 2015; correct?
16     A.  Yes.
17     Q.  He is currently in Recovery Court for DUI
18 arrest from February 2018.  Do you see that?
19     A.  Yes.
20     Q.  All right.  So when you signed these under
21 oath, did you intend for them to be complete,
22 truthful answers to the question?
23     A.  I did and it looks like the timeline must
24 have gotten a little bit mistaken between the arrest
25 and the conviction, I guess, date and the sentencing

Page 70

1  date.  All those take a long time, over a year.
2  Those kind of run together and it's hard to keep
3  track.
4      Q.  Sure.  And that's --
5      A.  It looks like we do have a miscommunication
6  of the timeline.  Is that what you're getting at?
7      Q.  Well, yes, because I need to understand the
8  timeline for a number of reasons.  I mean, obviously
9  I need to be able to rely on all of your answers
10 under oath because you are under oath today, the
11 same way you were under oath in these records.  So I
12 want to try and go back and clear up the confusion.
13 And I also want to make sure that I have an accurate
14 timeline as to your whereabouts at the time of
15 Z███'s passing and we will kind of put this
16 together.  So I have got some background documents
17 that we can walk through that may refresh your
18 recollection.  That's what I would like to do now.
19 Okay?
20     A.  Okay.  Is there any way -- do you have all
21 the records from those arrests?  If you have those
22 in front of you, then we can get this narrowed down,
23 I think; right?
24     Q.  I think so, or, potentially, expand it.  I
25 will be putting them up on the screen for you so

Page 71

1  that you can --
2      A.  Okay.
3      Q.  -- look at them.  So I'm just going back
4  through the notes that I have made in the first part
5  of your deposition.  You told us about your June
6  arrest when you were 16 years old for possession of
7  marijuana.  That would have been in 2011; correct?
8      A.  Yes.  So that would have been in 2011.
9      Q.  All right.  So I want to take you to -- this
10 will be --
11     MS. LOVETT:  Counsel, I'm displaying this
12 for you on the screen, this email that is tab 31.
13     Q.  BY MS. LOVETT:  And I will represent for
14 you, Mr. Olson, that this is a criminal case
15 information, case history that we have pulled from
16 the relevant jurisdictions and we are going to put
17 it up on the screen for you.  Hang on one second.
18 We are just cycling our screen share, technical
19 equipment.
20     MS. SCHRINER:  Objection; form and hearsay.
21 All sorts of things.
22     MS. LOVETT:  I'm sorry.  I know it's the
23 mask.
24     MS. SCHRINER:  I said objection; form.  If
25 you want more, I can go into hearsay, but I'm just

Page 72

1  trying to keep it short.
2      MS. LOVETT:  No, I think hearsay is one of
3  those objections we are reserving under the rules, I
4  think, so --
5      MS. SCHRINER:  Do you have copies of any of
6  these for us?
7      MS. LOVETT:  I'm going to put copies up on
8  the screen.  Aaron doesn't even have these copies.
9      Q.  BY MS. LOVETT:  All right.  This is criminal
10 court case information.  Can you see that all right
11 up on the screen?
12     A.  Yes.  Yes.
13     Q.  All right.  So what I'm looking at here is
14 if you look at the -- where it says Party
15 Information and it has the name of your attorney.
16 Did you have an attorney named Tanya Ruintan?  Do
17 you recall her?
18     A.  I do not recall her, no.
19     Q.  All right.  Did you have -- when you were
20 arrested on these occasions, did you have
21 court-appointed counsel, or did your parents help
22 you secure counsel, or do you recall?
23     A.  I don't recall exactly what happened.  I was
24 unfamiliar with this whole process, so I don't
25 remember what they had -- what they had done.  I

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 21 of 132

Deposition of Andrew Olson                                    Page 19 (73 - 76)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 73

1  believe I had a public attorney.
2      Q.  All right.
3      A.  A public defender.
4      Q.  All right.  If you look at the disposition
5  information, it says -- it has your name, Andrew
6  Thomas Olson.  There is a description, marijuana
7  possession or use, and then there is a crime date of
8  September 7th, 2012, at which time you would have
9  been 18 years old.  Do you recall that?
10     A.  That was dismissed, to my knowledge, and
11 nothing happened with that case.  I didn't have to
12 plead guilty and nothing happened with that, to my
13 knowledge.
14     Q.  All right.  Well, let's take a look at it.
15 Now, again, this is not your juvenile record from
16 2011 that we talked about when you were 16.  This is
17 when you were 18.  If you look just to the right
18 where it says Crime Date, and it says Disposition,
19 it says pled guilty to reduced charge.  Do you see
20 that?
21     A.  Oh, okay.  I do see that.
22     Q.  Right.  So there was, apparently, a
23 marijuana possession and use charge against you for
24 an offense on September 7th of 2012 when you were 18
25 years old and just got back from Colorado Springs.

Page 74

1  And then you also had two counts of drug
2  paraphernalia violations that were dismissed.  It
3  says due to plea on other count.  So you see --
4      A.  I -- I'm sorry to interrupt.  You said when
5  I came back from Colorado.  I moved to Colorado at
6  the end of 2012.
7      Q.  You're right.  I'll strike that.  You're
8  right.
9          So before you moved to Colorado with Katie,
10 you had been -- you had an arrest for possession of
11 marijuana in 2012 in Arizona.  Do you recall the
12 circumstances of being arrested for the second time
13 for possession of marijuana and drug paraphernalia?
14     A.  I do remember that, yes.
15     Q.  And this -- to be clear, this does not
16 appear -- this arrest does not appear in the --
17 well, it actually does appear in your interrogatory
18 responses.  Can you tell me the circumstances of
19 this arrest?
20         MS. SCHRINER:  Form.
21         THE WITNESS:  To my knowledge, nothing
22 happened with those -- with that case.
23     Q.  BY MS. LOVETT:  I understand -- I understand
24 that you were discharged to probation, and we can
25 actually scroll down and go through that.  I'm

Page 75

1  asking about do you remember being arrested when you
2  were 18?
3          MS. SCHRINER:  Form.
4          THE WITNESS:  Yes.
5      Q.  BY MS. LOVETT:  Possession of marijuana.
6  Where were you and what were the circumstances of
7  that arrest?
8      A.  I was in Glendale and I had a taillight out
9  and they pulled me over for that.
10     Q.  And there was marijuana in your car?
11     A.  There was.
12     Q.  And there was drug paraphernalia in your
13 car?
14     A.  Yes.
15     Q.  Have you at any time in your life driven
16 while smoking marijuana?
17     A.  While smoking marijuana, no.
18     Q.  All right.  So you don't need the -- I
19 understand you have the -- you may not be smoking
20 marijuana.  Why do you need to have drug
21 paraphernalia in your car?
22     A.  At that time I was living at my parents'
23 house and they would not approve of marijuana.
24     Q.  All right.  So you were taking the
25 paraphernalia somewhere else to smoke the

Page 76

1  marijuana?
2      A.  Yes.
3      Q.  Did you keep -- did you keep any drugs or
4  paraphernalia that you had in your car?
5      A.  Yes.  Right.  Yeah.  I -- yeah, there was an
6  arrest with marijuana and paraphernalia in my car,
7  so, yes, I took marijuana and paraphernalia in my
8  car.
9      Q.  I'm sorry.  It was a little different
10 question because you said your parents wouldn't
11 approve.  Is that where you normally stored your
12 marijuana and drug paraphernalia?  Did you keep it
13 in your car so that it wasn't in your parents'
14 house, or would you have it in your room in your
15 parents' house and then just take it out when you
16 wanted to go smoke?
17     A.  Oh, I understand what you mean.  Yes.  I
18 would keep it at my house and then I would take it
19 whenever I was going to use it.
20     Q.  All right.  And at this point you did not
21 have a medical marijuana card, so where did you buy
22 the marijuana from?
23     A.  From someone that I knew.
24     Q.  Was this someone that -- was it a dealer in
25 marijuana?

Case 2:19-cv-02689-GMS     Document 196-31     Filed 11/19/21     Page 22 of 132

Deposition of Andrew Olson
10/22/2020

Page 20 (77 - 80)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 77

1     A.  Yes.
2     Q.  Okay.  So he wasn't a friend; he was your
3  drug dealer?
4     A.  Yes.
5     Q.  Not someone that you socially associated
6  with; correct?
7     A.  Socially to buy marijuana from.
8     Q.  Right.  But he wasn't like a friend of yours
9  who had some pot.  You were actually interacting
10  with this person for the sole purpose of buying
11  marijuana; correct?
12     A.  Yes.
13     Q.  And how would you -- how would you connect
14  with this person?
15     A.  Through cell phone.
16     Q.  All right.  Either call him or texting and
17  then would you go meet him or her to pick up
18  marijuana?
19     A.  Would I what?
20     Q.  Would you go meet him or her in person?
21     A.  I'm missing that one -- oh, you said meet?
22     Q.  Yes.
23     A.  Meet.  Yes.
24     Q.  And where would you typically meet your
25  marijuana dealer?

Page 78

1     A.  There was never a typical place that we met.
2     Q.  Okay.  See it would just be, hey, we'll end
3  up here maybe in a parking lot and we will exchange
4  drugs for cash and move on?
5     A.  Yes.
6     Q.  How frequently were you buying marijuana
7  from this drug dealer in 2012?
8     A.  I do not remember.
9     Q.  More than twice a week?
10     A.  No.
11     Q.  And how much would you get at a time,
12  typically?  And I know there is nothing typical
13  about having a drug dealer.  I'm just asking if you
14  recall how much would you get at a time?
15     A.  I remember getting about a gram at a time.
16     Q.  All right.  And what would you pay for a
17  gram?
18     A.  $20, I believe.
19     Q.  All right.  And then do you recall what the
20  drug paraphernalia was?
21     A.  What the drug paraphernalia was?
22     Q.  Yes.
23     A.  No.  I don't remember, no.
24     Q.  Do you remember having in 2012 before you
25  moved to Colorado bongs or pipes or what -- I mean,

Page 79

1  how did you smoke your marijuana?
2     A.  Typically, with a pipe.
3     Q.  All right.  And so where would you go to
4  smoke marijuana?
5     A.  Various places around Glendale.
6     Q.  Would you go to friends' homes or did you
7  just have a place where you could go sit in a car?
8  Can you break it down for me?
9     A.  Not in the car.
10     Q.  Okay.
11     A.  But somewhere around town, either at a park
12  or there was a few recreation mountains that were
13  around us, so we would go -- we would go mountain
14  biking and bring it with us, typically is -- I
15  guess -- so if you're looking for a typical
16  situation, it would have been taking that with us to
17  go mountain biking and then we would use it after
18  mountain biking.
19     Q.  All right.  And then you would return to
20  your parents' home?
21     A.  Sometimes or I would go do something else
22  or -- at night I would return to my parents' home.
23  That's where I slept.
24     Q.  All right.  So the sequence is you would go
25  mountain biking, you would smoke pot and get back in

Page 80

1  the car and you would go back to your parents'
2  house?
3         MS. SCHRINER:  Form.
4         THE WITNESS:  I would typically go mountain
5  biking, smoke marijuana and then at the end of the
6  day I would end up at my parents' house.  I don't
7  know if it was -- it could have been right after, it
8  could have been later that night, but if you're
9  talking about, I guess, a 24-hour period, then I
10  would have left my house.  I would have at some
11  point had the marijuana on me, gone mountain biking,
12  and then at some point gone back to my parents'
13  house.
14     Q.  BY MS. LOVETT:  In your car with the
15  marijuana with your paraphernalia; true?
16         MS. SCHRINER:  Form.
17         THE WITNESS:  Yes.
18     Q.  BY MS. LOVETT:  All right.  So at this point
19  you did not have a medical marijuana card;
20  correct?
21     A.  No.
22     Q.  So on the date of this arrest, if you
23  recall, were you going to smoke marijuana or were
24  you returning from smoking marijuana?
25     A.  I was on my way home, so I might have been

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 23 of 132

Deposition of Andrew Olson
10/22/2020

Page 21 (81 - 84)
Courkamp, Kathleen vs. Fisher-Price, Inc.

---

Page 81

1  smoking marijuana that day.  I'm not a hundred
2  percent sure, and I was with someone else, so --
3      Q.  Who were you with?
4      A.  Someone I knew.  A friend of mine from high
5  school.
6      Q.  What was your friend's name?
7      A.  Jerry.
8      Q.  Last name?
9      A.  Echtal.  I'm not sure if that's relevant,
10 but --
11     Q.  Yeah.  I'm just trying -- well, we are
12 having difficulty piecing together the sequence,
13 Mr. Olson, so I'm just trying to get some details to
14 help me -- that help me delineate those from the
15 first marijuana possession charge.  So you had been
16 smoking pot at some point that day with your friend
17 Jerry Echtal and now you were driving home.  You
18 have a busted taillight and you get pulled over by
19 the police?
20         MS. SCHRINER:  Form.
21         THE WITNESS:  I cannot recall if I was
22 smoking marijuana with him, but I was in the car
23 with him on my way home and I had marijuana and
24 paraphernalia in the car.
25     Q.  BY MS. LOVETT:  All right.  So do you recall

---

Page 82

1  how that arrest occurred?  You had a broken
2  taillight.  You get pulled over.  The officer says
3  do you know why I pulled you over and he tells you
4  it was a broken taillight.  Does that sound right?
5      A.  Yes.  Yes.  That was probably right.  I
6  remember them not super concerned about the
7  taillight, and there was like, I think, two of them
8  with their flashlights and they were just going
9  through my car before they talked to me, so I don't
10 think it was really about the taillight at that
11 point.
12     Q.  Okay.  What do you think it was really
13 about?
14     A.  They had seen something with the flashlight,
15 I believe, and so at that point it didn't matter
16 about the taillight.  They weren't concerned with
17 the taillight.
18     Q.  Right.  So the taillight caused you to be
19 pulled over.  As the officers approached your car,
20 they had high-wattage flashlights, and as they
21 trained those over the car making their way to you,
22 they saw something in the car.  Do you recall where
23 the marijuana and paraphernalia were?
24     A.  No.  The paraphernalia was in the back seat
25 on the floor, I believe.

---

Page 83

1      Q.  All right.  And so were you -- were you
2  taken into custody at that time?
3      A.  Yeah.  Yes.  Yes, I was.  Sorry.  I was
4  right near my house.  It's hard to remember when my
5  mom came and picked me up, if it was there or if it
6  was at the station.  I was under age, so it was --
7  or -- I wasn't 18 yet, so I can't remember exactly
8  what my mom had done, but --
9      Q.  That's right.  So you were actually -- your
10 birthday was about two weeks away; right?
11     A.  Right.  So I was still 17.
12     Q.  Okay.  So you were still 17?
13     A.  Yes.
14     Q.  You had the previous arrest when you were
15 16.  Did they take Jerry into custody, as well?
16     A.  No.
17     Q.  All right.  So he was able to stay with your
18 car and you were able to -- then you were taken
19 to -- taken into custody; is that right?
20     A.  Yes.  I believe that's right.  I don't
21 remember where I ended up going.  Just since I was
22 under 18 right near the house my mom had come to the
23 Jeep and we had gotten it sorted out at that point.
24     Q.  All right.  So do you recall being put on
25 probation for this offense?

---

Page 84

1      A.  No.  I don't recall that and that's where
2  I'm kind of confused.  I know that my parents had
3  helped out a lot with this whole process, and even
4  if you are on probation, especially when you're
5  younger like that, it's -- the rules are not very
6  strict, so as long as you don't break the rules,
7  then nothing happens and eventually you just get off
8  probation.
9      Q.  All right.  And you understand that if you
10 do break the rules, then your probation may be
11 revoked; correct?
12     A.  Yes.  Yes.
13     Q.  All right.  So I'm looking at -- if you look
14 at your interrogatory, your sworn answers to your
15 interrogatories, there is a chart you say here after
16 the 2012 possession, which we just discussed.  There
17 is one for driving under the influence in 2013 and
18 2015.  So I'm going to ask Ms. -- you know, my
19 computer wiz here to put tab 33 up on the screen,
20 and this is going to look, Mr. Olson, about the same
21 way as the last document.
22     A.  All right.
23     Q.  It's another criminal court case history
24 information downloaded.  This one downloaded,
25 actually, 10/22, so today, this morning.  And it

---

## Page 85

1 notes a -- your name, your -- if you look on your
2 party information, there is Andrew Thomas Olson, and
3 then there is a public defender listed there. And
4 if we move down to the Disposition Information, we
5 have a crime date of December 4th, 2013. Do you see
6 that?
7     A. Yes.
8     Q. And there are two charges here. One is
9 aggravated DUI, license suspended or revoked for
10 DUI, and then there is a second count for that, as
11 well. It appears that you plead guilty to the
12 offense of aggravated DUI, license suspended or
13 revoked, but DUI. Do you recall this arrest?
14     A. Yes.
15     Q. Was this your first arrest for driving under
16 the influence?
17     A. Yes.
18         THE VIDEOGRAPHER: Sorry to interrupt. This
19 is Josh, the videographer. Just FYI, the witness's
20 camera has gone out of focus. Can we try and
21 correct that?
22         Let's go off the record. We are now going
23 off the video record. The time is currently 11:14
24 a.m.
25         (Brief break taken.)

## Page 86

1         THE VIDEOGRAPHER: We are now back on the
2 video record. The time is currently 11:16 a.m.
3     Q. BY MS. LOVETT: All right. Mr. Olson, I
4 believe you told me that we have a -- we had a -- we
5 were talking earlier and based on your interrogatory
6 responses, there was a DUI arrest for 2013, December
7 4th of 2013. And I'm trying to tag back to some of
8 the things you were telling me when you were giving
9 me your arrest history. Do you recall this arrest
10 for December 4th of 2013?
11     A. Yes.
12     Q. And was this the arrest on the interstate?
13     A. No.
14     Q. All right. So this was another arrest. Do
15 you recall where this arrest took place?
16     A. This was the arrest that we had talked about
17 that was right around, I think -- it was like 83rd
18 and Happy Valley, so that was that arrest that I was
19 following too close to the person in front of me and
20 that's why I got pulled over.
21     Q. All right. So at this time on December 4th
22 of 2013 you and Katie were living together in
23 Glendale?
24     A. No. We were never living together in
25 Glendale.

## Page 87

1     Q. I'm sorry. You were living together in
2 Tempe. Sorry.
3     A. Yes.
4     Q. And Katie was pregnant with Z███?
5     A. At this point, yes.
6         MS. LOVETT: All right. Now, Ms. Hymel, if
7 you can give me tab 32.
8         THE WITNESS: Wait. No. That's incorrect.
9 Z███ was born.
10     Q. BY MS. LOVETT: Well -- all right. I'm
11 sorry. I may have gotten the wrong track here. All
12 right. So Z███ was born in September of 2013 and
13 this took place when Z███ was about three months
14 old; is that right?
15     A. Yeah. Just before three months old.
16     Q. Okay. So you were all living in Tempe at
17 that time?
18     A. Yes.
19     Q. So this arrest took place at the time that
20 the three of you were cohabitating; correct?
21     A. Yes.
22         MS. LOVETT: So now in -- if, Ms. Hymel, if
23 you put up tab 32.
24     Q. BY MS. LOVETT: And it's up, Mr. Olson. If
25 you can see that, again, this is state of Arizona

## Page 88

1 with a public defender, and if we scroll down to
2 Disposition Information, this appears to be another
3 arrest that I don't seem to have in the
4 interrogatory responses, your sworn responses. This
5 date is January 25th of 2014. Do you see that?
6     A. Yes.
7     Q. All right. So you told me things were a
8 little hazy around December or January of 2013 and
9 '14. Here it seems to be the same charges before,
10 aggravated DUI, license suspended, revoked for DUI.
11 Do you recall the circumstances of this arrest?
12     A. So that one was the one that was on the
13 I-17.
14     Q. So this is the one that you were on the
15 interstate for?
16     A. Yes.
17     Q. Okay.
18     A. So I apologize. The timeline of all these
19 things might be a little mixed up. When they all
20 get mixed up together -- and both of these cases
21 were tied together and I went to court at the same
22 time for these cases, and the whole case got drawn
23 out for a couple years.
24     Q. Right. So now what I'm trying to piece
25 together, this one in January of 2014 was also when

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 25 of 132

Deposition of Andrew Olson                                                Page 23 (89 - 92)
10/22/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 89

1  you were living with Katie and Z███ in Tempe;
2  correct?
3          MS. SCHRINER:  Form.
4          THE WITNESS:  I can't recall exactly when
5  Katie moved out of the house in Tempe and got an
6  apartment in Glendale.  I can't remember the exact
7  date that she did that.  It was right around this
8  time, though.  I believe she moved out while I was
9  in jail because I came back to an empty house.
10      Q.  BY MS. LOVETT:  All right.  So this is -- we
11  are having difficulty with the timeline because
12  based on your prior testimony, I understood that
13  your time in jail was the result of your 2013 DUI.
14  Now, I know that that's linked to one that you got a
15  month later, so your 2014 DUI, and you said you went
16  directly to jail for eight months; is that right?
17          MS. SCHRINER:  Form.
18          THE WITNESS:  I never said I went directly
19  to jail.  I never went directly to jail.  I spent a
20  few days in jail for this DUI in 2014.  I got
21  released under my own recognizance and then later on
22  we had finished up the case and then I got -- and
23  this was after Z███ passed away and my mom passed
24  away and then we went ahead and then went through
25  with the case after that point and they both got

Page 90

1  tied together and they were ran concurrent.
2      Q.  BY MS. LOVETT:  All right.  So that -- I
3  think that's where I was getting confused because I
4  know that you were with Z███ the night she died.  I
5  think that was in June of 2014.  So that the record
6  is clear, you did serve -- ultimately you served
7  eight months in prison at two different units for
8  these two offenses; correct, 2013 and '14 DUI's?
9      A.  Yes.  I did that -- sorry.  That was a long
10  sentence.  What did you say about --
11      Q.  You're right.  Let me break it down very --
12      A.  Yeah, if you could.
13      Q.  Okay.  So you spent a few days in jail
14  around the time of one of these two offenses, the
15  December 2013 and January 2014.  Do you recall which
16  one you spent time in jail for or when you were in
17  jail for a few days, as you explained?
18      A.  The few days were for the DUI in 2014.
19      Q.  Okay.  So the January DUI?
20      A.  Yes.
21      Q.  Is that right?
22      A.  And then the one in 2013 when you get
23  arrested you go speak to a judge and he allows you
24  to go out on your own recognizance or you can get
25  bail, and that one was under my own recognizance, so

Page 91

1  I was released the next morning.
2      Q.  Okay.  So you were released from jail and
3  out on bail -- or, actually, yeah.  I mean, bail.
4  You were out on warrant.  You were out under
5  personal recognizance, but you were out awaiting
6  trial at the time that Z███ passed away in June;
7  correct?
8      A.  Yes.  Yes.
9      Q.  At the time that your mom had passed away in
10  September; correct?
11      A.  Yes.
12      Q.  All right.  So you were awaiting
13  adjudication of or disposition of or trial of this
14  offense, these two offenses that happened close
15  together, and then just making sure that I have got
16  the sequence right, then in 2018 -- according to --
17  if you look with me at -- we need to go back to
18  Exhibit 33.  If you look at the Order of Discharge
19  and Probation, for both of these offenses appears to
20  have been -- it's about a day apart in May of 2018,
21  so 5/15/2018 you were discharged from probation; is
22  that correct?
23      A.  Yeah.  I don't remember the exact day it
24  was, but, yeah, I was off of probation in 2018.
25          MS. LOVETT:  All right.  And then, Rachel,

Page 92

1  if we can go to tab 34.
2      Q.  BY MS. LOVETT:  I have got a description
3  of -- and this is from a different county, so it
4  looks different.  This is Coconino County.  It
5  appears to be that the offense date -- we will go to
6  page 2 to find that.  Down at the bottom where it
7  says, Rachel, 7/12 of '18.  And this is the DUI that
8  you described which led to Recovery Court;
9  correct?
10      A.  Yes.
11      Q.  And I apologize if I'm mixing these up, but
12  the circumstances of this arrest, can you remind me
13  one more time now?  I think we put in an additional
14  DUI arrest.
15      A.  Yeah.  That was from not coming to a
16  complete stop at a stop sign.
17      Q.  Okay.  That was the stop sign.  So all
18  right.  I just want to make sure I have got the
19  entire criminal history in front of me.  We had the
20  marijuana possession in 2011; correct?
21      A.  Yes.
22      Q.  Then marijuana possession in 2012?
23          MS. SCHRINER:  Are you asking about arrests
24  or convictions, Mo?
25          MS. LOVETT:  I'm asking about what?

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 26 of 132

Page 24 (93 - 96)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 93

1    MS. SCHRINER:  Arrests or convictions.
2    THE WITNESS:  Arrests or convictions.
3    MS. LOVETT:  I'm asking about arrests, but I
4  believe there were guilty pleas to each and every
5  one of these and a guilty plea, as you know,
6  Kristin, is a conviction.  So right now I'm -- we
7  can call it whatever you like.  I don't want to mix
8  the dates up because the actual dates of plea or
9  adjudication are going to be different than the
10 arrest, so I'm talking about incident date right
11 now.
12   MS. SCHRINER:  Exactly.  The interrogatory
13 talks about convictions, so that's why I'm just
14 trying to make sure I'm following what you're going
15 after, as well.
16   MS. LOVETT:  Right.  The interrogatory says
17 what?  It asks about --
18   MS. SCHRINER:  The answers are convictions
19 on those dates, so I just want to make sure all of
20 us have the right days depending on if you're
21 talking about the date of conviction or the arrest?
22   Q.  BY MS. LOVETT:  Well, actually, we say have
23 you plead guilty, nolo contendere or been found
24 guilty, so I will go through the dates of the
25 arrests and then I will clear up whether or not

Page 94

1  there was a conviction.  Let's start with 2011.  You
2  were arrested for possession of marijuana;
3  correct?
4    A.  Yes.
5    Q.  And you plead guilty to possession of
6  marijuana; correct?
7    A.  Yes.
8    Q.  And in 2012 you were arrested for possession
9  of marijuana; correct?
10   A.  Yes.
11   Q.  And you plead guilty to possession of
12 marijuana; correct?
13   A.  Yes.
14   Q.  And in December of 2013 you were arrested
15 for aggravated DUI; correct?
16   A.  Yes.
17   Q.  And you plead guilty to and in conjunction
18 with another case served time for the December 2013
19 arrest; correct?
20   A.  Yes.
21   Q.  And in 2014 you were -- or January of 2014
22 you were arrested again for aggravated DUI and you
23 plead guilty to that offense; correct?
24   A.  Yes.
25   Q.  And in conjunction with the December 2013

Page 95

1  aggravated DUI you served time for that 2014 arrest
2  of eight months in two separate facilities in
3  Arizona; correct?
4    A.  You had said 2013 and then you had said
5  2014.  Were you combining both of those or --
6    Q.  Yes, sir.  I believe that your testimony was
7  that the December 2013 and January 2014 DUI's were
8  linked together.
9    A.  Yes.  Yes.
10   Q.  Right.  So let me go back to my question for
11 your -- so we have a clear record.  You were
12 arrested again in January of 2014 for driving -- or
13 aggravated DUI; correct?
14   A.  Yes.
15   Q.  You plead guilty to that; correct?
16   A.  Yes.
17   Q.  And along with the guilty plea for the 20 --
18 December 2013 DUI, you served time in two separate
19 facilities in Arizona for that; correct?
20   A.  Yes.  Yes.
21   Q.  All right.  And then -- so if we look at
22 your interrogatories at page 10, your sworn answers
23 do not reflect a 2014 DUI; correct?
24   MS. SCHRINER:  Form.
25   THE WITNESS:  Yes.  And I believe that was

Page 96

1  the mix up between when I was convicted and when I
2  actually got the DUI and when I actually went to
3  jail for it.  All those things took a lot of time to
4  all get finished, and so I think that was my
5  mistake.  I apologize for that and I think that's
6  where the timeline might have gotten mixed up.  So
7  if we are trying to figure out which one is right --
8  if we are just -- if we are solely right now just
9  trying to follow a timeline, then the timeline that
10 you just asked me is correct.
11   Q.  BY MS. LOVETT:  All right.
12   A.  And I think I was mistaken by what the --
13 what the questions were for this, and also that --
14 and the timeline for the 2012 arrest.
15   Q.  All right.
16   A.  So I think I was mistaken on that point.  If
17 we really are just trying to get a timeline of
18 these, and it seems like that's what you're after,
19 I'm not a hundred percent sure what you're trying to
20 get at or what you're after, if you're just trying
21 to stay organized, but what we just went over just
22 now would have been the correct timeline.
23   Q.  Yes.  I apologize for being disorganized,
24 but I think you can see my --
25   A.  No, I think I -- I think I'm disorganized on

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 27 of 132

Deposition of Andrew Olson                                    Page 25 (97 - 100)
10/22/2020                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 97

1 this and I think that's where we got thrown off. I
2 just want to make sure if we are just after the
3 timeline, then it is what we just went over just
4 now.
5    Q. Well, okay. I'm just -- so you understand,
6 Mr. Olson, this is the only time I will have to take
7 your deposition and learn about you and your life
8 and your vantage point of the events. This is the
9 only chance I get to do that before trial, so I'm
10 trying to put together -- the way I would any other
11 case, I'm trying to put together events in your
12 life, and so you said if that's what you're out for.
13 Are you saying that if I'm out for something else
14 you would have different answers? I don't
15 understand the qualification.
16        MS. SCHRINER: Form.
17        THE WITNESS: No. I guess I'm just confused
18 on why we have gone over this three different times.
19 It seems like we have the timeline and you also have
20 the arrest reports, so -- so I think -- I'm just
21 trying to -- I would like to make sure this is all a
22 hundred percent clear and the timeline is right, and
23 that's why I was apologizing for my answers on this
24 document because I think I was a little disorganized
25 with this, so I -- and that was my -- and that was

Page 98

1 my point. You said you're disorganized with it. I
2 don't believe that to be true. I think that I made
3 a mistake under this, and so we should -- so under
4 the timeline that we just went after, that's
5 actually what happened, and I just want that to be
6 stated that that is the correct time period.
7    Q. BY MS. LOVETT: Sure. And I appreciate the
8 correction. So the last one we have was the DUI
9 arrest in February of 2018 where you were arrested
10 for aggravated DUI; is that correct?
11    A. Yes. So that would have been the next one.
12 Yeah.
13    Q. And you plead guilty to that, as well;
14 true?
15    A. I did, yes.
16    Q. And as a result of that -- and it says -- if
17 we go back, Rachel, to number 32, I believe that's
18 it, but -- I took off my sticky note and that's
19 always bad. Try 33. Actually, 34. That's what
20 happens when I take off my sticky note. All right.
21 So if you go back to the front -- to the top of that
22 entry -- so the actual charge there in February of
23 2019, Mr. Olson, was DUI, liquor, drugs, vapors.
24 The second charge was endangerment and you also
25 plead guilty to endangerment. Do you know who you

Page 99

1 were being accused of endangering there?
2    A. No, but if you were to look at what happened
3 at the end of Recovery Court, I ended up with just a
4 misdemeanor DUI.
5    Q. Yes, I understand. I'm just trying to get
6 into the answer a little bit. Was there someone in
7 the car with you when you were driving in February
8 of 2019?
9    A. Yeah. My girlfriend at the time was in the
10 passenger seat, so that should have been the only --
11 because I just -- I just didn't come to a complete
12 stop at the same stop sign.
13    Q. Right.
14    A. And so there was no -- yeah, that's what it
15 should have been. There was no like racing or
16 anything like that. I feel like that's what they
17 are getting at. The cop turned on his lights, I
18 pulled over, and then we proceeded with --
19    Q. Was there anybody in the crosswalk in front
20 of the stop sign or anything like that?
21    A. No, there wasn't. So that's why I was
22 confused on the endangerment part. That wasn't the
23 result of the case.
24    Q. Might it have been the result of you running
25 a stop sign with your girlfriend in the car?

Page 100

1    A. I think that's most likely what they are
2 talking about.
3    Q. Okay. And what was her name?
4    A. Amelia.
5    Q. Last name?
6    A. Scott.
7    Q. Are you two still together?
8    A. No.
9    Q. When did you break up?
10    A. April of this year.
11    Q. All right. And then under Counts III and
12 IV, the same thing. It says aggravated DUI with
13 three or four priors in 60 months.
14    A. Yeah.
15    Q. Do you see that? Okay. So prior to this
16 DUI you had three or more prior -- priors in the
17 previous five years; is that right?
18    A. Yes.
19    Q. Okay. All right. So I think I understand
20 the timeline, and so I want to -- so I want to just
21 get -- I want to sort of reset. If we look at
22 the -- prior to you doing Recovery Court, there
23 wasn't any time when you were sober, and I mean that
24 in a way that you didn't stop drinking at any point
25 along that time; fair to say?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 28 of 132

Deposition of Andrew Olson                                    Page: 26 (101 - 104)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 101

```
 1        MS. SCHRINER:  Form.
 2        THE WITNESS:  Okay.  Say that one more
 3  time.
 4     Q.  BY MS. LOVETT:  Fair to say you didn't stop
 5  drinking at any point between -- between, I will
 6  say, the time you first started drinking when you
 7  were in high school until you went to Recovery
 8  Court?
 9        MS. SCHRINER:  Form.
10        THE WITNESS:  Stop drinking.  There were
11  times in my life where, yeah, I was just not
12  drinking.  There could have been -- there was a few
13  months here and there where it just wasn't a thing.
14  It was never -- so if you mean like quit drinking
15  like I would get into a program and not quitting,
16  that -- yeah.  So that wasn't -- yeah, that wasn't
17  the -- that wasn't the case other than the time that
18  I had served in jail.
19     Q.  BY MS. LOVETT:  Right.  And that's what I
20  was going to ask.  So I know that in 2013 -- like I
21  know -- I mean, from the reports and, again, it's
22  not to be unkind.  I'm just getting a sequence.  In
23  2013, obviously you were drinking alcohol.  In 2014,
24  obviously you were drinking alcohol.
25     A.  Uh-huh.
```

Page 102

```
 1     Q.  Correct?  Is that right?
 2     A.  Yes.
 3     Q.  And then when you went to prison, obviously
 4  you were not drinking alcohol?
 5     A.  Right.  Right.
 6     Q.  Can you tell me just what months you served,
 7  what months and year you served in prison.
 8     A.  Like the months out of the year?
 9     Q.  Yes, or just when you went in and when you
10  came out, if you can remember.
11     A.  Just once.  It was November to May.
12     Q.  Okay.  And then I'm just checking notes
13  because, believe it or not, this outline is getting
14  smaller and we are making some progress.  So it was
15  November to May of which year; 20 --
16     A.  No.  So November in 2014 is when I began the
17  sentence.  May of 2015 is when I got released.
18     Q.  That's right.  Okay.  And then just going
19  back to Amelia Scott for a minute, you had said
20  earlier no long-term relationships since Katie.  If
21  you broke up with her this April, you were with her
22  for a couple years.  Was she a -- was that a serious
23  relationship?
24     A.  Yeah.  Sorry.  I misheard you then earlier.
25  I thought that you meant that it was specifically
```

Page 103

```
 1  with Katie.
 2     Q.  Oh, understood.  Okay.  So we're going --
 3  I'm going to go back to your history with Katie in a
 4  second.  So with Amelia, were you -- did you live
 5  together?
 6     A.  Yes, in Flagstaff.  We were living together
 7  at the time of the DUI.
 8     Q.  Okay.  You were living together at the time.
 9  Okay.  So have you had any difficulty obtaining
10  employment as a result of any of your arrests?
11     A.  No.  No, not -- no.  Trying to get
12  employment?  Absolutely, but --
13     Q.  Yes.
14     A.  -- while employed, no.
15     Q.  Okay.  But you have had problems getting
16  employment?
17     A.  Yes.
18     Q.  And so at the time that you and -- that you
19  were arrested when you and Z████ and Katie were all
20  living together in Tempe, had you been fired from or
21  had difficulty getting a job as a result of any of
22  these arrests?
23        MS. SCHRINER:  Form.
24        THE WITNESS:  No.  At the time I had been
25  working at Einstein's and I was supervising and
```

Page 104

```
 1  moving around a lot with Einstein's.  That was a
 2  very easy job to get, so that one never came up as
 3  an issue, and since drinking was not an everyday
 4  thing, it did not come into my life where it was
 5  interrupting my abilities to, I guess, function as a
 6  person and handle my responsibilities, if that makes
 7  sense.
 8     Q.  BY MS. LOVETT:  All right.  Sure.  Sure.
 9     A.  And responsibilities include, you know, job,
10  school, raising a kid, being a boyfriend, renting a
11  house, all of those things.  None of those fell
12  short from my drinking.
13     Q.  All right.  None of that was fuzzy or hazy,
14  your performance of any of those duties?
15     A.  No.  Absolutely not, no.
16     Q.  All right.  So I want to take us back to you
17  have just moved to Tempe and Katie has joined you
18  there and you guys were living and dating while
19  Katie's pregnant, so around that time frame in, say,
20  the fall and winter of 2013 -- sorry, 2012.  Do I
21  have the timeline correct on that just to --
22     A.  2013.
23     Q.  2013.  Okay.  So that's December -- I'm
24  talking about basically any time from Labor Day of
25  2013 through -- up through the time that Z████ is
```

## Page 105

1 born. Were you -- where were you working then?
2    MS. SCHRINER: Form.
3    THE WITNESS: I don't know when Labor Day
4 is, but at that time when Zoey was born it was at
5 Einstien Bagels.
6    Q. BY MS. LOVETT: It was at Einstein Bagels.
7 And did Katie work during her pregnancy?
8    A. Yes.
9    Q. And where was she working?
10    A. So she was working at Subway when we were in
11 Colorado.
12    Q. Right.
13    A. Right.
14    Q. And, I mean, not specifically when you were
15 in Tempe before -- when you were all four together.
16    A. Yeah. When we were in Tempe she was working
17 at Tempe marketplace.
18    VIDEOGRAPHER: Guys, sorry to interrupt
19 again, but, FYI, the camera has gone out of focus
20 again. Do you want to go off the record?
21    MS. LOVETT: We should do that, yes.
22    THE VIDEOGRAPHER: We are now going off the
23 video record. The time is currently 11:41 a.m.
24    (Brief break taken.)
25    VIDEOGRAPHER: We are now back on the video

## Page 106

1 record. The time is currently 11:44 a.m.
2    Q. BY MS. LOVETT: All right. So, Mr. Olson,
3 going back to the time frame you were discussing
4 before we had our little technical issue, I'm
5 focusing in on the time immediately prior to █████'s
6 birth, and so at that time, as you described it to
7 me, you were working at Einstien Brothers. Katie
8 was working at Tempe Marketplace and you were
9 awaiting the birth of your daughter; is that
10 right?
11    A. Yes.
12    Q. I know at some point you had a medical
13 marijuana card for the pain that you described that
14 you had when you were mountain biking. You got a
15 medical marijuana card for Arizona. Do you remember
16 when it was that you got that card?
17    A. When or what?
18    Q. When.
19    A. When, it was shortly after I -- shortly
20 after I got back to Arizona from Colorado.
21    Q. All right. So the time you guys moved in
22 together, all of you together, you had your legal
23 marijuana card; correct?
24    A. Yeah. Yeah.
25    Q. All right. And so we are talking about the

## Page 107

1 time leading up to █████'s birth. You talked about
2 going to some of the -- some of the events or some
3 of the doctors' appointments with Katie when you
4 could, when your work schedule permitted; right?
5    A. Right.
6    Q. Did she have any difficulties with her
7 pregnancy that you recall?
8    A. No.
9    Q. And at the time that she was born, do you
10 recall where you were when you found out Katie was
11 going into labor? Were you together?
12    A. It was an induced labor, so we both went to
13 the hospital together.
14    Q. All right. Were you living together
15 continuously from the time that she moved in with
16 you in Tempe until the time that you went to the
17 hospital for Zoey to be born?
18    A. Yes, we were.
19    Q. All right. So do you remember the
20 circumstances -- I mean, obviously everybody
21 remembers when their baby is born. Did you remember
22 any health problems or issues with Zoey at the time
23 of her -- at the time of her birth?
24    A. Yeah. She was born and, you know, they
25 monitor the baby right after just to make sure

## Page 108

1 everything is all right, and there was a bit of a
2 breathing issue, and I don't remember exactly what
3 it was called. I think a heart murmur, I'm not
4 exactly sure, but there was a breathing issue and
5 they went over a bunch of extra tests just to make
6 sure everything was okay. Three days later all
7 those tests came back and everything was a hundred
8 percent fine and we took her home and she was a very
9 healthy baby.
10    Q. All right. So I was going to talk about
11 that. I know that on the date of Zoey's passing I
12 know that the police detective, Detective Akey,
13 interviewed both you and your parents and your
14 brother for a little time there when you were all in
15 the house in Tempe, and so I recall sort of your
16 dad -- and I'm happy to play the clips for you
17 because I have -- obviously, that was recorded.
18 Your father had mentioned something about there was
19 a hole in her heart. Is that what you're talking
20 about?
21    A. I don't know if that's what a heart murmur
22 is or if there was a hole in her heart, but I'm not
23 100 percent sure on exactly what it is. I'm not --
24 you know, I'm not a medical professional, so --
25    Q. I understand. And I -- this is why I'm

Page 109

1  hesitating because the detective agent says -- and I
2  think he's probably right.  He said, you know,
3  grandmas tend to know stuff, and so he actually was
4  talking with your mom, but I don't want that to be
5  drawing or upsetting, so I don't want to play the
6  clip for you of your mom talking.
7      A.  Yeah.  If we could avoid doing that, I would
8  really appreciate it.
9      Q.  That's why I'm saying it.  And so I recall
10  her saying that she thought -- your dad said a hole
11  in the heart.  I don't know the difference either,
12  to be honest with you.  I'm just checking your
13  understanding.  Your mother described it as a heart
14  murmur, so I'm just making sure that there is a --
15  yeah, an understanding.
16      A.  Yes.
17          MS. SCHRINER:  Form to the question, if
18  there is one.
19          THE WITNESS:  So, yeah.  Yeah.  To my
20  knowledge, that's what my mom and I had talked
21  about, so I didn't know any differently either way.
22  She came back healthy, and so knowing exactly what
23  it was wasn't super important, especially since
24  nothing came back after that that was ever an issue
25  while she was -- while she was alive.  So that's

Page 110

1  what my mom's memory was of it, and I believe that
2  we had talked, and so that's why heart murmur is in
3  my head about that.
4      Q.  BY MS. LOVETT:  All right.  So after Z██
5  came home and you were all living together there,
6  did Katie -- when did Katie go back to work?
7      A.  I don't remember exactly.
8      Q.  All right.  At some point did Katie go back
9  to work and Z██ go to daycare?
10      A.  Yes.
11      Q.  While she was at -- while she was at the
12  house taking care of Z██ in those first initial
13  days, where did Z██ sleep?
14      A.  She slept next to the bed.
15      Q.  All right.  And what did she sleep in next
16  to the bed?
17      A.  I can't remember exactly what it was called,
18  but it was a bassinet.
19      Q.  It was some type of bassinet, like --
20      A.  Yes.  It was one of the ones where you can
21  kind of layer, if that makes sense, to fit the size
22  of the baby.
23      Q.  All right.  Okay.
24      A.  If that makes sense.  You know, you don't
25  want too big of a bassinet so they can be moving

Page 111

1  around, so you add layers to it.  I'm just trying to
2  give you my memory of what it was.
3      Q.  No, this is important.  So just to
4  understand her various sleeping environments, so
5  what would you layer it with?  Like I understand --
6  it sounds like you're describing some kind of
7  product where you would put the baby in, and if the
8  baby was small, you would put something around the
9  baby to make it kind of grow with the baby.
10      A.  Yeah.  Basically just so you could have one
11  size of bassinet.  Instead of buying a new bassinet
12  every single month, you could just have another
13  product, so it was an actual product.  It wasn't
14  like a towel from the bathroom.  This was a product
15  that you buy and then you can take one layer out as
16  she grows out of that layer.
17      Q.  And what were the layers made of?
18      A.  I do not know.  Some sort of -- some sort of
19  material.  I don't know.
20      Q.  I mean, it wasn't like -- was it hard
21  material, like hard plastic, or was it something
22  soft and it goes around the baby?
23      A.  It was soft, yes.
24      Q.  Okay.  All right.  So there were some soft
25  layers around the baby and you take them out as the

Page 112

1  baby got bigger --
2      A.  Right.
3      Q.  -- is that right?
4          You don't recall who made this product or
5  where you got it?
6      A.  No, not that specific one.
7      Q.  Did you do any research coming in as a new
8  parent about, you know, what would be a good
9  sleeping environment for Z██?  Did she participate
10  in any of those choices?
11      A.  Say that one more time.
12      Q.  Sure.  Did you participate in any choices
13  about what would be a good sleep environment for
14  ██ before you brought her home?  Can you describe
15  the process on how you prepared her sleep
16  environment?
17      A.  Oh.  I mean, we had an extra bedroom, so we
18  got that set up for her to sleep in once she was old
19  enough to be in a crib and in a room on her own.
20      Q.  Right.  So -- and then what preparations did
21  you make that -- so Z██ is in the hospital.  She's
22  coming home healthy, thankfully.  What preparations
23  had you made for her sleep space?  I mean, you said
24  she was by the bed at the beginning, so you had
25  bought this product, the layering product; right?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 31 of 132

Deposition of Andrew Olson                                   Page: 29 (113 - 116)
10/22/2020                                      Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 113

1    A.  Right.
2    Q.  And that was -- she was going to be in the
3  bed just right next to you; is that right?
4    A.  Yeah.  Yeah.  I mean, other preparations
5  that we did -- I mean, we just made sure we had
6  everything that we got from all the baby showers and
7  we had a room set up so that we could change her and
8  we had everything to set up to clean the bottles and
9  everything that we needed.  We had the baby bags and
10  everything like that, the diaper bags all set up and
11  ready.  We had a couple of them all set up and ready
12  to go.  And then we had like layered the ground with
13  those foam puzzle piece looking things that you can
14  put together.  Just adds a little more cushion to
15  the ground.
16    Q.  Cushion to the ground under the sleep
17  surface?
18    A.  Yeah.  No, not -- I mean, not under the
19  sleep -- under the whole entire bassinet, right.
20    Q.  Right.  No, that's what I meant.  So you had
21  some kind of foam or cushion under the bassinet?
22    A.  Right.
23    Q.  Between the bassinet and the floor; is that
24  right?
25    A.  Yeah.  Yeah.  Yeah.  So any other

Page 114

1  preparations, I can't recall entirely.  There was
2  quite a bit of preparing for this whole thing,
3  so that's, I guess --
4    Q.  Sure.  So when you guys came home you were
5  still working in the morning because bagel would be
6  a morning thing; is that right?
7    A.  Right.
8    Q.  And I know Katie wasn't working immediately.
9  How did you divide the responsibilities of caring
10  for Z██?
11    A.  I got -- whoever needed to sleep slept for a
12  little bit, and then the other person slept while
13  the other person took a shift to take care of Z██.
14  You know how newborns can be.  It's only every few
15  hours that you get a break, so there was a split
16  between that.  So she would take care of Z██ during
17  the day.  I would get home and I would take care of
18  Z██ at night.
19    Q.  And --
20    A.  Or both of us would.
21    Q.  Right.  So Katie wasn't breast feeding, as
22  far as -- from my understanding from her testimony
23  yesterday, so you were both able to feed her, for
24  example?
25    A.  Oh, then, yeah.  There you go.  So, yeah,

Page 115

1  she didn't have to be up the entire time, so she
2  could actually get some sleep and I could take care
3  of Z██.
4    Q.  All right.  And so can you describe the
5  routine, the bedtime routine with Z██.  When she
6  first came home and she was in this layering
7  product, can you describe the routine?  And I know
8  with newborns there is no routine.  It may just be
9  putting her down, but did you generally, you know,
10  have a time where you tried to get her down for at
11  least the first few hours of sleep?
12    A.  No, no timeline.  They just said few hours
13  on, few hours off.  Every few hours feed her, so
14  like -- and that doesn't match up with dividing 24
15  hours, if that makes sense.
16    Q.  Right.
17    A.  So there was no way to -- and a baby is not
18  going to care what time it is.
19    Q.  Yeah.  Babies do not have watches.  Babies
20  are not going to say, all right, my three hours are
21  up; right?
22    All right.  So when Z██ -- when you were
23  taking care of Z██ and she was small, at some point
24  did you determine, you and Katie determine that it
25  was time to move her to a different kind of sleeping

Page 116

1  product?
2    A.  Do I remember when?
3    Q.  Well, do you remember that you did?  You
4  transitioned her from the, what I'm calling the
5  layering bassinet --
6    A.  Yeah.
7    Q.  -- to something else?
8    All right.  What was the next sleeping --
9  the next sleep environment for Z██, the next
10  product?
11    A.  So there was two of them.  Katie had moved
12  out into Glendale, and we took the crib from the
13  Tempe house to Glendale, and so when Z██ was in
14  Glendale, she was sleeping in the crib, and then
15  whenever we were down in Tempe, Z██ was sleeping in
16  the Rock 'n Play.
17    Q.  All right.  So I want to -- so what you're
18  calling the crib or the bassinet, that was what you
19  had by the bed for those first few months where you
20  could layer it or take out the soft material and it
21  would get bigger.
22    A.  No.
23    Q.  When did Katie -- oh, sorry.  Did I say that
24  wrong?
25    A.  No, no.  So that layering product, that was

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 32 of 132

Deposition of Andrew Olson
10/22/2020

Page: 30 (117 - 120)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 117

1  not used anymore and it was kind of a bouncer kind
2  of thing that she could lay on and she could sleep
3  in, and then we had transitioned to the crib, but
4  the crib had moved to Glendale.  We didn't want
5  to -- we didn't want to move the crib.  Obviously,
6  it's a crib, so we just had the Rock 'n Play in
7  Tempe.  And we would -- I remember moving the Rock
8  'n Play between my parents' house, her parents'
9  house, the Tempe house and, also, Katie's apartment
10 in Glendale.  It was -- you know, it turned out
11 to -- you know, it was a good thing to help her --
12 help her sleep.
13      Q.  All right.  So you had a crib that was in
14 the -- an actual crib, like after we got rid of the
15 first newborn product, the one that has the layers,
16 in Z███'s own room at the house in Tempe there was a
17 crib and, actually, something that looked like a --
18 can you describe it to me because I think a lot of
19 things qualify as cribs, but I'm --
20      A.  Oh.  Like a giant cage, I guess, as weird as
21 that is to say.  Yeah.  So a flatbed on bottom and
22 then bar sides.
23      Q.  Right.  Did you have any -- like was it
24 decorated?  Did you guys have any bumpers on it or
25 anything like that to keep her from hitting her

Page 118

1  head?
2      A.  Yeah.  You have that like bottom six-inch
3  layer that gets like Velcro'd to the bottom part of
4  the bars in there.
5      Q.  Right.
6      A.  And then on there you have one tight sheet
7  on the mattress, and then as they are able to roll
8  over and move around and they're more capable, you
9  can start adding new things to the crib.
10     Q.  All right.  Right.  And so that crib left
11 and went to Glendale to Katie's apartment in
12 Glendale; is that right?
13     A.  Yes.
14     Q.  When did Katie move out?
15     A.  I don't remember exactly.
16     Q.  Obviously, Z███ was still in a crib.  Was it
17 before Z███ turned three months old?
18     A.  When she was in the crib?
19     Q.  No.  When she moved out.  When Katie moved
20 out.
21     A.  I don't remember.
22     Q.  Why did Katie move out?
23     A.  Her and I relationship wasn't working out
24 super well, and so she moved out to Glendale, and
25 she moved to Glendale specifically so that -- I

Page 119

1  mean, it was just nice, also, that we had all of our
2  family in Glendale.
3      Q.  Right.  And so when Katie moved out, did you
4  make any arrangements for visitation or any kind of
5  custody with Katie when you could see Z███, formal
6  or informal?
7      A.  No, no.  It was whenever I wasn't working I
8  would come up to Glendale, basically is what it was.
9  If I had time in between school and work I would
10 head up to Glendale and we would -- and then that
11 would last until I had work next or, you know,
12 whatever made me go back down to Tempe.
13     Q.  So what was -- I mean, and I understand this
14 is delicate, as well, but what were the problems
15 that you and Katie were having that led to your
16 breakup?
17     A.  Like specific problems in our relationship?
18     Q.  Yes.
19     A.  I guess trust issues that included like body
20 issues and -- yeah, that was pretty much it.  It was
21 kind of an issue with trust and that rooted from
22 kind of body issues.
23     Q.  Okay.  Deciphering what you're saying and
24 having words from some of the police report, was
25 there a time -- I mean, like most new moms, and I

Page 120

1  certainly was this way, when you say body issues,
2  are you talking about Katie's body issues?
3      A.  Yeah.  And her lack of trust in me and my
4  lack of ability to give her that or, I guess, allow
5  her to trust me.  You know, give a reason for her to
6  trust me.
7      Q.  So it was -- you said it was -- the trust
8  issues were rooted in the body issues.  Were you
9  unfaithful to Katie at some point?
10     A.  I was not unfaithful.  I think that had been
11 from past experiences.  She's had a few rough
12 relationships in her life, including her and her
13 father, so I think there was some deep rooted
14 issues, and I didn't know how to fix those and I
15 didn't handle them well.  Certainly not in the way
16 that she wanted me to handle them, so that didn't
17 help the process.
18     Q.  And you had told us -- we were discussing
19 just putting together the timeline for the DUI's
20 that in December of 2013, which would have been
21 Z███'s first Christmas, and then at the time you
22 were arrested in January that you were all still
23 living together in Tempe; is that right?
24         MS. SCHRINER:  Form.
25         THE WITNESS:  Yes.

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 33 of 132 (121 - 124)
Page: 31 (121 - 124)
Courkamp, Kathleen vs. Fisher-Price, Inc.

**Page 121**

1  Q.  BY MS. LOVETT:  So just sometimes it's
2  easier to do it in milestones.  So you remember
3  having Z███'s first Christmas there at the house in
4  Tempe at the end of 2013?
5  A.  No.  We were in Glendale and we were at my
6  parents' house for Christmas and then we spent --
7  but Christmas fell on the timeline while we were
8  living in Tempe.
9  Q.  Right.  I mean, the holiday season you were
10  sleeping and living in Tempe together with Zoey?
11  A.  Yes.
12  Q.  And then you had the -- the second DUI was
13  the end of January of 2014 and I believe your
14  testimony was that you were still living in Tempe
15  with Zoey and Katie at that time; is that right?
16      MS. SCHRINER:  Form.
17      THE WITNESS:  That was when she had moved
18  out, so we were up until that point.
19  Q.  BY MS. LOVETT:  All right.  Was -- did she
20  move out immediately after the second arrest, or, I
21  mean, the 2014, January 2014 arrest?
22  A.  The arrest, yes.
23  Q.  All right.  Was the arrest a
24  precipitating -- the January 25th, 2014 arrest a
25  precipitating factor, also, in why Katie moved

**Page 122**

1  out?
2  A.  No.  Not to my knowledge, no.
3  Q.  There were other issues before that?
4  A.  Yes.
5  Q.  When you were arrested in December of 2013,
6  what was Katie's reaction to that; do you
7  remember?
8  A.  There wasn't a large reaction, from what I
9  remember.  I'm sure she was concerned, but I don't
10  remember exactly how she reacted to that.
11  Q.  Was she aware of the second arrest when it
12  happened in January of 2014?  And I mean the
13  second -- I mean the second in that series.
14  A.  Yeah.  Yeah, she absolutely was, especially
15  because she had moved out and I wasn't at home when
16  she moved out.
17  Q.  Yeah.  So what was her reaction to that to
18  you?
19  A.  I don't recall.  Nothing more significant
20  than I would have recalled.
21  Q.  Did you make her aware that there was the
22  possibility that you would face some jail time for
23  that arrest?
24  A.  Yes.
25  Q.  And did she restrict you from driving Zoey

**Page 123**

1  anywhere because you had had two DUI's with about
2  six weeks of each other?
3  A.  She didn't restrict me.  If there was
4  anybody driving between the two of us, it would have
5  been her.
6  Q.  All right.  When Katie moved out, were you
7  seeing Zoey frequently?
8  A.  Yes.
9  Q.  Describe that for me.  I mean, I'm trying to
10  get -- so you got the time frame of her moving out
11  at around the end of -- sometime before the end of
12  January 2014, and so did she ever move in with you
13  again, I mean, like reconcile moved in between the
14  end of January 2014 and the day of Z███'s passing in
15  June of 2014?
16  A.  No.  We were actually about to go sign a
17  lease within a few days to get an apartment together
18  down in Mesa and we were going to move back in
19  together, but she had not moved into Tempe after she
20  had moved out.
21  Q.  All right.  And so when you guys were -- at
22  some point it sounds like the relationship was on a
23  break for a period of time.  Were you dating other
24  people?
25  A.  No.

**Page 124**

1  Q.  Did you date anyone between the time that
2  Katie moved out and the time of Z███'s passing?
3  A.  No.
4  Q.  And, to your knowledge, did Katie date
5  anyone during that period of time?
6  A.  No.
7  Q.  So it sounds like -- I don't want to put
8  words in your mouth, so I want you to correct me, so
9  it sounds like that there were a lot of hurt
10  feelings and trust issues, and as you said, trust
11  issues rooted in body issues, and so when Katie
12  moved out, was there a period of time when you did
13  not -- the two of you did not communicate or did not
14  speak when she initially moved out and moved back to
15  Glendale?
16  A.  No.  No, not at all.
17  Q.  All right.  Were you in daily contact with
18  her?
19  A.  Yes.
20  Q.  And about how frequently?  I know this
21  varies, but between the end of January 2014 when
22  Katie moved out and the time that Zoey passed away,
23  about how frequently were you seeing Zoey?
24  A.  Yeah, like you said, it's going to be hard
25  to give an actual number, but I would say -- I would

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 34 of 132 (125 - 128)
Page 32 (125 - 128)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 125

1  say four to five times a week I was going to be up
2  in Glendale.
3      Q.  Right.  And so when you were -- when you say
4  you were going to be up in Glendale, what would you
5  go up to Glendale to do?
6      A.  To see Z███ and Kate.
7      Q.  And Kate.  You were trying to rekindle
8  something there?
9      A.  Yeah.
10     Q.  Did you see them at her apartment, at
11 Katie's apartment?
12     A.  Yeah.  That was the main -- that was like
13 the main place that I would see Z███, unless it was
14 at her parents or at my parents, but that was
15 usually where I would go, and then Katie and I would
16 be parents, I guess, is what I --
17     Q.  All right.  So it was Z███ -- when you guys
18 would go visit -- when you would go visit those two,
19 Katie and Z███ in Glendale, Z███ was sleeping in her
20 crib, like you described, like the big baby cage
21 looking thing?
22     A.  Right.
23     Q.  That's what she was sleeping in when she was
24 at Katie's house?
25     A.  Yes.

Page 126

1      Q.  And did she sleep well in that, from your
2  observation?
3      A.  Yes.
4      Q.  You also said you had the Rock 'n Play at
5  your house.  You actually had two Rock 'n Play's, I
6  believe; is that right?
7      A.  I believe there was -- there might have been
8  one at my parents' house.
9      Q.  All right.  On the night of her death she
10 was in a Rock 'n Play that was sort of a pink sort
11 of vary colored fabric on the top.  Do you recall
12 that?
13     A.  Yes.
14     Q.  Okay.  At what point had you all determined
15 that Z███ was old enough to move into the crib,
16 whether that was in Tempe or whether that was in
17 Glendale?  When did she stop sleeping right by your
18 bed?
19         MS. SCHRINER:  Form.
20         THE WITNESS:  She was always right by our
21 bed.  The crib was in the bedroom in Glendale and
22 the bassinet was next to the bed in Tempe, so she
23 was never away from the bed.  I can't remember when
24 we moved her strictly to the crib while we were in
25 Glendale.  I don't remember, but it most likely

Page 127

1  would have been when she moved to Glendale.  So
2  about three months old.
3      Q.  BY MS. LOVETT:  About three months old.  All
4  right.  And that's why I was asking because I know
5  you had the crib, the big crib set up in her -- in
6  Z███'s own room at the Tempe house.
7      A.  Yeah.
8      Q.  And then it went to Katie's, but she hadn't
9  started sleeping there in Tempe yet?
10         MS. SCHRINER:  Form.
11         THE WITNESS:  No.  We didn't feel
12 comfortable with her sleeping in a different room
13 than us yet.
14     Q.  BY MS. LOVETT:  All right.  At some point
15 when you were visiting Z███ and Katie in Glendale,
16 say, around three months old that she was able to
17 sleep in the crib?
18     A.  Yes.
19     Q.  In her room?
20     A.  Yes.  No.  Sorry.  Did you say in her own
21 room?
22     Q.  Yes.  You're saying that there was -- she
23 was in Katie's room in the crib?
24     A.  Yeah.  It was a one bedroom apartment and
25 they were both in the bedroom.

Page 128

1      Q.  I understand.  All right.  So did you do
2  anything -- when Katie and Z███ moved out, did you
3  use the room that had been Z███'s room where the
4  crib was?  Did you use it for anything else?
5      A.  Oh, in the house in Tempe?
6      Q.  Yes.
7      A.  No.  That just stayed the same way.
8      Q.  All right.  And do you recall where you got
9  the Rock 'n Play?
10     A.  Yeah.  My mom bought it for us as a
11 present.
12     Q.  Before Z███ was born?
13     A.  Yeah.  She bought it before Z███ was born, I
14 believe.
15     Q.  And how old was Z███ when you started
16 putting her in the Rock 'n Play?
17     A.  I can't remember exactly.
18     Q.  Did she sleep in the Rock 'n Play before
19 Katie moved back to Glendale?
20     A.  I can't remember.
21     Q.  You had mentioned earlier that she slept
22 comfortably or slept well in the Rock 'n Play when
23 she came to your house?
24     A.  Yes.
25     Q.  And when she went to Katie's house?

Page 129

1    A.  Yes.
2    Q.  And Katie's parents or your parents, you
3  could take it with you and she would sleep
4  comfortably there?
5    A.  Yes.
6    Q.  And had you -- when you got the Rock 'n
7  Play, I'm making an assumption about those with
8  engineering lines, but did you look at the packaging
9  or familiarize yourself with its instructions for
10  use?
11    A.  Yeah.  We did that with every single product
12  that we got for Z███.
13    Q.  You focused in on making sure that it was
14  the right product for Z███ and, you know, putting it
15  together correctly; right?
16    A.  Right.
17    Q.  Looking at any warnings or labels on the
18  product?
19    A.  Yeah.
20    Q.  Do you think it was important to familiarize
21  yourself with the warnings of the products so that
22  they could be used safely and appropriately for
23  Z███?
24    A.  Absolutely.  Every product.
25    Q.  For every product, and I understand that,

Page 130

1  but, in particular, you felt comfortable using the
2  Rock 'n Play because you looked at the labels, you
3  read the labels, you understood how to use it; is
4  that right?
5    A.  Absolutely.  That's the only reason that we
6  would have ever decided to use it.  If, you know,
7  you go out, you don't know, you know, your first
8  time around, you know, so you ask around, you figure
9  out what's the right product.  And then that's how
10  you get any product because we didn't have any
11  hand-me-downs or anything like that, so everything
12  was brand new.  And that's how you would go about
13  buying anything new, make sure that it matches for
14  what you need it for.
15    Q.  It sounds like you had a very systematic
16  approach to it?
17    A.  Absolutely.
18    Q.  And that you were very careful about how you
19  looked at it and used it because you were looking at
20  every label and reading every warning and making
21  sure that it was age appropriate for Z███ and making
22  sure it was developmentally appropriate for Z███?
23    A.  Yes.
24    Q.  All right.  So I want to talk just a little
25  bit about Z███'s development.  Can you tell me,

Page 131

1  approximately, when she started rolling over, how
2  old she was?
3    A.  I don't remember exactly how old she was
4  when she started rolling over.
5    Q.  All right.  Why don't we take a look --
6  Mr. Lloyd has some pediatrician's notes from
7  Dr. Cleary that kind of help us.  These are details
8  that are hard to remember.
9    MS. LOVETT:  So, Mr. Lloyd, if you would
10  provide Mr. Olson with tab nine.
11    Q.  BY MS. LOVETT:  And, Mr. Olson, if you look
12  at the documents -- I'm sorry.  We marked them as
13  Exhibit 2.  My apologies.
14    (Deposition Exhibit No. 2 was marked for
15    identification.)
16    Q.  BY MS. LOVETT:  All right.  So you have that
17  there.  One of the things that we do, this the
18  another lawyer term.  Down at the bottom you're
19  going to see some numbers that are printed.  It says
20  Confidential ZO-ClearPFH and there is a series of
21  numbers.  Do you see that?
22    A.  Oh, all the way, yes.  Yes.
23    Q.  At the very bottom, so because a lot of
24  times these pages aren't numbered because they come
25  in a group, so we do this thing called Bates

Page 132

1  labeling so you can see the number.  So I'm
2  looking -- if you'll go with me here in the records
3  to page 34.
4    MS. SCHRINER:  Mo, I'm just -- if you're
5  going to display things, just so I don't have to
6  interrupt, I'm going to make a standing objection to
7  the document itself being displayed.
8    MS. LOVETT:  Okay.  I'm sorry, Kristin.  I'm
9  so sorry.  I can't hear you.
10    MS. SCHRINER:  That's okay.  I'm saying, Mo,
11  I don't know if you're going to display the medical
12  records, but so I don't have to interrupt you, I'm
13  going to make a standing objection to displaying any
14  of the documents that would be separate from my
15  objection to specific questions.
16    MS. LOVETT:  Yes.  I took the display down.
17  That was a mistake on our part, but that was Rachel
18  trying to be efficient and that's why the record is
19  in front of Mr. Olson.  So apologies for that.
20    Q.  BY MS. LOVETT:  All right.  Mr. Olson, if
21  you want to just sort of flip through so you know
22  what you have here.  These are pediatrician's
23  records for Z███, so, for example, there at the
24  beginning you'll see an immunization record.  If you
25  move to page 13 down at the bottom, you'll see it's

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 36 of 132

Deposition of Andrew Olson                                    Page: 34 (133 - 136)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

---

Page 133

1  a Patient Registration Form for Doctors Kevin Cleary
2  and Janelle Romero.  This is his PA.  Do you see
3  that?
4      A.  Yes.
5      Q.  Did you ever go on any pediatrician visits
6  with Z███ to Dr. Cleary's office?
7      A.  Yes.
8      Q.  So you were familiar with him; right?
9      A.  Yes.
10     Q.  And if we go to page 34 in the records,
11 there is a checkup for Z███ on -- it states her date
12 of birth and then on February 4th of 2014.  Do you
13 see that?
14     A.  On page 13?
15     Q.  No, I moved to page 34.  I'm sorry.  13 was
16 just to show you your registration form so you know
17 which records these were.  Page 34 is for the visit
18 on February 4th of 2014.  Do you see that?
19     A.  Yeah.  Yeah.  Yeah.  I do.
20     Q.  All right.  Go ahead.  I'm sorry.
21     A.  I'm fine.
22     Q.  If you look at the top, you see, you know,
23 Z███'s date of birth, ███/13, and then it says
24 she's four months old the date of this visit.  And
25 then we look at Developmental Screen.  Now, this

---

Page 134

1  took place roughly a week, 10 days after the arrest
2  you had on January 25th and I know they were living
3  in Glendale by then.  Do you recall whether or not
4  you went to this visit -- doctor's visit with Z███
5  and Katie?
6      A.  No.
7      Q.  And at this point was Katie sleeping -- I'm
8  sorry.  Was Z███ sleeping in the Rock 'n Play?  Was
9  she sleeping in the Rock 'n Play by the time she was
10 four months old?
11     A.  I believe so, yes.
12     Q.  When she came to see you, that was what she
13 had to sleep in?
14     A.  Right.  So she should have been in the
15 bassinet by then.
16     Q.  Right.  If she had come to see you in the
17 time between the time Katie moved out and February
18 4th, do you have any specific recollection of that?
19     A.  Of going to this, or her sleeping in the
20 bassinet?
21     Q.  Of her sleeping in the bassinet between the
22 time Katie moved out and the time of this visit
23 which is February -- February 4th.
24     A.  Okay.  Was she sleeping in the Rock 'n Play?
25     Q.  Right.

---

Page 135

1      A.  In that timeline?
2      Q.  Yes.
3      A.  I'm not completely sure of those -- that's a
4  pretty short timeline, so --
5      Q.  Sure.
6      A.  -- and I know that she would have been when
7  she came down to visit.  I'm not sure if she came
8  down to visit in that timeline yet.
9      Q.  Right.
10     A.  So I couldn't say for sure, but I would --
11 it would have been getting near that time, at
12 least --
13     Q.  Sure.  Sure.
14     A.  -- that she would have been sleeping in the
15 Rock 'n Play.
16     Q.  Right.  So if you look at -- down in the
17 section here there is a Nutritional Screen, there is
18 a Developmental Screen, and it shows
19 accomplishments.  And you have here that she's
20 babbling and cooing, she's smiling, and she's
21 beginning to roll front to back.  Have I read that
22 correctly?
23     A.  I'm on the wrong page.  What page are you
24 on?
25     Q.  I'm on 34.

---

Page 136

1      A.  Oh.  I'm not seeing what you -- oh, oh.
2  You're seeing on developmental screen.  Oh, I
3  thought -- I was looking for writing that said
4  everything that you had just said.
5      Q.  I'm sorry.  Right.  These are check boxes;
6  right?
7      A.  Right.  Okay.
8      Q.  All right.  So is it correct that Z███ was
9  babbling and cooing, smiling and beginning to roll
10 front to back as of February 4th, 2014?
11     A.  Yes.
12     Q.  All right.  And so did Z███ start -- after
13 rolling over, did she start pushing up on her
14 arms?
15     A.  At that time pushing up on her arms?
16         MS. SCHRINER:  Form.
17     Q.  BY MS. LOVETT:  Do you remember when Z███
18 started pushing up on her arms?
19         MS. SCHRINER:  Form.
20         THE WITNESS:  No, I don't remember.
21     Q.  BY MS. LOVETT:  At the time of her death in
22 2014, Z███ could pull up on her own; is that
23 correct?
24         MS. SCHRINER:  Form.
25         THE WITNESS:  Pull up on her own?  What do

---

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 37 of 132

Deposition of Andrew Olson                                                    Page: 35 (137 - 140)
10/22/2020                                                   Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 137

1  you mean?
2      Q.  BY MS. LOVETT:  I mean, pull herself up on
3  something to a standing position.
4      A.  Oh, no, she was never able to do that.
5      Q.  Okay.  So in the binder -- and, Mr. Lloyd,
6  if you would assist me.  Under tab 27.  And,
7  Mr. Olson, there is a -- this is a transcript of the
8  interviews that were taken by Detective Akey of you,
9  your folks, and your brother on the day of Z███'s
10 death.  Do you recall being interviewed by
11 Mr. Achy?
12     A.  Okay.  Sure.
13          (Deposition Exhibit No. 3 was marked for
14          identification.)
15     Q.  BY MS. LOVETT:  It's going to be Exhibit 3.
16 I just want to get some foundation, though, on the
17 witness.  Do you recall being interviewed by
18 Detective Akey on the date of Z███'s passing which
19 was June 19th, 2014?
20     A.  I remember getting interviewed.  I don't
21 remember his name.
22     Q.  Sure.  It's fair.  I understand.  And your
23 parents frequently took care of Z███; is that
24 right?
25     A.  Yes.  Yes.

Page 138

1      Q.  All right.  So is your father in good
2  health?
3      A.  Yes, he is.
4      Q.  All right.  I think this might have more
5  context if we -- but I don't want to upset you in
6  any way.  I'm not going to play any audio of your
7  mom.  Are you comfortable with me playing a clip
8  from your dad talking about Z███'s development from
9  what he -- what he observed?
10     A.  It should be in here; right?
11     Q.  It is.  We can read along and we can
12 actually hear his voice.  So if you will turn with
13 me to page 43.
14          MS. LOVETT:  And, Mr. Roth, that's going to
15 be audio clip 9.
16          And, for Counsel, we are starting at 1:20
17 going through page 24.
18          Mr. Roth, are you ready with the clip?
19          MR. ROTH:  Yes.
20          MS. LOVETT:  Please play that for us.
21          I'm not hearing it come through, Cameron.
22 It doesn't seem to be paused.  There we go.  Let's
23 try the play button again.
24          All right.  We can -- are we having a
25 technical issue.

Page 139

1          MR. ROTH:  Yes, one second.  Apologies.
2          MS. LOVETT:  No problem.  Let's give it a
3  second.  I don't want to waste everybody's time.  We
4  can always read the transcript and talk about it.
5          (Audio playing at this time.)
6      Q.  BY MS. LOVETT:  All right.  I know that
7  there is some ambient noise there, wording, because
8  Detective Achy is talking to you outside, but do you
9  see in the transcript where your dad says that Z███
10 was pulling up at the time of her death and
11 sometimes she didn't pull up successfully.  Had you
12 observed that, sir?
13          MS. SCHRINER:  Form.
14          THE WITNESS:  Did I observe her pulling up?
15     Q.  BY MS. LOVETT:  Yes.
16     A.  No.  She wasn't able to pull herself up.
17     Q.  All right.  If you'll go with me to page 9
18 of that transcript, and, obviously, I mean, if Z███
19 was standing up, she would have to be standing up
20 assisted; is that right?
21     A.  If you would call it a stand up.  It was --
22     Q.  Okay.
23     A.  -- kind of a shaking until she fell on her
24 butt.
25     Q.  Right.  Okay.  So I'm looking at line 8

Page 140

1  where Detective Akey asks you:  As far as her
2  development, can you tell me a little bit about that
3  as far as, I mean, she was how old?  You say,
4  eight-and-a-half months.  Did I read that
5  correctly?
6      A.  Yes.
7      Q.  And then he says:  Eight-and-a-half months,
8  so what was she?  Was she crawling at this point,
9  talking or -- and you say at line 15 of page 9:  And
10 rolling over and everything and that's why -- I
11 mean, I did a lot of research up on SIDS.  Do you
12 see that?
13     A.  Yes.
14     Q.  Do you recall having done research on SIDS
15 because Z███ was progressing developmentally to
16 where she was crawling, rolling over and clothed and
17 everything?
18          MS. SCHRINER:  Form.
19          THE WITNESS:  I'm sorry.  Say that question
20 again.
21     Q.  BY MS. LOVETT:  Yeah.  I'm trying to just
22 build off of your answer to Detective Achy.  He
23 says:  So what was she?  Was she crawling at this
24 point and talking?  And you say:  And rolling over
25 and everything and that's why, I mean, I did a lot

Page 141

```
 1   of research up on SIDS.
 2         So I'm asking, did you start doing -- you
 3   said that's why.  Were you doing research on SIDS
 4   because Z█ was rolling over, crawling, all those
 5   things?
 6      A.  I don't believe that's why I researched
 7   SIDS.  I think I was mistaken on the question.  I
 8   felt confident in Z█'s ability to be able to roll
 9   over, but beforehand I had looked at SIDS because I
10   had heard that --
11      Q.  Okay.
12      A.  -- typically, before they are able to
13   rollover, there is a time frame where SIDS is more
14   of a possibility.
15      Q.  All right.  So you felt confident in Z█'s
16   ability to roll over front to back and then back to
17   front; is that right?
18      A.  Yes.
19      Q.  By this time?  By the date of her passing?
20      A.  Yes.
21      Q.  And then it says --
22         MS. LOVETT:  Mr. Roth, I think we have a
23   clearer clip of the next piece, if you could go to
24   audio clip C, please.
25         (Audio playing at this time.)
```

Page 142

```
 1      Q.  BY MS. LOVETT:  Do you need a break,
 2   Mr. Olson?
 3         MS. SCHRINER:  Yeah, I think we need to take
 4   a break.
 5         THE WITNESS:  Yeah, can we take a break for
 6   a minute?
 7         MS. LOVETT:  Sure, of course.  And if you
 8   want to take a lunch break or a longer break, I'm
 9   open to whatever you wish.
10         THE WITNESS:  Can we just take a short
11   break?
12         MS. LOVETT:  Sure.
13         VIDEOGRAPHER:  We are now going off the
14   video record.  The time is currently 12:29 p.m.
15         (WHEREUPON, a short break was taken from
16         12:29 p.m. to 12:37 p.m.)
17         THE VIDEOGRAPHER:  We are now back on the
18   video record.  The time is currently 12:37 p.m.
19      Q.  BY MS. LOVETT:  So, Mr. Olson, we had in
20   front of you and you heard the transcript that's
21   part of your interview with Mr -- Detective Akey who
22   was one of the investigating officers who came when
23   you guys called 911 for Z█, and you say here in
24   the clip, and you can read it at page 9, you say,
25   she was crawling, rolling over, and she could stand
```

Page 143

```
 1   up.  So is it accurate that Z█ could stand up at
 2   the time of her passing, June 19th of 2014?
 3      A.  She could stand there if you were holding
 4   her giving her balance, I guess, so her --
 5      Q.  All right.
 6      A.  -- legs could take her weight, but she
 7   couldn't balance.
 8      Q.  Right.  And it says that she was crawling.
 9   So we may have skipped a few steps of things that
10   babies do, but, obviously, for her to crawl, they
11   have to -- they first have to be able to push up on
12   their arms and sort of, you know, have the thing
13   where they can support themselves on their arms;
14   correct?
15         MS. SCHRINER:  Form.
16         THE WITNESS:  Right.
17      Q.  BY MS. LOVETT:  All right.  So if Z█ was
18   crawling by June 19th of 2014, she could push up on
19   her arms; is that right?
20      A.  Yeah.  I mean, the crawling wasn't --
21   you know, she wasn't zipping around.
22      Q.  Right.  You get the arm part first and then
23   you get the little legs working; right?
24      A.  Yeah.  It's kind of -- yeah.  It's like a
25   pulling, dragging thing to --
```

Page 144

```
 1      Q.  Right.  Her arms were up and then she -- so
 2   she could push up on her arms and then she could
 3   drag her feet behind her; is that right?
 4         MS. SCHRINER:  Form.
 5         THE WITNESS:  Yeah.
 6      Q.  BY MS. LOVETT:  Okay.  And then so she also
 7   could sit up unassisted regularly by this time; is
 8   that right?
 9      A.  Yeah.
10      Q.  And that's -- I mean, that's certainly with
11   a baby when they can sort of balance their head, you
12   know, to be able to sit up and maintain their core,
13   so she could do that; is that right?
14      A.  Yeah.
15      Q.  And I have got some photographs that depict
16   that, but I hesitate to go through a lot of those
17   because I know these are going to be hard, but let
18   me just confirm for the record.  At the time of her
19   passing on June 19th of 2014, Z█ could push up on
20   her arms; correct?
21         MS. SCHRINER:  Form.
22         THE WITNESS:  Yeah.  Yeah.
23      Q.  BY MS. LOVETT:  She could roll over from
24   front to back and back to front; correct?
25      A.  Correct.
```

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 39 of 132

Deposition of Andrew Olson                                                    Page 37 (145 - 148)
10/22/2020                                                     Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 145

1    Q.  She could stand with assistance; correct?
2    A.  Yeah.
3    Q.  She could sit up unassisted; correct?
4    A.  Right.
5    Q.  And if your dad told Detective Akey that he
6  had seen her pulling up on things and then sometimes
7  she could pull up successfully and she might crash,
8  did -- is that something that, you know, you have
9  any reason to dispute what your dad's memory of Z███
10 was on that day?
11       MS. SCHRINER:  Form, foundation.
12       THE WITNESS:  Yeah, I think my dad was
13 mistaken about that or misspoke.  I have never seen
14 that.  And it seemed --
15   Q.  BY MS. LOVETT:  All right.
16   A.  -- like a pretty long road until that was
17 going to actually be able to happen.
18   Q.  BY MS. LOVETT:  Right, but you knew she
19 could push up on her arms and stand up if you held
20 her hands?
21       MS. SCHRINER:  Form.
22       THE WITNESS:  Well, you had to, like, pull
23 her up into a standing position, right.
24   Q.  Right.
25   A.  But if you were holding her there, then she

Page 146

1  could stand.
2    Q.  Right.  And she was crawling or dragging.
3  She was getting good at crawling, I guess, is a way
4  to say it?
5    A.  Yeah, right.
6    Q.  So what was Z███'s usual sleep schedule
7  around -- and we are focusing now in around the time
8  of her death, so around June 19th of 2014.  How much
9  was she sleeping at a time?  I know babies
10 eight-and-a-half months old might sleep through the
11 day and into the night.  Did you have a chance to
12 observe her sleep habits?
13   A.  I mean, she would make it through the entire
14 night.  She would make it through the entire night,
15 and, you know, maybe sometimes a little bit -- a
16 little more sometimes which was -- so, yeah, she
17 could make it through an eight-hour night pretty
18 easily.
19   Q.  Sure.  And do you know about what time she
20 would normally wake up?  And I understand that the
21 night, the evening and morning of her death was sort
22 of unusual because you're going to pick Katie up
23 from work, but let's say you got her down around a
24 normal bedtime, what would that be?
25   A.  Probably around like 10:00, I'd say.  9:00

Page 147

1  to 10:00, I'd say, was the regular time so that she
2  could wake up around 5:30 to 6:00.
3    Q.  So her normal wake up time was 5:30 or 6:00;
4  is that right?
5    A.  Yeah.  From what I remember, yeah.
6    Q.  And so I want to take you back to that
7  evening, in particular.  What was the -- what was
8  the arrangement, the arrangement of that night?
9  Because I know Katie was at work and you were taking
10 care of Z███ and watching Z███, so could you walk me
11 through the day on the night before Z███ passed
12 away.
13   A.  Not like the entire -- not the entire day.
14 I believe I worked, and so I would have been off
15 around like 1:00 or 2:00.  And then I went up to
16 Glendale to Katie's apartment and then we -- we were
17 with Z███ for a little bit.  And then Katie had to
18 go to work, and so I was with Z███ at that point
19 taking care of her.  And then I took her over to my
20 parents' house --
21   Q.  Right.
22   A.  -- for a few hours.  I dropped her off so
23 they could have some time with Z███.  And then I
24 went and took care of some errands.
25   Q.  Right.  I mean, I know you won't remember

Page 148

1  off the top of your head, but were there things that
2  you had to do at that time?  Were there things you
3  were picking up or maybe groceries?  Just do you
4  have a general idea of what you were doing then?
5    A.  I don't.  I don't recall exactly what I was
6  doing.  All the reports say that I went to my house
7  to clean and -- since we were heading there that
8  night and, overall, we were planning on moving
9  pretty soon.  So the house was -- the house was
10 probably on the way to being packed up, things moved
11 around ready to move, but since she was coming down
12 with Z███ that night, I'm sure I at least picked up
13 a few things and just cleared out the area where we
14 would be at.
15   Q.  When you said that -- when you said the
16 reports say, what reports were you referencing?
17   A.  I just -- that's what I have heard from -- I
18 think that's what it says in this right here.
19   Q.  Right.  Right.
20   A.  And I don't know where it says that.
21   Q.  So it's probably a good time for me to ask
22 you, did you review any -- let's talk about -- I'm
23 going to give you the big caveat again.  I don't
24 want to know anything you talked about with
25 Ms. Schriner, anything that you guys discussed in

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 40 of 132

Deposition of Andrew Olson                                    Page: 38 (149 - 152)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 149

1  preparation for your deposition --
2      A.  Uh-huh.
3      Q.  -- but did you review any documents in
4  preparation for your deposition?
5      A.  Yeah.
6      Q.  And can you tell me, just generally, what
7  you reviewed?
8      A.  This.
9      Q.  The transcript?
10     A.  Yeah.
11     Q.  Have you looked at any of the police
12  reports?
13     A.  I thought this was the police report.
14     Q.  Yeah, you're right.  This is part of the
15  police report.  This is the active recording made by
16  Doctor Achy -- sorry, Detective Akey.  He had like a
17  small digital recorder.  I think this was before
18  Tempe Police got body cams, but he recorded his
19  interactions with you.  There are also some written
20  reports where all the police officers were kind of
21  pulling together everything that was happening on
22  the scene.  Have you seen those documents, or just
23  this transcript?
24     A.  No, I haven't seen those documents.
25     Q.  Have you seen any materials related to the

Page 150

1  Rock 'n Play or to the warning labels on the Rock 'n
2  Play or any of the manuals that came with the Rock
3  'n Play?
4      A.  No.  Not now.  I saw them when we got the
5  Rock 'n Play, but not now.
6      Q.  Yeah.  I mean, those were the manuals and
7  the labels that you went through very carefully
8  because you were making sure it was a good product
9  and it was an age-appropriate product for Z███;
10  right?
11         MS. SCHRINER:  Form.
12         THE WITNESS:  Yeah.  We were waiting to get
13  her in that so there was a time frame that we
14  eventually got to where we could put her in there.
15     Q.  BY MS. LOVETT:  Right.  When you say you
16  were waiting to get her in that, it sounds like you
17  had done all of this very detailed research you
18  talked about and you were waiting until you got to a
19  time when it would be appropriate to put Z███ in; is
20  that right?
21     A.  Yeah.
22     Q.  All right.  So let's talk about -- just a
23  little bit about -- have you seen Ms. Courkamp since
24  she has been in Arizona?
25     A.  Yes.

Page 151

1      Q.  Did you see her yesterday after her
2  deposition?
3      A.  Yeah, I did.
4      Q.  And, again, without asking for anything that
5  Ms. Schriner may have told you, was said to you, did
6  you discuss with Ms. Courkamp the substance of her
7  testimony?
8      A.  Not any details of it, but it was mainly
9  just to kind of give her some comfort and allow her
10  to kind of have someone there that she cares about.
11  She doesn't know anybody in Tucson.
12     Q.  Right.
13     A.  So we were kind of -- her and I, just kind
14  of been helping each other out emotionally over the
15  past few days through this whole week.
16     Q.  I understand.  Did you guys have dinner
17  together last night?
18     A.  Yeah.
19     Q.  Did you just kind of hang out?
20     A.  Yeah.  We went back and watched Food Network
21  at the hotel she's at.
22     Q.  Okay.  So taking you back to that day, and,
23  again, I know this is so hard.  You were running
24  some errands.  Your folks got some time with Z███.
25  Do you remember, approximately, when you went back

Page 152

1  and picked Z███ up?
2      A.  Yeah, it wasn't super late.  And I never
3  left her over at my parents' house or her parents'
4  house very late.  And it was never like past 10:00,
5  so it would have been right around like 9:00,
6  something like that.  That way I could get back
7  to -- back to Katie's apartment and pack everything
8  up and be ready to head back to Tempe right when she
9  got off.
10     Q.  Right.  And so the -- I know that the
11  Applebee's where Katie was working is closer to the
12  Glendale apartment than Tempe, so what was your
13  thinking in going back to Tempe that night?
14     A.  I can't -- yeah.  I can't recall exactly why
15  we were heading down to Tempe.  The only reason we
16  would have done that was to go check out apartments
17  in Mesa which is closer to Tempe.
18     Q.  Okay.
19     A.  And just since we would already be down
20  there, we could just -- it would just be easier to
21  start out down there.  And I can't remember when we
22  had that lease to really sign, when we were going to
23  go do that, but it was within a couple days of June
24  19th, so it could have been solely to go do that or
25  give them information to the apartment that they

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 41 of 132

Deposition of Andrew Olson                                        Page: 39 (153 - 156)
10/22/2020                                        Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 153

1  needed.
2       Q.  Just sort of describing the -- and my dad
3  spent a lot of time in Flagstaff, so I know what
4  June is like in Arizona, pretty warm, sort of like
5  it is here in Houston.
6       A.  Uh-huh.
7       Q.  So was -- did you recall whether the air
8  conditioner was out at the Tempe house the night
9  that Z█ passed?
10      A.  No.  No.
11      Q.  Had you had problems with the air
12  conditioner there before?
13      A.  No.  It was through SRP, so you have one of
14  those little boxes and you load up a card from
15  Safeway.  You put money on that and then you plug it
16  in.  And then when it runs out, your AC stops and
17  you have to refill it again.
18      Q.  I see.  So you called it SRP?
19      A.  Yeah.
20      Q.  What does that stand for?
21      A.  I don't know, but it's just how we get power
22  in Arizona from the dams.
23      Q.  Okay.  So you have a little box there and
24  then you just refill the card on Safeway, and if the
25  air conditioner wasn't working that night, probably

Page 154

1  a reason would have been you needed to refill it?
2       MS. SCHRINER:  Form.
3       Q.  BY MS. LOVETT:  You know, charge your pay
4  card, for example?
5       MS. SCHRINER:  Form and foundation.
6       THE WITNESS:  Yeah, but you notice when it
7  doesn't go -- when it stops working, you know, it
8  gets warmer, you know, so --
9       Q.  BY MS. LOVETT:  Right.  So the police
10 officers -- and I will show you a picture of the --
11 they take sort of an ambient temperature reading,
12 like they have a hand-held something that takes the
13 temperature around them, and the temperature that
14 they took after they arrived the morning of Z█'s
15 death was around 97 degrees inside the house.  Do
16 you recall that?
17      MS. SCHRINER:  Form, foundation.
18      THE WITNESS:  When did they take that
19 temperature?
20      Q.  BY MS. LOVETT:  So it was sometime between
21 the time they arrived at 8:00 a.m. and the time they
22 departed at around noon.
23      MS. SCHRINER:  Hey, Mo, I'm sorry --
24      THE WITNESS:  So if you --
25      MS. SCHRINER:  I'm sorry.  Real quick.  I

Page 155

1  might have misheard you, but what did you say that
2  reading was?
3       MS. LOVETT:  97.  I'm sorry, 87.  Thank you
4  for reminding me, Kristin.  87 degrees.  Sorry.  My
5  apologies.  It was outside temperature.
6       THE WITNESS:  You notice 97.  You don't
7  notice 87.
8       Q.  BY MS. LOVETT:  Okay.  And that's my
9  question because would you -- you know, as a grownup
10 who has lived in Phoenix your life, is 87 inside the
11 house something you would notice?
12      MS. SCHRINER:  Form, foundation.
13      THE WITNESS:  That's something I would
14 notice.  You turn a fan on, you know, and you're
15 good, for the most part, but --
16      Q.  BY MS. LOVETT:  You turn what on?  I'm
17 sorry.
18      A.  You turn a fan on at 87 degrees and you're
19 good.
20      Q.  Okay.
21      A.  But, yeah, so if they took that temperature,
22 the doors were all open for a long period of time,
23 so --
24      Q.  Right.
25      A.  -- if it's 110 out and you open a door, then

Page 156

1  the temperature starts going up a degree like every
2  minute.  So I'm assuming if it got to 87, they
3  probably took the temperature not too long after
4  they arrived then, because if they had opened the
5  door to get up to 87 from, like, 70 or 75, it would
6  only take 20 minutes or so, something like that.
7  Less than that, especially with however much
8  commotion there was and 15 people running through my
9  house at that time.
10      Q.  Right.  So you don't --
11      A.  So I don't remember it being 87, like
12 feeling like it was 87 when I woke up or anything
13 like that.
14      Q.  Sure.  Okay.
15      A.  But I didn't realize that the AC had gone
16 out, but if it had, then, I mean, they would know if
17 it had, I guess.  If they asked my brother, I
18 suppose.
19      Q.  Was the --
20      A.  So, yeah, the unit was on the other side.
21      Q.  I got it.
22      A.  And that gave the electricity to the whole
23 house and the electricity is how we cooled the
24 entire house.
25      Q.  Sure.  So Daniel might be the person to ask

Page 157

1  about that in terms of, you know, what --
2      A.  Yeah.  Yeah.  Ask him if the AC would have
3  gone out.  And, I mean, regardless, if it had or if
4  I had slightly even noticed it that morning, I
5  wouldn't have taken note to it to remember it later.
6      Q.  Right.  Right.  So was Z███ -- so you went
7  to Applebee's, picked up -- now, I'm kind of
8  skipping ahead.  You got home with Z███, you said it
9  wasn't super late, so maybe around 9:00 or so.  Do
10 you recall what you did then with Z███?
11     A.  Oh, yeah.  We just went back to, I mean,
12 Katie's apartment and just hung out, played around a
13 little bit, and then -- I don't remember exactly
14 what we did, but looking at -- you know, when you've
15 got a drive coming up and then you're going to, you
16 know, get her -- get her to bed, I'm sure there was
17 a -- I'm sure I was not letting her sleep the entire
18 time, you know, trying to make sure that she was
19 able to fall asleep.  So she was asleep when Katie
20 got back to the apartment and we were all ready to
21 go.
22     Q.  Was Z███ -- so when you picked up Katie --
23 so you drove over to the Applebee's.  Roughly, what
24 time was that?
25     A.  I don't remember.  She always got off --

Page 158

1  Applebee's usually closes around 11:00, 10:00 or
2  11:00, so I think it was 10:30, 11:30, somewhere
3  around that time.  Not after midnight, but it was --
4  it was after 10:00 and before midnight.  I'm sure it
5  was within that time.
6      Q.  Do you remember anything that night about
7  Katie being frustrated because she had a co-worker
8  that she had to stay late and cover for or something
9  like that, a co-worker didn't show up?
10     A.  No, that doesn't ring a bell.
11     Q.  Okay.  So then you and Z███ and Katie start
12 driving back to Tempe; right?
13     A.  Yeah.
14     Q.  Was Z███ awake during the drive from
15 Glendale to Tempe?
16     A.  I can't remember if she was awake or not.
17 We were always pretty careful not to wake her when
18 we were moving her around to keep that sleep going
19 kind of thing.  And since it was getting late, we
20 didn't want to wake her up, you know, and you're --
21 you know, you are already kind of staying up a
22 little bit late.
23     Q.  Did you stop anywhere on the way between
24 Applebee's and your house?
25     A.  I don't remember stopping anywhere.

Page 159

1      Q.  When you got there, was there anybody there?
2  And you may not know, but at that point Daniel was
3  living by himself, your brother, Daniel, on the
4  other side; right?
5      A.  Yeah.  Daniel would have been at the
6  house.
7      Q.  Okay.  He -- the parking situation, you kind
8  of described, you would know if he was home if his
9  car was home; right?
10     A.  Right.  Right.  There was no garage.  Just a
11 couple driveways.  We parked on one side, he parked
12 on the other.
13     Q.  Right.  So you recall him being at home when
14 you got home.  Did you interact with him or see him
15 at all?
16     A.  No.  No.  It was too late.  We just went
17 over to our side.  We had our own front door,
18 basically.
19     Q.  Right.  So did Z███ -- when you got home,
20 did Z███ stay asleep until you could put her down?
21     A.  No, not the entire time.  She was kind of
22 making a little noises as you're moving her because
23 we had her in the car seat and then we moved her
24 from the car seat to the Rock 'n Play, so -- so I
25 remember picking her up out of the car seat and

Page 160

1  putting her in the Rock 'n Play and she didn't,
2  like, wake up, luckily, but she did her little
3  movement and stuff like that.  But, you know, as
4  she's starting to wake up, use the binkie, and then
5  that will get her back to sleep right away.  And,
6  luckily, that's what happened.
7      Q.  Right.  I mean, you say binkie.  Every
8  parent in America knows this, but just in case there
9  is anybody on the jury who hasn't been blessed with
10 children yet, you mean a pacifier; right?
11     A.  Oh, yeah.  Yeah.
12     Q.  You would be surprised.  There are some
13 empty faces around most of young non-parents here in
14 my room who don't know about binkies, so --
15     A.  Oh, okay.
16     Q.  Yeah.  So when she got home, did you put
17 Z███ -- when you guys got home, did you put Z███ in
18 the Rock 'n Play?
19     A.  I did, yes.
20     Q.  And so I'm going to ask you a couple
21 questions.  You talked about kind of the -- you
22 talked about the buckle in the Rock 'n Play and
23 that's something you discussed with Detective Akey.
24 Did you normally -- when ███ was staying at your
25 house, did you normally buckle Z███ into the Rock 'n

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 43 of 132
Page 41 (161 - 164)

Deposition of Andrew Olson
10/22/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 161

1  Play?

2      A.  Yeah.  Absolutely.

3      Q.  Okay.  And now I'm asking you a very

4  specific question, not about what you normally did

5  because you read the instructions and the warnings

6  and all the labels like you told us multiple times.

7  I'm asking about your specific memory of that night.

8  Do you remember buckling Z██ into the Rock 'n Play

9  the night of June 19th or the night before June

10 19th, June 18th, 2014?

11     A.  That night, specifically, I don't remember

12 buckling her in.

13     Q.  All right.  And had you seen Z██ unbuckle

14 herself in the Rock 'n Play before?

15     A.  No.  Not unbuckle herself, no.

16     Q.  Okay.  So would you go with me to page 11 of

17 Exhibit 2 which is the transcript.

18     A.  Okay.

19         MS. LOVETT:  Cameron, do you have clip D,

20 please?

21         MR. ROTH:  Yes.

22     Q.  BY MS. LOVETT:  All right.  And I know,

23 again, we have got some kind of ambient noise there,

24 Mr. Olson, because Detective Akey has that mic on

25 him.  You're standing a little bit away, but I think

Page 162

1  if you look at the transcript, you were saying that

2  you recalled having Z██ buckled in.  And then you

3  say:  When I pulled her up, she wasn't buckled

4  anymore, so I don't know if she undid it herself.  I

5  have seen her do it once.  Do you have -- I asked

6  you that a moment ago, but do you have a

7  recollection of whether Z██ could unbuckle the

8  buckle in the Rock 'n Play?

9      A.  I don't remember if she could or not, but --

10 I don't remember her ever doing that before.  I know

11 I said it right there, but --

12     Q.  Sure.

13     A.  Throughout all that distress, I'm not sure

14 of some --

15     Q.  Sure, but you don't remember, specifically,

16 buckling her into the Rock 'n Play --

17         MS. SCHRINER:  Form.

18     Q.  BY MS. LOVETT:  -- early in the morning of

19 June 19th?

20     A.  No.  No.  I guess I don't have the physical

21 memory of actually buckling the buckles.  I don't

22 remember any instance where I left them unbuckled,

23 especially whenever we were putting her to bed.

24 There would be no reason why we wouldn't buckle her

25 in to go to bed because she was able to roll over,

Page 163

1  so there would be no reason why I wouldn't buckle

2  her in.

3      Q.  So why did you think it was important to

4  buckle her in because she could roll over?

5          MS. SCHRINER:  Form.

6          THE WITNESS:  So that she wouldn't roll

7  over.  Just the shape of the bassinet, it doesn't

8  seem like a good position to be laying stomach down,

9  right?

10     Q.  BY MS. LOVETT:  Sure.  So --

11     A.  It was made to sleep with her -- with her,

12 you know, facing up and her back against the

13 bassinet, so that's why we would keep her buckled in

14 so she wouldn't roll over and get into a weird

15 position.

16     Q.  Right.

17     A.  Or --

18     Q.  So when you -- I'm sorry.

19     A.  Or just -- just -- yeah, just because once

20 she's on her stomach, then I don't know.  I don't

21 want her being able to move around anymore.  I think

22 it's easier to move around when you're on your

23 stomach, yes.

24     Q.  Right.  And that was -- so you -- the reason

25 that you were buckling Z██ in was because you were

Page 164

1  concerned about the fact that she was able to roll

2  over and you didn't want her to get into a bad

3  position; right?

4      A.  Yeah.

5          MS. SCHRINER:  Form.

6      Q.  BY MS. LOVETT:  And so you don't think that

7  Z██ could unbuckle herself, and when you picked her

8  up, she's not buckled in; is that right?

9      A.  I don't remember if she was buckled or not.

10 From my memory today, no, I don't remember if she

11 was buckled in or not.

12     Q.  When you say to Officer Akey here on page 11

13 of the transcript, when you say, in the morning I

14 pulled her up and she wasn't buckled anymore, do you

15 recall saying that to him?

16     A.  No, I don't.

17     Q.  And when you had Z██ buckled in, did you

18 ever see her find another way to get out of the

19 restraints?  We are calling the buckles the

20 restraints sort of interchangeably.  Did you see

21 Z██ able to get out of the buckle, the restraints

22 in any way?

23     A.  No, I don't.

24     Q.  As long as she was buckled securely in,

25 there was no way for her to roll over; is that

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 44 of 132 (165 - 168)

Deposition of Andrew Olson                                                    Page: 42 (165 - 168)
10/22/2020                                                Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 165

1  right?
2       MS. SCHRINER:  Form.
3       THE WITNESS:  That's right.  Yeah.
4       Q.  BY MS. LOVETT:  You never saw her --
5       A.  Wait.  Say that -- say that question
6  again.
7       Q.  Sure.  As long as she was securely buckled
8  in, there wasn't any way for her to roll over;
9  correct?
10      MS. SCHRINER:  Form, foundation.
11      THE WITNESS:  I don't -- I don't --
12      Q.  BY MS. LOVETT:  From your knowledge.
13      A.  Yeah.  I don't know if she was able to roll
14 over or not with the buckles.  I'm assuming that's
15 why the buckles were there and that's why we had her
16 buckled in so that she couldn't roll over.
17      Q.  Right.  Right.
18      A.  I don't know why the buckles -- I guess,
19 yeah.  I wasn't the engineer on the job to decide
20 why they put the buckles.  I'm assuming it's for
21 the specifically rolling over, I would assume.
22      Q.  Did you ever see her yourself, observe her
23 after you had, you know, snugly buckled her in the
24 way the instructions tell you to do, did you ever
25 see her roll over while buckled?

Page 166

1       A.  Oh, no.  No.
2       Q.  And did you ever see her able to escape
3  the buckle or the crotch restraint any other way,
4  for example, like wiggling a leg out or pushing
5  herself out of the back?  Did you ever see anything
6  like that if she was securely buckled in like the
7  instructions say?
8       A.  No, no.  We were pretty confident in it.  It
9  seemed like a really -- a really good product that
10 we could rely on, and buckling her in was definitely
11 a priority, especially overnight.
12      Q.  Sure.
13      A.  Or for a nap, you know.
14      Q.  Right.  You wanted to make sure she stayed
15 in position; right?
16      A.  Right.
17      Q.  And as long as she was securely buckled in
18 you never saw her be able to get out of position;
19 correct?
20      MS. SCHRINER:  Form.
21      THE WITNESS:  Right.  Right.
22      Q.  BY MS. LOVETT:  And that's what made you
23 confident that when the restraint system was used
24 that Z███ could not turn over or get out of the
25 restraints the way they are designed to work?

Page 167

1       MS. SCHRINER:  Form.
2       Q.  BY MS. LOVETT:  From your observation?
3       A.  Yeah.  We felt very safe that it was a
4  product where she was going to be safe within there
5  and she was never able to get out.  So if she's safe
6  while she's in there and she can't get out, we felt
7  pretty good about the product.
8       Q.  Right.  Did you --
9       A.  And the sleeping arrangement as a whole.
10      Q.  Sure.  And you wanted to make sure that Z███
11 had a good sleeping arrangement that would work when
12 she was at your house in Tempe when she didn't have
13 her crib; right?
14      A.  Uh-huh.  Yes.
15      Q.  Is that -- and so the Rock 'n Play, based on
16 all of your research and following the labels and
17 everything, that was your -- it was your opinion
18 that if you followed all of the guidelines and the
19 warnings, as you told us you stringently tried to
20 do, you felt confident just as a parent, you felt
21 confident that that was a good and safe sleep
22 environment for Z███; right?
23      A.  Yeah, absolutely.  I have no idea how to,
24 you know, build a safe sleeping environment for a
25 baby, so we were going off of what we were buying at

Page 168

1  the store that said it was good.
2       Q.  Right.  Going off the product manuals that
3  you looked through and researched?
4       A.  Well, the product manuals and the product
5  reviews and what other people were talking about.
6  You know, people were confident about these
7  products.  People are generally confident about
8  Fisher-Price.  You know, it's a leading company in
9  products for babies, so, you know, you've got to
10 feel confident in that, or at least you should.
11      Q.  You did internet research then?
12      A.  Yeah.  I do a weird amount of research on
13 everything that I buy, so, yeah.  There was a lot of
14 research into every single product.  I'm sure Katie
15 got frustrated with some things that I didn't want
16 to buy right away.
17      Q.  Right.  Okay.  So when you say weird amount,
18 you mean -- like to most people it would seem like a
19 huge amount of research or a large amount of
20 research?
21      A.  Right.  Right.
22      Q.  And when you say Katie was frustrated, it
23 was because before you bought the product you wanted
24 to do sort of all the research you could?
25      A.  Yeah.  Yeah.  And, you know, at a certain

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 45 of 132

Deposition of Andrew Olson                                          Page: 43 (169 - 172)
10/22/2020                                          Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 169

1  point someone feels good and I seemed to keep
2  going.
3     Q.  Right.  Right.  So Katie felt comfortable
4  with the product and you were going to say, no, I
5  still have more due diligence to do here, actually,
6  and, you know, she understood that you do a weird
7  amount of research in a good way?
8     A.  Right.  Right.  Yeah.
9     Q.  So do you remember unboxing the Rock 'n Play
10  and putting it up there in your house?
11    A.  Me, no.  I don't specifically remember
12  unboxing it and putting it together.
13    Q.  Between the two of you, again, I'm making
14  another engineer assumption, but between the two of
15  you when it came to putting together new products or
16  putting them up in the house for Z██████, were you the
17  one reading the manuals and putting things
18  together?
19    A.  I mean, yeah, we both were at that point.
20  Once you get a product, you need to know, like you
21  were saying, there is age, there is weight, there is
22  height.  There is all those things and babies change
23  so constantly.
24    Q.  Right.
25    A.  Then, you know, you notice that ages six to

Page 170

1  eight weeks, you know, so after that eight weeks --
2     Q.  Right.
3     A.  -- of whatever product that it was, then you
4  need to know why to stop that product and what next
5  one to get to.  And she was really good at making
6  sure that we had, you know, the right products for
7  her age.
8     Q.  And that's -- and that's -- that's why the
9  label, the warning labels and the warnings on the
10  product, that's what you were keeping an eye on
11  because, to your point, things were changing pretty
12  quickly with the baby, so you were making sure that
13  this product was age appropriate for her?
14        MS. SCHRINER:  Form.
15        THE WITNESS:  Right.  And to our best, you
16  know, visual appearance, you know, if clothes don't
17  fit, then your baby is out of the norm, so you
18  change things up.  If she didn't fit in her crib, if
19  we had to lower the crib so the bars were higher, we
20  would do that.  You know, you read all that stuff
21  and then you look at your baby and see if that baby
22  matches what they are talking about.  So, yeah, and
23  that's why the crib seemed like a good sleeping
24  arrangement.  We had the bars at the right height
25  and we had the bassinet that she fit in really

Page 171

1  well.
2     Q.  BY MS. LOVETT:  So at the time of -- I'm
3  going to take you back.  And I'm sorry.  So Z████'s
4  in the Rock 'n Play and she's asleep next to your
5  bed.  Was she next to -- most couples have a side of
6  the bed they sleep on.  Were you and Katie like
7  that?  Were you like that?
8     A.  Yeah.  Yeah.
9     Q.  So whose side of the bed was Z████ next to in
10  her Rock 'n Play?
11    A.  Katie.
12    Q.  Okay.  And we talked about the Rock 'n
13  Play's that were in your house.  I hesitate to get
14  into any of the photos of the scene because I really
15  don't want to upset you.  I may have to show you a
16  few things just to kind of refresh your memory, but
17  there was one Rock 'n Play that's called -- the
18  model name is the Snugamonkey and it has a monkey
19  face on it.  Do you recall having that product in
20  the house?
21    A.  Yeah.
22    Q.  Do you remember where you got it?
23    A.  No.
24    Q.  Okay.  And then you had the one that Z████
25  was sleeping in the early morning hours of the 19th

Page 172

1  was sort the berry, pink colored one.  Do you recall
2  that?
3     A.  Yes.
4     Q.  And is that the one that she would use most
5  frequently?
6     A.  Yeah.  That is the one she would use most
7  frequently, yeah.
8     Q.  Did she fall asleep quickly?
9     A.  In general, or that night?
10    Q.  No, that night.  I'm sorry.  Did she fall
11  asleep quickly that night?
12    A.  Yeah, yeah.  She hardly woke up.  She did a
13  little moving, but you put her in there and she was
14  out for the rest of the night.
15    Q.  And you were doing everything you could,
16  like I call it the dad theory.  You were doing
17  everything you could to put her in and not disturb
18  her; right?
19    A.  Right.  Right.
20    Q.  Just at that point let her sleep through the
21  night?
22    A.  Uh-huh.
23    Q.  Do you recall about what time it was when
24  you did that?
25    A.  I don't remember exactly, but I know she got

**Page 173**

1  off work, we got back to her apartment, she did a
2  couple things, I loaded up the diaper bag, and then
3  we were out of there.  It's about 45 minutes from --
4  well, it was at nighttime, so I would say 30
5  minutes.  We didn't have any traffic.  So I would
6  say probably around maybe like 1:00, something like
7  that, maybe 1:00 to 1:30 is when she was in bed and
8  asleep in the Rock 'n Play.
9      Q.  Sure.  And then did Katie and you stay up
10  any and talk or have a bite to eat or anything like
11  that?
12     A.  Yeah.  Yeah.  Not for very long.  We were
13  pretty beat and we were, you know, pushing -- we
14  were going to be pushing four, five hours of sleep
15  when she was usually going to wake up, so, yeah, I'm
16  sure just a little bit of kind of hanging out, maybe
17  a quick bite to eat.  You know, she usually got food
18  from Applebee's, so -- but I don't remember,
19  specifically, how long we were up.  But, yeah, we
20  were in the living room for a little bit after we
21  put her to bed.
22     Q.  All right.  And about -- this is a hard
23  question to ask adults, I think, sometimes.  About
24  how long do you sleep on average a night?
25     A.  Now?

**Page 174**

1      Q.  Well, at that time.
2      A.  At that time.  That's a pretty tough
3  average.  I mean, it was pretty much Z███'s sleep
4  pattern was my sleep pattern, so it was, you know,
5  eight hours.  Eight, nine hours, something like that
6  a night --
7      Q.  Sure.
8      A.  -- I would say.
9      Q.  Sure.
10     A.  And that all depended on work, you know.  I
11  worked at 5:00 in the morning usually --
12     Q.  Right.
13     A.  -- so --
14     Q.  Well, that's what I was going to ask you
15  was, you know, if you -- if you just sort of -- you
16  know, some people when they get into that sort of
17  circadian rhythm you fall asleep, that even if you
18  fall asleep at 1:40 in the morning, you might still
19  be up at 5:00.  Were you able to kind of sleep in on
20  days you weren't working?
21     A.  Not really, no.
22     Q.  Did you -- do you recall waking up at any
23  time during the night before Katie woke you up and
24  told you she was worried that Z███ wasn't
25  breathing?

**Page 175**

1      A.  No.  No.  I don't -- I didn't wake up.  In
2  fact, I don't remember waking up.  I don't believe I
3  did.
4      Q.  All right.  So if you all went to sleep
5  somewhere between 1:30 and 2:00, the next -- what is
6  the next thing that you remember?
7      A.  Was just Katie waking -- well, I mean, we
8  kind of both woke up and then I just remember Katie
9  asking me a really weird question.
10     Q.  What was that?
11     A.  Do you see Z███ breathing.
12     Q.  And what happened next?
13     A.  So after that I didn't want to feel worried
14  at all, but I just told her to go ahead and check
15  and just go pick her up.  And that's when Katie felt
16  ███ real quick and didn't feel anything and said
17  that she doesn't feel her breathing.
18     Q.  Do you know about what time this was?
19     A.  Yeah.  8:00 in the morning.
20     Q.  And I know Katie was feeling her.  Did you
21  then go take her out of the Rock 'n Play?
22     A.  No.  She said that she doesn't feel --
23  didn't feel her breathing and that's not a case
24  where I'm going to go and figure out if she's right
25  or not, so I just called 911 right away.

**Page 176**

1      Q.  No, I'm sorry.  I meant which one of you
2  picked her up out of the Rock 'n Play?  I didn't
3  know if maybe she put her hand in and felt her side
4  or something.
5      A.  I picked Z███ up out of the Rock 'n Play.
6      Q.  Okay.  Do you remember unbuckling her from
7  the Rock 'n Play?
8      A.  No, I don't remember unbuckling her.
9      Q.  So you had her in your arms and then you
10  were calling 911 at the same time?
11     A.  I remember calling 911 and handing the phone
12  after they answered to -- after they answered, I
13  remember handing the phone to Katie so that they
14  could -- so that she could give our address to
15  the -- whoever responded.
16     Q.  All right.  And at some point did Katie --
17  Katie put the call on speakerphone?
18     A.  I don't remember if she did, but we got the
19  phone on speakerphone.
20     Q.  Okay.  And did the 911 operator have any
21  instructions for you?
22     A.  Yeah.  I had picked up Z███ and laid her
23  down on the bed and then -- and then they told me to
24  get her to a hard surface.  And so I took Z███ over
25  to the kitchen counter and put her on the kitchen

Case 2:19-cv-02689-GMS     Document 196-31     Filed 11/19/21     Page 47 of 132

Deposition of Andrew Olson                                         Page: 45 (177 - 180)
10/22/2020                                          Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 177

1    counter.
2        Q.  And then what did you do?
3        A.  So at that point the -- at that point they
4    were on their way already, so I had the phone on
5    speaker, and then that's when we were performing --
6    well, I was performing CPR on Z█████ until the --
7    until the ambulance arrived at the house.
8        Q.  Do you need just a little break?
9        A.  No, no, no, no.  We can keep going.
10       Q.  Okay.  So had you given CPR to an infant
11   before?
12       A.  No, but I knew how to from Boy Scouts.  We
13   all learned that.
14       Q.  Right.
15       A.  How to generally do it, but the -- but she
16   had instructed me on how to do it, the person on the
17   phone.
18       Q.  So you're listening to the dispatcher from
19   911.  She's giving you instructions and you've got
20   Z█████ on the counter and you kept -- I know these are
21   compressions, because babies are small, with your
22   fingers; right?  One or two fingers; is that what
23   you were doing?
24       A.  Yeah.
25       Q.  And then giving her breaths in between as

Page 178

1    the dispatcher directed you?
2        A.  Yeah.
3        Q.  And at some point the EMTs arrived or the
4    paramedics arrived; is that right?
5        A.  Yeah.  They had arrived at the front door
6    and Katie went around and grabbed them and pulled
7    them through the back door.
8        Q.  So I know that this is an impossible
9    question to remember in the moment.  Do you have an
10   idea of how long it took for the EMTs to get
11   there?
12       A.  I did two breaths or 30 compressions and two
13   breaths.  I did that twice and they got there during
14   the third set.
15       Q.  And then what did you do when they came
16   in -- when Katie brought them through the back, what
17   happened next?
18       A.  One of the medics had picked up Z█████ and
19   then he said there was nothing that we could do and
20   then he handed me back to her -- handed her back to
21   me.
22       Q.  I'm so sorry.  What did you do?
23       A.  Pretty much this and just held Z█████.
24       Q.  At some point did police officers arrive?
25       A.  Sorry?

Page 179

1        Q.  Did police officers arrive at some point?
2        A.  Yeah.  I don't remember when, though.
3        Q.  We can take a break any time you need to.  I
4    know it's hard.
5        A.  I kind of want to just get through this
6    portion.
7        Q.  Okay.  We will get through it then.  All
8    right.  So you were holding Z█████, and at some point,
9    did you put Z█████ down?
10       A.  Yeah.  After about a minute I put Z█████ back
11   down on the counter.
12       Q.  On the counter?
13       A.  Yeah.  Well, I think I handed her to a
14   medic.  I'm not sure.
15       Q.  I understand.  So then when the police
16   arrived, do you remember one of the police officers
17   talking to Katie and another police officer talking
18   to you?
19       A.  Yeah.  They split us up right away and I
20   went in the backyard and Katie was somewhere in the
21   house, I believe.
22       Q.  And I know you said you didn't remember a
23   Detective Akey's name, but it was a gentleman male
24   police officer; correct?
25       A.  Yeah.  Yeah.  We were talking in the corner

Page 180

1    of the backyard.
2        Q.  Okay.  And that's where the recording, that
3    is, the transcript that you have that's Exhibit 2,
4    that's where that recording took place; right?
5        A.  Yeah.
6        Q.  And so during the time that you and Katie
7    were talking to the police, you were in separate
8    rooms, not with one another; is that right?
9        A.  That's right.
10       Q.  And then eventually while you were talking
11   to Detective Akey, your brother Daniel and your
12   parents joined you there in the yard; is that
13   right?
14       A.  Right.
15       Q.  And then Detective Akey talked to Daniel and
16   to your dad and mom, as well; is that right?
17       A.  Yeah.  Yeah.
18       Q.  You were all kind of out there together and
19   I think he -- he started out talking to you because,
20   obviously, you know, this was your baby and you were
21   there, and then he also talked to Daniel and your
22   mom and dad as they came here to be with you; right?
23       A.  Right.
24       Q.  And, of course, your parents had seen Z█████
25   that day.  Daniel was frequently around her;

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 48 of 132

Deposition of Andrew Olson                                    Page: 46 (181 - 184)
10/22/2020                                 Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 181

```
1   correct?
2       A.   Right.
3       Q.   All right.  So do you recall giving the
4   police officers the permission to just go into your
5   house and search, do whatever they needed to do?
6       A.   I don't remember giving them permission or
7   not, but I wouldn't care either way if they did.
8       Q.   Sure.  And I know this is the last thing you
9   were thinking about that day, but if you look at --
10  if you look at Exhibit 2, which is the transcript,
11  you -- I believe there is a -- if you look at page
12  3, Detective Akey says, you know -- actually, if you
13  look at the bottom of page 2, he says:  Any time
14  somebody passes away, whether it's a child or a
15  person, we have to do some sort of investigation.
16  He tells you that's going to involve going into your
17  home, take some photos, calling the medical
18  examiner.  And he tells you he knows it's an
19  untimely thing for you to do because you were
20  grieving, but it was necessary, so he asked for your
21  consent to be in your home and do all that and he
22  gave you a form to sign.  Do you remember that at
23  all?
24      A.   No, I don't remember that.
25      Q.   Okay.  And I know that wasn't top of mind at
```

Page 182

```
1   that moment, but as you said, when you have a large
2   number of folks going in and out of your house, the
3   police officers, firefighters and Medical Examiner's
4   Office; right?
5       A.   Right.
6       Q.   Was there -- I know there is sort of a
7   special support unit that comes to death scenes like
8   this to kind of help the family.  Do you recall
9   interacting with any of those folks at all?
10      A.   No, I don't.
11      Q.   And when you -- so when Detective Akey was
12  standing there talking to you and the police
13  officers, the other police officers were there, do
14  you remember any of them, specifically, the other
15  officers besides the one that interviewed you?
16      A.   No.  No, I don't.  I just remember a lot of
17  people everywhere.
18      Q.   Sure.  At some point before everyone left
19  your house, there was a reenactment of the accident
20  with the Tempe Police Department and the Medical
21  Examiner's Office.  Do you recall participating in
22  that?
23      A.   No, I don't.
24      Q.   And I will just represent for you that in
25  the record and based on their testimony, the
```

Page 183

```
1   officer's testimony when you -- they had you -- they
2   asked you to place Z█ in the Rock 'n Play as you
3   had the night before.  To do that they used a doll.
4   Okay?  So I'm going to -- I'm going to give you this
5   is the kind of thing that may jog your memory.  I'm
6   going to give you a very small set of documents that
7   are part of the Medical Examiner's Report that just
8   show the doll and where you put it.
9           MS. LOVETT:  And so, Mr. Lloyd, if you
10  would, under tab 25, please, as Exhibit 4 give
11  Mr. Olson pages 356 to 362.
12      Q.  BY MS. LOVETT:  Mr. Olson, just so I can
13  preview what you're seeing because I don't want you
14  to think you're seeing something horrible.  What
15  you're going to see is remember we talked about the
16  other Rock 'n Play called the Snugamonkey Rock 'n
17  Play that has the monkey face?
18      A.   Yeah.
19      Q.   Okay.  So this is -- because Z█ was still
20  in her Rock 'n Play so the police can do their work,
21  this was moved and placed for the reenactment so
22  that you could -- so that you could show the police
23  officers what happened.  So these are the
24  photographs that documented that, and, obviously,
25  instead of using the original Rock 'n Play that Z█
```

Page 184

```
1   was sleeping in, they used the other one that you
2   had on hand there, the Snugamonkey.  And then there
3   is a doll that approximates the baby.  Okay?
4           So do you have those in front of you?
5       A.   Not yet.
6           MR. LLOYD:  We are marking them right now.
7           MS. LOVETT:  Yeah.  Go ahead.  If we could
8   just mark those as No. 4.
9           (Deposition Exhibit No. 4 was marked for
10          identification.)
11      Q.  BY MS. LOVETT:  Does seeing this refresh
12  your recollection in any way about participating in
13  the reenactment?
14      A.   No.  I don't think I did participate in
15  this.
16      Q.   All right.  And I will represent for you --
17  and, again, I'm just going by what's in the records,
18  that the police officers have testified that -- and
19  the Medical Examiner's Office, I'm sorry, has
20  testified that they were participating in this with
21  you, but I completely understand if you -- this is
22  not something that is -- you know, that you have
23  saved in your memory bank.
24          MS. SCHRINER:  Form.
25      Q.  BY MS. LOVETT:  I will just sort of flip
```

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 49 of 132

Deposition of Andrew Olson                                              Page: 47 (185 - 188)
10/22/2020                                          Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 185

1  through here.  The photos are -- if you look at 356
2  and 357, it says placed, and the officer's
3  testimony -- the Medical Examiner Office's testimony
4  is that's how you placed the doll when they asked
5  you to show how Z███ was put down.
6          MS. SCHRINER:  Form, foundation.
7          MS. LOVETT:  Sorry?
8          MS. SCHRINER:  I'm making an objection to
9  form and foundation.
10         MS. LOVETT:  Sure.
11     Q.  BY MS. LOVETT:  And then you'll see that
12  there are some measurements taken, and if you flip
13  with me to page 361, there is -- in the reenacted
14  photos that are 357 to 360, there -- Z███ appears --
15  the doll that is representing Z███ appears to be
16  face up under the placard that says Placed.  Do you
17  see that?
18     A.  Which one?  Sorry.
19     Q.  From 357 to 360.  There is a little placard
20  at the top that says Placed.  And you see that the
21  doll is placed face up.  Do you see that?
22     A.  Yes, I do.
23     Q.  Okay.  And then if you go to 361 and 362,
24  there is a placard that says Found and the doll is
25  face down.  Do you see that?

Page 186

1      A.  Yes, I do.
2      Q.  Okay.  Just to kind of sort of orient us to
3  where we are in the -- in your home, and, again, I'm
4  going to get you through these photos as quickly as
5  I can.  You had testified earlier that you had
6  placed the prior smaller bassinet that you had there
7  on sort of like a cutout foam thing, kind of looks
8  like puzzle pieces.  Is that what's under the Rock
9  'n Play here between the floor and the Rock 'n Play?
10     A.  Yeah, it is.
11     Q.  And then just above where the doll's head
12  is, is that the nightstand?  Is that the nightstand
13  that's next to your bed?
14     A.  Yes.
15     Q.  Okay.  So the bed would have been directly
16  to the left of this photograph; is that right?
17     A.  Yeah, that's correct.
18     Q.  Let's put those away.  Sorry.
19     A.  Thanks.
20     Q.  At some point after Z███'s passing did you
21  start discussing the cause the accident with your
22  family and your friends?
23     A.  That day or --
24     Q.  I mean, I know that day is a blur, but when
25  you talked to your friends and your family about

Page 187

1  what happened to Z███, what -- who did you discuss
2  it with first outside your -- well, obviously your
3  family?
4      A.  I don't know.  I'm not sure.  My parents
5  were calling and texting people that were close to
6  me to tell them what happened.  I don't remember who
7  I talked to first.  I remember a few specific
8  conversations, but I don't remember who I spoke to
9  first.
10     Q.  When you had to tell people what happened,
11  how did -- what did you say happened to Z███?
12     A.  I just -- I mean, there wasn't anymore
13  explanation than Z███ died, so I just told them that
14  ███ died, and I told them when the funeral was
15  going to be, and that would have been that.  There
16  wouldn't have been any longer of a conversation than
17  that, you know.
18     Q.  Sure.  After Z███'s passing, besides your
19  attorneys, and I'm leaving out your attorneys, did
20  you contact anybody about the Rock 'n Play sleeper?
21  Did you have a concern about the Rock 'n Play
22  sleeper in any of the time between 2014 and the time
23  that you hired your attorney?
24     A.  No.  No, not at all.
25     Q.  Did you ever -- before hiring your

Page 188

1  attorneys, did you ever express concerns during
2  those years, 2014, 2015, 2016, 2017, 2018 that you
3  thought the Rock 'n Play caused -- may have been a
4  cause of ███'s death?
5      A.  No.  No.  That didn't cross my mind.
6      Q.  Did you consider that the Rock 'n Play --
7  that that Rock 'n Play might cause -- pose a risk to
8  other babies at that time between 2014 and the time
9  prior to hiring your lawyers in 2019?
10     A.  No.  No, I don't think so.
11     Q.  And so, again, other than your lawyers, did
12  you discuss the cause of the accident with anyone
13  else?
14         MS. SCHRINER:  Form.
15         THE WITNESS:  The cause of it?
16     Q.  BY MS. LOVETT:  Yeah.  I mean --
17     A.  Yeah.  I would -- eventually when I could
18  get around to it I could tell people what I thought
19  it was, which we thought it was just SIDS because
20  there was not really an explanation for it.
21     Q.  When you were talking to your family, it
22  was -- it was -- it was -- you were talking about
23  it, I think you noted it was sudden infant --
24  sudden infant death or sudden unexplained death;
25  right?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 50 of 132

Deposition of Andrew Olson                                    Page: 48 (189 - 192)
10/22/2020                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 189

1       MS. SCHRINER:  Form.

2       THE WITNESS:  Right.

3       Q.  BY MS. LOVETT:  You had researched that and

4  you knew a great deal about it and that's what you

5  thought had happened to Z███?

6       A.  That, and we were told that, or I was told

7  that by someone.  I don't remember who.

8       Q.  Do you know if it was anyone from the

9  Medical Examiner's Office or the doctor's office?

10      A.  I don't remember.  Just -- yeah, I don't

11 remember.  I think Katie was more on top of that

12 kind of stuff and she told me.

13      Q.  Sure.

14      MS. SCHRINER:  Mo, it 1:30, so whenever --

15 if you get to a good stopping point.

16      THE WITNESS:  This is -- yeah.  This is a

17 good stopping point.

18      MS. LOVETT:  Okay.  Good stopping point and

19 we are through with the worst of this.  Okay.  I'm

20 sorry.  So it's 1:30 for you guys.  Are you going to

21 take a little bit of a lunch break?

22      MS. SCHRINER:  Yeah, I would like to eat.

23      THE WITNESS:  Yeah.

24      MS. LOVETT:  Yeah, I'm with you.

25      Famous last words, Kristin.  I don't have a

Page 190

1  ton more time, so I don't want you to think you're

2  going to be sitting there until 5:30 or 6:00.  I'm

3  moving as quickly as I can.

4       MS. SCHRINER:  Okay.  That's fine.  So let's

5  try and actually keep it closer to half an hour this

6  time.

7       THE VIDEOGRAPHER:  We are now going off the

8  video record.  The time is currently 1:37 p.m.

9       (WHEREUPON, a lunch break was taken from

10      1:37 p.m. to 2:21 p.m.)

11      THE VIDEOGRAPHER:  We are now back on the

12 video record.  The time is currently 2:21 p.m.

13      Q.  BY MS. LOVETT:  All right.  So, Mr. Olson, I

14 hope you had a chance for a quick bite and a break.

15 We are going to pick up -- I'm going to have to

16 circle back to a couple things from June 19th, but

17 I'm going to move us away from that for a little bit

18 and just talk more about some of the claims in the

19 lawsuit.

20      MS. LOVETT:  So Mr. Lloyd has there tab 18,

21 and, Aaron, if you would get that for Mr. Olson so

22 that we can use that as Exhibit 5 to this

23 deposition, please.

24      (Deposition Exhibit No. 5 was marked for

25      identification.)

Page 191

1       THE VIDEOGRAPHER:  We are now going off the

2  video record.  The time is currently 2:23 p.m.

3       (WHEREUPON, a short break was taken from

4       2:23 p.m. to 2:24 p.m.)

5       THE VIDEOGRAPHER:  We are now back on the

6  video record.  The time is currently 2:24 p.m.

7       Q.  BY MS. LOVETT:  All right.  Mr. Olson, you

8  should have a stack of documents in front of you

9  that are photographs that depict the Rock 'n Play

10 sleeper, the type that Z███ had, and they are

11 sitting on a conference table with some photographs

12 that have been taken there.  Do you have those?

13      A.  Yes.

14      Q.  Okay.  And in Exhibit 5, which are these

15 documents, if you look down at the very bottom

16 right-hand corner there are tiny, tiny little

17 numbers there that tell us which page is which.  Can

18 you make those out?

19      A.  Yeah.

20      Q.  Okay.  I can't, so I apologize.  I

21 thought -- this is what happens when you have old

22 eyes.  Let me start with -- we talked about you

23 being aware of the warning label on the Rock 'n Play

24 sleeper; correct?

25      A.  Yeah.

Page 192

1       Q.  And so is this the label that you remember

2  it from the Rock 'n Play sleeper on the first page

3  of Exhibit 5?

4       A.  There is no warning label visible on the

5  first page.

6       Q.  Okay.

7       A.  This is what I have.

8       Q.  Oh, I'm sorry.  You're right.  Let's go back

9  to page -- let me look at -- pick up numbers 5567.

10      A.  Oh, yeah.  There they are.  Yeah, I remember

11 these being on there.

12      Q.  These are the warning labels that you

13 interacted with that you knew well; right?

14      A.  Yes.

15      Q.  Okay.  And if you'll hold up -- would you

16 mind holding up that photo for me just to make sure

17 you and I are looking at the same thing since

18 the numbers are tiny.  There we go.  Okay.  So there

19 is a label, a warning label right there on the top,

20 and you told us you were aware of what the warning

21 label said; correct?

22      A.  Yeah.

23      Q.  And you reviewed it; correct?

24      A.  And what?  Sorry.

25      Q.  And you reviewed it before placing Z███ in

Page 193

1  the Rock 'n Play; true?
2      A.  Yeah.  Yeah, I did.
3      Q.  And you continued -- as you said, you
4  continued to sort of check the warning labels as you
5  were using different products to make sure they were
6  still appropriate for the baby because babies move
7  fast during that age time, that brief time; right?
8      A.  Yes.
9          THE VIDEOGRAPHER:  Sorry to interrupt.  When
10 he stuck the exhibit up, it set it off focus and it
11 has not refocused, so it's out of focus.
12         Can we go off the record?  Let's go off the
13 record for a second.  It's not correcting.  We are
14 now going off the video record.  The time is
15 currently 2:27 p.m.
16         (Brief break taken.)
17         THE VIDEOGRAPHER:  We are now back on the
18 video record.  The time is currently 2:29 p.m.
19     Q.  BY MS. LOVETT:  All right.  So now if you
20 would, Mr. Olson, if you could flip through the
21 stack, we are going to go to the Bates label that
22 is -- ends in 5581.  That's just a blowup of the
23 warning.
24     A.  Okay.
25     Q.  So that is something that I can read.  Can

Page 194

1  you read that clearly?
2      A.  Yes.
3      Q.  Of course, you said you were familiar with
4  the warnings and you were constantly checking them
5  against Z███'s developmental age; right?
6      A.  Right.
7      Q.  So you see at the top there is sort of what
8  I now know is the international sign for warning.
9  We are getting to the triangle and the explanation
10 point of it?
11     A.  Uh-huh.  Yes.
12     Q.  It says big black letters in bold, bigger
13 than any other letters, it says warning.  Do you see
14 that?
15     A.  Yes.
16     Q.  Can you read for me the bolded line under
17 the word warning and the explanation.
18     A.  Failure to follow these warnings and the
19 instructions could result in serious injury or
20 death.
21     Q.  And that was why you read the warnings,
22 correct, because you were worried about using it
23 properly so there wouldn't be any serious injury or
24 death; correct?
25     A.  Yeah.  That's why I read them, and, also,

Page 195

1  just I read warnings, in general, for that stuff.
2      Q.  You're one of those.  You're one of those --
3  you're one of the careful people that reads
4  warnings, in general.  You probably read the
5  instructions before you put things together, which
6  is not something I'm good at.
7          So let's look -- do you see as you look at
8  the warnings some of these warnings have letters in
9  all caps?  Do you see that?
10     A.  Yes.
11     Q.  So, for example, it says always use the
12 restraint system, in all caps; correct?
13     A.  Yes.
14     Q.  And there aren't any -- it just says always
15 use the restraint system; correct?
16     A.  Yes.
17     Q.  And you knew that it was important to always
18 use the restraint systems; right?
19     A.  Yes.
20     Q.  And you understood the restraint systems to
21 be the buckle, the crotch restraint which buckled
22 around the baby's waist; correct?
23     A.  Yes.
24     Q.  And that's the same restraint you told us
25 that as long as you had Z███ buckled in securely and

Page 196

1  safely, as this warning tells you to do, that you
2  never saw her roll over or be able to maneuver out
3  of the restraint; true?
4          MS. SCHRINER:  Form, foundation.
5          THE WITNESS:  Yes.
6      Q.  BY MS. LOVETT:  So -- and you saw that, sir,
7  did you not?  You were able to observe that when you
8  had Z███ buckled in according to these instructions
9  you never were able to see Z███ roll over; true?
10     A.  Yes.  True.
11     Q.  You never witnessed Z███ get out of the
12 restraint if you had her properly buckled in the way
13 it says to do in this warning; true?
14     A.  True.
15     Q.  You did place Z███ in the Rock 'n Play from
16 time to time unbuckled; correct?
17     A.  Yes.
18         MS. LOVETT:  So, Mr. Lloyd, could we get tab
19 14, please.
20     Q.  BY MS. LOVETT:  This will be Exhibit 6 to
21 your deposition.  We are going to keep --
22         (Deposition Exhibit No. 6 was marked for
23         identification.)
24     Q.  BY MS. LOVETT:  So I was just telling you we
25 are going to keep Exhibits 5 and 6 together -- not

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 52 of 132

Deposition of Andrew Olson                                    Page: 50 (197 - 200)
10/22/2020                              Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 197

1    together so you can kind of refer back and forth.
2    But, for example, if you'll look down at the bottom
3    you'll see the numbers are considerably larger here,
4    so if you look at Exhibit 7089.  That's a picture of
5    Z█ sleeping in her Rock 'n Play.  Do you have that
6    in front of you?
7         A.  Yes.
8         Q.  Okay.  And there is Z█.  She appears to be
9    asleep.  She's not buckled in; correct?
10        A.  Yes.
11        Q.  And then, likewise, if you'll thumb through,
12   it's quite a ways through, page 7132.
13        A.  Okay.
14        Q.  Do you have it?  Does Z█ appear to be
15   buckled in there?
16        A.  She has a blanket over her.  I can't tell.
17        Q.  Okay.  So in this one Z█ has a blanket on
18   top of her; correct?
19        A.  Right.
20        Q.  If you look back at the warning label at the
21   exhibit, which is Exhibit 5, it says underneath:
22   Always use the restraint system.  It says always use
23   the pad provided which includes the restraint.  Do
24   you see that?
25        A.  Yes.

Page 198

1         Q.  And then it has, also in all bold:  Never
2    add a mattress, pillow, comforter or padding.  Do
3    you see that?
4         A.  Yes.
5         Q.  So Z█ does have a blanket over her in the
6    Rock 'n Play, the Snugamonkey Rock 'n Play on page
7    7132; correct?
8         A.  Correct.
9         Q.  And then 7134, two pages over, that shows
10   Z█ sleeping in the Rock 'n Play; correct?
11        A.  Yes.
12        Q.  She is not buckled in that photo, is she?
13        A.  No.
14        Q.  And then if you go on to 7139 and 7140,
15   those are photos of Z█ sleeping in her other Rock
16   'n Play, the Snugamonkey, and she is not restrained
17   in either of those photographs; correct?
18        A.  Right.
19        Q.  Despite the warning that says always
20   restrain your infant when he or she is in the Rock
21   'n Play; correct?
22        A.  Correct.
23        Q.  Now, it also says further down -- if you
24   look at the big letters, it says:  Do not use this
25   product when the infant begins to push up on hands

Page 199

1    and knees.  Do you see that?
2              MS. SCHRINER:  Form.
3              MS. LOVETT:  The basis of the objection?
4              MS. SCHRINER:  It actually says to prevent
5    falls, do not use this product.
6              MS. LOVETT:  I think the top warning says
7    failure to follow these warnings and the
8    instructions could result in serious injury or
9    death.
10             MS. SCHRINER:  You asked for the basis and
11   the basis is you weren't reading the entire
12   sentence.
13        Q.  BY MS. LOVETT:  And what I said was do you
14   see where it says do not.  So have you located where
15   it says do not?
16        A.  Yes.
17        Q.  You understood from reading this, Mr. Olson,
18   that where it says under warning and it says failure
19   to follow these warnings and the instructions could
20   result in serious injury or death.  You understood
21   that to apply to all of the warnings; correct?
22        A.  Yes.
23        Q.  You weren't going to pick and choose which
24   warnings you were going to follow to make sure Z█
25   was safe; you were going to follow all of them;

Page 200

1    correct?
2         A.  Correct.
3         Q.  All right.  So do you see where it says do
4    not use this product when the infant begins to push
5    up on hands and knees.  You've testified that Z█
6    could push up on her hands; correct?
7         A.  Right.
8         Q.  And that she could get her knees up enough
9    for her to either drag or start some kind of drag
10   crawl; true?
11        A.  False.  She was not up -- she was not up on
12   her hands and knees.  I'm imagining hands and knees
13   as you're, you know, actually in like a position
14   where you're -- between your knee and your hip is
15   vertical, if that -- that's what that sounds like to
16   me.
17        Q.  Okay.  When you told Officer Akey that she
18   was crawling, you knew what crawling meant; true?
19        A.  Crawling is a pretty vague term, so I
20   suppose that crawling means you could get from one
21   place to another without rolling.
22        Q.  Okay.
23        A.  Or walking, somewhere in between there.  So
24   I'm sure it's a vague term for that.
25        Q.  Keep reading with me.  And it says can pull

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 53 of 132

Deposition of Andrew Olson
10/22/2020
Page: 51 (201 - 204)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 201

1   up.  You told us Z█ could stand with assistance;
2   correct?
3       A.  She could stand like assisted, yeah.
4       Q.  All right.  And it says or sit unassisted.
5   You've told us Z█ could sit up unassisted;
6   correct?
7       A.  Correct.
8       Q.  And then says:  Or has reached 25 pounds,
9   whichever comes first.  Do you see that?
10      A.  Yes.
11      Q.  So the directions tell you do not use the
12  product when the infant begins to push up on
13  hands -- on hands and knees, pull up or sit
14  unassisted or has reached 25 pounds.  And Z█ could
15  push up on her hands and crawl; true?
16          MS. SCHRINER:  Form to the first part of the
17  question.
18          MS. LOVETT:  You can answer.
19          THE WITNESS:  Yeah, yeah.  She could push
20  herself up on her hands.  It says hands and knees,
21  so just hands doesn't mean hands and knees, but
22  hands, for sure.  It's not an "or", it's an "and".
23      Q.  BY MS. LOVETT:  Hang on.  I just want to ask
24  a question about that.  Sorry.  So is it your
25  testimony that you looked at that and said, okay,

Page 202

1   Z█ is pushing up on her hands but she's not on her
2   knees yet, so I can using the Rock 'n Play?
3          MS. SCHRINER:  Form.
4          THE WITNESS:  I don't believe that is what I
5   meant.  I wouldn't have said that.  I'm not saying I
6   said that right, like when I was just reading
7   them.
8       Q.  BY MS. LOVETT:  I'm just asking --
9       A.  You're saying right now?
10      Q.  Well, you told us that you were checking
11  against the labels to make sure that Z█ wasn't
12  exceeding any milestones where she should be out of
13  the product?
14      A.  Yeah.
15      Q.  So what I'm saying is you made a distinction
16  between what you said is push up on hands and knees,
17  so are you telling us now that you said, okay, she's
18  pushing up on her hands but not on her knees, so I
19  think she could stay in the Rock 'n Play even -- in
20  the Rock 'n Play?
21      A.  I'm saying that right now, yes.
22      Q.  Okay.  So what I'm saying is you recall at
23  the time looking at your daughter and saying, all
24  right, I know she could sit up unassisted, but I
25  think that it's okay to leave her in the Rock 'n

Page 203

1   Play.  Did you make that decision consciously?
2       A.  I don't remember making that decision
3   then.
4       Q.  Okay.  And since you were pointing out the
5   difference between "and" and "or", you said she
6   couldn't push up on her hands and you told Detective
7   Akey twice that she could crawl; correct?
8          MS. SCHRINER:  Form.
9          THE WITNESS:  Two times?  I remember saying
10  that to Mr. Akey, yeah.
11      Q.  BY MS. LOVETT:  All right.
12      A.  Officer Akey.
13      Q.  And you were being honest with him when he
14  interviewed you?
15      A.  Yes.
16      Q.  And the word crawl you chose; correct?
17      A.  Yes.
18      Q.  All right.  And then it says:  Can pull up
19  or sit unassisted.  That's an "or", and you told us
20  █ could sit unassisted; true?
21      A.  Yes.  Yes.
22      Q.  Or has reached 25 pounds, whichever comes
23  first.  Do you see that?
24      A.  Yes.
25      Q.  Okay.  So at least two of those things

Page 204

1   described as developmental milestones that would
2   make your baby too developmentally advanced for the
3   Rock 'n Play were present in Z█; correct?
4          MS. SCHRINER:  Form.
5          THE WITNESS:  Correct.
6       Q.  BY MS. LOVETT:  All right.  Because she
7   hadn't reached 25 pounds; true?
8       A.  I actually do not know how much she weighed.
9       Q.  So if you go further down toward the end, it
10  says:  Always provide the supervision necessary for
11  the continued safety of your child.  Do you see
12  that?
13      A.  Yes.
14      Q.  And so you understood that the warning said
15  that you were always to be supervising Z█ when she
16  was using the Rock 'n Play; correct?
17          MS. SCHRINER:  Form.
18          THE WITNESS:  Sorry.  Say that one more
19  time.
20      Q.  BY MS. LOVETT:  You know, it says here
21  always provide the supervision necessary for the
22  continued safety of your child.  Do you see that?
23      A.  Yes.
24      Q.  All right.  And you knew that Z█ could
25  roll over when you put her in the Rock 'n Play in

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 54 of 132

Deposition of Andrew Olson                                    Page: 52 (205 - 208)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 205

1  the early morning of June 19th; correct?
2       A.  Correct.
3       Q.  And you made a decision to allow her to
4  sleep in the Rock 'n Play despite the fact that you
5  knew she could roll over; correct?
6       A.  Yes.
7       Q.  And you told us earlier that the reason you
8  were comfortable letting Z███ sleep in the Rock 'n
9  Play was because if you had used the crotch
10  restraint with her, then you knew that she couldn't
11  roll over; correct?
12       A.  Yes.
13       Q.  And you don't remember buckling Z███ in that
14  night; true?
15       A.  True.
16       Q.  And she wasn't buckled when Katie found her
17  the next morning; correct?
18       MS. SCHRINER:  Form.
19       THE WITNESS:  I do not know.
20       Q.  BY MS. LOVETT:  All right.  You do know that
21  there are certainly times when you had Z███ in the
22  Rock 'n Play and she was not buckled in the way the
23  warning advises; true?
24       A.  True.
25       Q.  And you had decided it was okay to leave

Page 206

1  Z███ in the Rock 'n Play the morning of June 19th of
2  2014 despite the fact that you knew she could sit up
3  unassisted; correct?
4       A.  Correct.
5       Why did you ask about the always provide the
6  supervision necessary for the continued safety of
7  your child?
8       Q.  Why did I ask it?
9       A.  Yeah.  Why did you bring it up?  Just
10  curious.
11       Because it's on the warning label.
12       A.  Oh, okay.  Okay.
13       Q.  And you decided to allow Z███ to sleep over
14  night in the Rock 'n Play despite the fact that you
15  knew she could crawl; correct?
16       MS. SCHRINER:  Form.
17       THE WITNESS:  Correct.
18       Q.  BY MS. LOVETT:  Okay.  So I want to move on
19  to -- in your -- and I know you've looked at the
20  transcript that you have as Exhibit 2 of your
21  discussions with Detective Akey.  At the time the
22  police officers did find some drug paraphernalia in
23  your home; is that right?
24       A.  Correct.
25       Q.  And at the time that they found that drug

Page 207

1  paraphernalia, you had given them consent to search
2  the house; correct?
3       A.  Correct.
4       Q.  And you advised them that you had a medical
5  marijuana card; correct?
6       A.  Correct.
7       Q.  And so did you bring it to them then at the
8  scene?
9       A.  I don't remember.
10       Q.  Do you remember whether you did that or not?
11  Okay.
12       MS. LOVETT:  Mr. Lloyd, if you please would
13  provide -- let me have you pull together certain of
14  the Tempe PD pictures.
15       MR. LLOYD:  Sure.
16       MS. LOVETT:  And I will just -- I will just
17  give you the numbers.  What I'm trying to do is
18  remove anything that's going to cause you any
19  further upset, Mr. Olson, so just give us a minute
20  and we will pull these together.
21       Aaron, if I could please have 176, 206 and
22  207, 213, 215, 219, 229 and 30, and 348.
23       MR. LLOYD:  Okay.
24       MS. LOVETT:  And we are going to put those
25  together into Exhibit 7.

Page 208

1       Drop 229, Aaron.  Sorry.
2       MR. LLOYD:  229?
3       MS. LOVETT:  I must have written that wrong
4  in my outline.
5       MR. LLOYD:  Not 229?
6       MS. LOVETT:  Will you please QC me on that.
7  I'm reading it on my outline here and so I'm not --
8  I may have had a typo.  I will just run that through one
9  more time so that we -- I just don't want to give
10  you a giant exhibit.
11       Aaron, you should have 206 and 7, 208, 213,
12  214, 215, 219.  Please remove 229, 230.  I do not
13  want 229 and 230.
14       MR. LLOYD:  Correct.
15       MS. LOVETT:  And 348.
16       MR. LLOYD:  Kristin, do you want a copy,
17  also?
18       MS. SCHRINER:  Yes.
19       MS. LOVETT:  Make those all Exhibit 7.  All
20  right?
21       (Deposition Exhibit No. 7 was marked for
22       identification.)
23       Q.  BY MS. LOVETT:  All right.  So what's the
24  first page number that you have there on Exhibit 7,
25  Mr. Olson?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 55 of 132

Deposition of Andrew Olson
10/22/2020
Page: 53 (209 - 212)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 209

1    A.  176.
2    Q.  Okay.  Can you tell me what we are looking
3  at in 176?
4    A.  A pipe and a container.  I don't know if it
5  has anything in it, but a container that would
6  usually hold marijuana.
7    Q.  I'm looking at the pipe.  It looks like it's
8  on top of a box holding a liter, so the black
9  object -- (Audio issue)
10    A.  It gets a little hard to hear you.
11    Q.  I'm sorry, guys.  It's a container, if you
12  know?
13    A.  Yes.
14    Q.  So you said the object on the left that's
15  black on top of where the liter is, that's a pipe, a
16  marijuana pipe?
17    A.  Yes.
18    Q.  And then next to it there is a container.
19  You don't know if there is marijuana in it, but it
20  would typically contain marijuana?
21    A.  Yes.
22    Q.  And are these the types of containers that
23  you would get with your medical marijuana card?
24    A.  Yes.
25    Q.  All right.  And so if you'll go with me to

Page 210

1  pages 206 and 207 which should be the next in order.
2  Do you see any drug paraphernalia in this
3  photograph, page 206?
4    A.  Yes.
5    Q.  And is that a closeup of the same thing in
6  207?
7    A.  Yes.
8    Q.  And next to -- and what is this?  How do you
9  refer to this object?
10    A.  Sorry.  Say that one more time.
11    Q.  How do you refer to this item?  What would
12  you call it?
13    A.  A bong.
14    Q.  Okay.  And so next to the bong I see a small
15  plastic container in both photographs.  Is that also
16  the type of container that would contain your
17  medical marijuana?
18    A.  Yes.
19    Q.  And that container appears to be empty?
20    A.  Yeah, it looks empty.
21    Q.  And it's -- can you tell me what I'm looking
22  at in your house, like where this is?
23    A.  Yeah.
24    Q.  Okay.  What is that?
25    A.  That's in the closet.

Page 211

1    Q.  Okay.  Is it in the closet in the bedroom?
2    A.  Yes.
3    Q.  Okay.  And then if you look at 208, there is
4  a close up of the picture.  Do you have 208?
5    A.  Yes.
6    Q.  Okay.  Here's a closeup of the medical -- it
7  says Medical Cannabis of Arizona and it says Space
8  Queen?
9    A.  Yes.
10    Q.  Do you know what that -- is that just the
11  name of the type of marijuana?
12    A.  Yeah.  It would have been the strain.
13    Q.  The strain.  Can you tell me what that
14  means?
15    A.  Just the type of medical marijuana that it
16  is.
17    Q.  Okay.  It's just -- you can select or you
18  can pick a different type based on preference or are
19  you prescribed a certain type?
20    A.  No.  You just -- you pick the kind that
21  you'd like.
22    Q.  Okay.  And then if you go with me to page
23  348, I believe before in the one photograph I showed
24  you where the Rock 'n Play was sitting there on the
25  foam cutout that you had, I showed you a nightstand.

Page 212

1  Do you remember that?
2    A.  Yes.
3    Q.  Okay.  It was right above -- sort of above
4  the head of where the Rock 'n Play was positioned in
5  that reenactment photo.  Do you -- is this the
6  drawer or do you recognize this to be a drawer in
7  that nightstand?
8    A.  Yeah, it looks like the drawer -- it could
9  have been my dresser, too.  They are both the same
10  color, but it could have been my nightstand, yeah.
11    Q.  Okay.  Did you keep your medical marijuana
12  in your nightstand?
13    A.  I don't remember.
14    Q.  Okay.  You kept it inside the house?
15    A.  I don't remember.  It appears so.  That's
16  not outside.  That's definitely inside.
17    Q.  So if you look in the top left-hand corner
18  there appears to be an ashtray that's full.  Did you
19  smoke cigarettes as well as marijuana?
20    A.  Yes.
21    Q.  And this is -- the ashtray in this drawer is
22  inside the house; correct?
23    A.  Yes.
24    Q.  And there seemed to be some empty containers
25  in here.  I can't see all of them, but there is at

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 56 of 132

Deposition of Andrew Olson                                    Page: 54 (213 - 216)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

---

**Page 213**

1    least one plastic container that looks like it's
2    empty and on its side to the left right under where
3    that 14 marker is and it looks like a -- it looks
4    like a medical marijuana container; am I correct
5    about that?
6        A.   Yes.
7        Q.   And then there is a second container to the
8    left of that.  It's darker in color, but it has -- I
9    see the sort of green leaf logo on the bottom.  That
10   appears to be a medical marijuana container;
11   right?
12       A.   Yes.
13       Q.   And then that one is also empty, the one to
14   the left; right?
15       A.   Yes.
16       Q.   And then if you look in the middle, there is
17   a foil packet that says SWC Tempe.  Do you see
18   that?
19       A.   Yes.
20       Q.   And this one is full.  Can you make out the
21   date on the packet?
22       A.   There is no date on the packet.  Is it on
23   another page?
24       Q.   I think it actually may be in the police
25   report, but let me ask you, do you recall picking

**Page 214**

1    up -- this is also medical marijuana; correct?
2        A.   Yes.
3        Q.   Do you recall picking up the medical
4    marijuana, this medical marijuana is full on the
5    18th in Tempe on the day before Z██ passed away?
6        A.   No.
7        Q.   All right.  Go to the right.  There is sort
8    of a -- kind of a yellow-ish green tube that appears
9    to be empty.  Would that be something that contained
10   medical marijuana?
11       A.   Yes.
12       Q.   And then if you look just up from that,
13   there is a pink tube that appears to be empty.
14   Would that be something that contained medical
15   marijuana?
16       A.   Yes.
17       Q.   And then there is a little stuffed animal in
18   there, and if you look just behind this stuffed
19   animal's head, there is another -- appears to be an
20   empty container.  Is that something that would
21   contain medical marijuana?
22       A.   Yes.
23       Q.   And then if you look down underneath the
24   teddy bear at the very bottom, there is kind of an
25   amber or orange-ish looking tube that says .7 grams,

**Page 215**

1    and is that -- that one also appears to be empty.
2    That is a container that would have contained
3    medical marijuana?
4        A.   Yes.
5        Q.   Okay.  And so understanding that you did
6    smoke in the house, did you also smoke marijuana in
7    the house at any time?
8            MS. SCHRINER:  Form.
9            THE WITNESS:  When did you ask me if I
10   smoked in the house?
11       Q.   BY MS. LOVETT:  I asked you if the ashtray
12   was -- that's in the house inside a drawer was
13   cigarettes that you smoked.
14       A.   Yes.  You didn't ask me if I smoked inside.
15   I'm confused.  Sorry.
16       Q.   Okay.  Did you not smoke inside?
17       A.   Absolutely not ever did I ever smoke inside
18   that house.  Not weed, not cigarettes, nothing.
19       Q.   Okay.  So your testimony is that you would
20   smoke outside and then you would tap the cigarette
21   butts into the ashtray and then you would carry the
22   full ashtray back inside and put it inside your
23   nightstand or dresser?
24       A.   Yes.
25       Q.   Okay.  And as far as the marijuana, or, as

**Page 216**

1    you said, the weed, if the officers noted in their
2    police report that there was the smell of marijuana,
3    they smelled burnt marijuana inside your home, do
4    you think the officers were incorrect?
5            MS. SCHRINER:  Form, foundation.
6            THE WITNESS:  Absolutely.
7        Q.   BY MS. LOVETT:  Had you smoked marijuana at
8    all in the 24 hours before Z██ came to your
9    house?
10       A.   I do not remember.  The only explanation
11   that I can have for the ashtray being in the
12   nightstand, just to say, is that Katie was coming
13   over, so as I was cleaning up, I must have put that
14   inside the nightstand.
15       Q.   You must have taken it from somewhere
16   outside and then brought it in and put it in the
17   nightstand?
18       A.   Yes.
19       Q.   Was it your custom to not just toss the
20   ashes out?
21       A.   No.
22       Q.   You didn't empty your ashtray?
23       A.   No.
24       Q.   Okay.  Let's go to the next photograph that
25   you have.  I think that's -- that should be 219.  Do

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 57 of 132

Deposition of Andrew Olson
10/22/2020

Page: 55 (217 - 220)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 217

you see that?

A. Yes.

Q. What is that?

A. That's a pipe.

Q. And where is that located, that pipe? I can't see inside where that is.

A. I have no idea.

Q. Okay. It appears to be some sort of drawer. Do you know what the drawer is?

A. I really don't recognize that at all. I can't make out where that would be.

Q. Okay. Let's go to 348. It should be the last in your stack there. I think that's another closeup of the drawer that we saw before; is that right?

A. Yes.

Q. Okay. And, again, this may be your nightstand, it may be a dresser; you don't know which; is that right?

A. Yes.

Q. Did you have a desk in your bedroom?

A. Yes.

Q. Any reason to have a glass pipe in the drawer on your desk inside your bedroom?

A. No specific reason.

Page 218

Q. Okay. Your testimony is that you never smoked anything in the house, including marijuana?

A. Yes.

MS. LOVETT: Mr. Lloyd, could you locate in the Tempe PD file photo 250.

MR. LLOYD: Sure.

MS. LOVETT: I think it's a zoom-out of one of the ones I showed earlier that might make it easier for Mr. Olson to determine where the -- what we are looking at.

And while you're there, Aaron, sorry -- go ahead. I think we have already got --

Q. BY MS. LOVETT: Mr. Olson, while he's doing that, you have 213 and 215 in front of you; right?

A. Yes.

Q. Okay. What are we seeing in 213, 214 and 215?

A. It is a bowl.

Q. Okay. So 213 and 214, it's kind of a blue in color. We haven't seen this before. This is a bowl; right?

A. Correct.

Q. And this is a photograph from your desk in the bedroom. Do you see that?

A. It could have -- it could have been. I'm

Page 219

not sure.

Q. I want you to be sure.

MS. LOVETT: Aaron, would you pull 212 so he can see all of them.

MR. LLOYD: I have 212 and we have 250, as well.

MS. LOVETT: Thank you.

Q. BY MS. LOVETT: All right. So let's look at the first one, 212.

MR. LLOYD: Do you want to mark these, Mo?

MS. LOVETT: You know what, with everyone's agreement, if we could add those sequentially into Exhibit 7. Is that all right with you, Kristin?

MS. SCHRINER: Yeah. That's fine.

MS. LOVETT: And, Mr. Court Reporter, is that all right with you?

COURT REPORTER: Yes.

MS. LOVETT: Thank you.

Q. BY MS. LOVETT: All right. So, Mr. Olson, if we look back at 212, this might kind of help orient you to where that bowl was found. Just photograph 212 is a picture of your desk in the bedroom?

A. Yes.

Q. All right. And then if you look at -- so

Page 220

I'm orienting myself with something that looks like an Advil bottle and then a bag of Jolly Ranchers. Do you see that?

A. Yes.

Q. And if you look at 213, I think you can see more clearly between them the blue bowl that we are talking about; correct?

A. Correct.

Q. So you kept this piece of drug paraphernalia in your bedroom on your desk?

A. Yeah, it appears so.

Q. All right. And then if you'll look with me at --

A. I'm just guessing that wasn't with the bong because the bong looks like it was broken at the time, so I must have just had it there, I guess.

Q. Is this -- this is part of the bong?

A. Yes.

Q. Okay.

A. And the bong is clearly broken, so I'm guessing that's why it was there and not with the bong. Probably just --

Q. So what are we looking at on 215? Is that just a view in your closet and the bong is there?

A. 250?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 58 of 132

Deposition of Andrew Olson                                    Page: 56 (221 - 224)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 221

1    Q.  215.  Two one five.
2    A.  Yeah, that's in the closet.
3    Q.  Okay.  And the closet in the bedroom where
4  you guys were sleeping?
5    A.  Yes.
6    Q.  All right.  And then if you look at 250, two
7  five zero, that Mr. Lloyd handed you a moment ago.
8    A.  Okay.
9    Q.  That's kind of a zoom-out of what I was
10 showing you before with the orange pipe.  Do you see
11 that?
12   A.  Right.
13   Q.  Okay.  So now -- I'm like you, I couldn't
14 tell what that was in.  If you look at the orange
15 bag, it's on the desk.  It looks like that is in a
16 desk drawer, also.  Am I wrong about that?
17   A.  No.  You're right.  That's in the desk
18 drawer.
19   Q.  Okay.  Okay.  So you have -- that's a
20 marijuana pipe, orange pipe with a lighter in the
21 desk drawer in the bedroom where you guys slept;
22 right?
23   A.  Yes.
24   Q.  Okay.  And that's what you're seeing in
25 closeup in the other marked 251; right?

Page 222

1    A.  Yes.
2    Q.  Okay.  Did Katie ever consume alcohol with
3  you either in Colorado or when you were back in
4  Tempe?
5    A.  Yes.
6    Q.  You were both under age during those times;
7  correct?
8    A.  Yes.
9    Q.  So how would you get your alcohol that you
10 and Katie drank?
11   A.  When we were in Colorado my mom bought me --
12 bought us some alcohol when she came to visit.
13   Q.  Okay.
14   A.  And other than that, we didn't drink while
15 we were up there.  She just bought us some, I think,
16 Smirnoff Ice or something like that.
17   Q.  Okay.
18   A.  And then down in Tempe I'm assuming my
19 brother would have boughten -- yeah, that's how I --
20 that's how I would get alcohol was going to be
21 through my brother.
22   Q.  Okay.  When did your mom come to visit you
23 in Colorado?  I think you were there around December
24 or just before the first of the year in 2012.
25   A.  Yeah.

Page 223

1    Q.  When did she come?
2    A.  Sometime in December.  I can't remember.
3  She came the day that I moved.
4    Q.  Okay.  So she came -- she came with you in
5  December.  Your mom came with you in December when
6  you moved; is that right?
7    A.  Yes.
8    Q.  And then you -- then your mom bought alcohol
9  that you and Katie drank while you were in
10 Colorado?
11   A.  Yes.
12   Q.  And then Katie moved back from Colorado in
13 May because she found out she was pregnant with
14 Z███; is that right?
15   A.  In April.
16   MS. SCHRINER:  Form.
17   Q.  BY MS. LOVETT:  I'm sorry.  April.  Okay.
18 So she knew she was pregnant in April and Z███ was
19 born in September; right?
20   A.  Right.
21   Q.  And so then when you -- when you and Katie
22 came back to Tempe and were living in Tempe, on the
23 other side of the duplex was Daniel.  Daniel was
24 buying the alcohol that you and Katie drank
25 together; is that right?

Page 224

1    A.  Yes.
2    Q.  You told me you drank beer.  What did Katie
3  drink?
4    A.  I don't remember what she drank.
5    Q.  It's just what you two -- basically what you
6  two drank together; right?
7    MS. SCHRINER:  Form.
8    THE WITNESS:  Yeah.
9    Q.  BY MS. LOVETT:  And so when you first moved
10 in together in Tempe, Katie was pregnant; true?
11   A.  True.
12   Q.  Did she drink any when she was pregnant?
13   A.  No.
14   Q.  So she moved out from the home with you
15 sometime around January of 2014 when -- so when Z███
16 was about four months old, three-and-a-half, four
17 months old.  Was she -- when she lived with you in
18 that time after Z███ was born until she moved out,
19 was that when she was drinking with you in the
20 house, alcohol with Daniel again?
21   A.  No.  No.  We didn't drink any alcohol at
22 that point.
23   Q.  So when did you and Katie drink alcohol
24 together?
25   A.  I remember one time we drank alcohol in

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 59 of 132

Deposition of Andrew Olson                                    Page: 57 (225 - 228)
10/22/2020                                    Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 225

1 Tempe a little bit after she moved out.  I think
2 that was the only time.
3      Q.  All right.  You testified that she did drink
4 alcohol with you; right?
5      A.  Yes.
6      Q.  Drank alcohol with you before you went to
7 Colorado?
8      A.  Before we went to Colorado?
9      Q.  I'm trying to -- did you drink alcohol with
10 Katie when you were both under age before you went
11 to Colorado when you were both 18?
12     A.  Oh, no.  Not then, no.
13     Q.  But when you moved to Colorado and your mom
14 came to visit you, you were still both 18, she
15 bought you alcohol and you and Katie drank that;
16 right?
17          MS. SCHRINER:  Form.
18          THE WITNESS:  Correct.
19     Q.  BY MS. LOVETT:  And then when you moved back
20 to Tempe, you continued to drink alcohol; correct?
21     A.  Correct.
22     Q.  And Katie drank alcohol at some times with
23 you.  The only specific time you can recall, as we
24 sit here today, is one time after she and Z█████ had
25 moved out of the house and she was visiting you in

Page 226

1 Tempe?
2      A.  Correct.
3      Q.  And did you drink at all the night of Z███'s
4 accident?
5      A.  Absolutely not.
6      Q.  Did Katie drink at all that night?
7      A.  No.
8      Q.  Do you recall the last time you had had any
9 marijuana or alcohol before the night that Z████
10 passed away?
11     A.  No, I don't.
12     Q.  Did you receive any counseling or any mental
13 health treatment after Z███'s death?
14     A.  No.
15     Q.  And had you been diagnosed with any mental
16 disorders or adjustment disorders, conditions,
17 anything like that at any time in your life?
18     A.  No.
19     Q.  Have you ever been treated for depression?
20     A.  No.
21     Q.  Other than the medical marijuana, had you
22 taken any other prescription medications over the
23 course of your life?  And I don't mean for a routine
24 cold.  I mean something that you were on on a
25 continuous basis more than -- for more than two

Page 227

1 weeks?
2      A.  I took like a painkiller for -- I broke my
3 elbow, but other than that, that's -- nothing else.
4      Q.  When did you break your elbow?
5      A.  When I was like 14.
6      Q.  All right.
7      A.  I think.
8      Q.  And how long did you take the painkiller?
9      A.  I don't remember.
10     Q.  Have you ever taken any other prescription
11 painkillers that were prescribed for you by a
12 doctor?
13     A.  No.
14     Q.  Any sleep aids?
15     A.  No.
16     Q.  Anything for attention deficit disorder?
17     A.  No.
18     Q.  Have you been diagnosed with any serious
19 medical conditions?
20     A.  No.
21     Q.  Other than your broken elbow, have you had
22 any hospital visits?
23     A.  Yes.
24     Q.  Can you tell me what for?
25     A.  I separated my collar bone.

Page 228

1      Q.  When did you do that?
2      A.  I don't remember.  I think I was -- I think
3 I was 13.  No, I think I was 15 at the time.
4      Q.  And then as an adult, any hospitalizations
5 or surgeries?
6      A.  No.
7      Q.  Have you been in any motor vehicle
8 accidents?
9      A.  Yes.
10     Q.  Can you tell me when?
11     A.  In 2012.
12     Q.  All right.  So in 2012, this would have been
13 before you moved to Colorado; right?
14     A.  Right.
15     Q.  Were you driving?
16     A.  No.
17     Q.  What happened?
18     A.  I was -- my friend was pulling out of a
19 parking space and so was someone else and then we
20 bumped into each other.
21     Q.  All right.  No one hurt?
22     A.  No.
23     Q.  Any other car accidents that you've been
24 in?
25     A.  No.

Page 229

1  MS. LOVETT:  We can go off the video record
2  for just a second.  I have probably got just a
3  little bit more.  I just want to strike what we have
4  already covered in the outline.  Just give me about
5  five minutes.
6  THE VIDEOGRAPHER:  We are now going off the
7  video record.  The time is currently 3:13 p.m.
8  (WHEREUPON, a short break was taken from
9  3:13 p.m. to 3:22 p.m.)
10  THE VIDEOGRAPHER:  We are now back on the
11  video record.  The time is currently 3:22 p.m.
12  Q.  BY MS. LOVETT:  I'm going through -- you
13  know how sometimes, Mr. Olson, when you go to a
14  doctor's office and it gives you a list, kind of
15  checkoffs of anything, any condition you may have
16  had.  I'm going to run through -- I asked you kind
17  of broad questions, but sometimes folks will
18  remember some things, so I'm going to -- and some of
19  these are going to be -- some are out of left field.
20  I'm just asking for a specific checklist, so I want
21  to make sure I don't miss anything.
22  A.  Okay.
23  Q.  Have you ever been diagnosed with HIV or
24  AIDS, Acquired Immune Deficiency Syndrome?
25  A.  No.

Page 230

1  Q.  Have you ever been diagnosed -- prior to
2  Z██'s death -- (Audio issue)
3  A.  You got really quiet for a second.
4  Q.  All right.  I'm sorry.  Have you ever been
5  diagnosed prior to Z██'s death with post-traumatic
6  stress disorder?
7  A.  No.
8  Q.  Or at any time after Z██'s death with
9  post-traumatic stress disorder?
10  A.  No.
11  Q.  Have you ever had -- been diagnosed with ALS
12  or what's commonly called Lou Gehrig's disease?
13  A.  No.
14  Q.  Have you ever been diagnosed with a bowel
15  disorder known as Crohn's disease?
16  A.  No.
17  Q.  Have you ever been diagnosed with agitation
18  caused by Alzheimer's disease?
19  A.  No.
20  Q.  Have you ever had any type of cancer?
21  A.  No.
22  Q.  Have you ever had glaucoma?
23  A.  No.
24  Q.  Have you ever had hepatitis C?
25  A.  No.

Page 231

1  Q.  Have you ever been diagnosed with a
2  condition called cachexia which is also known as
3  wasting syndrome, like unexplained weight loss?
4  A.  No.
5  Q.  Have you ever had -- been diagnosed with
6  severe chronic pain?
7  A.  Yes.
8  Q.  Okay.  Who made the diagnosis?
9  A.  My family doctor when I was in fifth grade.
10  I don't know who it was.
11  Q.  Okay.  And what type of pain were you
12  diagnosed with?
13  A.  Tendinitis in my knees.
14  Q.  All right.  Did your doctor prescribe any
15  things you should avoid for tendinitis in your
16  knees?
17  A.  Did he -- say that one more time.
18  Q.  Yeah.  Did he tell you there was anything
19  you should or should not be doing in terms of
20  physical activity because you had tendinitis in your
21  knees in fifth grade?
22  A.  Yeah.  He said I should avoid all physical
23  activity.
24  Q.  Okay.  But in high school you were able to
25  wrestle?

Page 232

1  A.  Yes.
2  Q.  So had you recovered by the time you were in
3  high school and you were wrestling sufficiently that
4  you used your knees to wrestle?
5  A.  No.  My knees just hurt.
6  Q.  What type of wrestling did you do?  What was
7  your event?
8  A.  Wrestling isn't a multiple kind of event.
9  It's just one sport.
10  Q.  Right.  I will admit I haven't done it, so I
11  didn't know if there were like different types, if
12  there is -- like you see in the Olympics or if it's
13  just one thing, so --
14  A.  Yeah.  If you're picturing -- if you're
15  picturing people in like singlets and ear covers?
16  Q.  No, I'm not.
17  A.  Okay.
18  Q.  I don't know what a singlet is.  That's a
19  failure of mine, so --
20  A.  Like a leotard kind of thing.
21  Q.  Yeah.
22  A.  There is only one kind of wrestling.
23  Q.  Okay.
24  A.  There is like WWE wrestling and that's not
25  really actual --

Deposition of Andrew Olson
10/22/2020

Page: 59 (233 - 236)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 233

1    A.  That's not -- I know enough to know that.
2        Okay.  So the type of wrestling that you did
3  in high school, how long did you wrestle?
4    A.  For three years.
5    Q.  Did you wrestle through your senior year?
6    A.  No.
7    Q.  So you stopped your junior year?
8    A.  Yes.
9    Q.  And did you -- what was your weight class?
10   A.  I went from 103s to 10 -- or to 123.
11   Q.  All right.  You progressed over the course
12 of your wrestling?
13   A.  Yeah.
14   Q.  That was something you enjoyed?
15   A.  Yeah.
16   Q.  And you also did marching band?
17   A.  Yes.
18   Q.  What -- okay.  So let me -- I will come
19 back -- I'm going to go through my list of
20 conditions.  Have you had -- have you been diagnosed
21 with anything that a doctor told you was a
22 debilitating disease or medical condition?
23   A.  No.
24   Q.  Have you been diagnosed with severe
25 nausea?

Page 234

1    A.  No.
2    Q.  Have you ever had seizures, including
3  epilepsy?
4    A.  No.
5    Q.  Have you ever had persistent muscle spasms,
6  including the types that one would find with
7  multiple sclerosis?
8    A.  No.
9    Q.  Did you see a doctor to prescribe your
10 medical marijuana card?
11   A.  Yes.
12   Q.  And whom did you see?
13   A.  I don't remember the name of the doctor.
14   Q.  Did you go to a specific place or a type of
15 place to get your medical marijuana card?
16   A.  Yes.
17   Q.  Do you remember the name of the place where
18 you went?
19   A.  No.
20   Q.  So did you have to be examined by a
21 physician to get your medical marijuana card?
22   A.  Yes.
23   Q.  And did this physician -- did this physician
24 perform any kind of physical examination on you?
25   A.  Yes.

Page 235

1    Q.  What did the physician do?
2    A.  Just a lot of movement with my leg and my
3  knee and pushing and pressure in different spots.
4    Q.  Do you remember whether the physician was
5  male or female?
6    A.  No.
7    Q.  And when the physician was maneuvering your
8  leg, would he or she ask you if your knee was
9  hurting?
10   A.  Yes.
11   Q.  Okay.  Were there any x-rays taken?
12   A.  No.
13   Q.  Any MRI's?
14   A.  No.
15   Q.  Any CT scans?
16   A.  No.
17   Q.  Have you ever seen an orthopedic surgeon or
18 other specialist for your knee pain other than your
19 doctor prescribed?
20   A.  No.  No.  Other than seeing the doctor that
21 I saw in Colorado and then the one doctor that I saw
22 in Phoenix.
23   Q.  Right.
24   A.  But those were the --
25   Q.  Let me split those up.  I'm sorry.  So you

Page 236

1  saw -- the doctor you were just describing that you
2  did all the movement for and you would tell them,
3  you know, when your knee was hurting when they were
4  moving things, that was in Colorado?
5    A.  Yeah.  Colorado and then one in Phoenix.
6    Q.  So the same type of exam they did twice?
7    A.  Say that last part again.
8    Q.  Was it the same type of exam at each place,
9  in other words, was your Arizona exam the same type
10 of exam that you got in Colorado?
11   A.  Yeah.  Pretty similar.
12   Q.  Okay.  And is it your testimony that in
13 your -- that since fifth grade you have never been
14 to any doctor specifically to treat your knee pain
15 other than the doctors that you saw when you were
16 seeking a medical marijuana card?
17   A.  Yes.  So I saw my doctor in fifth grade.
18 Diagnosed me with tendinitis in my knees, and then I
19 saw the doctor in Colorado, and then I saw the
20 doctor in Phoenix.
21   Q.  All right.  And none of these doctors took
22 any x-rays, CT scans, MRI's or any other imaging?
23   A.  No.
24   Q.  Did any doctor ever recommend that you have
25 physical therapy?

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 62 of 132

Deposition of Andrew Olson                                    Page: 60 (237 - 240)
10/22/2020                          Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 237

1    A.  Yes.

2    Q.  Who was that?

3    A.  The doctor in 5th grade.

4    Q.  Did you have any physical therapy in 5th

5  grade?

6    A.  Yes.  Well, I had -- not in 5th grade.  When

7  I was in 8th grade, 9th grade and 10th grade I went

8  to physical therapy.

9    Q.  How often did you go?

10    A.  Twice a week.

11    Q.  Did it help?

12    A.  A little bit.

13    Q.  Okay.  And so afterward you didn't follow up

14  with any kind of orthopedic surgeon or specialist in

15  the knee to determine if there was anything further

16  they could do for your knees?

17    A.  No.

18    Q.  So if we go back to Exhibit 7, if you look

19  at 348, which is kind of a closeup of the drawer

20  that I think is in the nightstand, maybe.  Could you

21  take a look at Exhibit 7 for me.  It's page 348.

22    A.  Okay.

23    Q.  Okay.  When we look in the drawer, we went

24  through the -- I think it's -- hang on.  I want to

25  get oriented here.

Page 238

1    So I think there are like six empty

2  containers, but then in the middle there is a

3  container that looks different.  It's the foil pouch

4  that says SWC Tempe.  Do you see that?

5    A.  Yes.

6    MS. LOVETT:  And then Mr. Lloyd has an

7  exhibit that we are going to add as Exhibit 8.

8    (Deposition Exhibit No. 8 was marked for

9  identification.)

10    THE WITNESS:  I have it.

11    Q.  BY MS. LOVETT:  Thank you.

12    So, Mr. Olson, it's -- the way that you see

13  Exhibit 8, I will represent for you this is part of

14  the police report, the chain of custody documents

15  from the -- they removed several items from your

16  home, including all the drug paraphernalia and any

17  marijuana and then they log that in in the report

18  here that's page 59 which is your Exhibit 8.  So if

19  you -- if you -- if you hold it right side up, it

20  says Northern Lights, 3.5 grams.  Do you see that?

21    A.  Yes.

22    Q.  And then it says -- and if you flip it over,

23  it tells you -- it says for medical use only.  Is

24  that -- and it says, you know, keep marijuana out of

25  reach of children.  Is that the type of logo you

Page 239

1  typically saw on medical marijuana?

2    A.  Yes.

3    Q.  All right.  And then if you flip it over, so

4  it's upside down if you're looking at it or looking

5  at the Bates label, it says SWC Tempe which is the

6  same place that's on the foil packet in Exhibit 348.

7  Do you see that?

8    A.  Yes.

9    Q.  So is this -- to the best of your knowledge,

10  this is the back of that packet?

11    A.  It could be.  It probably is.  It could not

12  be.  I don't know.

13    Q.  Okay.

14    A.  I don't know why they didn't get a picture

15  of the front.  Do you have a picture of the front in

16  this?

17    Q.  So the picture of the front you have in the

18  photographs, that's -- those photographs are part of

19  the police file when they log it in and they have to

20  log in the amount in the record, as it was described

21  to me by the detectives.  So if you'll read with me

22  here on the back of Exhibit 8, it says SWC Tempe,

23  Andrew Olson, and then it says purchased 6/18/14.

24  June 18th of 2014 was the day before you woke up and

25  found Z█████ deceased; correct?

Page 240

1    A.  Correct.

2    Q.  So did you purchase marijuana the day before

3  Z█████ died?

4    A.  Yes.

5    Q.  Okay.  Was that part of the errands you were

6  running before -- while Z███ was with your mom and

7  dad?

8    A.  I do not remember.

9    Q.  Okay.  This is typical, though.  You would

10  typically go in, show your marijuana card in a

11  dispensary and they would give it to you and they

12  would have to put your card number on it and note

13  the date it was sold to you; correct?

14    A.  Correct.

15    Q.  For example, in some of those other six

16  bottles that were in the nightstand drawer, like I

17  saw some that was maybe handwritten in.  There were

18  different labels, but this was an electronic label;

19  correct?

20    A.  Yeah.  Correct.

21    Q.  Was this a dispensary that you had gone to

22  frequently?

23    MS. SCHRINER:  Form.

24    THE WITNESS:  Yeah, I think so.  I'm not

25  sure.  I don't remember.  There is a few around

Page 241

1  Tempe, and it wasn't that often, so --
2      Q.  BY MS. LOVETT:  Okay.  Let's take a look
3  at -- I just want to -- I just want to run through
4  some questions on sort of the decision to file the
5  lawsuit.  And I don't want to put you through the
6  Medical Examiner's Report, but the Medical
7  Examiner's Report for Z█ did not list a cause of
8  death; is that right?
9      A.  I don't remember.
10     Q.  Was her cause of death undetermined, as far
11 as you knew?
12     A.  Yes.
13     Q.  As of June 19th, 2014, you did know that
14 Z█ had died in the Rock 'n Play; correct?
15     A.  Yes.
16     Q.  You received a copy of the Medical
17 Examiner's Report when it was finalized; correct?
18         MS. SCHRINER:  Form.
19         THE WITNESS:  I don't remember.
20     Q.  BY MS. LOVETT:  So you don't recall
21 receiving it or when you received it; is that
22 right?
23     A.  That's right.
24         MS. LOVETT:  I don't really want to do this,
25 but if you could please just go one page for me.

Page 242

1  Aaron, tab 22 at page 2.
2      MR. LLOYD:  You just want -- do you just
3  want page 2?
4      MS. LOVETT:  Yeah.  I just -- I'm checking
5  right now because I really want to avoid -- I think
6  we are going to have to have page 1 and page 2 and
7  that's all.
8      MR. LLOYD:  Okay.
9         (Deposition Exhibit No. 9 was marked for
10        identification.)
11     Q.  BY MS. LOVETT:  Mr. Olson, do you have
12 Exhibit 9?
13     A.  Yes.
14     Q.  The first page, I will just represent for
15 you, is the Affidavit Of Custodian of Records so we
16 know this is a true and correct copy of the Medical
17 Examiner's Report, and if you flip to the second
18 page, which is number 2, you have a signed manner of
19 death by the Office of the Medical Examiner in
20 Phoenix.  Do you see that?
21     A.  Yes.
22     Q.  And do you see where it says cause of death?
23 What does it say?
24     A.  Unknown.
25     Q.  And manner?

Page 243

1      A.  Undetermined.
2      Q.  And what's the date that Dr. Ferenc signed
3  that?
4      A.  August 15th, 2014.
5      Q.  All right.  So the cause of death was not
6  found by the Medical Examiner to be SIDS or sudden
7  unexplained death, was it?
8      A.  No.
9      Q.  And you knew that prior to -- well, you knew
10 as of October 15th, 2014; correct?
11         MS. SCHRINER:  Form.
12         THE WITNESS:  Wouldn't --
13     Q.  BY MS. LOVETT:  Sorry.  August 15, 2014.
14         MS. SCHRINER:  Form.
15         THE WITNESS:  No.  I didn't -- I didn't.
16 No.  I didn't get this until -- it must have been
17 8/15/2014.  I didn't know anything up until then.
18     Q.  BY MS. LOVETT:  Okay.  At some point as of
19 October 6th, 2014, you don't recall the extent of
20 your -- (Audio issue)
21     A.  I can't hear the end of the question.
22     Q.  Sorry.  You don't recall having it sent to
23 you around October 6th, 2014 so that you would have
24 your own copy?
25     A.  No, I don't remember that.  Did that happen?

Page 244

1      Q.  Is it -- well, let me ask you because I
2  think there may be a question about that.  And I'm
3  sorry to bring this up.  When did your mom pass
4  away?
5      A.  September 15, 2014.
6      Q.  How did she die?
7      A.  A brain aneurysm.
8      Q.  So sorry.
9         You told us earlier that you did -- that you
10 were incarcerated at some point after your mother's
11 death?
12     A.  Yeah, November.
13     Q.  Sure.  Okay.  So you were -- you were
14 incarcerated in November.  Do you recall what date
15 you went?
16     A.  No.
17     Q.  If there was no known cause for Z█'s
18 death, did it cross your mind that the Rock 'n Play
19 was to blame or might have been to blame at that
20 time?
21     A.  No.  Absolutely not, no.  That never crossed
22 my mind.
23     Q.  Did you speak with an attorney following
24 Z█'s death?
25     A.  No.

Deposition of Andrew Olson
10/22/2020

Page. 62 (245 - 248)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 245

1  Q. Did you do any research about the Rock 'n
2  Play?
3  A. Prior or after?
4  Q. No. I'm sorry. That's a good point. Prior
5  to -- at any time prior to filing suit in April
6  2019.
7  A. Yeah, I did, once we got the Rock 'n Play.
8  Q. Right.
9  A. I did some research. Are you asking at --
10 so after Z█████'s death and then before?
11 Q. After her death when you hired an attorney,
12 did you do any research about the Rock 'n Play
13 online?
14 A. No. No, I didn't have any reason to. I
15 didn't think there was any reason why that would be
16 any issue.
17 Q. You knew that Fisher-Price manufactured the
18 Rock 'n Play; correct?
19 A. Yes.
20 Q. And you knew at the time you were using it
21 it was a Fisher-Price product; right?
22 A. Yes.
23 Q. Prior to filing your lawsuit in April of
24 2019, had you heard of any other lawsuits brought
25 about the Rock 'n Play?

Page 246

1  A. No. No. That was the first time I had
2  heard about it when this whole thing got started.
3  Q. There was nothing that prevented you from
4  filing a lawsuit in 2014; correct?
5  A. Nothing, no.
6  Q. Nothing that prevented you from filing a
7  lawsuit in 2015; correct?
8  A. Correct.
9  Q. Nothing that prevented you from filing a
10 lawsuit in 2016; correct?
11 A. Correct.
12 Q. And how did you -- when did you make the
13 decision to file suit?
14 A. Katie called me and started talking about
15 how she's been talking to a lawyer.
16     MS. SCHRINER: Okay. I'm going to object to
17 anything that's going to go into any conversations
18 that Andrew, Katie and I may have had or anyone at
19 anyone at my firm.
20     MS. LOVETT: And that's right, Mr. Olson, so
21 I don't want -- I don't want -- I don't want you to
22 repeat any of Katie's communications with her
23 lawyer, so we can stop right there. I know that you
24 first heard about this from Katie and that's when
25 you made the decision to file suit. Okay? Is that

Page 247

1  accurate?
2  A. Yes.
3  Q. And do you remember when that was without
4  telling me anything that any lawyer said to you or
5  Kate?
6  A. Not the exact date, no.
7  Q. Okay. And when did you first consult with
8  an attorney in this case?
9  A. I can't remember the date, no.
10 Q. Was it in 2019?
11 A. I can't remember. I don't know.
12 Q. Have you spoken to any attorneys -- without
13 telling me anything they might have said, have you
14 spoken to any attorneys other than Ms. Schriner?
15     MS. SCHRINER: And that goes for my whole
16 firm.
17 Q. BY MS. LOVETT: Or one of her partners. I'm
18 sorry.
19 A. So, then, yeah, I talked to one of her
20 partners.
21     MS. SCHRINER: Yeah. Remember, don't answer
22 anything having to do with any conversations you've
23 had with me or anyone at my firm.
24 Q. BY MS. LOVETT: Again, I'm not asking you
25 about the conversations. I'm asking if you talked

Page 248

1  to anybody other than Ms. Schriner and her firm to
2  consider hiring them for your law firm?
3  A. And I can answer that?
4     MS. SCHRINER: Yes.
5     THE WITNESS: So yes. The answer is yes.
6  Q. BY MS. LOVETT: Okay. What other law firms
7  did you talk to, without telling me anything you
8  said, other than Ms. Schriner and her firm?
9  A. I guess I'm confused.
10 Q. Let me -- I want to make sure I'm asking --
11 I know that you're represented by Ms. Schriner.
12 A. Yes.
13 Q. And that you've made a decision to file suit
14 and at some point -- and this was after you talked
15 to Katie about possibly filing suit, so
16 Ms. Schriner's law firm, the Goldberg firm where she
17 works, we are putting that aside. We will put that
18 here in a box for a minute. Other than
19 Ms. Schriner's firm, did you talk to any other
20 lawyers on your own about representing you?
21 A. No.
22 Q. Okay. Do you know anyone else who has filed
23 a lawsuit against Mattel or Fisher-Price?
24 A. No.
25 Q. And this is going to sound -- do you know

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 65 of 132

Deposition of Andrew Olson                                    Page: 63 (249 - 252)
10/22/2020                                  Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 249

1  anyone else who has used a Rock 'n Play sleeper in
2  your personal life?
3      A.  No.
4      Q.  This is a legal question, but have you sold
5  or assigned any interest in your right to recover
6  damages in this lawsuit to any third party?
7      A.  No.
8      Q.  Do you know anyone who works at Mattel or
9  Fisher-Price?
10     A.  No.
11     Q.  Have you ever spoken to anyone who is or has
12 been employed at Mattel or Fisher-Price?
13     A.  No.
14     Q.  Other than your lawyers and your family,
15 with whom have you discussed this lawsuit?
16     A.  Nobody.
17     Q.  Has anyone -- other than your attorneys and
18 their expert witnesses, anyone that might have been
19 hired on your behalf to work with your lawyers, has
20 anyone ever told you that Fisher-Price or Mattel did
21 anything wrong?
22     A.  Wait.  Other than them?
23     Q.  Yes.
24     A.  No.
25     Q.  And other than your attorneys or your expert

Page 250

1  consultants, that's all including that in the
2  privilege file over here, has anyone ever told you
3  that Mattel or Fisher-Price was negligent?
4      A.  No.
5      Q.  Other than your attorneys or any experts or
6  consultants who might work for them, has anyone ever
7  told you that the Fisher-Price Rock 'n Play was
8  defective?
9      A.  No.  Unfortunately, not.
10     Q.  Other than your attorneys and your expert
11 consultants, has anyone ever told you that Mattel or
12 Fisher-Price did not give adequate warnings about
13 the Rock 'n Play sleeper?
14     A.  No.
15     Q.  Have you shared with me today the complaints
16 that you had about the Rock 'n Play sleeper?
17         MS. SCHRINER:  Form.
18         THE WITNESS:  Say that again.
19     BY MS. LOVETT:  Have you shared with me
20 today -- as we have been talking about the Rock 'n
21 Play, you told me about interacting with the Rock 'n
22 Play.  Have you shared with me any complaints that
23 you had about the Rock 'n Play sleeper or how it
24 worked for Z███, if you have any?
25         MS. SCHRINER:  Form and foundation.

Page 251

1          THE WITNESS:  Wait.  Sharing with you any
2  complaints?
3      Q.  BY MS. LOVETT:  In your testimony.  Have
4  you -- have you -- well, first of all, did you have
5  any complaints about the Rock 'n Play sleeper while
6  you were using it with Z███?
7      A.  No.
8      Q.  So that's -- I think that's the end of that
9  question.  Sorry.
10     A.  Okay.
11     Q.  Long day.
12         Where are you now in your education?
13     A.  I'm in the middle of getting my bachelor's
14 degree at the U of A.
15     Q.  Okay.  University of Arizona.  And so how
16 much more do you have to go?
17     A.  About three semesters?
18     Q.  And what is your major?
19     A.  I have two majors.  One is math and one is
20 physics.
21     Q.  And have you decided what you want to do
22 with those degrees when you graduate?
23     A.  Yes.
24     Q.  And what would you like to do?
25     A.  Go to graduate school and hopefully get my

Page 252

1  Ph.D. in theoretical physics.
2      Q.  Okay.  That sounds like quite a hefty
3  undertaking.  Can you -- what do you want to do with
4  your degree when you have it?  When you have your
5  Ph.D., how do you want to deploy that in the
6  world?
7      A.  A few different ways, but it would be nice
8  just to do theoretical physics in research and
9  development at some university around the world.
10     Q.  Do you have a -- I know there are -- some
11 people deal with Kelvins and some people deal with
12 all other types of theoretical physics.  What type
13 of theoretical physics are you interested in, or do
14 you have a particular subject area?
15     A.  Quantum gravity and -- yeah, mainly quantum
16 gravity.
17     Q.  Okay.  What is quantum gravity?  For those
18 of us in the room that are not physicists, can you
19 give us a lay person's explanation.
20     A.  Just -- it's more like a unified theory of
21 physics between -- I guess you would say Einstien's
22 general theory of relativity and quantum mechanics.
23 It brings those two together.
24     Q.  Can you give me a real world example of a
25 product or an application that marries those two

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 66 of 132

Deposition of Andrew Olson
10/22/2020
Page: 64 (253 - 256)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 253

1  things.
2      A.  No.  I want to get into theoretical physics
3  and there is no application for that.  That's more
4  of the engineering side.
5      Q.  You can tell my math and physics and where
6  it's got, Mr. Olson, so I'm going to just -- I'm
7  just going to take your answer and not try to figure
8  it out since that will be a little much more me.
9          We talked about that your dad is an
10 engineer, an electrical engineer, and your brother
11 is a software engineer.  Anybody else in your family
12 with an engineering background?
13     A.  Yeah.  A few other -- well, yeah, two other
14 people.  Both my uncles.
15     Q.  Okay.  What do they do?
16     A.  One of my uncle's works for Amazon as a
17 engineer, and then my other uncle runs a business,
18 and I don't exactly know what they do, but I know
19 it's revolved around engineering.
20     Q.  Is anybody in your family involved in --
21 have any legal training or involved in the practice
22 of law?
23     A.  No.
24     Q.  That's because you do math, all of you.
25         Does anyone in your -- any of your family

Page 254

1  members medical professionals or nurses or doctors?
2      A.  My mom is an occupational therapist.  Other
3  than that, I don't believe so.
4      Q.  Are you -- I think this is more kind of just
5  a question of things that you can do.  I'm assuming
6  from all of your background, are you kind of
7  mechanically inclined?  Are you the one that can put
8  together things around the house and that kind of
9  thing?
10     A.  Yeah, pretty well.
11     Q.  Do you have any hobbies or organizations or
12 things that you do now just with your free time?
13     A.  Yeah.  Mainly it consists of mountain biking
14 and snowboarding and wakeboarding and rock climbing.
15     Q.  Wow.  Where do you snowboard?
16     A.  In Flagstaff at Snow Bowl.  They have a ski
17 resort there.
18     Q.  Okay.  And what about wakeboarding?
19     A.  Typically either at Lake Powell or there is
20 a lake in Phoenix called Lake Pleasant.
21     Q.  Just pretty high impact, but all kind of the
22 same genre.  That's part of you keeping up and being
23 an athlete, I guess, in different ways.
24     A.  Typically, yeah.  Yeah.
25     Q.  Pretty active?

Page 255

1      A.  Uh-huh.
2      Q.  Are you dating anybody now even casually?
3      A.  No.
4      Q.  And you're set to graduate in three
5  semesters.  Have you taken any of your graduate
6  admissions exams?
7      A.  No, not yet.  That's coming up after next
8  semester.
9      Q.  It's probably an interesting thing to be
10 doing during the pandemic.
11     A.  Yeah.  And they are actually -- well, never
12 mind.  Sorry.
13     Q.  No, that's okay.  I know they are taking a
14 lot more applications and they are waiving a lot of
15 scores and so it's kind of a confusing path;
16 right?
17     A.  Right.
18     Q.  If you could choose where you wanted to go,
19 where would you go?
20     A.  At the U of A.  They have a theoretical
21 astrophysics department that -- and it gets you
22 right into your Ph.D.
23     Q.  Yeah.  I noticed you were saying you were
24 going to go straight to that so you wouldn't have to
25 do a master's degree program; right?

Page 256

1      A.  Yeah.  Yeah, that's the goal.
2      Q.  Mr. Olson, I appreciate your time.  I know
3  this has been a really hard day and hard subject
4  matter, so thank you for hanging in there.  Have you
5  understood my questions and answered to the best of
6  your ability?
7      A.  I have.
8      Q.  At least when I fixed them?
9      A.  I have.
10     Q.  And, again, I know this has been horribly
11 difficult.  Have I been courteous to you?
12     A.  Yeah.  Yeah, absolutely.
13         MS. LOVETT:  I'm terribly sorry that we meet
14 under these circumstances.  I will pass the witness.
15         MS. SCHRINER:  And, Mo, yeah, I just have a
16 couple questions.  We should be done pretty soon.
17         MS. LOVETT:  Sure.  Kristin, if we can -- I
18 can't hear you well.
19         MS. SCHRINER:  Yeah.  Let me -- I'm trying
20 to give Andrew space, so -- in this fun time of
21 COVID, but let me scoot a little bit closer to the
22 mic.
23         MS. LOVETT:  I'm so sorry.  This is --
24 socially distanced depositions just --
25         MS. SCHRINER:  Can you hear me okay now?

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 67 of 132

Deposition of Andrew Olson
10/22/2020
Page: 65 (257 - 260)
Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 257

```
 1        MS. LOVETT:  Yes.  Much better.  Thank you.
 2        MS. SCHRINER:  Okay.
 3
 4                  EXAMINATION
 5   BY MS. SCHRINER:
 6        Q.  Andrew, earlier in the deposition you were
 7   asked some questions about, you know, the usage of
 8   the belt or the restraint on the Rock 'n Play and
 9   your concerns about Z[redacted] rolling over.  What was
10   your concern if Z[redacted] would have rolled over?  What
11   were you concerned about?
12        A.  I was just concerned that she would get in
13   an awkward place to sleep and be uncomfortable or
14   end up being in a position where it was making it
15   easier for her to fall out of the Rock 'n Play.
16        Q.  Were you ever worried that she could roll
17   over and die from asphyxia or suffocation --
18        A.  No.
19        Q.  -- in the Rock 'n Play?
20        MS. LOVETT:  Objection.
21        THE WITNESS:  In the Rock 'n Play, no.
22        Q.  BY MS. SCHRINER:  Did you ever read any
23   warning on the Rock 'n Play that told you that if
24   your baby rolls over they could suffocate or die
25   from asphyxia?
```

Page 258

```
 1        A.  No.
 2        Q.  When you went through the warnings on the
 3   Rock 'n Play with -- earlier in the deposition, and
 4   we can actually just turn to them.  If you have that
 5   exhibit in front of you, it's Exhibit 5 and it's
 6   Bates number 5584.  I will let you get there.
 7        A.  Okay.
 8        Q.  So do you recall going through this
 9   photograph earlier in the deposition?  I know it's
10   been a long day.
11        A.  Yes.
12        Q.  Okay.  All of the developmental statements
13   that you were read, do those all fall under the
14   statement that says fall hazard to prevent falls?
15        A.  Do all the -- say that again.
16        Q.  Yeah.  When you went through the things that
17   Z[redacted] could and could not do such as whether she
18   could push up on her hands and knees, can pull or
19   sit up unassisted or has reached 25 pounds, did all
20   of those issues -- are all those listed under fall
21   hazard?
22        A.  Those are all listed under fall hazard,
23   yes.
24        Q.  So they are listed under the section that
25   says fall hazard to prevent falls, comma?
```

Page 259

```
 1        A.  Yes.
 2        Q.  And do you see anywhere on this warning
 3   anything about rolling over?
 4        A.  No.
 5        Q.  Do you see any age limit?
 6        A.  No.
 7        Q.  And you can put that aside.
 8            You were also asked some questions about
 9   whether you remember buckling Z[redacted] in that night.
10   Is it that you don't remember buckling her in, or
11   that you don't have a memory whether you did or
12   not?
13        A.  I don't have a memory --
14        MS. LOVETT:  Form.
15        THE WITNESS:  -- whether I did or not.
16        Q.  BY MS. SCHRINER:  What was your -- if you
17   had a habit, what was your habit in terms of
18   buckling Z[redacted] in?
19        MS. LOVETT:  Objection; form.
20        THE WITNESS:  It was -- buckling in was
21   always a rule to do that whenever we weren't going
22   to be visually looking at Z[redacted] the entire time she
23   was in the bassinet, so either sleeping or stepping
24   outside of the room.
25        MS. LOVETT:  I'm sorry.  I couldn't hear the
```

Page 260

```
 1   last part of the witness' answer.
 2        THE WITNESS:  Either -- the whole thing?
 3        MS. LOVETT:  Just the very last part.  It
 4   trailed off when you said either sleeping or
 5   something and I couldn't hear you.
 6        THE WITNESS:  Either sleeping or stepping
 7   outside of the room.
 8        Q.  BY MS. SCHRINER:  You were also asked some
 9   questions about research you had done when you first
10   got the Rock 'n Play or in purchasing it.  In any of
11   that research, did you ever run across anything that
12   discussed a risk of asphyxiation or suffocation if a
13   baby rolled over in the Rock 'n Play?
14        MS. LOVETT:  Objection; form.
15        THE WITNESS:  No.
16        Q.  BY MS. SCHRINER:  Did anyone ever mention to
17   you either from the time -- from the time Z[redacted] has
18   passed until the time you first became involved in
19   this case that the Rock 'n Play could have been a
20   cause or the cause the Z[redacted]'s death?
21        THE WITNESS:  No.
22        MS. LOVETT:  Objection; form.
23        Q.  BY MS. SCHRINER:  Did Fisher-Price ever
24   contact you to tell you that there could be any
25   potential dangers with the Rock 'n Play?
```

Page 261

1    A.  No.
2        MS. LOVETT:  Objection; form.
3    Q.  BY MS. SCHRINER:  Did you ever learn of
4  another baby dying in the Rock 'n Play prior to your
5  involvement in this case?
6    A.  No.
7    Q.  You were also asked some questions about
8  smoking and where you would smoke.  Did you ever
9  smoke around Z███, whether it was inside or
10 outside?
11   A.  No, never.
12   Q.  So if you were to smoke outside and baby --
13 strike that.
14       If Baby Z███ was around and even though you
15 were outside, would you have smoked anywhere in her
16 proximity?
17   A.  No.  No, absolutely not.
18   Q.  Did you ever allow anyone to smoke around
19 Z███?
20   A.  No, definitely not.  There was -- the visual
21 aspect of that, as well, was a big deal.
22   Q.  What do you mean by that?
23   A.  Just visually we didn't like thinking that
24 she's looking at it and seeing it and we didn't want
25 that at all to be anything that she saw.

Page 262

1        MS. SCHRINER:  Okay.  And that's all the
2  questions that I have.
3        MS. LOVETT:  I'm sorry.  I lost that whole
4  answer.  I'm so sorry.  Could you repeat that?
5        THE WITNESS:  I didn't like the visual
6  aspect of anybody -- or Katie and I didn't like the
7  visual aspect of Z███ being able to see anybody.
8        MS. LOVETT:  Thank you.
9        THE WITNESS:  Anybody smoking, that specific
10 activity.
11       MS. SCHRINER:  And, Mo, that's all the
12 questions that I have.
13
14            FURTHER EXAMINATION
15 BY MS. LOVETT:
16   Q.  I just have a couple of brief follow-ups
17 just based on Ms. Schriner's questioning.
18       So you knew that if Z███ were going to be
19 prevented from -- I think you told me that you were
20 going back and checking in detail the label and
21 comparing it with Z███'s development; true?
22       MS. LOVETT:  Form.
23       THE WITNESS:  True.
24   Q.  BY MS. LOVETT:  And you definitely didn't
25 want Z███ to fall out of the Rock 'n Play or ever

Page 263

1  get injured in the Rock 'n Play; true?
2    A.  True.
3    Q.  And at the top of the warning where it says
4  failure to follow these warnings can result in
5  serious injury or death, you took that seriously?
6    A.  Yes.
7    Q.  That level of warnings; correct?
8    A.  Correct.
9    Q.  And so you knew that at least two of the
10 three conditions that your counsel points out were a
11 fall hazard or under that headline were milestones
12 that Z███ had reached; true?
13       MS. SCHRINER:  Form.
14       THE WITNESS:  Yeah, true.  True.  She
15 never -- yeah.  I mean, we could -- yeah.  We could
16 revisit that whole thing, if you'd like, but we
17 could -- yeah.
18       MS. LOVETT:  No.  I mean, it's been a long
19 day, but I think you said true, and I think with
20 that, I will end the deposition.  Thank you very
21 much.
22       MS. SCHRINER:  And we will read and sign.
23       MS. LOVETT:  Okay.  Yes.  And that means
24 you'll have a chance to read through your
25 deposition, Mr. Olson.  It will come to you in a

Page 264

1  nice little book.  Everybody has so worked hard
2  today.  Thank you all.  And we will see you on the
3  next go-round, guys.  I believe your brother is
4  having his deposition taken tomorrow.  That will not
5  be -- or next week, but that won't be me.
6        VIDEOGRAPHER:  Sorry.  Let's read off the
7  video record real quick.  If everyone could please
8  stay on the feed for a moment.
9        We are now going off the video record.  The
10 time is currently 3:59 p.m.  This is the end of the
11 deposition.
12       (WHEREUPON, the deposition was
13       concluded at 3:59 p.m.)
14
15
16
17 _____
18            ANDREW OLSON
19
20
21
22
23
24
25

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 69 of 132

Deposition of Andrew Olson
10/22/2020                                                    Page: 87 (265 - 265)
                                      Courkamp, Kathleen vs. Fisher-Price, Inc.

Page 265

1   STATE OF ARIZONA          )
                               ) ss
2   COUNTY OF MARICOPA         )

3        BE IT KNOWN that the foregoing proceedings
    were taken before me; that the witness before
4   testifying was duly sworn by me to testify to the
    whole truth; that the foregoing pages are a full,
5   true and accurate record of the proceedings, all
    done to the best of my skill and ability; that the
6   proceedings were taken down by me in shorthand and
    thereafter reduced to print under my direction.

7
         I CERTIFY that I am in no way related to any
8   of the parties hereto, nor am I in any way
    interested in the outcome hereof.

9

10       [X] Review and signature was requested.
         [ ] Review and signature was waived.
11       [ ] Review and signature was not discussed.

12

13       I CERTIFY that I have complied with the
    ethical obligations set forth in ACJA 7-206(F)(3)
14  and ACJA 7-206 J(1)(g)(1) and (2).  Dated at
    Phoenix, Arizona, this 16th day of November, 2020.

15

16  _____
                       JEFFREY W. BARTELT, CSR, RPR
17                     Certified Reporter
                       Arizona CR No. 50363

18

19       I CERTIFY that BARTELT|NIX REPORTING has
    complied with the ethical obligations set forth in
    ACJA 7-206 (J)(1)(g)(1) and (2).

20

21  _____
                     BARTELT|NIX REPORTING, LLC
                     Registered Reporting Firm No. R1028

22

23

24

25

## WORD INDEX

**< $ >**
**$20**  78:18

**< 0 >**
**005563**  2:18
**007085**  2:19

**< 1 >**
**1**  2:11  66:25  67:1, 4,
24  242:6  265:14, 14,
19, 19
**1:00**  147:15  173:6, 7
**1:20**  138:16
**1:30**  173:7  175:5
189:14, 20
**1:37**  190:8, 10
**1:40**  174:18
**10**  50:23  59:8  68:13
84:25  95:22  134:1
233:10
**10:00**  146:25  147:1
152:4  158:1, 4
**10:30**  158:2
**10:40**  65:17, 19
**10:52**  65:19, 21
**100**  62:18  108:23
**1000**  3:18
**1028**  1:1
**103s**  233:10
**10th**  237:7
**11**  161:16  164:12
**11:00**  158:1, 2
**11:14**  85:23
**11:16**  86:2
**11:30**  158:2
**11:41**  105:23
**11:44**  106:1
**110**  155:25
**12**  92:7
**12:29**  142:14, 16
**12:37**  142:16, 18
**123**  233:10
**12-Step**  46:5, 7  51:24
61:3
**13**  132:25  133:14, 15,
23, 23  228:3

**14**  68:14  88:9  90:8
196:19  213:3  227:5
239:23
**15**  10:24  91:21
140:9  156:8  228:3
243:13, 17  244:5
**15th**  243:4, 10
**16**  31:8, 9, 12  41:14
51:9  59:4  60:12
71:6  73:16  83:15
**16th**  265:14
**17**  14:6, 7, 9  26:22
31:7  34:25  35:2
83:11, 12
**1700**  3:18
**176**  207:21  209:1, 3
**18**  27:2, 3, 7  49:21,
22, 23  50:2, 4, 6, 7, 7
51:14  73:9, 17, 24
75:2  83:7, 22  92:7
190:20  225:11, 14
239:23
**18th**  161:10  214:5
239:24
**19**  34:12  49:19, 20
57:7, 8, 9  61:18
**1980s**  40:15
**1994**  27:5  31:6
**19th**  137:19  143:2,
18  144:19  146:8
152:24  161:9, 10
162:19  171:25
190:16  205:1  206:1
241:13

**< 2 >**
**2**  2:11  92:6  131:13,
14  161:17  180:3
181:10, 13  206:20
242:1, 3, 6, 18  265:14,
19
**2:00**  147:15  175:5
**2:19-CV-02689-GMS**
1:1  4:16
**2:21**  190:10, 12
**2:23**  191:2, 4
**2:24**  191:4, 6
**2:27**  193:15
**2:29**  193:18

**20**  22:10  26:22
37:20  49:18  57:7
95:17  102:15  156:6
**200**  3:13
**2000**  30:22  32:20
**2011**  30:21, 24, 25
31:6, 7  32:9, 10
47:12, 14, 15  71:7, 8
73:16  92:20  94:1
**2012**  11:14  13:1
14:14, 15  16:24
17:23, 25  18:3, 10
27:2  50:6  69:12
73:8, 24  74:6, 11
78:7, 24  84:16  92:22
94:8  96:14  104:20
222:24  228:11, 12
**2013**  14:14  17:21
18:1, 1  20:12  24:8
26:5  29:3, 4, 5  32:20
34:8, 12  42:15, 24
43:12, 23  44:16  48:8
64:10  69:14  84:17
85:5  86:6, 7, 10, 22
87:12  88:8  89:13
90:8, 15, 22  94:14, 18,
25  95:4, 7, 18  101:20,
23  104:20, 22, 23, 25
120:20  121:4  122:5
**2014**  10:19, 22, 24
29:14  30:3  32:20, 20
34:19  36:20, 21
37:19  38:10, 17, 17
44:20, 21, 21  88:5, 25
89:15, 20  90:5, 15, 18
94:21, 21  95:1, 5, 7,
12, 23  101:23  102:16
121:13, 21, 21, 24
122:12  123:12, 14, 15
124:21  133:12, 18
136:10, 22  137:19
143:2, 18  144:19
146:8  161:10  187:22
188:2, 8  206:2
224:15  239:24
241:13  243:4, 10, 13,
17, 19, 23  244:5  246:4
**2015**  36:16  38:6, 7,
13  64:12  69:15

**84**:18  102:17  188:2
246:7
**2016**  188:2  246:10
**2017**  188:2
**2018**  38:24  42:24
46:18  47:16  53:9, 13
64:14  69:18  91:16,
20, 21, 24  98:9  188:2
**2019**  47:14  53:14
54:17  57:3  64:17
98:23  99:8  188:9
245:6, 24  247:10
**2020**  1:1  3:2  4:1, 8
56:18, 19  62:7  68:6
265:14
**206**  2:21  207:21
208:11  210:1, 3
**207**  2:21  207:22
210:1, 6
**208**  2:21  208:11
211:3, 4
**21**  41:19
**212**  2:21  219:3, 5, 9,
20, 22
**213**  2:21  207:22
208:11  218:14, 16, 19
220:5
**214**  2:21  208:12
218:16, 19
**215**  2:21  207:22
208:12  218:14, 17
220:23  221:1
**219**  2:21  207:22
208:12  216:25
**22**  1:1  3:2  4:1
84:25  242:1
**2242**  2:24
**229**  207:22  208:1, 2,
5, 12, 13
**22nd**  4:8  56:19
**230**  208:12, 13
**2375**  3:22
**24**  115:14  138:17
216:8
**24-hour**  80:9
**25**  183:10  201:8, 14
203:22  204:7  258:19
**250**  2:21  218:5
219:5  220:25  221:6

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 71 of 132    Page: 2
Courkamp, Kathleen vs. Fisher-Price, Inc.

**251** 221:25
**254-4111** 1:1
**25th** 26:20 27:4
50:6 88:5 121:24
134:2
**262** 2:3
**27** 137:6
**290** 1:1
**2nd** 19:11

**< 3 >**
**3** 2:13 137:13, 15
181:12 265:13
**3.5** 238:20
**3:13** 229:7, 9
**3:22** 229:9, 11
**3:59** 264:10, 13
**30** 8:13 22:11 173:4
178:12 207:22
**31** 71:12
**3101** 1:1
**32** 87:7, 23 98:17
**33** 84:19 91:18
98:19
**34** 92:1 98:19 132:3
133:10, 15, 17 135:25
**348** 207:22 208:15
211:23 217:12
237:19, 21 239:6
**348208** 2:21
**356** 183:11 185:1
**357** 185:2, 14, 19
**360** 185:14, 19
**361** 185:13, 23
**362** 183:11 185:23
**362184** 2:16
**3800** 3:4

**< 4 >**
**4** 2:16 183:10 184:8,
9
**40** 65:4
**41131** 2:13
**43** 138:13
**45** 173:3
**45-minute** 22:11
**4th** 68:6 85:5 86:7,
10, 21 133:12, 18
134:18, 23 136:10

**< 5 >**
**5** 2:16 66:21 91:21
190:22, 24 191:14
192:3 196:25 197:21
258:5
**5:00** 174:11, 19
**5:30** 147:2, 3 190:2
**50** 35:13
**50363** 1:1 3:6
265:17
**5567** 192:9
**5581** 193:22
**5584** 258:6
**5823190** 2:18
**59** 238:18
**5th** 237:3, 4, 6

**< 6 >**
**6** 2:19 196:20, 22, 25
239:23
**6:00** 147:2, 3 190:2
**60** 100:13
**602** 1:1
**698** 3:13
**6th** 243:19, 23

**< 7 >**
**7** 2:19 92:7 207:25
208:11, 19, 21, 24
214:25 219:13
237:18, 21
**70** 156:5
**700** 3:22
**7089** 197:4
**7132** 197:12 198:7
**7134** 198:9
**7139** 198:14
**7140** 198:14
**7-206** 265:13, 14, 19
**7295196** 2:19
**75** 156:5
**77002** 3:18
**7th** 73:8, 24

**< 8 >**
**8** 2:21 139:25 238:7,
8, 13, 18 239:22
243:17

**8:00** 154:21 175:19
**83rd** 34:1 86:17
**85012** 1:1
**85016** 3:22
**85238** 2:23
**85705** 3:14
**87** 155:3, 4, 7, 10, 18
156:2, 5, 11, 12
**8th** 237:7

**< 9 >**
**9** 2:24 133:23
138:15 139:17 140:9
142:24 242:9, 12
**9:00** 146:25 152:5
157:9
**9:35** 1:1 3:2 4:2, 9
**9:39** 8:8
**911** 142:23 175:25
176:10, 11, 20 177:19
**94** 27:6
**97** 154:15 155:3, 6
**9th** 237:7

**< A >**
**a.m** 1:1 3:2 4:2, 9
65:17, 19, 19, 21
85:24 86:2 105:23
106:1 154:21
**AA** 46:6 47:3 53:11,
12, 17 54:15, 18
55:10 61:1, 10 62:16,
20 63:9, 10
**Aaron** 3:21 5:1
66:20 72:8 190:21
207:21 208:1, 11
218:11 219:3 242:1
**abilities** 104:5
**ability** 120:4 141:8,
16 256:6 265:5
**able** 6:10, 20 9:3
16:2 17:7 19:20
70:9 83:17, 18
114:23 118:7 127:16
137:4 139:16 141:8,
12 143:11 144:12
145:17 157:19
162:25 163:21 164:1,
21 165:13 166:2, 18

167:5 174:19 196:2,
7, 9 231:24 262:7
**about** 7:15, 19 8:19,
24 9:13 10:9 11:1,
18 12:2 15:5, 25
16:20 17:14 19:5, 6
20:1, 8 22:10 24:12
25:11 27:7 32:13, 21
39:8 42:9 46:22
47:2 50:23 52:10
57:2 58:1, 7 59:1, 4
60:9 65:3 67:11, 14
71:5 73:16 75:1
78:13, 15 80:9 82:6,
10, 13, 16 83:10
84:20 86:16 87:13
90:10 91:20 92:23,
25 93:3, 10, 13, 17, 21
97:7 100:2 104:24
106:25 107:1 108:10,
18, 20 109:21 110:3
112:8, 13 120:2
123:1, 16 124:20, 23
127:2, 3 129:7
130:12, 18, 25 138:8
139:4 140:2 145:13
146:19 148:22, 24
150:18, 22, 23 151:10
157:1 158:6 160:14,
21, 22 161:4, 7 164:1
167:7 168:5, 6, 7
170:22 171:12
172:23 173:3, 22, 23
175:18 179:10 181:9
183:15 184:12
186:25 187:20, 21
188:22 189:4 190:18
191:22 194:22
201:24 206:5 213:5
220:7 221:16 224:16
229:4 244:2 245:1,
12, 25 246:2, 14, 24
247:25 248:15, 20
250:12, 16, 20, 21, 23
251:5, 17 253:9
254:18 257:7, 9, 11
259:3, 8 260:9 261:7
**above** 186:11 212:3, 3
**Absolutely** 103:12
104:15 122:14

129:*24*  130:*5, 17*
161:*2*  167:*23*  215:*17*
216:*6*  226:*5*  244:*21*
256:*12*  261:*17*
**abuse**  47:*5*  51:*25*
52:*2, 5, 9, 11, 17*  53:*4*
54:*14*  55:*12, 21, 24*
56:*1, 4, 6*  61:*15*  63:*4*
**abused**  60:*24*
**AC**  153:*16*  156:*15*
157:*2*
**academic**  11:*15*
**access**  21:*5*
**accident**  182:*19*
186:*21*  188:*12*  226:*4*
**accidents**  228:*8, 23*
**accommodate**  8:*3*
**accomplishments**
135:*19*
**according**  91:*16*
196:*8*
**accurate**  70:*13*  143:*1*
247:*1*  265:*5*
**accused**  99:*1*
**Achy**  137:*11*  139:*8*
140:*22*  149:*16*
**ACJA**  265:*13, 14, 19*
**Acquired**  229:*24*
**across**  6:*13*  7:*1*
260:*11*
**acrylic**  25:*3*
**acrylics**  25:*19*
**active**  149:*15*  254:*25*
**actively**  47:*18, 18*
57:*21*  60:*16*
**activity**  42:*17, 20*
231:*20, 23*  262:*10*
**actual**  93:*8*  98:*22*
111:*13*  117:*14*
124:*25*  232:*25*
**actually**  19:*3*  42:*12*
74:*17, 25*  77:*9*  83:*9*
84:*25*  91:*3*  93:*22*
96:*2, 2*  98:*5, 19*
109:*3*  115:*2*  117:*17*
123:*16*  126:*5*  138:*12*
145:*17*  162:*21*  169:*5*
181:*12*  190:*5*  199:*4*
200:*13*  204:*8*  213:*24*
255:*11*  258:*4*

**add**  111:*1*  198:*2*
219:*12*  238:*7*
**addiction**  45:*16, 24*
**adding**  118:*9*
**additional**  92:*13*
**address**  52:*1*  176:*14*
**addressed**  52:*14*
**adds**  113:*14*
**adequate**  250:*12*
**adjudicated**  31:*10*
**adjudication**  36:*25*
39:*25*  40:*1*  53:*13*
91:*13*  93:*9*
**adjustment**  226:*16*
**Adloescent**  2:*11*
**Administration**  2:*13*
**admissions**  255:*6*
**admit**  232:*10*
**adult**  50:*3*  228:*4*
**adults**  59:*24*  173:*23*
**advanced**  204:*2*
**Advil**  220:*2*
**advised**  52:*16*  207:*4*
**advises**  205:*23*
**Affidavit**  2:*24*  242:*15*
**After**  4:*21*  12:*3, 17*
13:*20*  14:*11*  18:*10*
19:*18*  27:*2*  28:*21*
36:*17*  37:*13*  50:*8*
62:*8, 11*  79:*17*  80:*7*
84:*15*  89:*23, 25*
93:*15*  96:*18, 20*  97:*2*
98:*4*  106:*19, 20*
107:*25*  109:*24*  110:*4*
117:*14*  121:*20*
123:*19*  134:*1*  136:*12*
151:*1*  154:*14*  156:*3*
158:*3, 4*  165:*23*
170:*1*  173:*20*  175:*13*
176:*12, 12*  179:*10*
186:*20*  187:*18*
224:*18*  225:*1, 24*
226:*13*  230:*8*  244:*10*
245:*3, 10, 11*  248:*14*
255:*7*
**afternoon**  17:*3*
**afternoons**  17:*1*
**afterward**  237:*13*
**again**  25:*16*  26:*9*
49:*4*  73:*15*  87:*25*

94:*22*  95:*12*  101:*21*
105:*19, 20*  123:*13*
138:*23*  140:*20*
148:*23*  151:*4, 23*
153:*17*  161:*23*  165:*6*
169:*13*  184:*17*  186:*3*
188:*11*  217:*17*
224:*20*  236:*7*  247:*24*
250:*18*  256:*10*
258:*15*
**against**  73:*23*  163:*12*
194:*5*  202:*11*  248:*23*
**age**  34:*10*  49:*24*
83:*6*  130:*21*  169:*21*
170:*7, 13*  193:*7*
194:*5*  222:*6*  225:*10*
259:*5*
**age-appropriate**  150:*9*
**agent**  109:*1*
**ages**  169:*25*
**aggravated**  85:*9, 12*
88:*10*  94:*15, 22*  95:*1,*
*13*  98:*10*  100:*12*
**agitation**  230:*17*
**ago**  55:*1*  162:*6*
221:*7*
**agreement**  219:*12*
**ahead**  11:*24*  12:*9*
41:*3*  89:*24*  133:*20*
157:*8*  175:*14*  184:*7*
218:*12*
**aids**  227:*14*  229:*24*
**air**  153:*7, 11, 25*
**Akey**  49:*11*  108:*12*
137:*8, 18*  140:*1*
142:*21*  145:*5*  149:*16*
160:*23*  161:*24*
164:*12*  180:*11, 15*
181:*12*  182:*11*
200:*17*  203:*7, 10, 12*
206:*21*
**Akey's**  179:*23*
**al**  4:*13*
**Albuquerque**  9:*21, 24*
11:*7*
**alcohol**  37:*24*  38:*1*
41:*10, 16*  43:*17*  44:*6,*
*9*  45:*10, 15*  57:*11, 13,*
*13, 17, 24, 25*  61:*13, 18*
62:*1, 19*  63:*14*  66:*2*

101:*23, 24*  102:*4*
222:*2, 9, 12, 20*  223:*8,*
*24*  224:*20, 21, 23, 25*
225:*4, 6, 9, 15, 20, 22*
226:*9*
**Alcoholics**  46:*11*
**alive**  44:*22*  109:*25*
**all**  4:*18*  5:*23*  6:*9*
8:*1, 17, 24*  10:*3, 15,*
*17*  11:*5*  12:*2, 20, 23,*
*25*  13:*9, 14, 22*  14:*14*
15:*25*  16:*2, 16*  17:*10,*
*21*  18:*9, 20*  19:*7, 14,*
*19, 22*  20:*1, 3, 23*
21:*19*  22:*11, 14, 23,*
*24*  23:*17, 22*  24:*7, 12,*
*16, 20*  25:*5*  26:*18, 21*
27:*3, 6, 15, 21*  28:*22,*
*22*  29:*4*  31:*9, 23*
32:*7, 16, 18, 21*  33:*17*
34:*17*  35:*9, 16*  36:*1,*
*9, 25*  37:*10*  38:*2, 12,*
*15, 25*  39:*17*  40:*9, 12*
41:*13, 22*  43:*10, 11,*
*21*  44:*5*  45:*4, 14*
46:*9, 13, 24*  47:*7, 11,*
*24*  48:*1, 3, 6, 9, 15*
49:*8, 17, 24*  50:*4, 24*
51:*4, 12, 22*  52:*24*
53:*2, 7, 16, 21*  54:*16*
55:*8, 19*  56:*14*  57:*9,*
*12, 15, 16, 16, 18*
58:*10, 12*  59:*5, 13*
60:*4, 9, 20*  61:*9, 14*
62:*6, 12, 21*  63:*20, 23*
64:*16, 19*  65:*2, 8, 14*
66:*2, 5*  68:*16*  69:*3,*
*20*  70:*1, 9, 20*  71:*9,*
*21*  72:*9, 10, 13, 19*
73:*2, 4, 14*  75:*18, 24*
76:*20*  77:*16*  78:*16,*
*19*  79:*3, 19, 24*  80:*18*
81:*25*  83:*1, 17, 24*
84:*9, 13, 22*  86:*3, 14,*
*21*  87:*6, 10, 11, 16*
88:*7, 18, 19*  89:*10*
90:*2*  91:*12, 25*  92:*17*
93:*19*  95:*21*  96:*3, 4,*
*11, 15*  97:*21*  98:*20*
100:*11, 19*  103:*19*

104:*8, 11, 13, 16*
105:*15*  106:*2, 21, 22,
25*  107:*14, 19*  108:*1,
6, 10, 14*  110:*4, 5, 8,
15, 23*  111:*24*  113:*6,
10, 11*  115:*4, 20, 22*
116:*8, 17*  117:*13*
118:*10*  119:*1*  120:*22*
121:*19, 23*  123:*6, 21*
124:*16, 17*  125:*17*
126:*9, 14*  127:*3, 14*
128:*1, 8*  130:*24*
131:*5, 16, 22*  132:*20*
133:*20*  136:*8, 12*
138:*1, 4, 24*  139:*6, 17*
141:*4, 15*  143:*5, 17*
145:*15*  148:*6*  149:*20*
150:*17, 22*  155:*22*
157:*20*  159:*15*  161:*6,
13, 22*  162:*13*  167:*16,
18*  168:*24*  169:*22*
170:*20*  173:*22*
174:*10*  175:*4, 4, 14*
176:*16*  177:*13*  179:*7*
180:*18*  181:*3, 21, 23*
182:*9*  184:*16*  187:*24*
190:*13*  191:*7*  193:*19*
195:*9, 12*  198:*1*
199:*21, 25*  200:*3*
201:*4*  202:*23*  203:*11,
18*  204:*6, 24*  205:*20*
208:*19, 19, 23*  209:*25*
212:*25*  214:*7*  216:*8*
217:*10*  219:*4, 8, 13,
16, 19, 25*  220:*12*
221:*6*  225:*3*  226:*3, 6*
227:*6*  228:*12, 21*
230:*4*  231:*14, 22*
233:*11*  236:*2, 21*
238:*16*  239:*3*  242:*7*
243:*5*  250:*1*  251:*4*
252:*12*  253:*24*  254:*6,
21*  258:*12, 13, 15, 19,
20, 22*  261:*25*  262:*1,
11*  264:*2*  265:*5*
**allow**  120:*4*  151:*9*
205:*3*  206:*13*  261:*18*
**allows**  90:*23*
**along**  5:*1*  24:*20*
95:*17*  100:*25*  138:*11*

**already**  152:*19*
158:*21*  177:*4*  218:*12*
229:*4*
**ALS**  230:*11*
**Also**  3:*24*  5:*25*  6:*11*
7:*10*  8:*18*  13:*25*
21:*5, 12*  24:*2*  51:*25*
55:*11*  57:*13*  58:*3*
70:*13*  74:*1*  88:*25*
96:*13*  97:*19*  98:*24*
117:*9*  119:*1*  121:*25*
126:*4*  144:*6*  149:*19*
180:*21*  194:*25*  198:*1,
23*  208:*17*  210:*15*
213:*13*  214:*1*  215:*1,
6*  221:*16*  231:*2*
233:*16*  259:*8*  260:*8*
261:*7*
**although**  8:*14*
**alto**  11:*23*
**always**  10:*12*  98:*19*
126:*20*  139:*4*  157:*25*
158:*17*  195:*11, 14, 17*
197:*22, 22*  198:*19*
204:*10, 15, 21*  206:*5*
259:*21*
**Alzheimer's**  230:*18*
**am**  213:*4*  221:*16*
265:*6, 8*
**amazing**  6:*10*
**Amazon**  253:*16*
**amber**  214:*25*
**ambient**  139:*7*
154:*11*  161:*23*
**ambulance**  177:*7*
**Amelia**  100:*4*  102:*19*
103:*4*
**America**  160:*8*
**amount**  168:*12, 17, 19,
19*  169:*7*  239:*20*
**ANDREW**  1:*1*  2:*3,
11, 13*  3:*1*  4:*17, 23*
5:*5*  69:*11*  73:*5*  85:*2*
239:*23*  246:*18*
256:*20*  257:*6*  264:*18*
**aneurysm**  244:*7*
**animal**  214:*17*
**animal's**  214:*19*
**Anonymous**  46:*11*

**another**  6:*13*  7:*1*
12:*12*  15:*23*  22:*22*
54:*6*  58:*9*  84:*23*
86:*14*  88:*2*  94:*18*
111:*12*  131:*18*
164:*18*  169:*14*
179:*17*  180:*8*  200:*21*
213:*23*  214:*19*
217:*13*  261:*4*
**answer**  6:*21, 23*  7:*8*
41:*4*  99:*6*  140:*22*
201:*18*  247:*21*  248:*3,
5*  253:*7*  260:*1*  262:*4*
**answered**  176:*12, 12*
256:*5*
**answering**  68:*19*
**answers**  6:*22*  8:*5*
67:*19*  69:*7, 22*  70:*9*
84:*14*  93:*18*  95:*22*
97:*14, 23*
**any**  6:*22*  7:*23*  8:*6*
9:*7, 9, 10, 18*  11:*15,
15*  14:*22*  21:*15*
23:*18*  25:*19*  27:*16,
18*  28:*25*  29:*23*
30:*15*  31:*14*  34:*4, 15*
36:*4, 12*  37:*4, 22*
38:*1, 21*  43:*16*  45:*15,
16, 23*  47:*13, 17*
48:*24*  49:*3, 4, 5, 24*
53:*2, 7*  56:*21, 25*
57:*23*  58:*2, 3*  60:*20*
68:*18, 24*  70:*20*  72:*5*
75:*15*  76:*3*  97:*10*
100:*23, 24*  101:*5*
103:*9, 10, 21*  104:*14,
24*  107:*6, 22*  109:*21*
112:*7, 10, 12*  113:*25*
117:*23, 24*  119:*4, 4*
129:*17*  130:*10, 10*
132:*13*  133:*5*  134:*18*
138:*6, 6*  145:*9*
148:*22*  149:*3, 11, 25*
150:*2*  151:*8*  162:*22*
164:*22*  165:*8*  166:*3*
171:*14*  173:*5, 10*
174:*22*  176:*20*  179:*3*
181:*13*  182:*9, 14*
184:*12*  187:*16, 22*
194:*13, 23*  195:*14*

202:*12*  207:*18*  210:*2*
215:*7*  217:*23*  224:*12,
21*  226:*8, 12, 12, 15,
17, 22*  227:*10, 14, 18,
22*  228:*4, 7, 23*
229:*15*  230:*8, 20*
231:*14*  234:*24*
235:*11, 13, 15*  236:*14,
22, 22, 24*  237:*4, 14*
238:*16*  245:*1, 5, 12,
14, 15, 16, 24*  246:*17,
22*  247:*4, 12, 14, 22*
248:*19*  249:*5, 6*
250:*5, 22, 24*  251:*1, 5*
253:*21, 25*  254:*11*
255:*5*  257:*22*  259:*5*
260:*10, 24*  265:*6, 8*
**anybody**  26:*10*  65:*5*
99:*19*  123:*4*  151:*11*
159:*1*  160:*9*  187:*20*
248:*1*  253:*11, 20*
255:*2*  262:*6, 7, 9*
**anymore**  55:*22*  117:*1*
162:*4*  163:*21*  164:*14*
187:*12*
**anyone**  30:*12*  124:*1,
5*  188:*12*  189:*8*
246:*18, 19*  247:*23*
248:*22*  249:*1, 8, 11,
17, 18, 20*  250:*2, 6, 11*
253:*25*  260:*16*
261:*18*
**anything**  9:*2*  25:*18*
30:*4*  33:*21*  37:*24*
39:*9*  42:*6*  49:*1, 5*
53:*8*  63:*23*  67:*11, 12*
99:*16, 20*  117:*25*
128:*2, 4*  130:*11, 13*
148:*24, 25*  151:*4*
156:*12*  158:*6*  166:*5*
173:*10*  175:*16*
207:*18*  209:*5*  218:*2*
226:*17*  227:*16*
229:*15, 21*  231:*18*
233:*21*  237:*15*
243:*17*  246:*17*  247:*4,
13, 22*  248:*7*  249:*21*
259:*3*  260:*11*  261:*25*

Case 2:19-cv-02689-GMS   Document 196-31   Filed 11/19/21   Page 74 of 132

Deposition of Andrew Olson
10/22/2020

Page: 5
Courkamp, Kathleen vs. Fisher-Price, Inc.

anywhere 123:*1*
158:*23, 25* 259:*2*
261:*15*
apart 91:*20*
apartment 16:*14*
89:*6* 117:*9* 118:*11*
123:*17* 125:*10, 11*
127:*24* 147:*16* 152:*7,*
*12, 25* 157:*12, 20*
173:*1*
apartments 152:*16*
apologies 30:*10, 10*
131:*13* 132:*19* 139:*1*
155:*5*
apologize 88:*18*
92:*11* 96:*5, 23*
191:*20*
apologizing 97:*23*
apparently 73:*22*
appealed 12:*13*
appear 74:*16, 16, 17*
197:*14*
appearance 170:*16*
appearances 4:*19*
appears 21:*3* 85:*11*
88:*2* 91:*19* 92:*5*
185:*14, 15* 197:*8*
210:*19* 212:*15, 18*
213:*10* 214:*8, 13, 19*
215:*1* 217:*8* 220:*11*
Apple 11:*4*
Applebee's 152:*11*
157:*7, 23* 158:*1, 24*
173:*18*
application 252:*25*
253:*3*
applications 255:*14*
apply 199:*21*
appointments 107:*3*
appreciate 98:*7*
109:*8* 256:*2*
approach 130:*16*
approached 82:*19*
appropriate 130:*21,*
*22* 150:*19* 170:*13*
193:*6*
appropriately 129:*22*
approve 75:*23* 76:*11*

approximately 4:*9*
39:*5* 64:*4* 131:*1*
151:*25*
approximates 184:*3*
April 19:*13* 100:*10*
102:*21* 223:*15, 17, 18*
245:*5, 23*
are 4:*6* 5:*20* 6:*9, 18*
7:*4, 13* 8:*10* 9:*6*
10:*10, 10, 15* 14:*3*
25:*2, 14, 14* 37:*20*
38:*8* 42:*8* 43:*6* 53:*7*
55:*25* 57:*15, 16, 21*
65:*16, 20* 66:*12, 16*
67:*5, 6, 19* 68:*12*
70:*10* 71:*16, 18* 72:*3*
81:*11* 84:*4, 5* 85:*8,*
*22* 86:*1* 89:*17* 92:*23*
93:*9, 18* 96:*7, 8, 8, 17*
97:*2, 13* 99:*17* 100:*1,*
*7* 102:*14* 105:*22, 25*
106:*25* 115:*20, 20*
118:*7* 120:*2* 131:*7, 8,*
*19* 132:*22* 135:*23*
136:*5* 138:*7, 16, 18,*
*24* 141:*12* 142:*13, 17*
144:*17* 146:*7* 149:*19*
158:*21* 160:*12*
164:*19* 166:*25* 168:*7*
170:*22* 177:*20, 21*
183:*7, 23* 184:*6*
185:*1, 12, 14* 186:*3*
189:*19, 20* 190:*7, 11,*
*15* 191:*1, 5, 9, 10, 14,*
*16* 192:*10, 12, 17, 18*
193:*13, 17, 21* 194:*9*
196:*21, 25* 197:*3*
198:*15* 202:*17*
207:*24* 209:*2, 22*
211:*18* 212:*9* 218:*10,*
*16* 220:*6, 23* 229:*6,*
*10, 19, 19* 238:*1, 7*
239:*18* 242:*6* 245:*9*
248:*17* 251:*12*
252:*10, 13, 18* 254:*4,*
*6, 7* 255:*2, 11, 13, 14*
258:*20, 22, 24* 264:*9*
265:*4*
area 10:*4, 4* 148:*13*

252:*14*
areas 21:*4*
aren't 8:*23* 131:*24*
195:*14*
ARIZONA 1:*1, 1, 1*
3:*4, 6, 14, 22* 4:*1, 9,*
*15* 8:*8* 10:*2, 3, 6*
39:*2* 48:*14* 74:*11*
87:*25* 95:*3, 19*
106:*15, 20* 150:*24*
153:*4, 22* 211:*7*
236:*9* 251:*15* 265:*1,*
*14, 17*
arm 143:*22*
arms 136:*14, 15, 18*
143:*12, 13, 19* 144:*1,*
*2, 20* 145:*19* 176:*9*
around 15:*2* 16:*13*
19:*7, 8, 9, 10* 27:*21*
42:*3, 11* 48:*11* 50:*22,*
*23* 60:*11* 79:*5, 11, 13*
86:*17* 88:*8* 89:*7*
90:*14* 104:*1, 19*
111:*1, 8, 22, 25* 118:*8*
123:*11* 127:*16* 130:*8,*
*8* 143:*21* 146:*7, 7, 8,*
*23, 25* 147:*2, 15*
148:*11* 152:*5* 154:*13,*
*15, 22* 157:*9, 12*
158:*1, 3, 18* 160:*13*
163:*21, 22* 173:*6*
178:*6* 180:*25* 188:*18*
195:*22* 222:*23*
224:*15* 240:*25*
243:*23* 252:*9* 253:*19*
254:*8* 261:*9, 14, 18*
arrangement 147:*8, 8*
167:*9, 11* 170:*24*
arrangements 19:*23*
20:*3* 119:*4*
arrest 30:*20* 32:*9, 11,*
*14* 34:*7* 35:*4* 36:*5,*
*15* 38:*15, 23* 39:*1, 9*
40:*1, 24* 41:*1, 14*
42:*10, 13* 44:*16, 21*
47:*12* 53:*9* 64:*10, 12,*
*14* 69:*18, 24* 71:*6*
74:*10, 16, 19* 75:*7*
76:*6* 80:*22* 82:*1*
83:*14* 85:*13, 15* 86:*6,*

9, 9, 12, 14, 15, 16, 18
87:*19* 88:*3, 11* 92:*12,*
*14* 93:*10, 21* 94:*19*
95:*1* 96:*14* 97:*20*
98:*9* 121:*20, 21, 22,*
*23, 24* 122:*11, 23*
134:*1*
arrested 30:*17* 31:*5*
36:*17, 22* 43:*14*
72:*20* 74:*12* 75:*1*
90:*23* 94:*2, 8, 14, 22*
95:*12* 98:*9* 103:*19*
120:*22* 122:*5*
arresting 39:*13*
arrests 34:*15* 38:*21*
40:*23* 43:*7, 17* 64:*9*
70:*21* 92:*23* 93:*1, 2,*
*3, 25* 103:*10, 22*
arrive 178:*24* 179:*1*
arrived 18:*10* 154:*14,*
*21* 156:*4* 177:*7*
178:*3, 4, 5* 179:*16*
as 5:*6, 7* 7:*17, 17, 17*
11:*5* 14:*24* 15:*9*
27:*25* 37:*23, 24*
40:*21, 25* 43:*20*
45:*22* 50:*20* 53:*12*
54:*12, 24* 59:*24* 61:*2*
62:*15, 24* 63:*3, 8*
67:*4, 16* 70:*14* 82:*19,*
*20* 83:*15* 84:*6, 6, 21*
85:*10* 90:*17* 93:*5, 15*
98:*13, 16* 103:*10, 21*
104:*2, 5* 106:*6*
109:*13* 111:*15, 25*
112:*7* 114:*21, 22*
117:*19, 20, 20* 118:*7*
119:*14* 124:*10*
128:*10* 131:*12*
136:*10* 140:*1, 1, 3, 3*
155:*9* 159:*22* 160:*3*
164:*24, 24* 165:*7, 7*
166:*17, 17* 167:*9, 19,*
*20* 177:*25* 180:*16, 22*
182:*1* 183:*2, 10*
184:*8* 186:*4, 4* 190:*3,*
*3, 22* 193:*3, 4* 195:*7,*
*25, 25* 196:*1* 200:*13*
204:*1* 206:*20* 212:*19,*
*19* 215:*25, 25, 25*

216:*13*  219:*5*  225:*23*
228:*4*  230:*15*  231:2
238:*7*  239:*20*  241:*10,
11, 13*  243:*10, 18*
250:*20*  253:*16*
258:*17*  261:*21*
**ashes**  216:*20*
**ashtray**  212:*18, 21*
215:*11, 21, 22*  216:*11,
22*
**aside**  248:*17*  259:*7*
**ask**  8:*4, 19*  9:*13*
25:*1, 2, 16*  41:*9*  59:*1,
14*  66:*19*  84:*18*
101:*20*  130:*8*  148:*21*
156:*25*  157:2  160:*20*
173:*23*  174:*14*
201:*23*  206:*5, 8*
213:*25*  215:*9, 14*
235:*8*  244:*1*
**asked**  20:*13*  23:*1*
27:*11*  67:*22*  96:*10*
156:*17*  162:*5*  181:*20*
183:2  185:*4*  199:*10*
215:*11*  229:*16*  257:*7*
259:*8*  260:*8*  261:*7*
**asking**  56:*1*  75:*1*
78:*13*  92:*23, 25*  93:*3*
127:*4*  141:2  151:*4*
161:*3, 7*  175:*9*  202:*8*
229:*20*  245:*9*  247:*24,
25*  248:*10*
**asks**  93:*17*  140:*1*
**asleep**  157:*19, 19*
159:*20*  171:*4*  172:*8,
11*  173:*8*  174:*17, 18*
197:*9*
**aspect**  261:*21*  262:*6,
7*
**Aspen**  39:*7*
**asphyxia**  257:*17, 25*
**asphyxiation**  260:*12*
**aspirations**  15:*16*
**assigned**  249:*5*
**assist**  137:*6*
**assistance**  145:*1*
201:*1*
**assisted**  139:*20*  201:*3*
**associated**  77:*5*
**assume**  165:*21*

**assuming**  156:2
165:*14, 20*  222:*18*
254:*5*
**assumption**  129:*7*
169:*14*
**astrophysics**  255:*21*
**at**  3:2, 2  4:*18*  13:*10,
15, 19, 23*  14:*5, 16*
15:*9, 23*  16:*13*  17:*12*
19:*24*  20:2, 3, 14, 19,
24*  21:*23*  22:*5*  24:*10*
25:*13, 25*  26:*7, 8, 18*
27:2, 6, 10, 21*  28:*7,
15, 16, 18, 23*  29:*6, 8,
9, 10, 12, 13, 19, 23, 24,
25*  31:*5, 8, 9, 16*
34:*10*  37:*19*  39:*17*
40:*5*  42:*3, 15*  43:*11*
44:*1, 10*  47:*13, 17, 20*
49:*8, 10*  51:*4*  52:*8*
54:*17, 24*  55:*4*  61:*19*
63:*9*  64:*4, 18, 25*
66:*11, 14*  67:*23*
68:*12*  70:*6, 14*  71:*3*
72:*13, 14*  73:*4, 8, 14*
74:*5*  75:*15, 22, 22*
76:*18, 20*  78:*11, 14,
15*  79:*11, 22*  80:*5, 6,
10, 12, 18*  81:*16*
82:*10, 15*  83:2, 6, 23*
84:*13, 14*  86:*21*  87:*5,
16, 19*  88:*21*  90:*7*
91:*6, 9, 17, 18*  92:*6,
16*  95:*21, 22*  96:*20*
99:2, 3, 9, 12, 17*
100:*21, 24*  101:*5*
103:*7, 8, 18, 24, 25*
105:*4, 4, 6, 10, 17*
106:*6, 7, 8, 12*  107:*9,
22, 23*  110:*8, 11, 11*
112:*24*  114:*18*
115:*10, 23*  117:*16*
120:*9, 21*  121:*3, 4, 5,
15*  122:*15*  123:*11, 21*
124:*16*  125:*10, 10, 14,
14, 24*  126:*4, 8, 14*
127:*6, 14*  129:*8, 17*
130:2, 19, 19*  131:*12,
18, 23*  132:*23, 25*
133:*22, 25*  134:*7*

135:*11, 16*  136:*15, 21*
138:*16*  139:*5, 10, 25*
140:*8, 9, 23*  141:*9, 25*
142:*24*  143:*1*  144:*18*
146:*3, 9*  147:*9, 18*
148:2, 12, 14*  149:*11*
151:*21, 21*  152:*3*
153:*8*  154:*21, 22*
155:*18*  156:*9*  157:*14*
159:*2, 5, 13, 15*
160:*24*  162:*1*  167:*12,
25*  168:*10, 25*  169:*19*
170:*5, 21, 24*  171:2
172:*20*  173:*4*  174:*1,
2, 11, 18, 19, 22*
175:*14*  176:*10, 16*
177:*3, 3, 7*  178:*3, 5,
24*  179:*1, 8*  181:*9, 10,
11, 13, 22, 25*  182:*9,
18*  185:*1, 20*  186:*20*
187:*24*  188:*8*  191:*15*
192:*9, 17*  194:*7*
195:*6, 7*  197:*2, 4, 20,
20*  198:*24*  201:*25*
202:*22, 23*  203:*25*
206:*19, 21, 25*  207:*7*
209:*3, 7*  210:*22*
211:*3*  212:*25*  214:*24*
215:*7*  216:*7*  217:*10*
218:*10*  219:*8, 20, 25*
220:*5, 13, 15, 23*
221:*6, 14*  224:*21*
225:*22*  226:*3, 6, 17*
228:*3*  230:*8*  236:*8*
237:*19, 21*  239:*4, 5*
241:*3*  242:*1*  243:*18*
244:*10, 19*  245:*5, 9,
20*  246:*18, 19*  247:*23*
248:*14*  249:*8, 12*
251:*14*  252:*9*  254:*16,
19*  255:*20*  256:*8*
259:*22*  261:*24, 25*
263:*3, 9*  264:*13*
265:*14*
**athlete**  254:*23*
**at-home**  24:*17*
**attend**  12:*21*  46:*11*
55:*4, 5*
**attending**  53:*17*
**attention**  227:*16*

**attorney**  72:*15, 16*
73:*1*  187:*23*  244:*23*
245:*11*  247:*8*
**attorneys**  4:*18*
187:*19, 19*  188:*1*
247:*12, 14*  249:*17, 25*
250:*5, 10*
**audio**  138:*6, 15*
139:*5*  141:*24, 25*
209:*9*  230:2  243:*20*
**August**  243:*4, 13*
**Ave**  1:*1*
**average**  173:*24*  174:*3*
**avoid**  109:*7*  231:*15,
22*  242:*5*
**awaiting**  91:*5, 12*
106:*9*
**awake**  158:*14, 16*
**aware**  49:*24*  51:*5*
60:*8*  122:*11, 21*
191:*23*  192:*20*
**away**  10:*18, 21*  21:*17,
18*  22:*9, 15*  27:*12, 14*
38:*16*  83:*10*  89:*23,
24*  91:*6, 9*  124:*22*
126:*23*  147:*12*  160:*5*
161:*25*  168:*16*
175:*25*  179:*19*
181:*14*  186:*18*
190:*17*  214:*5*  226:*10*
244:*4*
**awkward**  257:*13*

**< B >**
**B**  2:*8*  68:*21*
**babbling**  135:*20*
136:*9*
**Babies**  115:*19, 19*
143:*10*  146:*9*  168:*9*
169:*22*  177:*21*  188:*8*
193:*6*
**baby**  20:*5*  107:*21, 25*
108:*9*  110:*22*  111:*7,
8, 9, 9, 22, 25*  112:*1*
113:*6, 9*  115:*17*
125:*20*  144:*11*
167:*25*  170:*12, 17, 21,
21*  180:*20*  184:*3*
193:*6*  204:*2*  257:*24*

Case 2:19-cv-02689-GMS     Document 196-31     Filed 11/19/21     Page 76 of 132

Deposition of Andrew Olson
10/22/2020

Page: 7
Courkamp, Kathleen vs. Fisher-Price, Inc.

260:*13*   261:*4, 12, 14*
**baby's**   195:*22*
**bachelor's**   251:*13*
**back**   18:*2, 25*   19:*9,*
*10, 11, 11, 18, 22, 24*
20:*11*   21:*16, 21, 22*
28:*4*   38:*8*   46:*13, 16*
48:*9, 13*   50:*9*   51:*5,*
*22*   65:*20*   70:*12*   71:*3*
73:*25*   74:*5*   79:*25*
80:*1, 12*   82:*24*   86:*1,*
*7*   89:*9*   91:*17*   95:*10*
98:*17, 21*   102:*19*
103:*3*   104:*16*   105:*25*
106:*3, 20*   108:*7*
109:*22, 24*   110:*6, 8*
119:*12*   123:*18*
124:*14*   128:*19*
135:*21*   136:*10*
141:*16, 16*   142:*17*
144:*24, 24*   147:*6*
151:*20, 22, 25*   152:*6,*
*7, 8, 13*   157:*11, 20*
158:*12*   160:*5*   163:*12*
166:*5*   171:*3*   173:*1*
178:*7, 16, 20, 20*
179:*10*   190:*11, 16*
191:*5*   192:*8*   193:*17*
197:*1, 20*   215:*22*
219:*20*   222:*3*   223:*12,*
*22*   225:*19*   229:*10*
233:*19*   237:*18*
239:*10, 22*   262:*20*
**background**   9:*13*
28:*5*   70:*16*   253:*12*
254:*6*
**backyard**   179:*20*
180:*1*
**bad**   98:*19*   164:*2*
**bag**   173:*2*   220:*2*
221:*15*
**bagel**   8:*15*   114:*5*
**Bagels**   13:*13*   105:*5, 6*
**bags**   113:*9, 10*
**bail**   90:*25*   91:*3, 3*
**balance**   143:*4, 7*
144:*11*
**band**   11:*19, 24*
233:*16*

**bank**   184:*23*
**bankruptcy**   9:*17*
**bar**   117:*22*
**bars**   118:*4*   170:*19, 24*
**BARTELT**   1:*1, 1*
*3:5*   6:*17*   265:*16, 17,*
*21*
**based**   19:*7*   86:*5*
89:*12*   167:*15*   182:*25*
211:*18*   262:*17*
**basic**   9:*12*   15:*14*
28:*5, 12*
**basically**   16:*20, 22*
24:*17*   25:*3*   40:*6*
104:*24*   111:*10*   119:*8*
159:*18*   224:*5*
**basis**   9:*7*   199:*3, 10,*
*11*   226:*25*
**bassinet**   110:*18, 19,*
*25*   111:*11, 11*   113:*19,*
*21, 23*   116:*5, 18*
126:*22*   134:*15, 20, 21*
163:*7, 13*   170:*25*
186:*6*   259:*23*
**Bates**   131:*25*   193:*21*
239:*5*   258:*6*
**bathroom**   111:*14*
**be**   5:*22*   6:*1, 7, 7, 10,*
*20*   7:*2, 3, 14, 21*   8:*20,*
*23*   18:*17*   21:*3*   25:*12*
40:*6*   41:*7*   44:*4*   50:*2*
52:*6*   54:*8*   63:*14*
66:*13, 18, 24, 25*
69:*21*   70:*9, 25*   71:*10*
74:*15*   75:*19*   78:*2*
82:*18*   84:*10*   88:*2, 9,*
*19*   92:*5*   93:*9*   98:*2, 5*
101:*22*   107:*17*   109:*4,*
*12*   110:*25*   112:*8, 13,*
*19*   113:*2*   114:*5, 14*
115:*1, 8*   124:*24*
125:*1, 4, 16*   129:*22*
132:*14, 18*   137:*15*
138:*10, 15, 22*   139:*19*
141:*8*   143:*11*   144:*12,*
*17*   145:*17*   146:*24*
148:*14*   150:*19*   152:*8,*
*19, 20*   156:*25*   160:*12*
162:*24*   163:*1, 8*
166:*2, 18*   167:*4*

173:*14*   174:*19*
180:*22*   181:*21*
185:*15*   187:*15*   190:*2*
194:*23*   195:*21*   196:*2,*
*20*   197:*8, 14*   202:*12*
204:*15*   210:*1, 19*
212:*6, 18, 24*   213:*10,*
*24*   214:*9, 9, 13, 14, 19*
215:*1*   216:*25*   217:*8,*
*11, 17, 18*   219:*2*
222:*20*   229:*19*
231:*19*   234:*20*
239:*11, 12*   243:*6*
244:*2*   245:*15*   252:*7*
253:*8*   255:*9*   256:*16*
257:*13*   259:*22*
260:*24*   261:*25*
262:*18*   264:*5, 5*
265:*3*
**bear**   214:*24*
**beat**   173:*13*
**Beaver**   39:*7*
**became**   260:*18*
**because**   7:*9*   12:*6*
18:*15*   19:*2*   20:*9*
27:*3*   39:*15*   52:*6*
54:*7*   67:*15, 19*   70:*7,*
*10*   76:*10*   89:*9, 11*
90:*3*   93:*8*   97:*24*
99:*11*   102:*13*   108:*17*
109:*1*   114:*5*   117:*18*
122:*15*   123:*1*   127:*4*
130:*2, 10, 19*   131:*23,*
*24*   139:*7*   140:*15*
141:*4, 9*   144:*17*
146:*22*   147:*9*   150:*8*
155:*9*   156:*4*   158:*7*
159:*22*   161:*5, 24*
162:*25*   163:*4, 19, 25*
168:*23*   170:*11*
171:*14*   177:*21*
180:*19*   181:*19*
183:*13, 19*   188:*19*
193:*6*   194:*22*   204:*6*
205:*9*   206:*11*   220:*15*
223:*13*   231:*20*   242:*5*
244:*1*   253:*24*
**bed**   110:*14, 16*
112:*24*   113:*3*   116:*19*
126:*18, 21, 22, 23*

157:*16*   162:*23, 25*
171:*5, 6, 9*   173:*7, 21*
176:*23*   186:*13, 15*
**bedroom**   112:*17*
126:*21*   127:*24, 25*
211:*1*   217:*21, 24*
218:*24*   219:*23*
220:*10*   221:*3, 21*
**bedtime**   115:*5*   146:*24*
**been**   5:*6*   9:*6, 15*
10:*6, 12*   12:*25*   24:*9*
30:*11, 17*   34:*2, 4*
36:*9, 12, 20*   50:*13, 14,*
*17*   51:*16*   53:*14*   56:*7*
61:*14*   62:*23*   64:*17*
65:*3*   68:*18*   71:*7, 8*
73:*9*   74:*10*   79:*16*
80:*7, 8, 25*   81:*15*
91:*20*   93:*23*   96:*22*
98:*11*   99:*10, 15, 24*
101:*12*   103:*20, 24*
120:*10, 20*   123:*5*
126:*7*   127:*1*   128:*3*
134:*14*   135:*6, 11, 14*
147:*14*   150:*24*
151:*14*   152:*5, 24*
154:*1*   159:*5*   160:*9*
186:*15*   187:*15, 16*
188:*3*   191:*12*   211:*12*
212:*9, 10*   218:*25*
226:*15, 19*   227:*18*
228:*7, 12, 23*   229:*23*
230:*1, 4, 11, 14, 17*
231:*1, 5*   233:*20, 24*
236:*13*   243:*16*
244:*19*   246:*15*
249:*12, 18*   250:*20*
256:*3, 10, 11*   258:*10*
260:*19*   263:*18*
**Beer**   64:*2, 3, 10, 15,*
*17*   224:*2*
**before**   3:*5*   6:*3*   7:*18*
8:*9, 18*   9:*14*   16:*11*
19:*13*   21:*24*   29:*5*
36:*17, 19*   38:*16*
41:*13*   50:*15*   62:*23*
67:*7*   74:*9*   78:*24*
82:*9*   87:*15*   88:*9*
97:*9*   105:*15*   106:*4*
112:*14*   118:*17*   122:*3*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 77 of 132    Page: 8
Courkamp, Kathleen vs. Fisher-Price, Inc.

123:*11*  128:*12, 13, 18*
141:*12*  147:*11*
149:*17*  153:*12*  158:*4*
161:*9, 14*  162:*10*
168:*23*  174:*23*
177:*11*  182:*18*  183:*3*
187:*25*  192:*25*  195:*5*
211:*23*  214:*5*  216:*8*
217:*14*  218:*20*
221:*10*  222:*24*  225:*6,
8, 10*  226:*9*  228:*13*
239:*24*  240:*2, 6*
245:*10*  265:*3, 3*

**beforehand** 141:*9*
**began** 38:*10*  47:*1*
102:*16*
**beginning** 16:*23*
112:*24*  132:*24*
135:*21*  136:*9*
**begins** 198:*25*  200:*4*
201:*12*
**behalf** 1:*1*  4:*22*
249:*19*
**behind** 19:*15*  32:*25*
144:*3*  214:*18*
**being** 4:*10, 11*  9:*3*
37:*23*  51:*10*  57:*12*
62:*18*  74:*12*  75:*1*
83:*24*  96:*23*  99:*1*
104:*10*  132:*7*  137:*10,
17*  148:*10*  156:*11*
158:*7*  159:*13*  163:*21*
191:*23*  192:*11*
203:*13*  216:*11*
254:*22*  257:*14*  262:*7*
**believe** 22:*7*  30:*25*
32:*20*  33:*15*  34:*1, 8,
19*  36:*15*  38:*24*
39:*13*  40:*15*  43:*22*
44:*3, 9*  49:*8, 10*
51:*10*  57:*5*  59:*4*
61:*1*  73:*1*  78:*18*
82:*15, 25*  83:*20*  86:*4*
89:*8*  93:*4*  95:*6, 25*
98:*2, 17*  102:*13*
110:*1*  121:*13*  126:*6,
7*  128:*14*  134:*11*
141:*6*  147:*14*  175:*2*
179:*21*  181:*11*  202:*4*

211:*23*  254:*3*  264:*3*
**bell** 158:*10*
**belt** 28:*16*  257:*8*
**beneficiaries** 1:*1*
**beneficiary** 4:*23*
**berry** 172:*1*
**besides** 182:*15*
187:*18*
**best** 8:*22*  9:*4*  170:*15*
239:*9*  256:*5*  265:*5*
**better** 40:*20*  257:*1*
**between** 8:*5*  17:*3*
32:*18, 20*  38:*3*  42:*24*
44:*5*  47:*14, 15*  56:*15,
17, 18*  69:*24*  96:*1*
101:*5, 5*  113:*23*
114:*16*  117:*8*  119:*9*
123:*4, 13*  124:*1, 21*
134:*17, 21*  154:*20*
158:*23*  169:*13, 14*
175:*5*  177:*25*  186:*9*
187:*22*  188:*8*  200:*14,
23*  202:*16*  203:*5*
220:*6*  252:*21*
**big** 110:*25*  125:*20*
127:*5*  148:*23*  194:*12*
198:*24*  261:*21*
**bigger** 112:*1*  116:*21*
194:*12*
**bike** 50:*19*
**bikes** 50:*14*
**biking** 49:*14*  50:*15,
17, 20*  79:*14, 17, 18,
25*  80:*5, 11*  106:*14*
254:*13*
**binder** 66:*17*  137:*5*
**binders** 66:*15*
**binkie** 160:*4, 7*
**binkies** 160:*14*
**bio** 65:*4*
**birth** 27:*4*  106:*6, 9*
107:*1, 23*  133:*12, 23*
**birthday** 26:*19, 25*
83:*10*
**bit** 21:*24*  38:*8*  39:*16*
44:*20*  54:*13*  69:*24*
99:*6*  108:*1*  114:*2, 12*
130:*25*  140:*2*  146:*15*
147:*17*  150:*23*
157:*13*  158:*22*

161:*25*  173:*16, 20*
189:*21*  190:*17*  225:*1*
229:*3*  237:*12*  256:*21*
**bite** 7:*24*  173:*10, 17*
190:*14*
**black** 194:*12*  209:*8,
15*
**blame** 244:*19, 19*
**blanket** 197:*16, 17*
198:*5*
**blessed** 160:*9*
**blood** 43:*17*
**blowup** 193:*22*
**blue** 218:*19*  220:*6*
**blur** 186:*24*
**BOARDROOM** 3:*4*
**boat** 40:*6*
**body** 119:*19, 22*
120:*1, 2, 8*  124:*11*
149:*18*
**bold** 194:*12*  198:*1*
**bolded** 194:*16*
**bonding** 24:*24*
**bone** 227:*25*
**bong** 210:*13, 14*
220:*14, 15, 17, 20, 22,
24*
**bongs** 78:*25*
**book** 264:*1*
**born** 9:*22*  18:*1*  20:*4,
9*  26:*5*  29:*6, 24*  31:*6*
87:*9, 12*  105:*1, 4*
107:*9, 17, 21, 24*
128:*12, 13*  223:*19*
224:*18*
**both** 13:*20*  15:*13*
17:*4, 10*  19:*2*  20:*15*
21:*11*  27:*7*  51:*21*
60:*5*  88:*20*  89:*25*
91:*19*  95:*5*  107:*12*
108:*13*  114:*20, 23*
127:*25*  169:*19*  175:*8*
210:*15*  212:*9*  222:*6*
225:*10, 11, 14*  253:*14*
**bottle** 220:*2*
**bottles** 113:*8*  240:*16*
**bottom** 68:*12*  92:*6*
117:*21*  118:*2, 3*
131:*18, 23*  132:*25*

181:*13*  191:*15*  197:*2*
213:*9*  214:*24*
**bought** 112:*25*
128:*10, 13*  168:*23*
222:*11, 12, 15*  223:*8*
225:*15*
**boughten** 222:*19*
**bouncer** 117:*1*
**bowel** 230:*14*
**bowl** 218:*18, 21*
219:*21*  220:*6*  254:*16*
**box** 153:*23*  209:*8*
248:*18*
**boxes** 136:*5*  153:*14*
**Boy** 177:*12*
**boyfriend** 104:*10*
**bracket** 46:*21*
**brain** 244:*7*
**brand** 130:*12*
**break** 7:*23*  8:*3, 13*
65:*4, 7, 18*  79:*8*  84:*6,
10*  85:*25*  90:*11*
100:*9*  105:*24*  114:*15*
123:*23*  142:*1, 4, 5, 8,
8, 11, 15*  177:*8*  179:*3*
189:*21*  190:*9, 14*
191:*3*  193:*16*  227:*4*
229:*8*
**breakfast** 16:*25*
**breaks** 8:*4*
**breakup** 22:*15*  26:*12*
119:*16*
**breast** 114:*21*
**breathing** 108:*2, 4*
174:*25*  175:*11, 17, 23*
**breaths** 177:*25*
178:*12, 13*
**Brief** 85:*25*  105:*24*
193:*7, 16*  262:*16*
**bring** 79:*14*  206:*9*
207:*7*  244:*3*
**brings** 5:*19*  252:*23*
**broad** 229:*17*
**broke** 26:*1*  102:*21*
227:*2*
**broken** 82:*1, 4*
220:*15, 20*  227:*21*
**brother** 20:*13, 17*
21:*11*  24:*2*  51:*1*
59:*22*  60:*2, 5*  108:*14*

137:9  156:17  159:3
180:11  222:19, 21
253:10  264:3
**Brothers**  16:4  28:8
106:7
**brought**  112:14
178:16  216:16
245:24
**browsing**  15:2
**buckle**  160:22, 25
162:8, 24  163:1, 4
164:21  166:3  195:21
**buckled**  162:2, 3
163:13  164:8, 9, 11,
14, 17, 24  165:7, 16,
23, 25  166:6, 17
195:21, 25  196:8, 12
197:9, 15  198:12
205:16, 22
**buckles**  162:21
164:19  165:14, 15, 18,
20
**buckling**  161:8, 12
162:16, 21  163:25
166:10  205:13  259:9,
10, 18, 20
**build**  140:22  167:24
**bumped**  228:20
**bumpers**  117:24
**bunch**  108:5
**burnt**  216:3
**business**  253:17
**busted**  81:18
**but**  5:25  6:11, 16
7:4, 10, 21  8:5, 15
18:2, 15  21:3, 5, 12
23:3  25:2, 11, 17
26:10  27:11  30:2
33:24  35:23, 24
36:20  38:8, 15  41:18
42:5, 13, 18  43:22
44:11, 21  46:7, 14, 21
49:10, 15  58:20, 22
61:6  62:3  64:9
66:14, 17  71:25  77:8
79:11  80:8  81:10, 22
83:8  85:13  91:5, 24
92:11  93:3  96:21, 24
98:18  99:2  103:12,
15  105:4, 19  108:4,

22  109:4  110:18
115:9  117:3, 19
119:14  121:7  122:9
123:19  124:21, 25
125:14  126:25  127:8
129:8  130:1  132:12,
17  135:10  138:5
139:8  141:9  143:6,
10  144:16, 17  145:18,
25  146:23  148:1, 11
149:3, 18  150:5
151:8  152:23  153:21
154:6  155:1, 15, 21
156:15, 16  157:14
158:3  159:2  160:2, 3,
8  161:25  162:6, 9, 11,
15  169:14  171:16
172:13, 25  173:18, 19
175:14  176:18
177:12, 15, 15  179:23
181:7, 9, 20  182:1
184:21  186:24  187:8
190:16  197:2  201:21
202:1, 18, 24  209:5,
19  212:10, 25  213:8,
25  225:13  227:3
229:17  231:24
235:24  238:2  240:18
241:6, 25  249:4
252:7  253:18  254:21
256:21  263:16, 19
264:5
**butt**  139:24
**button**  138:23
**butts**  215:21
**buy**  41:16, 17, 19
60:16  76:21  77:7
111:15  168:13, 16
**buying**  77:10  78:6
111:11  130:13
167:25  223:24
**by**  1:1  2:3, 3  3:13,
17, 21  4:11  5:12
8:20  23:1  25:10, 22
39:10  41:6  43:2
45:4  48:1  52:16, 17
54:16  56:8, 14  59:1
61:24  63:3, 20  67:3
71:13  72:9  74:23
75:5  80:14, 18  81:18,

25  86:3  87:10, 24
89:10  90:2  92:2
93:22  96:11, 12  98:7
101:4, 19  104:8
105:6  106:2  110:4
112:24  116:19  121:1,
19  126:17, 20  127:3,
14  131:11, 16  132:20
134:3, 9, 15  136:17,
21  137:2, 8, 10, 15, 17
139:6, 15  140:21
141:19, 19  142:1, 19
143:17, 18  144:6, 7,
23  145:15, 18  149:15
150:15  154:3, 9, 20
155:8, 16  159:3
161:22  162:18
163:10  164:6  165:4,
12  166:22  167:2
171:2  183:12  184:11,
17, 25  185:11  188:16
189:3, 7  190:13
191:7  193:19  196:6,
20, 24  199:13  201:23
202:8  203:11  204:6,
20  205:20  206:18
208:23  215:11  216:7
218:13  219:8, 19
223:17  224:9  225:19
227:11  229:12
230:18  232:2  234:20
238:11  239:21  241:2,
20  242:11, 19  243:6,
13, 18  247:17, 24
248:6, 11  250:19
251:3  257:5, 22
259:16  260:8, 16, 23
261:3, 22  262:15, 24
265:4, 6

**< C >**
**C**  3:10  68:22  141:24
230:24
**cable**  22:21
**cachexia**  231:2
**cage**  117:20  125:20
**call**  5:16  21:7, 9
77:16  93:7  139:21
172:16  176:17
210:12

**called**  5:6  67:5
108:3  110:17  131:25
142:23  153:18
171:17  175:25
183:16  230:12  231:2
246:14  254:20
**calling**  116:4, 18
164:19  176:10, 11
181:17  187:5
**came**  21:16  33:14
42:6  51:2, 5  53:4
74:5  83:5  89:9
102:10  104:2  108:7
109:22, 24  110:5
114:4  115:6  128:23
134:12  135:7, 7
142:22  150:2  169:15
178:15  180:22  216:8
222:12  223:3, 4, 4, 5,
22  225:14
**Camelback**  3:22
**camera**  85:20  105:19
**Cameron**  138:21
161:19
**cams**  149:18
**can**  7:9, 17, 18  8:2, 9
9:3  21:5, 11, 12
22:22, 24  30:19
32:22  39:21  52:4
58:15  61:6  65:23, 24
66:11, 15  70:17, 22
71:1, 25  72:10  74:18,
24  79:8  85:20  87:7,
25  90:24  92:1, 12
93:7  96:24  102:6, 10
110:20, 25  111:15
112:14  113:13
114:14  115:4, 7
117:18  118:9  130:25
132:1  138:11, 11, 24
139:4  140:2  142:5,
10, 24  143:13  144:11
149:6  177:9  179:3
183:12, 20  186:5
190:3, 22  191:17
193:12, 25, 25  194:16
197:1  200:25  201:18
202:2  203:18  209:2
210:21  211:13, 17, 18
213:20  216:11  219:4

220:5  225:23  227:24
228:10  229:1  246:23
248:3  252:3, 18, 24
253:5  254:5, 7
256:17, 25  258:4, 18
259:7  263:4
**cancer**  230:20
**Cannabis**  211:7
**cannot**  81:21
**can't**  6:17  9:5  24:10
83:7  89:4, 6  110:17
114:1  126:23  128:17,
20  132:9  152:14, 14,
21  158:16  167:6
191:20  197:16
212:25  217:6, 11
223:2  243:21  247:9,
11  256:18
**capable**  44:1, 10
118:8
**caps**  195:9, 12
**caption**  4:12
**car**  75:10, 13, 21
76:4, 6, 8, 13  79:7, 9
80:1, 14  81:22, 24
82:9, 19, 21, 22  83:18
99:7, 25  159:9, 23, 24,
25  228:23
**card**  48:7, 10, 12, 14,
19, 22  49:13, 16, 18,
25  50:11, 25  51:14
76:21  80:19  106:13,
15, 16, 23  153:14, 24
154:4  207:5  209:23
234:10, 15, 21  236:16
240:10, 12
**cardinal**  61:10
**care**  23:10, 23
110:12  114:13, 16, 17
115:2, 18, 23  137:23
147:10, 19, 24  181:7
**career**  15:17
**careful**  130:18
158:17  195:3
**carefully**  150:7
**cares**  151:10
**caring**  114:9
**carry**  215:21
**carrying**  17:11

**case**  4:12, 14, 15
31:10, 11  32:19
67:10, 19  71:14, 15
72:10  73:11  74:22
84:23  88:22  89:22,
25  94:18  97:11
99:23  101:17  160:8
175:23  247:8  260:19
261:5
**cases**  88:20, 22
**cash**  78:4
**casually**  255:2
**cause**  26:11  186:21
188:4, 7, 12, 15
207:18  241:7, 10
242:22  243:5  244:17
260:20, 20
**caused**  39:13  82:18
188:3  230:18
**caveat**  148:23
**cease**  47:13
**cell**  77:15
**Central**  1:1
**certain**  168:25
207:13  211:19
**certainly**  40:24  120:1,
15  144:10  205:21
**Certificate**  1:1
**Certification**  2:21
**Certified**  3:5  265:16
**CERTIFY**  265:6, 13,
17
**chain**  238:14
**chance**  7:18  97:9
146:11  190:14
263:24
**change**  18:21  113:7
169:22  170:18
**changed**  17:2  55:16
**changing**  170:11
**charge**  30:21, 22, 24
32:6  37:2, 5  73:19,
23  81:15  98:22, 24
154:3
**charged**  31:1  33:18
35:5  36:8, 22  37:22
**charges**  85:8  88:9
**chart**  84:15
**check**  136:5  152:16
175:14  193:4

**checking**  102:12
109:12  194:4  202:10
242:4  262:20
**checklist**  229:20
**checkoffs**  229:15
**checkup**  133:11
**child**  181:14  204:11,
22  206:10
**Childhood**  2:11
**children**  27:18  30:15
160:10  238:25
**chip**  62:4, 6
**choice**  63:24
**choices**  112:10, 12
**choose**  14:24  63:13
199:23  255:18
**chose**  203:16
**Christmas**  120:21
121:3, 6, 7
**chronic**  231:6
**cigarette**  215:20
**cigarettes**  212:19
215:13, 18
**circadian**  174:17
**circle**  190:16
**circumstances**  30:19
32:23  35:3  36:5
37:9  38:25  39:9, 10
44:20, 21  64:8  74:12,
18  75:6  88:11  92:12
107:20  256:14
**civil**  9:18
**claims**  190:18
**Claritin**  8:21
**class**  233:9
**classes**  15:14  17:8
28:20, 21  29:1
**clean**  113:8  148:7
**cleaning**  216:13
**clear**  8:1  65:23  66:1
67:10  70:12  74:15
90:6  93:25  95:11
97:22
**cleared**  148:13
**clearer**  141:23
**clearly**  194:1  220:6,
20
**Cleary**  131:7  133:1
**Cleary's**  133:6

**clients**  5:20
**climbing**  254:14
**clip**  109:6  138:7, 15,
18  141:23, 24  142:24
161:19
**clips**  108:16
**close**  32:25  86:19
91:14  187:5  211:4
**closer**  152:11, 17
190:5  256:21
**closes**  158:1
**closet**  210:25  211:1
220:24  221:2, 3
**closeup**  210:5  211:6
217:14  221:25
237:19
**clothed**  140:16
**clothes**  170:16
**Coconino**  92:4
**cohabitating**  87:20
**cold**  226:24
**Coleman**  3:25  4:7
**collar**  227:25
**colleague**  5:1  66:9
**college**  12:3, 19, 20,
22  14:17  15:10, 10
17:6  28:11, 23, 25
29:2, 3
**color**  212:10  213:8
218:20
**Colorado**  13:4, 5, 6, 8
14:8, 18, 21  15:3, 3,
20  16:9, 23  17:18
18:6, 8, 22  19:4
48:12, 16  49:18  50:1,
8, 14, 15  51:14  73:25
74:5, 5, 9  78:25
105:11  106:20  222:3,
11, 23  223:10, 12
225:7, 8, 11, 13
228:13  235:21  236:4,
5, 10, 19
**colored**  126:11  172:1
**combining**  95:5
**come**  27:20  42:6
83:22  99:11  104:4
119:8  131:24  134:16
138:21  222:22  223:1
233:18  263:25

**comes** 69:4 182:7
201:9 203:22
**comfort** 151:9
**comfortable** 127:12
130:1 138:7 169:3
205:8
**comfortably** 128:22
129:4
**comforter** 198:2
**coming** 92:15 112:7,
22 148:11 157:15
216:12 255:7
**comma** 258:25
**commenced** 3:2
**commonly** 230:12
**commotion** 156:8
**communicate** 124:13
**communications**
246:22
**community** 12:19, 20,
22 14:17 15:10 17:6
28:11, 23, 25 29:2, 3
**company** 168:8
**comparing** 262:21
**complaints** 250:15, 22
251:2, 5
**complete** 46:2 69:21
92:16 99:11
**completely** 135:3
184:21
**complexes** 16:14
**compliance** 46:9
**compliant** 53:23
**complied** 265:13, 19
**compressions** 177:21
178:12
**computer** 84:19
**concern** 187:21
257:10
**concerned** 82:6, 16
122:9 164:1 257:11,
12
**concerns** 188:1 257:9
**concluded** 264:13
**concurrent** 90:1
**condition** 229:15
231:2 233:22
**conditioner** 153:8, 12,
25

**conditions** 226:16
227:19 233:20
263:10
**conference** 191:11
**confident** 141:8, 15
166:8, 23 167:20, 21
168:6, 7, 10
**CONFIDENTIAL**
2:13, 16, 21, 23, 24
131:20
**confirm** 144:18
**confused** 84:2 90:3
97:17 99:22 215:15
248:9
**confusing** 23:3
255:15
**confusion** 70:12
**conjunction** 94:17, 25
**connect** 77:13
**connection** 9:18
14:21, 22, 23 22:15,
18, 20 60:17 68:24
**consciously** 203:1
**consent** 181:21 207:1
**consider** 57:20 188:6
248:2
**considerably** 197:3
**considered** 60:23
61:13
**considering** 18:16
**consists** 254:13
**constantly** 169:23
194:4
**consult** 247:7
**consultants** 250:1, 6,
11
**consume** 222:2
**contact** 124:17
187:20 260:24
**contain** 209:20
210:16 214:21
**contained** 214:9, 14
215:2
**container** 209:4, 5, 11,
18 210:15, 16, 19
213:1, 4, 7, 10 214:20
215:2 238:3
**containers** 209:22
212:24 238:2

**contemporaneously**
55:12
**contendere** 68:17
93:23
**content** 43:18
**context** 138:5
**continue** 15:6 40:17
62:12, 17
**continued** 193:3, 4
204:11, 22 206:6
225:20
**continuing** 28:12
**continuous** 226:25
**continuously** 30:2
107:15
**conversation** 5:17
6:14 7:2 187:16
**conversations** 67:13
187:8 246:17 247:22,
25
**convicted** 96:1
**conviction** 69:11, 25
93:6, 21 94:1
**convictions** 92:24
93:1, 2, 13, 18
**cooing** 135:20 136:9
**cook** 24:9
**cooled** 156:23
**cop** 99:17
**copies** 66:10 72:5, 7,
8
**copy** 66:13 208:16
241:16 242:16
243:24
**core** 144:12
**corner** 179:25
191:16 212:17
**corporation** 1:1, 1
**correct** 22:3 26:23
29:5 37:20 41:14
44:17 57:18, 21
61:11, 15 62:25 68:9
69:12, 15 71:7 77:6,
11 80:20 84:11
85:21 87:20 89:2
90:8 91:7, 10, 22
92:9, 20 94:3, 6, 9, 12,
15, 19, 23 95:3, 13, 15,
19, 23 96:10, 22 98:6,
10 102:1 104:21

106:23 124:8 136:8,
23 143:14 144:20, 24,
25 145:1, 3 165:9
166:19 179:24 181:1
186:17 191:24
192:21, 23 194:22, 24
195:12, 15, 22 196:16
197:9, 18 198:7, 8, 10,
17, 21, 22 199:21
200:1, 2, 6 201:2, 6, 7
203:7, 16 204:3, 5, 16
205:1, 2, 5, 11, 17
206:3, 4, 15, 17, 24
207:2, 3, 5, 6 208:14
212:22 213:4 214:1
218:22 220:7, 8
222:7 225:18, 20, 21
226:2 239:25 240:1,
13, 14, 19, 20 241:14,
17 242:16 243:10
245:18 246:4, 7, 8, 10,
11 263:7, 8
**correcting** 193:13
**correction** 98:8
**correctly** 69:1
129:15 135:22 140:5
**COU** 2:18, 19
**could** 23:16 25:3, 4
28:18, 23 32:13 36:7
53:22 55:5 66:20 79:7
80:7, 8 90:12 101:12
107:4 109:7 111:10,
12 113:7 115:2, 2
116:20 117:2, 2
119:5 129:3, 22
136:22 141:23
142:25 143:1, 3, 6, 18
144:2, 2, 7, 13, 19, 23
145:1, 3, 7, 19 146:1,
17 147:2, 10, 23
150:14 152:6, 20, 24
159:20 162:7, 9
163:4 164:7 166:10,
24 168:24 172:15, 17
176:14, 14 178:19
183:22, 22 184:7
188:17, 18 193:20
194:19 196:18 199:8,
19 200:6, 8, 20 201:1,

3, 5, 14, 19   202:19, 24
203:7, 20   204:24
205:5   206:2, 15
207:21   212:8, 10
218:4, 25, 25   219:12
237:16, 20   239:11, 11
241:25   255:18
257:16, 24   258:17, 17,
18   260:19, 24   262:4
263:15, 15, 17   264:7
**couldn't** 47:24   48:3
135:10   143:7   165:16
203:6   205:10   221:13
259:25   260:5
**counsel** 4:11   52:10
65:8   69:5   71:11
72:21, 22   138:16
263:10
**counseling** 47:5
55:13, 24   56:2, 5, 7
61:15   226:12
**counselors** 63:4
**count** 62:1, 3   74:3
85:10
**counter** 176:25   177:1,
20   179:11, 12
**counts** 74:1   100:11
**county** 92:3, 4   265:2
**couple** 8:12   19:13
44:14   59:19   63:22
88:23   102:22   113:11
152:23   159:11
160:20   173:2   190:16
256:16   262:16
**couples** 171:5
**Courkamp** 1:1   4:13,
23   150:23   151:6
**course** 55:6   142:7
180:24   194:3   226:23
233:11
**courses** 28:13
**COURT** 1:1   4:14
6:9, 12, 16   7:4   40:13
45:14, 18, 20, 22   46:3,
8, 10, 15, 19   47:2, 4, 6
51:23   52:9, 17, 21
53:6, 24   54:14   57:3
61:6   62:22   66:22
68:9   69:17   72:10
84:23   88:21   92:8

99:3   100:22   101:8
219:15, 17
**court-appointed** 72:21
**courteous** 256:11
**cover** 158:8
**covered** 229:4
**covers** 232:15
**COVID** 256:21
**co-worker** 158:7, 9
**CPR** 177:6, 10
**CR** 1:1   3:5   265:17
**crash** 145:7
**crawl** 143:10   200:10
201:15   203:7, 16
206:15
**crawling** 140:8, 16, 23
141:4   142:25   143:8,
18, 20   146:2, 3
200:18, 18, 19, 20
**crib** 112:19   116:12,
14, 18   117:3, 4, 5, 6,
13, 14, 17   118:9, 10,
16, 18   125:20   126:15,
21, 24   127:5, 5, 17, 23
128:4   167:13   170:18,
19, 23
**cribs** 117:19
**crime** 68:19, 21   73:7,
18   85:5
**criminal** 40:19   71:14
72:9   84:23   92:19
**Crohn's** 230:15
**cross** 23:21   34:22
188:5   244:18
**cross-country** 12:1
**crossed** 244:21
**crosswalk** 99:19
**crotch** 166:3   195:21
205:9
**crystal** 66:1
**CSR** 265:16
**CT** 235:15   236:22
**curious** 206:10
**currently** 65:17
69:17   85:23   86:2
105:23   106:1   142:14,
18   190:8, 12   191:2, 6
193:15, 18   229:7, 11
264:10
**cushion** 113:14, 16, 21

**Custodian** 2:24
242:15
**custody** 33:8   39:23
83:2, 15, 19   119:5
238:14
**custom** 216:19
**cutout** 186:7   211:25
**cycling** 71:18

**< D >**
**D** 2:1   68:23   161:19
**dad** 11:1   12:6
108:16   109:10   138:8
139:9   145:5, 12
153:2   172:16   180:16,
22   240:7   253:9
**dad's** 145:9
**daily** 124:17
**damages** 249:6
**dams** 153:22
**dangers** 260:25
**Daniel** 20:17, 23
22:3   23:5   24:5   26:1,
6, 14, 18, 21   27:8, 10
156:25   159:2, 3, 5
180:11, 15, 21, 25
223:23, 23   224:20
**Daniel's** 27:25
**darker** 213:8
**date** 4:8   27:4   57:5
68:21   69:25   70:1
73:7, 18   80:22   85:5
88:5   89:7   92:5
93:10, 21   108:11
124:1, 4   133:11, 23,
24   137:18   141:19
213:21, 22   240:13
243:2   244:14   247:6,
9
**Dated** 265:14
**dates** 93:8, 8, 19, 24
**dating** 13:7, 15, 20
104:18   123:23   255:2
**daughter** 106:9
202:23
**David** 2:13   10:10
**day** 8:17, 22   80:6
81:1, 16   91:20, 23
104:24   105:3   114:17
123:14   137:9   145:10

146:11   147:11, 13
151:22   180:25   181:9
186:23, 24   214:5
223:3   239:24   240:2
251:11   256:3   258:10
263:19   265:14
**daycare** 110:9
**days** 53:19, 19, 21, 23,
25   54:1, 2, 2, 6, 6, 18,
25   55:1, 1, 3, 10, 11,
15   62:1, 3   89:20
90:13, 17, 18   93:20
108:6   110:13   123:17
134:1   151:15   152:23
174:20
**deal** 20:5   55:21
189:4   252:11, 11
261:21
**dealer** 60:17   76:24
77:3, 25   78:7, 13
**dealing** 7:13
**death** 36:17   126:9
136:21   137:10
139:10   146:8, 21
154:15   182:7   188:4,
24, 24   194:20, 24
199:9, 20   226:13
230:2, 5, 8   241:8, 10
242:19, 22   243:5, 7
244:11, 18, 24   245:10,
11   260:20   263:5
**debilitating** 233:22
**deceased** 239:25
**December** 14:19
16:23   18:9   85:5
86:6, 10, 21   88:8
90:15   94:14, 18, 25
95:7, 18   104:23
120:20   122:5   222:23
223:2, 5, 5
**decide** 18:24   165:19
**decided** 14:8   16:14
18:25   20:15, 16   55:2
130:6   205:25   206:13
251:21
**Deciphering** 119:23
**decision** 203:1, 2
205:3   241:4   246:13,
25   248:13

**decorated** 117:*24*
**deep** 120:*13*
**defective** 250:*8*
**Defendants** 1:*1* 2:*11*
 3:*14, 20*
**defender** 73:*3* 85:*3*
 88:*1*
**defense** 4:*12*
**Deficiency** 229:*24*
**deficit** 227:*16*
**definitely** 41:*18*
 166:*10* 212:*16*
 261:*20* 262:*24*
**definition** 58:*1*
**degree** 12:*12* 156:*1*
 251:*14* 252:*4* 255:*25*
**degrees** 154:*15* 155:*4,*
 *18* 251:*22*
**delays** 6:*11*
**delicate** 119:*14*
**delineate** 81:*14*
**departed** 154:*22*
**Department** 2:*21*
 182:*20* 255:*21*
**depended** 174:*10*
**depending** 44:*12*
 48:*4* 93:*20*
**depends** 63:*18*
**depict** 144:*15* 191:*9*
**deploy** 252:*5*
**DEPOSITION** 1:*1*
 3:*1* 4:*10* 5:*22, 24*
 6:*4* 8:*23* 66:*25* 67:*1*
 71:*5* 97:*7* 131:*14*
 137:*13* 149:*1, 4*
 151:*2* 184:*9* 190:*23,*
 *24* 196:*21, 22* 208:*21*
 238:*8* 242:*9* 257:*6*
 258:*3, 9* 263:*20, 25*
 264:*4, 11, 12*
**depositions** 256:*24*
**depression** 226:*19*
**describe** 21:*7* 35:*3*
 112:*14* 115:*4, 7*
 117:*18* 123:*9*
**described** 62:*24* 92:*8*
 106:*6, 13* 109:*13*
 125:*20* 159:*8* 204:*1*
 239:*20*

**describing** 111:*6*
 153:*2* 236:*1*
**DESCRIPTION** 2:*10*
 73:*6* 92:*2*
**desert** 44:*15*
**designed** 62:*22*
 166:*25*
**desk** 217:*21, 24*
 218:*23* 219:*22*
 220:*10* 221:*15, 16, 17,*
 *21*
**Despite** 198:*19* 205:*4*
 206:*2, 14*
**detail** 262:*20*
**detailed** 150:*17*
**details** 81:*13* 131:*7*
 151:*8*
**Detective** 49:*11*
 108:*12, 12* 109:*1*
 137:*8, 18* 139:*8*
 140:*1, 22* 142:*21*
 145:*5* 149:*16* 160:*23*
 161:*24* 179:*23*
 180:*11, 15* 181:*12*
 182:*11* 203:*6* 206:*21*
**detectives** 239:*21*
**detention** 40:*8*
**determination** 63:*13*
**determine** 52:*10*
 115:*24, 24* 218:*9*
 237:*15*
**determined** 54:*7*
 126:*14*
**develop** 13:*18*
**development** 130:*25*
 138:*8* 140:*2* 252:*9*
 262:*21*
**Developmental**
 133:*25* 135:*18* 136:*2*
 194:*5* 204:*1* 258:*12*
**developmentally**
 130:*22* 140:*15* 204:*2*
**diagnosed** 226:*15*
 227:*18* 229:*23* 230:*1,*
 *5, 11, 14, 17* 231:*1, 5,*
 *12* 233:*20, 24* 236:*18*
**diagnosis** 231:*8*
**diagram** 21:*1*
**diaper** 113:*10* 173:*2*

**did** 9:*20, 24* 10:*1, 17,*
 *20* 11:*1, 9, 11, 15, 21*
 12:*3, 7, 20* 13:*3, 6, 15,*
 *16, 17* 14:*18, 20, 24*
 15:*19* 16:*3, 9, 11, 17*
 18:*6, 13, 20, 21, 24*
 19:*3, 19* 20:*3* 21:*15,*
 *20* 23:*8, 15* 24:*15, 20,*
 *22* 25:*17, 17* 26:*3, 11*
 27:*18, 20, 24* 28:*7, 8,*
 *10, 16* 29:*8, 10, 22, 22*
 30:*22* 31:*3, 12, 13, 13,*
 *18, 21, 23* 32:*3* 33:*6,*
 *12* 35:*24* 36:*1* 37:*1*
 38:*2, 21* 39:*17* 40:*21,*
 *21, 25* 41:*6, 8, 9, 16,*
 *16, 18* 42:*2, 23* 44:*3*
 45:*4, 9, 19, 23* 46:*1,*
 *14* 47:*11, 13, 20* 48:*6,*
 *20, 21* 51:*9, 24, 25*
 52:*8, 18* 53:*12* 54:*16,*
 *17, 21* 55:*4, 4* 56:*6,*
 *23, 25* 57:*3, 10* 58:*12*
 59:*14, 15, 16* 60:*4, 8,*
 *10, 16, 17* 61:*17* 62:*1,*
 *15* 64:*15* 67:*19* 69:*1,*
 *21, 23* 72:*16, 19, 20,*
 *21* 76:*3, 3, 12, 20, 21*
 79:*1, 6* 80:*19* 83:*15*
 89:*7* 90:*6, 9, 10*
 98:*15* 100:*9* 103:*4*
 104:*4* 105:*7* 107:*6,*
 *21* 110:*6, 6, 8, 13, 15*
 112:*7, 9, 12, 20* 113:*5*
 114:*9* 115:*9, 24*
 116:*3, 23, 23* 117:*23,*
 *24* 118:*14, 22* 119:*3*
 121:*19* 122:*21, 25*
 123:*12* 124:*1, 4, 12,*
 *13, 13* 125:*10* 126:*1,*
 *17* 127:*20* 128:*1, 2, 4,*
 *18* 129:*8, 11* 133:*5*
 136:*12, 13* 139:*14*
 140:*4, 11, 25* 141:*2*
 145:*8* 146:*11* 148:*22*
 149:*3* 151:*1, 3, 5, 16,*
 *19* 153:*7* 154:*18*
 155:*1* 157:*10, 14*
 158:*23* 159:*14, 19, 20*
 160:*2, 16, 17, 19, 24,*

 *25* 161:*4* 163:*3*
 164:*17, 20* 165:*22, 24*
 166:*2, 5* 167:*8*
 168:*11* 172:*8, 10, 12,*
 *24* 173:*1, 9* 174:*22*
 175:*3, 20* 176:*16, 18,*
 *20* 177:*2* 178:*12, 13,*
 *15, 22, 24* 179:*1, 9*
 181:*7* 184:*14* 186:*20*
 187:*1, 11, 11, 19, 21,*
 *25* 188:*1, 6, 11* 193:*2*
 196:*7, 15* 203:*1*
 206:*5, 8, 9, 22* 207:*7,*
 *10* 212:*11, 18* 215:*5,*
 *6, 9, 16, 17* 217:*21*
 222:*2, 22* 223:*1*
 224:*2, 12, 23* 225:*3, 9*
 226:*3, 6, 12* 227:*4, 8*
 228:*1* 231:*14, 17, 18*
 232:*6* 233:*2, 3, 5, 9,*
 *16* 234:*9, 12, 14, 20,*
 *23, 23* 235:*1* 236:*2, 6,*
 *24* 237:*4, 9, 11* 240:*2*
 241:*7, 13* 243:*25*
 244:*3, 6, 9, 18, 23*
 245:*1, 7, 9, 12* 246:*12,*
 *12* 247:*7* 248:*7, 19*
 249:*20* 250:*12* 251:*4*
 257:*22* 258:*19*
 259:*11, 15* 260:*11, 16,*
 *23* 261:*3, 8, 18*
**didn't** 10:*18* 18:*15*
 28:*20, 25* 38:*1* 52:*15*
 54:*25* 55:*22* 60:*7*
 62:*3* 73:*11* 82:*15*
 99:*11* 100:*24* 101:*4*
 109:*21* 115:*1* 117:*4,*
 *5* 120:*14, 15, 16*
 123:*3* 127:*11* 130:*10*
 139:*11* 156:*15* 158:*9,*
 *20* 160:*1* 164:*2*
 167:*12* 168:*15*
 170:*18* 173:*5* 175:*1,*
 *13, 16, 23* 176:*2*
 179:*22* 188:*5* 215:*14*
 216:*22* 222:*14*
 224:*21* 232:*11*
 237:*13* 239:*14*
 243:*15, 15, 16, 17*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 83 of 132    Page: 14
Courkamp, Kathleen vs. Fisher-Price, Inc.

245:*14*, 15   261:*23*, 24
262:*5*, 6, *24*
**die** 244:*6* 257:*17*, 24
**died** 90:*4* 187:*13*, 14
240:*3* 241:*14*
**difference** 109:*11*
203:*5*
**different** 24:*10* 54:*4*
76:*9* 90:*7* 92:*3*, 4
93:*9* 97:*14*, 18
115:*25* 127:*12* 193:*5*
211:*18* 232:*11* 235:*3*
238:*3* 240:*18* 252:*7*
254:*23*
**differently** 109:*21*
**difficult** 256:*11*
**difficulties** 107:*6*
**difficulty** 81:*12*
89:*11* 103:*9*, 21
**digital** 149:*17*
**diligence** 169:*5*
**dinner** 151:*16*
**directed** 178:*1*
**direction** 265:*6*
**directions** 201:*11*
**directly** 89:*16*, 18, 19
186:*15*
**disagree** 43:*22*
**Discharge** 91:*18*
**discharged** 74:*24*
91:*21*
**discuss** 151:*6* 187:*1*
188:*12*
**discussed** 51:*1* 84:*16*
148:*25* 160:*23*
249:*15* 260:*12*
265:*11*
**discussing** 106:*3*
120:*18* 186:*21*
**discussions** 206:*21*
**disease** 230:*12*, 15, 18
233:*22*
**dismissed** 73:*10* 74:*2*
**disorder** 227:*16*
230:*6*, 9, 15
**disorders** 226:*16*, 16
**disorganized** 96:*23*,
25  97:*24* 98:*1*
**dispatcher** 177:*18*

178:*1*
**dispensary** 240:*11*, 21
**display** 132:*5*, 11, 16
**displayed** 132:*7*
**displaying** 71:*11*
132:*13*
**disposition** 68:*24*
73:*4*, 18 85:*4* 88:*2*
91:*13*
**dispute** 145:*9*
**distanced** 256:*24*
**distinction** 202:*15*
**distress** 162:*13*
**DISTRICT** 1:*1*, 1
4:*14*, 15
**disturb** 172:*17*
**divide** 114:*9*
**divided** 21:*4*
**dividing** 115:*14*
**divorce** 10:*17*, 18
**do** 8:*1* 10:*23* 15:*16*
17:*16*, 21 18:*13*, 24
22:*5* 23:*13*, 14, 17
24:*5*, 15, 22 25:*4*, 4
26:*5*, 9 27:*24* 28:*2*,
23 30:*15* 31:*11*
32:*22*, 23 33:*17*, 24
34:*20*, 22 35:*7* 36:*4*,
16, 23 39:*8*, 10, 12
40:*2* 42:*2* 43:*16*, 17,
19, 20, 22 44:*3*, 24
45:*12*, 17 46:*1* 49:*14*
50:*5* 56:*8* 58:*14*
59:*2*, 5, 10, 14, 22
60:*13* 62:*1*, 8 63:*16*,
24 64:*4*, 9, 19 65:*9*, 9
66:*19* 67:*25* 68:*5*
69:*7*, 18 70:*5*, 18, 20
72:*5*, 16, 18, 22 73:*9*,
19, 21 74:*11*, 14 75:*1*,
20 78:*8*, 19, 24 79:*21*
81:*25* 82:*3*, 12, 22
83:*24* 84:*10* 85:*5*, 13
86:*9*, 14 88:*5*, 11
90:*15* 95:*23* 97:*9*
98:*25* 100:*15* 104:*20*
105:*20*, 21 106:*15*
107:*9*, 19 111:*18*
112:*7* 115:*19* 116:*2*,
3 121:*2* 122:*6* 125:*5*

126:*11* 128:*1*, 8
129:*20* 131:*17*, 21, 25
133:*2*, 12, 18, 19
134:*3*, 18 136:*17*, 25
137:*4*, 10, 17 139:*8*
140:*11*, 14 142:*1*
143:*10* 144:*13*
146:*19* 148:*2*, 3
151:*25* 152:*23*, 24
154:*15* 157:*9* 158:*6*
161:*8*, 19 162:*5*, 5, 6
164:*14* 165:*24*
167:*20* 168:*12*, 24
169:*5*, 6, 9 170:*20*
171:*19*, 22 172:*1*, 23
173:*24* 174:*22*
175:*11*, 18 176:*6*
177:*2*, 8, 15, 16 178:*9*,
15, 19, 22 179:*16*
181:*3*, 5, 5, 15, 19, 21,
22 182:*8*, 13, 21
183:*3*, 20 184:*4*
185:*16*, 21, 22, 25
186:*1* 189:*8* 191:*12*
194:*13* 195:*7*, 9
196:*1*, 13 197:*5*, 14,
23 198:*2*, 24 199:*1*, 5,
13, 14, 15 200:*3*, 3
201:*9*, 11 203:*23*
204:*8*, 11, 22 205:*19*,
20 207:*10*, 17 208:*12*,
16 210:*2*, 8, 11 211:*4*,
10 212:*1*, 5, 6 213:*17*,
25 214:*3* 216:*3*, 10,
25 217:*9* 218:*24*
219:*10* 220:*3* 221:*10*
226:*8* 228:*1* 232:*6*
234:*17* 235:*1*, 4
237:*16* 238:*4*, 20
239:*7*, 15 240:*8*
241:*24* 242:*2*, 11, 20,
22 244:*14* 245:*1*, 12
247:*3*, 22 248:*22*, 25
249:*8* 251:*16*, 21, 24
252:*3*, 3, 5, 8, 10, 13
253:*15*, 15, 18, 24
254:*5*, 11, 12, 15
255:*25* 258:*8*, 13, 15,
17 259:*2*, 5, 21 261:*22*

**Doctor** 149:*16*
227:*12* 231:*9*, 14
233:*21* 234:*9*, 13
235:*19*, 20, 21 236:*1*,
14, 17, 19, 20, 24 237:*3*
**doctors** 23:*18* 107:*3*
133:*1* 236:*15*, 21
254:*1*
**doctor's** 134:*4* 189:*9*
229:*14*
**document** 66:*18* 68:*5*
84:*21* 97:*24* 132:*7*
**documented** 183:*24*
**documents** 6:*8* 66:*10*,
12, 15, 17 70:*16*
131:*12* 132:*14* 149:*3*,
22, 24 183:*6* 191:*8*,
15 238:*14*
**does** 11:*2* 16:*5* 24:*5*
43:*1* 74:*15*, 16, 17
82:*4* 153:*20* 184:*11*
197:*14* 198:*5* 242:*23*
253:*25*
**doesn't** 35:*11* 72:*8*
115:*14* 138:*22*
151:*11* 154:*7* 158:*10*
163:*7* 175:*17*, 22
201:*21*
**doing** 12:*8* 13:*5*
23:*23* 24:*7* 25:*19*
34:*23* 51:*9* 100:*22*
109:*7* 141:*2*, 3 148:*4*,
6 162:*10* 172:*15*, 16
177:*23* 218:*13*
231:*19* 255:*10*
**doll** 183:*3*, 8 184:*3*
185:*4*, 15, 21, 24
**doll's** 186:*11*
**done** 6:*3* 28:*22*
55:*25* 56:*5* 62:*19*
67:*12* 72:*25* 83:*8*
140:*14* 150:*17*
152:*16* 232:*10*
256:*16* 260:*9* 265:*5*
**don't** 8:*15*, 16, 20
21:*6* 23:*14*, 20 25:*11*
26:*4* 31:*4* 32:*5*, 21
33:*15* 34:*9*, 24 35:*11*
36:*3* 41:*4*, 7, 11, 18,
24 42:*5*, 6, 12, 17, 20

*43*:9  *44*:9, *11*, *19*
*45*:2, *8  47*:23  *49*:15
*54*:23  55*:2  57*:5
*58*:19, *22  62*:10
*64*:11, *13  66*:3, *12
*67*:11  72*:23, *24
*75*:18  78*:23  80*:6
*82*:9  83*:20  84*:1, *6
*88*:3  91*:23  93*:7
*97*:14  98*:2  105*:3
*108*:2, *21  109*:4, *5, *11
*110*:7, *24  111*:19
*112*:4  118*:15, *21
*122*:9, *19  124*:7
*126*:25  130*:7  131*:3,
*5  132*:5, *11, *12
*136*:20  137*:20  138*:5
*139*:3  141*:6  148*:5, *5,
*20, *23  153*:21  155*:6
*156*:10, *11  157*:13, *25
*158*:25  160*:14
*161*:11  162*:4, *9, *10,
*15, *20, *21  163*:20, *20
*164*:6, *9, *10, *16, *23
*165*:11, *11, *13, *18
*169*:11  170*:16
*171*:15  172*:25
*173*:18  175*:1, *2, *2
*176*:8, *18  179*:2
*181*:6, *24  182*:10, *16,
*23  183*:13  184*:14
*187*:4, *6, *8  188*:10
*189*:7, *10, *10, *25
*190*:1  202*:4  203*:2
*205*:13  207*:9  208*:9
*209*:4, *19  212*:13, *15
*217*:10, *18  224*:4
*226*:11, *23  227*:9
*228*:2  229*:21  231*:10
*232*:18  234*:13
*239*:12, *14  240*:25
*241*:5, *9, *19, *20, *24
*243*:19, *22, *25  246*:21,
*21, *21  247*:11, *21
*253*:18  254*:3  259*:10,
*11, *13
**door**  *155*:25  156*:5
*159*:17  178*:5, *7
**doors**  *155*:22
**double**  *12*:11  40*:5

**down**  *6*:17  70*:22
*74*:25  79*:8  85*:4
*88*:1  90*:11  92*:6
*115*:9, *10  116*:15
*119*:12  123*:18
*131*:18  132*:16, *25
*135*:7, *8, *16  146*:23
*148*:11  152*:15, *19, *21
*159*:20  163*:8  176*:23
*179*:9, *11  185*:5, *25
*191*:15  197*:2  198*:23
*204*:9  214*:23  222*:18
*239*:4  265*:6
**downloaded**  *84*:24, *24
**Dr**  *131*:7  133*:6
*243*:2
**drag**  *144*:3  200*:9, *9
**dragging**  *143*:25
*146*:2
**drank**  *44*:9, *11  61*:22
*222*:10  223*:9, *24
*224*:2, *4, *6, *25  225*:6,
*15, *22
**drawer**  *212*:6, *6, *8, *21
*215*:12  217*:8, *9, *14,
*24  221*:16, *18, *21
*237*:19, *23  240*:16
**drawing**  *109*:5
**drawn**  *88*:22
**dresser**  *212*:9  215*:23
*217*:18
**drink**  *42*:24  45*:3, *12
*57*:18  62*:8, *13  63*:16,
*24  222*:14  224*:3, *12,
*21, *23  225*:3, *9, *20
*226*:3, *6
**drinking**  *34*:2, *7
*36*:10  41*:9  42*:14
*43*:8, *10, *11  44*:13
*45*:9  61*:10  63*:24
*64*:3, *10, *17  100*:24
*101*:5, *6, *10, *12, *14, *23,
*24  102*:4  104*:3, *12
*224*:19
**drinks**  *44*:14
**Drive**  *3*:4  16*:17
*22*:11  44*:6  157*:15
*158*:14
**driven**  *75*:15
**driveways**  *159*:11

**driving**  *33*:20, *21
*39*:6  44*:10  69*:14
*81*:17  84*:17  85*:15
*95*:12  99*:7  122*:25
*123*:4  158*:12  228*:15
**Drop**  *208*:1
**dropped**  *147*:22
**drove**  *44*:15  157*:23
**drug**  *47*:8, *9  53*:7
*54*:14  56*:25  57*:4, *9,
*17, *20, *20  58*:2, *2
*61*:13, *17  64*:16, *24
*66*:2  74*:1, *13  75*:12,
*20  76*:12  77*:3  78*:7,
*13, *20, *21  206*:22, *25
*210*:2  220*:9  238*:16
**drugs**  *57*:10, *16, *16
*59*:22  60*:21, *21, *23
*61*:14  76*:3  78*:4
*98*:23
**drunk**  *43*:22  44*:7, *24
**due**  *74*:3  169*:5
**DUI**  *32*:19, *22  33*:19
*34*:16, *17  35*:5  36*:7,
*8, *18, *23, *24  38*:24
*41*:13  42*:4, *10  53*:13
*69*:17  85*:9, *10, *12, *13
*86*:6  88*:10, *10  89*:13,
*15, *20  90*:18, *19  92*:7,
*14  94*:15, *22  95*:1, *13,
*18, *23  96*:2  98*:8, *10,
*23  99*:4  100*:12, *16
*103*:7  121*:12
**DUIs**  *32*:15, *16
**DUI's**  *90*:8  95*:7
*120*:19  123*:1
**duly**  *5*:6  265*:4
**duplex**  *21*:7, *9, *10
*22*:2  23*:5  223*:23
**Durango**  *37*:12, *15
*38*:3
**during**  *10*:12  27*:21
*28*:5, *5  29*:17  40*:22
*43*:4  56*:21  68*:8
*105*:7  114*:16  124*:5
*158*:14  174*:23
*178*:13  180*:6  188*:1
*193*:7  222*:6  255*:10
**dusty**  *25*:16

**duties**  *104*:14
**DWI**  *42*:4
**dying**  *261*:4

< E >
**E**  *2*:1, *8  3*:10, *10
*40*:5
**each**  *6*:11, *18  21*:5
*47*:20  54*:13  68*:20,
*22  93*:4  123*:2
*151*:14  228*:20  236*:8
**ear**  *232*:15
**earlier**  *41*:1  45*:21
*86*:5  102*:20, *24
*128*:21  186*:5  205*:7
*218*:8  244*:9  257*:6
*258*:3, *9
**early**  *18*:10  162*:18
*171*:25  205*:1
**easier**  *121*:2  152*:20
*163*:22  218*:9  257*:15
**easily**  *146*:18
**East**  *3*:4, *13, *24
**easy**  *104*:2
**eat**  *7*:25  8*:14
*173*:10, *17  189*:22
**Echtal**  *81*:9, *17
**education**  *12*:18  15*:6
*67*:21  251*:12
**EE**  *12*:11
**efficient**  *132*:18
**Eight**  *9*:25  10*:7
*37*:9  38*:2  89*:16
*90*:7  95*:2  170*:1, *1
*174*:5, *5
**eight-and-a-half**
*140*:4, *7  146*:10
**eight-hour**  *146*:17
**Einstein**  *105*:6
**Einstein's**  *13*:13
*15*:23, *24  16*:7, *25
*21*:23  103*:25  104*:1
**Einstien**  *16*:4  28*:8
*105*:5  106*:7
**Einstien's**  *252*:21
**either**  *15*:10, *19
*53*:19, *23  59*:24
*60*:20  77*:16  79*:11
*109*:11, *21  181*:7
*198*:17  200*:9  222*:3

254:*19*  259:*23*  260:*2,
4, 6, 17*
elbow  227:*3, 4, 21*
electric  25:*14*
electrical  11:*3, 6*
12:*14*  253:*10*
electricity  156:*22, 23*
electronic  240:*18*
else  11:*25*  30:*13*
33:*1, 21*  60:*19*  65:*5*
75:*25*  79:*21*  81:*2*
97:*13*  116:*7*  128:*4*
188:*13*  227:*3*  228:*19*
248:*22*  249:*1*  253:*11*
else's  26:*10*
elsewhere  29:*11*
email  71:*12*
emotional  7:*24*
emotionally  151:*14*
employed  24:*13*
103:*14*  249:*12*
employment  21:*16*
103:*10, 12, 16*
empty  89:*9*  160:*13*
210:*19, 20*  212:*24*
213:*2, 13*  214:*9, 13,
20*  215:*1*  216:*22*
238:*1*
EMTs  178:*3, 10*
end  20:*10*  22:*7*
29:*24*  31:*18, 21*  57:*6*
74:*6*  78:*2*  80:*5, 6*
99:*3*  121:*4, 13*
123:*11, 11, 14*  124:*21*
204:*9*  243:*21*  251:*8*
257:*14*  263:*20*
264:*10*
endangering  99:*1*
endangerment  98:*24,
25*  99:*22*
ended  32:*19*  83:*21*
99:*3*
ends  193:*22*
endurance  7:*22*
engineer  11:*3, 6*  24:*6*
165:*19*  169:*14*
253:*10, 10, 11, 17*
engineering  12:*6, 12,
14*  129:*8*  253:*4, 12, 19*

English  15:*14*
enjoy  63:*23*
enjoyed  12:*15*  15:*5*
233:*14*
enough  42:*16*  112:*19*
126:*15*  200:*8*  233:*1*
enroll  28:*10*
enrolled  30:*2*
entire  10:*8*  24:*25*
35:*12*  58:*21*  61:*23*
92:*19*  113:*19*  115:*1*
146:*13, 14*  147:*13, 13*
156:*24*  157:*17*
159:*21*  199:*11*
259:*22*
entirely  114:*1*
entry  98:*22*
environment  112:*9,
13, 16*  116:*9*  167:*22,
24*
environments  111:*4*
envision  8:*10*
epilepsy  234:*3*
equipment  71:*19*
errands  147:*24*
151:*24*  240:*5*
escape  166:*2*
especially  84:*4*
109:*23*  122:*14*  156:*7*
162:*23*  166:*11*
Esq  3:*13, 17, 21*
et  4:*13*
ethical  265:*13, 19*
ETOH  61:*18*
even  6:*18*  7:*6*  25:*4*
43:*14*  72:*8*  84:*3*
157:*4*  174:*17*  202:*19*
255:*2*  261:*14*
evening  17:*4*  35:*17,
18*  36:*2, 5*  39:*3, 4*
146:*21*  147:*7*
event  232:*7, 8*
events  97:*8, 11*  107:*2*
eventually  84:*7*
150:*14*  180:*10*
188:*17*
ever  9:*14, 17*  23:*15*
24:*22*  25:*17*  30:*17*
56:*25*  59:*22*  60:*1*
68:*17, 18*  109:*24*

123:*12*  130:*6*  133:*5*
162:*10*  164:*18*
165:*22, 24*  166:*2, 5*
187:*25*  188:*1*  215:*17,
17*  222:*2*  226:*19*
227:*10*  229:*23*  230:*1,
4, 11, 14, 17, 20, 22, 24*
231:*1, 5*  234:*2, 5*
235:*17*  236:*24*
249:*11, 20*  250:*2, 6,
11*  257:*16, 22*  260:*11,
16, 23*  261:*3, 8, 18*
262:*25*
every  51:*16*  58:*23*
93:*4*  111:*12*  114:*14*
115:*13*  129:*11, 24, 25*
130:*20, 20*  156:*1*
160:*7*  168:*14*
everybody  50:*13*
65:*13*  107:*20*  264:*1*
everybody's  139:*3*
everyday  7:*6*  16:*23*
104:*3*
everyone  65:*15*
182:*18*  264:*7*
everyone's  219:*11*
everything  6:*17*  25:*4,
9*  108:*1, 6, 7*  113:*6, 8,
9, 10*  130:*11*  136:*4*
140:*10, 17, 25*  149:*21*
152:*7*  167:*17*  168:*13*
172:*15, 17*
everywhere  182:*17*
exact  57:*5*  62:*3*  89:*6*
91:*23*  247:*6*
exactly  7:*5*  21:*6*
26:*4*  58:*17*  62:*10*
72:*23*  83:*7*  89:*4*
93:*12*  108:*2, 4, 23*
109:*22*  110:*7, 17*
118:*15*  122:*10*
128:*17*  131:*3*  148:*5*
152:*14*  157:*13*
172:*25*  253:*18*
exam  236:*6, 8, 9, 10*
Examination  2:*3, 3*
5:*11*  234:*24*  257:*4*
262:*14*
examined  5:*7*  234:*20*

examiner  181:*18*
185:*3*  242:*19*  243:*6*
Examiner's  182:*3, 21*
183:*7*  184:*19*  189:*9*
241:*6, 7, 17*  242:*17*
example  8:*20*  9:*2*
60:*21*  64:*10*  114:*24*
132:*23*  154:*4*  166:*4*
195:*11*  197:*2*  240:*15*
252:*24*
exams  255:*6*
exceeding  202:*12*
excess  43:*11, 23*  44:*7,
11, 24*
exchange  78:*3*
executing  68:*5*
EXECUTIVE  3:*3*
exercise  7:*21*
Exhibit  66:*21, 25*
67:*1, 4, 24*  91:*18*
131:*13, 14*  137:*13, 15*
161:*17*  180:*3*  181:*10*
183:*10*  184:*9*  190:*22,
24*  191:*14*  192:*3*
193:*10*  196:*20, 22*
197:*4, 21, 21*  206:*20*
207:*25*  208:*10, 19, 21,
24*  219:*13*  237:*18, 21*
238:*7, 7, 8, 13, 18*
239:*6, 22*  242:*9, 12*
258:*5, 5*
Exhibits  196:*25*
exit  35:*24*
expand  58:*1*  70:*24*
expect  8:*15, 16*
expecting  17:*15*
18:*11*
experiences  120:*11*
expert  249:*18, 25*
250:*10*
experts  250:*5*
explained  90:*17*
explanation  187:*13*
188:*20*  194:*9, 17*
216:*10*  252:*19*
express  188:*1*
extent  243:*19*
extra  108:*5*  112:*17*
eye  170:*10*

eyes 191:*22*

< F >
F 265:*13*
fabric 126:*11*
face 122:22 171:*19*
 183:*17* 185:*16, 21, 25*
faces 160:*13*
facilities 95:2, *19*
facility 31:*16* 40:*9*
facing 46:*18* 163:*12*
fact 36:9 52:*10*
 164:*1* 175:2 205:*4*
 206:2, *14*
factor 121:*25*
fail 39:*17* 56:*25*
 57:4, *10*
failed 57:9 61:*17*
 64:*16*
Failure 194:*18* 199:7,
 *18* 232:*19* 263:*4*
fair 19:7 25:*16*
 100:*25* 101:*4* 137:22
fall 13:*1* 104:*20*
 157:*19* 172:8, *10*
 174:*17, 18* 257:*15*
 258:*13, 14, 20, 22, 25*
 262:*25* 263:*11*
fallen 61:*19*
falls 199:*5* 258:*14, 25*
False 200:*11*
familiar 61:*3* 133:8
 194:*3*
familiarize 129:9, *20*
families 21:*13*
family 14:*20* 19:2
 20:6 27:*21* 51:*5*
 119:2 182:8 186:22,
 *25* 187:3 188:*21*
 231:9 249:*14* 253:*11,
 20, 25*
Famous 189:*25*
fan 155:*14, 18*
far 22:8 114:22
 140:*1, 3* 215:*25*
 241:*10*
farther 29:*1*
fast 193:*7*
father 108:*18* 120:*13*
 138:*1*

February 53:*15, 16*
 54:*17* 57:3 69:*18*
 98:9, 22 99:7 133:*12,
 18* 134:*17, 23, 23*
 136:*10*
feed 114:*23* 115:*13*
 264:8
feeding 114:*21*
feel 7:24 40:*21, 25*
 44:24 56:6 62:*15*
 99:*16* 127:*11* 168:*10*
 175:*13, 16, 17, 22, 23*
feeling 156:*12* 175:*20*
feelings 124:*10*
feels 169:*1*
feet 144:*3*
fell 104:*11* 121:7
 139:*23*
felony 68:*20*
felt 6:*1* 43:25 130:*1*
 141:8, *15* 167:*3, 6, 20,
 20* 169:3 175:*15*
 176:*3*
female 235:*5*
Ferenc 243:2
few 6:2 9:*13* 13:20
 24:*10* 49:*10* 60:*15*
 62:*10* 79:*12* 89:20
 90:*13, 17, 18* 101:*12*
 114:*14* 115:*11, 12, 13,
 13* 116:*19* 120:*11*
 123:*17* 143:9 147:22
 148:*13* 151:*15*
 171:*16* 187:7 240:*25*
 252:7 253:*13*
field 12:4 35:*20*
 36:2 229:*19*
fifth 231:9, *21*
 236:*13, 17*
figure 96:7 130:8
 175:*24* 253:7
file 25:5 218:*5*
 239:*19* 241:4 246:*13,
 25* 248:*13* 250:2
filed 4:*14* 9:*14, 17*
 248:22
filing 25:*14, 14* 245:*5,
 23* 246:*4, 6, 9* 248:*15*
finalized 241:*17*

find 16:*11* 65:*14*
 92:6 164:*18* 206:22
 234:6
finding 18:*20*
fine 43:25 58:*24*
 108:8 133:*21* 190:*4*
 219:*14*
fingers 177:22, 22
finish 6:*20* 19:*16, 19,
 20* 45:*19*
finished 6:*23* 19:*17*
 52:*21* 89:22 96:*4*
fired 103:*20*
firefighters 182:*3*
firm 22:*21* 246:*19*
 247:*16, 23* 248:*1, 2, 8,
 16, 16, 19* 265:*21*
firms 248:6
First 2:*11* 5:*17, 23*
 14:*11, 25* 21:*19* 24:*1,
 8* 32:22 37:*14* 41:9,
 13, 22* 42:4, *13* 48:*16*
 49:*17* 51:5 54:22
 59:3 62:8 69:4 71:4
 81:*15* 85:*15* 101:6
 110:*12* 115:6, *11*
 116:*19* 117:*15*
 120:*21* 121:3 130:7
 143:*11, 22* 187:2, 7, 9
 192:2, 5 201:9, *16*
 203:23 208:24 219:9
 222:24 224:9 242:*14*
 246:*1, 24* 247:7
 251:4 260:9, *18*
Fisher-Price 1:*1* 4:*13*
 5:2 168:8 245:*17, 21*
 248:23 249:9, *12, 20*
 250:3, 7, 12 260:23
fit 110:*21* 170:*17, 18,
 25*
five 19:6 50:*18* 65:9,
 11 100:*17* 125:*1*
 173:*14* 221:*1, 7*
 229:5
fix 120:*14*
fixed 256:8
Flagstaff 39:2 103:6
 153:3 254:*16*
flashlight 82:*14*

flashlights 82:8, *20*
flatbed 117:*21*
flip 132:*21* 184:*25*
 185:*12* 193:*20*
 238:22 239:3 242:*17*
floor 82:*25* 113:*23*
 186:9
Florence 37:*13, 17*
 38:3
Florida 40:*15*
foam 113:*13, 21*
 186:7 211:*25*
focus 85:*20* 105:*19*
 193:*10, 11*
focused 49:6 129:*13*
focusing 106:5 146:7
foil 213:*17* 238:*3*
 239:6
folks 52:8 63:9
 137:9 151:*24* 182:2,
 9 229:*17*
follow 50:*10* 96:9
 194:*18* 199:7, *19, 24,
 25* 237:*13* 263:*4*
followed 167:*18*
following 32:*15, 25*
 55:*11* 56:*12* 86:*19*
 93:*14* 167:*16* 244:*23*
follows 5:7
follow-ups 262:*16*
Food 150:*20* 173:*17*
FOR 1:*1, 1* 3:6, *10,
14, 20* 4:*11, 15* 5:*16,
18, 20* 6:*1, 11* 7:22,
23* 8:*1, 11, 13, 20* 9:2,
9, 17* 11:*1, 2, 4, 6*
 12:*3, 5, 6* 16:7, 7
 18:*21* 20:4, 4 21:*8,
12, 24* 22:*1* 24:5
 26:*10* 29:9 30:*10*
 35:3, 6, 7 36:6 37:4
 39:*11, 12* 41:*17*
 42:*10* 44:*16* 45:5
 46:20 47:*12* 48:24
 49:*13, 25* 51:9, *10, 17,
21* 52:*5, 7* 54:8
 57:*10, 12, 13* 58:*1, 4,
21, 22* 60:*14, 18, 21,
22* 61:*17, 18* 64:*10*
 65:*3, 23, 25* 66:*3, 13,*

14 67:1, 18 68:20
69:17, 21 70:8, 25
71:6, 12, 13, 17 72:6
73:23 74:10, 12, 13
75:9 77:10 78:4, 16
79:8, 15 83:25 84:17
85:9, 10, 15 86:6, 10
88:10, 15, 22, 23
89:16, 20 90:7, 16, 17,
18 91:19 94:2, 8, 15,
18, 22 95:1, 10, 12, 17,
19 96:3, 5, 13, 14, 23
97:12, 13, 23 98:10
102:19, 22 106:13, 15
107:17 108:14, 16
109:6 112:9, 13, 18,
23 114:2, 10, 11, 23
115:10 116:9, 19
119:4 120:5, 19
121:6 122:22 123:9,
23 128:4, 10 129:9,
12, 14, 22, 25 130:13,
14, 21, 22 131:14
132:19, 23, 23 133:1,
11, 17 135:10 136:3
137:13 138:16, 20
142:5, 23 143:10
144:18 147:17, 22
148:21 149:1, 4
150:9 151:4 153:20
154:4 155:4, 15, 22
158:8 164:25 165:8,
20 166:4, 13 167:22,
24 168:9 169:16
170:6, 13 172:14
173:12, 20 176:21
178:10 181:19, 20
182:24 183:21 184:9,
16 188:20 189:20
190:14, 17, 21, 24
192:16 193:6, 13
194:8, 16 195:1, 11
196:22 197:2 199:10
200:9, 24 201:22
204:2, 10, 21 206:6
208:21 216:11 218:9
226:19, 23, 25 227:2,
11, 16, 24 229:2, 20
230:3 231:15 233:4
235:18 236:2 237:16,

21 238:8, 13, 23
240:15 241:7, 25
242:9, 14 244:17
247:15 248:2, 18
250:6, 24 252:17
253:3, 16 256:4
257:15 264:8
**foregoing** 265:3, 4
**foreign** 1:1, 1
**forgive** 27:11
**Form** 25:7, 20 40:14,
20 41:2 42:25 45:1
47:22 52:13 54:10
56:11 61:21 63:1, 17
66:4 71:20, 24 74:20
75:3 80:3, 16 81:20
89:3, 17 95:24 97:16
101:1, 9 103:23
105:2 109:17 120:24
121:16 126:19
127:10 133:1, 16
136:16, 19, 24 139:13
140:18 143:15 144:4,
21 145:11, 21 150:11
154:2, 5, 17 155:12
162:17 163:5 164:5
165:2, 10 166:20
167:1 170:14 181:22
184:24 185:6, 9
188:14 189:1 196:4
199:2 201:16 202:3
203:8 204:4, 17
205:18 206:16 215:8
216:5 223:16 224:7
225:17 240:23
241:18 243:11, 14
250:17, 25 259:14, 19
260:14, 22 261:2
262:22 263:13
**formal** 119:5
**forth** 197:1 265:13,
19
**found** 17:18, 22, 23
18:2 20:14 49:2
50:8 68:18 93:23
107:10 185:24
205:16 206:25
219:21 223:13
239:25 243:6

**foundation** 25:7, 20
137:16 145:11 154:5,
17 155:12 165:10
185:6, 9 196:4 216:5
250:25
**four** 54:11, 23
100:13 105:15 125:1
133:24 134:10
173:14 224:16, 16
**frame** 104:19 106:3
123:10 141:13
150:13
**free** 62:1 63:14
254:12
**frequently** 78:6
123:7 124:20, 23
137:23 172:5, 7
180:25 240:22
**fresh** 14:13
**friend** 77:2, 8 81:4,
16 228:18
**friends** 13:16 59:19,
20 60:15, 18 79:6
186:22, 25
**friend's** 81:6
**from** 6:13 7:1, 19, 20
9:3 11:7 12:17
13:16 14:21 21:2
22:9 24:18 25:6, 24,
25 30:9 32:8, 8
44:13 46:22 53:3, 16
55:19, 23 59:20
60:15 62:5, 18 65:18
66:18 67:10 69:5, 18
70:21 71:15 73:15,
25 74:5 76:22, 23
77:7 78:7 80:24
81:4, 14 91:2, 21
92:3, 15 101:21
103:20 104:12, 24
106:20 107:15
111:14 113:6 114:22,
22 116:4, 12 117:25
119:21, 24 120:11
122:8, 25 126:1, 23
131:6 132:14 138:8,
8 142:15 144:23
146:23 147:5 148:17
153:14, 22 156:5
158:14 159:24

164:10 165:12 167:2
173:3, 18 176:6
177:12, 18 185:19
189:8 190:9, 16, 17
191:3 192:2 196:15
199:17 200:20
214:12 216:15
218:23 223:12
224:14 229:8 233:10
238:15, 15 246:3, 6, 9,
24 254:6 257:17, 25
260:17, 17 262:19
**front** 66:15 67:4
70:22 86:19 92:19
98:21 99:19 132:19
135:21 136:10
141:16, 17 142:20
144:24, 24 159:17
178:5 184:4 191:8
197:6 218:14 239:15,
15, 17 258:5
**froze** 23:3
**frustrated** 158:7
168:15, 22
**full** 17:11 29:19
38:2 212:18 213:20
214:4 215:22 265:4
**fullest** 9:4
**fun** 256:20
**function** 104:5
**funeral** 27:20 187:14
**further** 55:23 198:23
204:9 207:19 237:15
262:14
**future** 9:1
**fuzzy** 8:22 38:20
104:13
**FYI** 85:19 105:19

< G >
**g** 265:14, 19
**garage** 159:10
**Gateway** 28:11, 17, 18
**gave** 156:22 181:22
**Gehrig's** 230:12
**general** 20:8, 10, 11
148:4 172:9 195:1, 4
252:22

generally 26:11
115:9 149:6 168:7
177:15
genre 254:22
gentleman 179:23
geography 22:8
get 7:3, 18 8:12, 18
14:12 21:20 24:20
33:14 36:7 40:18
41:8 46:13 48:6, 21
49:3, 5, 9 60:19
62:22, 23 65:12
70:22 78:11, 14
79:25 81:13, 18 82:2
84:7 88:20 90:22, 24
96:4, 17, 20 97:9
99:5 100:21 101:15
103:11 104:2 114:15,
17 115:2, 10 116:21
123:10, 17 130:10
137:16 143:22, 23
150:12, 16 152:6
153:21 156:5 157:16,
16 160:5 163:14
164:2, 18, 21 166:18,
24 167:5, 6 169:20
170:5 171:13 174:16
176:24 178:10 179:5,
7 186:4 188:18
189:15 190:21
196:11, 18 200:8, 20
209:23 222:9, 20
234:15, 21 237:25
239:14 243:16
251:25 253:2 257:12
258:6 263:1
gets 32:18 54:13
118:3 154:8 209:10
255:21
getting 15:13 22:17
48:15 55:12 64:24
70:6 78:15 90:3
99:17 101:22 102:13
103:15, 21 135:11
137:20 146:3 158:19
194:9 251:13
giant 66:17 117:20
208:10
girlfriend 99:9, 25

give 6:11, 21 8:6 9:4
22:22 36:1 87:7
111:2 120:4, 5
124:25 139:2 148:23
151:9 152:25 176:14
183:4, 6, 10 207:17,
19 208:9 229:4
240:11 250:12
252:19, 24 256:20
given 32:1 33:4
35:20 37:4 39:20
40:7 177:10 207:1
gives 69:5, 7 229:14
giving 8:25 86:8
143:4 177:19, 25
181:3, 6
glass 217:23
glasses 64:20
glaucoma 230:22
Glendale 11:10
12:22 13:8 14:17
18:25 19:18, 22
20:12 21:17, 22, 23
22:9 23:20, 23 33:11,
24, 25 48:10 50:9
75:8 79:5 86:23, 25
89:6 116:12, 13, 14
117:4, 10 118:11, 12,
24, 25 119:2, 8, 10
121:5 124:15 125:2,
4, 5, 19 126:17, 21, 25
127:1, 15 128:19
134:3 147:16 152:12
158:15
go 5:21 11:9, 24
12:4, 8 13:3, 6 17:7
23:15 28:4 31:13
41:3 46:6, 15 49:3, 5
51:24 53:21, 25 54:2,
5, 13, 25 55:3 70:12
71:25 74:25 76:16
77:17, 20 79:3, 6, 7,
13, 13, 17, 21, 24 80:1,
4 85:22 90:23, 24
91:17 92:1, 5 93:24
95:10 98:17, 21
103:3 105:20 110:6,
8, 9 113:12 114:25
119:12 123:16 125:5,
15, 18, 18 130:7, 12

132:2 133:5, 10, 20
138:22 139:17
141:23 144:16
147:18 152:16, 23, 24
154:7 157:21 161:16
162:25 175:14, 15, 21,
24 181:4 184:7
185:23 192:8, 18
193:12, 12, 21 198:14
204:9 209:25 211:22
214:7 216:24 217:12
218:11 229:1, 13
233:19 234:14 237:9,
18 240:10 241:25
246:17 251:16, 25
255:18, 19, 24
goal 256:1
goes 25:15 66:1
69:5 111:22 247:15
going 6:8, 14, 19 8:4,
10, 18 12:5, 6, 19
13:22, 25 17:5, 10
18:2 23:18 25:1
30:3 38:8 46:13, 16
53:12 54:18 55:10,
10, 23 56:1, 4 61:1, 9
65:16 66:16 71:3, 16
72:7 76:19 80:23
82:8 83:21 84:18, 20
85:22 93:9, 14
101:20 102:18 103:2,
3 105:22 106:3
107:2, 11 108:10
113:2 115:18, 20
123:18 124:24 125:1,
4 131:19 132:5, 6, 11,
13 134:19 137:15
138:6, 14, 17 142:13
144:17 145:17
146:22 148:23
152:13, 22 156:1
157:15 158:18
160:20 167:4, 25
168:2 169:2, 4 171:3
173:14, 15 174:14
175:24 177:9 181:16,
16 182:2 183:4, 4, 6,
15 184:17 186:4
187:15 189:20 190:2,
7, 15, 15, 17 191:1

193:14, 21 196:21, 25
199:23, 24, 25 207:18,
24 222:20 229:6, 12,
16, 18, 19 233:19
238:7 242:6 246:16,
17 248:25 253:6, 7
255:24 258:8 259:21
262:18, 20 264:9
GOLDBERG 3:10
248:16
gone 80:11, 12 85:20
97:18 105:19 156:15
157:3 240:21
Good 4:25 5:13, 14
12:16 21:2 112:8, 13
117:11 138:1 146:3
148:21 150:8 155:15,
19 163:8 166:9
167:7, 11, 21 168:1
169:1, 7 170:5, 23
189:15, 17, 18 195:6
245:4
goods 8:15
go-round 264:3
got 21:2 22:19 27:4
28:7 32:18 35:5
36:6, 8 48:10, 12, 13
49:15, 17 50:8, 10, 24
51:13 59:5 60:13, 18
62:4, 4, 6, 19 65:12
70:16 73:25 86:20
88:22 89:5, 14, 20, 22,
25 91:15 92:2, 18
96:2 97:1 102:17
106:14, 16, 20 112:1,
5, 18 113:6 114:11
117:14 123:10 128:8
129:6, 12 144:15
146:23 149:18 150:4,
14, 18 151:24 152:9
156:2, 21 157:8, 15,
20, 25 159:1, 14, 19
160:16, 17 161:23
168:9, 15 171:22
172:25 173:1, 17
176:18 177:19
178:13 218:12 229:2
230:3 236:10 245:7
246:2 253:6 260:10

**gotten** 48:*18* 51:2
69:*24* 83:*23* 87:*11*
96:6
**grab** 7:*24*
**grabbed** 178:6
**grade** 231:9, *21*
236:*13, 17* 237:*3, 5, 6,*
*7, 7, 7*
**graduate** 11:*11*
251:*22, 25* 255:*4, 5*
**graduated** 12:*17*
62:*5, 7*
**gram** 78:*15, 17*
**grams** 214:*25* 238:*20*
**grandmas** 109:*3*
**gravity** 252:*15, 16, 17*
**great** 189:*4*
**greater** 54:*8*
**green** 213:9 214:8
**GREENBERG** 3:*17,*
*21* 5:2
**grieving** 181:*20*
**groceries** 148:*3*
**ground** 6:3 113:*12,*
*15, 16*
**group** 131:*25*
**grow** 9:*20* 111:*9*
**grownup** 155:*9*
**grows** 111:*16*
**guess** 13:*1, 14* 40:*20*
44:*12* 47:*18* 69:*25*
79:*15* 80:9 97:*17*
104:*5* 114:*3* 117:*20*
119:*19* 120:*4* 125:*16*
143:*4* 146:*3* 156:*17*
162:*20* 165:*18*
220:*16* 248:9 252:*21*
254:*23*
**guessing** 220:*14, 21*
**guidelines** 167:*18*
**guilty** 31:*23* 37:*1*
68:*17, 18* 73:*12, 19*
85:*11* 93:*4, 5, 23, 24*
94:*5, 11, 17, 23* 95:*15,*
*17* 98:*13, 25*
**guy** 25:*2*
**guys** 14:*8* 16:*17, 21*
25:*17* 104:*18* 105:*18*
106:*21* 114:*4* 117:*24*
123:*21* 125:*17*

142:*23* 148:*25*
151:*16* 160:*17*
189:*20* 209:*11* 221:*4,*
*21* 264:*3*

**< H >**
**H** 2:*8*
**habit** 259:*17, 17*
**habits** 146:*12*
**had** 5:*21, 25* 6:*4*
8:*21* 9:*17* 12:*5* 17:*2,*
*4* 18:*16* 20:*13, 14*
24:*25* 25:*8* 28:*15, 21,*
*22* 34:*2, 4* 36:*9, 12*
40:*11, 12* 43:*22* 44:*6,*
*7, 14, 24* 45:*3* 46:*19*
47:*11* 48:*18* 49:*12*
50:*2, 3, 13, 14, 17*
51:*2, 5, 12* 52:*11*
53:*25* 54:*2, 7* 56:*7, 9*
58:*15* 59:*8* 61:*18, 18*
62:*16, 23* 64:*15, 17,*
*20* 67:*13* 72:*25, 25*
73:*1* 74:*1, 10, 10*
75:*8* 76:*4* 77:*9*
80:*11* 81:*15, 23* 82:*1,*
*14, 20* 83:*8, 14, 22, 23*
84:*2* 86:*4, 16* 89:*22*
91:*9* 92:*19* 95:*4, 4*
100:*16* 101:*18*
102:*19* 103:*9, 15, 20,*
*21, 24* 106:*4, 12, 14,*
*22* 108:*18* 109:*20*
110:*2* 112:*17, 23, 24*
113:*5, 7, 8, 9, 11, 12,*
*20* 116:*11, 19* 117:*3,*
*4, 6, 13* 119:*1, 9, 11*
120:*10, 11, 18* 121:*12,*
*17* 122:*15* 123:*1, 1,*
*19, 20* 126:*4, 5, 14*
127:*5* 128:*3, 21*
129:*6* 130:*15* 134:*2,*
*13, 16* 136:*4* 139:*11*
141:*9, 10* 142:*19*
145:*6, 22* 147:*17*
148:*2* 149:*16* 150:*17*
152:*22* 153:*11, 11*
156:*4, 15, 16, 17*
157:*3, 4* 158:*7, 8*
159:*17, 23* 161:*13*

164:*17* 165:*15, 23*
167:*11* 170:*6, 19, 24,*
*25* 171:*24* 176:*9, 22*
177:*4, 10, 16* 178:*5,*
*18* 180:*24* 183:*1, 3*
184:*2* 186:*5, 5, 6*
187:*10* 189:*3, 5*
190:*14* 191:*10*
195:*25* 196:*8, 12*
205:*9, 21, 25* 207:*1, 4*
208:*8* 211:*25* 216:*7*
220:*16* 225:*24* 226:*8,*
*8, 15, 21* 227:*21*
229:*16* 230:*11, 20, 22,*
*24* 231:*5, 20* 232:*2*
233:*20* 234:*2, 5*
237:*6* 240:*21* 241:*14*
245:*24* 246:*1, 18*
247:*23* 250:*16, 23*
259:*17* 260:*9* 263:*12*
**hadn't** 127:*8* 204:*7*
**half** 190:*5*
**hand** 8:*2* 66:*11, 20,*
*23* 176:*3* 184:*2*
**handed** 178:*20, 20*
179:*13* 221:*7*
**hand-held** 154:*12*
**handing** 6:*7* 66:*18*
176:*11, 13*
**handle** 104:*6* 120:*15,*
*16*
**hand-me-downs**
130:*11*
**hands** 145:*20* 198:*25*
200:*5, 6, 12, 12*
201:*13, 13, 15, 20, 20,*
*21, 21, 22* 202:*1, 16,*
*18* 203:*6* 258:*18*
**handwritten** 240:*17*
**Hang** 71:*17* 151:*19*
201:*23* 237:*24*
**hanging** 173:*16* 256:*4*
**happen** 26:*3* 145:*17*
243:*25*
**happened** 7:*15, 20*
72:*23* 73:*11, 12*
74:*22* 91:*14* 98:*5*
99:*2* 122:*12* 160:*6*
175:*12* 178:*17*

183:*23* 187:*1, 6, 10,*
*11* 189:*5* 228:*17*
**happening** 149:*21*
**happens** 84:*7* 98:*20*
191:*21*
**happy** 12:*15* 18:*17,*
*19* 34:*1* 86:*18*
108:*16*
**hard** 26:*10* 66:*10, 13*
70:*2* 83:*4* 111:*20, 21*
124:*24* 131:*8* 144:*17*
151:*23* 173:*22*
176:*24* 179:*4* 209:*10*
256:*3, 3* 264:*1*
**hardly** 172:*12*
**has** 51:*16* 66:*10*
69:*11* 72:*15* 73:*5*
85:*20* 104:*17* 105:*19*
117:*15* 131:*6* 150:*24*
155:*10* 161:*24*
171:*18* 183:*17*
184:*19* 190:*20*
193:*11* 197:*16, 17*
198:*1* 201:*8, 14*
203:*22* 209:*5* 213:*8*
238:*6* 248:*22* 249:*1,*
*11, 17, 19* 250:*2, 6, 11*
256:*3, 10* 258:*19*
260:*17* 264:*1* 265:*17*
**hasn't** 160:*9*
**have** 5:*17, 23, 24, 25*
6:*3* 8:*1, 14* 9:*6, 9, 14,*
*16, 17* 10:*3, 6, 12*
11:*15* 12:*3, 25* 15:*19*
16:*3, 4* 19:*2* 21:*2, 4,*
*12* 24:*9* 27:*11, 15, 15,*
*18* 28:*20, 25* 29:*5*
30:*6, 7, 11, 15, 17*
31:*3, 14* 36:*20, 21*
38:*1, 21* 41:*17* 42:*5*
43:*21* 45:*9* 46:*10*
47:*20* 51:*16* 52:*24*
53:*2, 5, 12, 14* 54:*25*
55:*5* 56:*15, 17* 57:*23*
58:*6, 24* 60:*17* 61:*14*
62:*8* 63:*24* 64:*4*
65:*3, 3* 66:*4, 12, 14*
67:*3, 7, 14* 68:*17, 18*
69:*24* 70:*5, 13, 16, 20,*
*21* 71:*4, 7, 8, 15* 72:*5,*

8, 16, 19, 20  73:8, 11
75:15, 19, 20  76:14,
21  79:7, 16  80:7, 8,
10, 10, 19, 25  81:18
85:5  86:4  87:11
88:3  91:15, 20  92:2,
18  93:20, 22  95:11
96:6, 22  97:6, 14, 18,
19, 19  98:8, 11  99:10,
15, 24  101:12  103:9,
15  104:17, 21  107:6
108:17  111:10, 12
115:1, 10, 19  117:23,
24  118:2, 6  120:20
122:20  123:4  126:7
127:1  130:6, 10
131:16  132:5, 12, 22
134:14, 18  135:6, 11,
14, 19, 21  138:4
139:19  141:22  143:9,
11, 11, 12  144:15
145:8, 13  146:11
147:14, 23  148:4, 17
149:11, 22, 25  150:23
151:5, 10, 16  152:5,
16, 24  153:13, 17, 23
154:1, 12  155:1
157:2, 5  159:5
161:19, 23  162:5, 6,
20  167:12, 23  169:5
171:5, 15  173:5, 10
176:20  178:9  180:3
181:15  182:1  184:4,
18, 22  186:15  187:15,
16, 21  188:3  189:25
190:15  191:8, 12, 12,
21  192:7  195:8
197:5, 14  198:5
199:14  202:5  206:20
207:13, 21  208:3, 8,
11, 24  211:4, 12
212:9, 10  215:2
216:11, 13, 15, 25
217:7, 21, 23  218:12,
14, 25, 25  219:5, 5
220:16  221:19
222:19  226:19
227:10, 18, 21  228:7,
12  229:2, 3, 15, 23
230:1, 4, 11, 14, 17, 20,

22, 24  231:1, 5
233:20, 20, 24  234:2,
5, 20  235:17  236:13,
24  237:4  238:10
239:15, 17, 19  240:12
242:6, 6, 11, 18
243:16, 23  244:19
245:14  246:18
247:12, 13, 13  249:4,
11, 15, 18  250:15, 19,
20, 22, 24  251:3, 4, 4,
16, 19, 21  252:4, 4, 10,
14  253:21  254:11, 16
255:5, 20, 24  256:4, 7,
9, 11, 15  257:10
258:4  259:11, 13
260:19  261:15  262:2,
12, 16  263:24  265:13
**haven't**  6:5  67:11
149:24  218:20
232:10
**having**  5:6  6:13
20:5  23:10, 22  44:6
50:5  57:10  78:13, 24
81:12  89:11  119:15,
24  121:3  138:24
140:14  162:2  171:19
243:22  247:22  264:4
**hazard**  258:14, 21, 22,
25  263:11
**hazy**  44:21  64:8
88:8  104:13
**he**  11:3, 5  12:7, 14,
15  20:14, 19  24:7, 9,
9  26:22  60:7, 8
66:23  69:17  77:2, 2,
8  82:3  83:17  90:23
109:2, 3  138:3, 9, 9
140:7, 22  145:5
149:16, 18  159:7, 8,
11  178:19, 20  180:19,
19, 21  181:13, 16, 18,
18, 20, 21  193:10
198:20  203:13  219:3
231:17, 18, 22  235:8
**head**  7:9  8:1  110:3
118:1  119:10  144:11
148:1  152:8  186:11
212:4  214:19

**heading**  148:7  152:15
**headline**  263:11
**health**  107:22  138:2
226:13
**healthy**  108:9  109:22
112:22
**hear**  10:20, 25  22:23,
24  65:23, 24  132:9
138:12  209:10
243:21  256:18, 25
259:25  260:5
**heard**  141:10  142:20
148:17  245:24  246:2,
24
**hearing**  138:21
**hearsay**  71:20, 25
72:2
**heart**  108:3, 19, 21, 22
109:11, 13  110:2
**hefty**  252:2
**height**  169:22  170:24
**held**  4:10  145:19
178:23
**help**  72:21  81:14, 14
117:11, 12  120:17
131:7  182:8  219:20
237:11
**helped**  51:20  84:3
**helping**  151:14
**hepatitis**  230:24
**her**  14:20  15:17
19:19, 20  20:2  23:15,
23  27:16  50:10
72:17, 18  77:17, 20
100:3  102:21, 21
105:7  107:6, 23, 23
108:8, 19, 22  109:10
111:4  112:14, 15, 18,
19, 23  113:7  114:22,
23  115:9, 10, 13, 25
116:4  117:8, 11, 12,
25, 25  118:23  120:3,
4, 5, 5, 12, 12, 12
122:17, 21  123:5, 10
124:18  125:10, 14, 19
126:9, 24  127:5, 12,
19, 20  128:16  133:11
134:19, 21  136:13, 15,
18, 21, 22, 25  139:10,
14, 23  140:1  141:19

143:2, 4, 4, 4, 6, 10, 19
144:1, 2, 3, 3, 18, 20
145:6, 19, 20, 23, 25
146:8, 12, 21, 23
147:3, 19, 19, 22
150:13, 14, 16  151:1,
1, 6, 9, 9, 13  152:3, 3
157:16, 16, 17  158:17,
18, 20  159:20, 22, 23,
23, 25  160:1, 2, 5
161:12  162:3, 5, 10,
16, 23, 24  163:2, 4, 11,
11, 12, 13, 20, 21
164:2, 7, 14, 18, 25
165:4, 8, 15, 22, 22, 23,
25  166:2, 10, 18
167:13  170:7, 13, 18
171:10  172:13, 17, 18,
20  173:1, 21  175:14,
15, 17, 20, 21, 23
176:2, 3, 3, 6, 8, 9, 22,
24, 25  177:25  178:20,
20  179:13  180:25
183:20  196:2, 12
197:5, 16, 18  198:5,
15  200:6, 8, 9, 12
201:15, 20  202:1, 1,
18, 18, 25  203:6
204:25  205:3, 10, 16
241:10  245:11
246:22  247:17, 19
248:1, 8  257:15
258:18  259:10
261:15
**here**  5:19  8:9  36:21
43:7  65:2, 13  67:20
69:3  72:13  78:3
84:15, 19  85:8  87:11
88:9  101:13  132:2,
22  135:17, 19  138:10
142:23  148:18  153:5
160:13  164:12  169:5
180:22  185:1  186:9
197:3  204:20  208:7
212:25  225:24
237:25  238:18
239:22  248:18  250:2
**herein**  5:6
**hereof**  265:8

**Here's** 211:6
**hereto** 265:8
**herself** 1:1 137:2
139:16 161:14, 15
162:4 164:7 166:5
201:20
**He's** 11:3 24:6
109:2 218:13
**hesitate** 144:16
171:13
**hesitating** 109:1
**hey** 8:3 22:16 65:24
78:2 154:23
**high** 11:9, 10, 16, 19,
20 12:3, 17 14:11
41:12, 25 59:12, 20,
24 60:3, 11, 15 81:4
101:7 231:24 232:3
233:3 254:21
**higher** 170:19
**high-wattage** 82:20
**him** 77:16, 17, 20
81:22, 23 133:8
157:2 159:13, 14, 14
161:25 164:15
203:13
**himself** 159:3
**hip** 200:14
**hired** 16:8 187:23
245:11 249:19
**hiring** 187:25 188:9
248:2
**his** 12:15 20:14, 21
24:2 66:21 99:17
133:2 137:21 138:12
149:18 159:8 264:4
**history** 38:9 67:21
71:15 84:23 86:9
92:19 103:3
**hitting** 117:25
**HIV** 229:23
**hobbies** 254:11
**hold** 8:16, 16 192:15
209:6 238:19
**holding** 143:3 145:25
179:8 192:16 209:8
**hole** 108:19, 22
109:10
**holiday** 121:9

**home** 24:13 25:6, 18
51:2 79:20, 22 80:25
81:17, 23 108:8
110:5 112:14, 22
114:4, 17 115:6
122:15 157:8 159:8,
9, 13, 14, 19 160:16,
17 181:17, 21 186:3
206:23 216:3 224:14
238:16
**homes** 79:6
**honest** 109:12 203:13
**hope** 190:14
**hopefully** 251:25
**hoping** 15:6
**horrible** 183:14
**horribly** 256:10
**hospital** 107:13, 17
112:21 227:22
**hospitalizations** 228:4
**hotel** 151:21
**hour** 35:13 65:4
190:5
**hours** 8:12 114:15
115:11, 12, 13, 13, 15,
20 147:22 171:25
173:14 174:5, 5
216:8
**house** 20:13, 15, 16
21:1, 3, 25 24:18
60:5 75:23 76:14, 15,
18 80:2, 6, 10, 13
83:4, 22 89:5, 9
104:11 108:15
110:12 116:13 117:8,
9, 9, 16 121:3, 6
125:24 126:5, 8
127:6 128:5, 23, 25
147:20 148:6, 9, 9
152:3, 4 153:8
154:15 155:11 156:9,
23, 24 158:24 159:6
160:25 167:12
169:10, 16 171:13, 20
177:7 179:21 181:5
182:2, 19 207:2
210:22 212:14, 22
215:6, 7, 10, 12, 18
216:9 218:2 224:20

225:25 254:8
**Houston** 3:18 153:5
**how** 9:24 12:23
13:17 14:5, 7, 24
16:5, 11, 21 19:3
20:5 22:8 26:16
28:16 29:8 31:3, 10,
11, 11, 21 41:4, 10, 11
44:13 45:2 50:17, 19
54:21 55:15 58:12,
14 59:2 60:19 63:16
64:4, 19 77:13, 13
78:6, 11, 14 79:1
82:1 112:15 114:9,
14 120:14 122:10
124:20, 23 128:15
130:3, 9, 12, 18 131:1,
3 140:3 146:8
153:21 156:23
167:23 173:19, 24
177:12, 15, 16 178:10
185:4, 5 187:11
204:8 210:8, 11
222:9, 19, 20 227:8
229:13 233:3 237:9
244:6 246:12, 15
250:23 251:15 252:5
**however** 156:7
**huge** 168:19
**huh-uh** 7:3, 5 43:5
**hundred** 81:1 96:19
97:22 108:7
**hung** 157:12
**hurt** 124:9 228:21
232:5
**hurting** 235:9 236:3
**Hymel** 87:6, 22

**< I >**
**I** 2:1, 8, 8 5:18, 19,
21, 24, 25 6:2, 5, 7, 12,
15, 20, 21, 22, 22 7:3,
13, 17, 18 8:2, 3, 3, 6,
8, 9, 15, 16, 19, 21 9:5,
12, 13, 16 11:19, 23,
23 12:5, 25 13:7, 14
14:6, 25 15:23 16:6,
6, 7, 25 18:1, 14, 15
19:5, 11, 16, 17, 24
20:9, 14, 15 21:1, 2, 6,

7, 9, 21, 23, 24, 24
22:7, 19, 24 23:1, 2, 2,
3, 14, 14, 16, 20 24:10
25:10, 11, 13, 24 26:4,
9 27:2, 11 28:4, 18,
20, 21 29:1, 2, 5, 9, 15
30:25 31:4, 8, 8 32:5,
5, 18, 20, 25 33:15, 15,
23 34:1, 8, 9, 19, 24,
24, 24 35:5, 11 36:3,
6, 6, 7, 15, 20 37:9, 12
38:1, 8, 9, 10, 13, 17,
24 39:2, 7, 15 40:2, 5,
6, 11, 15, 20 41:4, 6, 6,
7, 11, 11, 18, 18, 19, 24
42:5, 6, 11, 11, 12, 17,
18, 18 43:2, 9, 9, 9, 19
44:3, 3, 9, 9, 9, 11, 11,
12, 14, 14, 15, 19 45:2,
2 46:23 47:11, 18, 23,
24, 25 48:3, 5, 12, 13,
13, 18 49:8, 10, 15, 15,
19, 21, 23 50:6, 13, 18,
18, 20, 23 51:22 52:6
53:5, 14, 25 54:1, 1, 2,
16, 22, 23, 24, 25 55:2,
2, 8, 25 56:1, 4, 5, 13,
17 57:5, 5, 15, 25
58:14, 17, 19, 22 59:4,
4 60:2, 8, 12 61:1, 6,
22, 24 62:3, 4, 4, 4, 10,
19 64:7, 11, 13, 15, 15
65:2, 4, 25 66:2, 4, 12,
13, 14, 16, 19 67:10,
11, 11, 13, 14, 18 69:1,
23, 25 70:7, 8, 9, 11,
13, 13, 16, 18, 23, 24,
24 71:4, 9, 13, 22, 24,
25 72:2, 3, 18, 23, 23,
24, 25 73:1, 11, 21
74:4, 5, 5, 14, 23, 23
75:8, 8, 18, 22 76:5, 7,
17, 17, 18, 19, 23
77:19 78:8, 12, 15, 18,
23, 25 79:14, 21, 22,
23 80:4, 6, 6, 9, 9, 10,
25, 25 81:2, 4, 21, 21,
22, 23 82:3, 5, 7, 9, 15,
25 83:3, 3, 6, 7, 7, 11,
20, 20, 21, 21 84:1, 2

86:3, 17, 18, 20   87:11
88:3, 18, 21   89:4, 6, 8,
8, 9, 12, 14, 18, 18, 19,
19, 20, 22   90:2, 3, 3, 4,
9   91:1, 3, 15, 23, 24
92:2, 11, 13, 18, 18
93:3, 7, 19, 24, 25
95:6, 25   96:1, 1, 2, 4,
5, 5, 12, 12, 16, 16, 23,
24, 25, 25, 25   97:1, 1,
6, 9, 10, 14, 17, 20, 21,
23, 24, 24, 25   98:1, 2,
2, 5, 7, 15, 17, 18, 20
99:3, 5, 11, 11, 16, 17,
21   100:1, 19, 19, 20,
20, 21, 23   101:5, 11,
15, 18, 19, 20, 20, 21
102:16, 17, 24, 25
103:24, 25   104:5, 16,
20   105:3, 14   106:12,
19, 20   107:20   108:2,
3, 10, 11, 11, 15, 17, 21,
25, 25   109:1, 4, 5, 7, 9,
11, 20, 21   110:1, 7, 17
111:5, 18, 19, 20
112:17, 23   113:4, 5,
18, 20   114:1, 3, 8, 11,
17, 17   115:2, 7   116:2,
17, 23   117:7, 18, 20
118:15, 21, 23, 25
119:7, 7, 9, 9, 11, 13,
13, 19, 25, 25   120:4,
10, 10, 13, 14, 14
121:9, 13, 20   122:8, 9,
12, 13, 15, 19, 20
123:9, 13   124:7, 8, 20,
25, 25   125:1, 13, 15,
15, 16, 16   126:5, 7, 23,
25   127:4, 4   128:1, 13,
17, 20   129:25   130:24
131:3   132:5, 9, 11, 12,
16   133:15, 19   134:2,
11   135:6, 10, 10, 21
136:2, 3, 20   137:2, 16,
20, 20, 22   138:4, 5
139:3, 6, 14, 18   140:3,
4, 10, 11, 25, 25   141:6,
6, 7, 7, 7, 9, 9, 22
142:3   143:4, 20
144:10, 15, 16, 17

145:12, 13   146:3, 9,
13, 20   147:5, 6, 9, 14,
14, 14, 15, 18, 19, 22,
23, 25, 25   148:5, 5, 5,
6, 12, 17, 17, 17, 20, 23
149:13, 17, 24   150:4,
6   151:3, 13, 16, 23
152:2, 6, 10, 14, 14, 21
153:3, 18, 21   154:10,
25   155:13   156:11, 12,
15, 16, 17, 17, 21
157:3, 4, 4, 11, 13, 17,
25   158:2, 16, 25
159:24   160:7, 19
161:11, 22, 25   162:3,
4, 4, 5, 9, 10, 10, 11, 20,
20, 21, 22   163:1, 20,
20, 21   164:9, 10, 13,
16, 23   165:11, 11, 13,
18, 18, 19, 21   167:23
168:12, 13, 15   169:1,
4, 11, 19   171:13, 14,
15   172:16, 25, 25
173:2, 4, 5, 18, 23
174:3, 8, 10, 14   175:1,
1, 2, 2, 2, 7, 8, 13, 14,
20, 25   176:1, 2, 5, 8,
11, 12, 18, 22, 24
177:4, 6, 12, 20   178:8,
12, 13   179:2, 3, 5, 10,
13, 13, 15, 19, 21, 22
180:19   181:6, 7, 8, 11,
24, 25   182:6, 10, 16,
16, 23, 24   183:12, 13
184:14, 14, 16, 21, 25
185:22   186:1, 5, 24,
24   187:4, 6, 7, 7, 8, 8,
12, 12, 13, 14   188:10,
16, 17, 17, 18, 18, 23
189:6, 7, 10, 10, 11, 22,
25   190:1, 3, 13
191:20, 20, 20   192:7,
10, 17   193:2, 25
194:8, 25   195:1
196:24   197:16   199:6,
13   200:19   201:23
202:2, 4, 4, 5, 5, 6, 18,
24, 24   203:2, 9   204:8
205:19   206:8, 18, 19
207:9, 16, 16, 21

208:3, 8, 8, 9, 12
209:4   210:14   211:23,
23, 25   212:13, 15, 25
213:4, 8, 24   215:9, 11,
14, 17   216:10, 11, 13,
13, 25   217:5, 7, 10, 10,
13   218:7, 8, 12   219:2,
5   220:5, 16, 16   221:9,
13, 16   222:15, 19, 20,
23   223:2, 3   224:4, 25
225:1   226:11, 23, 24
227:2, 2, 5, 7, 9, 25
228:2, 2, 2, 2, 3, 3, 3,
18   229:2, 3, 16, 20, 21
231:9, 10, 22   232:10,
10, 10, 18   233:1, 10,
18   234:13   235:21, 21
236:17, 18, 19   237:6,
7, 7, 20, 24, 24   238:1,
10, 13   239:12, 14
240:8, 16, 24, 25
241:3, 3, 5, 9, 19, 24
242:4, 5, 5, 14   243:15,
15, 16, 17, 21, 25
244:1   245:7, 9, 14, 14
246:1, 18, 21, 21, 21,
23   247:9, 11, 11, 19
248:3, 9, 10, 11   251:8,
19   252:10, 21   253:2,
18, 18   254:3, 4, 23
255:13, 23   256:2, 2, 7,
8, 9, 10, 11, 14, 15, 17
257:12   258:6, 9
259:13, 15, 25   260:5
262:2, 3, 5, 6, 12, 16,
19   263:15, 18, 19, 19,
20   264:3   265:6, 6, 8,
13, 13, 17
**I-17**   88:13
**Ice**   222:16
**I'd**   146:25   147:1
**idea**   12:4, 5   21:2
40:18   148:4   167:23
178:10   217:7
**identification**   67:2
131:15   137:14
184:10   190:25
196:23   208:22   238:9
242:10

**identified**   68:25
**identify**   68:20
**if**   6:6, 12, 17, 18, 19
7:1, 7, 9, 23, 23, 24, 25
8:5, 6, 20   14:17
18:15, 16   21:6   26:3
32:22   34:17   35:9
39:9, 20   40:5   44:12
46:19   48:5   53:25
54:1, 4   55:8   56:1
60:7   65:4   66:20
67:23   68:11, 12
70:21   71:24   72:14
73:4, 17   78:13   79:15
80:7, 8, 22   81:9, 21
83:5, 5   84:4, 9, 13
85:1, 4   87:6, 22, 22,
24   88:1   90:12   91:17,
18   92:1, 11   93:20
95:21   96:7, 8, 8, 16,
20   97:2, 12, 13   98:16,
21   99:2   100:21
101:14   102:10, 20
104:6   108:21, 22
109:7, 17   110:21, 24
111:7   115:15   119:9
123:3   130:6   131:9,
11   132:2, 4, 11, 20, 24
133:10, 22   134:16
135:7, 16   137:6
138:5, 12   139:17, 18,
21   141:23   142:7
143:3, 17   145:5, 19,
25   153:24   154:24
155:21, 25   156:2, 4,
16, 16, 17   157:2, 3, 3
158:16   159:8, 8
162:1, 4, 9   164:9, 10
165:13   166:6   167:5,
18   170:16, 18, 18, 21
174:15, 15, 17   175:4,
24   176:3, 18   181:7, 9,
10, 11, 12   183:9
184:7, 21   185:1, 12,
23   189:8, 15   190:21
191:15   192:15
193:19, 20   196:12
197:2, 4, 11, 20
198:14, 23   200:15
204:9   205:9   207:12,

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 93 of 132    Page: 24
Courkamp, Kathleen vs. Fisher-Price, Inc.

21 209:4, 11, 19, 25
211:3, 22 212:17
213:16 214:12, 18, 23
215:9, 11, 14 216:1
219:12, 20, 25 220:5,
12 221:6, 14 232:11,
11, 12, 14, 14 235:8
237:15, 18, 18 238:18,
19, 19, 22 239:3, 4, 21
241:25 242:17
244:17 247:25
250:24 255:18
256:17 257:10, 23
258:4 259:16 260:12
261:12, 14 262:18
263:16 264:7
**III** 100:11
**ill** 9:6
**I'll** 74:7
**illegal** 57:23 60:20
**illicit** 58:2 60:21
**I'm** 5:18 6:14, 19
7:7 8:4, 8, 18 9:8
10:20, 25 12:8 17:25,
25 22:17, 17, 22 25:1
29:4 30:9 35:1
38:18 40:2, 4 41:7
42:8 43:7 46:13
50:4 51:19 58:19, 20
63:19 65:22 66:7
71:3, 11, 22, 25 72:7,
13 74:4, 25 76:9
77:21 78:13 81:1, 9,
11, 13 84:2, 13, 18
86:7 87:1, 10 88:24
92:11, 25 93:3, 6, 10,
13, 14 96:19, 25 97:5,
9, 11, 13, 17, 20 99:5
101:22 102:12 103:3
104:23 106:4 108:3,
16, 22, 23, 24, 25
109:9, 12, 14 111:1
116:4 117:19 122:9
123:9 129:7 131:12
132:1, 4, 6, 8, 8, 10, 12
133:15, 20, 21 134:7
135:3, 7, 23, 25 136:1,
5 138:6, 21 139:25
140:19, 21 141:2
142:8 148:12, 22

154:23, 25 155:3, 16
156:2 157:7, 16, 17
158:4 160:20 161:3,
7 162:13 163:18
165:14, 20 168:14
169:13 171:2, 3
172:10 173:15
175:24 176:1 178:22
179:14 183:4, 4, 5
184:17, 19 185:8
186:3 187:4, 19
189:19, 24 190:2, 15,
17 192:8 195:6
200:12, 24 202:5, 8,
15, 21, 22 207:17
208:7, 7 209:7, 11
210:21 215:15
218:25 220:1, 14, 20
221:13 222:18
223:17 225:9 229:12,
16, 18, 20 230:4
232:16 233:19
235:25 240:24 242:4
244:2 245:4 246:16
247:17, 24, 25 248:9,
10 251:13 253:6, 6
254:5 256:13, 19, 23
259:25 262:3, 4
**imaging** 236:22
**imagining** 200:12
**immediately** 106:5
114:8 121:20
**Immune** 229:24
**Immunization** 2:11
132:24
**impact** 254:21
**important** 49:6
109:23 111:3 129:20
163:3 195:17
**impossible** 178:8
**IN** 1:1 4:12, 14 6:6
7:5, 22 8:8 9:1, 24
10:3, 6, 18, 22 11:10,
16, 19, 20 12:11, 18
13:5, 7 14:14 15:2, 9,
10, 16, 20 16:6, 23, 23
17:3, 4, 18, 21, 23
18:1, 1, 9, 10, 22 19:3,
13 20:9, 12 21:23
22:21 23:11, 20, 23,

23 24:1, 8, 8, 15 25:4,
18 26:5, 21 27:7
28:6, 8 29:3, 13, 14,
23 30:2, 12, 21, 22, 24
31:5, 6, 7 32:6, 10
33:12, 25 34:8, 21
35:16, 18, 24 36:9, 15,
21 37:9, 12, 23 38:8,
17, 24 39:2 40:6, 15,
15 41:11, 25 42:6, 7,
13, 14, 15, 20 43:12,
16, 23 44:6, 7, 15
45:5, 14, 18 46:7, 16,
18 47:2, 12, 17, 20
48:8, 12, 14, 16 49:9,
13, 18 50:1, 4, 6, 13
51:14 52:1, 8, 17
53:13, 15, 24 54:17
55:9 56:8, 22 57:3, 9,
17, 24 58:23 59:12,
24 60:3, 5, 6, 7, 11
61:15, 18, 19, 25 62:7,
16 63:4, 19 64:8, 16
65:13 66:15 67:3, 10,
13, 15, 18 68:8, 19, 22,
24, 25 69:4, 12, 14, 17
70:11, 22 71:4, 7, 8
74:11, 11, 16, 17 75:8,
10, 12, 15, 21 76:4, 6,
7, 13, 13, 14, 14, 24
77:20 78:3, 7, 24
79:7, 9, 25 80:14
81:22, 24 82:22, 24
84:17 86:19, 22, 24
87:1, 12, 16, 22 88:3,
25 89:1, 5, 6, 9, 13, 20,
20 90:5, 7, 13, 16, 16,
18, 22 91:6, 9, 16, 20,
24 92:13, 19, 20, 22
94:8, 14, 17, 21, 25
95:2, 2, 12, 18, 19
97:11 98:9, 22 99:6,
7, 9, 19, 19, 25 100:13,
16, 24 101:7, 11, 18,
20, 22, 23 102:7, 9, 16
103:3, 6, 20 104:19
105:10, 15, 16 106:5,
21 107:15, 16 108:14,
15, 19, 22 109:11
110:2, 12, 15 111:7

112:7, 10, 12, 18, 19,
19, 21 113:2 114:5
115:6 116:13, 14, 15,
15 117:3, 6, 10, 13, 16,
16 118:4, 11, 16, 18
119:2, 9, 17 120:3, 8,
12, 15, 20, 22, 23
121:2, 3, 5, 8, 10, 14,
25 122:5, 12, 13
123:12, 13, 14, 18, 18
124:8, 11, 17 125:2, 4,
19, 19, 23 126:1, 10,
16, 16, 21, 21, 22, 24
127:5, 5, 9, 12, 15, 17,
19, 20, 23, 23, 25
128:5, 5, 16, 18, 22
129:13 130:1 131:25
132:2, 19 133:10
134:3, 8, 9, 13, 14, 16,
19, 21, 24 135:1, 8, 14,
16 136:21 137:5
138:1, 5, 10 139:9
141:8, 15 142:19, 23
146:7 147:7 148:18,
25 149:3 150:13, 14,
16, 19, 24 151:11
152:13, 17 153:3, 4, 5,
16, 22 155:10 157:1
159:23 160:1, 8, 8, 13,
17, 22 161:12, 14
162:2, 8, 18, 25 163:2,
4, 13, 25 164:8, 11, 13,
17, 22, 24 165:8, 16,
23 166:6, 8, 10, 15, 17
167:6, 12 168:8, 10
169:7, 10, 16 170:18,
25 171:4, 9, 13, 19, 25
172:9, 13, 17 173:7, 8,
20 174:11, 18, 19
175:1, 19 176:3, 9
177:25 178:9, 16
179:20, 20, 25 180:7,
12 181:21 182:2, 21,
24 183:2, 20 184:1, 4,
12, 12, 14, 17, 20, 23
185:13 186:3, 3
187:22 188:9 190:18
191:8, 14 192:25
193:22 194:12, 19
195:1, 4, 8, 12, 25

196:8, 12, 13, 15
197:5, 6, 9, 15, 17
198:1, 5, 10, 12, 15, 17,
20  199:8, 20  200:13,
23  202:19, 19, 25
204:3, 25, 25  205:4, 8,
13, 21, 22  206:1, 14,
19, 22  208:4  209:3, 5,
19  210:1, 2, 5, 15, 22,
25  211:1, 1, 23  212:4,
6, 12, 17, 21, 25  213:8,
16, 24  214:5, 17
215:6, 6, 10, 12  216:1,
8, 11, 16, 16  217:13,
21, 23  218:2, 4, 14, 16,
20, 23  219:22  220:10,
24  221:2, 3, 14, 15, 17,
20, 21, 24, 25  222:3, 3,
11, 18, 23, 24  223:2, 4,
5, 9, 12, 15, 18, 19, 22
224:10, 10, 17, 19, 25
225:25  226:17  228:7,
11, 12, 24  229:4
231:9, 13, 15, 19, 20,
21, 24  232:2, 12, 15
233:3  235:3, 21, 22
236:4, 5, 9, 10, 12, 17,
18, 19, 20  237:3, 4, 6,
7, 14, 20, 23  238:2, 17,
17  239:6, 15, 17, 19,
20, 20  240:10, 10, 15,
16, 17  241:14  242:19
244:14  245:5, 23
246:4, 7, 10  247:8, 10
248:18  249:1, 5, 6
250:1  251:3, 12, 13
252:1, 5, 8, 13, 18
253:11, 20, 20, 21, 25
254:16, 20, 23  255:4
256:4, 20  257:6, 12,
14, 19, 21  258:3, 5, 9
259:9, 10, 17, 18, 20,
23  260:10, 10, 13, 18
261:4, 5, 15  262:20
263:1, 4, 25  265:6, 6,
8, 8, 13, 19
**Inc**  1:1, 1
**incarcerated**  244:10,
14

**incident**  49:9, 11
93:10
**inclined**  40:16  254:7
**include**  57:15  104:9
**included**  37:22  57:17
119:19
**includes**  197:23
**including**  120:12
218:2  234:2, 6
238:16  250:1
**Incorporated**  4:13
**incorrect**  27:1  87:8
216:4
**induced**  107:12
**infant**  177:10  188:23,
24  198:20, 25  200:4
201:12
**influence**  33:20  34:4
69:14  84:17  85:16
**informal**  119:6
**information**  67:23
71:15  72:10, 15  73:5
84:24  85:2, 4  88:2
152:25
**initial**  110:12
**initially**  124:14
**injured**  263:1
**injury**  194:19, 23
199:8, 20  263:5
**inside**  154:15  155:10
212:14, 16, 22  215:12,
14, 16, 17, 22, 22
216:3, 14  217:6, 24
261:9
**instance**  162:22
**Instead**  111:11
183:25
**instructed**  177:16
**instructions**  129:9
161:5  165:24  166:7
176:21  177:19
194:19  195:5  196:8
199:8, 19
**intend**  69:21
**intended**  8:23
**intending**  50:10
**intent**  62:19
**interact**  21:12  159:14
**interacted**  192:13

**interacting**  77:9
182:9  250:21
**interactions**  149:19
**interchangeably**
164:20
**interest**  249:5
**interested**  12:11
252:13  265:8
**interesting**  255:9
**interests**  11:16
**international**  194:8
**Internet**  22:15, 18, 20
168:11
**Interrogatories**  2:11
66:21  67:5, 16  84:15
95:22
**interrogatory**  68:13,
19  69:1  74:17  84:14
86:5  88:4  93:12, 16
**interrupt**  58:20  66:3
74:4  85:18  105:18
132:6, 12  193:9
**interrupting**  104:5
**Interstate**  34:25  35:1,
10, 12, 21, 22  36:7
86:12  88:15
**Interview**  2:13  16:4
142:21
**interviewed**  108:13
137:10, 17, 20  182:15
203:14
**interviews**  137:8
**into**  6:22  12:4  19:24
20:13, 15, 16  23:5
33:8  36:8  39:23
71:25  83:2, 15, 19
99:6  101:15  104:4
107:11  116:12
123:19  126:15
145:23  146:11
160:25  161:8  162:16
163:14  164:2  168:14
171:14  174:16  181:4,
16  207:25  215:21
219:12  228:20
246:17  253:2  255:22
**investigating**  49:12
142:22
**investigation**  181:15
**involve**  181:16

**involved**  61:15
253:20, 21  260:18
**involvement**  261:5
**is**  4:7, 8, 8, 10, 11, 12,
14, 17  5:15, 16, 17, 18
7:18  8:2, 8  9:2
10:10  13:10  16:25
19:1  21:5  22:3, 8, 9,
18, 20  23:6  24:3
25:16  26:19, 22, 25
27:4  29:6  37:14, 19,
20  38:19  40:3, 13, 14,
18  42:23  43:20
44:13, 22  45:15, 17
46:3, 5, 6, 7, 10, 21
47:18  48:17, 24
49:15  50:11  52:18
56:15  57:14  61:2, 10
62:13, 24  63:14, 23
64:1  65:7, 17, 21, 24
66:7, 9, 21  67:4, 4, 9,
16  68:3, 13, 16  69:4,
17  70:6, 20  71:12, 14
72:2, 9, 13  73:6, 7, 15,
16  76:11  78:12
79:14, 24  83:19
84:15, 17, 20  85:2, 3,
8, 10, 19, 23  86:2
87:14, 25  88:5, 14
89:10, 16  90:6, 21
91:21  92:3, 4, 7  93:6
96:7, 10  97:3, 6, 8, 21,
22  98:6, 10  100:17
102:1, 13, 16, 17
104:25  105:4, 23
106:1, 9  107:21
108:1, 19, 22, 23, 25
109:14, 18  110:2
111:3  112:3, 21
113:3, 23  114:6
115:8, 17, 18  117:21
118:12  119:8, 14
120:23  121:15
125:16  126:6  130:3
131:20  132:18  133:2,
11, 17  134:23  135:17,
17  136:8, 22  137:7, 7,
23  138:1, 3, 11  139:7,
8, 20  141:13, 13, 17
142:14, 18  143:1, 19

144:*3, 7, 13*  145:*8*
146:*3*  147:*4*  149:*14,
15*  150:*19*  151:*23*
152:*11, 17*  153:*4, 5*
155:*10*  156:*23*  160:*9*
161:*17*  164:*8, 25*
167:*15*  169:*21, 21, 21,
22*  170:*17*  171:*18*
172:*4, 6*  173:*7, 22*
175:*5*  177:*22*  178:*4,
8*  180:*3, 8, 12, 16*
181:*8, 10, 11*  182:*6*
183:*5, 15, 19*  184:*3,
21, 22*  185:*4, 13, 15,
19, 21, 24, 24*  186:*8,
10, 12, 12, 12, 16, 24*
189:*16, 16*  190:*8, 12*
191:*2, 6, 17, 21*  192:*1,
4, 7, 19*  193:*14, 18, 22,
25*  194:*7, 8*  195:*6*
197:*8, 21*  198:*12, 12,
16, 20*  199:*11*  200:*14,
19*  201:*24*  202:*1, 4,
15, 16, 22*  206:*23*
207:*17*  209:*15, 18, 19*
210:*5, 8, 15, 22, 24*
211:*1, 3, 10, 16*  212:*5,
21, 21, 25*  213:*3, 7, 13,
16, 20, 22, 22*  214:*1, 4,
7, 13, 17, 19, 20, 24*
215:*1, 2, 19*  216:*12*
217:*3, 5, 6, 9, 14, 19*
218:*1, 18, 20, 23*
219:*13, 15, 22*  220:*17,
17, 20, 23, 24*  221:*15*
223:*6, 14, 25*  225:*24*
229:*7, 11*  231:*2*
232:*12, 18, 22, 24*
236:*12*  237:*19, 20*
238:*2, 13, 18, 23, 25*
239:*5, 9, 10, 11*  240:*9,
25*  241:*8, 21*  242:*15,
16, 18*  244:*1*  246:*25*
248:*5, 25*  249:*4, 11*
251:*18, 19, 19*  252:*17*
253:*3, 9, 11, 20*  254:*2,
4, 19*  256:*23*  259:*10*
264:*3, 10, 10*
**isn't**  232:*8*

**issue**  55:*21*  104:*3*
106:*4*  108:*2, 4*
109:*24*  119:*21*
138:*25*  209:*9*  230:*2*
243:*20*  245:*16*
**issues**  107:*22*  119:*19,
20, 22*  120:*1, 2, 8, 8,
14*  122:*3*  124:*10, 11,
11*  258:*20*
**it**  6:*1, 2*  7:*4*  8:*7, 8,
21, 22*  11:*23*  12:*8, 12,
15*  15:*5*  16:*10*  18:*16,
17, 19*  21:*3, 7, 8, 9, 20*
22:*7, 22*  23:*20*  25:*15,
24*  27:*4*  29:*1, 17*
30:*25*  31:*12, 13, 18,
21*  32:*18, 19, 22, 24*
33:*15, 23*  34:*12*  35:*8,
11, 16*  36:*19, 20, 22,
24*  37:*12*  38:*10, 13*
40:*6*  41:*9, 17, 19, 25*
42:*16*  43:*3, 20, 25*
44:*10*  45:*5, 21*  46:*3,
5, 6, 20, 22*  47:*23, 24*
48:*1, 3, 4*  51:*10, 16,
20*  52:*7, 14*  53:*14, 22*
54:*6*  55:*1, 16, 16, 17,
18, 18*  57:*6*  58:*23*
59:*3, 6, 8, 11, 12, 16*
60:*8*  61:*2, 23*  63:*18,
21*  64:*1, 21, 22*  65:*11*
66:*23*  67:*24*  69:*5, 6,
7, 10, 23*  70:*5, 24*
71:*17*  72:*1, 14, 15*
73:*5, 5, 14, 18, 18, 19*
74:*2, 17*  76:*9, 12, 13,
14, 15, 18, 18, 19, 24*
78:*2*  79:*8, 14, 16, 17*
80:*7, 7, 7*  82:*4, 10, 12,
15*  83:*5, 6, 23*
84:*25*  85:*11*  86:*17*
88:*9*  89:*7*  90:*11*
91:*23*  92:*3, 4, 6*  93:*7,
17*  96:*3, 18*  97:*3, 19*
98:*1, 16, 18*  99:*14, 24*
100:*12*  101:*13, 14*
102:*11, 13, 14, 25*
104:*4, 4*  105:*4, 6*
106:*6, 16, 19*  107:*12*
108:*3, 23*  109:*8, 9, 13,*

23  110:*1, 17, 18, 19,
20*  111:*1, 2, 5, 6, 9, 13,
13, 20, 20, 21, 22, 23*
112:*5*  115:*8, 18, 24*
116:*20, 20*  117:*1, 10,
10, 11, 18, 23, 24*
118:*16*  119:*1, 7, 8, 20,
20*  120:*7, 7*  121:*2*
122:*11*  123:*4, 22*
124:*7, 9*  125:*13, 17*
126:*25*  127:*8, 24*
128:*4, 10, 13*  129:*3,
13, 14, 20*  130:*3, 6, 13,
14, 15, 16, 19, 19, 21,
22*  131:*19*  133:*11, 23*
135:*11, 18*  136:*8*
138:*10, 11, 21, 22*
139:*2, 4, 21, 21*
141:*21*  142:*24*  143:*1,
8*  145:*14*  146:*4, 13,
14, 17*  148:*18, 20*
150:*8, 9, 16, 19*  151:*8,
8*  152:*2, 4, 5, 20, 23,
24*  153:*5, 13, 15, 16,
17, 18*  154:*1, 6, 7, 7,
20*  155:*5*  156:*2, 5, 11,
12, 16, 17, 21*  157:*3, 4,
5, 5, 8*  158:*2, 3, 4, 4,
19*  159:*16*  162:*4, 5,
11*  163:*3, 7, 11*  166:*8,
8*  167:*3, 17*  168:*1, 18,
22*  169:*10, 12, 12, 15*
170:*3*  171:*18, 19, 22*
172:*16, 23*  173:*4*
174:*3, 4*  177:*15, 16*
178:*10*  179:*7, 23*
181:*20*  183:*8*  185:*2*
186:*10*  187:*2*  188:*15,
18, 19, 19, 20, 21, 22,
22, 23, 23*  189:*4, 8, 14*
190:*5*  192:*2, 23, 25*
193:*10, 10, 10*  194:*10,
12, 13, 22*  195:*11, 14,
17*  196:*13*  197:*14, 21,
22*  198:*1, 23, 24*
199:*4, 14, 15, 18, 18*
200:*3, 25*  201:*4, 20,
24*  203:*18*  204:*9, 20*
205:*25*  206:*8, 9*
207:*7*  208:*7*  209:*4, 5,*

7, 10, 18, 19, 19
210:*12, 20*  211:*1, 6, 7,
12, 15*  212:*3, 8, 8, 10,
14, 15*  213:*3, 3, 8, 22,
24*  215:*22*  216:*15, 16,
16, 19*  217:*8, 12, 18*
218:*8, 18, 25, 25*
220:*11, 15, 16, 21*
221:*15*  229:*14*
231:*10*  232:*10*  236:*8,
12*  237:*11*  238:*10, 19,
19, 22, 22, 23, 23, 24*
239:*3, 4, 5, 11, 11, 11,
19, 20, 22, 23*  240:*11,
12, 13*  241:*1, 17, 21,
21*  242:*22, 23*  243:*7,
16, 22*  244:*1, 18*
245:*20, 21*  246:*2*
247:*10*  250:*23*  251:*6*
252:*4, 7, 23*  253:*8*
254:*13*  255:*21*
257:*14, 14*  259:*10, 20*
260:*3, 10*  261:*9, 24,
24*  262:*21*  263:*3, 25*
265:*3*
**item**  210:*11*
**items**  238:*15*
**its**  46:*3, 3*  129:*9*
213:*2*
**it's**  5:*23, 23*  6:*8*
7:*15, 16, 21*  8:*9*  21:*6,
10*  24:*24*  25:*15*  26:*9*
40:*16, 16, 20*  54:*11*
63:*19*  70:*2*  71:*22*
83:*4*  84:*5, 23*  87:*24*
91:*20*  101:*21*  114:*14*
117:*6*  121:*1*  124:*24*
132:*25*  137:*15, 22*
143:*24, 24*  148:*21*
153:*21*  155:*25*
163:*22*  165:*20*  168:*8*
173:*3*  179:*4*  181:*14,
18*  189:*20*  193:*11, 13*
197:*12*  200:*24*
201:*22, 22*  202:*25*
206:*11*  209:*7, 11*
210:*21*  211:*17*  213:*1,
8*  218:*7, 19*  221:*15*
224:*5*  232:*9, 12*
237:*21, 24*  238:*3, 12*

239:*4* 252:*20* 253:*6*,
*19* 255:*9, 15* 258:*5, 5,*
*9* 263:*18*
**itself** 132:*7*
**IV** 100:*12*
**I've** 65:*12*

**< J >**
**J** 4:*13* 265:*14, 19*
**jail** 33:*12* 37:*9, 10*
89:*9, 13, 16, 19, 19, 20*
90:*13, 16, 17* 91:*2*
96:*3* 101:*18* 122:*22*
**Janelle** 133:*2*
**January** 68:*6* 88:*5, 8,*
*25* 90:*15, 19* 94:*21*
95:*7, 12* 120:*22*
121:*13, 21, 24* 122:*12*
123:*12, 14* 124:*21*
134:*2* 224:*15*
**Jeep** 83:*23*
**JEFFREY** 1:*1* 3:*5*
265:*16*
**Jerry** 81:*7, 17* 83:*15*
**job** 7:*16* 12:*15*
15:*22* 21:*19* 103:*21*
104:*2, 9* 165:*19*
**jobs** 15:*19*
**jog** 183:*5*
**joined** 104:*17* 180:*12*
**Jolly** 220:*2*
**Josh** 3:*25* 4:*7* 85:*19*
**judge** 90:*23*
**July** 19:*10* 22:*7*
**jumbled** 32:*18*
**jump** 6:*21*
**June** 19:*11* 20:*12*
29:*14* 38:*16, 17* 71:*5*
90:*5* 91:*6* 123:*15*
137:*19* 143:*2, 18*
144:*19* 146:*8* 152:*23*
153:*4* 161:*9, 9, 10*
162:*19* 190:*16* 205:*1*
206:*1* 239:*24* 241:*13*
**junior** 233:*7*
**jurisdiction** 68:*22*
**jurisdictions** 71:*16*
**jury** 160:*9*
**just** 5:*23* 6:*2, 20*
7:*25* 8:*9, 14* 9:*12*

12:*5, 10, 14, 24* 14:*11,*
*11* 15:*2, 13, 14* 16:*6,*
*13, 20, 22* 18:*15, 17*
19:*8, 16, 24* 21:*1*
22:*19, 20* 23:*3* 33:*20*
40:*11, 16, 20* 41:*7, 8*
42:*11* 43:*20* 44:*14*
54:*24* 58:*19, 21, 22*
60:*15* 65:*22, 25, 25*
66:*3, 3* 67:*14, 20*
71:*3, 18, 25* 73:*17, 25*
76:*15* 78:*2, 13* 79:*7*
81:*11, 13* 82:*8* 83:*21*
84:*7, 16* 85:*19* 87:*15*
91:*15* 92:*18* 93:*13,*
*19* 96:*8, 8, 10, 17, 20,*
*21, 21* 97:*2, 2, 3, 3, 5,*
*17, 20* 98:*4, 5* 99:*3, 5,*
*11, 11* 100:*20* 101:*11,*
*13, 22* 102:*6, 9, 11, 12,*
*18* 104:*17, 21* 107:*25*
108:*5* 109:*12, 14*
111:*1, 3, 10, 12* 113:*3,*
*5, 14* 115:*8, 12* 117:*6*
119:*1* 120:*19* 121:*1*
128:*7* 130:*24* 132:*4,*
*5, 21* 133:*16* 136:*4*
137:*16* 140:*21*
142:*10* 144:*18* 148:*3,*
*13, 17* 149:*6, 22*
150:*22* 151:*9, 13, 19*
152:*19, 20, 20* 153:*2,*
*21, 24* 157:*11, 12*
159:*10, 16* 160:*8*
163:*7, 19, 19, 19*
167:*20* 171:*16*
172:*20* 173:*16*
174:*15* 175:*7, 8, 14,*
*15, 25* 177:*8* 178:*23*
179:*5* 181:*4* 182:*16,*
*24* 183:*7, 12* 184:*8,*
*17, 25* 186:*2, 11*
187:*12, 13* 188:*19*
189:*10* 190:*18*
192:*16* 193:*22* 195:*1,*
*14* 196:*24* 201:*21, 23*
202:*6, 8* 206:*9*
207:*16, 16, 19* 208:*9*
211:*10, 15, 17, 20*
214:*12, 18* 216:*12, 19*

219:*21* 220:*14, 16, 22,*
*24* 222:*15, 24* 224:*5*
229:*2, 2, 3, 4, 20*
232:*5, 9, 13* 235:*2*
236:*1* 241:*3, 3, 25*
242:*2, 4, 14* 252:*8,*
*20* 253:*6, 7* 254:*4, 12,*
*21* 256:*15, 24* 257:*12*
258:*4* 260:*3* 261:*23*
262:*16, 17*
**justice** 40:*19*
**juvenile** 31:*13* 32:*3*
47:*13* 73:*15*

**< K >**
**Kate** 125:*6, 7* 247:*5*
**Kathleen** 1:*1* 4:*12, 23*
**Katie** 13:*7, 9, 15, 25*
14:*3, 20* 15:*9, 25*
17:*15, 17, 22* 18:*5, 11,*
*20* 19:*8, 19* 20:*1, 15*
21:*24* 22:*2* 23:*8, 10*
24:*20* 27:*7* 30:*7*
48:*16, 20* 50:*8, 9, 9*
74:*9* 86:*22* 87:*4*
89:*1, 5* 102:*20* 103:*1,*
*3, 19* 104:*17* 105:*7*
106:*7* 107:*3, 10*
110:*6, 6, 8* 114:*8, 21*
115:*24* 116:*11, 23*
118:*14, 19, 22* 119:*3,*
*5, 15* 120:*9* 121:*15,*
*25* 123:*6* 124:*2, 4, 11,*
*22* 125:*15, 19* 127:*15*
128:*2, 19* 134:*5, 7, 17,*
*22* 146:*22* 147:*9, 17*
152:*11* 157:*19, 22*
158:*7, 11* 168:*14, 22*
169:*3* 171:*6, 11*
173:*9* 174:*23* 175:*7,*
*8, 15, 20* 176:*13, 16,*
*17* 178:*6, 16* 179:*17,*
*20* 180:*6* 189:*11*
205:*16* 216:*12* 222:*2,*
*10* 223:*9, 12, 21, 24*
224:*2, 10, 23* 225:*10,*
*15, 22* 226:*6* 246:*14,*
*18, 24* 248:*15* 262:*6*
**Katie's** 15:*16* 24:*22*
26:*25* 104:*19* 117:*9*

118:*11* 120:*2* 122:*6*
125:*11, 24* 127:*8, 23*
128:*25* 129:*2* 147:*16*
152:*7* 157:*12* 246:*22*
**keep** 9:*3* 70:*2* 72:*1*
76:*3, 12, 18* 117:*25*
158:*18* 163:*13* 169:*1*
177:*9* 190:*5* 196:*21,*
*25* 200:*25* 212:*11*
238:*24*
**keeping** 170:*10*
254:*22*
**Kelvins** 252:*11*
**kept** 177:*20* 212:*14*
220:*9*
**Kevin** 133:*1*
**kid** 104:*10*
**kind** 6:*2* 7:*25* 15:*2*
18:*1, 14* 23:*17* 24:*24*
25:*5, 15, 15* 28:*4*
58:*2* 70:*2, 15* 84:*2*
110:*21* 111:*6, 9*
113:*21* 115:*25* 117:*1,*
*1* 119:*4, 21, 22* 131:*7*
139:*23* 143:*24*
149:*20* 151:*9, 10, 13,*
*13, 19* 157:*7* 158:*19,*
*21* 159:*7, 21* 160:*21*
161:*23* 171:*16*
173:*16* 174:*19* 175:*8*
179:*5* 180:*18* 182:*8*
183:*5* 186:*2, 7*
189:*12* 197:*1* 200:*9*
211:*20* 214:*8, 24*
218:*19* 219:*20* 221:*9*
229:*14, 16* 232:*8, 20,*
*22* 234:*24* 237:*14, 19*
254:*4, 6, 8, 21* 255:*15*
**kitchen** 176:*25, 25*
**knee** 200:*14* 235:*3, 8,*
*18* 236:*3, 14* 237:*15*
**knees** 49:*13* 51:*20*
199:*1* 200:*5, 8, 12, 12*
201:*13, 20, 21* 202:*2,*
*16, 18* 231:*13, 16, 21*
232:*4, 5* 236:*18*
237:*16* 258:*18*
**knew** 60:*19* 76:*23*
81:*4* 145:*18* 177:*12*
189:*4* 192:*13* 195:*17*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 97 of 132    Page: 28
Courkamp, Kathleen vs. Fisher-Price, Inc.

200:*18*  204:*24*  205:*5*,
*10*  206:*2*, *15*  223:*18*
241:*11*  243:*9*, *9*
245:*17*, *20*  262:*18*
263:*9*

**know**  5:*22*  6:*14*, *16*,
*19*  7:*13*  8:*8*, *11*
10:*23*  14:*20*  15:*16*
16:*22*  18:*6*, *14*, *15*, *16*
20:*9*  21:*6*, *11*  22:*5*,
*21*  23:*2*, *13*  25:*2*, *11*,
*13*  26:*9*, *11*  27:*24*
28:*2*  34:*20*, *24*  35:*7*,
*10*, *11*  38:*8*, *17*  40:*2*
41:*4*  42:*2*, *20*  43:*7*
44:*19*  47:*11*  50:*13*
54:*4*  58:*2*, *14*  59:*5*,
*10*, *15*  61:*25*  64:*7*, *19*
67:*11*, *20*, *20*  71:*22*
78:*12*  80:*7*  82:*3*
84:*2*, *18*  89:*14*  90:*4*
93:*5*  98:*25*  101:*20*,
*21*  104:*9*  105:*3*
106:*12*  107:*24*
108:*11*, *12*, *21*, *24*
109:*2*, *3*, *11*, *21*
110:*24*  111:*18*, *19*
112:*8*  114:*8*, *14*
115:*7*, *9*  117:*10*, *11*
119:*11*  120:*5*, *14*
124:*20*  127:*4*  129:*14*
130:*6*, *7*, *7*, *8*  132:*11*,
*21*  133:*16*, *22*  134:*2*
135:*6*  139:*6*  143:*12*,
*21*  144:*12*, *17*  145:*8*
146:*9*, *15*, *19*  147:*9*,
*25*  148:*20*, *24*  151:*11*,
*23*  152:*10*  153:*3*, *21*
154:*3*, *7*, *8*  155:*9*, *14*
156:*16*  157:*1*, *14*, *16*,
*18*  158:*20*, *21*  159:*2*,
*8*  160:*3*, *14*  161:*22*
162:*4*, *10*  163:*12*, *20*
165:*13*, *18*, *23*  166:*13*
167:*24*  168:*6*, *8*, *9*, *25*
169:*6*, *20*, *25*  170:*1*, *4*,
*6*, *16*, *16*, *20*  172:*25*
173:*13*, *17*  174:*4*, *10*,
*15*, *16*  175:*18*, *20*
176:*3*  177:*20*  178:*8*

179:*4*, *22*  180:*20*
181:*8*, *12*, *25*  182:*6*
184:*22*  186:*24*  187:*4*,
*17*  189:*8*  194:*8*
200:*13*  202:*24*  204:*8*,
*20*  205:*19*, *20*  206:*19*
209:*4*, *12*, *19*  211:*10*
217:*9*, *18*  219:*11*
229:*13*  231:*10*
232:*11*, *18*  233:*1*, *1*
236:*3*  238:*24*  239:*12*,
*14*  241:*13*  242:*16*
243:*17*  246:*23*
247:*11*  248:*11*, *22*, *25*
249:*8*  252:*10*  253:*18*,
*18*  255:*13*  256:*2*, *10*
257:*7*  258:*9*

**knowing**  109:*22*
**knowledge**  73:*10*, *13*
74:*21*  109:*20*  122:*2*
124:*4*  165:*12*  239:*9*
**known**  230:*15*  231:*2*
244:*17*  265:*3*
**knows**  160:*8*  181:*18*
**Kristin**  3:*13*  4:*22*
65:*24*  93:*6*  132:*8*
155:*4*  189:*25*  208:*16*
219:*13*  256:*17*
**kschriner@goldbergan
dosborne.com**  3:*14*

**< L >**
**LA**  3:*3*
**label**  130:*20*  170:*9*
191:*23*  192:*1*, *4*, *19*,
*19*, *21*  193:*21*  197:*20*
206:*11*  239:*5*  240:*18*
262:*20*
**labeling**  132:*1*
**labels**  129:*17*  130:*2*,
*3*  150:*1*, *7*  161:*6*
167:*16*  170:*9*  192:*12*
193:*4*  202:*11*  240:*18*
**Labor**  104:*24*  105:*3*
107:*11*, *12*
**lack**  120:*3*, *4*
**laid**  176:*22*
**Lake**  254:*19*, *20*, *20*
**landed**  15:*3*

**large**  122:*8*  168:*19*
182:*1*
**larger**  197:*3*
**last**  27:*25*  40:*24*
53:*14*, *16*  54:*21*
59:*10*  67:*23*  81:*8*
84:*21*  98:*8*  100:*5*
119:*11*  151:*17*  181:*8*
189:*25*  217:*13*  226:*8*
236:*7*  260:*1*, *3*
**late**  18:*2*  152:*2*, *4*
157:*9*  158:*8*, *19*, *22*
159:*16*
**later**  80:*8*  89:*15*, *21*
108:*6*  157:*5*
**law**  22:*21*  248:*2*, *6*,
*16*  253:*22*
**lawsuit**  9:*14*  190:*19*
241:*15*  245:*23*  246:*4*,
*7*, *10*  248:*23*  249:*6*, *15*
**lawsuits**  245:*24*
**lawyer**  40:*4*  67:*13*,
*13*, *17*, *20*  69:*4*
131:*18*  246:*15*, *23*
247:*4*
**lawyers**  67:*17*  188:*9*,
*11*  248:*20*  249:*14*, *19*
**lawyer's**  67:*5*
**lay**  6:*2*  117:*2*  252:*19*
**layer**  110:*21*  111:*5*,
*15*, *16*  116:*20*  118:*3*
**layered**  113:*12*
**layering**  112:*25*
115:*6*  116:*5*, *25*
**layers**  111:*1*, *17*, *25*
117:*15*
**laying**  163:*8*
**leading**  107:*1*  168:*8*
**leaf**  213:*9*
**learn**  7:*17*, *19*  97:*7*
261:*3*
**learned**  17:*14*, *17*
18:*11*  50:*18*  177:*13*
**lease**  16:*16*  123:*17*
152:*22*
**least**  43:*12*  47:*20*
51:*4*  54:*17*  115:*11*
135:*12*  148:*12*
168:*10*  203:*25*  213:*1*

256:*8*  263:*9*
**leave**  202:*25*  205:*25*
**leaving**  187:*19*
**led**  92:*8*  119:*15*
**left**  80:*10*  118:*10*
152:*3*  162:*22*  182:*18*
186:*16*  209:*14*  213:*2*,
*8*, *14*  229:*19*
**left-hand**  212:*17*
**leg**  166:*4*  235:*2*, *8*
**legal**  9:*18*  106:*22*
249:*4*  253:*21*
**legs**  7:*25*  143:*6*, *23*
**leotard**  232:*20*
**less**  54:*13*, *13*, *14*, *14*,
*15*  156:*7*
**lesser**  37:*22*
**let**  8:*14*  21:*7*  41:*8*
59:*1*, *14*  90:*11*  95:*10*
144:*17*  172:*20*
191:*22*  192:*9*  207:*13*
213:*25*  233:*18*
235:*25*  244:*1*  248:*10*
256:*19*, *21*  258:*6*
**let's**  31:*6*  65:*2*, *11*
73:*14*  85:*22*  94:*1*
138:*22*  139:*2*  146:*23*
148:*22*  150:*22*
186:*18*  190:*4*  192:*8*
193:*12*  195:*7*  216:*24*
217:*12*  219:*8*  241:*2*
264:*6*
**letters**  194:*12*, *13*
195:*8*  198:*24*
**letting**  157:*17*  205:*8*
**level**  263:*7*
**license**  85:*9*, *12*  88:*10*
**lieu**  46:*16*
**life**  14:*12*  16:*23*
42:*14*, *20*  43:*3*  75:*15*
97:*7*, *12*  101:*11*
104:*4*  120:*12*  155:*10*
226:*17*, *23*  249:*2*
**lifestyle**  42:*14*
**lifetime**  10:*13*  57:*24*
**light**  25:*9*
**lighter**  221:*20*
**lights**  99:*17*  238:*20*
**like**  6:*8*  7:*2*  8:*2*
12:*16*  21:*10*  24:*25*

25:2, 5, 11, 15  30:4
33:21  37:24  46:5
47:15  49:6  61:14
69:23  70:5, 18  77:8
82:7  84:5  86:17
93:7  96:18  97:19, 21
99:15, 16, 16, 20
101:14, 15, 20  102:8
110:19  111:5, 6, 14,
20, 21  113:10, 12
115:14  117:14, 17, 20,
23, 25  118:2, 3
119:17, 19, 25  123:13,
22  124:7, 9, 24
125:12, 20, 20  130:11,
15  143:24  145:16, 22
146:25  147:13, 15
149:16  150:16  152:4,
5, 6  153:4, 4  154:12
156:1, 5, 6, 11, 12, 13
158:9  160:2, 3  161:6
163:8  166:4, 6, 6, 9
168:18, 18  169:20
170:23  171:6, 7
172:16  173:6, 6, 10
174:5  182:7  186:7, 8
189:22  200:13, 15
201:3  202:6  209:7
210:22  211:21  212:8
213:1, 3, 4  220:1, 15
221:13, 15  222:16
226:17  227:2, 5
231:3  232:11, 12, 15,
20, 24  238:1  240:16
251:24  252:2, 20
261:23  262:5, 6
263:16
**liked**  16:10, 15
**likely**  100:1  126:25
**likewise**  6:21  197:11
**limit**  35:9  259:5
**line**  24:9  38:7  58:21
139:25  140:9  194:16
**lined**  15:19
**lines**  129:8
**linked**  89:14  95:8
**liquor**  98:23
**list**  229:14  233:19
241:7

**listed**  85:3  258:20,
22, 24
**listening**  177:18
**liter**  209:8, 15
**little**  8:22  21:24
38:7, 19  39:16  44:20
47:20  54:13  69:24
76:9  88:8, 19  97:24
99:6  106:4  108:14
113:14  114:12
130:24  140:2  143:23
146:15, 16  147:17
150:23  153:14, 23
157:13  158:22
159:22  160:2  161:25
172:13  173:16, 20
177:8  185:19  189:21
190:17  191:16
209:10  214:17  225:1
229:3  237:12  253:8
256:21  264:1
**live**  9:24  16:12
21:11  22:2  103:4
**lived**  13:7  24:16
155:10  224:17
**lives**  28:2
**living**  11:1, 2  16:21,
21  19:23  21:4  23:11,
23  24:2, 5, 8  28:6
48:21  60:5  75:22
86:22, 24  87:1, 16
89:1  103:6, 8, 20
104:18  107:14  110:5
120:23  121:8, 10, 14
134:2  159:3  173:20
223:22
**LLC**  1:1  265:21
**Lloyd**  3:21  5:1
66:10, 16, 18, 22
131:6, 9  137:5  183:9
184:6  190:20  196:18
207:12, 15, 23  208:2,
5, 14, 16  218:4, 6
219:5, 10  221:7
238:6  242:2, 8
**lloyda@gtlaw.com**
3:23
**LLP**  3:10, 17, 21
**load**  17:11, 12  153:14

**loaded**  173:2
**locate**  218:4
**located**  199:14  217:5
**location**  15:23  23:18
**log**  238:17  239:19, 20
**logo**  213:9  238:25
**long**  9:24  12:23
19:3  28:16  29:8
50:17  54:21  70:1
84:6  90:9  145:16
155:22  156:3  164:24
165:7  166:17  173:12,
19, 24  178:10  195:25
227:8  233:3  251:11
258:10  263:18
**longer**  10:15  142:8
187:16
**long-term**  30:12
102:20
**look**  7:5  66:11, 14
67:23  71:3  72:14
73:4, 14, 17  84:13, 20
85:1  91:17, 18  95:21
99:2  100:21  129:8
131:5, 11  133:22, 25
135:16  162:1  170:21
181:9, 10, 11, 13
185:1  191:15  192:9
195:7, 7  197:2, 4, 20
198:24  211:3  212:17
213:16  214:12, 18, 23
219:8, 20, 25  220:5,
12  221:6, 14  237:18,
21, 23  241:2
**looked**  117:17  130:2,
19  141:9  149:11
168:3  201:25  206:19
**looking**  16:13  46:22
72:13  79:15  84:13
113:13  125:21
129:17  130:19  132:2
136:3  139:25  157:14
192:17  202:23  209:2,
7  210:21  214:25
218:10  220:23  239:4,
4  259:22  261:24
**looks**  69:23  70:5
92:4  186:7  209:7
210:20  212:8  213:1,

3, 3  220:1, 15  221:15
238:3
**loss**  5:20  231:3
**lost**  22:16  262:3
**lot**  6:8  25:13  78:3
84:3  96:3  104:1
117:18  124:9  131:23
140:11, 25  144:16
153:3  168:13  182:16
235:2  255:14, 14
**Lou**  230:12
**Louisiana**  3:18
**loved**  11:23
**Lovett**  3:17  4:21, 25,
25  5:12, 15  22:17
23:1  25:10, 22  41:6
43:2  45:4  48:1
52:16  54:16  56:14
58:24  59:1  61:24
63:3, 20  65:2, 7, 11
66:6, 24  67:3  71:11,
13, 22  72:2, 7, 9
74:23  75:5  80:14, 18
81:25  86:3  87:6, 10,
22, 24  89:10  90:2
91:25  92:2, 25  93:3,
16, 22  96:11  98:7
101:4, 19  104:8
105:6, 21  106:2
110:4  121:1, 19
127:3, 14  131:9, 11,
16  132:8, 16, 20
136:17, 21  137:2, 15
138:14, 20  139:2, 6,
15  140:21  141:22
142:1, 7, 12, 19
143:17  144:6, 23
145:15, 18  150:15
154:3, 9, 20  155:3, 8,
16  161:19, 22  162:18
163:10  164:6  165:4,
12  166:22  167:2
171:2  183:9, 12
184:7, 11, 25  185:7,
10, 11  188:16  189:3,
18, 24  190:13, 20
191:7  193:19  196:6,
18, 20, 24  199:3, 6, 13
201:18, 23  202:8
203:11  204:6, 20

205:20  206:18
207:12, 16, 24  208:3,
6, 15, 19, 23  215:11
216:7  218:4, 7, 13
219:3, 7, 8, 11, 15, 18,
19  223:17  224:9
225:19  229:1, 12
238:6, 11  241:2, 20,
24  242:4, 11  243:13,
18  246:20  247:17, 24
248:6  250:19  251:3
256:13, 17, 23  257:1,
20  259:14, 19, 25
260:3, 14, 22  261:2
262:3, 8, 15, 24
263:18, 23
**Lovett.5**  2:3
**lovettm@gtlaw.com**
3:19
**lower**  170:19
**LSD**  58:8, 12, 16
59:2, 15
**luckily**  160:2, 6
**lunch**  142:8  189:21
190:9
**lunchbreak**  8:11
**lunchtime**  8:9
**Lydia**  20:22, 23  22:3
23:6  24:2, 12, 15
25:17  26:1, 6  27:8,
10, 24
**Lydia's**  27:24

**< M >**
**made**  62:16  63:13
68:24  71:4  98:2
111:17  112:4, 23
113:5  119:12  149:15
163:11  166:22
202:15  205:3  231:8
246:25  248:13
**main**  125:12, 13
**mainly**  151:8  252:15
254:13
**maintain**  144:12
**major**  251:18
**majors**  251:19
**make**  6:23  8:21, 22
21:15  40:17  45:17
46:6  53:22  65:11

66:1  67:10  70:13
92:18  93:14, 19  97:2,
21  107:25  108:5
111:9  112:21  119:4
122:21  130:13  132:6,
13  146:13, 14, 17
157:18  166:14
167:10  191:18
192:16  193:5  199:24
202:11  203:1  204:2
208:19  213:20
217:11  218:8  229:21
246:12  248:10
**makes**  44:12  104:6
110:21, 24  115:15
**making**  8:24  20:3, 7
29:4  82:21  91:15
102:14  109:14  129:7,
13  130:20, 21  150:8
159:22  169:13  170:5,
12  185:8  203:2
257:14
**male**  179:23  235:5
**maneuver**  196:2
**maneuvering**  235:7
**manner**  242:18, 25
**manuals**  150:2, 6
168:2, 4  169:17
**manufactured**  245:17
**many**  55:15  58:12,
14  64:4, 19
**marathon**  7:21
**March**  45:21  52:21,
23, 25  53:1, 17  56:18
57:6, 6, 7  61:18  62:7
64:17
**marching**  11:19, 24
233:16
**MARICOPA**  265:2
**marijuana**  30:24
31:2, 3  41:23  42:3,
15, 19  47:12, 13, 15,
19  48:7, 10, 12, 13, 16,
19, 21  49:3, 3, 5, 13,
16, 18, 25  50:11, 25
51:6, 8, 12, 13  52:1,
11, 12, 15, 18, 24  53:3,
5  55:22  56:10, 13, 15,
23  57:13, 24  60:2, 4
63:6  69:12  71:7

73:6, 23  74:11, 13
75:5, 10, 16, 17, 20, 23
76:1, 6, 7, 12, 21, 22,
25  77:7, 11, 18, 25
78:6  79:1, 4  80:5, 11,
15, 19, 23, 24  81:1, 15,
22, 23  82:23  92:20,
22  94:2, 6, 9, 12
106:13, 15, 23  207:5
209:6, 16, 19, 20, 23
210:17  211:11, 15
212:11, 19  213:4, 10
214:1, 4, 4, 10, 15, 21
215:3, 6, 25  216:2, 3,
7  218:2  221:20
226:9, 21  234:10, 15,
21  236:16  238:17, 24
239:1  240:2, 10
**mark**  66:22  184:8
219:10
**marked**  67:1, 4
131:12, 14  137:13
184:9  190:24  196:22
208:21  221:25  238:8
242:9
**marker**  213:3
**marketplace**  105:17
106:8
**marking**  184:6
**married**  10:12, 14, 15
20:19, 24  26:7, 8, 22
30:7, 8, 12
**marries**  252:25
**Mary-Olga**  3:17  4:25
5:15
**mask**  25:17  65:12
71:23
**masked**  65:13
**master's**  255:25
**match**  115:14
**matches**  130:13
170:22
**material**  111:19, 21
116:20
**materials**  149:25
**math**  15:15  50:5
251:19  253:5, 24
**Mattel**  1:1  5:2
248:23  249:8, 12, 20
250:3, 11

**matter**  5:19  7:14
43:20  82:15  256:4
**mattress**  118:7  198:2
**may**  7:14  19:9
27:11  36:21  38:6, 7,
13  52:22  58:24  64:7
66:18  67:20  70:17
75:19  84:10  87:11
91:20  102:11, 15, 17
115:8  143:9  151:5
159:2  171:15  183:5
188:3  208:8  213:24
217:17, 18  223:13
229:15  244:2  246:18
**maybe**  6:11  8:13
21:7  63:19  78:3
146:15  148:3  157:9
173:6, 7, 16  176:3
237:20  240:17
**me**  5:16  6:1  8:15,
22  11:1, 18, 23  16:8,
20  17:14  20:8, 10, 13
21:3, 8  22:23  23:4
27:11  30:19  32:13,
21  35:3  38:1, 8, 15,
25  39:15  40:5  41:8
52:15  53:25  54:1, 24
57:2, 16  58:6, 15
59:1, 14  65:24, 24
66:16  68:11, 13
74:18  75:9  79:8
80:11  81:14, 14  82:9
83:5  86:4, 8, 9, 19
87:7  88:7  90:11
91:17  92:12, 19
95:10  96:10  102:6
106:7  117:18  119:12
120:3, 5, 6, 16  123:3,
9  124:8  130:25
132:2  137:6  138:7,
13  139:17  140:2
144:18  147:10
148:21  149:6  155:4
161:16  169:11  175:9
176:23  177:16
178:20, 21  185:13
187:6  189:12  191:22
192:9, 16  194:16
200:16, 25  207:13
208:6  209:2, 25

210:*21*  211:*13, 22*
213:*25*  215:*9, 14*
220:*12*  222:*11*  224:*2*
227:*24*  228:*10*  229:*4*
233:*18*  235:*25*
236:*18*  237:*21*
239:*21, 21*  241:*25*
244:*1*  246:*14*  247:*4,
13, 23*  248:*7, 10*
250:*15, 19, 21, 22*
252:*24*  253:*8*  256:*19,
21, 25*  262:*19*  264:*5*
265:*3, 4, 6*
**mean**  6:*16*  17:*16*
31:*11*  33:*24*  39:*10*
41:*6, 7, 7*  42:*12*  43:*1*
50:*20*  56:*8*  58:*1*
70:*8*  76:*17*  78:*25*
91:*3*  100:*23*  101:*14,
21*  105:*14*  107:*20*
111:*20*  112:*17, 23*
113:*4, 5, 18*  119:*1, 13,
25*  121:*9, 21*  122:*12,
13*  123:*9, 13*  137:*1, 2*
139:*18*  140:*3, 11, 25*
143:*20*  144:*10*
146:*13*  147:*25*  150:*6*
156:*16*  157:*3, 11*
160:*7, 10*  168:*18*
169:*19*  174:*3*  175:*7*
186:*24*  187:*12*
188:*16*  201:*21*
226:*23, 24*  261:*22*
263:*15, 18*
**Meaning**  56:*9*
**means**  40:*7*  43:*8*
200:*20*  211:*14*
263:*23*
**meant**  7:*21*  42:*11*
102:*25*  113:*20*  176:*1*
200:*18*  202:*5*
**measurements**  185:*12*
**mechanical**  25:*5*
**mechanically**  254:*7*
**mechanics**  252:*22*
**medic**  179:*14*
**medical**  48:*6, 10, 12,
13, 15, 19, 21*  49:*12,
16, 17, 25*  50:*11, 24*
51:*6, 10, 13*  52:*7*

76:*21*  80:*19*  106:*12,
15*  108:*24*  132:*11*
181:*17*  182:*3, 20*
183:*7*  184:*19*  185:*3*
189:*9*  207:*4*  209:*23*
210:*17*  211:*6, 7, 15*
212:*11*  213:*4, 10*
214:*1, 3, 4, 10, 14, 21*
215:*3*  226:*21*  227:*19*
233:*22*  234:*10, 15, 21*
236:*16*  238:*23*  239:*1*
241:*6, 6, 16*  242:*16,
19*  243:*6*  254:*1*
**medications**  9:*7, 9*
58:*3*  226:*22*
**medics**  178:*18*
**meet**  13:*16*  77:*17, 20,
21, 23, 24*  256:*13*
**meetings**  46:*11*  53:*11,
12, 18*  54:*15*  55:*4*
**members**  254:*1*
**memory**  110:*1*  111:*2*
145:*9*  161:*7*  162:*21*
164:*10*  171:*16*  183:*5*
184:*23*  259:*11, 13*
**mental**  226:*12, 15*
**mention**  260:*16*
**mentioned**  108:*18*
128:*21*
**Mesa**  29:*2, 6, 8, 9*
123:*18*  152:*17*
**mess**  40:*17*
**message**  22:*18, 19*
**met**  13:*9, 15, 19*
21:*24*  78:*1*
**Mexico**  9:*21*
**mic**  161:*24*  256:*22*
**mid-2013**  24:*15*
**middle**  50:*22*  213:*16*
238:*2*  251:*13*
**midnight**  158:*3, 4*
**might**  7:*2*  8:*21, 22*
54:*5, 5, 8*  61:*14*
80:*25*  88:*19*  96:*6*
99:*24*  126:*7*  138:*4*
145:*7*  146:*10*  155:*1*
156:*25*  174:*18*  188:*7*
218:*8*  219:*20*  244:*19*
247:*13*  249:*18*  250:*6*
**miles**  22:*10*  35:*13*

**milestones**  121:*2*
202:*12*  204:*1*  263:*11*
**mind**  181:*25*  188:*5*
192:*16*  244:*18, 22*
255:*12*
**mine**  81:*4*  232:*19*
**minor**  37:*24*
**minute**  8:*1*  102:*19*
142:*6*  156:*2*  179:*10*
207:*19*  248:*18*
**minutes**  8:*13*  49:*10*
65:*4, 10, 12*  156:*6*
173:*3, 5*  229:*5*
**miscommunication**
70:*5*
**misdemeanor**  68:*18,
20*  99:*4*
**misheard**  102:*24*
155:*1*
**miss**  229:*21*
**missing**  77:*21*
**misspoke**  145:*13*
**mistake**  44:*11*  96:*5*
98:*3*  132:*17*
**mistaken**  69:*24*
96:*12, 16*  141:*7*
145:*13*
**mix**  93:*7*  96:*1*
**mixed**  36:*21*  88:*19,
20*  96:*6*
**mixing**  92:*11*
**Mo**  5:*16*  22:*16*
58:*19*  65:*22, 23, 24*
92:*24*  132:*4, 10*
154:*23*  189:*14*
219:*10*  256:*15*
262:*11*
**model**  171:*18*
**mom**  10:*18*  33:*16*
83:*5, 8, 22*  89:*23*
91:*9*  109:*4, 6, 20*
128:*10*  138:*7*  180:*16,
22*  222:*11, 22*  223:*5,
8*  225:*13*  240:*6*
244:*3*  254:*2*
**moment**  162:*6*  178:*9*
182:*1*  221:*7*  264:*8*
**moms**  119:*25*
**mom's**  20:*2*  110:*1*

**money**  153:*15*
**monitor**  107:*25*
**monkey**  171:*18*
183:*17*
**month**  10:*23*  14:*17*
22:*6*  89:*15*  111:*12*
**months**  13:*20*  18:*2*
19:*5, 6, 13*  37:*9*  38:*3*
62:*11*  87:*13, 15*
89:*16*  90:*7*  95:*2*
100:*13*  101:*13*  102:*6,
7, 8*  116:*19*  118:*17*
127:*2, 3, 16*  133:*24*
134:*10*  140:*4, 7*
146:*10*  224:*16, 17*
**more**  10:*5*  49:*6*  59:*8*
71:*25*  78:*9*  92:*13*
100:*16*  101:*2*  112:*11*
113:*14*  118:*8*  122:*19*
138:*4*  141:*13*  146:*16*
169:*5*  189:*11*  190:*1,
18*  204:*18*  208:*9*
210:*10*  220:*6*  226:*25,
25*  229:*3*  231:*17*
251:*16*  252:*20*  253:*3,
8*  254:*4*  255:*14*
**morning**  4:*25*  5:*13,
14*  8:*21*  17:*3*  35:*16*
39:*3*  84:*25*  91:*1*
114:*5, 6*  146:*21*
154:*14*  157:*4*  162:*18*
164:*13*  171:*25*
174:*11, 18*  175:*19*
205:*1, 17*  206:*1*
**mornings**  17:*1*
**Most**  5:*15*  25:*17*
100:*1*  119:*25*  126:*25*
155:*15*  160:*13*
168:*18*  171:*5*  172:*4,
6*
**mother**  109:*13*
**mother's**  244:*10*
**motor**  44:*1, 10*  45:*6*
228:*7*
**Mountain**  11:*10*
49:*14*  50:*14, 14, 20*
79:*13, 17, 18, 25*  80:*4,
11*  106:*14*  254:*13*
**mountains**  79:*12*
**mouth**  124:*8*

**move** 10:*1* 11:*7*
14:*8, 10, 11, 18, 25, 25*
18:*25* 20:*13, 15, 16*
23:*4, 5, 8* 51:*22* 78:*4*
85:*4* 115:*25* 117:*5*
118:*8, 14, 22* 121:*20*
123:*12, 18* 126:*15*
132:*25* 148:*11*
163:*21, 22* 190:*17*
193:*6* 206:*18*

**moved** 10:*7* 13:*8*
15:*20* 16:*11, 17* 18:*5,*
*7, 9, 15* 19:*9, 9, 11, 11,*
*18, 22, 24* 21:*21, 22,*
*25* 22:*6, 15* 24:*1*
26:*21* 27:*7* 48:*13, 16,*
*18* 50:*9, 15* 74:*5, 9*
78:*25* 89:*5, 8* 104:*17*
106:*21* 107:*15*
116:*11* 117:*4* 118:*19,*
*19, 24, 25* 119:*3*
121:*17, 25* 122:*15, 16*
123:*6, 13, 19, 20*
124:*2, 12, 14, 14, 22*
126:*24* 127:*1* 128:*2,*
*19* 133:*15* 134:*17, 22*
148:*10* 159:*23*
183:*21* 223:*3, 6, 12*
224:*9, 14, 18* 225:*1,*
*13, 19, 25* 228:*13*

**movement** 160:*3*
235:*2* 236:*2*

**moving** 48:*9* 104:*1*
110:*25* 117:*7* 123:*10*
148:*8* 158:*18* 159:*22*
172:*13* 190:*3* 236:*4*

**Mr** 2:*3* 5:*13* 6:*17*
22:*23* 66:*10, 10, 16,*
*18, 20, 22, 23* 67:*3*
71:*14* 81:*13* 84:*20*
86:*3* 87:*24* 97:*6*
98:*23* 106:*2* 131:*6, 9,*
*10, 11* 132:*19, 20*
137:*5, 7, 11* 138:*14,*
*18, 19* 139:*1* 141:*22*
142:*2, 19, 21* 161:*21,*
*24* 183:*9, 11, 12*
184:*6* 190:*13, 20, 21*
191:*7* 193:*20* 196:*18*
199:*17* 203:*10*

207:*12, 15, 19, 23*
208:*2, 5, 14, 16, 25*
218:*4, 6, 9, 13* 219:*5,*
*10, 15, 19* 221:*7*
229:*13* 238:*6, 12*
242:*2, 8, 11* 246:*20*
253:*6* 256:*2* 263:*25*

**MRI's** 235:*13* 236:*22*

**Ms** 2:*3* 4:*21, 21, 22,*
*25* 5:*12* 22:*16, 17*
23:*1* 25:*7, 10, 20, 22*
41:*2, 6* 42:*25* 43:*2*
45:*1, 4* 47:*22* 48:*1*
52:*13, 16* 54:*10, 16*
56:*11, 14* 58:*19, 24*
59:*1* 61:*21, 24* 63:*1,*
*3, 17, 20* 65:*2, 7, 9, 11,*
*22* 66:*6, 24* 67:*3, 15,*
*18* 71:*11, 13, 20, 22,*
*24* 72:*2, 5, 7, 9* 74:*20,*
*23* 75:*3, 5* 80:*3, 14,*
*16, 18* 81:*20, 25*
84:*18* 86:*3* 87:*6, 6,*
*10, 22, 22, 24* 89:*3, 10,*
*17* 90:*2* 91:*25* 92:*2,*
*23, 25* 93:*1, 3, 12, 16,*
*18, 22* 95:*24* 96:*11*
97:*16* 98:*7* 101:*1, 4,*
*9, 19* 103:*23* 104:*8*
105:*2, 6, 21* 106:*2*
109:*17* 110:*4* 120:*24*
121:*1, 16, 19* 126:*19*
127:*3, 10, 14* 131:*9,*
*11, 16* 132:*4, 8, 10, 16,*
*20* 136:*16, 17, 19, 21,*
*24* 137:*2, 15* 138:*14,*
*20* 139:*2, 6, 13, 15*
140:*18, 21* 141:*22*
142:*1, 3, 7, 12, 19*
143:*15, 17* 144:*4, 6,*
*21, 23* 145:*11, 15, 18,*
*21* 148:*25* 150:*11, 15,*
*23* 151:*5, 6* 154:*2, 3,*
*5, 9, 17, 20, 23, 25*
155:*3, 8, 12, 16*
161:*19, 22* 162:*17, 18*
163:*5, 10* 164:*5, 6*
165:*2, 4, 10, 12*
166:*20, 22* 167:*1, 2*
170:*14* 171:*2* 183:*9,*

*12* 184:*7, 11, 24, 25*
185:*6, 7, 8, 10, 11*
188:*14, 16* 189:*1, 3,*
*14, 18, 22, 24* 190:*4,*
*13, 20* 191:*7* 193:*19*
196:*4, 6, 18, 20, 24*
199:*2, 3, 4, 6, 10, 13*
201:*16, 18, 23* 202:*3,*
*8* 203:*8, 11* 204:*4, 6,*
*17, 20* 205:*18, 20*
206:*16, 18* 207:*12, 16,*
*24* 208:*3, 6, 15, 18, 19,*
*23* 215:*8, 11* 216:*5, 7*
218:*4, 7, 13* 219:*3, 7,*
*8, 11, 14, 15, 18, 19*
223:*16, 17* 224:*7, 9*
225:*17, 19* 229:*1, 12*
238:*6, 11* 240:*23*
241:*2, 18, 20, 24*
242:*4, 11* 243:*11, 13,*
*14, 18* 246:*16, 20*
247:*14, 15, 17, 21, 24*
248:*1, 4, 6, 8, 11, 16,*
*19* 250:*17, 19, 25*
251:*3* 256:*13, 15, 17,*
*19, 23, 25* 257:*1, 2, 5,*
*20, 22* 259:*14, 16, 19,*
*25* 260:*3, 8, 14, 16, 22,*
*23* 261:*2, 3* 262:*1, 3,*
*8, 11, 15, 17, 22, 24*
263:*13, 18, 22, 23*

**much** 7:*17, 18* 26:*16*
31:*3* 44:*13* 45:*2*
63:*16* 66:*7* 78:*11, 14*
119:*20* 146:*8* 156:*7*
174:*3* 178:*23* 204:*8*
251:*16* 253:*8* 257:*1*
263:*21*

**multiple** 40:*23* 64:*22*
161:*6* 232:*8* 234:*7*

**murmur** 108:*3, 21*
109:*14* 110:*2*

**muscle** 234:*5*

**mushrooms** 58:*8, 11*
59:*13* 60:*9, 10*

**must** 69:*23* 208:*3*
216:*13, 15* 220:*16*
243:*16*

**My** 4:*7* 5:*1, 15, 19*
7:*6, 16* 10:*18* 12:*6*

19:*24* 20:*13* 22:*8*
29:*5* 30:*10, 10* 32:*6*
33:*15* 36:*24* 48:*12,*
*13, 18* 60:*2* 62:*4, 4,*
*19* 66:*1, 9* 73:*10, 12*
74:*21* 75:*22* 76:*6, 7,*
*18* 79:*22* 80:*6, 10, 12,*
*25* 81:*23* 82:*9* 83:*4,*
*4, 8, 22* 84:*2, 18*
89:*21, 23* 90:*25*
95:*10* 96:*4, 24* 97:*23,*
*25* 98:*1, 18, 20* 99:*9*
101:*11* 104:*4, 5, 6, 12*
109:*19, 20* 110:*1, 3*
111:*2* 114:*22* 115:*20*
117:*8* 120:*3* 121:*5*
122:*2* 125:*14* 126:*8*
128:*10* 131:*13*
132:*14* 145:*12*
147:*19* 148:*6* 152:*3*
153:*2* 155:*4, 8* 156:*8,*
*17* 160:*14* 164:*10*
174:*4* 187:*4* 188:*5*
208:*4, 7* 212:*9, 10*
222:*11, 18, 21* 227:*2,*
*25* 228:*18* 231:*9, 13*
232:*5* 233:*19* 235:*2,*
*2* 236:*17, 18* 244:*22*
246:*19* 247:*15, 23*
251:*13, 25* 253:*5, 14,*
*16, 17* 254:*2* 256:*5*
265:*5, 6*

**myself** 41:*19* 220:*1*

**< N >**

**N** 1:*1* 2:*1* 3:*10*
116:*16* 117:*6, 8*
126:*4, 5, 10* 128:*9, 16,*
*18, 22* 129:*6* 130:*2*
134:*8, 9, 24* 135:*15*
150:*1, 1, 3, 5* 159:*24*
160:*1, 18, 22, 25*
161:*8, 14* 162:*8, 16*
167:*15* 169:*9* 171:*4,*
*10, 12, 17* 173:*8*
175:*21* 176:*2, 5, 7*
183:*2, 16, 16, 20, 25*
186:*9, 9* 187:*20, 21*
188:*3, 6, 7* 191:*9, 23*
192:*2* 193:*1* 196:*15*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 102 of 132    Page: 33
Courkamp, Kathleen vs. Fisher-Price, Inc.

197:5  198:6, 6, 10, 16, 21  202:2, 19, 20, 25  204:3, 16, 25  205:4, 8, 22  206:1, 14  211:24  212:4  241:14  244:18  245:1, 7, 12, 18, 25  249:1  250:7, 13, 16, 20, 21, 23  251:5  257:8, 15, 19, 21, 23  258:3  260:10, 13, 19, 25  261:4  262:25  263:1

**nail**  24:17  25:4, 13
**nails**  24:22  25:3, 3, 19
**name**  4:7, 17  5:15  20:21  27:25, 25  72:15  73:5  81:6, 8  85:1  100:3, 5  137:21  171:18  179:23  211:11  234:13, 17
**named**  72:16
**nap**  166:13
**narrowed**  70:22
**nature**  68:21
**nausea**  233:25
**near**  83:4, 22  135:11
**necessary**  181:20  204:10, 21  206:6
**need**  6:10  7:10, 23, 24, 25  8:3, 6  21:1  51:10  70:7, 9  75:18, 20  91:17  130:14  142:1, 3  169:20  170:4  177:8  179:3
**needed**  19:16  28:20  29:1  113:9  114:11  153:1  154:1  181:5
**negligent**  250:3
**Neither**  42:22
**Network**  151:20
**never**  30:8  78:1  86:24  89:18, 19  101:14  104:2  126:23  137:4  145:13  152:2, 4  165:4  166:18  167:5  196:2, 9, 11  198:1  218:1  236:13  244:21  255:11  261:11  263:15

**New**  9:21  14:12  20:5, 5  111:11  112:7  118:9  119:25  130:12, 13  169:15
**newborn**  117:15
**newborns**  114:14  115:8
**next**  10:1  12:18  14:24  28:24  38:23  91:1  98:11  110:14, 15  113:3  116:8, 9, 9  119:11  126:22  141:23  170:4  171:4, 5, 9  175:5, 6, 12  178:17  186:13  205:17  209:18  210:1, 8, 14  216:24  255:7  264:3, 5
**nice**  119:1  252:7  264:1
**night**  33:12  42:12  79:22  80:8  90:4  114:18  126:9  146:11, 14, 14, 17, 21  147:8, 11  148:8, 12  151:17  152:13  153:8, 25  158:6  161:7, 9, 9, 11  172:9, 10, 11, 14, 21  173:24  174:6, 23  183:3  205:14  206:14  226:3, 6, 9  259:9
**nightstand**  186:12, 12  211:25  212:7, 10, 12  215:23  216:12, 14, 17  217:18  237:20  240:16
**nighttime**  173:4
**nine**  18:2  131:10  174:5
**NIX**  1:1  265:17, 21
**No**  1:1, 1, 1  2:10  3:6  4:15  6:5  7:8  9:5, 8, 11, 19  10:15, 16  12:14  14:4, 23  17:9  18:7, 8  19:21  20:25  21:18  25:21, 23  26:13  27:17, 19, 23  28:3  29:12, 15  30:5, 14, 16  31:17  32:12  33:7, 13, 22  34:6

36:14  38:1  40:4  42:5, 11  43:10, 13, 15, 19, 24  45:7, 11  47:23  48:18, 23  49:1, 21  51:3, 7, 15  53:1, 10  56:17, 24  58:17  59:7, 9, 12, 23, 25  60:7, 7, 25  62:18  64:13, 18, 21  67:1  72:2, 18  75:17  78:10, 23, 23  80:21  82:24  83:16  84:1  86:13, 24  87:8  96:25  97:17  99:2, 14, 15, 21  100:8  102:16, 20  103:11, 11, 11, 14, 24  104:15, 15  107:8  111:3  112:6  113:18, 20  115:8, 12, 12, 17  116:22, 25, 25  118:19  119:7, 7  121:5  122:2, 2  123:16, 25  124:3, 6, 16, 16  127:11, 20  128:7  131:14  133:15  134:6  136:20  137:4, 13  139:2, 16  149:24  150:4  153:10, 10, 13  158:10  159:10, 16, 16, 21  161:15, 15  162:20, 20, 24  163:1  164:10, 16, 23, 25  166:1, 1, 8, 8  167:23  169:4, 11  171:23  172:10  174:21  175:1, 1, 22  176:1, 8  177:9, 9, 9, 9, 12  181:24  182:10, 16, 16, 23  184:8, 9, 14  187:24, 24  188:5, 5, 10, 10  190:24  192:4  196:22  198:13  208:21  211:20  213:22  214:6  216:21, 23  217:7, 25  221:17  224:13, 21, 21  225:12, 12  226:7, 11, 14, 18, 20  227:13, 15, 17, 20  228:3, 6, 16, 21, 22, 25  229:25  230:7, 10, 13, 16, 19, 21, 23, 25  231:4  232:5, 16  233:6, 23  234:1, 4, 8,

19  235:6, 12, 14, 16, 20, 20  236:23  237:17  238:8  242:9  243:8, 15, 16, 25  244:16, 17, 21, 21, 25  245:4, 14, 14  246:1, 1, 5  247:6, 9  248:21, 24  249:3, 7, 10, 13, 24  250:4, 9, 14  251:7  253:2, 3, 23  255:3, 7, 13  257:18, 21  258:1  259:4, 6  260:15, 21  261:1, 6, 11, 17, 17, 20  263:18  265:6, 17, 21
**Nobody**  249:16
**nodding**  7:3, 9  61:6
**noise**  139:7  161:23
**noises**  159:22
**nolo**  68:17  93:23
**None**  104:11, 13  236:21
**non-parents**  160:13
**noon**  154:22
**nor**  265:8
**norm**  170:17
**normal**  146:24  147:3
**normally**  76:11  146:20  160:24, 25  161:4
**Northern**  238:20
**not**  6:22  7:21  8:4, 22  9:8, 16  10:8  21:18  22:22  23:14  25:16, 22  27:13  29:12, 15  33:20  35:22, 24  36:16  40:2, 16  41:18, 19  42:2, 13, 16, 18, 23  43:19  44:3, 3, 7  46:6, 7, 19  47:15, 19, 25  48:3, 5, 20, 21  49:1  52:7, 18  53:2, 5  56:15, 17  58:3, 14, 17  59:25  60:8  62:16, 18, 19  63:14  64:7  66:16  67:20  72:18  73:15  74:15, 16  75:19, 23  76:20  77:5  78:8  79:9  80:19  81:1, 9  82:6  84:5  92:15  93:25  95:23  96:19

101:*11*, 15, 22   102:*4*, 13   103:*11*   104:*3*, *4*, 15   105:*14*   108:*3*, 22, 23, 24   111:*18*   112:6   113:*18*, 18   115:*17*, 19, 20   117:*1*   120:*10*, 15   122:2   123:*19*   124:*13*, 13, 13, 16   134:*3*   135:*3*, 7   136:*1*   138:*6*, 21   147:*13*, 13   150:*4*, 5   151:*8*   156:*3*   157:*17*   158:*3*, 16, 17   159:2, 21   161:*4*, 15   162:*9*, 13   164:*8*, 9, 11   165:*14*   166:24   172:*17*   173:*12*   174:*21*   175:*23*, 25   179:*14*   180:*8*   181:*7*   184:*5*, 22   187:*4*, 24   188:*20*   193:*11*, 13   195:6   196:*7*, 25   197:*9*   198:*12*, 16, 24   199:*5*, 14, 15   200:*4*, 11, 11   201:*11*, 22   202:*1*, 5, 18   204:8   205:*19*, 22   207:*10*   208:*5*, 7, 12   212:16   215:*16*, 17, 18, 18   216:*10*, 19   219:*1*   220:*21*   225:*12*   226:*5*   231:*19*   232:*16*, 24   233:*1*   237:6   239:*11*   240:*8*, 24   241:*7*   243:*5*   244:*21*   247:*6*, 24   250:*9*, 12   252:*18*   253:*7*   255:*7*   258:*17*   259:*12*, 15   261:*17*, 20   264:*4*   265:*11*

**note** 98:*18*, 20   157:*5*   240:*12*
**noted** 66:*7*   188:*23*   216:*1*
**notes** 71:*4*   85:*1*   102:*12*   131:6
**Nothing** 15:*18*   73:*11*, 12   74:*21*   78:*12*   84:*7*   109:*24*   122:*19*   178:*19*   215:*18*   227:*3*   246:*3*, 5, 6, 9

**notice** 154:*6*   155:*6*, 7, 11, 14   169:*25*
**noticed** 25:*18*   157:*4*   255:*23*
**notwithstanding** 69:*6*, 10
**November** 102:*11*, 15, 16   244:*12*, 14   265:*14*
**now** 4:6   6:*13*   11:*3*   12:8   22:*23*, 24   24:6   25:*1*   45:*12*   56:*16*, 17   57:*18*   63:*18*   64:*11*   65:*16*, 20   66:*19*   70:*18*   73:*15*   81:*17*   85:*22*   86:*1*   87:*6*, 22   88:*24*   89:*14*   92:*13*   93:6, 11   96:*8*, 22   97:*4*   105:*22*, 25   133:*25*   142:*13*, 17   146:*7*   150:*4*, 5   157:*7*   161:*3*   173:*25*   184:*6*   190:*7*, 11   191:*1*, 5   193:*14*, 17, 19   194:8   198:*23*   202:*9*, 17, 21   221:*13*   229:*6*, 10   242:*5*   251:*12*   254:*12*   255:2   256:*25*   264:*9*
**number** 5:*16*   43:6   62:*1*, 3   70:8   98:*17*   124:*25*   132:*1*   182:2   208:*24*   240:*12*   242:*18*   258:6
**numbered** 68:*12*, 14   131:*24*
**numbers** 131:*19*, 21   191:*17*   192:*9*, 18   197:*3*   207:*17*
**nurses** 254:*1*
**Nutritional** 135:*17*

**< O >**
**oath** 67:*6*, 25   69:*21*   70:*10*, 10, 11
**object** 209:*9*, 14   210:*9*   246:*16*
**objecting** 58:*20*
**objection** 58:*25*   66:*1*, 5, 7   69:*4*   71:*20*, 24   132:*6*, 13, 15   185:*8*

**199**:3   257:*20*   259:*19*   260:*14*, 22   261:2
**objections** 69:*7*, 11   72:*3*
**obligation** 55:*23*
**obligations** 53:*8*   265:*13*, 19
**observation** 126:2   167:2
**observe** 139:*14*   146:*12*   165:*22*   196:*7*
**observed** 138:*9*   139:*12*
**obtaining** 103:*9*
**Obviously** 41:*22*   70:8   101:*23*, 24   102:*3*   107:*20*   108:*17*   117:5   118:*16*   139:*18*   143:*10*   180:*20*   183:*24*   187:2
**occasion** 44:*25*
**Occasionally** 45:*13*
**occasions** 72:*20*
**occupational** 254:2
**occurred** 33:*23*   82:*1*
**October** 1:*1*   3:2   4:*1*, 8   56:*18*   243:*10*, 19, 23
**odd** 5:*17*, 23   18:*14*
**off** 36:*7*   38:*8*   40:*22*   61:*19*   62:*23*   65:*16*   84:*7*   85:*22*, 23   91:*24*   97:*1*   98:*18*, 20   105:*20*, 22   115:*13*   140:*22*   142:*13*   147:*14*, 22   148:*1*   152:*9*   157:*25*   167:*25*   168:2   173:*1*   190:*7*   191:*1*   193:*10*, 12, 12, 14   229:*1*, 6   260:*4*   264:6, 9
**offended** 8:*20*
**offense** 31:*24*   36:*23*   68:*21*, 22, 23   73:*24*   83:*25*   85:*12*   91:*14*   92:5   94:*23*
**offenses** 37:*23*   68:*25*   90:*8*, 14   91:*14*, 19
**offensive** 8:*24*

**office** 133:6   182:*4*, 21   184:*19*   189:*9*, 9   229:*14*   242:*19*
**office@barteltreportin g.com** 1:*1*
**officer** 32:*4*   82:2   164:*12*   179:*17*, 24   200:*17*   203:*12*
**officers** 36:*1*   39:*13*   49:*12*   82:*19*   142:*22*   149:*20*   154:*10*   178:*24*   179:*1*, 16   181:*4*   182:*3*, 13, 13, 15   183:*23*   184:*18*   206:*22*   216:*1*, 4
**officer's** 183:*1*   185:2
**Office's** 185:*3*
**often** 61:*25*   237:*9*   241:*1*
**oh** 6:*15*   17:*25*   42:*11*   48:*20*   50:*22*   73:*21*   76:*17*   77:*21*   103:2   112:*17*   114:*25*   116:*23*   117:*20*   128:*5*   131:*22*   136:*1*, 1, 1, 2   137:*4*   157:*11*   160:*11*, 15   166:*1*   192:*8*, 10   206:*12*   225:*12*
**Okay** 6:*24*, 25   7:*11*, 12   8:*7*   9:*6*, 12, 20   10:*9*, 25   11:*24*   16:2   18:*5*   19:*12*   20:*8*   21:*10*   22:*1*   23:*1*, 15   25:*22*   27:*3*   29:*13*   31:*18*   32:*11*   36:*4*, 20   37:*14*   38:*21*, 23   40:*4*   42:*23*   44:*16*   45:*19*   48:*20*   50:*7*   52:*16*   57:2   60:*16*   61:*24*   68:*15*   70:*19*, 20   71:*2*   73:*21*   77:*2*   78:2   79:*10*   82:*12*   83:*12*   87:*16*   88:*17*   90:*13*, 19   91:*2*   92:*17*   97:*5*   100:*3*, 15, 19   101:*2*   102:*12*, 18   103:*2*, 8, 9, 15   104:*23*   108:6   110:*23*   111:*24*   119:*23*   126:*14*   132:*8*, 10   134:*24*   136:*7*

137:5, 12  139:22, 25
141:11  144:6  151:22
152:18  153:23  155:8,
20  156:14  158:11
159:7  160:15  161:3,
16, 18  168:17  171:12,
24  176:6, 20  177:10
179:7  180:2  181:25
183:4, 19  184:3
185:23  186:2, 15
189:18, 19  190:4
191:14, 20  192:6, 15,
18  193:24  197:8, 13,
17  200:17, 22  201:25
202:17, 22, 25  203:4,
25  205:25  206:12, 12,
18  207:11, 23  209:2
210:14, 24  211:1, 3, 6,
17, 22  212:3, 11, 14
215:5, 16, 19, 25
216:24  217:8, 12, 17
218:1, 16, 19  220:19
221:3, 8, 13, 19, 19, 24
222:2, 13, 17, 22
223:4, 17  229:22
231:8, 11, 24  232:17,
23  233:2, 18  235:11
236:12  237:13, 22, 23
239:13  240:5, 9
241:2  242:8  243:18
244:13  246:16, 25
247:7  248:6, 22
251:10, 15  252:2, 17
253:15  254:18
255:13  256:25  257:2
258:7, 12  262:1
263:23
**old**  14:5, 7  34:13
37:20  41:10, 11
50:18  59:2  71:6
73:9, 25  87:14, 15
112:18  118:17
126:15  127:2, 3, 16
128:15  131:2, 3
133:24  134:10  140:3
146:10  191:21
224:16, 17
**older**  14:3  26:14, 16
50:2

**OLSON**  1:1  2:3, 13,
15  3:1  4:17, 24  5:5,
13  22:23  66:10, 20,
23  67:3  71:14  73:6
81:13  84:20  85:2
86:3  87:24  97:6
98:23  106:2  131:10,
11  132:19, 20  137:7
142:2, 19  161:24
183:11, 12  190:13, 21
191:7  193:20  199:17
207:19  208:25  218:9,
13  219:19  229:13
238:12  239:23
242:11  246:20  253:6
256:2  263:25  264:18
**Olson137**  2:15
**Olson's**  2:11
**Olympics**  232:12
**on**  1:1  3:2  4:6, 22
6:1, 9  7:10  8:25  9:7
15:3  16:14  22:2
23:3  34:24  35:10, 12,
21, 22  36:17  38:1
39:7  40:17, 24, 25
44:12, 25  46:3  48:5
49:6  62:23, 23  65:3,
20  66:7, 13  68:5
70:9, 25  71:12, 17, 17
72:7, 11, 20  73:24
74:3  78:4  80:11, 22,
25  81:23  82:25
83:24  84:4, 19  85:1
86:1, 5, 12, 21  88:12,
14  89:12, 21  90:24
91:3, 4  93:19, 20
96:16, 25  97:18, 23
99:17, 22  104:21
105:25  106:5  108:11,
23  112:15, 19  115:13
117:2, 21, 24  118:6, 7
121:7  123:22  126:9,
11  129:13, 17  132:17
133:5, 11, 12, 14, 18
134:2  135:23, 24, 25
136:2, 13, 15, 18, 22,
25  137:2, 9, 16, 18
139:23  140:11, 14
141:1, 3, 7  142:17
143:11, 13, 18  144:2,

19, 19  145:6, 10, 19
147:11  148:8, 10
149:21  150:1  153:15,
24  155:14, 16, 18
156:20  158:23  159:3,
11, 12  160:9  161:24
163:20, 22  164:12
165:19  166:10
167:15  168:12  170:9,
10  171:6, 19  173:24
174:10, 19  176:17, 19,
23, 25  177:4, 4, 6, 16,
16, 20  179:11, 12
182:25  184:2  186:7
189:11  190:11  191:5,
11, 23  192:2, 4, 11, 19
193:17  197:17  198:6,
14, 25  200:5, 6, 11
201:12, 13, 15, 20, 23
202:1, 1, 16, 18, 18
203:6  206:11, 18
208:6, 7, 24  209:8, 14,
15  211:18, 24  213:2,
9, 21, 22, 22  214:4, 5
217:24  220:10, 23
221:15  223:22
226:24, 24  229:10
234:24  237:24  239:1,
6, 22  240:12  241:4
248:20  249:19  257:8,
23  258:2, 18  259:2
262:17  264:2, 8
**once**  7:18  47:6
63:19  64:3  102:11
112:18  162:5  163:19
169:20  245:7
**one**  5:25  6:13  7:1
8:6  10:5  12:24
14:16  16:14  21:24
37:8  42:22  46:12
49:11  51:23  54:6, 8
55:4, 18  57:1, 20
58:8  61:22  64:6, 15,
15  71:17  72:2  77:21
84:17, 24  85:8  88:12,
12, 14, 25  89:14
90:14, 16, 22, 25
92:13  93:5  96:7
98:8, 11  101:2  104:2
109:18  110:20

111:10, 15  112:6, 11
117:15  118:6  126:8
127:24  131:17  139:1
142:22  153:13
159:11  169:17  170:5
171:17, 24  172:1, 4, 6
176:1  177:22  178:18
179:16  180:8  182:15
184:1  185:18  195:2,
2, 3  197:17  200:20
204:18  208:8  210:10
211:23  213:1, 13, 13,
20  215:1  218:7
219:9  221:1  224:25
225:24  228:21
231:17  232:9, 13, 22
234:6  235:21  236:5
241:25  247:17, 19
251:19, 19  253:16
254:7
**ones**  110:20  218:8
**online**  245:13
**only**  28:18  32:11
51:16  53:22  97:6, 9
99:10  114:14  130:5
152:15  156:6  216:10
225:2, 23  232:22
238:23
**onto**  40:19
**open**  142:9  155:22,
25
**opened**  156:4
**operate**  45:6
**operating**  44:1
**operator**  176:20
**opinion**  44:7, 8
167:17
**option**  46:15
**or**  6:22  7:2, 8, 21
8:13  9:6, 14, 17  11:2,
15  12:7  13:16, 17
14:14, 25  15:10  16:3,
5  17:11  18:6, 10, 16,
17  19:20  23:18
25:18, 19, 24  27:15,
20  30:4, 12  31:18
32:23  33:21  34:22
35:16  36:5, 16, 17, 23
37:23, 24  39:3  40:8
42:2, 3, 4, 13, 18  45:9,

16, 23  46:1, 25  47:18,
19  48:4, 5, 10  49:5
50:2  51:1, 9  52:22
53:8, 19  54:8  55:1, 4
57:7, 13  58:2, 3
59:24  60:13, 17, 17,
17, 21, 22, 24  63:9, 24
64:3, 6, 12, 14  65:10
67:12, 21  68:18, 18,
20, 23  70:24  72:21,
22  73:7  76:3, 14
77:16, 17, 20  78:25,
25  79:6, 12, 21, 22
80:23  83:5, 7  85:9,
12  88:8  90:16, 24
91:3, 13, 13  92:24
93:1, 2, 8, 21, 23, 25
94:21  95:5, 12  96:20
99:15, 20  100:13, 16
102:9, 13  103:20
104:13  106:17  107:2,
22  108:22  109:5
111:21  112:4  113:21
114:20  116:18, 20
117:24  119:4, 6, 11
120:4  121:20  124:13
125:14  126:16
128:22  129:2, 9, 17
130:11  134:3, 19
140:9  142:8  145:13
146:2  147:3, 15
148:3  149:22  150:1,
2  152:3, 24  156:5, 6,
12  157:3, 9  158:1, 8,
16  159:14  161:9
162:9  163:17, 19
164:9, 11  165:14
166:3, 4, 13, 24
168:10, 19  169:15
172:9  173:10, 10
175:25  176:4  177:22
178:3, 12  181:6, 14
186:23  188:24  189:6,
9  190:2  194:19, 23
196:2  198:2, 20
199:8, 20  200:9, 23
201:4, 8, 13, 14, 22
203:5, 19, 19, 22
207:10  211:17, 18
212:6  214:25  215:23,

25  222:3, 16, 24
226:9, 12, 16  228:5
229:23  230:8, 12
231:19  232:12
233:10, 22  234:14
235:5, 8, 17  236:22
237:14  239:4  241:21
243:6  244:19  245:3
246:18  247:4, 17, 23
248:23  249:5, 8, 11,
12, 20, 25  250:3, 5, 5,
11, 23  252:13, 25
253:21  254:1, 1, 11,
11, 19  257:8, 13, 17,
24  258:18, 19  259:10,
11, 15, 23  260:4, 6, 10,
12, 20  261:9  262:6,
25  263:5, 11  264:5
**orange**  221:10, 14, 20
**orange-ish**  214:25
**Order**  91:18  210:1
**organizations**  254:11
**organized**  96:21
**orient**  186:2  219:21
**oriented**  237:25
**orienting**  220:1
**original**  183:25
**originally**  22:1
**orthopedic**  235:17
237:14
**OSBORNE**  3:10
**other**  1:1  6:1, 11, 18
9:18  21:5  22:2  23:5
29:23  30:15  32:14
34:5, 15  36:13  38:21
46:14  47:3  54:9
57:13, 23, 24  58:10
60:20, 22  61:14
68:19, 20, 24  74:3
97:10  101:17  113:4,
25  114:12, 13  122:3
123:2, 23  151:14
156:20  159:4, 12
166:3  168:5  182:13,
14  183:16  184:1
188:8, 11  194:13
198:15  221:25
222:14  223:23
226:21, 22  227:3, 10,
21  228:20, 23  235:18,

18, 20  236:9, 15, 22
240:15  245:24
247:14  248:1, 6, 8, 18,
19  249:14, 17, 22, 25
250:5, 10  252:12
253:13, 13, 17  254:2
**otherwise**  8:6
**Our**  6:9, 16  7:2, 4
8:23  14:12  15:13, 14
22:18, 21  65:14
71:18  106:4  119:1,
17  126:20  132:17
159:17, 17  170:15
176:14
**out**  6:2  13:16  14:18
16:17, 17  17:19, 22,
23  18:2, 20  19:16, 17
44:15  48:18  49:2
50:8  54:17, 18  65:13
75:8  76:15  83:23
84:3  85:20  88:23
89:5, 8  90:24  91:3, 4,
4, 5  96:7  97:12, 13
102:8, 10  105:19
107:10  111:15, 16, 25
116:12, 20  117:10
118:14, 19, 20, 22, 23,
24  119:3  121:18, 20
122:1, 15, 16  123:6,
10, 20  124:2, 12, 14,
22  128:2  130:7, 9
134:17, 22  148:13
151:14, 19  152:16, 21
153:8, 16  155:25
156:16  157:3, 12
159:25  164:18, 21
166:4, 5, 18, 24  167:5,
6  170:17  172:14
173:3, 16  175:21, 24
176:2, 5  180:18, 19
182:2  187:19  191:18
193:11  196:2, 11
202:12  203:4  213:20
216:20  217:11
223:13  224:14, 18
225:1, 25  228:18
229:19  238:24  253:8
257:15  262:25
263:10
**outcome**  40:7  265:8

**outline**  102:13  208:4,
7  229:4
**outset**  67:10
**outside**  24:13  40:18
139:8  155:5  187:2
212:16  215:20
216:16  259:24  260:7
261:10, 12, 15
**over**  5:24  6:18  8:17
29:18  30:3  33:2
35:6, 7, 13, 19  36:6
39:11, 12, 14, 15
43:23  55:6  63:21
70:1  75:9  81:18
82:2, 3, 19, 21  86:20
96:21  97:3, 18  99:18
108:5  118:8  131:1, 4
136:13  140:10, 16, 24
141:4, 9, 16  142:25
144:23  147:19
151:14  152:3  157:23
159:17  162:25  163:4,
7, 14  164:2, 25  165:8,
14, 16, 21, 25  166:24
176:24  196:2, 9
197:16  198:5, 9
204:25  205:5, 11
206:13  216:13
226:22  233:11
238:22  239:3  250:2
257:9, 10, 17, 24
259:3  260:13
**overall**  66:2  148:8
**overnight**  166:11
**own**  46:3, 4  89:21
90:24, 25  112:19
117:16  127:6, 20
136:22, 25  159:17
243:24  248:20

**< P >**
**P**  3:10, 10
**p.m**  142:14, 16, 16, 18
190:8, 10, 10, 12
191:2, 4, 4, 6  193:15,
18  229:7, 9, 9, 11
264:10, 13
**PA**  133:2
**pacifier**  160:10

**pack** 152:*7*
**packaging** 129:*8*
**packed** 148:*10*
**packet** 213:*17, 21, 22*
239:*6, 10*
**pad** 197:*23*
**padding** 198:*2*
**PAGE** 2:*3, 10* 67:*24*
68:*13* 92:*6* 95:*22*
132:*3, 25* 133:*10, 14,
15, 17* 135:*23, 23*
138:*13, 17* 139:*17*
140:*9* 142:*24* 161:*16*
164:*12* 181:*11, 13*
185:*13* 191:*17* 192:*2,
5, 9* 197:*12* 198:*6*
208:*24* 210:*3* 211:*22*
213:*23* 237:*21*
238:*18* 241:*25* 242:*1,
3, 6, 6, 14, 18*
**pages** 68:*12* 131:*24*
183:*11* 198:*9* 210:*1*
265:*4*
**pain** 49:*13* 51:*17, 18,
20* 106:*13* 231:*6, 11*
235:*18* 236:*14*
**painkiller** 227:*2, 8*
**painkillers** 227:*11*
**PALOMA** 3:*3*
**pandemic** 255:*10*
**paramedics** 178:*4*
**paraphernalia** 74:*2,
13* 75:*12, 21, 25* 76:*4,
6, 7, 12* 78:*20, 21*
80:*15* 81:*24* 82:*23,
24* 206:*22* 207:*1*
210:*2* 220:*9* 238:*16*
**parent** 112:*8* 160:*8*
167:*20*
**parents** 10:*9* 19:*25*
51:*1* 72:*21* 75:*22*
76:*10, 13, 15* 79:*20,
22* 80:*1, 6, 12* 84:*2*
108:*13* 117:*8, 8*
121:*6* 125:*14, 14, 16*
126:*8* 129:*2, 2*
137:*23* 147:*20* 152:*3,
3* 180:*12, 24* 187:*4*
**park** 79:*11*
**parked** 159:*11, 11*

**parking** 78:*3* 159:*7*
228:*19*
**parlance** 7:*7*
**part** 7:*6* 17:*13* 39:*5*
43:*3* 45:*22* 46:*8, 9*
53:*12* 63:*3, 8* 69:*4*
71:*4* 99:*22* 118:*3*
132:*17* 142:*21*
143:*22* 149:*14*
155:*15* 183:*7* 201:*16*
220:*17* 236:*7* 238:*13*
239:*18* 240:*5* 254:*22*
260:*1, 3*
**partaking** 36:*12*
**participate** 46:*7* 60:*7*
112:*9, 12* 184:*14*
**participating** 182:*21*
184:*12, 20*
**participation** 47:*2*
**particular** 48:*24*
130:*1* 147:*7* 252:*14*
**parties** 265:*8*
**partners** 247:*17, 20*
**part-time** 17:*12*
**Party** 72:*14* 85:*2*
249:*6*
**pass** 10:*21* 33:*6*
244:*3* 256:*14*
**passed** 10:*18* 27:*12,
13* 38:*16* 89:*23, 23*
91:*6, 9* 124:*22*
147:*11* 153:*9* 214:*5*
226:*10* 260:*18*
**passenger** 99:*10*
**passes** 181:*14*
**passing** 20:*24* 29:*13*
70:*15* 108:*11* 123:*14*
124:*2* 137:*18* 141:*19*
143:*2* 144:*19* 186:*20*
187:*18*
**past** 62:*11* 63:*21*
120:*11* 151:*15* 152:*4*
**path** 15:*17* 40:*18*
62:*23* 255:*15*
**Patient** 133:*1*
**pattern** 174:*4, 4*
**paused** 138:*22*
**pay** 78:*16* 154:*3*
**PD** 207:*14* 218:*5*

**Peak** 17:*6*
**pediatrician** 133:*5*
**pediatrician's** 131:*6*
132:*22*
**penalty** 37:*4, 7* 67:*25*
**people** 5:*15* 14:*20*
123:*24* 156:*8* 168:*5,
6, 7, 18* 174:*16*
182:*17* 187:*5, 10*
188:*18* 195:*3* 232:*15*
252:*11, 11* 253:*14*
**percent** 62:*18* 81:*2*
96:*19* 97:*22* 108:*8,
23*
**perform** 234:*24*
**performance** 104:*14*
**performing** 177:*5, 6*
**period** 80:*9* 98:*6*
123:*23* 124:*5, 21*
155:*22*
**perjury** 67:*25*
**permission** 181:*4, 6*
**permitted** 107:*4*
**persistent** 234:*5*
**person** 12:*15* 77:*10,
14, 20* 86:*19* 104:*6*
114:*12, 13* 156:*25*
177:*16* 181:*15*
**personal** 43:*21* 44:*13*
91:*5* 249:*2*
**persons** 61:*25*
**person's** 252:*19*
**Ph.D** 252:*1, 5* 255:*22*
**phase** 54:*21, 22*
**phases** 54:*12, 23*
**philosophy** 43:*21, 21*
44:*13*
**Phoenix** 1:*1* 3:*22*
10:*2, 4* 11:*7* 34:*21*
37:*12* 155:*10* 235:*22*
236:*5, 20* 242:*20*
254:*20* 265:*14*
**Phone** 1:*1* 77:*15*
176:*11, 13, 19* 177:*4,
17*
**photo** 192:*16* 198:*12*
212:*5* 218:*5*
**photograph** 186:*16*
210:*3* 211:*23* 216:*24*
218:*23* 219:*22* 258:*9*

**Photographs** 2:*16, 16,
19, 19* 144:*15* 183:*24*
191:*9, 11* 198:*17*
210:*15* 239:*18, 18*
**photos** 21:*2* 171:*14*
181:*17* 185:*1, 14*
186:*4* 198:*15*
**physical** 162:*20*
231:*20, 22* 234:*24*
236:*25* 237:*4, 8*
**physician** 234:*21, 23,
23* 235:*1, 4, 7*
**physicists** 252:*18*
**physics** 251:*20* 252:*1,
8, 12, 13, 21* 253:*2, 5*
**pick** 77:*17* 146:*22*
175:*15* 190:*15* 192:*9*
199:*23* 211:*18, 20*
**picked** 83:*5* 148:*12*
152:*1* 157:*7, 22*
164:*7* 176:*2, 5, 22*
178:*18*
**picking** 148:*3* 159:*25*
213:*25* 214:*3*
**picture** 154:*10* 197:*4*
211:*4* 219:*22* 239:*14,
15, 17*
**pictures** 207:*14*
**picturing** 232:*14, 15*
**piece** 88:*24* 113:*13*
141:*23* 220:*9*
**pieces** 186:*8*
**piecing** 81:*12*
**Pike's** 17:*6*
**pillow** 198:*2*
**pink** 126:*10* 172:*1*
214:*13*
**pipe** 79:*2* 209:*4, 7,
15, 16* 217:*4, 5, 23*
221:*10, 20, 20*
**pipes** 78:*25*
**placard** 185:*16, 19, 24*
**place** 14:*12, 25, 25*
16:*11, 25* 19:*25* 20:*2*
32:*23* 35:*24* 36:*8*
38:*16* 46:*21* 55:*4*
78:*1* 79:*7* 86:*15*
87:*13, 19* 125:*13*
134:*1* 180:*4* 183:*2*
196:*15* 200:*21*

234:*14*, *15*, *17*   236:*8*
239:*6*   257:*13*
**placed**   183:*21*   185:*2*,
*4*, *16*, *20*, *21*   186:*6*
**places**   15:*2*   55:*5*, *7*
79:*5*
**placing**   192:*25*
**Plaintiff**   1:*1*   3:*10*
**Plaintiff67**   2:*11*
**plan**   19:*14*   22:*1*
**planned**   18:*13*
**planning**   148:*8*
**plans**   12:*3*   18:*17*, *21*
20:*4*, *7*, *8*, *11*   21:*15*
**plastic**   111:*21*
210:*15*   213:*1*
**platform**   6:*10*
**play**   11:*15*, *21*
108:*16*   109:*5*   116:*16*
117:*6*, *8*   126:*4*, *10*
128:*9*, *16*, *18*, *22*
129:*7*   130:*2*   134:*8*, *9*,
*24*   135:*15*   138:*6*, *20*,
*23*   150:*1*, *2*, *3*, *5*
159:*24*   160:*1*, *18*, *22*
161:*1*, *8*, *14*   162:*8*, *16*
167:*15*   169:*9*   171:*4*,
*10*, *17*   173:*8*   175:*21*
176:*2*, *5*, *7*   183:*2*, *16*,
*17*, *20*, *25*   186:*9*, *9*
187:*20*, *21*   188:*3*, *6*, *7*
191:*9*, *23*   192:*2*
193:*1*   196:*15*   197:*5*
198:*6*, *6*, *10*, *16*, *21*
202:*2*, *19*, *20*   203:*1*
204:*3*, *16*, *25*   205:*4*, *9*,
*22*   206:*1*, *14*   211:*24*
212:*4*   241:*14*   244:*18*
245:*2*, *7*, *12*, *18*, *25*
249:*1*   250:*7*, *13*, *16*,
*21*, *22*, *23*   251:*5*
257:*8*, *15*, *19*, *21*, *23*
258:*3*   260:*10*, *13*, *19*,
*25*   261:*4*   262:*25*
263:*1*
**played**   157:*12*
**playing**   138:*7*   139:*5*
141:*25*
**Play's**   126:*5*   171:*13*

**plea**   74:*3*   93:*5*, *8*
95:*17*
**plead**   31:*23*   37:*1*
73:*12*   85:*11*   93:*23*
94:*5*, *11*, *17*, *23*   95:*15*
98:*13*, *25*
**pleas**   93:*4*
**Pleasant**   254:*20*
**please**   4:*19*   138:*20*
141:*24*   161:*20*
183:*10*   190:*23*
196:*19*   207:*12*, *21*
208:*6*, *12*   241:*25*
264:*7*
**pled**   68:*17*   73:*19*
**plug**   153:*15*
**point**   7:*20*   8:*13*
17:*12*   22:*5*   26:*1*, *18*
27:*6*   28:*15*   29:*10*, *12*,
*20*, *25*   37:*19*   47:*14*,
*17*   54:*24*   61:*20*
76:*20*   80:*11*, *12*, *18*
81:*16*   82:*11*, *15*
83:*23*   87:*5*   89:*25*
96:*16*   97:*8*   98:*1*
100:*24*   101:*5*   106:*12*
110:*8*   115:*23*   120:*9*
121:*18*   123:*22*
126:*14*   127:*14*   134:*7*
140:*8*, *24*   147:*18*
159:*2*   169:*1*, *19*
170:*11*   172:*20*
176:*16*   177:*3*, *3*
178:*3*, *24*   179:*1*, *8*
182:*18*   186:*20*
189:*15*, *17*, *18*   194:*10*
224:*22*   243:*18*
244:*10*   245:*4*   248:*14*
**pointing**   203:*4*
**points**   263:*10*
**Police**   2:*21*   81:*19*
108:*12*   119:*24*
149:*11*, *13*, *15*, *18*, *20*
154:*9*   178:*24*   179:*1*,
*15*, *16*, *17*, *24*   180:*7*
181:*4*   182:*3*, *12*, *13*,
*20*   183:*20*, *22*   184:*18*
206:*22*   213:*24*   216:*2*
238:*14*   239:*19*

**popped**   22:*19*
**portion**   179:*6*
**pose**   188:*7*
**position**   45:*5*   137:*3*
145:*23*   163:*8*, *15*
164:*3*   166:*15*, *18*
200:*13*   257:*14*
**positioned**   212:*4*
**Possession**   31:*2*
37:*23*, *24*   69:*12*   71:*6*
73:*7*, *23*   74:*10*, *13*
75:*5*   81:*15*   84:*16*
92:*20*, *22*   94:*2*, *5*, *8*, *11*
**possibility**   54:*7*
122:*22*   141:*14*
**possible**   8:*5*
**possibly**   248:*15*
**post-traumatic**   230:*5*,
*9*
**pot**   30:*21*, *22*, *22*
77:*9*   79:*25*   81:*16*
**potential**   260:*25*
**potentially**   70:*24*
**pouch**   238:*3*
**pounds**   201:*8*, *14*
203:*22*   204:*7*   258:*19*
**Powell**   254:*19*
**power**   153:*21*
**practice**   253:*21*
**precipitated**   14:*10*
16:*10*
**precipitating**   121:*24*,
*25*
**preference**   45:*9*
211:*18*
**pregnancy**   18:*14*
105:*7*   107:*7*
**pregnant**   17:*18*, *22*,
*24*   18:*5*, *7*, *21*   49:*2*
50:*9*   87:*4*   104:*19*
223:*13*, *18*   224:*10*, *12*
**prenatal**   23:*10*, *23*
**pre-pandemic**   6:*6*
**preparation**   149:*1*, *4*
**preparations**   112:*20*,
*22*   113:*4*   114:*1*
**Prepared**   1:*1*   112:*15*
**preparing**   114:*2*
**prescribe**   231:*14*
234:*9*

**prescribed**   58:*4*
60:*22*   211:*19*   227:*11*
235:*19*
**prescription**   58:*3*
60:*23*   226:*22*   227:*10*
**present**   3:*24*   4:*18*
128:*11*   204:*3*
**pressure**   235:*3*
**pretend**   25:*10*
**pretty**   21:*2*   119:*20*
135:*4*   145:*16*   146:*17*
148:*9*   153:*4*   158:*17*
166:*8*   167:*7*   170:*11*
173:*13*   174:*2*, *3*
178:*23*   200:*19*
236:*11*   254:*10*, *21*, *25*
256:*16*
**prevent**   199:*4*   258:*14*,
*25*
**prevented**   246:*3*, *6*, *9*
262:*19*
**preview**   183:*13*
**previous**   83:*14*
100:*17*
**print**   265:*6*
**printed**   131:*19*
**prior**   29:*23*   34:*7*
89:*12*   100:*15*, *16*, *22*
106:*5*   186:*6*   188:*9*
230:*1*, *5*   243:*9*   245:*3*,
*4*, *5*, *23*   261:*4*
**priority**   166:*11*
**priors**   100:*13*, *16*
**prison**   40:*8*   46:*16*
47:*1*   90:*7*   102:*3*, *7*
**privacy**   21:*12*
**privilege**   250:*2*
**probably**   5:*24*   8:*10*
50:*23*   60:*11*   63:*21*
82:*5*   109:*2*   146:*25*
148:*10*, *21*   153:*25*
156:*3*   173:*6*   195:*4*
220:*22*   229:*2*   239:*11*
255:*9*
**probation**   31:*18*, *22*
32:*1*, *3*, *6*, *8*   37:*8*
40:*8*, *11*, *12*, *14*, *16*
74:*24*   83:*25*   84:*4*, *8*,
*10*   91:*19*, *21*, *24*

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 108 of 132    Page: 39

Deposition of Andrew Olson
10/22/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

**problem** 52:6, *12*
139:2
**problems** 103:*15*
107:22 119:*14, 17*
153:*11*
**proceeded** 99:*18*
**proceeding** 31:*13*
37:*1*
**proceedings** 265:*3, 5,*
*6*
**process** 67:*15* 72:24
84:*3* 112:*15* 120:17
**procuring** 49:*25*
**product** 111:*7, 13, 13,*
*14* 112:*4, 25, 25*
115:*7* 116:*1, 10, 25*
117:*15* 129:*11, 14, 18,*
*24, 25* 130:*9, 10*
150:*8, 9* 166:*9* 167:*4,*
*7* 168:*2, 4, 4, 14, 23*
169:*4, 20* 170:*3, 4, 10,*
*13* 171:*19* 198:*25*
199:*5* 200:*4* 201:*12*
202:*13* 245:*21*
252:*25*
**products** 129:*21*
168:*7, 9* 169:*15*
170:*6* 193:*5*
**professional** 108:*24*
**professionals** 254:*1*
**program** 46:*1, 4, 5, 7,*
*10* 51:*24, 25* 52:*2, 9,*
*11* 53:*4, 15, 24* 54:*11,*
*12, 19, 25* 55:*16, 20,*
*25* 56:*5, 13, 22, 23*
61:*2, 3, 19, 23* 62:*5, 7,*
*21, 22* 63:*3, 5, 8*
101:*15* 255:*25*
**progress** 54:*12* 62:*15*
102:*14*
**progressed** 54:*24*
233:*11*
**progressing** 140:*15*
**promise** 40:*5* 66:*16*
**properly** 194:*23*
196:*12*
**prosecuted** 68:*23*
**provide** 67:*22*
131:*10* 204:*10, 21*

206:*5* 207:*13*
**provided** 197:*23*
**proximity** 261:*16*
**public** 73:*1, 3* 85:*3*
88:*1*
**pull** 39:*13* 136:*22, 25*
137:*2* 139:*11, 16*
145:*7, 22* 200:*25*
201:*13* 203:*18*
207:*13, 20* 219:*3*
258:*18*
**pulled** 33:2 35:*6, 7,*
*19* 36:*6, 7* 39:*11, 12,*
*15* 43:*23* 71:*15* 75:*9*
81:*18* 82:*2, 3, 19*
86:*20* 99:*18* 162:*3*
164:*14* 178:*6*
**pulling** 139:*10, 14*
143:*25* 145:*6* 149:*21*
228:*18*
**punishment** 40:*20*
**purchase** 240:2
**purchased** 239:*23*
**purchasing** 260:*10*
**purpose** 51:*17* 77:*10*
**purposes** 52:*7, 8*
58:*22* 65:*25* 66:*4*
**pursuing** 12:*11*
**push** 49:*3, 5* 143:*11,*
*18* 144:*2, 19* 145:*19*
198:*25* 200:*4, 6*
201:*12, 15, 19* 202:*16*
203:*6* 258:*18*
**pushing** 136:*13, 15,*
*18* 166:*4* 173:*13, 14*
202:*1, 18* 235:*3*
**put** 8:2 70:*15* 71:*16*
72:*7* 83:*24* 84:*19*
87:*23* 92:*13* 97:*10,*
*11* 111:*7, 8* 113:*14*
124:*7* 150:*14, 19*
153:*15* 159:*20*
160:*16, 17* 165:*20*
172:*13, 17* 173:*21*
176:*3, 17, 25* 179:*9,*
*10* 183:*8* 185:*5*
186:*18* 195:*5* 204:*25*
207:*24* 215:*22*
216:*13, 16* 240:*12*

241:*5* 248:*17* 254:*7*
259:*7*
**putting** 66:*13* 70:*25*
115:*9* 120:*19* 128:*16*
129:*14* 160:*1* 162:*23*
169:*10, 12, 15, 16, 17*
248:*17*
**puzzle** 113:*13* 186:*8*

**< Q >**
**QC** 208:*6*
**qualification** 97:*15*
**qualify** 117:*19*
**quantum** 252:*15, 15,*
*17, 22*
**Queen** 211:*8*
**question** 6:*15, 19* 8:*5*
18:*14* 23:2 25:*16*
68:*16* 69:22 76:*10*
95:*10* 109:*17* 140:*19*
141:*7* 155:*9* 161:*4*
165:*5* 173:*23* 175:*9*
178:*9* 201:*17, 24*
243:*21* 244:*2* 249:*4*
251:*9* 254:*5*
**questioning** 58:*21*
66:2 262:*17*
**questions** 8:*19, 24*
9:*13* 25:*1, 24, 25*
28:*5* 67:*6* 96:*13*
132:*15* 160:*21*
229:*17* 241:*4* 256:*5,*
*16* 257:*7* 259:*8*
260:*9* 261:*7* 262:*2,*
*12*
**quick** 39:*16* 65:*7, 23,*
*25* 154:*25* 173:*17*
175:*16* 190:*14* 264:*7*
**quickly** 170:*12* 172:*8,*
*11* 186:*4* 190:*3*
**quiet** 230:*3*
**Quinn** 28:*1*
**quit** 101:*14*
**quite** 114:2 197:*12*
252:2
**quitting** 101:*15*

**< R >**
**R** 3:*10*
**R1028** 265:*21*

**Rachel** 91:*25* 92:*7*
98:*17* 132:*17*
**racing** 99:*15*
**raising** 104:*10*
**ran** 24:*17* 90:*1*
**Ranchers** 220:2
**random** 64:*24*
**rather** 46:*24* 66:*11*
**reach** 238:*25*
**reached** 46:*19* 201:*8,*
*14* 203:22 204:*7*
258:*19* 263:*12*
**reacted** 122:*10*
**reaction** 122:*6, 8, 17*
**read** 69:*1* 130:*3*
135:*21* 138:*11* 139:*4*
140:*4* 142:*24* 161:*5*
170:*20* 193:*25* 194:*1,*
*16, 21, 25* 195:*1, 4*
239:*21* 257:*22*
258:*13* 263:*22, 24*
264:*6*
**reading** 130:*20*
154:*11* 155:2 169:*17*
199:*11, 17* 200:*25*
202:*6* 208:*7*
**reads** 195:*3*
**ready** 14:*12* 113:*11,*
*11* 138:*18* 148:*11*
152:*8* 157:*20*
**real** 65:*22, 25* 154:*25*
175:*16* 252:*24* 264:*7*
**realize** 156:*15*
**really** 15:*5* 25:*12*
63:*18* 82:*10, 12*
96:*17* 109:*8* 152:*22*
166:*9, 9* 170:*5, 25*
171:*14* 174:*21* 175:*9*
188:*20* 217:*10* 230:*3*
232:*25* 241:*24* 242:*5*
256:*3*
**reason** 7:*23* 9:*10*
11:*6* 22:*14* 48:*24*
120:*5* 130:*5* 145:*9*
152:*15* 154:*1* 162:*24*
163:*1, 24* 205:*7*
217:*23, 25* 245:*14, 15*
**reasons** 5:*16* 54:*4*
70:*8*

**recall** 26:6, 9  33:17, 24  34:18, 22  36:16, 23  39:8  43:16, 17  45:8  46:23  49:14, 15  60:13  68:5  72:17, 18, 22, 23  73:9  74:11  78:14, 19  80:23  81:21, 25  82:22  83:24  84:1  85:13  86:9, 15  88:11  89:4  90:15  107:7, 10  108:15  109:9  112:4  114:1  122:19  126:11  128:8  134:3  137:10, 17  140:14  148:5  152:14  153:7  154:16  157:10  159:13  164:15  171:19  172:1, 23  174:22  181:3  182:8, 21  202:22  213:25  214:3  225:23  226:8  241:20  243:19, 22  244:14  258:8
**recalled** 122:20  162:2
**receive** 226:12
**received** 241:16, 21
**receiving** 241:21
**reckless** 33:21
**recognizance** 89:21  90:24, 25  91:5
**recognize** 212:6  217:10
**recollection** 70:18  134:18  162:7  184:12
**recommend** 236:24
**recommended** 52:5
**reconcile** 123:13
**reconciled** 27:15
**Record** 2:13  4:6  7:10  58:21  65:3, 17, 21, 23, 25  66:1, 4, 8  73:15  85:22, 23  86:2  90:5  95:11  105:20, 23  106:1  132:18, 24  142:14, 18  144:18  182:25  190:8, 12  191:2, 6  193:12, 13, 14, 18  229:1, 7, 11  239:20  264:7, 9  265:5

**Recorded** 2:13  108:17  149:18
**recorder** 149:17
**recording** 149:15  180:2, 4
**Records** 2:24  70:11, 21  132:2, 12, 23  133:10, 17  184:17  242:15
**recover** 249:5
**recovered** 232:2
**Recovery** 40:13  45:14, 18, 19, 22  46:3, 8, 10, 15, 15, 19  47:2, 4  51:23  52:9, 17, 21  53:4, 6, 24  57:3  61:25, 25  62:22  68:8  69:17  92:8  99:3  100:22  101:7
**recreation** 51:9, 11  79:12
**recreational** 50:21  52:8
**recreationally** 51:13
**reduced** 73:19  265:6
**reemployed** 21:16
**reenacted** 185:13
**reenactment** 182:19  183:21  184:13  212:5
**reenroll** 28:8
**reenrolled** 29:25
**refer** 61:2  197:1  210:9, 11
**reference** 67:15
**referencing** 148:16
**refill** 153:17, 24  154:1
**reflect** 95:23
**refocused** 193:11
**refresh** 70:17  171:16  184:11
**regardless** 157:3
**Registered** 265:21
**Registration** 133:1, 16
**regular** 9:7  147:1
**regularly** 144:7
**rehab** 40:9
**rehabilitation** 45:23  46:4

**re-hired** 28:7
**rekindle** 125:7
**relapse** 54:8
**related** 53:8  149:25  265:6
**relating** 69:11
**relationship** 13:17  26:10  30:12  102:23  118:23  119:17  123:22
**relationships** 102:20  120:12
**relativity** 252:22
**release** 53:6
**released** 32:8  38:5, 14  53:3  55:19, 23  89:21  91:1, 2  102:17
**relevance** 58:22  66:4
**relevant** 71:16  81:9
**rely** 8:25  70:9  166:10
**remain** 63:10
**remarried** 30:7
**remember** 7:8  14:18  17:21  23:14, 17, 20  24:10  26:3, 4  31:4  32:5, 22, 23  33:15  34:9, 24  36:3, 4, 6  39:21  41:11, 18, 24  42:5, 17  44:14, 19  45:2  47:23  54:23  55:2  57:5  59:2, 15  62:10  64:7, 9, 11, 13, 15  72:25  74:14  75:1  78:8, 15, 23, 24  82:6  83:4, 7, 21  89:6  91:23  102:10  106:15  107:19, 21  108:2  110:7, 17  116:2, 3  117:7  118:15, 21  121:2  122:7, 9, 10  126:23, 25  128:17, 20  131:3, 8  136:17, 20  137:20, 21  147:5, 25  151:25  152:21  156:11  157:5, 13, 25  158:6, 16, 25  159:25  161:8, 11  162:9, 10, 15, 22  164:9, 10  169:9, 11  171:22

172:25  173:18  175:2, 6, 8  176:6, 8, 11, 13, 18  178:9  179:2, 16, 22  181:6, 22, 24  182:14, 16  183:15  187:6, 7, 8  189:7, 10, 11  192:1, 10  203:2, 9  205:13  207:9, 10  212:1, 13, 15  216:10  223:2  224:4, 25  227:9  228:2  229:18  234:13, 17  235:4  240:8, 25  241:9, 19  243:25  247:3, 9, 11, 21  259:9, 10
**remembers** 107:21
**remind** 92:12
**reminding** 155:4
**remotely** 4:10
**remove** 207:18  208:12
**removed** 238:15
**renting** 104:10
**repeat** 246:22  262:4
**report** 42:6, 7, 8, 10  119:24  149:13, 15  183:7  213:25  216:2  238:14, 17  241:6, 7, 17  242:17
**Reporter** 3:5  6:12, 17  7:4  61:7  66:22  219:15, 17  265:16
**reporters** 6:9
**REPORTING** 1:1  47:5  265:17, 21, 21
**reports** 97:20  101:21  148:6, 16, 16  149:12, 20
**represent** 4:20  67:18  71:13  182:24  184:16  238:13  242:14
**represented** 248:11
**representing** 4:7  5:2  185:15  248:20
**requested** 265:10
**requirement** 45:15  47:3
**requirements** 46:12, 14  47:4

research 112:7
140:11, 14 141:1, 3
150:17 167:16
168:11, 12, 14, 19, 20,
24 169:7 245:1, 9, 12
252:8 260:9, 11
researched 141:6
168:3 189:3
reserving 72:3
reset 100:21
RESORT 3:3 254:17
respect 19:15 43:6
responded 176:15
response 68:25
Responses 2:11
25:25 66:21 74:18
86:6 88:4, 4
responsibilities 104:6,
9 114:9
rest 172:14
restaurant 13:10, 12,
16, 17, 19 24:11
restaurants 24:10
restrain 198:20
restrained 198:16
restraint 166:3, 23
195:12, 15, 18, 20, 21,
24 196:3, 12 197:22,
23 205:10 257:8
restraints 164:19, 20,
21 166:25
restrict 122:25 123:3
restrictions 49:25
result 89:13 98:16
99:23, 24 103:10, 21
194:19 199:8, 20
263:4
resume 65:15
return 29:22, 22
79:19, 22
returned 20:11 21:17
returning 80:24
review 148:22 149:3
265:10, 10, 11
reviewed 149:7
192:23, 25
reviews 168:5
revisit 263:16
revoked 84:11 85:9,

13 88:10
revolved 253:19
rhythm 174:17
rid 117:14
ride 50:19
Ridge 11:10
right 6:13 10:3, 10,
15, 17, 23 11:3, 5
12:2, 20, 23, 25 13:9,
10, 14, 22 14:14
15:25 16:16 17:10,
21 18:9, 20 19:7, 14,
19, 22 20:1, 23 21:6,
17, 18, 19 22:11, 14,
23, 24 23:6, 17, 22
24:3, 6, 12, 20 26:18,
21 27:3, 6, 15 28:22
29:4, 6 31:9, 23 32:7,
16, 21 33:17 34:17
35:9, 16 36:1, 9, 25
37:10 38:2, 12, 15, 25
39:17 40:12, 19, 22
41:1, 13, 22 43:11
44:5, 22 45:4, 14
46:9, 13, 24 47:7, 11
48:6, 9, 15, 17, 24
49:8, 17, 24 50:4, 11,
24 51:4, 12, 22 52:19,
24 53:2, 7, 16, 21
54:16 55:8, 19 56:14
57:9, 12, 14, 18 58:10,
12 59:5, 13 60:4, 9,
20 61:4, 9 62:6, 12,
13, 21, 24 63:14, 20,
23 64:16, 19 65:2, 8,
14 68:16 69:3, 20
70:23 71:9 72:9, 10,
13, 19 73:2, 4, 14, 17,
22 74:7, 8 75:18, 24
76:5, 20 77:8, 16
78:16, 19 79:3, 19, 24
80:7, 18 81:25 82:4,
5, 18 83:1, 4, 9, 10, 11,
17, 19, 20, 22, 24 84:9,
13, 22 86:3, 14, 17, 21
87:6, 10, 12, 14 88:7,
24 89:7, 10, 16 90:2,
11, 21 91:12, 16, 25
92:18 93:6, 10, 16, 20
95:10, 21 96:7, 8, 11,

15 97:22 98:20
99:13 100:11, 17, 19
101:19 102:1, 5, 5, 18
104:8, 13, 16 105:12,
13 106:2, 10, 21, 25
107:4, 5, 14, 19, 25
108:1, 10 109:2
110:4, 8, 15, 23
111:24 112:2, 3, 20,
25 113:1, 3, 3, 19, 20,
22, 24 114:6, 7, 21
115:4, 16, 20, 21, 22
116:8, 17 117:13, 23
118:5, 10, 10, 12
119:3 120:23 121:9,
15, 19, 23 123:6, 21
124:17 125:3, 17, 22
126:6, 9, 17, 20 127:4,
14 128:1, 8 129:14,
15, 16 130:4, 9, 24
131:5, 16 132:20
133:8, 20 134:14, 16,
25 135:9, 16 136:5, 6,
7, 8, 12 137:24 138:1,
4, 10, 24 139:6, 17, 20,
25 141:15, 17 143:5,
8, 16, 17, 19, 22, 23
144:1, 3, 8, 13 145:4,
15, 18, 23, 24 146:2, 5
147:4, 21, 25 148:18,
19, 19 149:14 150:10,
15, 20, 22 151:12
152:5, 8, 10 154:9
155:24 156:10 157:6,
6 158:12 159:4, 9, 10,
10, 13, 19 160:5, 7, 10
161:13, 22 162:11
163:9, 16, 24 164:3, 8
165:1, 3, 17, 17
166:14, 15, 16, 21, 21
167:8, 13, 22 168:2,
16, 17, 21, 21 169:3, 3,
8, 8, 24 170:2, 6, 15,
24 172:18, 19, 19
173:22 174:12 175:4,
24, 25 176:16 177:14,
22 178:4 179:8, 19
180:4, 8, 9, 13, 14, 16,
22, 23 181:2, 3 182:4,
5 184:6, 16 186:16

188:25 189:2 190:13
191:7 192:8, 13, 19
193:7, 19 194:5, 6
195:18 197:19
198:18 200:3, 7
201:4 202:6, 9, 21, 24
203:11, 18 204:6, 24
205:20 206:23
208:20, 23 209:25
212:3 213:2, 11, 14
214:7, 7 217:15, 19
218:14, 21 219:8, 13,
16, 19, 25 220:12
221:6, 12, 17, 22, 25
223:6, 14, 19, 20, 25
224:6 225:3, 4, 16
227:6 228:12, 13, 14,
21 230:4 231:14
232:10 233:11
235:23 236:21
238:19 239:3 241:8,
22, 23 242:5 243:5
245:8, 21 246:20, 23
249:5 255:16, 17, 22,
25
right-hand 191:16
ring 158:10
risk 46:25 188:7
260:12
Road 3:13, 22 145:16
roads 23:21
Rock 116:16 117:6, 7
126:4, 5, 10 128:9, 16,
18, 22 129:6 130:2
134:8, 9, 24 135:15
150:1, 1, 2, 5 159:24
160:1, 18, 22, 25
161:8, 14 162:8, 16
167:15 169:9 171:4,
10, 12, 17 173:8
175:21 176:2, 5, 7
183:2, 16, 16, 20, 25
186:8, 9 187:20, 21
188:3, 6, 7 191:9, 23
192:2 193:1 196:15
197:5 198:6, 6, 10, 15,
20 202:2, 19, 20, 25
204:3, 16, 25 205:4, 8,
22 206:1, 14 211:24
212:4 241:14 244:18

245:*1, 7, 12, 18, 25*
249:*1* 250:*7, 13, 16,*
*20, 21, 23* 251:*5*
254:*14* 257:*8, 15, 19,*
*21, 23* 258:*3* 260:*10,*
*13, 19, 25* 261:*4*
262:*25* 263:*1*
**roll** 118:*7* 135:*21*
136:*9* 141:*8, 16*
144:*23* 162:*25* 163:*4,*
*6, 14* 164:*1, 25* 165:*8,*
*13, 16, 25* 196:*2, 9*
204:*25* 205:*5, 11*
257:*16*
**rolled** 257:*10* 260:*13*
**rolling** 131:*1, 4*
136:*13* 140:*10, 16, 24*
141:*4* 142:*25* 165:*21*
200:*21* 257:*9* 259:*3*
**rollover** 141:*13*
**rolls** 257:*24*
**Romero** 133:*2*
**room** 76:*14* 112:*19*
113:*7* 117:*16* 127:*6,*
*12, 19, 21, 23* 128:*3, 3*
160:*14* 173:*20*
252:*18* 259:*24* 260:*7*
**rooms** 180:*8*
**rooted** 119:*21* 120:*8,*
*13* 124:*11*
**Roth** 138:*14, 18, 19*
139:*1* 141:*22* 161:*21*
**rough** 12:*5* 120:*11*
**roughly** 134:*1* 157:*23*
**route** 12:*16*
**routine** 115:*5, 5, 7, 8*
226:*23*
**RPR** 1:*1* 265:*16*
**RRF** 1:*1*
**Ruintan** 72:*16*
**rule** 61:*10* 259:*21*
**rules** 6:*3* 72:*3* 84:*5,*
*6, 10*
**run** 70:*2* 208:*8*
229:*16* 241:*3* 260:*11*
**running** 39:*12* 58:*25*
99:*24* 151:*23* 156:*8*
240:*6*
**runs** 153:*16* 253:*17*

**< S >**
**S** 2:*8* 3:*10*
**sad** 7:*13*
**safe** 36:*8* 43:*25* 44:*6*
45:*5* 167:*3, 4, 5, 21,*
*24* 199:*25*
**safely** 129:*22* 196:*1*
**safety** 204:*11, 22*
206:*6*
**Safeway** 153:*15, 24*
**said** 14:*16* 16:*9*
22:*19* 33:*24* 43:*3*
44:*20* 48:*1* 51:*23, 25*
52:*21* 53:*11* 59:*13*
64:*8* 67:*12* 71:*24*
74:*4* 76:*10* 77:*21*
89:*15, 18* 95:*4, 4*
97:*12* 98:*1* 102:*19*
109:*2, 10* 112:*23*
115:*12* 120:*7* 124:*10,*
*24* 126:*4* 136:*3, 4*
141:*3* 148:*15, 15*
151:*5* 157:*8* 162:*11*
168:*1* 175:*16, 22*
178:*19* 179:*22* 182:*1*
192:*21* 193:*3* 194:*3*
199:*13* 201:*25* 202:*5,*
*6, 16, 17* 203:*5*
204:*14* 209:*14* 216:*1*
231:*22* 247:*4, 13*
248:*8* 260:*4* 263:*19*
**salon** 24:*17* 25:*4*
**salons** 25:*13*
**same** 7:*5* 13:*23* 17:*7*
21:*23* 35:*11* 40:*6, 17*
42:*12* 70:*11* 84:*20*
88:*9, 21* 100:*12*
128:*7* 176:*10* 192:*17*
195:*24* 210:*5* 212:*9*
236:*6, 8, 9* 239:*6*
254:*22*
**sandwich** 8:*15*
**Sarah** 2:*15* 10:*10*
**saved** 184:*23*
**saw** 23:*19* 25:*22*
82:*22* 150:*4* 165:*4*
166:*18* 196:*2, 6*
217:*14* 235:*21, 21*

236:*1, 15, 17, 19, 19*
239:*1* 240:*17* 261:*25*
**Saxophone** 11:*22*
**say** 6:*15* 7:*8* 8:*3*
10:*5* 15:*1* 19:*7*
30:*22* 44:*3* 49:*4*
84:*15* 90:*10* 93:*22*
100:*25* 101:*2, 4, 6*
104:*19* 112:*11*
115:*20* 116:*23*
117:*21* 120:*1* 124:*25*
125:*1, 3* 127:*16, 20*
135:*10* 140:*3, 9, 19,*
*24* 142:*23, 24* 146:*4,*
*23, 25* 147:*1* 148:*6,*
*16* 150:*15* 155:*1*
160:*7* 162:*3* 164:*12,*
*13* 165:*5, 5* 166:*7*
168:*17, 22* 169:*4*
173:*4, 6* 174:*8*
187:*11* 204:*18*
210:*10* 216:*12*
231:*17* 236:*7* 242:*23*
250:*18* 252:*21*
258:*15*
**saying** 97:*13* 109:*9,*
*10* 119:*23* 127:*22*
132:*10* 162:*1* 164:*15*
169:*21* 202:*5, 9, 15,*
*21, 22, 23* 203:*9*
255:*23*
**says** 69:*6, 10* 72:*14*
73:*5, 18, 18, 19* 74:*3*
82:*2* 92:*7* 93:*16*
98:*16* 100:*12* 109:*1*
131:*19* 133:*23* 139:*9*
140:*7, 23* 141:*21*
143:*8* 148:*18, 20*
181:*12, 13* 185:*2, 16,*
*20, 24* 194:*12, 13*
195:*11, 14* 196:*13*
197:*21, 22* 198:*19, 23,*
*24* 199:*4, 6, 14, 15, 18,*
*18* 200:*3, 25* 201:*4, 8,*
*20* 203:*18* 204:*10, 20*
211:*7, 7* 213:*17*
214:*25* 238:*4, 20, 22,*
*23, 24* 239:*5, 22, 23*
242:*22* 258:*14, 25*

263:*3*
**scans** 235:*15* 236:*22*
**scene** 149:*22* 171:*14*
207:*8*
**scenes** 182:*7*
**schedule** 17:*2* 107:*4*
146:*6*
**school** 11:*9, 10, 16, 19,*
*20* 12:*3, 18* 13:*23*
14:*1, 11* 15:*9* 17:*4, 5,*
*11* 28:*8* 29:*14, 22, 23*
30:*4* 41:*12, 25* 50:*22*
59:*12, 20, 24* 60:*3, 11,*
*15* 63:*19* 81:*5* 101:*7*
104:*10* 119:*9* 231:*24*
232:*3* 233:*3* 251:*25*
**Schriner** 3:*13* 4:*21,*
*22, 22* 22:*16* 25:*7, 20*
41:*2* 42:*25* 45:*1*
47:*22* 52:*13* 54:*10*
56:*11* 58:*19* 61:*21*
63:*1, 17* 65:*9, 22*
67:*15, 18* 71:*20, 24*
72:*5* 74:*20* 75:*3*
80:*3, 16* 81:*20* 89:*3,*
*17* 92:*23* 93:*1, 12, 18*
95:*24* 97:*16* 101:*1, 9*
103:*23* 105:*2* 109:*17*
120:*24* 121:*16*
126:*19* 127:*10* 132:*4,*
*10* 136:*16, 19, 24*
139:*13* 140:*18* 142:*3*
143:*15* 144:*4, 21*
145:*11, 21* 148:*25*
150:*11* 151:*5* 154:*2,*
*5, 17, 23, 25* 155:*12*
162:*17* 163:*5* 164:*5*
165:*2, 10* 166:*20*
167:*1* 170:*14* 184:*24*
185:*6, 8* 188:*14*
189:*1, 14, 22* 190:*4*
196:*4* 199:*2, 4, 10*
201:*16* 202:*3* 203:*8*
204:*4, 17* 205:*18*
206:*16* 208:*18* 215:*8*
216:*5* 219:*14* 223:*16*
224:*7* 225:*17* 240:*23*
241:*18* 243:*11, 14*
246:*16* 247:*14, 15, 21*
248:*1, 4, 8, 11* 250:*17,*

25 256:*15, 19, 25*
257:*2, 5, 22* 259:*16*
260:*8, 16, 23* 261:*3*
262:*1, 11, 22* 263:*13,*
*22*
**Schriner**257 2:*3*
**Schriner's** 248:*16, 19*
262:*17*
**sclerosis** 234:*7*
**scoot** 256:*21*
**scores** 255:*15*
**Scott** 100:*6* 102:*19*
**Scouts** 177:*12*
**screen** 66:*14* 70:*25*
71:*12, 17, 18* 72:*8, 11*
84:*19* 133:*25* 135:*17,*
*18* 136:*2*
**screenings** 64:*24*
**scroll** 74:*25* 88:*1*
**search** 181:*5* 207:*1*
**season** 121:*9*
**seat** 82:*24* 99:*10*
159:*23, 24, 25*
**second** 36:*15, 17, 23*
37:*17* 71:*17* 74:*12*
85:*10* 98:*24* 103:*4*
121:*12, 20* 122:*11, 13,*
*13* 139:*1, 3* 193:*13*
213:*7* 229:*2* 230:*3*
242:*17*
**section** 135:*17* 258:*24*
**secure** 72:*22*
**securely** 164:*24*
165:*7* 166:*6, 17*
195:*25*
**see** 7:*9* 8:*2* 12:*8*
15:*4* 31:*6* 54:*16*
61:*6* 65:*2* 66:*15*
67:*24, 25* 68:*11* 69:*3,*
*7, 18* 72:*10* 73:*19, 21*
74:*3* 78:*2* 85:*5*
87:*25* 88:*5* 96:*24*
100:*15* 119:*5* 125:*6,*
*10, 13* 131:*19, 21*
132:*1, 24, 25* 133:*2,*
*13, 18, 22* 134:*12, 16*
139:*9* 140:*12* 151:*1*
153:*18* 159:*14*
164:*18, 20* 165:*22, 25*
166:*2, 5* 170:*21*

175:*11* 183:*15*
185:*11, 17, 20, 21, 25*
194:*7, 13* 195:*7, 9*
196:*9* 197:*3, 24*
198:*3* 199:*1, 14*
200:*3* 201:*9* 203:*23*
204:*11, 22* 210:*2, 14*
212:*25* 213:*9, 17*
217:*1, 6* 218:*24*
219:*4* 220:*3, 5*
221:*10* 232:*12* 234:*9,*
*12* 238:*4, 12, 20*
239:*7* 242:*20, 22*
259:*2, 5* 262:*7* 264:*2*
**seeing** 123:*7* 124:*23*
136:*1, 2* 183:*13, 14*
184:*11* 218:*16*
221:*24* 235:*20*
261:*24*
**seek** 45:*15*
**seeking** 236:*16*
**seem** 48:*3* 138:*22*
163:*8* 168:*18*
**seemed** 12:*15* 145:*14*
166:*9* 169:*1* 170:*23*
212:*24*
**seems** 38:*7* 88:*9*
96:*18* 97:*19*
**seen** 27:*16* 67:*7*
82:*14* 145:*6, 13*
149:*22, 24, 25* 150:*23*
161:*13* 162:*5* 180:*24*
218:*20* 235:*17*
**seizures** 234:*2*
**select** 211:*17*
**semester** 12:*24* 14:*16*
19:*16, 17, 19, 20*
28:*18, 21* 29:*18* 30:*3*
255:*8*
**semesters** 28:*15* 29:*9*
251:*17* 255:*5*
**send** 67:*17*
**senior** 233:*5*
**sense** 41:*8* 44:*12*
104:*7* 110:*21, 24*
115:*15*
**sensitive** 7:*14*
**sent** 37:*10* 40:*8, 9*
243:*22*

**sentence** 38:*11* 47:*1*
68:*23* 90:*10* 102:*17*
199:*12*
**sentencing** 69:*25*
**separate** 95:*2, 18*
132:*14* 180:*7*
**separated** 227:*25*
**separately** 16:*4*
**September** 10:*24*
18:*1* 20:*9, 10* 26:*5,*
*20* 27:*4* 29:*24* 50:*6*
73:*8, 24* 87:*12* 91:*10*
223:*19* 244:*5*
**sequence** 29:*5* 79:*24*
81:*12* 91:*16* 101:*22*
**sequentially** 219:*12*
**series** 122:*13* 131:*20*
**serious** 102:*22*
194:*19, 23* 199:*8, 20*
227:*18* 263:*5*
**seriously** 263:*5*
**serve** 37:*9* 38:*2* 90:*6*
**served** 90:*6* 94:*18*
95:*1, 18* 101:*18*
102:*6, 7*
**Set** 2:*11* 112:*18*
113:*7, 8, 10, 11* 127:*5*
178:*14* 183:*6* 193:*10*
255:*4* 265:*13, 19*
**setup** 16:*21* 24:*25*
**seven** 19:*5* 53:*19, 21,*
*25* 54:*1, 5, 18, 25*
55:*10* 65:*12*
**seven-and-a-half**
46:*22*
**seven-and-a-half-year**
46:*25* 47:*1*
**several** 238:*15*
**severe** 231:*6* 233:*24*
**shaking** 139:*23*
**shape** 163:*7*
**share** 71:*18*
**shared** 250:*15, 19, 22*
**Sharing** 251:*1*
**she** 10:*20* 15:*12*
17:*1, 2, 23, 25* 18:*6, 7*
19:*5, 11, 20* 20:*2*
23:*13, 22, 22* 24:*1, 12,*
*14, 17, 20, 22, 25* 25:*3,*
*8, 17, 18* 27:*20, 20, 21*

28:*2* 29:*24* 48:*18*
49:*1, 2* 67:*22* 89:*7, 8*
90:*4* 102:*22* 105:*9,*
*10, 16* 107:*6, 9, 15, 24*
108:*8* 109:*10, 22, 25,*
*25* 110:*11, 11, 14, 15*
111:*16* 112:*9, 18, 24*
113:*2* 114:*16* 115:*1,*
*1, 5, 6, 23* 116:*14*
117:*2, 2* 118:*18, 19,*
*24, 25* 120:*16* 121:*17,*
*19* 122:*9, 10, 11, 14,*
*15, 16, 25* 123:*3, 12,*
*19, 19* 124:*14* 125:*23,*
*23* 126:*1, 9, 17, 20, 22*
127:*1, 8, 16, 22*
128:*13, 18, 21, 23, 25*
129:*3* 131:*1, 2, 3, 4*
134:*9, 9, 12, 12, 14, 16,*
*24* 135:*6, 7, 7, 14*
136:*13* 137:*4* 139:*11,*
*16, 19, 23* 140:*3, 8, 8,*
*16, 23, 23* 142:*25, 25*
143:*3, 6, 8, 18, 21*
144:*1, 2, 2, 6, 13, 23*
145:*1, 3, 7, 7, 18, 25*
146:*2, 3, 9, 13, 14, 16,*
*19* 147:*1* 148:*11*
150:*24* 151:*10, 11*
152:*8* 157:*18, 19, 25*
158:*7, 8, 16* 159:*21*
160:*1, 2, 16* 162:*3, 4,*
*9, 25* 163:*4, 6, 14*
164:*1, 9, 10, 14, 24*
165:*7, 13, 16* 166:*6,*
*14, 17* 167:*4, 5, 6, 12,*
*12* 169:*6* 170:*5, 18,*
*25* 171:*5* 172:*4, 6, 8,*
*10, 12, 12, 13, 25*
173:*1, 7, 15, 17*
174:*24* 175:*17, 22, 22*
176:*3, 14, 18* 177:*15*
189:*12* 197:*8, 16*
198:*12, 12, 16, 20*
200:*8, 11, 11, 17*
201:*3, 19* 202:*12, 19,*
*24* 203:*5, 7* 204:*6, 8,*
*15* 205:*5, 10, 16, 22*
206:*2, 15* 222:*12, 15*
223:*1, 3, 4, 4, 13, 13,*

*18, 18* 224:*4, 12, 12,
14, 17, 17, 18, 19*
225:*1, 3, 14, 24, 25*
235:*8* 244:*6* 248:*16*
257:*12, 16* 258:*17*
259:*22* 261:*25*
263:*14*
**sheet** 118:*6*
**She's** 112:*21* 120:*11*
133:*24* 135:*19, 20, 20*
151:*21* 160:*4* 163:*20*
164:*8* 167:*5, 6* 171:*4*
175:*24* 177:*19* 197:*9*
202:*1, 17* 246:*15*
261:*24*
**shift** 114:*13*
**short** 18:*21* 65:*18*
72:*1* 104:*12* 135:*4*
142:*10, 15* 191:*3*
229:*8*
**shorthand** 265:*6*
**shortly** 65:*15* 106:*19,
19*
**shot** 22:*22*
**should** 14:*25* 21:*7*
42:*5* 55:*3* 98:*3*
99:*10, 15* 105:*21*
134:*14* 138:*10*
168:*10* 191:*8* 202:*12*
208:*11* 210:*1* 216:*25*
217:*12* 231:*15, 19, 19,
22* 256:*16*
**show** 133:*16* 154:*10*
158:*9* 171:*15* 183:*8,
22* 185:*5* 240:*10*
**showed** 211:*23, 25*
218:*8*
**showers** 113:*6*
**showing** 221:*10*
**shows** 135:*18* 198:*9*
**side** 6:*1* 22:*2* 23:*5*
35:*21, 22* 156:*20*
159:*4, 11, 17* 171:*5, 9*
176:*3* 213:*2* 223:*23*
238:*19* 253:*4*
**sides** 117:*22*
**SIDS** 140:*11, 14*
141:*1, 3, 7, 9, 13*
188:*19* 243:*6*

**sign** 39:*12, 16, 18*
67:*6* 92:*16, 17* 99:*12,
20, 25* 123:*16* 152:*22*
181:*22* 194:*8* 263:*22*
**signature** 50:*3* 68:*3*
265:*10, 10, 11*
**signed** 16:*16* 67:*24*
69:*20* 242:*18* 243:*2*
**significant** 42:*16, 19*
43:*3, 8* 122:*19*
**significantly** 42:*24*
43:*1, 10*
**similar** 31:*19* 236:*11*
**since** 10:*4, 6* 27:*16*
30:*6, 11* 50:*18* 51:*13*
52:*24* 53:*1, 3, 5*
83:*21* 102:*20* 104:*3*
109:*23* 148:*7, 11*
150:*23* 152:*19*
158:*19* 192:*17* 203:*4*
236:*13* 253:*8*
**single** 111:*12* 129:*11*
168:*14*
**singlet** 232:*18*
**singlets** 232:*15*
**sir** 95:*6* 139:*12*
196:*6*
**sit** 79:*7* 144:*7, 12*
145:*3* 201:*4, 5, 13*
202:*24* 203:*19, 20*
206:*2* 225:*24* 258:*19*
**sitting** 6:*7, 13* 7:*1*
22:*21* 190:*2* 191:*11*
211:*24*
**situation** 7:*19* 79:*16*
159:*7*
**six** 123:*2* 169:*25*
238:*1* 240:*15*
**six-inch** 118:*2*
**size** 110:*21* 111:*11*
**ski** 254:*16*
**skill** 265:*5*
**skipped** 143:*9*
**skipping** 157:*8*
**sleep** 110:*13, 15*
112:*13, 15, 18, 23*
113:*16, 19* 114:*11*
115:*2, 11* 116:*9*
117:*2, 12* 126:*1*
127:*17* 128:*18* 129:*3*

134:*13* 146:*6, 10, 12*
157:*17* 158:*18* 160:*5*
163:*11* 167:*21* 171:*6*
172:*20* 173:*14, 24*
174:*3, 4, 19* 175:*4*
205:*4, 8* 206:*13*
227:*14* 257:*13*
**sleeper** 187:*20, 22*
191:*10, 24* 192:*2*
249:*1* 250:*13, 16, 23*
251:*5*
**sleeping** 111:*4* 112:*9*
115:*25* 116:*8, 14, 15*
121:*10* 125:*19, 23*
126:*17* 127:*9, 12*
134:*7, 8, 9, 19, 21, 24*
135:*14* 146:*9* 167:*9,
11, 24* 170:*23* 171:*25*
184:*1* 197:*5* 198:*10,
15* 221:*4* 259:*23*
260:*4, 6*
**slept** 79:*23* 110:*14*
114:*11, 12* 128:*21, 22*
221:*21*
**slightly** 157:*4*
**small** 111:*8* 115:*23*
149:*17* 177:*21* 183:*6*
210:*14*
**smaller** 102:*14* 186:*6*
**smell** 216:*2*
**smelled** 216:*3*
**smiling** 135:*20* 136:*9*
**Smirnoff** 222:*16*
**smoke** 52:*18* 56:*23*
60:*1, 4* 75:*25* 76:*16*
79:*1, 4, 25* 80:*5, 23*
212:*19* 215:*6, 6, 16,
17, 20* 261:*8, 9, 12, 18*
**smoked** 52:*24* 53:*5*
56:*15* 60:*2* 215:*10,
13, 14* 216:*7* 218:*2*
261:*15*
**smoking** 47:*19* 51:*8*
52:*15* 55:*22* 56:*13*
63:*5* 75:*16, 17, 19*
80:*24* 81:*1, 16, 22*
261:*8* 262:*9*
**Snow** 254:*16*
**snowboard** 254:*15*
**snowboarding** 254:*14*

**Snugamonkey** 171:*18*
183:*16* 184:*2* 198:*6,
16*
**snugly** 165:*23*
**so** 5:*17* 6:*2, 6, 12, 18*
7:*6, 16, 23* 8:*2, 9, 12,
13, 18* 9:*2, 12, 20*
10:*9, 20* 11:*9, 24*
12:*15, 17, 25* 13:*9, 14*
14:*5, 7, 14, 16, 24*
15:*14, 19* 16:*2, 9, 16,
20, 25* 17:*10, 14* 18:*1,
9* 19:*3, 7, 13, 14, 16,
22* 20:*3, 9* 21:*1, 7, 10,
15* 22:*1, 8, 14, 20, 22*
23:*4, 4, 10, 17, 22*
24:*25* 25:*13, 16, 24*
26:*5, 18, 21* 27:*2, 3, 4,
6, 6, 10* 28:*4, 15, 22,
23* 29:*2, 4, 5, 17, 19,
24* 30:*24* 31:*9, 18*
32:*7, 21* 33:*17, 20*
34:*12, 17* 35:*19* 36:*7,
15, 20, 25* 37:*14, 19,
19* 38:*2, 9, 16, 17*
39:*25* 40:*6, 12, 19*
42:*23* 43:*7, 9, 25*
44:*5* 45:*8, 22* 46:*6, 9,
18, 24* 47:*11, 24* 48:*3,
9, 15, 20* 49:*2, 8, 17*
50:*4, 7, 24* 51:*16, 23*
52:*16* 53:*2, 16, 21*
54:*16* 55:*8, 15, 19*
57:*2, 9, 12, 16, 20*
59:*1* 61:*1, 9, 9, 13, 17,
24* 62:*6, 12* 64:*19, 21*
65:*14* 66:*3, 9, 11, 14,
16, 20* 68:*11* 69:*3, 10,
20* 70:*11, 16, 24, 25*
71:*3, 8, 9* 72:*4, 13, 24*
73:*22* 74:*3, 9* 75:*18,
24* 76:*7, 13, 21* 77:*2*
79:*3, 13, 15, 24* 80:*18,
22, 25* 81:*2, 13, 15, 25*
82:*9, 15, 18* 83:*1, 6, 7,
9, 11, 12, 17, 24* 84:*6,
13, 18, 25* 86:*14, 18,
21* 87:*12, 16, 19, 22*
88:*7, 12, 14, 18, 24*
89:*10, 15* 90:*2, 5, 13,*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 114 of 132    Page: 45
Courkamp, Kathleen vs. Fisher-Price, Inc.

19, 25  91:2, 12, 21
92:3, 17  93:6, 10, 13,
19, 24  95:10, 11, 21
96:4, 6, 16  97:5, 9, 12,
20, 20, 25  98:3, 3, 8,
11, 21, 22  99:10, 14,
21  100:15, 19, 20, 20
101:14, 16, 20  102:14,
16  103:2, 4, 9, 18
104:2, 16, 19, 23
105:10  106:2, 6, 21,
25  107:12, 19  108:10,
15, 24  109:3, 5, 9, 14,
19, 21, 22, 25  110:2, 4,
25  111:1, 3, 4, 10, 13,
24  112:17, 20, 21, 24
113:7, 20, 25  114:3, 4,
15, 16, 21, 23, 25
115:1, 4, 13, 17, 22
116:11, 13, 17, 17, 25
117:6, 13, 21  118:10,
24, 25  119:3, 13
120:7, 13, 16  121:1, 2,
18  122:17  123:10, 12,
21  124:7, 8, 8, 11
125:3, 17  126:22
127:1  128:1  129:21
130:8, 11, 24  131:9,
16, 23, 25  132:1, 1, 5,
9, 12, 19, 21, 23  133:8,
16  134:11, 14  135:4,
10, 16  136:8, 12
137:5  138:1, 12
139:25  140:8, 23
141:2, 15  142:19
143:1, 4, 9, 17  144:1,
6, 13  146:6, 8, 16
147:1, 3, 6, 10, 14, 18,
22  148:9, 21  150:13,
22  151:13, 22, 23
152:5, 10, 12, 24
153:3, 7, 13, 18, 23
154:8, 9, 20, 24
155:21, 23  156:2, 6,
10, 11, 20, 25  157:6, 6,
9, 9, 19, 22, 23  158:2,
11  159:13, 19, 24, 24
160:14, 16, 20  161:16
162:4  163:1, 3, 6, 10,
13, 14, 18, 24  164:6

165:16  167:5, 15, 25
168:9, 13, 17  169:3, 9,
23  170:1, 12, 17, 19,
22  171:2, 3, 9  173:4,
5, 15, 18  174:4, 13
175:4, 13, 25  176:9,
13, 14, 24  177:3, 4, 10,
18  178:8, 22  179:8,
15  180:6  181:3, 20
182:11  183:4, 9, 12,
19, 20, 21, 22, 23
184:4  186:15  187:13
188:10, 11  189:14, 20
190:1, 4, 13, 20, 21
191:20  192:1, 18
193:11, 19, 25  194:7,
23  195:7, 11  196:6,
18, 24  197:1, 4, 17
198:5  199:14  200:3,
19, 23  201:11, 21, 24
202:2, 15, 17, 18, 22
203:25  204:9, 14
206:18  207:7, 19
208:7, 9, 23  209:8, 14,
25  210:14  212:15, 17
215:5, 19  216:13
218:19  219:3, 8, 19,
25  220:9, 11, 16, 20,
23  221:13, 19  222:9
223:4, 18, 21  224:9,
14, 15, 23  228:12, 19
229:18, 20  232:2, 10,
13, 19  233:2, 7, 18
234:20  235:25  236:6,
17  237:13, 18  238:1,
12, 18  239:3, 9, 17, 21
240:2, 24  241:1, 20
242:15  243:5, 23
244:8, 13  245:10
246:20, 23  247:19
248:5, 15  251:8, 15
253:6  254:3  255:15,
24  256:4, 20, 23
258:8, 24  259:23
261:12  262:4, 18
263:9  264:1
**sober**  62:18  63:10
100:23
**sobriety**  33:4  35:20,
20  36:2  39:20

**socially**  77:5, 7
256:24
**soft**  111:22, 23, 24
116:20
**software**  24:6  253:11
**sold**  240:13  249:4
**sole**  77:10
**solely**  96:8  152:24
**some**  8:19  11:18
17:7  18:17  19:8
21:3  22:5  25:25
26:1  28:4  40:9
43:12  53:22  54:24
64:8  66:12  70:16
77:9  80:10, 12  81:13,
16  86:7  102:14
106:12  107:2, 2, 2
110:8, 19  111:6, 18,
18, 24  113:21  115:2,
23  119:24  120:9, 13
122:22  123:22
127:14  131:6, 19
137:16  139:7  144:15
147:23, 24  149:19
151:9, 24, 24  160:12
161:23  162:14
168:15  174:16
176:16  178:3, 24
179:1, 8  181:15, 17
182:18  185:12
186:20  190:18
191:11  195:8  200:9
206:22  212:24  217:8
222:12, 15  225:22
229:18, 18, 19  240:15,
17  241:4  243:18
244:10  245:9  248:14
252:9, 10, 11  257:7
259:8  260:8  261:7
**somebody**  60:17
181:14
**someone**  32:5  33:1
41:17  60:19, 22
76:23, 24  77:5  81:2,
4  99:6  151:10  169:1
189:7  228:19
**something**  7:2  8:14
31:19  36:21  50:25
51:2  60:23  62:16
79:21  82:14, 22

97:13  108:18  111:8,
21  116:7  117:17
125:8  137:3  145:8
152:6  154:12  155:11,
13  156:6  158:8
160:23  173:6  174:5
176:4  183:14  184:22
193:25  195:6  214:9,
14, 20  220:1  222:16
226:24  233:14  260:5
**Sometime**  18:10  19:9,
10  32:10, 19  41:11,
13  59:12  60:11
62:10, 11  123:11
154:20  223:2  224:15
**sometimes**  60:2
67:14  79:21  121:1
139:11  145:6  146:15,
16  173:23  229:13, 17
**somewhere**  8:11  44:5
50:22, 23  75:25
79:11  158:2  175:5
179:20  200:23
216:15
**soon**  148:9  256:16
**sorry**  5:18, 20, 20
10:5, 20, 25  12:8
17:25, 25  22:17  27:1
30:9  35:1  40:2, 4
41:5  42:8  51:19
57:15  65:22, 23
71:22  74:4  76:9
83:3  85:18  87:1, 2,
11  90:9  102:24
104:20  105:18
116:23  127:20
131:12  132:8, 9
133:15, 20  134:8
136:5  140:19  149:16
154:23, 25  155:3, 4,
17  163:18  171:3
172:10  176:1  178:22,
25  184:19  185:7, 18
186:18  189:20  192:8,
24  193:9  201:24
204:18  208:1  209:11
210:10  215:15
218:11  223:17  230:4
235:25  243:13, 22
244:3, 8  245:4

247:*18*  251:*9*  255:*12*
256:*13, 23*  259:*25*
262:*3, 4*  264:*6*
**sort**  9:*13*  16:22  21:*3,
6*  28:*4*  40:*9*  45:*16,
23*  46:*4*  50:*20*
100:*21*  108:*15*
111:*18, 18*  126:*10, 10*
132:*21*  143:*12*
144:*11*  146:*21*  153:2,
*4*  154:*11*  164:*20*
168:*24*  172:*1*  174:*15,
16*  181:*15*  182:6
184:*25*  186:*2, 7*
193:*4*  194:*7*  212:*3*
213:*9*  214:*7*  217:*8*
241:*4*
**sorted**  83:*23*
**sorts**  67:22  71:*21*
**sought**  51:6
**sound**  8:*15*  82:*4*
248:*25*
**sounds**  111:6  123:22
124:*7, 9*  130:*15*
150:*16*  200:*15*  252:2
**SPA**  3:*3*
**space**  112:*23*  211:*7*
228:*19*  256:*20*
**spasms**  234:*5*
**speak**  26:*10*  90:*23*
124:*14*  244:*23*
**speaker**  177:*5*
**speakerphone**  176:*17,
19*
**speaking**  6:*18*
**special**  182:*7*
**specialist**  235:*18*
237:*14*
**specific**  15:*18*  29:2
40:*14*  49:*1*  112:6
119:*17*  132:*15*
134:*18*  161:*4, 7*
187:*7*  217:*25*  225:*23*
229:*20*  234:*14*  262:*9*
**specifically**  15:*3*
33:*25*  102:*25*  105:*14*
118:*25*  161:*11*
162:*15*  165:*21*
169:*11*  173:*19*

182:*14*  236:*14*
**speed**  35:*9*
**speeding**  35:*6*
**spend**  31:*14*  33:*12*
**spent**  89:*19*  90:*13,
16*  121:6  153:*3*
**split**  114:*15*  179:*19*
235:*25*
**spoke**  187:*8*
**spoken**  247:*12, 14*
249:*11*
**sponsors**  63:*9*
**sport**  50:*21*  232:*9*
**sports**  11:*15*
**spots**  235:*3*
**spring**  29:*3, 4, 5*
**Springs**  13:*8*  14:*18,
22*  15:*4, 20*  16:*10*
18:*6, 8*  73:*25*
**SRP**  153:*13, 18*
**ss**  265:*1*
**stack**  191:*8*  193:*21*
217:*13*
**stand**  139:*21*  142:25
143:*1, 3*  145:*1, 19*
146:*1*  153:*20*  201:*1,
3*
**standing**  132:*6, 13*
137:*3*  139:*19, 19*
145:*23*  161:*25*
182:*12*
**start**  9:*12*  13:*15*
14:*13*  20:*3*  41:*9*
53:*12*  54:*17, 18*  94:*1*
118:*9*  136:*12, 13*
141:*2*  152:*21*  158:*11*
186:*21*  191:22  200:*9*
**started**  13:*7, 19, 20*
14:*12*  40:*15*  53:*15*
55:*17*  57:*2*  61:*1*
101:6  127:*9*  128:*15*
131:*1, 4*  136:*18*
180:*19*  246:*2, 14*
**starting**  138:*16*  160:*4*
**starts**  156:*1*
**State**  3:*6*  4:*19*  68:*16*
87:*25*  265:*1*
**stated**  8:*18*  98:6
**statement**  258:*14*
**statements**  258:*12*

**STATES**  1:*1*  4:*14*
133:*11*
**station**  83:*6*
**statutory**  1:*1*  4:*23*
**stay**  19:*3*  28:*16, 18*
29:*8*  35:*11*  83:*17*
96:*21*  158:*8*  159:*20*
173:*9*  202:*19*  264:*8*
**stayed**  10:*3*  19:*17*
29:*9*  30:*2*  61:*24*
128:*7*  166:*14*
**staying**  19:*15*  158:*21*
160:*24*
**step**  12:*18*
**stepping**  259:*23*
260:*6*
**steps**  56:22  143:*9*
**sticky**  98:*18, 20*
**still**  20:*23*  26:6
27:*10*  44:*6, 22*  53:*7*
57:*18, 21*  68:*8*  83:*11,
12*  100:*7*  114:*5*
118:*16*  120:22
121:*14*  169:*5*  174:*18*
183:*19*  193:*6*  225:*14*
**stomach**  163:*8, 20, 23*
**stop**  39:*12, 16, 17, 17*
61:*10*  63:*5*  92:*16, 16,
17*  99:*12, 12, 20, 25*
100:*24*  101:*4, 10*
126:*17*  158:*23*  170:*4*
246:*23*
**stopped**  56:*1, 4, 9, 13*
233:*7*
**stopping**  8:*13*  158:*25*
189:*15, 17, 18*
**stops**  153:*16*  154:*7*
**store**  168:*1*
**stored**  76:*11*
**straight**  255:*24*
**strain**  211:*12, 13*
**strange**  6:*1*
**Street**  3:*18*  39:*7*
58:*2*
**streets**  34:*22*
**stress**  230:*6, 9*
**stretch**  7:*25*
**strict**  84:*6*
**strictly**  126:*24*

**strike**  74:*7*  229:*3*
261:*13*
**stringently**  167:*19*
**structure**  21:*4*
**stuck**  193:*10*
**studying**  15:*12*
**stuff**  25:*5*  109:*3*
160:*3*  170:*20*  189:*12*
195:*1*
**stuffed**  214:*17, 18*
**subject**  5:*19*  7:*14*
252:*14*  256:*3*
**Substance**  47:*5*
51:*25*  52:*1, 5, 9, 11,
17*  53:*3*  54:*14*  55:*12,
21, 24*  56:*1, 4, 6*
61:*15*  63:*4*  151:6
**substances**  34:*5*
36:*13*  57:*13, 23*
**Subway**  16:*1*  105:*10*
**successful**  56:*7*
**successfully**  139:*11*
145:*7*
**such**  37:*23*  258:*17*
**sudden**  188:*23, 24, 24*
243:6
**sued**  9:*15*
**sufficiently**  232:*3*
**suffocate**  257:*24*
**suffocation**  257:*17*
260:*12*
**suit**  245:*5*  246:*13, 25*
248:*13, 15*
**Suite**  1:*1*  3:*13, 18, 22*
**summer**  29:*17*  30:*4*
32:*10*  62:*11*  63:*21*
**Sunrise**  3:*4*
**super**  82:*6*  109:*23*
118:*24*  152:2  157:*9*
**supervised**  50:*3*
**supervising**  16:*7*
103:*25*  204:*15*
**supervision**  204:*10,
21*  206:6
**support**  143:*13*  182:*7*
**suppose**  156:*18*
200:*20*
**sure**  6:*23*  7:*7*  8:*24*
12:*8, 17*  22:22  29:*4*
31:*12*  46:*20*  65:*6*

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 116 of 132    Page: 47
Courkamp, Kathleen vs. Fisher-Price, Inc.

66:7  70:4, 13  81:2, 9
91:15  92:18  93:14,
19  96:19  97:2, 21
98:7  104:8, 8  107:25
108:4, 6, 23  109:14
112:12  113:5  114:4
122:9  129:13  130:13,
21, 22  135:3, 5, 7, 10,
13, 13  137:12, 22
142:7, 12  146:19
148:12  150:8  156:14,
25  157:16, 17, 18
158:4  162:12, 13, 15
163:10  165:7  166:12,
14  167:10, 10  168:14
170:6, 12  173:9, 16
174:7, 9  179:14
181:8  182:18  185:10
187:4, 18  189:13
192:16  193:5  199:24
200:24  201:22
202:11  207:15  218:6
219:1, 2  229:21
240:25  244:13
248:10  256:17
**surface**  113:17
176:24
**surgeon**  235:17
237:14
**surgeries**  228:5
**surprise**  18:18, 19
**surprised**  160:12
**suspended**  85:9, 12
88:10
**SWC**  213:17  238:4
239:5, 22
**swelling**  51:18, 20
**sworn**  5:6  84:14
88:4  95:22  265:4
**Syndrome**  229:24
231:3
**system**  9:18  40:19
52:9  166:23  195:12,
15  197:22
**systematic**  130:15
**systems**  195:18, 20

< T >
**T**  2:8  3:21
**T1**  22:21

**tab**  71:12  84:19
87:7, 23  92:1  131:10
137:6  183:10  190:20
196:18  242:1
**table**  191:11
**tag**  86:7
**taillight**  75:8  81:18
82:2, 4, 7, 10, 16, 17, 18
**take**  6:17  7:16  8:4,
23  25:24  27:25
46:24  58:12  59:22
60:10  65:7  70:1
71:9  73:14  76:15, 18
83:15  97:6  98:20
104:16  111:15, 25
114:13, 16, 17  115:2
116:20  129:3  131:5
142:3, 5, 8, 10  143:6
147:6  154:11, 18
156:6  171:3  175:21
179:3  181:17  189:21
227:8  237:21  241:2
253:7
**taken**  4:11  5:24, 24,
25  6:4  8:21  9:9
28:21  33:8  39:23
57:10, 23  58:6, 15
65:18  83:2, 18, 19
85:25  105:24  137:8
142:15  157:5  185:12
190:9  191:3, 12
193:16  216:15
226:22  227:10  229:8
235:11  255:5  264:4
265:3, 6
**takes**  154:12
**taking**  9:6  15:14, 14,
15  75:24  79:16
110:12  115:23  147:9,
19  151:22  255:13
**talk**  7:15  10:9  58:7,
23  67:14  108:10
130:24  139:4  148:22
150:22  173:10
190:18  248:7, 19
**talked**  73:16  82:9
86:16  107:1  109:20
110:2  148:24  150:18
160:21, 22  171:12
180:15, 21  183:15

186:25  187:7  191:22
247:19, 25  248:14
253:9
**talking**  25:11  42:8
58:1  80:9  86:5
93:10, 21  100:2
104:24  106:25
108:19  109:4, 6
120:2  138:8  139:8
140:9, 24  168:5
170:22  179:17, 17, 25
180:7, 10, 19  182:12
188:21, 22  220:7
246:14, 15  250:20
**talks**  93:13
**tandem**  55:9
**Tanya**  72:16
**tap**  215:20
**tastes**  64:22
**tasting**  64:18, 21
**team**  52:17  55:20
**technical**  71:18
106:4  138:25
**teddy**  214:24
**tell**  5:18  11:1, 18
16:20  17:14  20:8, 10
23:4  30:19  32:13, 21
38:15, 25  47:24  48:3
52:4  54:5  57:2  58:6,
15, 17  74:13  102:6
130:25  140:2  149:6
165:24  187:6, 10
188:18  191:17
197:16  201:11  209:2
210:21  211:13
221:14  227:24
228:10  231:18  236:2
253:5  260:24
**telling**  86:8  196:24
202:17  247:4, 13
248:7
**tells**  82:3  181:16, 18
196:1  238:23
**Tempe**  2:21  10:4
21:25  22:6, 9  23:4,
11, 24  24:8  28:6
60:6  87:2, 16  89:1, 5
103:20  104:17
105:15, 16, 17  106:8
107:16  108:15

116:13, 15  117:7, 9,
16  119:12  120:23
121:4, 8, 10, 14
123:19  126:16, 22
127:6, 9  128:5
149:18  152:8, 12, 13,
15, 17  153:8  158:12,
15  167:12  182:20
207:14  213:17  214:5
218:5  222:4, 18
223:22, 22  224:10
225:1, 20  226:1
238:4  239:5, 22
241:1
**temperature**  154:11,
13, 13, 19  155:5, 21
156:1, 3
**tend**  109:3
**Tendinitis**  231:13, 15,
20  236:18
**tenure**  45:22
**term**  18:22  40:2
43:2  46:18  131:18
200:19, 24
**terms**  15:17  157:1
231:19  259:17
**terrible**  11:23  22:8
**terribly**  256:13
**test**  33:4, 6  35:20, 20
36:2  39:20  56:25
57:4, 10  61:17  64:16
**tested**  57:12
**testified**  5:7  184:18,
20  186:5  200:5
225:3
**testify**  265:4
**testifying**  265:4
**testimony**  8:25  9:4
42:23  52:6  56:15
89:12  95:6  114:22
121:14  151:7  182:25
183:1  185:3, 3
201:25  215:19  218:1
236:12  251:3
**testing**  47:8, 9  53:8
54:14  57:17
**tests**  108:5, 7
**Texas**  3:18  8:9
**texting**  77:16  187:5

**than** 14:*3* 26:*14*
46:*24* 57:*24* 59:*8*
60:*22* 66:*12* 78:*9*
93:*9* 101:*17* 122:*20*
127:*13* 152:*12* 156:*7*
187:*13, 16* 188:*11*
194:*13* 222:*14*
226:*21, 25, 25* 227:*3,*
*21* 235:*18, 20* 236:*15*
247:*14* 248:*1, 8, 18*
249:*14, 17, 22, 25*
250:*5, 10* 254:*3*
**Thank** 66:*6* 155:*3*
219:*7, 18* 238:*11*
256:*4* 257:*1* 262:*8*
263:*20* 264:*2*
**thankfully** 112:*22*
**Thanks** 65:*14* 186:*19*
**that** 5:*19, 21* 6:*8, 12,*
*23* 7:*4, 13, 14, 17* 8:*4,*
*10, 16, 19, 19, 24, 25*
9:*2, 3* 10:*4, 5, 10, 20,*
*25* 11:*6, 13* 12:*10, 10,*
*12* 13:*10, 12* 14:*10,*
*14, 24* 15:*9* 16:*5, 6,*
*14* 17:*2, 12, 14, 17, 18,*
*22, 23* 18:*11, 20, 21*
19:*1, 8, 8, 13, 18, 24*
20:*4, 14, 15, 16* 21:*24*
22:*3, 14, 18, 19* 23:*2,*
*2, 2, 6, 19* 24:*3, 24*
25:*1, 4, 5, 12, 18, 22,*
*24, 25* 26:*3, 7, 8, 18,*
*22* 27:*1, 6, 12, 16, 21*
28:*6, 19, 20, 21, 21, 22,*
*25* 29:*1, 6, 10, 12, 19,*
*25* 30:*4, 6, 9, 10, 11,*
*19, 21* 31:*5, 10, 11*
32:*11, 15* 33:*21* 34:*7,*
*8, 17, 20* 35:*3, 10*
36:*2, 5, 5* 37:*1, 1, 4, 9,*
*13, 19, 20, 25* 38:*10,*
*15, 16, 19* 39:*1, 9*
40:*1, 2, 3, 14, 14, 24*
41:*5, 23* 42:*5, 15, 20,*
*23* 43:*4, 6, 22* 44:*3, 3,*
*9, 12, 16, 22, 24, 25*
45:*15, 17* 46:*3, 7, 10,*
*14, 20, 21* 48:*4, 9, 17,*
*24, 25* 49:*2, 4, 6, 12,*

*14, 15, 15* 50:*11, 13,*
*25, 25* 51:*2, 5, 9, 11,*
*23* 52:*7, 10, 17, 18*
53:*4, 8, 11* 54:*8, 21,*
*22, 22, 25* 55:*2, 5, 15,*
*20* 56:*6, 8, 9, 23* 57:*2,*
*14, 20, 21* 58:*1, 3, 7*
59:*10, 18* 60:*7, 19, 21,*
*23, 24* 61:*3, 10, 14, 19,*
*22, 22, 25, 25* 62:*2, 9,*
*11, 13, 15, 19, 21, 24*
63:*3, 4, 8, 13, 14, 18,*
*23* 64:*15, 18, 25* 65:*3,*
*7* 66:*4, 5, 11, 12, 15,*
*19, 19* 67:*6, 11, 12, 19,*
*20, 22, 24* 68:*1, 3, 8,*
*11* 69:*1, 3, 8, 18* 70:*6,*
*13, 17, 17* 71:*1, 4, 7, 8,*
*12, 14, 15* 72:*10* 73:*9,*
*10, 11, 12, 16, 20, 21*
74:*2, 7, 14, 22, 24, 25*
75:*7, 9, 22* 76:*4, 11,*
*13, 23, 24* 77:*5, 21*
78:*1* 79:*12, 16* 80:*8*
81:*1, 14, 16* 82:*1, 4, 5,*
*10, 15* 83:*2, 19, 23*
84:*1, 2, 5, 9* 85:*6, 10,*
*11, 21* 86:*4, 16, 17, 18,*
*18, 18* 87:*14, 17, 19,*
*25* 88:*3, 5, 12, 12, 14*
89:*7, 12, 14, 14, 16,*
*25* 90:*2, 4, 5, 5, 9, 9,*
*21, 25* 91:*6, 9, 14, 15,*
*22* 92:*5, 6, 7, 15, 17*
94:*23* 95:*1, 6, 7, 15,*
*19, 25* 96:*4, 5, 9, 13,*
*16* 97:*9, 13, 25, 25*
98:*2, 2, 4, 5, 6, 6, 10,*
*11, 13, 16, 21* 99:*10,*
*16, 20, 22* 100:*15, 17,*
*23, 24, 25* 101:*2, 16,*
*16, 16, 17, 17, 20*
102:*1, 22, 25, 25*
103:*18, 18* 104:*1, 2, 6,*
*13, 19, 21, 25* 105:*4,*
*21* 106:*6, 9, 13, 13, 16,*
*16* 107:*7, 9, 15, 16*
108:*11, 11, 12, 17, 19*
109:*4, 7, 10, 14, 24, 24*
110:*1, 3, 21, 24*

*111:*15, 16* 112:*3, 6,*
*11, 18, 21* 113:*2, 3, 5,*
*6, 7, 9, 10, 13, 23*
114:*6, 15, 16* 115:*14,*
*15, 24* 116:*3, 18, 23,*
*25, 25* 117:*2, 13, 15,*
*17, 21, 25* 118:*2, 3, 10,*
*12, 25* 119:*1, 10, 15,*
*15, 19, 20, 21* 120:*4,*
*10, 16, 16, 20, 22, 23*
121:*14, 15, 15, 17, 18*
122:*3, 6, 10, 13, 17, 21,*
*22, 23* 123:*9* 124:*1, 5,*
*9, 22* 125:*12, 12, 13,*
*14* 126:*1, 6, 10, 12, 15,*
*16, 16* 127:*16, 22*
128:*3, 7, 21* 129:*11,*
*12, 13, 21, 25* 130:*4, 5,*
*11, 13, 18, 21* 131:*7, 8,*
*16, 17, 19, 21* 132:*14,*
*17, 17, 19* 133:*3, 13,*
*18* 134:*12, 18* 135:*1,*
*6, 8, 11, 14, 19, 21*
136:*3, 4, 8, 15, 22*
137:*4, 8, 23* 138:*20*
139:*6, 9, 12, 18, 20*
140:*2, 4, 12, 19*
141:*10, 17* 143:*1, 8, 9,*
*19* 144:*3, 8, 13, 13, 15,*
*16* 145:*5, 8, 8, 10, 13,*
*14, 16* 146:*20, 24*
147:*1, 4, 6, 8, 18*
148:*1, 2, 6, 7, 12, 15,*
*20, 25* 149:*21* 150:*2,*
*7, 13, 13, 16, 20* 151:*4,*
*10, 22* 152:*6, 6, 10, 13,*
*16, 22, 23, 24, 25*
153:*9, 15, 20, 25*
154:*12, 13, 16, 18*
155:*1, 21* 156:*6, 7, 9,*
*13, 15, 22* 157:*1, 4, 18,*
*24* 158:*3, 5, 6, 8, 9, 10,*
*18* 159:*2* 160:*3, 5*
161:*7, 11, 24* 162:*1, 6,*
*10, 13* 163:*6, 24, 25*
164:*1, 6, 8, 15, 25*
165:*5, 5, 16* 166:*6, 9,*
*23, 24* 167:*3, 10, 11,*
*15, 17, 18, 21, 21*
168:*1, 2, 10, 13, 15*

*169:*6, 19, 25* 170:*1, 3,*
*4, 6, 12, 20, 20, 21, 25*
171:*7, 7, 13, 19, 24*
172:*2, 4, 4, 6, 9, 10, 11,*
*20, 24* 173:*7, 11*
174:*1, 2, 5, 10, 16, 17,*
*24* 175:*6, 10, 13, 17,*
*22* 176:*13, 14* 177:*3,*
*3, 13, 22* 178:*4, 8, 13,*
*19* 180:*2, 3, 4, 6, 8, 12,*
*16, 25* 181:*9, 21, 22,*
*24, 25* 182:*1, 7, 15, 22,*
*24* 183:*3, 5, 6, 7, 17,*
*22, 22, 24, 24, 25*
184:*1, 3, 18, 18, 20, 22,*
*22* 185:*11, 14, 15, 16,*
*17, 20, 20, 21, 24, 25*
186:*5, 6, 8, 12, 12, 16,*
*23, 24* 187:*5, 13, 15,*
*15, 17, 23* 188:*2, 5, 6,*
*7, 7, 8* 189:*3, 6, 6, 7,*
*11* 190:*17, 21, 22, 22*
191:*9, 9, 10, 12, 17*
192:*1, 12, 13, 16*
193:*7, 7, 21, 25, 25*
194:*1, 14, 21* 195:*1, 3,*
*9, 17, 25* 196:*1, 6, 7*
197:*5, 24* 198:*3, 9, 12,*
*19* 199:*1, 18, 21*
200:*5, 8, 15, 15, 17, 20,*
*24* 201:*9, 24, 25, 25*
202:*4, 5, 6, 10, 11, 17,*
*21, 25* 203:*1, 2, 7, 10,*
*23* 204:*1, 12, 14, 15,*
*18, 22, 24* 205:*4, 7, 10,*
*13, 20* 206:*2, 14, 20,*
*23, 25, 25* 207:*4, 10*
208:*3, 6, 8, 9, 24*
209:*5, 22* 210:*5, 10,*
*15, 16, 19, 24* 211:*10,*
*10, 13, 15, 20, 25*
212:*1, 5, 7* 213:*1, 3, 5,*
*8, 9, 13, 17, 18* 214:*8,*
*9, 9, 12, 13, 14, 14, 20,*
*20, 25* 215:*1, 1, 2, 2, 5,*
*13, 18, 19* 216:*2, 11,*
*12, 13, 24, 25* 217:*1, 3,*
*5, 5, 6, 10, 11, 14, 14,*
*19* 218:*1, 8, 14, 24*
219:*13, 16, 21* 220:*1,*

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 118 of 132   Page: 49

Deposition of Andrew Olson
10/22/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

3, 6, 14, 23  221:7, 11,
14, 15, 16  222:9, 14,
16  223:3, 6, 9, 14, 24,
25  224:18, 19, 22
225:2, 3, 15  226:6, 9,
17, 24  227:3, 11
228:1, 23  231:17
232:3  233:1, 2, 14, 21
234:6  235:20, 21
236:1, 4, 7, 10, 12, 13,
15, 24  237:2, 20
238:3, 4, 4, 7, 12, 17,
20, 24, 25  239:7, 10
240:5, 16, 17, 21
241:1, 8, 13, 21
242:20  243:2, 3, 9, 23,
25, 25  244:2, 9, 9, 18,
19, 21  245:15, 17
246:1, 3, 6, 9, 18, 23,
25  247:3, 4, 15  248:3,
11, 13, 17, 17  249:18,
20  250:1, 3, 7, 11, 16,
18, 22  251:8  252:2, 5,
18, 25  253:3, 8, 9
254:3, 5, 7, 8, 12
255:21, 24  256:13
257:12, 16, 23, 23
258:4, 13, 14, 15, 16,
24  259:7, 9, 10, 11, 21
260:11, 11, 19, 24
261:13, 21, 22, 23, 25,
25  262:2, 3, 4, 9, 12,
18, 19  263:5, 7, 9, 10,
11, 12, 16, 20, 23
264:4, 5  265:3, 3, 4, 5,
6, 13, 17

**that's**  7:6  12:6, 7, 10
18:14  21:4  40:4
57:20  58:24  70:4, 18
79:23  81:9  83:9, 20
84:1  86:20  87:8
89:14  90:3  93:13
96:5, 18  97:1, 12, 23
98:4, 17, 18, 19  99:14,
16, 21  100:1  101:19
102:18  104:23
108:21  109:9, 20, 25
110:2  113:20  114:3
125:23  127:4  130:5,
9, 12  132:10, 18

135:3  138:14  140:10,
25  141:3, 6  142:20
144:10, 10  148:17, 18
155:8, 13  160:6, 23
163:13  165:3, 14, 15
166:22  170:8, 8, 8, 10,
23  171:17  174:2, 14
175:15, 23  177:5
180:2, 3, 4, 9  181:16
185:4  186:13, 17
189:4  190:4  193:22
194:25  195:24  197:4
200:15  203:19
207:18  209:14, 15
210:25  212:15, 16, 18
215:12  216:25  217:4,
13  219:14  220:21
221:2, 9, 17, 19, 24
222:19, 20  227:3
232:18, 24  233:1
238:18  239:6, 18
241:23  242:7  245:4
246:17, 20, 24  250:1
251:8, 8  253:3, 24
254:22  255:7, 13
256:1  262:1, 11

**their**  4:19  62:1  82:8,
21  107:21  143:12, 13
144:11, 12  177:4
182:25  183:20  216:1
249:18

**them**  5:25  16:6
42:22  51:21  60:18
66:11, 13  67:17
69:21  70:25  71:3
82:6, 7  111:25
113:11  116:11
120:15, 16  125:10
131:12  150:4  152:25
154:13  162:22
169:16  178:6, 7, 16
181:6  182:14  184:6
185:5  187:6, 13, 14
194:4, 25  199:25
202:7  207:1, 4, 7
212:25  219:4  220:6
236:2  248:2  249:22
250:6  256:8  258:4

**themselves**  143:13

**then**  6:20  13:3, 8, 19
16:16, 17  19:9, 23, 23
22:5  23:8  28:10
33:4  34:12  37:12
38:13  40:17  44:15,
19  48:11, 13, 18  49:2
50:10  51:25  55:17,
17, 18  56:16, 17
59:13  62:4, 8  63:8
64:17  66:23  67:19,
23  69:5  70:22  73:7
74:1  76:15, 18  77:17
78:19  79:17, 19  80:5,
9, 12  83:18  84:7, 10
85:3, 10  89:21, 22, 24,
24  90:22  91:15, 16,
25  92:22  93:25  95:4,
21  96:9  97:3  99:18
100:11  102:3, 12, 18,
24  105:1  111:15
112:20  113:12
114:12, 25  116:14
117:3, 22  118:6, 7
119:10  120:21  121:6,
12  125:15  127:8
130:9  133:12, 23, 25
134:3, 15  140:7
141:16, 21  143:22
144:1, 2, 6  145:6, 25
147:15, 16, 17, 19, 23
148:4  153:15, 16, 24
155:25  156:4, 16
157:10, 13, 15  158:11
159:23  160:4  162:2
163:20  168:11
169:25  170:3, 17, 21
171:24  173:2, 9
175:8, 21  176:9, 23,
23  177:2, 5, 25
178:15, 19, 20  179:7,
15  180:10, 15, 21
184:2  185:11, 23
186:11  197:11  198:1,
9, 14  201:8  203:3, 18
205:10  207:7  209:18
211:3, 22  213:7, 13,
16  214:12, 17, 23
215:20, 21  216:16
219:25  220:2, 12
221:6  222:18  223:8,

8, 12, 21  225:12, 19
228:4, 19  235:21
236:5, 18, 19  238:2, 6,
17, 22  239:3, 23
243:17  245:10
247:19  253:17

**theoretical**  252:1, 8,
12, 13  253:2  255:20

**theory**  172:16  252:20,
22

**therapist**  254:2

**therapy**  236:25
237:4, 8

**there**  5:1  6:7  7:14
9:2, 22  12:23  13:21
14:20, 21  15:4, 7
16:17, 18  18:10, 15,
17  19:2, 5, 6, 17  21:5,
11  22:14  23:8  24:2,
16, 25  28:13  30:24
32:13, 15, 16  34:15
35:20  37:14  38:17
43:6  45:15  46:21
47:17  48:17  49:2, 4
53:22  54:7, 22  56:21
61:2  63:23  66:9, 12
67:19  68:13  69:4
70:20  73:6, 7, 22
75:10, 11, 12  76:5
78:1, 12  79:12  82:7
83:5  84:15, 16  85:2,
3, 3, 8, 10  86:6  93:4
94:1  98:22  99:1, 6,
14, 15, 19, 21  100:22
101:10, 12, 12, 13
104:18  108:1, 4, 14,
18, 22  109:14, 18
110:5  111:24  114:1,
15, 25  115:8, 17
116:11  117:16  118:4,
6  119:25  120:13
121:3  122:3, 8, 21
123:3  124:9, 12
125:8  126:7, 7  127:9,
22  129:4  131:17, 20
132:23  133:11
135:17, 17  137:7
138:22  139:7, 7
141:13  143:3  145:25
148:1, 2, 3  149:19

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 119 of 132    Page: 50

Deposition of Andrew Olson
10/22/2020
Courkamp, Kathleen vs. Fisher-Price, Inc.

150:*13, 14*  151:*10*
152:*20, 21*  153:*12, 23*
156:*8*  157:*16*  159:*1,*
*1, 1, 10*  160:*8, 12*
161:*23*  162:*11, 24*
163:*1*  164:*25*  165:*8,*
*15*  167:*4, 6*  168:*13*
169:*10, 21, 21, 21, 22*
171:*17*  172:*13*  173:*3*
178:*11, 13, 19*  180:*12,*
*18, 21*  181:*11*  182:*6,*
*6, 12, 13, 19*  184:*2, 2*
185:*12, 13, 14, 19, 24*
186:*6*  187:*12, 15*
188:*20*  190:*2, 20*
191:*12, 16, 17*  192:*4,*
*10, 11, 18, 18, 19*
194:*7, 23*  195:*14*
197:*8, 15*  200:*23*
205:*21*  208:*24*
209:*18, 19*  211:*3, 24*
212:*18, 24, 25*  213:*7,*
*16, 22*  214:*7, 13, 17,*
*18, 19, 24*  216:*2*
217:*13*  218:*11*
220:*16, 21, 24*  222:*15,*
*23*  231:*18*  232:*11, 12,*
*22, 24*  235:*11*  237:*15*
238:*1, 2*  240:*17, 25*
244:*2, 17*  245:*15*
246:*3, 23*  252:*10*
253:*3*  254:*17, 19*
256:*4*  258:*6*  260:*24*
261:*20*
**thereafter**  265:*6*
**These**  8:*23*  40:*22*
43:*16*  55:*9*  64:*9*
67:*7*  69:*6, 10, 20*
70:*11*  72:*6, 8, 20*
88:*18, 20, 22*  90:*8, 14*
91:*14, 19*  92:*11*  93:*5*
96:*18*  103:*22*  131:*7,*
*24*  132:*22*  133:*17*
136:*5*  144:*17*  168:*6*
177:*20*  183:*23*  186:*4*
191:*14*  192:*11, 12*
194:*18*  195:*8*  196:*8*
199:*7, 19*  207:*20*
209:*22*  219:*10*

229:*19*  236:*21*
256:*14*  263:*4*
**they**  4:*19*  10:*12, 14,*
*15, 17, 18*  16:*8*  19:*17*
25:*13, 14*  26:*8*  27:*13,*
*15, 18*  28:*20*  32:*17*
39:*15*  40:*15*  45:*17*
46:*6, 21*  52:*14, 14, 18*
53:*25*  54:*1, 5, 7, 23,*
*23*  55:*2, 22*  57:*15, 16*
58:*18*  61:*2*  63:*5, 10*
67:*5, 6*  72:*25, 25*
75:*9, 23*  82:*8, 9, 14,*
*16, 20, 20, 22*  83:*15*
88:*19*  89:*25*  90:*1*
99:*16*  100:*1*  107:*24*
108:*5*  110:*25*  115:*12*
118:*7*  127:*25*  129:*22*
131:*24*  134:*2*  141:*12*
143:*10, 11, 13*  144:*11*
147:*23*  152:*25*
154:*11, 12, 14, 14, 18,*
*21, 21*  155:*21*  156:*2,*
*4, 4, 16, 17*  165:*20*
166:*25*  170:*22*  171:*6*
174:*16*  176:*12, 12, 13,*
*23*  177:*3*  178:*5, 13,*
*15*  179:*19*  180:*22*
181:*5, 7*  183:*1, 1, 3*
184:*1, 20*  185:*4*
191:*10*  192:*10*  193:*5*
206:*25*  212:*9*  216:*3*
236:*3, 6*  237:*16*
238:*15, 17*  239:*14, 19,*
*19*  240:*11, 11*  247:*13*
253:*15, 18*  254:*16*
255:*11, 13, 14, 20*
257:*24*  258:*24*
**they're**  118:*8*
**thing**  5:*18*  24:*24, 25*
54:*13*  100:*12*  101:*13*
104:*4*  114:*2, 6*  117:*2,*
*11*  125:*21*  131:*25*
143:*12, 25*  158:*19*
175:*6*  181:*8, 19*
183:*5*  186:*7*  192:*17*
210:*5*  232:*13, 20*
246:*2*  254:*9*  255:*9*
260:*2*  263:*16*

**things**  7:*4*  8:*19*  49:*7*
51:*24*  55:*9*  67:*22*
71:*21*  86:*8*  88:*7, 19*
96:*3*  104:*11*  113:*13*
117:*19*  118:*9*  131:*17*
132:*5*  141:*5*  143:*9*
145:*6*  148:*1, 2, 10, 13*
168:*15*  169:*17, 22*
170:*11, 18*  171:*16*
173:*2*  190:*16*  195:*5*
203:*25*  229:*18*
231:*15*  236:*4*  253:*1*
254:*5, 8, 12*  258:*16*
**think**  6:*19*  8:*20*  9:*3*
31:*8*  42:*6*  43:*9, 20*
44:*11*  45:*4*  60:*12*
70:*23, 24*  72:*2, 4*
82:*7, 10, 12*  86:*17*
90:*3, 5*  92:*13*  96:*4, 5,*
*12, 16, 24, 25, 25*  97:*1,*
*20, 24*  98:*2*  100:*1, 19*
108:*3*  109:*2*  117:*18*
120:*10, 13*  129:*20*
138:*4*  141:*7, 22*
142:*3*  145:*12*  148:*18*
149:*17*  158:*2*  161:*25*
163:*3, 21*  164:*6*
173:*23*  179:*13*
180:*19*  183:*14*
184:*14*  188:*10, 23*
189:*11*  190:*1*  199:*6*
202:*19, 25*  213:*24*
216:*4, 25*  217:*13*
218:*7, 12*  220:*5*
222:*15, 23*  225:*1*
227:*7*  228:*2, 3*
237:*20, 24*  238:*1*
240:*24*  242:*5*  244:*2*
245:*15*  251:*8*  254:*4*
262:*19*  263:*19, 19*
**thinking**  152:*13*
181:*9*  261:*23*
**third**  178:*14*  249:*6*
**This**  4:*10, 12, 13, 18*
5:*16, 16, 21, 22*  6:*3,*
*10*  7:*18*  8:*2, 21*
12:*25*  14:*5*  18:*13*
20:*17*  25:*16*  27:*1, 2,*
*11*  28:*15*  37:*19*
38:*15*  41:*9*  44:*19*

45:*21*  48:*4*  49:*9*
51:*2*  52:*22*  53:*17*
58:*20*  59:*14*  62:*7, 11*
63:*21*  65:*24*  66:*23,*
*24, 24*  67:*4, 9, 10, 18*
68:*5, 6, 19, 25*  70:*15,*
*22*  71:*9, 11, 12, 14*
72:*9, 24*  73:*15, 16*
74:*15, 15, 16, 19*
76:*20, 24*  77:*10, 14*
78:*7*  80:*18, 22*  83:*25*
84:*3, 20, 24, 25*  85:*13,*
*15, 18*  86:*9, 12, 14, 15,*
*16, 21*  87:*5, 13, 19, 25*
88:*2, 4, 11, 14, 25*
89:*7, 10, 20, 23*  91:*13*
92:*3, 4, 7, 12*  96:*13*
97:*1, 6, 8, 18, 21, 23,*
*25*  98:*3*  100:*10, 15*
102:*13, 21*  108:*25*
111:*3, 14*  112:*4, 25*
114:*2*  115:*6*  119:*13*
120:*1*  124:*20*  131:*17,*
*25*  133:*2, 24, 25*
134:*4, 7, 19, 22*  137:*7*
138:*4*  139:*5*  140:*8,*
*23*  141:*19, 25*  144:*7*
148:*18*  149:*8, 13, 14,*
*15, 17, 23*  150:*17*
151:*15, 23*  160:*8*
170:*13*  173:*22*
175:*18*  178:*8, 23*
179:*5*  180:*20*  181:*8*
182:*8*  183:*4, 19, 21*
184:*11, 15, 20, 21*
186:*16*  189:*16, 16, 19*
190:*5, 22*  191:*21*
192:*1, 7*  196:*1, 13, 20*
197:*17*  198:*24*  199:*5,*
*17*  200:*4*  210:*2, 8, 9,*
*11, 22*  212:*5, 6, 21, 21*
213:*20*  214:*1, 4, 18*
217:*17*  218:*20, 20, 23*
219:*20*  220:*9, 17, 17*
228:*12*  234:*23, 23*
238:*13*  239:*9, 10, 16*
240:*9, 18, 21*  241:*24*
242:*16*  243:*16*  244:*3*
246:*2, 24*  247:*8*
248:*14, 25*  249:*4, 6,*

15 254:4  256:3, 10,
20, 23  258:8  259:2
260:19  261:5  264:10
265:14
**Thomas** 73:6  85:2
**those** 7:4  11:18
47:20  53:20, 23
57:15  60:14, 16
67:22  70:1, 2, 21, 21
72:3  74:22  81:14
82:21  93:19  95:5
96:3  104:11, 11, 14
108:7  110:12  112:10
113:13  116:19
120:14  125:18  129:7
135:3  141:4  144:16
149:22, 24  150:6
153:14  169:22  182:9
184:4, 8  186:18
188:2  191:12, 18
195:2, 2  198:15, 17
203:25  207:24
208:19  219:12  222:6
235:24, 25  239:18
240:15  251:22
252:17, 23, 25  258:13,
20, 20, 22
**though** 7:6  24:11
40:21, 25  59:12
62:15  89:8  137:16
179:2  240:9  261:14
**thought** 15:5  23:2
102:25  109:10  136:3
149:13  188:3, 18, 19
189:5  191:21
**thousand** 5:25
**Three** 26:17  37:8
40:10  53:19, 23  54:2,
2, 6  55:1, 1, 3, 11, 17
87:13, 15, 20  97:18
100:13, 16  108:6
115:20  118:17  127:2,
3, 16  233:4  251:17
255:4  263:10
**three-and-a-half**
224:16
**threw** 40:5
**through** 4:11  5:21
7:17  31:13  39:16
54:12, 24  56:21, 22

65:14  66:17  70:17
71:4  74:25  77:15
82:9  89:24  93:24
104:25, 25  132:21
138:17, 21  144:16
146:10, 13, 14, 17
147:11  150:7  151:15
153:13  156:8  168:3
172:20  178:7, 16
179:5, 7  185:1  186:4
189:19  193:20
197:11, 12  208:8
222:21  229:12, 16
233:5, 19  237:24
241:3, 5  258:2, 8, 16
263:24
**throughout** 55:16
61:23  162:13
**throw** 58:23
**thrown** 97:1
**thumb** 197:11
**tied** 88:21  90:1
**tight** 118:6
**time** 4:8, 9, 18  6:11
8:6, 8  10:4, 5, 6, 8
13:23  14:5  15:9
17:13  19:24  20:4, 14,
19, 24  26:7, 8  27:2,
11, 16, 22  28:6  29:13,
19, 23  30:6, 9, 11
31:5, 8, 9, 14  34:10
35:12  38:7  41:23
42:3, 12, 15  43:4, 10,
12  44:2, 10  47:17, 24
48:2, 3, 4, 4  49:9, 10
51:16  56:21  57:1
58:23  59:10  61:22
64:5, 25  65:17, 21
66:18, 19  68:8  70:1,
14  73:8  74:12  75:15,
22  78:11, 14, 15  83:2
85:23  86:2, 21  87:17,
19  88:22  89:8, 13
90:14, 16  91:6, 9
92:13  94:18  95:1, 18
96:3  97:6  98:6  99:9
100:23, 25  101:3, 6,
17  103:7, 8, 18, 24
104:19, 24, 25  105:4,
23  106:1, 3, 5, 6, 21

107:1, 9, 15, 16, 22, 23
108:14  112:11  115:1,
10, 18, 25  119:9, 25
120:21  121:15
122:22  123:10, 23
124:1, 2, 5, 12, 22
130:8  134:9, 17, 17,
22, 22  135:11  136:15,
21  139:3, 10
141:13, 19, 25  142:14,
18  143:2  144:7, 18
146:7, 9, 19  147:1, 3,
23  148:2, 21  150:13,
19  151:24  153:3
154:21, 21  155:22
156:9  157:18, 24
158:3, 5  159:21
171:2  172:23  174:1,
2, 23  175:18  176:10
179:3  180:6  181:13
187:22, 22  188:8, 8
190:1, 6, 8, 12  191:2,
6  193:7, 7, 14, 18
196:16, 16  202:23
204:19  206:21, 25
208:9  210:10  215:7
220:16  224:18, 25
225:2, 23, 24  226:8,
17  228:3  229:7, 11
230:8  231:17  232:2
244:20  245:5, 20
246:1  254:12  256:2,
20  259:22  260:17, 17,
18  264:10
**timeline** 19:8  38:19
69:23  70:6, 8, 14
88:18  89:11  96:6, 9,
9, 14, 17, 22  97:3, 19,
22  98:4  100:20
104:21  115:12
120:19  121:7  135:1,
4, 8
**timelines** 42:17, 21
**times** 7:14  25:13
47:25  54:13  58:13,
14  59:8  63:22  97:18
101:11  125:1  131:24
161:6  203:9  205:21
222:6  225:22

**tiny** 191:16, 16
192:18
**To** 2:11, 11  5:17, 18,
21, 23  6:1, 2, 8, 10, 10,
21, 22  7:8, 15, 16, 19,
21, 24, 24, 25  8:1, 4,
10, 12, 12, 14, 14, 15,
16, 16, 18, 23, 23  9:3,
12  10:2, 20, 25  11:7,
9  12:4, 13, 19  13:4, 6,
8, 22, 25  14:8, 8, 12,
18, 21, 25, 25  15:4, 6
16:2, 4, 11  17:1, 5, 7,
7, 10  18:5, 7, 17, 24,
25, 25  19:7, 15, 16, 18,
20, 22  20:4, 12, 13, 15,
16  21:3, 3, 6, 17, 22,
25  22:2, 6  23:4, 4
25:1, 2, 16, 25  26:10
27:20  28:4, 4  29:2,
22, 23, 23  30:3  31:14,
23  33:14  34:7  36:24
37:1, 11, 13  38:8, 9,
18  39:13, 17  40:8, 9,
17, 18  41:4, 7, 8, 17
42:17  43:7, 8, 11, 23
44:4, 6, 7, 11, 24  45:3,
5  46:1, 6, 10, 13, 13,
15, 15, 16  47:5  48:9
49:3, 5, 9  50:2, 5, 8, 9,
10, 15, 19  51:22, 22,
24  52:6, 18  53:9, 11,
12, 12, 16, 21, 25  54:2,
5, 13, 14, 18, 25  55:8,
10, 17, 18, 18, 21, 23
56:1, 4  57:16  58:1,
20, 20, 22  60:19  61:1,
2, 10  62:12, 16, 22
63:5, 10, 14  65:9, 11,
12, 19, 25  66:1, 3, 5,
11, 11, 14, 18, 21, 23,
25  67:10, 11, 14, 14,
15, 17, 22  68:13, 25
69:5, 11, 21, 22  70:2,
7, 9, 9, 12, 13, 14, 18
71:9, 9, 16  72:1, 7
73:10, 11, 12, 17, 19
74:3, 4, 5, 9, 15, 21, 24
75:20, 25  76:16, 19
77:7, 17  78:25  79:3,

6, 16, 19, 22   80:1, 12,
23   81:13, 13   82:9, 18,
21   83:4, 17, 18, 19, 22
84:14, 18, 19, 20   85:4,
11, 18   86:7, 7, 19
88:1, 2, 3, 9, 21, 24
89:9, 14, 16, 19, 19
90:23, 24   91:16, 17,
17, 19   92:1, 5, 5, 6, 8,
15, 18   93:4, 7, 9, 14,
19   94:5, 11, 17, 23
95:10, 15   96:2, 3, 7, 9,
17, 19, 21   97:2, 6, 9,
10, 11, 21, 21   98:2, 5,
13, 17, 21, 21, 25   99:2,
5, 11   100:15, 20, 20,
21, 22, 25   101:4, 7, 20,
22   102:3, 11, 15, 19
103:3, 3, 11   104:2, 5,
16, 16, 17, 21   105:18,
20   106:3, 5, 6, 20
107:1, 2, 12, 16, 17, 25
108:5, 10, 16   109:3, 4,
5, 12, 17, 19   110:6, 9,
9, 14, 16, 21   111:1, 1,
3, 9   112:18, 19   113:2,
3, 8, 8, 12, 14, 16
114:11, 13, 23   115:1,
10, 17, 18, 20, 25, 25
116:7, 13, 17   117:3, 4,
5, 5, 11, 11, 18, 21, 25
118:3, 7, 9, 11, 11, 24,
25   119:8, 10, 12, 15
120:4, 5, 5, 9, 14, 16
121:2   122:2, 6, 10, 17,
17   123:9, 16, 17, 18
124:4, 7, 8, 14, 24, 25
125:1, 1, 4, 5, 5, 6, 7
126:15, 22, 24   127:1,
8, 16   128:19, 23, 25
129:20   130:3, 6, 16,
24   131:8, 19   132:3, 5,
5, 6, 6, 11, 12, 13, 13,
15, 18, 21, 25   133:6,
10, 15, 16   134:4, 12,
13, 16, 19   135:7, 8, 21,
21   136:9, 10   137:3, 4,
15, 16   138:5, 6, 13, 14,
22   139:3, 8, 16, 17, 19
140:15, 21, 22   141:8,

8, 12, 16, 16, 16, 23
142:3, 8, 9, 16   143:10,
11, 11, 11, 25   144:12,
12, 16, 17, 24, 24
145:9, 17, 17, 22
146:4, 11, 22   147:1, 2,
6, 6, 15, 16, 17, 18, 19
148:2, 6, 7, 10, 11, 21,
23, 24   149:25   150:1,
12, 14, 16, 18, 19
151:5, 9, 10, 22   152:7,
7, 8, 8, 11, 13, 15, 16,
17, 20, 22, 22, 24, 25
153:17   154:1   156:2,
5, 5, 22, 25   157:5, 5, 7,
11, 15, 16, 18, 19, 20,
20, 23   158:8, 12, 15,
17, 18, 20   159:17, 24
160:4, 5, 20   161:16
162:23, 25, 25, 25
163:3, 8, 11, 21, 22
164:1, 2, 12, 15, 18, 21,
25   165:8, 13, 19, 24
166:2, 14, 18, 25
167:4, 5, 10, 19, 23
168:9, 16, 18, 24
169:1, 4, 5, 15, 20, 25
170:4, 4, 5, 5, 11, 15,
19   171:3, 4, 5, 9, 13,
15, 15, 16   172:17
173:1, 7, 10, 14, 15, 17,
21, 23   174:14, 19
175:4, 13, 14, 24
176:12, 13, 14, 23, 24,
25   177:10, 12, 15, 16,
18   178:9, 10, 20, 20
179:3, 5, 13, 17, 18
180:7, 11, 15, 16, 19,
21, 22   181:4, 5, 15, 16,
19, 21, 22   182:7, 8, 12
183:2, 3, 4, 4, 6, 11, 14,
15   185:5, 8, 13, 14, 15,
19, 23   186:2, 2, 4, 13,
16, 25   187:1, 5, 6, 7, 8,
10, 11, 15   188:7, 9, 18,
21   189:5, 15, 20, 22
190:1, 2, 5, 10, 15, 15,
15, 16, 17, 22   191:4
192:9, 16   193:4, 5, 9,
21, 21   194:9, 18

195:17, 20   196:1, 2, 7,
8, 9, 13, 16, 20, 21, 25
197:8, 14   198:14, 25
199:4, 7, 19, 21, 21, 23,
24, 24, 25   200:4, 9, 15,
21   201:12, 16, 23
202:11, 25   203:10
204:15   205:3, 3, 25
206:13, 13, 18, 19
207:1, 7, 17, 18, 24
208:9   209:10, 18, 25
210:8, 9, 11, 14, 19
211:22   212:6, 18, 24
213:2, 7, 10, 13   214:7,
9, 13, 19   215:1   216:8,
12, 19, 24   217:8, 12,
23   218:9   219:2, 10,
21   222:12, 20, 22
223:22   225:6, 8, 9, 11,
13, 14, 20, 20   228:13
229:3, 9, 13, 16, 18, 19,
21   230:1, 5   231:24
232:4   233:1, 10, 10,
19   234:9, 14, 15, 20,
21   236:14, 14   237:8,
15, 18, 24   238:7
239:9, 19, 21   240:11,
12, 13, 21   241:3, 3, 4,
5, 24   242:5, 6, 6, 17
243:6, 9, 22   244:3, 19,
19   245:5, 5, 14, 23
246:13, 15, 16, 16, 17,
21, 25   247:4, 12, 14,
19, 22   248:1, 1, 7, 10,
13, 15, 19, 25   249:5, 6,
11, 19   251:16, 21, 24,
25   252:3, 5, 8   253:2,
6, 7, 7   255:4, 9, 18, 24,
24, 24   256:5, 11, 20,
21   257:13, 15   258:4,
14, 25   259:21, 22
260:16, 24   261:4, 12,
18, 25   262:7, 18, 25
263:4, 24, 25   265:4, 4,
5, 6, 6

**today**   6:9   7:15   8:25
9:4, 9   56:18   70:10
84:25   164:10   225:24
250:15, 20   264:2
**Today's**   4:8

**together**   13:10   16:18
17:8   23:11   24:8, 16
27:13, 18   30:10, 11
70:2, 16   81:12   86:22,
24   87:1   88:20, 21, 25
90:1   91:15   95:8
97:10, 11   100:7
103:5, 6, 8, 20   105:15
106:22, 22   107:11, 13,
14   110:5   113:14
120:19, 23   121:10
123:17, 19   129:15
149:21   151:17
169:12, 15, 18   180:18
195:5   196:25   197:1
207:13, 20, 25   223:25
224:6, 10, 24   252:23
254:8

**told**   16:6   47:2   49:11
53:25   54:1, 24   55:21
63:5, 10   71:5   86:4
88:7   120:18   145:5
151:5   161:6   167:19
174:24   175:14
176:23   187:13, 14
189:6, 6, 12   192:20
195:24   200:17   201:1,
5   202:10   203:6, 19
205:7   224:2   233:21
244:9   249:20   250:2,
7, 11, 21   257:23
262:19

**tomorrow**   264:4
**ton**   190:1
**too**   7:7   11:23   15:18
32:25   39:16   49:1
86:19   110:25   156:3
159:16   204:2   212:9
**took**   15:4   32:23
38:16   52:7   59:10
60:24   76:7   86:15
87:13, 19   96:3   98:18
108:8   114:13   116:12
132:16   134:1   137:23
147:19, 24   154:14
155:21   156:3   176:24
178:10   180:4   227:2
236:21   263:5
**top**   98:21   126:11
133:22   148:1   181:25

185:*20*  189:*11*
192:*19*  194:*7*  197:*18*
199:*6*  209:*8*, *15*
212:*17*  263:*3*
**toss**  216:*19*
**tough**  7:*15*  174:*2*
**toward**  204:*9*
**towel**  111:*14*
**town**  15:*5*  16:*13*
39:*6*  79:*11*
**Track**  12:*1*  40:*19*, *22*
41:*1*  62:*24*  70:*3*
87:*11*
**traffic**  22:*12*  173:*5*
**trailed**  260:*4*
**trained**  82:*21*
**training**  253:*21*
**transcript**  137:*7*
139:*4*, *9*, *18*  142:*20*
149:*9*, *23*  161:*17*
162:*1*  164:*13*  180:*3*
181:*10*  206:*20*
**transfer**  16:*3*  29:*10*
**transferred**  16:*3*  29:*2*
**transitioned**  116:*4*
117:*3*
**TRAURIG**  3:*17*, *21*
5:*2*
**Traveling**  35:*13*
**treat**  236:*14*
**treated**  226:*19*
**treating**  51:*17*
**treatment**  45:*16*, *16*,
*24*  51:*6*  52:*5*  55:*6*
226:*13*
**trial**  7:*19*  91:*6*, *13*
97:*9*
**triangle**  194:*9*
**tried**  53:*21*  59:*3*
115:*10*  167:*19*
**true**  35:*13*  44:*4*
63:*6*, *11*  80:*15*  98:*2*,
*14*  193:*1*  196:*3*, *9*, *10*,
*13*, *14*  200:*10*, *18*
201:*15*  203:*20*  204:*7*
205:*14*, *15*, *23*, *24*
224:*10*, *11*  242:*16*
262:*21*, *23*  263:*1*, *2*,
*12*, *14*, *14*, *19*  265:*5*

**trust**  119:*19*, *21*
120:*3*, *5*, *6*, *7*  124:*10*,
*10*
**truth**  265:*4*
**truthful**  69:*22*
**try**  6:*22*  8:*12*  70:*12*
85:*20*  98:*19*  138:*23*
190:*5*  253:*7*
**trying**  38:*18*  41:*8*
43:*7*  72:*1*  81:*11*, *13*
86:*7*  88:*24*  93:*14*
96:*7*, *9*, *17*, *19*, *20*
97:*10*, *11*, *21*  99:*5*
103:*11*  111:*1*  123:*9*
125:*7*  132:*18*  140:*21*
157:*18*  207:*17*  225:*9*
256:*19*
**tube**  214:*8*, *13*, *25*
**Tucson**  1:*1*  3:*4*, *14*
4:*1*  10:*4*  151:*11*
**turn**  68:*11*, *13*
138:*12*  155:*14*, *16*, *18*
166:*24*  258:*4*
**turned**  50:*4*, *6*, *7*
99:*17*  117:*10*  118:*17*
**twice**  64:*3*  78:*9*
178:*13*  203:*7*  236:*6*
237:*10*
**two**  14:*24*  23:*11*
28:*15*  29:*9*  32:*15*, *16*
53:*20*  55:*17*  64:*6*
74:*1*  82:*7*  83:*10*
85:*8*  90:*7*, *8*, *14*
91:*14*  95:*2*, *18*  100:*7*
116:*11*  123:*1*, *4*
124:*13*  125:*18*  126:*5*
169:*13*, *14*  177:*22*
178:*12*, *12*  198:*9*
203:*9*, *25*  221:*1*, *6*
224:*5*, *6*  226:*25*
251:*19*  252:*23*, *25*
253:*13*  263:*9*
**type**  12:*12*  45:*9*
46:*18*  53:*8*  110:*19*
191:*10*  210:*16*
211:*11*, *15*, *18*, *19*
230:*20*  231:*11*  232:*6*
233:*2*  234:*14*  236:*6*,
*8*, *9*  238:*25*  252:*12*

**types**  209:*22*  232:*11*
234:*6*  252:*12*
**typical**  78:*1*, *12*
79:*15*  240:*9*
**typically**  67:*9*, *16*
77:*24*  78:*12*  79:*2*, *14*
80:*4*  141:*12*  209:*20*
239:*1*  240:*10*  254:*19*,
*24*
**typo**  208:*8*

**< U >**
**U**  251:*14*  255:*20*
**UDALL**  3:*3*
**uh-huh**  7:*2*, *5*  47:*10*
101:*25*  149:*2*  153:*6*
167:*14*  172:*22*
194:*11*  255:*1*
**ultimately**  32:*8*  90:*6*
**unassisted**  144:*7*
145:*3*  201:*4*, *5*, *14*
202:*24*  203:*19*, *20*
206:*3*  258:*19*
**unboxing**  169:*9*, *12*
**unbuckle**  161:*13*, *15*
162:*7*  164:*7*
**unbuckled**  162:*22*
196:*16*
**unbuckling**  176:*6*, *8*
**uncle**  253:*17*
**uncles**  253:*14*
**uncle's**  253:*16*
**uncomfortable**  257:*13*
**under**  28:*15*  33:*20*
34:*4*, *10*  46:*21*  53:*7*
67:*6*, *25*, *25*  69:*14*, *20*
70:*10*, *10*, *11*  72:*3*
83:*6*, *22*  84:*17*  85:*15*
89:*21*  90:*25*  91:*4*
98:*3*, *3*  100:*11*
113:*16*, *18*, *19*, *21*
137:*6*  183:*10*  185:*16*
186:*8*  194:*16*  199:*18*
213:*2*  222:*6*  225:*10*
256:*14*  258:*13*, *20*, *22*,
*24*  263:*11*  265:*6*
**underage**  41:*20*
**underaged**  57:*25*
**undergrad**  15:*13*

**underneath**  197:*21*
214:*23*
**understand**  5:*22*
38:*18*  42:*11*  43:*7*
46:*14*  49:*8*  52:*6*
55:*8*  70:*7*  74:*23*, *23*
75:*19*  76:*17*  84:*9*
97:*5*, *15*  99:*5*  100:*19*
108:*25*  111:*4*, *5*
119:*13*  128:*1*  129:*25*
137:*22*  146:*20*
151:*16*  179:*15*
184:*21*
**understanding**  36:*24*
109:*13*, *15*  114:*22*
215:*5*
**understood**  62:*21*
66:*6*  89:*12*  103:*2*
130:*3*  169:*6*  195:*20*
199:*17*, *20*  204:*14*
256:*5*
**undertake**  45:*23*
**undertaking**  252:*3*
**undetermined**  46:*20*
241:*10*  243:*1*
**undid**  162:*4*
**unexplained**  188:*24*
231:*3*  243:*1*
**unfair**  25:*2*, *12*
**unfaithful**  120:*9*, *10*
**unfamiliar**  72:*24*
**unfortunately**  7:*16*
250:*9*
**unified**  252:*20*
**unit**  37:*14*, *17*  156:*20*
182:*7*
**UNITED**  1:*1*  4:*14*
**units**  90:*7*
**University**  251:*15*
252:*9*
**unkind**  41:*7*  101:*22*
**Unknown**  242:*24*
**unless**  6:*3*  50:*2*
125:*13*
**unpleasant**  25:*15*
**unsafe**  35:*24*
**unsecure**  22:*18*, *20*
**until**  6:*20*  101:*7*
107:*16*  119:*11*
121:*18*  139:*23*

145:*16*  150:*18*
159:*20*  177:6, *7*
190:2  224:*18*  243:*16*,
*17*  260:*18*

**untimely** 181:*19*

**unusual** 146:22

**up** 8:2  9:*20*  15:*19*
22:*19*  23:*3*  26:*1*
36:*21*  40:*17*  42:6, *7*
55:*11*  65:*12*, *13*
70:*12*, 25  71:*17*  72:7,
*11*  77:17  78:*3*  80:6
83:5, *21*  84:*19*  87:*23*,
*24*  88:*19*, *20*  89:22
92:*11*  93:8, *25*  96:*1*,
*6*  99:*3*  100:9  102:*21*
104:2, *25*  107:*1*
112:*18*  113:7, 8, *10*,
*11*  115:*1*, *14*, 21
119:8, *10*  121:*18*
125:*1*, *4*, *5*  127:*5*
136:*13*, *15*, *18*, 22, *25*
137:2  139:*10*, *11*, *14*,
*16*, *19*, *19*, *21*  140:*11*
141:*1*  143:*1*, *1*, *11*, *18*
144:*1*, 2, 7, *12*, *19*
145:*3*, 6, 7, *19*, *19*, *23*
146:*20*, 22  147:*2*, *3*,
*15*  148:*3*, *10*, *12*
152:*1*, 8  153:*14*
156:*1*, *5*, *12*  157:7, *15*,
22  158:9, *20*, *21*
159:*25*  160:2, *4*
162:*3*  163:*12*  164:8,
*14*  169:*10*, *16*  170:*18*
172:*12*  173:*2*, 9, *15*,
*19*  174:*19*, 22, *23*
175:*1*, *2*, 8, *15*  176:*2*,
*5*, *22*  178:*18*  179:*19*
185:*16*, *21*  190:*15*
192:9, *15*, *16*  193:*10*
198:*25*  200:5, *6*, 8, *11*,
*11*  201:*1*, *5*, *12*, *13*, *15*,
*20*  202:*1*, *16*, *18*, *24*
203:6, *18*  206:2, *9*
211:*4*  214:*1*, *3*, *12*
216:*13*  222:*15*
235:*25*  237:*13*
238:*19*  239:*24*
243:*17*  244:*3*  254:22

255:7  257:*14*  258:*18*,
*19*

**upon** 48:9

**upset** 138:*5*  171:*15*
207:*19*

**upsetting** 109:*5*

**upside** 239:*4*

**us** 5:*19*  47:2  52:*4*
69:*5*, 7  71:*5*  72:6
79:*13*, *14*, *16*  93:*20*
104:*16*  114:*20*
120:*18*  123:*4*  127:*13*
128:*10*  131:7  138:*20*
161:*6*  167:*19*  179:*19*
186:2  190:*17*  191:*17*
192:*20*  195:*24*  201:*1*,
*5*  202:*10*, *17*  203:*19*
205:7  207:*19*  222:*12*,
*15*  244:*9*  252:*18*, *19*

**usage** 257:7

**use** 47:*15*  51:6  52:*1*
65:*4*  73:7, *23*  76:*19*
79:*17*  128:*3*, *4*
129:*10*  130:*3*, *6*
160:*4*  172:*4*, *6*
190:*22*  195:*11*, *15*, *18*
197:22, *22*  198:*24*
199:*5*  200:*4*  201:*11*
238:*23*

**used** 41:*23*  51:*10*, *12*,
*16*  53:2  117:*1*
129:22  130:*19*
166:*23*  183:*3*  184:*1*
205:9  232:*4*  249:*1*

**using** 42:*3*, *15*, *19*
43:*2*  47:*13*  56:9
57:*21*  130:*1*  183:*25*
193:5  194:22  202:2
204:*16*  245:*20*  251:6

**usual** 146:6

**Usually** 35:*14*, *15*
125:*15*  158:*1*  173:*15*,
*17*  174:*11*  209:6

**UV** 25:8

**< V >**

**vague** 200:*19*, *24*

**valid** 40:*4*

**Valley** 34:*1*  86:*18*

**vantage** 7:*20*  97:8

**vapors** 98:*23*

**varied** 17:2

**varies** 124:*21*

**variety** 55:5, *7*

**various** 56:22  79:*5*
111:*4*

**vary** 126:*11*

**vehicle** 44:*1*, *10*  45:6
228:7

**Velcro'd** 118:*3*

**verbally** 7:8

**Veritext** 4:7

**versa** 6:*16*

**vertical** 200:*15*

**very** 5:*18*, *20*, *20*  6:*1*
7:*13*  10:*25*  29:*1*
66:6  67:*23*  84:*5*
90:*11*  104:2  108:*8*
130:*15*, *18*  131:*23*
150:7, *17*  152:*4*
161:*3*  167:*3*  173:*12*
183:6  191:*15*  214:*24*
260:*3*  263:*20*

**Via** 3:*14*  51:6

**vice** 6:*16*

**video** 6:*11*  7:*10*
65:*17*, *21*  85:*23*  86:2
105:*23*, *25*  142:*14*, *18*
190:8, *12*  191:*2*, *6*
193:*14*, *18*  229:*1*, 7,
*11*  264:7, 9

**videoconference** 3:*14*

**Videographer** 3:*25*
4:6  65:*16*, *20*  85:*18*,
*19*  86:*1*  105:*18*, 22,
*25*  142:*13*, *17*  190:7,
*11*  191:*1*, *5*  193:9, *17*
229:6, *10*  264:6

**VIDEOTAPED** 1:*1*

**view** 220:*24*

**viewpoint** 7:*20*

**violations** 74:2

**virtual** 6:*10*

**visible** 192:*4*

**visit** 15:*4*  125:*18*, *18*
133:*17*, *24*  134:*4*, *4*,
22  135:7, *8*  222:*12*,
22  225:*14*

**visitation** 119:*4*

**visited** 16:9

**visiting** 127:*15*
225:*25*

**visits** 133:*5*  227:22

**visual** 170:*16*  261:*20*
262:*5*, 7

**visually** 259:22
261:*23*

**voice** 138:*12*

**vs** 1:*1*  4:*13*

**< W >**

**W** 1:*1*  3:*5*  265:*16*

**wagon** 61:*19*

**waist** 195:22

**wait** 6:*20*  87:8
165:*5*  249:22  251:*1*

**waiting** 150:*12*, *16*, *18*

**waived** 265:*10*

**waiving** 255:*14*

**wake** 146:*20*  147:*2*, *3*
158:*17*, *20*  160:*2*, *4*
173:*15*  175:*1*

**wakeboarding** 254:*14*,
*18*

**waking** 174:22  175:*2*,
*7*

**walk** 70:*17*  147:*10*

**walked** 16:6

**walking** 200:*23*

**want** 5:*18*  6:2  8:*10*
9:*12*  28:4  38:9
51:22  52:*15*, *18*  55:8,
*22*  58:*20*, 22  65:9, *25*
66:*3*  67:*11*, *14*  70:*12*,
*13*  71:9, *25*  92:*18*
93:7, *19*  97:2  98:*5*
100:*20*, *20*, *21*  104:*16*
105:*20*  109:*4*, *5*
110:*25*  116:*17*  117:*4*,
*5*  124:7, 8  130:*24*
132:*21*  137:*16*  138:*5*
139:*3*  142:*8*  147:*6*
148:*24*  158:*20*
163:*21*  164:2  168:*15*
171:*15*  175:*13*  179:*5*
183:*13*  190:*1*  201:*23*
206:*18*  208:9, *13*, *16*
219:2, *10*  229:*3*, *20*

237:24  241:3, 3, 5, 24
242:2, 3, 5  246:21, 21,
21  248:10  251:21
252:3, 5  253:2
261:24  262:25
**wanted**  12:4  14:12
62:16  63:5, 10  67:10
76:16  120:16  166:14
167:10  168:23
255:18
**warm**  153:4
**warmer**  154:8
**warning**  130:20
150:1  170:9  191:23
192:4, 12, 19, 20
193:4, 23  194:8, 13,
17  196:1, 13  197:20
198:19  199:6, 18
204:14  205:23
206:11  257:23  259:2
263:3
**warnings**  129:17, 21
161:5  167:19  170:9
194:4, 18, 21  195:1, 4,
8, 8  199:7, 19, 21, 24
250:12  258:2  263:4,
7
**warrant**  91:4
**was**  5:7  11:5, 6, 13,
23  12:6, 10, 12, 14, 18
13:12, 14, 25  14:6, 14,
20, 21  15:9, 12, 22
16:7, 25  17:1, 15, 17,
22, 23, 25  18:1, 5, 6,
11, 13, 17, 19, 20  19:5,
5, 14, 20  20:2, 4, 9, 17,
19, 21  21:15, 19, 25
22:1, 7, 14  23:4, 10,
20, 22, 22  24:2, 7, 12,
14  25:19  26:5, 12, 14,
22  27:1, 1, 2, 10, 20,
21  28:19, 23, 24  29:1,
6, 15, 17, 18, 24  30:3,
21, 24, 25  31:8, 10, 11,
12  32:6, 11, 13, 15, 19,
25  33:15  34:8, 12, 17,
20, 24  35:8, 16  36:15,
19, 22, 24, 25  37:7, 12,
14, 17  38:10, 13, 13,
16, 23  39:2, 7, 25, 25

40:7  41:11, 19, 22, 25
42:16, 18, 18  43:2, 9,
18, 25  44:9, 11, 16, 22,
22  45:5, 21  46:3, 15,
20, 22  47:17, 24, 25
48:1, 3, 4, 5, 5, 9, 20
49:2, 11, 19, 21, 23
50:9, 18, 23, 25  51:2,
4, 5, 10, 11, 24  52:4, 4
53:23  54:6, 7, 22, 22
55:1, 15, 20, 25  56:5,
21  57:6, 17  58:8, 8,
10  59:4, 12, 16, 18
60:8  61:23  62:16, 19,
22  63:21  64:7, 18, 21,
22  65:18  67:1, 21
68:23  72:23  73:10,
22  75:8, 10, 11, 12, 22
76:5, 9, 19, 24, 24
77:2  78:1, 20, 21
79:12  80:7, 25  81:2,
6, 21, 22  82:4, 5, 7, 10,
12, 24  83:3, 5, 6, 6,
6, 10, 11, 17, 21  85:15
86:6, 12, 14, 16, 17, 17,
18, 18  87:4, 9, 12, 13
88:12, 12, 25  89:7, 8,
13, 23  90:3, 5, 9, 18,
25  91:1, 24, 24  92:15,
17  94:1  95:6, 25
96:1, 4, 12, 16  97:23,
24, 25, 25  98:8, 23, 24
99:6, 9, 14, 15, 19, 21
100:3  101:11, 12, 14,
20  102:11, 14, 22, 22,
25  103:25  104:1, 3, 4,
13  105:4, 4, 6, 9, 10,
16  106:8, 16, 19
107:9, 10, 12, 24
108:1, 3, 4, 6, 7, 8, 10,
17, 18, 22  109:3, 23,
24, 25, 25  110:1, 11,
11, 17, 18, 19, 20
111:2, 8, 13, 14, 20, 21,
23  112:18, 24  113:2,
2  114:1, 15  115:6, 17,
23, 25  116:8, 11, 13,
14, 15, 18, 25  117:1,
10, 11, 13, 16, 23
118:16, 16, 18  119:1,

7, 8, 13, 20, 20, 24
120:1, 7, 7, 10, 13
121:12, 14, 17, 19, 23
122:6, 9, 11, 14, 17, 21
123:3, 22  124:12
125:1, 12, 12, 13, 14,
17, 19, 23, 23  126:7,
10, 10, 15, 16, 16, 20,
21, 22, 23  127:4, 16,
22, 23, 24  128:4, 12,
13, 15  129:13, 20
130:12, 21, 22  131:2,
3, 14  132:17, 17
133:15  134:7, 8, 8, 9,
12, 24  136:3, 8  137:4,
13, 19  139:10, 19, 21
140:3, 8, 8, 15, 16, 23,
23  141:4, 7  142:15,
22, 25  143:8, 17
145:10, 12, 16  146:2,
3, 6, 9, 16, 21  147:1, 3,
7, 7, 9, 18  148:5, 9, 9,
11  149:13, 17, 21
150:8, 9, 13  151:5, 8
152:4, 11, 12, 16, 23
153:7, 8, 13  154:15,
20  155:2, 5  156:8, 12,
19, 20  157:6, 16, 17,
18, 19, 22, 24  158:2, 3,
4, 5, 14, 16, 19  159:1,
2, 8, 9, 10, 16, 21
160:24  162:25  163:3,
11, 24, 25  164:1, 9, 11,
24, 25  165:7, 13
166:6, 10, 17, 23
167:3, 4, 5, 12, 17, 17,
21  168:1, 13, 22, 23
170:3, 5, 13  171:5, 9,
17, 25  172:1, 13, 23
173:4, 7, 15  174:3, 4,
4, 14, 15, 24  175:7, 10,
18, 20  177:6  178:19
179:20, 23  180:20, 25
181:20  182:6, 11, 19
183:19, 21  184:1, 9
185:5  187:14  188:19,
19, 20, 22, 22, 22, 23
189:6, 8, 11  190:9, 24
191:3  194:21  195:17
196:22, 24  199:13, 25

200:11, 11, 18  202:6
204:16  205:9, 22, 25
208:21  211:24  212:3,
4  215:12, 12  216:2,
12, 13, 19  219:21
220:15, 21  221:9, 14
222:20  223:13, 18, 18,
23, 23  224:10, 12, 16,
17, 18, 19, 19  225:2,
25  227:5  228:2, 3, 3,
18, 18, 19  229:8
231:9, 10, 18  232:6
233:9, 14, 21  235:4, 7,
8  236:3, 4, 8, 9  237:2,
7, 15  238:8  239:20,
24  240:5, 6, 13, 17, 18,
21  241:10, 17  242:9
243:5, 7  244:17, 19
245:15, 21  246:1, 3
247:3, 10  248:14
250:3, 7  257:9, 12, 14
259:16, 17, 20, 20, 23
261:9, 14, 20, 21
264:12  265:4, 10, 10,
11
**wasn't**  18:7  23:2
42:19  43:3, 9  46:20
47:24  49:3, 4  76:13
77:2, 8  83:7  99:21,
22  100:23  101:13, 16,
16, 17  109:23  111:13,
20  114:8, 21  118:23
119:7  122:8, 15
139:16  143:20, 21
152:2  153:25  157:9
162:3  164:14  165:8,
19  174:24  181:25
187:12  202:11
205:16  220:14  241:1
**waste**  139:3
**wasting**  231:3
**watched**  151:20
**watches**  115:19
**watching**  147:10
**way**  5:17  40:16  41:9
56:8  65:14  67:9, 16
70:11, 20  80:25
81:23  82:21  84:21
97:10  100:24  109:21
115:17  120:1, 15

128:7  131:22  138:6
146:3  148:10  152:6
158:23  164:18, 22, 25
165:8, 24  166:3, 25
169:7  177:4  181:7
184:12  196:12
205:22  238:12  265:6,
8
ways  197:12  252:7
254:23
We  4:6  6:6, 10, 18
7:1, 9, 10, 13  8:4, 10,
12, 18, 25  10:9  13:7,
8, 19, 19, 20  15:4, 4,
13  16:13, 14  17:4, 23
18:7, 25  19:2  20:7
22:16, 22  30:8  38:8
43:21, 21  44:14  49:2,
6, 9  58:7  65:3, 13, 15,
16, 20  66:16, 19
67:16, 19  70:5, 15, 17,
22  71:15, 16, 18  72:3
73:16  74:24  78:1, 3
79:13, 13, 17  81:11
83:23  84:16  85:4, 4,
20, 22  86:1, 4, 4, 4, 16,
24  88:1  89:10, 22, 24
91:17  92:1, 5, 13, 19
93:6, 22  95:11, 21
96:7, 8, 8, 17, 21  97:1,
2, 3, 18, 19  98:3, 4, 8,
17  99:18  100:21
102:14  103:6  105:10,
16, 21, 22, 25  106:4,
25  107:12, 18  108:8
109:7  110:2  112:17,
17  113:5, 5, 5, 6, 7, 7,
8, 9, 9, 11, 12  116:12,
15  117:3, 4, 5, 6, 7, 14
119:1, 10  120:18
121:5, 5, 6, 7, 18
123:16, 18  126:24, 24
127:11  129:11, 12
130:5, 10  131:5, 12,
17, 25  133:10, 25
138:5, 11, 11, 16, 22,
24, 24  139:3  141:22
142:3, 5, 10, 13, 17, 19
143:9  146:7  147:16,
16  148:7, 8, 13  150:4,

12, 13, 14  151:13, 20
152:15, 15, 19, 20, 21,
22  153:21  156:23
157:11, 14, 20  158:17,
18, 19  159:11, 16, 17,
23, 23  161:23  162:23,
24  163:13  164:19
165:15  166:8, 10
167:3, 6, 25, 25
169:19  170:6, 19, 19,
24, 25  171:12  173:1,
3, 5, 12, 13, 13, 19, 19,
20  175:7  176:18
177:5, 9, 12  178:19
179:3, 7, 25  181:15
183:15  184:6, 7
186:3  188:19  189:6,
19  190:7, 11, 15, 22
191:1, 5, 22  192:18
193:12, 13, 17, 21
194:9  196:18, 21, 24
207:20, 24  208:9
209:2  217:14  218:10,
12, 16, 20  219:5, 12,
20  220:6, 23  222:11,
14, 15  224:21, 25
225:8, 23  228:19
229:1, 3, 6, 10  237:18,
23, 23  238:7  242:6,
15  245:7  246:23
248:17, 17  250:20
253:9  256:13, 16, 17
258:4  259:21  261:23,
24  263:15, 15, 16, 22
264:2, 9
wear  25:17
weaving  35:7, 8  39:11
weed  215:18  216:1
week  47:6  53:19, 20,
22, 23  54:1, 1, 2, 3, 6,
6, 18  55:1, 2, 3, 10, 11,
15  63:19, 22  64:4
78:9  125:1  134:1
151:15  237:10  264:5
weekly  53:17
weeks  53:22  83:10
123:2  170:1, 1  227:1
weighed  204:8
weight  143:6  169:21
231:3  233:9

weird  117:20  163:14
168:12, 17  169:6
175:9
well  15:10  17:17
27:25  40:25  41:6
43:2  47:17  59:14
70:7  73:14  74:17
81:11  83:15  85:11
87:10  93:15, 22  97:5
98:13  116:3  118:24
119:14  120:15  126:1
128:22  145:22  168:4
171:1  173:4  174:1,
14  175:7  177:6
179:13  180:16  187:2
192:13  202:10
212:19  219:6  237:6
243:9  244:1  251:4
253:13  254:10
255:11  256:18
261:21
we'll  78:2
went  16:13  23:13
37:12  39:15  53:11
54:1, 2  55:17, 18, 18
88:21  89:15, 18, 19,
24, 24  96:2, 21  97:3
98:4  101:7  102:3, 9
107:12, 16  108:5
118:11  127:8  128:25
134:4  147:15, 24
148:6  150:7  151:20,
25  157:6, 11  159:16
175:4  178:6  179:20
225:6, 8, 10  233:10
234:18  237:7, 23
244:15  258:2, 16
were  6:12  7:1  9:22
10:7, 14  11:16  12:2,
11, 23  13:5, 22  14:5,
7, 7, 16  15:6, 13, 16
16:2, 21  17:5, 7, 10,
11, 18  18:16  19:23
20:7, 9, 11, 23  21:16
23:11, 18  24:7  26:6,
8, 22  27:3, 7, 13  28:6,
6, 12, 16  29:6, 14, 16,
19, 24  30:7, 8, 9, 11
31:1, 5, 6, 6, 9, 12
32:1, 7, 8, 16, 17  33:2,

4, 8, 10, 18, 23  34:7,
10, 12, 15, 23, 23  35:6,
6, 19, 19  36:12, 16, 22,
22  37:4, 10, 22  38:5,
17  39:1, 5, 6, 11, 11,
20, 23  40:7, 8, 9, 21,
25  41:10, 14, 20  42:3,
13, 14, 22  43:11, 14,
23  44:1, 5, 6, 15, 20
45:5, 8  46:1, 18  47:3,
12, 18, 19  48:15  49:6,
13, 18, 24  50:1, 7, 10,
17, 22  51:8, 9, 9, 14
52:16  53:3, 17, 20, 22
54:4  55:9, 9, 10, 11,
19, 23  57:12, 25  58:3,
18  59:2  60:5, 13, 21
61:9  64:8, 9, 24  68:8
70:11  71:6  72:19
73:16, 17, 24  74:2, 24
75:2, 6, 6, 24  77:9
78:6  79:12  80:23, 23
81:3, 17  82:8, 23
83:1, 1, 9, 12, 14, 18,
18  86:5, 8, 8, 22, 24
87:1, 16, 20  88:7, 14,
21  89:1  90:1, 4, 16
91:2, 4, 4, 5, 12, 21
93:4  94:2, 8, 14, 21,
22  95:5, 7, 11  96:13
98:9  99:1, 2, 7
100:23  101:7, 10, 23,
24  102:4, 21  103:4, 6,
8, 19, 19  104:18
105:1, 1, 10, 14, 15, 16
106:3, 7, 8, 14  107:10,
11, 14, 18  108:14
110:5  111:17, 24
114:4, 23  115:22
116:15  119:14, 15
120:8, 8, 18, 22, 22
121:5, 5, 7, 9, 14, 18
122:3, 5  123:6, 16, 18,
21, 23  124:9, 17, 23
125:3, 4, 7  126:24
127:15, 25  130:18, 19
133:8, 17  134:2
137:8  141:3  143:3
144:1  145:25  147:9,
16  148:1, 2, 3, 4, 7, 8,

16 149:20 150:6, 8,
12, 16, 18 151:13, 23
152:15, 22 155:22
157:20 158:17, 18
162:1, 23 163:25, 25
165:15 166:8 167:25,
25 168:5, 6 169:4, 16,
19, 21 170:10, 11, 12,
19 171:6, 7, 13
172:15, 16 173:3, 12,
13, 14, 19, 20 174:19
176:10 177:4, 5, 23
179:8, 25 180:7, 7, 10,
18, 20 181:9, 19
182:13 184:20 187:5,
5 188:21, 22 189:6
192:20 193:5, 5
194:3, 4, 22 196:7, 9
199:24, 25 202:10
203:4, 13 204:3, 15
205:8, 21 216:4
221:4 222:3, 6, 11, 15,
23 223:9, 22 225:10,
11, 14 226:24 227:11
228:15 231:11, 24
232:2, 3, 11 235:11,
24 236:1, 3, 15 240:5,
16, 17 244:10, 13, 13
245:20 251:6 255:23,
23 257:6, 11, 16
258:13 259:8 260:8
261:7, 12, 15 262:18,
19 263:10, 11 265:3, 6
we're 22:21 103:2
weren't 30:3 82:16
174:20 199:11, 23
259:21
West 37:13, 17 38:3
WESTIN 3:3
Wetmore 3:13
what 6:16 7:15, 20
11:1, 13, 21, 25 12:2,
2, 6, 7, 18 13:5, 14
14:10, 17, 21 15:4, 12,
16, 22, 25 16:10
17:16 18:13, 24
19:14, 23 20:1, 8, 10,
11 21:15, 19 22:5
24:5, 7, 12, 15 25:11
26:11 27:24 28:24

31:1 33:17 34:7, 22
35:1 36:22, 25 37:7,
10 38:23 39:3, 5, 8,
10, 10, 12, 25, 25 40:2,
7, 13 42:8 43:1, 8, 16,
17 44:14 45:8, 17
46:1, 1, 18, 23 47:3
52:4, 4 54:4 56:8
57:10 58:6, 6, 10, 15,
17 60:9 62:24 64:1
67:3, 21 70:6, 18
72:13, 23, 25, 25 75:6
76:17 77:19 78:16,
19, 21, 25 81:6 82:12
83:8 88:24 90:10
92:25 93:14, 17
96:12, 13, 18, 19, 20,
21 97:3, 12 98:5, 19
99:2, 14, 16 100:1, 3
101:19 102:6, 7
106:17 108:2, 19, 21,
23 109:20, 22 110:1,
15, 17 111:2, 5, 17
112:8, 13, 20, 22
113:20 115:18 116:4,
8, 17, 18 119:8, 13, 14,
23 122:6, 8, 17 125:4,
16, 23 126:14 130:14
132:22 134:12
135:23 136:1, 25
138:9, 9 140:8, 23
145:9 146:6, 19, 24
147:5, 7, 7 148:4, 5,
16, 17, 18 149:6
152:12 153:3, 20
155:1, 16 157:1, 10,
14, 23 160:6 161:4
166:22 167:25 168:5
170:4, 10, 22 172:23
174:14 175:5, 10, 12,
18 177:2, 22 178:15,
16, 22 183:13, 14, 23
187:1, 1, 6, 10, 11
188:18 189:4 191:21
192:7, 20, 24 194:7
199:13 200:15, 18
202:4, 15, 16, 22
207:17 209:2 210:8,
11, 21, 24 211:10, 13
217:3, 9 218:9, 16

219:11 220:23 221:9,
14, 24 224:2, 4, 5, 5
227:24 228:17 229:3
231:11 232:6, 6, 18
233:9, 18 235:1
242:23 244:14 248:6
251:18, 21, 24 252:3,
12, 17 253:15, 18
254:18 257:9, 10
259:16, 17 261:22
whatever 93:7
119:12 142:9 170:3
181:5
what's 35:9 130:9
184:17 186:8 208:23
230:12 243:2
when 7:15 10:7, 17,
20 11:16 13:7, 15
14:7 15:20 16:10
17:14, 17, 18, 21 18:5,
7 20:4, 11 21:16, 17,
19, 21, 22 23:16 24:1,
7, 15 25:14, 18 26:3,
18, 21, 25 27:7, 13
28:7, 23 31:5 32:7, 7,
16, 18, 19, 22 33:23
34:17 35:19 36:21
38:5, 10, 13 41:8, 9,
14, 22 42:18, 18
43:14, 23 45:14, 19
47:12, 19 48:6, 16, 20
49:13, 18 50:1, 7, 18,
23 51:1, 4, 8, 8, 14, 22,
23 53:11, 14 54:23
55:2, 19, 20, 25 56:5
57:3, 9, 25 58:12
59:2, 14, 16 60:5, 9
61:1, 9 62:8, 19 64:3,
16 69:20 71:6 72:19
73:16, 17, 24 74:4
75:1 76:15 83:4, 14
84:4 86:8 87:13
88:19, 25 89:4 90:16,
22 96:1, 1, 2 98:20
99:7 100:9, 23 101:6
102:3, 9, 9, 16, 17
103:19 105:3, 4, 10,
14, 15, 16 106:14, 16,
17, 18, 19 107:3, 4, 10,
21 108:14 110:6

114:4 115:5, 22, 22
116:2, 13, 23 118:14,
18, 19, 19 119:3, 5
120:1 121:17 122:5,
11, 15 123:6, 21
124:11, 12, 14, 21
125:3, 3, 17, 18, 23
126:17, 23 127:1, 15
128:2, 15, 22, 25
129:6 131:1, 4
134:12 135:6 136:17
142:22 144:11
148:15, 15 150:4, 15,
19 151:25 152:8, 21,
22 153:16 154:6, 7,
18 156:12 157:14, 19,
22 158:17 159:1, 13,
19 160:16, 17, 24
162:3 163:18, 22
164:7, 12, 13, 17
166:23 167:11, 12
168:17, 22 169:15
172:23 173:7, 15
174:16 175:15 177:5
178:15, 16 179:2, 15
182:1, 11, 11 183:1
185:4 186:24 187:10,
14 188:17, 21 191:21
193:9 196:7 198:20,
25 200:4, 17 201:12
202:6 203:13 204:15,
25 205:16, 21 215:9
222:3, 11, 12, 22
223:1, 5, 21, 21 224:9,
12, 15, 15, 17, 19, 23
225:10, 11, 13, 19
227:4, 5 228:1, 10
229:13 231:9 235:7
236:3, 3, 15 237:6, 23
239:19 241:17, 21
244:3 245:11 246:2,
12, 24 247:3, 7
251:22 252:4, 4
256:8 258:2, 16
260:4, 9
whenever 76:19
116:15 119:7 162:23
189:14 259:21
where 6:14, 19 9:20
10:1 11:9 13:3 17:5

21:4, 5, 10, 25   23:13,
18   25:3   28:2, 10
33:10, 23, 24   34:20,
23   39:1, 5   40:16
42:17   45:5   47:25
59:5   67:21   69:6
72:14   73:18   75:6
76:11, 21   77:24   79:3,
7, 23   82:22   83:21
84:1   86:15   90:3
92:6   96:6   97:1   98:9
101:11, 13   104:4
105:1, 9   107:10
110:13, 20   111:7
112:5   115:10   116:19
125:15   128:3, 8
139:9   140:1, 16
141:13   143:13
148:13, 20   149:20
150:14   152:11
162:22   167:4   171:22
175:24   180:2, 4
183:18   186:3, 11
199:14, 14, 18   200:3,
14   202:12   209:15
210:22   211:24   212:4
213:2   217:5, 6, 11
218:9   219:21   221:3,
21   234:17   242:22
248:16   251:12   253:5
254:15   255:18, 19
257:14   261:8   263:3
**whereabouts** 70:14
**WHEREUPON** 65:18
142:15   190:9   191:3
229:8   264:12
**whether** 26:6   36:16
42:2, 13   48:4   68:17
93:25   126:16, 16
134:3   153:7   162:7
181:14   207:10   235:4
258:17   259:9, 11, 15
261:9
**Which** 12:20   13:12
47:17   66:21   67:18
68:22   73:8   84:16
90:15   92:8   96:7
102:15   120:20
133:17   134:23
137:18   146:16

152:17   161:17   176:1
181:10   185:18
188:19   191:14, 17, 17
195:5, 21   197:21, 23
199:23   210:1   217:19
231:2   237:19   238:18
239:5   242:18
**whichever** 201:9
203:22
**while** 16:7   23:10
44:22   55:9   75:16, 17
89:8   103:14   104:18
109:25, 25   110:11, 11
114:12   121:7   126:24
165:25   167:6   180:10
218:11, 13   222:14
223:9   240:6   251:5
**who** 6:9   32:5   33:14
49:11   59:15, 15, 15,
18   60:13, 13, 18   66:9
77:9   81:3   98:25
112:4   142:21, 22
155:10   160:9, 14
187:1, 6, 8   189:7
231:8, 10   237:2
248:22   249:1, 8, 11
250:6
**whoever** 114:11
176:15
**whole** 38:19   72:24
84:3   88:22   113:19
114:2   151:15   156:22
167:9   246:2   247:15
260:2   262:3   263:16
265:4
**whom** 4:19   234:12
249:15
**whose** 171:9
**Why** 13:5, 14   19:1
28:19   32:21   49:15
54:5   75:20   82:3
86:20   93:13   97:18,
23   99:21   108:25
109:9   110:2   118:22
121:25   127:4   131:5
132:18   140:10, 25
141:3, 6   152:14
162:24   163:1, 3, 13
165:15, 15, 18, 20
170:4, 8, 23   194:21,

25   206:5, 8, 9   220:21
239:14   245:15
**wife** 20:14   24:2
**wife's** 20:21
**wiggling** 166:4
**will** 4:18   5:22   6:22,
23   8:3, 6, 12   9:13
10:9   22:22   49:9
57:25   58:7   65:14, 15
66:13, 22, 23, 24, 24
67:18   70:15, 25
71:10, 13   78:3   92:5
93:24, 25   97:6   101:5
138:12   154:10   160:5
179:7   182:24   184:16,
25   196:20   207:16, 16,
20   208:6, 8   229:17
232:10   233:18
238:13   242:14
248:17   253:8   256:14
258:6   263:20, 22, 25
264:2, 4
**wine** 64:18, 20, 21
**wines** 64:22
**winter** 104:20
**wish** 142:9
**with** 5:1   6:14, 19, 23
7:13   9:12, 18   13:16
16:4   17:22   19:14
20:5, 14   22:3, 11, 21
23:5, 8, 15   24:1
25:14, 19   26:21   27:7,
10   28:12   31:1, 18, 22
32:3, 5   33:18   35:5
36:8, 22   37:8, 22
40:22   41:1   43:6, 22
46:10   48:21   51:1
52:11, 12   53:4, 24
54:8, 11   55:17, 20, 21,
25   56:5   59:15, 16, 22
60:2, 4, 13   61:3
62:19   63:9   65:8
66:9   67:12, 13   68:11,
13, 24   72:24   73:11,
12   74:9, 22, 22   76:6
77:6, 10, 14   79:2, 14,
16   80:14, 15   81:2, 3,
16, 22, 23   82:8, 14, 16
83:17   84:3   87:4
88:1   89:1, 11, 25

90:4   91:17   94:1, 18,
25   95:17   97:25   98:1
99:3, 7, 18, 25   100:12
102:21, 21   103:1, 3, 4
104:1   107:3, 6, 15, 22
109:4, 12   111:5, 9
113:12   115:5, 8, 14
119:5, 21   121:10, 15
123:1, 12   124:17
127:12   129:3, 7, 9, 11,
21   131:10   132:2
133:6, 8   134:4   138:7,
12, 18   139:17   142:21
144:10   145:1   147:17,
18, 23   148:12, 24
149:19   150:2   151:6,
24   153:11   156:7
157:8, 10   159:14
160:9, 23   161:16
163:11, 11   165:14
168:15   169:4   170:12
177:21   180:8, 22
182:9, 20   184:20
185:13   186:21   187:2
188:12   189:19, 24
191:11, 22   192:13
194:3   200:25   201:1
203:13   205:10
206:21   209:23, 25
211:22   219:11, 13, 16
220:1, 12, 14, 21
221:10, 20   222:2
223:4, 5, 13   224:14,
17, 19, 20   225:4, 6, 9,
22   226:15   227:18
229:23   230:5, 8, 11,
14, 17   231:1, 5, 12
233:21, 24   234:6
235:2   236:18   237:14
239:21   240:6   244:23
246:22   247:7, 22, 23
249:15, 19   250:15, 19,
21, 22   251:1, 6, 22
252:3, 11, 11   253:12
254:12   258:3   260:25
262:21   263:19
265:13, 19
**within** 8:11, 12
123:17   152:23   158:5
167:4

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 128 of 132    Page: 59
Courkamp, Kathleen vs. Fisher-Price, Inc.

**without** 151:*4*
200:*21* 247:*3, 12*
248:*7*
**WITNESS** 2:2 4:*17*
5:*6* 22:*24* 25:*8, 21*
41:*4* 43:*1* 45:*2*
47:*23* 52:*14* 54:*11*
56:*12* 61:*22* 63:*2, 18*
65:*6* 74:*21* 75:*4*
80:*4, 17* 81:*21* 87:*8*
89:*4, 18* 93:*2* 95:*25*
97:*17* 101:*2, 10*
103:*24* 105:*3* 109:*19*
120:*25* 121:*17*
126:*20* 127:*11*
136:*20, 25* 137:*17*
139:*14* 140:*19* 142:*5,*
*10* 143:*16* 144:*5, 22*
145:*12, 22* 150:*12*
154:*6, 18, 24* 155:*6,*
*13* 163:*6* 165:*3, 11*
166:*21* 170:*15*
188:*15* 189:*2, 16, 23*
196:*5* 201:*19* 202:*4*
203:*9* 204:*5, 18*
205:*19* 206:*17* 215:*9*
216:*6* 224:*8* 225:*18*
238:*10* 240:*24*
241:*19* 243:*12, 15*
248:*5* 250:*18* 251:*1*
256:*14* 257:*21*
259:*15, 20* 260:*1, 2, 6,*
*15, 21* 262:*5, 9, 23*
263:*14* 265:*3*
**witnessed** 196:*11*
**witnesses** 249:*18*
**witness's** 85:*19*
**wiz** 84:*19*
**woke** 156:*12* 172:*12*
174:*23* 175:*8* 239:*24*
**won't** 6:*21* 147:*25*
264:*5*
**word** 40:*5, 5* 47:*19*
194:*17* 203:*16*
**wording** 139:*7*
**words** 29:*24* 67:*5*
119:*24* 124:*8* 189:*25*
236:*9*
**work** 6:*8* 16:*5* 32:*3*
63:*4* 67:*16* 105:*7*

107:*4* 110:*6, 9* 119:*9,*
*11* 146:*23* 147:*9, 18*
166:*25* 167:*11* 173:*1*
174:*10* 183:*20*
249:*19* 250:*6*
**worked** 15:*23* 16:*6*
21:*23* 24:*9* 32:*5*
63:*9* 67:*21* 147:*14*
174:*11* 250:*24* 264:*1*
**working** 6:*9* 11:*5*
13:*9, 20, 22, 25* 16:*22*
17:*1, 2, 3* 25:*19* 28:*7*
29:*16, 19* 55:*9, 20*
56:*21, 22* 61:*2*
103:*25* 105:*1, 9, 10,*
*16* 106:*7, 8* 114:*5, 8*
118:*23* 119:*7* 143:*23*
152:*11* 153:*25* 154:*7*
174:*20*
**works** 11:*4* 67:*9*
248:*17* 249:*8* 253:*16*
**world** 6:*6* 252:*6, 9, 24*
**worried** 174:*24*
175:*13* 194:*22*
257:*16*
**worst** 189:*19*
**would** 6:*6, 7, 14* 7:*3,*
*3* 9:*3* 12:*25* 16:*3*
20:*5* 21:*9* 24:*9*
25:*10, 12* 36:*20* 40:*6*
53:*14* 60:*12* 66:*19*
67:*17* 70:*18* 71:*7, 8*
73:*8* 75:*23* 76:*14, 18,*
*18* 77:*13, 13, 17, 19,*
*20, 24* 78:*2, 11, 14, 16*
79:*3, 6, 13, 13, 16, 17,*
*19, 21, 22, 24, 25* 80:*1,*
*4, 6, 10, 10* 96:*22*
97:*10, 14, 21* 98:*11*
101:*15* 109:*7* 111:*5,*
*7, 8* 112:*8, 13* 114:*5,*
*16, 17, 17, 20* 116:*21*
117:*7* 119:*8, 9, 10, 11*
120:*20* 122:*20, 22*
123:*4* 124:*25, 25*
125:*4, 13, 15, 15, 18,*
*18* 127:*1* 129:*3*
130:*6, 12* 131:*9*
132:*14* 135:*6, 10, 11,*
*14* 137:*6* 139:*19, 21*

146:*13, 14, 20, 24*
147:*14* 148:*14*
150:*19* 152:*5, 16, 19,*
*20* 154:*1* 155:*9, 11,*
*13* 156:*5, 16* 157:*2*
159:*5, 8* 160:*12*
161:*16* 162:*24* 163:*1,*
*13* 165:*21* 167:*11*
168:*18* 170:*20* 172:*4,*
*6* 173:*4, 5* 174:*8*
183:*10* 186:*15*
187:*15* 188:*17*
189:*22* 190:*21*
192:*15* 193:*20* 204:*1*
207:*12* 209:*5, 20, 23*
210:*11, 16* 211:*12*
214:*9, 14, 20* 215:*2,*
*19, 20, 21* 217:*11*
219:*3* 222:*9, 19, 20*
228:*12* 234:*6* 235:*8*
236:*2* 240:*9, 11, 12*
243:*23* 245:*15*
251:*24* 252:*7, 21*
255:*19* 257:*10, 12*
261:*8, 15*
**wouldn't** 76:*10*
157:*5* 162:*24* 163:*1,*
*6, 14* 181:*7* 187:*16*
194:*23* 202:*5* 243:*12*
255:*24*
**Wow** 254:*15*
**wrestle** 231:*25* 232:*4*
233:*3, 5*
**wrestled** 11:*19*
**wrestling** 11:*25*
232:*3, 6, 8, 22, 24*
233:*2, 12*
**writing** 7:*6* 136:*3*
**written** 17:*10* 67:*6*
149:*19* 208:*3*
**wrong** 25:*12* 47:*19*
87:*11* 116:*24* 135:*23*
208:*3* 221:*16* 249:*21*
**WWE** 232:*24*

**< X >**
**X** 2:*1, 8* 265:*10*
**x-rays** 235:*11* 236:*22*

**< Y >**
**yard** 180:*12*
**yeah** 6:*15, 15, 15*
12:*1* 20:*7* 22:*19*
23:*1, 16* 24:*23, 24*
31:*8* 32:*15* 38:*10, 19*
42:*22* 43:*9* 58:*8*
61:*6* 65:*6, 9, 11* 76:*5,*
*5* 81:*11* 83:*3* 87:*15*
90:*12* 91:*3, 23, 24*
92:*15* 98:*12* 99:*9, 14*
100:*14* 101:*11, 16, 16*
102:*24* 105:*16*
106:*24, 24* 107:*24*
109:*7, 15, 19, 19*
111:*10* 113:*4, 4, 18,*
*25, 25, 25* 114:*25, 25*
115:*19* 116:*6* 117:*21*
118:*2* 119:*20* 120:*3*
122:*14, 14, 17* 124:*24*
125:*9, 12* 127:*7, 24*
128:*10, 13* 129:*11, 19*
133:*19, 19, 19* 140:*21*
142:*3, 5* 143:*20, 20,*
*24, 24* 144:*5, 9, 14, 22,*
*22* 145:*2, 12* 146:*5,*
*16* 147:*5, 5* 149:*5, 10,*
*14* 150:*6, 12, 21*
151:*3, 18, 20* 152:*2,*
*14* 153:*19* 154:*6*
155:*21* 156:*20* 157:*2,*
*2, 11* 158:*13* 159:*5*
160:*11, 11, 16* 161:*2*
163:*19* 164:*4* 165:*3,*
*13, 19* 167:*3, 23*
168:*12, 13, 25, 25*
169:*8, 19* 170:*22*
171:*8, 8, 21* 172:*6, 7,*
*12, 12* 173:*12, 12, 15,*
*19* 175:*19* 176:*22*
177:*24* 178:*2, 5*
179:*2, 10, 13, 19, 25,*
*25* 180:*5, 17, 17*
183:*18* 184:*7* 186:*10,*
*17* 188:*16, 17* 189:*10,*
*16, 22, 23, 24* 191:*19,*
*25* 192:*10, 10, 22*
193:*2, 2* 194:*25*
201:*3, 19, 19* 202:*14*
203:*10* 206:*9* 210:*20,*

*23* 211:*12* 212:*8, 10*
219:*14* 220:*11* 221:*2*
222:*19, 25* 224:*8*
231:*18, 22* 232:*14, 21*
233:*13, 15* 236:*5, 11*
240:*20, 24* 242:*4*
244:*12* 245:*7* 247:*19,
21* 252:*15* 253:*13, 13*
254:*10, 13, 24, 24*
255:*11, 23* 256:*1, 1,
12, 12, 15, 19* 258:*16*
263:*14, 15, 15, 17*

**year** 11:*13* 18:*11*
27:*2* 40:*11, 12* 45:*21*
52:*22* 53:*14, 16, 17*
62:*4, 4, 6, 7* 68:*6*
70:*1* 100:*10* 102:*7, 8,
15* 222:*24* 233:*5, 7*

**years** 9:*25* 26:*17*
34:*12* 37:*8, 20* 46:*22*
47:*21* 50:*18* 58:*15,
17* 71:*6* 73:*9, 25*
88:*23* 100:*17* 102:*22*
188:*2* 233:*4*

**yellow-ish** 214:*8*

**yes** 7:*8* 9:*23* 10:*11,
14, 24* 11:*8, 12, 17*
13:*2, 11, 24* 14:*2*
15:*8, 11, 21* 16:*19*
17:*20* 18:*4, 12, 23*
20:*18, 20* 21:*14, 22*
22:*4, 13, 25* 23:*7, 9,
12, 25* 24:*4, 14, 19, 21*
25:*8, 8, 10, 10* 26:*2, 8,
15, 24* 27:*9* 28:*9, 14*
29:*7, 17, 21* 30:*1, 18,
21, 23* 31:*15, 20, 25*
32:*2, 25* 33:*3, 5, 9*
34:*3, 11, 14, 16* 35:*15,
22, 25* 36:*6, 11* 37:*3,
6, 16, 18, 21* 38:*4, 22*
39:*15, 19, 22, 24*
40:*24, 24* 41:*15, 21*
42:*1* 44:*18, 23* 45:*17,
25* 46:*12, 12, 17* 50:*2,
12, 16* 51:*18, 18* 52:*3,
20* 53:*19, 25* 54:*20*
55:*14* 56:*3, 4, 12, 12,
20* 57:*1, 15, 16, 19, 22*
58:*5* 59:*17, 21* 60:*15*

61:*5, 8, 12, 16* 62:*14*
63:*2, 7, 12, 15, 15, 25*
64:*23* 65:*1* 67:*8*
68:*2, 4, 7, 10* 69:*2, 9,
13, 16, 19* 70:*7* 71:*8*
72:*12, 12* 74:*14* 75:*4,
14* 76:*2, 5, 7, 17* 77:*1,
4, 12, 22, 23* 78:*5, 22*
80:*17* 82:*5, 5* 83:*3, 3,
13, 20* 84:*12, 12* 85:*7,
14, 17* 86:*11* 87:*3, 5,
18, 21* 88:*6, 16* 90:*9,
20* 91:*8, 8, 11* 92:*10,
21* 94:*4, 7, 10, 13, 16,
20, 24* 95:*6, 9, 9, 14,
16, 20, 20, 25* 96:*23*
98:*11, 15* 99:*5*
100:*18* 102:*2, 9*
103:*6, 13, 17* 105:*8,
21* 106:*11* 107:*18*
109:*16* 110:*10, 20*
111:*23* 118:*13*
119:*18* 120:*25*
121:*11, 22* 122:*4, 24*
123:*8* 124:*19* 125:*25*
126:*3, 13* 127:*18, 20,
22* 128:*6, 24* 129:*1, 5*
130:*23* 131:*22, 22*
132:*16* 133:*4, 7, 9*
134:*11* 135:*2* 136:*11*
137:*25, 25* 138:*3, 19*
139:*1, 15* 140:*6, 13*
141:*18, 20* 150:*25*
160:*19* 161:*21*
163:*23* 167:*14* 172:*3*
185:*22* 186:*1, 14*
191:*13* 192:*14* 193:*8*
194:*2, 11, 15* 195:*10,
13, 16, 19, 23* 196:*5,
10, 17* 197:*7, 10, 25*
198:*4, 11* 199:*16, 22*
201:*10* 202:*21*
203:*15, 17, 21, 21, 24*
204:*13, 23* 205:*6, 12*
208:*18* 209:*13, 17, 21,
24* 210:*4, 7, 18* 211:*2,
5, 9* 212:*2, 20, 23*
213:*6, 12, 15, 19*
214:*2, 11, 16, 22*
215:*4, 14, 24* 216:*18*

217:*2, 16, 20, 22*
218:*3, 15* 219:*17, 24*
220:*4, 18* 221:*5, 23*
222:*1, 5, 8* 223:*7, 11*
224:*1* 225:*5* 227:*23*
228:*9* 231:*7* 232:*1*
233:*8, 17* 234:*11, 16,
22, 25* 235:*10* 236:*17*
237:*1, 6* 238:*5, 21*
239:*2, 8* 240:*4*
241:*12, 15* 242:*13, 21*
245:*19, 22* 247:*2*
248:*4, 5, 5, 12* 249:*23*
251:*23* 257:*1* 258:*11,
23* 259:*1* 263:*6, 23*

**yesterday** 114:*23*
151:*1*

**yet** 83:*7* 127:*9, 13*
135:*8* 160:*10* 184:*5*
202:*2* 255:*7*

**you** 4:*21* 5:*18, 22*
6:*4, 7, 12, 14, 16, 18,
19* 7:*3, 9, 16, 22, 23,
24, 24, 25* 8:*1, 2, 4, 6,
6, 11, 11, 14, 16, 16, 17,
19* 9:*2, 3, 6, 6, 9, 14,
17, 20, 22, 24* 10:*1, 3,
6, 6, 7, 23* 11:*9, 11, 15,
16, 21* 12:*3, 4, 11, 13,
17, 20, 23* 13:*3, 5, 6, 9,
15, 15, 16, 22* 14:*3, 5,
7, 7, 7, 16, 16, 17, 18,
24* 15:*6, 16, 19, 20*
16:*2, 3, 3, 9, 9, 9, 10,
11, 11, 11, 16, 17, 17,
21, 22* 17:*5, 7, 10, 11,
14, 16, 17, 18, 18, 21,
21* 18:*2, 5, 6, 9, 10, 11,
13, 15, 16, 16, 16, 24*
19:*3, 9, 15, 22* 20:*3, 5,
11* 21:*4, 5, 7, 11, 11,
12, 12, 12, 15, 16, 16,
17, 20, 22* 22:*1, 5, 6,
14, 16, 20, 23, 24* 23:*3,
8, 10, 13, 15, 17, 18, 19*
24:*1, 7, 15* 25:*1, 2, 4,
18, 22* 26:*3, 6, 9, 11,
14, 21, 22* 27:*3, 6, 7,
11, 16, 24* 28:*2, 6, 6, 7,
7, 8, 10, 12, 15, 16, 16,*

*22, 22* 29:*6, 8, 10, 14,
16, 19, 22, 22, 25* 30:*2,
3, 6, 6, 7, 9, 11, 11, 15,
17, 19, 22* 31:*1, 3, 5, 6,
6, 9, 11, 12, 12, 13, 23*
32:*1, 3, 7, 8, 13, 21, 22,
22, 23* 33:*2, 4, 6, 8, 10,
12, 14, 17, 17, 23, 24,
24* 34:*2, 4, 7, 10, 12,
17, 20, 22, 22, 23* 35:*6,
6, 7, 10, 19, 19, 24*
36:*1, 4, 9, 12, 12, 16,
16, 21, 22, 23* 37:*1, 4,
10, 20, 22* 38:*2, 5, 15,
17, 21* 39:*1, 5, 6, 8, 10,
11, 11, 12, 13, 17, 20,
20, 23* 40:*5, 6, 7, 8, 9,
12, 17, 18, 21, 21, 21,
25, 25* 41:*8, 9, 10, 14,
16, 17, 17, 20, 23* 42:*2,
2, 3, 8, 13, 14, 20, 23*
43:*3, 7, 8, 11, 14, 16,
17, 20, 22, 22, 23, 25,
25* 44:*5, 6, 7, 19, 20,
24, 24* 45:*4, 5, 5, 8, 8,
9, 12, 15, 17, 19, 23*
46:*1, 2, 6, 6, 10, 14, 18,
19, 21* 47:*1, 2, 11, 11,
12, 13, 18, 19, 20, 25*
48:*1, 4, 6, 10, 15, 16,
20, 21, 21* 49:*11, 12,
13, 14, 17, 18, 24* 50:*1,
2, 2, 4, 7, 7, 8, 8, 10, 10,
13, 14, 15, 17, 17, 24,
25* 51:*1, 2, 4, 5, 8, 8, 9,
10, 12, 13, 14, 16, 23,
24, 25* 52:*1, 4, 7, 10,
10, 16, 18, 21, 21, 24*
53:*2, 3, 7, 11, 11, 12,
17, 21, 22* 54:*4, 5, 5,
12, 17, 18* 55:*4, 5, 5, 9,
10, 11, 19, 20, 21, 22,
22, 25* 56:*6, 8, 9, 15,
23, 25* 57:*2, 3, 9, 10,
12, 18, 20, 21, 23, 25*
58:*1, 2, 4, 6, 12, 15, 15,
17, 20, 23, 24* 59:*1, 2,
2, 2, 5, 5, 8, 10, 10, 13,
14, 14, 14, 15, 16, 16,
22* 60:*4, 5, 10, 13, 13,*

14, 16, 17, 18, 22, 23,
24   61:1, 6, 9, 10, 13,
17, 17, 18, 19, 24   62:1,
6, 6, 8, 12, 15, 15, 16,
21, 22, 23, 23, 24   63:5,
5, 9, 10, 10, 13, 13, 16,
23, 24   64:4, 7, 8, 9, 9,
16, 17, 19, 20, 24   65:8,
9, 23, 24   66:3, 6, 9, 11,
11, 14, 15, 18, 20, 23
67:3, 4, 6, 7, 12, 13, 14,
18, 20, 21, 22, 23, 24,
25   68:5, 8, 17   69:7,
18, 20, 21   70:10, 11,
20, 21, 22, 25   71:1, 5,
6, 9, 12, 14, 17, 25
72:5, 10, 14, 16, 17, 19,
19, 20, 22, 22   73:4, 8,
9, 16, 17, 17, 19, 23, 24
74:1, 3, 4, 9, 10, 10, 11,
18, 24   75:1, 1, 6, 15,
18, 19, 19, 20, 24   76:3,
3, 4, 10, 11, 12, 14, 15,
17, 20, 21   77:5, 9, 13,
13, 17, 20, 21, 24   78:6,
11, 13, 14, 16, 19, 24,
24   79:1, 3, 6, 6, 7, 8,
19, 24, 25   80:1, 19, 22,
23, 24   81:3, 15, 17, 17,
18, 25   82:1, 2, 3, 3, 3,
12, 18, 21, 22   83:1, 1,
9, 12, 14, 14, 18, 18, 24
84:4, 6, 7, 9, 9, 13, 15,
18   85:1, 5, 11, 13
86:4, 8, 8, 9, 15, 22
87:1, 7, 16, 20, 23, 25
88:5, 7, 11, 14   89:1,
14, 15, 15   90:4, 6, 6,
10, 12, 13, 15, 16, 16,
17, 22, 23, 23, 24   91:2,
4, 4, 5, 12, 17, 18, 21
92:8, 12, 23   93:5, 7,
23   94:1, 5, 8, 11, 14,
17, 21, 22, 22   95:1, 4,
4, 5, 11, 15, 18   96:10,
24   97:5, 7, 12, 13, 14,
19   98:1, 9, 13, 21, 24,
25, 25   99:2, 7, 7, 24
100:7, 9, 15, 16, 22, 23,
24   101:4, 6, 6, 7, 14,

23, 24   102:3, 4, 6, 6, 7,
9, 9, 10, 19, 21, 21, 24,
25   103:4, 4, 8, 9, 15,
18, 18, 19, 20   104:9,
16, 17, 18   105:1, 1, 14,
15, 20   106:3, 6, 7, 8,
12, 13, 14, 14, 14, 15,
16, 21, 22, 22   107:1, 3,
7, 9, 10, 10, 11, 14, 16,
16, 19, 21, 24   108:13,
14, 16, 24   109:2, 6, 12
110:5, 20, 24, 24
111:1, 2, 5, 7, 8, 10, 12,
15, 15, 25   112:4, 5, 7,
8, 12, 14, 14, 15, 21, 23,
23, 24   113:3, 13, 20
114:4, 4, 9, 14, 15, 23,
25   115:4, 7, 9, 9, 10,
22, 24, 24   116:3, 3, 3,
18, 19   117:10, 11, 13,
18, 23, 24   118:2, 6, 8
119:3, 5, 11, 15   120:1,
2, 5, 7, 8, 18, 21, 22
121:2, 9, 12, 14   122:5,
6, 18, 21, 22, 25   123:1,
6, 10, 12, 21, 23   124:1,
8, 10, 12, 13, 17, 23, 24
125:3, 3, 4, 4, 7, 10, 17,
18, 20   126:4, 4, 5, 11,
14   127:5, 15, 20
128:1, 2, 4, 8, 8, 15, 21
129:2, 3, 6, 6, 8, 13, 14,
20   130:1, 2, 2, 3, 6, 7,
7, 7, 8, 8, 8, 10, 12, 14,
15, 18, 18, 19, 25
131:9, 11, 16, 21
132:1, 9, 12, 21, 21, 22,
24   133:2, 5, 8, 12, 16,
16, 18, 22, 22, 22
134:2, 3, 4, 12, 16, 18
135:16, 19, 23   136:1,
4, 17   137:1, 6, 8, 10,
17   138:5, 7, 12, 18
139:8, 8, 11, 21   140:1,
2, 3, 9, 11, 14, 24
141:2, 2, 3, 15, 23
142:1, 7, 9, 20, 20, 23,
23, 24, 24   143:3, 12,
21, 22, 23   144:11
145:8, 8, 18, 19, 22, 25

146:11, 15, 19, 23
147:6, 9, 10, 25   148:2,
2, 3, 4, 15, 15, 16, 22,
22, 23, 24, 25   149:3, 6,
7, 11, 19, 22, 25   150:7,
8, 15, 15, 16, 17, 18, 18,
23   151:1, 5, 5, 6, 16,
19, 22, 23, 25, 25
153:7, 11, 13, 14, 15,
15, 17, 18, 23, 24
154:1, 3, 6, 7, 8, 10, 16,
24   155:1, 1, 3, 6, 6, 9,
9, 11, 14, 14, 16, 18, 25
156:10   157:1, 6, 8, 8,
10, 10, 14, 15, 18, 22,
23   158:6, 11, 20, 21,
21, 23   159:1, 2, 7, 8,
13, 14, 14, 19, 20
160:3, 7, 10, 12, 16, 17,
17, 20, 21, 21, 23, 24,
25   161:3, 4, 5, 6, 8, 13,
16, 19   162:1, 1, 2, 2, 5,
6, 6, 15   163:3, 12, 18,
24, 25, 25   164:2, 6, 7,
12, 13, 14, 17, 17, 20
165:4, 22, 23, 23, 24,
24   166:2, 5, 13, 14, 18,
22   167:8, 10, 18, 19,
19, 20, 20, 24   168:3, 6,
8, 9, 10, 11, 17, 18, 22,
23, 23, 24, 25   169:4, 6,
6, 9, 13, 15, 16, 20, 20,
20, 25, 25   170:1, 3, 6,
10, 12, 15, 16, 17, 20,
20, 21   171:3, 6, 7, 15,
15, 19, 22, 22, 24
172:1, 13, 15, 15, 16,
17, 23, 24   173:9, 13,
17, 24   174:4, 10, 14,
15, 15, 15, 15, 17, 17,
18, 19, 20, 22, 22, 23,
24   175:4, 6, 11, 18, 20
176:1, 6, 9, 9, 21
177:2, 8, 10, 19, 20, 23
178:1, 9, 15, 22   179:3,
8, 9, 16, 18, 22, 22
180:3, 6, 7, 10, 12, 18,
19, 20, 20, 22   181:3, 8,
9, 10, 11, 11, 12, 12, 16,
18, 19, 19, 22, 22

182:1, 1, 8, 11, 12, 14,
15, 21, 24   183:1, 1, 2,
2, 6, 8, 9, 13, 22, 22
184:1, 4, 4, 16, 21, 21,
22, 22   185:1, 4, 5, 12,
16, 20, 21, 23, 25
186:4, 5, 5, 6, 20, 25
187:1, 10, 11, 17, 20,
21, 23, 25   188:1, 2, 6,
12, 21, 22, 23   189:3, 4,
4, 8, 15, 20, 20, 24
190:1, 14, 21   191:7, 8,
12, 15, 18, 21, 22
192:1, 12, 13, 15, 17,
20, 20, 23, 25   193:3, 3,
3, 4, 19, 20   194:1, 3, 3,
4, 7, 13, 16, 21, 22
195:4, 5, 7, 7, 9, 17, 20,
24, 25   196:1, 1, 6, 7, 7,
7, 9, 11, 12, 15, 24
197:1, 4, 5, 6, 14, 20,
24   198:3, 14, 23
199:1, 10, 11, 13, 14,
17, 20, 23, 24, 25
200:3, 13, 17, 18, 20
201:1, 9, 11, 18, 25
202:10, 10, 15, 16, 17,
17, 22   203:1, 4, 5, 6,
13, 14, 16, 19, 23
204:9, 11, 14, 15, 20,
22, 24, 25   205:3, 4, 7,
7, 9, 10, 13, 20, 21, 25
206:2, 5, 9, 13, 14, 20
207:1, 4, 4, 7, 10, 10,
12, 13, 17, 18   208:6,
10, 11, 16, 24   209:2,
10, 11, 14, 19, 23
210:2, 8, 11, 12, 21
211:3, 4, 10, 13, 17, 17,
19, 20, 20, 22, 24, 25,
25   212:1, 5, 6, 11, 14,
17, 18   213:16, 17, 20,
25, 25   214:3, 12, 18,
23   215:5, 6, 9, 11, 13,
14, 16, 19, 20, 21
216:1, 4, 7, 15, 22, 25
217:1, 9, 18, 21   218:1,
4, 14, 14, 24   219:2, 3,
7, 10, 11, 13, 16, 18, 21,
25   220:3, 5, 5, 9

Deposition of Andrew Olson
10/22/2020

Case 2:19-cv-02689-GMS    Document 196-31    Filed 11/19/21    Page 131 of 132    Page: 62
Courkamp, Kathleen vs. Fisher-Price, Inc.

221:4, 6, 7, 10, 10, 13,
14, 19, 21  222:3, 3, 6,
9, 9, 22, 23  223:4, 5, 6,
8, 9, 9, 21, 21, 24
224:2, 2, 5, 5, 9, 14, 17,
19, 23  225:3, 4, 6, 6, 9,
10, 10, 11, 13, 14, 14,
15, 15, 19, 20, 23, 23,
25  226:3, 8, 8, 12, 15,
19, 21, 24  227:4, 8, 10,
11, 18, 21, 24  228:1, 7,
10, 13, 15  229:12, 13,
14, 15, 16, 23  230:1, 3,
4, 11, 14, 17, 20, 22, 24
231:1, 5, 11, 15, 18, 19,
20, 24  232:2, 2, 3, 4, 6,
12  233:2, 3, 5, 7, 9, 11,
14, 16, 20, 20, 21, 24
234:2, 5, 9, 12, 14, 17,
18, 20, 24  235:4, 8, 17,
25  236:1, 1, 2, 3, 10,
13, 15, 15, 24  237:4, 9,
13, 18, 20  238:4, 11,
12, 13, 19, 19, 19, 20,
22, 23, 24, 25  239:3, 7,
15, 17, 24  240:2, 5, 9,
11, 13, 21  241:5, 11,
13, 16, 20, 21, 25
242:2, 2, 11, 15, 17, 18,
20, 22  243:9, 9, 19, 22,
23, 23  244:1, 9, 9, 9,
13, 13, 14, 15, 23
245:1, 9, 11, 12, 17, 20,
20, 24  246:3, 6, 9, 12,
12, 21, 23, 25  247:3, 4,
7, 12, 13, 24, 25  248:7,
7, 14, 19, 20, 22, 25
249:4, 8, 11, 15, 20
250:2, 7, 11, 15, 16, 19,
21, 22, 23, 24  251:1, 4,
4, 4, 6, 12, 16, 21, 21,
22, 24  252:3, 3, 4, 4, 5,
10, 13, 14, 18, 21, 24
253:5, 24, 24  254:4, 5,
6, 7, 11, 12, 15, 22
255:2, 5, 18, 18, 19, 21,
23, 23, 24  256:4, 4, 11,
18, 25  257:1, 6, 7, 11,
16, 22, 23  258:2, 4, 5,
6, 8, 13, 16  259:2, 5, 7,

8, 9, 10, 11, 11, 16
260:4, 5, 8, 9, 9, 11, 17,
18, 24, 24  261:3, 7, 8,
8, 12, 14, 15, 18, 22
262:4, 8, 18, 19, 19, 24
263:5, 9, 19, 20, 25
264:2, 2
**you'd**  6:15  211:21
263:16
**you'll**  6:20, 20  7:7
8:20  67:24  68:11, 11,
12  69:3  132:2, 24, 25
139:17  185:11
192:15  197:2, 3, 11
209:25  220:12
239:21  263:24
**young**  160:13
**younger**  84:5
**your**  5:20, 23  6:22
7:9, 19, 20, 25  8:1, 2,
25  9:4, 14  10:9, 13
11:1, 6  12:2, 18, 18
14:24, 25  15:6, 22
16:20, 22  18:21
19:23  20:8, 10, 11, 17
21:11, 13, 15, 19
22:20  23:4  24:2
25:24, 25  26:19  27:4,
21  28:12, 16, 23, 24
32:9, 11  38:23  40:17
41:13  42:4, 13, 14, 14,
20, 23  43:2, 3, 17
44:7, 8, 12  45:22
46:9  48:6, 10  49:13
50:11, 24  51:1, 1, 4, 5,
13  52:1, 5, 6  53:9, 13
55:6, 21  56:14  57:24
59:22  60:5, 18  62:6,
8  63:8, 9  66:25
67:12, 13, 17, 20, 21
68:3  69:5, 7  70:9, 14,
17  71:5, 5  72:15, 21
73:5, 15  74:17  75:10,
12, 15, 21  76:4, 10, 11,
13, 13, 14, 14  77:2, 24
79:1, 20  80:1, 14, 15
81:6, 16  82:19  83:9,
17  84:10, 14, 14, 14
85:1, 1, 1, 15  86:5, 9
88:4  89:12, 13, 13, 15

90:24  91:9  95:6, 11,
22, 22  97:7, 7, 8, 11
99:25  103:3, 10
104:14  106:9, 22
107:4  108:13, 13, 15,
18  109:4, 6, 10, 12, 13
119:15  121:13  124:4,
8  126:1, 5, 17  128:23
129:2  130:7  133:16
137:9, 9, 22  138:1, 6,
8  139:9  140:22
142:21  145:5, 9
148:1  149:1, 4
151:24  152:12
153:16  154:3  155:10
158:24  159:3  160:24
161:7  163:22  165:12
167:2, 12, 16, 17, 17
169:10  170:11, 17, 21
171:4, 13, 16  176:9
177:21  180:11, 11, 16,
20, 21, 24  181:4, 16,
20, 21  182:2, 19
183:5  184:12, 23
186:3, 13, 21, 22, 25,
25  187:2, 2, 18, 19, 23,
25  188:9, 11, 21
196:21  198:20
200:14, 14  201:24
202:23  204:2, 11, 22
206:7, 19, 20, 23
209:23  210:16, 22
212:11, 12  215:19, 22
216:3, 8, 19, 22
217:13, 17, 21, 24, 24
218:1, 23  219:22
220:10, 10, 24  222:9,
22  223:5, 8  225:13
226:17, 23  227:4, 21
231:14, 15, 20  232:4,
7  233:5, 7, 9, 12
234:9, 15, 21  235:7, 8,
18, 18  236:3, 9, 12, 13,
14  237:16  238:15, 18
239:9  240:6, 10, 12
243:20, 24  244:3, 10,
18  245:23  248:2, 20
249:2, 5, 14, 14, 17, 19,
19, 25, 25  250:5, 10,
10  251:3, 12, 18

252:4, 4  253:7, 9, 10,
11, 20, 25, 25  254:6,
12  255:5, 22  256:2, 6
257:9, 10, 24  259:16,
17  261:4  263:10, 24
264:3
**you're**  6:23  7:9  8:25
25:11  45:14  51:23
61:3  64:3  70:6  74:7,
7  79:15  80:8  84:4
90:11  93:14, 20
96:18, 19, 20, 20
97:12  98:1  108:19
111:6  116:17  119:23
127:22  131:18  132:4,
11  136:2  146:22
149:14  155:14, 18
157:15  158:20
159:22  161:25
163:22  177:18
183:13, 14, 15  190:1
192:8  195:2, 2, 3
200:13, 14  202:9
218:11  221:17, 24
232:14, 14  239:4
248:11  255:4
**yours**  7:7  77:8
**yourself**  41:16  60:16
129:9, 21  165:22
**you've**  5:21  6:3
58:6  67:12  157:14
168:9  177:19  200:5
201:5  206:19  228:23
247:22  248:13

< Z >
**zero**  55:18  221:7
**zipping**  143:21
**ZO-ClearPFH**  131:20
**ZO-ClearPFH-000001**
2:13
**Z▮**  17:15, 22  20:4,
9  26:5  27:12, 13
29:6  38:16  44:22
87:4, 9, 12, 13  89:1,
23  90:4  91:6  103:19
104:25  105:4  107:17,
22  110:4, 9, 12, 13
112:9, 14, 21  114:10,
13, 16, 18  115:3, 5, 22,

23  116:*9*, *13*, *15*
118:*16*, *17*  119:*5*
121:*10*, *15*  122:*25*
123:*7*  124:*22*, *23*
125:*6*, *13*, *17*, *19*, *19*
126:*15*  127:*15*  128:*2*,
*12*, *13*, *15*  129:*12*, *14*,
*23*  130:*21*, *22*  132:*23*
133:*6*, *11*  134:*4*, *8*
136:*8*, *12*, *17*, *22*
137:*23*  139:*9*, *18*
140:*15*  141:*4*  142:*23*
143:*1*, *17*  144:*19*
145:*9*  147:*10*, *10*, *11*,
*17*, *18*, *23*  148:*12*
150:*9*, *19*  151:*24*
152:*1*  153:*9*  157:*6*, *8*,
*10*, *22*  158:*11*, *14*
159:*19*, *20*  160:*17*, *17*,
*24*, *25*  161:*8*, *13*
162:*2*, *7*  163:*25*
164:*7*, *17*, *21*  166:*24*
167:*10*, *22*  169:*16*
171:*9*, *24*  174:*24*
175:*11*, *16*  176:*5*, *22*,
*24*  177:*6*, *20*  178:*18*,
*23*  179:*8*, *9*, *10*
180:*24*  183:*2*, *19*, *25*
185:*5*, *14*, *15*  187:*1*,
*11*, *13*, *14*  189:*5*
191:*10*  192:*25*
195:*25*  196:*8*, *9*, *11*,
*15*  197:*5*, *8*, *14*, *17*
198:*5*, *10*, *15*  199:*24*
200:*5*  201:*1*, *5*, *14*
202:*1*, *11*  203:*20*
204:*3*, *15*, *24*  205:*8*,
*13*, *21*  206:*1*, *13*
214:*5*  216:*8*  223:*14*,
*18*  224:*15*, *18*  225:*24*
226:*9*  239:*25*  240:*3*,
*6*  241:*7*, *14*  250:*24*
251:*6*  257:*9*, *10*
258:*17*  259:*9*, *18*, *22*
260:*17*  261:*9*, *14*, *19*
262:*7*, *18*, *25*  263:*12*
**Z**█**'s**  20:*24*  27:*20*
29:*13*, *23*  36:*17*
70:*15*  106:*5*  107:*1*
108:*11*  117:*16*

120:*21*  121:*3*  123:*14*
124:*2*  127:*6*  128:*3*
130:*25*  133:*23*  137:*9*,
*18*  138:*8*  141:*8*, *15*
146:*6*  154:*14*  171:*3*
174:*3*  186:*20*  187:*18*
188:*4*  194:*5*  226:*3*,
*13*  230:*2*, *5*, *8*  244:*17*,
*24*  245:*10*  260:*20*
262:*21*
**ZO-MCOME-000001**
 2:*24*
**Zoom**  3:*14*  4:*11*
**zoom-out**  218:*7*  221:*9*
**ZO-TempePD-000031**
 2:*23*
**ZO-TempePD-000176**
 2:*21*
**ZO-TempePD-000356**
 2:*16*