# **EXHIBIT 27-1**

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF ARIZONA )
                        ) ss.
County of Maricopa )

1.    I am the duly authorized Custodian of Records for Maricopa County Office of the Medical Examiner and have authority to certify records maintained by this office in the ordinary course of business.

2.    The attached document(s) is a true and correct copy of the records(s) sought or described in the subpoena/request regarding Maricopa County Office of the Medical Examiner's case # 14-04064 regarding Z▮▮  O▮▮▮  which comprises 91 pages (some double sided).

3.    The attached record(s) was complied and/or prepared by personnel of Maricopa County Office of the Medical Examiner in the ordinary course of business at or near the time of the act, condition, or event described therein.

Cristyn Stephens
    PRINTED NAME                                    SIGNATURE
CUSTODIAN OF RECORDS



**OFFICE OF THE MEDICAL EXAMINER**
**701 W. Jefferson St.**
**Phoenix, AZ 85007**

### MEDICAL EXAMINER REPORT

**DECEDENT:** Z█ E█████ O█████          **CASE:** 14-4064

**DATE OF EXAMINATION:** 06/20/2014          **TIME:** 0800 Hours

**PRESENT AT EXAM:** Detective M. Reyes, Tempe Police

---

### DIAGNOSES AND SIGNIFICANT FINDINGS

I.      PULMONARY CONGESTION

II.     PETECHIAE OF THYMUS GLAND

III.    NO OTHER SIGNIFICANT GROSS OR HISTOLOGY FINDINGS

IV.     PLEASE REFER TO SEPARATE TOXICOLOGY REPORT

V.      THE FOLLOWING ANCILLARY PEDIATRIC STUDIES ARE NON-CONTRIBUTORY:
    A.      VITREOUS HUMOR CHEMISTRIES
    B.      INBORN ERRORS OF METABOLISM SCREENINIG
    C.      NASAL VIRAL CULTURES
    D.      BLOOD, LUNG, AND CSF POSTMORTEM CULTURES

---

**CAUSE OF DEATH:** UNKNOWN

**MANNER:** UNDETERMINED

8/15/2014
**Date Signed**

**MICHAEL JOSEPH FERENC, MD**
**MEDICAL EXAMINER**

CONFIDENTIAL ZO-MCOME-000002



**CIRCUMSTANCES OF DEATH** (Initial unverified information)

This 8-month old girl was found dead in her bassinet alongside the mother's bedside. She was found on her side; although, she had been placed on her back to sleep. The child generally had been well with no recent significant illnesses. She was the uncomplicated product of 42 week gestation. Police are not suspicious of foul play.

**PRELIMINARY EXAMINATION**

The unembalmed body of an infant girl is in a plastic pouch with seal 0004366, is in a disposable diaper, and has a properly labeled identification tag. The diaper is urine soaked. A pair of pink clear stone earrings is in place.

**RECENT INJURIES**

A 3/8×1/8 inch blue contusion is on the left forehead. No other significant external or internal injuries are identified.

**EXTERNAL EXAMINATION**

The body is of a well-developed, well-nourished, white, infant girl consistent with the stated age of eight months. She is 5690 g and measures as follows: head circumference 43.5 cm, chest circumference 41.0 cm, abdominal girth 39.0 cm, crown to rump length 43.0 cm, crown to heel length 69 cm, and right foot length 10 cm.

The head is symmetrical without significant scars. The hair is blond, straight, and over 4 cm. The eyelids, sclerae, and conjunctivae are unremarkable. The eyes are blue. The pupils are roughly round and equal. The nose shows no lesions. The nostrils are patent and surrounded by dry secretions. The mouth shows no lesions. The lower incisor teeth have erupted. The palate is intact and normally arched. The ears are normally formed.

The neck is symmetrical without trauma or scars. The chest is symmetrical without trauma or scars. The breasts are of a prepubertal girl. The abdomen is not distended and shows no trauma or scars. Patchy green discoloration is seen. The genitalia are of a prepubertal girl. The tan hymen is perforate and shows no hemorrhage or discharge.

The forearms and upper arms are symmetrical without significant trauma or scars. The hands, fingers, and fingernails are intact. The legs and feet are symmetrical without significant trauma or scars. The palms and soles are normally creased.

The back shows no significant trauma or scars. The anus shows no lesions, hemorrhage, or discharge.

**INTERNAL EXAMINATION**

BODY WALLS AND CAVITIES: The subumbilical fat pad is about 1 cm. The subcutaneous and breast tissues show no lesions. The mediastinum is not hemorrhagic. The pleural cavities are smooth and glistening and show no adhesions.

**CONFIDENTIAL ZO-MCOME-000003**

The pericardial sac is intact. The abdominal cavity shows no significant adhesions and minimal liquid. The diaphragm is intact. The major organs are normally positioned.

CARDIOVASCULAR SYSTEM: The epicardial is smooth and glistening. The coronary arteries follow a normal pattern and show no lesions. The heart is 33 g. The myocardium is red brown, normal texture, and uniform. The right ventricular free wall shows no increased fatty location or increased fibrous tissue. The left and right ventricles are 0.6 and 0.2 cm. The chambers are not dilated. The endocardium, chordae, and papillary muscles are intact. The coronary sinus ostium is partially obscured by a crescent-shaped thin translucent valve. The foramen ovale is probe-patent. The atrioventricular and semilunar valves are normally formed, show no lesions, are appropriate for age, and measure in internal circumference as follows: tricuspid valve 6.5 cm, pulmonic valve 2.7 cm, mitral valve 4.9 cm, and aortic valve 2.9 cm. The aorta shows no lesions including no coarctation. The vena cava and great vessels show no thrombi or emboli. There is no persistence of the fetal circulatory patterns.

PULMONARY SYSTEM: The right lung is 74 g. The left lung is 62 g. The lungs are red, poorly aerated, normal texture, uniform with smooth glistening surfaces. The tan bronchi show no lesions. The vessels show no thrombi or emboli.

HEPATOBILIARY SYSTEM: The liver is 257 g, red brown, normal texture, and uniform with a smooth glistening capsule. The biliary tract is intact. The gallbladder contains less than 1 mL of pale green thin bile. The pancreas is slightly dusky, lobular, normal texture, and without focal lesions.

HEMATOPOIETIC SYSTEM: The spleen is 24 g, dark red, normal texture, and uniform with smooth glistening capsule. The thymus gland is 22 g, tan, lobular, normal texture, and with rare superficial petechiae. The lymph nodes are not enlarged. The marrow of the ribs, vertebrae, and calvarium is unremarkable for age.

GASTROINTESTINAL SYSTEM: The oropharynx, esophagus, and stomach show no lesions. The stomach contains over 30 mL of tan thick opaque liquid. The duodenum, jejunum, ileum, and large bowel show no focal or diffuse lesions of the mucosa, wall, or serosa. The small bowel contains a small amount of pale tan semi-solid material. The large bowel contains a small amount of yellow-tan partially formed stool. The mesentery is intact. The appendix is present.

GENITOURINARY SYSTEM: The adrenal glands weigh 5 g together and show no lesions. The renal capsule strips with ease. The right kidney is 21 g. The left kidney is 22 g. The cortices are red brown, smooth, normal thickness, and uniform. The calyces and collecting systems are not dilated. The renal pyramids and papillae are intact. The ureters are patent to the empty bladder. The bladder wall and mucosa are unremarkable. The uterus, tubes, ovaries, and cervix show no lesions and are appropriate for age.

CONFIDENTIAL ZO-MCOME-000004

Z█ E█████O█████  14-04064

MUSCULOSKELETAL SYSTEM: The muscles show no focal or diffuse lesions. The skeleton is well-developed and appropriate for age.

HEAD AND CENTRAL NERVOUS SYSTEM: The scalp shows no hemorrhage. The skull shows no fractures. The major cranial sutures are partially fused and appropriate for age. The dura mater and leptomeninges show no lesions. The dural sinuses and floor of the skull are intact. The circle of Willis shows no lesions. The brain is 881 g. Externally, the hemispheres, cerebellum, and brain stem show no focal or diffuse lesions internally, the grey and white matter, deep nuclei, ventricles, and cerebellar foliae show no focal or diffuse lesions. The pituitary gland is not enlarged. Unroofing of the middle ears shows no pus or turbid liquid. Exposure of the thoracic-lumbar spinal column shows no lesions.

NECK STRUCTURES: The anterior neck muscles show no hemorrhage. The thyroid gland is red brown, symmetrical, normal texture, and not enlarged. The parathyroid glands are not identified. The hyoid bone, thyroid cartilage, and laryngeal cartilages are intact. The tan mucosa of the epiglottis, trachea, and larynx shows no lesions. The tongue shows no lesions. The pharynx is not obstructed. The prevertebral fascia is intact. The cervical vertebrae are intact.

****************

CONFIDENTIAL ZO-MCOME-000005

Z█████ E█████████ O█████                                          14-04064

## HISTOLOGY

BRAIN: Sections of cortex, pons, and spinal cord show no neoplasia, inflammatory infiltrates, degenerative diseases, or trauma.

HEART: Sections of left and right ventricle show intact myocytes and no significant inflammatory infiltrates.    Endocardial and epicardial surfaces and vessels are unremarkable.

LUNGS: Sections show intact very congested, poorly aerated parenchyma and no acute significant inflammatory infiltrates.    Scattered small lymphoid aggregates are seen in the interstitium. Bronchial elements are unremarkable.    No significant polarizable foreign material is seen.

