# EXHIBIT 27-2



Maricopa County Forensic Science Center
701 W. Jefferson
Phoenix, Arizona 85007
(602) 506-8695 (Fax) 506-8005

Quantitation Report
LC/MS/MS #2

| Compound Name: | Zonisamide 1 (213.100/132.200 Da) |
|---|---|
| Expected RT: | 2.47 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Zonisamide 2 (213.100/77.000 Da) |
|---|---|
| Expected RT: | 2.47 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Zaleplon 1 (306.200/236.300 Da) |
|---|---|
| Expected RT: | 3.10 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Zaleplon 2 (306.200/264.200 Da) |
|---|---|
| Expected RT: | 3.10 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Zopiclone 1 (389.100/244.900 Da) |
|---|---|
| Expected RT: | 3.07 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Zopiclone 2 (389.100/217.000 Da) |
|---|---|
| Expected RT: | 3.07 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

Data File  140723.wiff

CONFIDENTIAL ZO-MCOME-000102



Maricopa County Forensic Science Center
701 W. Jefferson
Phoenix, Arizona 85007
(602) 506-8695 (Fax) 506-8005

Quantitation Report
LC/MS/MS #2

| Compound Name: | Tapentadol 1 (222.200/107.100 Da) |
|---|---|
| Expected RT: | 3.19 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Tapentadol 2 (222.200/121.100 Da) |
|---|---|
| Expected RT: | 3.19 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Asenapine 1 (286.100/165.200 Da) |
|---|---|
| Expected RT: | 4.55 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Asenapine 2 (286.100/229.200 Da) |
|---|---|
| Expected RT: | 4.55 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Modafinil 1 (274.200/167.200 Da) |
|---|---|
| Expected RT: | 2.86 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Modafinil 2 (274.200/165.200 Da) |
|---|---|
| Expected RT: | 2.86 |
| Actual RT: | 0.00 |
| Internal Standard | Carisoprodol-D7 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 1.57e+005 |
| Amount: | N/A (mg/L) |

Data File   140723.wiff

CONFIDENTIAL ZO-MCOME-000103



Maricopa County Forensic Science Center
701 W. Jefferson
Phoenix, Arizona 85007
(602) 506-8695 (Fax) 506-8005

Quantitation Report
LC/MS/MS #2



| Compound Name: | Buspirone 1 (386.200/122.200 Da) |
|---|---|
| Expected RT: | 3.64 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Buspirone 2 (386.200/109.200 Da) |
|---|---|
| Expected RT: | 3.64 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Risperidone 1 (411.100/191.200 Da) |
|---|---|
| Expected RT: | 3.39 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Compound Name: | Risperidone 2 (411.100/110.100 Da) |
|---|---|
| Expected RT: | 3.39 |
| Actual RT: | 0.00 |
| Internal Standard | Carbamazepine-D10 |
| Area Counts: | 0.00e+000 |
| ISTD Area Counts: | 6.45e+005 |
| Amount: | N/A (mg/L) |

| Analyte Peak Name | Calculated Concentration (mg/L) | Analyte RT | Calculated Ion Ratio (Expected Value) | Ratio OK |
|---|---|---|---|---|
| Acetaminophen 1 | N/A | 0.0 | | |
| Acetaminophen 2 | N/A | 0.0 | 0.00 (0.10) | |
| Carbamazepine 1 | N/A | 0.0 | | |
| Carbamazepine 2 | N/A | 0.0 | 0.00 (0.09) | |
| Carisoprodol 1 | N/A | 0.0 | | |
| Carisoprodol 2 | N/A | 0.0 | 0.00 (0.48) | |

Data File  140723.wiff

Page 328 of 411



Maricopa County Forensic Science Center
701 W. Jefferson
Phoenix, Arizona 85007
(602) 506-8695 (Fax) 506-8005

