# **EXHIBIT 28**

# CERTIFICATIONS

**ZOEY ELIZABETH OLSON**                                          352754-11

DOB: 9/30/2013
DOD: 6/19/2014
SSN: XXX-XX-2334

RECORDS REQUESTED: **POLICE / FIRE RECORDS**

DATE RANGE:

PLEASE PROVIDE A COMPLETE COPY OF ANY AND ALL RECORDS RELATING TO ZOEY ELIZABETH OLSON (DOB: 09/30/2013; DOD: 06/19/2014)

| Records are enclosed | Records do not exist |
|---|---|
| **CERTIFICATION OF RECORDS** | **NO RECORDS CERTIFICATION** |
| The page(s) attached to this Certification are true and accurate reproductions and copies of all of the records held by this office. These records are kept by our facility in the regular course of business, and it was in the regular course of business for an employee or representative of our facility with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the records or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.<br><br>Number of pages attached: **3** (required) | A thorough search of both our active and archived files, carried out under my direction revealed no documents, records or other materials called for in the authorization, for the following reason: |
| **Select one**<br>[✓] I have released an exact duplicate of the original records as requested, including but not limited to all medical records, third party records and any other written materials in my possession relating to any and all medical diagnoses, medical examinations, medical and surgical treatment or procedures, attached hereto. | **Select one**<br>[ ] All records for the time period in question have been destroyed in accordance with our document retention policy. |
| [ ] I have omitted or redacted the following information and/or documents from the copy of records attached: | [ ] A thorough search of both our active and archived files has been performed and *no such records were found*. |
| [ ] I have omitted or redacted the above-listed information and/or documents from the copy of records attached hereto for the following reasons: | [ ] Other: |

I am personally acquainted with the facts herein stated. I hereby certify that I am the Custodian of Records of **Tempe Fire Department** and I have authority to provide responses to this request. I declare under penalty of perjury that the foregoing is true and correct.

We normally destroy records after **10** years. (required)

_____
Signature of Custodian of Records (required)

**Joel Mullens**
Printed name of Custodian of Records (required)

**7/7/20**
Date Signed (required)

Order No. 352754-11

**CONFIDENTIAL ZO-TempeFD-000004**



**Prehospital Care Report**

**Tempe**
PO Box 5002
Tempe, AZ 85281

Incident Date: 06/19/2014 — Patient Care #: 1

## Patient Information

**Name:** olson, z▇
**Address:** 1336 e hall st
TEMPE, MARICOPA, AZ 85281

**Age:** 8 Months
**Gender:** Female
**Weight:** 9.072 KG / 20.00 LB

**D.O.B.:** ▇ 2013 (mm/dd/yyyy)

## Provider Impression

| Primary Impression | Secondary Impression |
|---|---|
| Cardiac Arrest | |

## Narrative

**Summary of Events**

Pt was last seen @ 0100 by pts father when pt was transferred from her car seat to the bassinet where he laid her down supine to sleep. Pt was awake at this time and per mother, "moved". This morning, parents woke up and found baby lying prone in her bassinet unresponsive. Pt father immediately called 911 & began CPR w/instructions from call taker. O/A pt found lying supine on kitchen counter in care of family with compressions being done. Upon evaluation, pt was found to be pale, cold to touch, with rigor in both upper and lower extremities, and lividity in lower extremities. Pt has no obvious signs of trauma but does have dried dark colored discharge around nose and mouth on face. Pt family denies any recent illness or injury. Pt was wrapped in a blanket and given to mother to hold after arrival of TPD. Pt and family left in care of TPD and CARE 7.

E271 and M271 also assigned to incident and also made entry into portion of house where pt was being treated. Delayed acknowledgment time due to failure to push button by Captain Bailey. E278 was almost on scene prior to acknowledging response by pushing C3 as is reflected in the Response Times tab. Pt contact was delayed due to access to pt being through backyard and not through front door of house. CAD download unavailable so all times are approximate.

## Past Medical History

| **MEDICATION ALLERGIES** | Generic Name | Description |
|---|---|---|
| Parent/Guardian Denies Medications | Parent/Guardian Denies Medications | |
| **Patient Medications** | **Generic Name** | **Dosage** |
| Patient Denies Medications | Patient Denies Medications | |

**Medical Surgery History**
Parent/Guardian Denies PMH

History Primarily Obtained From | Pregnancy | Advanced Directives | Practitioner Name

