# EXHIBIT 29



CONFIDENTIAL ZO-TempePD-000347