# EXHIBIT 31



Deposition of:
# Detective Michelle Reyes

*August 17, 2020*

In the Matter of:

# In Re: Fisher-Price/Mattel

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

       Kathleen Courkamp, for herself ) Case No.
4      and on behalf of other         ) 2:19-cv-02689-GMS
       statutory beneficiaries,       )
5                                      )
                    Plaintiff,         )
6                                      )
       v.                              )
7                                      )
       Fisher-Price, Inc., a foreign  )
8      corporation; Mattel, Inc., a   )
       foreign corporation,           )
9                                      )
                    Defendants.        )
10     _____)

11

12

13            VIDEOTAPED VIRTUAL REMOTE DEPOSITION OF

14                    DETECTIVE MICHELLE REYES

15

16                      Phoenix, Arizona
                       August 17, 2020
17                      9:17 a.m. MST

18

19

20

21

22

23

       REPORTED BY:
24     Janice Gonzales, RPR, CRR
       AZ Certified Court
25     Reporter No. 50844

Detective Michelle Reyes                                         August 17, 2020
In Re: Fisher-Price/Mattel

Page 2

```
 1        VIDEOTAPED VIRTUAL REMOTE DEPOSITION OF
 2           DETECTIVE MICHELLE REYES
 3    commenced at 12:17 p m  MST on August 17, 2020, via
 4    Zoom videoconference, before Janice Gonzales, RPR,
 5    CRR, Arizona Certified Court Reporter No  50844
 6
 7                    * * *
 8
 9    APPEARANCES (via Zoom):
10      For the Plaintiff:
11        GOLDBERG & OSBORNE, LLP
          By: Kristin J  Schriner, Esq
12        698 E  Wetmore Road, Suite 200
          Tucson, Arizona 85705
13        (T) 520 620 3975
          kschriner@goldbergandosborne com
14
        For the Defendants:
15
          GREENBERG TRAURIG, LLP
16        By: Mary-Olga Lovett, Esq
          Rachel Hymil
17        1000 Louisiana Street, Suite 1700
          Houston, Texas 77002
18        (T) 713 374 3541
          lovettm@gtlaw com
19
          GREENBERG TRAURIG, LLP
20        By: Brandon D  Cox, Esq
          Bardia Sanjabi, Esq
21        3333 Piedmont Road, NE, Suite 2500
          Atlanta, Georgia 30305
22        (T) 310 553 2100
          coxb@gtlaw com
23        sanjabib@gtlaw com
24      Also Present:
25        David Ramirez, Videographer
```

Page 3

```
 1              I N D E X
 2    Name      Examination By        Page
 3    DETECTIVE
      MICHELLE REYES
 4        MS  LOVETT           5
          MS  SCHRINER        133
 5        MS  LOVETT         177
          MS  SCHRINER        184
 6
 7              E X H I B I T S
 8    Exhibit    Description        Page
 9    Exhibit 1     Subpoena         36
10    Exhibit 2     Deposition Notice  37
11    Exhibit 3     22nd Annual Report of   44
              the Arizona Child
12            Fatality Review
              Program
13
      Exhibit 4     Arizona Child Fatality   47
14            Review Program -
              Maricopa County
15
      Exhibit 5     Bates Nos        51
16            CONFIDENTIAL
              ZO-TempePD-000031 to
17            75
18    Exhibit 6     Bates Nos        74
              CONFIDENTIAL
19            ZO-TempePD-000086 to
              366
20
      Exhibit 7     Bates Nos        76
21            CONFIDENTIAL
              ZO-TempePD-000040 to
22            43
23    Exhibit 8     Bates Nos        95
              CONFIDENTIAL
24            ZO-TempePD-000190 to
              204
25
```

Page 4

```
 1    Exhibit 9     Bates Nos        97
              CONFIDENTIAL
 2            ZO-TempePD-000175 to
              348
 3
      Exhibit 10    Bates Nos        101
 4            CONFIDENTIAL ZO-Tempe
              PD-000180 to 185
 5
      Exhibit 11    Bates Nos        102
 6            CONFIDENTIAL
              ZO-TempePD-000355 to
 7            362
 8    Exhibit 12    Bates Nos        113
              CONFIDENTIAL
 9            ZO-MCOME-000001 to 109
10    Exhibit 13    Infant Death     118
              Investigation
11            Checklist
12    Exhibit 14    Bates Nos        123
              CONFIDENTIAL
13            ZO-TempePD-000076 to
              81
14
      Exhibit 15    Bates Nos        124
15            CONFIDENTIAL
              ZO-CARE7RU-000001 to 3
16
      Exhibit 16    State of Arizona     126
17            Certificate of Death
18    Exhibit 17    Bates Nos        128
              CONFIDENTIAL
19            ZO-ClearPFH-000001 to
              44
20
21
22
23
24
25
```

Page 5

```
 1        THE VIDEOGRAPHER:  We are on the record
 2    and the time is approximately 12:17 p.m.  This is the
 3    beginning of the videotaped deposition for Detective
 4    Michelle Reyes.  Will counsel present please identify
 5    themselves and whom they represent for the record.
 6        MS. SCHRINER:  Kristin Schriner on behalf
 7    of Katie Courkamp and statutory beneficiary Andrew
 8    Olson, parents of Z███ Olson.
 9        MS. LOVETT:  And I'm Mary-Olga Lovett at
10    Greenberg Traurig, and I represent Fisher-Price and
11    Mattel.
12        MR. COX:  Brandon Cox here -- we're in
13    Atlanta -- also on behalf of Fisher-Price and Mattel,
14    from Greenberg Traurig, as well as Bardia Sanjabi.
15        THE VIDEOGRAPHER:  Okay.  Thank you,
16    Counsel.  Will the court reporter please swear in the
17    witness.
18        DETECTIVE MICHELLE REYES,
19    called as a witness herein, having been first duly
20    sworn, was examined and testified as follows:
21              EXAMINATION
22    BY MS. LOVETT:
23        Q.  All right.  Would you please state your
24    full name for the record, please.
25        A.  Michelle Reyes.
```

2 (Pages 2 - 5)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 6

1    Q. And, Ms. Reyes, my name is Mary-Olga
2  Lovett. I go by Mo, and as you heard in the
3  introduction, I represent Fisher-Price and Mattel in
4  this case. And you understand that you have been
5  brought in today -- or you've agreed to come in today
6  to conduct your video deposition regarding the
7  investigation into the death of Z█ Olson; is that
8  correct?
9    A. Correct, yes.
10    Q. And do you have any independent
11  recollection of the events surrounding Z█'s death?
12    A. Do I have any what?
13    Q. Independent recollection.
14    A. Yes.
15    Q. All right. So I know that you must
16  investigate hundreds, if not more, cases a year. How
17  long have you been a detective?
18    A. Over 10 years.
19    Q. All right. So -- and before we start,
20  let me talk about just the basics of your background.
21  What is it about this case that stands out to you or
22  that you remember clearly? Just independent
23  recollection.
24    A. It was hot. It was in the summer.
25  Arizona's hot in the summer. They were young

Page 7

1  parents, and I just -- I felt bad for them. I
2  remember the decedent. Just things of that sort. I
3  mean, dealing with death cases, you just remember
4  different things about different ones.
5    Q. Sure. And are you assigned to a
6  particular division?
7    A. Right now I'm assigned to our juvenile
8  unit, so I work at a school -- at a middle school
9  right now as a detective.
10    Q. All right. And so your responsibilities
11  would be day-to-day incidents that may arise at that
12  middle school?
13    A. Correct, yes.
14    Q. And what is the name of the middle
15  school?
16    A. It's Gililland Middle School.
17    Q. Do you know the street address?
18    A. 1025 South Beck.
19    Q. And in Tempe?
20    A. Correct, 85281.
21    Q. All right. How many police stations or
22  substations are there in the Tempe Police Department?
23    A. There are three.
24    Q. All right.
25    A. No, four. I'm sorry. Four.

Page 8

1    Q. So for the benefit of the ladies and
2  gentlemen of the jury, although this will not be
3  ascribed to them six months in, we are actually doing
4  your deposition today via videotape when we'd
5  normally be in the room with you asking questions
6  because of the COVID-19 pandemic. So in order for --
7  I know that you have to do your job in person every
8  day, but for the purpose of this deposition, we're
9  coming to you over a video system where we can ask
10  questions. Have you had your deposition taken
11  before?
12    A. Over video? No.
13    Q. All right. Have you had your deposition
14  taken in person?
15    A. Yes.
16    Q. All right. And you're generally familiar
17  with the process?
18    A. Correct.
19    Q. Okay. Have you testified in court?
20    A. Yes.
21    Q. And have you been called on to testify in
22  court in conjunction with your performance of your
23  duties as a police officer?
24    A. Yes.
25    Q. Have you testified in court for any other

Page 9

1  reason -- in any other type of case?
2    A. No.
3    Q. So you're doing really well. You're
4  obviously a pro because we're not speaking over each
5  other. I'm not noticing a video lag. So if anything
6  I say comes across unclear or garbled, please let me
7  know so I can repeat the question. Fair enough?
8    A. Yes.
9    Q. And also, if you need a break for any
10  reason during the deposition, all you have to do is
11  put up your hand and say, "Need a bio break" or "I
12  need a few minutes" --
13    A. Okay.
14    Q. -- and we'll go from there. Okay?
15    All right. So I want to start -- one of
16  the things that you -- that you should have received
17  that is in the exhibit folder which I know you don't
18  have yet -- but you probably received or recall
19  receiving a notice of your deposition. Do you recall
20  that document?
21    A. Correct. Well, via e-mail?
22    Q. Yes. You would have gotten it via
23  e-mail, I believe.
24    A. Yes.
25    Q. And I'm looking here at my e-mail from it

3 (Pages 6 - 9)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 10

1  just because I just got an e-mail from Ms. Vanessa
2  Cuevas, who is the city attorney's representative.  I
3  just want to make sure that she's not telling us
4  something about your exhibits.
5      A.  Well, I -- I e-mailed her this morning
6  and I said, "Hey, I never got that binder, so I don't
7  know where it's at."
8      Q.  Yep, that's basically what she's saying
9  too.  I saw her name pop up on my screen, so I just
10  wanted to make sure that we hadn't found the elusive
11  binder.  In that deposition notice we asked you for
12  -- to bring with you certain documents if you still
13  have them.  So have you been able to -- have you been
14  able to -- or were there any documents that you had
15  to bring with you today for your deposition?
16      A.  No.
17      Q.  All right.  So, for example, one of the
18  things we asked you for is your resume or your CV.
19  And so if you didn't have one handy or didn't bring
20  one, I'm just going to sort of walk you through your
21  background --
22      A.  Okay.
23      Q.  -- your educational background and how
24  you came to be in this position where you are now.
25  Is that all right?

Page 11

1      A.  Yep.
2      Q.  Okay.  So let's start with your -- your
3  education.  Where'd you go to high school?
4      A.  Corona del Sol.
5      Q.  And where's that?
6      A.  In Tempe, Arizona.
7      Q.  All right.  Are you a native of Tempe?
8      A.  No, I'm from Texas.  My parents lived
9  there.
10      Q.  Oh, what part?
11      A.  El Paso.
12      Q.  Okay.  I'm in Houston right now, so --
13      A.  Okay.
14      Q.  -- it's equally hot here but just about
15  90 percent humidity.  So I just found out your boxes
16  are at the main admin desk for Detective Reyes.
17      A.  Yeah, I saw that e-mail come up.
18      MS. LOVETT:  Okay.  So that would be --
19  so that's at the main admin desk, Bardia, just for
20  your benefit, and I'm sorry to keep injecting this
21  into the record.
22      THE WITNESS:  That's okay.  That's like
23  20 minutes from here, though.
24  BY MS. LOVETT:
25      Q.  Yeah.  Since we're in background, we'll

Page 12

1  have someone get those for you within 20 minutes I'll
2  betcha.
3      A.  Okay.
4      Q.  All right.  So let's talk -- so you --
5  you went to Corona del Sol, and when did you graduate
6  from Corona del Sol?
7      A.  1998.
8      Q.  And what did you do after that?
9      A.  I went to ASU, Arizona State University.
10      Q.  And what was your major?
11      A.  Bioengineering.
12      Q.  When did you graduate?
13      A.  2004.
14      Q.  And I'll just tell you, I have a criminal
15  justice minor, but I didn't go into law enforcement,
16  but I'm interested in how a -- how bioengineering got
17  you into law enforcement.  Can you tell us about
18  that?
19      A.  I needed a job.  I had a child --
20      Q.  Okay.
21      A.  -- and I needed a quick job.  It was just
22  supposed to be something temporary --
23      Q.  Okay.
24      A.  -- but I liked it and here I am, like,
25  over 16 years later.

Page 13

1      Q.  All right.  Figured out you're great at
2  it, so you decided to keep doing it?
3      A.  Yep, I like it.
4      Q.  So, did you go to the police academy?
5      A.  Yes, yes.
6      Q.  And where did you do that?
7      A.  Arizona Law Enforcement Academy in
8  Phoenix.
9      Q.  And when did you graduate from there?
10      A.  2005.  I want to say August.
11      Q.  All right.  And what was your first
12  assignment?
13      A.  Just regular patrol.
14      Q.  How long did you do regular patrol?
15      A.  Probably about four years -- four, four
16  and a half years.
17      Q.  All right.  And during the time that you
18  were a patrol officer, did you respond to death
19  scenes?
20      A.  Yes.
21      Q.  And is it typically patrol officers who
22  were the first who were there on the scene --
23      A.  Yes.
24      Q.  -- for example, after a 911 call?
25      And then afterwards a detective like you

4 (Pages 10 - 13)

Detective Michelle Reyes                                      August 17, 2020
In Re: Fisher-Price/Mattel

Page 14

1  would come in and further investigate, talk to the
2  people who were there, and basically take over the
3  scene, correct?
4      A.  Correct.
5      Q.  And so you did regular foot patrol for
6  four years, and what did you do after that?
7      A.  So then I transferred over to our
8  criminal investigations bureau and I was assigned to
9  our property crimes detail.
10     Q.  All right.  So the property crimes detail
11  is something -- for example, I would assume that is
12  everything from auto burglary to burglary of a
13  habitation, things of that nature?
14     A.  Correct.  With the exception that we do
15  have our own, like, auto theft unit.
16     Q.  Okay.  All right.  So describe for me --
17  so now I think we're about 2009.  You're on patrol
18  and you're at the criminal investigation bureau or
19  property crime.  What is your title then?
20     A.  Detective.
21     Q.  Okay.  So that's when you became a
22  detective?
23     A.  Correct.
24     Q.  All right.  So you're a detective.  Tell
25  me some of the types of crimes that you investigated

Page 15

1  as a patrol -- as a detective in the CIB unit for
2  property damage.
3      A.  Well, just because you're assigned to
4  property crimes doesn't mean that you only
5  investigate property crimes.  You're usually helping
6  out other units.  You can be helping out, like,
7  homicide, fraud, sex crimes.  We kind of work all
8  together.
9      Q.  Right.
10     A.  So I investigated probably just about
11  everything.
12     Q.  Okay.  And so during that time, you
13  started building your experience and investigating
14  not only property crimes but crimes against persons
15  as well?
16     A.  Correct.
17     Q.  So how long were you in the property
18  crimes division?
19     A.  I would say just over four years.
20     Q.  Okay.  So that takes us to about 2013 or
21  so?
22     A.  Or so, yeah.  Maybe a little -- maybe a
23  little less.
24     Q.  Okay.
25     A.  From there I transferred over to homicide

Page 16

1  -- the homicide unit has a DNA position attached to
2  it, so I worked there for about six months prior --
3      Q.  All right.
4      A.  -- to transferring to homicide.
5      Q.  Okay.  And so the homicide unit when you
6  transferred there, when you were working with DNA,
7  what were your responsibilities there?  Because that
8  sounds like a specific attachment.
9      A.  So -- it is.  It's almost a liaison
10  between DNA collection for all criminal
11  investigations working with DPS, the Department of
12  Public Safety, and making sure that all the evidence
13  is transferred in properly and everybody's getting
14  their results back, but it's also working alongside
15  mostly the homicide unit and learning what they do.
16     Q.  Sure.  So at that point you're really
17  building your -- you're building your expertise in
18  homicide.  You also are liaising between, you know,
19  the various agencies to make sure that the DNA test
20  results aren't getting lost in the shuffle; is that
21  right?
22     A.  Correct, yes.
23     Q.  At some point did you start working with
24  the medical examiner's office?
25     A.  When I transferred over to homicide, yes.

Page 17

1      Q.  All right.  So we had the deposition of
2  Dr. Ferenc last week.  Are you familiar with him?
3      A.  Yes.
4      Q.  All right.  And so I know that -- and
5  we'll talk about some of your involvement today of
6  being present for the autopsy of Baby Z▮▮▮ and those
7  sorts of things, but is that typical -- was that part
8  of your experience that --
9      A.  Correct.
10     Q.  -- as a homicide detective, that you
11  would attend autopsies?
12     A.  Yes.
13     Q.  Okay.  And what is -- what is the purpose
14  for that?  What do detectives bring to the situation
15  and also what do they learn from the situation being
16  -- being available and being there for the
17  examination?
18     A.  So sometimes the doctor will have a
19  question, whether it be, like, about the scene or
20  maybe he sees something on the corpse and he'll ask
21  us a question.  So we're just sitting there outside
22  the window and he'll ask us something about the
23  scene, or maybe there was something present during
24  the autopsy that we didn't see at the scene that he
25  will tell us about or the doctor doing the autopsy

5 (Pages 14 - 17)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 18

1  will.
2     Q.  All right.  And so that's something that
3  informs your investigation and also potentially the
4  medical examiner's conclusions; is that right?
5     A.  Correct.
6     Q.  Now, so --
7        MR. COX:  Mo?
8        MS. LOVETT:  Yes?
9        (Discussion off the record.)
10       MR. COX:  Maybe we can just go off the
11 record for a little while, if that's okay, Mo?
12       MS. LOVETT:  That's fine with me.
13 Detective, I'm so sorry to bother you with this
14 hassle.
15       THE WITNESS:  That's okay.
16       MS. LOVETT:  And I hate to use -- to
17 waste resources to bring it over, but I do want us to
18 have a full and complete record.  So if you don't
19 mind, why don't we take -- it is now, your time,
20 about 9:32.  Why don't we take a 5, 10-minute break
21 -- let's say 10 minutes to be safe.  We can all get
22 back and we can order, and then we'll see if we can
23 get someone on the way with a box to you.
24       THE WITNESS:  Okay.  All right.
25       MS. LOVETT:  All right.  Thank you all.

Page 19

1        THE WITNESS:  All right.
2        THE VIDEOGRAPHER:  The time is 12:31 p.m.
3  We are off video record.
4        (Recessed from 12:31 p.m. to 12:41 p.m.)
5        THE VIDEOGRAPHER:  The time is
6  approximately 12:41 p.m.  We are back on video
7  record.
8  BY MS. LOVETT:
9     Q.  All right.  So, Detective Reyes, when we
10 recessed, we were discussing your tenure starting in
11 the homicide unit where you were assigned as
12 effectively what I'm calling a DNA liaison; is that
13 correct?
14    A.  Correct, yes.
15    Q.  All right.  At some point did that
16 position change?
17    A.  Yes, so I stayed there for about six
18 months, and then I transferred over to a homicide
19 unit -- homicide/missing person.
20    Q.  All right.  And is that where you have
21 been since then?
22    A.  No.  So I stayed there for about four and
23 a half years, and then I transferred over to domestic
24 violence for a short bit, and then -- I'm sorry, did
25 you have another question?

Page 20

1     Q.  Well, no, so I was going to break it
2  down.  So you were homicide/missing persons until
3  approximately what year?
4     A.  What are we in?  2020?  Probably 2017.
5     Q.  Okay.  And then you went -- in 2017 you
6  went over to the domestic violence unit?
7     A.  Yes, just for, like, a short time because
8  I went back to patrol for a couple years.
9     Q.  Okay.  And what was it that -- what
10 occasioned you moving back into patrol?
11    A.  It's just something different.  Homicide,
12 it's a lot.
13    Q.  It probably really wears on your psyche,
14 I would have to imagine.
15    A.  Yeah, it just -- it's a lot.  So I went
16 back to patrol for a couple years and then
17 transferred back into investigations last year.  So
18 this is 2020 to 2021.  So 20- -- like 2019 and July
19 -- July 2019 I came back to investigations.
20    Q.  All right.  And then your investigations
21 assignment, was that with -- was that with the middle
22 school, the juvenile division from --
23    A.  With the juvenile unit, yes.
24    Q.  All right.  And what drew you to the
25 juvenile unit?

Page 21

1     A.  I think over the course of the years you
2  just -- there's a lot that you see over the course of
3  your experience.  So I think 14 years with the
4  juveniles, our goal is to be a lot more preventative
5  and more restorative justice than just taking people
6  to jail and being more enforcement.  So we try and
7  build a community -- relationship with the community
8  and with the students and work that angle so that
9  hopefully we're not dealing with them in a
10 professional capacity when they get older.
11    Q.  Sure.  So you're working on things like
12 pretrial diversion and on community-based policing,
13 that sort of thing?
14    A.  Correct.
15    Q.  Now, so in this case, there's -- we're
16 going to focus on what your -- what your
17 investigative duties were with respect to Baby Z█
18 Olson's death.  Sometimes in the police reporting --
19 and this is really for the benefit of the jury
20 because it's a -- it's a cold clinical term which I
21 know you have to use -- implement at some times, just
22 sort of detach and do your job.  She's referred to as
23 "the decedent" --
24    A.  Correct.
25    Q.  -- in a lot of the police reports.  So if

6 (Pages 18 - 21)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 22

1    I use the term, you know, "Z███" or "Baby Z███" and
2    just speak interchangeably, you'll know we're talking
3    about the infant whose death you investigated that's
4    relevant to this case, true?
5        A.   Correct.
6        Q.   And I know that by virtue of your
7    training and your expertise, not to mention your --
8    you know, your day-to-day experience, you are an
9    expert in many things in the sense that in the law we
10   define an expert as someone who has specialized
11   knowledge, which you certainly have knowledge above
12   and beyond that of a layperson, but in this case, do
13   you understand that you're a fact witness?
14       A.   Yes.
15       Q.   All right.  And so you are only here to
16   testify as to your recollections and your
17   investigation of Z███'s death, true?
18       A.   Correct.
19       Q.   And you'll use your reports to do that
20   and refresh your recollection with the
21   contemporaneous notes and other findings you made at
22   the time, true?
23       A.   Correct.
24       Q.   Okay.  You are not -- you have not been
25   retained as an expert witness for any party in this

Page 23

1    case, true?
2        A.   That's correct.
3        Q.   And have you -- prior to today, have you
4    spoken to or corresponded with any of the attorneys
5    for Z███'s parents?
6        A.   No.
7        Q.   Including Ms. Schriner.  And other than
8    organizing your deposition via Ms. Cuevas, have you
9    had any contact with my law firm or me?
10       A.   No.
11       Q.   So other than -- now I'm going to move to
12   sort of third parties.  Have you been contacted by
13   anyone else about this case?  For example, the
14   Maricopa County Office of the Medical Examiner,
15   Dr. Ferenc's office?
16       A.   No.
17       Q.   Anybody in the media?
18       A.   No.
19       Q.   Anyone at Child Protective Services?
20       A.   No.
21       Q.   Okay.  As far as you know, are the only
22   -- the only folks with whom you have discussed this
23   case the other investigators and the medical
24   examiner's office with whom you discussed it at the
25   time of the investigation?

Page 24

1        A.   That's correct.
2        Q.   All right.  Have you ever met -- other
3    than on the date of their child's tragic death, have
4    you met either Ms. Courkamp, who is Z███'s mom, or
5    Mr. Olson, who is her dad?
6        A.   No.
7        Q.   And just for the purposes of -- there may
8    be some names that get a little bit confused.  Z███'s
9    mom is Katie Courkamp.  That's her name now.  I
10   believe at the time of the investigation she may have
11   gone by the last name Lawton.  So I'm going to refer
12   to her as Ms. Courkamp.  Will you be able to make
13   that distinction?  I know it may be different in your
14   notes.  I don't want to be disrespectful and call her
15   Katie.  Do you understand that to be -- to be Z███'s
16   mom?
17            THE VIDEOGRAPHER:  This is David.  It
18   looks like the video is frozen here.
19            MS. LOVETT:  Yeah.
20            THE VIDEOGRAPHER:  Want to go off the
21   record?
22            MS. LOVETT:  Sure.
23            THE VIDEOGRAPHER:  The time is
24   approximately 12:48 p.m.  We are off video record.
25            (Discussion off the record.)

Page 25

1            THE VIDEOGRAPHER:  The time is
2    approximately 12:49 p.m.  We are back on video
3    record.
4    BY MS. LOVETT:
5        Q.   Detective Reyes, I think we lost your
6    video for just a minute.  You're back with us now.
7    The question I was asking, I may refer
8    interchangeably to Z███'s mom as Katie Courkamp,
9    which is her name now, or Katie Lawton.  Are you
10   comfortable with that use of her name?
11       A.   That's fine.  I figured her name had
12   changed.  Maybe she got married or something.  I'm
13   not sure.  Things happen in between.
14       Q.   She did, sure.  And other than the day of
15   the investigation or any reenactment related to the
16   investigation, have you had any contact with
17   Ms. Courkamp?
18       A.   I may have contacted her.  Typically when
19   we find out the results from the Office of the
20   Medical Examiner --
21       Q.   Yes?
22       A.   -- we notify the parents.  I may have
23   contacted her then.  Thereafter the investigation has
24   ended, no.
25       Q.   Okay.  Did you have any specific -- do

7 (Pages 22 - 25)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 26

1    you have any specific recollection of talking to her
2    or -- in relaying the medical examiner's results?
3         A.   Independent recollection, no.
4         Q.   Okay.  And then what about Andrew Olson,
5    who was Katie's father -- I'm sorry, who was Z███s
6    father?
7         A.   No.
8         Q.   Did you meet with or separately question
9    Andrew Olson at the scene to your recollection?
10        A.   Detective Akey interviewed him.
11        Q.   So -- so I guess we'll get into the
12   specific procedure more when we start talking about
13   your report, but is this the way this would typically
14   work?  When you have two detectives dispatched to the
15   scene of an infant death, and you would have usually
16   patrol officers securing the scene, and then one of
17   you would talk to mom and one of you would talk to
18   dad.  Is that correct procedure?
19        A.   Correct, correct.
20        Q.   All right.  And so your -- and I think I
21   know this from your other questions, but plaintiff
22   hasn't asked you to serve as an expert witness in
23   this case, right?
24        A.   No.
25        Q.   You are not going to be offering any

Page 27

1    expert testimony or opinions about liability or
2    causation in this civil case, are you, ma'am?
3         A.   No.
4         Q.   And you're not here to serve as the
5    plaintiff's advocate.  You're here simply to tell us
6    about your investigation, true?
7         A.   That's correct.
8         Q.   And you have not formed any opinions that
9    are critical of my client -- of Fisher-Price,
10   correct?
11        A.   Correct.
12        Q.   Or of Mattel, true?
13        A.   Correct.
14        Q.   The product at issue in this case, which
15   I know that you interacted with sort of at the scene,
16   is a device called a Rock 'n Play.  Our specific
17   model is the BHL58, but for the purposes of this
18   deposition, I'm going to call it "the Rock 'n Play."
19   Can we have that understanding?
20        A.   Correct --
21        Q.   All right.
22        A.   -- or okay.
23        Q.   And you are not here in any way to
24   criticize the design or functioning of the Rock 'n
25   Play, true?

Page 28

1         A.   Correct.
2         Q.   And it is not your opinion that Mattel
3    caused or contributed to Z███'s death, correct?
4              MS. SCHRINER:  Form, foundation.
5    BY MS. LOVETT:
6         Q.   You may answer.
7         A.   So the medical examiner determined her
8    death as undetermined.
9         Q.   Sure.  So you certainly don't have any
10   opinion that Mattel caused or contributed to Z███'s
11   death, true?
12             MS. SCHRINER:  Form, foundation.
13   BY MS. LOVETT:
14        Q.   You may answer.
15        A.   So it's -- it -- infant deaths are just
16   always difficult.
17        Q.   Right.
18        A.   I know in this one she was strapped in.
19   I don't know.
20        Q.   Okay.  You don't have -- you don't have
21   position facts to make that sort of determination,
22   right?
23        A.   Correct, correct.
24        Q.   And the medical examiner upon whom you
25   rely found the cause of death to be undetermined,

Page 29

1    true?
2         A.   That's correct.
3              MS. SCHRINER:  Form, foundation.
4    BY MS. LOVETT:
5         Q.   And certainly -- so by the same token,
6    it's not your opinion that Fisher-Price caused or
7    contributed to Z███'s death, right?
8              MS. SCHRINER:  Form, foundation.
9              THE WITNESS:  Correct.
10   BY MS. LOVETT:
11        Q.   And you will not come to trial in this
12   case if you're asked to come to trial and testify to
13   the jury that you believe or have any reason to
14   believe that Mattel or Fisher-Price caused Z███s
15   death, true?
16             MS. SCHRINER:  Form, foundation.
17   BY MS. LOVETT:
18        Q.   Go ahead.
19        A.   As a detective, I'm -- I'm a fact finder.
20   We conduct interviews.  We search for evidence at the
21   scene, and those are documented within our police
22   report.
23        Q.   Right.  And so your role would not be and
24   you will not come to trial and say this device, this
25   product caused the death.  You're there to talk about

8 (Pages 26 - 29)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 30

1  your investigation, correct?
2      A.  That is correct.
3      Q.  All right.  And you're not here to offer
4  any -- any opinions -- any opinions, expert or
5  otherwise, that there were defects in the Rock 'n
6  Play, true?
7          MS. SCHRINER:  Form, foundation.
8          THE WITNESS:  That's correct.
9  BY MS. LOVETT:
10     Q.  Has anyone asked you to come and testify
11  at the trial of this case?
12     A.  No.
13     Q.  And do you have any current plans to
14  attend or testify at the trial of the case if asked?
15     A.  I would probably go.  I don't even know
16  when it is.
17     Q.  To be honest, we're not sure we do either
18  anymore with COVID, but I appreciate that.
19         So before your deposition, obviously we
20  tried to set these up a couple months ago and then we
21  turned into a hot spot here in Texas.  You guys were
22  already a hot spot in Phoenix and we decided to
23  defer.  So did you have contact with anyone about
24  this deposition other than Ms. Cuevas, who was
25  coordinating the deposition scheduling?

Page 31

1      A.  No, I briefly -- I may have sent Sergeant
2  Akey -- or no, I think Sergeant Akey sent me an
3  e-mail asking me which case this was about and I
4  briefly said to him -- said, "Hey, this was the case
5  where -- I think out on Hall Street that we went out
6  to," and I told him that I contacted Vanessa about it
7  and that was it.
8      Q.  Okay.  Did Sergeant Akey seem to have --
9  did Sergeant Akey seem to have a a -- an independent
10  recollection of it, or was he asking you to sort of
11  help refresh his recollection?
12         MS. SCHRINER:  Form, foundation.
13         THE WITNESS:  It was via e-mail.
14  BY MS. LOVETT:
15     Q.  It was via e-mail?
16     A.  Correct.
17     Q.  And -- but he was asking if -- do you
18  remember this case basically?
19     A.  If I recall correctly, it was like a
20  voicemail that I think somebody's paralegal sent
21  asking.  So I think he was asking did I get this
22  phone call as well.
23     Q.  Sure, understood.  And did you review
24  anything to prepare for today's deposition?  Did you
25  look at any documents?

Page 32

1      A.  I reviewed the report.  I tried to get a
2  copy of the photos, but those weren't in my mailbox
3  either.  I remember looking at the photos when they
4  had been requested, and so that was -- I want to say
5  last year, but that was the last time I looked at
6  them.
7      Q.  Okay.  So you reviewed your own report,
8  or was it the full Tempe Police Department report?
9      A.  Well, the whole report comes up, but I
10  just looked at my report.
11     Q.  Okay.  Your narrative?
12     A.  Correct.
13     Q.  And did you review any -- you said you
14  looked at the photographs when they were requested
15  last year?
16     A.  I want to say it was last year.  The time
17  kind of runs together, so I don't --
18     Q.  Yeah.  Everything's run together for the
19  last six months, so I'm with you on that.  Did you
20  review any audio or video recording?
21     A.  No.
22     Q.  And I know that Sergeant Akey actually
23  had a recorded conversation with Mr. Olson, with
24  Z███s dad.  We were not provided with any recording
25  of the conversation between you and Mrs. Courkamp.

Page 33

1  Do you have any recollection of whether or not that
2  interview was recorded?
3      A.  I could check.
4      Q.  What's your -- what's your SOP on
5  something like that?  Would you typically record --
6      A.  What's an SOP?
7      Q.  I'm sorry.  Your standard operating
8  procedure.  I'm sorry.
9      A.  No, we would record it.
10     Q.  You would record it?
11     A.  We would record it unless something, like
12  -- I think at the time -- I don't -- I don't think we
13  had body-worn cameras yet.  So we would just be using
14  our digital recorder, and, like, if the batteries ran
15  out, try to get some more batteries.  It comes under
16  the equipment malfunctions.  I don't remember being
17  -- there were any malfunctions, but yes, we would
18  record those interviews.
19     Q.  Okay.  And the only reason I'm asking,
20  since we haven't seen that, sometimes these things
21  fall through the cracks, especially when it's been
22  six years.  So at this point, that might be
23  something.  And did you review any other -- did you
24  look at any evidence collected from the scene or
25  review anything like that beyond your narrative?

9 (Pages 30 - 33)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 34

1    A.  No.
2    Q.  Have you ever received from anyone
3  medical records of Z____?
4    A.  I don't recall, but I don't think so.
5    Q.  Okay.  Any other police investigative
6  reports?
7    A.  From another agency?
8    Q.  Yes.
9    A.  No.
10    Q.  Okay.  And so do you have any -- have you
11  received anything related to this lawsuit?  For
12  example, a copy of the lawsuit itself or any expert
13  report, anything like that?
14    A.  No.
15    Q.  Okay.  And have you seen any documents
16  that were produced by my client Mattel or
17  Fisher-Price in this case?
18    A.  No.
19    Q.  What else did you do in advance of your
20  deposition?  Did you look at any -- oh, we just lost
21  your video.
22        THE WITNESS:  Yeah, it's because I think
23  my binder got here.  Can you guys hold on?  Let me go
24  check.
25        MS. LOVETT:  Oh, sure.  That's great.

Page 35

1  Perfect.
2        THE WITNESS:  All right.  Okay.
3        (Brief pause.)
4        THE VIDEOGRAPHER:  The time is
5  approximately 12:59 p.m.  We are off video record.
6        (Recessed from 12:59 p.m. to 1:05 p.m.)
7        THE VIDEOGRAPHER:  The time is
8  approximately 1:05 p.m.  We are back on video record.
9  BY MS. LOVETT:
10    Q.  All right.  Detective Reyes, so what do
11  you have?  What do you have there for us?  And if you
12  can -- if you can show it to us.  I just want to make
13  sure that we're all on the same page when I'm walking
14  you through different exhibits.
15    A.  So I got this binder.
16    Q.  Yes.
17    A.  And then I got two other things in
18  another separate envelope.
19    Q.  Okay.
20    A.  It looks like photos and the infant death
21  checklist and more photos.
22    Q.  Okay.  In your binder, you should have 17
23  tabs in the big black binder.  Do you see that?
24    A.  Yes, that's correct, yep.
25    Q.  Okay.  Perfect.  All right.  So we're

Page 36

1  going to start working through from those.  Let me
2  just tell you just to orient you because some of the
3  questions I ask you may refer you back to your
4  report.
5    A.  Okay.
6    Q.  So in the event that you want to look at
7  that, it's all under Tab No. 5.
8    A.  Okay.
9    Q.  And then you've got photos under Tab No.
10  6.  So that big, giant section or Tab No. 6 is
11  basically all the photos that we were talking about
12  earlier.
13    A.  Okay.
14    Q.  All right.  So I'm going to start -- I'm
15  going to start with Exhibit 1, which was our subpoena
16  to you, and I just want you to have that in front of
17  you.  It says "United States District Court," and
18  that was the subpoena for your deposition today.  We
19  talked about that already, right?
20    A.  Correct.
21    Q.  And you did receive that and you are here
22  at the instance of that subpoena, correct?
23    A.  Yes.
24    Q.  And then if you look at No. 2 --
25        MS. LOVETT:  And that will be Exhibit 1

Page 37

1  to the deposition as well, Madam Court Reporter.
2        (Exhibits 1-2 were marked for identification.)
3  BY MS. LOVETT:
4    Q.  Exhibit 2 to your deposition is what we
5  call a deposition notice, and it takes the -- it's
6  actually -- after counsel have agreed upon a time,
7  then if you look at it, it will say the date, which
8  is today's date, and here we are Monday the 17th at
9  9 Mountain time.  Do you see that on the second page
10  of Exhibit 2?
11    A.  Yes.
12    Q.  And then if you flip with me to page 5 of
13  the deposition, there were some requests that we made
14  and we talked about this briefly.  You told us you
15  did not bring a resume, correct?
16    A.  That is correct.
17    Q.  Did you bring with you the complete
18  original investigation file of the incident?
19    A.  So once the investigation is over, like
20  everything's uploaded either into evidence.com or
21  impounded, so I don't keep anything.  The only thing
22  that I have is, like, the electronic version of the
23  report itself.  So I have that up on my other
24  computer --
25    Q.  Right.

10 (Pages 34 - 37)

Detective Michelle Reyes                                                August 17, 2020
In Re: Fisher-Price/Mattel

Page 38

1      A. -- and that's all I have.
2      Q. And we should expect that that would be
3  part of what is contained in Exhibit 5, which we're
4  going to get to later, which is the full report from
5  the Tempe PD, right?
6      A. Correct.
7      Q. And so would that include all e-mails,
8  text messages, written correspondence, notes,
9  calendar entries like you see under Item 2B?
10 Basically everything to do with the investigation,
11 would that typically be melded into the file?
12     A. If there was evidence, yes. If not, then
13 it gets -- it gets disposed of.
14     Q. Sure. For example, if you sent a text
15 message that said, "Hey, I'm going to be at the ME's
16 office in 15 minutes," that's not something that
17 would make into it the file?
18     A. No.
19     Q. All right. But any communications about
20 evidence or containing evidence would be contained in
21 the report, true?
22     A. Correct.
23     Q. And then C, "All photographs taken in
24 connection with the investigation," would those also
25 be uploaded and then be part of the evidence that

Page 39

1  makes its way into what's under Exhibit 6?
2      A. Right, but those photos I wouldn't upload
3  because our forensic tech, they up- -- I don't know
4  when they transitioned to evidence.com or if they're
5  doing evidence.com now, but they had, like, memory
6  sticks in their cameras because they use a real
7  camera. They don't just use, like, their phone, but
8  -- so they're in a different database, but yes,
9  they're uploaded to their secure database.
10     Q. Great. So when we get into the actual
11 day of the incident and your investigation of the
12 scene, then we're going to talk about, like, each
13 person's role because I know we had a number of
14 people. We had the responding officers. We had the
15 forensic team. We obviously had you and
16 Sergeant Akey as well as CARE Team 7, firefighters,
17 paramedics. So there was -- there was a large
18 contingent of people there, and we'll walk through
19 all of those as we get to that point. Okay?
20     A. Okay.
21     Q. And then Item 3 asks for all documents in
22 your possession, custody, or control including any
23 correspondence or documents you received or provided
24 to the plaintiff attorneys, and you don't have any --
25 based on your conversation, you haven't had any

Page 40

1  correspondence with the plaintiff attorneys, correct?
2      A. Correct.
3      Q. And would all documents created by you or
4  for you summarizing the investigation of the incident
5  on June 19th of 2014 -- would all of those be
6  contained in the report?
7      A. Yes. Either in the --
8      Q. Sure.
9      A. Either in the report attached, like,
10 uploaded and scanned in, attached as a attachment --
11     Q. Sure.
12     A. -- or uploaded as evidence.
13     Q. Right. So how do -- I mean, I know
14 people do things different ways. I -- I mean, 26
15 years into this, I've got, like, three computer
16 screens here and I take a bunch of notes on this, and
17 I know sometimes detectives have, like, notebooks
18 that they carry. How do you document your
19 investigations typically?
20     A. So I do start off taking notes, and I'll
21 document notes here and there at the scene, but once
22 -- once the case is done or even as I go through the
23 case, those are disposed of and shredded.
24     Q. Okay. So those are shredded and they're
25 merged into whatever you put into the narrative?

Page 41

1      A. Yes.
2      Q. And that is -- is that the standard
3  retention policy for the Tempe PD and for you --
4      A. Yes.
5      Q. All right.
6      A. Yes. Like, if you were to keep your
7  notes for years, then they get impounded, but --
8      Q. All right.
9      A. -- I don't do that.
10     Q. Okay. And you said that a couple times.
11 So there's actually an impound procedure where if you
12 catch paper files -- and some detectives may do that
13 -- some investigators may do that -- there's still a
14 process by which the Tempe PD and the record
15 custodians would take those and impound them?
16     A. Correct.
17     Q. All right. You personally do not do
18 that?
19     A. No.
20     Q. And you were not doing that at the time
21 of the investigation of Z██'s death?
22     A. No.
23     Q. All right. We talked about all documents
24 reviewed by you in preparation for this deposition.
25 You've told us that that was your narrative in the

11 (Pages 38 - 41)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 42

1  case; is that right?
2      A.  That's correct.
3      Q.  Okay.  And then photographs, sketches,
4  and drawings of the plaintiffs and the decedent
5  maintained by you or taken by you.  Were there any
6  photographs or sketches or anything that you did at
7  the scene?
8      A.  No.
9      Q.  What about any diaries, videos, journals,
10  or notes maintained by you that related to or
11  describe the plaintiffs or the investigation other
12  than your narrative report?
13      A.  No.
14      Q.  And then any documents received by you
15  from any other police officer who was involved in
16  investigating the incident of Z███'s death on June
17  19, 2014?
18      A.  So those are culminated into the entire
19  report.
20      Q.  All right.  When you're working on a team
21  with the rest of the investigators, the responding
22  officers, et cetera, the medical examiner's
23  investigator, those sorts of things, if there is
24  communication among you, it all gets uploaded into
25  the final report; is that right?

Page 43

1      A.  Everybody writes their own individual
2  narrative --
3      Q.  Right.
4      A.  -- documenting what they did, and yes, it
5  all is, like, one big file at the end.
6      Q.  Was there a lead detective or a detective
7  in charge of this investigation?
8      A.  So that was myself for this one.
9      Q.  All right.  So in your role as lead
10  detective, for example, would you review everyone's
11  report -- the reports that come in from the other
12  investigators?
13      A.  Like, when the report concluded, yes.
14      Q.  All right.  And then -- I think we're
15  kind of -- this is getting a little bit repetitive,
16  but you know lawyers.  We've got to make sure we
17  don't leave anything out.  So No. 9 talks about any
18  kind of written correspondence including text
19  messages, notes, et cetera, that came between you any
20  other investigative entity including your own police
21  department or the United States Consumer Product
22  Safety Commission.  Do you recall any such
23  correspondence?
24      A.  No.
25      Q.  All right.  So let's look at Exhibit 3.

Page 44

1  Exhibit 3 to Detective Reyes' deposition is going to
2  be the "22nd Annual Report of the Arizona Child
3  Fatality Review Program."
4      (Exhibit 3 was marked for identification.)
5  BY MS. LOVETT:
6      Q.  Detective Reyes, are you familiar with
7  this program generally?
8      A.  Yes.
9      Q.  And would you tell the -- this is one of
10  those odd constructs where I'm saying would you tell
11  the ladies and gentlemen of the jury, but since this
12  may be played for a jury at some point, would you
13  explain to the ladies and gentlemen of the jury your
14  understanding of the Arizona Child Fatality Review
15  Program and its purpose.
16      MS. SCHRINER:  Foundation.
17  BY MS. LOVETT:
18      Q.  Go ahead.
19      A.  So for infant deaths, it just -- the
20  reports go over to the review board for an
21  independent review.
22      Q.  Sure.  Now, I took a look at their
23  website and it says that every time a child dies in
24  Arizona, the death is scrutinized by a panel of
25  experts that include pediatricians, social workers,

Page 45

1  attorneys, I mean, obviously law enforcement, child
2  advocates, and others.  And so I learned from looking
3  at this report that in the year that Z███ died, they
4  investigated 800- -- the deaths of 834 children under
5  the age of 18.  So I want to ask, is that consistent
6  with your understanding of how this panel operates?
7      A.  Yes.
8      MS. SCHRINER:  Form, foundation.
9  BY MS. LOVETT:
10      Q.  If you look with me at Exhibit 3 and if
11  you flip to page 32 -- actually, it starts on 31.  So
12  let's start with 31.  There's a section for "Sudden
13  Unexplained Infant Death, SUID, and Sleep-Related
14  Death."  Do you see that?
15      A.  Yes.
16      Q.  And are you familiar with that
17  terminology --
18      A.  Yes.
19      Q.  -- "SUID"?
20      So here in the report, SUID is defined as
21  a death of a healthy infant who is not initially
22  found to have any underlying medical conditions that
23  could have caused their death.  Do you see that?
24      A.  Yes.
25      Q.  And on page 32, if we look at page 32, it

12 (Pages 42 - 45)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 46

1 talks about the causes, a major risk factor in many
2 SUID situations where a young infant is involved --
3 is found to have died from sleep-related deaths. So
4 if you look there under "Prevention," it talks about
5 being placed asleep on his or her stomach. Do you
6 see that? It's right kind of in the middle, so...
7 　　　A. Yeah, I think it's like -- yes.
8 　　　Q. Or on an unsafe sleeping surface such as
9 an adult mattress, couch, or chair, right?
10 　　　A. Correct.
11 　　　Q. Excessive soft coverings, right?
12 　　　A. Um-hmm.
13 　　　Q. In an overheated environment?
14 　　　A. Correct.
15 　　　Q. If the child has been exposed to
16 cigarette smoke either prenatally or postnatally. Do
17 you see that?
18 　　　A. Yes, I follow you, um-hmm.
19 　　　Q. Okay. If a child is sleeping with other
20 children or pets especially in an adult bed or on
21 other surfaces such as a couch or a chair. Do you
22 see that?
23 　　　A. Yes.
24 　　　Q. And then the last risk factor here is if
25 they're co-sleeping with an adult who smokes or is

Page 47

1 impaired due to alcohol or drugs. Do you see that?
2 　　　A. That's correct, yes.
3 　　　MS. LOVETT: So if we look at Tab 4 --
4 Tab 4, Madam Court Reporter, will be Exhibit 4 to the
5 deposition, and this is a subset of the Arizona Child
6 Fatality Review Program, and this is specific to
7 Maricopa County.
8 　　　(Exhibit 4 was marked for identification.)
9 BY MS. LOVETT:
10 　　　Q. If you have that, Detective, that's the
11 "2014 Child Fatality Review Report." Do you see
12 that?
13 　　　A. Yes.
14 　　　Q. All right. And so if you look at page 2
15 of the report, what we see is of those 834 child
16 deaths that we talked about -- this is down at the
17 bottom paragraph. It says, "Descriptive statistics."
18 "Of the 834 deaths -- child deaths in Arizona, 501
19 were child residents of Maricopa County." And there
20 are some other descriptive statistics there that go
21 on into page 3. 69 percent of those fatalities were
22 due to natural causes or natural manners; in other
23 words, 346 of the 501 children in Maricopa County.
24 Do you see that?
25 　　　A. Yes.

Page 48

1 　　　Q. 5 percent were homicide. 23 percent of
2 those babies were murdered by someone. Do you see
3 that?
4 　　　A. Yes.
5 　　　Q. 4 percent were undetermined, 22. So
6 based on the conclusion of Dr. Ferenc, would Z███ fit
7 into that category of the 4 percent?
8 　　　A. Yes.
9 　　　MS. SCHRINER: Form, foundation.
10 BY MS. LOVETT:
11 　　　Q. And then 3 percent were suicide. Do you
12 see that? 15 children?
13 　　　A. Yes.
14 　　　Q. All right. On page 6 of this same
15 report, the Maricopa County report which is Exhibit
16 4, Figure 3 shows the number of child residents by
17 race or ethnicity in Maricopa County who died from
18 sudden unexplained fatalities. Do you see that?
19 　　　A. Yes.
20 　　　Q. And basically there's just a -- a -- a
21 breakdown by race or ethnicity, correct?
22 　　　A. Yes.
23 　　　Q. For all causes of death, true?
24 　　　A. Correct.
25 　　　Q. Now, so if you look at the table at the

Page 49

1 top, SUID, or sudden unexplained infant death,
2 represents 13 percent of the child fatality cases
3 reviewed in Maricopa County in 2014. Do you see
4 that?
5 　　　MS. SCHRINER: Foundation.
6 　　　THE WITNESS: No, I don't see where
7 you're looking.
8 BY MS. LOVETT:
9 　　　Q. Okay. We may to -- you may need to
10 actually move to the second page because I've got a
11 couple -- I've got a couple of these to mark. Here
12 we go. So if you look -- Figure 3 shows the number
13 of child residents by race and ethnicity --
14 　　　A. Right.
15 　　　Q. -- and the number of SUID fatalities.
16 Right down at the bottom under the figure, the
17 related fatalities is 64. Do you see that?
18 　　　A. Yes.
19 　　　Q. Okay. And these cases accounted for 13
20 percent if you look to the next page.
21 　　　A. Oh, okay.
22 　　　Q. Right? It's under "Resident Child
23 Fatality Cases." So we know that in the year that
24 Z███ tragically passed, 13 percent of the resident
25 child fatality cases reviewed in Maricopa County were

13 (Pages 46 - 49)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 50

1    attributable to SUID, correct?
2         MS. SCHRINER: Form, foundation.
3    BY MS. LOVETT:
4         Q. You may answer.
5         A. I think that's an interpretation of
6    numbers, but...
7         Q. Right. It's an interpretation of numbers
8    made by the Arizona Child Fatality Review Program,
9    correct?
10        A. Right, for those 64 deaths.
11        Q. Right. And then if you look at the 64
12   deaths, it says, "Among these 64 deaths, some cases
13   included multiple preventable factors including not
14   putting the infant to sleep in a crib or bassinet,
15   the infant was not sleeping on his or her back, and
16   an adult was co-sleeping with the child." Do you see
17   that?
18        A. Yes.
19        Q. So what the Arizona commission on child
20   fatalities found -- or Child Fatality Review Program
21   found was that 78 percent of those cases, or 50 of
22   the actual cases, were preventable. Do you see that?
23        A. Yes.
24        MS. SCHRINER: Form, foundation.
25   BY MS. LOVETT:

Page 51

1         Q. Let's go to -- and, Detective, have you
2    been asked to contribute data to the Arizona Child
3    Fatality Review Program?
4         A. No.
5         Q. Have you participated in filling out an
6    SUID form or a form that goes to potential
7    unexplained infant death as part of your
8    investigation?
9         A. So anytime that we go to an infant death,
10   we fill out the infant death checklist.
11        Q. Right.
12        A. And I believe they do that as part of
13   their investigation.
14        Q. Right.
15        A. But have I been contacted individually?
16   No.
17        (Exhibit 5 was marked for identification.)
18   BY MS. LOVETT:
19        Q. All right. Let's look at Exhibit 5. And
20   before we start going into your report, I'd like you
21   to flip through that, and I'll represent for you that
22   we -- we got these records from the department via an
23   official request for the documents. But if you
24   would, please -- and you may not know it by heart --
25   would you take a minute --

Page 52

1              (Brief interruption.)
2    BY MS. LOVETT:
3         Q. If you'll take a look through Exhibit 5
4    and just tell me if it appears to be a true and
5    correct copy of the police department report
6    exclusive of the photographs which we'll get to in a
7    moment, attach it.
8         A. It looks like it. One thing I did notice
9    when I looked through my report was that Z███'s name
10   wasn't on there. Now, I know we were trans- -- like,
11   we were transferring to a new report writing system,
12   and sometimes if you don't click a certain button, it
13   doesn't add. It's called an entity, but the entity
14   is, like, the person.
15        Q. Right.
16        A. So I don't know if there was a glitch or
17   something on there, but I -- so I added that again,
18   but, I mean, she's -- she's the one we're talking
19   about. She's the one referenced in the report.
20   There's no question that she is the infant that was
21   deceased.
22        Q. So why don't we -- sure. And so just to
23   be clear, what page are you looking at? If you look
24   down at the bottom of these where it says
25   "CONFIDENTIAL ZO," there's this line of numbers there

Page 53

1    that we call Bates labels that I'll refer to on some
2    of these that don't have natural page numbers, but
3    could you tell me what page you're looking at?
4         A. 34.
5         Q. Okay. So on page 34 I see something that
6    says, "At approximately 0806 hours, Z███ Olson, DOB
7    9/30/13." So we know --
8         A. No, no, no, no. My 34 is --
9         Q. Oh, I'm sorry.
10        A. -- a list of entities.
11        Q. I was looking at 35. I'm sorry.
12        A. Oh, okay.
13        Q. That's old eyes. I gotcha. So list of
14   entities. I see what you're saying.
15        A. Right. So Robert Lawton is the last one,
16   but it should be -- it should be Z███.
17        Q. Okay. So Robert Lawton and Arnette
18   Lawton, who are Z███s paternal grandparents, show up
19   here as the entity, but the entity that really this
20   is about is Z███?
21        A. Right. Well, I mean, it just lists them.
22   So she should be at the bottom of that list, but --
23        Q. Gotcha. Should -- should -- I see you've
24   got all the different subjects. So if we flip back a
25   page to page 33. So we see, like, Kevin Bailey,

14 (Pages 50 - 53)

Page 54

1  Andrew Thomas Olson, David Olson, Sarah Olson, Daniel
2  Olson, and then I don't see Ms. Courkamp identified
3  here.  So she and Z█ should both be on here; is
4  that right?
5      A.  Right.
6      Q.  Okay.  And that could be just you were
7  switching to a new system and that could just be how
8  it populated?
9      A.  Yeah, it could -- yeah.  And then
10 sometimes it just depends, like, how the detectives
11 enter it in.  They don't get -- they don't get
12 numbers, like, correctly, so...  I mean, I can add it
13 in, but there's no question as to those are the
14 people who we are talking about.
15     Q.  Okay.  And you're the detective in charge
16 and obviously you'd be the best person to tell us
17 that, so --
18     A.  Right.
19     Q.  -- thank you for that -- for that info
20 because that could be confusing.  So obviously you
21 were one of the few detectives who was dispatched for
22 the call regarding Z█ on June 19, 2014, correct?
23     A.  I believe there was three of us there.
24 It was O'Brien, Akey, and myself.
25     Q.  Okay.  That's right.  That's right.

Page 55

1  Detective O'Brien.  Do you remember approximately
2  what time you arrived?
3      A.  I'd have to refer back to my report, but
4  I remember it was in the morning.
5      Q.  Okay.  So the initial 911 call was around
6  8:02 in the morning, and the records I've seen say
7  that you were notified by criminal investigation
8  Sergeant Sweig.  Am I saying that right?
9      A.  Sweig.
10     Q.  Sweig, yes.  And that you arrived around
11 9:05 a.m.?
12     A.  Correct.
13     Q.  Does that pretty much conform with your
14 recollection?
15     A.  Yes, um-hmm.
16     Q.  All right.  And some of these times I'm
17 going to be asking you questions that you may not
18 voluntarily -- you may not have immediate voluntary
19 recall of.  So feel free to refer to your report --
20     A.  Okay.
21     Q.  -- but for now I'm just asking you what
22 you remember.
23     A.  Okay.
24     Q.  Who was at the scene when you arrived?
25 Do you remember the people that were there?

Page 56

1      A.  I remember Officer Williams was there,
2  and I don't remember the other officer.  I mean, I
3  would say Officer Labelle because I think he was the
4  other one subpoenaed.  But the only reason I remember
5  Williams is because he's, like, almost 7 feet tall.
6      Q.  Okay.  So he's a tall guy.  The report
7  says you were briefed by Officer Williams.
8      A.  Yeah.
9      Q.  Is that how the standard operating
10 procedure would work?  That you get there.  You're
11 the detective.  You're getting information from the
12 responding officer; is that right?
13     A.  Probably from the one who has the most
14 information, yes.
15     Q.  Sure.  And so Ms. Courkamp, then Kathleen
16 Lawton, she was there when you arrived, true?
17     A.  Correct.
18     Q.  Do you remember Andrew Olson, who is
19 Z█'s dad -- do you remember him being there?
20     A.  I don't remember if he was there or not.
21     Q.  Okay.  What about --
22     A.  I mean, I don't independently remember
23 him there, but I know he was there because -- from
24 the report, I know he was there, but I don't have an
25 independent recollection of him.

Page 57

1      Q.  Okay.  Do you have an independent
2  recollection of Ms. Courkamp and meeting and talking
3  with her?
4      A.  I do because she was the one that I
5  interviewed.
6      Q.  Right.  Did you ever encounter
7  Mr. Olson's parents --
8      A.  I don't remember.
9      Q.  -- do you recall that? -- or his brother
10 Daniel who lived there also?
11     A.  Briefly.
12     Q.  Okay.  Any other Tempe PD personnel?  You
13 mentioned Officer O'Brien -- Detective O'Brien?
14     A.  Detective O'Brien, yes.
15     Q.  All right.  And what was Detective
16 O'Brien doing there, if you know?
17     A.  So he was -- typically what will happen
18 is somebody would be assigned as the lead
19 investigator.  Somebody will be assigned as, like,
20 the scene investigator, and then we'll just kind of
21 divide up how it works.  So Detective O'Brien was the
22 scene investigator.
23     Q.  All right.  Can you tell the jury the
24 difference -- I mean, obviously lead is you're in
25 charge of the whole show.  What does the scene

15 (Pages 54 - 57)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 58

1  investigator do?
2      A.  So he focuses on -- or the detective
3  focuses on the scene.  He doesn't particularly do
4  interviews.  He can, but he focuses on the scene
5  independently.  So that way when we come back
6  together -- when we come back and talk about our
7  independent interviews that we did, we see if that
8  makes sense with what he has been seeing at the
9  scene.  And if something didn't make sense, then we
10  would maybe go back and continue our interview maybe
11  in a different direction or so forth.
12      Q.  Sure.  And when you -- when you arrive,
13  do you have an independent recollection of the
14  residence itself?  How it appeared?  Any impressions
15  that were left with you?
16      A.  Yeah, I mean, there was kind of -- they
17  were young parents, so it wasn't super clean.  It
18  wasn't super dirty.  It wasn't -- they weren't
19  hoarders.  They -- I mean, they had kid stuff here
20  and there.
21      Q.  Right.
22      Q.  So which I think is about typical for
23  anybody who is a new parent independent of how old
24  they are.
25      Q.  No kidding, right?  But you were able to

Page 59

1  have ingress and egress into the scene and move
2  around.  You said they weren't hoarders.  So I'm
3  picturing there wasn't a lot of clutter obstructing
4  the path or anything like that?
5      A.  Right, that's correct.
6      Q.  Did you make any -- do you recall or do
7  you have any investigate -- any independent
8  recollection of making any investigation of looking
9  at the sleeping environment or trying to discern what
10  the sleeping environment was at that time?
11      A.  I did.  I looked at it.
12      Q.  Okay.  And where was the baby when you
13  got there?
14      A.  I think the Tempe Fire Department had
15  already arrived and they had pronounced her deceased
16  before I already got there.  So I can't remember if
17  they had her, like, on a -- on a gurney already.  I
18  can't remember where she was when I got there.
19      Q.  Okay.
20      A.  Or if they had placed her back in the --
21  whatever it was that she was sleeping in.  I forgot
22  what you wanted to call it.
23      Q.  The Rock 'n Play?
24      A.  Yeah.
25      Q.  Okay.  So when you -- when you arrived,

Page 60

1  was the fire department or the fire department
2  personnel still there?
3      A.  I want to say no, but I don't remember.
4      Q.  There's something referred to as the CARE
5  7 response unit.  Would that be fire and paramedics,
6  or is that something different?
7      A.  So they're a program that works along the
8  fire department.  They're kind of like crisis
9  counselors and they help people through grief and
10  stressful situations.  So they can respond to that,
11  so yes, they were there.
12      Q.  Okay.  And were they, I guess, obviously
13  -- and I know it's a very hard thing to do because
14  you have people who have suffered a tragedy, but, of
15  course, you've got to do your job and get
16  information.  So how would you and the CARE team
17  interact or switch off of each other, if that's the
18  right terminology?
19      A.  So they stay -- they can stay there
20  throughout the whole investigation and provide
21  support and resources to whoever it is that we're
22  talking to.  As far as, like, me providing them with
23  information, I'll only provide them with, like, a
24  brief kind of synopsis of, like, what they need to
25  know so that they can provide the appropriate amount

Page 61

1  of resources for that person.
2      Q.  Okay.  And would they have --
3      A.  And --
4      Q.  Go ahead.  I'm sorry.
5      A.  No, I was going to say if I can go back
6  to your previous question of where Z███ was.
7      Q.  Sure.
8      A.  Like, I remember looking at her in her
9  clothes and, like, her jewelry and her earrings.  So
10  she must have still been in the -- not the Pack 'n
11  Play.  The --
12      Q.  The Rock 'n Play?
13      A.  Yes, the Rock 'n Play.
14      Q.  And that was one of the questions I was
15  going to ask you about because there was -- there was
16  -- and we'll get to this.  I think there was some --
17  in the police report where I know noticed that
18  Mr. Olson, once he called 911, had taken her out of
19  the Rock 'n Play to perform CPR?
20      A.  Um-hmm.
21      Q.  I think he did three rounds of 30
22  compressions each at the direction of the 911
23  dispatcher in the four minutes or so that it took for
24  Tempe PD to arrive.  And so she was at some point
25  taken out of it.  Do you have a recollection of her

16 (Pages 58 - 61)

Detective Michelle Reyes                August 17, 2020
In Re: Fisher-Price/Mattel

Page 62

1    actually being in the sleeper when you got there, or
2    do you recall --
3        A.  I believe she was in there.
4        Q.  Okay.
5        A.  She was in there when we got there.
6        Q.  Okay.  So was anyone from the CARE 7 unit
7    with you during the time that you were interviewing
8    Ms. Courkamp?
9        A.  No.  So they won't be there while we're
10   doing the interview typically unless -- it will be an
11   extreme circumstance, but typically we do the
12   interviews independently without any kind of, like,
13   outside influence.
14       Q.  Right.  And as you said, typically you
15   try to at least digitally record those records?
16       A.  Right.
17       Q.  If you look at --
18       MS. LOVETT:  So, Madam Court Reporter,
19   Exhibit 5 to the deposition will be the records of
20   the Tempe Police Department.
21   BY MS. LOVETT:
22       Q.  If you -- and if you look at the --
23   through the certification here on the first page,
24   that is how we got the record, and you'll see it is
25   June 27, 2020.  So that's how we know it's an

Page 63

1    official record that comes from the department.  If
2    you will flip with me to the second page, which is
3    Exhibit A, and it tells you what we're, you know,
4    asking for here:  basically the entire investigation
5    report, audio recordings and everything.  I was
6    wondering if -- I know you didn't create this, or I'm
7    assuming that's not your handwriting on the bottom of
8    page 32?
9        A.  That's correct.  It's not.
10       Q.  But it did -- it did -- it did --
11   something that you said before stuck with me.  So you
12   said at that point you think it was before body cams.
13   It says here "No dash cam."  Would that be consistent
14   with your recollection at the time?
15       A.  We don't have dash cams.
16       Q.  You don't have dash cams.
17       A.  No.
18       Q.  So now you have body cams, but in 2014
19   you did not?
20       A.  I don't think we did, no.  I mean, it's
21   been within the past few years that we got them.
22       Q.  Right.
23       A.  In 2014 -- so I'm trying to remember
24   because there was another homicide that I went to
25   where it was, like, the first time we had body cams

Page 64

1    and that was after this one.
2        Q.  Right, right.  And so if you look at --
3    if you look with me -- and so this is the full Tempe
4    Police Department report.  I just kind of want to
5    walk through it with you just to identify documents
6    in it.
7        A.  Okay.
8        Q.  So on page 33, you're seeing that sort of
9    related persons that we talked about.  33 and 34 talk
10   about the entities, and you said you would also
11   include Ms. Courkamp and, of course, Z███ on that
12   report, right?
13       A.  Correct, yes.
14       Q.  And then page 35 is the original officer
15   narrative from you, and page 36, still looking down
16   at the bottom, is Officer Williams' report, the
17   responding officer, correct?
18       A.  Yes.
19       Q.  And that goes over to page 37.  And then
20   on page 38 you have -- you were right.  You have
21   Officer Labelle, supplemental officer narrative,
22   which goes from page 38 and 39, correct?
23       A.  Yes.
24       Q.  And then page 40 is your long-form
25   narrative, true?

Page 65

1        A.  Correct.
2        Q.  Okay.  So it's Narrative Case No. 1.  You
3    did an original and then this goes -- if you look at
4    -- down at the pages at the bottom, it goes from page
5    40 to -- I think yours goes through page 43; is that
6    right?
7        A.  Correct.
8        Q.  All right.  And so let's look at -- the
9    next one is Detective O'Brien's report, which goes
10   from page 44 to page 46, right?
11       A.  Yes.
12       Q.  And then you've got Sergeant Akey's
13   report, which goes from 47 to page 52.  I think 52 is
14   kind of a blank page, but that appears to all be part
15   of Detective Akey's -- Sergeant Akey's report, right?
16       A.  Correct.
17       Q.  And then Follow-up Report No. 4, which is
18   at page 53, is from you.  That's your follow-up with
19   the medical examiner, correct?
20       A.  Yes.
21       Q.  And then page 54 is your consent to
22   search given by Daniel Olson, and there's another one
23   who is Mr. Olson's brother -- that's Z███'s uncle --
24   and you got a consent to search on page 55, correct?
25       A.  Yes.

17 (Pages 62 - 65)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 66

1    Q.  And then there is an attachment on pages
2    56 and 57.  Can you tell us what -- what that
3    represents?
4    A.  So these were the items that were
5    impounded and taken from the scene.
6    Q.  All right.  And so there'd be -- there'd
7    be a certain number of things that would be taken;
8    for example, a diaper bag, its contents.  The
9    bassinet itself or the Rock 'n Play was taken; is
10   that right?
11   A.  Correct.
12   Q.  I see there's a diaper taken, a Similac
13   container, and then I noticed that there were -- and
14   I'm assuming here a little bit, but I know what a
15   bong is, so I'm going to sound like a complete nerd
16   here, and then the two glass pipes that are listed in
17   6 and 7, are those also marijuana smoking devices?
18   A.  They can be used for that, yes.
19   Q.  Okay.  And then No. 12 is a glass bong,
20   right?
21   A.  Correct.
22   Q.  And then there's also -- the car seat
23   taken, the bedsheet, a rental agreement for the
24   apartment, and then empty marijuana containers are
25   noted in 14.  17 was marijuana.  It came from the

Page 67

1    empty marijuana containers.  These are all things --
2    if you look at the next page, there are two empty
3    bottles.  These are all things that would be
4    impounded by police as part of the investigation,
5    correct?
6    A.  Correct.
7    Q.  And in this attachment, would the Tempe
8    PD take anything out of the home that it did not feel
9    was connected to the investigation in some way?
10   A.  No.
11   Q.  And who makes the call ultimately on what
12   is taken out and appears on Attachment A?
13   A.  That would be us as the investigators.
14   So the detectives.
15   Q.  All right.
16   A.  So it's between Detective O'Brien,
17   Detective Akey, and myself.  We would make that
18   determination.
19   Q.  All right.  If you look at page 58,
20   you've got something that is -- I think this is your
21   handwriting, "M. Reyes, Badge 17962," right?
22   A.  So it's a combination of myself and
23   Detective O'Brien.  I started filling out the form at
24   the top, and then he filled out the rest of the items
25   on the -- where it says the description part, and

Page 68

1    then he signed down at the bottom.
2    Q.  Okay.  And where it says here -- it's
3    talking about, like, how the evidence is held and it
4    says, "All contraband will be destroyed."  Would the
5    drug paraphernalia and the marijuana have been
6    destroyed in this case?
7    A.  It should not have been.  For death cases
8    and homicide cases, we keep that stuff.
9    Q.  Okay.  And why do you keep it?
10   A.  We keep it for repayment of the
11   investigation.  That's our standard operating
12   procedure.
13   Q.  So under -- under page 59, there appears
14   to be a medical marijuana prescription card.  Do you
15   see that?
16   A.  Yes.
17   Q.  And are you familiar with the bases on --
18   so for the benefit of the jury, Arizona is a state in
19   which it is still a felony to produce -- to possess
20   marijuana, correct?
21   A.  If you don't have a medical marijuana
22   card.
23   THE COURT REPORTER:  Was there an
24   objection?
25   MS. SCHRINER:  Yes.  Form, foundation.

Page 69

1    Thank you.
2    BY MS. LOVETT:
3    Q.  Officer, are you familiar with the laws
4    of the state of Arizona as they relate to marijuana?
5    A.  Yes.
6    Q.  Are you familiar with whether or not
7    possession of marijuana is a felony without
8    possession of a medical marijuana card?
9    A.  Yes.
10   Q.  And is it a felony in line with other
11   drugs more serious than marijuana, such as heroin?
12   MS. SCHRINER:  Form.
13   THE WITNESS:  Heroin is the --
14   BY MS. LOVETT:
15   Q.  You may answer.
16   A.  Heroin is a higher-degree felony.
17   Q.  If you have a medical marijuana card --
18   are you familiar with the requirement to obtain a
19   medical marijuana card?
20   A.  I'd have to review that.
21   Q.  Sure.  Have you ever heard of anyone
22   getting a medical marijuana card because their knees
23   hurt when they mountain bike?
24   MS. SCHRINER:  Form, foundation.
25   BY MS. LOVETT:

18 (Pages 66 - 69)

Detective Michelle Reyes

August 17, 2020

In Re: Fisher-Price/Mattel

Page 70

1    Q. You may answer.

2    A. I don't know the specific reasons people

3  get medical marijuana cards. I think that's

4  protected by, like, HIPAA or something.

5    Q. Sure.

6    A. I just know that people have them.

7    Q. Sure. And you've come across folks who

8  had marijuana and had marijuana cards before, true?

9    A. Correct.

10    Q. And, for example, patients have medical

11  marijuana cards -- and you're aware of this -- if

12  they have cancer and there are -- there are --

13  there's nausea associated with chemotherapy or pain,

14  medical marijuana might be prescribed for someone

15  with that ailment, true?

16    A. Correct.

17       MS. SCHRINER: Form, foundation.

18  BY MS. LOVETT:

19    Q. And you've also observed as an officer,

20  you know, for example, that someone may have medical

21  marijuana for glaucoma or for an eye disorder, true?

22    A. There's a myriad of reasons that they may

23  have a medical marijuana card.

24    Q. Okay. If we look at the next page, which

25  is -- it's marked kind of to the side for some reason

Page 71

1  -- page 60, it's the social security card filing for

2  Z███; is that right?

3    A. Correct.

4    Q. And then you've got -- 61 is the --

5  basically the birth notification or birth recording

6  for Z███, right?

7    A. Correct.

8    Q. And then you also -- as part of what was

9  taken from the apartment on Appendix A that we looked

10  at before, the residential rental agreement was taken

11  as part of the evidence to show where the -- where

12  the baby died, where Mr. Olson was living at the

13  time, correct?

14    A. Correct.

15    Q. And then you've got a property report,

16  page 63 here, that says, "Property case status:

17  Evidence seized. Related Items: 1" and then it

18  says, "Item: Audio tape," and that's the recorded

19  interview. Would that be the recorded interview with

20  whom, or can you tell from this?

21    A. So I can tell that that was impounded by

22  Officer Williams.

23    Q. Okay.

24    A. So it would be whatever he recorded. He

25  didn't add any kind of other description on there, so

Page 72

1  I don't know.

2    Q. Okay. But it would be his recording?

3    A. Right. It would be -- well, it would be

4  what he impounded, yes, but his recording.

5    Q. Okay. And then if you look at page 64

6  through 66, this would be the formal version of the

7  Exhibit A property report --

8    A. Correct.

9    Q. -- received? Same through -- so I'm

10  looking here at page 67 in the general offense

11  report. This is evidence seized by Detective Akey.

12  The item is a DVD, digital video disk, and it says,

13  "Contact with Andrew Davis, Susan, and Daniel Olson."

14  So -- and then underneath that, it lists the consent.

15  So this is a video disk. Would that indicate that

16  the interviews with Detective Akey took place on DVD

17  or on a video recording?

18    A. Not necessarily. It may have been that

19  he transferred it from his audio recorder to a

20  desktop and then burned it to a DVD.

21    Q. Got it. Got it. That was the question I

22  had. And then page 68 is a property report that

23  comes from you; is that right?

24    A. Correct.

25    Q. So this would be anything that you would

Page 73

1  have taken from the scene --

2    A. Correct.

3    Q. -- as part of your investigation? And

4  each officer inventories or impounds and then reports

5  what they personally took from the scene, correct?

6    A. Correct.

7    Q. And that's to maintain chain of custody,

8  right?

9    A. Yes.

10    Q. And then there's an evidence release form

11  that's page 69 that shows the release by Dr. Ferenc,

12  who's the medical examiner for Maricopa County,

13  right?

14    A. Yes.

15    Q. And then the same inventory of personal

16  property is on page 70; is that right?

17    A. Yes.

18    Q. Okay. And then 71 through -- I think

19  through the end of 75 are something called "Tempe

20  Police Department CAD Call Hardcopy." What is this?

21    A. So that would be what officers see, like,

22  on the MVP, the little computer that's in their car.

23  It would be the call comments that come up that

24  they're able to see in their car.

25    Q. Okay. So this is basically their onboard

19 (Pages 70 - 73)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 74

1  computer information.  It gives everything from the
2  dispatch details, the unit officer details, the
3  responders.  Kind of basically everything that
4  happened, that goes across -- you called it the MVP?
5      A.  Yeah.  I don't know what it stands for.
6      Q.  It's your mobile computer terminal,
7  right?
8      A.  Yeah, mobile V-something.
9      Q.  Something.
10     A.  Yeah.  So this is -- this is the radio
11  traffic.  Radio traffic that goes over -- over the
12  air is documented in this as well.
13     (Exhibit 6 was marked for identification.)
14  BY MS. LOVETT:
15     Q.  Right.  So Exhibit 6 -- and I apologize,
16  and I know you see this every day, but I know this is
17  not something you get used to every day.  Exhibit 6
18  contains photographs both from the scene and from the
19  Maricopa medical examiner's office.  And we're not
20  going to go through each one in detail at the moment,
21  but were you generally aware of, as the lead
22  detective, these photographs, and are these the
23  photographs that you looked at when they were
24  requested?
25     A.  Yes.

Page 75

1      Q.  So just for example, if we go to page 192
2  -- and I'm looking at general -- the general --
3  trying to sort of orient myself.  Do you have a
4  recollection from the scene of -- so here what you
5  said -- and it's what you said, new parents, right?
6  I mean, you know, it's not going to look like
7  Felix Unger lives here, but you've got the baby's
8  bassinet here.  Is this in the same bedroom with the
9  parents, or do you recall?
10     A.  Yes, it is.
11     Q.  Okay.  So this was -- you were in -- this
12  was in their room, and you saw -- this basically
13  depicts -- I don't want to go through everything, but
14  this would be a depiction of what you saw at the
15  scene when you walked in, right?
16     A.  Correct, yes.
17     Q.  And when you walked in, Z███ was -- to
18  the best of your recollection, she had been placed
19  back into the bassinet; is that right?
20     A.  Correct, yes.
21     Q.  Okay.  Did you take any of these
22  photographs?
23     A.  No.
24     Q.  Do you know who did?
25     A.  I want to say it was Forensic Tech

Page 76

1  Somershoe.  I don't know if she was a supervisor at
2  that time.  I think she was.
3      Q.  Okay.
4      A.  But I -- that would be documented in my
5  report.
6      Q.  All right.  And you agree that it's
7  essential to have accurate scene photographs
8  available to you, to other investigators, to the
9  medical examiner, and the authorities to help
10  recreate the scene as the investigation progresses,
11  true?
12     A.  Yes.
13     Q.  And based on what you have seen, do these
14  photographs fairly and accurately represent the Olson
15  residence and the investigation scene as you found it
16  on June 19, 2014?
17     A.  Yes.
18     MS. LOVETT:  All right.  So, Madam Court
19  Reporter, Exhibit 6 to Detective Reyes' deposition
20  will be the photographs from the scene.
21     Let's talk about Exhibit 7.  And what
22  we've done here in Exhibit 7, Madam Court Reporter,
23  is a breakout of the Tempe Police Department report
24  which is Exhibit 5.
25     (Exhibit 7 was marked for identification.)

Page 77

1  BY MS. LOVETT:
2      Q.  What I've done here is, for ease of
3  reference so you don't have to page through
4  everything, Detective Reyes, I've pulled out your
5  follow-up report, your Narrative No. 1.  Okay?
6      A.  Okay.
7      Q.  Would this narrative report contain your
8  entire findings and impression of the case as put
9  together from all the notes you took and observations
10  that you made?
11     A.  Yes.
12     Q.  All right.  So this will be Exhibit 7 to
13  your deposition.  And first of all, do you recognize
14  it?
15     A.  Yes.
16     Q.  Did you write this narrative or type it
17  in yourself, or did you dictate it, or some
18  combination of the two?
19     A.  No, I typed it in myself.
20     Q.  Okay.  And when did you -- when did you
21  write this?  Because I -- for example, I know there's
22  the date of the incident, which is June 19th of '14,
23  but then I also know there are -- there may be some
24  follow-up to that.  So can you tell me when this was
25  created?

20 (Pages 74 - 77)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 78

1    A.   The form itself was created on June 19th.

2    Q.   Right.

3    A.   It was completed on August 7th.

4    Q.   Okay.  And how --

5    A.   Because that's when it says assigned on.

6    Q.   Oh, gotcha.

7    A.   That's -- that's the date that the form

8  was created.

9    Q.   I gotcha.

10    A.   And approved on -- like, I may have

11  finished it before then, but that's just when my

12  sergeant approved it.

13    Q.   Got it.  Got it.

14    A.   So dates of everything that happened

15  before then, like, those would all be documented

16  within the narrative.

17    Q.   Yes.  Okay.  So if we go through your

18  report here -- and we noted, you know, Sergeant Sweig

19  contacted you at your designated workspace.  You were

20  already at work that morning.  You arrived at 0905

21  and noted that there were several patrol cars there

22  as well as the CARE 7 response unit, and your initial

23  briefing was conducted by Officer Williams.  Do you

24  see that?

25    A.   Yes.

Page 79

1    Q.   So it appears that the next few

2  paragraphs discuss Officer Williams' briefing to you

3  including what had happened and the fact that Tempe

4  Fire E278 -- Engine E278 had arrived on the scene.

5  And so other than what's in those two paragraphs --

6  and please take the time to read what -- what -- the

7  summary that Officer Williams gave you, if you need

8  it.  Did he tell you anything else that you can

9  recall that's not contained here in those two

10  paragraphs giving you these, the --

11    A.   No.

12    Q.   Okay.  And then you say subsequent to the

13  initial information, you were assigned as case agent.

14  Detective O'Brien, as you said, became the scene

15  detective, and Detective Akey was tasked with

16  interviewing Andrew Olson, the father, and then

17  obtaining consensual permission for a search; is that

18  right?

19    A.   Correct.

20    Q.   It states here -- and I think you've

21  already told us what case agent means.  That's

22  basically lead detective, right?

23    A.   Right.

24    Q.   Okay.  So based on your narrative, it

25  looks like the next thing is that you spoke with

Page 80

1  Kathleen directly.  You went straight to her; is that

2  right?

3    A.   Yes.

4    Q.   Do you recall doing anything else or

5  speaking with anyone else after your briefing before

6  you talked to Kathleen?

7    A.   No.

8    Q.   All right.  And --

9    A.   I'm sorry, what?

10    Q.   No, I didn't want to cut you off.

11    A.   Oh, I was going to say typically we'll do

12  a walkthrough of the residence to take a look.  Not

13  touch anything nor move anything, but just to -- just

14  to see how the residence looks and then conduct an

15  interview.

16    Q.   Right.  So what was Kathleen doing when

17  you first encountered her?

18    A.   Can you give me just a sec?

19    Q.   Oh, of course, of course.

20       MS. LOVETT:  We can go off the video

21  record.

22       THE VIDEOGRAPHER:  We're off at 1:56 p.m.

23  We're off video record.

24       (Brief pause.)

25       THE VIDEOGRAPHER:  The time is 1:57 p.m.

Page 81

1  We are back on video record.

2  BY MS. LOVETT:

3    Q.   All right.  So do you recall your first

4  encounter with Kathleen?  Do recall what she was

5  doing when you first encountered her?

6    A.   What she was doing?

7    Q.   Yeah, or how she appeared?

8    A.   No.  I mean, she was upset, but other

9  than that, like, I don't -- I don't remember what she

10  was wearing.

11    Q.   Right.  Do you recall where the interview

12  took place, whether it was inside or outside?

13    A.   No, I don't.

14    Q.   One of the things that you said that

15  triggered your memory of the day in part was that it

16  was hot.  So it's like someone from Houston like me

17  -- when someone from Phoenix tells you it's hot, was

18  it inordinately hot already by 9:05 in the morning?

19    A.   Yeah, it's hot.  So, I mean, I don't --

20  would probably not have interviewed her outside.  It

21  would have been, like -- for some reason I want to

22  say in the living room of -- the front part of the

23  room.

24    Q.   Right.

25    A.   Or maybe in the CARE 7 van because

21 (Pages 78 - 81)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 82

1    sometimes they'll let us use their van as a place to
2    interview.
3        Q.  Sure.  And were you able to see or hear
4    Detective Akey talking to Mr. Olson while you were
5    interviewing Mrs. Courkamp?
6        A.  No.
7        Q.  All right.  So they were kept totally
8    separate for the purpose of that?
9        A.  Right.
10       Q.  And that's the typical way that you would
11   do that, correct?
12       A.  Yes.
13       Q.  All right.  So does the narrative in your
14   report fairly and accurately depict your impressions
15   of that interview?
16       A.  Yes.
17       Q.  And I know we haven't -- we haven't yet
18   located the report, if it exists -- or the -- I'm
19   sorry, recording, if it exists, but is that something
20   -- in doing your report, to refresh your
21   recollection, might you go back to a recording if you
22   needed to just to confirm a fact?
23       A.  That is correct, yes.
24       Q.  Sure.  Because obviously when you're in
25   the moment and you're interviewing the witness,

Page 83

1    you're not -- you know, you may be taking notes, but
2    you're also trying to focus on that interaction.  So
3    you have that record as a way to go back and make
4    sure what your recollection is is accurate, true?
5        A.  Correct.
6        Q.  All right.  So before we get into the
7    details of the conversation as you've listed them
8    here, is there anything else about this interaction
9    that you recall that stands out to you that might not
10   be reflected in your report?
11       A.  No.
12       Q.  All right.  So on page 40 -- this is
13   Bates label 40 -- you're basically talking to
14   Kathleen about the relationship with Andrew and she
15   says that she had been living with him, that they'd
16   been in a relationship for about two years, but she
17   had some concerns about infidelity and he'd moved out
18   in the previous December of 2013.  Do you know if she
19   resided at the Tempe house at 1336 East Hall at any
20   time?
21       MS. SCHRINER:  Foundation.
22       THE WITNESS:  No, she said she lived at
23   the apartment in Glendale and Andrew lived at that
24   residence.
25   BY MS. LOVETT:

Page 84

1        Q.  All right.  Did she say that at some time
2    she decided to move back in with him and had been
3    staying at each other's residences periodically as it
4    notes in her report?
5        A.  Yes.
6        MS. SCHRINER:  Form, foundation.
7    BY MS. LOVETT:
8        Q.  And, again, is the basis for this report
9    what you were told by Kathleen Courkamp at the time
10   of your interview contemporaneous with the death of
11   her daughter?
12       A.  Yes.
13       Q.  So if it says here, "As time went by,
14   Kathleen and Andrew decided to move back in together
15   and had been staying at each other's residences.
16   Kathleen told me she had an apartment in Glendale and
17   Andrew lived in the back portion of the residence on
18   Hall Street," that is something that information
19   that was given to you by Ms. Courkamp --
20       A.  True.
21       Q.  -- admittedly at a time when she was very
22   upset?
23       A.  Correct.
24       Q.  All right.  So the house that you were in
25   there on Hall Street was subdivided internally into

Page 85

1    two separate living spaces, according to your report.
2    And was it your understanding that another family
3    member, namely her brother Daniel, lived in the back
4    portion of the house?
5        A.  Whether you say it's the back or the
6    front --
7        Q.  Right.
8        A.  -- it was a different portion of the
9    house, yes.
10       Q.  Right, right.  It was basically -- there
11   was some privacy between the two living spaces?
12       A.  Yes.
13       Q.  All right.  So if you look on page 41,
14   you say that "Before the event" -- so the night
15   before, on June 18th of '14 -- "Kathleen, Andrew, and
16   the decedent" -- and you name Z███ there -- "had been
17   driving around the Valley looking for an apartment to
18   cohabitate in.  During that time, Kathleen told me
19   the decedent was in a summer dress and had not been
20   fussy during the day."  And then later in that
21   paragraph when you're talking about Andrew picking
22   Kathleen up from her job at Applebee's, you state,
23   "It should be noted that the decedent was wearing a
24   sundress and not sleepwear because Andrew told
25   Kathleen he could not find the decedent's sleepwear

22 (Pages 82 - 85)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 86

1  in her apartment." Is that right?
2      A. Correct.
3      Q. Okay. And I think we've already talked
4  about it, but it was a pretty hot day or night, so a
5  sundress would have been comfortable. But you say
6  that when Kathleen, Andrew, and Z███ got to the Tempe
7  house, the air conditioning for that house had gone
8  out the night before and so there was only a small
9  electrically powered AC unit in the bedroom as a
10 cooling device. Is that right?
11     THE WITNESS: That's correct.
12     MS. SCHRINER: Form.
13 BY MS. LOVETT:
14     Q. Do you recall -- and you say -- you
15 further say, "For that reason, Kathleen left the
16 decedent in her summer dress and did not put a
17 blanket on her while she slept." Do you recall that
18 part of your report as well?
19     A. Yes.
20     Q. When you were in the residence, could you
21 tell that the air conditioning was out? That it was
22 hot?
23     MS. SCHRINER: Form, foundation.
24     THE WITNESS: It was warm, but it wasn't
25 unbearable.

Page 87

1  BY MS. LOVETT:
2      Q. And is one of the things that was
3  photographed -- or do you know, would the temperature
4  of the home be photographed by the crime scene
5  investigator?
6      A. Yes, he did a temperature on one of those
7  -- I'm not sure if we have it or if CSD has it, but
8  it takes the ambient temperature.
9      Q. Right. And so if the ambient temperature
10 inside the home were 87 degrees, would you consider
11 that warm?
12     MS. SCHRINER: Form, foundation.
13     THE WITNESS: It's warm, but -- well,
14 it's warm, but I've had the AC go out in my house
15 before and 87 is okay. I mean, so long as I'm not
16 dressed in this, 87 is okay.
17 BY MS. LOVETT:
18     Q. I was about to say. And that would
19 probably be uncomfortable here?
20     A. Yes.
21     Q. So if we look at -- so the impression
22 that you had at that point was that Ms. Courkamp left
23 Z███ in the summer dress. And if you look at page
24 45, which is part of this report -- actually, we're
25 going to have to go back to Tab 5, page 45. There is

Page 88

1  a note there from Detective O'Brien that says Z███
2  was wearing a red and blue onesie-type outfit?
3      A. Yes.
4      Q. Okay. So not consistent with a -- with a
5  -- a summer sundress, true?
6      A. Well, Detective O'Brien is also male.
7      Q. Fair point.
8      A. And so what he describes as like a
9  onesie --
10     Q. True.
11     A. -- is probably, like, not a onesie. I
12 mean, it kind of looks like that, but it was kind of
13 like -- more like a summer dress. It wasn't like a
14 baby onesie as one of those things that buttons
15 pretty -- down below the Pamper. It wasn't that type
16 of onesie.
17     Q. Right, okay. So if you look --
18     A. And the top -- the top, if I recall
19 correctly, did not connect to, like, the bottom part.
20     Q. Like snaps like you'd expect with a
21 onesie?
22     A. Like, it was -- the top was, like, a blue
23 and white polka dot and the bottom was red. I don't
24 think they connected.
25     Q. Okay. All right. So the other thing if

Page 89

1  we stay on this page in the report from Detective
2  O'Brien, the top of page 45, he notes that there was
3  no thermostat in the apartment but this ambient or
4  digital thermometer reading registered 87 degrees; is
5  that right?
6      A. Yes.
7      Q. Okay. So did you consider overheating as
8  a possible cause of Z███'s death?
9      MS. SCHRINER: Form, foundation.
10     THE WITNESS: At 87 degrees, no.
11 BY MS. LOVETT:
12     Q. All right. And it was typically your --
13 in an infant death, would one of the -- one of the
14 causes you might consider be overheating?
15     A. Typically there would be, like, other
16 signs associated with that. Like she'd be really hot
17 or she would have other physical signs that would
18 have manifested themselves that the parents would
19 have noticed with overheating which they didn't tell
20 me about. Of course, I wasn't there --
21     Q. Right.
22     A. -- but they didn't mention any of those
23 things.
24     Q. Okay. You did not examine Z███'s body
25 yourself, true?

23 (Pages 86 - 89)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 90

1     A.  I was there when the medical examiner was
2     there, yes.
3     Q.  Yes.  So you were there when the medical
4     examiner was there, but in terms of testing her body
5     to see if her body was hot or trying to figure out
6     how long she may have been deceased, at the time when
7     you walked in when you were talking to Ms. Courkamp,
8     you had not --
9     A.  Well, we do make notations of, like, was
10    lividity present, was it in rigor, things of that
11    sort.  In that -- I mean, there's no set formula as
12    to like, okay, if there's rigor, then they've been
13    dead for this amount of hours.  There's a lot of
14    different factors that go into that, so...
15    Q.  Right.  And I think as Dr. Ferenc told us
16    last week -- or earlier this week.  Not last week.
17    It's Monday for sure now -- there's coffee -- that
18    there's a period or a gradient where the body cools a
19    certain number of degrees an hour.  Of course in an
20    adult male, that would be different than a 14-pound
21    baby, right?
22    A.  That's correct.
23    Q.  One of the things that we looked at in
24    terms of preventable causes of SUID was overheating.
25    In this case you did not consider overheating as a

Page 91

1     possible cause?
2         MS. SCHRINER:  Form, foundation.
3         THE WITNESS:  That's correct.
4     BY MS. LOVETT:
5     Q.  Is it your job to make a determination
6     whether or not overheating may be a cause?
7     A.  It's my job to consider it.
8     Q.  Right.
9     A.  I mean, I have considered it in other
10    cases.
11    Q.  Sure.  And that's the reason I'm asking:
12    to meet the objection of counsel which was foundation
13    on whether or not you had any background to be able
14    to testify on this.  You have in other cases
15    considered overheating as a possibility as a cause of
16    death, true?
17    A.  That's correct.
18    Q.  All right.  That's part of -- that's part
19    of your training and that's part of what you do?
20    A.  Yes.
21    Q.  All right.  And in this case you did not
22    consider overheating the cause of Z████'s death?
23    A.  No.
24    Q.  All right.  In the medical history that
25    you got from Ms. Courkamp -- we're back now into

Page 92

1     Exhibit 7 to your deposition.  On page 41,
2     Ms. Courkamp told you that Z████ had not been
3     diagnosed with any health issues and had not been ill
4     or recently suffered any injuries from any falls or
5     accidents; is that right?
6     A.  That's correct.
7     Q.  Did Ms. Courkamp ever disclose to you
8     that Z████ was born with a heart murmur and
9     respiratory issues?
10        MS. SCHRINER:  Form, foundation.
11        THE WITNESS:  I don't recall.
12    BY MS. LOVETT:
13    Q.  If she had told you that, would it be in
14    this report?
15    A.  Yes.
16    Q.  Did you know that Z████ had a cough and a
17    fever not long before she died?
18        MS. SCHRINER:  Form, foundation.
19        THE WITNESS:  No.
20    BY MS. LOVETT:
21    Q.  And if she had told you that, would it be
22    in this report?
23    A.  Yes, because those would be typically
24    things that we document because we look for basically
25    any reason or anything that may have contributed to

Page 93

1     her death.
2     Q.  Sure.  And those are -- I mean, those are
3     the kinds of things that can impact the direction of
4     the investigation, true?
5     A.  Correct.
6     Q.  So after speaking with Kathleen,
7     Ms. Courkamp, but before the -- any of the
8     investigators arrived, it looked like to me that you
9     assisted Detective O'Brien with processing the scene.
10    I'm taking that because of things you say in 41 and
11    42 of your report; is that right?
12    A.  That's correct.
13    Q.  And so you noted that the property was --
14    and I think you talked about this, and I don't mean
15    to say this in any derogatory way.  I'm just using
16    your words -- slightly unkempt like you'd expect with
17    young parents with a baby, and it says you searched
18    the bathroom, spare room, living room, and kitchen;
19    is that right?
20    A.  Correct.
21    Q.  From your report, did you see anything in
22    particular that sort of piqued your interest or, you
23    know, was a relevant finding to you?
24    A.  No.
25    Q.  You said you didn't identify any further

24 (Pages 90 - 93)

Detective Michelle Reyes                                August 17, 2020
In Re: Fisher-Price/Mattel

Page 94

1  items that were seized apart from the items that
2  Detective O'Brien had already identified, and then
3  you refer to his supplemental report or the details
4  of all those things that were on the Exhibit A that
5  we looked at earlier, right?
6      A.  That's correct.
7      Q.  So did you see any -- did you yourself
8  see any cigarette butts, drugs, or drug
9  paraphernalia?
10     A.  Yes, I saw those things that Detective
11  O'Brien had identified.
12     Q.  All right.  And that would be part of
13  what was seized by the police department as part of
14  your investigation; is that right?
15     A.  Correct, yes.
16     Q.  And that would include four glass bongs
17  or glass pipes for marijuana, empty marijuana
18  containers, and then marijuana itself, correct?
19     A.  Correct.
20     Q.  Okay.  So I want to -- I want to look at
21  Tab 8.  And Tab 8 exhibit -- which is going to be
22  Exhibit 8 to your deposition, what I've done is I've
23  taken some of the photographs that came from
24  Exhibit 6, which was the big, large stack of
25  photographs, so we have a smaller more manageable set

Page 95

1  for you, and I'd like to discuss some of these.
2          MS. SCHRINER:  Hey, Mo, do you mind when
3  you just get to a breaking point, if we could just
4  take a quick break?
5          MS. LOVETT:  Sure, this is a good spot.
6  What do you want to say, Kristin?  5 minutes?  10
7  minutes?
8          MS. SCHRINER:  Just a 5-minute bathroom
9  break would be perfect.
10         MS. LOVETT:  Perfect.  All right.  So
11  we'll go off the record.  It is -- I think I'll let
12  the videographer say that.
13         THE VIDEOGRAPHER:  The time is 2:13 p.m.
14  Eastern time.  We are off video record.
15     (Recessed from 2:13 p.m. to 2:21 p.m.)
16     (Exhibit 8 was marked for identification.)
17         THE VIDEOGRAPHER:  Time is approximately
18  2:21 p.m. Eastern time.  We are back on video record.
19  BY MS. LOVETT:
20     Q.  All right.  So as we broke, Detective
21  Reyes, we were looking at Exhibit 8 to your
22  deposition which you'll find under Tab 8 of your
23  notebook, and as I said, these are a portion of the
24  photographs taken of Z▮ in the Rock 'n Play.  And
25  if you take a look at them, you'll see these all

Page 96

1  appear to be photographs taken that depict Z▮ in
2  the Rock 'n Play sleeper; is that right?
3      A.  Yes.
4      Q.  And do you know whether these were taken
5  by Specialist Shoemake [sic] before or after you
6  arrived?
7      A.  They were taken after.  So they typically
8  wouldn't be called until we're called.
9      Q.  All right.  So that would be someone who
10  would come out with you?
11     A.  Correct.
12     Q.  And were you present while the
13  photographs were being taken?
14     A.  Maybe not all of them, but Detective
15  O'Brien would be present.
16     Q.  Right.  And so is it your understanding
17  this is the room in which Z▮ slept the night before
18  her death, right?
19     A.  That's correct, yes.
20     Q.  You also note -- do you know if the
21  blanket -- there's a blanket there.  Do you know if
22  the blanket was in the bassinet with her when she was
23  placed in bed the night before?
24     A.  It was not.  Fire gave that to them.
25     Q.  Oh, there was a fire department there?

Page 97

1      A.  Tempe fire.
2      Q.  Tempe fire.  Okay.  But you also know
3  that the baby was moved out of the Rock 'n Play so
4  that the father could perform compressions up on the
5  counter.
6      A.  Right.
7      Q.  You're aware of that, right?
8      So these photographs are not specific as
9  to how she was found in the Rock 'n Play sleeper,
10  true?
11     A.  That's correct.
12     Q.  All right.  So she was moved from the
13  position that she was found in so that they could
14  perform CPR, right?
15     A.  Yes.
16     Q.  And then she was placed back in the
17  bassinet on her back, or in the supine position,
18  right?
19     A.  Correct.
20     (Exhibit 9 was marked for identification.)
21  BY MS. LOVETT:
22     Q.  All right.  Now, let's go Tab 9.
23  Exhibit 9 to your deposition, which you'll find under
24  Tab 9, is another subset of the photographs that are
25  a large set that was Exhibit 6 that are all part of

25 (Pages 94 - 97)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 98

1  the Tempe Police Department official record. These
2  are photographs, I'll represent to you, of marijuana
3  and drug paraphernalia in the Olson residence, and
4  feel free to take a look through those documents that
5  are there.
6          MS. SCHRINER:  What exhibit are you on,
7  Mo?  I'm sorry.
8          MS. LOVETT:  9.
9          THE WITNESS:  Okay.
10 BY MS. LOVETT:
11         Q.  So I just want to ask you some questions.
12 So if we look at paragraphs 206 through 208 -- you
13 can -- if you flip through, these are in -- for
14 example, the first picture, which is 175, there
15 appears to be a glass bong on top of, like, the water
16 meter or where the electric is --
17         A.  Right.
18         Q.  -- is that right?
19             Okay.  And if we go -- if we move on from
20 that, there's a close-up of that to the next shot.
21 If you look at 206 through 208, then 212 through 215,
22 and then right after that -- let's skip -- there's
23 219, and then you've got 229, which actually you can
24 see part of Baby Z█████ right there, and 230.  And then
25 you've got 249, 251 which shows another glass

Page 99

1  paraphernalia, 259.  Those are all -- those all
2  depict drugs and paraphernalia in the same room that
3  Z████ was sleeping in, right?
4          MS. SCHRINER:  Form, foundation.
5          THE WITNESS:  Minus the water meter which
6  is outside, yeah.
7  BY MS. LOVETT:
8          Q.  Right.  No, I was skipping over those
9  two, but the rest of them are all -- yeah, the rest
10 of them are all in the room where Z████ was sleeping.
11 In fact, you can see her -- you can see her partially
12 in one of those pictures, true?
13         MS. SCHRINER:  Form, foundation.
14         THE WITNESS:  Right.
15 BY MS. LOVETT:
16         Q.  Officer, were you there at the scene?
17         A.  Yes.
18         Q.  Were you there when these photographs
19 were taken?
20         A.  Yes.
21         Q.  Were you familiar with Z████ being in the
22 living room, and does this depict the living room
23 where Z████ was sleeping?
24         MS. SCHRINER:  Form.
25         THE WITNESS:  So that was the bedroom,

Page 100

1  not like --
2  BY MS. LOVETT:
3          Q.  I'm sorry, not the living room.  The
4  bedroom.  Sorry.
5          A.  Yes.
6          Q.  And does, for example, Photo 230 show
7  drug paraphernalia in the same room with the baby's
8  body?
9          A.  Yes.
10         Q.  If we look at 347 and 348, those are also
11 the bedroom -- drug paraphernalia and actual
12 marijuana in the bedroom where Z████ slept, true?
13         A.  So my photos go from 30 to 49.
14         Q.  I'm sorry, wait a second.  From what?
15 From 230 to 249?
16         A.  Yes.
17         Q.  Okay.  So I'm skipping -- I'm sorry.  I'm
18 skipping way ahead.  You should -- the last
19 photographs you should have should be 347 and 348.
20 Do you have those?
21         A.  Yes, 348.  I thought you said 248.
22         Q.  Oh, no, I'm sorry, 348 -- 347, 348.  So
23 these are also photographs taken in the bedroom,
24 true?
25         A.  Yes.

Page 101

1          Q.  It's pretty clear that Andrew did smoke
2  in the bedroom.  That's where he kept his
3  paraphernalia, true?
4          MS. SCHRINER:  Form, foundation.
5          THE WITNESS:  I don't -- I don't know if
6  he smoked in the bedroom.  I know these items were
7  located there.
8  BY MS. LOVETT:
9          Q.  Okay.  Did you -- did the room smell like
10 smoke or cigarettes to you, or do you recall?
11         A.  I don't -- I don't recall it smelling
12 like that, no.
13         (Exhibit 10 was marked for identification.)
14 BY MS. LOVETT:
15         Q.  Okay.  Let's go to Exhibit 10 to your
16 deposition, which you'll find under Tab 10.  And this
17 is another subset of the Tempe PD records that I've
18 excerpted out to talk about specific photographs.
19 There is a second Rock 'n Play you'll see there -- a
20 second bassinet which I'll represent to you is also a
21 Fisher-Price bassinet in the house.  Do you see that?
22         A.  Yep.
23         Q.  Do you know if this belonged to Z████'s
24 parents?
25         A.  I don't know.

26 (Pages 98 - 101)

Detective Michelle Reyes                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 102

1    Q.  Okay.  I did not -- this was not the R&P
2  that Z███ slept in, to your knowledge, right?
3    A.  No, it was not.
4    Q.  And I did not find it on any of the
5  evidence attachment list.  So it was not taken into
6  evidence by Tempe PD, true?
7    A.  That's correct because it wasn't the one
8  that she was found in.
9    (Exhibit 11 was marked for identification.)
10  BY MS. LOVETT:
11    Q.  Okay.  And then if you'll look with me at
12  Exhibit 11 to your deposition, which is -- you'll
13  find under Tab 11 -- I'm sorry, Exhibit -- we're
14  still under Exhibit 10.  Under Tab 11, these are
15  reenactment photos, correct?
16    A.  Yes.
17    Q.  Now, the reenactment photos were done
18  using the second Rock 'n Play, correct?
19    A.  Correct.
20    Q.  All right.  So in Exhibit 10 you'll see
21  the other -- the other reenactment.  The reenactment
22  photos were not using the one that Z███ slept in but
23  the one that was in the other room that was not taken
24  into evidence; is that right?
25    MS. SCHRINER:  Form.

Page 103

1    THE WITNESS:  Correct, because we had
2  already taken it.
3  BY MS. LOVETT:
4    Q.  Right.  So after the medical examiner's
5  office showed up and investigators arrived there,
6  that was when the reenactment was conducted, correct?
7    A.  That is correct.
8    Q.  And you were present for the reenactment?
9    A.  Yes.
10    Q.  Did you watch the reenactment?
11    A.  Yes.
12    Q.  And are the photographs taken in Exhibit
13  11 those that were taken during the reenactment?
14    A.  Yes.
15    Q.  And are these fair and accurate
16  depictions of how the reenactment was conducted?
17    A.  Yes.
18    Q.  Did you take any of the photographs?
19    A.  No.
20    Q.  Did you observe others taking the
21  photographs?
22    A.  Yes.
23    Q.  Did both the medical examiner,
24  investigator, and Supervisor Shoemake [sic] take
25  photographs of the reenactment?

Page 104

1    A.  Yes.
2    Q.  And were there any areas -- are there any
3  photographs that you believe to be missing?
4    A.  No.
5    Q.  Okay.  So this is your reenactment using
6  a bassinet.  Like you said, it was a substitute
7  bassinet because you had already taken -- the Rock 'n
8  Play had already been removed from the scene?
9    A.  Correct.
10    Q.  Would that be typical -- is a typical
11  reenactment done with the actual device or the actual
12  product itself, if possible, or was there a delay in
13  the medical examiner getting there?
14    A.  This was the same one but I think a
15  different color which is why we used -- decided to
16  use it.  Because no, if it's a different device or
17  product, then it really wouldn't be -- that wouldn't
18  be something we would do.
19    Q.  Okay.  All right.  So if you'll look with
20  me at 356, it says "Placed."  That's indicated to
21  note the position that Z███ was last placed in,
22  right?
23    A.  Correct.
24    Q.  And when the reenactment is done, the --
25  you -- you -- and I know it's a hard time to do it,

Page 105

1  but you're trying to get the freshest information
2  possible.  So do you have the parents who placed the
3  infant actually place the doll for purposes of
4  reenactment?
5    A.  Yes.
6    Q.  And so did you observe Mr. Olson --
7  Andrew Olson, who put Z███ down that night, doing
8  that?
9    A.  I don't have independent recollection of
10  it, but that's what we typically -- that's our
11  standard procedure, yes.
12    Q.  Okay.  So the pictures -- if we go to --
13  and you'll see that there's some measurements taken
14  there on 357, 358, and 359 all with Z███ being placed
15  supine, on her back, correct?
16    A.  Correct.
17    Q.  And then if we go to 361, you see the
18  found position, and here Z███ is -- had turned over
19  and she is in a posterior position with her face
20  down; is that right?
21    A.  That's correct.
22    Q.  Now, did you know at the time -- and you
23  may be able to see these a little bit better in
24  Picture 355 to Exhibit 11, which is the -- the -- an
25  empty -- the empty Rock 'n Play version that was used

27 (Pages 102 - 105)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 106

1  for the reenactment. You notice that there are
2  buckles there or a crotch restraint; is that right?
3      A. That's correct.
4      Q. And at any time did Mr. Olson, when
5  placing the doll, fasten the crotch restraint?
6      A. No.
7      Q. And if he had done so, that would have
8  been photographed and that would be included in these
9  photographs; is that right?
10     A. Yes.
11     Q. How many times did Mr. Olson do the
12  reenactment, if you remember?
13     A. We only go through it once.
14     Q. Okay. And I know it's -- again, it's a
15  difficult time, but do you stress to the parents -- I
16  know how stressed they are, but it's extremely
17  important for them to do this as accurately as
18  possible, right?
19     A. Right.
20     Q. And in the case of Mr. Olson, this is
21  something that had happened, you know, 12 hours
22  before when he put -- less than 12 hours before when
23  he put Z▇ down early in the morning of the 19th,
24  right?
25     A. Correct.

Page 107

1      Q. So it looks like that you actually
2  documented in your report the reenactment that you
3  were present for. This is what you wrote: "Andrew
4  then took the stuffed mannequin that had been
5  provided to him by the investigators and placed it in
6  the bassinet. Andrew placed the mannequin faceup in
7  the bassinet and then buckled the mannequin with a
8  single-strap fastening device that was attached to
9  the bassinet as part of the manufacturer's product.
10  The investigators and Identification Technician
11  Somershoe" -- and I've mispronounced her name, so I
12  apologize for that, Shoemake -- "that proceeded to
13  take photographs of the mannequin in the bassinet."
14     Do you recall seeing Andrew Olson
15  actually buckle the doll in?
16     A. I don't have an independent recollection,
17  so I don't recall.
18     Q. Okay. And the photos that were taken
19  does not show the doll being buckled in, right?
20     A. No, it doesn't.
21     Q. And if the doll had been buckled in, that
22  should be depicted in these photographs, correct?
23     A. It should be, yeah.
24     Q. And then next, Ms. Courkamp placed the
25  mannequin in the position in which she located the

Page 108

1  baby. And when she placed the mannequin, the
2  mannequin was positioned on the left side of the body
3  with its face towards the bottom of the bassinet and
4  the abdomen toward the bottom as well. You say in
5  your report the mannequin was still buckled at this
6  point. Once Kathleen placed the mannequin in the
7  bassinet, digital photos were taken. And, again, if
8  you look back at these found pictures, if the baby
9  had been buckled in in the found pictures, then that
10  would have shown up in the reenactment photos, true?
11     A. Yes. I may have been -- it's tough to
12  say. I don't know.
13     Q. Well, we know from their statement to you
14  -- we know that when Ms. Courkamp talked to you, that
15  unequivocally the baby was found unbuckled and
16  facedown, right?
17         MS. SCHRINER: Form.
18         THE WITNESS: No, she stated that they
19  had buckled her in.
20  BY MS. LOVETT:
21     Q. Right. But when she was found, she was
22  found facedown without the buckle holder?
23     A. I have to refer back. Hang on.
24     Q. Sure. You're referring back to your...
25     A. So in my report I don't say whether she's

Page 109

1  buckled in or not.
2      Q. Right.
3         THE VIDEOGRAPHER: Excuse me, sorry to
4  interrupt. Detective Reyes, is there a way you can
5  angle your camera up just a little bit so we can see
6  your face.
7         THE WITNESS: Sorry.
8         (Discussion off the record.)
9         THE WITNESS: Yeah, so in my report I
10  didn't document whether she said if the baby was
11  buckled in or not.
12  BY MS. LOVETT:
13     Q. All right. So -- and are you familiar
14  with or have you listened to the recording -- the
15  audio recording of Detective Akey -- Sergeant Akey
16  when he interviewed Andrew Olson?
17     A. No, I did not.
18     Q. Okay. And I'm asking you to assume this
19  for me, but if Mr. Olson in fact told Sergeant Akey
20  that Z▇ was unbuckled when she was found and that
21  he could not -- that he -- he -- that he thinks she
22  may have undone it herself, but that he -- that she
23  was not buckled and she was face down, that's
24  information that you didn't have when you made your
25  report because you did not -- you did not interview

28 (Pages 106 - 109)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 110

1    him directly, true?
2         A.   Can you say that again?
3         Q.   Sure, that was confusing.  I was looking
4    back at the main report because there was information
5    from other -- other officers that the question of
6    buckling did not come up in Ms. Courkamp's interview
7    with you.  That's your testimony?  Not that --
8         A.   Correct.
9         Q.   All right.  And have you reviewed the
10   reports with any of the other detectives to determine
11   whether or not that information was made to them?
12   For example, Officer Williams when he got there to
13   the scene?
14        A.   So typically what I'll do is I'll review
15   my report for like a deposition or an interview.  I
16   won't necessarily review the other officers' reports
17   because I want to testify to what I did, not to what
18   everybody else did.
19        Q.   Right, right.
20        A.   I'm not sure if that answers your
21   question.
22        Q.   No, that does.  I guess I'm thinking
23   about just in general.  And you didn't do it for the
24   deposition, but in general you would have reviewed
25   the reports of the various other detectives who were

Page 111

1    there to determine what they found; is that right?
2         A.   Correct.
3         Q.   Okay.  So I want you to look with me --
4    if we go back into Exhibit 5 -- Exhibit 5, there's
5    page 38 and this is from Officer Labelle's report.
6    All right?
7         A.   Okay.
8         Q.   And if you look at page 39 -- I'm
9    identifying 38 as his -- as the first page of his
10   report.  And it says, "Andrew stated that Katie
11   looked over and noticed that Z███ was face down and
12   immediately checked to see if she was breathing and
13   she was cold to the touch.  Andrew noticed that Z███
14   was not buckled in and usually is when she sleeps."
15   Do you see that?
16        A.   I do see that.
17        Q.   Okay.  So that was -- as related to
18   Officer Labelle, that was the contemporaneous
19   statement made of Mr. Olson about how Z███ was found
20   facedown and not buckled in; is that right?
21        MS. SCHRINER:  Foundation.
22        THE WITNESS:  Correct.  But, I mean, so
23   then you're asking me a question that Andrew told
24   Officer Labelle, so I'm just telling you what's in
25   Officer Labelle's report.

Page 112

1    BY MS. LOVETT:
2         Q.   Right.  No, exactly.  I'm saying, but --
3         A.   Okay.
4         Q.   -- as the detective in charge -- because
5    we were talking about just all the reports.  So we
6    take all of your reports into context, right?
7         A.   Okay.
8         Q.   I'm pulling together different pieces of
9    information that I know you don't have immediate
10   recall of just to try to get us to be the -- what I'm
11   trying to do is reconcile the reenactment which
12   doesn't show any buckling when the baby was found --
13        A.   Okay.
14        Q.   -- contemporaneous with others at the
15   scene.  Does that give you a better sense?  Sorry.
16        A.   Okay.  Sure.
17        MS. SCHRINER:  Form.
18   BY MS. LOVETT:
19        Q.   Okay.  All right.  So let's go back to --
20   we'll get back into your big Tab which is -- and
21   before I ask the question -- or I guess the ultimate
22   question was, were you aware that Kathleen -- we
23   don't have to go back and dig through all of her
24   reports, but were you aware that Kathleen told other
25   investigators that she did not think that Z███ was

Page 113

1    ever buckled in that night when they placed her down
2    to bed?
3         MS. SCHRINER:  Form, foundation.
4         THE WITNESS:  No.
5    BY MS. LOVETT:
6         Q.   That may have happened.  That's just not
7    what she told you, correct?
8         MS. SCHRINER:  Foundation.
9         THE WITNESS:  Right.
10   BY MS. LOVETT:
11        Q.   All right.  During the time that you were
12   talking to Kathleen Courkamp, did she ask to break
13   and go and talk to Andrew or did she ask about Andrew
14   or anything that he was doing that you recall?
15        A.   I don't recall.
16        Q.   Okay.  So let's look at Exhibit 12 to
17   your deposition.
18        MS. LOVETT:  And, Madam Court Reporter,
19   that can be found under Tab 12.
20        (Exhibit 12 was marked for identification.)
21   BY MS. LOVETT:
22        Q.   And, Detective, I'll represent for you
23   that this is the full file of the Maricopa County
24   medical examiner's office, and you'll see there on
25   page 1 there's a signature, an affidavit of the

29 (Pages 110 - 113)

Detective Michelle Reyes

In Re: Fisher-Price/Mattel

August 17, 2020

Page 114

1  custodian of records similar to that which
2  accompanies the Tempe PD records.
3      A.  Okay.
4      Q.  All right.  Do you recognize these
5  documents in general as being the full file -- I know
6  you can't vouch for whether there's a full file, but
7  what you would expect in your role as the lead
8  detective to see in the medical examiner's file on
9  Z███ Olson?
10         MS. SCHRINER:  Form, foundation.
11         THE WITNESS:  Yes.
12  BY MS. LOVETT:
13     Q.  All right.  And you've certainly seen
14  medical examiner's files before in the course of your
15  work as a homicide detective, true?
16     A.  That's correct.
17     Q.  If you'll look with me at pages 19 and
18  20, you'll see the investigative summary.  Have you
19  seen this type of document before?
20     A.  Not for this case.  I don't recall
21  looking at it for this case, but yes.
22     Q.  Okay.  This is -- and do you know the
23  investigator Farrel Swope?
24     A.  Yes.
25     Q.  Do you recall Mr. Swope being at the

Page 115

1  death scene and present for the reenactment and
2  conducting the reenactment?
3      A.  Yes.
4      Q.  Was it done at his direction?
5      A.  Yes.
6      Q.  So if we look at the summary of the scene
7  description -- and I'll give you a minute to sort of
8  orient yourself on the -- on the -- on the document.
9  If you look at the second paragraph, it says -- and
10  I'm looking about midway to -- midway down right
11  after it gives the Olive address in Glendale.
12     A.  Okay.
13     Q.  It says, "Mr. Olson placed the subject in
14  bassinet beside the bed at 1:40 in the morning on
15  June 19, 2014, and stated he used the bassinet seat
16  belt to secure his daughter.  The following morning
17  Kathleen woke up at approximately 0800 hours and
18  found the subject in a semiprone, semi-left lateral
19  position with the seat belt undone."  Do you see
20  that?
21     A.  Yes, I do.
22     Q.  And then it goes through what we talked
23  about before.  So you can confirm that resuscitative
24  efforts were attempted, baby was taken out of the
25  Rock 'n Play and then placed back in the bassinet in

Page 116

1  a supine position.  So that all jibes with what we
2  talked about earlier in terms of how the baby was
3  moved around, correct?
4      A.  Correct.
5         MS. SCHRINER:  Foundation.
6  BY MS. LOVETT:
7      Q.  And then if we move through 19 and 20 --
8  pages 19 and 20, you'll see the -- you'll see the
9  description of Mr. Swope meeting up with Detective
10  O'Brien and with you and describing the scene, right?
11     A.  Yes.
12     Q.  Now, if you look at the section on doll
13  reenactment, it says that "At the request of
14  Detective O'Brien and you, a substitute bassinet was
15  used in the doll reenactment to avoid evidence
16  contamination.  The subject doll was placed by
17  Mr. Olson in a supine position."  And then it goes
18  through and describes that "Mrs. Courkamp then placed
19  the subject doll in a semi-left lateral, semiprone
20  position.  Photographs and measurements were taken,
21  and then Mrs. Courkamp stated that the subject's
22  mouth -- Z███'s mouth was not obstructed by the
23  cushion of the bassinet.  Mr. Olson stated that he
24  believed his daughter unfastened the seat belt
25  sometime through the night.  Kathleen seemed to be

Page 117

1  under the impression the seat belt was not used when
2  the baby was placed at 0140 hours."  Do you see that?
3      A.  Um-hmm.
4      Q.  So either way, the parents confirm here
5  that the seat belt was unbuckled when the baby was
6  found?
7      A.  Correct.
8         MS. SCHRINER:  Form, foundation.
9  BY MS. LOVETT:
10     Q.  According to this statement, Mr. Olson
11  thinks the baby did it herself -- maybe did it
12  herself.  Ms. Courkamp seems to be under the
13  impression that the seat belt simply wasn't used.  Do
14  you see that?
15     A.  Yes.
16         MS. SCHRINER:  Form, foundation.
17  BY MS. LOVETT:
18     Q.  And either way, that's consistent with
19  the photographs that we saw in Exhibit 11 and the
20  reenactment which did not show the doll buckled,
21  correct?
22     A.  Correct.
23     Q.  All right.  So -- and I'm going to ask
24  you a question.  You said -- you said you have a kid.
25  How old is your baby?

30 (Pages 114 - 117)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 118

1    A.  17.
2    Q.  Yeah, my baby's 15 and there are a couple
3  other ones that are grown -- grown men.  Always still
4  your baby, though.  So even assuming that Z█████ was
5  buckled in that night, would you -- based on the
6  scene and what you saw, do you think or do you have
7  an opinion about whether an 8-month-old would be able
8  to unbuckle the restraint?
9        MS. SCHRINER:  Form, foundation.
10  BY MS. LOVETT:
11    Q.  You can answer, if you know.
12    A.  It -- it takes a fine motor skill.
13    Q.  Yeah.  Like a pincher kind of grasp,
14  right?
15    A.  Right.
16        MS. SCHRINER:  Form, foundation.
17    (Exhibit 13 was marked for identification.)
18  BY MS. LOVETT:
19    Q.  All right.  So Tab 13 is the infant death
20  investigation checklist, and this will be Exhibit 13
21  to your deposition.  And I think this is something
22  that we referenced earlier when we were talking about
23  the Arizona child fatality statistics, right?
24    A.  Correct.
25    Q.  This is a form you fill out in an infant

Page 119

1  death, and that's part of what goes into the Arizona
2  report, right?
3    A.  Yes.
4    Q.  And this is required by state law, true?
5    A.  Correct.
6    Q.  And did you complete this form or --
7    A.  I did.
8    Q.  Okay.  So in this case, if you just look
9  at mother or caregiver, you know, it sets out her
10  pertinent information.  Notes that she's a nonsmoker
11  and has no evidence or history of substance abuse,
12  right?
13    A.  What number are you looking at?
14    Q.  I'm looking at "Mother or Caregiver
15  #1" --
16    A.  Okay.
17    Q.  -- on page 82, the first part, right?
18    A.  Right.
19    Q.  And then where it says "Father or
20  Caregiver #2," you don't list whether or not he's a
21  smoker, has any evidence or history of substance use.
22  You marked "Unknown" because you're the one
23  completing the form, right?
24    A.  That's correct.
25    Q.  Okay.  And then we know from his

Page 120

1  interviews with the police and the evidence that
2  Mr. Olson regularly smoked marijuana and tobacco,
3  correct?
4        MS. SCHRINER:  Form.
5        THE WITNESS:  Okay.
6  BY MS. LOVETT:
7    Q.  I'm sorry, I didn't hear your answer.
8    A.  Okay.  Correct.
9    Q.  Do you know why you marked "Unknown," or
10  based on the evidence you have, do you disagree with
11  that marking now?
12        MS. SCHRINER:  Form, foundation.
13  BY MS. LOVETT:
14    Q.  You may answer.
15    A.  So at the time -- so at the time that I
16  turned this in, like, I turned this in with the
17  mother's information that I had.
18    Q.  All right.  And so fair that you didn't
19  ask?  Did you not -- or do you recall whether you
20  asked the questions about Mr. Olson?
21    A.  No, I wouldn't ask her those questions,
22  no --
23    Q.  Okay.
24    A.  -- about him.
25    Q.  Sure.  Does this -- does this report have

Page 121

1  to be updated at any time, or do you get it in as
2  quickly as you can?
3    A.  No, like, you turn it in and there's no
4  way to update it.
5    Q.  Got it.  Got it.  So if we look at page
6  83, just a few things to note here.  For example, it
7  says whether CPR was performed before EMS arrived.
8  You've got that as "Unknown," and obviously you may
9  not have known at the time that Mr. Olson was saying
10  that he had attempted chest compressions, right?
11    A.  Right.
12    Q.  And then it says here "What led someone
13  to check on the infant?"  And I -- I couldn't read
14  your writing which is very precise, but that's my
15  eyesight, I think.
16    A.  It just says morning time.  It was
17  morning.
18    Q.  Okay.  It was the morning time and they
19  -- they checked on her.  It also notes that the baby
20  was placed on her back, true?  If you look -- if you
21  look down under "Did death occur while child was
22  sleeping or in a sleeping environment?"  And you
23  write "Yes, in a bassinet," and then it says, "Child
24  put down to sleep," and then it says "on back,"
25  right?

31 (Pages 118 - 121)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 122

1    A. Yes, yes.
2    Q. And then you say child found on side by
3  mother, correct?
4    A. Correct.
5    Q. And then if we go to page --
6        THE VIDEOGRAPHER: Excuse me, I'm sorry
7  to interrupt. Is there a way you can just realign
8  your camera? I'm losing you a lot through your
9  testimony.
10       (Discussion off the record.)
11  BY MS. LOVETT:
12    Q. All right. If you'll move with me to
13  page 84 of Exhibit 13 of the infant death
14  investigation checklist, there is a note that the
15  "Infant had coughing 72 hours prior and wheezing 72
16  hours prior to death." Do you see that? It's down
17  under "Recent Medical History."
18    A. Okay.
19    Q. Okay. So you checked a number of things
20  in the negative, but the thing that you checked that
21  was positive was that Z█████ had coughing and wheezing
22  within 72 hours. And if you look above that, it
23  says, "The source of the medical information is
24  mother or primary caregiver," true?
25    A. Correct.

Page 123

1    Q. And then if we go to page 85, there is a
2  place for birth information and it says, "Were there
3  birth complications?" And, again, you're relying on
4  the mother and primary caregiver for this
5  information, true?
6    A. Correct.
7    Q. And it says here "Birth complications:
8  Yes." And you specify there was fluid in lungs; is
9  that right?
10    A. Yes.
11       (Exhibit 14 was marked for identification.)
12  BY MS. LOVETT:
13    Q. Okay. So we're going to go to Tab 14,
14  which is Exhibit 14 to the deposition, and this is
15  from the Tempe PD, also part of the overall records,
16  something that we've kind of broken out just so we
17  have the CAD hard copy that we can look at. This is
18  essentially the dispatch log, right?
19    A. Well, maybe I'm confusing this. Didn't
20  you already go through the CAD calls?
21    Q. Yes, so I did. I showed it to you as
22  part of when we were flipping through the whole chart
23  and identifying things.
24    A. Right.
25    Q. So I just had a couple of questions about

Page 124

1  this. This specifically, if you look at the officer
2  dispatch -- this shows me that you were there from --
3  it says 9:03 a.m. I think that's probably when you
4  pulled up. It's got you on scene at 9:05 to 12:38
5  p.m., right?
6    A. Okay.
7    Q. And have we discussed everything that you
8  did during this time to the best of your ability?
9    A. Yes.
10    Q. I don't want to be missing something that
11  you did. I know we've -- you've got that you did a
12  walkthrough, that you interviewed Ms. Courkamp, that
13  you conducted a search of the premises, that you
14  supervised the collection of evidence, that you
15  watched some of the photographs being taken, and that
16  you participated in the reenactment. Have I missed
17  anything?
18    A. Nope.
19       (Exhibit 15 was marked for identification.)
20  BY MS. LOVETT:
21    Q. All right. And then Exhibit 15 to your
22  deposition is the CARE 7 response unit team, which
23  we've already discussed what that is. Are you
24  technically considered a member of that team, or is
25  that a separate team?

Page 125

1    A. No, it's a separate entity.
2    Q. All right. So if we look at -- if we go
3  in here, this is the record certification on page 1.
4  If you look at page 2, there is the form that is
5  filled out. You did not fill out this form, correct?
6    A. No.
7    Q. Do you know who did?
8    A. I would imagine the CARE 7 person who
9  responded.
10    Q. Okay. Do you interact with that team or
11  did you at the time frequently?
12    A. I typically do, yes.
13    Q. Okay. And do you happen to recall who
14  the CARE 7 personnel were? It says here
15  "M. Williams." Is that somebody who you know?
16    A. Yes, um-hmm.
17    Q. Okay. Who is that?
18    A. Martha Williams.
19    Q. Okay. And she -- so when you say there's
20  CARE 7, is there -- is there -- are there other units
21  in Tempe that might have a different number like
22  CARE 4 or CARE 3 versus CARE 7?
23    A. No.
24    Q. CARE 7 --
25    A. No, the program -- the program is called

32 (Pages 122 - 125)

Detective Michelle Reyes                          August 17, 2020
In Re: Fisher-Price/Mattel

Page 126

1    CARE 7.
2        Q.  Okay.  And if we look at the note that is
3    appended there by Martha Williams, that would be
4    typical of what you would see from CARE 7, right?
5        A.  Yes.
6        Q.  Okay.  They are not there to investigate.
7    They're there to provide emotional support to the
8    family, true?
9        A.  Correct.
10       (Exhibit 16 was marked for identification.)
11   BY MS. LOVETT:
12       Q.  Okay.  So let's look at Tab 16, which
13   will be Exhibit 16 to your deposition.  This is the
14   state of Arizona death certificate for Z██ Elizabeth
15   Olson.  Have you seen this before?
16       A.  No.
17       Q.  Okay.  This is the death certificate
18   signed by, if you look down at the bottom,
19   Dr. Ferenc; is that right?
20       A.  Yes.
21       Q.  And if we look at the lines here under
22   "Immediate Cause of Death," it's noted as "Unknown,"
23   true?
24       A.  Correct.  It says, "Unknown injury.
25   Undetermined manner of death."

Page 127

1        Q.  Right.  So I'm looking at -- I'm starting
2    at 40A.
3        A.  Okay.  Oh, okay.  All right.  All right.
4    Okay.
5        Q.  Immediate cause of death is unknown,
6    right?
7        A.  Yes.
8        Q.  Is that correct?
9        A.  Yes, that's correct.
10       Q.  And under 41, "Approximate Interval" says
11   "Unknown," true?
12       A.  That's correct.
13       Q.  And then "Cause of Death Part II" under
14   49, it says "Injury:  Unknown," right?
15       A.  Correct.
16       Q.  And then if you look at 51, manner of
17   death is undetermined, correct?
18       A.  That's correct.
19       Q.  All right.  You agree that nothing here
20   says that Z██'s sleep environment or the Rock 'n
21   Play contributed to Z██'s death, right?
22       A.  That's correct.
23       Q.  And, in fact, Dr. Ferenc says here in
24   this official state record that he doesn't know what
25   caused her death after a thorough autopsy, right?

Page 128

1        MS. SCHRINER:  Form and foundation.
2        THE WITNESS:  Correct.
3    BY MS. LOVETT:
4        Q.  Have you -- you have -- told us
5    before that you have witnessed autopsies in the past,
6    true?
7        A.  Yes.
8        Q.  And I understand that you're not a
9    medical professional, but from your observation with
10   Dr. -- and from your observation from the perspective
11   of being a seasoned homicide detective, was
12   Dr. Ferenc's autopsy of Z██, his forensic
13   examination in any way less thorough than others that
14   you've seen him do?
15       A.  No.
16       Q.  Did you see anything abnormal or short or
17   that you would have expected to see him do that he
18   did not do?
19       A.  No.
20       (Exhibit 17 was marked for identification.)
21   BY MS. LOVETT:
22       Q.  Let's look at Exhibit 17 to your
23   deposition.  These are -- I'll represent for you that
24   these are pediatric records that are Z██'s records.
25   Have you seen these before?

Page 129

1        A.  No.
2        Q.  All right.  So I just want to look at a
3    couple of things that go to Z██'s development at the
4    time, and we know from her mom's interview with you
5    that she was 8 and a half months old at the time of
6    her death.  If we look at page 33 of these records --
7    and these are records maintained by Dr. Cleary who
8    was Z██'s pediatrician -- and it may take a moment
9    for you to orient, but you see where there are
10   certain developmental -- developmental findings of
11   Z██?
12       A.  Right.
13       Q.  All right.  So by February 14th of 2014,
14   which is the date of this report, Dr. Cleary notes
15   that Z██ has started rolling from front to back.  Do
16   you see that?
17       A.  Yes.
18       Q.  And then if we go to page 33, also you'll
19   see -- this is again from April of 2014 -- that Z██
20   has started to roll over, right?
21       A.  Correct.
22       Q.  And that's consistent with what happened
23   with Z██.  We know from the reenactment and from
24   your investigation that Z██ rolled over in the
25   bassinet, true?

33 (Pages 126 - 129)

Detective Michelle Reyes                August 17, 2020
In Re: Fisher-Price/Mattel

Page 130

1    A.  True.
2    Q.  So as we sit here today, you are not
3  critical of Mattel, right?
4    A.  No.
5    Q.  You are not critical of Fisher-Price,
6  correct?
7    A.  No.
8    Q.  You're not critical of any Mattel or
9  Fisher-Price employees, are you?
10   A.  No.
11   Q.  You have no reason to disagree that
12 Mattel or Fisher-Price is a good company, do you?
13       MS. SCHRINER:  Form, foundation.
14       THE WITNESS:  I have no opinion.
15 BY MS. LOVETT:
16   Q.  Okay.  Nor do you have any opinion about
17 whether or not they're concerned about safety, true?
18       MS. SCHRINER:  Form, foundation.
19       THE WITNESS:  No opinion.
20 BY MS. LOVETT:
21   Q.  And you are not critical of the -- you
22 told us already you're not critical of the product
23 itself, the Rock 'n Play, true?
24   A.  Correct.
25       MS. SCHRINER:  Form and foundation.

Page 131

1  BY MS. LOVETT:
2    Q.  And you do not have any criticisms of the
3  warnings or labeling, do you?
4        MS. SCHRINER:  Form and foundation.
5        THE WITNESS:  No.
6  BY MS. LOVETT:
7    Q.  And it is not your opinion that the Rock
8  'n Play caused or contributed to Z███'s death, right?
9        MS. SCHRINER:  Form, foundation.
10       THE WITNESS:  Her death was ruled
11 undetermined.
12 BY MS. LOVETT:
13   Q.  Right.  And so if you thought that the
14 product itself contributed to Z███'s death, you would
15 have put that in your report, true?
16       MS. SCHRINER:  Form, foundation.
17       THE WITNESS:  No, no, because that's an
18 opinion.
19 BY MS. LOVETT:
20   Q.  Right.  So you don't have an opinion that
21 the Rock 'n Play caused --
22   A.  Right, that's correct.  I have no
23 opinion.
24   Q.  Great.  And you will not come to trial,
25 for example -- and these are questions that I have to

Page 132

1  ask.  Sorry.  They sound predictable, but these are
2  questions that I have to ask.  That you will not come
3  to trial and give testimony that you believe that
4  Mattel or Fisher-Price caused or contributed to
5  Z███'s death in any way, correct?
6    A.  That's correct.
7    Q.  So these are some questions that are a
8  little bit -- that are going to be -- that are going
9  to sound silly to you, but --
10   A.  Okay.
11   Q.  -- these are basically foundation
12 questions just to get a few things out of the way.
13 Obviously you're not a medical doctor or a
14 pediatrician, right?
15   A.  Correct.
16   Q.  And you have no respect -- you have no
17 experience in regulatory work related to infant or
18 consumer products, true?
19   A.  Correct.
20   Q.  And you never tested the Rock 'n Play at
21 issue in this case?  You never performed any sort of
22 independent testing on that product, did you?
23   A.  No.
24   Q.  Never reviewed the testing of the results
25 about -- or any results that anybody may have done on

Page 133

1  the Rock 'n Play, correct?
2    A.  No.
3    Q.  What you do know and what you are sure of
4  from your investigation is that Z███ Olson, who was
5  eight and a half months old, very tragically rolled
6  over in her sleep and passed away on June 19, 2014?
7    A.  Correct.
8        MS. LOVETT:  That's all I have for you,
9  Detective Reyes.  I really appreciate your patience
10 in dealing with this format, and I will pass the
11 witness.
12       MS. SCHRINER:  Thank you.  Does anyone
13 need a break before we go on?  I know we took one not
14 too long ago.  Everybody good?  Okay.
15       MS. LOVETT:  Yeah, as long as the witness
16 is good.
17       MS. SCHRINER:  Okay.
18       MS. LOVETT:  As long as Detective Reyes
19 is good.
20      (Discussion off the record.)
21          EXAMINATION
22 BY MS. SCHRINER:
23   Q.  All right.  So I'm going to jump around a
24 little bit because I'm just kind of filling in, you
25 know, some spots here and there that you were asked

34 (Pages 130 - 133)

Detective Michelle Reyes                                      August 17, 2020
In Re: Fisher-Price/Mattel

Page 134

1 by -- by prior counsel. First of all, have you heard
2 -- since investigating Z███'s death, have you heard
3 anything on the news or anything about the Rock 'n
4 Play or recall of the Fisher-Price Rock 'n Play?
5          MS. LOVETT: Objection. Form.
6          THE WITNESS: I don't know about that
7 one. I know I had another infant death -- and I
8 can't recall which that one was -- involving
9 something similar which made me think of this one,
10 but no, I don't know.
11 BY MS. SCHRINER:
12     Q. Have you heard anything about inclined
13 sleepers?
14     A. No.
15     Q. Has anyone from the Consumer Product
16 Safety Commission contacted you about this case?
17     A. No.
18     Q. One of your jobs in investigating this
19 type of case is determine whether or not there's foul
20 play; is that true?
21     A. That's correct.
22     Q. In this case, did you make a
23 determination that there was no foul play?
24     A. We look at evidence, evidence at the
25 residence, evidence on her body. We didn't -- we

Page 135

1 didn't find anything that would suggest that, no.
2     Q. I just want to turn to your -- to the
3 police report, and I'm just going to use Exhibit 5
4 rather than going back and forth.
5     A. Okay.
6     Q. So let's just go to -- I think it's -- it
7 should be at the very beginning, Bates No. 33.
8     A. Okay.
9     Q. Okay. So this part was filled out by
10 you, correct?
11     A. Yes. Well, no, not all of it. So what
12 it does is it compiles everybody -- like, everybody
13 can add to it or take away.
14     Q. Okay. So it has your name at the top,
15 but any of the investigating officers or detectives
16 could add -- could have added to it?
17     A. The related persons, yes, not the top
18 portion.
19     Q. Okay.
20     A. I don't know if that makes sense to you.
21     Q. No, that --
22     A. Okay. Okay.
23     Q. Yeah, I was going to say that actually
24 helps clarify some of the questions that I have.
25          Subject 1 is Kevin Bailey and it says

Page 136

1 "Employer: TFD." Do you know why he's listed?
2     A. No.
3     Q. Okay.
4     A. So -- and I would imagine that probably
5 Officer Williams or Officer Labelle probably entered
6 him in because we typically don't list in Tempe fire
7 employees. What we'll do is if we need the Tempe
8 fire report, we'll request that and they're listed
9 within there, whoever responded there.
10     Q. Okay. So you don't know -- sitting here
11 today, you don't have knowledge as to why
12 Mr. Bailey's listed here?
13     A. No.
14     Q. Going down to the second one, which is
15 Andrew Olson, it has his employer as Einstein's
16 Bagels. Do you know who put that information in?
17     A. No. So kind of another issue with, like,
18 the entities and the program that we use too as well
19 is sometimes people -- like, if I entered in Andrew
20 in from a previous contact, his information will
21 already be in there, and if you don't update it, it
22 will keep that prior information.
23     Q. Okay.
24     A. So, no, I don't know who put that in.
25     Q. Okay. Let's go on to page 35, and I'm

Page 137

1 just going to ask you on this related time and date.
2 It says 1342. Do you see that for time?
3     A. What's that?
4     Q. On page 35 it has under "Related Time and
5 Date" -- and then for time it looks like it says
6 1342?
7     A. Correct.
8     Q. Do you know what that time refers to?
9     A. So that's the time that this section was
10 created -- that this page was created.
11     Q. Okay. Would you have been back in an
12 office to create this, or do you do that while you're
13 at the scene?
14     A. No, in an office because this one is off
15 of a desktop.
16     Q. I'm just going to go through this a
17 little bit. It says this -- kind of the second
18 sentence. "Z███ was found by her mother Kathleen
19 Lawton in the bassinet where she had been placed by
20 her father Andrew Olson. Earlier in the day at
21 approximately 140 hours on 6/19/14." And then the
22 next sentence says, "Z███ did not have any readily
23 apparent signs of trauma." That's a note that you
24 created, correct?
25     A. That's correct.

35 (Pages 134 - 137)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 138

1    Q.   And based on your memory, you didn't see
2  any -- you did not see any signs of trauma on Z███'s
3  body?
4    A.   That's correct.
5    Q.   Let's go on to page 40, and then this, as
6  we established earlier, is part of the report that
7  you yourself authored, correct?
8    A.   Yes.
9    Q.   All right.  And then I was going to ask
10 you just another thing at the very top where it says
11 "Assigned on" and there's a time "1348."
12    A.   Okay.
13    Q.   Does that mean that's what time this was
14 created, or does that indicate something else?
15    A.   Yeah, so that's probably the time that
16 this -- it's like an open system that this was
17 created just to be able to type into.
18    Q.   Okay.  And that was probably also done
19 then at your office?
20    A.   Correct, yes.
21    Q.   Or at an office.  Okay.  We have your --
22 just looking at the second paragraph, your arrival
23 time is at 9:06 -- or I'm sorry, at 9:05.  So that's
24 approximately an hour after Z███ was pronounced
25 deceased?

Page 139

1    A.   Correct.
2    Q.   She was deceased -- was called at 8:06.
3  And then you state that when you arrived on the
4  scene, there were several vehicles parked in front of
5  -- I'm sorry, several patrol vehicles parked in front
6  of the residence.  Do you recall approximately how
7  many patrol vehicles?
8    A.   I don't.  Typically it would be one
9  vehicle per officer because we don't do two-man
10 units.  So one for Officer Williams.  If Officer
11 Labelle was still there, one for him, and then
12 sometimes the sergeant will be on scene, but I don't
13 recall if they were there or not at that time.
14    Q.   Can I assume that "several" would
15 probably mean more than two?
16    A.   I'm sorry, what?
17    Q.   The word "several" that you used, can I
18 assume that would mean more than two?
19    A.   It would mean more than one.
20    Q.   Okay.  And then the CARE 7 response unit
21 had already arrived, so their van was there as well?
22    A.   Yes.
23    Q.   Okay.  And then it says, "In addition I
24 also saw several unidentified individuals sitting on
25 the porch of the front yard, coming in and out of the

Page 140

1  front door to the residence."  Did you ever determine
2  who these people were?
3    A.   I don't remember which residents, but
4  they were -- it was Andrew, his brother, and -- not
5  anybody that, like, was not unrelated that we didn't
6  speak to.
7    Q.   Okay.  So when you arrived, there had
8  been, just to sum up, several officers who were
9  already there.  The CARE 7 unit was there.  Obviously
10 the -- Andrew and Katie and possibly some family
11 members were there, and then I think you stated also
12 that TFD, the fire department, had already been
13 there, correct?
14    A.   Yes.
15    Q.   Okay.  And then when you got there, it
16 looks like -- was one of the first things that
17 happened -- I understand you did a quick walkthrough,
18 but then Officer Williams briefed you; is that true?
19    A.   That's correct.  So Officer Williams
20 would brief us first before anything else.
21    Q.   So before you spoke to Kathleen and
22 before you spoke to anybody else, you would have
23 gotten that briefing?
24    A.   Yes.
25    Q.   And Williams, anything that he told you

Page 141

1  that you thought was of importance would you have put
2  in this summary?
3    A.   Yes.
4    Q.   And then just kind of looking at the
5  third paragraph on this page -- I'm going to start
6  almost at the bottom where it says, "Kathleen
7  indicated she had kissed the decedent good night at
8  approximately 140 hours and then did not attempt to
9  pick up the decedent until 800 hours.  When Kathleen
10 woke up and checked on the decedent, she was cold to
11 the touch.  Kathleen then called 911 for emergency
12 assistance."
13        If she had told you anything else about
14 the position of the baby that you thought was
15 important, you would have noted that here?
16        MS. LOVETT:  Objection.  Form.
17        THE WITNESS:  Typically, yes, but this is
18 -- so this is just like an initial briefing.
19 BY MS. SCHRINER:
20    Q.   Okay.
21    A.   Stuff they give us.
22    Q.   But if he would have told you something
23 that you thought was important about the position of
24 Z███ when found, you would have noted it here?
25        MS. LOVETT:  Object to the form.

36 (Pages 138 - 141)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 142

1    THE WITNESS: Sometimes. I mean, like,
2  not -- not necessarily -- it may have been something
3  that, like, I would have confirmed with him later,
4  but the more -- I guess the more pertinent thing to
5  mention here was that where she was located, what
6  time she was located, what time 911 was called. So
7  this is kind of very basic information that they give
8  to us kind of in a way to start the investigation.
9  BY MS. SCHRINER:
10    Q. Okay. And then the next part just talks
11  a little bit about what we had already talked about,
12  that the fire department had arrived on scene and
13  pronounced the decedent. You were also notified that
14  that prior to police arrival, that it was the fire
15  department who had wrapped her in a blanket and
16  placed her back in the bassinet. Did you learn that,
17  you believe, from Officer Williams as well?
18    A. Yes.
19    Q. Okay. And then we get to the bottom and
20  that's where you then spoke directly with Kathleen
21  Courkamp.
22    A. Correct.
23    Q. Okay. And the information that Kathleen
24  told you -- and I'm just going to kind of talk about,
25  you know, some of them. She confirmed to you that

Page 143

1  Z███ had not been fussy that day?
2    A. Correct.
3    Q. She told you that -- actually, going to
4  the third paragraph is where we're going to talk a
5  little about the temperature. "Kathleen indicated
6  the air conditioner for the residence had gone out
7  the night prior so they only had a small-size
8  electrical -- electrically powered AC unit in the
9  bedroom as an accommodation. For that reason,
10  Kathleen left the decedent in her summer dress and
11  did not put a blanket on her while she slept."
12    So Kathleen confirmed to you that Z███
13  was placed to sleep without a blanket, correct?
14    A. Yes.
15    Q. Okay. Going down to the -- let's see,
16  one, two, three -- fourth full paragraph is when you
17  asked her about Z███'s medical history, and Kathleen
18  told you that she had not had any health issues and
19  had not been born premature, correct?
20    A. Correct.
21    Q. That she had all her regularly scheduled
22  doctor visits and was developing normally, and that's
23  what Kathleen told you?
24    A. Yes.
25    Q. And she also told you that the decedent

Page 144

1  had not recently been ill or recently suffered from
2  any injuries, falls, or accidents?
3    A. Correct.
4    Q. What was Kathleen's demeanor when you
5  were talking to her?
6    A. She was upset. I mean, people react
7  differently to a death, but she was upset.
8    Q. Okay. Did you find, though, that she was
9  able to answer your questions clearly?
10    A. Yeah, I mean, it goes through, like,
11  periods of sometimes we'd have to take a minute and
12  stuff, but yes, she did answer my questions.
13    Q. Going down, then you say, "Kathleen had
14  no further information," and then the next paragraph
15  talks about "Shortly after speaking with Kathleen,
16  investigators from the office of the medical examiner
17  arrived along with Tempe Forensic Technician
18  Somershoe. It should be noted that Detective O'Brien
19  contacted the office of the medical examiner to
20  provide them with the initial investigatory details
21  of the incident and had since been investigating the
22  scene. Detective O'Brien also initially observed the
23  decedent's physical state."
24    Do you know what "initially observed" --
25  what you meant by that?

Page 145

1    A. So we don't do any kind of manipulation
2  or anything with any of the corpses. Initial
3  observations would be like something -- like what we
4  can readily see. Is there lividity? Is there rigor?
5  Is there, like, blunt-force trauma that we can
6  readily see those? Those would be initial
7  observations. How was the baby in the bassinet?
8  Like the blanket over her, that would be an initial
9  observation.
10    Q. That's not to mean at the time of death.
11  It's meant to be when he initially arrived. Is that
12  your understanding?
13    A. Correct, yes.
14    Q. Okay. Turning to the next page, on 42,
15  you stated that you did participate in the doll
16  reenactment, correct?
17    A. Correct.
18    Q. Correct. Do you have an independent
19  memory of the doll reenactment?
20    A. No.
21    Q. You did use a different Rock 'n Play,
22  though, than the one that Z███ died in. Why did you
23  do that?
24    A. Well, for one, for like the -- the
25  summary on the OME report for evidence examination.

37 (Pages 142 - 145)

Detective Michelle Reyes                     August 17, 2020
In Re: Fisher-Price/Mattel

Page 146

1  So sometimes because we don't see, like, the big
2  trauma on the outside of a body doesn't necessarily
3  mean that there's not trauma inside that we can't
4  see.  So at the time when we're doing the
5  investigation at the scene, we don't know what
6  somebody's -- I mean, for lack of better words, what
7  somebody's insides are going to show.  So we have to
8  treat things such as that they are a homicide.  So we
9  wouldn't want any type of evidence contamination.
10  Like the doll that they used, it brings -- people are
11  touching it.  People are manipulating it.  It brings
12  its own DNA with it.  So if they had in some type of
13  homicide, then we're contaminating that.  And they
14  also had the same type of Rock 'n Play in the kitchen
15  area.  So -- and it was the same measurements, so
16  that's why we decided to do that.
17      Q.  Do you recall seeing a stain on the -- on
18  the Rock 'n Play that Z█████ passed away in?
19      A.  I want to say that there was purge coming
20  from, like, her mouth or -- well, yes, I recall
21  seeing a stain.
22      Q.  Okay.  And the Rock 'n Play that you used
23  for the reenactment, you established it had the same
24  measurements, but do you recall there being a monkey
25  cushion or a monkey space in the one that you did the

Page 147

1  doll reenactment in?
2      A.  Right.
3      Q.  There was an extra cushion in the one
4  that was used for the doll reenactment?
5      A.  Right.  I don't -- I don't recall
6  exactly.  I'd have to look at the photo of the other
7  one that we took, but I think the other one was just,
8  like, pink, I think.
9      Q.  And we can definitely -- we'll look at
10  the photos in just a second.  Do you know what size
11  the doll was that was used?
12      A.  No.
13      Q.  Do you have any knowledge as to if it was
14  the same length, weight, or anything similar to Z████?
15      A.  No, I don't.
16      Q.  In your description of the doll
17  reenactment, you do describe that Andrew placed the
18  mannequin faceup in the bassinet and then buckled the
19  mannequin in with the single-strap fastening device
20  that was attached to the bassinet as part of the
21  manufacturing -- manufacturer's product.  That's a
22  pretty descript sentence.  Do you know where you
23  would have gotten that information from?
24      A.  No, I mean, I would imagine there would
25  be a picture of it, but if not -- I mean, it's not

Page 148

1  something I would just make up, and we didn't -- we
2  didn't have -- now we would have a body-worn camera
3  at that time, but at that time we didn't.  So, I
4  mean, if that's in my report, I would have to say
5  that that's what I saw, but I -- I don't know.
6      Q.  And that's a perfectly acceptable answer.
7  So is it fair to say that you don't know why the
8  report described something different than the photos?
9      A.  Correct.
10      Q.  Okay.  So when the mannequin was placed
11  in the found position, it was your impression that
12  she was placed with her tummy facing down and her --
13  I'm going to read directly -- "with her face towards
14  the bottom of the bassinet"?
15      A.  Correct.
16      Q.  Okay.  And then it says, again, "The
17  mannequin was still buckled in at this point as
18  well."  So is this another one where you're not sure
19  why your description and report differs from the
20  photos?
21      A.  Yeah, I don't know.
22      Q.  But you try your best to make sure that
23  the details in your report are correct when you write
24  them?
25      A.  Correct, yes.

Page 149

1      Q.  Moving on to the paragraph that starts
2  6/20/14 -- it's just a little bit down -- talking
3  about your visit to the medical examiner's office.
4      A.  Um-hmm.
5      Q.  So you described that when you watch the
6  autopsies, you're usually behind the glass; is that
7  right?
8      A.  Yes, that's correct.
9      Q.  You're not actually participating in the
10  actual autopsy?
11      A.  No, no, no.
12      Q.  And if the medical examiner has questions
13  for you, will they call you in or will they go out
14  there to ask you a question?
15      A.  No, they have a little window that you
16  kind of turn it and it pops and so they'll ask you
17  the question through there.
18      Q.  Okay.  Do you recall -- do you have any
19  independent recollection of Dr. Ferenc asking you any
20  follow-ups or details about the investigation?
21      A.  No, I don't -- I don't think he did.  I
22  don't -- no, I don't have any independent
23  recollection.  If it was something significant, most
24  times I recall that.
25      Q.  He did tell you, though, that he did not

38 (Pages 146 - 149)

Detective Michelle Reyes                          August 17, 2020
In Re: Fisher-Price/Mattel

Page 150

1  find any injuries or trauma on the decedent and the
2  investigation would remain ongoing.  Do you recall
3  him relaying that information to you?
4      A.  Yes, that's correct because when they're
5  done, they'll come out and they'll tell you their
6  findings -- or their initial findings.  I'm sorry.
7      Q.  There is mention that you provided him
8  with the checklist.  Do you know if it was the
9  portion of the checklist that you had completed, or
10 was there also an additional checklist that maybe
11 somebody else had worked on as well?
12     A.  No, I would be the only one that
13 completed a checklist.
14     Q.  Okay.  And moving on to 43.  So I think
15 you were asked if these were items that were taken
16 from the scene, but looking at these items, these
17 seem to me to be the items that were actually
18 delivered with Z████'s body to the ME.  Is that how
19 you interpret this?
20     A.  Well, yes, they were transported with
21 her, and I guess the scene is kind of the scene of
22 the medical examiner.
23     Q.  Okay.  But so the pink color of the
24 earrings, the navy shirt, those are things that were
25 actually on Z████ s body?

Page 151

1      A.  Correct, yes.
2      Q.  As well as the shorts?
3      A.  Correct.
4      Q.  And then at the bottom it says, "It
5  should also be noted I checked with DPS for any
6  history concerning the involved parties.  Met with
7  negative results."  So what does that mean?
8      A.  So it was CPS at the time, Child
9  Protective Services.  So anytime with an infant death
10 or any type of child death, we check to see if
11 there's any history, maybe possible abuse or anything
12 of that sort, and there was no documented cases open
13 or pending with them.
14     Q.  Okay.  So let's just talk just a little bit
15 about the checklist just because we're there right
16 now, and I am not sure -- well, I think that's No. 13
17 -- Exhibit 13.
18     A.  Yes.
19     Q.  So is this your handwriting on this
20 checklist?
21     A.  Yes.
22     Q.  All right.  Did Katie at any point fill
23 out any of this -- Ms. Courkamp?
24     A.  No.
25     Q.  So I'm just going to go down all the way

Page 152

1  to "Caregivers at the Time of Death."  Under No. 4 it
2  says, "Caregivers' employment status."  Do you see
3  that?  It's on the very first page.  It's like a
4  heading that says "Caregivers at Time of Death
5  Information."
6      A.  Caregiver at time of death.  Okay.
7      Q.  Information.  Yeah.  And then there's a
8  1, 2, 3, 4, 5, 6.
9      A.  Oh, okay, okay.
10     Q.  So No. 4 asks about employment status.
11 Do you see that?
12     A.  Yes.
13     Q.  And No. 1 says "Employed," and I believe
14 No. 1 is meant to be Katie Courkamp?
15     A.  Right.
16     Q.  And then No. 2, which would be Andrew,
17 nothing is checked.  So we saw at the beginning that
18 he's listed as working at Einstein's.  Do you know
19 why that wouldn't be checked here?
20     A.  So I didn't know -- again, I don't know
21 whether he was employed or not at Einstein's and
22 whether or not that was information that was
23 prefilled already in that entity form.  I'm not sure,
24 but at the time that I filled this out, I didn't know
25 whether he was employed or not.  I should have

Page 153

1  checked "Unknown."
2      Q.  If Detective Akey interviewed Andrew and
3  describes that he also began working on an infant
4  death checklist, do you think that that is this?
5      A.  No.  There's only one infant death
6  checklist per investigation.
7      Q.  And you would agree that a lot of the
8  information for Andrew here is not checked?
9      A.  That's correct, yes.
10     Q.  For example, No. 6, "Caregivers have
11 child with prior death?"  And for No. 1 it's "No" and
12 No. 2, nothing's checked for Andrew?
13     A.  That's correct.
14     Q.  So you would have filled this out, I
15 guess, based on only the information that you had
16 been given directly by Katie?
17     A.  Yes.
18     Q.  Turning to the next page, which would be
19 83, we talked about the CPR.  You didn't know at the
20 time whether or not CPR had been performed?
21     A.  Correct.
22     Q.  But did you ask Katie that?
23     A.  I don't remember.
24     Q.  Okay.  And then looking at the next one
25 where it describes "Child's appearance when found."

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 154

1  So, again, these check marks would have been done by
2  you, right?
3      A.  That's correct.
4      Q.  So for "Yes" you have "Discoloration
5  around face and mouth -- face, nose, and mouth." You
6  typed "Yes."  Was that based on your -- I guess you
7  viewing Z█████ personally?
8      A.  Yes.
9      Q.  Okay.  And then rigor mortis, you also
10 have checked "Yes," and then there's one "Pressure
11 mark heel area and blanching" and you also checked
12 "Yes."  Do you recall where you saw pressure marks on
13 Z███?
14     A.  I'd have to -- no, I'd have to look at
15 the photos.
16     Q.  And then the next one, it says "Rash or
17 Cachexia" -- I always say that wrong -- and you
18 checked "Yes."  Do you know if it was a rash you saw
19 or if it was cachexia, however you say it?
20     A.  I don't know.
21     Q.  Okay.  But you saw no marks on the body,
22 including bruises or scratches, correct?
23     A.  Correct.
24     Q.  And then you did conclude that Z████ had
25 been moved prior to the police arriving?

Page 155

1      A.  Yes.
2      Q.  You did mark that down a little bit
3  further.  It says, "What did the child feel like when
4  found?"  And you had "Cool to the touch" marked.
5  Would that information have come from Katie?
6      A.  I'm sorry, what's that?
7      Q.  Yeah.  You have "What did the child feel
8  like when found?"  And the only thing you have marked
9  is "Cool to the touch."
10     A.  Oh, okay.  Yes.
11     Q.  That would have come from Katie?
12     A.  No, I mean, I probably did touch her.
13     Q.  Okay.  So some of this --
14     A.  Not manipulate, but like a -- I don't
15 know.  I can't show you, like, on a video.
16     Q.  Just touching?
17     A.  Yeah.
18     Q.  So some of this information might have
19 been a mixture of your personal observations, and
20 some of it might have been a mixture of what Katie
21 told you?
22     A.  No, those boxes are my observations.
23     Q.  Okay.  Thank you for clarifying that.
24 And then so your observation, Z████ was not sweaty,
25 she was not warm to the touch, none of these other

Page 156

1  things you checked, correct?
2      A.  Correct.
3      Q.  Okay.  When asked did the death occur in
4  a sleeping environment, I notice that you have
5  "Bassinet" checked.  There wasn't anything checked
6  for -- for an incline sleeping device, correct?  That
7  wasn't an option?
8      A.  No.
9      Q.  So the only options were either crib,
10 bassinet, or then it goes into adult bed or playpen
11 and those types of things?
12     A.  Right.
13     Q.  And a bassinet was the closest you could
14 think of to check; is that right?
15     A.  Right.  I thought that was -- they come
16 up with so many names for things.  Yeah, I thought
17 that kind of fit the best.
18     Q.  Okay.  Turning to the next page, on 84,
19 you confirmed -- going down to the middle -- that no
20 new food was introduced, and that was, I guess,
21 probably from an interview with Katie?
22     A.  Yes.
23     Q.  Okay.  And then going down to "Recent
24 Medical History," you described to Ms. Lovett that
25 there was, in the past 72 hours, cough or wheezing.

Page 157

1  That's checked.
2      A.  Correct.
3      Q.  Do you have a memory sitting here today
4  where that information came from that led you to
5  check that box?
6      A.  It would come from Kathleen.
7      Q.  And if you would recall in your interview
8  with her that we just went over, you asked her if the
9  baby had any recent illnesses and she said, "No."  So
10 you think you maybe interviewed her a second time?
11     A.  No.  So sometimes I -- I don't put --
12 like, if the baby had a cough, like, within the past
13 72 hours and she said no recent illnesses, that's
14 kind of, like, open to interpretation on what, like,
15 the parent is -- like, a parent might think, like, an
16 illness is some sort of disease.  So I put down what
17 she said.  Like, she said she didn't have any recent
18 illness, but then I'll leave it checked "Yes" on this
19 infant checklist, if that makes sense.
20     Q.  It does.  Do you have an independent
21 memory at all, though, of what specifically Katie
22 said that led you to check that box?
23     A.  So when we're going through this
24 checklist, what I will do is I will read to her "In
25 the 72 hours prior to her death," I go, "did Z███

40 (Pages 154 - 157)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 158

1   have" -- and I'll just read down this list and I will
2   check the box whether they said yes, no, or they
3   don't know.
4        Q.  So you would have read exactly the list
5   as written?
6        A.  Correct.
7        Q.  Okay.  And then down a little bit more,
8   it says, "In the 72 hours prior to death, was the
9   child injured or did they have any other condition
10  not mentioned?"  And you marked "No," and that would
11  have been based on what Katie told you?
12       A.  Right.
13       Q.  And then you confirmed that the child was
14  -- was up to date on her vaccinations, did not have
15  -- or I'm sorry.
16            (Brief interruption.)
17            (Discussion off the record.)
18  BY MS. SCHRINER:
19       Q.  In the next check box it says, "In the 72
20  hours prior to death, did the child receive any
21  vaccinations, medication, or exposure to any
22  chemicals?"  The answer again is "No"?
23       A.  Correct.
24       Q.  And that was based on what she told you?
25       A.  Yes.

Page 159

1        Q.  And then this question, "Any recent visit
2   to a medical provider?"  And, again, the answer is
3   "No."  And same question.  That would have been on --
4   based on what Katie told you?
5        A.  Correct.
6        Q.  Okay.  Going to the final page, which is
7   85.  Up at the top it looks like you were told, I'm
8   assuming, by Katie that Z▇▇▇ had no birth defects,
9   correct?
10       A.  Correct.
11       Q.  All right.  There was no family history
12  of genetic or inheritable diseases, or at least
13  that's --
14       A.  Correct.
15       Q.  -- that were told to you.  Under "Birth
16  Complications" where you talk about just a little bit
17  fluid in the lungs, do you think it's Katie who gave
18  you that information?
19       A.  Yes, I wouldn't have any other source for
20  that information because I didn't get the medical
21  records and I wouldn't have had them at that time.
22       Q.  Going down to the "Property Seized," the
23  same documentation part, see if there's anything we
24  haven't talked about.  You just confirmed that,
25  again, there was no open CPS case.  The child was

Page 160

1   never placed outside of the home prior to death, and
2   you confirmed both of those were negative, correct?
3        A.  Correct.
4        Q.  Okay.  I think it does mention that a
5   crib was not seized, but, in fact, you guys -- the
6   police did take the bassinet, though, right?
7        A.  Well, yes, we took it, but I would put no
8   on the crib because no, we didn't take a crib.
9        Q.  Okay.  So there just wasn't an option for
10  the bassinet?
11       A.  Correct.
12       Q.  Okay.  Let's go back to the police
13  report.  We'll just finish that up.  I think let me
14  ask you about 53.  I think that's what we had
15  actually finished off, so we can go ahead to 68.
16       A.  Okay.
17       Q.  Just briefly under "Articles from" -- at
18  the bottom where it says "Infant Checklist" and then
19  "CD from ME," did the police department make the
20  photographs from the medical examiner's examination
21  and scene part of the official investigation?
22       A.  Like, do we do -- do we release that with
23  our report?
24       Q.  Well, yeah.  I'm just wondering why the
25  police department had the CD from the ME, I guess,

Page 161

1   should be a better question.
2        A.  Yes, that's standard procedure.  We get
3   the CD from the ME.  They take their own photos at
4   the autopsy, so those are photos in addition to our
5   photos.
6        Q.  And you include those then as part of
7   your overall file?
8        A.  That's correct.
9        Q.  Okay.  Let's take a quick look at the --
10  I'm just going to stay on this page instead of
11  sticking to -- instead of going back to the
12  independent CAD calls.  So that starts on 71 -- is
13  that CAD report.
14       A.  Okay.
15       Q.  Just looking at all of these people that
16  are listed -- so we have Torin Williams, Kevin Allen,
17  Mark Labelle, Michelle Reyes, Ricardo Vasquez, Alan
18  Akey, Laura Somershoe -- do you know if all of these
19  people actually arrived on scene?
20       A.  So, like, the Kevin Allen you mentioned,
21  that's the dispatcher because how it says "At Con04,"
22  that means that they're sitting at Station 4 -- is a
23  dispatch station and he's the one that entered in
24  that "David 404" to the supplement.  That doesn't
25  mean that he responded to the scene.

41 (Pages 158 - 161)

Detective Michelle Reyes                                    August 17, 2020
In Re: Fisher-Price/Mattel

Page 162

1    Q.  Okay.  And what about some of the other
2    ones we haven't talked about?  What about if you know
3    Ricardo Vasquez?
4    A.  He was a patrol sergeant at the time, so
5    he would have probably responded to the scene.
6    Q.  Do you have an independent memory of
7    talking to him there?
8    A.  No, and it looks like he cleared at about
9    9:28.  So he left almost shortly after we got there.
10   Q.  Okay.  We can finish with the police
11   report for now and let's actually look at some of the
12   scene photos.  And I'm trying to remember -- I think
13   these were marked as Exhibit 6 for you.
14   A.  Okay.
15   Q.  And, actually, looking at the beginning
16   of the photos, they start with -- at least mine start
17   with number 86.  Do yours start with 86?
18   A.  Yes.
19   Q.  Okay.  And that says "Maricopa County
20   Medical Examiner."  Is it your understanding that
21   these are the medical examiner photos?
22   A.  Yes there.
23   Q.  Are you able to tell me when the medical
24   examiner photos stopped and yours start?
25   A.  Without looking at, like, the actual CD

Page 163

1    itself, no, because you guys have it labeled a
2    different way.  Because the medical examiner will
3    take their own scene photos as well which look very
4    similar to our scene photos, so -- so no.
5    Q.  Okay.
6    A.  I mean, I can only tell you where the --
7    I guess the ones of her body, where those end, but
8    not of the scene's photos.
9    Q.  But you would have included these photos
10   in your overall file, though?
11   A.  Yes.
12   Q.  Okay.  So let me take you to 103, and
13   you'll see it's -- Baby Z██'s head is in it, but
14   then you'll also see a nightstand?
15   A.  Um-hmm.
16   Q.  Are the drawers of the nightstand closed
17   in this photo?
18   A.  Yes.
19   Q.  Okay.  And do you recall, when you first
20   showed up, if the drawers of the nightstand were
21   closed?
22   A.  So we -- I don't know, but we take
23   overall photos before anything is manipulated.  So if
24   this was one of the overall photos, it would show
25   whether or not it was closed or open.

Page 164

1    Q.  Okay.  And looking at -- I'm going to
2    take you to -- looks like 140 and 141.  So you should
3    have in front of you photos of a pink Rock 'n Play?
4    A.  Correct.
5    Q.  Is this the Rock 'n Play that Z██ was
6    found in, based on your recollection?
7    A.  Yes.
8    Q.  And you'll notice that there seems to be
9    a dark discoloration towards the back of the Rock 'n
10   Play.  Do you recall seeing this stain when you were
11   there?
12   A.  Yes.
13   Q.  If you look at 155.
14   A.  Okay.
15   Q.  So from this angle, Z██'s face is not --
16   or I'm sorry, the doll's face is not visible,
17   correct?
18   A.  Correct.
19   Q.  Do you recall seeing this photo in the
20   group of photos of the reenactment that you looked at
21   earlier with defense counsel?
22   A.  I think it was there.
23   Q.  We can go ahead and look at those, but in
24   any event, you know, we'll maybe do that at the end
25   if we have some time, but in this photo, at least,

Page 165

1    you cannot see the doll's face?
2    A.  That's correct.
3    Q.  And looking at this Rock 'n Play that the
4    doll is placed in, there's that monkey face that we
5    were talking about earlier, correct?
6    A.  Right.
7    Q.  And going back to the prior pictures we
8    just looked at, there's no monkey face in the Rock 'n
9    Play that Z██ was found in?
10   A.  That's correct.
11   Q.  And this monkey face actually appears to
12   be a cushion.  It's not just drawn on.  Is that how
13   you see it?
14   A.  Yes.
15   Q.  And you did confirm that you have not
16   listened to any of the interviews --
17   A.  That's correct.
18   Q.  -- of anybody, I guess, right?
19   A.  That's correct.
20   Q.  Okay.  So if I were to ask you anything
21   about what any of those witnesses said, you couldn't
22   verify any of that information, true?
23       MS. LOVETT:  Objection.  Form.
24       THE WITNESS:  Other than what's in the
25   report -- report, no.

42 (Pages 162 - 165)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 166

BY MS. SCHRINER:
1
2     Q.  Okay.  I'm going to just skip around a
3  little bit.  You talked about at the beginning that
4  you graduated in '98, which I actually did as well.
5  We're probably the exact same age and went to ASU at
6  the exact same time.  We might have crossed paths,
7  but you said you had a degree in bioengineering?
8     A.  That's correct.
9     Q.  What is bioengineering, for people who
10 don't know?
11    A.  Well, I had a -- you -- you -- it can
12 emphasize on different things.  So I had a degree in
13 bioengineering with a chemical emphasis.  It's
14 anything that works with your body.  So it's
15 engineering emphasized with anything that works --
16 can work with your body.  So I guess I could have
17 gone into something manufacturing chemicals or even
18 like the prosthetics that you use, developing
19 materials that are compatible with your biological
20 materials.
21    Q.  Did you have a minor?
22    A.  No.  So just that, the chemical emphasis.
23    Q.  You were asked some questions about
24 Exhibit 3, and I think it was actually 2 and 3 -- I'm
25 sorry, 3 and 4, which is the Arizona child fatality.

Page 167

1  We'll start with No. 3, the Arizona Child Fatality
2  Review Program document.
3     A.  Um-hmm.
4     Q.  First of all, did you prepare any part of
5  this report?
6     A.  No.
7     Q.  Did you review any of the data that went
8  into this report for accuracy?
9     A.  No.
10    Q.  Have you spoken with any of the authors
11 of this report about this report?
12    A.  No.
13    Q.  So is it fair to say that in terms of the
14 accuracy of this report and the figures or
15 percentages in it, that that would be something
16 outside of your knowledge?
17    A.  That's correct.
18    Q.  Okay.  Turning to page 31 on Exhibit 3,
19 you were asked a little bit about SUID death, which
20 is sudden unexplained infant death, and I'm going to
21 read this entire sentence -- or this entire part.  It
22 says, "SUID is defined as the death of a healthy
23 infant who is not initially found to have any
24 underlying medical condition that could have caused
25 their death.  It includes deaths that might have been

Page 168

1  previously categorized as crib deaths if the death
2  occurred during sleep, but not all these deaths are
3  sleep-related.  Many SUIDs are due to suffocation and
4  unsafe sleep environments."
5         Is that in line with your knowledge of
6  SUID deaths, that they can include suffocation?
7     A.  Correct.
8     Q.  And the same question as Exhibit 4, which
9  is the child fatality review, CFR, report for
10 Maricopa County.  Again, did you participate in any
11 way in drafting this?
12    A.  No.
13    Q.  Did you review it for accuracy?
14    A.  No.
15    Q.  Would you have any personal knowledge
16 about the accuracy of the information in it?
17    A.  No.
18    Q.  Okay.  And you didn't rely on either of
19 these documents in drafting your police report?
20    A.  No.
21    Q.  You were asked a lot of questions about
22 the scene and the home that Z█ was found in.  Based
23 on your knowledge, do you know if the location where
24 Z█ died was her primary residence?
25    A.  They were going back and forth between

Page 169

1  that residence and the apartment in Glendale.
2     Q.  Do you know if Katie told you where Z█
3  spent most of her time?
4     A.  No.
5     Q.  You were asked a lot of questions about
6  marijuana and about its uses and different questions
7  about whether or not something about knee pain would
8  be appropriate.  Do you have any, I guess, knowledge
9  about whether or not tinnitus or joint inflammation
10 would be an appropriate diagnosis for medical
11 marijuana, or is that beyond your purview of
12 information you would feel comfortable testifying
13 about?
14    A.  That would be beyond the scope of my
15 knowledge.
16    Q.  Okay.  So you haven't studied whether or
17 not medical marijuana helps joint inflammation?
18    A.  No.
19    Q.  And you've never examined or treated
20 Andrew Olson; is that fair?
21    A.  That's correct.
22    Q.  And by the time you arrived to the scene,
23 obviously you did not see Z█ Olson's original
24 position at the time of death, correct?
25    A.  That's correct.

43 (Pages 166 - 169)

Detective Michelle Reyes                August 17, 2020
In Re: Fisher-Price/Mattel

---

Page 170

1    Q.  And based on your entire investigation,
2 there were no photos documenting her original
3 position at the time of death, correct?
4    A.  Correct.
5    Q.  Did Katie mention to you -- and I think
6 we talked about this in your report -- that her and
7 Andrew were looking for a place to move into?
8    A.  Right.  They had been driving around
9 looking for apartments, I think, earlier in the day.
10    Q.  So at the time, they were not currently
11 living in one apartment together, correct?
12    A.  That's correct.
13    Q.  Or at least that's the information that
14 they told you?
15    A.  What's that?
16    Q.  That's at least information that she told
17 you?
18    A.  I'm sorry?  It's like --
19    Q.  I was saying the information that she
20 told you was that they were not currently living in
21 one residence together?
22    A.  Yes, that's correct.
23    Q.  There was some questions asked to you
24 about the AC and how hot it was on that day.  Do you
25 have any knowledge about what time the electricity

---

Page 171

1 may have gone out?
2    A.  No.
3    Q.  Do you know how long --
4    A.  Other than they said it went out the
5 night prior, no, I don't -- I don't know.
6    Q.  Do you have any information about for how
7 long it was out?
8    A.  No.
9    Q.  I just want to direct you briefly to page
10 45 of the police report.
11    A.  Okay.
12    Q.  That's Exhibit 5, if you're there.
13    A.  Okay.  Okay.
14    Q.  And you were asked a little bit about
15 this.  It says at the top a digital thermometer
16 reading taken at approximately 10 o'clock, or 1000
17 hours, in the east bedroom registered 87 degrees.
18    A.  Right.
19    Q.  Do you remember that occurring, the
20 temperature being taken?
21    A.  I remember we took the temperature, yes.
22 I didn't do it.
23    Q.  Okay.  And so if it was taken at
24 10 o'clock, that would have been approximately two
25 hours after Z█ was pronounced dead?

---

Page 172

1    A.  Correct.
2    Q.  And you don't know what time Z█
3 actually passed away; is that fair?
4    A.  No.  That's fair.
5    Q.  And by the time it was taken at 10
6 o'clock, the police -- I'm sorry, the fire department
7 would have been there, the CARE unit would have been
8 there, and multiple officers would have been there,
9 correct?
10    A.  Correct.
11    Q.  Do you know if the door to the residence
12 was open during any time between 8 o'clock in the
13 morning and 10 o'clock?
14    A.  Yes, it was because we were going in and
15 out.
16    Q.  So basically you have no knowledge as to
17 what the temperature was at the time Z█ passed
18 away?
19    A.  Correct.
20    Q.  And do you know if the thermometer had
21 been recently calibrated or tested or anything like
22 that?
23    A.  No.
24    Q.  You were asked questions about whether or
25 not Katie told you that Z█ had a heart murmur.

---

Page 173

1 Whether or not Z█ had a heart murmur, that's
2 outside of your knowledge, correct?
3        MS. LOVETT:  Objection.  Form.
4        THE WITNESS:  It is.
5 BY MS. SCHRINER:
6    Q.  Would you refer to what her medical
7 doctors diagnosed as to any condition she had?
8    A.  Would I what?
9    Q.  Would you rely on what her medical
10 doctors diagnosed as to any medical condition she may
11 have had?
12    A.  I'm kind of confused by your question.
13    Q.  Sure, let me see if I can ask it a
14 different way.  In terms of determining whether or
15 not Z█ had any medical conditions, would you
16 generally refer to the medical records or the
17 treating doctors for diagnosis?
18    A.  Yes.
19    Q.  You were asked some questions about --
20 about whether or not Katie had told you if Z█ had
21 recently suffered any illnesses.  Did you ever define
22 for Katie the scope of reason?
23    A.  So I'm having a hard time hearing you.
24 It's like I get, like, half the question.
25    Q.  Yeah, let me see if I can just move my

---

44 (Pages 170 - 173)

Detective Michelle Reyes                                      August 17, 2020
In Re: Fisher-Price/Mattel

Page 174

1    phone a little bit closer.  Kind of my notebook is a
2    little bit further away.
3            You were asked some questions by defense
4    counsel if -- if when you asked Katie about the baby
5    having recent illnesses, did she tell you that the
6    baby had, you know, been -- had a cough recently?
7        A.  So when we went through the checklist,
8    she said yes.
9        Q.  Okay.  But my question was more based
10   towards a question that you were asked by defense
11   counsel based on your interview with Katie.
12       A.  Based on my interview, no.
13       Q.  Okay.  And my question is, did you ever
14   define for Katie what you meant by "recent" when you
15   were interviewing her?
16       A.  I don't remember.
17       Q.  Okay.  So if Z███ had been diagnosed with
18   a cough two months prior, you didn't tell Katie,
19   "Please tell me every illness the child had in the
20   last three months," something like that?
21       A.  Yeah, I don't know.
22       Q.  Okay.  Let me just double-check.  I'm
23   just making sure we've hit on everything.  On Exhibit
24   12 you were asked about the medical examiner records,
25   the file?

Page 175

1        A.  Okay.
2        Q.  Did you partake in creating any of the
3    medical examiner records?
4        A.  Did I review it?  Yes, I reviewed it.
5        Q.  Did you partake in creating it?
6        A.  Oh, no.
7        Q.  Did you review it for accuracy?
8        A.  So that's the report that the medical
9    examiner comes up with.  I -- I wouldn't be able to
10   say whether or not it's accurate.  Those are his
11   findings.
12       Q.  And same with the death certificate,
13   which was Exhibit 16.  Did you participate in writing
14   that?
15       A.  No.
16       Q.  You were asked about Dr. Cleary's records
17   on Exhibit 17.  Again, you said before today you had
18   never seen those, correct?
19       A.  Correct.
20       Q.  And you didn't participate in writing any
21   of them?
22       A.  That's correct.
23       Q.  You were asked about page 33 of 17, if
24   you want to briefly pull that out.
25       A.  Okay.

Page 176

1        Q.  Under "Assessment Plan Follow-Up," I know
2    that's cursive writing, but I read that as "healthy
3    female."  Do you see that?
4        A.  Yes.
5        Q.  But you are not a medical doctor, right?
6        A.  That's correct.
7        Q.  Neither am I.  And you don't intend to
8    offer any medical opinions about any conditions Z███
9    had; is that fair?
10       A.  That's correct.
11       Q.  You were asked questions about whether or
12   not you would have an opinion about the Rock 'n Play
13   or the Rock 'n Play's warnings.  Have you ever read
14   the warnings on the Rock 'n Play?
15       A.  No.
16       Q.  Have you ever examined the product other
17   than at the day at the scene?
18       A.  No.
19       Q.  Have you ever researched the product or
20   the number of deaths that have occurred in the Rock
21   'n Play?
22       A.  No.
23       Q.  So that in general is outside of the
24   scope of what -- what your job is as a detective,
25   correct?

Page 177

1        A.  Correct.
2            MS. SCHRINER:  That's all the questions I
3    have.
4            FURTHER EXAMINATION
5    BY MS. LOVETT:
6        Q.  Detective Reyes, I just have a couple of
7    quick follow-ups.  Obviously when you're in a scene
8    like this, if there's anything significant going on
9    with any family members -- for example, illnesses or
10   whatever -- those would be brought to your attention
11   generally in your questioning, true?
12       A.  True.
13           MS. SCHRINER:  Form.
14   BY MS. LOVETT:
15       Q.  All right.  So did anyone ever tell you
16   -- I'm going to go through a list and so I don't have
17   to make each one a separate question.  Did anyone
18   ever -- I'm going to ask you if anyone ever told you
19   that Andrew Olson had any of the following
20   conditions, and if you'll just say yes or no to each,
21   that would be helpful.  And this is just based on
22   what was told to you or provided to your officers in
23   the report in the case you're overseeing.  All right?
24           Did anyone tell you that Andrew Olson had
25   AIDS?

45 (Pages 174 - 177)

Detective Michelle Reyes                          August 17, 2020
In Re: Fisher-Price/Mattel

Page 178

1    A.  No.
2         MS. SCHRINER:  Had what?  I'm sorry, Mo,
3    I didn't hear you.
4         MS. LOVETT:  Acquired immune deficiency
5    syndrome, AIDS.
6         MS. SCHRINER:  Okay.  Thank you.
7    Foundation.
8    BY MS. LOVETT:
9    Q.  Did anyone tell you that?
10   A.  No.
11   Q.  Or HIV?
12   A.  No.
13        MS. SCHRINER:  Foundation.
14   BY MS. LOVETT:
15   Q.  Or post-traumatic stress -- or
16   post-traumatic stress disorder?
17   A.  No.
18   Q.  Or ALS or Lou Gehrig's disease?
19   A.  No.
20   Q.  Or Crohn's disease?
21   A.  No.
22   Q.  Or agitation caused by Alzheimer's
23   disease?
24   A.  No.
25   Q.  Or cancer?

Page 179

1    A.  No.
2    Q.  Or glaucoma?
3    A.  No.
4    Q.  Or Hepatitis C?
5    A.  No.
6    Q.  Or cachexia, which is known as wasting
7    syndrome.  Like unexplained weight loss?
8         MS. SCHRINER:  Foundation.
9    BY MS. LOVETT:
10   Q.  Or severe and chronic pain?
11   A.  No.
12        MS. SCHRINER:  Foundation.
13   BY MS. LOVETT:
14   Q.  And chronic, which is a debilitating
15   disease or medical condition?
16        MS. SCHRINER:  Form, foundation.
17        THE WITNESS:  No.
18   BY MS. LOVETT:
19   Q.  Or severe nausea?
20   A.  No.
21   Q.  Or seizures including epilepsy?
22   A.  No.
23   Q.  Or persistent muscle spasms including
24   those that one would find in multiple sclerosis?

Page 180

1    A.  No.
2    Q.  You were asked about Exhibits 2 and 3
3    which are part of the Arizona Child Fatality Program,
4    correct?
5    A.  Correct.
6    Q.  And if the evidence shows that the
7    Arizona Child Fatality Prevention Program is now
8    about to be in its 27th year and its mission is to
9    reduce preventable child fatalities in Arizona
10   through a systematic multidisciplinary, multi-agency,
11   and multimodality review process, do you have any
12   reason to dispute that that is the mission of the
13   child fatality program as governed by the Arizona
14   Department of Health?
15   A.  No.
16        MS. SCHRINER:  Form, foundation.
17   BY MS. LOVETT:
18   Q.  And do you have any basis to dispute any
19   of the findings that the official public record of
20   this commissioned -- this report commissioned by the
21   Arizona Department of Health in Exhibits 2 or 3 are
22   incorrect?
23        MS. SCHRINER:  Form, foundation.
24        THE WITNESS:  No.
25   BY MS. LOVETT:

Page 181

1    Q.  I wanted to talk to you just a little bit
2    about a couple of things in your report, and, again,
3    we talked about how you've got multiple officers
4    contributing to your report.  If we would go to
5    Exhibit 5 again, which is -- Exhibit 5 to your
6    deposition and I believe I'm looking at paragraph 45.
7    One moment.  I'll find my note quickly.  This is --
8    it's going to be in -- yeah, it's page 45 in
9    Detective O'Brien's report.
10   A.  Okay.
11   Q.  Was Detective O'Brien there before or
12   after you?
13   A.  He probably got there about the same
14   time.  I mean, we worked in the same building in the
15   same office, so...
16   Q.  And, in fact, if we looked at the -- I
17   guess one of the things we could look at would be the
18   dispatch log -- right? -- to be able to tell when he
19   got there?
20   A.  Right.  So he got there at approximately
21   9 o'clock.  I got out there five minutes after.
22   Q.  Yeah, yeah.  So you guys -- you got there
23   basically the same time.  If you're looking at the --
24   the first full paragraph, it starts with "The east
25   bedroom."

46 (Pages 178 - 181)

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

Page 182

1      A.  It starts with what?
2      Q.  The words "The east bedroom" --
3      A.  Oh, yes, yes.
4      Q.  -- do you see that?
5      A.  Yes.
6      Q.  If you look down at the bottom where he's
7  describing the east bedroom -- which is the room in
8  which Z█ died, true?
9      A.  Yes.
10     Q.  And the last sentence of what -- what
11  Officer -- or Detective O'Brien says is the room had
12  an odor of burnt marijuana.  Do you see that?
13     A.  Yes.
14     Q.  And do you have any reason to dispute
15  Detective O'Brien's impression or smell of burnt
16  marijuana?
17     A.  No.
18         MS. SCHRINER:  Foundation.
19  BY MS. LOVETT:
20     Q.  Now, there was -- if we also look at page
21  -- if you'll turn with me to page 69 -- and we talked
22  about this briefly, but I want to make sure I button
23  it up a little bit -- there's an evidence release
24  form that we talked about briefly that basically is
25  how the medical examiner gets the police file, right?

Page 183

1      A.  They don't get a copy of our police file.
2      Q.  Okay.  So the evidence release form that
3  you're looking at here on 69 is evidence that he's
4  releasing?
5      A.  To me, yes.
6      Q.  To you.  Okay.  And he's releasing that
7  to you.  In other words, it says here evidence
8  released by him to you, but, for example, where it
9  says "Blood specimen, G and T blot," is he releasing
10  that specimen back to you because you've given it to
11  him?
12     A.  No, it's a blood blot.  So they take some
13  of her blood from inside her body.  They put it on a
14  circular --
15     Q.  I got it.
16     A.  -- I don't know what kind of material it
17  is, and then we take that and impound it.
18     Q.  Okay.  So that's impounded for just --
19  for investigative purposes?
20     A.  Correct, yes.
21     Q.  That's not something you gave him?
22  That's something he's giving you?
23     A.  That's something he gave me, yes.
24     Q.  All right.  And so you said he doesn't
25  get a copy of the police file.  What information is

Page 184

1  he provided?
2         MS. SCHRINER:  Form.
3         THE WITNESS:  So he gets the information
4  that we give to the investigators -- the medical
5  examiner investigators, which is just kind of a basis
6  synopsis of our report.
7  BY MS. LOVETT:
8      Q.  Right.  So you've got -- you give a
9  summary of your report to the investigator; in this
10  case, Mr. Swope, correct?
11     A.  Um-hmm.  And then Swope does their own --
12  they do, like, their own, I guess, initial
13  investigation while they're there, and then they
14  provide that information to the doctor as well.
15     Q.  Right.  And then you're there during the
16  autopsy behind the glass partition to answer any
17  questions about the details of your investigation if
18  Dr. Ferenc needs those?
19     A.  That's correct.
20         MS. LOVETT:  I believe that's all I have
21  for you.  Thank you so much, Detective Reyes.
22         FURTHER EXAMINATION
23  BY MS. SCHRINER:
24     Q.  In this case you don't know what
25  information Investigator Swope provided to the ME; is

Page 185

1  that fair?
2      A.  That's correct.
3         MS. SCHRINER:  Okay.  That's all I have.
4         MS. LOVETT:  We'll reserve the remainder
5  of our questions for trial.  Thank you very much,
6  Detective Reyes, and thank you for your time and your
7  patience, and we hope you have a pleasant day and
8  it's not too hot in Phoenix, although I know better.
9         MS. SCHRINER:  Are you going to go over
10  read and sign?
11         MS. LOVETT:  Yes.  The question for you,
12  Detective Reyes, this is going to get typed up in a
13  booklet for you to read your answers and you can
14  correct anything if there's, like, a typographical
15  error or spelling error or anything that you didn't
16  understand correctly.  Would you like to read and
17  sign that part of your deposition?
18         THE WITNESS:  Yes.
19         MS. LOVETT:  Okay.  You'll receive that
20  directly from the court reporter, and then you'll be
21  able to make any changes, and those will have to be
22  made before a notary public, and of course if the
23  questions -- if the answers change materially in
24  substance, then -- then that may be something we have
25  to revisit the next time that we visit under oath,

47 (Pages 182 - 185)

Page 186

1  but we appreciate your time and appreciate your help
2  very much today.
3        THE WITNESS:  Okay.  What do you want me
4  to do with this binder?
5        THE VIDEOGRAPHER:  Let me go off the
6  record here.  One moment, please.
7        The time is approximately 4:11 p.m.  This
8  concludes today's videotaped deposition for Detective
9  Michelle Reyes.  We are off video record.
10        THE COURT REPORTER:  Ms. Schriner, do you
11  want to purchase a copy of this detective's
12  testimony, Ms. Reyes?
13        MS. SCHRINER:  Yes.
14        THE COURT REPORTER:  And do you just want
15  that electronically sent to you?
16        MS. SCHRINER:  Yeah, my assistant can
17  tell you the exact form.
18        THE COURT REPORTER:  Okay.
19        (The deposition concluded at 4:11 p.m.)
20
21
22
23
24
25

Page 187

1              CERTIFICATE
2
3        I, JANICE E. GONZALES, Certified Reporter
4  for the State of Arizona, certify:
5        That the foregoing proceeding was taken
6  by me; that I am authorized to administer an oath;
7  that the witness before testifying was duly sworn by
8  me to testify to the whole truth; that the questions
9  propounded by counsel and the answers of the witness
10  were taken down by me in shorthand and thereafter
11  transcribed by me or under my direction; that
12  deposition review and signature was requested; that
13  the foregoing pages are a full, true, and accurate
14  transcript of all proceedings and testimony had upon
15  the taking of said deposition, all done to the best
16  of my skill and ability.
17        I FURTHER CERTIFY that I am in no way
18  related to any of the parties hereto, nor am I in any
19  way interested in the outcome hereof.
20        DATED at Phoenix, Arizona this 1st day of
21  September, 2020.
22
23        *Janice E. Gonzales*
      Janice E. Gonzales, RPR, CRR
24      Certified Reporter No. 50844
      for the State of Arizona
25

Page 188

1  Detective Michelle Reyes
2
3              September 3, 2020
4  RE:   Courkamp, Kathleen v. Fisher-Price, Inc.
5       8/17/2020, Detective Michelle Reyes (#4218585)
6       The above-referenced transcript is available for
7  review.
8       Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  litsup-ga@veritext.com
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25

Page 189

1  Courkamp, Kathleen v. Fisher-Price, Inc.
2  Detective Michelle Reyes (#4218585)
3       E R R A T A  S H E E T
4  PAGE____ LINE____ CHANGE_____
5       _____
6  REASON_____
7  PAGE____ LINE____ CHANGE_____
8       _____
9  REASON_____
10  PAGE____ LINE____ CHANGE_____
11       _____
12  REASON_____
13  PAGE____ LINE____ CHANGE_____
14       _____
15  REASON_____
16  PAGE____ LINE____ CHANGE_____
17       _____
18  REASON_____
19  PAGE____ LINE____ CHANGE_____
20       _____
21  REASON_____
22
23  _____  _____
24  Detective Michelle Reyes            Date
25

48 (Pages 186 - 189)

Detective Michelle Reyes                                      August 17, 2020
In Re: Fisher-Price/Mattel

Page 190

1  Courkamp, Kathleen v. Fisher-Price, Inc.

2  Detective Michelle Reyes (#4218585)

3          ACKNOWLEDGEMENT OF DEPONENT

4     I, Detective Michelle Reyes, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____    _____

12  Detective Michelle Reyes          Date

13  *If notary is required

14          SUBSCRIBED AND SWORN TO BEFORE ME THIS

15          _____ DAY OF _____, 20___.

16

17

18          _____

19          NOTARY PUBLIC

20

21

22

23

24

25

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[& - 30]**

Page 1

| & |
|---|
| **&**   2:11 |

| 0 |
|---|
| **000001**   4:9,15,19 |
| **000031**   3:16 |
| **000040**   3:21 |
| **000076**   4:13 |
| **000086**   3:19 |
| **000175**   4:2 |
| **000180**   4:4 |
| **000190**   3:24 |
| **000355**   4:6 |
| **0140**   117:2 |
| **02689**   1:4 |
| **0800**   115:17 |
| **0806**   53:6 |
| **0905**   78:20 |

| 1 |
|---|
| **1**   3:9 36:15,25 |
| 65:2 71:17 77:5 |
| 113:25 119:15 |
| 125:3 135:25 |
| 152:8,13,14 |
| 153:11 |
| **1-2**   37:2 |
| **10**   4:3 6:18 18:20 |
| 18:21 95:6 101:13 |
| 101:15,16 102:14 |
| 102:20 171:16,24 |
| 172:5,13 |
| **1000**   2:17 171:16 |
| **101**   4:3 |
| **102**   4:5 |
| **1025**   7:18 |
| **103**   163:12 |
| **109**   4:9 |
| **11**   4:5 102:9,12,13 |
| 102:14 103:13 |
| 105:24 117:19 |

**113**   4:8
**118**   4:10
**12**   4:8 66:19
106:21,22 113:16
113:19,20 174:24
**123**   4:12
**124**   4:14
**126**   4:16
**128**   4:18
**12:17**   2:3 5:2
**12:31**   19:2,4
**12:41**   19:4,6
**12:48**   24:24
**12:49**   25:2
**12:59**   35:5,6
**13**   4:10 49:2,19,24
118:17,19,20
122:13 151:16,17
**133**   3:4
**1336**   83:19
**1342**   137:2,6
**1348**   138:11
**14**   4:12 21:3 66:25
77:22 85:15 90:20
123:11,13,14
**140**   137:21 141:8
164:2
**141**   164:2
**14th**   129:13
**15**   4:14 38:16
48:12 118:2
124:19,21
**155**   164:13
**16**   4:16 12:25
126:10,12,13
175:13
**17**   1:16 2:3 4:18
35:22 66:25 118:1
128:20,22 175:17
175:23

**1700**   2:17
**175**   98:14
**177**   3:5
**17962**   67:21
**17th**   37:8
**18**   45:5
**184**   3:5
**185**   4:4
**18th**   85:15
**19**   8:6 42:17 54:22
76:16 114:17
115:15 116:7,8
133:6
**192**   75:1
**1998**   12:7
**19th**   40:5 77:22
78:1 106:23
**1:05**   35:6,8
**1:40**   115:14
**1:56**   80:22
**1:57**   80:25
**1st**   187:20

| 2 |
|---|
| **2**   3:10 36:24 37:4 |
| 37:10 47:14 |
| 119:20 125:4 |
| 152:8,16 153:12 |
| 166:24 180:2,21 |
| **20**   11:23 12:1 |
| 20:18 114:18 |
| 116:7,8 190:15 |
| **200**   2:12 |
| **2004**   12:13 |
| **2005**   13:10 |
| **2009**   14:17 |
| **2013**   15:20 83:18 |
| **2014**   40:5 42:17 |
| 47:11 49:3 54:22 |
| 63:18,23 76:16 |
| 115:15 129:13,19 |
| 133:6 |

**2017**   20:4,5
**2019**   20:18,19
**2020**   1:16 2:3 20:4
20:18 62:25
187:21 188:3
**2021**   20:18
**204**   3:24
**206**   98:12,21
**208**   98:12,21
**212**   98:21
**215**   98:21
**219**   98:23
**22**   48:5
**229**   98:23
**22nd**   3:11 44:2
**23**   48:1
**230**   98:24 100:6,15
**248**   100:21
**249**   98:25 100:15
**2500**   2:21
**251**   98:25
**259**   99:1
**26**   40:14
**27**   62:25
**27th**   180:8
**2:13**   95:13,15
**2:19**   1:4
**2:21**   95:15,18
**2b**   38:9

| 3 |
|---|
| **3**   3:11 4:15 39:21 |
| 43:25 44:1,4 |
| 45:10 47:21 48:11 |
| 48:16 49:12 |
| 125:22 152:8 |
| 166:24,24,25 |
| 167:1,18 180:2,21 |
| 188:3 |
| **30**   61:21 100:13 |
| 188:17 |

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[30305 - abdomen]**

Page 2

**30305**   2:21
**31**   45:11,12 167:18
**310.553.2100**   2:22
**32**   45:11,25,25
   63:8
**33**   53:25 64:8,9
   129:6,18 135:7
   175:23
**3333**   2:21
**34**   53:4,5,8 64:9
**346**   47:23
**347**   100:10,19,22
**348**   4:2 100:10,19
   100:21,22,22
**35**   53:11 64:14
   136:25 137:4
**355**   105:24
**356**   104:20
**357**   105:14
**358**   105:14
**359**   105:14
**36**   3:9 64:15
**361**   105:17
**362**   4:7
**366**   3:19
**37**   3:10 64:19
**38**   64:20,22 111:5
   111:9
**39**   64:22 111:8

**4**

**4**   3:13 47:3,4,4,8
   48:5,7,16 65:17
   125:22 152:1,8,10
   161:22 166:25
   168:8
**40**   64:24 65:5
   83:12,13 138:5
**404**   161:24
**40a**   127:2
**41**   85:13 92:1
   93:10 127:10

**42**   93:11 145:14
**4218585**   188:5
   189:2 190:2
**43**   3:22 65:5
   150:14
**44**   3:11 4:19 65:10
**45**   87:24,25 89:2
   171:10 181:6,8
**46**   65:10
**47**   3:13 65:13
**49**   100:13 127:14
**4:11**   186:7,19

**5**

**5**   3:4,15 18:20
   36:7 37:12 38:3
   48:1 51:17,19
   52:3 62:19 76:24
   87:25 95:6,8
   111:4,4 135:3
   152:8 171:12
   181:5,5
**50**   50:21
**501**   47:18,23
**50844**   1:25 2:5
   187:24
**51**   3:15 127:16
**52**   65:13,13
**520.620.3975**   2:13
**53**   65:18 160:14
**54**   65:21
**55**   65:24
**56**   66:2
**57**   66:2
**58**   67:19
**59**   68:13

**6**

**6**   3:18 36:10,10
   39:1 48:14 66:17
   74:13,15,17 76:19
   94:24 97:25 152:8

**153**:10 162:13
**6/19/14**   137:21
**6/20/14**   149:2
**60**   71:1
**61**   71:4
**63**   71:16
**64**   49:17 50:10,11
   50:12 72:5
**66**   72:6
**67**   72:10
**68**   72:22 160:15
**69**   47:21 73:11
   182:21 183:3
**698**   2:12

**7**

**7**   3:20 39:16 56:5
   60:5 62:6 66:17
   76:21,22,25 77:12
   78:22 81:25 92:1
   124:22 125:8,14
   125:20,22,24
   126:1,4 139:20
   140:9
**70**   73:16
**71**   73:18 161:12
**713.374.3541**   2:18
**72**   122:15,15,22
   156:25 157:13,25
   158:8,19
**74**   3:18
**75**   3:17 73:19
**76**   3:20
**77002**   2:17
**78**   50:21
**7th**   78:3

**8**

**8**   3:23 94:21,21,22
   95:16,21,22 118:7
   129:5 172:12

**8/17/2020**   188:5
**800**   45:4 141:9
**81**   4:13
**8176**   187:23
**82**   119:17
**83**   121:6 153:19
**834**   45:4 47:15,18
**84**   122:13 156:18
**85**   123:1 159:7
**85281**   7:20
**85705**   2:12
**86**   162:17,17
**87**   87:10,15,16
   89:4,10 171:17
**8:02**   55:6
**8:06**   139:2

**9**

**9**   4:1 37:9 43:17
   97:20,22,23,24
   98:8 181:21
**9/30/13**   53:7
**90**   11:15
**911**   13:24 55:5
   61:18,22 141:11
   142:6
**95**   3:23
**97**   4:1
**98**   166:4
**9:03**   124:3
**9:05**   55:11 81:18
   124:4 138:23
**9:06**   138:23
**9:17**   1:17
**9:28**   162:9
**9:32**   18:20

**a**

**a.m.**   1:17 55:11
   124:3
**abdomen**   108:4

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[ability - approximately]**

ability 124:8
187:16
able 10:13,14
24:12 58:25 73:24
82:3 91:13 105:23
118:7 138:17
144:9 162:23
175:9 181:18
185:21
abnormal 128:16
abuse 119:11
151:11
ac 86:9 87:14
143:8 170:24
academy 13:4,7
acceptable 148:6
accidents 92:5
144:2
accommodation
143:9
accompanies
114:2
accounted 49:19
accuracy 167:8,14
168:13,16 175:7
188:9
accurate 76:7 83:4
103:15 175:10
187:13
accurately 76:14
82:14 106:17
acknowledgement
190:3
acknowledgment
188:12
acquired 178:4
actual 39:10 50:22
100:11 104:11,11
149:10 162:25
add 52:13 54:12
71:25 135:13,16

added 52:17
135:16
addition 139:23
161:4
additional 150:10
additions 190:6
address 7:17
115:11
admin 11:16,19
administer 187:6
admittedly 84:21
adult 46:9,20,25
50:16 90:20
156:10
advance 34:19
advocate 27:5
advocates 45:2
affidavit 113:25
age 45:5 166:5
agencies 16:19
agency 34:7
180:10
agent 79:13,21
agitation 178:22
ago 30:20 133:14
agree 76:6 127:19
153:7
agreed 6:5 37:6
agreement 66:23
71:10
ahead 29:18 44:18
61:4 100:18
160:15 164:23
aids 177:25 178:5
ailment 70:15
air 74:12 86:7,21
143:6
akey 26:10 31:2,2
31:8,9 32:22
39:16 54:24 67:17
72:11,16 79:15

82:4 109:15,15,19
153:2 161:18
akey's 65:12,15,15
alan 161:17
alcohol 47:1
allen 161:16,20
allotted 188:20
alongside 16:14
als 178:18
alzheimer's
178:22
ambient 87:8,9
89:3
amount 60:25
90:13
andrew 5:7 26:4,9
54:1 56:18 72:13
79:16 83:14,23
84:14,17 85:15,21
85:24 86:6 101:1
105:7 107:3,6,14
109:16 111:10,13
111:23 113:13,13
136:15,19 137:20
140:4,10 147:17
152:16 153:2,8,12
169:20 170:7
177:19,24
angle 21:8 109:5
164:15
annual 3:11 44:2
answer 28:6,14
50:4 69:15 70:1
118:11 120:7,14
144:9,12 148:6
158:22 159:2
184:16
answers 110:20
185:13,23 187:9
anybody 23:17
58:23 132:25

140:5,22 165:18
anymore 30:18
anytime 51:9
151:9
apart 94:1
apartment 66:24
71:9 83:23 84:16
85:17 86:1 89:3
169:1 170:11
apartments 170:9
apologize 74:15
107:12
apparent 137:23
appear 96:1
appearance
153:25
appearances 2:9
appeared 58:14
81:7
appears 52:4
65:14 67:12 68:13
79:1 98:15 165:11
appended 126:3
190:7
appendix 71:9
applebee's 85:22
applicable 188:8
appreciate 30:18
133:9 186:1,1
appropriate 60:25
169:8,10
approved 78:10
78:12
approximate
127:10
approximately 5:2
19:6 20:3 24:24
25:2 35:5,8 53:6
55:1 95:17 115:17
137:21 138:24
139:6 141:8

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 55 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[approximately - based]

Page 4

171:16,24 181:20
186:7
**april**  129:19
**area**  146:15
154:11
**areas**  104:2
**arizona**  1:2,16 2:5
2:12 3:11,13 4:16
11:6 12:9 13:7
44:2,14,24 47:5,18
50:8,19 51:2
68:18 69:4 118:23
119:1 126:14
166:25 167:1
180:3,7,9,13,21
187:4,20,24
**arizona's**  6:25
**arnette**  53:17
**arrival**  138:22
142:14
**arrive**  58:12 61:24
**arrived**  55:2,10,24
56:16 59:15,25
78:20 79:4 93:8
96:6 103:5 121:7
139:3,21 140:7
142:12 144:17
145:11 161:19
169:22
**arriving**  154:25
**articles**  160:17
**ascribed**  8:3
**asked**  10:11,18
26:22 29:12 30:10
30:14 51:2 120:20
133:25 143:17
150:15 156:3
157:8 166:23
167:19 168:21
169:5 170:23
171:14 172:24

173:19 174:3,4,10
174:24 175:16,23
176:11 180:2
**asking**  8:5 25:7
31:3,10,17,21,21
33:19 55:17,21
63:4 91:11 109:18
111:23 149:19
**asks**  39:21 152:10
**asleep**  46:5
**assessment**  176:1
**assigned**  7:5,7
14:8 15:3 19:11
57:18,19 78:5
79:13 138:11
**assignment**  13:12
20:21
**assistance**  141:12
**assistant**  186:16
**assisted**  93:9
**associated**  70:13
89:16
**assume**  14:11
109:18 139:14,18
**assuming**  63:7
66:14 118:4 159:8
**asu**  12:9 166:5
**atlanta**  2:21 5:13
**attach**  52:7
**attached**  16:1 40:9
40:10 107:8
147:20 188:11
**attachment**  16:8
40:10 66:1 67:7
67:12 102:5
**attempt**  141:8
**attempted**  115:24
121:10
**attend**  17:11 30:14
**attention**  177:10

**attorney**  188:13
**attorney's**  10:2
**attorneys**  23:4
39:24 40:1 45:1
**attributable**  50:1
**audio**  32:20 63:5
71:18 72:19
109:15
**august**  1:16 2:3
13:10 78:3
**authored**  138:7
**authorities**  76:9
**authorized**  187:6
**authors**  167:10
**auto**  14:12,15
**autopsies**  17:11
128:5 149:6
**autopsy**  17:6,24
17:25 127:25
128:12 149:10
161:4 184:16
**available**  17:16
76:8 188:6
**avoid**  116:15
**aware**  70:11 74:21
97:7 112:22,24
**az**  1:24

**b**

**b**  3:7
**babies**  48:2
**baby**  17:6 21:17
22:1 59:12 71:12
88:14 90:21 93:17
97:3 98:24 108:1
108:8,15 109:10
112:12 115:24
116:2 117:2,5,11
117:25 118:4
121:19 141:14
145:7 157:9,12
163:13 174:4,6

**baby's**  75:7 100:7
118:2
**back**  16:14 18:22
19:6 20:8,10,16,17
20:19 25:2,6 35:8
36:3 50:15 53:24
55:3 58:5,6,10
59:20 61:5 75:19
81:1 82:21 83:3
84:2,14,17 85:3,5
87:25 91:25 95:18
97:16,17 105:15
108:8,23,24 110:4
111:4 112:19,20
112:23 115:25
121:20,24 129:15
135:4 137:11
142:16 160:12
161:11 164:9
165:7 168:25
183:10
**background**  6:20
10:21,23 11:25
91:13
**bad**  7:1
**badge**  67:21
**bag**  66:8
**bagels**  136:16
**bailey**  53:25
135:25
**bailey's**  136:12
**bardia**  2:20 5:14
11:19
**based**  21:12 39:25
48:6 76:13 79:24
118:5 120:10
138:1 153:15
154:6 158:11,24
159:4 164:6
168:22 170:1
174:9,11,12

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[based - brings]**

Page 5

177:21

**bases** 68:17

**basic** 142:7

**basically** 10:8 14:2
31:18 36:11 38:10
48:20 63:4 71:5
73:25 74:3 75:12
79:22 83:13 85:10
92:24 132:11
172:16 181:23
182:24

**basics** 6:20

**basis** 84:8 180:18
184:5

**bassinet** 50:14
66:9 75:8,19
96:22 97:17
101:20,21 104:6,7
107:6,7,9,13 108:3
108:7 115:14,15
115:25 116:14,23
121:23 129:25
137:19 142:16
145:7 147:18,20
148:14 156:5,10
156:13 160:6,10

**bates** 3:15,18,20
3:23 4:1,3,5,8,12
4:14,18 53:1
83:13 135:7

**bathroom** 93:18
95:8

**batteries** 33:14,15

**beck** 7:18

**bed** 46:20 96:23
113:2 115:14
156:10

**bedroom** 75:8
86:9 99:25 100:4
100:11,12,23
101:2,6 143:9

171:17 181:25
182:2,7

**bedsheet** 66:23

**began** 153:3

**beginning** 5:3
135:7 152:17
162:15 166:3

**behalf** 1:4 5:6,13

**believe** 9:23 24:10
29:13,14 51:12
54:23 62:3 104:3
132:3 142:17
152:13 181:6
184:20

**believed** 116:24

**belonged** 101:23

**belt** 115:16,19
116:24 117:1,5,13

**beneficiaries** 1:4

**beneficiary** 5:7

**benefit** 8:1 11:20
21:19 68:18

**best** 54:16 75:18
124:8 148:22
156:17 187:15

**betcha** 12:2

**better** 105:23
112:15 146:6
161:1 185:8

**beyond** 22:12
33:25 169:11,14

**bhl58** 27:17

**big** 35:23 36:10
43:5 94:24 112:20
146:1

**bike** 69:23

**binder** 10:6,11
34:23 35:15,22,23
186:4

**bio** 9:11

**bioengineering**
12:11,16 166:7,9
166:13

**biological** 166:19

**birth** 71:5,5 123:2
123:3,7 159:8,15

**bit** 19:24 24:8
43:15 66:14
105:23 109:5
132:8 133:24
137:17 142:11
149:2 151:14
155:2 158:7
159:16 166:3
167:19 171:14
174:1,2 181:1
182:23

**black** 35:23

**blanching** 154:11

**blank** 65:14

**blanket** 86:17
96:21,21,22
142:15 143:11,13
145:8

**blood** 183:9,12,13

**blot** 183:9,12

**blue** 88:2,22

**blunt** 145:5

**board** 44:20

**body** 33:13 63:12
63:18,25 89:24
90:4,5,18 100:8
108:2 134:25
138:3 146:2 148:2
150:18,25 154:21
163:7 166:14,16
183:13

**bong** 66:15,19
98:15

**bongs** 94:16

**booklet** 185:13

**born** 92:8 143:19

**bother** 18:13

**bottles** 67:3

**bottom** 47:17
49:16 52:24 53:22
63:7 64:16 65:4
68:1 88:19,23
108:3,4 126:18
141:6 142:19
148:14 151:4
160:18 182:6

**box** 18:23 157:5
157:22 158:2,19

**boxes** 11:15
155:22

**brandon** 2:20 5:12

**break** 9:9,11 18:20
20:1 95:4,9
113:12 133:13

**breakdown** 48:21

**breaking** 95:3

**breakout** 76:23

**breathing** 111:12

**brief** 35:3 52:1
60:24 80:24
140:20 158:16

**briefed** 56:7
140:18

**briefing** 78:23
79:2 80:5 140:23
141:18

**briefly** 31:1,4
37:14 57:11
160:17 171:9
175:24 182:22,24

**bring** 10:12,15,19
17:14 18:17 37:15
37:17

**brings** 146:10,11

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[broke - chemical]**

Page 6

**broke** 95:20
**broken** 123:16
**brother** 57:9
65:23 85:3 140:4
**brought** 6:5
177:10
**bruises** 154:22
**buckle** 107:15
108:22
**buckled** 107:7,19
107:21 108:5,9,19
109:1,11,23
111:14,20 113:1
117:20 118:5
147:18 148:17
**buckles** 106:2
**buckling** 110:6
112:12
**build** 21:7
**building** 15:13
16:17,17 181:14
**bunch** 40:16
**bureau** 14:8,18
**burglary** 14:12,12
**burned** 72:20
**burnt** 182:12,15
**button** 52:12
182:22
**buttons** 88:14
**butts** 94:8

**c**

**c** 38:23 179:4
**cachexia** 154:17
154:19 179:6
**cad** 73:20 123:17
123:20 161:12,13
**calendar** 38:9
**calibrated** 172:21
**call** 13:24 24:14
27:18 31:22 37:5
53:1 54:22 55:5

59:22 67:11 73:20
73:23 149:13
**called** 5:19 8:21
27:16 52:13 61:18
73:19 74:4 96:8,8
125:25 139:2
141:11 142:6
**calling** 19:12
**calls** 123:20
161:12
**cam** 63:13
**camera** 39:7 109:5
122:8 148:2
**cameras** 33:13
39:6
**cams** 63:12,15,16
63:18,25
**cancer** 70:12
178:25
**capacity** 21:10
**car** 66:22 73:22,24
**card** 68:14,22 69:8
69:17,19,22 70:23
71:1
**cards** 70:3,8,11
**care** 39:16 60:4,16
62:6 78:22 81:25
124:22 125:8,14
125:20,22,22,22
125:24 126:1,4
139:20 140:9
172:7
**care7ru** 4:15
**caregiver** 119:9,14
119:20 122:24
123:4 152:6
**caregivers** 152:1,2
152:4 153:10
**carry** 40:18
**cars** 78:21

**case** 1:3 6:4,21 9:1
21:15 22:4,12
23:1,13,23 26:23
27:2,14 29:12
30:11,14 31:3,4,18
34:17 40:22,23
42:1 65:2 68:6
71:16 77:8 79:13
79:21 90:25 91:21
106:20 114:20,21
119:8 132:21
134:16,19,22
159:25 177:23
184:10,24
**cases** 6:16 7:3 49:2
49:19,23,25 50:12
50:21,22 68:7,8
91:10,14 151:12
**catch** 41:12
**categorized** 168:1
**category** 48:7
**causation** 27:2
**cause** 28:25 89:8
91:1,6,15,22
126:22 127:5,13
**caused** 28:3,10
29:6,14,25 45:23
127:25 131:8,21
132:4 167:24
178:22
**causes** 46:1 47:22
48:23 89:14 90:24
**cd** 160:19,25 161:3
162:25
**certain** 10:12
52:12 66:7 90:19
129:10
**certainly** 22:11
28:9 29:5 114:13
**certificate** 4:17
126:14,17 175:12

187:1
**certification** 62:23
125:3
**certified** 1:24 2:5
187:3,24
**certify** 187:4,17
**cetera** 42:22 43:19
**cfr** 168:9
**chain** 73:7
**chair** 46:9,21
**change** 19:16
185:23 189:4,7,10
189:13,16,19
**changed** 25:12
**changes** 185:21
188:10 190:6
**charge** 43:7 54:15
57:25 112:4
**chart** 123:22
**check** 33:3 34:24
121:13 151:10
154:1 156:14
157:5,22 158:2,19
174:22
**checked** 111:12
121:19 122:19,20
141:10 151:5
152:17,19 153:1,8
153:12 154:10,11
154:18 156:1,5,5
157:1,18
**checklist** 4:11
35:21 51:10
118:20 122:14
150:8,9,10,13
151:15,20 153:4,6
157:19,24 160:18
174:7
**chemical** 166:13
166:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[chemicals - consistent]**

chemicals  158:22
  166:17
chemotherapy
  70:13
chest  121:10
child  3:11,13
  12:19 23:19 44:2
  44:14,23 45:1
  46:15,19 47:5,11
  47:15,18,19 48:16
  49:2,13,22,25 50:8
  50:16,19,20 51:2
  118:23 121:21,23
  122:2 151:8,10
  153:11 155:3,7
  158:9,13,20
  159:25 166:25
  167:1 168:9
  174:19 180:3,7,9
  180:13
child's  24:3
  153:25
children  45:4
  46:20 47:23 48:12
chronic  179:11,15
cib  15:1
cigarette  46:16
  94:8
cigarettes  101:10
circular  183:14
circumstance
  62:11
city  10:2
civil  27:2
clarify  135:24
clarifying  155:23
clean  58:17
clear  52:23 101:1
cleared  162:8
clearly  6:22 144:9

clearpfh  4:19
cleary  129:7,14
cleary's  175:16
click  52:12
client  27:9 34:16
clinical  21:20
close  98:20
closed  163:16,21
  163:25
closer  174:1
closest  156:13
clothes  61:9
clutter  59:3
coffee  90:17
cohabitate  85:18
cold  21:20 111:13
  141:10
collected  33:24
collection  16:10
  124:14
color  104:15
  150:23
combination
  67:22 77:18
come  6:5 11:17
  14:1 29:11,12,24
  30:10 43:11 58:5
  58:6 70:7 73:23
  96:10 110:6
  131:24 132:2
  150:5 155:5,11
  156:15 157:6
comes  9:6 32:9
  33:15 63:1 72:23
  175:9
comfortable  25:10
  86:5 169:12
coming  8:9 139:25
  146:19
commenced  2:3

comments  73:23
commission  43:22
  50:19 134:16
commissioned
  180:20,20
communication
  42:24
communications
  38:19
community  21:7,7
  21:12
company  130:12
compatible  166:19
compiles  135:12
complete  18:18
  37:17 66:15 119:6
  190:8
completed  78:3
  150:9,13 188:17
completing  119:23
complications
  123:3,7 159:16
compressions
  61:22 97:4 121:10
computer  37:24
  40:15 73:22 74:1
  74:6
con04  161:21
concerned  130:17
concerning  151:6
concerns  83:17
conclude  154:24
concluded  43:13
  186:19
concludes  186:8
conclusion  48:6
conclusions  18:4
condition  158:9
  167:24 173:7,10
  179:16

conditioner  143:6
conditioning  86:7
  86:21
conditions  45:22
  173:15 176:8
  177:20
conduct  6:6 29:20
  80:14
conducted  78:23
  103:6,16 124:13
conducting  115:2
confidential  3:16
  3:18,21,23 4:1,4,6
  4:8,12,15,18 52:25
confirm  82:22
  115:23 117:4
  165:15
confirmed  142:3
  142:25 143:12
  156:19 158:13
  159:24 160:2
conform  55:13
confused  24:8
  173:12
confusing  54:20
  110:3 123:19
conjunction  8:22
connect  88:19
connected  67:9
  88:24
connection  38:24
consensual  79:17
consent  65:21,24
  72:14
consider  87:10
  89:7,14 90:25
  91:7,22
considered  91:9
  91:15 124:24
consistent  45:5
  63:13 88:4 117:18

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 59 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[consistent - courkamp]

Page 8

129:22
**constructs** 44:10
**consumer** 43:21
132:18 134:15
**contact** 23:9 25:16
30:23 72:13
136:20
**contacted** 23:12
25:18,23 31:6
51:15 78:19
134:16 144:19
**contain** 77:7
**contained** 38:3,20
40:6 79:9
**container** 66:13
**containers** 66:24
67:1 94:18
**containing** 38:20
**contains** 74:18
**contaminating**
146:13
**contamination**
116:16 146:9
**contemporaneous**
22:21 84:10
111:18 112:14
**contents** 66:8
**context** 112:6
**contingent** 39:18
**continue** 58:10
**contraband** 68:4
**contribute** 51:2
**contributed** 28:3
28:10 29:7 92:25
127:21 131:8,14
132:4
**contributing**
181:4
**control** 39:22
**conversation**
32:23,25 39:25

83:7
**cool** 155:4,9
**cooling** 86:10
**cools** 90:18
**coordinating**
30:25
**copies** 188:14
**copy** 32:2 34:12
52:5 123:17 183:1
183:25 186:11
**corona** 11:4 12:5,6
**corporation** 1:8,8
**corpse** 17:20
**corpses** 145:2
**correct** 6:8,9 7:13
7:20 8:18 9:21
14:3,4,14,23 15:16
16:22 17:9 18:5
19:13,14 21:14,24
22:5,18,23 23:2
24:1 26:18,19,19
27:7,10,11,13,20
28:1,3,23,23 29:2
29:9 30:1,2,8
31:16 32:12 35:24
36:20,22 37:15,16
38:6,22 40:1,2
41:16 42:2 46:10
46:14 47:2 48:21
48:24 50:1,9 52:5
54:22 55:12 56:17
59:5 63:9 64:13
64:17,22 65:1,7,16
65:19,24 66:11,21
67:5,6 68:20 70:9
70:16 71:3,7,13,14
72:8,24 73:2,5,6
75:16,20 79:19
82:11,23 83:5
84:23 86:2,11
90:22 91:3,17

92:6 93:5,12,20
94:6,15,18,19
96:11,19 97:11,19
102:7,15,18,19
103:1,6,7 104:9,23
105:15,16,21
106:3,25 107:22
110:8 111:2,22
113:7 114:16
116:3,4 117:7,21
117:22 118:24
119:5,24 120:3,8
122:3,4,25 123:6
125:5 126:9,24
127:8,9,12,15,17
127:18,22 128:2
129:21 130:6,24
131:22 132:5,6,15
132:19 133:1,7
134:21 135:10
137:7,24,25 138:4
138:7,20 139:1
140:13,19 142:22
143:2,13,19,20
144:3 145:13,16
145:17,18 148:9
148:15,23,25
149:8 150:4 151:1
151:3 153:9,13,21
154:3,22,23 156:1
156:2,6 157:2
158:6,23 159:5,9
159:10,14 160:2,3
160:11 161:8
164:4,17,18 165:2
165:5,10,17,19
166:8 167:17
168:7 169:21,24
169:25 170:3,4,11
170:12,22 172:1,9
172:10,19 173:2

175:18,19,22
176:6,10,25 177:1
180:4,5 183:20
184:10,19 185:2
185:14 190:8
**corrections** 190:6
**correctly** 31:19
54:12 88:19
185:16
**corresponded**
23:4
**correspondence**
38:8 39:23 40:1
43:18,23
**couch** 46:9,21
**cough** 92:16
156:25 157:12
174:6,18
**coughing** 122:15
122:21
**counsel** 5:4,16
37:6 91:12 134:1
164:21 174:4,11
187:9 188:14
**counselors** 60:9
**counter** 97:5
**county** 3:14 23:14
47:7,19,23 48:15
48:17 49:3,25
73:12 113:23
162:19 168:10
**couple** 20:8,16
30:20 41:10 49:11
49:11 118:2
123:25 129:3
177:6 181:2
**courkamp** 1:3 5:7
24:4,9,12 25:8,17
32:25 54:2 56:15
57:2 62:8 64:11
82:5 84:9,19

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

87:22 90:7 91:25
92:2,7 93:7
107:24 108:14
113:12 116:18,21
117:12 124:12
142:21 151:23
152:14 188:4
189:1 190:1
**courkamp's** 110:6
**course** 21:1,2
60:15 64:11 80:19
80:19 89:20 90:19
114:14 185:22
**court** 1:1,24 2:5
5:16 8:19,22,25
36:17 37:1 47:4
62:18 68:23 76:18
76:22 113:18
185:20 186:10,14
186:18
**coverings** 46:11
**covid** 8:6 30:18
**cox** 2:20 5:12,12
18:7,10
**coxb** 2:22
**cpr** 61:19 97:14
121:7 153:19,20
**cps** 151:8 159:25
**cracks** 33:21
**create** 63:6 137:12
**created** 40:3 77:25
78:1,8 137:10,10
137:24 138:14,17
**creating** 175:2,5
**crib** 50:14 156:9
160:5,8,8 168:1
**crime** 14:19 87:4
**crimes** 14:9,10,25
15:4,5,7,14,14,18
**criminal** 12:14
14:8,18 16:10

55:7
**crisis** 60:8
**critical** 27:9 130:3
130:5,8,21,22
**criticisms** 131:2
**criticize** 27:24
**crohn's** 178:20
**crossed** 166:6
**crotch** 106:2,5
**crr** 1:24 2:5
187:23
**csd** 87:7
**cuevas** 10:2 23:8
30:24
**culminated** 42:18
**current** 30:13
**currently** 170:10
170:20
**cursive** 176:2
**cushion** 116:23
146:25 147:3
165:12
**custodian** 114:1
**custodians** 41:15
**custody** 39:22
73:7
**cut** 80:10
**cv** 1:4 10:18

**d**

**d** 2:20 3:1
**dad** 24:5 26:18
32:24 56:19
**damage** 15:2
**daniel** 54:1 57:10
65:22 72:13 85:3
**dark** 164:9
**dash** 63:13,15,16
**data** 51:2 167:7
**database** 39:8,9
**date** 24:3 37:7,8
77:22 78:7 129:14

137:1,5 158:14
189:24 190:12
**dated** 187:20
**dates** 78:14
**daughter** 84:11
115:16 116:24
**david** 2:25 24:17
54:1 161:24
**davis** 72:13
**day** 7:11,11 8:8
22:8,8 25:14
39:11 74:16,17
81:15 85:20 86:4
137:20 143:1
170:9,24 176:17
185:7 187:20
190:15
**days** 188:17
**dead** 90:13 171:25
**dealing** 7:3 21:9
133:10
**death** 4:10,17 6:7
6:11 7:3 13:18
21:18 22:3,17
24:3 26:15 28:3,8
28:11,25 29:7,15
29:25 35:20 41:21
42:16 44:24 45:13
45:14,21,23 48:23
49:1 51:7,9,10
68:7 84:10 89:8
89:13 91:16,22
93:1 96:18 115:1
118:19 119:1
121:21 122:13,16
126:14,17,22,25
127:5,13,17,21,25
129:6 131:8,10,14
132:5 134:2,7
144:7 145:10
151:9,10 152:1,4,6

153:4,5,11 156:3
157:25 158:8,20
160:1 167:19,20
167:22,25 168:1
169:24 170:3
175:12
**deaths** 28:15
44:19 45:4 46:3
47:16,18,18 50:10
50:12,12 167:25
168:1,2,6 176:20
**debilitating**
179:15
**deceased** 52:21
59:15 90:6 138:25
139:2
**decedent** 7:2
21:23 42:4 85:16
85:19,23 86:16
141:7,9,10 142:13
143:10,25 150:1
**decedent's** 85:25
144:23
**december** 83:18
**decided** 13:2
30:22 84:2,14
104:15 146:16
**declare** 190:4
**deemed** 190:6
**defects** 30:5 159:8
**defendants** 1:9
2:14
**defense** 164:21
174:3,10
**defer** 30:23
**deficiency** 178:4
**define** 22:10
173:21 174:14
**defined** 45:20
167:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel
August 17, 2020

**definitely**  147:9
**degree**  69:16
 166:7,12
**degrees**  87:10 89:4
 89:10 90:19
 171:17
**del**  11:4 12:5,6
**delay**  104:12
**delivered**  150:18
**demeanor**  144:4
**department**  7:22
 16:11 32:8 43:21
 51:22 52:5 59:14
 60:1,1,8 62:20
 63:1 64:4 73:20
 76:23 94:13 96:25
 98:1 140:12
 142:12,15 160:19
 160:25 172:6
 180:14,21
**depends**  54:10
**depict**  82:14 96:1
 99:2,22
**depicted**  107:22
**depiction**  75:14
**depictions**  103:16
**depicts**  75:13
**deponent**  188:13
 190:3
**deposing**  188:13
**deposition**  1:13
 2:1 3:10 5:3 6:6
 8:4,8,10,13 9:10
 9:19 10:11,15
 17:1 23:8 27:18
 30:19,24,25 31:24
 34:20 36:18 37:1
 37:4,5,13 41:24
 44:1 47:5 62:19
 76:19 77:13 92:1
 94:22 95:22 97:23

101:16 102:12
 110:15,24 113:17
 118:21 123:14
 124:22 126:13
 128:23 181:6
 185:17 186:8,19
 187:12,15
**derogatory**  93:15
**describe**  14:16
 42:11 147:17
**described**  148:8
 149:5 156:24
**describes**  88:8
 116:18 153:3,25
**describing**  116:10
 182:7
**descript**  147:22
**description**  3:8
 67:25 71:25 115:7
 116:9 147:16
 148:19
**descriptive**  47:17
 47:20
**design**  27:24
**designated**  78:19
**desk**  11:16,19
**desktop**  72:20
 137:15
**destroyed**  68:4,6
**detach**  21:22
**detail**  14:9,10
 74:20
**details**  74:2,2 83:7
 94:3 144:20
 148:23 149:20
 184:17
**detective**  1:14 2:2
 3:3 5:3,18 6:17
 7:9 11:16 13:25
 14:20,22,24 15:1
 17:10 18:13 19:9

25:5 26:10 29:19
 35:10 43:6,6,10
 44:1,6 47:10 51:1
 54:15 55:1 56:11
 57:13,14,15,21
 58:2 65:9,15
 67:16,17,23 72:11
 72:16 74:22 76:19
 77:4 79:14,15,15
 79:22 82:4 88:1,6
 89:1 93:9 94:2,10
 95:20 96:14 109:4
 109:15 112:4
 113:22 114:8,15
 116:9,14 128:11
 133:9,18 144:18
 144:22 153:2
 176:24 177:6
 181:9,11 182:11
 182:15 184:21
 185:6,12 186:8
 188:1,5 189:2,24
 190:2,4,12
**detective's**  186:11
**detectives**  17:14
 26:14 40:17 41:12
 54:10,21 67:14
 110:10,25 135:15
**determination**
 28:21 67:18 91:5
 134:23
**determine**  110:10
 111:1 134:19
 140:1
**determined**  28:7
**determining**
 173:14
**developing**  143:22
 166:18
**development**
 129:3

**developmental**
 129:10,10
**device**  27:16 29:24
 86:10 104:11,16
 107:8 147:19
 156:6
**devices**  66:17
**diagnosed**  92:3
 173:7,10 174:17
**diagnosis**  169:10
 173:17
**diaper**  66:8,12
**diaries**  42:9
**dictate**  77:17
**died**  45:3 46:3
 48:17 71:12 92:17
 145:22 168:24
 182:8
**dies**  44:23
**difference**  57:24
**different**  7:4,4
 20:11 24:13 35:14
 39:8 40:14 53:24
 58:11 60:6 85:8
 90:14,20 104:15
 104:16 112:8
 125:21 145:21
 148:8 163:2
 166:12 169:6
 173:14
**differently**  144:7
**differs**  148:19
**difficult**  28:16
 106:15
**dig**  112:23
**digital**  33:14 72:12
 89:4 108:7 171:15
**digitally**  62:15
**direct**  171:9
**direction**  58:11
 61:22 93:3 115:4

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[direction - emphasis]**

Page 11

187:11
**directly** 80:1
110:1 142:20
148:13 153:16
185:20
**dirty** 58:18
**disagree** 120:10
130:11
**discern** 59:9
**disclose** 92:7
**discoloration**
154:4 164:9
**discuss** 79:2 95:1
**discussed** 23:22,24
124:7,23
**discussing** 19:10
**discussion** 18:9
24:25 109:8
122:10 133:20
158:17
**disease** 157:16
178:18,20,23
179:16
**diseases** 159:12
**disk** 72:12,15
**disorder** 70:21
178:16
**dispatch** 74:2
123:18 124:2
161:23 181:18
**dispatched** 26:14
54:21
**dispatcher** 61:23
161:21
**disposed** 38:13
40:23
**dispute** 180:12,18
182:14
**disrespectful**
24:14

**distinction** 24:13
**district** 1:1,2
36:17
**diversion** 21:12
**divide** 57:21
**division** 7:6 15:18
20:22
**dna** 16:1,6,10,19
19:12 146:12
**dob** 53:6
**doctor** 17:18,25
132:13 143:22
176:5 184:14
**doctors** 173:7,10
173:17
**document** 9:20
40:18,21 92:24
109:10 114:19
115:8 167:2
**documentation**
159:23
**documented** 29:21
74:12 76:4 78:15
107:2 151:12
**documenting** 43:4
170:2
**documents** 10:12
10:14 31:25 34:15
39:21,23 40:3
41:23 42:14 51:23
64:5 98:4 114:5
168:19
**doing** 8:3 9:3 13:2
17:25 39:5 41:20
57:16 62:10 80:4
80:16 81:5,6
82:20 105:7
113:14 146:4
**doll** 105:3 106:5
107:15,19,21
116:12,15,16,19

117:20 145:15,19
146:10 147:1,4,11
147:16 165:4
**doll's** 164:16
165:1
**domestic** 19:23
20:6
**door** 140:1 172:11
**dot** 88:23
**double** 174:22
**dps** 16:11 151:5
**dr** 17:2 23:15 48:6
73:11 90:15
126:19 127:23
128:10,12 129:7
129:14 149:19
175:16 184:18
**drafting** 168:11,19
**drawers** 163:16,20
**drawings** 42:4
**drawn** 165:12
**dress** 85:19 86:16
87:23 88:13
143:10
**dressed** 87:16
**drew** 20:24
**driving** 85:17
170:8
**drug** 68:5 94:8
98:3 100:7,11
**drugs** 47:1 69:11
94:8 99:2
**due** 47:1,22 168:3
**duly** 5:19 187:7
**duties** 8:23 21:17
**dvd** 72:12,16,20

**e**

**e** 2:12 3:1,7 9:21
9:23,25 10:1,5
11:17 31:3,13,15
38:7 187:3,23

189:3,3,3
**e278** 79:4,4
**earlier** 36:12
90:16 94:5 116:2
118:22 137:20
138:6 164:21
165:5 170:9
**early** 106:23
**earrings** 61:9
150:24
**ease** 77:2
**east** 83:19 171:17
181:24 182:2,7
**eastern** 95:14,18
**education** 11:3
**educational** 10:23
**effectively** 19:12
**efforts** 115:24
**egress** 59:1
**eight** 133:5
**einstein's** 136:15
152:18,21
**either** 24:4 30:17
32:3 37:20 40:7,9
46:16 117:4,18
156:9 168:18
**el** 11:11
**electric** 98:16
**electrical** 143:8
**electrically** 86:9
143:8
**electricity** 170:25
**electronic** 37:22
**electronically**
186:15
**elizabeth** 126:14
**elusive** 10:10
**emergency** 141:11
**emotional** 126:7
**emphasis** 166:13
166:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel
August 17, 2020

emphasize  166:12
emphasized
  166:15
employed  152:13
  152:21,25
employees  130:9
  136:7
employer  136:1,15
employment  152:2
  152:10
empty  66:24 67:1
  67:2 94:17 105:25
  105:25
ems  121:7
encounter  57:6
  81:4
encountered  80:17
  81:5
ended  25:24
enforcement
  12:15,17 13:7
  21:6 45:1
engine  79:4
engineering
  166:15
enter  54:11
entered  136:5,19
  161:23
entire  42:18 63:4
  77:8 167:21,21
  170:1
entities  53:10,14
  64:10 136:18
entity  43:20 52:13
  52:13 53:19,19
  125:1 152:23
entries  38:9
envelope  35:18
environment
  46:13 59:9,10
  121:22 127:20

156:4
environments
  168:4
epilepsy  179:22
equally  11:14
equipment  33:16
errata  188:11,13
  188:17
error  185:15,15
especially  33:21
  46:20
esq  2:11,16,20,20
essential  76:7
essentially  123:18
established  138:6
  146:23
et  42:22 43:19
ethnicity  48:17,21
  49:13
event  36:6 85:14
  164:24
events  6:11
everybody  43:1
  110:18 133:14
  135:12,12
everybody's  16:13
everyone's  43:10
everything's  32:18
  37:20
evidence  16:12
  29:20 33:24 38:12
  38:20,20,25 40:12
  68:3 71:11,17
  72:11 73:10 102:5
  102:6,24 116:15
  119:11,21 120:1
  120:10 124:14
  134:24,24,25
  145:25 146:9
  180:6 182:23
  183:2,3,7

evidence.com
  37:20 39:4,5
exact  166:5,6
  186:17
exactly  112:2
  147:6 158:4
examination  3:2
  5:21 17:17 128:13
  133:21 145:25
  160:20 177:4
  184:22
examine  89:24
examined  5:20
  169:19 176:16
examiner  23:14
  25:20 28:7,24
  65:19 73:12 76:9
  90:1,4 103:23
  104:13 144:16,19
  149:12 150:22
  162:20,21,24
  163:2 174:24
  175:3,9 182:25
  184:5
examiner's  16:24
  18:4 23:24 26:2
  42:22 74:19 103:4
  113:24 114:8,14
  149:3 160:20
example  10:17
  13:24 14:11 23:13
  34:12 38:14 43:10
  66:8 70:10,20
  75:1 77:21 98:14
  100:6 110:12
  121:6 131:25
  153:10 177:9
  183:8
exception  14:14
excerpted  101:18

excessive  46:11
exclusive  52:6
excuse  109:3
  122:6
exhibit  3:8,9,10,11
  3:13,15,18,20,23
  4:1,3,5,8,10,12,14
  4:16,18 9:17
  36:15,25 37:4,10
  38:3 39:1 43:25
  44:1,4 45:10 47:4
  47:8 48:15 51:17
  51:19 52:3 62:19
  63:3 72:7 74:13
  74:15,17 76:19,21
  76:22,24,25 77:12
  92:1 94:4,21,22,24
  95:16,21 97:20,23
  97:25 98:6 101:13
  101:15 102:9,12
  102:13,14,20
  103:12 105:24
  111:4,4 113:16,20
  117:19 118:17,20
  122:13 123:11,14
  124:19,21 126:10
  126:13 128:20,22
  135:3 151:17
  162:13 166:24
  167:18 168:8
  171:12 174:23
  175:13,17 181:5,5
exhibits  10:4
  35:14 37:2 180:2
  180:21
exists  82:18,19
expect  38:2 88:20
  93:16 114:7
expected  128:17
experience  15:13
  17:8 21:3 22:8

132:17
**expert** 22:9,10,25
26:22 27:1 30:4
34:12
**expertise** 16:17
22:7
**experts** 44:25
**explain** 44:13
**exposed** 46:15
**exposure** 158:21
**extra** 147:3
**extreme** 62:11
**extremely** 106:16
**eye** 70:21
**eyes** 53:13
**eyesight** 121:15

**f**

**face** 105:19 108:3
109:6,23 111:11
148:13 154:5,5
164:15,16 165:1,4
165:8,11
**facedown** 108:16
108:22 111:20
**faceup** 107:6
147:18
**facing** 148:12
**fact** 22:13 29:19
79:3 82:22 99:11
109:19 127:23
160:5 181:16
**factor** 46:1,24
**factors** 50:13
90:14
**facts** 28:21
**fails** 188:19
**fair** 9:7 88:7
103:15 120:18
148:7 167:13
169:20 172:3,4
176:9 185:1

**fairly** 76:14 82:14
**fall** 33:21
**falls** 92:4 144:2
**familiar** 8:16 17:2
44:6 45:16 68:17
69:3,6,18 99:21
109:13
**family** 85:2 126:8
140:10 159:11
177:9
**far** 23:21 60:22
**farrel** 114:23
**fasten** 106:5
**fastening** 107:8
147:19
**fatalities** 47:21
48:18 49:15,17
50:20 180:9
**fatality** 3:12,13
44:3,14 47:6,11
49:2,23,25 50:8,20
51:3 118:23
166:25 167:1
168:9 180:3,7,13
**father** 26:5,6
79:16 97:4 119:19
137:20
**february** 129:13
**feel** 55:19 67:8
98:4 155:3,7
169:12
**feet** 56:5
**felix** 75:7
**felony** 68:19 69:7
69:10,16
**felt** 7:1
**female** 176:3
**ferenc** 17:2 48:6
73:11 90:15
126:19 127:23
149:19 184:18

**ferenc's** 23:15
128:12
**fever** 92:17
**figure** 48:16 49:12
49:16 90:5
**figured** 13:1 25:11
**figures** 167:14
**file** 37:18 38:11,17
43:5 113:23 114:5
114:6,8 161:7
163:10 174:25
182:25 183:1,25
**files** 41:12 114:14
**filing** 71:1
**fill** 51:10 118:25
125:5 151:22
**filled** 67:24 125:5
135:9 152:24
153:14
**filling** 51:5 67:23
133:24
**final** 42:25 159:6
**find** 25:19 85:25
95:22 97:23
101:16 102:4,13
135:1 144:8 150:1
179:25 181:7
**finder** 29:19
**finding** 93:23
**findings** 22:21
77:8 129:10 150:6
150:6 175:11
180:19
**fine** 18:12 25:11
118:12
**finish** 160:13
162:10
**finished** 78:11
160:15
**fire** 59:14 60:1,1,5
60:8 79:4 96:24

96:25 97:1,2
136:6,8 140:12
142:12,14 172:6
**firefighters** 39:16
**firm** 23:9
**first** 5:19 13:11,22
62:23 63:25 77:13
80:17 81:3,5
98:14 111:9
119:17 134:1
140:16,20 152:3
163:19 167:4
181:24
**fisher** 1:7 5:10,13
6:3 27:9 29:6,14
34:17 101:21
130:5,9,12 132:4
134:4 188:4 189:1
190:1
**fit** 48:6 156:17
**five** 181:21
**flip** 37:12 45:11
51:21 53:24 63:2
98:13
**flipping** 123:22
**fluid** 123:8 159:17
**focus** 21:16 83:2
**focuses** 58:2,3,4
**folder** 9:17
**folks** 23:22 70:7
**follow** 46:18 65:17
65:18 77:5,24
149:20 176:1
177:7
**following** 115:16
177:19
**follows** 5:20
**food** 156:20
**foot** 14:5
**force** 145:5

Detective Michelle Reyes
In Re: Fisher-Price/Mattel
August 17, 2020

**foregoing** 187:5
187:13 190:5
**foreign** 1:7,8
**forensic** 39:3,15
75:25 128:12
144:17
**forgot** 59:21
**form** 28:4,12 29:3
29:8,16 30:7
31:12 45:8 48:9
50:2,24 51:6,6
64:24 67:23 68:25
69:12,24 70:17
73:10 78:1,7 84:6
86:12,23 87:12
89:9 91:2 92:10
92:18 99:4,13,24
101:4 102:25
108:17 112:17
113:3 114:10
117:8,16 118:9,16
118:25 119:6,23
120:4,12 125:4,5
128:1 130:13,18
130:25 131:4,9,16
134:5 141:16,25
152:23 165:23
173:3 177:13
179:17 180:16,23
182:24 183:2
184:2 186:17
**formal** 72:6
**format** 133:10
**formed** 27:8
**formula** 90:11
**forth** 58:11 135:4
168:25
**foul** 134:19,23
**found** 10:10 11:15
28:25 45:22 46:3
50:20,21 76:15

97:9,13 102:8
105:18 108:8,9,15
108:21,22 109:20
111:1,19 112:12
113:19 115:18
117:6 122:2
137:18 141:24
148:11 153:25
155:4,8 164:6
165:9 167:23
168:22
**foundation** 28:4
28:12 29:3,8,16
30:7 31:12 44:16
45:8 48:9 49:5
50:2,24 68:25
69:24 70:17 83:21
84:6 86:23 87:12
89:9 91:2,12
92:10,18 99:4,13
101:4 111:21
113:3,8 114:10
116:5 117:8,16
118:9,16 120:12
128:1 130:13,18
130:25 131:4,9,16
132:11 178:7,13
179:9,13,17
180:16,23 182:18
**four** 7:25,25 13:15
13:15,15 14:6
15:19 19:22 61:23
94:16
**fourth** 143:16
**fraud** 15:7
**free** 55:19 98:4
**frequently** 125:11
**freshest** 105:1
**front** 36:16 81:22
85:6 129:15 139:4
139:5,25 140:1

164:3
**frozen** 24:18
**full** 5:24 18:18
32:8 38:4 64:3
113:23 114:5,6
143:16 181:24
187:13
**functioning** 27:24
**further** 14:1 86:15
93:25 144:14
155:3 174:2 177:4
184:22 187:17
**fussy** 85:20 143:1

**g**

**g** 183:9
**ga** 188:15
**garbled** 9:6
**gehrig's** 178:18
**general** 72:10 75:2
75:2 110:23,24
114:5 176:23
**generally** 8:16
44:7 74:21 173:16
177:11
**genetic** 159:12
**gentlemen** 8:2
44:11,13
**georgia** 2:21
**getting** 16:13,20
43:15 56:11 69:22
104:13
**giant** 36:10
**gililland** 7:16
**give** 80:18 112:15
115:7 132:3
141:21 142:7
184:4,8
**given** 65:22 84:19
153:16 183:10
190:9

**gives** 74:1 115:11
**giving** 79:10
183:22
**glass** 66:16,19
94:16,17 98:15,25
149:6 184:16
**glaucoma** 70:21
179:2
**glendale** 83:23
84:16 115:11
169:1
**glitch** 52:16
**gms** 1:4
**go** 6:2 9:14 11:3
12:15 13:4 18:10
24:20 29:18 30:15
34:23 40:22 44:18
44:20 47:20 49:12
51:1,9 58:10 61:4
61:5 74:20 75:1
75:13 78:17 80:20
82:21 83:3 87:14
87:25 90:14 95:11
97:22 98:19
100:13 101:15
105:12,17 106:13
111:4 112:19,23
113:13 122:5
123:1,13,20 125:2
129:3,18 133:13
135:6 136:25
137:16 138:5
149:13 151:25
157:25 160:12,15
164:23 177:16
181:4 185:9 186:5
**goal** 21:4
**goes** 51:6 64:19,22
65:3,4,5,9,13 74:4
74:11 115:22
116:17 119:1

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[goes - hours]**

Page 15

144:10 156:10
**going** 10:20 20:1
21:16 23:11 24:11
26:25 27:18 36:1
36:14,15 38:4,15
39:12 44:1 51:20
55:17 61:5,15
66:15 74:20 75:6
80:11 87:25 94:21
117:23 123:13
132:8,8 133:23
135:3,4,23 136:14
137:1,16 138:9
141:5 142:24
143:3,4,15 144:13
146:7 148:13
151:25 156:19,23
157:23 159:6,22
161:10,11 164:1
165:7 166:2
167:20 168:25
172:14 177:8,16
177:18 181:8
185:9,12
**goldberg** 2:11
**goldbergandosb...**
2:13
**gonzales** 1:24 2:4
187:3,23
**good** 95:5 130:12
133:14,16,19
141:7
**gotcha** 53:13,23
78:6,9
**gotten** 9:22 140:23
147:23
**governed** 180:13
**gradient** 90:18
**graduate** 12:5,12
13:9

**graduated** 166:4
**grandparents**
53:18
**grasp** 118:13
**great** 13:1 34:25
39:10 131:24
**greenberg** 2:15,19
5:10,14
**grief** 60:9
**group** 164:20
**grown** 118:3,3
**gtlaw.com** 2:18,22
2:23
**guess** 26:11 60:12
110:22 112:21
142:4 150:21
153:15 154:6
156:20 160:25
163:7 165:18
166:16 169:8
181:17 184:12
**gurney** 59:17
**guy** 56:6
**guys** 30:21 34:23
160:5 163:1
181:22

**h**

**h** 3:7 189:3
**habitation** 14:13
**half** 13:16 19:23
129:5 133:5
173:24
**hall** 31:5 83:19
84:18,25
**hand** 9:11
**handwriting** 63:7
67:21 151:19
**handy** 10:19
**hang** 108:23
**happen** 25:13
57:17 125:13

**happened** 74:4
78:14 79:3 106:21
113:6 129:22
140:17
**hard** 60:13 104:25
123:17 173:23
**hardcopy** 73:20
**hassle** 18:14
**hate** 18:16
**he'll** 17:20,22
**head** 163:13
**heading** 152:4
**health** 92:3 143:18
180:14,21
**healthy** 45:21
167:22 176:2
**hear** 82:3 120:7
178:3
**heard** 6:2 69:21
134:1,2,12
**hearing** 173:23
**heart** 51:24 92:8
172:25 173:1
**heel** 154:11
**held** 68:3
**help** 31:11 60:9
76:9 186:1
**helpful** 177:21
**helping** 15:5,6
**helps** 135:24
169:17
**hepatitis** 179:4
**hereof** 187:19
**hereto** 187:18
190:7
**heroin** 69:11,13,16
**hey** 10:6 31:4
38:15 95:2
**high** 11:3
**higher** 69:16

**hipaa** 70:4
**history** 91:24
119:11,21 122:17
143:17 151:6,11
156:24 159:11
**hit** 174:23
**hiv** 178:11
**hmm** 46:12,18
55:15 61:20 117:3
125:16 149:4
163:15 167:3
184:11
**hoarders** 58:19
59:2
**hold** 34:23
**holder** 108:22
**home** 67:8 87:4,10
160:1 168:22
**homicide** 15:7,25
16:1,4,5,15,18,25
17:10 19:11,18,19
20:2,11 48:1
63:24 68:8 114:15
128:11 146:8,13
**honest** 30:17
**hope** 185:7
**hopefully** 21:9
**hot** 6:24,25 11:14
30:21,22 81:16,17
81:18,19 86:4,22
89:16 90:5 170:24
185:8
**hour** 90:19 138:24
**hours** 53:6 90:13
106:21,22 115:17
117:2 122:15,16
122:22 137:21
141:8,9 156:25
157:13,25 158:8
158:20 171:17,25

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[house - interruption]**

Page 16

| | | | |
|---|---|---|---|
| **house** 83:19 84:24 85:4,9 86:7,7 87:14 101:21 | **impaired** 47:1 **implement** 21:21 **importance** 141:1 | **independently** 56:22 58:5 62:12 **indicate** 72:15 | **183:25 184:3,14** 184:25 |

**house** 83:19 84:24
 85:4,9 86:7,7
 87:14 101:21
**houston** 2:17
 11:12 81:16
**humidity** 11:15
**hundreds** 6:16
**hurt** 69:23
**hymil** 2:16

**i**

**identification** 37:2
 44:4 47:8 51:17
 74:13 76:25 95:16
 97:20 101:13
 102:9 107:10
 113:20 118:17
 123:11 124:19
 126:10 128:20
**identified** 54:2
 94:2,11
**identify** 5:4 64:5
 93:25
**identifying** 111:9
 123:23
**ii** 127:13
**illness** 157:16,18
 174:19
**illnesses** 157:9,13
 173:21 174:5
 177:9
**imagine** 20:14
 125:8 136:4
 147:24
**immediate** 55:18
 112:9 126:22
 127:5
**immediately**
 111:12
**immune** 178:4
**impact** 93:3

**impaired** 47:1
**implement** 21:21
**importance** 141:1
**important** 106:17
 141:15,23
**impound** 41:11,15
 183:17
**impounded** 37:21
 41:7 66:5 67:4
 71:21 72:4 183:18
**impounds** 73:4
**impression** 77:8
 87:21 117:1,13
 148:11 182:15
**impressions** 58:14
 82:14
**incident** 37:18
 39:11 40:4 42:16
 77:22 144:21
**incidents** 7:11
**incline** 156:6
**inclined** 134:12
**include** 38:7 44:25
 64:11 94:16 161:6
 168:6
**included** 50:13
 106:8 163:9
**includes** 167:25
**including** 23:7
 39:22 43:18,20
 50:13 79:3 154:22
 179:22,24
**incorrect** 180:22
**independent** 6:10
 6:13,22 26:3 31:9
 44:21 56:25 57:1
 58:7,13,23 59:7
 105:9 107:16
 132:22 145:18
 149:19,22 157:20
 161:12 162:6

**independently**
 56:22 58:5 62:12
**indicate** 72:15
 138:14
**indicated** 104:20
 141:7 143:5
**individual** 43:1
**individually** 51:15
**individuals** 139:24
**infant** 4:10 22:3
 26:15 28:15 35:20
 44:19 45:13,21
 46:2 49:1 50:14
 50:15 51:7,9,10
 52:20 89:13 105:3
 118:19,25 121:13
 122:13,15 132:17
 134:7 151:9 153:3
 153:5 157:19
 160:18 167:20,23
**infidelity** 83:17
**inflammation**
 169:9,17
**influence** 62:13
**info** 54:19
**information** 56:11
 56:14 60:16,23
 74:1 79:13 84:18
 105:1 109:24
 110:4,11 112:9
 119:10 120:17
 122:23 123:2,5
 136:16,20,22
 142:7,23 144:14
 147:23 150:3
 152:5,7,22 153:8
 153:15 155:5,18
 157:4 159:18,20
 165:22 168:16
 169:12 170:13,16
 170:19 171:6

**183:25 184:3,14
 184:25
**informs** 18:3
**ingress** 59:1
**inheritable** 159:12
**initial** 55:5 78:22
 79:13 141:18
 144:20 145:2,6,8
 150:6 184:12
**initially** 45:21
 144:22,24 145:11
 167:23
**injecting** 11:20
**injured** 158:9
**injuries** 92:4
 144:2 150:1
**injury** 126:24
 127:14
**inordinately** 81:18
**inside** 81:12 87:10
 146:3 183:13
**insides** 146:7
**instance** 36:22
**intend** 176:7
**interact** 60:17
 125:10
**interacted** 27:15
**interaction** 83:2,8
**interchangeably**
 22:2 25:8
**interest** 93:22
**interested** 12:16
 187:19
**internally** 84:25
**interpret** 150:19
**interpretation**
 50:5,7 157:14
**interrupt** 109:4
 122:7
**interruption** 52:1
 158:16

**interval** 127:10
**interview** 33:2
  58:10 62:10 71:19
  71:19 80:15 81:11
  82:2,15 84:10
  109:25 110:6,15
  129:4 156:21
  157:7 174:11,12
**interviewed** 26:10
  57:5 81:20 109:16
  124:12 153:2
  157:10
**interviewing** 62:7
  79:16 82:5,25
  174:15
**interviews** 29:20
  33:18 58:4,7
  62:12 72:16 120:1
  165:16
**introduced** 156:20
**introduction** 6:3
**inventories** 73:4
**inventory** 73:15
**investigate** 6:16
  14:1 15:5 59:7
  126:6
**investigated** 14:25
  15:10 22:3 45:4
**investigating**
  15:13 42:16 134:2
  134:18 135:15
  144:21
**investigation** 4:10
  6:7 14:18 18:3
  22:17 23:25 24:10
  25:15,16,23 27:6
  30:1 37:18,19
  38:10,24 39:11
  40:4 41:21 42:11
  43:7 51:8,13 55:7
  59:8 60:20 63:4

67:4,9 68:11 73:3
  76:10,15 93:4
  94:14 118:20
  122:14 129:24
  133:4 142:8 146:5
  149:20 150:2
  153:6 160:21
  170:1 184:13,17
**investigations**
  14:8 16:11 20:17
  20:19,20 40:19
**investigative**
  21:17 34:5 43:20
  114:18 183:19
**investigator** 42:23
  57:19,20,22 58:1
  87:5 103:24
  114:23 184:9,25
**investigators**
  23:23 41:13 42:21
  43:12 67:13 76:8
  93:8 103:5 107:5
  107:10 112:25
  144:16 184:4,5
**investigatory**
  144:20
**involved** 42:15
  46:2 151:6
**involvement** 17:5
**involving** 134:8
**issue** 27:14 132:21
  136:17
**issues** 92:3,9
  143:18
**item** 38:9 39:21
  71:18 72:12
**items** 66:4 67:24
  71:17 94:1,1
  101:6 150:15,16
  150:17

**j**

**j** 2:11
**jail** 21:6
**janice** 1:24 2:4
  187:3,23
**jewelry** 61:9
**jibes** 116:1
**job** 8:7 12:19,21
  21:22 60:15 85:22
  91:5,7 176:24
**jobs** 134:18
**joint** 169:9,17
**journals** 42:9
**july** 20:18,19
**jump** 133:23
**june** 40:5 42:16
  54:22 62:25 76:16
  77:22 78:1 85:15
  115:15 133:6
**jury** 8:2 21:19
  29:13 44:11,12,13
  57:23 68:18
**justice** 12:15 21:5
**juvenile** 7:7 20:22
  20:23,25
**juveniles** 21:4

**k**

**kathleen** 1:3 56:15
  80:1,6,16 81:4
  83:14 84:9,14,16
  85:15,18,22,25
  86:6,15 93:6
  108:6 112:22,24
  113:12 115:17
  116:25 137:18
  140:21 141:6,9,11
  142:20,23 143:5
  143:10,12,17,23
  144:13,15 157:6
  188:4 189:1 190:1

**kathleen's** 144:4
**katie** 5:7 24:9,15
  25:8,9 111:10
  140:10 151:22
  152:14 153:16,22
  155:5,11,20
  156:21 157:21
  158:11 159:4,8,17
  169:2 170:5
  172:25 173:20,22
  174:4,11,14,18
**katie's** 26:5
**keep** 11:20 13:2
  37:21 41:6 68:8,9
  68:10 136:22
**kept** 82:7 101:2
**kevin** 53:25
  135:25 161:16,20
**kid** 58:19 117:24
**kidding** 58:25
**kind** 15:7 32:17
  43:15,18 46:6
  57:20 58:16 60:8
  60:24 62:12 64:4
  65:14 70:25 71:25
  74:3 88:12,12
  118:13 123:16
  133:24 136:17
  137:17 141:4
  142:7,8,24 145:1
  149:16 150:21
  156:17 157:14
  173:12 174:1
  183:16 184:5
**kinds** 93:3
**kissed** 141:7
**kitchen** 93:18
  146:14
**knee** 169:7
**knees** 69:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[know - look]**

Page 18

**know** 6:15 7:17
8:7 9:7,17 10:7
16:18 17:4 21:21
22:1,2,6,8 23:21
24:13 26:21 27:15
28:18,19 30:15
32:22 39:3,13
40:13,17 43:16
49:23 51:24 52:10
52:16 53:7 56:23
56:24 57:16 60:13
60:25 61:17 62:25
63:3,6 66:14 70:2
70:6,20 72:1 74:5
74:16,16 75:6,24
76:1 77:21,23
78:18 82:17 83:1
83:18 87:3 92:16
93:23 96:4,20,21
97:2 101:5,6,23,25
104:25 105:22
106:14,16,21
108:12,13,14
112:9 114:5,22
118:11 119:9,25
120:9 124:11
125:7,15 127:24
129:4,23 133:3,13
133:25 134:6,7,10
135:20 136:1,10
136:16,24 137:8
142:25 144:24
146:5 147:10,22
148:5,7,21 150:8
152:18,20,20,24
153:19 154:18,20
155:15 158:3
161:18 162:2
163:22 164:24
166:10 168:23
169:2 171:3,5

172:2,11,20 174:6
174:21 176:1
183:16 184:24
185:8
**knowledge** 22:11
22:11 102:2
136:11 147:13
167:16 168:5,15
168:23 169:8,15
170:25 172:16
173:2
**known** 121:9
179:6
**kristin** 2:11 5:6
95:6
**kschriner** 2:13

**l**

**label** 83:13
**labeled** 163:1
**labeling** 131:3
**labelle** 56:3 64:21
111:18,24 136:5
139:11 161:17
**labelle's** 111:5,25
**labels** 53:1
**lack** 146:6
**ladies** 8:1 44:11,13
**lag** 9:5
**large** 39:17 94:24
97:25
**lateral** 115:18
116:19
**laura** 161:18
**law** 12:15,17 13:7
22:9 23:9 45:1
119:4
**laws** 69:3
**lawsuit** 34:11,12
**lawton** 24:11 25:9
53:15,17,18 56:16
137:19

**lawyers** 43:16
**layperson** 22:12
**lead** 43:6,9 57:18
57:24 74:21 79:22
114:7
**learn** 17:15 142:16
**learned** 45:2
**learning** 16:15
**leave** 43:17 157:18
**led** 121:12 157:4
157:22
**left** 58:15 86:15
87:22 108:2
115:18 116:19
143:10 162:9
**legal** 188:23
**length** 147:14
**liability** 27:1
**liaising** 16:18
**liaison** 16:9 19:12
**liked** 12:24
**line** 52:25 69:10
168:5 189:4,7,10
189:13,16,19
**lines** 126:21
**list** 53:10,13,22
102:5 119:20
136:6 158:1,4
177:16
**listed** 66:16 83:7
136:1,8,12 152:18
161:16
**listened** 109:14
165:16
**lists** 53:21 72:14
**litsup** 188:15
**little** 15:22,23
18:11 24:8 43:15
66:14 73:22
105:23 109:5
132:8 133:24

137:17 142:11
143:5 149:2,15
151:14 155:2
158:7 159:16
166:3 167:19
171:14 174:1,2
181:1 182:23
**lived** 11:8 57:10
83:22,23 84:17
85:3
**lives** 75:7
**lividity** 90:10
145:4
**living** 71:12 81:22
83:15 85:1,11
93:18 99:22,22
100:3 170:11,20
**llp** 2:11,15,19
**located** 82:18
101:7 107:25
142:5,6
**location** 168:23
**log** 123:18 181:18
**long** 6:17 13:14
15:17 64:24 87:15
90:6 92:17 133:14
133:15,18 171:3,7
**look** 31:25 33:24
34:20 36:6,24
37:7 43:25 44:22
45:10,25 46:4
47:3,14 48:25
49:12,20 50:11
51:19 52:3,23
62:17,22 64:2,3
65:3,8 67:2,19
70:24 72:5 75:6
80:12 85:13 87:21
87:23 88:17 92:24
94:20 95:25 98:4
98:12,21 100:10

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 70 of 127

August 17, 2020

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

[look - marked]

Page 19

102:11 104:19
108:8 111:3,8
113:16 114:17
115:6,9 116:12
119:8 121:5,20,21
122:22 123:17
124:1 125:2,4
126:2,12,18,21
127:16 128:22
129:2,6 134:24
147:6,9 154:14
161:9 162:11
163:3 164:13,23
181:17 182:6,20
**looked** 32:5,10,14
52:9 59:11 71:9
74:23 90:23 93:8
94:5 111:11
164:20 165:8
181:16
**looking** 9:25 32:3
45:2 49:7 52:23
53:3,11 59:8 61:8
64:15 72:10 75:2
85:17 95:21 110:3
114:21 115:10
119:13,14 127:1
138:22 141:4
150:16 153:24
161:15 162:15,25
164:1 165:3 170:7
170:9 181:6,23
183:3
**looks** 24:18 35:20
52:8 79:25 80:14
88:12 107:1 137:5
140:16 159:7
162:8 164:2
**losing** 122:8
**loss** 179:7

**lost** 16:20 25:5
34:20
**lot** 20:12,15 21:2,4
21:25 59:3 90:13
122:8 153:7
168:21 169:5
**lou** 178:18
**louisiana** 2:17
**lovett** 2:16 3:4,5
5:9,9,22 6:2 11:18
11:24 18:8,12,16
18:25 19:8 24:19
24:22 25:4 28:5
28:13 29:4,10,17
30:9 31:14 34:25
35:9 36:25 37:3
44:5,17 45:9 47:3
47:9 48:10 49:8
50:3,25 51:18
52:2 62:18,21
69:2,14,25 70:18
74:14 76:18 77:1
80:20 81:2 83:25
84:7 86:13 87:1
87:17 89:11 91:4
92:12,20 95:5,10
95:19 97:21 98:8
98:10 99:7,15
100:2 101:8,14
102:10 103:3
108:20 109:12
112:1,18 113:5,10
113:18,21 114:12
116:6 117:9,17
118:10,18 120:6
120:13 122:11
123:12 124:20
126:11 128:3,21
130:15,20 131:1,6
131:12,19 133:8
133:15,18 134:5

141:16,25 156:24
165:23 173:3
177:5,14 178:4,8
178:14 179:10,14
179:19 180:17,25
182:19 184:7,20
185:4,11,19
**lovettm** 2:18
**lungs** 123:8
159:17

## m

**m** 67:21 125:15
**ma'am** 27:2
**madam** 37:1 47:4
62:18 76:18,22
113:18
**mail** 9:21,23,25
10:1 11:17 31:3
31:13,15
**mailbox** 32:2
**mailed** 10:5
**mails** 38:7
**main** 11:16,19
110:4
**maintain** 73:7
**maintained** 42:5
42:10 129:7
**major** 12:10 46:1
**making** 16:12 59:8
174:23
**male** 88:6 90:20
**malfunctions**
33:16,17
**man** 139:9
**manageable** 94:25
**manifested** 89:18
**manipulate**
155:14
**manipulated**
163:23

**manipulating**
146:11
**manipulation**
145:1
**mannequin** 107:4
107:6,7,13,25
108:1,2,5,6 147:18
147:19 148:10,17
**manner** 126:25
127:16
**manners** 47:22
**manufacturer's**
107:9 147:21
**manufacturing**
147:21 166:17
**maricopa** 3:14
23:14 47:7,19,23
48:15,17 49:3,25
73:12 74:19
113:23 162:19
168:10
**marijuana** 66:17
66:24,25 67:1
68:5,14,20,21 69:4
69:7,8,11,17,19,22
70:3,8,8,11,14,21
70:23 94:17,17,18
98:2 100:12 120:2
169:6,11,17
182:12,16
**mark** 49:11
154:11 155:2
161:17
**marked** 37:2 44:4
47:8 51:17 70:25
74:13 76:25 95:16
97:20 101:13
102:9 113:20
118:17 119:22
120:9 123:11
124:19 126:10

Detective Michelle Reyes    August 17, 2020
In Re: Fisher-Price/Mattel

128:20 155:4,8
158:10 162:13
**marking** 120:11
**marks** 154:1,12,21
**married** 25:12
**martha** 125:18
126:3
**mary** 2:16 5:9 6:1
**material** 183:16
**materially** 185:23
**materials** 166:19
166:20
**mattel** 1:8 5:11,13
6:3 27:12 28:2,10
29:14 34:16 130:3
130:8,12 132:4
**mattress** 46:9
**mcome** 4:9
**me's** 38:15
**mean** 7:3 15:4
40:13,14 45:1
52:18 53:21 54:12
56:2,22 57:24
58:16,19 63:20
75:6 81:8,19
87:15 88:12 90:11
91:9 93:2,14
111:22 138:13
139:15,18,19
142:1 144:6,10
145:10 146:3,6
147:24,25 148:4
151:7 155:12
161:25 163:6
181:14
**means** 79:21
161:22
**meant** 144:25
145:11 152:14
174:14

**measurements**
105:13 116:20
146:15,24
**media** 23:17
**medical** 16:24
18:4 23:14,23
25:20 26:2 28:7
28:24 34:3 42:22
45:22 65:19 68:14
68:21 69:8,17,19
69:22 70:3,10,14
70:20,23 73:12
74:19 76:9 90:1,3
91:24 103:4,23
104:13 113:24
114:8,14 122:17
122:23 128:9
132:13 143:17
144:16,19 149:3
149:12 150:22
156:24 159:2,20
160:20 162:20,21
162:23 163:2
167:24 169:10,17
173:6,9,10,15,16
174:24 175:3,8
176:5,8 179:16
182:25 184:4
**medication** 158:21
**meet** 26:8 91:12
**meeting** 57:2
116:9
**melded** 38:11
**member** 85:3
124:24
**members** 140:11
177:9
**memory** 39:5
81:15 138:1
145:19 157:3,21
162:6

**men** 118:3
**mention** 22:7
89:22 142:5 150:7
160:4 170:5
**mentioned** 57:13
158:10 161:20
**merged** 40:25
**message** 38:15
**messages** 38:8
43:19
**met** 24:2,4 151:6
**meter** 98:16 99:5
**michelle** 1:14 2:2
3:3 5:4,18,25
161:17 186:9
188:1,5 189:2,24
190:2,4,12
**middle** 7:8,12,14
7:16 20:21 46:6
156:19
**midway** 115:10,10
**mind** 18:19 95:2
**mine** 162:16
**minor** 12:15
166:21
**minus** 99:5
**minute** 18:20 25:6
51:25 95:8 115:7
144:11
**minutes** 9:12
11:23 12:1 18:21
38:16 61:23 95:6
95:7 181:21
**mispronounced**
107:11
**missed** 124:16
**missing** 19:19 20:2
104:3 124:10
**mission** 180:8,12
**mixture** 155:19,20

**mo** 6:2 18:7,11
95:2 98:7 178:2
**mobile** 74:6,8
**model** 27:17
**mom** 24:4,9,16
25:8 26:17
**mom's** 129:4
**moment** 52:7
74:20 82:25 129:8
181:7 186:6
**monday** 37:8
90:17
**monkey** 146:24,25
165:4,8,11
**month** 118:7
**months** 8:3 16:2
19:18 30:20 32:19
129:5 133:5
174:18,20
**morning** 10:5 55:4
55:6 78:20 81:18
106:23 115:14,16
121:16,17,18
172:13
**mortis** 154:9
**mother** 119:9,14
122:3,24 123:4
137:18
**mother's** 120:17
**motor** 118:12
**mountain** 37:9
69:23
**mouth** 116:22,22
146:20 154:5,5
**move** 23:11 49:10
59:1 80:13 84:2
84:14 98:19 116:7
122:12 170:7
173:25
**moved** 83:17 97:3
97:12 116:3

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[moved - obviously]**

154:25
**moving** 20:10
149:1 150:14
**mst** 1:17 2:3
**multi** 180:10
**multidisciplinary**
180:10
**multimodality**
180:11
**multiple** 50:13
172:8 179:25
181:3
**murdered** 48:2
**murmur** 92:8
172:25 173:1
**muscle** 179:24
**mvp** 73:22 74:4
**myriad** 70:22

**n**

**n** 3:1 27:16,18,24
30:5 59:23 61:10
61:12,13,19 66:9
95:24 96:2 97:3,9
101:19 102:18
104:7 105:25
115:25 127:20
130:23 131:8,21
132:20 133:1
134:3,4 145:21
146:14,18,22
164:3,5,9 165:3,8
176:12,13,14,21
**name** 3:2 5:24 6:1
7:14 10:9 24:9,11
25:9,10,11 52:9
85:16 107:11
135:14
**names** 24:8 156:16
**narrative** 32:11
33:25 40:25 41:25
42:12 43:2 64:15

64:21,25 65:2
77:5,7,16 78:16
79:24 82:13
**native** 11:7
**natural** 47:22,22
53:2
**nature** 14:13
**nausea** 70:13
179:20
**navy** 150:24
**ne** 2:21
**necessarily** 72:18
110:16 142:2
146:2
**necessary** 190:6
**need** 9:9,11,12
49:9 60:24 79:7
133:13 136:7
**needed** 12:19,21
82:22
**needs** 184:18
**negative** 122:20
151:7 160:2
**neither** 176:7
**nerd** 66:15
**never** 10:6 132:20
132:21,24 160:1
169:19 175:18
**new** 52:11 54:7
58:23 75:5 156:20
**news** 134:3
**night** 85:14 86:4,8
96:17,23 105:7
113:1 116:25
118:5 141:7 143:7
171:5
**nightstand** 163:14
163:16,20
**nonsmoker** 119:10
**nope** 124:18

**normally** 8:5
143:22
**nos** 3:15,18,20,23
4:1,3,5,8,12,14,18
**nose** 154:5
**notary** 185:22
190:13,19
**notations** 90:9
**note** 88:1 96:20
104:21 121:6
122:14 126:2
137:23 181:7
188:10
**notebook** 95:23
174:1
**notebooks** 40:17
**noted** 66:25 78:18
78:21 85:23 93:13
126:22 141:15,24
144:18 151:5
190:7
**notes** 22:21 24:14
38:8 40:16,20,21
41:7 42:10 43:19
77:9 83:1 84:4
89:2 119:10
121:19 129:14
**nothing's** 153:12
**notice** 3:10 9:19
10:11 37:5 52:8
106:1 156:4 164:8
**noticed** 61:17
66:13 89:19
111:11,13
**noticing** 9:5
**notification** 71:5
**notified** 55:7
142:13
**notify** 25:22
**number** 39:13
48:16 49:12,15

66:7 90:19 119:13
122:19 125:21
162:17 176:20
**numbers** 50:6,7
52:25 53:2 54:12

**o**

**o'brien** 54:24 55:1
57:13,13,14,16,21
67:16,23 79:14
88:1,6 89:2 93:9
94:2,11 96:15
116:10,14 144:18
144:22 181:11
182:11
**o'brien's** 65:9
181:9 182:15
**o'clock** 171:16,24
172:6,12,13
181:21
**oath** 185:25 187:6
**object** 141:25
**objection** 68:24
91:12 134:5
141:16 165:23
173:3
**observation** 128:9
128:10 145:9
155:24
**observations** 77:9
145:3,7 155:19,22
**observe** 103:20
105:6
**observed** 70:19
144:22,24
**obstructed** 116:22
**obstructing** 59:3
**obtain** 69:18
**obtaining** 79:17
**obviously** 9:4
30:19 39:15 45:1
54:16,20 57:24

**[obviously - opinion]**

60:12 82:24 121:8
132:13 140:9
169:23 177:7
**occasioned** 20:10
**occur** 121:21
156:3
**occurred** 168:2
176:20
**occurring** 171:19
**odd** 44:10
**odor** 182:12
**offense** 72:10
**offer** 30:3 176:8
**offering** 26:25
**office** 16:24 23:14
23:15,24 25:19
38:16 74:19 103:5
113:24 137:12,14
138:19,21 144:16
144:19 149:3
181:15
**officer** 8:23 13:18
42:15 56:1,2,3,7
56:12 57:13 64:14
64:16,17,21,21
69:3 70:19 71:22
73:4 74:2 78:23
79:2,7 99:16
110:12 111:5,18
111:24,25 124:1
136:5,5 139:9,10
139:10 140:18,19
142:17 182:11
**officers** 13:21
26:16 39:14 42:22
73:21 110:5,16
135:15 140:8
172:8 177:22
181:3
**official** 51:23 63:1
98:1 127:24

160:21 180:19
**oh** 11:10 34:20,25
49:21 53:9,12
78:6 80:11,19
96:25 100:22
127:3 152:9
155:10 175:6
182:3
**okay** 5:15 8:19
9:13,14 10:22
11:2,12,13,18,22
12:3,20,23 14:16
14:21 15:12,20,24
16:5 17:13 18:11
18:15,24 20:5,9
22:24 23:21 25:25
26:4 27:22 28:20
31:8 32:7,11
33:19 34:5,10,15
35:2,19,22,25 36:5
36:8,13 39:19,20
40:24 41:10 42:3
46:19 49:9,19,21
53:5,12,17 54:6,15
54:25 55:5,20,23
56:6,21 57:1,12
59:12,19,25 60:12
61:2 62:4,6 64:7
65:2 66:19 68:2,9
70:24 71:23 72:2
72:5 73:18,25
75:11,21 76:3
77:5,6,20 78:4,17
79:12,24 86:3
87:15,16 88:4,17
88:25 89:7,24
90:12 94:20 97:2
98:9,19 100:17
101:9,15 102:1,11
104:5,19 105:12
106:14 107:18

109:18 111:3,7,17
112:3,7,13,16,19
113:16 114:3,22
115:12 119:8,16
119:25 120:5,8,23
121:18 122:18,19
123:13 124:6
125:10,13,17,19
126:2,6,12,17
127:3,3,4 130:16
132:10 133:14,17
135:5,8,9,14,19,22
135:22 136:3,10
136:23,25 137:11
138:12,18,21
139:20,23 140:7
140:15 141:20
142:10,19,23
143:15 144:8
145:14 146:22
148:10,16 149:18
150:14,23 151:14
152:6,9,9 153:24
154:9,21 155:10
155:13,23 156:3
156:18,23 158:7
159:6 160:4,9,12
160:16 161:9,14
162:1,10,14,19
163:5,12,19 164:1
164:14 165:20
166:2 167:18
168:18 169:16
171:11,13,13,23
174:9,13,17,22
175:1,25 178:6
181:10 183:2,6,18
185:3,19 186:3,18
**old** 53:13 58:23
117:25 118:7
129:5 133:5

**older** 21:10
**olga** 2:16 5:9 6:1
**olive** 115:11
**olson** 5:8,8 6:7
24:5 26:4,9 32:23
53:6 54:1,1,1,2
56:18 61:18 65:22
71:12 72:13 76:14
79:16 82:4 98:3
105:6,7 106:4,11
106:20 107:14
109:16,19 111:19
114:9 115:13
116:17,23 117:10
120:2,20 121:9
126:15 133:4
136:15 137:20
169:20 177:19,24
**olson's** 21:18 57:7
65:23 169:23
**ome** 145:25
**onboard** 73:25
**once** 37:19 40:21
40:22 61:18
106:13 108:6
**ones** 7:4 118:3
162:2 163:7
**onesie** 88:2,9,11
88:14,16,21
**ongoing** 150:2
**open** 138:16
151:12 157:14
159:25 163:25
172:12
**operates** 45:6
**operating** 33:7
56:9 68:11
**opinion** 28:2,10
29:6 118:7 130:14
130:16,19 131:7
131:18,20,23

Detective Michelle Reyes
In Re: Fisher-Price/Mattel
August 17, 2020

**[opinion - percent]**                                                    Page 23

176:12
**opinions** 27:1,8
    30:4,4 176:8
**option** 156:7 160:9
**options** 156:9
**order** 8:6 18:22
**organizing** 23:8
**orient** 36:2 75:3
    115:8 129:9
**original** 37:18
    64:14 65:3 169:23
    170:2
**osborne** 2:11
**outcome** 187:19
**outfit** 88:2
**outside** 17:21
    62:13 81:12,20
    99:6 146:2 160:1
    167:16 173:2
    176:23
**overall** 123:15
    161:7 163:10,23
    163:24
**overheated** 46:13
**overheating** 89:7
    89:14,19 90:24,25
    91:6,15,22
**overseeing** 177:23

**p**

**p.m.** 2:3 5:2 19:2,4
    19:4,6 24:24 25:2
    35:5,6,6,8 80:22
    80:25 95:13,15,15
    95:18 124:5 186:7
    186:19
**pack** 61:10
**page** 3:2,8 35:13
    37:9,12 45:11,25
    45:25 47:14,21
    48:14 49:10,20
    52:23 53:2,3,5,25

53:25 62:23 63:2
63:8 64:8,14,15,19
64:20,22,24 65:4,5
65:10,10,13,14,18
65:21,24 67:2,19
68:13 70:24 71:1
71:16 72:5,10,22
73:11,16 75:1
77:3 83:12 85:13
87:23,25 89:1,2
92:1 111:5,8,9
113:25 119:17
121:5 122:5,13
123:1 125:3,4
129:6,18 136:25
137:4,10 138:5
141:5 145:14
152:3 153:18
156:18 159:6
161:10 167:18
171:9 175:23
181:8 182:20,21
189:4,7,10,13,16
189:19
**pages** 65:4 66:1
    114:17 116:8
    187:13
**pain** 70:13 169:7
    179:11
**pamper** 88:15
**pandemic** 8:6
**panel** 44:24 45:6
**paper** 41:12
**paragraph** 47:17
    85:21 115:9
    138:22 141:5
    143:4,16 144:14
    149:1 181:6,24
**paragraphs** 79:2,5
    79:10 98:12

**paralegal** 31:20
**paramedics** 39:17
    60:5
**paraphernalia**
    68:5 94:9 98:3
    99:1,2 100:7,11
    101:3
**parent** 58:23
    157:15,15
**parents** 5:8 7:1
    11:8 23:5 25:22
    57:7 58:17 75:5,9
    89:18 93:17
    101:24 105:2
    106:15 117:4
**parked** 139:4,5
**part** 11:10 17:7
    38:3,25 51:7,12
    65:14 67:4,25
    71:8,11 73:3
    81:15,22 86:18
    87:24 88:19 91:18
    91:18,19 94:12,13
    97:25 98:24 107:9
    119:1,17 123:15
    123:22 127:13
    135:9 138:6
    142:10 147:20
    159:23 160:21
    161:6 167:4,21
    180:3 185:17
**partake** 175:2,5
**partially** 99:11
**participate** 145:15
    168:10 175:13,20
**participated** 51:5
    124:16
**participating**
    149:9
**particular** 7:6
    93:22

**particularly** 58:3
**parties** 23:12
    151:6 187:18
**partition** 184:16
**party** 22:25
**paso** 11:11
**pass** 133:10
**passed** 49:24
    133:6 146:18
    172:3,17
**paternal** 53:18
**path** 59:4
**paths** 166:6
**patience** 133:9
    185:7
**patients** 70:10
**patrol** 13:13,14,18
    13:21 14:5,17
    15:1 20:8,10,16
    26:16 78:21 139:5
    139:7 162:4
**pause** 35:3 80:24
**pd** 4:4 38:5 41:3
    41:14 57:12 61:24
    67:8 101:17 102:6
    114:2 123:15
**pediatric** 128:24
**pediatrician** 129:8
    132:14
**pediatricians**
    44:25
**pending** 151:13
**people** 14:2 21:5
    39:14,18 40:14
    54:14 55:25 60:9
    60:14 70:2,6
    136:19 140:2
    144:6 146:10,11
    161:15,19 166:9
**percent** 11:15
    47:21 48:1,1,5,7

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

48:11 49:2,20,24
50:21
**percentages**
167:15
**perfect** 35:1,25
95:9,10
**perfectly** 148:6
**perform** 61:19
97:4,14
**performance** 8:22
**performed** 121:7
132:21 153:20
**period** 90:18
**periodically** 84:3
**periods** 144:11
**permission** 79:17
**persistent** 179:24
**person** 8:7,14
19:19 52:14 54:16
61:1 125:8
**person's** 39:13
**personal** 73:15
155:19 168:15
**personally** 41:17
73:5 154:7
**personnel** 57:12
60:2 125:14
**persons** 15:14
20:2 64:9 135:17
**perspective**
128:10
**pertinent** 119:10
142:4
**pets** 46:20
**phoenix** 1:16 13:8
30:22 81:17 185:8
187:20
**phone** 31:22 39:7
174:1
**photo** 100:6 147:6
163:17 164:19,25

**photographed**
87:3,4 106:8
**photographs**
32:14 38:23 42:3
42:6 52:6 74:18
74:22,23 75:22
76:7,14,20 94:23
94:25 95:24 96:1
96:13 97:8,24
98:2 99:18 100:19
100:23 101:18
103:12,18,21,25
104:3 106:9
107:13,22 116:20
117:19 124:15
160:20
**photos** 32:2,3
35:20,21 36:9,11
39:2 100:13
102:15,17,22
107:18 108:7,10
147:10 148:8,20
154:15 161:3,4,5
162:12,16,21,24
163:3,4,8,9,23,24
164:3,20 170:2
**physical** 89:17
144:23
**pick** 141:9
**picking** 85:21
**picture** 98:14
105:24 147:25
**pictures** 99:12
105:12 108:8,9
165:7
**picturing** 59:3
**pieces** 112:8
**piedmont** 2:21
**pincher** 118:13
**pink** 147:8 150:23
164:3

**pipes** 66:16 94:17
**piqued** 93:22
**place** 72:16 81:12
82:1 105:3 123:2
170:7
**placed** 46:5 59:20
75:18 96:23 97:16
104:20,21 105:2
105:14 107:5,6,24
108:1,6 113:1
115:13,25 116:16
116:18 117:2
121:20 137:19
142:16 143:13
147:17 148:10,12
160:1 165:4
**placing** 106:5
**plaintiff** 1:5 2:10
26:21 39:24 40:1
**plaintiff's** 27:5
**plaintiffs** 42:4,11
**plan** 176:1
**plans** 30:13
**play** 27:16,18,25
30:6 59:23 61:11
61:12,13,19 66:9
95:24 96:2 97:3,9
101:19 102:18
104:8 105:25
115:25 127:21
130:23 131:8,21
132:20 133:1
134:4,4,20,23
145:21 146:14,18
146:22 164:3,5,10
165:3,9 176:12,14
176:21
**play's** 176:13
**played** 44:12
**playpen** 156:10

**pleasant** 185:7
**please** 5:4,16,23
5:24 9:6 51:24
79:6 174:19 186:6
**point** 16:16,23
19:15 33:22 39:19
44:12 61:24 63:12
87:22 88:7 95:3
108:6 148:17
151:22
**police** 7:21,22 8:23
13:4 21:18,25
29:21 32:8 34:5
42:15 43:20 52:5
61:17 62:20 64:4
67:4 73:20 76:23
94:13 98:1 120:1
135:3 142:14
154:25 160:6,12
160:19,25 162:10
168:19 171:10
172:6 182:25
183:1,25
**policing** 21:12
**policy** 41:3
**polka** 88:23
**pop** 10:9
**pops** 149:16
**populated** 54:8
**porch** 139:25
**portion** 84:17 85:4
85:8 95:23 135:18
150:9
**position** 10:24
16:1 19:16 28:21
97:13,17 104:21
105:18,19 107:25
115:19 116:1,17
116:20 141:14,23
148:11 169:24
170:3

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[positioned - questions]**

Page 25

positioned 108:2
positive 122:21
possess 68:19
possession 39:22
  69:7,8
possibility 91:15
possible 89:8 91:1
  104:12 105:2
  106:18 151:11
possibly 140:10
post 178:15,16
posterior 105:19
postnatally 46:16
potential 51:6
potentially 18:3
pound 90:20
powered 86:9
  143:8
precise 121:14
predictable 132:1
prefilled 152:23
premature 143:19
premises 124:13
prenatally 46:16
preparation 41:24
prepare 31:24
  167:4
prescribed 70:14
prescription 68:14
present 2:24 5:4
  17:6,23 90:10
  96:12,15 103:8
  107:3 115:1
pressure 154:10
  154:12
pretrial 21:12
pretty 55:13 86:4
  88:15 101:1
  147:22
preventable 50:13
  50:22 90:24 180:9

preventative 21:4
prevention 46:4
  180:7
previous 61:6
  83:18 136:20
previously 168:1
price 1:7 5:10,13
  6:3 27:9 29:6,14
  34:17 101:21
  130:5,9,12 132:4
  134:4 188:4 189:1
  190:1
primary 122:24
  123:4 168:24
prior 16:2 23:3
  122:15,16 134:1
  136:22 142:14
  143:7 153:11
  154:25 157:25
  158:8,20 160:1
  165:7 171:5
  174:18
privacy 85:11
pro 9:4
probably 9:18
  13:15 15:10 20:4
  20:13 30:15 56:13
  81:20 87:19 88:11
  124:3 136:4,5
  138:15,18 139:15
  155:12 156:21
  162:5 166:5
  181:13
procedure 26:12
  26:18 33:8 41:11
  56:10 68:12
  105:11 161:2
proceeded 107:12
proceeding 187:5
proceedings
  187:14

process 8:17 41:14
  180:11
processing 93:9
produce 68:19
produced 34:16
product 27:14
  29:25 43:21
  104:12,17 107:9
  130:22 131:14
  132:22 134:15
  147:21 176:16,19
products 132:18
professional 21:10
  128:9
program 3:12,14
  44:3,7,15 47:6
  50:8,20 51:3 60:7
  125:25,25 136:18
  167:2 180:3,7,13
progresses 76:10
pronounced 59:15
  138:24 142:13
  171:25
properly 16:13
property 14:9,10
  14:19 15:2,4,5,14
  15:17 71:15,16
  72:7,22 73:16
  93:13 159:22
propounded 187:9
prosthetics 166:18
protected 70:4
protective 23:19
  151:9
provide 60:20,23
  60:25 126:7
  144:20 184:14
provided 32:24
  39:23 107:5 150:7
  177:22 184:1,25

provider 159:2
providing 60:22
psyche 20:13
public 16:12
  180:19 185:22
  190:19
pull 175:24
pulled 77:4 124:4
pulling 112:8
purchase 186:11
purge 146:19
purpose 8:8 17:13
  44:15 82:8
purposes 24:7
  27:17 105:3
  183:19
purview 169:11
put 9:11 40:25
  77:8 86:16 105:7
  106:22,23 121:24
  131:15 136:16,24
  141:1 143:11
  157:11,16 160:7
  183:13
putting 50:14

**q**

question 9:7 17:19
  17:21 19:25 25:7
  26:8 52:20 54:13
  61:6 72:21 110:5
  110:21 111:23
  112:21,22 117:24
  149:14,17 159:1,3
  161:1 168:8
  173:12,24 174:9
  174:10,13 177:17
  185:11
questioning
  177:11
questions 8:5,10
  26:21 36:3 55:17

61:14 98:11
120:20,21 123:25
131:25 132:2,7,12
135:24 144:9,12
149:12 166:23
168:21 169:5,6
170:23 172:24
173:19 174:3
176:11 177:2
184:17 185:5,23
187:8
**quick**  12:21 95:4
140:17 161:9
177:7
**quickly**  121:2
181:7

**r**

**r**  189:3,3
**r&p**  102:1
**race**  48:17,21
49:13
**rachel**  2:16
**radio**  74:10,11
**ramirez**  2:25
**ran**  33:14
**rash**  154:16,18
**react**  144:6
**read**  79:6 121:13
148:13 157:24
158:1,4 167:21
176:2,13 185:10
185:13,16 188:9
190:5
**readily**  137:22
145:4,6
**reading**  89:4
171:16
**real**  39:6
**realign**  122:7
**really**  9:3 16:16
20:13 21:19 53:19

89:16 104:17
133:9
**reason**  9:1,10
29:13 33:19 56:4
70:25 81:21 86:15
91:11 92:25
130:11 143:9
173:22 180:12
182:14 188:11
189:6,9,12,15,18
189:21
**reasons**  70:2,22
**recall**  9:18,19
31:19 34:4 43:22
55:19 57:9 59:6
62:2 75:9 79:9
80:4 81:3,4,11
83:9 86:14,17
88:18 92:11
101:10,11 107:14
107:17 112:10
113:14,15 114:20
114:25 120:19
125:13 134:4,8
139:6,13 146:17
146:20,24 147:5
149:18,24 150:2
154:12 157:7
163:19 164:10,19
**receipt**  188:18
**receive**  36:21
158:20 185:19
**received**  9:16,18
34:2,11 39:23
42:14 72:9
**receiving**  9:19
**recessed**  19:4,10
35:6 95:15
**recognize**  77:13
114:4

**recollection**  6:11
6:13,23 22:20
26:1,3,9 31:10,11
33:1 55:14 56:25
57:2 58:13 59:8
61:25 63:14 75:4
75:18 82:21 83:4
105:9 107:16
149:19,23 164:6
**recollections**
22:16
**reconcile**  112:11
**record**  5:1,5,24
11:21 18:9,11,18
19:3,7 24:21,24,25
25:3 33:5,9,10,11
33:18 35:5,8
41:14 62:15,24
63:1 80:21,23
81:1 83:3 95:11
95:14,18 98:1
109:8 122:10
125:3 127:24
133:20 158:17
180:19 186:6,9
**recorded**  32:23
33:2 71:18,19,24
**recorder**  33:14
72:19
**recording**  32:20
32:24 71:5 72:2,4
72:17 82:19,21
109:14,15
**recordings**  63:5
**records**  34:3 51:22
55:6 62:15,19
101:17 114:1,2
123:15 128:24,24
129:6,7 159:21
173:16 174:24
175:3,16

**recreate**  76:10
**red**  88:2,23
**reduce**  180:9
**reenactment**
25:15 102:15,17
102:21,21 103:6,8
103:10,13,16,25
104:5,11,24 105:4
106:1,12 107:2
108:10 112:11
115:1,2 116:13,15
117:20 124:16
129:23 145:16,19
146:23 147:1,4,17
164:20
**refer**  24:11 25:7
36:3 53:1 55:3,19
94:3 108:23 173:6
173:16
**reference**  77:3
**referenced**  52:19
118:22 188:6
**referred**  21:22
60:4
**referring**  108:24
**refers**  137:8
**reflected**  83:10
**refresh**  22:20
31:11 82:20
**regarding**  6:6
54:22
**registered**  89:4
171:17
**regular**  13:13,14
14:5
**regularly**  120:2
143:21
**regulatory**  132:17
**relate**  69:4
**related**  25:15
34:11 42:10 45:13

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[related - reviewed]**

46:3 49:17 64:9
71:17 111:17
132:17 135:17
137:1,4 168:3
187:18
**relationship**  21:7
83:14,16
**relaying**  26:2
150:3
**release**  73:10,11
160:22 182:23
183:2
**released**  183:8
**releasing**  183:4,6
183:9
**relevant**  22:4
93:23
**rely**  28:25 168:18
173:9
**relying**  123:3
**remain**  150:2
**remainder**  185:4
**remember**  6:22
7:2,3 31:18 32:3
33:16 55:1,4,22,25
56:1,2,4,18,19,20
56:22 57:8 59:16
59:18 60:3 61:8
63:23 81:9 106:12
140:3 153:23
162:12 171:19,21
174:16
**remote**  1:13 2:1
**removed**  104:8
**rental**  66:23 71:10
**repayment**  68:10
**repeat**  9:7
**repetitive**  43:15
**report**  3:11 26:13
29:22 32:1,7,8,9
32:10 34:13 36:4

37:23 38:4,21
40:6,9 42:12,19,25
43:11,13 44:2
45:3,20 47:11,15
48:15,15 51:20
52:5,9,11,19 55:3
55:19 56:6,24
61:17 63:5 64:4
64:12,16 65:9,13
65:15,17 71:15
72:7,11,22 76:5,23
77:5,7 78:18
82:14,18,20 83:10
84:4,8 85:1 86:18
87:24 89:1 92:14
92:22 93:11,21
94:3 107:2 108:5
108:25 109:9,25
110:4,15 111:5,10
111:25 119:2
120:25 129:14
131:15 135:3
136:8 138:6
145:25 148:4,8,19
148:23 160:13,23
161:13 162:11
165:25,25 167:5,8
167:11,11,14
168:9,19 170:6
171:10 175:8
177:23 180:20
181:2,4,9 184:6,9
**reported**  1:23
**reporter**  1:25 2:5
5:16 37:1 47:4
62:18 68:23 76:19
76:22 113:18
185:20 186:10,14
186:18 187:3,24
**reporting**  21:18

**reports**  21:25
22:19 34:6 43:11
44:20 73:4 110:10
110:16,25 112:5,6
112:24
**represent**  5:5,10
6:3 51:21 76:14
98:2 101:20
113:22 128:23
**representative**
10:2
**represents**  49:2
66:3
**request**  51:23
116:13 136:8
**requested**  32:4,14
74:24 187:12
**requests**  37:13
**required**  119:4
190:13
**requirement**
69:18
**researched**  176:19
**reserve**  185:4
**resided**  83:19
**residence**  58:14
76:15 80:12,14
83:24 84:17 86:20
98:3 134:25 139:6
140:1 143:6
168:24 169:1
170:21 172:11
**residences**  84:3,15
**resident**  49:22,24
**residential**  71:10
**residents**  47:19
48:16 49:13 140:3
**resources**  18:17
60:21 61:1
**respect**  21:17
132:16

**respiratory**  92:9
**respond**  13:18
60:10
**responded**  125:9
136:9 161:25
162:5
**responders**  74:3
**responding**  39:14
42:21 56:12 64:17
**response**  60:5
78:22 124:22
139:20
**responsibilities**
7:10 16:7
**rest**  42:21 67:24
99:9,9
**restorative**  21:5
**restraint**  106:2,5
118:8
**results**  16:14,20
25:19 26:2 132:24
132:25 151:7
**resume**  10:18
37:15
**resuscitative**
115:23
**retained**  22:25
**retention**  41:3
**return**  188:13,17
**review**  3:12,14
31:23 32:13,20
33:23,25 43:10
44:3,14,20,21 47:6
47:11 50:8,20
51:3 69:20 110:14
110:16 167:2,7
168:9,13 175:4,7
180:11 187:12
188:7
**reviewed**  32:1,7
41:24 49:3,25

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[reviewed - says]

Page 28

110:9,24 132:24
175:4
**revisit** 185:25
**reyes** 1:14 2:2 3:3
5:4,18,25 6:1
11:16 19:9 25:5
35:10 44:1,6
67:21 76:19 77:4
95:21 109:4 133:9
133:18 161:17
177:6 184:21
185:6,12 186:9,12
188:1,5 189:2,24
190:2,4,12
**ricardo** 161:17
162:3
**right** 5:23 6:15,19
7:7,9,10,21,24
8:13,16 9:15
10:17,25 11:7,12
12:4 13:1,11,17
14:10,16,24 15:9
16:3,21 17:1,4
18:2,4,24,25 19:1
19:9,15,20 20:20
20:24 22:15 24:2
26:20,23 27:21
28:17,22 29:7,23
30:3 35:2,10,25
36:14,19 37:25
38:5,19 39:2
40:13 41:5,8,17,23
42:1,20,25 43:3,9
43:14,25 46:6,9,11
47:14 48:14 49:14
49:16,22 50:7,10
50:11 51:11,14,19
52:15 53:15,21
54:4,5,18,25,25
55:8,16 56:12
57:6,15,23 58:21

58:25 59:5 60:18
62:14,16 63:22
64:2,2,12,20 65:6
65:8,10,15 66:6,10
66:20 67:15,19,21
71:2,6 72:3,23
73:8,13,16 74:7,15
75:5,15,19 76:6,18
77:12 78:2 79:18
79:22,23 80:2,8,16
81:3,11,24 82:7,9
82:13 83:6,12
84:1,24 85:7,10,10
85:13 86:1,10
87:9 88:17,25
89:5,12,21 90:15
90:21 91:8,18,21
91:24 92:5 93:11
93:19 94:5,12,14
95:10,20 96:2,9,16
96:18 97:6,7,12,14
97:18,22 98:17,18
98:22,24 99:3,8,14
102:2,20,24 103:4
104:19,22 105:20
106:2,9,18,19,24
107:19 108:16,21
109:2,13 110:9,19
110:19 111:1,6,20
112:2,6,19 113:9
113:11 114:4,13
115:10 116:10
117:23 118:14,15
118:19,23 119:2
119:12,17,18,23
120:18 121:10,11
121:25 122:12
123:9,18,24 124:5
124:21 125:2
126:4,19 127:1,3,3
127:6,14,19,21,25

129:2,12,13,20
130:3 131:8,13,20
131:22 132:14
133:23 138:9
147:2,5 149:7
151:15,22 152:15
154:2 156:12,14
156:15 158:12
159:11 160:6
165:6,18 170:8
171:18 176:5
177:15,23 181:18
181:20 182:25
183:24 184:8,15
**rigor** 90:10,12
145:4 154:9
**risk** 46:1,24
**road** 2:12,21
**robert** 53:15,17
**rock** 27:16,18,24
30:5 59:23 61:12
61:13,19 66:9
95:24 96:2 97:3,9
101:19 102:18
104:7 105:25
115:25 127:20
130:23 131:7,21
132:20 133:1
134:3,4 145:21
146:14,18,22
164:3,5,9 165:3,8
176:12,13,14,20
**role** 29:23 39:13
43:9 114:7
**roll** 129:20
**rolled** 129:24
133:5
**rolling** 129:15
**room** 8:5 75:12
81:22,23 93:18,18
96:17 99:2,10,22

99:22 100:3,7
101:9 102:23
182:7,11
**rounds** 61:21
**rpr** 1:24 2:4
187:23
**ruled** 131:10
**run** 32:18
**runs** 32:17

| s |
| --- |

**s** 3:7 189:3
**safe** 18:21
**safety** 16:12 43:22
130:17 134:16
**sanjabi** 2:20 5:14
**sanjabib** 2:23
**sarah** 54:1
**saw** 10:9 11:17
75:12,14 94:10
117:19 118:6
139:24 148:5
152:17 154:12,18
154:21
**saying** 10:8 44:10
53:14 55:8 112:2
121:9 170:19
**says** 36:17 44:23
47:17 50:12 52:24
53:6 56:7 63:13
67:25 68:2,4
71:16,18 72:12
78:5 83:15 84:13
88:1 93:17 104:20
111:10 115:9,13
116:13 119:19
121:7,12,16,23,24
122:23 123:2,7
124:3 125:14
126:24 127:10,14
127:20,23 135:25
137:2,5,17,22

138:10 139:23
141:6 148:16
151:4 152:2,4,13
154:16 155:3
158:8,19 160:18
161:21 162:19
167:22 171:15
182:11 183:7,9
**scanned**  40:10
**scene**  13:22 14:3
17:19,23,24 26:9
26:15,16 27:15
29:21 33:24 39:12
40:21 42:7 55:24
57:20,22,25 58:3,4
58:9 59:1 66:5
73:1,5 74:18 75:4
75:15 76:7,10,15
76:20 79:4,14
87:4 93:9 99:16
104:8 110:13
112:15 115:1,6
116:10 118:6
124:4 137:13
139:4,12 142:12
144:22 146:5
150:16,21,21
160:21 161:19,25
162:5,12 163:3,4
168:22 169:22
176:17 177:7
**scene's**  163:8
**scenes**  13:19
**scheduled**  143:21
**scheduling**  30:25
**school**  7:8,8,12,15
7:16 11:3 20:22
**schriner**  2:11 3:4
3:5 5:6,6 23:7
28:4,12 29:3,8,16
30:7 31:12 44:16

45:8 48:9 49:5
50:2,24 68:25
69:12,24 70:17
83:21 84:6 86:12
86:23 87:12 89:9
91:2 92:10,18
95:2,8 98:6 99:4
99:13,24 101:4
102:25 108:17
111:21 112:17
113:3,8 114:10
116:5 117:8,16
118:9,16 120:4,12
128:1 130:13,18
130:25 131:4,9,16
133:12,17,22
134:11 141:19
142:9 158:18
166:1 173:5 177:2
177:13 178:2,6,13
179:9,13,17
180:16,23 182:18
184:2,23 185:3,9
186:10,13,16
**sclerosis**  179:25
**scope**  169:14
173:22 176:24
**scratches**  154:22
**screen**  10:9
**screens**  40:16
**scrutinized**  44:24
**search**  29:20
65:22,24 79:17
124:13
**searched**  93:17
**seasoned**  28:11
**seat**  66:22 115:15
115:19 116:24
117:1,5,13
**sec**  80:18

**second**  37:9 49:10
63:2 100:14
101:19,20 102:18
115:9 136:14
137:17 138:22
147:10 157:10
**section**  36:10
45:12 116:12
137:9
**secure**  39:9 115:16
**securing**  26:16
**security**  71:1
**see**  17:24 18:22
21:2 35:23 37:9
38:9 45:14,23
46:6,17,22 47:1,11
47:15,24 48:2,12
48:18 49:3,6,17
50:16,22 53:5,14
53:23,25 54:2
58:7 62:24 66:12
68:15 73:21,24
74:16 78:24 80:14
82:3 90:5 93:21
94:7,8 95:25
98:24 99:11,11
101:19,21 102:20
105:13,17,23
109:5 111:12,15
111:16 113:24
114:8,18 115:19
116:8,8 117:2,14
122:16 126:4
128:16,17 129:9
129:16,19 137:2
138:1,2 143:15
145:4,6 146:1,4
151:10 152:2,11
159:23 163:13,14
165:1,13 169:23
173:13,25 176:3

182:4,12
**seeing**  58:8 64:8
107:14 146:17,21
164:10,19
**seen**  33:20 34:15
55:6 76:13 114:13
114:19 126:15
128:14,25 175:18
**sees**  17:20
**seized**  71:17 72:11
94:1,13 159:22
160:5
**seizures**  179:22
**semi**  115:18
116:19
**semiprone**  115:18
116:19
**sense**  22:9 58:8,9
112:15 135:20
157:19
**sent**  31:1,2,20
38:14 186:15
188:14
**sentence**  137:18
137:22 147:22
167:21 182:10
**separate**  35:18
82:8 85:1 124:25
125:1 177:17
**separately**  26:8
**september**  187:21
188:3
**sergeant**  31:1,2,8
31:9 32:22 39:16
55:8 65:12,15
78:12,18 109:15
109:19 139:12
162:4
**serious**  69:11
**serve**  26:22 27:4

[services - spoken]                                                      Page 30

services  23:19
  151:9
set  30:20 90:11
  94:25 97:25
sets  119:9
severe  179:11,20
sex  15:7
she'd  89:16
sheet  188:11
shirt  150:24
shoemake  96:5
  103:24 107:12
short  19:24 20:7
  128:16
shorthand  187:10
shortly  144:15
  162:9
shorts  151:2
shot  98:20
show  35:12 53:18
  57:25 71:11 100:6
  107:19 112:12
  117:20 146:7
  155:15 163:24
showed  103:5
  123:21 163:20
shown  108:10
shows  48:16 49:12
  73:11 98:25 124:2
  180:6
shredded  40:23,24
shuffle  16:20
sic  96:5 103:24
side  70:25 108:2
  122:2
sign  185:10,17
  188:12
signature  113:25
  187:12,23
signed  68:1 126:18
  188:20

significant  149:23
  177:8
signs  89:16,17
  137:23 138:2
silly  132:9
similac  66:12
similar  114:1
  134:9 147:14
  163:4
simply  27:5
  117:13
single  107:8
  147:19
sit  130:2
sitting  17:21
  136:10 139:24
  157:3 161:22
situation  17:14,15
situations  46:2
  60:10
six  8:3 16:2 19:17
  32:19 33:22
size  143:7 147:10
sketches  42:3,6
skill  118:12
  187:16
skip  98:22 166:2
skipping  99:8
  100:17,18
sleep  45:13 46:3
  50:14 121:24
  127:20 133:6
  143:13 168:2,3,4
sleeper  62:1 96:2
  97:9
sleepers  134:13
sleeping  46:8,19
  46:25 50:15,16
  59:9,10,21 99:3,10
  99:23 121:22,22
  156:4,6

sleeps  111:14
sleepwear  85:24
  85:25
slept  86:17 96:17
  100:12 102:2,22
  143:11
slightly  93:16
small  86:8 143:7
smaller  94:25
smell  101:9 182:15
smelling  101:11
smoke  46:16 101:1
  101:10
smoked  101:6
  120:2
smoker  119:21
smokes  46:25
smoking  66:17
snaps  88:20
social  44:25 71:1
soft  46:11
sol  11:4 12:5,6
solutions  188:23
somebody  57:18
  57:19 125:15
  150:11
somebody's  31:20
  146:6,7
somershoe  76:1
  107:11 144:18
  161:18
sop  33:4,6
sorry  7:25 11:20
  18:13 19:24 26:5
  33:7,8 53:9,11
  61:4 80:9 82:19
  98:7 100:3,4,14,17
  100:22 102:13
  109:3,7 112:15
  120:7 122:6 132:1
  138:23 139:5,16

150:6 155:6
  158:15 164:16
  166:25 170:18
  172:6 178:2
sort  7:2 10:20
  21:13,22 23:12
  27:15 28:21 31:10
  64:8 75:3 90:11
  93:22 115:7
  132:21 151:12
  157:16
sorts  17:7 42:23
sound  66:15 132:1
  132:9
sounds  16:8
source  122:23
  159:19
south  7:18
space  146:25
spaces  85:1,11
spare  93:18
spasms  179:24
speak  22:2 140:6
speaking  9:4 80:5
  93:6 144:15
specialist  96:5
specialized  22:10
specific  16:8 25:25
  26:1,12 27:16
  47:6 70:2 97:8
  101:18
specifically  124:1
  157:21
specify  123:8
specimen  183:9,10
spelling  185:15
spent  169:3
spoke  79:25
  140:21,22 142:20
spoken  23:4
  167:10

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[spot - systematic]**

Page 31

spot 30:21,22 95:5
spots 133:25
stack 94:24
stain 146:17,21
  164:10
standard 33:7
  41:2 56:9 68:11
  105:11 161:2
stands 6:21 74:5
  83:9
start 6:19 9:15
  11:2 16:23 26:12
  36:1,14,15 40:20
  45:12 51:20 141:5
  142:8 162:16,16
  162:17,24 167:1
started 15:13
  67:23 129:15,20
starting 19:10
  127:1
starts 45:11 149:1
  161:12 181:24
  182:1
state 4:16 5:23
  12:9 68:18 69:4
  85:22 119:4
  126:14 127:24
  139:3 144:23
  187:4,24
stated 108:18
  111:10 115:15
  116:21,23 140:11
  145:15
statement 108:13
  111:19 117:10
states 1:1 36:17
  43:21 79:21
station 161:22,23
stations 7:21
statistics 47:17,20
  118:23

status 71:16 152:2
  152:10
statutory 1:4 5:7
stay 60:19,19 89:1
  161:10
stayed 19:17,22
staying 84:3,15
sticking 161:11
sticks 39:6
stomach 46:5
stopped 162:24
straight 80:1
strap 107:8 147:19
strapped 28:18
street 2:17 7:17
  31:5 84:18,25
stress 106:15
  178:15,16
stressed 106:16
stressful 60:10
stuck 63:11
students 21:8
studied 169:16
stuff 58:19 68:8
  141:21 144:12
stuffed 107:4
subdivided 84:25
subject 115:13,18
  116:16,19 135:25
subject's 116:21
subjects 53:24
subpoena 3:9
  36:15,18,22
subpoenaed 56:4
subscribed 190:14
subsequent 79:12
subset 47:5 97:24
  101:17
substance 119:11
  119:21 185:24

substations 7:22
substitute 104:6
  116:14
sudden 45:12
  48:18 49:1 167:20
suffered 60:14
  92:4 144:1 173:21
suffocation 168:3
  168:6
suggest 135:1
suicide 48:11
suid 45:13,19,20
  46:2 49:1,15 50:1
  51:6 90:24 167:19
  167:22 168:6
suids 168:3
suite 2:12,17,21
sum 140:8
summarizing 40:4
summary 79:7
  114:18 115:6
  141:2 145:25
  184:9
summer 6:24,25
  85:19 86:16 87:23
  88:5,13 143:10
sundress 85:24
  86:5 88:5
super 58:17,18
supervised 124:14
supervisor 76:1
  103:24
supine 97:17
  105:15 116:1,17
supplement
  161:24
supplemental
  64:21 94:3
support 60:21
  126:7

supposed 12:22
sure 7:5 10:3,10
  16:12,16,19 21:11
  24:22 25:13,14
  28:9 30:17 31:23
  34:25 35:13 38:14
  40:8,11 43:16
  44:22 52:22 56:15
  58:12 61:7 69:21
  70:5,7 82:3,24
  83:4 87:7 90:17
  91:11 93:2 95:5
  108:24 110:3,20
  112:16 120:25
  133:3 148:18,22
  151:16 152:23
  173:13 174:23
  182:22
surface 46:8
surfaces 46:21
surrounding 6:11
susan 72:13
swear 5:16
sweaty 155:24
sweig 55:8,9,10
  78:18
switch 60:17
switching 54:7
swope 114:23,25
  116:9 184:10,11
  184:25
sworn 5:20 187:7
  190:14
syndrome 178:5
  179:7
synopsis 60:24
  184:6
system 8:9 52:11
  54:7 138:16
systematic 180:10

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**t**

**t** 2:13,18,22 3:7
  183:9 189:3,3
**tab** 36:7,9,10 47:3
  47:4 87:25 94:21
  94:21 95:22 97:22
  97:24 101:16
  102:13,14 112:20
  113:19 118:19
  123:13 126:12
**table** 48:25
**tabs** 35:23
**take** 14:2 18:19,20
  40:16 41:15 51:25
  52:3 67:8 75:21
  79:6 80:12 95:4
  95:25 98:4 103:18
  103:24 107:13
  112:6 129:8
  135:13 144:11
  160:6,8 161:3,9
  163:3,12,22 164:2
  183:12,17
**taken** 8:10,14
  38:23 42:5 61:18
  61:25 66:5,7,9,12
  66:23 67:12 71:9
  71:10 73:1 94:23
  95:24 96:1,4,7,13
  99:19 100:23
  102:5,23 103:2,12
  103:13 104:7
  105:13 107:18
  108:7 115:24
  116:20 124:15
  150:15 171:16,20
  171:23 172:5
  187:5,10
**takes** 15:20 37:5
  87:8 118:12

**talk** 6:20 12:4 14:1
  17:5 26:17,17
  29:25 39:12 58:6
  64:9 76:21 101:18
  113:13 142:24
  143:4 151:14
  159:16 181:1
**talked** 36:19 37:14
  41:23 47:16 64:9
  80:6 86:3 93:14
  108:14 115:22
  116:2 142:11
  153:19 159:24
  162:2 166:3 170:6
  181:3 182:21,24
**talking** 22:2 26:1
  26:12 36:11 52:18
  54:14 57:2 60:22
  68:3 82:4 83:13
  85:21 90:7 112:5
  113:12 118:22
  144:5 149:2 162:7
  165:5
**talks** 43:17 46:1,4
  142:10 144:15
**tall** 56:5,6
**tape** 71:18
**tasked** 79:15
**team** 39:15,16
  42:20 60:16
  124:22,24,25
  125:10
**tech** 39:3 75:25
**technically** 124:24
**technician** 107:10
  144:17
**tell** 12:14,17 14:24
  17:25 27:5 36:2
  44:9,10 52:4 53:3
  54:16 57:23 66:2
  71:20,21 77:24

79:8 86:21 89:19
  149:25 150:5
  162:23 163:6
  174:5,18,19
  177:15,24 178:9
  181:18 186:17
**telling** 10:3 111:24
**tells** 63:3 81:17
**tempe** 4:4 7:19,22
  11:6,7 32:8 38:5
  41:3,14 57:12
  59:14 61:24 62:20
  64:3 67:7 73:19
  76:23 79:3 83:19
  86:6 97:1,2 98:1
  101:17 102:6
  114:2 123:15
  125:21 136:6,7
  144:17
**tempepd** 3:16,19
  3:21,24 4:2,6,13
**temperature** 87:3
  87:6,8,9 143:5
  171:20,21 172:17
**temporary** 12:22
**tenure** 19:10
**term** 21:20 22:1
**terminal** 74:6
**terminology** 45:17
  60:18
**terms** 90:4,24
  116:2 167:13
  173:14
**test** 16:19
**tested** 132:20
  172:21
**testified** 5:20 8:19
  8:25
**testify** 8:21 22:16
  29:12 30:10,14
  91:14 110:17

187:8
**testifying** 169:12
  187:7
**testimony** 27:1
  110:7 122:9 132:3
  186:12 187:14
  188:9,18 190:8
**testing** 90:4
  132:22,24
**texas** 2:17 11:8
  30:21
**text** 38:8,14 43:18
**tfd** 136:1 140:12
**thank** 5:15 18:25
  54:19 69:1 133:12
  155:23 178:6
  184:21 185:5,6
**theft** 14:15
**thermometer** 89:4
  171:15 172:20
**thermostat** 89:3
**thing** 21:13 37:21
  52:8 60:13 79:25
  88:25 122:20
  138:10 142:4
  155:8
**things** 7:2,4 9:16
  10:18 14:13 17:7
  21:11 22:9 25:13
  33:20 35:17 40:14
  42:23 66:7 67:1,3
  81:14 87:2 88:14
  89:23 90:10,23
  92:24 93:3,10
  94:4,10 121:6
  122:19 123:23
  129:3 132:12
  140:16 146:8
  150:24 156:1,11
  156:16 166:12
  181:2,17

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[think - true]**

Page 33

**think** 14:17 21:1,3
25:5 26:20 31:2,5
31:20,21 33:12,12
34:4,22 43:14
46:7 50:5 56:3
58:22 59:14 61:16
61:21 63:12,20
65:5,13 67:20
70:3 73:18 76:2
79:20 86:3 88:24
90:15 93:14 95:11
104:14 112:25
118:6,21 121:15
124:3 134:9 135:6
140:11 147:7,8
149:21 150:14
151:16 153:4
156:14 157:10,15
159:17 160:4,13
160:14 162:12
164:22 166:24
170:5,9
**thinking** 110:22
**thinks** 109:21
117:11
**third** 23:12 141:5
143:4
**thomas** 54:1
**thorough** 127:25
128:13
**thought** 100:21
131:13 141:1,14
141:23 156:15,16
**three** 7:23 40:15
54:23 61:21
143:16 174:20
**time** 5:2 13:17
15:12 18:19 19:2
19:5 20:7 22:22
23:25 24:10,23
25:1 32:5,16

33:12 35:4,7 37:6
37:9 41:20 44:23
55:2 59:10 62:7
63:14,25 71:13
76:2 79:6 80:25
83:20 84:1,9,13,21
85:18 90:6 95:13
95:14,17,18
104:25 105:22
106:4,15 113:11
120:15,15 121:1,9
121:16,18 124:8
125:11 129:4,5
137:1,2,4,5,8,9
138:11,13,15,23
139:13 142:6,6
145:10 146:4
148:3,3 151:8
152:1,4,6,24
153:20 157:10
159:21 162:4
164:25 166:6
169:3,22,24 170:3
170:10,25 172:2,5
172:12,17 173:23
181:14,23 185:6
185:25 186:1,7
188:19
**timeframe** 188:8
**times** 21:21 41:10
55:16 106:11
149:24
**tinnitus** 169:9
**title** 14:19
**tobacco** 120:2
**today** 6:5,5 8:4
10:15 17:5 23:3
36:18 130:2
136:11 157:3
175:17 186:2

**today's** 31:24 37:8
186:8
**token** 29:5
**told** 31:6 37:14
41:25 79:21 84:9
84:16 85:18,24
90:15 92:2,13,21
109:19 111:23
112:24 113:7
128:4 130:22
140:25 141:13,22
142:24 143:3,18
143:23,25 155:21
158:11,24 159:4,7
159:15 169:2
170:14,16,20
172:25 173:20
177:18,22
**top** 49:1 67:24
88:18,18,22 89:2
98:15 135:14,17
138:10 159:7
171:15
**torin** 161:16
**totally** 82:7
**touch** 80:13
111:13 141:11
155:4,9,12,25
**touching** 146:11
155:16
**tough** 108:11
**traffic** 74:11,11
**tragedy** 60:14
**tragic** 24:3
**tragically** 49:24
133:5
**training** 22:7
91:19
**trans** 52:10
**transcribed**
187:11

**transcript** 187:14
188:6,20 190:5,8
**transferred** 14:7
15:25 16:6,13,25
19:18,23 20:17
72:19
**transferring** 16:4
52:11
**transitioned** 39:4
**transported**
150:20
**trauma** 137:23
138:2 145:5 146:2
146:3 150:1
**traumatic** 178:15
178:16
**traurig** 2:15,19
5:10,14
**treat** 146:8
**treated** 169:19
**treating** 173:17
**trial** 29:11,12,24
30:11,14 131:24
132:3 185:5
**tried** 30:20 32:1
**triggered** 81:15
**true** 22:4,17,22
23:1 27:6,12,25
28:11 29:1,15
30:6 38:21 48:23
52:4 56:16 64:25
70:8,15,21 76:11
83:4 84:20 88:5
88:10 89:25 91:16
93:4 97:10 99:12
100:12,24 101:3
102:6 108:10
110:1 114:15
119:4 121:20
122:24 123:5
126:8,23 127:11

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[true - video]**

Page 34

128:6 129:25
130:1,17,23
131:15 132:18
134:20 140:18
165:22 177:11,12
182:8 187:13
190:8
**truth** 187:8
**try** 21:6 33:15
62:15 112:10
148:22
**trying** 59:9 63:23
75:3 83:2 90:5
105:1 112:11
162:12
**tucson** 2:12
**tummy** 148:12
**turn** 121:3 135:2
149:16 182:21
**turned** 30:21
105:18 120:16,16
**turning** 145:14
153:18 156:18
167:18
**two** 26:14 35:17
66:16 67:2 77:18
79:5,9 83:16 85:1
85:11 99:9 139:9
139:15,18 143:16
171:24 174:18
**type** 9:1 77:16
88:2,15 114:19
134:19 138:17
146:9,12,14
151:10
**typed** 77:19 154:6
185:12
**types** 14:25 156:11
**typical** 17:7 58:22
82:10 104:10,10
126:4

**typically** 13:21
25:18 26:13 33:5
38:11 40:19 57:17
62:10,11,14 80:11
89:12,15 92:23
96:7 105:10
110:14 125:12
136:6 139:8
141:17
**typographical**
185:14

**u**

**ultimate** 112:21
**ultimately** 67:11
**um** 46:12,18 55:15
61:20 117:3
125:16 149:4
163:15 167:3
184:11
**unbearable** 86:25
**unbuckle** 118:8
**unbuckled** 108:15
109:20 117:5
**uncle** 65:23
**unclear** 9:6
**uncomfortable**
87:19
**underlying** 45:22
167:24
**underneath** 72:14
**understand** 6:4
22:13 24:15 128:8
140:17 185:16
**understanding**
27:19 44:14 45:6
85:2 96:16 145:12
162:20
**understood** 31:23
**undetermined**
28:8,25 48:5
126:25 127:17

131:11
**undone** 109:22
115:19
**unequivocally**
108:15
**unexplained** 45:13
48:18 49:1 51:7
167:20 179:7
**unfastened** 116:24
**unger** 75:7
**unidentified**
139:24
**unit** 7:8 14:15 15:1
16:1,5,15 19:11,19
20:6,23,25 60:5
62:6 74:2 78:22
86:9 124:22
139:20 140:9
143:8 172:7
**united** 1:1 36:17
43:21
**units** 15:6 125:20
139:10
**university** 12:9
**unkempt** 93:16
**unknown** 119:22
120:9 121:8
126:22,24 127:5
127:11,14 153:1
**unrelated** 140:5
**unsafe** 46:8 168:4
**update** 121:4
136:21
**updated** 121:1
**upload** 39:2
**uploaded** 37:20
38:25 39:9 40:10
40:12 42:24
**ups** 149:20 177:7
**upset** 81:8 84:22
144:6,7

**use** 18:16 21:21
22:1,19 25:10
39:6,7 82:1
104:16 119:21
135:3 136:18
145:21 166:18
**uses** 169:6
**usually** 15:5 26:15
111:14 149:6

**v**

**v** 1:6 74:8 188:4
189:1 190:1
**vaccinations**
158:14,21
**valley** 85:17
**van** 81:25 82:1
139:21
**vanessa** 10:1 31:6
**various** 16:19
110:25
**vasquez** 161:17
162:3
**vehicle** 139:9
**vehicles** 139:4,5,7
**verify** 165:22
188:9
**veritext** 188:14,23
**veritext.com**
188:15
**version** 37:22 72:6
105:25
**versus** 125:22
**video** 6:6 8:9,12
9:5 19:3,6 24:18
24:24 25:2,6
32:20 34:21 35:5
35:8 72:12,15,17
80:20,23 81:1
95:14,18 155:15
186:9

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[videoconference - x]**                                                          Page 35

**videoconference**
2:4
**videographer** 2:25
5:1,15 19:2,5
24:17,20,23 25:1
35:4,7 80:22,25
95:12,13,17 109:3
122:6 186:5
**videos** 42:9
**videotape** 8:4
**videotaped** 1:13
2:1 5:3 186:8
**viewing** 154:7
**violence** 19:24
20:6
**virtual** 1:13 2:1
**virtue** 22:6
**visible** 164:16
**visit** 149:3 159:1
185:25
**visits** 143:22
**voicemail** 31:20
**voluntarily** 55:18
**voluntary** 55:18
**vouch** 114:6

**w**

**wait** 100:14
**walk** 10:20 39:18
64:5
**walked** 75:15,17
90:7
**walking** 35:13
**walkthrough**
80:12 124:12
140:17
**want** 9:15 10:3
13:10 18:17 24:14
24:20 32:4,16
35:12 36:6,16
45:5 60:3 64:4
75:13,25 80:10

81:21 94:20,20
95:6 98:11 110:17
111:3 124:10
129:2 135:2 146:9
146:19 171:9
175:24 182:22
186:3,11,14
**wanted** 10:10
59:22 181:1
**warm** 86:24 87:11
87:13,14 155:25
**warnings** 131:3
176:13,14
**waste** 18:17
**wasting** 179:6
**watch** 103:10
149:5
**watched** 124:15
**water** 98:15 99:5
**way** 18:23 26:13
27:23 39:1 58:5
67:9 82:10 83:3
93:15 100:18
109:4 117:4,18
121:4 122:7
128:13 132:5,12
142:8 151:25
163:2 168:11
173:14 187:17,19
**ways** 40:14
**we've** 43:16 76:22
86:3 123:16
124:11,23 174:23
**wearing** 81:10
85:23 88:2
**wears** 20:13
**website** 44:23
**week** 17:2 90:16
90:16,16
**weight** 147:14
179:7

**went** 12:5,9 20:5,6
20:8,15 31:5
63:24 80:1 84:13
157:8 166:5 167:7
171:4 174:7
**wetmore** 2:12
**wheezing** 122:15
122:21 156:25
**where'd** 11:3
**white** 88:23
**williams** 56:1,5,7
64:16 71:22 78:23
79:2,7 110:12
125:15,18 126:3
136:5 139:10
140:18,19,25
142:17 161:16
**window** 17:22
149:15
**witness** 5:17,19
11:22 18:15,24
19:1 22:13,25
26:22 29:9 30:8
31:13 34:22 35:2
49:6 69:13 82:25
83:22 86:11,24
87:13 89:10 91:3
92:11,19 98:9
99:5,14,25 101:5
103:1 108:18
109:7,9 111:22
113:4,9 114:11
120:5 128:2
130:14,19 131:5
131:10,17 133:11
133:15 134:6
141:17 142:1
165:24 173:4
179:18 180:24
184:3 185:18
186:3 187:7,9

188:8,10,12,19
**witnessed** 128:5
**witnesses** 165:21
**woke** 115:17
141:10
**wondering** 63:6
160:24
**word** 139:17
**words** 47:23 93:16
146:6 182:2 183:7
**work** 7:8 15:7
21:8 26:14 56:10
78:20 114:15
132:17 166:16
**worked** 16:2
150:11 181:14
**workers** 44:25
**working** 16:6,11
16:14,23 21:11
36:1 42:20 152:18
153:3
**works** 57:21 60:7
166:14,15
**workspace** 78:19
**worn** 33:13 148:2
**wrapped** 142:15
**write** 77:16,21
121:23 148:23
**writes** 43:1
**writing** 52:11
121:14 175:13,20
176:2
**written** 38:8 43:18
158:5
**wrong** 154:17
**wrote** 107:3

**x**

**x** 3:1,7

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[yard - zoom]

Page 36

| y | |
|---|---|
| **yard** 139:25 | 87:23 88:1 92:2,8 |
| **yeah** 11:17,25 | 92:16 95:24 96:1 |
| 15:22 20:15 24:19 | 96:17 98:24 99:3 |
| 32:18 34:22 46:7 | 99:10,21,23 |
| 54:9,9 56:8 58:16 | 100:12 102:2,22 |
| 59:24 74:5,8,10 | 104:21 105:7,14 |
| 81:7,19 99:6,9 | 105:18 106:23 |
| 107:23 109:9 | 109:20 111:11,13 |
| 118:2,13 133:15 | 111:19 112:25 |
| 135:23 138:15 | 114:9 118:4 |
| 144:10 148:21 | 122:21 126:14 |
| 152:7 155:7,17 | 128:12 129:11,15 |
| 156:16 160:24 | 129:19,23,24 |
| 173:25 174:21 | 133:4 137:18,22 |
| 181:8,22,22 | 138:24 141:24 |
| 186:16 | 143:1,12 145:22 |
| **year** 6:16 20:3,17 | 146:18 147:14 |
| 32:5,15,16 45:3 | 154:7,13,24 |
| 49:23 180:8 | 155:24 157:25 |
| **years** 6:18 12:25 | 159:8 164:5 165:9 |
| 13:15,16 14:6 | 168:22,24 169:2 |
| 15:19 19:23 20:8 | 169:23 171:25 |
| 20:16 21:1,3 | 172:2,17,25 173:1 |
| 33:22 40:15 41:7 | 173:15,20 174:17 |
| 63:21 83:16 | 176:8 182:8 |
| **yep** 10:8 11:1 13:3 | **z█**'s 6:11 22:17 |
| 35:24 101:22 | 23:5 24:4,8,15 |
| **young** 6:25 46:2 | 25:8 26:5 28:3,10 |
| 58:17 93:17 | 29:7,14 32:24 |
| | 41:21 42:16 52:9 |
| **z** | 53:18 56:19 65:23 |
| | 89:8,24 91:22 |
| **zo** 3:16,19,21,24 | 101:23 116:22 |
| 4:2,4,6,9,13,15,19 | 127:20,21 128:24 |
| 52:25 | 129:3,8 131:8,14 |
| **z█** 5:8 6:7 17:6 | 132:5 134:2 138:2 |
| 21:17 22:1,1 34:3 | 143:17 150:18,25 |
| 45:3 48:6 49:24 | 163:13 164:15 |
| 53:6,16,20 54:3,22 | **zoom** 2:4,9 |
| 61:6 64:11 71:2,6 | |
| 75:17 85:16 86:6 | |

Arizona Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

Rule 30(e)Review by the Deponent; Changes. (1)
Review; Statement of Changes.  If requested by
the deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript  or recording is available in which:
(A) to review the transcript or recording; and (B)
if there are changes inform or substance, to sign
and deliver to the officer a statement listing the
changes and the reasons for making them.  (2)
*Officer's Certificate to Attach Changes.* The
officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
made during the 30-day period.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.
PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[& - 30]**

Page 1

| & | | | |
|---|---|---|---|

**&** 2:11

### 0

**000001** 4:9,15,19
**000031** 3:16
**000040** 3:21
**000076** 4:13
**000086** 3:19
**000175** 4:2
**000180** 4:4
**000190** 3:24
**000355** 4:6
**0140** 117:2
**02689** 1:4
**0800** 115:17
**0806** 53:6
**0905** 78:20

### 1

**1** 3:9 36:15,25
65:2 71:17 77:5
113:25 119:15
125:3 135:25
152:8,13,14
153:11
**1-2** 37:2
**10** 4:3 6:18 18:20
18:21 95:6 101:13
101:15,16 102:14
102:20 171:16,24
172:5,13
**1000** 2:17 171:16
**101** 4:3
**102** 4:5
**1025** 7:18
**103** 163:12
**109** 4:9
**11** 4:5 102:9,12,13
102:14 103:13
105:24 117:19

**113** 4:8
**118** 4:10
**12** 4:8 66:19
106:21,22 113:16
113:19,20 174:24
**123** 4:12
**124** 4:14
**126** 4:16
**128** 4:18
**12:17** 2:3 5:2
**12:31** 19:2,4
**12:41** 19:4,6
**12:48** 24:24
**12:49** 25:2
**12:59** 35:5,6
**13** 4:10 49:2,19,24
118:17,19,20
122:13 151:16,17
**133** 3:4
**1336** 83:19
**1342** 137:2,6
**1348** 138:11
**14** 4:12 21:3 66:25
77:22 85:15 90:20
123:11,13,14
**140** 137:21 141:8
164:2
**141** 164:2
**14th** 129:13
**15** 4:14 38:16
48:12 118:2
124:19,21
**155** 164:13
**16** 4:16 12:25
126:10,12,13
175:13
**17** 1:16 2:3 4:18
35:22 66:25 118:1
128:20,22 175:17
175:23

**1700** 2:17
**175** 98:14
**177** 3:5
**17962** 67:21
**17th** 37:8
**18** 45:5
**184** 3:5
**185** 4:4
**18th** 85:15
**19** 8:6 42:17 54:22
76:16 114:17
115:15 116:7,8
133:6
**192** 75:1
**1998** 12:7
**19th** 40:5 77:22
78:1 106:23
**1:05** 35:6,8
**1:40** 115:14
**1:56** 80:22
**1:57** 80:25
**1st** 187:20

### 2

**2** 3:10 36:24 37:4
37:10 47:14
119:20 125:4
152:8,16 153:12
166:24 180:2,21
**20** 11:23 12:1
20:18 114:18
116:7,8 190:15
**200** 2:12
**2004** 12:13
**2005** 13:10
**2009** 14:17
**2013** 15:20 83:18
**2014** 40:5 42:17
47:11 49:3 54:22
63:18,23 76:16
115:15 129:13,19
133:6

**2017** 20:4,5
**2019** 20:18,19
**2020** 1:16 2:3 20:4
20:18 62:25
187:21 188:3
**2021** 20:18
**204** 3:24
**206** 98:12,21
**208** 98:12,21
**212** 98:21
**215** 98:21
**219** 98:23
**22** 48:5
**229** 98:23
**22nd** 3:11 44:2
**23** 48:1
**230** 98:24 100:6,15
**248** 100:21
**249** 98:25 100:15
**2500** 2:21
**251** 98:25
**259** 99:1
**26** 40:14
**27** 62:25
**27th** 180:8
**2:13** 95:13,15
**2:19** 1:4
**2:21** 95:15,18
**2b** 38:9

### 3

**3** 3:11 4:15 39:21
43:25 44:1,4
45:10 47:21 48:11
48:16 49:12
125:22 152:8
166:24,24,25
167:1,18 180:2,21
188:3
**30** 61:21 100:13
188:17

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**30305**  2:21
**31**  45:11,12 167:18
**310.553.2100**  2:22
**32**  45:11,25,25
  63:8
**33**  53:25 64:8,9
  129:6,18 135:7
  175:23
**3333**  2:21
**34**  53:4,5,8 64:9
**346**  47:23
**347**  100:10,19,22
**348**  4:2 100:10,19
  100:21,22,22
**35**  53:11 64:14
  136:25 137:4
**355**  105:24
**356**  104:20
**357**  105:14
**358**  105:14
**359**  105:14
**36**  3:9 64:15
**361**  105:17
**362**  4:7
**366**  3:19
**37**  3:10 64:19
**38**  64:20,22 111:5
  111:9
**39**  64:22 111:8

**4**

**4**  3:13 47:3,4,4,8
  48:5,7,16 65:17
  125:22 152:1,8,10
  161:22 166:25
  168:8
**40**  64:24 65:5
  83:12,13 138:5
**404**  161:24
**40a**  127:2
**41**  85:13 92:1
  93:10 127:10

**42**  93:11 145:14
**4218585**  188:5
  189:2 190:2
**43**  3:22 65:5
  150:14
**44**  3:11 4:19 65:10
**45**  87:24,25 89:2
  171:10 181:6,8
**46**  65:10
**47**  3:13 65:13
**49**  100:13 127:14
**4:11**  186:7,19

**5**

**5**  3:4,15 18:20
  36:7 37:12 38:3
  48:1 51:17,19
  52:3 62:19 76:24
  87:25 95:6,8
  111:4,4 135:3
  152:8 171:12
  181:5,5
**50**  50:21
**501**  47:18,23
**50844**  1:25 2:5
  187:24
**51**  3:15 127:16
**52**  65:13,13
**520.620.3975**  2:13
**53**  65:18 160:14
**54**  65:21
**55**  65:24
**56**  66:2
**57**  66:2
**58**  67:19
**59**  68:13

**6**

**6**  3:18 36:10,10
  39:1 48:14 66:17
  74:13,15,17 76:19
  94:24 97:25 152:8

153:10 162:13
**6/19/14**  137:21
**6/20/14**  149:2
**60**  71:1
**61**  71:4
**63**  71:16
**64**  49:17 50:10,11
  50:12 72:5
**66**  72:6
**67**  72:10
**68**  72:22 160:15
**69**  47:21 73:11
  182:21 183:3
**698**  2:12

**7**

**7**  3:20 39:16 56:5
  60:5 62:6 66:17
  76:21,22,25 77:12
  78:22 81:25 92:1
  124:22 125:8,14
  125:20,22,24
  126:1,4 139:20
  140:9
**70**  73:16
**71**  73:18 161:12
**713.374.3541**  2:18
**72**  122:15,15,22
  156:25 157:13,25
  158:8,19
**74**  3:18
**75**  3:17 73:19
**76**  3:20
**77002**  2:17
**78**  50:21
**7th**  78:3

**8**

**8**  3:23 94:21,21,22
  95:16,21,22 118:7
  129:5 172:12

**8/17/2020**  188:5
**800**  45:4 141:9
**81**  4:13
**8176**  187:23
**82**  119:17
**83**  121:6 153:19
**834**  45:4 47:15,18
**84**  122:13 156:18
**85**  123:1 159:7
**85281**  7:20
**85705**  2:12
**86**  162:17,17
**87**  87:10,15,16
  89:4,10 171:17
**8:02**  55:6
**8:06**  139:2

**9**

**9**  4:1 37:9 43:17
  97:20,22,23,24
  98:8 181:21
**9/30/13**  53:7
**90**  11:15
**911**  13:24 55:5
  61:18,22 141:11
  142:6
**95**  3:23
**97**  4:1
**98**  166:4
**9:03**  124:3
**9:05**  55:11 81:18
  124:4 138:23
**9:06**  138:23
**9:17**  1:17
**9:28**  162:9
**9:32**  18:20

**a**

**a.m.**  1:17 55:11
  124:3
**abdomen**  108:4

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[ability - approximately]**

Page 3

| | | | |
|---|---|---|---|
| **ability** 124:8 187:16 | **added** 52:17 135:16 | 82:4 109:15,15,19 153:2 161:18 | 140:5,22 165:18 |
| **able** 10:13,14 24:12 58:25 73:24 82:3 91:13 105:23 118:7 138:17 144:9 162:23 175:9 181:18 185:21 | **addition** 139:23 161:4 | **akey's** 65:12,15,15 | **anymore** 30:18 |
| | **additional** 150:10 | **alan** 161:17 | **anytime** 51:9 151:9 |
| | **additions** 190:6 | **alcohol** 47:1 | **apart** 94:1 |
| | **address** 7:17 115:11 | **allen** 161:16,20 | **apartment** 66:24 71:9 83:23 84:16 85:17 86:1 89:3 169:1 170:11 |
| | **admin** 11:16,19 | **allotted** 188:20 | |
| **abnormal** 128:16 | **administer** 187:6 | **alongside** 16:14 | **apartments** 170:9 |
| **abuse** 119:11 151:11 | **admittedly** 84:21 | **als** 178:18 | **apologize** 74:15 107:12 |
| **ac** 86:9 87:14 143:18 170:24 | **adult** 46:9,20,25 50:16 90:20 156:10 | **alzheimer's** 178:22 | **apparent** 137:23 |
| | | **ambient** 87:8,9 89:3 | **appear** 96:1 |
| **academy** 13:4,7 | **advance** 34:19 | **amount** 60:25 90:13 | **appearance** 153:25 |
| **acceptable** 148:6 | **advocate** 27:5 | | **appearances** 2:9 |
| **accidents** 92:5 144:2 | **advocates** 45:2 | **andrew** 5:7 26:4,9 54:1 56:18 72:13 79:16 83:14,23 84:14,17 85:15,21 85:24 86:6 101:1 105:7 107:3,6,14 109:16 111:10,13 111:23 113:13,13 136:15,19 137:20 140:4,10 147:17 152:16 153:2,8,12 169:20 170:7 177:19,24 | **appeared** 58:14 81:7 |
| | **affidavit** 113:25 | | **appears** 52:4 65:14 67:12 68:13 79:1 98:15 165:11 |
| **accommodation** 143:9 | **age** 45:5 166:5 | | |
| | **agencies** 16:19 | | **appended** 126:3 190:7 |
| **accompanies** 114:2 | **agency** 34:7 180:10 | | **appendix** 71:9 |
| **accounted** 49:19 | **agent** 79:13,21 | | **applebee's** 85:22 |
| **accuracy** 167:8,14 168:13,16 175:7 188:9 | **agitation** 178:22 | | **applicable** 188:8 |
| | **ago** 30:20 133:14 | | **appreciate** 30:18 133:9 186:1,1 |
| **accurate** 76:7 83:4 103:15 175:10 187:13 | **agree** 76:6 127:19 153:7 | **angle** 21:8 109:5 164:15 | **appropriate** 60:25 169:8,10 |
| | **agreed** 6:5 37:6 | **annual** 3:11 44:2 | **approved** 78:10 78:12 |
| **accurately** 76:14 82:14 106:17 | **agreement** 66:23 71:10 | **answer** 28:6,14 50:4 69:15 70:1 118:11 120:7,14 144:9,12 148:6 158:22 159:2 184:16 | **approximate** 127:10 |
| **acknowledgement** 190:3 | **ahead** 29:18 44:18 61:4 100:18 160:15 164:23 | | **approximately** 5:2 19:6 20:3 24:24 25:2 35:5,8 53:6 55:1 95:17 115:17 137:21 138:24 139:6 141:8 |
| **acknowledgment** 188:12 | **aids** 177:25 178:5 | | |
| **acquired** 178:4 | **ailment** 70:15 | **answers** 110:20 185:13,23 187:9 | |
| **actual** 39:10 50:22 100:11 104:11,11 149:10 162:25 | **air** 74:12 86:7,21 143:6 | **anybody** 23:17 58:23 132:25 | |
| **add** 52:13 54:12 71:25 135:13,16 | **akey** 26:10 31:2,2 31:8,9 32:22 39:16 54:24 67:17 72:11,16 79:15 | | |

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 93 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[approximately - based]

Page 4

171:16,24 181:20
186:7
**april** 129:19
**area** 146:15
154:11
**areas** 104:2
**arizona** 1:2,16 2:5
2:12 3:11,13 4:16
11:6 12:9 13:7
44:2,14,24 47:5,18
50:8,19 51:2
68:18 69:4 118:23
119:1 126:14
166:25 167:1
180:3,7,9,13,21
187:4,20,24
**arizona's** 6:25
**arnette** 53:17
**arrival** 138:22
142:14
**arrive** 58:12 61:24
**arrived** 55:2,10,24
56:16 59:15,25
78:20 79:4 93:8
96:6 103:5 121:7
139:3,21 140:7
142:12 144:17
145:11 161:19
169:22
**arriving** 154:25
**articles** 160:17
**ascribed** 8:3
**asked** 10:11,18
26:22 29:12 30:10
30:14 51:2 120:20
133:25 143:17
150:15 156:3
157:8 166:23
167:19 168:21
169:5 170:23
171:14 172:24

173:19 174:3,4,10
174:24 175:16,23
176:11 180:2
**asking** 8:5 25:7
31:3,10,17,21,21
33:19 55:17,21
63:4 91:11 109:18
111:23 149:19
**asks** 39:21 152:10
**asleep** 46:5
**assessment** 176:1
**assigned** 7:5,7
14:8 15:3 19:11
57:18,19 78:5
79:13 138:11
**assignment** 13:12
20:21
**assistance** 141:12
**assistant** 186:16
**assisted** 93:9
**associated** 70:13
89:16
**assume** 14:11
109:18 139:14,18
**assuming** 63:7
66:14 118:4 159:8
**asu** 12:9 166:5
**atlanta** 2:21 5:13
**attach** 52:7
**attached** 16:1 40:9
40:10 107:8
147:20 188:11
**attachment** 16:8
40:10 66:1 67:7
67:12 102:5
**attempt** 141:8
**attempted** 115:24
121:10
**attend** 17:11 30:14
**attention** 177:10

**attorney** 188:13
**attorney's** 10:2
**attorneys** 23:4
39:24 40:1 45:1
**attributable** 50:1
**audio** 32:20 63:5
71:18 72:19
109:15
**august** 1:16 2:3
13:10 78:3
**authored** 138:7
**authorities** 76:9
**authorized** 187:6
**authors** 167:10
**auto** 14:12,15
**autopsies** 17:11
128:5 149:6
**autopsy** 17:6,24
17:25 127:25
128:12 149:10
161:4 184:16
**available** 17:16
76:8 188:6
**avoid** 116:15
**aware** 70:11 74:21
97:7 112:22,24
**az** 1:24

**b**

**b** 3:7
**babies** 48:2
**baby** 17:6 21:17
22:1 59:12 71:12
88:14 90:21 93:17
97:3 98:24 108:1
108:8,15 109:10
112:12 115:24
116:2 117:2,5,11
117:25 118:4
121:19 141:14
145:7 157:9,12
163:13 174:4,6

**baby's** 75:7 100:7
118:2
**back** 16:14 18:22
19:6 20:8,10,16,17
20:19 25:2,6 35:8
36:3 50:15 53:24
55:3 58:5,6,10
59:20 61:5 75:19
81:1 82:21 83:3
84:2,14,17 85:3,5
87:25 91:25 95:18
97:16,17 105:15
108:8,23,24 110:4
111:4 112:19,20
112:23 115:25
121:20,24 129:15
135:4 137:11
142:16 160:12
161:11 164:9
165:7 168:25
183:10
**background** 6:20
10:21,23 11:25
91:13
**bad** 7:1
**badge** 67:21
**bag** 66:8
**bagels** 136:16
**bailey** 53:25
135:25
**bailey's** 136:12
**bardia** 2:20 5:14
11:19
**based** 21:12 39:25
48:6 76:13 79:24
118:5 120:10
138:1 153:15
154:6 158:11,24
159:4 164:6
168:22 170:1
174:9,11,12

[based - brings]

177:21
**bases** 68:17
**basic** 142:7
**basically** 10:8 14:2
31:18 36:11 38:10
48:20 63:4 71:5
73:25 74:3 75:12
79:22 83:13 85:10
92:24 132:11
172:16 181:23
182:24
**basics** 6:20
**basis** 84:8 180:18
184:5
**bassinet** 50:14
66:9 75:8,19
96:22 97:17
101:20,21 104:6,7
107:6,7,9,13 108:3
108:7 115:14,15
115:25 116:14,23
121:23 129:25
137:19 142:16
145:7 147:18,20
148:14 156:5,10
156:13 160:6,10
**bates** 3:15,18,20
3:23 4:1,3,5,8,12
4:14,18 53:1
83:13 135:7
**bathroom** 93:18
95:8
**batteries** 33:14,15
**beck** 7:18
**bed** 46:20 96:23
113:2 115:14
156:10
**bedroom** 75:8
86:9 99:25 100:4
100:11,12,23
101:2,6 143:9

171:17 181:25
182:2,7
**bedsheet** 66:23
**began** 153:3
**beginning** 5:3
135:7 152:17
162:15 166:3
**behalf** 1:4 5:6,13
**believe** 9:23 24:10
29:13,14 51:12
54:23 62:3 104:3
132:3 142:17
152:13 181:6
184:20
**believed** 116:24
**belonged** 101:23
**belt** 115:16,19
116:24 117:1,5,13
**beneficiaries** 1:4
**beneficiary** 5:7
**benefit** 8:1 11:20
21:19 68:18
**best** 54:16 75:18
124:8 148:22
156:17 187:15
**betcha** 12:2
**better** 105:23
112:15 146:6
161:1 185:8
**beyond** 22:12
33:25 169:11,14
**bhl58** 27:17
**big** 35:23 36:10
43:5 94:24 112:20
146:1
**bike** 69:23
**binder** 10:6,11
34:23 35:15,22,23
186:4
**bio** 9:11

**bioengineering**
12:11,16 166:7,9
166:13
**biological** 166:19
**birth** 71:5,5 123:2
123:3,7 159:8,15
**bit** 19:24 24:8
43:15 66:14
105:23 109:5
132:8 133:24
137:17 142:11
149:2 151:14
155:2 158:7
159:16 166:3
167:19 171:14
174:1,2 181:1
182:23
**black** 35:23
**blanching** 154:11
**blank** 65:14
**blanket** 86:17
96:21,21,22
142:15 143:11,13
145:8
**blood** 183:9,12,13
**blot** 183:9,12
**blue** 88:2,22
**blunt** 145:5
**board** 44:20
**body** 33:13 63:12
63:18,25 89:24
90:4,5,18 100:8
108:2 134:25
138:3 146:2 148:2
150:18,25 154:21
163:7 166:14,16
183:13
**bong** 66:15,19
98:15
**bongs** 94:16

**booklet** 185:13
**born** 92:8 143:19
**bother** 18:13
**bottles** 67:3
**bottom** 47:17
49:16 52:24 53:22
63:7 64:16 65:4
68:1 88:19,23
108:3,4 126:18
141:6 142:19
148:14 151:4
160:18 182:6
**box** 18:23 157:5
157:22 158:2,19
**boxes** 11:15
155:22
**brandon** 2:20 5:12
**break** 9:9,11 18:20
20:1 95:4,9
113:12 133:13
**breakdown** 48:21
**breaking** 95:3
**breakout** 76:23
**breathing** 111:12
**brief** 35:3 52:1
60:24 80:24
140:20 158:16
**briefed** 56:7
140:18
**briefing** 78:23
79:2 80:5 140:23
141:18
**briefly** 31:1,4
37:14 57:11
160:17 171:9
175:24 182:22,24
**bring** 10:12,15,19
17:14 18:17 37:15
37:17
**brings** 146:10,11

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[broke - chemical]**

Page 6

**broke** 95:20
**broken** 123:16
**brother** 57:9
65:23 85:3 140:4
**brought** 6:5
177:10
**bruises** 154:22
**buckle** 107:15
108:22
**buckled** 107:7,19
107:21 108:5,9,19
109:1,11,23
111:14,20 113:1
117:20 118:5
147:18 148:17
**buckles** 106:2
**buckling** 110:6
112:12
**build** 21:7
**building** 15:13
16:17,17 181:14
**bunch** 40:16
**bureau** 14:8,18
**burglary** 14:12,12
**burned** 72:20
**burnt** 182:12,15
**button** 52:12
182:22
**buttons** 88:14
**butts** 94:8

**c**

**c** 38:23 179:4
**cachexia** 154:17
154:19 179:6
**cad** 73:20 123:17
123:20 161:12,13
**calendar** 38:9
**calibrated** 172:21
**call** 13:24 24:14
27:18 31:22 37:5
53:1 54:22 55:5

59:22 67:11 73:20
73:23 149:13
**called** 5:19 8:21
27:16 52:13 61:18
73:19 74:4 96:8,8
125:25 139:2
141:11 142:6
**calling** 19:12
**calls** 123:20
161:12
**cam** 63:13
**camera** 39:7 109:5
122:8 148:2
**cameras** 33:13
39:6
**cams** 63:12,15,16
63:18,25
**cancer** 70:12
178:25
**capacity** 21:10
**car** 66:22 73:22,24
**card** 68:14,22 69:8
69:17,19,22 70:23
71:1
**cards** 70:3,8,11
**care** 39:16 60:4,16
62:6 78:22 81:25
124:22 125:8,14
125:20,22,22,22
125:24 126:1,4
139:20 140:9
172:7
**care7ru** 4:15
**caregiver** 119:9,14
119:20 122:24
123:4 152:6
**caregivers** 152:1,2
152:4 153:10
**carry** 40:18
**cars** 78:21

**case** 1:3 6:4,21 9:1
21:15 22:4,12
23:1,13,23 26:23
27:2,14 29:12
30:11,14 31:3,4,18
34:17 40:22,23
42:1 65:2 68:6
71:16 77:8 79:13
79:21 90:25 91:21
106:20 114:20,21
119:8 132:21
134:16,19,22
159:25 177:23
184:10,24
**cases** 6:16 7:3 49:2
49:19,23,25 50:12
50:21,22 68:7,8
91:10,14 151:12
**catch** 41:12
**categorized** 168:1
**category** 48:7
**causation** 27:2
**cause** 28:25 89:8
91:1,6,15,22
126:22 127:5,13
**caused** 28:3,10
29:6,14,25 45:23
127:25 131:8,21
132:4 167:24
178:22
**causes** 46:1 47:22
48:23 89:14 90:24
**cd** 160:19,25 161:3
162:25
**certain** 10:12
52:12 66:7 90:19
129:10
**certainly** 22:11
28:9 29:5 114:13
**certificate** 4:17
126:14,17 175:12

187:1
**certification** 62:23
125:3
**certified** 1:24 2:5
187:3,24
**certify** 187:4,17
**cetera** 42:22 43:19
**cfr** 168:9
**chain** 73:7
**chair** 46:9,21
**change** 19:16
185:23 189:4,7,10
189:13,16,19
**changed** 25:12
**changes** 185:21
188:10 190:6
**charge** 43:7 54:15
57:25 112:4
**chart** 123:22
**check** 33:3 34:24
121:13 151:10
154:1 156:14
157:5,22 158:2,19
174:22
**checked** 111:12
121:19 122:19,20
141:10 151:5
152:17,19 153:1,8
153:12 154:10,11
154:18 156:1,5,5
157:1,18
**checklist** 4:11
35:21 51:10
118:20 122:14
150:8,9,10,13
151:15,20 153:4,6
157:19,24 160:18
174:7
**chemical** 166:13
166:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[chemicals - consistent]**

Page 7

**chemicals** 158:22
166:17
**chemotherapy**
70:13
**chest** 121:10
**child** 3:11,13
12:19 23:19 44:2
44:14,23 45:1
46:15,19 47:5,11
47:15,18,19 48:16
49:2,13,22,25 50:8
50:16,19,20 51:2
118:23 121:21,23
122:2 151:8,10
153:11 155:3,7
158:9,13,20
159:25 166:25
167:1 168:9
174:19 180:3,7,9
180:13
**child's** 24:3
153:25
**children** 45:4
46:20 47:23 48:12
**chronic** 179:11,15
**cib** 15:1
**cigarette** 46:16
94:8
**cigarettes** 101:10
**circular** 183:14
**circumstance**
62:11
**city** 10:2
**civil** 27:2
**clarify** 135:24
**clarifying** 155:23
**clean** 58:17
**clear** 52:23 101:1
**cleared** 162:8
**clearly** 6:22 144:9

**clearpfh** 4:19
**cleary** 129:7,14
**cleary's** 175:16
**click** 52:12
**client** 27:9 34:16
**clinical** 21:20
**close** 98:20
**closed** 163:16,21
163:25
**closer** 174:1
**closest** 156:13
**clothes** 61:9
**clutter** 59:3
**coffee** 90:17
**cohabitate** 85:18
**cold** 21:20 111:13
141:10
**collected** 33:24
**collection** 16:10
124:14
**color** 104:15
150:23
**combination**
67:22 77:18
**come** 6:5 11:17
14:1 29:11,12,24
30:10 43:11 58:5
58:6 70:7 73:23
96:10 110:6
131:24 132:2
150:5 155:5,11
156:15 157:6
**comes** 9:6 32:9
33:15 63:1 72:23
175:9
**comfortable** 25:10
86:5 169:12
**coming** 8:9 139:25
146:19
**commenced** 2:3

**comments** 73:23
**commission** 43:22
50:19 134:16
**commissioned**
180:20,20
**communication**
42:24
**communications**
38:19
**community** 21:7,7
21:12
**company** 130:12
**compatible** 166:19
**compiles** 135:12
**complete** 18:18
37:17 66:15 119:6
190:8
**completed** 78:3
150:9,13 188:17
**completing** 119:23
**complications**
123:3,7 159:16
**compressions**
61:22 97:4 121:10
**computer** 37:24
40:15 73:22 74:1
74:6
**con04** 161:21
**concerned** 130:17
**concerning** 151:6
**concerns** 83:17
**conclude** 154:24
**concluded** 43:13
186:19
**concludes** 186:8
**conclusion** 48:6
**conclusions** 18:4
**condition** 158:9
167:24 173:7,10
179:16

**conditioner** 143:6
**conditioning** 86:7
86:21
**conditions** 45:22
173:15 176:8
177:20
**conduct** 6:6 29:20
80:14
**conducted** 78:23
103:6,16 124:13
**conducting** 115:2
**confidential** 3:16
3:18,21,23 4:1,4,6
4:8,12,15,18 52:25
**confirm** 82:22
115:23 117:4
165:15
**confirmed** 142:3
142:25 143:12
156:19 158:13
159:24 160:2
**conform** 55:13
**confused** 24:8
173:12
**confusing** 54:20
110:3 123:19
**conjunction** 8:22
**connect** 88:19
**connected** 67:9
88:24
**connection** 38:24
**consensual** 79:17
**consent** 65:21,24
72:14
**consider** 87:10
89:7,14 90:25
91:7,22
**considered** 91:9
91:15 124:24
**consistent** 45:5
63:13 88:4 117:18

129:22
**constructs** 44:10
**consumer** 43:21
132:18 134:15
**contact** 23:9 25:16
30:23 72:13
136:20
**contacted** 23:12
25:18,23 31:6
51:15 78:19
134:16 144:19
**contain** 77:7
**contained** 38:3,20
40:6 79:9
**container** 66:13
**containers** 66:24
67:1 94:18
**containing** 38:20
**contains** 74:18
**contaminating**
146:13
**contamination**
116:16 146:9
**contemporaneous**
22:21 84:10
111:18 112:14
**contents** 66:8
**context** 112:6
**contingent** 39:18
**continue** 58:10
**contraband** 68:4
**contribute** 51:2
**contributed** 28:3
28:10 29:7 92:25
127:21 131:8,14
132:4
**contributing**
181:4
**control** 39:22
**conversation**
32:23,25 39:25

83:7
**cool** 155:4,9
**cooling** 86:10
**cools** 90:18
**coordinating**
30:25
**copies** 188:14
**copy** 32:2 34:12
52:5 123:17 183:1
183:25 186:11
**corona** 11:4 12:5,6
**corporation** 1:8,8
**corpse** 17:20
**corpses** 145:2
**correct** 6:8,9 7:13
7:20 8:18 9:21
14:3,4,14,23 15:16
16:22 17:9 18:5
19:13,14 21:14,24
22:5,18,23 23:2
24:1 26:18,19,19
27:7,10,11,13,20
28:1,3,23,23 29:2
29:9 30:1,2,8
31:16 32:12 35:24
36:20,22 37:15,16
38:6,22 40:1,2
41:16 42:2 46:10
46:14 47:2 48:21
48:24 50:1,9 52:5
54:22 55:12 56:17
59:5 63:9 64:13
64:17,22 65:1,7,16
65:19,24 66:11,21
67:5,6 68:20 70:9
70:16 71:3,7,13,14
72:8,24 73:2,5,6
75:16,20 79:19
82:11,23 83:5
84:23 86:2,11
90:22 91:3,17

92:6 93:5,12,20
94:6,15,18,19
96:11,19 97:11,19
102:7,15,18,19
103:1,6,7 104:9,23
105:15,16,21
106:3,25 107:22
110:8 111:2,22
113:7 114:16
116:3,4 117:7,21
117:22 118:24
119:5,24 120:3,8
122:3,4,25 123:6
125:5 126:9,24
127:8,9,12,15,17
127:18,22 128:2
129:21 130:6,24
131:22 132:5,6,15
132:19 133:1,7
134:21 135:10
137:7,24,25 138:4
138:7,20 139:1
140:13,19 142:22
143:2,13,19,20
144:3 145:13,16
145:17,18 148:9
148:15,23,25
149:8 150:4 151:1
151:3 153:9,13,21
154:3,22,23 156:1
156:2,6 157:2
158:6,23 159:5,9
159:10,14 160:2,3
160:11 161:8
164:4,17,18 165:2
165:5,10,17,19
166:8 167:17
168:7 169:21,24
169:25 170:3,4,11
170:12,22 172:1,9
172:10,19 173:2

175:18,19,22
176:6,10,25 177:1
180:4,5 183:20
184:10,19 185:2
185:14 190:8
**corrections** 190:6
**correctly** 31:19
54:12 88:19
185:16
**corresponded**
23:4
**correspondence**
38:8 39:23 40:1
43:18,23
**couch** 46:9,21
**cough** 92:16
156:25 157:12
174:6,18
**coughing** 122:15
122:21
**counsel** 5:4,16
37:6 91:12 134:1
164:21 174:4,11
187:9 188:14
**counselors** 60:9
**counter** 97:5
**county** 3:14 23:14
47:7,19,23 48:15
48:17 49:3,25
73:12 113:23
162:19 168:10
**couple** 20:8,16
30:20 41:10 49:11
49:11 118:2
123:25 129:3
177:6 181:2
**courkamp** 1:3 5:7
24:4,9,12 25:8,17
32:25 54:2 56:15
57:2 62:8 64:11
82:5 84:9,19

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

87:22 90:7 91:25
92:2,7 93:7
107:24 108:14
113:12 116:18,21
117:12 124:12
142:21 151:23
152:14 188:4
189:1 190:1
**courkamp's** 110:6
**course** 21:1,2
60:15 64:11 80:19
80:19 89:20 90:19
114:14 185:22
**court** 1:1,24 2:5
5:16 8:19,22,25
36:17 37:1 47:4
62:18 68:23 76:18
76:22 113:18
185:20 186:10,14
186:18
**coverings** 46:11
**covid** 8:6 30:18
**cox** 2:20 5:12,12
18:7,10
**coxb** 2:22
**cpr** 61:19 97:14
121:7 153:19,20
**cps** 151:8 159:25
**cracks** 33:21
**create** 63:6 137:12
**created** 40:3 77:25
78:1,8 137:10,10
137:24 138:14,17
**creating** 175:2,5
**crib** 50:14 156:9
160:5,8,8 168:1
**crime** 14:19 87:4
**crimes** 14:9,10,25
15:4,5,7,14,14,18
**criminal** 12:14
14:8,18 16:10

55:7
**crisis** 60:8
**critical** 27:9 130:3
130:5,8,21,22
**criticisms** 131:2
**criticize** 27:24
**crohn's** 178:20
**crossed** 166:6
**crotch** 106:2,5
**crr** 1:24 2:5
187:23
**csd** 87:7
**cuevas** 10:2 23:8
30:24
**culminated** 42:18
**current** 30:13
**currently** 170:10
170:20
**cursive** 176:2
**cushion** 116:23
146:25 147:3
165:12
**custodian** 114:1
**custodians** 41:15
**custody** 39:22
73:7
**cut** 80:10
**cv** 1:4 10:18

**d**

**d** 2:20 3:1
**dad** 24:5 26:18
32:24 56:19
**damage** 15:2
**daniel** 54:1 57:10
65:22 72:13 85:3
**dark** 164:9
**dash** 63:13,15,16
**data** 51:2 167:7
**database** 39:8,9
**date** 24:3 37:7,8
77:22 78:7 129:14

137:1,5 158:14
189:24 190:12
**dated** 187:20
**dates** 78:14
**daughter** 84:11
115:16 116:24
**david** 2:25 24:17
54:1 161:24
**davis** 72:13
**day** 7:11,11 8:8
22:8,8 25:14
39:11 74:16,17
81:15 85:20 86:4
137:20 143:1
170:9,24 176:17
185:7 187:20
190:15
**days** 188:17
**dead** 90:13 171:25
**dealing** 7:3 21:9
133:10
**death** 4:10,17 6:7
6:11 7:3 13:18
21:18 22:3,17
24:3 26:15 28:3,8
28:11,25 29:7,15
29:25 35:20 41:21
42:16 44:24 45:13
45:14,21,23 48:23
49:1 51:7,9,10
68:7 84:10 89:8
89:13 91:16,22
93:1 96:18 115:1
118:19 119:1
121:21 122:13,16
126:14,17,22,25
127:5,13,17,21,25
129:6 131:8,10,14
132:5 134:2,7
144:7 145:10
151:9,10 152:1,4,6

153:4,5,11 156:3
157:25 158:8,20
160:1 167:19,20
167:22,25 168:1
169:24 170:3
175:12
**deaths** 28:15
44:19 45:4 46:3
47:16,18,18 50:10
50:12,12 167:25
168:1,2,6 176:20
**debilitating**
179:15
**deceased** 52:21
59:15 90:6 138:25
139:2
**decedent** 7:2
21:23 42:4 85:16
85:19,23 86:16
141:7,9,10 142:13
143:10,25 150:1
**decedent's** 85:25
144:23
**december** 83:18
**decided** 13:2
30:22 84:2,14
104:15 146:16
**declare** 190:4
**deemed** 190:6
**defects** 30:5 159:8
**defendants** 1:9
2:14
**defense** 164:21
174:3,10
**defer** 30:23
**deficiency** 178:4
**define** 22:10
173:21 174:14
**defined** 45:20
167:22

**definitely** 147:9
**degree** 69:16
  166:7,12
**degrees** 87:10 89:4
  89:10 90:19
  171:17
**del** 11:4 12:5,6
**delay** 104:12
**delivered** 150:18
**demeanor** 144:4
**department** 7:22
  16:11 32:8 43:21
  51:22 52:5 59:14
  60:1,1,8 62:20
  63:1 64:4 73:20
  76:23 94:13 96:25
  98:1 140:12
  142:12,15 160:19
  160:25 172:6
  180:14,21
**depends** 54:10
**depict** 82:14 96:1
  99:2,22
**depicted** 107:22
**depiction** 75:14
**depictions** 103:16
**depicts** 75:13
**deponent** 188:13
  190:3
**deposing** 188:13
**deposition** 1:13
  2:1 3:10 5:3 6:6
  8:4,8,10,13 9:10
  9:19 10:11,15
  17:1 23:8 27:18
  30:19,24,25 31:24
  34:20 36:18 37:1
  37:4,5,13 41:24
  44:1 47:5 62:19
  76:19 77:13 92:1
  94:22 95:22 97:23

101:16 102:12
110:15,24 113:17
118:21 123:14
124:22 126:13
128:23 181:6
185:17 186:8,19
187:12,15
**derogatory** 93:15
**describe** 14:16
  42:11 147:17
**described** 148:8
  149:5 156:24
**describes** 88:8
  116:18 153:3,25
**describing** 116:10
  182:7
**descript** 147:22
**description** 3:8
  67:25 71:25 115:7
  116:9 147:16
  148:19
**descriptive** 47:17
  47:20
**design** 27:24
**designated** 78:19
**desk** 11:16,19
**desktop** 72:20
  137:15
**destroyed** 68:4,6
**detach** 21:22
**detail** 14:9,10
  74:20
**details** 74:2,2 83:7
  94:3 144:20
  148:23 149:20
  184:17
**detective** 1:14 2:2
  3:3 5:3,18 6:17
  7:9 11:16 13:25
  14:20,22,24 15:1
  17:10 18:13 19:9

25:5 26:10 29:19
35:10 43:6,6,10
44:1,6 47:10 51:1
54:15 55:1 56:11
57:13,14,15,21
58:2 65:9,15
67:16,17,23 72:11
72:16 74:22 76:19
77:4 79:14,15,15
79:22 82:4 88:1,6
89:1 93:9 94:2,10
95:20 96:14 109:4
109:15 112:4
113:22 114:8,15
116:9,14 128:11
133:9,18 144:18
144:22 153:2
176:24 177:6
181:9,11 182:11
182:15 184:21
185:6,12 186:8
188:1,5 189:2,24
190:2,4,12
**detective's** 186:11
**detectives** 17:14
  26:14 40:17 41:12
  54:10,21 67:14
  110:10,25 135:15
**determination**
  28:21 67:18 91:5
  134:23
**determine** 110:10
  111:1 134:19
  140:1
**determined** 28:7
**determining**
  173:14
**developing** 143:22
  166:18
**development**
  129:3

**developmental**
  129:10,10
**device** 27:16 29:24
  86:10 104:11,16
  107:8 147:19
  156:6
**devices** 66:17
**diagnosed** 92:3
  173:7,10 174:17
**diagnosis** 169:10
  173:17
**diaper** 66:8,12
**diaries** 42:9
**dictate** 77:17
**died** 45:3 46:3
  48:17 71:12 92:17
  145:22 168:24
  182:8
**dies** 44:23
**difference** 57:24
**different** 7:4,4
  20:11 24:13 35:14
  39:8 40:14 53:24
  58:11 60:6 85:8
  90:14,20 104:15
  104:16 112:8
  125:21 145:21
  148:8 163:2
  166:12 169:6
  173:14
**differently** 144:7
**differs** 148:19
**difficult** 28:16
  106:15
**dig** 112:23
**digital** 33:14 72:12
  89:4 108:7 171:15
**digitally** 62:15
**direct** 171:9
**direction** 58:11
  61:22 93:3 115:4

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[direction - emphasis]

Page 11

187:11
**directly** 80:1
110:1 142:20
148:13 153:16
185:20
**dirty** 58:18
**disagree** 120:10
130:11
**discern** 59:9
**disclose** 92:7
**discoloration**
154:4 164:9
**discuss** 79:2 95:1
**discussed** 23:22,24
124:7,23
**discussing** 19:10
**discussion** 18:9
24:25 109:8
122:10 133:20
158:17
**disease** 157:16
178:18,20,23
179:16
**diseases** 159:12
**disk** 72:12,15
**disorder** 70:21
178:16
**dispatch** 74:2
123:18 124:2
161:23 181:18
**dispatched** 26:14
54:21
**dispatcher** 61:23
161:21
**disposed** 38:13
40:23
**dispute** 180:12,18
182:14
**disrespectful**
24:14

**distinction** 24:13
**district** 1:1,2
36:17
**diversion** 21:12
**divide** 57:21
**division** 7:6 15:18
20:22
**dna** 16:1,6,10,19
19:12 146:12
**dob** 53:6
**doctor** 17:18,25
132:13 143:22
176:5 184:14
**doctors** 173:7,10
173:17
**document** 9:20
40:18,21 92:24
109:10 114:19
115:8 167:2
**documentation**
159:23
**documented** 29:21
74:12 76:4 78:15
107:2 151:12
**documenting** 43:4
170:2
**documents** 10:12
10:14 31:25 34:15
39:21,23 40:3
41:23 42:14 51:23
64:5 98:4 114:5
168:19
**doing** 8:3 9:3 13:2
17:25 39:5 41:20
57:16 62:10 80:4
80:16 81:5,6
82:20 105:7
113:14 146:4
**doll** 105:3 106:5
107:15,19,21
116:12,15,16,19

117:20 145:15,19
146:10 147:1,4,11
147:16 165:4
**doll's** 164:16
165:1
**domestic** 19:23
20:6
**door** 140:1 172:11
**dot** 88:23
**double** 174:22
**dps** 16:11 151:5
**dr** 17:2 23:15 48:6
73:11 90:15
126:19 127:23
128:10,12 129:7
129:14 149:19
175:16 184:18
**drafting** 168:11,19
**drawers** 163:16,20
**drawings** 42:4
**drawn** 165:12
**dress** 85:19 86:16
87:23 88:13
143:10
**dressed** 87:16
**drew** 20:24
**driving** 85:17
170:8
**drug** 68:5 94:8
98:3 100:7,11
**drugs** 47:1 69:11
94:8 99:2
**due** 47:1,22 168:3
**duly** 5:19 187:7
**duties** 8:23 21:17
**dvd** 72:12,16,20

**e**

**e** 2:12 3:1,7 9:21
9:23,25 10:1,5
11:17 31:3,13,15
38:7 187:3,23

189:3,3,3
**e278** 79:4,4
**earlier** 36:12
90:16 94:5 116:2
118:22 137:20
138:6 164:21
165:5 170:9
**early** 106:23
**earrings** 61:9
150:24
**ease** 77:2
**east** 83:19 171:17
181:24 182:2,7
**eastern** 95:14,18
**education** 11:3
**educational** 10:23
**effectively** 19:12
**efforts** 115:24
**egress** 59:1
**eight** 133:5
**einstein's** 136:15
152:18,21
**either** 24:4 30:17
32:3 37:20 40:7,9
46:16 117:4,18
156:9 168:18
**el** 11:11
**electric** 98:16
**electrical** 143:8
**electrically** 86:9
143:8
**electricity** 170:25
**electronic** 37:22
**electronically**
186:15
**elizabeth** 126:14
**elusive** 10:10
**emergency** 141:11
**emotional** 126:7
**emphasis** 166:13
166:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

emphasize 166:12
emphasized
  166:15
employed 152:13
  152:21,25
employees 130:9
  136:7
employer 136:1,15
employment 152:2
  152:10
empty 66:24 67:1
  67:2 94:17 105:25
  105:25
ems 121:7
encounter 57:6
  81:4
encountered 80:17
  81:5
ended 25:24
enforcement
  12:15,17 13:7
  21:6 45:1
engine 79:4
engineering
  166:15
enter 54:11
entered 136:5,19
  161:23
entire 42:18 63:4
  77:8 167:21,21
  170:1
entities 53:10,14
  64:10 136:18
entity 43:20 52:13
  52:13 53:19,19
  125:1 152:23
entries 38:9
envelope 35:18
environment
  46:13 59:9,10
  121:22 127:20

156:4
environments
  168:4
epilepsy 179:22
equally 11:14
equipment 33:16
errata 188:11,13
  188:17
error 185:15,15
especially 33:21
  46:20
esq 2:11,16,20,20
essential 76:7
essentially 123:18
established 138:6
  146:23
et 42:22 43:19
ethnicity 48:17,21
  49:13
event 36:6 85:14
  164:24
events 6:11
everybody 43:1
  110:18 133:14
  135:12,12
everybody's 16:13
everyone's 43:10
everything's 32:18
  37:20
evidence 16:12
  29:20 33:24 38:12
  38:20,20,25 40:12
  68:3 71:11,17
  72:11 73:10 102:5
  102:6,24 116:15
  119:11,21 120:1
  120:10 124:14
  134:24,24,25
  145:25 146:9
  180:6 182:23
  183:2,3,7

evidence.com
  37:20 39:4,5
exact 166:5,6
  186:17
exactly 112:2
  147:6 158:4
examination 3:2
  5:21 17:17 128:13
  133:21 145:25
  160:20 177:4
  184:22
examine 89:24
examined 5:20
  169:19 176:16
examiner 23:14
  25:20 28:7,24
  65:19 73:12 76:9
  90:1,4 103:23
  104:13 144:16,19
  149:12 150:22
  162:20,21,24
  163:2 174:24
  175:3,9 182:25
  184:5
examiner's 16:24
  18:4 23:24 26:2
  42:22 74:19 103:4
  113:24 114:8,14
  149:3 160:20
example 10:17
  13:24 14:11 23:13
  34:12 38:14 43:10
  66:8 70:10,20
  75:1 77:21 98:14
  100:6 110:12
  121:6 131:25
  153:10 177:9
  183:8
exception 14:14
excerpted 101:18

excessive 46:11
exclusive 52:6
excuse 109:3
  122:6
exhibit 3:8,9,10,11
  3:13,15,18,20,23
  4:1,3,5,8,10,12,14
  4:16,18 9:17
  36:15,25 37:4,10
  38:3 39:1 43:25
  44:1,4 45:10 47:4
  47:8 48:15 51:17
  51:19 52:3 62:19
  63:3 72:7 74:13
  74:15,17 76:19,21
  76:22,24,25 77:12
  92:1 94:4,21,22,24
  95:16,21 97:20,23
  97:25 98:6 101:13
  101:15 102:9,12
  102:13,14,20
  103:12 105:24
  111:4,4 113:16,20
  117:19 118:17,20
  122:13 123:11,14
  124:19,21 126:10
  126:13 128:20,22
  135:3 151:17
  162:13 166:24
  167:18 168:8
  171:12 174:23
  175:13,17 181:5,5
exhibits 10:4
  35:14 37:2 180:2
  180:21
exists 82:18,19
expect 38:2 88:20
  93:16 114:7
expected 128:17
experience 15:13
  17:8 21:3 22:8

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[experience - force]

Page 13

132:17
**expert** 22:9,10,25
  26:22 27:1 30:4
  34:12
**expertise** 16:17
  22:7
**experts** 44:25
**explain** 44:13
**exposed** 46:15
**exposure** 158:21
**extra** 147:3
**extreme** 62:11
**extremely** 106:16
**eye** 70:21
**eyes** 53:13
**eyesight** 121:15

**f**

**face** 105:19 108:3
  109:6,23 111:11
  148:13 154:5,5
  164:15,16 165:1,4
  165:8,11
**facedown** 108:16
  108:22 111:20
**faceup** 107:6
  147:18
**facing** 148:12
**fact** 22:13 29:19
  79:3 82:22 99:11
  109:19 127:23
  160:5 181:16
**factor** 46:1,24
**factors** 50:13
  90:14
**facts** 28:21
**fails** 188:19
**fair** 9:7 88:7
  103:15 120:18
  148:7 167:13
  169:20 172:3,4
  176:9 185:1

**fairly** 76:14 82:14
**fall** 33:21
**falls** 92:4 144:2
**familiar** 8:16 17:2
  44:6 45:16 68:17
  69:3,6,18 99:21
  109:13
**family** 85:2 126:8
  140:10 159:11
  177:9
**far** 23:21 60:22
**farrel** 114:23
**fasten** 106:5
**fastening** 107:8
  147:19
**fatalities** 47:21
  48:18 49:15,17
  50:20 180:9
**fatality** 3:12,13
  44:3,14 47:6,11
  49:2,23,25 50:8,20
  51:3 118:23
  166:25 167:1
  168:9 180:3,7,13
**father** 26:5,6
  79:16 97:4 119:19
  137:20
**february** 129:13
**feel** 55:19 67:8
  98:4 155:3,7
  169:12
**feet** 56:5
**felix** 75:7
**felony** 68:19 69:7
  69:10,16
**felt** 7:1
**female** 176:3
**ferenc** 17:2 48:6
  73:11 90:15
  126:19 127:23
  149:19 184:18

**ferenc's** 23:15
  128:12
**fever** 92:17
**figure** 48:16 49:12
  49:16 90:5
**figured** 13:1 25:11
**figures** 167:14
**file** 37:18 38:11,17
  43:5 113:23 114:5
  114:6,8 161:7
  163:10 174:25
  182:25 183:1,25
**files** 41:12 114:14
**filing** 71:1
**fill** 51:10 118:25
  125:5 151:22
**filled** 67:24 125:5
  135:9 152:24
  153:14
**filling** 51:5 67:23
  133:24
**final** 42:25 159:6
**find** 25:19 85:25
  95:22 97:23
  101:16 102:4,13
  135:1 144:8 150:1
  179:25 181:7
**finder** 29:19
**finding** 93:23
**findings** 22:21
  77:8 129:10 150:6
  150:6 175:11
  180:19
**fine** 18:12 25:11
  118:12
**finish** 160:13
  162:10
**finished** 78:11
  160:15
**fire** 59:14 60:1,1,5
  60:8 79:4 96:24

96:25 97:1,2
  136:6,8 140:12
  142:12,14 172:6
**firefighters** 39:16
**firm** 23:9
**first** 5:19 13:11,22
  62:23 63:25 77:13
  80:17 81:3,5
  98:14 111:9
  119:17 134:1
  140:16,20 152:3
  163:19 167:4
  181:24
**fisher** 1:7 5:10,13
  6:3 27:9 29:6,14
  34:17 101:21
  130:5,9,12 132:4
  134:4 188:4 189:1
  190:1
**fit** 48:6 156:17
**five** 181:21
**flip** 37:12 45:11
  51:21 53:24 63:2
  98:13
**flipping** 123:22
**fluid** 123:8 159:17
**focus** 21:16 83:2
**focuses** 58:2,3,4
**folder** 9:17
**folks** 23:22 70:7
**follow** 46:18 65:17
  65:18 77:5,24
  149:20 176:1
  177:7
**following** 115:16
  177:19
**follows** 5:20
**food** 156:20
**foot** 14:5
**force** 145:5

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**foregoing** 187:5
187:13 190:5
**foreign** 1:7,8
**forensic** 39:3,15
75:25 128:12
144:17
**forgot** 59:21
**form** 28:4,12 29:3
29:8,16 30:7
31:12 45:8 48:9
50:2,24 51:6,6
64:24 67:23 68:25
69:12,24 70:17
73:10 78:1,7 84:6
86:12,23 87:12
89:9 91:2 92:10
92:18 99:4,13,24
101:4 102:25
108:17 112:17
113:3 114:10
117:8,16 118:9,16
118:25 119:6,23
120:4,12 125:4,5
128:1 130:13,18
130:25 131:4,9,16
134:5 141:16,25
152:23 165:23
173:3 177:13
179:17 180:16,23
182:24 183:2
184:2 186:17
**formal** 72:6
**format** 133:10
**formed** 27:8
**formula** 90:11
**forth** 58:11 135:4
168:25
**foul** 134:19,23
**found** 10:10 11:15
28:25 45:22 46:3
50:20,21 76:15

97:9,13 102:8
105:18 108:8,9,15
108:21,22 109:20
111:1,19 112:12
113:19 115:18
117:6 122:2
137:18 141:24
148:11 153:25
155:4,8 164:6
165:9 167:23
168:22
**foundation** 28:4
28:12 29:3,8,16
30:7 31:12 44:16
45:8 48:9 49:5
50:2,24 68:25
69:24 70:17 83:21
84:6 86:23 87:12
89:9 91:2,12
92:10,18 99:4,13
101:4 111:21
113:3,8 114:10
116:5 117:8,16
118:9,16 120:12
128:1 130:13,18
130:25 131:4,9,16
132:11 178:7,13
179:9,13,17
180:16,23 182:18
**four** 7:25,25 13:15
13:15,15 14:6
15:19 19:22 61:23
94:16
**fourth** 143:16
**fraud** 15:7
**free** 55:19 98:4
**frequently** 125:11
**freshest** 105:1
**front** 36:16 81:22
85:6 129:15 139:4
139:5,25 140:1

164:3
**frozen** 24:18
**full** 5:24 18:18
32:8 38:4 64:3
113:23 114:5,6
143:16 181:24
187:13
**functioning** 27:24
**further** 14:1 86:15
93:25 144:14
155:3 174:2 177:4
184:22 187:17
**fussy** 85:20 143:1

**g**

**g** 183:9
**ga** 188:15
**garbled** 9:6
**gehrig's** 178:18
**general** 72:10 75:2
75:2 110:23,24
114:5 176:23
**generally** 8:16
44:7 74:21 173:16
177:11
**genetic** 159:12
**gentlemen** 8:2
44:11,13
**georgia** 2:21
**getting** 16:13,20
43:15 56:11 69:22
104:13
**giant** 36:10
**gililland** 7:16
**give** 80:18 112:15
115:7 132:3
141:21 142:7
184:4,8
**given** 65:22 84:19
153:16 183:10
190:9

**gives** 74:1 115:11
**giving** 79:10
183:22
**glass** 66:16,19
94:16,17 98:15,25
149:6 184:16
**glaucoma** 70:21
179:2
**glendale** 83:23
84:16 115:11
169:1
**glitch** 52:16
**gms** 1:4
**go** 6:2 9:14 11:3
12:15 13:4 18:10
24:20 29:18 30:15
34:23 40:22 44:18
44:20 47:20 49:12
51:1,9 58:10 61:4
61:5 74:20 75:1
75:13 78:17 80:20
82:21 83:3 87:14
87:25 90:14 95:11
97:22 98:19
100:13 101:15
105:12,17 106:13
111:4 112:19,23
113:13 122:5
123:1,13,20 125:2
129:3,18 133:13
135:6 136:25
137:16 138:5
149:13 151:25
157:25 160:12,15
164:23 177:16
181:4 185:9 186:5
**goal** 21:4
**goes** 51:6 64:19,22
65:3,4,5,9,13 74:4
74:11 115:22
116:17 119:1

144:10 156:10

**going** 10:20 20:1
21:16 23:11 24:11
26:25 27:18 36:1
36:14,15 38:4,15
39:12 44:1 51:20
55:17 61:5,15
66:15 74:20 75:6
80:11 87:25 94:21
117:23 123:13
132:8,8 133:23
135:3,4,23 136:14
137:1,16 138:9
141:5 142:24
143:3,4,15 144:13
146:7 148:13
151:25 156:19,23
157:23 159:6,22
161:10,11 164:1
165:7 166:2
167:20 168:25
172:14 177:8,16
177:18 181:8
185:9,12

**goldberg** 2:11

**goldbergandosb...** 2:13

**gonzales** 1:24 2:4
187:3,23

**good** 95:5 130:12
133:14,16,19
141:7

**gotcha** 53:13,23
78:6,9

**gotten** 9:22 140:23
147:23

**governed** 180:13

**gradient** 90:18

**graduate** 12:5,12
13:9

**graduated** 166:4

**grandparents**
53:18

**grasp** 118:13

**great** 13:1 34:25
39:10 131:24

**greenberg** 2:15,19
5:10,14

**grief** 60:9

**group** 164:20

**grown** 118:3,3

**gtlaw.com** 2:18,22
2:23

**guess** 26:11 60:12
110:22 112:21
142:4 150:21
153:15 154:6
156:20 160:25
163:7 165:18
166:16 169:8
181:17 184:12

**gurney** 59:17

**guy** 56:6

**guys** 30:21 34:23
160:5 163:1
181:22

## h

**h** 3:7 189:3

**habitation** 14:13

**half** 13:16 19:23
129:5 133:5
173:24

**hall** 31:5 83:19
84:18,25

**hand** 9:11

**handwriting** 63:7
67:21 151:19

**handy** 10:19

**hang** 108:23

**happen** 25:13
57:17 125:13

**happened** 74:4
78:14 79:3 106:21
113:6 129:22
140:17

**hard** 60:13 104:25
123:17 173:23

**hardcopy** 73:20

**hassle** 18:14

**hate** 18:16

**he'll** 17:20,22

**head** 163:13

**heading** 152:4

**health** 92:3 143:18
180:14,21

**healthy** 45:21
167:22 176:2

**hear** 82:3 120:7
178:3

**heard** 6:2 69:21
134:1,2,12

**hearing** 173:23

**heart** 51:24 92:8
172:25 173:1

**heel** 154:11

**held** 68:3

**help** 31:11 60:9
76:9 186:1

**helpful** 177:21

**helping** 15:5,6

**helps** 135:24
169:17

**hepatitis** 179:4

**hereof** 187:19

**hereto** 187:18
190:7

**heroin** 69:11,13,16

**hey** 10:6 31:4
38:15 95:2

**high** 11:3

**higher** 69:16

**hipaa** 70:4

**history** 91:24
119:11,21 122:17
143:17 151:6,11
156:24 159:11

**hit** 174:23

**hiv** 178:11

**hmm** 46:12,18
55:15 61:20 117:3
125:16 149:4
163:15 167:3
184:11

**hoarders** 58:19
59:2

**hold** 34:23

**holder** 108:22

**home** 67:8 87:4,10
160:1 168:22

**homicide** 15:7,25
16:1,4,5,15,18,25
17:10 19:11,18,19
20:2,11 48:1
63:24 68:8 114:15
128:11 146:8,13

**honest** 30:17

**hope** 185:7

**hopefully** 21:9

**hot** 6:24,25 11:14
30:21,22 81:16,17
81:18,19 86:4,22
89:16 90:5 170:24
185:8

**hour** 90:19 138:24

**hours** 53:6 90:13
106:21,22 115:17
117:2 122:15,16
122:22 137:21
141:8,9 156:25
157:13,25 158:8
158:20 171:17,25

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 105 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[house - interruption]

Page 16

**house** 83:19 84:24
  85:4,9 86:7,7
  87:14 101:21
**houston** 2:17
  11:12 81:16
**humidity** 11:15
**hundreds** 6:16
**hurt** 69:23
**hymil** 2:16

**i**

**identification** 37:2
  44:4 47:8 51:17
  74:13 76:25 95:16
  97:20 101:13
  102:9 107:10
  113:20 118:17
  123:11 124:19
  126:10 128:20
**identified** 54:2
  94:2,11
**identify** 5:4 64:5
  93:25
**identifying** 111:9
  123:23
**ii** 127:13
**illness** 157:16,18
  174:19
**illnesses** 157:9,13
  173:21 174:5
  177:9
**imagine** 20:14
  125:8 136:4
  147:24
**immediate** 55:18
  112:9 126:22
  127:5
**immediately**
  111:12
**immune** 178:4
**impact** 93:3

**impaired** 47:1
**implement** 21:21
**importance** 141:1
**important** 106:17
  141:15,23
**impound** 41:11,15
  183:17
**impounded** 37:21
  41:7 66:5 67:4
  71:21 72:4 183:18
**impounds** 73:4
**impression** 77:8
  87:21 117:1,13
  148:11 182:15
**impressions** 58:14
  82:14
**incident** 37:18
  39:11 40:4 42:16
  77:22 144:21
**incidents** 7:11
**incline** 156:6
**inclined** 134:12
**include** 38:7 44:25
  64:11 94:16 161:6
  168:6
**included** 50:13
  106:8 163:9
**includes** 167:25
**including** 23:7
  39:22 43:18,20
  50:13 79:3 154:22
  179:22,24
**incorrect** 180:22
**independent** 6:10
  6:13,22 26:3 31:9
  44:21 56:25 57:1
  58:7,13,23 59:7
  105:9 107:16
  132:22 145:18
  149:19,22 157:20
  161:12 162:6

**independently**
  56:22 58:5 62:12
**indicate** 72:15
  138:14
**indicated** 104:20
  141:7 143:5
**individual** 43:1
**individually** 51:15
**individuals** 139:24
**infant** 4:10 22:3
  26:15 28:15 35:20
  44:19 45:13,21
  46:2 49:1 50:14
  50:15 51:7,9,10
  52:20 89:13 105:3
  118:19,25 121:13
  122:13,15 132:17
  134:7 151:9 153:3
  153:5 157:19
  160:18 167:20,23
**infidelity** 83:17
**inflammation**
  169:9,17
**influence** 62:13
**info** 54:19
**information** 56:11
  56:14 60:16,23
  74:1 79:13 84:18
  105:1 109:24
  110:4,11 112:9
  119:10 120:17
  122:23 123:2,5
  136:16,20,22
  142:7,23 144:14
  147:23 150:3
  152:5,7,22 153:8
  153:15 155:5,18
  157:4 159:18,20
  165:22 168:16
  169:12 170:13,16
  170:19 171:6

**183:25 184:3,14
  184:25
**informs** 18:3
**ingress** 59:1
**inheritable** 159:12
**initial** 55:5 78:22
  79:13 141:18
  144:20 145:2,6,8
  150:6 184:12
**initially** 45:21
  144:22,24 145:11
  167:23
**injecting** 11:20
**injured** 158:9
**injuries** 92:4
  144:2 150:1
**injury** 126:24
  127:14
**inordinately** 81:18
**inside** 81:12 87:10
  146:3 183:13
**insides** 146:7
**instance** 36:22
**intend** 176:7
**interact** 60:17
  125:10
**interacted** 27:15
**interaction** 83:2,8
**interchangeably**
  22:2 25:8
**interest** 93:22
**interested** 12:16
  187:19
**internally** 84:25
**interpret** 150:19
**interpretation**
  50:5,7 157:14
**interrupt** 109:4
  122:7
**interruption** 52:1
  158:16

interval 127:10
interview 33:2
  58:10 62:10 71:19
  71:19 80:15 81:11
  82:2,15 84:10
  109:25 110:6,15
  129:4 156:21
  157:7 174:11,12
interviewed 26:10
  57:5 81:20 109:16
  124:12 153:2
  157:10
interviewing 62:7
  79:16 82:5,25
  174:15
interviews 29:20
  33:18 58:4,7
  62:12 72:16 120:1
  165:16
introduced 156:20
introduction 6:3
inventories 73:4
inventory 73:15
investigate 6:16
  14:1 15:5 59:7
  126:6
investigated 14:25
  15:10 22:3 45:4
investigating
  15:13 42:16 134:2
  134:18 135:15
  144:21
investigation 4:10
  6:7 14:18 18:3
  22:17 23:25 24:10
  25:15,16,23 27:6
  30:1 37:18,19
  38:10,24 39:11
  40:4 41:21 42:11
  43:7 51:8,13 55:7
  59:8 60:20 63:4

67:4,9 68:11 73:3
  76:10,15 93:4
  94:14 118:20
  122:14 129:24
  133:4 142:8 146:5
  149:20 150:2
  153:6 160:21
  170:1 184:13,17
investigations
  14:8 16:11 20:17
  20:19,20 40:19
investigative
  21:17 34:5 43:20
  114:18 183:19
investigator 42:23
  57:19,20,22 58:1
  87:5 103:24
  114:23 184:9,25
investigators
  23:23 41:13 42:21
  43:12 67:13 76:8
  93:8 103:5 107:5
  107:10 112:25
  144:16 184:4,5
investigatory
  144:20
involved 42:15
  46:2 151:6
involvement 17:5
involving 134:8
issue 27:14 132:21
  136:17
issues 92:3,9
  143:18
item 38:9 39:21
  71:18 72:12
items 66:4 67:24
  71:17 94:1,1
  101:6 150:15,16
  150:17

**j**

j 2:11
jail 21:6
janice 1:24 2:4
  187:3,23
jewelry 61:9
jibes 116:1
job 8:7 12:19,21
  21:22 60:15 85:22
  91:5,7 176:24
jobs 134:18
joint 169:9,17
journals 42:9
july 20:18,19
jump 133:23
june 40:5 42:16
  54:22 62:25 76:16
  77:22 78:1 85:15
  115:15 133:6
jury 8:2 21:19
  29:13 44:11,12,13
  57:23 68:18
justice 12:15 21:5
juvenile 7:7 20:22
  20:23,25
juveniles 21:4

**k**

kathleen 1:3 56:15
  80:1,6,16 81:4
  83:14 84:9,14,16
  85:15,18,22,25
  86:6,15 93:6
  108:6 112:22,24
  113:12 115:17
  116:25 137:18
  140:21 141:6,9,11
  142:20,23 143:5
  143:10,12,17,23
  144:13,15 157:6
  188:4 189:1 190:1

kathleen's 144:4
katie 5:7 24:9,15
  25:8,9 111:10
  140:10 151:22
  152:14 153:16,22
  155:5,11,20
  156:21 157:21
  158:11 159:4,8,17
  169:2 170:5
  172:25 173:20,22
  174:4,11,14,18
katie's 26:5
keep 11:20 13:2
  37:21 41:6 68:8,9
  68:10 136:22
kept 82:7 101:2
kevin 53:25
  135:25 161:16,20
kid 58:19 117:24
kidding 58:25
kind 15:7 32:17
  43:15,18 46:6
  57:20 58:16 60:8
  60:24 62:12 64:4
  65:14 70:25 71:25
  74:3 88:12,12
  118:13 123:16
  133:24 136:17
  137:17 141:4
  142:7,8,24 145:1
  149:16 150:21
  156:17 157:14
  173:12 174:1
  183:16 184:5
kinds 93:3
kissed 141:7
kitchen 93:18
  146:14
knee 169:7
knees 69:22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[know - look]**

Page 18

**know** 6:15 7:17
8:7 9:7,17 10:7
16:18 17:4 21:21
22:1,2,6,8 23:21
24:13 26:21 27:15
28:18,19 30:15
32:22 39:3,13
40:13,17 43:16
49:23 51:24 52:10
52:16 53:7 56:23
56:24 57:16 60:13
60:25 61:17 62:25
63:3,6 66:14 70:2
70:6,20 72:1 74:5
74:16,16 75:6,24
76:1 77:21,23
78:18 82:17 83:1
83:18 87:3 92:16
93:23 96:4,20,21
97:2 101:5,6,23,25
104:25 105:22
106:14,16,21
108:12,13,14
112:9 114:5,22
118:11 119:9,25
120:9 124:11
125:7,15 127:24
129:4,23 133:3,13
133:25 134:6,7,10
135:20 136:1,10
136:16,24 137:8
142:25 144:24
146:5 147:10,22
148:5,7,21 150:8
152:18,20,20,24
153:19 154:18,20
155:15 158:3
161:18 162:2
163:22 164:24
166:10 168:23
169:2 171:3,5

172:2,11,20 174:6
174:21 176:1
183:16 184:24
185:8
**knowledge** 22:11
22:11 102:2
136:11 147:13
167:16 168:5,15
168:23 169:8,15
170:25 172:16
173:2
**known** 121:9
179:6
**kristin** 2:11 5:6
95:6
**kschriner** 2:13

**l**

**label** 83:13
**labeled** 163:1
**labeling** 131:3
**labelle** 56:3 64:21
111:18,24 136:5
139:11 161:17
**labelle's** 111:5,25
**labels** 53:1
**lack** 146:6
**ladies** 8:1 44:11,13
**lag** 9:5
**large** 39:17 94:24
97:25
**lateral** 115:18
116:19
**laura** 161:18
**law** 12:15,17 13:7
22:9 23:9 45:1
119:4
**laws** 69:3
**lawsuit** 34:11,12
**lawton** 24:11 25:9
53:15,17,18 56:16
137:19

**lawyers** 43:16
**layperson** 22:12
**lead** 43:6,9 57:18
57:24 74:21 79:22
114:7
**learn** 17:15 142:16
**learned** 45:2
**learning** 16:15
**leave** 43:17 157:18
**led** 121:12 157:4
157:22
**left** 58:15 86:15
87:22 108:2
115:18 116:19
143:10 162:9
**legal** 188:23
**length** 147:14
**liability** 27:1
**liaising** 16:18
**liaison** 16:9 19:12
**liked** 12:24
**line** 52:25 69:10
168:5 189:4,7,10
189:13,16,19
**lines** 126:21
**list** 53:10,13,22
102:5 119:20
136:6 158:1,4
177:16
**listed** 66:16 83:7
136:1,8,12 152:18
161:16
**listened** 109:14
165:16
**lists** 53:21 72:14
**litsup** 188:15
**little** 15:22,23
18:11 24:8 43:15
66:14 73:22
105:23 109:5
132:8 133:24

137:17 142:11
143:5 149:2,15
151:14 155:2
158:7 159:16
166:3 167:19
171:14 174:1,2
181:1 182:23
**lived** 11:8 57:10
83:22,23 84:17
85:3
**lives** 75:7
**lividity** 90:10
145:4
**living** 71:12 81:22
83:15 85:1,11
93:18 99:22,22
100:3 170:11,20
**llp** 2:11,15,19
**located** 82:18
101:7 107:25
142:5,6
**location** 168:23
**log** 123:18 181:18
**long** 6:17 13:14
15:17 64:24 87:15
90:6 92:17 133:14
133:15,18 171:3,7
**look** 31:25 33:24
34:20 36:6,24
37:7 43:25 44:22
45:10,25 46:4
47:3,14 48:25
49:12,20 50:11
51:19 52:3,23
62:17,22 64:2,3
65:3,8 67:2,19
70:24 72:5 75:6
80:12 85:13 87:21
87:23 88:17 92:24
94:20 95:25 98:4
98:12,21 100:10

102:11 104:19
108:8 111:3,8
113:16 114:17
115:6,9 116:12
119:8 121:5,20,21
122:22 123:17
124:1 125:2,4
126:2,12,18,21
127:16 128:22
129:2,6 134:24
147:6,9 154:14
161:9 162:11
163:3 164:13,23
181:17 182:6,20
**looked** 32:5,10,14
52:9 59:11 71:9
74:23 90:23 93:8
94:5 111:11
164:20 165:8
181:16
**looking** 9:25 32:3
45:2 49:7 52:23
53:3,11 59:8 61:8
64:15 72:10 75:2
85:17 95:21 110:3
114:21 115:10
119:13,14 127:1
138:22 141:4
150:16 153:24
161:15 162:15,25
164:1 165:3 170:7
170:9 181:6,23
183:3
**looks** 24:18 35:20
52:8 79:25 80:14
88:12 107:1 137:5
140:16 159:7
162:8 164:2
**losing** 122:8
**loss** 179:7

**lost** 16:20 25:5
34:20
**lot** 20:12,15 21:2,4
21:25 59:3 90:13
122:8 153:7
168:21 169:5
**lou** 178:18
**louisiana** 2:17
**lovett** 2:16 3:4,5
5:9,9,22 6:2 11:18
11:24 18:8,12,16
18:25 19:8 24:19
24:22 25:4 28:5
28:13 29:4,10,17
30:9 31:14 34:25
35:9 36:25 37:3
44:5,17 45:9 47:3
47:9 48:10 49:8
50:3,25 51:18
52:2 62:18,21
69:2,14,25 70:18
74:14 76:18 77:1
80:20 81:2 83:25
84:7 86:13 87:1
87:17 89:11 91:4
92:12,20 95:5,10
95:19 97:21 98:8
98:10 99:7,15
100:2 101:8,14
102:10 103:3
108:20 109:12
112:1,18 113:5,10
113:18,21 114:12
116:6 117:9,17
118:10,18 120:6
120:13 122:11
123:12 124:20
126:11 128:3,21
130:15,20 131:1,6
131:12,19 133:8
133:15,18 134:5

141:16,25 156:24
165:23 173:3
177:5,14 178:4,8
178:14 179:10,14
179:19 180:17,25
182:19 184:7,20
185:4,11,19
**lovettm** 2:18
**lungs** 123:8
159:17

**m**

**m** 67:21 125:15
**ma'am** 27:2
**madam** 37:1 47:4
62:18 76:18,22
113:18
**mail** 9:21,23,25
10:1 11:17 31:3
31:13,15
**mailbox** 32:2
**mailed** 10:5
**mails** 38:7
**main** 11:16,19
110:4
**maintain** 73:7
**maintained** 42:5
42:10 129:7
**major** 12:10 46:1
**making** 16:12 59:8
174:23
**male** 88:6 90:20
**malfunctions**
33:16,17
**man** 139:9
**manageable** 94:25
**manifested** 89:18
**manipulate**
155:14
**manipulated**
163:23

**manipulating**
146:11
**manipulation**
145:1
**mannequin** 107:4
107:6,7,13,25
108:1,2,5,6 147:18
147:19 148:10,17
**manner** 126:25
127:16
**manners** 47:22
**manufacturer's**
107:9 147:21
**manufacturing**
147:21 166:17
**maricopa** 3:14
23:14 47:7,19,23
48:15,17 49:3,25
73:12 74:19
113:23 162:19
168:10
**marijuana** 66:17
66:24,25 67:1
68:5,14,20,21 69:4
69:7,8,11,17,19,22
70:3,8,8,11,14,21
70:23 94:17,17,18
98:2 100:12 120:2
169:6,11,17
182:12,16
**mark** 49:11
154:11 155:2
161:17
**marked** 37:2 44:4
47:8 51:17 70:25
74:13 76:25 95:16
97:20 101:13
102:9 113:20
118:17 119:22
120:9 123:11
124:19 126:10

[marked - moved]                                                    Page 20

128:20 155:4,8
158:10 162:13
**marking** 120:11
**marks** 154:1,12,21
**married** 25:12
**martha** 125:18
126:3
**mary** 2:16 5:9 6:1
**material** 183:16
**materially** 185:23
**materials** 166:19
166:20
**mattel** 1:8 5:11,13
6:3 27:12 28:2,10
29:14 34:16 130:3
130:8,12 132:4
**mattress** 46:9
**mcome** 4:9
**me's** 38:15
**mean** 7:3 15:4
40:13,14 45:1
52:18 53:21 54:12
56:2,22 57:24
58:16,19 63:20
75:6 81:8,19
87:15 88:12 90:11
91:9 93:2,14
111:22 138:13
139:15,18,19
142:1 144:6,10
145:10 146:3,6
147:24,25 148:4
151:7 155:12
161:25 163:6
181:14
**means** 79:21
161:22
**meant** 144:25
145:11 152:14
174:14

**measurements**
105:13 116:20
146:15,24
**media** 23:17
**medical** 16:24
18:4 23:14,23
25:20 26:2 28:7
28:24 34:3 42:22
45:22 65:19 68:14
68:21 69:8,17,19
69:22 70:3,10,14
70:20,23 73:12
74:19 76:9 90:1,3
91:24 103:4,23
104:13 113:24
114:8,14 122:17
122:23 128:9
132:13 143:17
144:16,19 149:3
149:12 150:22
156:24 159:2,20
160:20 162:20,21
162:23 163:2
167:24 169:10,17
173:6,9,10,15,16
174:24 175:3,8
176:5,8 179:16
182:25 184:4
**medication** 158:21
**meet** 26:8 91:12
**meeting** 57:2
116:9
**melded** 38:11
**member** 85:3
124:24
**members** 140:11
177:9
**memory** 39:5
81:15 138:1
145:19 157:3,21
162:6

**men** 118:3
**mention** 22:7
89:22 142:5 150:7
160:4 170:5
**mentioned** 57:13
158:10 161:20
**merged** 40:25
**message** 38:15
**messages** 38:8
43:19
**met** 24:2,4 151:6
**meter** 98:16 99:5
**michelle** 1:14 2:2
3:3 5:4,18,25
161:17 186:9
188:1,5 189:2,24
190:2,4,12
**middle** 7:8,12,14
7:16 20:21 46:6
156:19
**midway** 115:10,10
**mind** 18:19 95:2
**mine** 162:16
**minor** 12:15
166:21
**minus** 99:5
**minute** 18:20 25:6
51:25 95:8 115:7
144:11
**minutes** 9:12
11:23 12:1 18:21
38:16 61:23 95:6
95:7 181:21
**mispronounced**
107:11
**missed** 124:16
**missing** 19:19 20:2
104:3 124:10
**mission** 180:8,12
**mixture** 155:19,20

**mo** 6:2 18:7,11
95:2 98:7 178:2
**mobile** 74:6,8
**model** 27:17
**mom** 24:4,9,16
25:8 26:17
**mom's** 129:4
**moment** 52:7
74:20 82:25 129:8
181:7 186:6
**monday** 37:8
90:17
**monkey** 146:24,25
165:4,8,11
**month** 118:7
**months** 8:3 16:2
19:18 30:20 32:19
129:5 133:5
174:18,20
**morning** 10:5 55:4
55:6 78:20 81:18
106:23 115:14,16
121:16,17,18
172:13
**mortis** 154:9
**mother** 119:9,14
122:3,24 123:4
137:18
**mother's** 120:17
**motor** 118:12
**mountain** 37:9
69:23
**mouth** 116:22,22
146:20 154:5,5
**move** 23:11 49:10
59:1 80:13 84:2
84:14 98:19 116:7
122:12 170:7
173:25
**moved** 83:17 97:3
97:12 116:3

Detective Michelle Reyes     August 17, 2020
In Re: Fisher-Price/Mattel

[moved - obviously]                                                      Page 21

154:25
**moving** 20:10
    149:1 150:14
**mst** 1:17 2:3
**multi** 180:10
**multidisciplinary**
    180:10
**multimodality**
    180:11
**multiple** 50:13
    172:8 179:25
    181:3
**murdered** 48:2
**murmur** 92:8
    172:25 173:1
**muscle** 179:24
**mvp** 73:22 74:4
**myriad** 70:22

**n**

**n** 3:1 27:16,18,24
    30:5 59:23 61:10
    61:12,13,19 66:9
    95:24 96:2 97:3,9
    101:19 102:18
    104:7 105:25
    115:25 127:20
    130:23 131:8,21
    132:20 133:1
    134:3,4 145:21
    146:14,18,22
    164:3,5,9 165:3,8
    176:12,13,14,21
**name** 3:2 5:24 6:1
    7:14 10:9 24:9,11
    25:9,10,11 52:9
    85:16 107:11
    135:14
**names** 24:8 156:16
**narrative** 32:11
    33:25 40:25 41:25
    42:12 43:2 64:15

64:21,25 65:2
    77:5,7,16 78:16
    79:24 82:13
**native** 11:7
**natural** 47:22,22
    53:2
**nature** 14:13
**nausea** 70:13
    179:20
**navy** 150:24
**ne** 2:21
**necessarily** 72:18
    110:16 142:2
    146:2
**necessary** 190:6
**need** 9:9,11,12
    49:9 60:24 79:7
    133:13 136:7
**needed** 12:19,21
    82:22
**needs** 184:18
**negative** 122:20
    151:7 160:2
**neither** 176:7
**nerd** 66:15
**never** 10:6 132:20
    132:21,24 160:1
    169:19 175:18
**new** 52:11 54:7
    58:23 75:5 156:20
**news** 134:3
**night** 85:14 86:4,8
    96:17,23 105:7
    113:1 116:25
    118:5 141:7 143:7
    171:5
**nightstand** 163:14
    163:16,20
**nonsmoker** 119:10
**nope** 124:18

**normally** 8:5
    143:22
**nos** 3:15,18,20,23
    4:1,3,5,8,12,14,18
**nose** 154:5
**notary** 185:22
    190:13,19
**notations** 90:9
**note** 88:1 96:20
    104:21 121:6
    122:14 126:2
    137:23 181:7
    188:10
**notebook** 95:23
    174:1
**notebooks** 40:17
**noted** 66:25 78:18
    78:21 85:23 93:13
    126:22 141:15,24
    144:18 151:5
    190:7
**notes** 22:21 24:14
    38:8 40:16,20,21
    41:7 42:10 43:19
    77:9 83:1 84:4
    89:2 119:10
    121:19 129:14
**nothing's** 153:12
**notice** 3:10 9:19
    10:11 37:5 52:8
    106:1 156:4 164:8
**noticed** 61:17
    66:13 89:19
    111:11,13
**noticing** 9:5
**notification** 71:5
**notified** 55:7
    142:13
**notify** 25:22
**number** 39:13
    48:16 49:12,15

66:7 90:19 119:13
    122:19 125:21
    162:17 176:20
**numbers** 50:6,7
    52:25 53:2 54:12

**o**

**o'brien** 54:24 55:1
    57:13,13,14,16,21
    67:16,23 79:14
    88:1,6 89:2 93:9
    94:2,11 96:15
    116:10,14 144:18
    144:22 181:11
    182:11
**o'brien's** 65:9
    181:9 182:15
**o'clock** 171:16,24
    172:6,12,13
    181:21
**oath** 185:25 187:6
**object** 141:25
**objection** 68:24
    91:12 134:5
    141:16 165:23
    173:3
**observation** 128:9
    128:10 145:9
    155:24
**observations** 77:9
    145:3,7 155:19,22
**observe** 103:20
    105:6
**observed** 70:19
    144:22,24
**obstructed** 116:22
**obstructing** 59:3
**obtain** 69:18
**obtaining** 79:17
**obviously** 9:4
    30:19 39:15 45:1
    54:16,20 57:24

60:12 82:24 121:8
132:13 140:9
169:23 177:7
**occasioned** 20:10
**occur** 121:21
156:3
**occurred** 168:2
176:20
**occurring** 171:19
**odd** 44:10
**odor** 182:12
**offense** 72:10
**offer** 30:3 176:8
**offering** 26:25
**office** 16:24 23:14
23:15,24 25:19
38:16 74:19 103:5
113:24 137:12,14
138:19,21 144:16
144:19 149:3
181:15
**officer** 8:23 13:18
42:15 56:1,2,3,7
56:12 57:13 64:14
64:16,17,21,21
69:3 70:19 71:22
73:4 74:2 78:23
79:2,7 99:16
110:12 111:5,18
111:24,25 124:1
136:5,5 139:9,10
139:10 140:18,19
142:17 182:11
**officers** 13:21
26:16 39:14 42:22
73:21 110:5,16
135:15 140:8
172:8 177:22
181:3
**official** 51:23 63:1
98:1 127:24

160:21 180:19
**oh** 11:10 34:20,25
49:21 53:9,12
78:6 80:11,19
96:25 100:22
127:3 152:9
155:10 175:6
182:3
**okay** 5:15 8:19
9:13,14 10:22
11:2,12,13,18,22
12:3,20,23 14:16
14:21 15:12,20,24
16:5 17:13 18:11
18:15,24 20:5,9
22:24 23:21 25:25
26:4 27:22 28:20
31:8 32:7,11
33:19 34:5,10,15
35:2,19,22,25 36:5
36:8,13 39:19,20
40:24 41:10 42:3
46:19 49:9,19,21
53:5,12,17 54:6,15
54:25 55:5,20,23
56:6,21 57:1,12
59:12,19,25 60:12
61:2 62:4,6 64:7
65:2 66:19 68:2,9
70:24 71:23 72:2
72:5 73:18,25
75:11,21 76:3
77:5,6,20 78:4,17
79:12,24 86:3
87:15,16 88:4,17
88:25 89:7,24
90:12 94:20 97:2
98:9,19 100:17
101:9,15 102:1,11
104:5,19 105:12
106:14 107:18

109:18 111:3,7,17
112:3,7,13,16,19
113:16 114:3,22
115:12 119:8,16
119:25 120:5,8,23
121:18 122:18,19
123:13 124:6
125:10,13,17,19
126:2,6,12,17
127:3,3,4 130:16
132:10 133:14,17
135:5,8,9,14,19,22
135:22 136:3,10
136:23,25 137:11
138:12,18,21
139:20,23 140:7
140:15 141:20
142:10,19,23
143:15 144:8
145:14 146:22
148:10,16 149:18
150:14,23 151:14
152:6,9,9 153:24
154:9,21 155:10
155:13,23 156:3
156:18,23 158:7
159:6 160:4,9,12
160:16 161:9,14
162:1,10,14,19
163:5,12,19 164:1
164:14 165:20
166:2 167:18
168:18 169:16
171:11,13,13,23
174:9,13,17,22
175:1,25 178:6
181:10 183:2,6,18
185:3,19 186:3,18
**old** 53:13 58:23
117:25 118:7
129:5 133:5

**older** 21:10
**olga** 2:16 5:9 6:1
**olive** 115:11
**olson** 5:8,8 6:7
24:5 26:4,9 32:23
53:6 54:1,1,1,2
56:18 61:18 65:22
71:12 72:13 76:14
79:16 82:4 98:3
105:6,7 106:4,11
106:20 107:14
109:16,19 111:19
114:9 115:13
116:17,23 117:10
120:2,20 121:9
126:15 133:4
136:15 137:20
169:20 177:19,24
**olson's** 21:18 57:7
65:23 169:23
**ome** 145:25
**onboard** 73:25
**once** 37:19 40:21
40:22 61:18
106:13 108:6
**ones** 7:4 118:3
162:2 163:7
**onesie** 88:2,9,11
88:14,16,21
**ongoing** 150:2
**open** 138:16
151:12 157:14
159:25 163:25
172:12
**operates** 45:6
**operating** 33:7
56:9 68:11
**opinion** 28:2,10
29:6 118:7 130:14
130:16,19 131:7
131:18,20,23

Case 2:19-cv-02689-GMS   Document 196-39   Filed 11/19/21   Page 112 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[opinion - percent]

Page 23

176:12
**opinions** 27:1,8
30:4,4 176:8
**option** 156:7 160:9
**options** 156:9
**order** 8:6 18:22
**organizing** 23:8
**orient** 36:2 75:3
115:8 129:9
**original** 37:18
64:14 65:3 169:23
170:2
**osborne** 2:11
**outcome** 187:19
**outfit** 88:2
**outside** 17:21
62:13 81:12,20
99:6 146:2 160:1
167:16 173:2
176:23
**overall** 123:15
161:7 163:10,23
163:24
**overheated** 46:13
**overheating** 89:7
89:14,19 90:24,25
91:6,15,22
**overseeing** 177:23

**p**

**p.m.** 2:3 5:2 19:2,4
19:4,6 24:24 25:2
35:5,6,6,8 80:22
80:25 95:13,15,15
95:18 124:5 186:7
186:19
**pack** 61:10
**page** 3:2,8 35:13
37:9,12 45:11,25
45:25 47:14,21
48:14 49:10,20
52:23 53:2,3,5,25

53:25 62:23 63:2
63:8 64:8,14,15,19
64:20,22,24 65:4,5
65:10,10,13,14,18
65:21,24 67:2,19
68:13 70:24 71:1
71:16 72:5,10,22
73:11,16 75:1
77:3 83:12 85:13
87:23,25 89:1,2
92:1 111:5,8,9
113:25 119:17
121:5 122:5,13
123:1 125:3,4
129:6,18 136:25
137:4,10 138:5
141:5 145:14
152:3 153:18
156:18 159:6
161:10 167:18
171:9 175:23
181:8 182:20,21
189:4,7,10,13,16
189:19
**pages** 65:4 66:1
114:17 116:8
187:13
**pain** 70:13 169:7
179:11
**pamper** 88:15
**pandemic** 8:6
**panel** 44:24 45:6
**paper** 41:12
**paragraph** 47:17
85:21 115:9
138:22 141:5
143:4,16 144:14
149:1 181:6,24
**paragraphs** 79:2,5
79:10 98:12

**paralegal** 31:20
**paramedics** 39:17
60:5
**paraphernalia**
68:5 94:9 98:3
99:1,2 100:7,11
101:3
**parent** 58:23
157:15,15
**parents** 5:8 7:1
11:8 23:5 25:22
57:7 58:17 75:5,9
89:18 93:17
101:24 105:2
106:15 117:4
**parked** 139:4,5
**part** 11:10 17:7
38:3,25 51:7,12
65:14 67:4,25
71:8,11 73:3
81:15,22 86:18
87:24 88:19 91:18
91:18,19 94:12,13
97:25 98:24 107:9
119:1,17 123:15
123:22 127:13
135:9 138:6
142:10 147:20
159:23 160:21
161:6 167:4,21
180:3 185:17
**partake** 175:2,5
**partially** 99:11
**participate** 145:15
168:10 175:13,20
**participated** 51:5
124:16
**participating**
149:9
**particular** 7:6
93:22

**paralegal** 31:20
**particularly** 58:3
**parties** 23:12
151:6 187:18
**partition** 184:16
**party** 22:25
**paso** 11:11
**pass** 133:10
**passed** 49:24
133:6 146:18
172:3,17
**paternal** 53:18
**path** 59:4
**paths** 166:6
**patience** 133:9
185:7
**patients** 70:10
**patrol** 13:13,14,18
13:21 14:5,17
15:1 20:8,10,16
26:16 78:21 139:5
139:7 162:4
**pause** 35:3 80:24
**pd** 4:4 38:5 41:3
41:14 57:12 61:24
67:8 101:17 102:6
114:2 123:15
**pediatric** 128:24
**pediatrician** 129:8
132:14
**pediatricians**
44:25
**pending** 151:13
**people** 14:2 21:5
39:14,18 40:14
54:14 55:25 60:9
60:14 70:2,6
136:19 140:2
144:6 146:10,11
161:15,19 166:9
**percent** 11:15
47:21 48:1,1,5,7

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

48:11 49:2,20,24
50:21
**percentages**
167:15
**perfect** 35:1,25
95:9,10
**perfectly** 148:6
**perform** 61:19
97:4,14
**performance** 8:22
**performed** 121:7
132:21 153:20
**period** 90:18
**periodically** 84:3
**periods** 144:11
**permission** 79:17
**persistent** 179:24
**person** 8:7,14
19:19 52:14 54:16
61:1 125:8
**person's** 39:13
**personal** 73:15
155:19 168:15
**personally** 41:17
73:5 154:7
**personnel** 57:12
60:2 125:14
**persons** 15:14
20:2 64:9 135:17
**perspective**
128:10
**pertinent** 119:10
142:4
**pets** 46:20
**phoenix** 1:16 13:8
30:22 81:17 185:8
187:20
**phone** 31:22 39:7
174:1
**photo** 100:6 147:6
163:17 164:19,25

**photographed**
87:3,4 106:8
**photographs**
32:14 38:23 42:3
42:6 52:6 74:18
74:22,23 75:22
76:7,14,20 94:23
94:25 95:24 96:1
96:13 97:8,24
98:2 99:18 100:19
100:23 101:18
103:12,18,21,25
104:3 106:9
107:13,22 116:20
117:19 124:15
160:20
**photos** 32:2,3
35:20,21 36:9,11
39:2 100:13
102:15,17,22
107:18 108:7,10
147:10 148:8,20
154:15 161:3,4,5
162:12,16,21,24
163:3,4,8,9,23,24
164:3,20 170:2
**physical** 89:17
144:23
**pick** 141:9
**picking** 85:21
**picture** 98:14
105:24 147:25
**pictures** 99:12
105:12 108:8,9
165:7
**picturing** 59:3
**pieces** 112:8
**piedmont** 2:21
**pincher** 118:13
**pink** 147:8 150:23
164:3

**pipes** 66:16 94:17
**piqued** 93:22
**place** 72:16 81:12
82:1 105:3 123:2
170:7
**placed** 46:5 59:20
75:18 96:23 97:16
104:20,21 105:2
105:14 107:5,6,24
108:1,6 113:1
115:13,25 116:16
116:18 117:2
121:20 137:19
142:16 143:13
147:17 148:10,12
160:1 165:4
**placing** 106:5
**plaintiff** 1:5 2:10
26:21 39:24 40:1
**plaintiff's** 27:5
**plaintiffs** 42:4,11
**plan** 176:1
**plans** 30:13
**play** 27:16,18,25
30:6 59:23 61:11
61:12,13,19 66:9
95:24 96:2 97:3,9
101:19 102:18
104:8 105:25
115:25 127:21
130:23 131:8,21
132:20 133:1
134:4,4,20,23
145:21 146:14,18
146:22 164:3,5,10
165:3,9 176:12,14
176:21
**play's** 176:13
**played** 44:12
**playpen** 156:10

**pleasant** 185:7
**please** 5:4,16,23
5:24 9:6 51:24
79:6 174:19 186:6
**point** 16:16,23
19:15 33:22 39:19
44:12 61:24 63:12
87:22 88:7 95:3
108:6 148:17
151:22
**police** 7:21,22 8:23
13:4 21:18,25
29:21 32:8 34:5
42:15 43:20 52:5
61:17 62:20 64:4
67:4 73:20 76:23
94:13 98:1 120:1
135:3 142:14
154:25 160:6,12
160:19,25 162:10
168:19 171:10
172:6 182:25
183:1,25
**policing** 21:12
**policy** 41:3
**polka** 88:23
**pop** 10:9
**pops** 149:16
**populated** 54:8
**porch** 139:25
**portion** 84:17 85:4
85:8 95:23 135:18
150:9
**position** 10:24
16:1 19:16 28:21
97:13,17 104:21
105:18,19 107:25
115:19 116:1,17
116:20 141:14,23
148:11 169:24
170:3

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[positioned - questions]

Page 25

**positioned** 108:2
**positive** 122:21
**possess** 68:19
**possession** 39:22
69:7,8
**possibility** 91:15
**possible** 89:8 91:1
104:12 105:2
106:18 151:11
**possibly** 140:10
**post** 178:15,16
**posterior** 105:19
**postnatally** 46:16
**potential** 51:6
**potentially** 18:3
**pound** 90:20
**powered** 86:9
143:8
**precise** 121:14
**predictable** 132:1
**prefilled** 152:23
**premature** 143:19
**premises** 124:13
**prenatally** 46:16
**preparation** 41:24
**prepare** 31:24
167:4
**prescribed** 70:14
**prescription** 68:14
**present** 2:24 5:4
17:6,23 90:10
96:12,15 103:8
107:3 115:1
**pressure** 154:10
154:12
**pretrial** 21:12
**pretty** 55:13 86:4
88:15 101:1
147:22
**preventable** 50:13
50:22 90:24 180:9

**preventative** 21:4
**prevention** 46:4
180:7
**previous** 61:6
83:18 136:20
**previously** 168:1
**price** 1:7 5:10,13
6:3 27:9 29:6,14
34:17 101:21
130:5,9,12 132:4
134:4 188:4 189:1
190:1
**primary** 122:24
123:4 168:24
**prior** 16:2 23:3
122:15,16 134:1
136:22 142:14
143:7 153:11
154:25 157:25
158:8,20 160:1
165:7 171:5
174:18
**privacy** 85:11
**pro** 9:4
**probably** 9:18
13:15 15:10 20:4
20:13 30:15 56:13
81:20 87:19 88:11
124:3 136:4,5
138:15,18 139:15
155:12 156:21
162:5 166:5
181:13
**procedure** 26:12
26:18 33:8 41:11
56:10 68:12
105:11 161:2
**proceeded** 107:12
**proceeding** 187:5
**proceedings**
187:14

**process** 8:17 41:14
180:11
**processing** 93:9
**produce** 68:19
**produced** 34:16
**product** 27:14
29:25 43:21
104:12,17 107:9
130:22 131:14
132:22 134:15
147:21 176:16,19
**products** 132:18
**professional** 21:10
128:9
**program** 3:12,14
44:3,7,15 47:6
50:8,20 51:3 60:7
125:25,25 136:18
167:2 180:3,7,13
**progresses** 76:10
**pronounced** 59:15
138:24 142:13
171:25
**properly** 16:13
**property** 14:9,10
14:19 15:2,4,5,14
15:17 71:15,16
72:7,22 73:16
93:13 159:22
**propounded** 187:9
**prosthetics** 166:18
**protected** 70:4
**protective** 23:19
151:9
**provide** 60:20,23
60:25 126:7
144:20 184:14
**provided** 32:24
39:23 107:5 150:7
177:22 184:1,25

**provider** 159:2
**providing** 60:22
**psyche** 20:13
**public** 16:12
180:19 185:22
190:19
**pull** 175:24
**pulled** 77:4 124:4
**pulling** 112:8
**purchase** 186:11
**purge** 146:19
**purpose** 8:8 17:13
44:15 82:8
**purposes** 24:7
27:17 105:3
183:19
**purview** 169:11
**put** 9:11 40:25
77:8 86:16 105:7
106:22,23 121:24
131:15 136:16,24
141:1 143:11
157:11,16 160:7
183:13
**putting** 50:14

**q**

**question** 9:7 17:19
17:21 19:25 25:7
26:8 52:20 54:13
61:6 72:21 110:5
110:21 111:23
112:21,22 117:24
149:14,17 159:1,3
161:1 168:8
173:12,24 174:9
174:10,13 177:17
185:11
**questioning**
177:11
**questions** 8:5,10
26:21 36:3 55:17

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

61:14 98:11
120:20,21 123:25
131:25 132:2,7,12
135:24 144:9,12
149:12 166:23
168:21 169:5,6
170:23 172:24
173:19 174:3
176:11 177:2
184:17 185:5,23
187:8
**quick** 12:21 95:4
140:17 161:9
177:7
**quickly** 121:2
181:7

---

**r**

**r** 189:3,3
**r&p** 102:1
**race** 48:17,21
49:13
**rachel** 2:16
**radio** 74:10,11
**ramirez** 2:25
**ran** 33:14
**rash** 154:16,18
**react** 144:6
**read** 79:6 121:13
148:13 157:24
158:1,4 167:21
176:2,13 185:10
185:13,16 188:9
190:5
**readily** 137:22
145:4,6
**reading** 89:4
171:16
**real** 39:6
**realign** 122:7
**really** 9:3 16:16
20:13 21:19 53:19

89:16 104:17
133:9
**reason** 9:1,10
29:13 33:19 56:4
70:25 81:21 86:15
91:11 92:25
130:11 143:9
173:22 180:12
182:14 188:11
189:6,9,12,15,18
189:21
**reasons** 70:2,22
**recall** 9:18,19
31:19 34:4 43:22
55:19 57:9 59:6
62:2 75:9 79:9
80:4 81:3,4,11
83:9 86:14,17
88:18 92:11
101:10,11 107:14
107:17 112:10
113:14,15 114:20
114:25 120:19
125:13 134:4,8
139:6,13 146:17
146:20,24 147:5
149:18,24 150:2
154:12 157:7
163:19 164:10,19
**receipt** 188:18
**receive** 36:21
158:20 185:19
**received** 9:16,18
34:2,11 39:23
42:14 72:9
**receiving** 9:19
**recessed** 19:4,10
35:6 95:15
**recognize** 77:13
114:4

**recollection** 6:11
6:13,23 22:20
26:1,3,9 31:10,11
33:1 55:14 56:25
57:2 58:13 59:8
61:25 63:14 75:4
75:18 82:21 83:4
105:9 107:16
149:19,23 164:6
**recollections**
22:16
**reconcile** 112:11
**record** 5:1,5,24
11:21 18:9,11,18
19:3,7 24:21,24,25
25:3 33:5,9,10,11
33:18 35:5,8
41:14 62:15,24
63:1 80:21,23
81:1 83:3 95:11
95:14,18 98:1
109:8 122:10
125:3 127:24
133:20 158:17
180:19 186:6,9
**recorded** 32:23
33:2 71:18,19,24
**recorder** 33:14
72:19
**recording** 32:20
32:24 71:5 72:2,4
72:17 82:19,21
109:14,15
**recordings** 63:5
**records** 34:3 51:22
55:6 62:15,19
101:17 114:1,2
123:15 128:24,24
129:6,7 159:21
173:16 174:24
175:3,16

**recreate** 76:10
**red** 88:2,23
**reduce** 180:9
**reenactment**
25:15 102:15,17
102:21,21 103:6,8
103:10,13,16,25
104:5,11,24 105:4
106:1,12 107:2
108:10 112:11
115:1,2 116:13,15
117:20 124:16
129:23 145:16,19
146:23 147:1,4,17
164:20
**refer** 24:11 25:7
36:3 53:1 55:3,19
94:3 108:23 173:6
173:16
**reference** 77:3
**referenced** 52:19
118:22 188:6
**referred** 21:22
60:4
**referring** 108:24
**refers** 137:8
**reflected** 83:10
**refresh** 22:20
31:11 82:20
**regarding** 6:6
54:22
**registered** 89:4
171:17
**regular** 13:13,14
14:5
**regularly** 120:2
143:21
**regulatory** 132:17
**relate** 69:4
**related** 25:15
34:11 42:10 45:13

46:3 49:17 64:9
71:17 111:17
132:17 135:17
137:1,4 168:3
187:18
**relationship** 21:7
83:14,16
**relaying** 26:2
150:3
**release** 73:10,11
160:22 182:23
183:2
**released** 183:8
**releasing** 183:4,6
183:9
**relevant** 22:4
93:23
**rely** 28:25 168:18
173:9
**relying** 123:3
**remain** 150:2
**remainder** 185:4
**remember** 6:22
7:2,3 31:18 32:3
33:16 55:1,4,22,25
56:1,2,4,18,19,20
56:22 57:8 59:16
59:18 60:3 61:8
63:23 81:9 106:12
140:3 153:23
162:12 171:19,21
174:16
**remote** 1:13 2:1
**removed** 104:8
**rental** 66:23 71:10
**repayment** 68:10
**repeat** 9:7
**repetitive** 43:15
**report** 3:11 26:13
29:22 32:1,7,8,9
32:10 34:13 36:4

37:23 38:4,21
40:6,9 42:12,19,25
43:11,13 44:2
45:3,20 47:11,15
48:15,15 51:20
52:5,9,11,19 55:3
55:19 56:6,24
61:17 63:5 64:4
64:12,16 65:9,13
65:15,17 71:15
72:7,11,22 76:5,23
77:5,7 78:18
82:14,18,20 83:10
84:4,8 85:1 86:18
87:24 89:1 92:14
92:22 93:11,21
94:3 107:2 108:5
108:25 109:9,25
110:4,15 111:5,10
111:25 119:2
120:25 129:14
131:15 135:3
136:8 138:6
145:25 148:4,8,19
148:23 160:13,23
161:13 162:11
165:25,25 167:5,8
167:11,11,14
168:9,19 170:6
171:10 175:8
177:23 180:20
181:2,4,9 184:6,9
**reported** 1:23
**reporter** 1:25 2:5
5:16 37:1 47:4
62:18 68:23 76:19
76:22 113:18
185:20 186:10,14
186:18 187:3,24
**reporting** 21:18

**reports** 21:25
22:19 34:6 43:11
44:20 73:4 110:10
110:16,25 112:5,6
112:24
**represent** 5:5,10
6:3 51:21 76:14
98:2 101:20
113:22 128:23
**representative**
10:2
**represents** 49:2
66:3
**request** 51:23
116:13 136:8
**requested** 32:4,14
74:24 187:12
**requests** 37:13
**required** 119:4
190:13
**requirement**
69:18
**researched** 176:19
**reserve** 185:4
**resided** 83:19
**residence** 58:14
76:15 80:12,14
83:24 84:17 86:20
98:3 134:25 139:6
140:1 143:6
168:24 169:1
170:21 172:11
**residences** 84:3,15
**resident** 49:22,24
**residential** 71:10
**residents** 47:19
48:16 49:13 140:3
**resources** 18:17
60:21 61:1
**respect** 21:17
132:16

**respiratory** 92:9
**respond** 13:18
60:10
**responded** 125:9
136:9 161:25
162:5
**responders** 74:3
**responding** 39:14
42:21 56:12 64:17
**response** 60:5
78:22 124:22
139:20
**responsibilities**
7:10 16:7
**rest** 42:21 67:24
99:9,9
**restorative** 21:5
**restraint** 106:2,5
118:8
**results** 16:14,20
25:19 26:2 132:24
132:25 151:7
**resume** 10:18
37:15
**resuscitative**
115:23
**retained** 22:25
**retention** 41:3
**return** 188:13,17
**review** 3:12,14
31:23 32:13,20
33:23,25 43:10
44:3,14,20,21 47:6
47:11 50:8,20
51:3 69:20 110:14
110:16 167:2,7
168:9,13 175:4,7
180:11 187:12
188:7
**reviewed** 32:1,7
41:24 49:3,25

[reviewed - says]                                                  Page 28

110:9,24 132:24
175:4
**revisit** 185:25
**reyes** 1:14 2:2 3:3
5:4,18,25 6:1
11:16 19:9 25:5
35:10 44:1,6
67:21 76:19 77:4
95:21 109:4 133:9
133:18 161:17
177:6 184:21
185:6,12 186:9,12
188:1,5 189:2,24
190:2,4,12
**ricardo** 161:17
162:3
**right** 5:23 6:15,19
7:7,9,10,21,24
8:13,16 9:15
10:17,25 11:7,12
12:4 13:1,11,17
14:10,16,24 15:9
16:3,21 17:1,4
18:2,4,24,25 19:1
19:9,15,20 20:20
20:24 22:15 24:2
26:20,23 27:21
28:17,22 29:7,23
30:3 35:2,10,25
36:14,19 37:25
38:5,19 39:2
40:13 41:5,8,17,23
42:1,20,25 43:3,9
43:14,25 46:6,9,11
47:14 48:14 49:14
49:16,22 50:7,10
50:11 51:11,14,19
52:15 53:15,21
54:4,5,18,25,25
55:8,16 56:12
57:6,15,23 58:21

58:25 59:5 60:18
62:14,16 63:22
64:2,2,12,20 65:6
65:8,10,15 66:6,10
66:20 67:15,19,21
71:2,6 72:3,23
73:8,13,16 74:7,15
75:5,15,19 76:6,18
77:12 78:2 79:18
79:22,23 80:2,8,16
81:3,11,24 82:7,9
82:13 83:6,12
84:1,24 85:7,10,10
85:13 86:1,10
87:9 88:17,25
89:5,12,21 90:15
90:21 91:8,18,21
91:24 92:5 93:11
93:19 94:5,12,14
95:10,20 96:2,9,16
96:18 97:6,7,12,14
97:18,22 98:17,18
98:22,24 99:3,8,14
102:2,20,24 103:4
104:19,22 105:20
106:2,9,18,19,24
107:19 108:16,21
109:2,13 110:9,19
110:19 111:1,6,20
112:2,6,19 113:9
113:11 114:4,13
115:10 116:10
117:23 118:14,15
118:19,23 119:2
119:12,17,18,23
120:18 121:10,11
121:25 122:12
123:9,18,24 124:5
124:21 125:2
126:4,19 127:1,3,3
127:6,14,19,21,25

129:2,12,13,20
130:3 131:8,13,20
131:22 132:14
133:23 138:9
147:2,5 149:7
151:15,22 152:15
154:2 156:12,14
156:15 158:12
159:11 160:6
165:6,18 170:8
171:18 176:5
177:15,23 181:18
181:20 182:25
183:24 184:8,15
**rigor** 90:10,12
145:4 154:9
**risk** 46:1,24
**road** 2:12,21
**robert** 53:15,17
**rock** 27:16,18,24
30:5 59:23 61:12
61:13,19 66:9
95:24 96:2 97:3,9
101:19 102:18
104:7 105:25
115:25 127:20
130:23 131:7,21
132:20 133:1
134:3,4 145:21
146:14,18,22
164:3,5,9 165:3,8
176:12,13,14,20
**role** 29:23 39:13
43:9 114:7
**roll** 129:20
**rolled** 129:24
133:5
**rolling** 129:15
**room** 8:5 75:12
81:22,23 93:18,18
96:17 99:2,10,22

99:22 100:3,7
101:9 102:23
182:7,11
**rounds** 61:21
**rpr** 1:24 2:4
187:23
**ruled** 131:10
**run** 32:18
**runs** 32:17

---
**s**
---

**s** 3:7 189:3
**safe** 18:21
**safety** 16:12 43:22
130:17 134:16
**sanjabi** 2:20 5:14
**sanjabib** 2:23
**sarah** 54:1
**saw** 10:9 11:17
75:12,14 94:10
117:19 118:6
139:24 148:5
152:17 154:12,18
154:21
**saying** 10:8 44:10
53:14 55:8 112:2
121:9 170:19
**says** 36:17 44:23
47:17 50:12 52:24
53:6 56:7 63:13
67:25 68:2,4
71:16,18 72:12
78:5 83:15 84:13
88:1 93:17 104:20
111:10 115:9,13
116:13 119:19
121:7,12,16,23,24
122:23 123:2,7
124:3 125:14
126:24 127:10,14
127:20,23 135:25
137:2,5,17,22

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[says - serve]**

138:10 139:23
141:6 148:16
151:4 152:2,4,13
154:16 155:3
158:8,19 160:18
161:21 162:19
167:22 171:15
182:11 183:7,9
**scanned** 40:10
**scene** 13:22 14:3
17:19,23,24 26:9
26:15,16 27:15
29:21 33:24 39:12
40:21 42:7 55:24
57:20,22,25 58:3,4
58:9 59:1 66:5
73:1,5 74:18 75:4
75:15 76:7,10,15
76:20 79:4,14
87:4 93:9 99:16
104:8 110:13
112:15 115:1,6
116:10 118:6
124:4 137:13
139:4,12 142:12
144:22 146:5
150:16,21,21
160:21 161:19,25
162:5,12 163:3,4
168:22 169:22
176:17 177:7
**scene's** 163:8
**scenes** 13:19
**scheduled** 143:21
**scheduling** 30:25
**school** 7:8,8,12,15
7:16 11:3 20:22
**schriner** 2:11 3:4
3:5 5:6,6 23:7
28:4,12 29:3,8,16
30:7 31:12 44:16

45:8 48:9 49:5
50:2,24 68:25
69:12,24 70:17
83:21 84:6 86:12
86:23 87:12 89:9
91:2 92:10,18
95:2,8 98:6 99:4
99:13,24 101:4
102:25 108:17
111:21 112:17
113:3,8 114:10
116:5 117:8,16
118:9,16 120:4,12
128:1 130:13,18
130:25 131:4,9,16
133:12,17,22
134:11 141:19
142:9 158:18
166:1 173:5 177:2
177:13 178:2,6,13
179:9,13,17
180:16,23 182:18
184:2,23 185:3,9
186:10,13,16
**sclerosis** 179:25
**scope** 169:14
173:22 176:24
**scratches** 154:22
**screen** 10:9
**screens** 40:16
**scrutinized** 44:24
**search** 29:20
65:22,24 79:17
124:13
**searched** 93:17
**seasoned** 128:11
**seat** 66:22 115:15
115:19 116:24
117:1,5,13
**sec** 80:18

**second** 37:9 49:10
63:2 100:14
101:19,20 102:18
115:9 136:14
137:17 138:22
147:10 157:10
**section** 36:10
45:12 116:12
137:9
**secure** 39:9 115:16
**securing** 26:16
**security** 71:1
**see** 17:24 18:22
21:2 35:23 37:9
38:9 45:14,23
46:6,17,22 47:1,11
47:15,24 48:2,12
48:18 49:3,6,17
50:16,22 53:5,14
53:23,25 54:2
58:7 62:24 66:12
68:15 73:21,24
74:16 78:24 80:14
82:3 90:5 93:21
94:7,8 95:25
98:24 99:11,11
101:19,21 102:20
105:13,17,23
109:5 111:12,15
111:16 113:24
114:8,18 115:19
116:8,8 117:2,14
122:16 126:4
128:16,17 129:9
129:16,19 137:2
138:1,2 143:15
145:4,6 146:1,4
151:10 152:2,11
159:23 163:13,14
165:1,13 169:23
173:13,25 176:3

182:4,12
**seeing** 58:8 64:8
107:14 146:17,21
164:10,19
**seen** 33:20 34:15
55:6 76:13 114:13
114:19 126:15
128:14,25 175:18
**sees** 17:20
**seized** 71:17 72:11
94:1,13 159:22
160:5
**seizures** 179:22
**semi** 115:18
116:19
**semiprone** 115:18
116:19
**sense** 22:9 58:8,9
112:15 135:20
157:19
**sent** 31:1,2,20
38:14 186:15
188:14
**sentence** 137:18
137:22 147:22
167:21 182:10
**separate** 35:18
82:8 85:1 124:25
125:1 177:17
**separately** 26:8
**september** 187:21
188:3
**sergeant** 31:1,2,8
31:9 32:22 39:16
55:8 65:12,15
78:12,18 109:15
109:19 139:12
162:4
**serious** 69:11
**serve** 26:22 27:4

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 119 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[services - spoken]

Page 30

services  23:19
  151:9
set  30:20 90:11
  94:25 97:25
sets  119:9
severe  179:11,20
sex  15:7
she'd  89:16
sheet  188:11
shirt  150:24
shoemake  96:5
  103:24 107:12
short  19:24 20:7
  128:16
shorthand  187:10
shortly  144:15
  162:9
shorts  151:2
shot  98:20
show  35:12 53:18
  57:25 71:11 100:6
  107:19 112:12
  117:20 146:7
  155:15 163:24
showed  103:5
  123:21 163:20
shown  108:10
shows  48:16 49:12
  73:11 98:25 124:2
  180:6
shredded  40:23,24
shuffle  16:20
sic  96:5 103:24
side  70:25 108:2
  122:2
sign  185:10,17
  188:12
signature  113:25
  187:12,23
signed  68:1 126:18
  188:20

significant  149:23
  177:8
signs  89:16,17
  137:23 138:2
silly  132:9
similac  66:12
similar  114:1
  134:9 147:14
  163:4
simply  27:5
  117:13
single  107:8
  147:19
sit  130:2
sitting  17:21
  136:10 139:24
  157:3 161:22
situation  17:14,15
situations  46:2
  60:10
six  8:3 16:2 19:17
  32:19 33:22
size  143:7 147:10
sketches  42:3,6
skill  118:12
  187:16
skip  98:22 166:2
skipping  99:8
  100:17,18
sleep  45:13 46:3
  50:14 121:24
  127:20 133:6
  143:13 168:2,3,4
sleeper  62:1 96:2
  97:9
sleepers  134:13
sleeping  46:8,19
  46:25 50:15,16
  59:9,10,21 99:3,10
  99:23 121:22,22
  156:4,6

sleeps  111:14
sleepwear  85:24
  85:25
slept  86:17 96:17
  100:12 102:2,22
  143:11
slightly  93:16
small  86:8 143:7
smaller  94:25
smell  101:9 182:15
smelling  101:11
smoke  46:16 101:1
  101:10
smoked  101:6
  120:2
smoker  119:21
smokes  46:25
smoking  66:17
snaps  88:20
social  44:25 71:1
soft  46:11
sol  11:4 12:5,6
solutions  188:23
somebody  57:18
  57:19 125:15
  150:11
somebody's  31:20
  146:6,7
somershoe  76:1
  107:11 144:18
  161:18
sop  33:4,6
sorry  7:25 11:20
  18:13 19:24 26:5
  33:7,8 53:9,11
  61:4 80:9 82:19
  98:7 100:3,4,14,17
  100:22 102:13
  109:3,7 112:15
  120:7 122:6 132:1
  138:23 139:5,16

150:6 155:6
  158:15 164:16
  166:25 170:18
  172:6 178:2
sort  7:2 10:20
  21:13,22 23:12
  27:15 28:21 31:10
  64:8 75:3 90:11
  93:22 115:7
  132:21 151:12
  157:16
sorts  17:7 42:23
sound  66:15 132:1
  132:9
sounds  16:8
source  122:23
  159:19
south  7:18
space  146:25
spaces  85:1,11
spare  93:18
spasms  179:24
speak  22:2 140:6
speaking  9:4 80:5
  93:6 144:15
specialist  96:5
specialized  22:10
specific  16:8 25:25
  26:1,12 27:16
  47:6 70:2 97:8
  101:18
specifically  124:1
  157:21
specify  123:8
specimen  183:9,10
spelling  185:15
spent  169:3
spoke  79:25
  140:21,22 142:20
spoken  23:4
  167:10

**spot** 30:21,22 95:5
**spots** 133:25
**stack** 94:24
**stain** 146:17,21
  164:10
**standard** 33:7
  41:2 56:9 68:11
  105:11 161:2
**stands** 6:21 74:5
  83:9
**start** 6:19 9:15
  11:2 16:23 26:12
  36:1,14,15 40:20
  45:12 51:20 141:5
  142:8 162:16,16
  162:17,24 167:1
**started** 15:13
  67:23 129:15,20
**starting** 19:10
  127:1
**starts** 45:11 149:1
  161:12 181:24
  182:1
**state** 4:16 5:23
  12:9 68:18 69:4
  85:22 119:4
  126:14 127:24
  139:3 144:23
  187:4,24
**stated** 108:18
  111:10 115:15
  116:21,23 140:11
  145:15
**statement** 108:13
  111:19 117:10
**states** 1:1 36:17
  43:21 79:20
**station** 161:22,23
**stations** 7:21
**statistics** 47:17,20
  118:23

**status** 71:16 152:2
  152:10
**statutory** 1:4 5:7
**stay** 60:19,19 89:1
  161:10
**stayed** 19:17,22
**staying** 84:3,15
**sticking** 161:11
**sticks** 39:6
**stomach** 46:5
**stopped** 162:24
**straight** 80:1
**strap** 107:8 147:19
**strapped** 28:18
**street** 2:17 7:17
  31:5 84:18,25
**stress** 106:15
  178:15,16
**stressed** 106:16
**stressful** 60:10
**stuck** 63:11
**students** 21:8
**studied** 169:16
**stuff** 58:19 68:8
  141:21 144:12
**stuffed** 107:4
**subdivided** 84:25
**subject** 115:13,18
  116:16,19 135:25
**subject's** 116:21
**subjects** 53:24
**subpoena** 3:9
  36:15,18,22
**subpoenaed** 56:4
**subscribed** 190:14
**subsequent** 79:12
**subset** 47:5 97:24
  101:17
**substance** 119:11
  119:21 185:24

**substations** 7:22
**substitute** 104:6
  116:14
**sudden** 45:12
  48:18 49:1 167:20
**suffered** 60:14
  92:4 144:1 173:21
**suffocation** 168:3
  168:6
**suggest** 135:1
**suicide** 48:11
**suid** 45:13,19,20
  46:2 49:1,15 50:1
  51:6 90:24 167:19
  167:22 168:6
**suids** 168:3
**suite** 2:12,17,21
**sum** 140:8
**summarizing** 40:4
**summary** 79:7
  114:18 115:6
  141:2 145:25
  184:9
**summer** 6:24,25
  85:19 86:16 87:23
  88:5,13 143:10
**sundress** 85:24
  86:5 88:5
**super** 58:17,18
**supervised** 124:14
**supervisor** 76:1
  103:24
**supine** 97:17
  105:15 116:1,17
**supplement**
  161:24
**supplemental**
  64:21 94:3
**support** 60:21
  126:7

**supposed** 12:22
**sure** 7:5 10:3,10
  16:12,16,19 21:11
  24:22 25:13,14
  28:9 30:17 31:23
  34:25 35:13 38:14
  40:8,11 43:16
  44:22 52:22 56:15
  58:12 61:7 69:21
  70:5,7 82:3,24
  83:4 87:7 90:17
  91:11 93:2 95:5
  108:24 110:3,20
  112:16 120:25
  133:3 148:18,22
  151:16 152:23
  173:13 174:23
  182:22
**surface** 46:8
**surfaces** 46:21
**surrounding** 6:11
**susan** 72:13
**swear** 5:16
**sweaty** 155:24
**sweig** 55:8,9,10
  78:18
**switch** 60:17
**switching** 54:7
**swope** 114:23,25
  116:9 184:10,11
  184:25
**sworn** 5:20 187:7
  190:14
**syndrome** 178:5
  179:7
**synopsis** 60:24
  184:6
**system** 8:9 52:11
  54:7 138:16
**systematic** 180:10

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 121 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[t - things]

Page 32

**t**

**t** 2:13,18,22 3:7
  183:9 189:3,3
**tab** 36:7,9,10 47:3
  47:4 87:25 94:21
  94:21 95:22 97:22
  97:24 101:16
  102:13,14 112:20
  113:19 118:19
  123:13 126:12
**table** 48:25
**tabs** 35:23
**take** 14:2 18:19,20
  40:16 41:15 51:25
  52:3 67:8 75:21
  79:6 80:12 95:4
  95:25 98:4 103:18
  103:24 107:13
  112:6 129:8
  135:13 144:11
  160:6,8 161:3,9
  163:3,12,22 164:2
  183:12,17
**taken** 8:10,14
  38:23 42:5 61:18
  61:25 66:5,7,9,12
  66:23 67:12 71:9
  71:10 73:1 94:23
  95:24 96:1,4,7,13
  99:19 100:23
  102:5,23 103:2,12
  103:13 104:7
  105:13 107:18
  108:7 115:24
  116:20 124:15
  150:15 171:16,20
  171:23 172:5
  187:5,10
**takes** 15:20 37:5
  87:8 118:12

**talk** 6:20 12:4 14:1
  17:5 26:17,17
  29:25 39:12 58:6
  64:9 76:21 101:18
  113:13 142:24
  143:4 151:14
  159:16 181:1
**talked** 36:19 37:14
  41:23 47:16 64:9
  80:6 86:3 93:14
  108:14 115:22
  116:2 142:11
  153:19 159:24
  162:2 166:3 170:6
  181:3 182:21,24
**talking** 22:2 26:1
  26:12 36:11 52:18
  54:14 57:2 60:22
  68:3 82:4 83:13
  85:21 90:7 112:5
  113:12 118:22
  144:5 149:2 162:7
  165:5
**talks** 43:17 46:1,4
  142:10 144:15
**tall** 56:5,6
**tape** 71:18
**tasked** 79:15
**team** 39:15,16
  42:20 60:16
  124:22,24,25
  125:10
**tech** 39:3 75:25
**technically** 124:24
**technician** 107:10
  144:17
**tell** 12:14,17 14:24
  17:25 27:5 36:2
  44:9,10 52:4 53:3
  54:16 57:23 66:2
  71:20,21 77:24

79:8 86:21 89:19
  149:25 150:5
  162:23 163:6
  174:5,18,19
  177:15,24 178:9
  181:18 186:17
**telling** 10:3 111:24
**tells** 63:3 81:17
**tempe** 4:4 7:19,22
  11:6,7 32:8 38:5
  41:3,14 57:12
  59:14 61:24 62:20
  64:3 67:7 73:19
  76:23 79:3 83:19
  86:6 97:1,2 98:1
  101:17 102:6
  114:2 123:15
  125:21 136:6,7
  144:17
**tempepd** 3:16,19
  3:21,24 4:2,6,13
**temperature** 87:3
  87:6,8,9 143:5
  171:20,21 172:17
**temporary** 12:22
**tenure** 19:10
**term** 21:20 22:1
**terminal** 74:6
**terminology** 45:17
  60:18
**terms** 90:4,24
  116:2 167:13
  173:14
**test** 16:19
**tested** 132:20
  172:21
**testified** 5:20 8:19
  8:25
**testify** 8:21 22:16
  29:12 30:10,14
  91:14 110:17

187:8
**testifying** 169:12
  187:7
**testimony** 27:1
  110:7 122:9 132:3
  186:12 187:14
  188:9,18 190:8
**testing** 90:4
  132:22,24
**texas** 2:17 11:8
  30:21
**text** 38:8,14 43:18
**tfd** 136:1 140:12
**thank** 5:15 18:25
  54:19 69:1 133:12
  155:23 178:6
  184:21 185:5,6
**theft** 14:15
**thermometer** 89:4
  171:15 172:20
**thermostat** 89:3
**thing** 21:13 37:21
  52:8 60:13 79:25
  88:25 122:20
  138:10 142:4
  155:8
**things** 7:2,4 9:16
  10:18 14:13 17:7
  21:11 22:9 25:13
  33:20 35:17 40:14
  42:23 66:7 67:1,3
  81:14 87:2 88:14
  89:23 90:10,23
  92:24 93:3,10
  94:4,10 121:6
  122:19 123:23
  129:3 132:12
  140:16 146:8
  150:24 156:1,11
  156:16 166:12
  181:2,17

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**think** 14:17 21:1,3
25:5 26:20 31:2,5
31:20,21 33:12,12
34:4,22 43:14
46:7 50:5 56:3
58:22 59:14 61:16
61:21 63:12,20
65:5,13 67:20
70:3 73:18 76:2
79:20 86:3 88:24
90:15 93:14 95:11
104:14 112:25
118:6,21 121:15
124:3 134:9 135:6
140:11 147:7,8
149:21 150:14
151:16 153:4
156:14 157:10,15
159:17 160:4,13
160:14 162:12
164:22 166:24
170:5,9
**thinking** 110:22
**thinks** 109:21
117:11
**third** 23:12 141:5
143:4
**thomas** 54:1
**thorough** 127:25
128:13
**thought** 100:21
131:13 141:1,14
141:23 156:15,16
**three** 7:23 40:15
54:23 61:21
143:16 174:20
**time** 5:2 13:17
15:12 18:19 19:2
19:5 20:7 22:22
23:25 24:10,23
25:1 32:5,16

33:12 35:4,7 37:6
37:9 41:20 44:23
55:2 59:10 62:7
63:14,25 71:13
76:2 79:6 80:25
83:20 84:1,9,13,21
85:18 90:6 95:13
95:14,17,18
104:25 105:22
106:4,15 113:11
120:15,15 121:1,9
121:16,18 124:8
125:11 129:4,5
137:1,2,4,5,8,9
138:11,13,15,23
139:13 142:6,6
145:10 146:4
148:3,3 151:8
152:1,4,6,24
153:20 157:10
159:21 162:4
164:25 166:6
169:3,22,24 170:3
170:10,25 172:2,5
172:12,17 173:23
181:14,23 185:6
185:25 186:1,7
188:19
**timeframe** 188:8
**times** 21:21 41:10
55:16 106:11
149:24
**tinnitus** 169:9
**title** 14:19
**tobacco** 120:2
**today** 6:5,5 8:4
10:15 17:5 23:3
36:18 130:2
136:11 157:3
175:17 186:2

**today's** 31:24 37:8
186:8
**token** 29:5
**told** 31:6 37:14
41:25 79:21 84:9
84:16 85:18,24
90:15 92:2,13,21
109:19 111:23
112:24 113:7
128:4 130:22
140:25 141:13,22
142:24 143:3,18
143:23,25 155:21
158:11,24 159:4,7
159:15 169:2
170:14,16,20
172:25 173:20
177:18,22
**top** 49:1 67:24
88:18,18,22 89:2
98:15 135:14,17
138:10 159:7
171:15
**torin** 161:16
**totally** 82:7
**touch** 80:13
111:13 141:11
155:4,9,12,25
**touching** 146:11
155:16
**tough** 108:11
**traffic** 74:11,11
**tragedy** 60:14
**tragic** 24:3
**tragically** 49:24
133:5
**training** 22:7
91:19
**trans** 52:10
**transcribed**
187:11

**transcript** 187:14
188:6,20 190:5,8
**transferred** 14:7
15:25 16:6,13,25
19:18,23 20:17
72:19
**transferring** 16:4
52:11
**transitioned** 39:4
**transported**
150:20
**trauma** 137:23
138:2 145:5 146:2
146:3 150:1
**traumatic** 178:15
178:16
**traurig** 2:15,19
5:10,14
**treat** 146:8
**treated** 169:19
**treating** 173:17
**trial** 29:11,12,24
30:11,14 131:24
132:3 185:5
**tried** 30:20 32:1
**triggered** 81:15
**true** 22:4,17,22
23:1 27:6,12,25
28:11 29:1,15
30:6 38:21 48:23
52:4 56:16 64:25
70:8,15,21 76:11
83:4 84:20 88:5
88:10 89:25 91:16
93:4 97:10 99:12
100:12,24 101:3
102:6 108:10
110:1 114:15
119:4 121:20
122:24 123:5
126:8,23 127:11

Case 2:19-cv-02689-GMS    Document 196-39    Filed 11/19/21    Page 123 of 127

Detective Michelle Reyes
In Re: Fisher-Price/Mattel
August 17, 2020

[true - video]

Page 34

128:6 129:25
130:1,17,23
131:15 132:18
134:20 140:18
165:22 177:11,12
182:8 187:13
190:8
**truth** 187:8
**try** 21:6 33:15
62:15 112:10
148:22
**trying** 59:9 63:23
75:3 83:2 90:5
105:1 112:11
162:12
**tucson** 2:12
**tummy** 148:12
**turn** 121:3 135:2
149:16 182:21
**turned** 30:21
105:18 120:16,16
**turning** 145:14
153:18 156:18
167:18
**two** 26:14 35:17
66:16 67:2 77:18
79:5,9 83:16 85:1
85:11 99:9 139:9
139:15,18 143:16
171:24 174:18
**type** 9:1 77:16
88:2,15 114:19
134:19 138:17
146:9,12,14
151:10
**typed** 77:19 154:6
185:12
**types** 14:25 156:11
**typical** 17:7 58:22
82:10 104:10,10
126:4

**typically** 13:21
25:18 26:13 33:5
38:11 40:19 57:17
62:10,11,14 80:11
89:12,15 92:23
96:7 105:10
110:14 125:12
136:6 139:8
141:17
**typographical**
185:14

**u**

**ultimate** 112:21
**ultimately** 67:11
**um** 46:12,18 55:15
61:20 117:3
125:16 149:4
163:15 167:3
184:11
**unbearable** 86:25
**unbuckle** 118:8
**unbuckled** 108:15
109:20 117:5
**uncle** 65:23
**unclear** 9:6
**uncomfortable**
87:19
**underlying** 45:22
167:24
**underneath** 72:14
**understand** 6:4
22:13 24:15 128:8
140:17 185:16
**understanding**
27:19 44:14 45:6
85:2 96:16 145:12
162:20
**understood** 31:23
**undetermined**
28:8,25 48:5
126:25 127:17

131:11
**undone** 109:22
115:19
**unequivocally**
108:15
**unexplained** 45:13
48:18 49:1 51:7
167:20 179:7
**unfastened** 116:24
**unger** 75:7
**unidentified**
139:24
**unit** 7:8 14:15 15:1
16:1,5,15 19:11,19
20:6,23,25 60:5
62:6 74:2 78:22
86:9 124:22
139:20 140:9
143:8 172:7
**united** 1:1 36:17
43:21
**units** 15:6 125:20
139:10
**university** 12:9
**unkempt** 93:16
**unknown** 119:22
120:9 121:8
126:22,24 127:5
127:11,14 153:1
**unrelated** 140:5
**unsafe** 46:8 168:4
**update** 121:4
136:21
**updated** 121:1
**upload** 39:2
**uploaded** 37:20
38:25 39:9 40:10
40:12 42:24
**ups** 149:20 177:7
**upset** 81:8 84:22
144:6,7

**use** 18:16 21:21
22:1,19 25:10
39:6,7 82:1
104:16 119:21
135:3 136:18
145:21 166:18
**uses** 169:6
**usually** 15:5 26:15
111:14 149:6

**v**

**v** 1:6 74:8 188:4
189:1 190:1
**vaccinations**
158:14,21
**valley** 85:17
**van** 81:25 82:1
139:21
**vanessa** 10:1 31:6
**various** 16:19
110:25
**vasquez** 161:17
162:3
**vehicle** 139:9
**vehicles** 139:4,5,7
**verify** 165:22
188:9
**veritext** 188:14,23
**veritext.com**
188:15
**version** 37:22 72:6
105:25
**versus** 125:22
**video** 6:6 8:9,12
9:5 19:3,6 24:18
24:24 25:2,6
32:20 34:21 35:5
35:8 72:12,15,17
80:20,23 81:1
95:14,18 155:15
186:9

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

**[videoconference - x]**

Page 35

videoconference
2:4
videographer   2:25
5:1,15 19:2,5
24:17,20,23 25:1
35:4,7 80:22,25
95:12,13,17 109:3
122:6 186:5
videos   42:9
videotape   8:4
videotaped   1:13
2:1 5:3 186:8
viewing   154:7
violence   19:24
20:6
virtual   1:13 2:1
virtue   22:6
visible   164:16
visit   149:3 159:1
185:25
visits   143:22
voicemail   31:20
voluntarily   55:18
voluntary   55:18
vouch   114:6

**w**

wait   100:14
walk   10:20 39:18
64:5
walked   75:15,17
90:7
walking   35:13
walkthrough
80:12 124:12
140:17
want   9:15 10:3
13:10 18:17 24:14
24:20 32:4,16
35:12 36:6,16
45:5 60:3 64:4
75:13,25 80:10

81:21 94:20,20
95:6 98:11 110:17
111:3 124:10
129:2 135:2 146:9
146:19 171:9
175:24 182:22
186:3,11,14
wanted   10:10
59:22 181:1
warm   86:24 87:11
87:13,14 155:25
warnings   131:3
176:13,14
waste   18:17
wasting   179:6
watch   103:10
149:5
watched   124:15
water   98:15 99:5
way   18:23 26:13
27:23 39:1 58:5
67:9 82:10 83:3
93:15 100:18
109:4 117:4,18
121:4 122:7
128:13 132:5,12
142:8 151:25
163:2 168:11
173:14 187:17,19
ways   40:14
we've   43:16 76:22
86:3 123:16
124:11,23 174:23
wearing   81:10
85:23 88:2
wears   20:13
website   44:23
week   17:2 90:16
90:16,16
weight   147:14
179:7

went   12:5,9 20:5,6
20:8,15 31:5
63:24 80:1 84:13
157:8 166:5 167:7
171:4 174:7
wetmore   2:12
wheezing   122:15
122:21 156:25
where'd   11:3
white   88:23
williams   56:1,5,7
64:16 71:22 78:23
79:2,7 110:12
125:15,18 126:3
136:5 139:10
140:18,19,25
142:17 161:16
window   17:22
149:15
witness   5:17,19
11:22 18:15,24
19:1 22:13,25
26:22 29:9 30:8
31:13 34:22 35:2
49:6 69:13 82:25
83:22 86:11,24
87:13 89:10 91:3
92:11,19 98:9
99:5,14,25 101:5
103:1 108:18
109:7,9 111:22
113:4,9 114:11
120:5 128:2
130:14,19 131:5
131:10,17 133:11
133:15 134:6
141:17 142:1
165:24 173:4
179:18 180:24
184:3 185:18
186:3 187:7,9

188:8,10,12,19
witnessed   128:5
witnesses   165:21
woke   115:17
141:10
wondering   63:6
160:24
word   139:17
words   47:23 93:16
146:6 182:2 183:7
work   7:8 15:7
21:8 26:14 56:10
78:20 114:15
132:17 166:16
worked   16:2
150:11 181:14
workers   44:25
working   16:6,11
16:14,23 21:11
36:1 42:20 152:18
153:3
works   57:21 60:7
166:14,15
workspace   78:19
worn   33:13 148:2
wrapped   142:15
write   77:16,21
121:23 148:23
writes   43:1
writing   52:11
121:14 175:13,20
176:2
written   38:8 43:18
158:5
wrong   154:17
wrote   107:3

**x**

x   3:1,7

Detective Michelle Reyes
In Re: Fisher-Price/Mattel

August 17, 2020

[yard - zoom]

Page 36

**y**

**yard**   139:25

**yeah**   11:17,25
15:22 20:15 24:19
32:18 34:22 46:7
54:9,9 56:8 58:16
59:24 74:5,8,10
81:7,19 99:6,9
107:23 109:9
118:2,13 133:15
135:23 138:15
144:10 148:21
152:7 155:7,17
156:16 160:24
173:25 174:21
181:8,22,22
186:16

**year**   6:16 20:3,17
32:5,15,16 45:3
49:23 180:8

**years**   6:18 12:25
13:15,16 14:6
15:19 19:23 20:8
20:16 21:1,3
33:22 40:15 41:7
63:21 83:16

**yep**   10:8 11:1 13:3
35:24 101:22

**young**   6:25 46:2
58:17 93:17

**z**

**zo**   3:16,19,21,24
4:2,4,6,9,13,15,19
52:25

**z**■   5:8 6:7 17:6
21:17 22:1,1 34:3
45:3 48:6 49:24
53:6,16,20 54:3,22
61:6 64:11 71:2,6
75:17 85:16 86:6

87:23 88:1 92:2,8
92:16 95:24 96:1
96:17 98:24 99:3
99:10,21,23
100:12 102:2,22
104:21 105:7,14
105:18 106:23
109:20 111:11,13
111:19 112:25
114:9 118:4
122:21 126:14
128:12 129:11,15
129:19,23,24
133:4 137:18,22
138:24 141:24
143:1,12 145:22
146:18 147:14
154:7,13,24
155:24 157:25
159:8 164:5 165:9
168:22,24 169:2
169:23 171:25
172:2,17,25 173:1
173:15,20 174:17
176:8 182:8

**z**■**'s**   6:11 22:17
23:5 24:4,8,15
25:8 26:5 28:3,10
29:7,14 32:24
41:21 42:16 52:9
53:18 56:19 65:23
89:8,24 91:22
101:23 116:22
127:20,21 128:24
129:3,8 131:8,14
132:5 134:2 138:2
143:17 150:18,25
163:13 164:15

**zoom**   2:4,9

Arizona Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

Rule 30(e)Review by the Deponent; Changes. (1)
Review; Statement of Changes.  If requested by
the deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript  or recording is available in which:
(A) to review the transcript or recording; and (B)
if there are changes inform or substance, to sign
and deliver to the officer a statement listing the
changes and the reasons for making them.  (2)
*Officer's Certificate to Attach Changes*. The
officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
made during the 30-day period.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.
PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.