LIVER: Section shows unremarkable hepatocytes, sinusoids, and portal areas.

KIDNEY: Section shows intact glomeruli, tubules, interstitium, and vessels.    No significant polarizable foreign material is seen.

THYMUS GLAND: Section shows non-depleted cortex with distinct corticomedullary junction. Hassall's corpuscles are seen in the medulla.

SPLEEN: Section shows intact red and white pulp, vessels, and capsule.

PANCREAS: Section shows partially autolyzed but unremarkable islets and acini, vessels, and ducts. Several adjacent lymph nodes are seen. An area of fibrous tissue and muscle are on the edge of the section.

ANTERIOR NECK ORGANS: Section shows intact trachea with surrounding thyroid tissues.    The thyroid tissue shows variable-sized, pink colloid-filled follicles lined by flattened to cuboidal epithelium.  A small lymphoid aggregate without a germinal center is seen in one area. A portion of unremarkable esophagus is seen.

BONE MARROW: Section shows normocellular for age marrow with fully maturing granulocytic and erythroid elements.  Megakaryocytes are seen.  Bone and cartilage elements are unremarkable for age.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFIDENTIAL ZO-MCOME-000006**



14-04064

## EVIDENCE

None

## TOXICOLOGY SPECIMENS RETAINED

The following are saved: heart blood, vitreous humor, and liver. A pediatric screen is requested.

## X-RAYS

Full body

## OTHER STUDIES

Pediatric studies including blood and cerebrospinal fluid cultures

## HISTOLOGY

Routine samples are saved and selected sections are submitted for processing

*(The Maricopa County Medical Examiner Office is required by statute (A.R.S. §11-594(A)(2) and (4)) to certify the cause and manner of death following completion of the death investigation of each case over which it assumes jurisdiction, and to promptly execute a death certificate, on a form provided by the state registrar of vital statistics, indicating the cause and manner of death. This form includes five manners of death: homicide, suicide, accident, natural, and undetermined. The determination of manner of death is a forensic determination by the pathologist predicated upon the totality of all then-known forensic evidence and other circumstances surrounding the cause of death; it is not a legal determination of criminal or civil responsibility of any person(s) for the death.)*

MJF/mjf

CONFIDENTIAL ZO-MCOME-000007

## MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINER

### REPORT OF TOXICOLOGICAL EXAMINATION

Case Number:    14-04064
Decedent:    Z█    E█    O█
Date Submitted:    06/20/2014
Report Date:    08/06/2014

Specimens Collected: VITREOUS, BLOT/FILTER PAPER, CARDIAC BLOOD, NASAL
SWAB, CSF, LEFT AND RIGHT LUNG, LIVER, GASTRIC

Medical Examiner:    MICHAEL J. FERENC, MD

**RESULTS\*:**

Cardiac Blood:    None detected for ethanol, methanol, isopropanol, acetone,
amphetamine, methamphetamine, phencyclidine, cocaine,
benzoylecgonine, methadone, morphine, codeine,
benzodiazepines, barbiturates, antihistamines, phenothiazines,
tricyclic antidepressants, fentanyl, oxycodone, salicylates,
acetaminophen, acid neutral drugs and carboxyhemoglobin
saturation

Gastric:    None detected for amphetamine, methamphetamine,
phencyclidine, cocaine, methadone, codeine, antihistamines,
phenothiazines, and tricyclic antidepressants

\*If results are not listed for any specimen(s), that/those specimen(s) is/are deemed to be on "HOLD"

Norman A. Wade
Laboratory Director

Jurisdictional Agency: Tempe PD
By:svp; Tox. 1/2000; DAWN:

**CONFIDENTIAL ZO-MCOME-000008**

**Maricopa County**

Office of the Medical Examiner

## Case Notes

| Case Number: 2014-04064 | | Investigator: | Farrel Swope |
|---|---|---|---|
| Decedent:    O         Z    E | | Pathologist: | MICHAEL J. FERENC, MD |

| Entered Date / Time | Phone # | Entered By | Person Contacted |
|---|---|---|---|
| 6/20/2014 | | Farrel Swope | Dianne Andrade |

**Comments**

On June 20, 2014 I contacted Dianne Andrade at the Child Protective Services of Arizona Hotline and she ran a search on the subject's name Z    O    as well as the name Z    L    and stated there are no open cases or reports of abuse regarding this child.

| 6/20/2014 | (480) 858-6402 | DEBORAH MADRIGAL | Det Reyes |
|---|---|---|---|

**Comments**

Called her back after talking with Supervisor Ramos, and it was suggested that Det. Reyes come here at 8am to be on the safe side,but that my Supervisor will still ask in the meeting for a time. Det. Reyes stated will do so but would like a call if the time is set.

| 6/20/2014 | (480) 858-6402 | DEBORAH MADRIGAL | Det. Reyes, Tempe PD |
|---|---|---|---|

**Comments**

Called to ask about a time for exam. I let her know the doctors are having a meeting at 7am so will ask my supervisor to ask the doctor for a time as it looks like he has a homicide set for 8am.

| 8/6/2014 | | JUDITH WATERS | |
|---|---|---|---|

**Comments**

Photo CD picked up by Det Pooley #16512

| 4/26/2019 | | LAURA LEYVA | |
|---|---|---|---|

**Comments**

Received request for all reports from Goldberg & Osborne, Karen Giacoletti.

| 4/29/2019 | | LAURA LEYVA | |
|---|---|---|---|

**Comments**

Received request for all reports from Goldberg & Osborne, Karen Giacoletti.

| 4/30/2019 | | KEVIN D. HORN, MD | |
|---|---|---|---|

**Comments**

137 pm- as Dr. Ferenc is no longer with this office, I was asked by Dr. Eutenier to review case and opine whether case "could reasonably represent a homicide" prior to release of reports (since Dr. Ferenc ruled both the cause and manner to be undetermined. After review of this case, including scene photos with doll re-enactment, autopsy examination photographs, radiographs, and lab reports, appears to represent a SUID death during sleep in an infant without any significant external or internal trauma or any toxicologic findings. I offer the opinion that homicide is not an expected or reasonable manner based on the available information from this report and Dr. Ferenc's examination.

| 5/3/2019 | (480) 433-2499 | MELANIE R. ROUSE | John Bebolo, Consume |
|---|---|---|---|

**Comments**

1546-I spoke with John Bebola from the Consumer Product Safety Commission. He was looking for details for the death of this infant. I provided him the OME case number and the PD DR #. He will request the reports.

**CONFIDENTIAL ZO-MCOME-000009**

# Maricopa County
## Office of the Medical Examiner

| Entered Date / Time | Phone # | Entered By | Person Contacted |
|---|---|---|---|
| 5/3/2019 | | KRISTEN JOHNSON | |

**Comments**

All reports emailed to Karen Giacoletti, Goldberg & Osborne

| 5/7/2019 | | CRISTLYN STEPHENS | |

**Comments**

All reports sent to John Bobola, Consumer Product Safety Commission.

| 9/5/2019 | | LAURA LEYVA | |

**Comments**

Received request for all reports from Bardia Sanjabi, Gt Law.

| 9/10/2019 | | KRISTEN JOHNSON | |

**Comments**

All reports emailed to Bardia Sanjabi

| 9/13/2019 | | LAURA LEYVA | |

**Comments**

Received request for complete case file from Goldberg & Osborne.

| 10/2/2019 | (623) 215-5696 | ASHLEE FUNNEMAN | Kathleen Lawton |

**Comments**

10:45: Reached out to mother as requested by admin staff to verify she is being represented by Goldberg and Osborn. They are requesting photographs in addition to the report. Intern also wanted to verify if she is requesting all photos. Made call. No answer. Unable to LVM. Let admin know. Will reach out tomorrow.

| 10/3/2019 | | LOUISE DEBUSK | KRISTEN SHRINER |

**Comments**

E-mail sent to Ashley Funneman, Family Advocate Intern: I received a call from attorney Kristen Shriner from a firm in Tucson (520 -879-7178 was the number in caller ID). She stated that she was following up on a message she left you earlier. She is wanting to know when to expect records. I transferred her to your voicemail and asked her to leave a message and told her I'd send an e-mail to you as well.

| 10/4/2019 | (520) 879-7178 | ASHLEE FUNNEMAN | Kristen Shriner - La |

**Comments**

15:00: Received VM from lawyer (Kristen) stating she was representing the mother (Kathleen) and mother wanted lawyer to reach out as it was difficult/emotional for her to do so. Stated she had faxed over a signed authorization form and was wondering if she needed to send letter of representation. Intern staffed with Cristlyn - Admin who state she would reach out to lawyer. Intern followed up as well. No answer. LVM detailing nature of call.

| 10/7/2019 | (520) 879-7178 | ASHLEE FUNNEMAN | Kristen Shriner - La |

**Comments**

12:55-13:00: Received request from admin to have Kristen (Lawyer) complete request for photos form. Placed call to Kristen to relay. No answer. LVM detailing nature of call, call back number, and to leave email address if no answer. Intern will send to email.

| 10/7/2019 | | CRISTLYN STEPHENS | |

**Comments**

I spoke with Ashley about the law firms request for photographs informing her that photographs are not public record and since we did not have a photo request form filled out by NOK and we are unable to verify with NOK that they approve the release of photographs to the law firm we would require a subpoena in order for the law firm to obtain photographs.