Quantitation Report
LC/MS/MS #2

| Analyte Peak Name | Calculated Concentration (mg/L) | Analyte RT | Calculated Ion Ratio (Expected Value) | Ratio OK |
|---|---|---|---|---|
| Diltiazem 1 | N/A | 0.0 | | |
| Diltiazem 2 | N/A | 0.0 | 0.00 (0.63) | |
| Gabapentin 1 | N/A | 0.0 | | |
| Gabapentin 2 | N/A | 0.0 | 0.00 (0.27) | |
| Lamotrigine 1 | N/A | 0.0 | | |
| Lamotrigine 2 | N/A | 0.0 | 0.00 (1.11) | |
| Levetiracetam 1 | N/A | 0.0 | | |
| Levetiracetam 2 | N/A | 0.0 | 0.00 (0.09) | |
| Meprobamate 1 | N/A | 0.0 | | |
| Meprobamate 2 | N/A | 0.0 | 0.00 (0.57) | |
| Methocarbamol 1 | N/A | 0.0 | | |
| Methocarbamol 2 | N/A | 0.0 | 0.00 (0.24) | |
| Oxcarbazepine 1 | N/A | 0.0 | | |
| Oxcarbazepine 2 | N/A | 0.0 | 0.00 (0.61) | |
| Warfarin 1 | N/A | 0.0 | | |
| Warfarin 2 | N/A | 0.0 | 0.00 (0.91) | |
| Zonisamide 1 | N/A | 0.0 | | |
| Zonisamide 2 | N/A | 0.0 | 0.00 (0.40) | |
| Zaleplon 1 | N/A | 0.0 | | |
| Zaleplon 2 | N/A | 0.0 | 0.00 (0.75) | |
| Zopiclone 1 | N/A | 0.0 | | |
| Zopiclone 2 | N/A | 0.0 | 0.00 (0.41) | |
| Tapentadol 1 | N/A | 0.0 | | |
| Tapentadol 2 | N/A | 0.0 | 0.00 (0.45) | |
| Asenapine 1 | N/A | 0.0 | | |
| Asenapine 2 | N/A | 0.0 | 0.00 (0.72) | |
| Modafinil 1 | N/A | 0.0 | | |
| Modafinil 2 | N/A | 0.0 | 0.00 (0.46) | |
| Buspirone 1 | N/A | 0.0 | | |
| Buspirone 2 | N/A | 0.0 | 0.00 (0.20) | |
| Risperidone 1 | N/A | 0.0 | | |
| Risperidone 2 | N/A | 0.0 | 0.00 (0.13) | |

Data File   140723.wiff

Page 329 of 411

CONFIDENTIAL ZO-MCOME-000105



Maricopa County Forensic Science Center
701 W. Jefferson
Phoenix, Arizona 85007
(602) 506-8695 (Fax) 506-8005

Quantitation Report
LC/MS/MS #2

| Data File | 140723.wiff |

CONFIDENTIAL ZO-MCOME-000106

Maricopa County Medical Examiner
701. W. Jefferson St.
Phoenix, AZ 85007

Acid/ Neutral Screen by LC/MS/MS

| Date | 23-Jul-14 | 7-Jul-14 | 2-Jul-14 | 19-Jun-14 | 17-Jun-14 | 20-May-14 | 7-May-14 |
|---|---|---|---|---|---|---|---|
| Analyst | NH | NH | NH | NH | NH | NH | NH |
|  | NH |  |  |  |  |  |  |
| POS MODE Lot# | Lot#140318 | Lot#140318 | Lot#140318 | Lot#140318 | Lot#140318 | Lot#140318 | Lot#140318 |
| Acetaminophen | Present | Present | Present | Present | Present | Present (see notes) | Present |
| Carbamazepine | Present | Present | Present | Present | Present | Present | Present |
| Carisoprodol | Present | Present | Present | Present | Present | Present | Present |
| Diltiazem | Present | Present | Present | Present | Present | Present | Present |
| Gabapetin | Present | Present | Present | Present | Present | Present | Present |
| Lamotrigine | Present | Present | Present | Present | Present | Present | Present |
| Levetiracetam | Present | Present | Present | Present | Present | Present | Present |
| Meprobamate | Present | Present | Present | Present | Present | Present | Present |
| Methocarbamol | Present | Present | Present | Present | Present | Present | Present |
| Oxcarbazepine | Present | Present | Present | Present | Present | Present | Present |
| Warfarin | Present | Present | Present | Present | Present | Present | Present |
| Zaleplon | Present | Present | Present | Present | Present | Present | Present |
| Zonisamide | Present | Present | Present | Present | Present | Present | Present |
| Zopiclone | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) |
| Tapentadol | Present | Present | Present | Present | Present | Present | Present |
| Asenapine | Present | Present | Present | Present | Present | Present | Present |
| Modafinil | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) | Present (see notes) |
| Risperidone | Present | Present | Present | Present | Present | Present | Present |
| Buspirone | Present | Present | Present | Present (see notes) | Present | Present | Present |
| NEG MODE Lot# | Lot #140318 | Lot #140318 | Lot #140318 | Lot #140318 | Lot #140318 | Lot #140318 | Lot #140318 |
| Amobarbital | Present | Present | Present | Present | Present | Present | Present |
| Butalbital | Present | Present | Present | Present | Present | Present | Present |
| Ibuprofen | Present | Present | Present | Present | Present | Present | Present |
| Naproxen | Present | Present | Present | Present | Present | Present (see notes) | Present |
| Pentobarbital | Present | Present | Present | Present | Present | Present | Present |
| Phenobarbital | Present | Present | Present | Present | Present | Present | Present |
| Phenytoin | Present | Present | Present | Present | Present | Present | Present |
| Salicylic Acid | Present | Present | Present | Present | Present | Present | Present |
| Secobarbital | Present | Present | Present | Present | Present | Present | Present |
| Topiramate | Present | Present | Present | Present | Present | Present | Present |
| Valproic Acid | Present | Present | Present | Present | Present | Present | Present |

Notes: Zopiclone and modafinil calibration results are inconsistent and have ion ratios not within the expected range for several of the calibrators and reinjections. Any potential zopiclone and modafinil cases will be evaluated prior to being sent out. 7/24/14 NH