## Assessment Exam

08:37 — **Mental Status:** Unresponsive, ; **Neuro:** Not Applicable, ; **Eyes: R:** Not Done, ; **L:** Not Done, ; **Skin:** Cold, Cyanotic, Lividity, Pale, Capillary Nail Bed Refil more than 4 Seconds, ; **Head/Face:** Not Available, *Dried dark colored staining around nose and mouth (possible discharge)*, ; **Neck:** Not Done, ; **Chest/Lungs:** Not Available, *No obvious signs of trauma, no def, cold to touch, no rise and fall*, ; **Heart:** Not Done, ; **LUQ:** Not Available, *No obvious signs of trauma, cold to touch*, ; **LLQ:** Not Available, *No obvious signs of trauma, cold to touch*, ; **RUQ:** Not Available, *No obvious trauma, cold to touch, No obvious signs of trauma, cold to touch*, ; **RLQ:** Not Available, *No obvious signs of trauma, cold to touch*, ; **GU:** Not Done, ; **Cervical:** Not Done, ; **Thoracic(back):** Not Done, ; **Lumbar:** Not Done, ; **Extremities: Upper R:** Not Available, Cold Extremity, *Rigor in joints, Rigor in joints*, ; **Upper L:** Not Available, *Rigor in joints*, ; **Lower R:** Cold Extremity, *Rigor in joints, Rigor in joints*, ; **Lower L:** Cold Extremity, *Rigor in joints*, ;

**Neuro Notes:**
**Respiratory Notes:**
**Musculoskeletal Notes:**

## Patient Condition

**Chief Complaint:** None X
**Secondary Complaint:**

## Patient Condition

**Alcohol/Drug Use:**

| Primary Symptom | Other Associated Symptoms |
|---|---|
| CardioRespiratory Arrest | |

## Vehicular Information

**Motor Vehicle Type:**
**Vehicular Injury Indicators:**
**Area of Vehicle Impacted:**
**Seat Row Location of Patient:**   **Position of Patient:**
**Airbag Deployment:**

## Patient Vitals

| Time | B/P | Pulse | Rhythm | Resp. | Effort | SpO2 | SpO2 Qual. | EtCO2 | GCS | Pain | Stroke Scl | PTA | B.G. | RTS | Limb | Patient Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:05 | | 0 | RR | 0 | | 0 | Rm. Air | | 3 | | | | | | | Supine |
| 08:07 | | 0 | RR | 0 | | 0 | Rm. Air | | 3 | | | | | | | Supine |

## ECG Monitor

| Time | ECG Type | ECG Lead | ECG Interpretation | ECG Ectopy | Cause For Change |
|---|---|---|---|---|---|

## Procedures and Treatments

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|---|

## Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|

## Injury Details

## Cardiac Arrest Data

**Cardiac Arrest Witnessed by:** Not Witnessed   **Cardiac Arrest Etiology:** SIDS (Suspected)
**Time of First CPR:** 08:04   **Pulse With Pre-Ambulance AED:** No Device Available
**Initial Cardiac Rhythm:** Not Known   **Rhythm at Destination:** Other
**Pre-Ambulance AED:** No pre-ambulance AED
**Time of First Defibrillatory Shock:**
**Return of Circulation:** No   **CPR Discontinued at:** 08:05
**Resuscutation Attempted:** Initiated Chest Compressions

## Call Type and Location

**Call Type:** Cardiac Arrest
**Resp. Mode:** Code 3 (Lights and Sirens)
**Urgency:** Immediate
**Address:** 1336 E. Hall St.
TEMPE, MARICOPA, AZ 85281

## Call Disposition

**Disposition:** Dead at Scene
**Resp. Mode:**
**Destination:**
**Dest. Determ.:**
**Diverted From:**
**Response Delay:** None
**Scene Delay:** None
**Transport Delay:** None

## Response Times and Mileage

**PSAP:**   **Incident #:** 14192200
**Disp. Notified:**   **Call Sign:** E278
**Unit Disp.:** 08:02   **Veh. #:** E278
**Enroute:** 08:03
**At Scene:** 08:04
**At Patient:** 08:04
**Depart:**
**Arrive Dest:**
**In Service:** 08:12
**Cancelled:**

## Unit Personnel

**Crew Member**
Bailey, Kevin (KB)
Gordon, Eric (EG)
Johnson, William (WJ)
Vizcarra, Lorenzo Jr (LV)

---

Inc. Date: 06/19/2014   Patient Name: olson, z   Tempe   Page: 2
Incident #: 14192200   Date Printed: 04/20/2020 15:24

CONFIDENTIAL ZO-TempeFD-000002

| Technician | | |
|---|---|---|
| Technician | | |
| I acknowledge that I have provided the above assessments/treatments for this patient. | | |
| **I Agree** | I Disagree | Not Applicable |
| | | |
| I Agree | I Disagree | **Not Applicable** |

Signature

Printed Name   Lorenzo Jr Vizcarra                                   Date   06/19/2014
Reason Pt. Unable to Sign

| Technician | | |
|---|---|---|
| Technician | | |
| I acknowledge that I have provided the above assessments/treatments for this patient. | | |
| **I Agree** | I Disagree | Not Applicable |
| | | |
| I Agree | I Disagree | **Not Applicable** |

Signature

Printed Name   Kevin Bailey                                          Date   06/19/2014
Reason Pt. Unable to Sign

**Valuables**

Valuables:

Inc. Date: 06/19/2014         Patient Name: olson, z█         Tempe                    Page: 3
Incident #: 14192200                                                    Date Printed: 04/20/2020 15:24

CONFIDENTIAL ZO-TempeFD-000003