Wednesday, April 29, 2020                               Case Notes                                              Page 2 of 3

CONFIDENTIAL ZO-MCOME-000010

# Maricopa County
Office of the Medical Examiner

| Entered Date / Time | Phone # | Entered By | Person Contacted |
|---|---|---|---|
| 10/8/2019 | (520) 879-7178 | ASHLEE FUNNEMAN | Kristen Shriner - La |

**Comments**

10:40-10:55: Received voicemail from law firm asking for communication to be done through email with email address of ksandoval@1800theeagle.com. Intern sent email stating photo request for Z⬛ could be completed one of two ways. These ways were relayed to intern by admin supervisor. Mother could complete photo request form or the law firm could subpoena for them.

| 10/8/2019 | | JUDITH WATERS | |
|---|---|---|---|

**Comments**

Received subpoena for reports, photos, x-rays from Goldberg and Osborne LLP. Placed in bin in reception.

| 10/9/2019 | | ALEXA MCCLURE | |
|---|---|---|---|

**Comments**

SUBPOENA DUCES TECUM (photos, reports) received 10/8/19, via front window, from Atty K. Schriner, Goldberg and Osborne, CV-19-02689-PHX-GMS. Documents due 10/21/19.

| 10/15/2019 | | CRISTLYN STEPHENS | |
|---|---|---|---|

**Comments**

Invoice sent to Goldberg & Osborne.

| 10/15/2019 | | LAURA LEYVA | |
|---|---|---|---|

**Comments**

Received CC payment from Goldberg Tucson, in the amount of 31.75. Receipt number 3767567441.

| 10/18/2019 | | CRISTLYN STEPHENS | |
|---|---|---|---|

**Comments**

All report and photo CD containing 7 x-rays and 73 photographs sent to Goldberg & Osborne.

| 1/29/2020  1546 | | Leyva, Laura | Leyva, Laura |
|---|---|---|---|

**Comments**

Received 129.00 payment via telephone from Goldberg Osborn, for invoice 377417. Receipt number 3774386760.

CONFIDENTIAL ZO-MCOME-000011

# 14-4064

RELEASE TO: _Menke_

Case #

14-04064        06/19/2014
O████ Z████ E████

TEMPE PD

**MARICOPA COUNTY
FORENSIC SCIENCE CENTER**
701 West Jefferson Street
Phoenix, Arizona 85007

19  JUN 14  15    19

Stamp Date & Time In

## RECORD OF ADMISSION

Weight: _16_        Sealed By: _OME_        Seal Number: _000 43366_
                              Agency

Admitted to OME by: _____        F.S.C Body Location_____ / _____
                    OME Representative

Transported From Scene By: _28 / R DN_        For: _OME_
                    Name of person(s) transporting              Agency Transporting

Removal Address: _1336 E. Hall St_        Bag Exchange Required: Yes: ✓ No: _____
                 Location, Address or Name of Hospital        Lightweight: ✓  Heavyweight_____
                 Tempo AZ  85261

### N.O.K INFORMATION

N.O.K. Name: _Kathleen Lawten_        N.O.K. Relationship: _mom_

N.O.K. Address: _1336 E. Hall St._        CITY/STATE: _Tempe AZ_

ZIP: _85281_  Telephone #: _623-215-5696_  Alt. #: _____

---

## REQUEST FOR RELEASE

Release To: _Menke Funeral Home_        Telephone #: _623-979-6451_
            Funeral Home                              Funeral Home Phone #

Release Requested By: _Peder strard_        Telephone #_____
            Phone Contact (Funeral Home Rep, family member, etc)    Requestor's Phone #

Info taken by: _Abl_        Date/Time: _6/21/14  1330_
            OME Representative

## NOTIFICATION OF INTENT TO RELEASE

Date: _6/21_  Time: _1330_  OME Representative: _Abl_  Whom Spoke To: _Pat_
                                                        Funeral Home Representative

Verify Decedent's Name for DC: _____

---

## RECORD OF RELEASE

**Released By:** _MP_        Valuables Released: Yes: (see attached sheet) ✓ No: _____
            OME Representative        Clothing Released: Yes: (see attached sheet) ✓ No: _____

Exchange Bag Received: Yes: ✓ No: _____

A mortuary representative of _MENKE_        has identified the remains above by the ankle
            Funeral Home/Transport Service
**band and certify that the name on the identifying label is the same.**

**NOTES:**        _MARIO FRANCINI_
                    Please Print Name
                                            Stamp Date & Time Out
_____        Signature of Removal Person

CONFIDENTIAL ZO-MCOME-000012



# Maricopa County
Office of the Medical Examiner

## Inventory of Personal Property

CASE #:    **14-04064**                                     DATE:    **6/20/2014**

The following property in the name of O▮▮▮ Z▮ E▮▮▮▮ is under the control of this department.

| Property Type | Property Description | Property Comment |
|---|---|---|
| CLOTHING | BLUE SHIRT | |
| JEWELRY | WHITE METAL EAR STUDS W/ PINK STONES | |
| MONEY | NONE | |
| CLOTHING | RED UNDERSHORTS | |
| OTHER | WHITE BABY BLANKET | |

**RECEIVED**

| | | | | | |
|---|---|---|---|---|---|
| Release By: | **MICHAEL J. FERENC, MD** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Release To: | **M.REYES #17962** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Representing: | **TEMPE PD** | | | | |

SIGNATURE: _____                Property Receipt: _____

MEDICAL EXAMINER
OFFICE OF THE

21 JUN 14 15  00

**CONFIDENTIAL ZO-MCOME-000013**

14-04064        06/19/2014
OLSON, ZOEY E

## OF EXAMINATION SIGN-IN FORM



**CASE ;** TEMPE PD                    **DATE:** _6-20-14_

| TITLE | NAME (Please Print) | BADGE # | AGENCY | SIGNATURE |
|-------|---------------------|---------|--------|-----------|
| DET. | MICHELLE REYES | 17962 | TEMPE | M. REYES 17962 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Please complete the following section indicating who Evidence (if any) will be released to:**

| TITLE | NAME (Please Print) | BADGE # | AGENCY | SIGNATURE |
|-------|---------------------|---------|--------|-----------|
| DE. | MICHELLE REYES | 17962 | TEMPE | M. REYES 17962 |
| | | | | |
| | | | | |

CONFIDENTIAL ZO-MCOME-000014



# Maricopa County
Office of the Medical Examiner

## Inventory of Personal Property

CASE #: **14-04064**                                    DATE: **6/20/2014**

The following property in the name of O▆▆ Z▆ E▆▆ is under the control of this department.

| Property Type | Property Description | Property Comment |
|---|---|---|
| CLOTHING | BLUE SHIRT | |
| JEWELRY | WHITE METAL EAR STUDS W/ PINK STONES | |
| MONEY | NONE | |
| CLOTHING | RED UNDERSHORTS | |
| OTHER | WHITE BABY BLANKET | |

### RECEIVED

| | | | | | |
|---|---|---|---|---|---|
| Release By: | **MICHAEL J. FERENC, MD** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Release To: | **M.REYES #17962** | Date: | **6/20/2014** | Time: | **8:36 AM** |
| Representing: | **TEMPE PD** | | | | |

SIGNATURE:    _M. REYES 17962_                    Property Receipt:



# Maricopa County

Office of the Medical Examiner

## Evidence Release Form

| | |
|---|---|
| **Case Number:** | 14-04064 |
| **Pathologist:** | MICHAEL J. FERENC, MD |
| **Decedent:** | O▇▇ Z▇ E▇ |

### Evidence Details

| | |
|---|---|
| **Evidence Released By:** | MICHAEL J. FERENC, MD |
| **Evidence Released To:** | M. REYES |
| **Agency:** | TEMPE PD |
| **Left Finger Nail Clippings:** | N/A |
| **Right Finger Nail Clippings:** | N/A |
| **Known Head Hair:** | N/A |
| **Blood Specimen:** | G AND T BLOT @ 8:00 AM |
| **Trace Evidence:** | N/A |
| **Projectiles:** | N/A |
| **Other:** | N/A |
| **Left Hand Bag:** | N/A |
| **Right Hand Bag:** | N/A |
| **Dry Swabs:** | N/A |
| **Wet Swabs:** | N/A |
| **Sexual Assult Kit:** | N/A |
| **GSR:** | N/A |
| **Comments:** | N/A |

Released To: M. Reyes

Released By: _____
MICHAEL J. FERENC, MD

Badge #: 17462

Date Released: 6/20/2014

Agency: TEMPE PD

Time Released: 8:14 AM

Time Stamp:

# PRELIMINARY REPORT OF DEATH

**CASE NUMBER: 14-4064**                    Choose one: ADMIT ☒   DECLINE ☐   CNA: Res ☐  Non-Res ☐

Pick up location 1336 E. Hall St Tempe Az.,85281

Person reporting death Det. Obrien#14916                    Agency Tempe PD                    Phone # (480)276-5684

Decomposed? Y ☐ N ☒   Approximate Weight 10 Pounds   Admit Specimens? Y ☐ N ☒   MR # Non-applicable

| | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name** | **Olson** | **First Name** | **Zoey** | **Middle Name** | **Elizabeth** | |

Method of ID Visual by mother Kathleen Lawton                    Name spelling confirmed by Kathleen Lawton (mother)

AKA Non-applicable                    Investigator FS#51    Call Date/Time 6/19/2014@0941        Person taking call  FS#51

Agency of Death  Ternpe PD            of Incident Tempe PD                    Officer Reyes#17962        Ph # (480) 270-2843

Tag completed by Farrel Swope#51                    Agency Medical Examiner's Office  Phone # (602)506-1138