CONFIDENTIAL ZO-MCOME-000107

# ARUP LABORATORIES

500 Chipeta Way • Salt Lake City, Utah 84108-1221
(800) 522-2787 • www.aruplab.com

**PATIENT NAME (LAST):** Olson  **(FIRST):** Zory  **(M.I.):**

**PATIENT I.D. NUMBER:** 14-4064  **LAB I.D. NUMBER:**

**BIRTHDATE:** 09 / 30 / 2013  **SEX:** F  **REFERRING PHYSICIAN:** Dr. M Ferenc

011278
Maricopa Co Med Examiner
701 West Jefferson Street
Phoenix, AZ 85007-2908

**DIAGNOSIS/CLINICAL INFORMATION:**

**COMMENTS, SPECIAL INSTRUCTIONS:**

**SPECIMEN TRANSPORT:** ☐ Room Temperature  ☒ Refrigerated  ☐ Frozen

**SPECIMEN COLLECTION:** Date: 06 - 20 - 2014  Time: 08:26 ☒ AM ☐ PM

**PHONE/FAX RESULTS:** ☐ PHONE  ☐ SECURE FAX

**SPECIMEN TYPE:**
☐ SERUM  ☐ PLASMA  ☐ WHOLE BLOOD
☐ URINE: ☐ Random ☐ Timed
☐ STOOL: ☐ Random ☐ Timed
☐ CSF
☐ TISSUE:
☒ OTHER: ~0.2ml vitreous

**TESTS ORDERED:**
Test Number: 20080
Test Name: Vitreous Panel

If QNS for the Panel please run with the following priority:
1 - Na, Cl, K

Jessica Welton  Jessica Welton 7/24/14

JUL 24 PM 8:31

Please see attached.

**COPY**

REORDER FORM #32917 ARUP3 6/12

**NUMBER OF SPECIMENS SUBMITTED:** 1
**TOTAL NUMBER OF TESTS ORDERED:** 1

THIS BOX FOR ARUP USE ONLY
Qty ___ RT ___ R ___ F ___ ID# ___
Ser  Pla  WB  Urine  Stool  CSF  S/P
Tissue  SST  Other ___  Wrapped

14090 (ATB-2-100) 9/

CONFIDENTIAL ZO-MCOME-000108

Patient Name: O▮▮▮ Z▮▮▮

**Maricopa Co Med Examiner   011278**
**701 West Jefferson Street**
**Phoenix AZ 85007-2908**

Date of Birth: ▮▮▮-13
Gender: Female
ARUP ID: ARUP05002859510
Requisition #: 0000005903
Client Supplied ID: 14-4064;
Physician: 9999-DR. M -DR. M FERENC,
Printed: 28-Jul-14 16:40:24

| Procedure | Result | Units | Ref Interval | Accession | Collected | Received | Verified |
|---|---|---|---|---|---|---|---|
| Sodium, Vitreous Fluid | 131 | mmol/L | | 14-206-300089 | 20-Jun-14 08:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:41:01 |
| Potassium, Vitreous Fluid | 21.7 | mmol/L | | 14-206-300089 | 20-Jun-14 08:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:41:01 |
| Chloride, Vitreous Fluid | 104 | mmol/L | | 14-206-300089 | 20-Jun-14 00:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:41:01 |
| Urea Nitrogen, Vitreous Fluid | Not Applicable f | mg/dL | | 14-206-300089 | 20-Jun-14 08:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:40:41 |
| Creatinine, Vitreous Fluid | Not Applicable f | mg/dL | | 14-206-300089 | 20-Jun-14 08:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:40:41 |
| Glucose, Vitreous Fluid | <2 | mg/dL | | 14-206-300089 | 20-Jun-14 08:26:00 | 25-Jul-14 07:01:08 | 28-Jul-14 14:41:01 |

20-Jun-14 08:26:00   Urea Nitrogen, Vitreous Fluid:
Specimen insufficient to perform testing. Testing priority performed as requested.
20-Jun-14 08:26:00   Creatinine, Vitreous Fluid:
Specimen insufficient to perform testing. Testing priority performed as requested.

20-Jun-14 08:26:00 Sodium, Vitreous Fluid:
INTERPRETIVE INFORMATION: Vitreous Panel

Reference intervals have not been established for vitreous fluid specimens.

Test developed and characteristics determined by ARUP Laboratories. See Compliance Statement B: aruplab.com/CS



RECEIVED LABORATORY
JUL 29 2014
MARICOPA COUNTY MEDICAL EXAMINER

* = Abnormal, # = Corrected, C = Critical, f = Footnote, H = High, L = Low, t = Interpretive Text, @ = Reference Lab

Patient Name: O▮▮▮ Z▮▮▮

Chart ID: 9403506
Page 1 of 1

ARUP Laboratories 500 Chipeta Way SLC, UT 84108 – (800)522-2787 – www.aruplab.com – Jerry W. Hussong, MD - Director of Laboratories