DR # 2014-079230                    Date/Time Ready for Pickup or Declined 6/19/2014@0951        Gender M ☐ F ☒  Race        Caucasian

Marital Status Single            SSN Unknown                    Date/Time of Death 6/19/2014@0806        DOB 9/30/2013

Address  1336 E. Hall St.                    City Tempe            State Arizona Zip Code 85261 85281 ᴹᴹ

Employer Non-applicable                    Work Related Y☐ N☒ Pathologist Ferenc/Friday        Declined by N/A

Type of Death Sudden/Unexpected    Means {CHOOSE ONE}        Declined Date/Time N/A        Declined reviewed by N/A

Police Involvement Y☐ N☒        In custody death? (Prisoner or person in custody or in the process of arrest) Y☐ N☒

Circumstances: This eight month old female was found deceased by her mother in a bassinet beside their bed.

| Dispatch | 1018 | / | 97048r | On Scene | 1047 | / | 97062 | Depart Scene | 1244 | Return | | / | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | Mileage | | Time | | Mileage | | Time | | Time | | Mileage |

Investigators      FS#51        RDN36

Place of Death (name or address) 1336 E. Hall St.                    Res ☒  ER ☐  Inpt ☐  Other ☐

City  Tempe                    State    AZ    Zip code 85281        County  Maricopa

Illness ☒ Injury ☐  Address 1336 E. Hall St.                    Premises Residence

City  Tempe            State Arizona  Zip Code  85261  Date/Time of Incident? June 19, 2014@unknown

Next of Kin Kathleen Lawton        Relationship Mother            Phone (623)215-5696        Notified? Y ☒ N ☐

Address  6201 W. Olive Ave., #2110            City Glendale                    State Arizona Zip Code 85302.

Next of Kin Spoken to Kathleen Lawton        Relationship Mother            Date 6/19/2014        Invest. FS#51

Funeral Home Unknown                    Phone

Decedent's Physician Dr. Cleary pediatrician                    Phone # 623-207-5465        Fax # 623-207-5405

Contacted? Y ☐ N ☐  Cause:

Records requested from Dr. Cleary, Banner Thunderbird Medical Center, Phoenix Baptist Hosp  Requested by:  FS#51

**CONFIDENTIAL ZO-MCOME-000017**

CASE # 14-406

Last Alive Date/Time  6/19/2014@0140

Last Alive Location  1336 E. Hall St., Tempe, AZ 85281

Last Seen By  Andrew Olson (father)

Room/Air Temp 81 °   Body Temp: Warm ☐ Cold ☒

Location of Body  Bassinet

Position: Supine   Clothing: Fully clothed

Rigor:  Absent ☐   Partial ☐   Fixed ☒

Present in Jaw? Yes ☐ No ☒   Extremities? Yes ☒ No ☐

Livor: Fixed   Location: Anterior/posterior

Rigor/Livor Consistent? Yes ☐ No ☒ (If no, explain below)

Blue shirt, red shorts, diaper, two yellow metal earirings

Valuables

Hands bagged: Yes ☐ No ☒   Bagged by: OME ☐ PD ☐

Pouch Color: White ☒   Blue ☐   Orange ☐   Black ☐

Seal # 0004366

Witness Signature

Attend Exam: Yes ☒ No ☐ _____ Hour(s) notice

## MEDICAL HISTORY

| | | | | | |
|---|---|---|---|---|---|
| ☐ AFIB | ☐ Cardiomegaly | ☐ CVA | ☐ HEP | | |
| ☐ ASCVD | ☐ CHF | ☐ Dementia | ☐ HIV | | |
| ☐ CABG | ☐ Cirrhosis | ☐ Depression | ☐ HTN | ☐ Pacer | ☐ TB |
| ☐ CAD | ☐ COPD | ☐ DM | ☐ MI | ☐ Renal Failure | ☐ ↑Lipidemia |

☐ Cancer: Type _____   ☐ Seizures: Cause _____

☐ Drinker/Alcoholic   ☐ Smokes   ☐ Drug Use: Type _____

According to Kathleen Lawton (mother) the subject was a 42 week gestation period baby that was born without complications at Phoenix Baptist Hospital. The subject was treated for a cough and wheezing at Banner Thunderbird Medical Center in March of 2014 and was current on all of her vaccinations. Her last doctor visit was approximately 2 months ago with Dr. Cleary.

Med/Drug List for this case? Y ☐ N ☒   Evidence Bag #(s) Nonapplicable

## CIRCUMSTANCES

Information Sources:
Detective Reyes#14916 from the Tempe Police Department (480) 270-2843
Andrew Olson (father)
Kathleen Lawton (mother) (623) 215-5696
Antemortem Events:
On June 19, 2014 at 0941, and hours I received a telephone call from Detective O'Brien #14916 from the Tempe Police Department regarding the death of the subject you has been identified as Z███ E██████ O███ Investigator Newman #36 and I were dispatched to the scene where we met with Detectives O'Brien #14916 and Reyes#14916 and the following information was obtained.
According to the subject's mother Kathleen Lawton the subject was a 42 week gestation period baby that was born without complications at Phoenix Baptist Hospital. The subject was under the care of Pediatrician Cleary and was current on all of her vaccinations. Her last doctor visit was approximately 2 months ago at which time she received her last vaccination shot. The subject developed a cough and wheezing and was treated at Banner Thunderbird Medical Center in March of 2014. Andrew Olson (father) and the subject's mother Kathleen live in separate residences but share responsibility in taking care of their daughter. On June 18, 2014 Mr. Olson drove to Kathleen's residence and took her to work at Applebee's restaurant. Both he and the subject then returned to Kathleen's residence located at 6201 W. Olive Ave., #2110, Glendale, AZ 85302 until she got off work. Mr. Olson picked Kathleen up and the couple drove to Mr. Olson's residence located at 1336 E. Hall St., Tempe, AZ 85281. Mr. Olson placed the subject in a bassinet beside the bed at 0140,hours on the morning of June 19, 2014 and stated he used the bassinet seat belt to secure his daughter. The following morning Kathleen woke up at approximately 0800, hours and found the subject in a semi-prone, semi-left lateral position with the seatbelt undone. The subject was cold to the touch and without respirations. Kathleen called 911 and emergency service personnel responded to the scene and according to Detective Reyes#14916 upon arrival found Mr. Olson with the baby in his arms. Emergency service personnel pronounced the subject dead at 0806, hours without resuscitative efforts. They then wrapped the baby in a blanket and placed it back in the bassinet in a supine position.

Updated 12/21/2011

CONFIDENTIAL ZO-MCOME-000018



**Maricopa County**

Office of the Medical Examiner

## Investigative Summary

| **Case Number:** | 14-04064 | **Scene Investigator:** | FARREL SWOPE |
|---|---|---|---|
| **Decedent:** | O    Z    E | **Written By:** | FARREL SWOPE |
| **Date of Report:** | 6/19/2014 | **Jurisdiction:** | |

### Reported Circumstances Surrounding Death:

This eight month old female was found deceased by her parents in a bassinet beside their bed.

### Narrative:

Information Sources:

Detective Reyes#14916 from the Tempe Police Department (480) 270-2843
Andrew Olson (father)
Kathleen Lawton (mother) (623) 215-5696

Antemortem Events:

On June 19, 2014 at 0941, and hours I received a telephone call from Detective O'Brien #14916 from the Tempe Police Department regarding the death of the subject you has been identified as Z  E        O    Investigator Newman #36 and I were dispatched to the scene where we met with Detectives O'Brien #14916 and Reyes#14916 and the following information was obtained.

According to the subject's mother Kathleen Lawton the subject was a 42 week gestation period baby that was born without complications at Phoenix Baptist Hospital. The subject was under the care of Pediatrician Cleary and was current on all of her vaccinations. Her last doctor visit was approximately 2 months ago at which time she received her last vaccination shot. The subject developed a cough and wheezing and was treated at Banner Thunderbird Medical Center in March of 2014. Andrew Olson (father) and the subject's mother Kathleen live in separate residences but share responsibility in taking care of their daughter. On June 18, 2014 Mr. Olson drove to Kathleen's residence and took her to work at Applebee's resturant. Both he and the subject then returned to Kathleen's residence located at 6201 W. Olive Ave., #2110, Glendale, AZ 85302 until she got off work. Mr. Olson picked Kathleen up and the couple drove to Mr. Olson's residence located at 1336 E. Hall St., Tempe, AZ 85281. Mr. Olson placed the subject in a bassinet beside the bed at 0140,hours on the morning of June 19, 2014 and stated he used the bassinet seat belt to secure his daughter. The following morning Kathleen woke up at approximately 0800, hours and found the subject in a semi-prone, semi-left lateral position with the seatbelt undone. The subject was cold to the touch and without respirations. Kathleen called 911 and emergency service personnel responded to the scene and according to Detective Reyes#14916 upon arrival found Mr. Olson with the baby in his arms. Emergency service personnel pronounced the subject dead at 0806, hours without resuscitative efforts. They then wrapped the baby in a blanket and placed it back in the bassinet in a supine position.

Past Medical, Social, and Surgical History:

According to Kathleen Lawton (mother) the subject was a 42 week gestation period baby that was born without complications at Phoenix Baptist Hospital. The subject was treated for a cough and wheezing at Banner Thunderbird Medical Center in March of 2014 and was current on all of her vaccinations. Her last doctor visit was approximately 2 months ago with Dr. Cleary.

Scene Description:

At 1047, hours on June 19, 2014 Investigator Newman #36 and I arrived on scene where we met with Detectives

*Thursday, June 19, 2014*

*Page 1 of 2*



**Maricopa County**

Office of the Medical Examiner

## Investigative Summary

O'Brien #1496 and Reyes#14916. The residence is a one bedroom guest quarters for the main residence. The subject is found wrapped in a blanket in the supine position in a bassinet beside the bed. A diaper bag which contained a baby bottle, formula, and diapers was found in the living room area and was logged and evidence by the Tempe Police Department. A car seat was found on the floor in front of the bassinet which contained a pacifier. A second pacifier was also found on the nightstand and was reportedly found in the bottom of the bassinet where the baby was found. A second bassinet is found in the kitchen area. Multiple empty bottles of alcohol are found in the residence along with marijuana and marijuana paraphernalia. The subject's father Andrew Olson does have a medical marijuana card. The ambient room temperature in the residence was approximately 81° at the time of my arrival. However according to Mister Olson's brother who lives in the main living quarters of the residence the electricity went out during the night for a short period of time. There are no suspicious or unusual circumstances surrounding the death scene.

Body Description:

The body is that of an eight-month-old Caucasian female which appears well-nourished and has a body length of approximately 16 inches and await of approximately 16 pounds. The hair is blonde and the eyes are blue. The head, neck, and torso appear normally formed with a small transverse bruise on the forehead above the left eye. The extremities are paired, symmetrical, and appear grossly normal. Rigor mortis is absent in the jaw and fixed in the extremities. Livor mortis is fixed to the anterior lower extremities and to the posterior. The body is supine, cold to the touch, and clothed in a blue shirt, red shorts, diaper, and two yellow metal earrings.

Doll Reenactment;

At the request of Detectives O'Brien #14916 and Reyes#14916 a substitute bassinet was used in the doll reenactment to avoid evidence contamination. The subject doll was placed by Mr. Olson in a supine position in the bassinet and photographs were taken. The mother then placed the subject doll in a semi-left lateral semi-prone position as she stated she found the subject. Photographs and measurements were again taken. She stated the subject's mouth was not obstructed by the cushion of the bassinet. Mr. Olson stated he believed his daughter unfastened the seatbelt sometime through the night. Kathleen seemed to be under the impression the seatbelt was not used when the baby was placed at 0140, hours.

Evidence:

The body was placed in a white zipper body pouch and seal with Medical Examiner's Office seal number #0004366.

Identification:

The subject identity is based on a visual by her parents who confirmed all demographic information.

Disposition:

The body was transported to the Medical Examiner's Office for further examination the Tempe Police Department does plan on attending the postmortem exam. Medical records have been requested from Banner Thunderbird Medical Center, Phoenix Baptist Hospital, and Dr. Cleary.


**Identification Verified By:**        Kathleen Olson (mother)

**Name Spelling Verified By:**        Kathleen Olson (mother)


*Thursday, June 19, 2014*                                                      *Page 2 of 2*

**CONFIDENTIAL ZO-MCOME-000020**

14-04064          06/19/2014

OLSON, ZOEY E ███████████

TEMPE PD

| | CASE NO. | PRINTS TAKEN BY |
|---|---|---|
| ☐ Right Handed | SOCIAL SECURITY NUMBER | DATE |
| ☐ Left Handed | | |



(RIGHT)

**PALM PRINT CARD**

| SIGNATURE OF PERSON PRINTED | ADDRESS |
|---|---|
| | |

(LEFT)

Identicator • (800) 347-1200 • www.identicatorinc.com • Re-Order #2-6499

CONFIDENTIAL ZO-MCOME-000022

**Laura Leyva (OME)**

| | |
|---|---|
| **From:** | noreply@civicplus.com |
| **Sent:** | Thursday, September 5, 2019 1:19 PM |
| **To:** | OME Public Records Requests |
| **Subject:** | Online Form Submittal: Public Records Request |

**RECEIVED**

SEP 0 5 2019

MARICOPA COUNTY
MEDICAL EXAMINER

## Public Records Request

Request for Release of Public Records for Non-Commercial Purposes

| | |
|---|---|
| Date of Request | 9/5/2019 |
| Decedent Name | Z■ O■ |
| OME Case # | *Field not completed.*    14-4004 closed |
| Date of Birth | *Field not completed.* |
| Date of Death | 06/19/2014 |
| Requestor Name | Bardia Sanjabi |
| Are you Related to the Decedent? | No |
| Phone Number | 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 |
| Fax Number | *Field not completed.* |
| Email Address | sanjabib@gtlaw.com |
| Address | 3333 Piedmont Road NE, Suite 2500 |
| City | Atlanta |
| State | GA |
| Zip Code | 30305 |

E-MAILED
09.10.19

Medical Examiner Reports
*The Maricopa County Office of the Medical Examiner prepares different types of reports during a death investigation. These reports include: the Medical Examiner report, the Toxicology report, Anthropology reports, Neuropathology reports, and Odontology reports. Please be advised that not all of these reports will be completed on every case.*

*The time required for the completion of reports will vary depending on the complexity, circumstances, and level of additional testing or investigation required*

5

**CONFIDENTIAL ZO-MCOME-000023**

for each individual case. We realize that families, friends, investigating agencies, and others desire timely closure of cases and receipt of our reports. Accordingly, we strive to close each and every case as soon as possible, while keeping in mind the importance of a thorough and complete death investigation and certification.

Copy Requests and Fee
Copies of report(s) are available to the public following the final completion of the case.

If you request to receive the report(s) via email or fax, there is no fee.

If you request to receive the report(s) via mail or pick-up, there will be a $5.00 fee. Exception: If you are the Next of Kin, the $5.00 fee will be waived.

Select Method to Receive     Email (no fee)
Reports

If a Fee is Required, the Request will not be Processed without Prior Payment: Please PRINT the form and submit with payment to:

Maricopa County Office of the Medical Examiner
701 W. Jefferson Street
Phoenix, AZ 85007

Acceptable forms of payment include:

Cashier's check, money order, or business checks made payable to: "Maricopa County Office of the Medical Examiner".

Personal checks will not be accepted.

Credit or debit cards can be used for payment by calling 602-506-3322.

Statement of Non-     Agree
Commerical Purpose



Email not displaying correctly? View it in your browser.

6

CONFIDENTIAL ZO-MCOME-000024

E-MAILED
5/7/19

**Cristlyn Stephens (OME)**

| | |
|---|---|
| **From:** | Melanie Rouse (OME) |
| **Sent:** | Tuesday, May 07, 2019 8:18 AM |
| **To:** | Cristlyn Stephens (OME) |
| **Subject:** | FW: #14-04064 |

Cristlyn,

Can you please assist John Bobola from the Consumer Product Safety Commission with this report request?

**From:** Bobola, John [mailto:JBobola@cpsc.gov]
**Sent:** Friday, May 3, 2019 2:50 PM
**To:** Melanie Rouse (OME) <Melanie.Rouse@Maricopa.Gov>
**Subject:** #14-04064

Melanie,

Thank you once again for all of your help and information with this incident.

Re: 14-04064

I would like to request the Medical Examiner's final autopsy and toxicology reports for Z▆ O▆ the 8 month-old female victim involved in the June 19, 2014 bassinet incident.

The information will be part of an official report that describes and illustrates the circumstances regarding the incident. Please be assured that all information received will be used for official purposes only.

Please contact me if you have any questions, I can be reached at Cell # (240) 478-7360 or by email jbobola@cpsc.gov.

Thank you,

John

*John Bobola*
*Product Safety Investigator*
*Office of Field Investigations*
*Phoenix Field Office*
*U.S. Consumer Product Safety Commission*

*Office: (240) 478-7360*

*Cell: (480) 433-2499*

*Fax: (866) 748-1402*

1

**CONFIDENTIAL ZO-MCOME-000025**

*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: http://www.cpsc.gov/en/Newsroom/Subscribe *****!!!

**CONFIDENTIAL ZO-MCOME-000026**

RECEIVED

APR 2 9 2019

MARICOPA COUNTY
MEDICAL EXAMINER

# GOLDBERG & OSBORNE LLP.
*The Injury Lawyers®*
(520) 620-3975

Certified In Personal
Injury and Wrongful
Death Litigation by the
Arizona Board of
Legal Specialization:
John E. Osborne
W. Daniel Shelton
Allen D. Bucknell
Bruce M. Squire

April 22, 2019

Maricopa County Office of the Medical Examiner
701 W. Jefferson Street
Phoenix, AZ 85007

Re:    Our Client:          Kathleen Courkamp (f/k/a Kathleen Lawton)
       Decedent:           Z▮▮ E▮ O▮
       Date of Birth:      ▮2013
       Date of Loss:       6/19/2014
       Location:           1336 E. Hall St., Tempe, AZ
       State File No.:     102-2014-024858

Dear Sir or Madam:

We represent Kathleen Courkamp (f/k/a Kathleen Lawton), mother of Z▮ E▮ O▮ Dec., in regard to the above referenced incident.

This is to request that you send us a copy of the Medical Examiner's report and **complete autopsy report for Z▮ E▮ O▮**

We request the autopsy report be emailed to kgiacoletti@1800theeagle.com, along with an invoice for the fee if required. If a prepayment is required, please call me at (520) 620-3989 to advise of the amount.

Enclosed is a medical authorization to permit you to release this information. **Also enclosed is a "Custodian of Records" form. Please have the appropriate person sign and return the Custodian of Records form with the records and billing statement.**

Thank you in advance for your attention to this request.

Sincerely,

**GOLDBERG & OSBORNE LLP**

Karen M. Giacoletti
Litigation Assistant

E-MAILED
05.03.19

kmg

Enclosures

**698 E Wetmore Rd Ste 200, Tucson, AZ 85705**
**FAX (520) 620-3991**

**CONFIDENTIAL ZO-MCOME-000027**



## CUSTODIAN OF RECORDS FORM

I am the duly authorized custodian of records for Maricopa County Office of the Medical Examiner and certify that the attached ___7___ pages of records and itemized billing are true and complete copies of all records and bills from June 19, 2014 to date for Z▮ E▮ O▮ that the records and billing information was made at or near the time of the underlying event by or from information transmitted by a person with first-hand knowledge and were prepared in the ordinary course of business.

*Kristen Johnson*

Authorized Representative for Maricopa
County Office of the Medical Examiner

05/02/19

Date



**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS**
**HIPAA COMPLIANT PURSUANT TO 45 C.F.R. § 164.508**

Maricopa County Office of the Medical Examiner

1. I authorize _____ to disclose Protected
Health Information ("PHI") from the health records of:

Patient Name:          Z█ E█ O█
Date of Birth:           /2013    DOD: 6/19/2014
Address:
Phone Number:
Social Security No.:
Patient medical record number (if known):

The type and amount of information to be used or disclosed is as follows:

❑ Complete Health Records       ❑ History & Physical Examinations

❑ Progress Notes             ❑ Laboratory Tests

❑ Consultation Reports       ❑ X-Ray Films/Images & Reports

❑ Photographs, Videos, Digital & ❑ Billing Records
Other Images

                 Medical Examiner's report and complete autopsy report

☑ Other (please specify) _____

2. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I authorize disclosure of this information.

3. This information may be disclosed and used by: GOLDBERG & OSBORNE, LLP, 698 E. Wetmore Road, Suite 200, Tucson, AZ 85705, phone number (520) 620-3975, fax number (520) 620-3991, for the purpose of my personal injury claims.

4. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the above medical provider. I understand the revocation will not apply to information that has already been released in response to this authorization. This authorization shall be considered invalid after six months (or sixty days with respect to drug and alcohol abuse records) from the date of the signature below, unless a different date is specified: _____

5. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign the form in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

X _____        4/22/19
Signature of Patient                      Date

Mother
X If signed by Legal Representative, Relationship to Patient

If the patient is unable to consent by reason of age or other factors, state reasons and attach documentation: _____

**CONFIDENTIAL ZO-MCOME-000029**

# GOLDBERG & OSBORNE LLP.

*The Injury Lawyers*®

(520) 620-3975

RECEIVED

Certified In Personal
Injury and Wrongful
Death Litigation by the
Arizona Board of
Legal Specialization:
John E. Osborne
W. Daniel Shelton
Allen D. Bucknell
Bruce M. Squire

April 22, 2019

APR 2 6 2019

14-4004
CWXd

Maricopa County Office of the Medical Examiner
701 W. Jefferson Street
Phoenix, AZ 85007

MARICOPA COUNTY
MEDICAL EXAMINER

Re:    Our Client:     Kathleen Courkamp (f/k/a Kathleen Lawton)
      Decedent:      Z▇ E▇ O▇
      Date of Birth:    ▇/2013
      Date of Loss:    6/19/2014
      Location:       1336 E. Hall St., Tempe, AZ
      State File No.:    102-2014-024858

Dear Sir or Madam:

We represent Kathleen Courkamp (f/k/a Kathleen Lawton), mother of Z▇ E▇ O▇ Dec., in regard to the above referenced incident.

This is to request that you send us a copy of the Medical Examiner's report and **complete autopsy report for Zoey E▇ O▇**

We request the autopsy report be emailed to kgiacoletti@1800theeagle.com, along with an invoice for the fee if required. If a prepayment is required, please call me at (520) 620-3989 to advise of the amount.

Enclosed is a medical authorization to permit you to release this information. **Also enclosed is a "Custodian of Records" form. Please have the appropriate person sign and return the Custodian of Records form with the records and billing statement.**

Thank you in advance for your attention to this request.

Sincerely,

**GOLDBERG & OSBORNE LLP**

Karen M. Giacoletti
Litigation Assistant

kmg

Enclosures

**698 E Wetmore Rd Ste 200, Tucson, AZ 85705**
**FAX (520) 620-3991**

CONFIDENTIAL ZO-MCOME-000030



### CUSTODIAN OF RECORDS FORM

I am the duly authorized custodian of records for Maricopa County Office of the Medical Examiner and certify that the attached _____ pages of records and itemized billing are true and complete copies of all records and bills from June 19, 2014 to date for Z█ E█████ O█ that the records and billing information was made at or near the time of the underlying event by or from information transmitted by a person with first-hand knowledge and were prepared in the ordinary course of business.

_____
Authorized Representative for Maricopa
County Office of the Medical Examiner

_____
Date

CONFIDENTIAL ZO-MCOME-000031

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS
### HIPAA COMPLIANT PURSUANT TO 45 C.F.R. § 164.508

Maricopa County Office of the Medical Examiner

**1. I authorize** _____ **to disclose Protected**
Health Information ("PHI") from the health records of:

Patient Name:          Z▨ E▨ O▨
Date of Birth:         2013          DOD: 6/19/2014
Address:               _____
Phone Number:          _____
Social Security No.:   _____
Patient medical record number (if known): _____

The type and amount of information to be used or disclosed is as follows:

☐ Complete Health Records          ☐ History & Physical Examinations

☐ Progress Notes                   ☐ Laboratory Tests

☐ Consultation Reports             ☐ X-Ray Films/Images & Reports

☐ Photographs, Videos, Digital & ☐ Billing Records
   Other Images

☒ Other (please specify) _____ Medical Examiner's report and complete autopsy report

2. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I authorize disclosure of this information.

3. This information may be disclosed and used by: GOLDBERG & OSBORNE, LLP, 698 E. Wetmore Road, Suite 200, Tucson, AZ 85705, phone number (520) 620-3975, fax number (520) 620-3991, for the purpose of my personal injury claims.

4. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the above medical provider. I understand the revocation will not apply to information that has already been released in response to this authorization. This authorization shall be considered invalid after six months (or sixty days with respect to drug and alcohol abuse records) from the date of the signature below, unless a different date is specified: _____

5. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign the form in order to assure treatment. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

_____          4/22/19
Signature of Patient                        Date

Mother
X_____
If signed by Legal Representative, Relationship to Patient

If the patient is unable to consent by reason of age or other factors, state reasons and attach documentation: _____

**CONFIDENTIAL ZO-MCOME-000032**

Susan Newberry - Maricopa County CFR Team

| | DOD | LNAME | FIRST | ME RECORD | MNName | DOB |
|---|---|---|---|---|---|---|
| O | 5/4/2014 | ABDI | OSMAN | 14-3021 | MOHAMED | 2/3/2001 |
| | 6/23/2014 | ALI open | MOHAMMED | 14-4164 | HUSSEIN | 11/28/2013 |
| O | 4/13/2014 | ALLEN | AVERY | 14-2480 | JEAN | 2/29/2012 |
| O | 4/2/2014 | BEGAY | TYRAAN | 14-2232 | KING | 7/24/2013 |
| O | 2/8/2014 | BELONE | BRAEDON | 14-0972 | BARRY | 10/6/2013 |
| O | 3/5/2014 | BINKOSKI | BURKE | 14-1586 | TIMOTHY | 3/5/2014 |
| | 5/21/2014 | BLAIR open | IAN | 14-3417 | SCOTT | 11/21/2008 |
| O | 4/25/2014 | CASTRO | ILIANA | 14-2792 | | 1/22/2014 |
| O | 4/18/2014 | DAVIS | JASON | 14-2624 | TRISTAN | 12/30/2013 |
| O | 3/16/2014 | DE LEON | CAMDYN | 14-1841 | MARK | 9/16/2011 |
| O | 2/19/2014 | DIAZ | ISRAEL | 14-1266 | EDWIN | 12/22/2013 |
| O | 2/28/2014 | DIAZ | ANJELA | 14-1477 | ISABELA | 5/14/2009 |
| Closed | 4/8/2014 | EREKSON | JONATHAN | 14-2367 | ANDREW | 6/25/1999 |
| Closed | 1/1/2014 | GALLARDO-GARCIA | ALEJANDRA | 14-0015 | | 5/18/2004 |
| O | 3/3/2014 | GOODRICH | MAXIMUS | 14-1523 | LOREN | 10/17/2013 |
| O | 2/4/2014 | HENRY | MARQUIS | 14-0895 | ISAIAH | 4/8/2013 |
| O | 3/5/2014 | LEGLER | MASON | 14-1567 | RONALD | 10/3/2013 |
| O | 3/18/2014 | LEVI | TAYLOR | 14-1899 | ROSE | 11/4/2013 |
| | 3/22/2014 | LUNA open | NELSON | 14-1984 | ISAIAH | 5/18/2012 |
| | 4/26/2014 | MADRID open | ADRIANA | 14-2821 | RAQUEL | 5/23/2009 |
| | 6/14/2014 | MASTERS open | DYLAN | 14-2949 | JOVONTA | 10/31/2013 |
| Closed | 5/27/2014 | MAZONE | CHANCE | 14-3539 | JOEL | 12/18/2010 |
| Closed | 5/17/2014 | MCDONALD | DANE | 14-3319 | JALEN | 2/24/2011 |
| O | 4/11/2014 | MILNER | SANDOVAL | 14-2431 | RAFEE | 3/17/2004 |
| | 4/6/2014 | MORENO open | JOLISSA | ▆▆▆▆ | BEAUTIFULL | 12/30/2004 |
| | 5/14/2014 | NUNEZ open | IVAN | 14-3252 | ALEXANDER | 1/16/2003 |
| | 6/19/2014 | OLSON open | Z▆ | 14-4064 | ELIZABETH | 9/30/2013 |
| O | 5/9/2014 | PALOMARES PIVAC | NICOLAS | 14-3158 | | 10/27/2001 |
| O | 6/7/2014 | PARK | STEPHEN | 14-3814 | JIHAN | 3/22/2014 |
| O | 3/23/2014 | ROMAN | ROSA | 14-1997 | BELEN | 3/2/2000 |
| Closed | 5/17/2014 | SALGADO MENDIOLA | PABLO | 14-3313 | DANIEL | 4/29/1997 |
| O | 5/12/2014 | SCHORNACK | ALYSSA | 14-3193 | MICHELLE | 4/9/1999 |
| O | 4/26/2014 | SHOEMAKER | FAITH | 14-2887 | LILLIAN | 11/19/2013 |
| Closed | 4/7/2014 | STOCK | JOSEPH | 14-2340 | KALEB | 3/15/2014 |
| O | 5/4/2014 | STRICKLAND | LEAH | 14-3022 | GABRIELLE | 10/27/2004 |
| | 5/10/2014 | SWINT open | CAMERON | 14-3367 | JOSEPH | 2/28/2000 |
| | 1/16/2014 | TOHI | TIMOTE | 14-0401 | SILA' IHE TUI | 11/9/2011 |
| Closed | 6/11/2014 | TOWNSEND | KLOE | 14-401 | HOPE | 5/6/2011 |
| | 6/15/2014 | UNGER open | DUSTIN | 14-3968 | ALLAN | 3/16/2014 |
| | 4/21/2014 | WENTZEL open | CAITLIN | 14-2697 | E▆ | 8/11/2001 |
| | 1/7/2014 | WHITE open | LARYAN | 14-0160 | NATHANIEL | 6/2/2011 |



**Maricopa County**
FORENSIC SCIENCE CENTER

14-04064                06/19/2014
O▮▮▮▮▮ Z▮▮ E▮▮▮▮

20  JUN 14    08 45 TEMPE PD

701 West Jefferson
Phoenix, Arizona 85007
Phone: (602) 506-3322
Fax:   (602) 506 1546

MEL... ..ER  Spoke to Detective a
let her know CD is ready
73 pics    80 imgs   6/20/14 @ 11:49a HN
7 xrays

## PHOTO CD
### REQUEST/RELEASE FORM

NAME OF AGENCY: __TEMPE  PD__

NAME OF DETECTIVE/OFFICER __M. REYES  17962__

BADGE NUMBER __17962__

CONTACT NUMBERS __480  858  6402__

---

### DEAR AGENCY

CDs WILL BE READY WITHIN THREE DAYS AND YOU WILL BE CONTACTED FROM THE
FORENSIC SCIENCE CENTER TO COME AND PICK UP YOUR CD FROM THE FRONT DESK.

### PLEASE WAIT FOR THE CALL BEFORE YOU COME

---

### CD RELEASE INFORMATION

PHOTOGRAPHED BY: HN           RELEASED TO __Mark Pooley__

                              AGENCY __TEMPE PD__

RELEASED BY:
Forensic Photography Unit      BADGE NUMBER __16512__
Phone Number: 602-506-0528
                              DATE __8/6/14__

                              SIGNATURE __Mark Pooley__

Maricopa County
**Office of the Medical Examiner**
Subpoena
**RECEIVED**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT

DEC 24 2019

for the

District of Arizona

Time: _8:00am_
Rcvd via: _Window_
OME staff: _CL_

Kathleen Courkamp

|  |  |
|---|---|
| *Plaintiff* | |
| Fisher-Price, Inc. et al. | Civil Action No.  CV-19-02689-PHX-GMS |
| *Defendant* | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Maricopa County Medical Examiner's Office, 701 W. Jefferson Street, Phoenix, AZ 85007

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: One (1) H&E Stained recut slide of each histologic block made for the autopsy. Copies of the original reports re vitreous chemistries, inborn error of metabolism screening, nasal viral cultures and bacterial cultures of blood, lung and cerebrospinal fluid (CSF) referenced in Medical Examiner's Report.  See exhibit A attached.

| Place: Goldberg & Osborne LLP 698 E. Wetmore Road Ste. 200 Tucson, AZ 85705 | Date and Time: 01/06/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/16/2019

*CLERK OF COURT*

OR

_____            _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kathleen Courkamp Plaintiff _____ , who issues or requests this subpoena, are: Goldberg & Osborne LLP 698 E. Wetmore Road Ste. 200, Tucson, AZ 85705, kschriner@goldbergandosborne.com (520) 620-3975

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**CONFIDENTIAL ZO-MCOME-000035**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV-19-02689-PHX-GMS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

CONFIDENTIAL ZO-MCOME-000036

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

CONFIDENTIAL ZO-MCOME-000037

1

**EXHIBIT "A"**

2      One (1) H&E Stained recut slide of each histologic block made for the autopsy.

3  Copies of the original reports regarding vitreous chemistries, inborn error of metabolism

4  screening, nasal viral cultures and bacterial cultures of blood, lung and cerebrospinal fluid

5  (CSF) referenced in the Medical Examiner Report, Case #14-4064, State File No. 102-2014-

6  024858, date of incident June 19, 2014.  This request is on behalf of the mother of the

7  deceased minor, with an enclosed authorization. Documents to be produced on a computer

8  disc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CONFIDENTIAL ZO-MCOME-000038**

**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS**
**HIPAA COMPLIANT PURSUANT TO 45 C.F.R. § 164.508**

1. I authorize   Maricopa County Medical Examiner's Office _____   to disclose Protected
Health Information ("PHI") from the health records of:

Patient Name:                    Z̲    E̲         Olson̲
Date of Birth:              1̲/2013, DOD: 6/9/2014
Address: _____
Phone Number: _____
Social Security No.: _____
Patient medical record number (if known):   State File No.: 102-2014-024858 .

The type and amount of information to be used or disclosed is as follows:

[X]  Complete Health Records          [X] History & Physical Examinations

[X]  Progress Notes                   [X] Laboratory Tests

[X]  Consultation Reports             [X] X-Ray Films/Images & Reports

[ ]  Photographs, Videos, Digital & [ ] Billing Records .
     Other Images

[X]  Other (please specify)   One (1) H&E Stained recut slide of each histologic block made for the autopsy, copies of the original reports regarding vitreous chemistries, inborn error of metabolism screening, nasal viral cultures and bacterial cultures of blood, lung and cerebrospinal fluid (CSF) referenced in the ME's Report.

2.   I understand that the information in my health record may include information relating to
     sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
     immunodeficiency virus (HIV). It may also include information about behavioral or mental
     health services, and treatment for alcohol and drug abuse. I authorize disclosure of this
     information.

3.   This information may be disclosed and used by: GOLDBERG & OSBORNE, LLP, 698 E. Wetmore
     Road, Suite 200, Tucson, AZ 85705, phone number (520) 620-3975, fax number (520) 620-3991,
     for the purpose of my personal injury claims.

4.   I understand I have the right to revoke this authorization at any time. I understand if I
     revoke this authorization I must do so in writing and present my written revocation to the
     above medical provider. I understand the revocation will not apply to information that has
     already been released in response to this authorization.   This authorization shall be
     considered invalid after six months (or sixty days with respect to drug and alcohol abuse
     records) from the date of the signature below, unless a different date is specified: _____

5.   I understand that authorizing the disclosure of this health information is voluntary. I can
     refuse to sign this authorization. I need not sign the form in order to assure treatment. I
     understand any disclosure of information carries with it the potential for an unauthorized re-
     disclosure and the information may not be protected by federal confidentiality rules.


_____            12/16/19
Signature of Patient                        Date

X   Mother
If signed by Legal Representative, Relationship to Patient

If the patient is unable to consent by reason of age or other factors, state reasons and attach
documentation: _____

CONFIDENTIAL ZO-MCOME-000039



# Maricopa County
Office of the Medical Examiner



## Thank you for your payment.

## Please print this receipt and keep it for your records.

Bill To Name/Company Name : GOLDBERG & OSBORN

| | |
|---|---|
| Case/Account Number : | 2014-04064 |
| Optional Name : | INVOICE 377417 |
| **Payment Amount :** | $129.00 |
| **Receipt Number:** | 3774386760 |
| **Transaction Date:** | 01/29/2020 03:44 PM |
| **Payment Type:** | **VISA** |
| **Account Number:** | *3400 |

CONFIDENTIAL ZO-MCOME-000040



**Receipt #  3774386760**

**MARICOPA COUNTY**
**OFFICE OF THE MEDICAL EXAMINER**

*Telephone: 506-3322*          701 W. Jefferson Street    Phoenix, AZ 85007          *Fax: 506-1546*

**RECEIPT**

1/29/2020

| **TO:** | GOLDBERG & OSBORNE | | | **RE:** | Payment |
|---|---|---|---|---|---|
| | 698 W. WETMORE ROAD | | | | |
| | TUCSON | AZ | 85705- | | |

## Payments

**Invoice Number: 377417**          **Name: Z▮  O▮**

| Invoice # | Date Received | Amount | Check Number | Receipt # | Payment Method |
|---|---|---|---|---|---|
| 377417 | 1/29/2020 | $129.00 | VISA | 3774386760 | VISA |

| TOTAL AMOUNT PAID FOR THIS RECEIPT: | $129.00 |
|---|---|

**CONFIDENTIAL ZO-MCOME-000041**



Receipt # 3767567441

**MARICOPA COUNTY**
**OFFICE OF THE MEDICAL EXAMINER**

Telephone: 506-3322        701 W. Jefferson Street    Phoenix, AZ  85007        Fax: 506-1546
**INVOICE**
10/15/2019

| TO: | GOLDBERG & OSBORNE TUCSON | RE: Invoice # 371918 |
|---|---|---|
| | 698 E. WETMORE ROAD | |
| | TUCSON          AZ    85705- | |

---

**Invoice # 371918        File # 14-04064        Decedent Name: Z▓ O▓**

Charges

| Date | Quantity | Cost Each: | Total Charge | Description |
|---|---|---|---|---|
| 10/15/2019 | 1 | $25.00 | $25.00 | Administrative Fee |

| Date | Quantity | Cost Each: | Total Charge | Description |
|---|---|---|---|---|
| 10/15/2019 | 7 | $0.25 | $1.75 | Copies per page, Subpoena |

| Date | Quantity | Cost Each: | Total Charge | Description |
|---|---|---|---|---|
| 10/15/2019 | 1 | $5.00 | $5.00 | Digital Photo Disc |

**Payments**

| Date Received | Amount | Check Number | Receipt # | Payment Method |
|---|---|---|---|---|
| 10/15/2019 | $31.75 | 3767567441 | 3767567441 | visa |

| | |
|---|---|
| Total Amount Due: | $31.75 |
| Total Amount Paid: | $31.75 |
| Balance Due: | $0.00 |

**CONFIDENTIAL ZO-MCOME-000042**



## Maricopa County
### Office of the Medical Examiner

---

**Thank you for your payment.**

**Please print this receipt and keep it for your records.**

---

Bill To Name/Company Name : GOLDBERG & OSBORNE

Case/Account Number :      14-04064

Optional Name :

**Payment Amount :**        $31.75

**Receipt Number:**     3767567441

**Transaction Date:**   10/15/2019 02:17 PM

**Payment Type:**       **VISA**

**Account Number:**     *3400

x_____

I agree to pay this obligation according to the terms outlined in my agreement with my card issuer.

---

**CONFIDENTIAL ZO-MCOME-000043**

**Maricopa County**
Office of the Medical Examiner

## Thank you for your payment.

### Please print this receipt and keep it for your records.

Bill To Name/Company Name : GOLDBERG & OSBORNE

| | |
|---|---|
| Case/Account Number : | 14-04064 |
| Optional Name : | |
| **Payment Amount :** | $31.75 |
| **Receipt Number:** | 3767567441 |
| **Transaction Date:** | 10/15/2019 02:17 PM |
| **Payment Type:** | **VISA** |
| **Account Number:** | *3400 |

https://paydirect.link2gov.com/MEDEXVT/Receipt/SuccessfulPayment

10/15/2019

**CONFIDENTIAL ZO-MCOME-000044**

Case 2:19-cv-02689-GMS $ 14-04064 Document 196-33 Filed 11/19/21 Page 46 of 51

Olson, Zoey

Maricopa County
Office of the Medical Examiner
Subpoena
RECEIVED

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

OCT 0 8 2019

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Time: 10:35
Rcvd via: Courier
OME staff: ___

Kathleen Courkamp

                    )
        *Plaintiff*   )
                    )   Civil Action No.   CV-19-02689-PHX-GMS
Fisher-Price, Inc. et al.   )
                    )
                    )
        *Defendant*   )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Custodian of Records, Maricopa County Medical Examiner's Office, 701 W. Jefferson Street, Phoenix, AZ 85007

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Complete copy of any and all unredacted autopsy photographs in jpg format, including but not limited to any radiological images and/or medical examiner's investigative reports relating to State File No.102-2014-024858, date of incident June 19, 2014, photographs to be produced on a computer disc. See exhibit A attached.

| Place: Goldberg & Osborne LLP<br>698 E. Wetmore Road Ste. 200<br>Tucson, AZ 85705 | Date and Time:<br>10/21/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/03/2019

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kathleen Courkamp
Plaintiff                                    , who issues or requests this subpoena, are:
Goldberg & Osborne LLP 698 E. Wetmore Road Ste. 200, Tucson, AZ 85705, kschriner@goldbergandosborne.com
(520) 620-3975

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

CONFIDENTIAL ZO-MCOME-000045

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV-19-02689-PHX-GMS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**CONFIDENTIAL ZO-MCOME-000046**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**CONFIDENTIAL ZO-MCOME-000047**

---

**AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS**
**HIPAA COMPLIANT PURSUANT TO 45 C.F.R. § 164.508**

---

1. I authorize __Maricopa County Medical Examiner's Office_____ to disclose Protected
Health Information ("PHI") from the health records of:

Patient Name: ~~Zoey Elizabeth Olson~~    OME # 14-04004
Date of Birth: 9/30/2013;  DOD: 6/9/2014
Address:
Phone Number:
Social Security No.:
Patient medical record number (if known):  State File No.: 102-2014-024858

The type and amount of information to be used or disclosed is as follows:

☐ Complete Health Records        ☐ History & Physical Examinations

☐ Progress Notes            ☐ Laboratory Tests

☐ Consultation Reports        [X] X-Ray Films/Images & Reports

[X]  Photographs, Videos, Digital & ☐ Billing Records .
  Other Images

[X]  Other (please specify) __medical examiner's investigative reports__

2. I understand that the information in my health record may include information relating to
   sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
   immunodeficiency virus (HIV). It may also include information about behavioral or mental
   health services, and treatment for alcohol and drug abuse. I authorize disclosure of this
   information.

3. This information may be disclosed and used by: GOLDBERG & OSBORNE, LLP, 698 E. Wetmore
   Road, Suite 200, Tucson, AZ 85705, phone number (520) 620-3975, fax number (520) 620-3991,
   for the purpose of my personal injury claims.

4. I understand I have the right to revoke this authorization at any time. I understand if I
   revoke this authorization I must do so in writing and present my written revocation to the
   above medical provider. I understand the revocation will not apply to information that has
   already been released in response to this authorization.  This authorization shall be
   considered invalid after six months (or sixty days with respect to drug and alcohol abuse
   records) from the date of the signature below, unless a different date is specified: _____

5. I understand that authorizing the disclosure of this health information is voluntary. I can
   refuse to sign this authorization. I need not sign the form in order to assure treatment. I
   understand any disclosure of information carries with it the potential for an unauthorized re-
   disclosure and the information may not be protected by federal confidentiality rules.

_____        10/2/19
Signature of Patient            Date

X  Mother
If signed by Legal Representative, Relationship to Patient

If the patient is unable to consent by reason of age or other factors, state reasons and attach
documentation: _____

CONFIDENTIAL ZO-MCOME-000048

**EXHIBIT "A"**

Any and all un-redacted photographs in .jpg format, as well as all radiological images and medical examiner's investigative reports relating to State File No.102-2014-024858, date of incident June 19, 2014.  This request is on behalf of the mother of the deceased minor, with an enclosed authorization. Any photos must be un-redacted and produced in .jpg format. Photographs to be produced on a computer disc.

CONFIDENTIAL ZO-MCOME-000049

SEP 13 2019

MARICOPA COUNTY
MEDICAL EXAMINER

# GOLDBERG & OSBORNE LLP.

*The Injury Lawyers*®
(520) 620-3975

Certified In Personal
Injury and Wrongful
Death Litigation by the
Arizona Board of
Legal Specialization:
John E. Osborne
W. Daniel Shelton
Allen D. Bucknell
Bruce M. Squire

September 10, 2019

Maricopa County Medical Examiner's Office
701 W. Jefferson Street
Phoenix, AZ 85007

Re:   Our Client:       Kathleen Courkamp (f/k/a Kathleen Lawton)
      Decedent:         Z■    E■      O■
      Date of Birth:    ■/2013
      Date of Loss:     6/19/2014
      Location:         1336 E. Hall St., Tempe, AZ
      State File No.:   102-2014-024858

Dear Sir or Madam:

We represent Kathleen Courkamp (f/k/a Kathleen Lawton), mother of infant Z■ E■ O■ in a wrongful death lawsuit relating to the death of Z■ Olson.

This letter is to request that you provide us with copies of all autopsy photographs you have regarding this loss, including but not limited to any radiological images and/or medical examiner's investigative reports of the above-named decedent. An authorization is enclosed to permit you to release this information.

A subpoena will be issued at a later date for specimen slides.

This is also to request that you continue to preserve all slides, documents and images associated with Z■ E■ Ol■ If any document or specimen is scheduled to be destroyed, please immediately contact us so that we can insure preservation.

We know there may be a charge for copying the records for us. Please send your bill with the records and we will promptly reimburse your costs. If a prepayment is required, please contact my legal secretary, Katherine Sandoval, at (520) 879-7112.

Thank you for your assistance.

Very truly yours,

**GOLDBERG & OSBORNE LLP**

Kristin J. Schriner, Esq.
Attorney at Law

KJS:ks
Enclosure

**698 E Wetmore Rd Ste 200, Tucson, AZ 85705**
**FAX (520) 620-3991**

**CONFIDENTIAL ZO-MCOME-000050**