# EXHIBIT 32



Deposition of:

# Michael Ferenc , MD

*August 12, 2020*

In the Matter of:

# In Re: Fisher-Price/Mattel

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Michael Ferenc , MD                                   August 12, 2020
In Re: Fisher-Price/Mattel

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ARIZONA

3

4      KATHLEEN COURKAMP, FOR        )

       HERSELF AND ON BEHALF  OF     )

5      OTHER STATUTORY               )

       BENEFICIARIES,                ) CASE NO. 2:19-cv-02689-GMS

6                                    )

                    PLAINTIFF,       )

7                                    )

              VS.                    )

8                                    )

       FISHER-PRICE, INC., A         )

9      FOREIGN CORPORATION;          )

       MATTEL, INC., A FOREIGN       )

10     CORPORATION,                  )

                                     )

11                 DEFENDANTS.       )

                                     )

12     _____)

13

14

15

16

17

18          VIDEOTAPED REMOTE ZOOM DEPOSITION

19                MICHAEL FERENC, M.D.

20            WEDNESDAY, AUGUST 12, 2020

21

22

23

24

25     REPORTED BY:  DAYNA HESTER, C.S.R. 9970

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 2

1  VIDEOTAPED REMOTE ZOOM DEPOSITION OF MICHAEL FERENC,
2  M D , TAKEN ON BEHALF OF DEFENDANTS MATTEL, INC AND
3  FISHER-PRICE, INC , AT 12:04 P M , WEDNESDAY,
4  AUGUST 12, 2020, WITH THE WITNESS, COURT REPORTER,
5  AND VIDEOGRAPHER APPEARING REMOTELY VIA ZOOM
6  VIDEOCONFERENCE, CALIFORNIA, BEFORE DAYNA HESTER,
7  C S R  NO  9970, PURSUANT TO NOTICE
8
9  APPEARANCES OF COUNSEL:
10  FOR PLAINTIFF:
11  GOLDBERG & OSBORNE LLP
        BY:  KRISTIN J  SCHRINER, ESQ
12          (PRESENT VIA ZOOM VIDEOCONFERENCE)
        698 EAST WETMORE ROAD, SUITE 200
13      TUCSON, ARIZONA  85705
        (520) 620-3935
14      KSCHRINER@GOLDBERGANDOSBORNE COM
15
    FOR DEFENDANTS MATTEL, INC  AND FISHER-PRICE, INC
16
    GREENBERG TRAURIG, LLP
17      BY: LORI G  COHEN (PRO HAC VICE), ESQ
            (PRESENT VIA ZOOM VIDEOCONFERENCE)
18      BY: ALLISON NG, ESQ
            (PRESENT VIA ZOOM VIDEOCONFERENCE)
19      3333 PIEDMONT ROAD NE, SUITE 2500
        ATLANTA, GEORGIA  30305
20      (310) 553-2100
        COHENL@GTLAW COM
21      NGA@GTLAW COM
22
    ALSO PRESENT:
23
        ELANNE ZAMBRANO, VIDEOGRAPHER
24      (PRESENT VIA ZOOM VIDEOCONFERENCE)
25

Page 3

1         I N D E X
2  DEPONENT      EXAMINATION           PAGE
3  MICHAEL FERENC, M D ,
4      BY MS  COHEN        6
5      BY MS  SCHRINER      163
6      BY MS  COHEN       222
7      BY MS  SCHRINER      246
8      BY MS  COHEN       248
9
10
11        E X H I B I T S
12  EXHIBIT NO   PAGE   DESCRIPTION
13  EXHIBIT 1   14   FILE TITLED "CONFIDENTIAL
                ZO-MCOME-000001-109"
14
    EXHIBIT 2   16   FILE TITLED "CV MICHAEL FERENC"
15
    EXHIBIT 3   47   FILE TITLED "ZO-PPR-DEATH
16          CERT-352754-000108"
17  EXHIBIT 4   131   FILE TITLED "ZO-TEMPEPD-000001-30"
18  EXHIBIT 5   134   FILE TITLED "014 - INFANT DEATH
                INVESTIGATION CHECKLIST FR TEMPE PD
19          COU_005805-5808"
20  EXHIBIT 6   148   FILE TITLED "CONFIDENTIAL
                ZO-MCOME-000110-182"
21
    EXHIBIT 7   206   FILE TITLED
22          "ZO-TEMPEFD-352754-000001-3"
23  EXHIBIT 8   208   FILE TITLED "ZO-CLEARPFH-000001-41"
24  EXHIBIT 9   213   FILE TITLED
                "ZO-BTMC-MD-352754-000001-60"
25

Page 4

1         ZOOM VIDEOCONFERENCE, CALIFORNIA,
2    WEDNESDAY, AUGUST 12, 2020; 12:04 P.M.
3
4         THE VIDEOGRAPHER::  Good afternoon.
5    We are on the record.  The time is
6    12:04 p.m. Pacific Time.  Today is August 12th,
7    2020.
8         My name is Elanne Zambranou.  I'm a video
9    technician with Veritext Legal Solutions located in
10   Los Angeles, California.
11        We are recording these proceedings over
12   video conference technology due to COVID-19.
13        This is Media 1 for video deposition of
14   Michael Ferenc, MC, [verbatim] in the action
15   entitled Courkamp, Kathleen, versus Fisher-Price,
16   Inc. This deposition is being taken on behalf of
17   defendant.  The case number is 2:19-cv-02689-GMS.
18        Now, would you all please identify
19   yourself and who you represent starting with the
20   noticing attorney.
21        MS. COHEN:  Yes.  Good afternoon.
22   This is Lori Cohen with the law firm of
23   Greenberg Traurig, and we are representing in this
24   case the defendants Fisher-Price, Inc., and Mattel,
25   Inc.

Page 5

1         MS. NG:  This is Allison Ng with the law
2    firm of Greenberg Traurig on behalf of the
3    defendants.
4         MS. SCHRINER:  This is Kristin Schriner on
5    behalf of Kathleen Courkamp and Andrew Olson parents
6    of Z▮▮ Olson.
7         THE VIDEOGRAPHER:  Now will the court
8    reporter, please, administer the oath.
9         THE REPORTER:  One moment.
10        This is Dayna Hester, the court reporter.
11   I do want to acknowledge my read-on pursuant to
12   Federal Rules of Civil Procedure.
13        The videographer has stated this relevant
14   information.  So at this time I will swear in the
15   witness.
16        Doctor, please raise your right hand.
17        THE WITNESS:  (Witness did as requested.)
18        THE REPORTER:  Do you affirm the testimony
19   you are about to give in the cause now pending will
20   be the truth, the whole truth, and nothing but the
21   truth?
22        THE WITNESS:  I do.
23        THE REPORTER:  Thank you.
24   ///
25   ///

2 (Pages 2 - 5)

Michael Ferenc , MD                                      August 12, 2020
In Re: Fisher-Price/Mattel

Page 6

1            MICHAEL FERENC, M.D.,
2       having been first duly sworn, was
3       examined and testified as follows:
4
5            EXAMINATION
6  BY MS. COHEN:
7       Q.  Good afternoon, again, Doctor.  And thank
8  you again.
9            Again, my name is Lori Cohen.  I'm taking
10 the deposition on behalf of the defendants today.
11           Are you able to hear me okay?  I just want
12 to check the volume.
13      A.  Your volume is fine.  There was actually a
14 little cut out there.  So I don't know if our
15 connections are going to be a problem but it seems
16 okay right now.
17      Q.  Okay.  Great.  Just let me know if you
18 need me to repeat anything or if anything goes any
19 in terms of the technology or hearing me.  I want to
20 make it as easy as possible on you.
21           I take it you have given depositions
22 before?
23      A.  Yes, ma'am.
24      Q.  And about how many would you say have you
25 given?

Page 7

1       A.  I have no idea.  Dozens and dozens.
2       Q.  Okay.  So you know the process.  That was
3  the only thing I want to ask.
4            Of course, if you want to take a break
5  today or need to take a break for any reason at all,
6  just put up your hand or shout out that you need a
7  break.
8            If you need me to repeat myself because
9  sometimes I talk a little fast, which I'll try not
10 to do, let me know.
11           If you can't hear me clearly, let me know
12 that as well.  We obviously want to accommodate you
13 and make this process as simple and easy on you as
14 possible because we appreciate very much your time
15 today.  All right?
16      A.  Okay.
17      Q.  And so we're taking the deposition about
18 an autopsy that you did a number of years ago in
19 2014.
20           And to start with, do you have any
21 recollection of this case or this autopsy?
22      A.  Virtually none.
23      Q.  Okay.  When we started to get into the
24 process of scheduling the deposition, did you at
25 some point look at the autopsy report or did you

Page 8

1  wait to get the records that we sent to you this
2  week?
3       A.  Well, is that a trick question?  Because
4  I'm not supposed to open the folder.  But, no, I
5  have --
6       Q.  Oh.
7       A.  I saved an electronic copy of the autopsy
8  report, which I've reviewed.
9       Q.  Okay.  So you had taken a look to see what
10 it was all about, I assume, when you asked to
11 take -- give a deposition?
12      A.  No.  As far as what your cause of action
13 and everything, I can glean from the parties that
14 it's a product liability issue, but I didn't ask any
15 questions.
16      Q.  Okay.  I'm just -- I'm just trying to find
17 out, again, you don't have any specific recollection
18 outside of looking at the autopsy report about
19 this -- about this child or the family, or anything
20 like that?
21      A.  No.  Again, just a very vague
22 recollection, a few little sentences in the autopsy
23 report jogged my memory, but I couldn't -- without
24 the report, I could not testify.
25      Q.  Okay.

Page 9

1       MS. COHEN:  I want to ask the other people
2  on the call we had a little fadeout of the voice.
3  Did you guys have any voice interruption,
4  Ms. Schriner, or...
5       MS. SCHRINER:  No.
6       MS. COHEN:  Strange.  Okay.  We'll --
7  we'll have our IT people -- we just lost some of the
8  words, but I think it's okay.
9  BY MS. COHEN:
10      Q.  And -- and, Doctor, I want to make sure I
11 am pronouncing your last name correctly.  Is it
12 Ferenc [phonetic emphasis]?
13      A.  Ferenc.
14      Q.  Ferenc [phonetic emphasis], okay.  With
15 soft "c."  Got it.
16      A.  Yes.
17      Q.  Thank you.
18           So you do have the binder materials with
19 you and we'll primarily focus on, you know, the --
20 the -- obviously the medical examiner's file and
21 your autopsy report.
22           Before we get there, I want to ask, we did
23 serve a notice of videotaped deposition and subpoena
24 that asked for, you know, any documents that you had
25 in your possession.

3 (Pages 6 - 9)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 10

1        Given that you are no longer at the
2 Maricopa Medical Examiner's Office, I take it you
3 probably don't have anything in your possession
4 other than what we have provided to you?
5        A.  No.  I just had the electronic copy of the
6 report.  I have no photographs.  And I went to look
7 to see if this is one of the cases I wrote notes on.
8 I can't find any notes for it, so no.
9        Q.  Terrific.
10        So basically everything we need is in the
11 Maricopa Medical Examiner's files including your
12 autopsy report, it sounds like?
13        A.  I hope so.
14        Q.  In some cases, it sounds like you do take
15 notes sometimes?
16        A.  Yes.
17        Q.  And are there any -- any specific reasons
18 that -- or -- or situations where you would be
19 promoted to take notes?
20        Like, is it a case that's more complex or
21 does it just depend on the day or the situation?
22        A.  No.  From office to office, some places I
23 take notes; some places I do direct decisions in
24 ViaVoice or Dragon; some places I type literally in
25 the autopsy room, like I do here at times.

Page 11

1        It's just varied over the years as to
2 whatever is convenient based upon the workflow.
3        Q.  When you said that you had the electronic
4 autopsy report, I take it -- was it just the autopsy
5 report or was it the entire ME file that you could
6 access?
7        A.  No.  I didn't say the ME file.  All I have
8 is the autopsy report, which includes the histology
9 on it as well.
10        Q.  Okay.  When you say you "saved it," is
11 that when you moved to California you saved any
12 autopsy reports that you had signed and -- and
13 performed?
14        A.  Most of them -- excuse me.
15        (Witness coughs.)
16        THE WITNESS:  Trust me I won't give you
17 COVID over the internet.
18 BY MS. COHEN:
19        Q.  We appreciate that.
20        A.  No.  I type my own reports almost always
21 or directly dictate them into a system.  I don't use
22 a secretary.
23        So this is actually a copy of the report I
24 typed and then submitted to the secretary to print.
25        So it's just a copy I kept of most cases,

Page 12

1 but not all.
2        Q.  Okay.  Great.
3        So we'll take a second and fix our
4 technology here for just one minute, if you guys can
5 bear with us.
6        THE REPORTER:  Would you like to go off
7 the record?
8        MS. COHEN:  Yes.  If you don't mind, we'll
9 do that for just three minutes just to check the
10 quality here of the wi-fi.
11        Thank you all.
12        THE VIDEOGRAPHER:  We are going off the
13 record.  The time is 12:12 p.m.
14        (Pause in proceedings.)
15        THE VIDEOGRAPHER:  We're going on the
16 record.  The time is 12:17 p.m.
17 BY MS. COHEN:
18        Q.  All right.  Thank you, again.
19        So we're back on the record and we're just
20 getting through some -- some early preliminaries.
21        I did ask you about depositions.  Have you
22 also testified in trial, Doctor?
23        A.  Yes.
24        Q.  Is that -- how many times have you done
25 that?

Page 13

1        A.  I, again, have no idea.  But I have
2 qualified as -- as an expert in Maine,
3 New Hampshire, Massachusetts, Arizona, California
4 state courts, Federal Courts in Arizona, Eastern
5 District of New York.  I forgot New York state
6 court.  And Maine for federal court.  And even once
7 in Tribal Court in Arizona.
8        Q.  Perfect.
9        Now, in the case of where you have given
10 testimony, either in deposition or at trial, have
11 you done both as what I call a "treating physician,"
12 like here, where you are a fact witness and then
13 also where you have been hired as an expert -- as --
14 as an --
15        A.  I've been --
16        Q.  -- independent?
17        A.  I've been -- not hired.  Working at jobs
18 usually.  But, yes, as an expert witness in all of
19 those jurisdictions.
20        Q.  Okay.  But have you ever been retained for
21 the attorneys calling you to do an expert review of
22 the case, or have they been all in the context of --
23 of doing an autopsy being a medical examiner kind of
24 thing, or both?
25        A.  More as a contract medical examiner.  But,

4 (Pages 10 - 13)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

---

Page 14

1  no, I don't do consulting work because that's,
2  basically, I think what you are defining "retained
3  by -- an attorney." I don't do that.
4      Q. You are correct.
5          And then on -- in the cases where you
6  have -- where you have testified -- well, let me
7  strike that. And I'll get back to that later.
8          We were talking about your -- having your
9  electronic report. And if you'll open up the binder
10 that you have -- if you have that there, the full
11 set of the Medical Examiner's Office, I believe, we
12 have this as Exhibit 3 there in your binder or
13 Tab 3.
14     A. Yes, ma'am.
15     Q. All right.
16         MS. COHEN: And for the court reporter,
17 we'll -- we'll have that be our Exhibit 1 today.
18         (Deposition Exhibit 1 was marked for
19         identification and is attached hereto.)
20         MS. COHEN: We'll all have that -- we'll
21 start with the full file as Exhibit 1.
22 BY MS. COHEN:
23     Q. And I was going to ask you, when you said
24 that before you were able to access your report,
25 would that be -- we have -- we have pages in the --

Page 15

1  what we call Bates Numbers on the bottom, which you
2  can probably see.
3          Is that basically Pages 2 through 7 that
4  you had at your disposal to review when you heard
5  about this case?
6      A. Yes.
7      Q. All right. What about -- what about 8?
8  Would you have had the toxicology piece, too, or
9  just 1 to 7?
10     A. No. I did not have Page 8, the toxicology
11 report.
12     Q. Okay. That -- that is helpful. So that
13 is what I was trying to understand.
14         So, basically, 1 -- 2 to 7 is what you
15 would type up on your computer that you said and
16 then you maintained those when you left Arizona and
17 moved to California?
18     A. Yes, ma'am.
19     Q. We'll get back to that in just a minute.
20         I want to go back to your curriculum
21 vitae, which, I think, you either have and you
22 probably know. If not, we -- I don't know if that's
23 in your binder, But we'll e-mail it to you
24 separately.
25         MS. COHEN: We'll have this marked as

Page 16

1  Exhibit 2, Court Reporter.
2          (Deposition Exhibit 2 was marked for
3          identification and is attached hereto.)
4  BY MS. COHEN:
5      Q. And -- and thank you to you or your office
6  for sending this over to make it easier.
7          I just want to go through a little bit of
8  your background. If you can tell us about some of
9  your education piece of it and then we'll go through
10 your job history.
11     A. My education is -- my medical school is
12 the University of Texas Southwestern Medical Center
13 in Dallas. And I received an M.D. degree in 1981.
14     Q. Okay. Now, it looks like you then have
15 your -- well, let's see.
16         It says '81. Then -- and then what did
17 you do job-wise or employment-wise after 1981, if
18 you can kind of run us through some of the -- the
19 employment history?
20     A. Okay. From 1981 to '82 I did a family
21 practice internship at State Falls Hospital in
22 Dallas, Texas.
23         From '82 to '85, I did a residency in
24 anatomic pathology at the New York Hospital's
25 Cornell University Medical Center in Manhattan.

Page 17

1          From '85 to '86, I did a year of basic
2  research as a fellow at the New York Hospital's
3  Cornell University Medical Center.
4          Post of '86 to '91, I worked at the office
5  of chief medical examiner in New York City as a
6  medical examiner.
7          From '91 to '98, I was working for the
8  City and County of San Francisco as an assistant
9  medical examiner coroner.
10         From '98 to 2005, I was the deputy chief
11 medical examiner for the state of Maine.
12         Since then, I worked multiple other
13 jurisdictions in Arizona, both Tucson and Phoenix;
14 in California, along the Central Valley, back in
15 San Francisco.
16         And also during that time, early on, I was
17 board certified by the American Board of Pathology
18 in anatomic pathology and then forensic pathology.
19     Q. When did you get board certified? What
20 year?
21     A. Oh, gees. We have to go back to the CV,
22 but it's like -- oh, you are asking trick questions
23 that I can't remember anymore.
24     Q. I'm sorry. Let me ask you this.
25         I thought you just said you just -- you

Michael Ferenc , MD                     August 12, 2020
In Re: Fisher-Price/Mattel

Page 18

1  got -- along the way you got -- you got certified in
2  anatomic pathology?
3      A.  In 1986, in anatomic pathology; and 1989,
4  in forensic pathology.
5      Q.  Okay.  You also have a law degree, I
6  notice?
7      A.  I also -- you are breaking up.
8      Q.  Okay.  It looks like you also have a law
9  degree in 1997.
10     Can you hear that?
11     A.  Yes.  Please don't hold that against me.
12     Q.  But you -- I take it you have not
13  practiced law?
14     A.  No.
15     Q.  Do you consider yourself a forensic
16  pathologist, correct?
17     A.  I consider myself one, yes, ma'am.
18     Q.  Do you have any special certification in
19  forensic pathology?  Anything beyond, obviously, the
20  years of training and certification you told me
21  about, did you have to get any special
22  qualifications or training or certification for
23  that?
24     A.  No, ma'am.  Again, you are breaking up but
25  just -- nothing related to this area, no.

Page 19

1      Q.  Okay.  When it says -- you know, when you
2  call yourself a forensic pathologist, are there
3  special qualifications or certifications that one
4  can receive or obtain?
5      A.  Not in forensic pathology per se, but a
6  lot of forensic pathologists have other
7  certifications from other pathology boards.  Most
8  classic example I can think of is, like,
9  neuropathology, and I do not have that.
10     Q.  Are there also cardiac pathology
11  certifications with specialties?
12     A.  Again, that's not a forensic pathology
13  certification.  That's just a general pathology
14  certification.
15     Q.  Okay.  You mention the neuropathology,
16  which is an extra qualification, if you will.  Is
17  there also cardiac pathology?
18     Does that require any extra training, or
19  is that part and parcel of general pathology?
20     A.  Well, general pathology has some cardiac
21  pathology training; so does forensic to an extent.
22     But one might -- if one wanted to go into
23  cardiac pathology, such as one of my professors at
24  UCSF, yes, you would take extra training above and
25  beyond all that.

Page 20

1      Q.  And just so -- and just so we're clear,
2  again, you are not -- you don't hold yourself out as
3  a neuropathologist with extra training; is that
4  correct?
5      A.  No, ma'am.
6      Q.  And same with cardiac pathology; you
7  didn't -- did you take any extra cardiac pathology
8  training?
9      A.  None beyond residency, no, ma'am.
10     Q.  And the forensic pathology, again, that's
11  the part of what you do, but you didn't take any
12  extra training or certification for that per se; is
13  that correct?
14     A.  There is no extra certification or
15  training for it.  So I didn't take it.
16     Q.  You took -- you took -- all you could take
17  you've taken; is that correct?
18     A.  I can't take any more.  Yes, ma'am.
19     Q.  All right.  Understood.
20     And it looks like -- let's see.  You were
21  in -- like you said, Tucson -- you went from Maine
22  to Tucson in 2005; 2007 into the West Coast; and
23  then you were in California for a while; and then
24  you went back to -- trying to get into the part of
25  your CV when you were in Maricopa County Office of

Page 21

1  Medical Examiner.
2      Was that the first time you served as
3  Medical Examiner?
4      A.  I did have an early --
5      Q.  You had like -- okay.
6      A.  The job title of Medical Examiner,
7  Forensic Pathologist, and Coroner's Pathologist have
8  some subtle distinctions.  They are basically all
9  forensic pathologists.
10     The first job title that I had that was
11  medical examiner was in New York City.
12     Q.  I see that.  Okay.
13     So, for example, I am looking back in New
14  York, it says [as read]:  "Deputy Medical Examiner."
15     Then in San Francisco [as read]:
16  "Assistant Medical Examiner."
17     And then in Boston, it says [as read]:
18  "Contract Medical Examiner."
19     And Maine it says [as read]:  "Deputy
20  Medic- -- Chief Medical Examiner."
21     Are they all -- are you doing the same --
22  the same thing in all those positions just as you
23  said, like, differences in the title?
24     A.  Yes.  That is correct, ma'am.  They are
25  all basically jobs as forensic pathologist.

6 (Pages 18 - 21)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 22

1    Q.  Okay.  And then here again when you get
2  to -- with the Phoenix in 2012 medical examiner,
3  that means that you are the top person at the
4  offices of the medical examiner during that time
5  period?
6    A.  No, ma'am.  There is a Chief Medical
7  Examiner there.  Back there, it was Fischione when I
8  started.  It was Dr. Johnston when I left.
9    Q.  And we can see from your CV it is now, in
10  2015, when you moved to Oakland, it says [as read]:
11  "Chief Forensic Pathologist."
12      Is that the same thing as being Chief
13  Medical Examiner, or is that slightly different?
14    A.  Well, in California, it has less meaning.
15  I was the senior forensic pathologist there, but
16  that was under a coroner's system.  So they used a
17  different title.
18    Q.  So going back to when you were medical
19  examiner in Maricopa County, 2012 to 2015, during
20  that period, how many medical examiners were there?
21    A.  I don't have -- I have to try to add up
22  the numbers, and I wouldn't have a precise number,
23  but it would be somewhere around ten.
24    Q.  And then there was a chief, as you said.
25  One chief and about ten of you, roughly, reporting

Page 23

1  up to the chief during that period?
2    A.  Yes, ma'am.
3    Q.  When you would do an autopsy, like the one
4  in this case, on the -- I'll refer to the child as
5  "Baby Olson" in this case --
6      MS. COHEN:  Is that okay, Ms. Schriner --
7      MS. SCHRINER:  That's fine --
8      MS. COHEN:  -- the person?
9  BY MS. COHEN:
10    Q.  -- would you -- would this report be one
11  that you had to run by anybody else for any reason,
12  or you would just -- you would do the autopsy, do
13  the report, and you sign off on it?
14    A.  I would sign off on it.
15    Q.  Okay.  Were there any cases that, you
16  know, required the chief to sign off on or any
17  special circumstances that required, you know, more
18  individuals looking at it?
19    A.  Not as a general rule, and I can't think
20  of any cases where I had to sign off with anybody.
21      There are cases where -- and I don't
22  remember anything about this one.  But there were
23  cases where I would simply knock on my neighbor's
24  door and say, "What do you think of this?"  Things
25  of that nature --

Page 24

1    A.  -- and find it out.
2      But more of an informal doctor-to-doctor
3  consult, not a system for that.
4      There were also conferences that we would
5  bring cases to that we were having difficulty with
6  or we wanted a consensus on -- to a Wednesday
7  conference; but this, as far as I can tell, was not
8  one of them.  I mean, I have no recollection of
9  that.  But those are the only other mechanisms I can
10  think of.
11      Nobody had to review the cases.  If they
12  did after I signed them out, they may have done it,
13  but I have no idea.
14    Q.  That's -- that's very helpful.  And you
15  actually answered exactly what I was wondering,
16  whether this was the typical case that you could
17  review and sign off on your own or some- -- or was
18  there anything that you noticed that was unusual
19  about it that required a bit more.
20      It sounds like it was -- was to be a
21  typical autopsy from your review?
22    A.  Whatever a "typical autopsy" is, yes, I
23  guess it would roughly be in that category.  Yes,
24  ma'am.

Page 25

1    Q.  And -- and I may be missing it on your CV.
2  After you had your M.D. in 1981, when did you go for
3  your residency?
4    A.  I mentioned it.  It's the New York
5  Hospital Cornell University Medical Center in
6  Manhattan.
7    Q.  Okay.  Is that what's listed on your CV?
8    A.  I hope so.
9    Q.  I may have missed it.
10    A.  [Witness reviews document].
11      Yes, it's listed.
12    Q.  It's on -- which page is it on, sir?
13    A.  It's on Page 2 of 4, towards the middle,
14  [as read]:  1982 to 1985 anatomic pathology
15  residence --
16    Q.  Got it.
17    A.  -- the New York Hospital Cornell
18  University Medical Center.
19    Q.  Okay.  And then what about after that, did
20  you do -- did you do -- it says you have the -- 1985
21  to 1986 "Pathology basic research fellow."  Was that
22  your fellowship?
23    A.  Yes.  I did a year of fellowship.
24    Q.  Was that the end of your formal training,
25  if you will, in pathology?

7 (Pages 22 - 25)

Michael Ferenc , MD                                        August 12, 2020
In Re: Fisher-Price/Mattel

Page 26

1    A.  Well, fellowship isn't formal training.
2    It was doing basic research on heart disease, which
3    isn't really relevant to this subject.
4    Q.  Your focus in that year as a research
5    fellow was on cardiac disease you said?
6    A.  Yes.  I was working under a Ph.D.
7    researcher.  I was basically a glorified lab tech.
8    Q.  Okay.  And was it an adult cardiology
9    or -- pathology or pediatric, or all?
10    A.  Well, it was basic research, but it was
11    directed toward adult pathology.
12    Q.  And had you had any specific, you know,
13    work in the field of pediatric cardiac pathology at
14    any point in time, anywhere in your CV that you can
15    think of?
16    A.  No.  Just basic training in forensic
17    pathology and the training in anatomic where I
18    rotated through pediatric pathology.
19    Q.  Now, in this case -- and -- and we'll get
20    to this, obviously, in your medical examiner's file
21    there is some records in your writing about SIDS.
22    We'll get to that report in a moment.
23        But I want to ask you -- and you may not
24    have seen that yet -- it's been awhile, but have you
25    had any special training, classes, or any -- any

Page 27

1    specialized expertise in --
2    A.  Or --
3    Q.  -- SIDS?
4    A.  Or even now SUID; there is a new one now.
5    Q.  Right.
6    A.  There is a -- no, just basic courses that
7    might last 48 hours through the state or through
8    other continuing education, things related to that.
9    But not any complex or long-lasting course study,
10    no.
11    Q.  And was that something you, obviously,
12    feel qualified to speak to as a general pathologist,
13    as a forensic pathologist, as a medical examiner
14    that is, the issue of SIDS in terms of autopsy
15    reports and diagnoses?
16    A.  Generally, yes, ma'am.
17    Q.  And you can turn -- we'll get to this
18    again in a minute, if you could turn to Page 73 in
19    Exhibit 1.
20    A.  [Witness reviews document].
21    Q.  I'll tell you what I am -- what I am
22    referring to, and I want to ask if this is your
23    handwriting.
24        The little "73," Page 73 at the bottom.
25    A.  Yes, ma'am.

Page 28

1    Q.  Is that your handwriting on that page?
2    A.  Yes.  It's my handwriting and my
3    signature.
4    Q.  Okay.  Great.
5        So that's -- what -- can you read that
6    into us, what -- what you wrote there?
7    A.  Which part do you want me to read into?
8    Q.  The -- your handwriting that starts with
9    "8-month infant girl."
10    A.  [As read]:
11        "8-month infant girl - crib death.
12        Probably SIDS"; my signature and at the
13        bottom of the page; "Possible SIDS."
14    Q.  Okay.  And that was your preliminary
15    diagnosis?
16    A.  I don't know because I don't remember this
17    form.  But it would have been my probable
18    preliminary diagnosis, yes.
19    Q.  Did you -- and, again, just -- I know you
20    probably are going to tell me you can't possibly
21    give me a number but, you know, do you have any
22    sense of, roughly, how many autopsies you have
23    performed in your career?  I assume it's been
24    thousands.
25    A.  It -- that was going to be my answer.

Page 29

1    It's just been thousands.  I mean, I have been doing
2    autopsies, forensic autopsies since 1986.  Hundreds
3    each year.
4    Q.  You have been practicing for 30 --
5    34 years as a forensic pathologist?
6    A.  Oh, I hate it when you say it that way.
7    But yes, ma'am, 34 years.
8    Q.  I feel I -- I'm at 29 years as a lawyer,
9    so I'm right there -- I'm right there with you.  We
10    can feel badly together about that, or we can just
11    consider ourselves experienced and vintage.
12        So the -- my next question was, do you
13    have any sense of those, let's say, thousands of --
14    of autopsies, how many autopsies you have done on
15    infants like -- like in this case, the Courkamp
16    Olson case?  Any sense of that?
17    A.  No, ma'am.  Again, it's just a significant
18    number.  It has to be at least dozens upon dozens to
19    maybe a 100 or 2-, at the most because of -- for
20    various reasons:  Some jurisdictions don't bring
21    their SIDS cases in or the baby cases, other changes
22    occurred; the SIDS rates dropped dramatically after
23    Back to Sleep.  So I just have no accurate number.
24    Q.  And do you do anything -- you know,
25    again -- and I'll -- I'll focus upon on the time

8 (Pages 26 - 29)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 30

1 period when you were in Maricopa County, related to
2 this case.
3         When you had a preliminary diagnosis of
4 SIDS, probable SIDS, as you did here, would you do
5 anything different in terms of the autopsy?
6         In other words, people talk about and
7 there's literature on SIDS autopsies, did you do
8 anything different or special when you thought those
9 were probable SIDS case?
10     A.  It will depend upon the office.  And you
11 said to focus on this office, so the Maricopa
12 office.
13     Q.  Uh-huh.
14     A.  So I do what I had available in Maricopa,
15 which is X-rays and various lab tests including
16 histology but also cultures.  That's not always
17 available in different offices.
18     Q.  So from your perspective, in Maricopa
19 County you were able to do more than you've been
20 able to do in some places in terms of the SIDS
21 autopsy?
22     A.  I'm sorry.  Could you repeat that because
23 you broke out in the middle?
24     Q.  Yeah.
25         I -- I think what you are saying is, is

Page 31

1 because you were -- had the ability to do x-rays,
2 lab tests, and histology and cultures, as you did
3 here, you felt that you were a lot -- you were able
4 to do more than in some of the places.
5         Is that what you are saying?
6     A.  Yes.  For example, here it's almost
7 impossible for me to do cultures; I can, but it's
8 just impracticable.  And some of the other testing,
9 I haven't convinced them yet to do.
10     Q.  In some places where you have worked, have
11 you been able to do more in terms of SIDS autopsy
12 and SIDS investigation?
13         MS. SCHRINER:  Form.
14 BY MS. COHEN:
15     Q.  You can still respond.  She's --
16 Ms. Schriner is making an -- an objection to the
17 record.
18     A.  I just -- it's force of habit.  I always
19 take a pause when I hear an objection.
20     Q.  Okay.
21     A.  But -- well, those are two questions.
22         As far as the SIDS autopsy and related
23 things, Maricopa was pretty good as far as things
24 that -- I can't think of anything off the top of my
25 head.

Page 32

1         Other jurisdictions, I was able to do
2 investigations, overseeing myself, which is not what
3 happened in Maricopa.
4     Q.  Okay.  And I may -- may have
5 misreferenced.  Other places you are allowed to do,
6 you said, specific investigations yourself, which
7 you were not allowed to do in Maricopa?
8     A.  Well, it -- de facto.  It's not like they
9 prohibited us but de facto, it didn't happen.  And
10 that doesn't mean that it would go to every SIDS
11 case or baby death in another jurisdiction, but
12 sometimes if it was something that the investigator
13 saw, I would go.
14     Q.  So, in other words, in some -- some
15 jurisdiction where you would work, you would
16 actually go with the police to do the investigative
17 part, as was done here by the police department.
18         Is that -- is that what you are saying?
19     A.  Yes.
20     Q.  And here --
21     A.  That's -- that's how I was trained in
22 New York City:  You go to the scene.
23     Q.  Here you did not go to the scene, correct?
24     A.  In Maricopa, I think I went to, boy, less
25 than half-dozen scenes in the three-plus years I was

Page 33

1 there.
2     Q.  Do you know how many times in Maricopa
3 County, in your position there, you made a
4 determination of -- of SIDS as a probable
5 preliminary diagnosis, as -- as you did here?
6     A.  No.  I have no idea.
7     Q.  Does it come up, you know, in -- in the
8 percentage of baby autopsies that have you done or
9 infant autopsies?
10         As we know here, the Baby Olson was 8
11 months old, still an infant, obviously.  Do you know
12 how many autopsies you have done on infants where
13 you concluded that there was a SIDS component to it?
14     A.  Well, first of all, I concluded it was
15 unknown and undetermined.
16     Q.  Right.
17     A.  Related to -- and the problem is -- is
18 SIDS isn't really a thing.  It's a way to identify
19 cases that, hopefully, as science gets better, we'll
20 figure out, like peeling layers off an onion of
21 what's not now SIDS; another layer off; what's not
22 now SIDS; and get it down just like the Back to
23 Sleep thing is.  So SIDS really is unknown,
24 undetermined.
25     Q.  And that's exactly what I was going to ask

9 (Pages 30 - 33)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

Page 34

1 you.
2        When you -- when you -- on Page 2 of your
3 Medical Examiner Report, say "unknown,
4 undetermined." That is actually your way of saying
5 SIDS; is that correct, Doctor?
6    A.  It's not my way of saying SIDS, but it is
7 consistent with SIDS; meaning that this could fall
8 into that category.
9        That's -- that's probably -- or at least
10 from what I have read, that's probably why nowadays
11 we have the newer option of saying "SUID," Sudden
12 Unexpected Infant Death, which subsumes SIDS,
13 unexplained cases, cases where there's a lot of
14 things that make you worried about asphyxia like
15 cosleep, things of that nature.
16    Q.  All right. Just, again, so we get your
17 nomenclature down, so as to what you are saying,
18 SUID, S-U-I-D, in your experience and your
19 nomenclature, sub- -- SIDS is one of those
20 categories under SUID?
21    A.  SIDS is generally, by most people,
22 including myself, consider it a subcategory under
23 SUID.
24    Q.  And here, again, back in 2014, when you
25 did this and -- this report and had [as read]:

Page 35

1 "Cause of Death:  Unknown.  Manner:  Undetermined,"
2 that would include SIDS -- or, that was consistent
3 with SIDS at the time, correct?
4    A.  It could be SIDS, yes.
5    Q.  And that was, in fact, what you found --
6    A.  The way -- the way I write it now and
7 you'll find if -- I don't know if this is one case
8 or a thousand cases you have been deposing, but --
9 and you'll see a lot of variation, the way I would
10 write it now in this county is "Cause of Death:
11 Unknown other significant conditions consistent with
12 SIDS, consistent with SUID" -- whatever it is --
13 "consistent with adult cosleeping. Manner of Death:
14 Undetermined."
15    Q.  Okay. That -- that is very helpful.
16        Again, as you said, if you were writing
17 this today, you would add to this "consistent with
18 SIDS and consistent with SUID"?
19    A.  Or something of that nature probably based
20 upon the information I have.
21    Q.  Okay. We deposed the Investigator Swope.
22 He gave -- he gave his deposition. He was involved
23 in this.
24        I take it you and he haven't discussed
25 this case at all?

Page 36

1    A.  No. I remember him very vaguely and
2 yesterday one of -- you or one of your associates
3 sent me his deposition, which I looked at this
4 morning.
5        And no, I have not discussed anything with
6 him.
7        (A discussion was held off the record
8        between attorneys Lori Cohen, Esq., and
9        Allison Ng, Esq.)
10    MS. COHEN:  Oh, okay. I think -- okay.
11 Got it. I think we have it as a potential exhibit.
12 Okay. Potential Exhibit.
13        Ms. Schriner, just you know, that he --
14 that was just included, potentially included, but it
15 was wasn't something we were asking him to review
16 for any specific reason.
17 BY MS. COHEN:
18    Q.  Did you -- did you --
19        Again, I take it you read through that
20 just to get a sense of what he had to say?
21    A.  Yes. I read it this morning.
22    Q.  Okay. Was there anything in it that you
23 disagreed with offhand or -- I know that is a broad
24 question. You can tell me if you -- if you don't
25 have any specific recollection of that.

Page 37

1    A.  I -- I remember Swope as being a
2 reasonably good investigator. I didn't see anything
3 in there that was a glaring error. I did not read
4 it like I was trying to dissect a legal document, so
5 I read it quickly. But I saw nothing obvious that
6 was wrong.
7    Q.  And I take it you have -- other than
8 scheduling and, you know, the logistics of getting
9 here today --
10    A.  You broke out again. I lost you.
11    Q.  Sorry about that.
12        Other than the logistics, you haven't had
13 any discussions with either side of the case
14 about -- about the details of the case or your
15 opinions in it; is that correct?
16    A.  No. No one has talked to me about the
17 case at all, other than scheduling.
18    Q.  Okay. Great.
19        I take it, again, your focus here today --
20 you are not here to give opinions that are either
21 critical or contrary to my side or the plaintiff's
22 side.
23        You are just here to, basically, give
24 neutral opinions about -- about what you did in
25 terms of the autopsy and your opinions based on the

10 (Pages 34 - 37)

Michael Ferenc , MD                      August 12, 2020
In Re: Fisher-Price/Mattel

Page 38

1  autopsy; is that correct?
2       MS. SCHRINER:  Form.
3       THE WITNESS:  That -- I'm sorry.  That is
4  correct.  I actually cannot remember which side you
5  are on.
6  BY MS. COHEN:
7       Q.  Okay.  Fair enough.
8       Again, it's not your -- you are not going
9  to give any testimony, you are not planning to offer
10  opinions or testimony to support one side or the
11  other.  You are just going to call it as you see it
12  based on your autopsy report.  Is that fair?
13       A.  Yes, ma'am.
14       Q.  All right.  I represent, as I said in the
15  beginning, defendants Mattel and Fisher-Price in
16  this liability case.  Just as a reminder.
17       I take it, sitting here today, you don't
18  have any opinions that are negative or critical
19  about my clients or the baby seat that was involved
20  in this case; is that correct?
21       MS. SCHRINER:  Form.
22       THE WITNESS:  Yes.
23       Sorry.  Did someone object?
24       MS. SCHRINER:  Yes.  Sorry.
25       Form.

Page 39

1       You can go ahead.
2       THE WITNESS:  No.  I don't know what the
3  issue is so, no.
4  BY MS. COHEN:
5       Q.  Okay.  So -- so, therefore, you are not --
6  obviously not here with any criticisms or negative
7  opinions, correct?
8       A.  No, ma'am.
9       Q.  I think we have a double negative but I
10  think you agree with me, correct?
11       A.  I agree with you.  Yes, ma'am.
12       Q.  Okay.  Now, we know that there was certain
13  histology slides, there was a tissue block and
14  then --
15       A.  Lost you again.
16       Q.  Oh.  I'm sorry.  Let me know try that
17  again.
18       We know that there was obviously
19  microscopic analysis, histology conducted, you said,
20  and you would have handled that yourself, correct?
21       A.  Yes, ma'am.
22       Q.  Would you do your own -- your own slide
23  tests?  Is that something you would do personally?
24       A.  Would I do my own, what?
25       Q.  Your own -- make your own slides from the

Page 40

1  tissue block?  Would you do your own slides?
2       A.  The technicians in the office make the
3  slides.  I review them and write a report.
4       Q.  Got it.
5       Do you direct the technicians or your
6  office as to how many slides to cut of which parts
7  of the body, or is that something they follow a
8  specific protocol on?
9       A.  No, ma'am.  I submit the sections to the
10  histology laboratory.  With that said, I am
11  submitting the areas I want to see.  If I need to
12  see deeper into the sections, meaning lower into the
13  piece of tissue, then I tell them afterwards.
14       Q.  Okay.  That is -- that actually answered a
15  better question than I asked, which is...
16       In terms of, you know, when you review the
17  histology and the slides, you have the ability to go
18  back and ask for, as you said, different cuts or
19  more extensive stalls that you wanted; is that
20  correct?
21       A.  Yes, ma'am.  It is routine in all present
22  histology offices that I know of, that we save a
23  stock jar of biopsy assessments.  We don't have all
24  the organs to go back to; so we have biopsies from
25  the various different organs where we submit a

Page 41

1  little for histology and we have more left over if
2  we need to go back.
3       Q.  And I did -- I asked you about SIDS and
4  SUID before and nothing came up, and I probably
5  forgot to ask you to define them.
6       How do you define SIDS?  And then I'll ask
7  you about SUID as well.
8       A.  Well, the definitions drift from time to
9  time.  But as a basic rule, SIDS, Sudden Infant
10  Death Syndrome, is usually defined as the death of
11  the child less than one year of age, where the child
12  appears to die in their sleep and that there's no
13  anatomic, histologic laboratory, or scene
14  investigation findings that adequately explain
15  death.  The child doesn't have to be perfectly
16  normal, but usually doesn't have any significant
17  abnormalities.
18       Q.  Okay.  And what about SUID or --
19       You say it a different way, how do you say
20  it, sir?
21       A.  Any way you want.  SUID is S-U-I-D, or
22  SUID [phonetic emphasis].
23       Q.  Yeah.
24       A.  However you pronounce it.
25       Sudden Unexplained Infant Death is a more

11 (Pages 38 - 41)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

Page 42

1 recent term which -- because of some of the problems
2 with how people have been classifying SIDS, include
3 the cases that we would normally call SIDS; cases
4 that some people would say, "Boy, this could be
5 asphyxia but we are not absolutely sure;" and then
6 just other unexplained cases where, say, there's
7 just slightly more abnormalities than there should
8 be but nothing sufficient to explain the death.
9    Q.   Now, we -- we looked at -- and I'll --
10 I'll have you pull out.  You probably have it right
11 there, Exhibit 1, your records there, and turn to
12 Page 2 for me, and we'll go through this a little
13 bit.
14    A.   [Witness complies].
15    Q.   But when you had "Cause of Death:
16 Unknown" and "Manner:  Undetermined," just so we
17 take a jury to look at this video some day, what are
18 some of the options that could go in those
19 categories if it was not undetermined and not
20 unknown?
21       What are the other categories that
22 would have, you know, been potential choices there?
23    A.   Well, as far as cause of death, it would
24 be whatever else that we found.  If we found a heart
25 defect, like a congenital heart problem.  If I found

Page 43

1 an infection of the lung, or things of that nature,
2 you would list something there.
3       If I use the term "unknown," I might put
4 another significant addition like, for example, a
5 history of cosleeping, which I -- what I tend to do
6 nowadays.
7       And as far as "manner of death," it -- at
8 one point in time, most offices -- well, not most
9 offices, but some offices, if they call something a
10 "SIDS," they call it a "natural," even though we
11 really don't know what -- whether it's truly
12 natural.
13       I'm not sure I answered your question, but
14 I think that's the best I could do.
15    Q.   You did answer it very well.  Thank you.
16       Also, I guess "trauma" is another thing
17 that you would potentially put down there?
18       I mean [audio difficulties] --
19    A.   Oh, of course.  Trauma -- trauma that
20 would be, again, whether it's accidental trauma or
21 nonaccidental trauma, yes, it would be listed under
22 the cause of death.
23    Q.   And if you thought it was, like, a
24 sleeping issue, like cosleeping or something like
25 that, or, you know, baby put in a position that

Page 44

1 wasn't appropriate, that is something you would put
2 "Cause of Death:  Unknown" and add something about
3 sleeping potentially?
4       MS. SCHRINER:  Form.
5       THE WITNESS:  Yeah, my -- in -- the way I
6 do it, that's the way I would do it.  Some other
7 people would put that right at the very top at
8 "cause of death."  I think that's a little too harsh
9 when I can't be absolutely sure.
10 BY MS. COHEN:
11    Q.   But if you thought there was a sleeping
12 component in an autopsy, even in 2014, it would be
13 unknown and then like [audio difficulties] --
14    A.   You broke up again.
15    Q.   Okay.  If you thought there was a sleeping
16 component of some sort to the cause of death, you
17 would, in 2014, put "unknown, [comma]" and add the
18 sleeping part to that -- that line?
19    A.   If I had some positive information, as an
20 example, the child being faced down in a thick
21 bedding, things like that, yes, I would.
22    Q.   And we -- we would find that on that top
23 line "cause of death" after the word "unknown" if
24 you had any evidence of that, or -- or you would
25 include that there?

Page 45

1    A.   [Witness shakes head side to side].
2    Q.   You are shaking your head, so explain
3 that.
4    A.   In most death certificates there is a Part
5 One, the "Cause of Death," and there's a Part Two,
6 "Other Significant Contributory Conditions."  I, as
7 a habit, would list something like that where I
8 still say it's unknown, but I want to flag it so
9 that people know that there is a possibility here in
10 the Other Significant Conditions Part Two.
11    Q.   Okay.  That is very helpful.  And you
12 raise a good point.  Why don't we pull out the death
13 certificate and see what you said about that.
14       And that would be, let's see, Number 6 in
15 your binder there, Doctor.  Number 6.
16       Can you find it?  It should be the death
17 certificate.
18    A.   All right.
19    Q.   I think so, Yes.
20    A.   Yes, I have it.
21    Q.   And you would have filled that out,
22 correct?
23       THE REPORTER:  Repeat that, Counsel?
24       MS. COHEN:  Oh.
25 ///

12 (Pages 42 - 45)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

Page 46

BY MS. COHEN:
1
2     Q.   Doctor, would you have filled out the
3  death certificate?
4     A.   I think Arizona we were already electronic
5  then.  I am not really sure.  I can't remember.
6          But I would have been the author of this
7  content as far as the cause of death is, yes, ma'am.
8     Q.   You would have been the author.  And then
9  you would have confirmed -- even if it was, as you
10  said, electronic, you would be just the confirming
11  author of what is on here.  Is that fair?
12    A.   Of parts of it, yes.  The parts like the
13  immediate cause of death, which is 40.A.  Some of
14  the other information.
15    Q.   And you may not have seen this.  Have you
16  seen this since 2014?  Is this something you would
17  have seen before now or...
18    A.   I have never seen this particular page
19  because everything I would do would be internal to
20  the office.  This would be something printed by
21  Vital Records, so I wouldn't even see it.
22    Q.   This is how it comes out later, is what
23  you are saying?
24    A.   This is how Vital Records, a separate
25  agency, prints it out later.  Yes.

Page 47

1     Q.   But to your point, if we look at this --
2          MS. COHEN:  And we'll make this Exhibit 3,
3  Madam Court Reporter, if we can.
4          (Deposition Exhibit 3 was marked for
5          identification and is attached hereto.)
6  BY MS. COHEN:
7     Q.   Your point is, here you are -- you know,
8  again, your name is there on line with 65.  That's
9  you, right?
10    A.   Yes, ma'am.
11    Q.   And it says [as read]:
12          "Medical Examiner on the date of
13          examination and/or investigation and my
14          opinions death occurred at the time,
15          date, and place, and due to the cause
16          or causes and manner stated and..."
17          By having your name on there, you are
18  certifying that; is that correct?
19    A.   Yes, ma'am.
20    Q.   And what you have here is, again
21  [as read]:  "Immediate Cause of Death.  Unknown,"
22  correct?
23    A.   Yes, ma'am.
24    Q.   And that's the same as what is on Page 2
25  of your medical examiner's report, or Exhibit 1, the

Page 48

1  "unknown."
2          And I think your point before is that if
3  you thought there was some sleeping component or
4  some aspect of the sleep that resulted in the --
5  that was the cause of death or was related, that
6  would be found on B or C or D underneath A?
7     A.   No.  It would be under -- if we are going
8  back to the death certificate, it would be under --
9  geez, I can't even read it.  It's so small.
10    Q.   Yes.  4 -- so I think 42.B or 44.C.  Would
11  that be where would you find that?
12    A.   No.  It would be under 48.  You see 48.  A
13  nice --
14    Q.   Yes.
15    A.   -- big thing in the box.  It says [as
16  read]:
17          "Other significant conditions
18          contributing to the death but not
19          resulting in the underlying cause given
20          above."
21    Q.   Okay.  I see.
22          That's where you would put something if
23  you thought there was a sleeping component, correct?
24    A.   As I generally practice now, yes, ma'am.
25    Q.   Okay.  And that would have been true on

Page 49

1  this death certificate, correct?
2     A.   Probably.  Again, this is six years ago.
3  I am stretching to remember exactly how I worded
4  things then.
5     Q.   All right.  We'll go through the report,
6  but what you know from looking at the front page of
7  the medical examiner's report in the death
8  certificate obviously you don't see any -- anything
9  other than "Unknown" as the cause of death, correct?
10    A.   Yes, ma'am.
11    Q.   And back in 2014, at that period of time
12  that you were in Arizona, that is something you were
13  aware of as a potential, as you said, significant
14  condition of contributing factor?
15          MS. SCHRINER:  Form.
16          THE WITNESS:  What?
17  BY MS. COHEN:
18    Q.   Any kind of sleeping issue, correct?
19          MS. SCHRINER:  Form.
20          THE WITNESS:  Yes, ma'am.
21  BY MS. COHEN:
22    Q.   And that's something that you would
23  consider back in 2014 as a potential condition
24  contributing factor.  Is that fair?
25    A.   If I was aware of it, yes, ma'am.

13 (Pages 46 - 49)

Michael Ferenc , MD                                                   August 12, 2020
In Re: Fisher-Price/Mattel

Page 50

1    Q.  Okay.  So let's go back to the other types
2  of contributing factors that you might list there,
3  again, back in 2014.
4        Would -- in terms of a baby death, what
5  was some of the things that you would consider as
6  contributing factors?
7    A.  Any evidence -- well, contributing factors
8  or cause.  Any evidence of anatomic disease such as,
9  I said before, general heart disease or
10  intussusception of the bowel or other factors like
11  that; or, of course, on the darker side of the
12  world, things like blunt injuries to the child.
13        I would think of things like infections
14  that I might only see microscopically because it's
15  hard to see certain infections with your naked eye
16  in a baby.
17        I would worry about things like I did on
18  the lab tests whether there is some unusual
19  infections that might cause the baby to die very
20  abruptly or if there was some inborn errors of
21  metabolism, which wouldn't seem likely because the
22  organs seemed normal.
23        I consider all of those possibilities and
24  probably some more.
25    Q.  And what about environmental factors,

Page 51

1  like, you know, in the house?  Impact of any
2  environmental issues or factors like drug use or
3  smoke or anything like that?  Something that you
4  considered or would consider?
5    A.  Yes.
6    MS. SCHRINER:  Form.
7    THE WITNESS:  Environmental factors
8  would -- environmental factors would be something I
9  would think about.  Anywhere from smoking to drug
10  exposures, which hopefully would be picked up by the
11  toxicology.
12        I would also consider temperature.  I also
13  consider evidence whether the baby is being fed
14  at -- for example, why in the autopsy report I
15  comment about whether the baby has food in the
16  intestines.  Just part of the routine to make sure
17  that I am thinking about "ss this baby being fed"
18  because children can dehydrate quickly, can pass
19  away quickly.
20  BY MS. COHEN:
21    Q.  Do you consider the autopsy that you
22  conducted on this baby to be what is called a SIDS
23  autopsy or a -- you know, anything that has sort of
24  extra focus on SIDS, or would you consider it a
25  general autopsy?

Page 52

1    A.  The autopsy was a general autopsy.  Some
2  of the extra laboratory tests are more typical when
3  people are doing SIDS cases.
4    Q.  So it was general with some extra focus on
5  SIDS by your direction.  Is that -- is that how you
6  would describe it?
7    A.  Yes, ma'am.  I think that is correct.
8    Q.  If there's a, as you said here -- and,
9  again, I think it's on Page 73 --
10    A.  [Witness reviews document].
11        Okay.
12    Q.  Yeah, 73 is probable SIDS, "Probably
13  SIDS," as you said here.
14        Do you today, in 2020, you know, in your
15  current position, do anything different in an
16  autopsy as compared to what you did in the past?
17        Do you take a different -- a different
18  path or different approach, or do anything more
19  extensively now?
20    A.  Not in the autopsy, no, ma'am.
21    Q.  And then I think what you are saying is
22  you might do more in joining in the investigations.
23        Is that what you are thinking of?  Do an
24  investigative part?
25    A.  Again, there's so much variation from

Page 53

1  office to office.  All I could say is I might, yeah.
2    Q.  Let's go to -- I'm going flip to Page --
3  just quickly on this Page 9 of this Exhibit --
4        Is it 1? -- Exhibit 1.
5        [Attorney reviews document].
6        You left -- I'm sorry.  Looking at your
7  CV, you left -- you left the Maricopa Medical
8  Examiner -- what month did you leave there in 2015?
9  Do you recall?
10    A.  I don't remember.  It was sometime in the
11  later summer or fall, but I don't remember exactly.
12    Q.  Okay.  So this is -- this Case Note
13  Section has your name at the top as the pathologist
14  up there in the corner.
15        Do you see that?
16    A.  Yes, ma'am.
17    Q.  And then it -- you know obviously Dr. --
18  Detective Reyes, who has not been deposed yet, who
19  is going to be deposed, I believe, next week, she
20  came to the autopsy, as I understand it, just based
21  on the notes and the police file.
22        Do you remember her?
23    A.  No.
24    Q.  No specific recollection of discussions
25  with her or any specifics --

14 (Pages 50 - 53)

Michael Ferenc , MD                                          August 12, 2020
In Re: Fisher-Price/Mattel

Page 54

1     A.  Correct.
2     Q.  -- related to this baby, correct?
3     A.  No, ma'am.  It would have been my routine
4  to ask questions, but I don't remember anything.
5     Q.  Okay.  And it looks like in terms of the
6  Case Notes that we understand are probably entered
7  into the system, it looks like you did not enter --
8  you did not specifically or personally enter any of
9  these notes.  This is Page 9 of Exhibit 1.  Is that
10  correct?
11    A.  No.  I didn't enter any of these notes,
12  no.
13    Q.  Okay.  When we get -- I want to jump ahead
14  to 2000- -- obviously there is a number of notes in
15  2014, but jumping to 2019 in April, Kevin Horn, M.D.
16       Do you know Dr. Horn?
17    A.  Oh, yes.
18    Q.  Okay.  Was he there at the same time you
19  were there?
20    A.  Dr. Horn had been there several years
21  before I got there.  He had the office down the hall
22  from me.
23    Q.  You two were colleagues?
24    A.  Yes.  He's a good pathologist.
25    Q.  I was going to ask you that question.

Page 55

1       You respect his skills as a pathologist?
2     A.  I didn't always agree with him, but I
3  respected his opinions.  And if I disagreed with
4  him, I would go back to the books and make sure I
5  was right, or wrong.
6     Q.  Do you -- do you remember him -- let me
7  ask a question.
8       Do you recall whether he called you in
9  2019 related to the notes he entered here?
10    A.  Not that I am aware of, no.  I don't think
11  I have spoken to Dr. Horn at all since I left.
12    Q.  Okay.  And let's look at his comments
13  here.
14       It looks like in 2009 he did a re-review,
15  if you will, or a review of this autopsy.  I would
16  surmise probably related to the lawsuit,
17  potentially.
18       MS. SCHRINER:  Form.  Objection.
19  BY MS. COHEN:
20    Q.  But I'll just -- let me start over on
21  that.
22       It looks like he wrote a note here after
23  reviewing this file, if you will.  Let's take a look
24  at that.
25       It says Dr. -- it says "Kevin D. Horn,

Page 56

1  M.D.," [as read]:
2       "1:37 p.m., as Dr. Forenc is no
3       longer with this office, I was asked by
4       Dr. Eutenier..."
5       Does that name ring a bell to you?
6     A.  Eutenier [phonetic emphasis].
7     Q.  Eutenier.  Okay.
8       And was he there when you were there, too?
9     A.  It's a lady.
10    Q.  Oh.
11    A.  She was there overlapping part of the
12  time.  She came --
13    Q.  Okay.
14    A.  -- after I had already been there.
15    Q.  So [as read]:
16       "I was asked by Dr. Eutenier to
17       review case and opine whether case
18       "could reasonably represent a homicide"
19       prior to release of reports (since
20       Dr. Ferenc ruled both the cause and
21       manner to be undetermined."
22       And, again, I guess we didn't mention that
23  before, but certainly another potential cause of
24  death in a -- in a baby death could be homicide, of
25  course?

Page 57

1     A.  Not a cause, but a manner of death, yes,
2  ma'am.
3     Q.  And then it says [as read]:
4       "After review of this case,
5       including scene photos with doll
6       reenactment, autopsy examination
7       photographs, radiographs, and lab
8       reports, appears to represent a SUID
9       death during sleep in an infant without
10       any significant external or internal
11       trauma or any toxicology -- toxicologic
12       findings."
13       Do you agree with that what he said?
14    A.  Yes.
15    Q.  And then it says [as read]:
16       "I offer the opinion that the
17       homicide is not an expected or
18       reasonable manner based on the
19       available information from this report
20       and Dr. Ferenc's examination."
21       I assume you agree with that as well?
22    A.  Yes, ma'am.
23    Q.  So his -- his summary and comments there
24  you agree with those as he stated them, correct?
25    A.  Yes, ma'am.

15 (Pages 54 - 57)

Michael Ferenc , MD

In Re: Fisher-Price/Mattel

August 12, 2020

Page 58

1  Q.  In terms of just, generally speaking,
2  before we move forward into your report, but in
3  terms of SUID or SIDS, are there certain risk
4  factors that you consider as factors for those in a
5  baby?
6      MS. SCHRINER:  Form.
7  BY MS. COHEN:
8      Q.  I can ask a better question if that is
9  unclear.
10     A.  Well, in fact, these have a -- yes, SIDS
11 has certain risk factors:  first baby, young
12 mothers, smoking in the household.  There is quite a
13 few number of factors that have shown some kind of
14 relationship, even if it's not a direct correlation,
15 with SIDS.
16         SUID has the extra factor that you have to
17 consider -- again, the biggest category is things
18 like the stuff something in the scene could
19 represent asphyxia with the child.
20     Q.  And things that are considered to be risk
21 factors -- again, it's obviously patient factors;
22 that is, some of the things we talked about medical
23 conditions, respiratory issues, or lung issues,
24 correct?
25     A.  Are those other things under SUID?  Is

Page 59

1  that what you are asking me?  I wasn't clear on the
2  question.
3      Q.  Well, I'll ask you about SIDS first.
4          In terms of SIDS risk factors, you agree
5  that the patient factors, medical conditions like we
6  have talked about, whether there are respiratory
7  conditions, cardiac conditions, reflux conditions,
8  all present heighten risk for SIDS?
9          Do you agree with that?
10     A.  I wouldn't call that SIDS.  Then there is
11 something physically abnormal with the child that
12 could explain the death; therefore, SIDS, which is a
13 diagnosis of exclusion, shouldn't be made.
14     Q.  What about with SUID?  Do you consider
15 those to be risk factors for SUID; that is --
16     A.  Again, if -- if they are clear-cut
17 abnormalities, then it's not going to be SUID.
18         SUID is going to be SIDS cases.  It's
19 going to be cases where, "Geez, I can't be sure.
20 Did asphyxia occur here or not," because it's very
21 easy to asphyxiate a child; and/or physical
22 findings -- microscopic or gross findings that
23 aren't perfectly normal but aren't in the category
24 that could clearly explain death.
25         For example, maybe a slight reactive

Page 60

1  change in an airway or something like that, which is
2  not perfectly normal but isn't of a degree or in the
3  right context to say, "Ah-ah, this child died of
4  SIDS."
5      Q.  In that situation, in other words, you
6  don't have -- you don't have some -- you don't have
7  something that is a clear cause; that is, like a
8  respiratory failure.
9          But as you said, some microscopic
10 inflammation or something that shows that something
11 is not quite normal, but it could increase the
12 likely mood of a SIDS event.  Is that what you are
13 saying, Doctor?
14     A.  But it's not a SIDS event.  Because if
15 it's a SIDS event, none of that stuff is there.
16 It's not SIDS.
17         SIDS is a diagnosis of exclusion.  It's
18 negative finding.  That's part of the reason SIDS is
19 such an annoying phrase, as far as I am concerned
20 because people keep thinking it is something.  No.
21 It is exclusion of things.
22     Q.  The diagnosis of exclusion, as you said?
23     A.  Yes, ma'am.
24     Q.  And there are some writings out there from
25 some, I'll say, authors and experts who say that

Page 61

1  there is actually an overlap in terms of sort of
2  risk factors and SIDS and SUID that believe that --
3  that, in fact, some of these risk factors can
4  increase the likelihood of SIDS and SUID.
5          Have you seen some of those writings?
6      MS. SCHRINER:  Form.
7      THE WITNESS:  Oh, yes.  There is writings
8  concerning a possible trigger for cardiac
9  arrhythmias.  There is writings from -- for example,
10 Dr. Kinney [phonetic emphasis] -- Kinney in
11 Massachusetts about brainstem abnormalities with mal
12 areas of scarring.
13         There are all sorts of things that say,
14 "ah-ah, under these circumstances, the stress of
15 being in the wrong position or the wrong this or
16 wrong that might trigger a sudden death."
17 BY MS. COHEN:
18     Q.  And what about things like, as I
19 mentioned, environmental?
20         I think you mentioned overheating as one
21 potential trigger, if you will, of SIDS or SUID?
22     A.  Environmental factors -- that goes all the
23 way back to -- what was the first paper?  It was
24 like Millard or Milton Bass in 1987 or '8, something
25 like that, where he looked at cases in Brooklyn and

16 (Pages 58 - 61)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 62

1  tried to associate environmental problems like, "It
2  was too cold in the apartment," "It was too hot,"
3  things of that nature, with an increased rate of
4  cases that look like SIDS.
5       So that's -- yes. There's been many
6  studies about that stuff.
7       Q. And you mentioned some of those texts.
8  Also, one thing we didn't talk about, I guess
9  overheating could be due to clothing, blankets, or
10  room temperature or all of the above?
11      A. Overheating can be due to all those
12  factors, or they could also affect whether the baby
13  can breathe, yes.
14      Q. And what about secondhand smoke? I think
15  you mentioned maternal -- you know, maternal
16  smoking, but also secondhand smoke in the
17  environment. Is that something that you consider to
18  be a risk factor for SIDS and SUID as well?
19      MS. SCHRINER: Form.
20      THE WITNESS: It's a risk -- it's a risk
21  factor as long as you understand that risk factors
22  do not mean they are the cause of something. They
23  just mean they are some kind of association.
24      Yes, ma'am.
25  ///

Page 63

1  BY MS. COHEN:
2       Q. Is there any seasonal components, any time
3  of year that you -- that you consider to be --
4  again, to pose a higher risk of a SIDS or SUID event
5  for a baby?
6       A. There may be something in the literature.
7       MS. SCHRINER: Form.
8       THE WITNESS: There may be something in
9  the literature but I'm not aware of it.
10      There tends to be vague histories of runny
11  noses and this kind of stuff with SIDS cases; which,
12  obviously, has a seasonal component. But, again, I
13  have to say that I am not aware of the papers, if
14  they are there.
15  BY MS. COHEN:
16      Q. A concomitant respiratory illness or virus
17  brought on by a child, do you believe that to be
18  a heightened risk factor for a SIDS or SUID event?
19      A. Well, one tends to get --
20      MS. SCHRINER: Form.
21      THE WITNESS: One tends to get these
22  histories of vague runny noses, and stuffy noses,
23  and stuff like that. If I can actually document a
24  viral syndrome, an upper respiratory infection, then
25  it's not SIDS, period.

Page 64

1  BY MS. COHEN:
2       Q. And you would -- you would note something
3  like that as a potential contributory cause?
4       A. I would note it probably as the cause, not
5  a contributory factor.
6       Q. Now, in -- in Arizona in 2014 there was
7  data maintained of the ann- -- annual Arizona Child
8  Fatality Report, that had a section on SIDS, and
9  data and numbers.
10      Was that something that you, as a medical
11  examiner, checked up with and -- and read or -- or
12  not really?
13      A. I don't remember. But it doesn't sound
14  familiar, but I just don't remember.
15      Q. Okay. It -- it was the Arizona Child
16  Fatality Review, or CFR Program. Does that ring any
17  bell for you?
18      A. Again, it doesn't. It may have been
19  something that was discussed at our meeting, but it
20  doesn't ring a bell for me, no.
21      Q. You know, some of the things that they
22  referenced as risk factors for SIDS and SUID --
23  again, this is back in 2014 -- again, was things
24  like overheated environment, exposure to cigarette
25  smoke, cosleeping, as you mentioned.

Page 65

1       Those from -- you agree with all of those
2  as risk factors, correct?
3       MS. SCHRINER: Form. Foundation.
4       THE WITNESS: Those are factors that are
5  not merely for -- whatever that Arizona group was
6  but are nationwide, yes.
7  BY MS. COHEN:
8       Q. And, again, you -- well, you have gone
9  back and looked at your medical examiner's report
10  before today, correct?
11      A. Yes, ma'am.
12      Q. And based on the information available to
13  you, you thought it looked like a fairly
14  straightforward, and appropriate, and reasonable
15  report, correct?
16      A. I hope so. Yes, ma'am.
17      Q. And you are comfortable with your findings
18  based on what was in it, correct?
19      A. In the report? Yes.
20      Q. If you could flip, again, to Page 73
21  briefly. Again, we were on that before. We may
22  have covered everything there.
23      A. [Witness complies].
24      Q. But, now, on Page 73 we -- we covered
25  your -- your handwriting and the "probably SIDS."

17 (Pages 62 - 65)

Michael Ferenc , MD

August 12, 2020

In Re: Fisher-Price/Mattel

Page 66

1    The "Postmortem Examination" part there,
2  is this -- it looks like, based on the notations,
3  this is all gross examination not the microscopic
4  part of it; is that correct?
5    A.  Yes.  That's -- that's what it is, yes.
6    Q.  Okay.  So that means that this, kind of,
7  first thing you would do is you would do a gross
8  examination as part of your role as the medical
9  examiner in doing the autopsy?
10    A.  Yes, ma'am.
11    Q.  Let's go back to Pages 2 to 7, which is
12  your actual report, and we'll work our way through
13  that report for a little bit.
14    A.  [Witness complies].
15    Q.  Okay.  So one thing I want to ask about,
16  this may be typical, but the examination was on
17  June 20th, 2014, and it was signed in August.  Is
18  that just because you were waiting for different
19  results to come back?  Or how -- what's the
20  explanation of that?
21    A.  I don't have an explanation.  But what you
22  just stated is as reasonable as anything else.  I
23  have no individual recollection.  That is still
24  within about two months, so that is normal.
25    Q.  Okay.  So you would do, you know, your

Page 67

1  autopsy, have your preliminary findings and
2  diagnoses, and wait for the different --
3    A.  I lots you again.
4    Q.  Oh, sorry.
5    You would do the autopsy and have your
6  preliminary findings, here you had probable SIDS,
7  and then you would wait for the remaining results to
8  come back before you signed off on the --
9    A.  Lost you again.
10    Q.  Oh.  Huh?  Okay.  Let's -- let's -- we'll
11  try that again.
12    Test.  Test.
13    THE REPORTER:  Counsel, could we go off
14  the record for --
15    MS. COHEN:  Test.
16    THE WITNESS:  You are breaking up badly.
17    MS. COHEN:  Oh.
18    THE REPORTER:  Could we go off the record
19  real quick?
20    MS. COHEN:  Sure.  Yes.
21    THE VIDEOGRAPHER:  All right.  We are
22  going off the record.  The time is 1:19 p.m.
23    (Brief recess.)
24  ///
25  ///

Page 68

1    THE VIDEOGRAPHER:  We are going on the
2  record.  The time is 1:22 p.m.
3    MS. COHEN:  Thank you.
4  BY MS. COHEN:
5    Q.  And, Doctor, we're still on Exhibit 1, and
6  we are getting into your medical examiner Report.
7    So I think what I was saying is in terms
8  of the date on it, you basically did your autopsy in
9  June, changed your initial preliminary conclusion,
10  as we looked at on Page 73, and then you waited for
11  the different results and tests to come back before
12  you signed off on the official form in August.
13    Does that sound like the right sequence?
14    A.  Yes, ma'am.
15    Q.  And that's your signature at the bottom of
16  Page 2?
17    A.  Yes, ma'am.
18    Q.  And, again, obviously, we talked about
19  Dr. Reyes [verbatim], as noted here, was at the
20  exam.
21    Is that -- is that pretty standard to have
22  someone from -- attending for police -- sorry,
23  present from the police?
24    A.  In Arizona, as I remember it, yes.  Babies
25  and other cases where they are not sure, yes, ma'am.

Page 69

1    Q.  Now, you say "diagnoses" and "significant
2  findings," and I want to go through that part.
3    It says [as read]:  "Pulmonary
4  congestion," what is that?
5    A.  Just extra blood in the lungs.  It's a
6  nonspecific finding.
7    Q.  But it's -- it's obviously notable as you
8  put it as Number 1 on your significant findings
9  list, correct?
10    A.  It is arbitrary that it's Number 1.  But
11  it's -- yes, it's a finding, so I reported it.
12    Q.  Okay.  Do you ever give any qualifiers or
13  adjectives like "significant" or "small odds" or do
14  you -- or "pulmonary congestion" with no qualifier
15  is pretty much what you would put there?
16    A.  I might.  But it's on a case-by-case
17  basis.
18    As an example, sometimes in drug overdoses
19  the pulmonary congestion is so dramatic that the
20  lungs are, you know, several 100 percent heavier
21  then they should be because of blood congestion.  If
22  that were the case, I might make a comment, you
23  know, "Pulmonary congestion, [comma] marked" or
24  something like that.
25    Q.  You also said "Petechiae of the thymus

18 (Pages 66 - 69)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

Page 70

1  gland." What is that? And what's the significance
2  of that?
3      A.  It is also a nonspecific finding.
4  Petechiae can occur in SIDS cases. It can occur in
5  asphyxia cases. They can occur just with no good
6  explanation. They can sometimes indicate stress
7  occurring to the thymus. They are just little, tiny
8  pinpoint broken vessels causing little, tiny
9  pinpoint hemorrhages in an organ that is gone in
10  most of us. You'll see it very large in a child.
11  It's right under the top of the breast bone.
12      Q.  I think what you are saying is --
13  certainly is [as read]: "Number 2: Petechiae of
14  the thymus gland" is consistent with a SIDS -- SIDS
15  diagnosis?
16      MS. SCHRINER:  Form.
17      THE WITNESS:  It can -- it can be, yes,
18  ma'am.
19  BY MS. COHEN:
20      Q.  And "Pulmonary congestion" can as well,
21  Number 1?
22      A.  Yes, ma'am.
23      Q.  And [as read]:
24          "Number 3:  No other significant
25          gross or histology findings."

Page 71

1      Obviously that is consistent with -- with
2  SIDS, as you said before, of a diagnosis of
3  exclusion, correct?
4      A.  Yes, it can be.  Yes, ma'am.
5      Q.  You say, "Please refer" -- [as read]:
6          "Number 4:  Please refer to the
7          separate Toxicology Report."
8      And we'll -- we'll get to that in the file
9  here.  Did you have a chance to look at that or --
10  or not, before today?
11      A.  Before today?  No.
12      Q.  Do you, as a medical examiner, when
13  you're -- do you determine what should be tested in
14  the toxicology report?
15      A.  Usually, yes, ma'am.
16      Q.  And how do you make that determination?
17      A.  Depends on the nature of the case.
18      Let's see.  What did we do here?
19      [Witness reviews document].
20      Q.  I can pull it up and find it.
21      Okay.  I'm sorry.  I believe it's on
22  Page 8.
23      A.  Yes, it is.  Page 8.
24      [As read]:
25          "Cardiac blood and gastric."

Page 72

1      It probably should be another page
2  somewhere that talks about the vitreous humor
3  chemistry, but those are reasonable samples that I
4  would normally submit.
5      Q.  I think later -- later in the back of it,
6  the other ones you mentioned.
7      Yeah, maybe Page 108 talks about the
8  vitreous panel -- or, that may be the request for
9  it.  But we'll -- we'll find it as we go.
10      I think 108 and 109, maybe, is the
11  vitreous panel that you are talking about.
12      A.  In the folder you gave me, it's Page 109.
13      Q.  Okay.  So in -- going back to the
14  toxicology testing, this was a -- what you said --
15  this is a reasonable, I guess, reasonable list of
16  what to test; is that correct?
17      A.  Of what was available, yes, ma'am.
18      Q.  Okay.  Now, did you have an option of
19  testing, also, if you wanted to, THC, marijuana?
20      A.  Well, I don't remember what they tested
21  for in-house in the toxicology department.  But
22  very likely they would have tested for marijuana as
23  well.  That is something you have to refer to the --
24  to the toxicology department because I just can't
25  remember anymore.

Page 73

1      Q.  Okay.  On Page 8, if you look at the list,
2  do you see anything on here that specifies that THC
3  was tested?
4      A.  No.  But this is really a partial list.
5      Q.  Where would the full list be, if not on
6  Dr. Wade's or the laboratory director's list here?
7  Would that be another form?
8      A.  No.  It would be with the toxicologists
9  themselves.  For example, they say "acid neutral
10  drugs," things like that, that could be a whole list
11  of other drugs.
12      I think THC should come out that -- they
13  should have mentioned it if they were testing for
14  it.  But I think we don't know.
15      Q.  Okay.
16      A.  Or at least I don't remember anymore.
17      Q.  So you said we can ask the laboratory
18  director that question?
19      A.  Well, they have gotten rid of the
20  laboratory, as I understand it, but you can ask
21  someone.
22      Q.  But you -- you agree with me; it's not
23  specifically listed here, correct?
24      A.  I don't see it.  No, ma'am.
25      Q.  Now, have you ever in your career or in --

19 (Pages 70 - 73)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

Page 74

1  either in Arizona or otherwise, because of
2  suspicions of -- of something specifically requested
3  that THC be tested?
4     A.  Seldom because THC is not a drug that
5  kills people, as a general rule.  Okay.  Anything
6  could be toxic at a high enough level.
7         THC may get you behind the wheel of a car
8  and get you into a car accident, but in and of
9  itself, it's not a poison like heroin or something.
10    Q.  It's not a direct cause of death, is what
11 you are saying?
12    A.  Yes, ma'am.  So it's -- usually it's not
13 something that is that important to forensic
14 pathologists.
15        Assuming, we're not talking about
16 adulterated THC.  That could have some of the spice
17 agents or other things in it that -- now, but that's
18 a different test.
19    Q.  But it -- if you -- as a pathologist, if
20 you want to specifically order that the -- the
21 toxicology screening or testing include that, you
22 can do that, correct?
23    A.  Either I can.  Back in Arizona, I think I
24 could.  If I thought it was important, I probably
25 would have gone up to Norm Wade's office and asked

Page 75

1  him to do it.
2     Q.  Okay.  And -- and then it would be noted
3  on this type of report that it was requested?
4     A.  I think so.  But, again, it's been many
5  years.  Again, I would go up and ask, and he would
6  do it.
7     Q.  Have you read any -- you know, either in
8  2014 or since then, any of the literature on sort of
9  either -- either secondhand smoke from THC and its
10 impact on or risk factors for SIDS or SUID or infant
11 death?
12       MS. SCHRINER:  Form.  Form.
13       THE WITNESS:  It is a risk factor, as I
14 understand it from the literature.  Again, risk
15 factors don't cause things but they seem to have
16 some kind of association.  Yes, ma'am.
17 BY MS. COHEN:
18    Q.  So they can increase the incidence even if
19 they don't directly cause it?
20       MS. SCHRINER:  Form.
21       THE WITNESS:  No.  They don't increase the
22 incidence.  They are a risk factor.
23       A risk factor means there seems to be some
24 correlation but we don't know if it's just a
25 bystander or whether it's related.  They don't cause

Page 76

1  it.
2  BY MS. COHEN:
3     Q.  I think what you said is you -- you agree
4  that THC is a risk factor for SIDS or SUID or -- at
5  least in the literature that make that statement?
6        MS. SCHRINER:  Form.
7        THE WITNESS:  Secondhand smoke and any
8  drugs are a risk factor.  Any of those typical list
9  drugs seem to be a risk factor, yes, ma'am.
10 BY MS. COHEN:
11    Q.  On Number 5, on Page 2 [as read]:
12        "The following ancillary pediatric
13        studies are non-contributory:  The
14        vitreous humerus chemistries, the
15        inborn errors of metabol- -- metabolism
16        screening, nasal viral cultures, blood,
17        lung, and CSF -- CSF postmortem
18        cultures."
19        What -- can you -- can walk us through
20 that and explain what -- what you are saying there,
21 Doctor?
22    A.  I'm saying that these studies are
23 noncontributory.
24        The vitreous humor might tell me if the
25 child was dehydrated.  It might tell me if the child

Page 77

1  had undiagnosed form of diabetes mellitus.  It might
2  tell me if the child was going into renal failure,
3  even though I should be able to see that.
4        The inborn errors metabolism should tell
5  me if the child had one of the more common --
6  because there's tons and tons of inborn errors, but
7  one of the more commonly screened for abnormalities
8  where the liver doesn't work right or the heart
9  doesn't work right.  But, again, you should see
10 something grossly, but it's always smart to recheck.
11       The viral nasal cultures could help me if
12 there's something like influenza, things of that
13 nature that might affect the child very quickly.
14       And then the -- just the general blood
15 cultures of the -- or cultures from various areas
16 are to make sure that if I do see something under
17 the microscope that suggests inflammation, if I
18 could figure out what it is due to.
19       In the past, I figured out things are due
20 to Croup but they -- I have seen them due to
21 different bacteria, things of that nature.
22       And it's just a generalized test.
23    Q.  Does this section that talks about "The
24 Following Ancillary Pediatric Studies Are
25 Non-Contributory," does that include the histology

20 (Pages 74 - 77)

Michael Ferenc , MD

In Re: Fisher-Price/Mattel

August 12, 2020

Page 78

1 and slides you looked at or is that dealt with
2 separately?
3     A.  Histology is under [as read]:
4         "Section III:  No other significant
5     gross or histology finding."
6     Q.  Okay.  Now, where do you normally get
7 samples of histology from?  Like, do you -- do you
8 follow a certain standard set that you -- that you
9 look at or does -- again, does the situation dictate
10 what histology you take, and how many slides, and
11 that sort of thing?
12     A.  As a general rule, there are certain
13 sections that I routinely take on pediatric cases,
14 more than I might take on adult cases from different
15 areas.  But, again, it's -- it's -- every case is
16 based on its individual merits.
17         I have gone to the "Histology" page, which
18 is -006, and these pretty much are the routine
19 sections that I would take now.
20         Yeah, generally.  Yes, ma'am.
21     Q.  If you are looking at Page -- I'm
22 sorry, 6, you said this is the norm -- the normal
23 histology that you would typically order in a child?
24     A.  Yes.  Again, if there was something
25 abnormal or I wasn't sure, I might take some

Page 79

1 additional sections.  But this is the basic, simple
2 histology on a child, which would be different than
3 some histology I'd take in an adult.
4     Q.  How many slides would you normally do on
5 each section on each -- each body -- each anatomic
6 part?
7     A.  Well, I would take more than one section
8 of the heart, which I did here.  I would take
9 multiple sections of the lungs so that I got
10 different lobes to make sure that there wasn't just
11 a localized pneumonia.  And the rest of them, I
12 would probably take a section each.
13     Q.  Where were you looking to see how many you
14 took?
15     A.  I was just looking for the "Plural F" --
16     Q.  Oh.
17     A.  -- under "Histology" on Page -006.  And
18 also based upon what I normally do.
19     Q.  Based on what -- we received a set of
20 slides as well that we had analyzed.  It looks like
21 you had two slides of the heart and two slides of
22 the brain.
23         Does that sound consistent with what you
24 would normally do in a situation like this?
25     A.  It could be except in the brain it was --

Page 80

1 it was -- it may have been two slides, but it was
2 three sections, three different areas, according to
3 my report.
4     Q.  The cortex, the pons, and the spinal cord?
5     A.  Yes, ma'am.
6     Q.  Okay.  If you -- if you thought there was
7 a neuropathologic, you know, concern or cause and
8 disease, would you do more than one in the brain?
9         I am trying to get a sense, if you thought
10 there was something going on there, would you do
11 more?
12     A.  I would do more.  And I might even save
13 the brain for further study by a neuropathologist,
14 if it was something really perplexing or unusual
15 there.
16     Q.  And what about in the heart; if you
17 thought there was a cardiac component or underlying
18 cardiac issues, would you do more than two, or
19 how -- how would you make that decision and
20 determination?
21     A.  I would look at the gross features of the
22 heart:  Was the color right; was the texture right;
23 were the changes dilated; was there anything
24 abnormal; was there a history of anything abnormal.
25         And if I found anything like that, I would

Page 81

1 probably section a lot more areas of the heart.
2         If I was trying to look at something like
3 a myocarditis, which is inflammation of the heart, I
4 usually do a minimum of ten sections.
5     Q.  At the time you did this histology, did
6 you have any information about any prior cardiac
7 condition of this child?
8     A.  Not at the time I did the autopsy, no.
9     Q.  Have you -- and, I guess, have you heard
10 anything about that prior to today?
11     A.  Just in the deposition of Mr. Swope
12 someone commented about something that -- I don't
13 remember whether it was you or not -- whether the
14 child had a murmur.
15         Which is extremely common to have a
16 nonfunctional murmur, and that's what I interpreted
17 it as being.  But I haven't seen those records.
18     Q.  Okay.  Now, do you typically obtain
19 medical records before you sign off on the -- on the
20 autopsy report as final?
21     A.  It's highly variable.  And I don't
22 remember the situation in -- in Arizona.  Highly
23 variable in whether or not we got the records in
24 time or whether they were simply summarized by the
25 investigator.

21 (Pages 78 - 81)

Michael Ferenc , MD                                          August 12, 2020
In Re: Fisher-Price/Mattel

Page 82

1    Q.  Let's -- we'll come back to this page in
2  just a minute.
3        Let me go back to -- let's go back to
4  Page 3, if you will, and we'll make our way back to
5  the microscopic part.
6        The top part "Circumstances of Death," it
7  says "Initial Unverified Information."  Do you know
8  where you would have received that?
9    A.  I know where I normally received it.  I
10 don't have, again, individual recollection in this
11 case.
12       It would have been from whatever little
13 paperwork came in there.  Possibly if any records
14 came in, talking to the investigator, talking to the
15 detective involved in the case.
16       And looking at what I have got listed,
17 there is a fairly terse statement, which is typical
18 earlier on in a case.  That's why I said "initial"
19 there.
20   Q.  Did you hear at some point in your
21 investigation -- and I don't know if you'll remember
22 this or not -- that, in fact, the baby had had some
23 respiratory illness that she was taken to the
24 hospital for recently?
25       MS. SCHRINER:  Form.

Page 83

1        THE WITNESS:  No.  I didn't -- again,
2  Swope's deposition made the comment about it.  I
3  don't --
4        That actually was about three months prior
5  to that, that the child had some respiratory issues.
6  BY MS. COHEN:
7    Q.  Right.
8    A.  But I have no individual recollection of
9  that one way or the other.
10   Q.  Let's see.  I'm jumping around the page a
11 little bit.
12       It says she was found on her side although
13 she had been placed on her back to sleep.  I take it
14 you don't remember exactly who the source was for
15 that?
16   A.  No.
17   Q.  And "Preliminary Examination" -- skip
18 that.
19       "Recent Injuries," the blue contusion on
20 the left forehead.
21   A.  What about it?
22   Q.  Did you ever determine what the source or
23 cause of that was?
24   A.  It's a blunt injury.  I don't know what
25 it's from.

Page 84

1    Q.  So there was a lot of discussion,
2  obviously, you probably saw, about lividity and
3  rigidity and -- and so forth.
4        Is that something you would have looked
5  for in your examination when you were doing it?
6    A.  No.  The time to look at that, if it has
7  any significance, is at the scene investigation.  At
8  the autopsy, days later, hours later, it has -- if
9  it has any meaning, it's probably misleading.  It's
10 at the scene that would be relevant to that.
11   Q.  One second.
12       (Pause in proceedings.)
13 BY MS. COHEN:
14   Q.  Okay.  The "External Examination" of the
15 body, did you see anything abnormal in terms of
16 height and weight, or the measurements there,
17 Doctor?
18   A.  No.  I would have to go back to the
19 textbook to see the exact thing; but, for example,
20 the head circumference is appropriate for an
21 8-month-old.
22   Q.  Okay.  And I think the 5690 translates to
23 roughly 12.5 pounds.  Is that -- you know, is that a
24 normal weight for a 6-month-old baby -- I mean, for
25 an 8-month-old baby?

Page 85

1    A.  I think it's within the normal range.
2  Again, I would have to go back to the charts to
3  match it.
4        And I'll take your word to what it
5  converts to in English.
6    Q.  Okay.  It looks like -- looking at the --
7  Dr. Cleary -- I can just ask you to assume that at
8  the six-month checkup her weight was 14.9 pounds,
9  and then at least on autopsy, if we convert this to
10 12.5 pounds, it looks less when you --
11       Do you have any -- do you see any sign of
12 malnutrition or anything about -- or anything you
13 thought was concerning about weight loss?
14   A.  No.  I don't see that.  The child's fat
15 pad, down under "Body Walls and Cavities" was
16 1 centimeter, so that's normal.  I didn't see any
17 loss.
18       And as I said, on Page 3 of 6 of the
19 autopsy report, which is Page -004 --
20   Q.  Right.
21   A.  -- I commented that the gastrointestinal
22 tract had evidence of at least some food in it, so
23 there is nothing to suggest starvation.
24   Q.  Okay.  You didn't see any -- any
25 explanation for why the baby would have lost, let's

22 (Pages 82 - 85)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 86

1   see, 2.4 pounds?
2          MS. SCHRINER:  Form.
3          THE WITNESS:  No.  To be quite honest,
4   most likely thing is one of our scales is wrong.
5   Either theirs or ours.
6   BY MS. COHEN:
7      Q.  Okay.  Fair enough.
8          The next -- down on "External
9   Examination," it says that [as read]:
10         "The abdomen is not distended and
11         shows no trauma or scars.  Patchy green
12         discoloration is seen."
13         What is -- does that -- is that referring
14  to?
15     A.  It means by the time the autopsy is being
16  done, the child is showing early signs of
17  decomposition.
18     Q.  Okay.  It did not appear to be any kind of
19  bruising, or something like that?  It was -- it was
20  literally due to death already at that point?
21     A.  It -- it is not bruising, no.
22     Q.  Okay.  Let's go to the "Internal
23  Examination" part.  And I want to jump to the
24  "Cardiovascular System" section due, Page 4 -- it's
25  actually Page 3 of your report, Page 4 of the Bates

Page 87

1   number.
2          And -- and again, you may have said this
3   already but in -- in your typical standard autopsy
4   of a baby, what is the number of slides you would do
5   of of the cardiovascular system?
6      A.  If I had no suspicions of anything or no
7   findings I could see abnormal with my naked eye, at
8   least two sections, which is what I believe I did in
9   this case.
10     Q.  And if you think there is something going
11  on with the cardiovascular system or you are
12  suspicious of a cardiac component that may -- may be
13  related, what would you then do differently?
14     A.  I might take a lot more random sections or
15  I might take some sections directed to where I see
16  the abnormality.
17     Q.  Okay.  And here we are looking at, on
18  Page 4, the cardiovascular system, which is the
19  gross assessment by your evaluation; is that
20  correct?
21     A.  Yes, ma'am.
22     Q.  All right.  So let's look at this section
23  for a little bit.  You say that [as read]:  "The
24  heart is 33 grams."
25         Is that a standard weight for a baby heart

Page 88

1   at this age?
2      A.  I would have to look it up again to -- to
3   see it.  But the heart did not look -- I would have
4   made a comment if I thought the heart looked grossly
5   too small or grossly too big.
6      Q.  Okay.  [As read]:
7          "The myocardium being red brown,
8          normal texture, and uniform."
9          I take it that -- that you thought it
10  looked normal?
11     A.  Yes, ma'am.
12     Q.  And then you say -- let me go on to the
13  part I want to focus on.  [As read]:
14         "The coronary sinus ostium is
15         partially obscured by a crescent-shaped
16         thin translucent valve."
17         What is the coronary sinus ostium?
18     A.  Ostium [phonetic emphasis].
19         The coronary --
20     Q.  Ostium [phonetic emphasis].  Thank you.
21     A.  -- sinus ostium is a vein that drains
22  blood back from the circulation in the heart itself,
23  the coronary artery circulation.  It's the vein that
24  drains it back.
25         It lies between -- it lies in the right

Page 89

1   atrium just at the border between the atrium and the
2   right ventricle.
3      Q.  Okay.  And again, this -- this area, you
4   note a crescent-shaped thin translucent valve.  Is
5   that a normal finding?
6      A.  Yes.  It's one of various normal findings
7   there.
8      Q.  Does it indicate that there is some kind
9   of a hole or defect in the heart at that point?
10     A.  No, it does not.
11     Q.  And then it says [as read]:
12         "The foramen"...
13         Is it "ovale" [phonetic emphasis]?
14     A.  Ovale [phonetic emphasis], yeah.
15     Q.  [As read]:
16         "The foramen ovale is probe-patent."
17         What does that mean?
18     A.  It's the finding that you'll see in
19  somewhere between one-third and one-fourth of all
20  people.
21         It means that the foramen ovale, which is
22  open when you are a fetus, is closed, but it's only
23  closed by a flap.  It hasn't completely scarred
24  itself down and sealed itself down.  It's a very
25  common finding.

23 (Pages 86 - 89)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 90

1    It's usually not relevant unless people
2  have blood clots or if it's a really big, wide-open
3  hole, which this is not, where you can get pulmonary
4  hypertension and things of that nature and other --
5  other problems.
6        It -- this is basically still just a
7  normal finding.
8      Q.  What it means is that -- was an instrument
9  probing -- that is the probe-patent you were able to
10  find a defect that you didn't see by the naked eye;
11  is that correct?
12      A.  It's just the classic way of describing
13  it.  The two flaps push against each other and are
14  functionally closed.
15        But if you pass a thin probe, you can
16  actually get to a chamber on the other side, which
17  normally doesn't communicate.  It's a normal
18  finding.
19      Q.  And before I move on, the -- the coronary
20  sinus ostium being partially obscured, that is --
21  that is not a normal finding, is it, the obstruction
22  or the obscuring?
23      A.  Yes, it is, ma'am.  It just means that
24  instead of having a full valve or no valve at all,
25  this one happens to have a partial valve.  It's just

Page 91

1  along the spectrum of normal findings.
2      Q.  Have you ever seen abnormality findings
3  that is the -- the valve that you note there in that
4  location -- let me -- let me start again.
5        Have you ever concluded that -- or, seen a
6  situation where you -- where the valve that actually
7  was causative in terms of cause of death of that
8  type?
9      A.  Are we talking about a coronary sinus
10  ostium valve?
11      Q.  Yes.  Yes.
12      A.  Not directly and not in pediatrics at all.
13  Not directly.
14        It could be a congenital abnormality.  If
15  it is, I have never seen one.  The only time I have
16  seen things that are relevant to that is when it
17  has, like, endocarditis from a drug abuser on it.
18      Q.  And what about the other finding here that
19  I said we -- we talked about this, the foramen
20  ovale, if I am saying that right, being probe
21  patent.
22        Have you ever seen that --
23      A.  I don't --
24      Q.  -- as a cause -- yeah?
25      A.  The foramen ovale as being probe patent is

Page 92

1  not -- will not be a significant pathological
2  finding under circumstances.
3        If the foramen ovale is an atrial septal
4  defect -- a really big hole -- then yes, it can
5  cause problems.  But this is not the case here.
6      Q.  And you said, when can it cause problems?
7        If it's a -- if it's a bigger hole, you
8  said?
9      A.  If it's actual functional hole between the
10  chambers that causes the blood to mix.
11        This does not do that.  This is, again,
12  normal.
13      Q.  Again, is this something that is formed at
14  birth -- or the congenital findings that closes over
15  time?
16        Is that what you are talking about,
17  Doctor?
18      A.  In most people, it actually closes shut
19  and the tissues grow together, and there's no hole
20  at all.  In, like I said, a quarter to a third of
21  people, usually a quarter is what I see personally,
22  you can see a probe pass between them.  It's a
23  normal finding.  `
24      Q.  You expect that -- to find that -- that
25  hole, if you will, to close up over time as if she

Page 93

1  lived and continued to grow?
2      A.  No.  It didn't have to.  I have
3  90-year-olds that have patent foramen ovale.  It's a
4  normal finding.
5      Q.  Had you ever consulted in any autopsies
6  with -- with either a -- I may have asked you this
7  before -- a pediatric cardiologist or cardiac
8  pathologist about specific findings?
9        I'm not suggesting that this is a
10  situation where you needed to do that.  But if
11  there's something unusual, do you sometimes call in
12  cardio- -- you know, cardiac experts?
13      A.  I don't call them in.  I go up to them.
14        Usually, over the years, I have gone to
15  UCSF for Dr. Ursell, who is now retired, and now
16  it's Dr. Connolly.
17        If I found something that I wasn't sure of
18  or there was something weird or I just didn't know,
19  I would go bring it up to them.
20      Q.  The "Pulmonary System" -- let's look at
21  that for a moment, if -- if we can.
22        You note that -- that the -- you said [as
23  read]:
24        "The lungs were red, poorly aerated,
25        normal texture, uniform with smooth

24 (Pages 90 - 93)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 94

1    glistening surfaces."
2       What does "poorly aerated" mean?
3    A.  It means that the lungs weren't expanded
4  like a balloon; that all the little air sacs were
5  filled up.  It is an extremely common finding in the
6  postmortem state, period.
7    Q.  But it's -- it's also an abnormal finding,
8  correct?
9    A.  No.  I mean, death is abnormal; therefore,
10 everything is abnormal to some extent.  It's a
11 common, typical finding in a dead adult or child.
12    Q.  The -- flip on the -- well, let's talk
13 about the pulmonary histology page, which is 6.
14       While we're looking at that -- and it
15 says, on comparing the lungs, the gross versus
16 histology or microscopic [as read]:
17       "Sections show intact very
18          congested, poorly aerated parenchyma
19          and no acute significant inflammatory
20          infiltrates.  Scattered small lymphoid
21          aggregates are seen in the
22          interstitium."
23       Is that consistent with the gross findings
24 that we just looked at?
25    A.  In general, yes.  Obviously, I didn't see

Page 95

1  the scattered small lymphoid aggregate with my naked
2  eye, but those are nonspecific findings that do not
3  exclude SIDS.  They don't mean anything.  They are
4  just, again, I saw it so I described it.
5    Q.  And going back to Page 2 where you had
6  "Diagnoses and Significant Findings," "pulmonary
7  congestion" that sort of correlates with the gross
8  description you had as well as the microscopic
9  histology part?
10    A.  Yes, ma'am.
11    Q.  The congestion and poorly aerated
12 parenchyma -- and I know you say that could be a
13 postmortem finding.
14       Is that -- is that what you said, it could
15 be a postmortem finding?
16    A.  Yes, ma'am.  It is a common postmortem
17 finding.
18    Q.  It also could be a precondition -- a
19 preexisting condition that is some kind of
20 respiratory or lung -- lung issue, correct?
21    A.  Under other circumstances, it could be.
22 But there's nothing to support that.
23    Q.  In other words, it's basically a sign of
24 lung congestion or edema?
25    A.  You broke up again.

Page 96

1    Q.  I'm sorry.
2       It's a sign of -- it's a sign of lung
3  congestion or edema?
4    A.  Congestion.  I don't think I mentioned
5  edema.
6    Q.  You agree that the findings -- that is,
7  the poorly aerated parenchyma and the lymphoid
8  aggregates -- can be seen in -- by being caused by
9  environmental contaminants?
10    A.  They are nonspecific findings.  I can't
11 comment one way or the other whether they are caused
12 by environmental contaminants.
13       There -- I see them all the time.  I see
14 them in cases every other day.
15    Q.  In terms of secondhand smoke, for example,
16 that could result in some of these findings; that
17 is, the parenchyma -- poorly aerated parenchyma, as
18 well as the lymphoid aggregates?
19    A.  No.  They are nonspecific findings.  If I
20 was looking for secondhand smoke, I would be looking
21 for inflammatory responses in the airways.
22    Q.  And I may have asked this before.
23       Do you know how many slides or how many
24 samples you did of the lungs?
25    A.  No.  Obviously, if you have the slides,

Page 97

1  you can see them.  But I would typically take at
2  least one section from each lobe of the lungs.  So
3  usually at least five.
4    Q.  The sections of the heart that you did
5  look at -- and, again, I guess we just looked at the
6  cardiovascular growth.
7       Let's flip to the -- let's see, back to 6
8  on the heart.  Just, again, to correlate.
9       It says [as read]:
10       "Sections of left and right
11          ventricle show intact biocytes and no
12          significant inflammatory infiltrates.
13          Endocar- -- endocardial and epicardial
14          surfaces and vessels are unremarkable."
15       Again, you took from the left and right
16 ventricle only, correct?
17    A.  Yes, ma'am.
18    Q.  Does that mean that you did not sample or
19 do any slides or histology from the conduction
20 system?
21    A.  No, ma'am.  I didn't take a conduction
22 system, no.
23    Q.  Okay.
24    A.  I may have saved it in the jar, but I saw
25 no reason to submit it.

25 (Pages 94 - 97)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 98

1      Q.  So, in other words, you did not sample or
2    analyze any part of the heart conduction system.  Is
3    that fair?
4      A.  Not under the microscope, no, ma'am.
5      Q.  Okay.  So what I said was true?
6      A.  Yes, except that I may have saved it, but
7    I didn't submit it.
8      Q.  Okay.  So it may still exist there in
9    terms of tissue sampling, you are saying?
10      A.  Right.  If they still save the tissues
11    from 2014.  I have no idea.
12      Q.  On the "Histology" page, looking at 6, is
13    there anything else that you think, you know, gives
14    you any clues or added information about cause of
15    death now that you have had a chance to look at it
16    again?
17      A.  Nothing specific.  It's a normal appearing
18    histology on a child.  Nothing to suggest
19    infections.  Nothing to suggest chronic stress.
20    Nothing to suggest malnutrition or some other
21    chronic condition.
22            Nothing to suggest inborn errors of
23    metabolism.  Nothing to suggest infections, if I
24    didn't already say that.  Maybe I am repeating
25    myself.  But normal.

Page 99

1      Q.  Is there any sign of any crinosity in your
2    opinion, as you use that term, in the "Histology"
3    section of what you did sample?
4      A.  No, ma'am.
5      Q.  The -- chiming back, I'm sorry to do this,
6    to Page 4, which, again, more of the gross, did you
7    see anything that you saw to be abnormal and
8    anything else that you saw as abnormal on Page 4 in
9    the gross evaluation?
10      A.  No, ma'am.
11      Q.  Would you agree that having smaller
12    airways or airways with the infiltrates is, again, a
13    risk factor for SIDS or SUID?
14      A.  I'm sorry.  You'll have to repeat that.
15    You broke up at just the beginning.
16      Q.  Yes.
17        Do you agree that, again, having a small
18    airway that is restricted due to infiltrates is --
19    makes the airway more reactive and more susceptible
20    to SIDS or SUID, again, as a risk factor?
21        MS. SCHRINER:  Form.
22        THE WITNESS:  Well, actually, the question
23    doesn't make any sense to me.
24        Irritants may make the airway smaller from
25    infiltration, but there was no evidence the airways

Page 100

1    were smaller here.
2    BY MS. COHEN:
3      Q.  Okay.  Have ever you heard of
4    Dr. Bajanowski?  He's an author who -- who has
5    written about SIDS autopsies.  Have you ever studied
6    his writings or anything?
7      A.  I don't remember that name particularly.
8    But I've got a lot of SIDS papers in various
9    locations.  But, no, that name doesn't ring a bell.
10      Q.  Did you look for any recurring signs of
11    apnea in your analysis, whether it be gross or
12    microscopic?
13      A.  Well, you can't see recurring signs of
14    apnea.  I mean, you can see situations that might
15    lead to apnea, like small jaws, over excised tongue,
16    things of that nature that are mechanical.
17        You can see microscopically sometimes like
18    Dr. Kinney looks for gliosis in the brainstem.  But
19    that is highly variable and very, very -- it's the
20    kind of thing where you have to literally section
21    the entire brainstem to find one little area.
22        But, no, I didn't see any signs like that.
23      Q.  Since you did not specifically study or
24    analyze the slides on the cardiac conduction system
25    or any abnormalities, do you agree that you cannot

Page 101

1    rule out any cardiac conduction system abnormalities
2    as a potential cause or contributing factor of the
3    death?
4      A.  I can't rule that an elephant fell on the
5    child either, but that doesn't make any sense to me.
6        There is nothing to suggest anything
7    abnormal there like a dilated heart or anything
8    else.  There were no gross abnormalities in the
9    region and conduction system.  And that's all I can
10    say.
11      Q.  And I guess your answer is you didn't see
12    any reason to study the cardiac conduction system
13    for abnormalities?
14      A.  I had no positive indications or reason to
15    study it, yes, ma'am.
16        MS. SCHRINER:  Form to the prior question.
17    BY MS. COHEN:
18      Q.  You are aware that fatal cardiac
19    arrhythmias from the cardiac conduction system can
20    result in sudden death of an infant?
21      A.  I got "fatal cardiac arrhythmias," and the
22    rest is lost.
23      Q.  Sorry.
24        Are you aware that fatal cardiac
25    arrhythmias can present as sudden death of an infant

26 (Pages 98 - 101)

Michael Ferenc , MD                                  August 12, 2020
In Re: Fisher-Price/Mattel

Page 102

1  from cardiac conduction abnormalities?
2      A.  Well, conduction -- there are conduction
3  system abnormalities which can cause death in adults
4  or in children, which can only be studied with
5  genetic studies that have only come out in the past
6  few years.
7          And if you have any indication of that,
8  that's where the SIDS forms should ask questions
9  about, "Are there any family members that have had
10  sudden unexplained deaths, particularly deaths while
11  exercising or deaths while swimming," things of this
12  nature.
13          That's actually the only way that I
14  remember back in 2014 that you could probably pick
15  that out besides some research tests -- I forget.
16  It's some place like University of Minnesota.
17  Someplace like that.
18          I'm not sure if that's the exact place.
19  But, yes, you can never absolutely rule out cardiac
20  conduction death in almost any case.
21      Q.  If we look at Page -- Page 5 just briefly,
22  Doctor.
23      A.  [Witness complies].
24      Q.  We have -- you know, we talked about this
25  briefly, but the "Head and Central Nervous System"

Page 103

1  and then we have on Page 6 the gross.  And then we
2  have the histology or microscopic.
3          I assume you do not believe there were any
4  abnormal findings, either gross or microscopically,
5  in terms of the head and central nervous system?
6      A.  That is correct.  Yes, ma'am.  I do not
7  find any abnormalities exhibited.
8      Q.  And are you able to rule out -- or, again,
9  is this something that you consider that an
10  epileptic seizure in a baby -- is that something
11  that you ever considered in your autopsies?
12      A.  Yes.  It's something I consider.  But,
13  again, there should be some kind of history.  And if
14  there's not a history, there should be some kind of
15  inciting event.  Such as, like, a high fever,
16  febrile seizures, which are called "provoked
17  seizures."
18          As far as unprovoked seizures, that is
19  always a possibility, but even today 40 to
20  60 percent of brain examinations in unprovoked
21  seizures, which means seizures without, like, a car
22  accident before, without getting drunk, without
23  having an infection, you don't find anything.
24      Q.  You wouldn't find any, as you say,
25  footprints of a seizure in most instances in looking

Page 104

1  at either microscopic or the gross view of the
2  brain?  Is that what you are saying?
3      A.  Yes, ma'am.
4      Q.  How about reflux?  How do you test if a
5  baby, you know, in an autopsy has reflux?  What are
6  the signs of that on autopsy, either grossly or
7  microscopically?
8      A.  Well, if you have reflux, then the next
9  question should be, "How would reflux kill the poor
10  child," and that would be through blocking the
11  airways, which there was no comment that anything
12  was like with the posture in CPR; or that the
13  blockage has gone down further into the lungs.
14          And then you would look inside the lungs
15  for airways, which are perfectly normal here, deep
16  in the lungs.  And there is nothing like food
17  blocking it.
18          And then microscopically, you look to see
19  if there's anything you missed.
20          And also, if there was anything to suggest
21  that there was chronic damage to the lungs because
22  people were aspirating.
23          An example would be like a Downs Syndrome
24  child can chronically aspirate and the lungs can get
25  damaged over the years.  Things of that nature.  And

Page 105

1  there was no such finding here.
2      Q.  You agree that -- again, in other words,
3  those findings -- you do agree that reflux is one of
4  those conditions that is known to increase -- or, be
5  a risk factor for SIDS or SUID?
6          MS. SCHRINER:  Form.
7          THE WITNESS:  No.  Actually, I didn't know
8  that.  But I don't doubt you.  That is fine.
9  BY MS. COHEN:
10      Q.  Now, the one thing I alluded to before and
11  I just want to make clear.
12          So the -- obviously the -- we're in June
13  of 2014 when this unfortunate death happened, and
14  then your examination.
15          I did find in my record that -- that
16  Baby Olson was taken to the emergency department.
17  It looks like it was April 21st.  So a couple months
18  before.
19          And it was actually in the emergency
20  department in the hospital, Thunderbird, for upper
21  respiratory infection, viral syndrome -- well,
22  actually, this is a diagnosis.  Upper respiratory
23  infection, viral syndrome, bronchiolitis.
24          Did you see any evidence of those when you
25  were, again, examining, either grossly or

27 (Pages 102 - 105)

Michael Ferenc , MD                                August 12, 2020
In Re: Fisher-Price/Mattel

Page 106

1  microscopically?
2      A.  No, I did not.
3      Q.  Had you known that there was a somewhat
4  recent visit -- I think this was probably from the
5  even more recent, as you said, had you known that at
6  the time, would you have done anything differently,
7  done additional testing, or slides; or would that
8  have impacted what you did in any way?
9          MS. SCHRINER:  Form.
10         THE WITNESS:  Not really because we did
11  those things.  We looked to see if there were
12  laboratory evidence of viral infections.
13         And microscopically, again, looked for
14  viral infections.
15         I'm sorry.  I'm having to literally --
16         (Simultaneously speaking.)
17  BY MS. COHEN:
18     Q.  No problem --
19     A.  -- plug out my laptop.  I'm trying to get
20  it charge.
21     Q.  No problem.  Take your time.
22     A.  I don't know if it is charging.  I'm going
23  to drop the light a little.  Hopefully that doesn't
24  effect things too much.
25         Please go ahead.

Page 107

1      Q.  While you do that, just one moment.  Let
2  me find something.  And then I'll -- we don't have
3  to go off the record, though.
4          Did you ever speak with the parents,
5  Doctor?
6      A.  In this case, I doubt it very much because
7  in Arizona I tended not, too.  It's not part of the
8  routine.  In other jurisdictions, it was actually
9  routine.
10     Q.  So you don't have any specific
11  recollection here of talking to the parents or any
12  family members, I take it?
13     A.  That is correct.
14     Q.  Other than talking to the Detective Reyes,
15  who was at the autopsy, and maybe
16  Investigator Swope, would you have had any
17  discussions with anybody else specifically about
18  this case?
19     A.  Not that I am aware of.
20         And I just lost the screen.  So I got to
21  see if I am losing the battery.
22     Q.  Do you want us to take a moment and go off
23  the record for a minute?
24     A.  Well, I have lost my picture altogether.
25     Q.  We have -- why don't we go off the record

Page 108

1  for just a moment, and then you can fix that?
2          MS. COHEN:  And then maybe our court
3  reporter and videographer want to take a break.
4  That's fine, too.  I know we have been going two
5  hours and probably making you guys crazy.
6          THE WITNESS:  I can hear you.  I can't see
7  you anymore.  I think my computer has actually shut
8  down for lack of power.
9          THE REPORTER:  Okay.  So off the record?
10         MS. COHEN:  Okay.  We're going to go off
11  the record and let you deal with that for a minute.
12         THE VIDEOGRAPHER:  All right.  We're going
13  off the record.  The time is 12:11 p.m. [verbatim].
14         (Brief recess.)
15         THE VIDEOGRAPHER:  We're going on the
16  record.  The time is 2:17 p.m.
17  BY MS. COHEN:
18     Q.  Can you hear us okay, Doctor?
19     A.  Yes, I can.  Thank you.
20     Q.  Great.  Glad we have you back on the
21  video.
22         Page 7 of your report, if you can look at
23  that real quick.
24     A.  [Witness complies].
25         Yes.

Page 109

1      Q.  The x-rays, the full body x-rays, is that
2  something that you would review or -- or take or
3  what role do they play in your analysis?
4      A.  They are just part of the routine complete
5  examination of a baby where you look to see if --
6  for example, if there was a child-abuse case, you
7  might look for a growth retardation or subtle
8  fracture that you might miss with the naked eye.
9  Things like that.
10     Q.  Let's turn to Page -- I'm flipping through
11  you -- the ME files.  Turn to Page 13, if we can.
12     A.  [Witness complies].
13         Yes.
14     Q.  The "Inventory of Personal Property."  And
15  we know from Investigator Swope that -- I guess he
16  brought the body back and the personal belongings.
17         And you -- you didn't take any inventory
18  here or would you have actually -- like, when it
19  says [as read]:  "White baby blanket," would you
20  have seen the white baby blanket?
21     A.  Probably.  But the best way would be to
22  check the photographs.
23     Q.  It says here -- we can get to that.
24         You said there [as read]:  "Release By:
25  Dr. Ferenc?"

28 (Pages 106 - 109)

Michael Ferenc , MD                                                August 12, 2020
In Re: Fisher-Price/Mattel

Page 110

1    I am just wondering, are you typing this
2  in terms of inventory, or is this already typed in
3  there?
4    A.  No.  It's typed in by the technician.
5    Q.  I just want to go back to -- before we
6  move on, in terms of the respiratory issues that we
7  talked about, one of the things that we have in
8  police department records, which I'll -- I can show
9  you if we need to, but to keep things moving, it
10 says that -- again, in addition to ED report, it
11 mentions that [as read]:
12       "The baby had a rapid breathing in
13       the past, over two to three months ago.
14       I believe she had a heart murmur when
15       she was born.  I believe it was due to
16       a valve in the heart taking longer than
17       normal to close."
18       Is that anything inconsistent with your
19 findings?
20       MS. SCHRINER:  Form.  Foundation.
21       MS. COHEN:  Let me break that up
22 between -- that was a sentence I read, but let me
23 break it up.
24 BY MS. COHEN:
25    Q.  In the terms of the heart, the heart

Page 111

1  murmur when she was born due to a valve in her heart
2  taking longer than normal to close, that was what
3  you saw there, Doctor?
4    A.  No, I didn't --
5       MS. SCHRINER:  Objection.  Form.
6       THE WITNESS:  -- see anything to suggest
7  that the valve was abnormal or not closing properly.
8  The valves are normally formed.
9       I didn't see any of the sequela that you
10 might see from a valve abnormally closing which are
11 rub marks or scarring marks on the endocardium.
12       And I was unaware other than from Swope's
13 deposition about the murmur.  At least I don't
14 remember it.  That's -- that's actually the more
15 correct answer.  Because I could have known.  I have
16 no idea.
17       But finding murmurs in babies or children
18 that are nonfunctional is very common.
19       As an example, right in front of you is
20 me.  I have had a murmur since I was a little baby,
21 and they have done echos and everything else.
22 Nothing there.
23 BY MS. COHEN:
24    Q.  So, again, the -- I'm looking -- I think
25 this is from Dr. Reyes' [verbatim] report -- police

Page 112

1  report.
2       This point in here about a valve in her
3  heart taking longer than normal to close, that is
4  not something that you identified, is what you are
5  saying?
6       MS. SCHRINER:  Form.  Foundation.
7       THE WITNESS:  That is correct.
8  BY MS. COHEN:
9    Q.  Okay.  On Page -- I'm looking again at the
10 Tempe Police Department.
11       MS. COHEN:  I'll state for the record this
12 is Page 20 of those records.
13 BY MS. COHEN:
14    Q.  But I'll read it to you, Doctor, just to
15 keep things moving.
16       It says [as read]:
17       "When go -- when go -- when she had
18       fluids on her lung, was not breathing,
19       monitored for three days in the
20       hospital ICU, had constant raspy
21       cough."
22       Again, is that something that you were
23 aware of when you did the autopsy?
24    A.  I don't know.
25       MS. SCHRINER:  Form.  Foundation.

Page 113

1       THE WITNESS:  I don't know.  And there was
2  no findings consistent with that as being some kind
3  of chronic situation.
4  BY MS. COHEN:
5    Q.  What would you -- if you saw this -- if it
6  was a chronic situation, this raspy breathing,
7  chronic respiratory issues, what would you expect to
8  see on your autopsy, either gross or microscopic, if
9  you could tell us that?
10       MS. SCHRINER:  Form.  Foundation.
11       THE WITNESS:  I -- I might see damage to
12 the lungs such as scarring.  I might see narrowing
13 of the airways.  I might see discoloration of the
14 airways.  I -- and I have seen these things before.
15 I might see membranes on the airways or in the
16 lungs.  Things of that nature.
17       But I saw nothing that was abnormal of any
18 significance.
19 BY MS. COHEN:
20    Q.  I take it before today -- we'll obviously
21 look at some of the photos, which you have --
22       You've looked only at the report.  You
23 haven't gone back and looked at any of the
24 photographs or autopsy photos since 2014; is that
25 correct?

29 (Pages 110 - 113)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

1    A.  I don't have any unless they are in this
2    folder you gave me.
3       Q.  Yes.  You're right.
4       And I didn't -- I'm just checking to make
5    sure you haven't seen them from the office or called
6    them, you know, or received them, or anything like
7    that.
8       A.  I have not called the office in years.
9    No, I have not.
10      Q.  Thank you.
11      And if, again, this -- hypothetically, if
12   what he said in the police report about the heart
13   not, you know, having an opening that was never --
14   was not closed properly or didn't -- didn't form
15   properly, what would you expect to see at autopsy,
16   microscopically or grossly, and where in the heart
17   would you see that?
18      MS. SCHRINER:  Form.
19      THE WITNESS:  It would --
20      MS. SCHRINER:  Foundation.
21      THE WITNESS:  It would be primarily gross
22   findings.  It would be abnormalities of the heart
23   valves themselves.  It would be -- even though it's
24   an eight-month-old, it might be abnormal thickening
25   of the heart valve.  It might be abnormal thickening

1    on the surface inside the chambers of the heart or
2    the blood might be squirting in the wrong place.  It
3    might be dilatation of one of the chambers of the
4    heart.  It might be reactive hypertrophy; that is
5    thickening of other parts of the heart.
6       None of those findings were there.
7    BY MS. COHEN:
8       Q.  You say that -- I may have misheard you
9    say the "south" -- the "south part of the heart,"
10   did you say?  Was that the word?
11      A.  "South part"?  I don't understand that.
12      Q.  Okay.  I thought -- I must have misheard.
13      Location-wise, where would you expect to
14   see those findings?
15      A.  Well, it depends on which valve is
16   involved.  But as I said, it would be related to the
17   surface of the heart; to the valve itself; to the
18   heart's reaction to that, which might be dilatation,
19   might be thickening; various areas like that.  And
20   there the was nothing there.
21      Q.  Okay.  I think the word I heard was -- it
22   was "surface," you said.  I apologize.
23      A.  Oh, the -- when -- when it's more likely
24   to be in an adult.  But if a heart valve isn't
25   closing right, a little jet of blood shoots out and

1    will hit the wall of the chamber it is jetting into.
2       And more likely in an adult than a kid
3    because it takes awhile to do this, you'll see
4    little white fibrous areas on the surface where it
5    is basically getting kicked by the spurt of blood
6    every time, and it reacts to it.  It forms a little
7    thickening.  There's nothing like that.
8       Q.  In the -- and -- and I know we talked
9    about this before that.
10      The date on the autopsy -- I guess it was
11   a two-month period while you are getting test
12   results back and such, did you -- would you have had
13   communications with Detective Reyes or the police
14   department during that two-month period?
15      I mean, would that -- would you have
16   ongoing communications before you signed off on the
17   final report?
18      A.  I might have.  But I have no recollection
19   of it.  And it is extremely common in cases like
20   this where there is no significant findings that I
21   wouldn't.
22      Q.  Did you ever learn, again, until -- until
23   now, as part of this lawsuit, that there was found
24   in the dad's apartment and -- and confiscated by the
25   police, drug paraphernalia; drugs; eight or nine

1    bongs, as they called it; a package of marijuana,
2    that kind of -- did that ever -- did you ever know
3    any of that?
4       MS. SCHRINER:  Form.
5       THE WITNESS:  My same answer:  I don't
6    remember it one way or another.
7    BY MS. COHEN:
8       Q.  Okay.  You did not participate in the
9    reenactment at -- at the -- that the Swope had of
10   the parents.
11      A.  No.
12      Q.  Let's go back on Exhibit 1 here.
13      The "Preliminary Report of Death," which
14   is Pages 17 and 18, which, I think, again, is
15   Investigator Swope, he told us.  I think it -- this
16   appears in a couple of times in the -- in the actual
17   ME file.
18      Would you have participated in preparing
19   any part of this?  Or, again, was it something
20   prepared by Swope?
21      A.  It likely was simply created by him.  He
22   might have added some information that I -- that I
23   gave him afterwards because I haven't read this
24   before.
25      Q.  Okay.

30 (Pages 114 - 117)

Michael Ferenc , MD
August 12, 2020
In Re: Fisher-Price/Mattel

1    A.  No.  It doesn't look like -- it doesn't
2   look like it.  It looks like it's all him.  And I
3   don't even know when it was generated.
4        I probably would have seen the front page,
5   which is 17, at the time then.  But I'm not sure if
6   it would have been fully filled out.  Again, I just
7   don't know.
8    Q.  Is this a form that you use, or is this
9   always the investigator's form?
10   A.  It's the investigator's form.  But it's a
11  form that I know, in past, I would frequently review
12  before I'd start the autopsy.
13       But, again, I have no individual
14  recollection of it in this case.
15   Q.  Fair enough.
16       Now, on Page 18, one of the things you may
17  have seen us -- us talk about.  Let's see.  This and
18  Mr. Swope's deposition, too.
19       There's a section on the right -- top
20  right talking about Ri- -- Rigor Consistent, [as
21  read]:
22       "Rigor and Livor Consistent."
23       Do you see that that part?
24   A.  Uh --
25   Q.  Up in the top.

1    A.  Where are --
2    Q.  Yeah, It's under -- it's next to the --
3   next to the figures on the left, about knee level.
4   Page 18.
5    A.  Ah.  I found "Livor and Rigor."  Yes.
6    Q.  Is says [as read]:  "Consistent."  And it
7   says [as read]:
8        "No. (If no, explain below)."
9        And I know that Mr. Swope said in his
10  deposition he -- he missed that, or he didn't fill
11  it out.
12       Do you have any opinion about the Rigor or
13  Livor location, and what was meant by them?
14   A.  Well, it was hard to follow from -- from
15  what was in the deposition.  Just that people kept
16  talking about rigor mortis in the -- in the jaw and
17  lividity.
18       And then, I think, somebody was trying to
19  talk about what term you would use for the pallor,
20  and the phrase I use is "blanching."  I forget what
21  they used in the deposition.
22       But I didn't quite follow what they were
23  trying to get at.
24   Q.  Well, let me ask this question.
25       Do you know what -- do you have a rule of

1   thumb or a time frame to -- by which you
2   would use --
3    A.  You are breaking up.
4    Q.  Would you have a time frame that you use,
5   you know, to say it by -- it would take "X" hours to
6   see signs of livor, or rigor, or rigor mortis?
7        Do you have any rules of thumb on that?
8        MS. SCHRINER:  Form.
9        THE WITNESS:  Well, one -- one could have
10  rules of thumb, but they really depend upon the
11  scene circumstances, the temperature, what is
12  happening, whether somebody tried CPR or whether
13  they didn't.
14       I mean, rigor mortis -- or rigor mortis
15  [phonetic emphasis], whichever way you want to
16  pronounce it -- is stiffening of the muscles because
17  acid collects up and causes the muscle fiber
18  proteins to lock together.
19       So it's not contraction.  It's actually
20  just whatever position they are in and it gets -- it
21  gets stiffness.  And that can happen after just a
22  relatively brief period of time, hours.
23       I noticed in the depo they were talking
24  about it in the jaw.  It's not that it occurs first
25  in the jaw.  It's that you can detect it first in

1   the jaw because the muscles are so short.  It's
2   happening everywhere on the body.
3        And then lividity is just blood settling
4   to wherever gravity pulls it; like the sands in an
5   hour glass.  And that starts at -- again, if you are
6   really astute and the person is light-skinned
7   enough, you can see it within an hour or so after
8   death.  That kind of thing.
9   BY MS. COHEN:
10   Q.  Yeah, I think Mr. Swope said in his
11  deposition that there was no jaw rigidity that he
12  noticed.  So that was --
13   A.  Well, there was -- wasn't there CPR?
14   Q.  Yeah.
15       And -- and I think that was his testimony
16  that there was no jaw rigidity yet so that was --
17   A.  But -- but if somebody is doing CPR, they
18  then break the rigidity in the jaw before you even
19  get a chance to check for it.  So I am not surprised
20  it's not there.
21       Plus it's a baby.  I'm not surprised it's
22  there as well.
23   Q.  And we'll -- we'll perhaps look at the
24  photos in a little bit about the -- about the
25  blanching issue.  I think it was called "voiding" by

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 122

1 somebody, too. I think that was the other word
2 probably you saw.
3        Let's see. On Page 19,
4 Investigative Summary, 19 and 20. These, again,
5 were Mr. Swope's writings as we know. But I want to
6 ask you as a medical examiner, were these things
7 that you would have reviewed at some point?
8      A. They are Mr. Swope's product. And whether
9 I reviewed them or not, I don't remember. If I had
10 access to them, I probably would have.
11      Q. Something you might have reviewed before
12 you did the autopsy potentially?
13      A. No. No they couldn't have been reviewed
14 before the autopsy because they are actually not
15 typed up.
16        Plus, already just scanning the pages,
17 components here that aren't done then, like the doll
18 reenactment. Things like that.
19      Q. The -- let's see. Looking at Mr. Swope's
20 "Investigative Summary" -- and we won't go through
21 it in great detail like I did with him because
22 obviously he wrote it, but it's -- it's on Page 20
23 and, again, this -- this talks about the marijuana,
24 and marijuana paraphernalia, and so forth.
25        Again, I know you said you --

Page 123

1 you either -- either you were aware of it and you
2 don't remember or you weren't aware of it. You just
3 don't -- don't recall which way it is, right?
4      A. Yeah. And I -- I don't put -- I try to be
5 sensitive about not putting too many extra facts
6 that may turn out to be extraneous in my little
7 summary because that becomes a public document, and
8 I don't want it affecting anybody.
9        So unless it's real clear-cut or somehow I
10 find it's important, I don't put it in there.
11        But -- but I'm not answering your
12 question. The correct answer is, yes, I don't know.
13      Q. And then there's -- there's on Page 20 --
14        Again, I know you weren't there at the
15 reenactment, but we know from the notes and also the
16 police file that the mom, Kathleen, seems to be
17 under the impression that the seatbelt was not used
18 when the baby was placed at -- at 0140 hours.
19        I take it the issue of whether the baby
20 was restrained, that the seatbelt was used, and what
21 happened, you would defer to other people on that,
22 and you don't have an opinion on that?
23      MS. SCHRINER: Form. Foundation.
24      THE WITNESS: Well, it would be relevant
25 to me, but I have no recollection one way or another

Page 124

1 about a seatbelt, period.
2 BY MS. COHEN:
3      Q. Sitting here today, you don't have any --
4 any recollection one way or the other about that is
5 what you're saying.
6      A. That is correct.
7      Q. And when it says here that the mom,
8 Kathleen, seemed to be under the impression that the
9 seatbelt was not used, that the baby was placed at
10 0140 hours, you actually have no reason to disagree
11 with -- with that notation from Swope or if that was
12 what Ms. Kathleen said?
13      MS. SCHRINER: Form. Foundation.
14      THE WITNESS: I have no reason to disagree
15 because I have no idea.
16 BY MS. COHEN:
17      Q. Okay. I'm sorry. Just give me one -- one
18 second.
19        (Pause in proceedings.)
20 BY MS. COHEN:
21      Q. Would you have looked at any of the police
22 records, investigative reports, or their photos, or
23 not?
24      A. Very unlikely. Most of the time, as
25 you've noticed, I have been answering, "I have no

Page 125

1 recollection." But it was very, very rare for me to
2 actually see a true police report or police
3 photograph. So the likelihood is extremely
4 unlikely.
5        (Pause in proceedings.)
6 BY MS. COHEN:
7      Q. You probably do have this. Well, let
8 me -- actually, let me -- sorry to get distracted.
9        Let me -- let me finish going through
10 the -- the records before we move this ahead.
11        Oh, and I was going to ask you, Doctor,
12 before I move on...
13        This re- -- this notations of -- I know
14 you've talked about overheating and temperature as
15 being a potential risk factor to SIDS.
16        There's a record in the police department
17 record that says that the thermometer reading taken
18 registered 87 degrees, and there is a reference
19 in -- again, in, I think, the ME records, too, of
20 the temperature.
21        Is that something that you assess and
22 analyze in determining cause of death issue?
23      MS. SCHRINER: Form.
24      THE WITNESS: You cut out right at
25 "degrees," so I assume it -- I assume it's like

32 (Pages 122 - 125)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 126

1  Swope's comment about 81 degrees or something.  Is
2  that what you are talking about?
3  BY MS. COHEN:
4     Q.  Yes.  But also we have in the police file
5  that says -- the police record that says the
6  temperature read 87 degrees.  So, you know, we have
7  some varying temperatures on that.
8        Is that something you considered in
9  analyzing in this case?
10       MS. SCHRINER:  Objection.  Form.
11       THE WITNESS:  I considered it but it's not
12  very important.
13  BY MS. COHEN:
14    Q.  You agree that overheating can -- can be a
15  risk factor for SIDS or SUID?
16       MS. SCHRINER:  Form.  Foundation.
17       THE WITNESS:  Yes.  But it -- but if
18  87 degrees is overheating then everybody in Arizona
19  should be dead by now.
20  BY MS. COHEN:
21    Q.  Was the baby -- You know, from, again,
22  from the information you received, what the baby was
23  wearing when -- when the baby was found, it that
24  significant to you?
25    A.  I don't know exactly what the baby was

Page 127

1  dressed in.  But based upon limited information, I
2  made no comment about it being excessive or unusual.
3     Q.  Okay.  Would you have received the baby
4  exactly as she was dressed at the time she was
5  found?
6     A.  I should have.  But, again, we have to
7  defer to the -- our office's photographs to show
8  that.  There should be some photographs as the baby
9  was brought to the autopsy table.
10    Q.  Yes.  We'll -- we'll cover those in a
11  moment, the autopsy- -- photos there.
12       Let's see.  I'm trying to flip through the
13  rest of this ME file to make sure we finish this.
14  I'll have you move on to Page 54 now.  I'm trying to
15  see if there is any more references to you, Doctor.
16    A.  54?
17    Q.  Oh.  54, yeah.  So it's Exhibit 1.
18    A.  Okay.
19    Q.  And if you -- let's go to 58.  Do you see
20  that one at the bottom?
21    A.  Yeah.
22    Q.  Yeah.
23    A.  Yes, ma'am.  I'm on Page 58.
24    Q.  Thank you.
25       So that -- so it has your name up in the

Page 128

1  upper right corner.  We know that you requested this
2  testing.  This is the vitreous fluid.
3        What is -- what is that?  What is meant by
4  "vitreous fluid"?
5     A.  Vitreous fluid is one of the two different
6  kinds of fluids that is inside your eyeball.
7  Pathologists, forensic pathologists use it because
8  sometimes they can get an idea of how the salts in
9  the body; how the concentrations were occurring,
10  things like that were occurring in a baby before --
11  just before death.  Or, they can get a rough idea.
12        I've used it to try to figure out
13  sometimes when somebody gets dehydrated, when
14  somebody has diabetes they don't know about.  Things
15  of that nature.
16    Q.  So it says here that -- something about
17  insufficient specimen.
18        Was -- was the testing ultimately able to
19  be conducted, or was -- was there insufficiency in
20  the fluid?
21    A.  They did the electrolytes.  I can tell
22  from looking at the report on Page 58.  And they did
23  the glucose.  These all show effects from death.
24        There's a drift in the way the numbers go
25  after death, but there is nothing particularly

Page 129

1  dramatically abnormal.
2     Q.  Sorry to go backwards.  Let me ask you to
3  look at 54 for a minute.
4        I know you thought we were making good
5  progress and now I'm taking you four pages back for
6  a minute, but I'm going to ask about a note their.
7        Is that your handwriting at the bottom
8  there?
9     A.  No.
10    Q.  Okay.  Do you know whose writing that is?
11    A.  No.
12    Q.  It seems to say [as read]:  "A/N lytes
13  cultures, viral culture, metabolic," and then it
14  says "CO."  Is that "SIDS"?  Or is that something
15  else at the bottom, do you know?
16       MS. SCHRINER:  Form.  Foundation.
17       THE WITNESS:  It looks to be -- I don't
18  know what they are doing by "CO" but, again, the
19  "SIDS" and the "SCN" at the end, I have no idea what
20  they are writing.
21       It's some shorthand for whoever is
22  handling the specimen.  And I base that upon the
23  fact that it's on a page that is -- with specimen
24  labels.  But I did not generate it, and I can't tell
25  you any more detail.

33 (Pages 126 - 129)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 130

BY MS. COHEN:
1
2     Q.  All right.  Thank you.
3        THE WITNESS:  Oh, damn it.
4        THE REPORTER:  We have lost the witness's
5   video.
6        THE WITNESS:  It disappeared again --
7        MS. COHEN:  We -- we did?
8        THE REPORTER:  The witness has --
9        THE WITNESS:  -- on my screen.
10       MS. COHEN:  Oh.  Can you see -- we can see
11   you.  Can you see us?
12       (A discussion was held off the record
13        due to technical difficulties.)
14       THE VIDEOGRAPHER:  Would you like to go
15   off the record, Counsel?
16       MS. COHEN:  We can.
17       THE WITNESS:  I -- I -- I'm back in
18   my little-- my little -- I don't see anything on the
19   main screen, but that's fine.
20       THE REPORTER:  We need you --
21       MS. COHEN:  Should we --
22       THE REPORTER:  Yes.
23       Should we go off the record?
24       MS. COHEN:  Sure.  We can do that, if we
25   need to fix this.  Okay.

Page 131

1        THE VIDEOGRAPHER:  Okay.  We're going off
2   the record.  The time is 12- -- 2:44 p.m.
3        (Brief recess.)
4        THE VIDEOGRAPHER:  We're going on the
5   record.  The time is 2:46 p.m.
6   BY MS. COHEN:
7     Q.  Okay.  Doctor, can you hear me okay?
8     A.  Yes, I can.
9     Q.  Thank you.  Thank you for bearing with us
10  in -- as much.  It's easier to do in person with
11  you.
12       So I just want to finish going through
13  this medical examiner's report and then I'll move on
14  to something else.
15       Let me -- let me put the ME file aside and
16  mark another exhibit which will just be briefly be
17  Tab 8 in your binder.
18       And this is the Tempe Police Department
19  exhibit that we had in everyone's files, and we'll
20  mark this as Exhibit 4.
21       (Deposition Exhibit 4 was marked for
22        identification and is attached hereto.)
23       THE WITNESS:  Okay.  I am there.
24  BY MS. COHEN:
25     Q.  Thank you.

Page 132

1        This is, again -- I will say this is what
2   we received from the Tempe Police Department as your
3   sworn record.  I think there's some additional
4   ones that -- that, you know, Ms. Schriner may have
5   sent to you as well, but this is the first 30 pages
6   anyway.
7        So it looks like on Page 4, to orient us,
8   it talks about an investigator -- I'll let you catch
9   up there -- in the bottom part of that little
10  verbiage [as read]:
11       "Investigator from the Office of
12       Medical Examiner responded and
13       ultimately took his disposition with
14       Z███.  Reference:  OME 14-4064."
15       And this is referring to Mr. Swope, I take
16  it there?
17     A.  It likely would, yes.
18     Q.  Now let's flip to Page 11 of this package,
19  and this is the part that I think talks about the
20  autopsy, so I want to make sure that I cover this
21  with you.
22       Page 11, it's on sort of -- this is
23  Detective Reyes's report.  You can see it's --
24  earlier that this is her report, to orient you, just
25  if you look at Page 9, her name is up at the top

Page 133

1   there of her report.
2        And then it says, back on Page 11 [as
3   read]:
4        "I went to the Office of Medical
5        Examiner for the scheduled autopsy of
6        the decedent.  I arrived at
7        approximately 0755 hours and the exam
8        began shortly thereafter.  The exam was
9        performed by Dr. Ferenc.  At the
10       conclusion of the exam at approximately
11       0845 hours, Dr. Ferenc told me he did
12       not find any injuries or trauma on the
13       decedent and the investigation would
14       remain ongoing."
15       That's consistent with your memory, right?
16    A.  I have no memory of it, but that's
17  typically what I would see, yes.
18    Q.  And then [as read]:
19       "I subsequently provided the Office
20       of the Medical Examiner with an Infant
21       Death Investigation -- Investigation
22       Checklist."
23       Is that a standard document that you use?
24    A.  It's a standard document that some
25  departments gave us but not all departments.  And,

34 (Pages 130 - 133)

Michael Ferenc , MD                     August 12, 2020
In Re: Fisher-Price/Mattel

Page 134

1  again, I have no individual recollection.
2      Q.  And I know that Ms. Schriner's office had
3  sent that to you yesterday, so we can go ahead and
4  mark that while -- while we are referring to this as
5  Exhibit 5.  Obviously, she'll have questions about
6  it as well, but for completeness, we'll make this --
7  you have -- you have -- she e-mailed this one to you
8  yesterday, I think.  We'll make this one to Exhibit 5.
9      It's not in your binder but I think her
10 office sent it to you.
11     MS. COHEN:  So the court reporter will,
12 again, do a -- Police Record is 4, the Investigation
13 Checklist 5.
14     (Deposition Exhibit 5 was marked for
15     identification and is attached hereto.)
16 BY MS. COHEN:
17     Q.  Did you print that out yesterday, do you
18 know, Doctor?
19     A.  Did I what?
20     Q.  The -- Ms. Schriner, the counsel, sent the
21 Investigative [verbatim] Checklist to you, and I
22 just want to know if you printed that out or not.
23     It's okay if you didn't because we can go
24 through it on the screen.  I just didn't know if you
25 have that.

Page 135

1      We'll mark that as Exhibit 5.
2      A.  Oh.  I have something -- yeah, I have seen
3  this just this morning.  [As read]:  "Infant Death
4  Investigation Checklist, Arizona report form
5  Version 1.0."  Top of it says "[asterisk]
6  *OME14-4064."
7      Q.  Yes.  And I'm going to ask -- right.  So
8  that's being referenced in the paragraph that we
9  were looking at by Detective Reyes.
10     Is this something that you would have
11 filled out at all or is, again, this something --
12     I mean, explain to us where this fits in
13 the situation, the -- the Infant Death Investigation
14 Checklist.  Who filled that out?
15     A.  That would be the medical examiner
16 investigator or the police investigator, depending
17 who is the author on this.  I have no idea.
18     Q.  Okay.  So you would not be filling it out.
19 You may have seen it, as it says here, but you
20 wouldn't be filling it out; is that right?
21     A.  No.  That's -- I would not be doing it and
22 the bottom of the form says it was filled out by "M.
23 Reyes."
24     Q.  Okay.  Got it.
25     Let's finish the other note and then I may

Page 136

1  have a few questions about this one.
2      So it says that she provided a checklist
3  [as read]:
4          "It should be noted, I also
5      impounded a copy of the checklist and
6      provided a copy as an attachment to
7      this report.  In turn, the Office of
8      the Medical Examiner provided me with a
9      digital CD of the images from their
10     office.  This CD was impounded as
11     evidence."
12     So it sounds like she would have given you
13 this report and you would have given her, or
14 somebody would given her, a CD of the autopsy photos
15 as well as Investigator Swope's photos.
16     Is that how it would works?
17     A.  She would have probably given this to the
18 investigator or somebody else.  I don't generate CDs
19 for them.  I don't usually get reports directly from
20 them.
21     And, again, the -- the statement I have
22 been making and made all day long, which is, I don't
23 remember any individual features about this.
24     Q.  Okay.  Exhibit 4, before we put that
25 aside, when you -- will you turn with me to Page 18,

Page 137

1  if you don't mind.
2      A.  Yes, ma'am.
3      Q.  And on the third paragraph down, it
4  says -- or, you know, two-and-a-half paragraphs
5  down, it says [as read]:
6          "Andrew recently researched SUID,
7      Sudden Infant Death Syndrome, online
8      and believes since Z███ was past four
9      months old that SIDS was no longer a
10     concern for her."
11     First of all, had you -- did you learn at
12 the time you did the autopsy that the dad had been
13 looking at the issue of SIDS?
14     Did that come up at all with anybody from
15 your discussions?
16     A.  Well, again, I have no individual
17 recollection of that.  But I can't think of any case
18 where I have heard a dad doing that.  So it's a --
19 the simple answer is no.
20     Q.  Okay.  But you don't recall at all in a
21 SIDS case you -- you have experienced, you don't
22 remember ever hearing or seeing that a parent had
23 been looking at the issue of SIDS prior to a SIDS
24 death?
25     Is that what you are saying?

35 (Pages 134 - 137)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

Page 138

1     MS. SCHRINER: Form. Foundation.
2     THE WITNESS: No. I have had -- I have
3 had parents look at SIDS death, but not something
4 with a specific time limit of four months.
5     And I have no individual recollection of
6 that. Because four months is nonsense. That's not
7 the limitation of SIDS.
8 BY MS. COHEN:
9     Q. You said earlier it's up to a year,
10 correct?
11     A. That's what the great experts who write
12 all the papers talk about. It's death under a year.
13     There have been more recent things where
14 they are trying to subdivide patterns of -- in
15 younger children, but usually in the neonatal period
16 because you're noticing some demographic changes.
17 It's just in articles that I have read over time.
18     But no, there is -- I've never seen
19 anything specifically about four months.
20     Q. Okay. And have you -- okay.
21     And the other question was, have you ever
22 had a SIDS case where you had learned the parents
23 had been researching SIDS before SIDS death?
24     Is that sort of unusual from what you have
25 experienced?

Page 139

1     A. Before the death, no. I can't think of
2 any specific case, no.
3     Q. Okay. Now, on -- going back to Exhibit 5
4 while we have it out, and that is the Infant Death
5 Investigation Checklist -- I'm sorry. You probably
6 only have it in electronic version. Hoping we can
7 pull it up on the screen so it's easier. It's the
8 one that was e-mailed to you, Doctor.
9     A. Oh. E-mailed to me.
10     Q. Yeah, sorry about that. I --
11     A. What is it called again, please?
12     Q. Infant Death Investigation Checklist.
13     A. Oh. That's what we just had open, yes.
14     Q. Yes.
15     A. All right.
16     [Witness retrieves Exhibit 5 from e-mail].
17     I have it on my screen, yes.
18     Q. We do see the -- that Detective Reyes,
19 partially, but we also -- there was a
20 Detective Allen Akey who looks like he started to
21 complete the form.
22     Did you have any discussions with
23 Detective Akey or know anything about him?
24     A. I have no recollection.
25     Q. Okay. Let's see, and then under "Father

Page 140

1 or Caregiver 2," if you slide down with me,
2 Mr. Olson, it says [as read]: "Evidence/history of
3 substance abuse [verbatim]," it says "Unknown."
4     Do you know, timing-wise, was this
5 prepared before the police, you know, confiscated
6 all the drug paraphernalia? Or maybe we should ask
7 other people?
8     MS. SCHRINER: Form. Foundation.
9     THE WITNESS: You definitely have to ask
10 other people.
11     And you'll note that Reyes signed this on
12 6/19, the day before the autopsy. So that's the
13 best -- the answer is, you have to ask other people.
14 BY MS. COHEN:
15     Q. Okay.
16     A. All right.
17     Q. The issue of -- and, again, it came up in
18 the note that we just read about, about history of
19 SIDS, it said Andrew -- I'm reading from Exhibit 4
20 [as read]:
21     "Andrew is not aware of any family
22     medical history."
23     I want to ask you, is the family medical
24 history, in terms of SIDS, the sudden death of
25 babies, is that significant to you in analyzing

Page 141

1 cause of death, or is that more for the
2 investigators?
3     A. No. It's -- it's relevant. Again, you
4 were talking earlier about arrhythmias, that's where
5 I would be looking for histories like that. Or
6 other children dying prematurely or unexpectedly,
7 you know, on the mother's side or father's side.
8     Anything that might indicate that there's
9 some other chronic condition going on or condition
10 that can only be diagnosed by certain laboratory
11 tests.
12     So, yes, it would be relevant.
13     Q. And then it says -- let's see.
14     Under "Caregiver at the Time of Death
15 Information," a little bit further down, it says on
16 the right side -- well, here -- here it says [as
17 read]: "Caregiver substance use history," then it
18 checks "one." And then it says "Caregiver Have
19 Prior Child Death," and it's checked "one" also over
20 there.
21     Do you know anything about that or -- or
22 if there was a prior child death?
23     MS. SCHRINER: Objection. Form.
24     THE WITNESS: I have no individual
25 recollection of it. I know there was a brief

36 (Pages 138 - 141)

Michael Ferenc , MD                                           August 12, 2020
In Re: Fisher-Price/Mattel

1  mention at least a sentence or two in Swope's
2  deposition that -- I think there was.  Maybe I am
3  even --
4         I'm not remembering that correctly, but
5  there -- the mom may have had a death before from a
6  child, but I have no personal knowledge of it.
7  BY MS. COHEN:
8     Q.  Fair enough.
9         If you go on to the next page, which is --
10  again Page 83 on our printout documents but I know
11  you are looking on the screen there, there is a
12  section called -- well, let's see -- "What led
13  someone to check on the infant?"  It's on the top of
14  Page 2.
15     A.  I see the page.
16     Q.  Thank you.
17         And it talks about [as read]:
18  "Discoloration around face/nose/mouth" and that's
19  checked "yes."
20         And then it goes on to, again, describe
21  [as read]: "Skin discoloration, pressure marks
22  (pale areas, blanching)."  "Yes."  "Rash or
23  petechiae."  "Yes?"
24         Is that is consistent with your findings
25  at the time autopsy?  I know it was a different

1  period of time, but is that consistent descriptively
2  with what you saw?
3     A.  Well, there were no rashes.  And there
4  were no petechiae.  Petechiae are the pinpoint
5  hemorrhages.
6     Q.  Right.
7     A.  And if you look at it for asphyxia, among
8  other things, they weren't there, period.  So I
9  don't know what they are talking about.
10     Q.  Okay.
11     A.  As far as discoloration around the mouth
12  or skin discoloration, that is something I can't
13  comment on because that could change quite easily
14  from the time they are looking at the child at the
15  scene, right after the death, or closer to death,
16  and when I see it on the -- her on the autopsy table
17  the next day.  So I can't make any comment about
18  that at all.
19     Q.  And how about the --
20     A.  About it --
21     Q.  It also says [as read]:  "Surface body
22  temperature: 82" but "cool to touch."
23         Is that -- is that consistent with each
24  other, that the body temperature is 82 and cool to
25  touch?

1         MS. SCHRINER:  Form.  Foundation.
2         THE WITNESS:  It just means that the child
3  has been dead awhile.
4         But, again, the typical body drops about
5  one-and-a-half degrees Fahrenheit per hour, but that
6  is adult male.  Children have -- have a, obviously,
7  small body mass; they can cool down quickly.
8         And I don't even have a time for when
9  that temperature was taken, so it's pretty close to
10  a meaningless number to me.
11  BY MS. COHEN:
12     Q.  Okay.  Now, before we get to the next
13  section, in going through your medical -- your
14  report in the medical examiner's file, you would
15  agree with me that -- and you have mentioned a
16  couple of times, the word "asphyxia," there is no
17  reference anywhere in your report or the medical
18  examiner's file to asphyxia, correct?
19     A.  No.  There's no -- there's no reference to
20  it.
21     Q.  Okay.  And similar, there is no reference
22  anywhere to suffocation?
23     A.  No, I don't -- I don't positively say.
24  It's one of the things I am looking for but no,
25  there isn't any reference to it.

1     Q.  In other words, you, as a medical
2  examiner, in doing your report and signing off on it
3  and finalizing it, did not see any evidence of
4  suffocation or asphyxia.  True?
5         MS. SCHRINER:  Objection.  Form.
6         THE WITNESS:  I saw no positive evidence
7  for asphyxia or suffocation.  However, in a baby,
8  you may not see anything.
9  BY MS. COHEN:
10     Q.  Okay.  But you -- you have plenty of
11  autopsy reports where you have noted that as cause
12  of death and noted in your report, correct?
13     A.  Suffocation or asphyxia in a baby?  Or
14  suffocation and asphyxia in general?
15     Q.  In a baby.  Let's start with a baby.  I'm
16  sure you have had --
17     A.  Well, in a baby, yes.  But the findings
18  that do that can be extremely subtle and transient.
19         I have had babies that asphyxiated in
20  bedding.  I have had babies that asphyxiated because
21  of venetian cords.  I have had babies that
22  asphyxiated because of broken slats in old-fashion
23  cribs.  And more often than not, those findings are
24  proved by the scene, not by the autopsy.
25     Q.  Okay.

37 (Pages 142 - 145)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 146

1    A.  You usually don't see a darn thing at the
2  time of the -- in the autopsy, or you see something
3  so nonspecific only in hindsight can you say "oh,
4  that's probably related."
5    Q.  But suffice it to say, you agree that you
6  did not make any notation of suffocation or
7  asphyxia, correct?
8    A.  That is correct.
9    Q.  And then if we look at the form, which is
10  the Exhibit 5, which is the Death Investigation
11  Checklist, Dr. Reyes -- Mr. -- Ms. Reyes,
12  Investigator Reyes, or Detective Reyes, and also, I
13  think, another detective that we talked about
14  having, a Detective Akey, did the section called
15  [as read]:  "Suffocation and Asphyxia" there in the
16  middle of the page.
17      Do you see that?
18    A.  "Suffocation/Asphyxia."  Yes, I see it.
19    Q.  Yes.  And nothing is checked there,
20  correct?
21    A.  Not on my form, no.  That's correct.
22    Q.  Okay.  And under [as read]:  "Sleeping
23  Environment," it talks about the baby was sleeping,
24  and it checks [as read]:  "Bassinette."
25      Do you see that further down?

Page 147

1    A.  Under the section [as read]:  "Incident
2  sleeps -- sleeps place," is that what you are
3  looking at?
4    Q.  Yes.
5    A.  Yes.
6    Q.  "Did the death occur..."  "Bassinette."
7      And it says over on the right side
8  [as read]:  "Child put to sleep:"  On "Back."
9  Checked that.
10      And then [as read]:  "Child found" on its
11  side by mother?  Do you see that?
12    A.  Yes, I do.
13      MS. SCHRINER:  Form.  Foundation.
14  BY MS. COHEN:
15    Q.  And then you'll see on the recent
16  medical -- now I am going further down on the page,
17  almost on this -- there is a section on [as read]:
18  "Recent Medical History."
19      "...72 hours prior to death."
20      That's, obviously, an important time
21  frame, correct?
22    A.  Yes.
23    Q.  And the one box that is checked "Yes" for
24  the 72 hours prior to death that the child had was
25  [as read]:  "Cough and wheezing," correct?

Page 148

1    A.  I see checked there, yes.
2      MS. SCHRINER:  Form.  Foundation.
3  BY MS. COHEN:
4    Q.  And then -- let's see.
5      And on the next page, last page of this,
6  it has [as read]:  "Birth Information."
7      Are you with me on that, Doctor?
8    A.  Yes.
9    Q.  It says [as read]:  "Birth complications."
10  It lists [as read]:  "Fluid in the lungs" as the
11  birth complication, correct?
12    A.  Yes, I see it.
13      MS. SCHRINER:  Form.  Foundation.
14      MS. COHEN:  All right.  Let me pull out --
15  if we keep charging along, I hopefully will finish
16  quickly.
17      But the next thing I want to go through is
18  the -- I'll mark another exhibit, which is the
19  Exhibit 6, I guess it will be.  Is it Exhibit 6?  It
20  will be the photos from the medical examiner.
21      (Deposition Exhibit 6 was marked for
22      identification and is attached hereto.)
23  BY MS. COHEN:
24    Q.  And this is in your pile Number 4.
25    A.  Okay.

Page 149

1    Q.  Now, let's see.  This is -- it says
2  Medical -- [as read]:  "Copy.  Medical Examiner
3  Photos."
4      Would there also be other autopsy photos
5  in addition to this set?
6    A.  This should be the autopsy photos, period.
7    Q.  Okay.
8    A.  At least the initial ones.  I am flipping
9  through them now.
10    Q.  Yes.
11    A.  Some of the photographs came in -- some of
12  the other photographs are the child -- are taken
13  here may also include photographs taken by
14  Investigator Swope when he came back to the office
15  I'm not sure.
16    Q.  So we think these are all the photographs?
17    A.  Well, again, these are what I routinely
18  had seen there.
19    Q.  Yes.
20    A.  And the only answer I have:  No individual
21  recollection, but they seem typical.
22    Q.  I mean -- let me ask you this question.
23      Would you typically take photos while you
24  are doing your gross examination of the different
25  anatomical parts like of the heart and brain?

38 (Pages 146 - 149)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 150

1     A.   At this point in time, I suspect these
2 photos were taken by one of our photographers who
3 was assigned to me.
4     Q.   Okay.  And I guess my question was would
5 there typically be photos of the gross examination,
6 too, or not typically?
7     A.   Back in 2014, not unless there was
8 something very unusual.  It's not part of the
9 routine to take internal pictures back then of
10 negative findings.
11     Q.   Okay.  I was thinking of another case, I
12 think, where I thought we saw some of those.
13         So it looks like this is Exhibit 6, and we
14 have -- let's see if --
15         Now, you said somebody else would have
16 taken these photos other than you specifically.  Mr.
17 Swopes would have taken ones of the scene, correct?
18     A.   I took some of my photographs there at
19 times and different dates, but the normal routine
20 and the way these pictures look, it looks like it's
21 taken by one of the photographers.
22         We had, like, three different
23 photographers in our office that used to take
24 pictures.
25     Q.   Look at Page 130 for just a moment.  Some

Page 151

1 of this maybe -- you may have read this already.
2         But this is a picture -- now, is this how
3 she would have -- I guess this was a picture on the
4 scene -- at the scene taken by Mr. Swope.
5         Do you know if when she was presented to
6 you -- we looked at that -- I guess, that sheet,
7 inventory sheet earlier.
8         Did she have that same white blanket on
9 her when she came to you?
10     A.   I don't know.
11         Yes.  Quite possibly.  Because if you look
12 at Picture 111, which typically would be a picture
13 taken when the body pouch is opened up and I first
14 see her, and the photographer takes a picture, it
15 looks like that same blanket or similar blanket is
16 underneath her.  But --
17     Q.   Okay.
18     A.   -- that's all I can say.  There is a
19 similar feature there.
20     Q.   Now, Picture 112, does this -- I am going
21 to call it a blanching, for lack of a better word.
22         I have seen that in the reports or, you
23 know -- I guess blanching is the right word.
24         Does that tell you anything about cause of
25 death or placement at the time of death or anything

Page 152

1 like that or the position from what you see?
2     A.   No.
3         MS. SCHRINER:  Objection.  Form.
4 BY MS. COHEN:
5     Q.   Let's look at 113 for a minute.
6         Again, does that tell you with the -- what
7 we call the red --
8         What do you call the red marks there?
9     A.   That is lividity.  Liver mortis.  Fiber
10 mortis.  Liver mortis.  Lividity.
11     Q.   Does the lividity pattern, if that is the
12 right phrase, Doctor, tell you anything again about
13 either the cause of death or this baby's placement
14 at the time of her death, position rather?
15     A.   No.  Because lividity changes --
16 eventually becomes fixed and doesn't change anymore.
17         But this is at the autopsy table.  The
18 lividity pattern that would be relevant, if it was
19 relevant, would have been at the scene the previous
20 day.
21     Q.   It doesn't tell you anything about the
22 coloration or pattern in terms of how she was placed
23 at the time of death?
24     A.   Absolutely not.
25     Q.   Did you see the pictures from the scene

Page 153

1 while you are -- like, would you have been handed
2 these photographs at the time you did the autopsy?
3 Would you have had a chance to look at these?
4     A.   Probably not.
5     Q.   And just so we are clear, it looks like
6 the -- the 110 or -11, 112, 113, 114, 115, 116, 117,
7 118 would have been photographs taken at the medical
8 examiner's office when she was brought to you to do
9 an autopsy?
10     A.   Probably, yes.  Only the last two add the
11 word "probably" just because they could have been
12 taken at the scene when they are closing up the bag
13 or something.  But more likely than not they were
14 taken at the medical examiner's office, yes.
15     Q.   Now, if you look at sort of Pages 135,
16 136, those are the -- some of the drug paraphernalia
17 photos.
18         Again, you wouldn't necessarily have been
19 aware of those at the time you were selecting
20 toxicology screens and such?
21     A.   I might have been, but, no.  I have no
22 recollection.  And I wouldn't have seen these
23 photographs.  It's very -- well, it's not impossible
24 I could have seen these photographs, but it's
25 extremely unlikely.

39 (Pages 150 - 153)

Michael Ferenc , MD

August 12, 2020

In Re: Fisher-Price/Mattel

Page 154

1     Q.  Investigator Swope had noted -- I think in
2  his deposition or his note [as read]:
3          "Rigor mortis is absent in the jaw
4          and fixed in the extremities."
5          Do you agree with that description from
6  what you have seen?
7          (Simultaneously speaking.)
8          MS. SCHRINER:  Form.  Foundation.
9          THE WITNESS:  Rigor mortis.  I can't --
10         THE REPORTER:  Wait.  I missed the
11  witness's response.
12         Please repeat.
13         THE WITNESS:  My response was I can't see
14  any positive or negative evidence of rigor mortis in
15  a picture, but I have no reason to doubt
16  Investigator Swope.
17  BY MS. COHEN:
18     Q.  Would that -- the description of rigor
19  mortis absent in the jaw and fixed in the
20  extremities, would that tell you anything in terms
21  of time of death or cause of death?
22     A.  No.  It would tell me that somebody's
23  probably manipulated the jaw, and that's what you
24  would expect in CPR.  Or at least somebody trying to
25  clear the mouth or looking at the mouth or

Page 155

1  something.
2     Q.  Flipping through the package, it looks
3  like -- again, I think you said photographs from,
4  let's say, 120 all the way back to 182 were ones
5  that were taken at the scene by Ms. Swope
6  [verbatim], Investigator Swope?
7          MS. SCHRINER:  Foundation.
8  BY MS. COHEN:
9     Q.  Or somebody else other than you, correct?
10  Those photos were not taken by you?
11     A.  That is correct.  They were not taken by
12  me.
13     Q.  And they were at the scene where you never
14  went, correct?
15     A.  That's correct.  I never went to the
16  scene.
17     Q.  And the only photograph we've already
18  looked at was the ones in the front; that is, 110 up
19  to 119 are the ones that fall under your purview, if
20  you will, in terms of --
21     A.  Up to 1- what?
22     Q.  110 to, really, like 1- -- I mean, 119 is
23  a photograph of a chart, but 110 to up to, let's
24  say, 118 are the ones that are really under the --
25  after she got to the medical examiner's office?

Page 156

1     A.  Probably, yes.  Well, some of them
2  definitely are.  And by far, probably all those are,
3  Yes.
4     Q.  If she was found on her side of her face,
5  would you expect to see any kind of a red
6  discoloration or blood pooling or lividity on the
7  side of her face in the photos?
8          MS. SCHRINER:  Form.  Foundation.
9          THE WITNESS:  It depends on when the
10  photographs are taken.
11         I've watched lividity patterns change
12  while I have been at the scene.  I have seen marks
13  on people that hang themselves disappear while I was
14  at the scene writing reports.
15         So it depends on was this photograph taken
16  immediately?  Ten minutes after the police arrived?
17  an hour later?  Two hours later?  I have no idea.
18  BY MS. COHEN:
19     Q.  In terms of the scene investigation and
20  the photographs taken there and the reenactments,
21  since you weren't present, I take it you would defer
22  to other people -- people about those?
23     A.  Defer to them in what sense?  What they
24  found?  Yes.
25     Q.  What they found, what they wrote, that

Page 157

1  kind of thing, and that sort of thing.
2     A.  I have -- I have no choice; but, yes, I
3  do.
4     Q.  In terms of lividity -- I know you have
5  the packet there.  I take it, you wouldn't have been
6  comparing photos from the scene versus how she
7  looked when she was in front of you to determine any
8  cause of death determination; is that right?
9  Something you wouldn't have analyzed or compared?
10     A.  Well, I wouldn't have, and I don't
11  remember doing so.  I have no individual
12  recollection.
13         Have I done that in other cases where
14  there's some issue?  Yes.
15         But I was unaware of any issue in this
16  case based upon my limited history and my
17  circumstances of death, and I have no recollection
18  of doing so.
19     Q.  And there's no notation of you doing so in
20  your chart -- in your file?
21     A.  That is correct.
22     Q.  And would you agree with me -- let's take
23  another quick look at picture on 113, that the main
24  lividity we see here or the blanching, if you will,
25  is on the buttocks of the baby in this photo?

40 (Pages 154 - 157)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

1    A.   There is blanching on the buttocks, but
2  this is lividity a day afterwards.  It has no
3  relevance to the scene.
4    Q.   Okay.  If you look at Page 152, which is
5  another photograph of baby's back area, 152, 153,
6  taken at the scene, where does that -- where do
7  those photos show the lividity to be?
8    A.   They show posterior lividity.
9    Q.   And what does that tell you, if anything?
10       MS. SCHRINER:  Form.  Foundation.
11       THE WITNESS:  It tells me nothing because
12  I don't know when they were taken.
13       And it would also require somebody to --
14  for example, press on the lividity to tell me if it
15  blanched.  These kind of things.
16       It's -- in fact, using it to make any kind
17  of conclusion is -- is not necessarily just wrong,
18  it might be misleading.
19       When were these photographs taken?  Were
20  they taken the moment the child was pronounced?
21  Three hours later?  Four hours later?  I have no
22  idea.
23  BY MS. COHEN:
24    Q.   You would need to have more details from
25  the people who are on the scene taking the

1  photographs and doing the investigation, correct?
2    A.   Yes.  Or I would have to be there.  Yes.
3    Q.   Now, assuming you are on the scene
4  looking at a tragic event like this in a baby who is
5  found and you see lividity --
6    A.   I lost you.
7    Q.   I'm sorry.
8       Assuming that you see lividity, you said,
9  on the posterior side, is that what you -- is that
10  how you say it:  Posterior lividity?
11    A.   The back, yes.  The back.
12    Q.   And back lividity, back of the leg, back
13  of the -- back of the baby, is that -- is that known
14  as pooling of the blood?
15       What does "lividity" mean?
16    A.   Lividity means settling of the blood.
17  Your blood vessels are copious.  You have plenty of
18  blood vessels.  And you actually -- when the tension
19  of blood vessels are released after death, blood
20  just drains down to wherever gravity pulls it like
21  the sands in an hourglass.  And it just goes where
22  gravity pulls it.
23       If I turn the hourglass over before
24  lividity fixes -- and I'll mention that in a
25  minute -- then it starts pooling the other

1  direction.  It changes.
2       As the body cools, eventually lividity
3  becomes fixed.  It stays in one spot.  But that
4  takes hours and hours usually and a lot of cooling.
5       But it's whichever way you switch the
6  hourglass is where lividity goes.
7    Q.   Is that -- a very basic question with that
8  explanation.
9       If you are on scene and find, again, an
10  unfortunate, tragic death and you see the lividity
11  or blood pooling, does that tell you that that side
12  of the body that was -- that was facedown, if you
13  will, that was down towards the ground
14  gravitationally?
15    A.   Yes, it usually does.  It tells me that --
16  it is useful sometimes in figuring out things like
17  asphyxia in things like infants; otherwise, it is
18  useful to tell me that somebody has moved the body
19  or something has changed.
20    Q.   Now, just a couple of questions, and
21  I'll -- I'll turn you over to Ms. Schriner.
22       We talked about your ME report, Exhibit 1,
23  and the medical examiner -- the official report,
24  official autopsy report.
25       There's nothing about my clients -- I'm

1  sorry.
2       There is nothing about the Mattel Rock 'n
3  Play -- what is called Sleeper -- listed in your
4  autopsy report, correct?
5    A.   No.  Other than the term "Bassinette," and
6  I don't even know if that is a direct reference to
7  your rocker or whatever you called it.
8    Q.   And you now again looked at -- you did
9  your actual work back in 2014.  You have obviously
10  reviewed additional materials today.  You reviewed
11  the report again before today.
12       And you still are very comfortable
13  standing by, to a reasonable degree of medical
14  certainty, cause of death unknown and manner
15  undetermined as listed on your official report,
16  correct?
17    A.   So far, yes.
18    Q.   Well, right, you are under oath today in
19  deposition, and you obviously stand by what your
20  report says, the official report that you signed on
21  August 15th, 2014, correct?
22    A.   At this point in time, I have no reason to
23  change my opinion.  But the key point about a cause
24  of death and manner of death is it's an opinion.
25  It's based upon whatever facts are available.

41 (Pages 158 - 161)

Michael Ferenc , MD　　　　　　　　　August 12, 2020
In Re: Fisher-Price/Mattel

Page 162

1　　If the facts change, the opinion may
2　change.  Right now I have no reason to change my
3　opinion.
4　　　Q.  Okay.  So, in other words -- I mean, this
5　is -- signing an Official Medical Examiner Report is
6　as significant and serious as taking oath to tell
7　the truth in deposition, correct?
8　　　A.  I believe so, yes.
9　　　MS. COHEN:  Those are all the questions I
10　have at this time.  I thank you for your patience,
11　your time so far.  And, hopefully, I won't have too
12　many questions after Ms. Schriner has her chance
13　with you.  Thank you, sir.
14　　　MS. SCHRINER:  If it's okay, if we could
15　take a quick five-minute bathroom break, and then
16　I'll be ready to go, if that's okay with you.
17　　　MS. COHEN:  Yes.
18　　　THE VIDEOGRAPHER:  Okay.  We're going off
19　the record.  The time is 3:25 p.m.
20　　　(Brief recess.)
21　　　THE VIDEOGRAPHER:  We're going on the
22　record.  The time is 3:30 p.m.
23
24　///
25　///

Page 163

1　　　　　EXAMINATION
2　BY MS. SCHRINER:
3　　　Q.  So I know it's been a bit of a long day,
4　but we'll try to finish up pretty quick here.
5　　　Again, my name is Kristin Schriner, and I
6　represent the parents of Baby Z█████ Olson.
7　　　First of all, I'm going to start just
8　right where we left off.
9　　　Your conclusions were based on the
10　information you had at the time, correct?
11　　　A.  Yes.
12　　　Q.  And did you have any information about the
13　product in which Z█████ was found other than it was
14　referred to as a bassinet?
15　　　A.  Not that I can remember.
16　　　Q.  Are you aware that this product is an
17　inclined product; meaning, that the baby's head is
18　positioned above the feet?
19　　　MS. COHEN:  Objection to the form.  And
20　foundation for this witness.
21　　　THE WITNESS:  Only from the pictures that
22　I just saw when we went through Section IV, I
23　believe.  I had no idea prior to that, or at least
24　if I did, I don't remember.
25　///

Page 164

1　BY MS. SCHRINER:
2　　　Q.  And you believe that the photos that you
3　had available to you at the time you did your report
4　were Numbers 110 through 118; is that right?
5　　　A.  Not even all of those.  But --
6　　　Q.  Okay.
7　　　A.  -- those are the pictures taken at the
8　medical examiner's office just probably the first
9　four or five pictures.
10　　　Q.  Okay.  And so you don't think that you had
11　the remainder of the photos available to you at the
12　time you did your report?
13　　　A.  I'm sorry.  You are breaking up now.
14　　　Q.  Sure.
15　　　I said, you don't think that you had the
16　remainder of the photos available to you at the time
17　you did your report?
18　　　A.  No.  I don't think so, no.
19　　　Q.  Has anybody from the Consumer Product
20　Safety Commission contacted you about your report?
21　　　A.  No.
22　　　Q.  Have you heard anything about the Rock 'n
23　Play being recalled?
24　　　A.  I think I vaguely have heard something
25　like that but just on regular news, not on any kind

Page 165

1　of medical report.  But I can't be sure.
2　　　Q.  Okay.  But it's fair to say that you did
3　not examine the product as part of your report?
4　　　A.  No.  I didn't even know it was called a
5　Rock 'n Play.  All I knew about was the bassinet,
6　which was a very nondescript statement -- phrase.
7　　　Q.  If -- if it had been reported to you that
8　the product that Z█████ was found in was a hammock or
9　a sling, would that -- is that something that would
10　of been important to you in your analysis?
11　　　MS. COHEN:  Objection to form.
12　Foundation.
13　　　THE WITNESS:  Not necessarily, but it
14　would be just one more piece of information that
15　might be relevant to the position of the child and
16　the possibility of asphyxia.  But not in and of
17　itself.  You know, as it might be related to
18　bedding, or some other position, or some
19　malfunction, or something like that.  But not just
20　by itself, no.
21　BY MS. SCHRINER:
22　　　Q.  And you would agree that the scene
23　investigation is a pretty important factor in
24　determining causes of death that -- that happen
25　while a baby is sleeping?

42 (Pages 162 - 165)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 166

1      A.  Absolutely.
2      Q.  And I know you didn't get the chance to go
3   to the scene --
4      A.  It wasn't part of --
5      Q.  And so were you --
6      A.  It wasn't part of the routine in the
7   office, no.
8      Q.  And so what you had available to you is
9   what your -- any investigators would have passed on
10  to you or maybe what you learned in talking to
11  Detective Reyes.  Is that fair?
12     A.  Probably, yes.
13     Q.  And there wouldn't be anything else -- any
14  other source about the scene other than those
15  sources?
16        MS. COHEN:  Objection to form.
17        THE WITNESS:  Those would be the sources,
18  so no, there wouldn't be anything else.  No.
19  BY MS. SCHRINER:
20     Q.  Okay.  Is -- we were talking earlier in
21  the deposition about risk factors and sometimes we
22  were talking about SIDS and sometimes we were
23  talking about SUID.
24        SIDS is not an actual disease or illness;
25  is that correct?

Page 167

1      A.  Yes.  It's really simply a description of
2   a situation.  It's not a specific thing.  Like you
3   say heart disease is due to high cholesterol,
4   pneumonia is due to bacterial infection.  SIDS is an
5   exclusionary process saying "We recognize a pattern
6   here; we don't know what causes it."
7      Q.  Okay.  So when we say -- when we were
8   talking about SIDS autopsy or SIDS death, it's not
9   the same thing as saying somebody died specifically
10  of a heart attack or one specific condition.
11        Is that a fair characterization?
12        MS. COHEN:  Objection.
13        THE WITNESS:  They don't even connect.  I
14  don't even see how they connect.
15        But a SIDS autopsy is just an autopsy
16  where you are considering this possibility and you
17  are going through the exclusionary process of ruling
18  out other things.
19  BY MS. SCHRINER:
20     Q.  And --
21     A.  Obviously, I wouldn't do a SIDS autopsy on
22  a baby who died in a car accident.  That's a car
23  accident autopsy.  But -- if you get my meaning.
24     Q.  Yes.  Yes.  Thank you.  I think you
25  described it much better than I would have.

Page 168

1         If you learned that a baby is found
2   facedown in a product, how, if at all, would that
3   factor into your analysis?
4         MS. COHEN:  Objection to form.
5         THE WITNESS:  If they -- it would raise
6   the possibility of an asphyxial case.
7         But, again, the problem is, is what the
8   age of the infant was, what the circumstances were,
9   how well it was seen.
10        You know, for example, in cosleeping
11  cases, which this is not, you know, the parent often
12  wakes up and the kid is underneath their arm or
13  turned facedown, but the parents have been sleeping
14  for hours and the baby may have shifted more than
15  once, so you have to be careful about over
16  interpreting that stuff.
17        On the other hand, I had a baby years ago
18  where the baby was too young to be able to flip
19  himself -- it was a him, yeah -- couldn't flip
20  himself and he was facedown in thick bedding that
21  included foam stuff, and I could see the blanching
22  on the face.  I could say asphyxia in a case like
23  that.
24        So every case has to be taken on its
25  individual merits and its individual findings.

Page 169

1   BY MS. SCHRINER:
2      Q.  Did you at any point in your
3   investigation -- and I know we've have gone through
4   your report.
5         Did anyone ever speak to you that this
6   baby was found facedown in the product?
7         MS. COHEN:  Objection to form.
8         THE WITNESS:  Not that I remember.  I have
9   no individual recollection.  I'm going based on my
10  report.  I would have indicated it in my report if
11  some baby was found facedown.
12  BY MS. SCHRINER:
13     Q.  Okay.  In terms of a sleep surface, do
14  you -- are you aware of the AAP's guidelines for
15  safe sleep surfaces?
16     A.  I'm aware of various guidelines.  I don't
17  remember that particular one.  The guidelines are
18  the thickness of the material, the absorbency of the
19  material, whether the material is permeable to air;
20  a whole series of factors that increase the risk of
21  asphyxia.
22     Q.  Okay.  So that is actually exactly one of
23  the questions I was going to ask you.
24        So is rebreathing a factor that you look
25  at in determining -- rebreathing or permeability of

43 (Pages 166 - 169)

Michael Ferenc , MD                             August 12, 2020
In Re: Fisher-Price/Mattel

Page 170

1  air through material a factor that you look at?
2       MS. COHEN: Objection to form.
3       THE WITNESS: Yes, it can be a factor that
4  I have to consider.
5       Again, you have to factor in the age of
6  the child and whether the child can flip himself --
7  him or herself, can turn their heads, which are all
8  different developmental milestones as the child goes
9  on.
10      At an eight months old, this child should
11 have been able to flip herself, unless there was
12 something else incumbering her, and turn her head a
13 little, but I would still consider the fabric, the
14 thickness of fabric, the number of layers, and all
15 those things. Yes.
16 BY MS. SCHRINER:
17      Q. Is it fair to say that you have not read
18 the CPSC study from Dr. Mannen about whether
19 children are able to roll back over once prone in
20 the Rock 'n Play?
21      MS. COHEN: Objection to form.
22 Foundation.
23      THE WITNESS: I don't think I have. But I
24 just don't know. Because I don't -- I -- that may
25 be the reason I remember the name Rock 'n Play. But

Page 171

1  I have to answer right now I don't think so.
2  BY MS. SCHRINER:
3       Q. Okay. So whether or not a child is able
4  to roll back on to their backs, though, would be a
5  factor in your analysis of whether --
6       A. I just lost you again on that speaker.
7       Q. Sure.
8       So whether a child is able to roll from
9  prone back to supine would be something you would
10 look at or you would consider in determining whether
11 asphyxia occurred?
12      MS. COHEN: Objection to the form.
13 Compound.
14      THE WITNESS: Yes, of course.
15 BY MS. SCHRINER:
16      Q. Sorry. I didn't hear your answer.
17      A. I said, "Yes, of course."
18      Q. Okay. Sorry. Thank you. I know this is
19 an interesting way to do a deposition.
20      So just looking at -- briefly at your
21 report, and I just want to just hit on a few of
22 these things, just to follow-up on a couple of
23 issues.
24      I want to turn to Page 20, if you have
25 that in front of you, and it's the entire packet.

Page 172

1       A. Page 20. Okay. "Investigative Summary"?
2       Q. And I -- correct.
3       And I understand that this was done by the
4  investigator and it was not done by you?
5       A. That is correct.
6       Q. Okay. So there is a statement -- let me
7  see if I can find --
8       So it's the "Doll Reenactment" part. And
9  it's a few sentences in and it starts, "She stated
10 the subject's mouth." Do you see that part?
11      A. I'm looking for it.
12      Ah, I found -- see -- no.
13      [Witness reviews document].
14      "She" --
15      Q. We can actually start with the part --
16 yeah, I'll actually start a little bit above. [As
17 read]:
18      "The mother then placed the subject
19      doll in a semi-left lateral semi-prone
20      position as she stated she found the
21      subject. Photographs and measurements
22      were again taken. She stated the
23      subject's mouth was not obstructed by
24      the cushion of the bassinet."
25      So I understand that these are -- this is

Page 173

1  Detective Swope's work.
2       Do you believe this is where you got the
3  information for the "circumstances" part of your
4  report?
5       A. Probably not. But I don't know. Probably
6  not because usually that occurs afterwards, not at
7  the time the baby is there. I probably got it from
8  the initial scene information.
9       But, again, my answer is: I don't know.
10      Q. Okay. If there was evidence that the
11 baby's mouth was obstructed and you had learned of
12 that, and -- obstructed by the material, by the
13 means of her face being pressed up against it, would
14 that have factored into your analysis?
15      A. It would have been a factor but it would
16 just be one.
17      Again, you have already implied something
18 about children being unable to turn themselves in
19 that device. So that might be one more factor
20 related to that.
21      But yes, I would consider it. Let's put
22 it that way.
23      Q. Okay. And then, so, under your
24 "Circumstances of Death," on Page Bates Number 3,
25 that -- I apologize. I'll let you get there.

44 (Pages 170 - 173)

Michael Ferenc , MD                                              August 12, 2020
In Re: Fisher-Price/Mattel

Page 174

1    That is pretty much, I think as you have
2 already said, the totality of the information that
3 you had about the circumstances; is that true?
4    A. Page 3?
5    Q. Yeah, it's Bates Number 3. At the bottom.
6 Under "Circumstances of Death."
7    A. Oh.
8    Q. Yeah.
9    A. Yeah, that's initially what I would have
10 had.
11    Q. Okay.
12    A. And that's why I put that in those little
13 parentheses, you know, "(Initial Unverified
14 Information.)"
15    Q. If you received additional information,
16 would that have gone somewhere in here?
17    A. Not necessarily. If -- if I receive
18 some -- first of all, I don't remember. But based
19 upon other cases that I have handled, if I receive
20 some really significant information that I got from
21 a valid source, or something else, what I usually do
22 is I start a new paragraph, and I say "Addendum" and
23 put the date in and put something in there.
24    Q. Okay. And in this case, we don't see an
25 addendum, though.

Page 175

1    A. That is correct.
2    Q. All right. And then just to kind of
3 summarize what you didn't have access to, based on
4 the -- on your practice, you would not have read the
5 police report, correct?
6    A. In -- in Phoenix, almost never.
7    Q. Okay. And what about the Fire Department
8 Record?
9    A. Almost never.
10    Q. And I know you already testified that you
11 did not speak to the parents and you did not examine
12 the product.
13    A. Did I -- I did not speak to whom? To who?
14    Q. The parents. To the parents.
15    A. No. Again --
16    Q. And did you not -- yeah.
17    A. I have no reason to think so. And it
18 almost never happened in Phoenix. I can't remember
19 of a time that it did.
20    Q. And you did not inspect the product?
21    A. No.
22    Q. Are you aware, sitting here today, that
23 there was a stain found on the -- the Rock 'n Play
24 that Z█████ was sleeping in?
25    A. No. That would be very interesting.

Page 176

1    Q. Okay. And we'll -- we'll get to that in
2 just a few minutes.
3    I know there is some mention in -- that
4 Dr. -- or, I'm sorry, that Investigator --
5    A. You are breaking up again.
6    Q. There is some information that
7 Investigator Swope had requested medical records
8 from the baby. If he had received those, would it
9 have been your practice to review them?
10    A. If I knew they existed.
11    Q. Okay.
12    A. I would probably. But, again, I have no
13 individual recollection.
14    Yeah, I always prefer to have that, you
15 know, details of the birth, because the details we
16 have here are very limited. Things of that nature,
17 yeah.
18    Q. So let's just -- I just want to quickly
19 just go over just a few of the things in your actual
20 report.
21    We can stay on Page 3, if you are still
22 there, and I'm just going to ask you general
23 conclusions.
24    In terms of your "External Examination,"
25 you did not find anything that led you to believe

Page 177

1 that Z████ died from any specific cause of death. Is
2 that true?
3    A. That is correct.
4    Q. Okay. You did note in the second
5 paragraph that [as read]:
6    "The nostrils are patent and
7    surrounded by dry secretions."
8    A. Yes.
9    Q. Did you ever make any -- any conclusions
10 or assumptions about that?
11    A. No. It just means that some fluids were
12 coming out of there. That can be the result of the
13 dying process; that can be the result of
14 resuscitation; that could be the result of an
15 infection but, of course, no infection was found.
16 So they are nonspecific findings but I noted them.
17    Q. Okay. In terms of your "Internal
18 Examination," again, every one of these symptoms
19 that you checked, you did not find anything abnormal
20 or that led you to believe that something here
21 caused Z████s death. Is that true?
22    A. The latter part of that half is correct,
23 which is I found nothing to explain the death.
24    Q. Okay. In the cardiovascular system, I
25 know you were asked quite a few questions about

45 (Pages 174 - 177)

Michael Ferenc , MD                                  August 12, 2020
In Re: Fisher-Price/Mattel

Page 178

1  that.  Again, there was nothing there that you
2  considered to be a defect or a congenital defect.
3  Is that true?
4      A.  That is true.
5      Q.  And I know there's this reference to no
6  thrombi or emboli.  Can you describe what that is?
7      A.  Blood clots.
8      Q.  So no -- you found no evidence of clots
9  either?
10     A.  No.  And I wouldn't expect to.  It's very
11 rare in an -- in an infant.  But it's just a
12 pertinent negative.
13     Q.  And the same with the pul- -- pul- --
14 gosh, I can't speak today -- "Pulmonary System," you
15 didn't find anything having to do with her lungs
16 that you believed caused her death?
17     A.  That is correct.  I did not.
18     Q.  And I know we didn't talk much about her
19 other systems, but in terms of every other system
20 that you checked, you did not see anything that led
21 you to believe that anything went wrong in one of
22 these systems that caused her death?
23     A.  That is correct.
24     Q.  In terms of the -- same question with the
25 histology.  You found nothing in any of the slides

Page 179

1  that you took that pointed you to a specific cause
2  of death.  Is that true?
3      A.  That is correct.
4      Q.  Trying to skip through some of this stuff.
5      Let's talk a little bit about the
6  actual -- the "Case Notes" that you were asked about
7  on Page 9.
8      A.  Yes.
9      Q.  So -- and I know you didn't write these,
10 but you were asked about the 4/30/2019 entry related
11 to Dr. Horn.
12     A.  Yes.
13     Q.  And it looks -- it looks like Dr. Horn
14 concluded this was a SUID, S-U-I-D, death.  And I
15 think you stated before that you didn't disagree
16 with that; is that true?
17     A.  Well, there's nothing to argue against it.
18 So you could classify it as that, yes.
19     Q.  And my understanding is that asphyxia can
20 actually be included in the range of what is called
21 a -- what can be a SUID death?
22     MS. COHEN:  Objection to form.
23     THE WITNESS:  Yes, if -- yes, that's
24 why -- that's why doctors have created that term
25 instead of just "SIDS."  Yeah.

Page 180

1  BY MS. SCHRINER:
2      Q.  And then the next -- the next notation
3  down is just a couple of days later.  And it -- it's
4  somebody's putting in the comments that [as read]:
5      "I spoke with John Bebola from the
6      Consumer Product Safety Commission.  He
7      was looking for details for the death
8      of this infant."
9      Again, nobody followed up with you on
10 that, did they?
11     Did anybody from the Maricopa Medical
12 Examiner's Office call you about that call?
13     A.  No.
14     Q.  Okay.  And Dr. Horn, I think you already
15 testified, never reached out to you, correct?
16     A.  No.  I haven't talked to Kevin in years.
17     Q.  Okay.  And you saw -- I'm kind of jumping
18 around a little bit.
19     I know you would have reviewed the
20 toxicology report before making your conclusions.
21     A.  Yes.
22     Q.  And you saw nothing in the toxicology
23 report that led you to think that any sort of
24 toxicology led to Z███'s death?
25     MS. COHEN:  Objection.  Lacks foundation.

Page 181

1      THE WITNESS:  No, I did not.  And the
2  toxicology report was negative for substances
3  detected -- tested for.  It was negative.
4  BY MS. SCHRINER:
5      Q.  Okay.
6      A.  There's nothing there.
7      Q.  You were asked a couple of questions about
8  the white blanket that Z███ arrived in.  You have no
9  information one way or the other where that blanket
10 came from.  Is that fair to say?
11     A.  That is correct.
12     Q.  Going to page just quickly 17.
13     Are you there?
14     A.  Yes, ma'am.
15     Q.  Okay.  Sorry.  I was looking down.  I
16 didn't know if you had gotten there.
17     This is, again, the "Preliminary Report of
18 Death," and this was, I understand, mostly, probably
19 completed by Investigator Swope, and under --
20 there's the third section, it starts "Dispatch" and
21 then it has "On Scene."
22     Do you see that?
23     A.  Under what?  Can you repeat that because I
24 think you broke up there.
25     Q.  Yeah.  Yeah.

46 (Pages 178 - 181)

Michael Ferenc , MD

In Re: Fisher-Price/Mattel

August 12, 2020

1    It's the third section down under
2  "Dispatch" and then "On Scene."
3    A.  Yes.
4    Q.  So "On Scene" we have the time noted at
5  "10:47."
6    Do you see that?
7    A.  Yes.
8    Q.  And so if we can -- we know that -- that
9  Z███ was declared dead, I believe, at 8:06, so that
10  shows Investigator Swope arriving two hours and
11  41 minutes following the time of her declared death.
12    So in that amount of time, would you -- if
13  the baby is moved, would you consider the livor
14  patents- -- patterns to change or be unreliable at
15  that point in time?
16    A.  They could.
17    MS. COHEN:  Objection to form.
18  Speculative.
19    THE WITNESS:  The answer is "they could."
20  BY MS. SCHRINER:
21    Q.  And if the -- if the baby -- if someone
22  had attempted CPR on the baby and taken the baby
23  from her position of death and put her on her back
24  and tried CPR, that could change the livor pattern,
25  correct?

1    MS. COHEN:  Objection to form.
2  Speculative.
3    THE WITNESS:  Well, if the child was
4  allowed to lie there long enough, yes, it could be.
5  BY MS. SCHRINER:
6    Q.  And then if the baby is placed supine for
7  a number of hours, following the attempts at
8  resuscitation, could that also change the livor
9  pattern?
10    MS. COHEN:  Object to the form.
11    THE WITNESS:  Theoretically, yes.
12  BY MS. SCHRINER:
13    Q.  And there's also testimony that when the
14  police arrived, the father was holding the baby in
15  his arms.  That's also a change in the baby's
16  position from time of death; is that correct?
17    A.  That is correct.
18    Q.  Looking at the bottom of -- of Page 17, it
19  says [as read]:  "Records requested from" and it
20  says "Dr. Cleary, Banner Thunderbird and Phoenix
21  Baptist Hospital."
22    So I think you said that if -- if these
23  records had been provided to you, you would have
24  looked them over, correct?
25    A.  Yeah, if I knew that they were in.

1    Q.  Okay.
2    A.  Again, I -- but I don't have any
3  recollection of it one way or the other.
4    Q.  Yeah, and I -- I understand that.
5    I'm just curious.  You know, there
6  wouldn't be a reason why you wouldn't look at them
7  if they were there and you were aware of them?
8    MS. COHEN:  Objection.
9    THE WITNESS:  Again, if I was aware of
10  them, I -- I would want to look at them.
11  BY MS. SCHRINER:
12    Q.  Okay.
13    A.  I would have to say that it wouldn't be
14  infrequent for me not to know that they actually
15  came in.  But I have no recollection one way or
16  another.
17    Q.  There's -- just going to Page 54, I know
18  that you were asked about this notation of a SIDS
19  scan, which I know this is not your handwriting and
20  if that even says "scan," but what would a SIDS scan
21  be, if you know?
22    A.  I'm not even sure that says "scan."  I
23  have no idea what that --
24    Q.  It's okay.  Then we'll definitely skip
25  that one.

1    Looking at 55, I know you also talked
2  about cultures that you did in examining Z███ or in
3  analyzing her cause of death.
4    So what is this one?  I see it says [as
5  read]:  "Specimen Type" "Cardiac" and it says "no
6  growth after 5 days."  What would you have been
7  looking for?
8    A.  Anything to suggest that there was an
9  acute septicemia; that is, blood infections.
10  Because there is a few different blood infections
11  that can happen so fast in a baby that they kill
12  very quickly, without leaving much time.  And
13  there's nothing to suggest that.
14    Q.  And then turning to 57 -- actually, I can
15  ask you -- let me ask you about 56.
16    I notice there is some light culture --
17  or, I'm sorry [as read]:
18    "Light Growth Normal Respiratory
19    Flora Isolated."
20    Is that a normal finding?
21    A.  Yeah.  It's a very nonspecific finding,
22  yes.
23    Q.  The next page where it's "no growth
24  after 3 days," and this is from the Ceb --
25  Cerebrospinal?

47 (Pages 182 - 185)

Michael Ferenc , MD    August 12, 2020
In Re: Fisher-Price/Mattel

Page 186

1    A.  Cerebrospinal.  CSF.  CSF.  CSF.
2    Q.  And what are you looking for there?
3    A.  Whether there is some kind of infection in
4  the fluid around the brain.
5    Q.  And you found nothing or the results
6  showed nothing?
7    A.  That's what it indicates, yes, ma'am.
8    Q.  I want to direct you to 50 --
9    First, you were asked about 58, about --
10  there was some concern about the vitreous fluid
11  not -- I don't know, that there not being enough of
12  the specimen or something wrong with the specimen.
13    If you look at 59, does it look like that
14  specimen might have been resubmitted, if you are
15  able to tell?
16    A.  I can't really -- let me look at this and
17  see.
18    [Witness reviews document].
19    Oh.  So it looks -- well, again, I have no
20  individual recollection.  But looking at the pages,
21  it looks like they submitted it first on Page 59 and
22  then for some reason they resubmitted -- you know,
23  somebody wrote in "we'll resubmit to see if a
24  result."
25    And I don't quite understand what the

Page 187

1  differences or why it happened.  I don't remember.
2    Q.  But in any event, you didn't find anything
3  concerning about the results from the vitreous fluid
4  testing?
5    A.  No.  But vitreous humor drip postmortem,
6  it just nothing to suggest there's anything wrong,
7  but it doesn't mean there couldn't have been
8  something wrong.  It just nothing to suggest.
9    Q.  And then looking at Page 60, it looks like
10  an "Autopsy Specimen Report"?
11    A.  It -- it means -- it's an inborn errors of
12  metabolism screen by PerkinElmer Genetics.  They are
13  the standard lab that was used back then and the lab
14  I've used since then.
15    So it's the kind of test like they run on
16  a newborn and do a little heel stick and make sure
17  that the child doesn't have something genetically
18  wrong with his liver or genetically wrong with his
19  heart.  That is related to metabolism, to how they
20  handle sugars or fats, or things like that.
21    Q.  And all of these came back negative?
22    A.  Yes.  It's a limited test but it's still
23  something you rerun because the test when the baby
24  is born might reflect mommy still protecting the
25  baby a few months until these things build up.

Page 188

1    So we tend to repeat the test if it's a --
2  in the sense age, just in case we are missing
3  something.
4    Q.  And on Page 61, it looks like this was a
5  viral culture for respiratory?
6    A.  Yes.  Usually things like influenza back
7  then.
8    Q.  And that also came back negative?
9    A.  Yes.
10    Q.  And then I -- I am wondering because I --
11  on 62, it looks like -- it says "cultural," again,
12  "viral cultural, respiratory."  Is that anything
13  different from the prior one?
14    A.  [Witness reviews document].
15    You know, it appears to be the same thing
16  or something similar, but it's close to nasal source
17  or the nasal swab.
18    Q.  And that one looks like it is a
19  cultural -- [as read]:
20    "Culture Negative by rapid
21    respiratory screen, Shell vial culture
22    in progress."
23    Does that mean anything to you?
24    A.  Yes.  That's -- that's more of the quick
25  test that they do.  Like, when you're in the

Page 189

1  emergency room and they can rapidly say you don't
2  have this virus, rather than waiting for it to grow.
3    Q.  So that one came back -- and that one came
4  back as negative as well?
5    A.  Yes, ma'am.
6    Q.  Looking at the "Laboratory Progress Notes"
7  on Page 63, it lists you as a pathologist, then
8  Farrel Swope as the Investigator.
9    Did he or you enter this information?
10    A.  I didn't enter it.  I have no idea if he
11  did.
12    Q.  Okay.  So in terms --
13    A.  Oh, some -- excuse me.
14    Q.  -- of --
15    A.  I -- this would have probably been --
16  because now I am looking at the page, the weights --
17  the weights are recorded --
18    Typically, back then, the weights were
19  recorded by the technician that was working with me
20  who is standing at the computer right next to the
21  autopsy table, and they enter these numbers into the
22  computer.  So one of the technicians would have done
23  this.  Which technician, I have no idea.
24    Q.  Okay.  And so then the "Weight:  16," do
25  you know if that would be pounds?

48 (Pages 186 - 189)

Michael Ferenc , MD                                     August 12, 2020
In Re: Fisher-Price/Mattel

Page 190

1    A.  Most every -- oh, no, it couldn't be
2    pounds.  Well, I guess it could be.  I don't know.
3    I have no idea.
4    Q.  Okay.  It's okay.  That's fine.
5    A.  I -- I would have done things by grams so
6    I have no idea.
7    Q.  Okay.  And that's a totally fine answer if
8    you don't know.
9    A.  Okay.
10   Q.  Turning to the next page on 64.
11   A.  64, what?
12   Q.  Just the next --
13   A.  Oh.
14   Q.  I am just asking about --
15   A.  I apologize.
16   Q.  Yeah, Page 64.
17   A.  Yeah.
18   Q.  So this is "Toxicology Notes and
19   Interpretation."  Did you see anything in here or
20   can you even tell me what this document necessarily
21   is?
22   A.  What, what is?
23   Q.  Yeah, what this document -- because I see
24   it says "Toxicology Report and Interpretation:
25   Negative," so I am just wondering --

Page 191

1    A.  It -- it's just a bureaucratic report by
2    Norm Wade where he's listing that he did this test;
3    this test method; another test method.
4        These are all different test methods that
5    he does to look for things.  Some of them are
6    through a complicated thing got a gastrotom- -- gas
7    chromatography, mass spectroscopy device, others are
8    immunological tests, some of them are diffusion
9    tests.
10       It's just all the different technical
11   things that he did to come up with the results that
12   he did and didn't find anything.
13   Q.  Okay.  And then you relied on his results
14   in forming your opinions; is that correct?
15       MS. COHEN:  Objection to form.
16       THE WITNESS:  Yes.
17   BY MS. SCHRINER:
18   Q.  What was that answer?
19   A.  The answer:  "Yes."
20   Q.  Okay.  Let's move on to -- let's see.
21       You can skip to 73, which you were asked a
22   little bit about earlier in the deposition.  And
23   this is -- it's got that handwritten note on it.
24       What did you mean by "crib death," if you
25   can recall?

Page 192

1    A.  It's a very nonspecific term.  It's the
2    term that used to be used before SIDS, back from the
3    turn of the century before.
4        It's just saying that I don't really find
5    anything obvious on this SIDS -- or at least --  I'm
6    not even sure when this form is made -- well, it has
7    to be at the end of the autopsy.
8        So that it's basically a negative autopsy.
9    If you look at the literature before SIDS, you'll
10   find the early papers say what we used to call "crib
11   death."
12   Q.  Going on to just Page 85, we're almost
13   done with this document.  There is just a reference
14   to "Elisa Screen Report."  I am just curious what
15   that is.
16   A.  Page 85 or 84?
17   Q.  80- -- 85.
18   A.  85 is just a toxicology lab result showing
19   that they did the testing.  And it lists different
20   methodologies they did; different categories of
21   drugs they did; and that, basically, nothing showed
22   up, apparently, positive at the cut-off levels.
23       But, again, you would have to talk to a
24   toxicologist about this.
25   Q.  Okay.

Page 193

1    A.  From my looking at it, it's a negative
2    test.
3    Q.  In general, when you examined Baby Z█████,
4    you noted that she was well-nourished?
5    A.  Yes.  She appeared to be normally
6    nourished for an infant, yeah.
7    Q.  You would have looked to see if she was
8    premature.  Is that fair to say?
9    A.  Well, she is eight months old.  At this
10   point in time, she would have done a lot of catch-up
11   but there's -- there were none of the -- I would
12   have looked, but it would have -- it's sort of
13   meaningless at eight months old.
14   Q.  Okay.  You didn't find any evidence of any
15   congenital issues?
16       MS. COHEN:  Objection to the form.
17       THE WITNESS:  No.
18   BY MS. SCHRINER:
19   Q.  And what was the answer?  I didn't hear
20   you.
21   A.  My answer was "no."
22   Q.  Okay.  Thank you.
23       And you didn't find any evidence of
24   infection, disease, or illness?
25       MS. COHEN:  Objection to form.

49 (Pages 190 - 193)

Michael Ferenc , MD
August 12, 2020
In Re: Fisher-Price/Mattel

Page 194

1    THE WITNESS: No, I didn't.
2 BY MS. SCHRINER:
3    Q. You didn't learn of any history of apnea,
4 correct, that you can recall?
5    A. No. And that would be something I would
6 focus on. But, again, I can't remember, but no, I
7 didn't -- I have no recollection of that.
8    Q. And had you learned that she had had
9 previous seizures, you would have most likely
10 notated that?
11    A. Yes.
12    Q. You didn't find any evidence of poisoning?
13    A. Well, again, the toxicology is negative;
14 so no, I found nothing to suggest poisoning.
15    Q. At one point you were asked about the
16 seatbelt of the Rock 'n Play, and I thought you
17 mentioned that you might want to know whether or not
18 the baby was buckled, and I'm just curious why you
19 would want to know that.
20    A. Well, anything that restricts either
21 beneficially or in a negative fashion to the child's
22 ability to move would be relevant. So a seatbelt
23 could be relevant to that.
24    I don't know enough about this Rock 'n
25 Play to comment. It's just another fact that would

Page 195

1 be important to know.
2    Q. If the design of the product in any way
3 restricted a baby's movement, it -- would it be the
4 same answer, that that would be something that you
5 would like to know?
6    MS. COHEN: Objection.
7    THE WITNESS: Yes.
8    MS. COHEN: Mischaracterizes the evidence.
9 False statement.
10    THE WITNESS: Yes. Knowing the -- the
11 belts of whether it was on or whether it was
12 secured, whether it was tight, if it's important to
13 restrict the baby's movement in this device, it
14 might be relevant.
15    But, again, I don't know the device, and I
16 don't know that facts.
17 BY MS. SCHRINER:
18    Q. Let's take a look at the photos. And we
19 can put Exhibit 1 aside.
20    A. What section is this? This is 4 again?
21    Q. Yeah, I think the photos were -- I think
22 they were 4.
23    MS. COHEN: 6.
24    MS. SCHRINER: Is that correct? Can
25 anyone confirm?

Page 196

1    MS. COHEN: 6. I'm saying 6.
2    MS. SCHRINER: Oh, I'm sorry.
3 BY MS. SCHRINER:
4    Q. The photos are 6. Yes, I did write it
5 down.
6    A. 6 is the death certificate, so it must be
7 5, at least in my book.
8    MS. COHEN: Oh, no, so we are talking
9 about -- so the exhibit marked in the deposition, 6
10 is the photos. 6 in your folder, Tab 4 in your
11 binder. Sorry, Doctor.
12    THE WITNESS: Thank you.
13    MS. COHEN: Two sets. The official
14 exhibit is 6.
15    THE WITNESS: Okay. I'm at the section
16 that has the photos of the child from the --
17 BY MS. SCHRINER:
18    Q. Okay.
19    A. -- beginning with the autopsy pictures.
20    Q. If you can turn to 164.
21    A. Okay.
22    Q. And do you see that there's some
23 discoloration, some staining towards the bottom of
24 the product or the back of the product?
25    A. Yes.

Page 197

1    Q. If you had heard or learned that this is
2 where the baby's face was found, was the area of
3 where the staining is, would that have played a part
4 in any of your analysis?
5    MS. COHEN: I'm going to object. This
6 is vehemently disagreed with. And object to form.
7 Mischaracterizes the evidence.
8    MS. SCHRINER: If you -- Lori, I feel like
9 your objections are becoming speaking objections, so
10 if you could just make your objections.
11    MS. COHEN: Yeah, but you are starting to
12 really mis- -- you know, misstate the evidence. I
13 don't think it's appropriate to give him a fact that
14 is not in the evidence.
15    MS. SCHRINER: You are making speaking
16 objections at this point. It will be up for the
17 Judge to decide.
18    I'm going to continue with my questioning.
19    MS. COHEN: Objection to form.
20    THE WITNESS: Well, there are so many
21 factors that I can't say anything about. Was there
22 a blanket in between? Was there anything else?
23 What -- how were the -- what was the actual
24 appearance of the child at that moment when
25 recovered out of there?

50 (Pages 194 - 197)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

1    Because obviously -- not "obviously," but
2 in my opinion, the source would be from the nostrils
3 and the mouth to produce a stain like this. So it
4 could be an indication that the face was towards
5 this fabric, that the face was draining down towards
6 this fabric, along the sides of the face.
7    I can't tell you from this picture, but it
8 could have been --
9 BY MS. SCHRINER:
10    Q. Would you --
11    A. I can't -- I just can't tell you.
12    Q. And that's -- that's completely fair.
13    But, again, you weren't shown the photos
14 of this stain at the time of your analysis?
15    A. I'm sorry. You broke up at the end.
16    I heard the "stains at the time of your
17 analysis" is all I heard.
18    Q. Yes. I said you were --
19    MS. COHEN: You mean -- sorry.
20    (Simultaneously speaking.)
21 BY MS. SCHRINER:
22    Q. -- not shown --
23    MS. COHEN: I couldn't hear that. At the
24 time of, what?
25    MS. SCHRINER: I'm trying to re-ask the

1 question because he couldn't hear it.
2 BY MS. SCHRINER:
3    Q. You were not shown the photos of the stain
4 at the time of your analysis?
5    MS. COHEN: Objection to form. I don't
6 know what that means.
7    THE WITNESS: I'm pretty sure I was not.
8 BY MS. SCHRINER:
9    Q. Okay. But you did note the dry secretions
10 on the baby's mouth when you -- I'm sorry, nose and
11 mouth area when you examined her?
12    A. On the nose. I don't remember if it was
13 also on the mouth. But I'll -- let's see.
14    [Witness reviews document].
15    I didn't see it on the mouth or at least I
16 didn't make a comment about it.
17    Q. Let's talk just really briefly about the
18 police report, which I have as Exhibit 4. I don't
19 know where it is in your notebook.
20    A. Oh, boy.
21    Q. Because I know we have different
22 documents.
23    A. Hopefully before Section 8 for me if the
24 Table of Contents is correct.
25    [Witness retrieves Exhibit 4].

1    Yes. I found it on my Section 8 "Tempe
2 Police Report."
3    Q. Okay. Great.
4    And I know that you already mentioned that
5 you did not review the police report and that you
6 did not have any part in writing it, correct?
7    A. As far as I can tell, no.
8    Q. Okay. I'm just going to read to you -- at
9 the top of Page 8, it states [as read]:
10    "Andrew stated that Katie looked
11    over and noticed that Z███'s face was
12    down and immediately checked if she was
13    breathing and she was cold to the
14    touch."
15    If you had heard anything like this, that
16 Z███'s face was down, if that information had been
17 provided to you, would you have noted that in your
18 report?
19    MS. COHEN: Objection to form.
20    THE WITNESS: I would have -- I would have
21 likely noted it in my report. And I would have
22 further asked for a clarification of what "down"
23 means.
24 BY MS. SCHRINER:
25    Q. Turning to Page 11, let's see if I can get

1 to where -- so it's the -- one, two, three -- fourth
2 paragraph down.
3    And this is talking about the "Doll
4 Reconstruction," and so I'm starting at the sentence
5 that says "When Kathleen placed the mannequin."
6 It's about two-thirds of the way down.
7    A. Next "Kathleen placed the mannequin," yes.
8    Q. Yeah. [As read]:
9    "When Kathleen placed the mannequin
10    in the bassinette, the mannequin was
11    positioned on the left side of the body
12    with the face towards the bottom of the
13    bassinet and abdomen toward the bottom
14    as well."
15    Is your answer the same as previously,
16 that if you had been told that information, you
17 likely would have noted in your report?
18    MS. COHEN: Objection to the form.
19    THE WITNESS: Well, again, it doesn't tell
20 me enough to make any definitive comment or things
21 to that nature.
22    "Left side" -- I mean, I still haven't
23 seen why the child couldn't clear her airway by
24 turning the head a little bit, but -- because the
25 description doesn't really tell me enough, it just

51 (Pages 198 - 201)

Michael Ferenc , MD

August 12, 2020

In Re: Fisher-Price/Mattel

Page 202

1  doesn't tell me enough.
2  BY MS. SCHRINER:
3      Q.  So that would be something you would want
4  more information on?
5          MS. COHEN:  Objection to form.
6          THE WITNESS:  Yes.  It might be relevant
7  to strengthening or lessening arguments about
8  asphyxia and things of that nature, under the SUID
9  diagnosis.
10 BY MS. SCHRINER:
11     Q.  On Page 14 -- and I'll let you get there.
12     A.  I'm there.
13     Q.  Just -- just the third paragraph down,
14 it's talking about [as read]:
15         "I was advised that the infant was
16         wrapped in a white blank by TFD
17         personnel and placed back in the
18         bassinet prior to TFD leaving the
19         scene."
20         You're -- I know you were asked questions
21 about the blanket.  Again, you don't have any
22 information about whether it was emergency
23 personnel's blanket versus a blanket that the baby
24 maybe went to sleep with that night?
25     A.  I have no idea.

Page 203

1      Q.  Okay.  Let's see if there's anything else
2  on the police report.
3          Down at the bottom under "Arrival of OEM,"
4  second paragraph.
5      A.  What page is this?
6      Q.  It's still on the same page, on 14.
7      A.  Paragraph starts "On arrival"?
8      Q.  It's -- I'm sorry.  That's the heading,
9  "Arrival of OEM" and then it's the second paragraph.
10     A.  Oh.  Okay.  I see it.
11     Q.  The second paragraph reads [as read]:
12         "The basket of the bassinet appeared
13         to have a watery pinkish red stain
14         approximately where the infant's head
15         had been."
16         Again, if that's information that had been
17 provided to you, would you have noted it in your
18 report?
19         MS. COHEN:  Object to the form.
20         THE WITNESS:  Probably.  Probably I would
21 have.
22 BY MS. SCHRINER:
23     Q.  And you -- okay.
24         Let's go on to 17, and this is under the
25 heading "Interviews" and it's third paragraph down.

Page 204

1      A.  Yes.
2      Q.  And it looks about two to three sentences
3  in, and it says [as read]:
4          "They observed Z██ laying facedown
5          and not buckled into her bassinet.
6          They could not see her face."
7          Again, same question as before, if you had
8  been told that witnesses described Z██ as being
9  facedown, you would have noted that in your report?
10         MS. COHEN:  Objection to form.
11         THE WITNESS:  Yes.  I probably would -- I
12 probably would have noticed it -- noted it in my
13 report or somewhere.
14         I would have also asked for clarification
15 because these various statements aren't quite jiving
16 together to me, in my mind at least.
17 BY MS. SCHRINER:
18     Q.  And then there's a further sentence [as
19 read]:
20         "She was not breathing and there was
21         a dark stain on the bassinet bedding
22         where Z██ s face was."
23         I know you were asked that in a similar
24 way before but, again, that would have been
25 something you -- you would have noted and also would

Page 205

1  have wanted more information on?
2      A.  Again, I would have probably noted it.  I
3  can't guarantee I would have, but I would have
4  probably noted it, based on past cases.
5          And I definitely would have asked for more
6  information.  Because, again, that may strengthen or
7  lessen the argument of asphyxia.
8      Q.  All right.  We can put this aside.
9          And then I was just going to briefly ask
10 you the same thing.  I don't think it's been marked,
11 the Tempe Fire Department records.
12         MS. SCHRINER:  So if we can go ahead mark
13 those if they have not been marked.
14         MS. COHEN:  They have not been marked.
15 You are right.
16         MS. SCHRINER:  I think we are on 7; is
17 that right?
18         MS. COHEN:  Yes.
19         THE WITNESS:  We are going to another
20 section.  Is that what you are telling me?
21 BY MS. SCHRINER:
22     Q.  Yeah, I unfortunately don't have the same
23 notebook that you have.  But it's a couple-page
24 document, and it's the Tempe Fire Department
25 records.

52 (Pages 202 - 205)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

1    MS. COHEN: It's Number 12 in yours,
2 Doctor.
3    THE WITNESS: Number 12. Yes. Thank you.
4 You people kill a hell of a lot of trees
5 doing this stuff.
6    MS. COHEN: You should see my office.
7    THE WITNESS: I'm almost there. There I
8 am. I am there now.
9    (Deposition Exhibit 7 was marked for
10    identification and is attached hereto.)
11 BY MS. SCHRINER:
12    Q. Okay. And, again, it wasn't your normal
13 course of action to review the fire department or
14 emergency personnel record, correct?
15    A. I seldom -- I can't remember -- almost
16 never seeing these kind of records. So, no, it
17 wouldn't be. No, I'm sure we did occasionally, but
18 I don't remember this one.
19    Q. Under [as read]: "Summary of Events,"
20 there's a sentence just a couple in that says [as
21 read]:
22    "This morning parents woke up and
23    found baby lying prone in her
24    bassinette unresponsive."
25    And this is a similar question to as

1 before, that if you had learned that the baby was
2 found prone, that would have been something that you
3 would have notated?
4    MS. COHEN: Objection to form.
5    THE WITNESS: Again -- again, it would
6 have been an important fact, either for or against
7 asphyxia. And it's the kind of facts that most
8 pathologists would note, yes.
9 BY MS. SCHRINER:
10    Q. And then a couple more sentences in, it
11 says [as read]:
12    "PT has no obvious signs of trauma,
13    but it does have dried colored
14    discharge around nose, mouth, and
15    face."
16    A. Yes. I see it.
17    Q. And you -- you noted some discharge at the
18 time of the -- at the time of the autopsy as well?
19    A. Well, just the dried secretions around the
20 nose is all you could see at autopsy.
21    Q. Okay. We can put that aside.
22    And I want to go and mark Dr. Cleary's
23 records, who was her -- Z███ s pediatrician.
24    So I wish I could tell you where that was
25 in your notebook.

1    MS. SCHRINER: We'll mark those as
2 Exhibit 8.
3    (Deposition Exhibit 8 was marked for
4    identification and stuff is attached hereto.)
5    MS. COHEN: It's Number 9 in your
6 notebook, Doctor.
7    THE WITNESS: Sorry. You broke apart
8 there again.
9    MS. COHEN: That is 9 in the notebook --
10 in the notebook we provided to you for your
11 convenience.
12    THE WITNESS: Okay. Okay I found it.
13    MS. COHEN: Thank you.
14 BY MS. SCHRINER:
15    Q. Going back to Page 7, you see it looks
16 like a subpoena from the Maricopa County Office of
17 Medical Examiner?
18    A. Okay.
19    Q. So -- and I understand you probably didn't
20 personally subpoena anything.
21    But I do see Farrel Swope's name at the
22 bottom. So I guess we can at least assume that he
23 asked for these records, but I understand you don't
24 recall if you actually reviewed them.
25    A. No. I don't recall if I actually reviewed

1 them.
2    Q. Okay. Let me direct you to Page 17. You
3 had earlier discussed a newborn heel prick that
4 looked for some congenital issues.
5    Are you able to tell me if this Arizona
6 Newborn Screening Report is what you were referring
7 to?
8    A. Yes, it is.
9    Q. And this report -- what type of congenital
10 issues does this look for, if you know?
11    A. It looks for metabolic issues; meaning
12 things about how do you handle sugars, how do you
13 handle proteins, how do you handle fats, and if
14 there's any abnormalities that is going to lead to
15 disorders.
16    You know, you can think of things like
17 Tay-Sachs disease and stuff like that.
18    Q. And all of the things tested here came
19 back as normal findings?
20    A. Yes.
21    Q. And that's consistent with the follow-up
22 test that you requested as part of your analysis as
23 well; is that true?
24    A. Yes.
25    Q. Looking at the very next page, Page 18 --

53 (Pages 206 - 209)

Michael Ferenc , MD                                        August 12, 2020
In Re: Fisher-Price/Mattel

---

Page 210

1  I know this is a lot of information, but I just
2  don't know if you can tell me.
3       Does this test -- does this show that more
4  was tested for than what is on the first page, or is
5  this just part of the first page?
6       MS. COHEN: Objection to form. And
7  foundation for this witness.
8       THE WITNESS: [Witness reviews document].
9  BY MS. SCHRINER:
10      Q. And if you don't know, that is also okay
11 to tell me.
12      A. It's including at least some of them, but
13 I can't be sure of all of them.
14      Q. Okay. Let's look at Page 28. You were
15 asked a bunch of questions today about a heart
16 murmur.
17      Have you ever seen any reference in any
18 record about Z███ ever being diagnosed with a heart
19 murmur?
20      MS. COHEN: Objection to form.
21 Foundation.
22      THE WITNESS: Well, again, I don't
23 remember any reference on Z███ related to this. But
24 this page is not showing me anything, no.
25 ///

---

Page 211

1  BY MS. SCHRINER:
2       Q. Okay. So if -- this is a document from
3  Phoenix Baptist Hospital, and the date of service is
4  October 2nd, 2013, which is three days after Z███
5  was born. And it says [as read]: "Echocardiogram."
6       Do you see that?
7       A. Yes.
8       Q. And under "Indications," what does that
9  say?
10      A. Tachypnea.
11      Q. Do you know what that means?
12      A. Yes. It means rapid breathing.
13      Q. That's the same thing as a heart murmur?
14      A. [No verbal response given].
15      Q. Did you answer? I might have lost you.
16      Is that the same thing as a heart murmur?
17      A. Oh. Did you ask me a question about heart
18 murmur?
19      Q. Yes. I said --
20      A. Tachypnea -- Tachypnea means rapid
21 breathing.
22      Q. And that's the same thing as a heart
23 murmur?
24      A. No.
25      Q. Just looking over this, are you able to

---

Page 212

1  tell me what the results were of this
2  echocardiogram? And it goes into the next page as
3  well.
4       MS. COHEN: Foundation. Rapid cardiology
5  expertise.
6       THE WITNESS: It indicates that they did
7  not find anything.
8  BY MS. SCHRINER:
9       Q. And when you examined Z███ s heart, you
10 also did not find any defects or any issues that --
11 that led you to believe that any heart condition
12 caused her death?
13      A. That is correct.
14      Q. Let's go on to 31, just because there was
15 a question about, you know, the scale in your office
16 maybe being off, or we're not sure where the
17 12 pounds came from. This is the growth chart.
18      And I understand you are not a
19 pediatrician, but are you able to look at this and
20 see if Z███ was following a normal growth chart, at
21 least at her six-month visit?
22      A. At her six-month visit, she was in the
23 middle range of the percentiles, which is
24 appropriate. Let's see. 39... 64.
25      [Witness reviews document].

---

Page 213

1       And at the time she died, her length was
2  appropriate and her weight...
3       Where the hell is the metric size?
4       [Witness reviews document].
5       I can't tell on this scale. But her --
6  her length was at least appropriate, yes.
7       Q. Okay. And we can put those records aside.
8       A. Okay.
9       Q. The next ones I want to mark are -- it's
10 the records from Banner Health.
11      A. Yes.
12      MS. SCHRINER: And I'll mark those as
13 Number 9.
14      (Deposition Exhibit 9 was marked for
15      identification and is attached hereto.)
16 BY MS. SCHRINER:
17      Q. So I want to -- briefly want to take --
18 I'm sorry.
19      Are you there? I know...
20      A. I found a page -- a section that says
21 Banner Health.
22      Q. Okay. Great.
23      If you go to Page 23. So I just want to
24 show you there is -- just because we were talking
25 about her weight measurement. There is a weight

---

54 (Pages 210 - 213)

Michael Ferenc , MD                                      August 12, 2020
In Re: Fisher-Price/Mattel

Page 214

1  down here of 6.42 kilograms, which I calculated into
2  14.15 pounds.
3       So that would be consistent with
4  Dr. Cleary's record that she was approximately
5  14 pounds at her six-month?
6       A.  Okay.
7       Q.  And I think that is also consistent with
8  your findings that she appeared well nourished and
9  appropriate for her age, size and height-wise?
10      A.  Yes.  I would think that the weight that
11 we were -- we recorded, the 5690 grams, or
12 5.69 kilograms, is probably a scale problem because
13 the other factors like the height and everything
14 match.
15      Q.  Okay.
16      A.  Or are appropriate for what I see.
17      Q.  I should have actually taken you to Page 2
18 just so you could see the date on this.
19      If you'll look at the top of the page, the
20 admin date is 4/21/14.  And you were asked questions
21 by Ms. Cohen about Z██ having had a respiratory
22 illness.  And this describes the illness that she
23 was diagnosed with on 4/21.
24      And if you look under "Viral respiratory
25 Illness," it says [as read]:

Page 215

1           "Your child has a viral respiratory
2      illness, which is another common
3      term -- which is another term for the
4      common cold."
5      So it looks like Z██ was -- had a cold
6  approximately two months prior to her death?
7      MS. COHEN:  Objection to form.
8  Mischaracterized the evidence.
9  BY MS. SCHRINER:
10     Q.  Is that something that is significant to
11 you in terms of determining her cause of death?
12     A.  Well, it's not really relevant unless she
13 has recurrent colds and colds and colds.  It's just
14 another fact.  But, no, it's not relevant to what
15 happened two months later.
16     Q.  Okay.  And then actually just because you
17 brought it up, let's turn to Page 28.
18     A.  I got to stop bringing stuff up.
19     Okay.
20     Q.  I promise you we are getting close.
21     A.  Okay.
22     Q.  Page 28 is a review of symptoms under
23 "Prior Episodes."  Let me see if I can find that on
24 here.  It's under the "History of Present Illness,"
25 and it's the very last statement or the last line.

Page 216

1  And it says [as read]:  "Prior episodes:  None."
2      Do you see that?
3      A.  Yes.
4      Q.  And it talks about, also under "Review of
5  Symptoms," under "Respiratory," it says [as read]:
6  "Cough.  No shortness of breath.  No"...
7      What is "Cyanosis"?  What is that, if you
8  know?
9      A.  When people have bad lung situations like
10 their fingertips turn blue, things like that,
11 because they are not getting enough oxygen into the
12 bloodstream.
13     Q.  And then it also says [as read]:  "No
14 apnea"?
15     A.  That means stopping breathing.  You know,
16 holding your breath or stopping breathing because
17 you are not trying to breathe appropriately.
18     So, like, grandpa who snores and snores
19 and snores and then suddenly stops for ten seconds
20 and you are like, "Oh, god, what happened," and then
21 he starts breathing again.  That is an apneic
22 episode.
23     Q.  And according to, at least this document,
24 Z██ was not suffering from apnea at the time?
25     A.  Not while they were observing her, no.

Page 217

1      Q.  I think we can put that one aside.
2      You were asked a little bit about a
3  statement from Andrew, the father, about whether or
4  not he had researched SIDS.
5      Do you recall that?
6      A.  Yes.  I recall the question, yes.
7      Q.  You were not provided Andrew's or Katie's
8  interviews taken by the police department; is that
9  right?
10     MS. COHEN:  Objection to the form.
11     THE WITNESS:  I don't have any
12 recollection -- I have no recollection of it.  But
13 it's unlikely that I would have.
14 BY MS. SCHRINER:
15     Q.  Okay.  And if Andrew had stated that in
16 preparing for Z██'s birth he looked into safe
17 sleeping and SIDS risk, my guess is this is outside
18 of your purview, but do you know what is taught
19 in -- in childbirth classes and parenting classes?
20     A.  Nowadays, no.
21     Q.  Okay.
22     A.  No, I don't.
23     Q.  Would you be able to testify whether or
24 not those classes include courses on SIDS and safe
25 sleep environments?

55 (Pages 214 - 217)

Michael Ferenc , MD                                August 12, 2020
In Re: Fisher-Price/Mattel

Page 218

1          MS. COHEN:  Objection.
2          THE WITNESS:  No.  I would be -- I would
3    be speculating.  I haven't had to deal with anything
4    like that as an intern or of any clinical, so I have
5    no idea what they are teaching nowadays.
6    BY MS. SCHRINER:
7          Q.  Did you learn any information that Andrew
8    was an Eagle Scout and liked to be prepared?
9          A.  No.  I didn't know he was an Eagle Scout,
10   no.
11         Q.  Okay.  Looking at -- going back to
12   Exhibit 5, which was the checklist.
13         A.  4.  5.
14         No, it can't be Exhibit 5 but -- can you
15   give me a better idea of where it is, the checklist,
16   because it's not Exhibit 5 for me.
17         Q.  Okay.  Unfortunately -- oh, it would have
18   been the one on your computer.  It was the one -- it
19   was the one e-mailed.
20         A.  Oh.  Oh.  Oh, the one that was e-mailed to
21   me.  I apologize.
22         All right.
23         Q.  Yeah.
24         A.  Yeah, all right.  I've got it up again.
25         Q.  And this might have been my confusion, but

Page 219

1    I thought that there was a question about whether or
2    not one of the parents had had a child -- a previous
3    child loss or death.
4          And under Number 6, it says [as read]:
5    "Caregiver(s)" -- and, I'm sorry.  I'll direct you
6    to it.
7          It's on the -- I think it's the first page
8    under [as read]:  "Caregiver(s) At the Time of Death
9    Information," and Number 6.
10         A.  That found it --
11         Q.  It says [as read]:  "Caregiver(s) have
12   prior" -- yeah.
13         [As read]:  "Caregiver(s) have prior child
14   death:"  And then for Number 1, it says "No," and
15   Number 2 it says nothing.
16         So I just wanted to make sure there wasn't
17   any testimony that this checklist was somehow
18   indicating that one of the parents had had a child
19   die in the past.
20         MS. COHEN: Objection to form.
21         THE WITNESS: That --
22         MS. COHEN: Objection to form.
23         THE WITNESS: That's the way -- that's the
24   way I might interpret it, but it's not a very well
25   designed little checkbox.  So for some reason only

Page 220

1    one of them is responding.  So I have no idea.
2    BY MS. SCHRINER:
3          Q.  And you were also asked about a statement
4    by Andrew about not being concerned about SIDS after
5    four months.  And I understand you weren't read his
6    interview and his actual words.
7          But are you aware of any research about
8    when the peak of SIDS occurs in infants under one?
9          A.  So it's varied with the literature over
10   time because it depends how they define it and
11   things like that.
12         But the first few months tend to be more
13   likely -- by the time you are getting on to
14   12 months, 11, 10, 9, you know, the further you get
15   out, the less likely it is, or less likely it is
16   that people recognize it as, quote/unquote, SIDS.
17         But I can't remember the exact peak right
18   now, but it's in the first few months.
19         Q.  Okay.
20         A.  And there is recent papers that try to
21   argue that if it's in the first month, neonatal, you
22   should call it something else, and I have forgotten
23   what they say.
24         Q.  And this is just -- I'm totally jumping
25   around here because I'm just trying to plug in some

Page 221

1    holes.
2          You did not see anything in your
3    examination that would indicate an inflammation of
4    the heart muscles?
5          A.  No.
6          MS. SCHRINER:  And I think that's probably
7    all I have.
8          I'll turn it back to Ms. Cohen to see if
9    she has any follow-up questions.
10         MS. COHEN:  Just a few if you guys can
11   stand a little bit longer.
12         Doctor, you okay there, or do we need a
13   break?
14         THE WITNESS:  Just marvelous.  Just
15   marvelous.
16         MS. COHEN:  It's probably good to see your
17   face, though, if you don't mind.  That face is a --
18   just because -- well, I kept getting him on the
19   screen with the face.
20         (Simultaneously speaking.)
21         MS. COHEN:  Probably don't have it,
22   though.
23         THE VIDEOGRAPHER:  I have just been
24   getting the half of his face.
25         MS. COHEN:  We want to see your whole face

56 (Pages 218 - 221)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 222

1  for the screen, for your movie career.
2
3        FURTHER EXAMINATION
4  BY MS. COHEN:
5     Q.  Okay.
6     A.  It's going to be a very short one.  Very
7  short one.
8        Sorry.  Because of the way the computer is
9  now positioned, I have to turn around.
10    Q.  I'm sorry.  We'll try to wrap this up.
11       Let me try to just go through just the
12 items that Ms. Schriner has asked about.
13       Going back, just quickly, to the Banner
14 Health records, because I have them open, let's see,
15 and that was Number 9.
16       Is it Tab or Exhibit 9?
17    A.  It's Number 10 for me, but, yes, I found
18 it.
19    Q.  Let's just quick -- Ms. Schriner asked you
20 a few questions about that.  Let's see.  On Page 14,
21 if you could flip to that, she described this
22 admission as related to a cold.
23       I just want to point out on Page 14 --
24 and, again, this is a few months prior to her death.
25 This is April 21st.  It says [as read]:

Page 223

1  "Diagnosis" --
2     A.  You are breaking up again.
3     Q.  Page 14, Doctor.  You see that?
4     A.  I have that.  I have that page.
5     Q.  It says at the bottom [as read]:
6        "Diagnosis is acute upper
7        respiratory infection of unspecified
8        site."
9        Do you see that?
10    A.  Yes, ma'am.
11    Q.  And on Page 16, the complaint was [as
12 read]:
13       "Congested cough, solid congested
14       cough."
15       Do you see that.
16    A.  [Witness reviews document].
17       I'm looking for it.
18    Q.  It's about halfway down under "Admit,
19 Transfer, and Discharge."
20    A.  Oh.  [As read]:
21       "Patient's chief complaint.  Child
22       has congested cough."
23       Yes.
24    Q.  Okay.  We can put that one aside hopefully
25 for the rest of the day.

Page 224

1        Let's go to the -- the Infant Death
2  Investigation Checklist.  And, I'm sorry, that's the
3  one on your computer.  That's Number 5.
4     A.  Okay.
5     Q.  And that is the one that, I believe,
6  Ms. Schriner had recently pointed out -- again under
7  the "Caregiver" have prior child death.  You agree
8  that only one person responded, right?
9     A.  Well, there is only one checkmark, yes,
10 ma'am.
11    Q.  Okay.  And then further in that -- I
12 wanted to find what I was looking for.  Let's see.
13 Yes.
14       On the bottom of this page -- and, again,
15 this is Infant Death Investigation Checklist Arizona
16 report form, and this is Dr. -- Detective Reyes who
17 signs off on this.
18       On Page 83 [verbatim], on this official
19 police investigative form, it says [as read]:
20 "Child found: On side.  By mother."
21       Do you see that?
22    A.  What am I looking at now?  Am I still in
23 this --
24    Q.  Yes.
25    A.  -- web document I received?

Page 225

1     Q.  Yes.  On Page 83 [verbatim].  Because
2  there was some questions by Ms. Schriner about how
3  the baby was found.
4        And in the official report from the
5  Detective Reyes on the bottom under it -- it says
6  on D, [as read]: "Child found.  On side.  By
7  mother."
8        Do you see that?
9     A.  No.  I just don't know where you are.
10    Q.  Sorry.  It's one -- we can pull this up on
11 the screen.  Why don't we pull it up -- we can make
12 it easy for you.  Or if you look at the computer
13 there, Page 83?
14    A.  83.  I don't have a Page 83.  That's what
15 I am not --
16       MS. SCHRINER:  It's Bates 5806.
17 BY MS. COHEN:
18    Q.  The bottom -- I'm sorry, Doctor.  The
19 bottom of the second page.  Kind of hard.
20       It says [as read]:  "Other Circumstances
21 of Incident."
22       Do you see that?
23    A.  Yes.  I found that.
24    Q.  Sorry about that.  I wasn't being clear at
25 all.

57 (Pages 222 - 225)

Michael Ferenc , MD                                                August 12, 2020
In Re: Fisher-Price/Mattel

Page 226

1        But on the right side bottom, it says
2    [as read]: "Child found.  On side.  By mother."  Do
3    you see that?
4        A.  Yes, I do.
5        Q.  Okay.  And that's -- and you knew
6    Detective Reyes when she worked -- when you were
7    working there, correct?
8        A.  No.  Well, I -- I might have.  If I saw
9    her face, I might recognize her, but I don't
10   remember Detective Reyes from Adam.  I don't know
11   her.
12       Q.  But, I mean, you worked with her on this
13   case, correct?
14       A.  Well, apparently, but I don't remember
15   her.  But I have no reason to disbelieve that.  She
16   is listed in the records.  It makes perfect sense,
17   but I don't have any individual recollection.
18       Q.  Do you -- are you critical of the police
19   department and their investigation in this case?
20       A.  Critical?
21       Q.  Yes.
22       A.  I find the thing that I see most often in
23   baby cases, which is different observers have
24   different statements or conclusions that aren't
25   quite matching each other, and I have seen that

Page 227

1    since 1986.
2        Q.  Okay.  But you agree that --
3        THE REPORTER:  Counsel, repeat that
4    question.
5        MS. COHEN:  Yes.
6    BY MS. COHEN:
7        Q.  Detective Reyes was there for the autopsy,
8    correct?
9        A.  Apparently, yes.
10       Q.  You and she spent time together, correct?
11       A.  Apparently, yes.  Again, I don't remember.
12       (Simultaneously speaking.)
13   BY MS. COHEN:
14       Q.  You and she --
15       A.  She is --
16       Q.  You exchanged information with her,
17   correct?
18       A.  Again, that would be the normal procedure.
19   I don't remember, but probably, yes.
20       Q.  And even if you don't have specific
21   written documents at the time that you did the
22   autopsy, you are there exchanging verbal
23   communications and verbal information with the
24   detectives, correct?
25       MS. SCHRINER:  Form.  Foundation.

Page 228

1        THE WITNESS:  That's normal routine.  Yes.
2    BY MS. COHEN:
3        Q.  And also Investigator Swope comes back to
4    the -- to the office and provides you with verbal
5    updates and reports in addition to his writings,
6    correct?
7        A.  Probably.  Again, no individual
8    recollection one way or the other in this case.
9        Q.  If he testified that you and he spoke
10   about different issues on the scene and he shared
11   with you his investigation information, you wouldn't
12   disagree with that, would you?
13       MS. SCHRINER:  Form.
14       THE WITNESS:  I -- I would have no way to
15   degree with him.  I would think I would have no
16   reason to think he is lying or anything like that,
17   no.
18   BY MS. COHEN:
19       Q.  Let's go back to your medical -- the
20   official ME file.  So I want to point out a couple
21   of things to you there.  This is Exhibit 1 again.
22       A.  Okay.
23       Q.  Everyone -- I want to remind you -- say
24   the date.  So I'll let you get to Page 2.
25       A.  Okay.

Page 229

1        Q.  So, again, I think we talked about this
2    before, but just to orient us, we have the date of
3    your autopsy and date of examination are on
4    June 20th, 2014, correct?
5        A.  That is correct.
6        Q.  And then just short of two months, you
7    finalize and sign and sign off on this autopsy
8    report as noted there, August 15th, 2014, correct?
9        A.  Yes.
10       Q.  So even if you didn't have some
11   information the day of the autopsy, you had two
12   months minus five days to obtain it in terms of
13   written updates, verbal communications, and such,
14   correct?
15       A.  Potentially, yes.
16       MS. SCHRINER:  Lacks foundation.
17   BY MS. COHEN:
18       Q.  And, in fact, you said a number of times
19   the phrase I think we have heard most today -- and
20   I'm not picking on you.  I am actually -- I'm
21   actually, you know, agreeing with you.
22       You don't remember specifically what you
23   received and what you didn't receive, correct?
24       A.  That is correct.
25       Q.  You don't remember what -- what

58 (Pages 226 - 229)

Michael Ferenc , MD                                August 12, 2020
In Re: Fisher-Price/Mattel

Page 230

1 photographs you saw at the time of the autopsy
2 versus what you saw in the two months that passed
3 before you signed the autopsy report, correct?
4    A.  That is correct.  But it's unlikely I saw
5 those photographs.
6    Q.  Okay.  You don't recall what information
7 was provided to you by Detective Reyes and others in
8 the police report --
9       (Simultaneously speaking.)
10      THE WITNESS:  No, I don't.
11 BY MS. COHEN:
12    Q.  They -- and it would not be unusual to
13 have calls with the police before you finalize and
14 sign off on an autopsy report like this one,
15 correct?
16    A.  It would be unusual -- not unusual for me
17 to receive a call or make a call?  I didn't
18 understand that.
19    Q.  Either/or, to have phone calls with the
20 police while you are working on finalizing your
21 autopsy report.
22    A.  It almost never happens.
23    Q.  Okay.
24    A.  They didn't call.  They never call.
25    Q.  Okay.  Now let's look at Page 9.

Page 231

1       And, again, while you are getting there,
2 do you agree that after Investigator Swope did his
3 investigation of the scene, he came back and made
4 writings of the scene, and you had communications with him,
5 correct?
6    A.  No.  I don't know that.
7       MS. SCHRINER:  Objection.  Form.
8 BY MS. COHEN:
9    Q.  So you just don't remember either way?
10    A.  I don't know either way.  I don't
11 remember --
12    Q.  Okay.
13    A.  -- if we had conversations after the case,
14 no.
15    Q.  Oh.  But I mean -- Right.  Okay.
16       But before -- you wouldn't rule out --
17 certainly don't remember whether he did or didn't
18 talk to you multiple times before you signed off on
19 this report, correct?
20    A.  That's correct.  He may have.  And if he
21 says he did, then he did.
22    Q.  Now, on Page 9 of your medical examiner
23 file it talks about -- let's see -- we talked about
24 already June being the autopsy.  August 15th being
25 the signing of the official report.  And then on

Page 232

1 August 6th, you see there, there's a [as read]:
2    "Photo CD picked up by Detective
3    Pooley."
4    Do you see that?
5    A.  Yes.
6    Q.  So, again, there was more exchanging of
7 photographs and information between the ME
8 department and the Police Department, correct?
9       MS. SCHRINER:  Foundation.
10      THE WITNESS:  No.  It means they simply
11 picked up our CD of photographs.  It doesn't mean
12 there was any exchange from them.
13 BY MS. COHEN:
14    Q.  Okay.  And if the police testify that, in
15 fact, you had their photos from the police file,
16 that they were sent over, or that you had their
17 report as part of the ME files, you wouldn't have
18 reason to disagree with them, would you?
19    A.  No.
20      MS. SCHRINER:  Foundation.  Form.
21      THE WITNESS:  I -- I almost never saw
22 these reports, so I don't know where they put them.
23 BY MS. COHEN:
24    Q.  Also, if you had any questions you
25 certainly would have been able to -- you certainly

Page 233

1 would have felt comfortable in asking them questions
2 about it, correct?
3    A.  Could I have?  But it never happened.  The
4 police never followed up with us, and I almost never
5 was able to reach the police, in general, in cases
6 there, in the Phoenix office.
7       I am not saying it couldn't have happened
8 in this case, but that's just not the pattern.
9    Q.  Now, the exhibit -- the exhibit of --
10 photograph of the ME photos, Exhibit 4, and we don't
11 have to go through them, just generally speaking, at
12 the time of your autopsy, you would have had the
13 ones that were part of the medical examiner -- the
14 ones taken at the medical examiner's office that we
15 talked about before, that would have been the first
16 set of them, but --
17    A.  I would have had 110 through about 114,
18 and I wouldn't have had them.  I would have been
19 there when they were taken.
20    Q.  Okay.  And then the rest of them would
21 have been part of the electronic file and probably
22 hard file of the ME department and available to you
23 before you signed your report in August, correct?
24      MS. SCHRINER:  Form.  Foundation.
25      THE WITNESS:  The ones related to the

59 (Pages 230 - 233)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 234

1    office, yes.  I have no idea where they would put
2    the police ones if they got them.
3    BY MS. COHEN:
4        Q.  Okay.  But we're not talking about the
5    police.  I'm talking about the medical examiner's,
6    the rest of the photos from Investigator Swope from
7    his -- his on-the-scene photos.  They --
8        A.  I -- I have no idea where they kept those
9    photographs.
10       Q.  Okay.  It could have been online?
11       A.  What?
12       Q.  Okay.  They could have been available on
13   the computer, if you wanted them?
14       A.  They may have been available on their
15   computers, but they weren't on some common drive
16   that I was aware of.
17       Q.  No, I am not talking about the police
18   ones.  I'm talking about the ones that Investigator
19   Swope, who is part of the ME --
20       A.  I know.  So am I.
21       Q.  Okay.
22       A.  I have no idea if they were some place
23   that I could get to.  They usually weren't.  I was
24   unable usually to find any investigator's
25   photographs.  They weren't on a computer that I had

Page 235

1    access to.
2        Q.  Now, if you had questions or wanted to get
3    more information from Investigator Swope, I assume
4    you would have felt comfortable asking him, correct?
5        A.  Yes.  If I had known that any of his
6    issues existed.
7        Q.  "If any," what?
8        A.  If I had known any of these issues
9    concerning the bassinet and a function, and a this,
10   and a that, and all this other stuff existed, but
11   no, I didn't.
12       Q.  Right.
13           And you don't --
14       A.  At least I don't have a recollection that
15   I did.
16       Q.  You didn't know about the parents' drug --
17   the -- the dad's drug use and paraphernalia being
18   confiscated by the police, did you?
19       A.  Again, my answer is asked and answered.  I
20   have told you I have no recollection of that,
21   period.
22       Q.  Okay.
23       A.  It may be in the reports, but I can't
24   comment about it because I don't remember it.  And I
25   didn't make any notation in my little brief history

Page 236

1    about that for the reasons that I have said.
2            I may have done it purposefully not to
3    mention it, or I may not have been told about it, or
4    I may not remember.
5        Q.  Now --
6        A.  Or I don't remember.  That is -- that is
7    actually a true statement.
8        Q.  Right.
9            And my point is, there is a lot of things
10   that -- that you didn't know and you obviously
11   weren't aware of, correct?
12       A.  Apparently, yeah.
13       Q.  Now let's look at the police file -- well,
14   and let me ask you this.
15           You also just don't -- it's not that you
16   just don't remember.  You might have been aware and
17   you don't just don't remember.  You might have been
18   aware of all the details in Investigator Swope's,
19   you know, work, and, you know, he might have
20   discussed it.  You just don't recall it today,
21   correct?
22       A.  That is correct.  I don't recall.
23       Q.  Okay.  Let's look at the -- I think it's
24   Exhibit 4, which is the Tempe Police Department
25   records.  Again, this is 8 in your binder, sir.

Page 237

1        A.  Yes.
2        Q.  I have a few follow-up questions there.
3    Ms. Schriner had some questions there.
4            THE REPORTER:  Counsel, please repeat.  I
5    lost you.
6            MS. COHEN:  Yes.  No problem.
7            This is Exhibit 4, and it's Exhibit 8 in
8    his binder.  And I'm just following up with a few
9    questions that Ms. Schriner asked.
10   BY MS. COHEN:
11       Q.  You testified on a few pages I want to go
12   back to.
13       A.  Okay.
14       Q.  All right.  Let's see.  Okay.
15           So on Page -- let's find this.  On Page 14
16   was the page that Ms. Schriner was focusing on at
17   one point.  And there was a part at the top.
18           Again, I assume that you didn't know about
19   this, but I want to see if it refreshes your
20   recollection.
21           First main paragraph there, it says
22   [as read]:
23           "The top drawer of the nightstand
24            contained numerous empty medical
25            marijuana containers and the usual

60 (Pages 234 - 237)

Michael Ferenc , MD    August 12, 2020
In Re: Fisher-Price/Mattel

Page 238

1    quantity of suspected marijuana.  A
2    desk was next to the foot of the bed
3    along the east wall.  A glass pipe that
4    had burnt residue in the bowl and
5    smelled like burnt marijuana on the top
6    of the desk.  Another glass pipe was
7    located in the top drawer of the desk.
8    A dresser was in approximately the
9    center of the north wall."
10        It talks about the Similac baby formula.
11   And then says [as read]:
12        "A large glass bong and empty
13        medical marijuana plastic container was
14        located on a shelf in the closet.  The
15        room had an odor of burnt marijuana."
16        Now, that information wasn't -- you don't
17   remember whether you knew that, correct?
18        MS. SCHRINER:  Form.
19        THE WITNESS:  No, I don't.
20   BY MS. COHEN:
21        Q.  Okay.  And, obviously, in this paragraph,
22   it talks about -- it doesn't mention
23   anything about -- the police didn't reference
24   anything about him saying he was an Eagle Scout,
25   correct?

Page 239

1        A.  I don't remember -- probably that would
2    have struck me as something I would have remembered
3    after years.
4        Q.  Yep.
5        A.  No, I don't remember that.  No.
6        Q.  On Page 18, which is the -- another page
7    that I believe Ms. Schriner had looked at.  Let's go
8    into this for a minute.
9        Let's see.  This is the part about the
10   research on SIDS.  And, again, this is -- this is in
11   June of 2014 when this investigation is being
12   conducted and the police note that [as read]:
13        "Andrew recently researched Sudden
14        Infant Death Syndrome online and
15        believed that since Z█████ was passed
16        four months that SIDS was no longer a
17        concern for her."
18        So, again, this is -- this is a note from
19   the police that he told them that it was recent and
20   online.
21        And you heard about that before today?
22        A.  I have no recollection of it.
23        Q.  Okay.  And there was a question about
24   whether her condition, I guess, from being in the
25   hospital to continue.

Page 240

1        Look at Page 20 for just a moment in the
2    brackets and then we'll move on from here.  Same set
3    there.
4        THE REPORTER:  "Same," what?  Repeat that,
5    Counsel.
6        THE WITNESS:  I'm not sure we're on the
7    same page but go ahead.
8    BY MS. COHEN:
9        Q.  Sorry.  It's Page -- this talks about that
10   the grandparents reported to the police that the
11   baby had a constant rasp- -- constant raspy cough.
12        And that was not something that you had --
13   that you recall knowing about, correct?
14        A.  No.
15        MS. SCHRINER:  Form.  Foundation.
16   BY MS. COHEN:
17        Q.  The -- Page 3 of your ME report, which is
18   Exhibit 1 -- and I'm not sure I read this into the
19   record.  I meant -- well, I may have but, again,
20   this was the "Circumstances of Death" paragraph.
21        A.  Yes.
22        Q.  And you didn't -- you noted there.  This
23   is your writing, correct --
24        A.  Yes.
25        Q.  -- or your help to type.

Page 241

1        You noted that she was found on her side,
2    correct?
3        A.  That's what I wrote, yes.
4        Q.  Okay.  One second.
5        Again, there was questions about what you
6    knew and what you didn't know from the police
7    report.
8        On Page 20, one of the -- okay.  This is
9    of Exhibit 1, your office of the medical examiner
10   records.  You should have those handy.
11        And one of the things that we see there is
12   that [as read]:
13        "Kathleen, the mom" -- and this was
14        in your certified records -- "again
15        seems to have the impression that the
16        seatbelt was not used when the baby was
17        placed at 0140 hours."
18        Was that something that you recall that
19   you and Investigator Swope talked about?
20        MS. SCHRINER:  Form.  Foundation.
21        THE WITNESS:  Again, the answer is I don't
22   know.
23   BY MS. COHEN:
24        Q.  Okay.  And the last time that you looked
25   at the actual slides themselves, related to the

61 (Pages 238 - 241)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 242

1    autopsy, was back in 2014; is that correct?
2        A.  Yes.
3        Q.  Now, I think Ms. -- Ms. Schriner asked
4    about the issue of SUID and whether an asphyxial
5    event could fall under the category of SUID, and I
6    believe you said "yes," correct?
7        A.  Yes.
8        Q.  You also agree that where there are cases
9    of parental misuse of products or parental issues,
10   not following warnings correctly, that also can fall
11   under SUID, correct?
12           MS. SCHRINER:  Form.  Foundation.
13           THE WITNESS:  I don't actually understand
14   that.
15           I mean, obviously anything that is not
16   used correctly can result -- or, has the potential
17   of resulting in an asphyxial death.  So to that
18   extent, yes.  But it's sort of -- I'm sorry, it's
19   sort of vague to me.
20   BY MS. COHEN:
21       Q.  Okay.  Let me explain.  Let me rephrase
22   that.
23           Right.  Again, here, it says that Kathleen
24   is reporting to Mr. Swope, you know, the father
25   didn't properly restrain the child.

Page 243

1            And had that happened to lead to asphyxia,
2    that could, too, fall under SUID, correct?
3            MS. SCHRINER:  Form.  Foundation.
4            THE WITNESS:  If by not fastening it and
5    whatever other information you have the child could
6    shift into a new position that could cause asphyxia,
7    then the answer is yes.
8            But, again, I don't really know enough
9    about this Pack 'n Play or whatever the proper name
10   for it is and the function of the belt.
11           But that -- there is a theoretical
12   possibility, but I'm getting very close to
13   speculating.  So I have -- I have to stay away from
14   that.
15   BY MS. COHEN:
16       Q.  Understood.
17           And I think you would agree that any
18   opinion about our product or its use or whether the
19   parents used it correctly or not would be
20   speculative on your part, correct?
21       A.  At this point in time, yes, not
22   necessarily always under -- under all circumstances,
23   but I don't know enough --
24       Q.  Right.
25       A.  -- so that would be speculative.

Page 244

1        Q.  Okay.  And Ms. Schriner went through a
2    number of the pages of your report.  Let's see.
3            Pages -- what page?  The toxicology
4    report.  She kind of walked through a bunch those
5    with you.
6            So one thing we know now and you have now
7    seen more on the pages, Page 85 towards the back of
8    your report, the one thing that is absolutely clear
9    and you know now is that TCH [verbatim] was never
10   tested as part of the toxicology report, correct?
11           MS. SCHRINER:  Form.
12           THE WITNESS:  No, I don't know that.  I
13   would have to go through the pages closely.  But
14   there doesn't appear to be a test for that.
15           If you really want to know, you need to
16   ask a toxicologist to review that data, or we come
17   back to it later on when I can really review it
18   closely.  But it would still be preferable for a
19   toxicologist to review.
20   BY MS. COHEN:
21       Q.  Sure.  But when you -- when you can look
22   at --
23           And, again, you went through this with
24   Ms. Schriner, you didn't see any reference to
25   marijuana or TCH [verbatim] in your review of

Page 245

1    records, correct?
2        A.  So far, no.
3        Q.  And certainly, in the first part of your
4    report where you listed the different things that
5    you -- and if you look at Page 8, there is not a
6    reference anywhere to "THC" being tested on Page 8,
7    correct?
8        A.  I didn't see it, no.
9        Q.  And I think you agreed earlier that we
10   have -- we know that there was a two month minus
11   five-day period between when you did the autopsy and
12   when you finally signed the report.
13           You obviously were gathering more
14   information during that period of time, waiting for
15   results to come back, you know, looking at
16   additional information before you signed off on the
17   report in August, correct?
18       A.  Well, it probably represents how long it
19   takes to get the histology and how long it takes to
20   get the toxicology.
21           So, yes, I was waiting for those things.
22   And whatever other tests were coming back in, like,
23   the viral cultures.
24       Q.  And whatever information may have been
25   shared with you either in writing or verbally by

62 (Pages 242 - 245)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 246

1  Detective Reyes, Investigator Swope, or anyone,
2  correct?
3      A.  Well, theoretically.  But, again, I have
4  no recollection of that happening.
5      Q.  Okay.  You don't have any recollection
6  either way, whether it happened or not, correct?
7      A.  No, I don't.  And if I did have the
8  autopsy report in front of me, I wouldn't have any
9  recollection of the viral studies or anything else.
10     Q.  Okay.
11     A.  So I have no recollection of it.
12         MS. COHEN:  Thank you.  I think that's all
13 I have right now.  Thank you very much.
14         MS. SCHRINER:  I just have a couple
15 follow-ups that are very, very short.
16
17         FURTHER EXAMINATION
18 BY MS. SCHRINER:
19     Q.  There's been a lot of talk about THC and
20 marijuana, but is it fair to say that you also don't
21 know that Andrew had a legal medical marijuana card?
22         MS. COHEN:  Objection to form.
23         THE WITNESS:  In the pages we flipped
24 through, I -- I glanced and saw it, but prior to
25 that I had no recollection whatsoever.  And I don't

Page 247

1  know if I ever knew.
2  BY MS. SCHRINER:
3      Q.  In any event, it didn't factor into your
4  conclusions of her cause of death based on your
5  autopsy, your toxicology, your histology, and your
6  review of everything you had?
7      A.  No, it did not.
8      Q.  And, you know, you were asked about, you
9  know, whether or not maybe after you did your --
10 your autopsy report you had, you know, all this
11 access to all these records and the police
12 department records or whatnot, all the way in
13 Exhibit 1, you do not see a copy of the police
14 report or the fire department report, correct?
15     A.  In Exhibit 1, no.
16     Q.  Okay.  And just finally, because there was
17 talk about, you know, the police report and what
18 Andrew said about SIDS, if there were interviews
19 taken that day, you would rely on those interviews
20 and not attorneys' interpretation of what those are,
21 correct?
22     A.  I don't understand.
23     Q.  Sure.
24         If there's actual interviews of what
25 Andrew said that day about his research on SIDS, you

Page 248

1  would rely on those interviews versus what is
2  reported to you by attorneys today in these
3  depositions.
4          MS. COHEN:  Object to the form.
5          THE WITNESS:  Yes.  If I knew about them,
6  yes.
7          MS. SCHRINER:  Okay.  All right.  That's
8  all I have.
9
10         FURTHER EXAMINATION
11 BY MS. COHEN:
12     Q.  And, Doctor, just to be clear, on Page 18,
13 I actually read -- you recall I actually read to you
14 and showed you this -- I'm sorry, this is the police
15 department record, Tab 8, and so there is no
16 uncertainty about that on Page 18, I'll show you and
17 actually read it to show I didn't interpret it or
18 misconstrue it.
19         And it says [as read]:
20            "Andrew recently researched Sudden
21         Infant Death Syndrome online."
22         Did I read that correctly?
23     A.  I can't find it, but I remember reading
24 that -- or, when you directed me to it in the past,
25 yes.

Page 249

1      Q.  Okay.  Thank you.
2          MS. COHEN:  That's all I have, Doctor.  I
3  know we have taken a lot of your time.
4          You can certainly send us an invoice for
5  your time today.  I'll be happy to help reimburse
6  it.
7          THE WITNESS:  I don't.  That's --
8          MS. COHEN:  Okay.
9          THE WITNESS:  This is considered what I
10 have to do.  Of course, I may never answer your
11 phone calls today.  But other than that, that is
12 fine.  Okay.
13         MS. COHEN:  Thank you.
14         MS. SCHRINER:  And, Lori, are you going to
15 tell him about reading and signing?
16         MS. COHEN:  Yes.
17         Would you like to read and sign the
18 deposition or would you like to waive signature?
19         THE WITNESS:  I should read and sign it.
20         MS. COHEN:  Okay.
21         THE REPORTER:  Okay.  And pursuant to
22 federal rules, I do have a read-off.
23         The witness is indicating he is going to
24 review the transcript, so that's all I need.
25         MS. COHEN:  Thank you very much.  We

63 (Pages 246 - 249)

Michael Ferenc , MD                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 250

1  appreciate your time.
2      THE WITNESS: All righty. Bye-bye.
3      MS. COHEN: Take care.
4      MS. SCHRINER: Bye.
5      THE VIDEOGRAPHER: This is the end of
6  Media 1, video deposition. The time is 5:06 p.m.
7      (Whereupon, at 5:06 p m., the deposition
8      of MICHAEL FERENC, M.D. was adjourned.)
9      --- oOo ---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 251

1  STATE OF CALIFORNIA          )
2  COUNTY OF LOS ANGELES          ) SS.
3
4
5      I, MICHAEL FERENC, M.D., hereby certify
6  under penalty of perjury under the laws of the State
7  of California that the foregoing is true and
8  correct.
9      Executed this _____ day of
10  _____, 2020, at _____,
11  California.
12
13
14      _____
15      MICHAEL FERENC, M.D.
16
17
18
19
20
21
22
23
24
25

Page 252

1  STATE OF CALIFORNIA          )
2  COUNTY OF LOS ANGELES          ) SS.
3
4      I, Dayna Hester, C.S.R. No. 9970, in
5  and for the State of California, do hereby certify:
6      That, prior to being examined, the witness
7  named in the foregoing deposition was by me duly
8  sworn to testify to the truth, the whole truth, and
9  nothing but the truth;
10      That said deposition was taken down by me
11  in shorthand at the time and place therein named and
12  thereafter reduced to typewriting under my
13  direction, and the same is a true, correct, and
14  complete transcript of said proceedings;
15      That if the foregoing pertains to the
16  original transcript of a deposition in a Federal
17  Case, before completion of the proceedings, review
18  of the transcript { } was { } was not required;
19      I further certify that I am not interested
20  in the event of the action.
21      Witness my hand this 13th day of
22  August, 2
23
24      Certified Shorthand Reporter
25      for the State of California

Page 253

1  Michael Ferenc , MD
2
3      August 13, 2020
4  RE:  Courkamp, Kathleen v. Fisher-Price, Inc.
5  8/12/2020, Michael Ferenc , MD (#4213712)
6  The above-referenced transcript is available for
7  review.
8  Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12  The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  litsup-ga@veritext.com
16
17  Return completed errata within 30 days from
18  receipt of testimony.
19  If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions
24
25

64 (Pages 250 - 253)

Michael Ferenc , MD                                    August 12, 2020
In Re: Fisher-Price/Mattel

Page 254

1  Courkamp, Kathleen v. Fisher-Price, Inc.
2  Michael Ferenc , MD (#4213712)
3        E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Michael Ferenc , MD              Date
25

Page 255

1  Courkamp, Kathleen v. Fisher-Price, Inc.
2  Michael Ferenc , MD (#4213712)
3        ACKNOWLEDGEMENT OF DEPONENT
4     I, Michael Ferenc , MD, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 Michael Ferenc , MD              Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25

65 (Pages 254 - 255)

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[& - 2nd]**

Page 1

| & | |
|---|---|
| **&** | 2:11 |

| 0 | |
|---|---|
| **000001-109** | 3:13 |
| **000001-30** | 3:17 |
| **000001-41** | 3:23 |
| **000110-182** | 3:20 |
| **004** | 85:19 |
| **005805-5808** | 3:19 |
| **006** | 78:18 79:17 |
| **014** | 3:18 |
| **0140** | 123:18 124:10 241:17 |
| **02689** | 1:5 4:17 |
| **0755** | 133:7 |
| **0845** | 133:11 |

| 1 | |
|---|---|
| **1** | 3:13 4:13 14:17 14:18,21 15:9,14 27:19 42:11 47:25 53:4,4 54:9 68:5 69:8,10 70:21 85:16 117:12 127:17 155:21,22 160:22 195:19 219:14 228:21 240:18 241:9 247:13,15 250:6 |
| **1.0.** | 135:5 |
| **10** | 220:14 222:17 |
| **100** | 29:19 69:20 |
| **108** | 72:7,10 |
| **109** | 72:10,12 |
| **10:47** | 182:5 |
| **11** | 132:18,22 133:2 153:6 200:25 220:14 |
| **110** | 153:6 155:18 155:22,23 164:4 233:17 |
| **111** | 151:12 |
| **112** | 151:20 153:6 |
| **113** | 152:5 153:6 157:23 |
| **114** | 153:6 233:17 |
| **115** | 153:6 |
| **116** | 153:6 |
| **117** | 153:6 |
| **118** | 153:7 155:24 164:4 |
| **119** | 155:19,22 |
| **12** | 1:20 2:4 4:2 131:2 206:1,3 212:17 220:14 |
| **12.5** | 84:23 85:10 |
| **120** | 155:4 |
| **12:04** | 2:3 4:2,6 |
| **12:11** | 108:13 |
| **12:12** | 12:13 |
| **12:17** | 12:16 |
| **12th** | 4:6 |
| **13** | 109:11 253:3 |
| **130** | 150:25 |
| **131** | 3:17 |
| **134** | 3:18 |
| **135** | 153:15 |
| **136** | 153:16 |
| **13th** | 252:21 |
| **14** | 3:13 202:11 203:6 214:5 222:20,23 223:3 237:15 |
| **14-4064** | 132:14 |
| **14.15** | 214:2 |
| **14.9** | 85:8 |
| **148** | 3:20 |
| **152** | 158:4,5 |
| **153** | 158:5 |
| **15th** | 161:21 229:8 231:24 |

| 16 | 3:14 189:24 223:11 |
|---|---|
| **163** | 3:5 |
| **164** | 196:20 |
| **17** | 117:14 118:5 181:12 183:18 203:24 209:2 |
| **18** | 117:14 118:16 119:4 136:25 209:25 239:6 248:12,16 |
| **182** | 155:4 |
| **18516** | 252:23 |
| **19** | 4:12 122:3,4 |
| **1981** | 16:13,17,20 25:2 |
| **1982** | 25:14 |
| **1985** | 25:14,20 |
| **1986** | 18:3 25:21 29:2 227:1 |
| **1987** | 61:24 |
| **1989** | 18:3 |
| **1997** | 18:9 |
| **1:19** | 67:22 |
| **1:22** | 68:2 |
| **1:37** | 56:2 |

| 2 | |
|---|---|
| **2** | 3:14 15:3,14 16:1,2 25:13 29:19 34:2 42:12 47:24 66:11 68:16 70:13 76:11 95:5 140:1 142:14 214:17 219:15 228:24 |
| **2.4** | 86:1 |
| **20** | 112:12 122:4,22 123:13 171:24 172:1 240:1 241:8 255:15 |

| 200 | 2:12 |
|---|---|
| **2000** | 54:14 |
| **2005** | 17:10 20:22 |
| **2007** | 20:22 |
| **2009** | 55:14 |
| **2012** | 22:2,19 |
| **2013** | 211:4 |
| **2014** | 7:19 34:24 44:12,17 46:16 49:11,23 50:3 54:15 64:6,23 66:17 75:8 98:11 102:14 105:13 113:24 150:7 161:9,21 229:4,8 239:11 242:1 |
| **2015** | 22:10,19 53:8 |
| **2019** | 54:15 55:9 |
| **2020** | 1:20 2:4 4:2 4:7 52:14 251:10 252:22 253:3 |
| **206** | 3:21 |
| **208** | 3:23 |
| **20th** | 66:17 229:4 |
| **213** | 3:24 |
| **21st** | 105:17 222:25 |
| **222** | 3:6 |
| **23** | 213:23 |
| **246** | 3:7 |
| **248** | 3:8 |
| **2500** | 2:19 |
| **28** | 210:14 215:17 215:22 |
| **29** | 29:8 |
| **2:17** | 108:16 |
| **2:19** | 1:5 4:17 |
| **2:44** | 131:2 |
| **2:46** | 131:5 |
| **2nd** | 211:4 |

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[3 - abnormalities]**

Page 2

| **3** | |
|---|---|
| **3** | 3:15 14:12,13 47:2,4 70:24 82:4 85:18 86:25 173:24 174:4,5 176:21 185:24 240:17 |
| **30** | 29:4 132:5 253:17 |
| **30305** | 2:19 |
| **31** | 212:14 |
| **310** | 2:20 |
| **33** | 87:24 |
| **3333** | 2:19 |
| **34** | 29:5,7 |
| **352754-000001-3** | 3:22 |
| **352754-000001-...** | 3:24 |
| **352754-000108** | 3:16 |
| **39** | 212:24 |
| **3:25** | 162:19 |
| **3:30** | 162:22 |

| **4** | |
|---|---|
| **4** | 3:17 25:13 48:10 71:6 86:24,25 87:18 99:6,8 131:20,21 132:7 134:12 136:24 140:19 148:24 195:20,22 196:10 199:18,25 218:13 233:10 236:24 237:7 |
| **4/21** | 214:23 |
| **4/21/14** | 214:20 |
| **4/30/2019** | 179:10 |
| **40** | 103:19 |

| **40.a.** | 46:13 |
|---|---|
| **41** | 182:11 |
| **42.b** | 48:10 |
| **4213712** | 253:5 254:2 255:2 |
| **44.c.** | 48:10 |
| **47** | 3:15 |
| **48** | 27:7 48:12,12 |

| **5** | |
|---|---|
| **5** | 3:18 76:11 102:21 134:5,8,13 134:14 135:1 139:3,16 146:10 185:6 196:7 218:12,13,14,16 224:3 |
| **5.69** | 214:12 |
| **50** | 186:8 |
| **520** | 2:13 |
| **54** | 127:14,16,17 129:3 184:17 |
| **55** | 185:1 |
| **553-2100** | 2:20 |
| **56** | 185:15 |
| **5690** | 84:22 214:11 |
| **57** | 185:14 |
| **58** | 127:19,23 128:22 186:9 |
| **5806** | 225:16 |
| **59** | 186:13,21 |
| **5:06** | 250:6,7 |

| **6** | |
|---|---|
| **6** | 3:4,20 45:14,15 78:22 84:24 85:18 94:13 97:7 98:12 103:1 148:19,19 148:21 150:13 195:23 196:1,1,4,6 196:9,10,14 219:4 219:9 |

| **6.42** | 214:1 |
|---|---|
| **6/19** | 140:12 |
| **60** | 103:20 187:9 |
| **61** | 188:4 |
| **62** | 188:11 |
| **620-3935** | 2:13 |
| **63** | 189:7 |
| **64** | 190:10,11,16 212:24 |
| **65** | 47:8 |
| **698** | 2:12 |
| **6th** | 232:1 |

| **7** | |
|---|---|
| **7** | 3:21 15:3,9,14 66:11 108:22 205:16 206:9 208:15 |
| **72** | 147:19,24 |
| **73** | 27:18,24,24 52:9,12 65:20,24 68:10 191:21 |

| **8** | |
|---|---|
| **8** | 3:23 15:7,10 28:9,11 33:10 61:24 71:22,23 73:1 84:21,25 131:17 199:23 200:1,9 208:2,3 236:25 237:7 245:5,6 248:15 |
| **8/12/2020** | 253:5 |
| **80** | 192:17 |
| **81** | 16:16 126:1 |
| **82** | 16:20,23 143:22 143:24 |
| **83** | 142:10 224:18 225:1,13,14,14 |
| **84** | 192:16 |
| **85** | 16:23 17:1 192:12,16,17,18 |

| | |
|---|---|
| | 244:7 |
| **85705** | 2:13 |
| **86** | 17:1,4 |
| **87** | 125:18 126:6,18 |
| **8:06** | 182:9 |

| **9** | |
|---|---|
| **9** | 3:24 53:3 54:9 132:25 179:7 208:5,9 213:13,14 220:14 222:15,16 230:25 231:22 |
| **90** | 93:3 |
| **91** | 17:4,7 |
| **98** | 17:7,10 |
| **9970** | 1:25 2:7 252:4 |

| **a** | |
|---|---|
| **aap's** | 169:14 |
| **abdomen** | 86:10 201:13 |
| **ability** | 31:1 40:17 194:22 |
| **able** | 6:11 14:24 30:19,20 31:3,11 32:1 77:3 90:9 103:8 128:18 168:18 170:11,19 171:3,8 186:15 209:5 211:25 212:19 217:23 232:25 233:5 |
| **abnormal** | 59:11 78:25 80:24,24 84:15 87:7 94:7,9 94:10 99:7,8 101:7 103:4 111:7 113:17 114:24,25 129:1 177:19 |
| **abnormalities** | 41:17 42:7 59:17 |

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

61:11 77:7 100:25
101:1,8,13 102:1,3
103:7 114:22
209:14
**abnormality** 87:16
91:2,14
**abnormally**
111:10
**abruptly** 50:20
**absent** 154:3,19
**absolutely** 42:5
44:9 102:19
152:24 166:1
244:8
**absorbency**
169:18
**abuse** 109:6 140:3
**abuser** 91:17
**access** 11:6 14:24
122:10 175:3
235:1 247:11
**accident** 74:8
103:22 167:22,23
**accidental** 43:20
**accommodate**
7:12
**accuracy** 253:9
**accurate** 29:23
**acid** 73:9 120:17
**acknowledge** 5:11
**acknowledgement**
255:3
**acknowledgment**
253:12
**action** 4:14 8:12
206:13 252:20
**actual** 66:12 92:9
117:16 161:9
166:24 176:19
179:6 197:23
220:6 241:25

247:24
**acute** 94:19 185:9
223:6
**adam** 226:10
**add** 22:21 35:17
44:2,17 153:10
**added** 98:14
117:22
**addendum** 174:22
174:25
**addition** 43:4
110:10 149:5
228:5
**additional** 79:1
106:7 132:3
161:10 174:15
245:16
**additions** 255:6
**adequately** 41:14
**adjectives** 69:13
**adjourned** 250:8
**admin** 214:20
**administer** 5:8
**admission** 222:22
**admit** 223:18
**adult** 26:8,11
35:13 78:14 79:3
94:11 115:24
116:2 144:6
**adulterated** 74:16
**adults** 102:3
**advised** 202:15
**aerated** 93:24 94:2
94:18 95:11 96:7
96:17
**affect** 62:12 77:13
**affirm** 5:18
**afternoon** 4:4,21
6:7
**age** 41:11 88:1
168:8 170:5 188:2

214:9
**agency** 46:25
**agents** 74:17
**aggregate** 95:1
**aggregates** 94:21
96:8,15
**ago** 7:18 49:2
110:13 168:17
**agree** 39:10,11
55:2 57:13,21,24
59:4,9 65:1 73:22
76:3 96:6 99:11
99:17 100:25
105:2,3 126:14
144:15 146:5
154:5 157:22
165:22 224:7
227:2 231:2 242:8
243:17
**agreed** 245:9
**agreeing** 229:21
**ah** 60:3,3 61:14,14
119:5 172:12
**ahead** 39:1 54:13
106:25 125:10
134:3 205:12
240:7
**air** 94:4 169:19
170:1
**airway** 60:1 99:18
99:19,24 201:23
**airways** 96:21
99:12,12,25
104:11,15 113:13
113:14,15
**akey** 139:20,23
146:14
**allen** 139:20
**allison** 2:18 5:1
36:9

**allotted** 253:20
**allowed** 32:5,7
183:4
**alluded** 105:10
**altogether** 107:24
**american** 17:17
**amount** 182:12
**analysis** 39:19
100:11 109:3
165:10 168:3
171:5 173:14
197:4 198:14,17
199:4 209:22
**analyze** 98:2
100:24 125:22
**analyzed** 79:20
157:9
**analyzing** 126:9
140:25 185:3
**anatomic** 16:24
17:18 18:2,3
25:14 26:17 41:13
50:8 79:5
**anatomical** 149:25
**ancillary** 76:12
77:24
**andrew** 5:5 137:6
140:19,21 200:10
217:3,15 218:7
220:4 239:13
246:21 247:18,25
248:20
**andrew's** 217:7
**angeles** 4:10 251:2
252:2
**ann** 64:7
**annoying** 60:19
**annual** 64:7
**answer** 28:25
43:15 101:11
111:15 117:5

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

[answer - attached]

Page 4

123:12 137:19
140:13 149:20
171:1,16 173:9
182:19 190:7
191:18,19 193:19
193:21 195:4
201:15 211:15
235:19 241:21
243:7 249:10
**answered** 24:16
40:14 43:13
235:19
**answering** 123:11
124:25
**anybody** 23:11,20
107:17 123:8
137:14 164:19
180:11
**anymore** 17:23
72:25 73:16 108:7
152:16
**anyway** 132:6
**apart** 208:7
**apartment** 62:2
116:24
**apnea** 100:11,14
100:15 194:3
216:14,24
**apneic** 216:21
**apologize** 115:22
173:25 190:15
218:21
**apparently** 192:22
226:14 227:9,11
236:12
**appear** 86:18
244:14
**appearance**
197:24
**appearances** 2:9

**appeared** 193:5
203:12 214:8
**appearing** 2:5
98:17
**appears** 41:12
57:8 117:16
188:15
**appended** 255:7
**applicable** 253:8
**appreciate** 7:14
11:19 250:1
**approach** 52:18
**appropriate** 44:1
65:14 84:20
197:13 212:24
213:2,6 214:9,16
**appropriately**
216:17
**approximately**
133:7,10 203:14
214:4 215:6 238:8
**april** 54:15 105:17
222:25
**arbitrary** 69:10
**area** 18:25 89:3
100:21 158:5
197:2 199:11
**areas** 40:11 61:12
77:15 78:15 80:2
81:1 115:19 116:4
142:22
**argue** 179:17
220:21
**argument** 205:7
**arguments** 202:7
**arizona** 1:2 2:13
13:3,4,7 15:16
17:13 46:4 49:12
64:6,7,15 65:5
68:24 74:1,23
81:22 107:7

126:18 135:4
209:5 224:15
**arm** 168:12
**arms** 183:15
**arrhythmias** 61:9
101:19,21,25
141:4
**arrival** 203:3,7,9
**arrived** 133:6
156:16 181:8
183:14
**arriving** 182:10
**artery** 88:23
**articles** 138:17
**ary** 6:18
**aside** 131:15
136:25 195:19
205:8 207:21
213:7 217:1
223:24
**asked** 8:10 9:24
40:15 41:3 56:3
56:16 74:25 93:6
96:22 177:25
179:6,10 181:7
184:18 186:9
191:21 194:15
200:22 202:20
204:14,23 205:5
208:23 210:15
214:20 217:2
220:3 222:12,19
235:19 237:9
242:3 247:8
**asking** 17:22
36:15 59:1 190:14
233:1 235:4
**aspect** 48:4
**asphyxia** 34:14
42:5 58:19 59:20
70:5 143:7 144:16

144:18 145:4,7,13
145:14 146:7,15
146:18 160:17
165:16 168:22
169:21 171:11
179:19 202:8
205:7 207:7 243:1
243:6
**asphyxial** 168:6
242:4,17
**asphyxiate** 59:21
**asphyxiated**
145:19,20,22
**aspirate** 104:24
**aspirating** 104:22
**assess** 125:21
**assessment** 87:19
**assessments** 40:23
**assigned** 150:3
**assistant** 17:8
21:16
**associate** 62:1
**associates** 36:2
**association** 62:23
75:16
**assume** 8:10 28:23
57:21 85:7 103:3
125:25,25 208:22
235:3 237:18
**assuming** 74:15
159:3,8
**assumptions**
177:10
**asterisk** 135:5
**astute** 121:6
**atlanta** 2:19
**atrial** 92:3
**atrium** 89:1,1
**attached** 14:19
16:3 47:5 131:22
134:15 148:22

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[attached - banner]**

Page 5

206:10 208:4
213:15 253:11
**attachment** 136:6
**attack** 167:10
**attempted** 182:22
**attempts** 183:7
**attending** 68:22
**attorney** 4:20 14:3
53:5 253:13
**attorneys** 13:21
36:8 247:20 248:2
**audio** 43:18 44:13
**august** 1:20 2:4
4:2,6 66:17 68:12
161:21 229:8
231:24 232:1
233:23 245:17
252:22 253:3
**author** 46:6,8,11
100:4 135:17
**authors** 60:25
**autopsies** 28:22
29:2,2,14,14 30:7
33:8,9,12 93:5
100:5 103:11
**autopsy** 7:18,21
7:25 8:7,18,22
9:21 10:12,25
11:4,4,8,12 13:23
23:3,12 24:22,23
27:14 30:5,21
31:11,22 37:25
38:1,12 44:12
51:14,21,23,25
52:1,1,16,20 53:20
55:15 57:6 66:9
67:1,5 68:8 81:8
81:20 84:8 85:9
85:19 86:15 87:3
104:5,6 107:15
112:23 113:8,24

114:15 116:10
118:12 122:12,14
127:9,11 132:20
133:5 136:14
137:12 140:12
142:25 143:16
145:11,24 146:2
149:4,6 152:17
153:2,9 160:24
161:4 167:8,15,15
167:21,23 187:10
189:21 192:7,8
196:19 207:18,20
227:7,22 229:3,7
229:11 230:1,3,14
230:21 231:24
233:12 242:1
245:11 246:8
247:5,10
**available** 30:14,17
57:19 65:12 72:17
161:25 164:3,11
164:16 166:8
233:22 234:12,14
253:6
**aware** 49:13,25
55:10 63:9,13
101:18,24 107:19
112:23 123:1,2
140:21 153:19
163:16 169:14,16
175:22 184:7,9
220:7 234:16
236:11,16,18
**awhile** 26:24
116:3 144:3

**b**

**b** 3:11 48:6
**babies** 68:24
111:17 140:25
145:19,20,21

**baby** 23:5 29:21
32:11 33:8,10
38:19 43:25 50:4
50:16,19 51:13,15
51:17,22 54:2
56:24 58:5,11
62:12 63:5 82:22
84:24,25 85:25
87:4,25 103:10
104:5 105:16
109:5,19,20
110:12 111:20
121:21 123:18,19
124:9 126:21,22
126:23,25 127:3,8
128:10 145:7,13
145:15,15,17
146:23 157:25
159:4,13 163:6
165:25 167:22
168:1,14,17,18
169:6,11 173:7
176:8 182:13,21
182:22,22 183:6
183:14 185:11
187:23,25 193:3
194:18 202:23
206:23 207:1
225:3 226:23
238:10 240:11
241:16
**baby's** 152:13
158:5 163:17
173:11 183:15
195:3,13 197:2
199:10
**back** 12:19 14:7
15:19,20 17:14,21
20:24 21:13 22:7
22:18 29:23 33:22
34:24 40:18,24

41:2 48:8 49:11
49:23 50:1,3 55:4
61:23 64:23 65:9
66:11,19 67:8
68:11 72:5,13
74:23 82:1,3,3,4
83:13 84:18 85:2
88:22,24 95:5
97:7 99:5 102:14
108:20 109:16
110:5 113:23
116:12 117:12
129:5 130:17
133:2 139:3 147:8
149:14 150:7,9
155:4 158:5
159:11,11,12,12
159:12,13 161:9
170:19 171:4,9
182:23 187:13,21
188:6,8 189:3,4,18
192:2 196:24
202:17 208:15
209:19 218:11
221:8 222:13
228:3,19 231:3
237:12 242:1
244:7,17 245:15
245:22
**background** 16:8
**backs** 171:4
**backwards** 129:2
**bacteria** 77:21
**bacterial** 167:4
**bad** 216:9
**badly** 29:10 67:16
**bag** 153:12
**bajanowski** 100:4
**balloon** 94:4
**banner** 183:20
213:10,21 222:13

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[baptist - brain]**

Page 6

**baptist**  183:21
211:3
**base**  129:22
**based**  11:2 35:19
37:25 38:12 53:20
57:18 65:12,18
66:2 78:16 79:18
79:19 127:1
157:16 161:25
163:9 169:9
174:18 175:3
205:4 247:4
**basic**  17:1 25:21
26:2,10,16 27:6
41:9 79:1 160:7
**basically**  10:10
14:2 15:3,14 21:8
21:25 26:7 37:23
68:8 90:6 95:23
116:5 192:8,21
**basis**  69:17
**basket**  203:12
**bass**  61:24
**bassinet**  163:14
165:5 172:24
201:13 202:18
203:12 204:5,21
235:9
**bassinette**  146:24
147:6 161:5
201:10 206:24
**bates**  15:1 86:25
173:24 174:5
225:16
**bathroom**  162:15
**battery**  107:21
**bear**  12:5
**bearing**  131:9
**bebola**  180:5
**becoming**  197:9

**bed**  238:2
**bedding**  44:21
145:20 165:18
168:20 204:21
**began**  133:8
**beginning**  38:15
99:15 196:19
**behalf**  1:4 2:2 4:16
5:2,5 6:10
**believe**  14:11
53:19 61:2 63:17
71:21 87:8 103:3
110:14,15 162:8
163:23 164:2
173:2 176:25
177:20 178:21
182:9 212:11
224:5 239:7 242:6
**believed**  178:16
239:15
**believes**  137:8
**bell**  56:5 64:17,20
100:9
**belongings**  109:16
**belt**  243:10
**belts**  195:11
**beneficially**
194:21
**beneficiaries**  1:5
**best**  43:14 109:21
140:13
**better**  33:19 40:15
58:8 151:21
167:25 218:15
**beyond**  18:19
19:25 20:9
**big**  48:15 88:5
90:2 92:4
**bigger**  92:7
**biggest**  58:17

**binder**  9:18 14:9
14:12 15:23 45:15
131:17 134:9
196:11 236:25
237:8
**biocytes**  97:11
**biopsies**  40:24
**biopsy**  40:23
**birth**  92:14 148:6
148:9,11 176:15
217:16
**bit**  16:7 24:20
42:13 66:13 83:11
87:23 121:24
141:15 163:3
172:16 179:5
180:18 191:22
201:24 217:2
221:11
**blanched**  158:15
**blanching**  119:20
121:25 142:22
151:21,23 157:24
158:1 168:21
**blank**  202:16
**blanket**  109:19,20
151:8,15,15 181:8
181:9 197:22
202:21,23,23
**blankets**  62:9
**block**  39:13 40:1
**blockage**  104:13
**blocking**  104:10
104:17
**blood**  69:5,21
71:25 76:16 77:14
88:22 90:2 92:10
115:2,25 116:5
121:3 156:6
159:14,16,17,18
159:19,19 160:11

178:7 185:9,10
**bloodstream**
216:12
**blue**  83:19 216:10
**blunt**  50:12 83:24
**board**  17:17,17,19
**boards**  19:7
**body**  40:7 79:5
84:15 85:15 109:1
109:16 121:2
128:9 143:21,24
144:4,7 151:13
160:2,12,18
201:11
**bone**  70:11
**bong**  238:12
**bongs**  117:1
**book**  196:7
**books**  55:4
**border**  89:1
**born**  110:15 111:1
187:24 211:5
**boston**  21:17
**bottom**  15:1 27:24
28:13 68:15
127:20 129:7,15
132:9 135:22
174:5 183:18
196:23 201:12,13
203:3 208:22
223:5 224:14
225:5,18,19 226:1
**bowel**  50:10
**bowl**  238:4
**box**  48:15 147:23
**boy**  32:24 42:4
199:20
**brackets**  240:2
**brain**  79:22,25
80:8,13 103:20
104:2 149:25

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

186:4
**brainstem** 61:11
  100:18,21
**break** 7:4,5,7
  108:3 110:21,23
  121:18 162:15
  221:13
**breaking** 18:7,24
  67:16 120:3
  164:13 176:5
  223:2
**breast** 70:11
**breath** 216:6,16
**breathe** 62:13
  216:17
**breathing** 110:12
  112:18 113:6
  200:13 204:20
  211:12,21 216:15
  216:16,21
**brief** 67:23 108:14
  120:22 131:3
  141:25 162:20
  235:25
**briefly** 65:21
  102:21,25 131:16
  171:20 199:17
  205:9 213:17
**bring** 24:6 29:20
  93:19
**bringing** 215:18
**broad** 36:23
**broke** 30:23 37:10
  44:14 95:25 99:15
  181:24 198:15
  208:7
**broken** 70:8
  145:22
**bronchiolitis**
  105:23

**brooklyn** 61:25
**brought** 63:17
  109:16 127:9
  153:8 215:17
**brown** 88:7
**bruising** 86:19,21
**btmc** 3:24
**buckled** 194:18
  204:5
**build** 187:25
**bunch** 210:15
  244:4
**bureaucratic**
  191:1
**burnt** 238:4,5,15
**buttocks** 157:25
  158:1
**bye** 250:2,2,4
**bystander** 75:25

**c**

**c** 9:15 48:6
**c.s.r.** 1:25 2:7
  252:4
**calculated** 214:1
**california** 2:6 4:1
  4:10 11:11 13:3
  15:17 17:14 20:23
  22:14 251:1,7,11
  252:1,5,25
**call** 9:2 13:11 15:1
  19:2 38:11 42:3
  43:9,10 59:10
  93:11,13 151:21
  152:7,8 180:12,12
  192:10 220:22
  230:17,17,24,24
**called** 51:22 55:8
  103:16 114:5,8
  117:1 121:25
  139:11 142:12
  146:14 161:3,7

165:4 179:20
**calling** 13:21
**calls** 230:13,19
  249:11
**car** 74:7,8 103:21
  167:22,22
**card** 246:21
**cardiac** 19:10,17
  19:20,23 20:6,7
  26:5,13 59:7 61:8
  71:25 80:17,18
  81:6 87:12 93:7
  93:12 100:24
  101:1,12,18,19,21
  101:24 102:1,19
  185:5
**cardio** 93:12
**cardiologist** 93:7
**cardiology** 26:8
  212:4
**cardiovascular**
  86:24 87:5,11,18
  97:6 177:24
**care** 250:3
**career** 28:23 73:25
  222:1
**careful** 168:15
**caregiver** 140:1
  141:14,17,18
  219:5,8,11,13
  224:7
**case** 1:5 4:17,24
  7:21 10:20 13:9
  13:22 15:5 23:4,5
  24:17 26:19 29:15
  29:16 30:2,9
  32:11 35:7,25
  37:13,14,17 38:16
  38:20 53:12 54:6
  56:17,17 57:4
  69:16,16,22 71:17

78:15 82:11,15,18
  87:9 92:5 102:20
  107:6,18 109:6
  118:14 126:9
  137:17,21 138:22
  139:2 150:11
  157:16 168:6,22
  168:24 174:24
  179:6 188:2
  226:13,19 228:8
  231:13 233:8
  252:17
**cases** 10:7,14
  11:25 14:5 23:15
  23:20,21,23 24:6
  24:12 29:21,21
  33:19 34:13,13
  35:8 42:3,3,6 52:3
  59:18,19 61:25
  62:4 63:11 68:25
  70:4,5 78:13,14
  96:14 116:19
  157:13 168:11
  174:19 205:4
  226:23 233:5
  242:8
**catch** 132:8
  193:10
**categories** 34:20
  42:19,21 192:20
**category** 24:24
  34:8 58:17 59:23
  242:5
**causative** 91:7
**cause** 5:19 8:12
  35:1,10 42:15,23
  43:22 44:2,8,16,23
  45:5 46:7,13
  47:15,21 48:5,19
  49:9 50:8,19
  56:20,23 57:1

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[cause - circumstances]**

Page 8

60:7 62:22 64:3,4
74:10 75:15,19,25
80:7 83:23 91:7
91:24 92:5,6
98:14 101:2 102:3
125:22 141:1
145:11 151:24
152:13 154:21
157:8 161:14,23
177:1 179:1 185:3
215:11 243:6
247:4
**caused** 96:8,11
177:21 178:16,22
212:12
**causes** 47:16 92:10
120:17 165:24
167:6
**causing** 70:8
**cavities** 85:15
**cd** 136:9,10,14
232:2,11
**cds** 136:18
**ceb** 185:24
**center** 16:12,25
17:3 25:5,18
238:9
**centimeter** 85:16
**central** 17:14
102:25 103:5
**century** 192:3
**cerebrospinal**
185:25 186:1
**cert** 3:16
**certain** 39:12
50:15 58:3,11
78:8,12 141:10
**certainly** 56:23
70:13 231:17
232:25,25 245:3
249:4

**certainty** 161:14
**certificate** 45:13
45:17 46:3 48:8
49:1,8 196:6
**certificates** 45:4
**certification** 18:18
18:20,22 19:13,14
20:12,14
**certifications** 19:3
19:7,11
**certified** 17:17,19
18:1 241:14
252:24
**certify** 251:5
252:5,19
**certifying** 47:18
**cfr** 64:16
**chamber** 90:16
116:1
**chambers** 92:10
115:1,3
**chance** 71:9 98:15
121:19 153:3
162:12 166:2
**change** 60:1
143:13 152:16
156:11 161:23
162:1,2,2 182:14
182:24 183:8,15
254:4,7,10,13,16
254:19
**changed** 68:9
160:19
**changes** 29:21
80:23 138:16
152:15 160:1
253:10 255:6
**characterization**
167:11
**charge** 106:20

**charging** 106:22
148:15
**chart** 155:23
157:20 212:17,20
**charts** 85:2
**check** 6:12 12:9
109:22 121:19
142:13
**checkbox** 219:25
**checked** 64:11
141:19 142:19
146:19 147:9,23
148:1 177:19
178:20 200:12
**checking** 114:4
**checklist** 3:18
133:22 134:13,21
135:4,14 136:2,5
139:5,12 146:11
218:12,15 219:17
224:2,15
**checkmark** 224:9
**checks** 141:18
146:24
**checkup** 85:8
**chemistries** 76:14
**chemistry** 72:3
**chief** 17:5,10
21:20 22:6,11,12
22:24,25 23:1,16
223:21
**child** 8:19 23:4
41:11,11,15 44:20
50:12 58:19 59:11
59:21 60:3 63:17
64:7,15 70:10
76:25,25 77:2,5,13
78:23 79:2 81:7
81:14 83:5 86:16
94:11 98:18 101:5
104:10,24 109:6

141:19,22 142:6
143:14 144:2
147:8,10,24
149:12 158:20
165:15 170:6,6,8
170:10 171:3,8
183:3 187:17
196:16 197:24
201:23 215:1
219:2,3,13,18
223:21 224:7,20
225:6 226:2
242:25 243:5
**child's** 85:14
194:21
**childbirth** 217:19
**children** 51:18
102:4 111:17
138:15 141:6
144:6 170:19
173:18
**chiming** 99:5
**choice** 157:2
**choices** 42:22
**cholesterol** 167:3
**chromatography**
191:7
**chronic** 98:19,21
104:21 113:3,6,7
141:9
**chronically**
104:24
**cigarette** 64:24
**circulation** 88:22
88:23
**circumference**
84:20
**circumstances**
23:17 61:14 82:6
92:2 95:21 120:11
157:17 168:8

Case 2:19-cv-02689-GMS    Document 196-40    Filed 11/19/21    Page 76 of 117

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

[circumstances - complete]

Page 9

173:3,24 174:3,6
225:20 240:20
243:22
**city** 17:5,8 21:11
32:22
**civil** 5:12
**clarification**
200:22 204:14
**classes** 26:25
217:19,19,24
**classic** 19:8 90:12
**classify** 179:18
**classifying** 42:2
**clear** 20:1 59:1,16
60:7 105:11 123:9
153:5 154:25
201:23 225:24
244:8 248:12
**clearly** 7:11 59:24
**clearpfh** 3:23
**cleary** 85:7 183:20
**cleary's** 207:22
214:4
**clients** 38:19
160:25
**clinical** 218:4
**close** 92:25 110:17
111:2 112:3 144:9
188:16 215:20
243:12
**closed** 89:22,23
90:14 114:14
**closely** 244:13,18
**closer** 143:15
**closes** 92:14,18
**closet** 238:14
**closing** 111:7,10
115:25 153:12
**clothing** 62:9
**clots** 90:2 178:7,8

**clues** 98:14
**coast** 20:22
**cohen** 2:17 3:4,6,8
4:21,22 6:6,9 9:1
9:6,9 11:18 12:8
12:17 14:16,20,22
15:25 16:4 23:6,8
23:9 31:14 36:8
36:10,17 38:6
39:4 44:10 45:24
46:1 47:2,6 49:17
49:21 51:20 55:19
58:7 61:17 63:1
63:15 64:1 65:7
67:15,17,20 68:3,4
70:19 75:17 76:2
76:10 83:6 84:13
86:6 100:2 101:17
105:9 106:17
108:2,10,17
110:21,24 111:23
112:8,11,13 113:4
113:19 115:7
117:7 121:9 124:2
124:16,20 125:6
126:3,13,20 130:1
130:7,10,16,21,24
131:6,24 134:11
134:16 138:8
140:14 142:7
144:11 145:9
147:14 148:3,14
148:23 152:4
154:17 155:8
156:18 158:23
162:9,17 163:19
165:11 166:16
167:12 168:4
169:7 170:2,21
171:12 179:22
180:25 182:17

183:1,10 184:8
191:15 193:16,25
195:6,8,23 196:1,8
196:13 197:5,11
197:19 198:19,23
199:5 200:19
201:18 202:5
203:19 204:10
205:14,18 206:1,6
207:4 208:5,9,13
210:6,20 212:4
214:21 215:7
217:10 218:1
219:20,22 221:8
221:10,16,21,25
222:4 225:17
227:5,6,13 228:2
228:18 229:17
230:11 231:8
232:13,23 234:3
237:6,10 238:20
240:8,16 241:23
242:20 243:15
244:20 246:12,22
248:4,11 249:2,8
249:13,16,20,25
250:3
**cohenl** 2:20
**cold** 62:2 200:13
215:4,5 222:22
**colds** 215:13,13,13
**colleagues** 54:23
**collects** 120:17
**color** 80:22
**coloration** 152:22
**colored** 207:13
**come** 33:7 66:19
67:8 68:11 73:12
82:1 102:5 137:14
191:11 244:16
245:15

**comes** 46:22 228:3
**comfortable** 65:17
161:12 233:1
235:4
**coming** 177:12
245:22
**comma** 44:17
69:23
**comment** 51:15
69:22 83:2 88:4
96:11 104:11
126:1 127:2
143:13,17 194:25
199:16 201:20
235:24
**commented** 81:12
85:21
**comments** 55:12
57:23 180:4
**commission**
164:20 180:6
**common** 77:5
81:15 89:25 94:5
94:11 95:16
111:18 116:19
215:2,4 234:15
**commonly** 77:7
**communicate**
90:17
**communications**
116:13,16 227:23
229:13 231:4
**compared** 52:16
157:9
**comparing** 94:15
157:6
**complaint** 223:11
223:21
**complete** 109:4
139:21 252:14
255:8

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**[completed - corner]**

completed 181:19
253:17
completely 89:23
198:12
completeness
134:6
completion 252:17
complex 10:20
27:9
complicated 191:6
complication
148:11
complications
148:9
complies 42:14
65:23 66:14
102:23 108:24
109:12
component 33:13
44:12,16 48:3,23
63:12 80:17 87:12
components 63:2
122:17
compound 171:13
computer 15:15
108:7 189:20,22
218:18 222:8
224:3 225:12
234:13,25
computers 234:15
concentrations
128:9
concern 80:7
137:10 186:10
239:17
concerned 60:19
220:4
concerning 61:8
85:13 187:3 235:9
concluded 33:13
33:14 91:5 179:14

conclusion 68:9
133:10 158:17
conclusions 163:9
176:23 177:9
180:20 226:24
247:4
concomitant 63:16
condition 49:14,23
81:7 95:19 98:21
141:9,9 167:10
212:11 239:24
conditions 35:11
45:6,10 48:17
58:23 59:5,7,7,7
105:4
conducted 39:19
51:22 128:19
239:12
conduction 97:19
97:21 98:2 100:24
101:1,9,12,19
102:1,2,2,20
conference 4:12
24:8
conferences 24:5
confidential 3:13
3:20
confirm 195:25
confirmed 46:9
confirming 46:10
confiscated 116:24
140:5 235:18
confusion 218:25
congenital 42:25
91:14 92:14 178:2
193:15 209:4,9
congested 94:18
223:13,13,22
congestion 69:4,14
69:19,21,23 70:20
95:7,11,24 96:3,4

connect 167:13,14
connections 6:15
connolly 93:16
consensus 24:7
consider 18:15,17
29:11 34:22 49:23
50:5,23 51:4,12,13
51:21,24 58:4,17
59:14 62:17 63:3
103:9,12 170:4,13
171:10 173:21
182:13
considered 51:4
58:20 103:11
126:8,11 178:2
249:9
considering
167:16
consistent 34:7
35:2,11,12,13,17
35:18 70:14 71:1
79:23 94:23 113:2
118:20,22 119:6
133:15 142:24
143:1,23 209:21
214:3,7
constant 112:20
240:11,11
consult 24:4
consulted 93:5
consulting 14:1
consumer 164:19
180:6
contacted 164:20
contained 237:24
container 238:13
containers 237:25
contaminants 96:9
96:12
content 46:7

contents 199:24
context 13:22 60:3
continue 197:18
239:25
continued 93:1
continuing 27:8
contract 13:25
21:18
contraction
120:19
contrary 37:21
contributing
48:18 49:14,24
50:2,6,7 101:2
contributory 45:6
64:3,5 76:13
77:25
contusion 83:19
convenience
208:11
convenient 11:2
conversations
231:13
convert 85:9
converts 85:5
convinced 31:9
cool 143:22,24
144:7
cooling 160:4
cools 160:2
copies 253:14
copious 159:17
copy 8:7 10:5
11:23,25 136:5,6
149:2 247:13
cord 80:4
cords 145:21
cornell 16:25 17:3
25:5,17
corner 53:14
128:1

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[coronary - damaged]**

**coronary** 88:14,17
88:19,23 90:19
91:9
**coroner** 17:9
**coroner's** 21:7
22:16
**corporation** 1:9
1:10
**correct** 14:4 18:16
20:4,13,17 21:24
32:23 34:5 35:3
37:15 38:1,4,20
39:7,10,20 40:20
45:22 47:18,22
48:23 49:1,9,18
52:7 54:1,2,10
57:24 58:24 65:2
65:10,15,18 66:4
69:9 71:3 72:16
73:23 74:22 87:20
90:11 94:8 95:20
97:16 103:6
107:13 111:15
112:7 113:25
123:12 124:6
138:10 144:18
145:12 146:7,8,20
146:21 147:21,25
148:11 150:17
155:9,11,14,15
157:21 159:1
161:4,16,21 162:7
163:10 166:25
172:2,5 175:1,5
177:3,22 178:17
178:23 179:3
180:15 181:11
182:25 183:16,17
183:24 191:14
194:4 195:24
199:24 200:6

206:14 212:13
226:7,13 227:8,10
227:17,24 228:6
229:4,5,8,14,23,24
230:3,4,15 231:5
231:19,20 232:8
233:2,23 235:4
236:11,21,22
238:17,25 240:13
240:23 241:2
242:1,6,11 243:2
243:20 244:10
245:1,7,17 246:2,6
247:14,21 251:8
252:13 255:8
**corrections** 255:6
**correctly** 9:11
142:4 242:10,16
243:19 248:22
**correlate** 97:8
**correlates** 95:7
**correlation** 58:14
75:24
**cortex** 80:4
**cosleep** 34:15
**cosleeping** 35:13
43:5,24 64:25
168:10
**cou** 3:19
**cough** 112:21
147:25 216:6
223:13,14,22
240:11
**coughs** 11:15
**counsel** 2:9 45:23
67:13 130:15
134:20 227:3
237:4 240:5
253:14
**county** 17:8 20:25
22:19 30:1,19

33:3 35:10 208:16
251:2 252:2
**couple** 105:17
117:16 144:16
160:20 171:22
180:3 181:7
205:23 206:20
207:10 228:20
246:14
**courkamp** 1:4
4:15 5:5 29:15
253:4 254:1 255:1
**course** 7:4 27:9
43:19 50:11 56:25
171:14,17 177:15
206:13 249:10
**courses** 27:6
217:24
**court** 1:1 2:4 5:7
5:10 13:6,6,7
14:16 16:1 47:3
108:2 134:11
**courts** 13:4,4
**cover** 127:10
132:20
**covered** 65:22,24
**covid** 4:12 11:17
**cpr** 104:12 120:12
121:13,17 154:24
182:22,24
**cpsc** 170:18
**crazy** 108:5
**created** 117:21
179:24
**crescent** 88:15
89:4
**crib** 28:11 191:24
192:10
**cribs** 145:23
**crinosity** 99:1

**critical** 37:21
38:18 226:18,20
**criticisms** 39:6
**croup** 77:20
**csf** 76:17,17 186:1
186:1,1
**cultural** 188:11,12
188:19
**culture** 129:13
185:16 188:5,20
188:21
**cultures** 30:16
31:2,7 76:16,18
77:11,15,15
129:13 185:2
245:23
**curious** 184:5
192:14 194:18
**current** 52:15
**curriculum** 15:20
**cushion** 172:24
**cut** 6:14 40:6
59:16 123:9
125:24 192:22
**cuts** 40:18
**cv** 1:5 3:14 4:17
17:21 20:25 22:9
25:1,7 26:14 53:7
**cyanosis** 216:7

**d**

**d** 3:1 34:18 41:21
48:6 55:25 179:14
225:6
**dad** 137:12,18
**dad's** 116:24
235:17
**dallas** 16:13,22
**damage** 104:21
113:11
**damaged** 104:25

**damn** 130:3
**dark** 204:21
**darker** 50:11
**darn** 146:1
**data** 64:7,9 244:16
**date** 47:12,15 68:8
  116:10 174:23
  211:3 214:18,20
  228:24 229:2,3
  254:24 255:12
**dates** 150:19
**day** 10:21 42:17
  96:14 136:22
  140:12 143:17
  152:20 158:2
  163:3 223:25
  229:11 245:11
  247:19,25 251:9
  252:21 255:15
**dayna** 1:25 2:6
  5:10 252:4
**days** 84:8 112:19
  180:3 185:6,24
  211:4 229:12
  253:17
**de** 32:8,9
**dead** 94:11 126:19
  144:3 182:9
**deal** 108:11 218:3
**dealt** 78:1
**death** 3:15,18
  28:11 32:11 34:12
  35:1,10,13 41:10
  41:10,15,25 42:8
  42:15,23 43:7,22
  44:2,8,16,23 45:4
  45:5,12,16 46:3,7
  46:13 47:14,21
  48:5,8,18 49:1,7,9
  50:4 56:24,24
  57:1,9 59:12,24

61:16 74:10 75:11
82:6 86:20 91:7
94:9 98:15 101:3
101:20,25 102:3
102:20 105:13
117:13 121:8
125:22 128:11,23
128:25 133:21
135:3,13 137:7,24
138:3,12,23 139:1
139:4,12 140:24
141:1,14,19,22
142:5 143:15,15
145:12 146:10
147:6,19,24
151:25,25 152:13
152:14,23 154:21
154:21 157:8,17
159:19 160:10
161:14,24,24
165:24 167:8
173:24 174:6
177:1,21,23
178:16,22 179:2
179:14,21 180:7
180:24 181:18
182:11,23 183:16
185:3 191:24
192:11 196:6
212:12 215:6,11
219:3,8,14 222:24
224:1,7,15 239:14
240:20 242:17
247:4 248:21
**deaths** 102:10,10
102:11
**decedent** 133:6,13
**decide** 197:17
**decision** 80:19
**decisions** 10:23

**declare** 255:4
**declared** 182:9,11
**decomposition**
  86:17
**deemed** 255:6
**deep** 104:15
**deeper** 40:12
**defect** 42:25 89:9
  90:10 92:4 178:2
  178:2
**defects** 212:10
**defendant** 4:17
**defendants** 1:11
  2:2,15 4:24 5:3
  6:10 38:15
**defer** 123:21 127:7
  156:21,23
**define** 41:5,6
  220:10
**defined** 41:10
**defining** 14:2
**definitely** 140:9
  156:2 184:24
  205:5
**definitions** 41:8
**definitive** 201:20
**degree** 16:13 18:5
  18:9 60:2 161:13
  228:15
**degrees** 125:18,25
  126:1,6,18 144:5
**dehydrate** 51:18
**dehydrated** 76:25
  128:13
**demographic**
  138:16
**department** 32:17
  72:21,24 105:16
  105:20 110:8
  112:10 116:14
  125:16 131:18

132:2 175:7
205:11,24 206:13
217:8 226:19
232:8,8 233:22
236:24 247:12,14
248:15
**departments**
  133:25,25
**depend** 10:21
  30:10 120:10
**depending** 135:16
**depends** 71:17
  115:15 156:9,15
  220:10
**depo** 120:23
**deponent** 3:2
  253:13 255:3
**deposed** 35:21
  53:18,19
**deposing** 35:8
  253:13
**deposition** 1:18
  2:1 4:13,16 6:10
  7:17,24 8:11 9:23
  13:10 14:18 16:2
  35:22 36:3 47:4
  81:11 83:2 111:13
  118:18 119:10,15
  119:21 121:11
  131:21 134:14
  142:2 148:21
  154:2 161:19
  162:7 166:21
  171:19 191:22
  196:9 206:9 208:3
  213:14 249:18
  250:6,7 252:7,10
  252:16
**depositions** 6:21
  12:21 248:3

Michael Ferenc , MD
In Re: Fisher-Price/Mattel                                    August 12, 2020

**[deputy - document]**                                                    Page 13

**deputy** 17:10
21:14,19
**describe** 52:6
142:20 178:6
**described** 95:4
167:25 204:8
222:21
**describes** 214:22
**describing** 90:12
**description** 3:12
95:8 154:5,18
167:1 201:25
**descriptively**
143:1
**design** 195:2
**designed** 219:25
**desk** 238:2,6,7
**detail** 122:21
129:25
**details** 37:14
158:24 176:15,15
180:7 236:18
**detect** 120:25
**detected** 181:3
**detective** 53:18
82:15 107:14
116:13 132:23
135:9 139:18,20
139:23 146:12,13
146:14 166:11
173:1 224:16
225:5 226:6,10
227:7 230:7 232:2
246:1
**detectives** 227:24
**determination**
33:4 71:16 80:20
157:8
**determine** 71:13
83:22 157:7

**determining**
125:22 165:24
169:25 171:10
215:11
**developmental**
170:8
**device** 173:19
191:7 195:13,15
**diabetes** 77:1
128:14
**diagnosed** 141:10
210:18 214:23
**diagnoses** 27:15
67:2 69:1 95:6
**diagnosis** 28:15,18
30:3 33:5 59:13
60:17,22 70:15
71:2 105:22 202:9
223:1,6
**dictate** 11:21 78:9
**die** 41:12 50:19
219:19
**died** 60:3 167:9,22
177:1 213:1
**differences** 21:23
187:1
**different** 22:13,17
30:5,8,17 40:18,25
41:19 52:15,17,17
52:18 66:18 67:2
68:11 74:18 77:21
78:14 79:2,10
80:2 128:5 142:25
149:24 150:19,22
170:8 185:10
188:13 191:4,10
192:19,20 199:21
226:23,24 228:10
245:4
**differently** 87:13
106:6

**difficulties** 43:18
44:13 130:13
**difficulty** 24:6
**diffusion** 191:8
**digital** 136:9
**dilatation** 115:3
115:18
**dilated** 80:23
101:7
**direct** 10:23 40:5
58:14 74:10 161:6
186:8 209:2 219:5
**directed** 26:11
87:15 248:24
**direction** 52:5
160:1 252:13
**directly** 11:21
75:19 91:12,13
136:19
**director** 73:18
**director's** 73:6
**disagree** 124:10
124:14 179:15
228:12 232:18
**disagreed** 36:23
55:3 197:6
**disappear** 156:13
**disappeared** 130:6
**disbelieve** 226:15
**discharge** 207:14
207:17 223:19
**discoloration**
86:12 113:13
142:18,21 143:11
143:12 156:6
196:23
**discussed** 35:24
36:5 64:19 209:3
236:20
**discussion** 36:7
84:1 130:12

**discussions** 37:13
53:24 107:17
137:15 139:22
**disease** 26:2,5 50:8
50:9 80:8 166:24
167:3 193:24
209:17
**disorders** 209:15
**dispatch** 181:20
182:2
**disposal** 15:4
**disposition** 132:13
**dissect** 37:4
**distended** 86:10
**distinctions** 21:8
**distracted** 125:8
**district** 1:1,2 13:5
**doctor** 5:16 6:7
9:10 12:22 24:3,3
34:5 45:15 46:2
60:13 68:5 76:21
84:17 92:17
102:22 107:5
108:18 111:3
112:14 125:11
127:15 131:7
134:18 139:8
148:7 152:12
196:11 206:2
208:6 221:12
223:3 225:18
248:12 249:2
**doctors** 179:24
**document** 25:10
27:20 37:4 52:10
53:5 63:23 71:19
123:7 133:23,24
172:13 186:18
188:14 190:20,23
192:13 199:14
205:24 210:8

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

[document - episodes]                                                                          Page 14

211:2 212:25
213:4 216:23
223:16 224:25
**documents** 9:24
142:10 199:22
227:21
**doing** 13:23 21:21
26:2 29:1 52:3
66:9 84:5 121:17
129:18 135:21
137:18 145:2
149:24 157:11,18
157:19 159:1
206:5
**doll** 57:5 122:17
172:8,19 201:3
**door** 23:24
**double** 39:9
**doubt** 105:8 107:6
154:15
**downs** 104:23
**dozen** 32:25
**dozens** 7:1,1 29:18
29:18
**dr** 22:8 53:17
54:16,20 55:11,25
56:2,4,16,20 57:20
61:10 68:19 73:6
85:7 93:15,16
100:4,18 109:25
111:25 133:9,11
146:11 170:18
176:4 179:11,13
180:14 183:20
207:22 214:4
224:16
**dragon** 10:24
**draining** 198:5
**drains** 88:21,24
159:20

**dramatic** 69:19
**dramatically**
29:22 129:1
**drawer** 237:23
238:7
**dressed** 127:1,4
**dresser** 238:8
**dried** 207:13,19
**drift** 41:8 128:24
**drip** 187:5
**drive** 234:15
**drop** 106:23
**dropped** 29:22
**drops** 144:4
**drug** 51:2,9 69:18
74:4 91:17 116:25
140:6 153:16
235:16,17
**drugs** 73:10,11
76:8,9 116:25
192:21
**drunk** 103:22
**dry** 177:7 199:9
**due** 4:12 47:15
62:9,11 77:18,19
77:20 86:20,24
99:18 110:15
111:1 130:13
167:3,4
**duly** 6:2 252:7
**dying** 141:6
177:13

___

**e**

**e** 3:1,11 15:23
134:7 139:8,9,16
218:19,20 254:3,3
254:3
**eagle** 218:8,9
238:24
**earlier** 82:18
132:24 138:9

141:4 151:7
166:20 191:22
209:3 245:9
**early** 12:20 17:16
21:4 86:16 192:10
**easier** 16:6 131:10
139:7
**easily** 143:13
**east** 2:12 238:3
**eastern** 13:4
**easy** 6:20 7:13
59:21 225:12
**echocardiogram**
211:5 212:2
**echos** 111:21
**ed** 110:10
**edema** 95:24 96:3
96:5
**education** 16:9,11
27:8
**effect** 106:24
**effects** 128:23
**eight** 114:24
116:25 170:10
193:9,13
**either** 13:10 15:21
37:13,20 74:1,23
75:7,9,9 86:5 93:6
101:5 103:4 104:1
104:6 105:25
113:8 123:1,1
152:13 178:9
194:20 207:6
230:19 231:9,10
245:25 246:6
**elanne** 2:23 4:8
**electrolytes**
128:21
**electronic** 8:7 10:5
11:3 14:9 46:4,10
139:6 233:21

**elephant** 101:4
**elisa** 192:14
**emboli** 178:6
**emergency** 105:16
105:19 189:1
202:22 206:14
**emphasis** 9:12,14
41:22 56:6 61:10
88:18,20 89:13,14
120:15
**employment** 16:17
16:19
**empty** 237:24
238:12
**endocar** 97:13
**endocardial** 97:13
**endocarditis** 91:17
**endocardium**
111:11
**english** 85:5
**enter** 54:7,8,11
189:9,10,21
**entered** 54:6 55:9
**entire** 11:5 100:21
171:25
**entitled** 4:15
**entry** 179:10
**environment**
62:17 64:24
146:23
**environmental**
50:25 51:2,7,8
61:19,22 62:1
96:9,12
**environments**
217:25
**epicardial** 97:13
**epileptic** 103:10
**episode** 216:22
**episodes** 215:23
216:1

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**[errata - extra]**                                                                 Page 15

**errata**  253:11,13
  253:17
**error**  37:3
**errors**  50:20 76:15
  77:4,6 98:22
  187:11
**esq**  2:11,17,18
  36:8,9
**eutenier**  56:4,6,7
  56:16
**evaluation**  87:19
  99:9
**event**  60:12,14,15
  63:4,18 103:15
  159:4 187:2 242:5
  247:3 252:20
**events**  206:19
**eventually**  152:16
  160:2
**everybody**  126:18
**everyone's**  131:19
**evidence**  44:24
  50:7,8 51:13
  85:22 99:25
  105:24 106:12
  136:11 140:2
  145:3,6 154:14
  173:10 178:8
  193:14,23 194:12
  195:8 197:7,12,14
  215:8
**exact**  84:19 102:18
  220:17
**exactly**  24:16
  33:25 49:3 53:11
  83:14 126:25
  127:4 169:22
**exam**  68:20 133:7
  133:8,10
**examination**  3:2
  6:5 47:13 57:6,20

**66:1,3,8,16** 83:17
  84:5,14 86:9,23
  105:14 109:5
  149:24 150:5
  163:1 176:24
  177:18 221:3
  222:3 229:3
  246:17 248:10
**examinations**
  103:20
**examine**  165:3
  175:11
**examined**  6:3
  193:13 199:11
  212:9 252:16
**examiner**  13:23,25
  17:5,6,9,11 21:1,3
  21:6,11,14,16,18
  21:20 22:2,4,7,13
  22:19 27:13 34:3
  47:12 53:8 64:11
  66:9 68:6 71:12
  122:6 132:12
  133:5,20 135:15
  136:8 145:2
  148:20 149:2
  160:23 162:5
  208:17 231:22
  233:13 241:9
**examiner's**  9:20
  10:2,11 14:11
  26:20 47:25 49:7
  65:9 131:13
  144:14,18 153:8
  153:14 155:25
  164:8 180:12
  233:14 234:5
**examiners**  22:20
**examining**  105:25
  185:2

**example**  19:8
  21:13 31:6 43:4
  44:20 51:14 59:25
  61:9 69:18 73:9
  84:19 96:15
  104:23 109:6
  111:19 158:14
  168:10
**excessive**  127:2
**exchange**  232:12
**exchanged**  227:16
**exchanging**
  227:22 232:6
**excised**  100:15
**exclude**  95:3
**exclusion**  59:13
  60:17,21,22 71:3
**exclusionary**
  167:5,17
**excuse**  11:14
  189:13
**executed**  251:9
**exercising**  102:11
**exhibit**  3:12,13,14
  3:15,17,18,20,21
  3:23,24 14:12,17
  14:18,21 16:1,2
  27:19 36:11,12
  42:11 47:2,4,25
  53:3,4 54:9 68:5
  117:12 127:17
  131:16,19,20,21
  134:5,8,14 135:1
  136:24 139:3,16
  140:19 146:10
  148:18,19,19,21
  150:13 160:22
  195:19 196:9,14
  199:18,25 206:9
  208:2,3 213:14
  218:12,14,16

**222:16** 228:21
  233:9,9,10 236:24
  237:7,7 240:18
  241:9 247:13,15
**exhibited**  103:7
**exist**  98:8
**existed**  176:10
  235:6,10
**expanded**  94:3
**expect**  92:24 113:7
  114:15 115:13
  154:24 156:5
  178:10
**expected**  57:17
**experience**  34:18
**experienced**  29:11
  137:21 138:25
**expert**  13:2,13,18
  13:21
**expertise**  27:1
  212:5
**experts**  60:25
  93:12 138:11
**explain**  41:14 42:8
  45:2 59:12,24
  76:20 119:8
  135:12 177:23
  242:21
**explanation**  66:20
  66:21 70:6 85:25
  160:8
**exposure**  64:24
**exposures**  51:10
**extensive**  40:19
**extensively**  52:19
**extent**  19:21 94:10
  242:18
**external**  57:10
  84:14 86:8 176:24
**extra**  19:16,18,24
  20:3,7,12,14 51:24

**[extra - find]**

52:2,4 58:16 69:5
123:5
**extraneous** 123:6
**extremely** 81:15
94:5 116:19 125:3
145:18 153:25
**extremities** 154:4
154:20
**eye** 50:15 87:7
90:10 95:2 109:8
**eyeball** 128:6

**f**

**f** 79:15
**fabric** 170:13,14
198:5,6
**face** 142:18 156:4
156:7 168:22
173:13 197:2
198:4,5,6 200:11
200:16 201:12
204:6,22 207:15
221:17,17,19,24
221:25 226:9
**faced** 44:20
**facedown** 160:12
168:2,13,20 169:6
169:11 204:4,9
**fact** 13:12 35:5
58:10 61:3 82:22
129:23 158:16
194:25 197:13
207:6 215:14
229:18 232:15
**facto** 32:8,9
**factor** 49:14,24
58:16 62:18,21
63:18 64:5 75:13
75:22,23 76:4,8,9
99:13,20 101:2
105:5 125:15
126:15 165:23

168:3 169:24
170:1,3,5 171:5
173:15,19 247:3
**factored** 173:14
**factors** 50:2,6,7,10
50:25 51:2,7,8
58:4,4,11,13,21,21
59:4,5,15 61:2,3
61:22 62:12,21
64:22 65:2,4
75:10,15 166:21
169:20 197:21
214:13
**facts** 123:5 161:25
162:1 195:16
207:7
**fadeout** 9:2
**fahrenheit** 144:5
**fails** 253:19
**failure** 60:8 77:2
**fair** 38:7,12 46:11
49:24 86:7 98:3
118:15 142:8
165:2 166:11
167:11 170:17
181:10 193:8
198:12 246:20
**fairly** 65:13 82:17
**fall** 34:7 53:11
155:19 242:5,10
243:2
**falls** 16:21
**false** 195:9
**familiar** 64:14
**family** 8:19 16:20
102:9 107:12
140:21,23
**far** 8:12 24:8
31:22,23 42:23
43:7 46:7 60:19
103:18 143:11

156:2 161:17
162:11 200:7
245:2
**farrel** 189:8
208:21
**fashion** 145:22
194:21
**fast** 7:9 185:11
**fastening** 243:4
**fat** 85:14
**fatal** 101:18,21,24
**fatality** 64:8,16
**father** 139:25
183:14 217:3
242:24
**father's** 141:7
**fats** 187:20 209:13
**feature** 151:19
**features** 80:21
136:23
**febrile** 103:16
**fed** 51:13,17
**federal** 5:12 13:4,6
249:22 252:16
**feel** 27:12 29:8,10
197:8
**feet** 163:18
**fell** 101:4
**fellow** 17:2 25:21
26:5
**fellowship** 25:22
25:23 26:1
**felt** 31:3 233:1
235:4
**ferenc** 1:19 2:1 3:3
3:14 4:14 6:1 9:12
9:13,14 56:20
109:25 133:9,11
250:8 251:5,15
253:1,5 254:2,24
255:2,4,12

**ferenc's** 57:20
**fetus** 89:22
**fever** 103:15
**fi** 12:10
**fiber** 120:17 152:9
**fibrous** 116:4
**field** 26:13
**figure** 33:20 77:18
128:12
**figured** 77:19
**figures** 119:3
**figuring** 160:16
**file** 3:13,14,15,17
3:18,20,21,23,24
9:20 11:5,7 14:21
26:20 53:21 55:23
71:8 117:17
123:16 126:4
127:13 131:15
144:14,18 157:20
228:20 231:23
232:15 233:21,22
236:13
**files** 10:11 109:11
131:19 232:17
**fill** 119:10
**filled** 45:21 46:2
94:5 118:6 135:11
135:14,22
**filling** 135:18,20
**final** 81:20 116:17
**finalize** 229:7
230:13
**finalizing** 145:3
230:20
**finally** 245:12
247:16
**find** 8:16 10:8 24:2
35:7 44:22 45:16
48:11 71:20 72:9
90:10 92:24

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**[find - form]**

100:21 103:7,23
103:24 105:15
107:2 123:10
133:12 160:9
172:7 176:25
177:19 178:15
187:2 191:12
192:4,10 193:14
193:23 194:12
212:7,10 215:23
224:12 226:22
234:24 237:15
248:23
**finding** 60:18 69:6
69:11 70:3 78:5
89:5,18,25 90:7,18
90:21 91:18 92:2
92:23 93:4 94:5,7
94:11 95:13,15,17
105:1 111:17
185:20,21
**findings** 41:14
57:12 59:22,22
65:17 67:1,6 69:2
69:8 70:25 87:7
89:6 91:1,2 92:14
93:8 94:23 95:2,6
96:6,10,16,19
103:4 105:3
110:19 113:2
114:22 115:6,14
116:20 142:24
145:17,23 150:10
168:25 177:16
209:19 214:8
**fine** 6:13 23:7
105:8 108:4
130:19 190:4,7
249:12
**fingertips** 216:10

**finish** 125:9
127:13 131:12
135:25 148:15
163:4
**fire** 175:7 205:11
205:24 206:13
247:14
**firm** 4:22 5:2
**first** 6:2 21:2,10
33:14 58:11 59:3
61:23 66:7 120:24
120:25 132:5
137:11 151:13
163:7 164:8
174:18 186:9,21
210:4,5 219:7
220:12,18,21
233:15 237:21
245:3
**fischione** 22:7
**fisher** 1:8 2:3,15
4:15,24 38:15
253:4 254:1 255:1
**fits** 135:12
**five** 97:3 162:15
164:9 229:12
245:11
**fix** 12:3 108:1
130:25
**fixed** 152:16 154:4
154:19 160:3
**fixes** 159:24
**flag** 45:8
**flap** 89:23
**flaps** 90:13
**flip** 53:2 65:20
94:12 97:7 127:12
132:18 168:18,19
170:6,11 222:21
**flipped** 246:23

**flipping** 109:10
149:8 155:2
**flora** 185:19
**fluid** 128:2,4,5,20
148:10 186:4,10
187:3
**fluids** 112:18
128:6 177:11
**foam** 168:21
**focus** 9:19 26:4
29:25 30:11 37:19
51:24 52:4 88:13
194:6
**focusing** 237:16
**folder** 8:4 72:12
114:2 196:10
**follow** 40:7 78:8
119:14,22 171:22
209:21 221:9
237:2 246:15
**followed** 180:9
233:4
**following** 76:12
77:24 182:11
183:7 212:20
237:8 242:10
**follows** 6:3
**food** 51:15 85:22
104:16
**foot** 238:2
**footprints** 103:25
**foramen** 89:12,16
89:21 91:19,25
92:3 93:3
**force** 31:18
**foregoing** 251:7
252:7,15 255:5
**forehead** 83:20
**foreign** 1:9,9
**forenc** 56:2

**forensic** 17:18
18:4,15,19 19:2,5
19:6,12,21 20:10
21:7,9,25 22:11,15
26:16 27:13 29:2
29:5 74:13 128:7
**forget** 102:15
119:20
**forgot** 13:5 41:5
**forgotten** 220:22
**form** 28:17 31:13
38:2,21,25 44:4
49:15,19 51:6
55:18 58:6 61:6
62:19 63:7,20
65:3 68:12 70:16
73:7 75:12,12,20
76:6 77:1 82:25
86:2 99:21 101:16
105:6 106:9
110:20 111:5
112:6,25 113:10
114:14,18 117:4
118:8,9,10,11
120:8 123:23
124:13 125:23
126:10,16 129:16
135:4,22 138:1
139:21 140:8
141:23 144:1
145:5 146:9,21
147:13 148:2,13
152:3 154:8 156:8
158:10 163:19
165:11 166:16
168:4 169:7 170:2
170:21 171:12
179:22 182:17
183:1,10 191:15
192:6 193:16,25
197:6,19 199:5

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**[form - go]**

200:19 201:18
202:5 203:19
204:10 207:4
210:6,20 215:7
217:10 219:20,22
224:16,19 227:25
228:13 231:7
232:20 233:24
238:18 240:15
241:20 242:12
243:3 244:11
246:22 248:4
**formal** 25:24 26:1
**formed** 92:13
111:8
**forming** 191:14
**forms** 102:8 116:6
**formula** 238:10
**forth** 84:3 122:24
**forward** 58:2
**found** 35:5 42:24
42:24,25 48:6
80:25 83:12 93:17
116:23 119:5
126:23 127:5
147:10 156:4,24
156:25 159:5
163:13 165:8
168:1 169:6,11
172:12,20 175:23
177:15,23 178:8
178:25 186:5
194:14 197:2
200:1 206:23
207:2 208:12
213:20 219:10
222:17 224:20
225:3,6,23 226:2
241:1
**foundation** 65:3
110:20 112:6,25

113:10 114:20
123:23 124:13
126:16 129:16
138:1 140:8 144:1
147:13 148:2,13
154:8 155:7 156:8
158:10 163:20
165:12 170:22
180:25 210:7,21
212:4 227:25
229:16 232:9,20
233:24 240:15
241:20 242:12
243:3
**four** 129:5 137:8
138:4,6,19 158:21
164:9 220:5
239:16
**fourth** 89:19 201:1
**fr** 3:18
**fracture** 109:8
**frame** 120:1,4
147:21
**francisco** 17:8,15
21:15
**frequently** 118:11
**front** 49:6 111:19
118:4 155:18
157:7 171:25
246:8
**full** 14:10,21 73:5
90:24 109:1
**fully** 118:6
**function** 235:9
243:10
**functional** 92:9
**functionally** 90:14
**further** 80:13
104:13 141:15
146:25 147:16
200:22 204:18

220:14 222:3
224:11 246:17
248:10 252:19

**g**

**g** 2:17
**ga** 253:15
**gas** 191:6
**gastric** 71:25
**gastrointestinal**
85:21
**gastrotom** 191:6
**gathering** 245:13
**gees** 17:21
**geez** 48:9 59:19
**general** 19:13,19
19:20 23:19 27:12
50:9 51:25 52:1,4
74:5 77:14 78:12
94:25 145:14
176:22 193:3
233:5
**generalized** 77:22
**generally** 27:16
34:21 48:24 58:1
78:20 233:11
**generate** 129:24
136:18
**generated** 118:3
**genetic** 102:5
**genetically** 187:17
187:18
**genetics** 187:12
**georgia** 2:19
**getting** 12:20 37:8
68:6 103:22 116:5
116:11 215:20
216:11 220:13
221:18,24 231:1
243:12
**girl** 28:9,11

**give** 5:19 8:11
11:16 28:21 37:20
37:23 38:9 69:12
124:17 197:13
218:15
**given** 6:21,25 10:1
13:9 48:19 136:12
136:13,14,17
211:14 255:9
**gives** 98:13
**glad** 108:20
**glanced** 246:24
**gland** 70:1,14
**glaring** 37:3
**glass** 121:5 238:3
238:6,12
**glean** 8:13
**gliosis** 100:18
**glistening** 94:1
**glorified** 26:7
**glucose** 128:23
**gms** 1:5 4:17
**go** 12:6 15:20 16:7
16:9 17:21 19:22
25:2 32:10,13,16
32:22,23 39:1
40:17,24 41:2
42:12,18 49:5
50:1 53:2 55:4
66:11 67:13,18
69:2 72:9 75:5
82:3,3 84:18 85:2
86:22 88:12 93:13
93:19 106:25
107:3,22,25
108:10 110:5
112:17,17 117:12
122:20 127:19
128:24 129:2
130:14,23 134:3
134:23 142:9

148:17 162:16
166:2 176:19
203:24 205:12
207:22 212:14
213:23 222:11
224:1 228:19
233:11 237:11
239:7 240:7
244:13
**god** 216:20
**goes** 6:18 61:22
142:20 159:21
160:6 170:8 212:2
**going** 6:15 12:12
12:15 14:23 22:18
28:20,25 33:25
38:8,11 48:7 53:2
53:19 54:25 59:17
59:18,19 67:22
68:1 72:13 77:2
80:10 87:10 95:5
106:22 108:4,10
108:12,15 125:9
125:11 129:6
131:1,4,12 135:7
139:3 141:9
144:13 147:16
151:20 162:18,21
163:7 167:17
169:9,23 176:22
181:12 184:17
192:12 197:5,18
200:8 205:9,19
208:15 209:14
218:11 222:6,13
249:14,23
**goldberg** 2:11
**goldbergandosb...**
2:14
**good** 4:4,21 6:7
31:23 37:2 45:12

54:24 70:5 129:4
221:16
**gosh** 178:14
**gotten** 73:19
181:16
**grams** 87:24 190:5
214:11
**grandpa** 216:18
**grandparents**
240:10
**gravitationally**
160:14
**gravity** 121:4
159:20,22
**great** 6:17 12:2
28:4 37:18 108:20
122:21 138:11
200:3 213:22
**green** 86:11
**greenberg** 2:16
4:23 5:2
**gross** 59:22 66:3,7
70:25 78:5 80:21
87:19 94:15,23
95:7 99:6,9
100:11 101:8
103:1,4 104:1
113:8 114:21
149:24 150:5
**grossly** 77:10 88:4
88:5 104:6 105:25
114:16
**ground** 160:13
**group** 65:5
**grow** 92:19 93:1
189:2
**growth** 97:6 109:7
185:6,18,23
212:17,20
**gtlaw.com** 2:20,21

**guarantee** 205:3
**guess** 24:24 43:16
56:22 62:8 72:15
81:9 97:5 101:11
109:15 116:10
148:19 150:4
151:3,6,23 190:2
208:22 217:17
239:24
**guidelines** 169:14
169:16,17
**guys** 9:3 12:4
108:5 221:10

**h**

**h** 3:11 254:3
**habit** 31:18 45:7
**hac** 2:17
**half** 32:25 137:4
144:5 177:22
221:24
**halfway** 223:18
**hall** 54:21
**hammock** 165:8
**hampshire** 13:3
**hand** 5:16 7:6
168:17 252:21
**handed** 153:1
**handle** 187:20
209:12,13,13
**handled** 39:20
174:19
**handling** 129:22
**handwriting**
27:23 28:1,2,8
65:25 129:7
184:19
**handwritten**
191:23
**handy** 241:10
**hang** 156:13

**happen** 32:9
120:21 165:24
185:11
**happened** 32:3
105:13 123:21
175:18 187:1
215:15 216:20
233:3,7 243:1
246:6
**happening** 120:12
121:2 246:4
**happens** 90:25
230:22
**happy** 249:5
**hard** 50:15 119:14
225:19 233:22
**harsh** 44:8
**hate** 29:6
**head** 31:25 45:1,2
84:20 102:25
103:5 163:17
170:12 201:24
203:14
**heading** 203:8,25
**heads** 170:7
**health** 213:10,21
222:14
**hear** 6:11 7:11
18:10 31:19 82:20
108:6,18 131:7
171:16 193:19
198:23 199:1
**heard** 15:4 81:9
100:3 115:21
137:18 164:22,24
197:1 198:16,17
200:15 229:19
239:21
**hearing** 6:19
137:22

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[heart - impracticable]**

Page 20

| | | | |
|---|---|---|---|
| **heart** 26:2 42:24 42:25 50:9 77:8 79:8,21 80:16,22 81:1,3 87:24,25 88:3,4,22 89:9 97:4,8 98:2 101:7 110:14,16,25,25 111:1 112:3 114:12,16,22,25 115:1,4,5,9,17,24 149:25 167:3,10 187:19 210:15,18 211:13,16,17,22 212:9,11 221:4 | **highly** 81:21,22 100:19 | **hoping** 139:6 | 128:8,11 129:19 135:17 156:17 158:22 163:23 184:23 189:10,23 190:3,6 202:25 218:5,15 220:1 234:1,8,22 |

**heart's** 115:18
**heavier** 69:20
**heel** 187:16 209:3
**height** 84:16 214:9 214:13
**heighten** 59:8
**heightened** 63:18
**held** 36:7 130:12
**hell** 206:4 213:3
**help** 77:11 240:25 249:5
**helpful** 15:12 24:15 35:15 45:11
**hemorrhages** 70:9 143:5
**hereto** 14:19 16:3 47:5 131:22 134:15 148:22 206:10 208:4 213:15 255:7
**heroin** 74:9
**hester** 1:25 2:6 5:10 252:4
**high** 74:6 103:15 167:3
**higher** 63:4

**hindsight** 146:3
**hired** 13:13,17
**histologic** 41:13
**histology** 11:8 30:16 31:2 39:13 39:19 40:10,17,22 41:1 70:25 77:25 78:3,5,7,10,17,23 79:2,3,17 81:5 94:13,16 95:9 97:19 98:12,18 99:2 103:2 178:25 245:19 247:5
**histories** 63:10,22 141:5
**history** 16:10,19 43:5 80:24 103:13 103:14 140:2,18 140:22,24 141:17 147:18 157:16 194:3 215:24 235:25
**hit** 116:1 171:21
**hold** 18:11 20:2
**holding** 183:14 216:16
**hole** 89:9 90:3 92:4,7,9,19,25
**holes** 221:1
**homicide** 56:18,24 57:17
**honest** 86:3
**hope** 10:13 25:8 65:16
**hopefully** 33:19 51:10 106:23 148:15 162:11 199:23 223:24

**horn** 54:15,16,20 55:11,25 179:11 179:13 180:14
**hospital** 16:21 25:5,17 82:24 105:20 112:20 183:21 211:3 239:25
**hospital's** 16:24 17:2
**hot** 62:2
**hour** 121:5,7 144:5 156:17
**hourglass** 159:21 159:23 160:6
**hours** 27:7 84:8 108:5 120:5,22 123:18 124:10 133:7,11 147:19 147:24 156:17 158:21,21 160:4,4 168:14 182:10 183:7 241:17
**house** 51:1 72:21
**household** 58:12
**huh** 30:13 67:10
**humerus** 76:14
**humor** 72:2 76:24 187:5
**hundreds** 29:2
**hypertension** 90:4
**hypertrophy** 115:4
**hypothetically** 114:11

**i**

**icu** 112:20
**idea** 7:1 13:1 24:14 33:6 98:11 111:16 124:15

**identification** 14:19 16:3 47:5 131:22 134:15 148:22 206:10 208:4 213:15
**identified** 112:4
**identify** 4:18 33:18
**iii** 78:4
**illness** 63:16 82:23 166:24 193:24 214:22,22,25 215:2,24
**images** 136:9
**immediate** 46:13 47:21
**immediately** 156:16 200:12
**immunological** 191:8
**impact** 51:1 75:10
**impacted** 106:8
**implied** 173:17
**important** 74:13 74:24 123:10 126:12 147:20 165:10,23 195:1 195:12 207:6
**impossible** 31:7 153:23
**impounded** 136:5 136:10
**impracticable** 31:8

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**impression** 123:17
124:8 241:15
**inborn** 50:20
76:15 77:4,6
98:22 187:11
**incidence** 75:18,22
**incident** 147:1
225:21
**inciting** 103:15
**inclined** 163:17
**include** 35:2 42:2
44:25 74:21 77:25
149:13 217:24
**included** 36:14,14
168:21 179:20
**includes** 11:8
**including** 10:11
30:15 34:22 57:5
210:12
**inconsistent**
110:18
**increase** 60:11
61:4 75:18,21
105:4 169:20
**increased** 62:3
**incumbering**
170:12
**independent** 13:16
**indicate** 70:6 89:8
141:8 221:3
**indicated** 169:10
**indicates** 186:7
212:6
**indicating** 219:18
249:23
**indication** 102:7
198:4
**indications** 101:14
211:8
**individual** 66:23
78:16 82:10 83:8

118:13 134:1
136:23 137:16
138:5 141:24
149:20 157:11
168:25,25 169:9
176:13 186:20
226:17 228:7
**individuals** 23:18
**infant** 3:18 28:9
28:11 33:9,11
34:12 41:9,25
57:9 75:10 101:20
101:25 133:20
135:3,13 137:7
139:4,12 142:13
168:8 178:11
180:8 193:6
202:15 224:1,15
239:14 248:21
**infant's** 203:14
**infants** 29:15
33:12 160:17
220:8
**infection** 43:1
63:24 103:23
105:21,23 167:4
177:15,15 186:3
193:24 223:7
**infections** 50:13
50:15,19 98:19,23
106:12,14 185:9
185:10
**infiltrates** 94:20
97:12 99:12,18
**infiltration** 99:25
**inflammation**
60:10 77:17 81:3
221:3
**inflammatory**
94:19 96:21 97:12

**influenza** 77:12
188:6
**informal** 24:3
**information** 5:14
35:20 44:19 46:14
57:19 65:12 81:6
82:7 98:14 117:22
126:22 127:1
141:15 148:6
163:10,12 165:14
173:3,8 174:2,14
174:15,20 176:6
181:9 189:9
200:16 201:16
202:4,22 203:16
205:1,6 210:1
218:7 219:9
227:16,23 228:11
229:11 230:6
232:7 235:3
238:16 243:5
245:14,16,24
**infrequent** 184:14
**initial** 68:9 82:7,18
149:8 173:8
174:13
**initially** 174:9
**injuries** 50:12
83:19 133:12
**injury** 83:24
**inside** 104:14
115:1 128:6
**inspect** 175:20
**instances** 103:25
**instrument** 90:8
**insufficient** 128:17
**insufficiency**
128:19
**intact** 94:17 97:11
**interested** 252:19

**interesting** 171:19
175:25
**intern** 218:4
**internal** 46:19
57:10 86:22 150:9
177:17
**internet** 11:17
**internship** 16:21
**interpret** 219:24
248:17
**interpretation**
190:19,24 247:20
**interpreted** 81:16
**interpreting**
168:16
**interruption** 9:3
**interstitium** 94:22
**interview** 220:6
**interviews** 203:25
217:8 247:18,19
247:24 248:1
**intestines** 51:16
**intussusception**
50:10
**inventory** 109:14
109:17 110:2
151:7
**investigation** 3:18
31:12 41:14 47:13
82:21 84:7 133:13
133:21,21 134:12
135:4,13 139:5,12
146:10 156:19
159:1 165:23
169:3 224:2,15
226:19 228:11
231:3 239:11
**investigations**
32:2,6 52:22
**investigative**
32:16 52:24 122:4

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[investigative - know]**

Page 22

investigative 122:20 124:22 134:21 172:1 224:19
**investigator** 32:12 35:21 37:2 81:25 82:14 107:16 109:15 117:15 132:8,11 135:16 135:16 136:15,18 146:12 149:14 154:1,16 155:6 172:4 176:4,7 181:19 182:10 189:8 228:3 231:2 234:6,18 235:3 236:18 241:19 246:1
**investigator's** 118:9,10 234:24
**investigators** 141:2 166:9
**invoice** 249:4
**involved** 35:22 38:19 82:15 115:16
**irritants** 99:24
**isolated** 185:19
**issue** 8:14 27:14 39:3 43:24 49:18 95:20 121:25 123:19 125:22 137:13,23 140:17 157:14,15 242:4
**issues** 51:2 58:23 58:23 80:18 83:5 110:6 113:7 171:23 193:15 209:4,10,11 212:10 228:10 235:6,8 242:9

**items** 222:12
**iv** 163:22

**j**

**j** 2:11
**jar** 40:23 97:24
**jaw** 119:16 120:24 120:25 121:1,11 121:16,18 154:3 154:19,23
**jaws** 100:15
**jet** 115:25
**jetting** 116:1
**jiving** 204:15
**job** 16:10,17 21:6 21:10
**jobs** 13:17 21:25
**jogged** 8:23
**john** 180:5
**johnston** 22:8
**joining** 52:22
**judge** 197:17
**jump** 54:13 86:23
**jumping** 54:15 83:10 180:17 220:24
**june** 66:17 68:9 105:12 229:4 231:24 239:11
**jurisdiction** 32:11 32:15
**jurisdictions** 13:19 17:13 29:20 32:1 107:8
**jury** 42:17

**k**

**kathleen** 1:4 4:15 5:5 123:16 124:8 124:12 201:5,7,9 241:13 242:23 253:4 254:1 255:1

**katie** 200:10
**katie's** 217:7
**keep** 60:20 110:9 112:15 148:15
**kept** 11:25 119:15 221:18 234:8
**kevin** 54:15 55:25 180:16
**key** 161:23
**kicked** 116:5
**kid** 116:2 168:12
**kill** 104:9 185:11 206:4
**kills** 74:5
**kilograms** 214:1 214:12
**kind** 13:23 16:18 49:18 58:13 62:23 63:11 66:6 75:16 86:18 89:8 95:19 100:20 103:13,14 113:2 117:2 121:8 156:5 157:1 158:15,16 164:25 175:2 180:17 186:3 187:15 206:16 207:7 225:19 244:4
**kinds** 128:6
**kinney** 61:10,10 100:18
**knee** 119:3
**knew** 165:5 176:10 183:25 226:5 238:17 241:6 247:1 248:5
**knock** 23:23
**know** 6:14,17 7:2 7:10,11 9:19,24 15:22,22 19:1 23:16,17 26:12

28:16,19,21 29:24 33:2,7,10,11 35:7 36:13,23 37:8 39:2,12,16,18 40:16,22 42:22 43:11,25 45:9 47:7 49:6 51:1,23 52:14 53:17 54:16 62:15 64:21 66:25 69:20,23 73:14 75:7,24 80:7 82:7 82:9,21 83:24 84:23 93:12,18 95:12 96:23 98:13 102:24 104:5 105:7 106:22 108:4 109:15 112:24 113:1 114:6,13 116:8 117:2 118:3,7,11 119:9,25 120:5 122:5,25 123:12 123:14,15 125:13 126:6,21,25 128:1 128:14 129:4,10 129:15,18 132:4 134:2,18,22,24 137:4 139:23 140:4,5 141:7,21 141:25 142:10,25 143:9 151:5,10,23 157:4 158:12 161:6 163:3 165:4 165:17 166:2 167:6 168:10,11 169:3 170:24 171:18 173:5,9 174:13 175:10 176:3,15 177:25 178:5,18 179:9 180:19 181:16

Veritext Legal Solutions

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

182:8 184:5,14,17
184:19,21 185:1
186:11,22 188:15
189:25 190:2,8
194:17,19,24
195:1,5,15,16
197:12 199:6,19
199:21 200:4
202:20 204:23
209:10,16 210:1,2
210:10 211:11
212:15 213:19
216:8,15 217:18
218:9 220:14
225:9 226:10
229:21 231:6,10
232:22 234:20
235:16 236:10,19
236:19 237:18
241:6,22 242:24
243:8,23 244:6,9
244:12,15 245:10
245:15 246:21
247:1,8,9,10,17
249:3
**knowing** 195:10
240:13
**knowledge** 142:6
**known** 105:4
106:3,5 111:15
159:13 235:5,8
**kristin** 2:11 5:4
163:5
**kschriner** 2:14

**l**

**lab** 26:7 30:15
31:2 50:18 57:7
187:13,13 192:18
**labels** 129:24
**laboratory** 40:10
41:13 52:2 73:6

73:17,20 106:12
141:10 189:6
**lack** 108:8 151:21
**lacks** 180:25
229:16
**lady** 56:9
**laptop** 106:19
**large** 70:10 238:12
**lasting** 27:9
**lateral** 172:19
**law** 4:22 5:1 18:5
18:8,13
**laws** 251:6
**lawsuit** 55:16
116:23
**lawyer** 29:8
**layer** 33:21
**layers** 33:20
170:14
**laying** 204:4
**lead** 100:15
209:14 243:1
**learn** 116:22
137:11 194:3
218:7
**learned** 138:22
166:10 168:1
173:11 194:8
197:1 207:1
**leave** 53:8
**leaving** 185:12
202:18
**led** 142:12 176:25
177:20 178:20
180:23,24 212:11
**left** 15:16 22:8
41:1 53:6,7,7
55:11 83:20 97:10
97:15 119:3 163:8
172:19 201:11,22

**leg** 159:12
**legal** 4:9 37:4
246:21 253:23
**length** 213:1,6
**lessen** 205:7
**lessening** 202:7
**level** 74:6 119:3
**levels** 192:22
**liability** 8:14
38:16
**lie** 183:4
**lies** 88:25,25
**light** 106:23 121:6
185:16,18
**liked** 218:8
**likelihood** 61:4
125:3
**limit** 138:4
**limitation** 138:7
**limited** 127:1
157:16 176:16
187:22
**line** 44:18,23 47:8
215:25 254:4,7,10
254:13,16,19
**list** 43:2 45:7 50:2
69:9 72:15 73:1,4
73:5,6,10 76:8
**listed** 25:7,11
43:21 73:23 82:16
161:3,15 226:16
245:4
**listing** 191:2
**lists** 148:10 189:7
192:19
**literally** 10:24
86:20 100:20
106:15
**literature** 30:7
63:6,9 75:8,14
76:5 192:9 220:9

**litsup** 253:15
**little** 6:14 7:9 8:22
9:2 16:7 27:24
41:1 42:12 44:8
66:13 70:7,8
82:12 83:11 87:23
94:4 100:21
106:23 111:20
115:25 116:4,6
121:24 123:6
130:18,18 132:9
141:15 170:13
172:16 174:12
179:5 180:18
187:16 191:22
201:24 217:2
219:25 221:11
235:25
**lived** 93:1
**liver** 77:8 152:9,10
187:18
**lividity** 84:2
119:17 121:3
152:9,10,11,15,18
156:6,11 157:4,24
158:2,7,8,14 159:5
159:8,10,12,15,16
159:24 160:2,6,10
**livor** 118:22 119:5
119:13 120:6
182:13,24 183:8
**llp** 2:11,16
**lobe** 97:2
**lobes** 79:10
**localized** 79:11
**located** 4:9 238:7
238:14
**location** 91:4
115:13 119:13
**locations** 100:9

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[lock - mal]**

Page 24

| | | | |
|---|---|---|---|
| **lock** 120:18 | 151:6 155:18 | **lori** 2:17 4:22 6:9 | **ma'am** 6:23 14:14 |
| **logistics** 37:8,12 | 157:7 161:8 | 36:8 197:8 249:14 | 15:18 18:17,24 |
| **long** 27:9 62:21 | 183:24 193:7,12 | **los** 4:10 251:2 | 20:5,9,18 21:24 |
| 136:22 163:3 | 200:10 209:4 | 252:2 | 22:6 23:2 24:25 |
| 183:4 245:18,19 | 217:16 239:7 | **losing** 107:21 | 27:16,25 29:7,17 |
| **longer** 10:1 56:3 | 241:24 | **loss** 85:13,17 | 38:13 39:8,11,21 |
| 110:16 111:2 | **looking** 8:18 21:13 | 219:3 | 40:9,21 46:7 |
| 112:3 137:9 | 23:18 49:6 53:6 | **lost** 9:7 37:10 | 47:10,19,23 48:24 |
| 221:11 239:16 | 78:21 79:13,15 | 39:15 67:9 85:25 | 49:10,20,25 52:7 |
| **look** 7:25 8:9 10:6 | 82:16 85:6 87:17 | 101:22 107:20,24 | 52:20 53:16 54:3 |
| 42:17 47:1 55:12 | 94:14 96:20,20 | 130:4 159:6 171:6 | 57:2,22,25 60:23 |
| 55:23 62:4 71:9 | 98:12 103:25 | 211:15 237:5 | 62:24 65:11,16 |
| 73:1 78:9 80:21 | 111:24 112:9 | **lot** 19:6 31:3 34:13 | 66:10 68:14,17,25 |
| 81:2 84:6 87:22 | 122:19 128:22 | 35:9 81:1 84:1 | 70:18,22 71:4,15 |
| 88:2,3 93:20 97:5 | 135:9 137:13,23 | 87:14 100:8 160:4 | 72:13 73:24 74:12 |
| 98:15 100:10 | 141:5 142:11 | 193:10 206:4 | 75:16 76:9 78:20 |
| 102:21 104:14,18 | 143:14 144:24 | 210:1 236:9 | 80:5 87:21 88:11 |
| 108:22 109:5,7 | 147:3 154:25 | 246:19 249:3 | 90:23 95:10,16 |
| 113:21 118:1,2 | 159:4 171:20 | **lots** 67:3 | 97:17,21 98:4 |
| 121:23 129:3 | 172:11 180:7 | **lower** 40:12 | 99:4,10 101:15 |
| 132:25 138:3 | 181:15 183:18 | **lung** 43:1 58:23 | 103:6 104:3 |
| 143:7 146:9 | 185:1,7 186:2,20 | 76:17 95:20,20,24 | 127:23 137:2 |
| 150:20,25 151:11 | 187:9 189:6,16 | 96:2 112:18 216:9 | 181:14 186:7 |
| 152:5 153:3,15 | 193:1 209:25 | **lungs** 69:5,20 79:9 | 189:5 223:10 |
| 157:23 158:4 | 211:25 218:11 | 93:24 94:3,15 | 224:10 |
| 169:24 170:1 | 223:17 224:12,22 | 96:24 97:2 104:13 | **madam** 47:3 |
| 171:10 184:6,10 | 245:15 | 104:14,16,21,24 | **mail** 15:23 139:16 |
| 186:13,13,16 | **looks** 16:14 18:8 | 113:12,16 148:10 | **mailed** 134:7 |
| 191:5 192:9 | 20:20 54:5,7 | 178:15 | 139:8,9 218:19,20 |
| 195:18 209:10 | 55:14,22 66:2 | **lying** 206:23 | **main** 130:19 |
| 210:14 212:19 | 79:20 85:6,10 | 228:16 | 157:23 237:21 |
| 214:19,24 225:12 | 100:18 105:17 | **lymphoid** 94:20 | **maine** 13:2,6 |
| 230:25 236:13,23 | 118:2 129:17 | 95:1 96:7,18 | 17:11 20:21 21:19 |
| 240:1 244:21 | 132:7 139:20 | **lytes** 129:12 | **maintained** 15:16 |
| 245:5 | 150:13,20 151:15 | **m** | 64:7 |
| **looked** 36:3 42:9 | 153:5 155:2 | | **making** 31:16 |
| 61:25 65:9,13 | 179:13,13 186:19 | **m** 135:22 | 108:5 129:4 |
| 68:10 78:1 84:4 | 186:21 187:9 | **m.d.** 1:19 2:2 3:3 | 136:22 180:20 |
| 88:4,10 94:24 | 188:4,11,18 204:2 | 6:1 16:13 25:2 | 197:15 |
| 97:5 106:11,13 | 208:15 209:11 | 54:15 56:1 250:8 | **mal** 61:11 |
| 113:22,23 124:21 | 215:5 | 251:5,15 | |

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**male** 144:6

**malfunction**
165:19

**malnutrition**
85:12 98:20

**manhattan** 16:25
25:6

**manipulated**
154:23

**mannen** 170:18

**mannequin** 201:5
201:7,9,10

**manner** 35:1,13
42:16 43:7 47:16
56:21 57:1,18
161:14,24

**maricopa** 10:2,11
20:25 22:19 30:1
30:11,14,18 31:23
32:3,7,14 33:2
53:7 180:11
208:16

**marijuana** 72:19
72:22 117:1
122:23,24 237:25
238:1,5,13,15
244:25 246:20,21

**mark** 131:16,20
134:4 135:1
148:18 205:12
207:22 208:1
213:9,12

**marked** 14:18
15:25 16:2 47:4
69:23 131:21
134:14 148:21
196:9 205:10,13
205:14 206:9
208:3 213:14

**marks** 111:11,11
142:21 152:8

156:12

**marvelous** 221:14
221:15

**mass** 144:7 191:7

**massachusetts**
13:3 61:11

**match** 85:3 214:14

**matching** 226:25

**material** 169:18
169:19,19 170:1
173:12

**materials** 9:18
161:10

**maternal** 62:15,15

**mattel** 1:9 2:2,15
4:24 38:15 161:2

**mc** 4:14

**mcome** 3:13,20

**md** 3:24 253:1,5
254:2,24 255:2,4
255:12

**mean** 24:9 29:1
32:10 43:18 62:22
62:23 84:24 89:17
94:2,9 95:3 97:18
100:14 116:15
120:14 135:12
149:22 155:22
159:15 162:4
187:7 188:23
191:24 198:19
201:22 226:12
231:15 232:11
242:15

**meaning** 22:14
34:7 40:12 84:9
163:17 167:23
209:11

**meaningless**
144:10 193:13

**means** 22:3 66:6
75:23 86:15 89:21
90:8,23 94:3
103:21 144:2
159:16 173:13
177:11 187:11
199:6 200:23
211:11,12,20
216:15 232:10

**meant** 119:13
128:3 240:19

**measurement**
213:25

**measurements**
84:16 172:21

**mechanical**
100:16

**mechanisms** 24:10

**media** 4:13 250:6

**medic** 21:20

**medical** 9:20 10:2
10:11 13:23,25
14:11 16:11,12,25
17:3,5,6,9,11 21:1
21:3,6,11,14,16,18
21:20 22:2,4,6,13
22:18,20 25:5,18
26:20 27:13 34:3
47:12,25 49:7
53:7 58:22 59:5
64:10 65:9 66:8
68:6 71:12 81:19
122:6 131:13
132:12 133:4,20
135:15 136:8
140:22,23 144:13
144:14,17 145:1
147:16,18 148:20
149:2,2 153:7,14
155:25 160:23
161:13 162:5

164:8 165:1 176:7
180:11 208:17
228:19 231:22
233:13,14 234:5
237:24 238:13
241:9 246:21

**meeting** 64:19

**mellitus** 77:1

**members** 102:9
107:12

**membranes**
113:15

**memory** 8:23
133:15,16

**mention** 19:15
56:22 142:1
159:24 176:3
236:3 238:22

**mentioned** 25:4
61:19,20 62:7,15
64:25 72:6 73:13
96:4 144:15
194:17 200:4

**mentions** 110:11

**merely** 65:5

**merits** 78:16
168:25

**metabol** 76:15

**metabolic** 129:13
209:11

**metabolism** 50:21
76:15 77:4 98:23
187:12,19

**method** 191:3,3

**methodologies**
192:20

**methods** 191:4

**metric** 213:3

**michael** 1:19 2:1
3:3,14 4:14 6:1
250:8 251:5,15

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[michael - negative]**

253:1,5 254:2,24
255:2,4,12
**microscope** 77:17
98:4
**microscopic** 39:19
59:22 60:9 66:3
82:5 94:16 95:8
100:12 103:2
104:1 113:8
**microscopically**
50:14 100:17
103:4 104:7,18
106:1,13 114:16
**middle** 25:13
30:23 146:16
212:23
**milestones** 170:8
**millard** 61:24
**milton** 61:24
**mind** 12:8 137:1
204:16 221:17
**minimum** 81:4
**minnesota** 102:16
**minus** 229:12
245:10
**minute** 12:4 15:19
27:18 82:2 107:23
108:11 129:3,6
152:5 159:25
162:15 239:8
**minutes** 12:9
156:16 176:2
182:11
**mis** 197:12
**mischaracterized**
215:8
**mischaracterizes**
195:8 197:7
**misconstrue**
248:18

**misheard** 115:8,12
**misleading** 84:9
158:18
**misreferenced**
32:5
**missed** 25:9
104:19 119:10
154:10
**missing** 25:1 188:2
**misstate** 197:12
**misuse** 242:9
**mix** 92:10
**mom** 123:16 124:7
142:5 241:13
**moment** 5:9 26:22
93:21 107:1,22
108:1 127:11
150:25 158:20
197:24 240:1
**mommy** 187:24
**monitored** 112:19
**month** 28:9,11
53:8 84:21,24,25
85:8 114:24
116:11,14 212:21
212:22 214:5
220:21 245:10
**months** 33:11
66:24 83:4 105:17
110:13 137:9
138:4,6,19 170:10
187:25 193:9,13
215:6,15 220:5,12
220:14,18 222:24
229:6,12 230:2
239:16
**mood** 60:12
**morning** 36:4,21
135:3 206:22
**mortis** 119:16
120:6,14,14 152:9

152:10,10 154:3,9
154:14,19
**mother** 147:11
172:18 224:20
225:7 226:2
**mother's** 141:7
**mothers** 58:12
**mouth** 142:18
143:11 154:25,25
172:10,23 173:11
198:3 199:10,11
199:13,15 207:14
**move** 58:2 90:19
110:6 125:10,12
127:14 131:13
191:20 194:22
240:2
**moved** 11:11
15:17 22:10
160:18 182:13
**movement** 195:3
195:13
**movie** 222:1
**moving** 110:9
112:15
**multiple** 17:12
79:9 231:18
**murmur** 81:14,16
110:14 111:1,13
111:20 210:16,19
211:13,16,18,23
**murmurs** 111:17
**muscle** 120:17
**muscles** 120:16
121:1 221:4
**myocarditis** 81:3
**myocardium** 88:7

**n**

**n** 3:1 129:12 161:2
164:22 165:5
170:20,25 175:23

194:16,24 243:9
**naked** 50:15 87:7
90:10 95:1 109:8
**name** 4:8 6:9 9:11
47:8,17 53:13
56:5 100:7,9
127:25 132:25
163:5 170:25
208:21 243:9
**named** 252:7,11
**narrowing** 113:12
**nasal** 76:16 77:11
188:16,17
**nationwide** 65:6
**natural** 43:10,12
**nature** 23:25
34:15 35:19 43:1
62:3 71:17 77:13
77:21 90:4 100:16
102:12 104:25
113:16 128:15
176:16 201:21
202:8
**ne** 2:19
**necessarily** 153:18
158:17 165:13
174:17 190:20
243:22
**necessary** 255:6
**need** 6:18 7:5,6,8
10:10 40:11 41:2
110:9 130:20,25
158:24 221:12
244:15 249:24
**needed** 93:10
**negative** 38:18
39:6,9 60:18
150:10 154:14
178:12 181:2,3
187:21 188:8,20
189:4 190:25

Michael Ferenc , MD
In Re: Fisher-Price/Mattel    August 12, 2020

**[negative - objection]**    Page 27

neighbor's 23:23
neonatal 138:15
220:21
nervous 102:25
103:5
neuropathologic
80:7
neuropathologist
20:3 80:13
neuropathology
19:9,15
neutral 37:24 73:9
never 46:18 91:15
102:19 114:13
138:18 155:13,15
175:6,9,18 180:15
206:16 230:22,24
232:21 233:3,4,4
244:9 249:10
new 13:3,5,5 16:24
17:2,5 21:11,13
25:4,17 27:4
32:22 174:22
243:6
newborn 187:16
209:3,6
newer 34:11
news 164:25
ng 2:18 5:1,1 36:9
nga 2:21
nice 48:13
night 202:24
nightstand 237:23
nine 116:25
nomenclature
34:17,19
non 76:13 77:25
nonaccidental
43:21

noncontributory
76:23
nondescript 165:6
nonfunctional
81:16 111:18
nonsense 138:6
nonspecific 69:6
70:3 95:2 96:10
96:19 146:3
177:16 185:21
192:1
norm 74:25 78:22
191:2
normal 41:16
50:22 59:23 60:2
60:11 66:24 78:22
84:24 85:1,16
88:8,10 89:5,6
90:7,17,21 91:1
92:12,23 93:4,25
98:17,25 104:15
110:17 111:2
112:3 150:19
185:18,20 206:12
209:19 212:20
227:18 228:1
normally 42:3
72:4 78:6 79:4,18
79:24 82:9 90:17
111:8 193:5
north 238:9
nose 142:18
199:10,12 207:14
207:20
noses 63:11,22,22
nostrils 177:6
198:2
notable 69:7
notary 255:13,19
notated 194:10
207:3

notation 124:11
146:6 157:19
180:2 184:18
235:25
notations 66:2
125:13
note 53:12 55:22
64:2,4 89:4 91:3
93:22 129:6
135:25 140:11,18
154:2 177:4
191:23 199:9
207:8 239:12,18
253:10
notebook 199:19
205:23 207:25
208:6,9,10
noted 68:19 75:2
136:4 145:11,12
154:1 177:16
182:4 193:4
200:17,21 201:17
203:17 204:9,12
204:25 205:2,4
207:17 229:8
240:22 241:1
255:7
notes 10:7,8,15,19
10:23 53:21 54:6
54:9,11,14 55:9
123:15 179:6
189:6 190:18
notice 2:7 9:23
18:6 185:16
noticed 24:19
120:23 121:12
124:25 200:11
204:12
noticing 4:20
138:16

nourished 193:4,6
214:8
nowadays 34:10
43:6 217:20 218:5
number 4:17 7:18
22:22 28:21 29:18
29:23 45:14,15
54:14 58:13 69:8
69:10 70:13,21,24
71:6 76:11 87:1,4
144:10 148:24
170:14 173:24
174:5 183:7 206:1
206:3 208:5
213:13 219:4,9,14
219:15 222:15,17
224:3 229:18
244:2
numbers 15:1
22:22 64:9 128:24
164:4 189:21
numerous 237:24

**o**

oakland 22:10
oath 5:8 161:18
162:6
object 38:23
183:10 197:5,6
203:19 248:4
objection 31:16,19
55:18 111:5
126:10 141:23
145:5 152:3
163:19 165:11
166:16 167:12
168:4 169:7 170:2
170:21 171:12
179:22 180:25
182:17 183:1
184:8 191:15
193:16,25 195:6

192:8 193:1
194:13,21

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

197:19 199:5
200:19 201:18
202:5 204:10
207:4 210:6,20
215:7 217:10
218:1 219:20,22
231:7 246:22
**objections** 197:9,9
197:10,16
**obscured** 88:15
90:20
**obscuring** 90:22
**observed** 204:4
**observers** 226:23
**observing** 216:25
**obstructed** 172:23
173:11,12
**obstruction** 90:21
**obtain** 19:4 81:18
229:12
**obvious** 37:5
192:5 207:12
**obviously** 7:12
9:20 18:19 26:20
27:11 33:11 39:6
39:18 49:8 53:17
54:14 58:21 63:12
68:18 69:7 71:1
84:2 94:25 96:25
105:12 113:20
122:22 134:5
144:6 147:20
161:9,19 167:21
198:1,1 236:10
238:21 242:15
245:13
**occasionally**
206:17
**occur** 59:20 70:4,4
70:5 147:6

**occurred** 29:22
47:14 171:11
**occurring** 70:7
128:9,10
**occurs** 120:24
173:6 220:8
**october** 211:4
**odds** 69:13
**odor** 238:15
**oem** 203:3,9
**offer** 38:9 57:16
**offhand** 36:23
**office** 10:2,22,22
14:11 16:5 17:4
20:25 30:10,11,12
40:2,6 46:20 53:1
53:1 54:21 56:3
74:25 114:5,8
132:11 133:4,19
134:2,10 136:7,10
149:14 150:23
153:8,14 155:25
164:8 166:7
180:12 206:6
208:16 212:15
228:4 233:6,14
234:1 241:9
**office's** 127:7
**offices** 22:4 30:17
40:22 43:8,9,9
**official** 68:12
160:23,24 161:15
161:20 162:5
196:13 224:18
225:4 228:20
231:25
**oh** 8:6 17:21,22
29:6 36:10 39:16
43:19 45:24 54:17
56:10 61:7 67:4
67:10,17 79:16

115:23 125:11
127:17 130:3,10
135:2 139:9,13
146:3 174:7
186:19 189:13
190:1,13 196:2,8
199:20 203:10
211:17 216:20
218:17,20,20,20
223:20 231:15
**okay** 6:11,16,17
7:2,16,23 8:9,16
8:25 9:6,8,14
11:10 12:2 13:20
15:12 16:14,20
18:5,8 19:1,15
21:5,12 22:1 23:6
23:15 24:1 25:7
25:19 26:8 28:4
28:14 31:20 32:4
35:15,21 36:10,10
36:12,22 37:18
38:7 39:5,12
40:14 41:18 44:15
45:11 48:21,25
50:1 52:11 53:12
54:5,13,18 55:12
56:7,13 64:15
66:6,15,25 67:10
69:12 71:21 72:13
72:18 73:1,15
74:5 75:2 78:6
80:6 81:18 84:14
84:22 85:6,24
86:7,18,22 87:17
88:6 89:3 97:23
98:5,8 100:3
108:9,10,18 112:9
115:12,21 117:8
117:25 124:17
127:3,18 129:10

130:25 131:1,7,7
131:23 134:23
135:18,24 136:24
137:20 138:20,20
139:3,25 140:15
143:10 144:12,21
145:10,25 146:22
148:25 149:7
150:4,11 151:17
158:4 162:4,14,16
162:18 164:6,10
165:2 166:20
167:7 169:13,22
171:3,18 172:1,6
173:10,23 174:11
174:24 175:7
176:1,11 177:4,17
177:24 180:14,17
181:5,15 184:1,12
184:24 189:12,24
190:4,4,7,9 191:13
191:20 192:25
193:14,22 196:15
196:18,21 199:9
200:3,8 203:1,10
203:23 206:12
207:21 208:12,12
208:18 209:2
210:10,14 211:2
213:7,8,22 214:6
214:15 215:16,19
215:21 217:15,21
218:11,17 220:19
221:12 222:5
223:24 224:4,11
226:5 227:2
228:22,25 230:6
230:23,25 231:12
231:15 232:14
233:20 234:4,10
234:12,21 235:22

Case 2:19-cv-02689-GMS    Document 196-40    Filed 11/19/21    Page 96 of 117
Michael Ferenc , MD
In Re: Fisher-Price/Mattel    August 12, 2020

[okay - paraphernalia]    Page 29

236:23 237:13,14
238:21 239:23
241:4,8,24 242:21
244:1 246:5,10
247:16 248:7
249:1,8,12,20,21
**old**  33:11 84:21,24
84:25 114:24
137:9 145:22
170:10 193:9,13
**olds**  93:3
**olson**  5:5,6 23:5
29:16 33:10
105:11 140:2
163:6
**ome**  132:14
**ome14-4064**  135:6
**once**  13:6 168:15
170:19
**ones**  72:6 132:4
149:8 150:17
155:4,18,19,24
213:9 233:13,14
233:25 234:2,18
234:18
**ongoing**  116:16
133:14
**onion**  33:20
**online**  137:7
234:10 239:14,20
248:21
**ooo**  250:9
**open**  8:4 14:9
89:22 90:2 139:13
222:14
**opened**  151:13
**opening**  114:13
**opine**  56:17
**opinion**  57:16 99:2
119:12 123:22
161:23,24 162:1,3

198:2 243:18
**opinions**  37:15,20
37:24,25 38:10,18
39:7 47:14 55:3
191:14
**option**  34:11 72:18
**options**  42:18
**order**  74:20 78:23
**organ**  70:9
**organs**  40:24,25
50:22
**orient**  132:7,24
229:2
**original**  252:16
**osborne**  2:11
**ostium**  88:14,17
88:18,20,21 90:20
91:10
**outside**  8:18
217:17
**ovale**  89:13,14,16
89:21 91:20,25
92:3 93:3
**overdoses**  69:18
**overheated**  64:24
**overheating**  61:20
62:9,11 125:14
126:14,18
**overlap**  61:1
**overlapping**  56:11
**overseeing**  32:2
**oxygen**  216:11

**p**

**p.m.**  2:3 4:2,6
12:13,16 56:2
67:22 68:2 108:13
108:16 131:2,5
162:19,22 250:6,7
**pacific**  4:6
**pack**  243:9

**package**  117:1
132:18 155:2
**packet**  157:5
171:25
**pad**  85:15
**page**  3:2,12 15:10
25:12,13 27:18,24
28:1,13 34:2
42:12 46:18 47:24
49:6 52:9 53:2,3
54:9 65:20,24
68:10,16 71:22,23
72:1,7,12 73:1
76:11 78:17,21
79:17 82:1,4
83:10 85:18,19
86:24,25,25 87:18
94:13 95:5 98:12
99:6,8 102:21,21
103:1 108:22
109:10,11 112:9
112:12 118:4,16
119:4 122:3,22
123:13 127:14,23
128:22 129:23
132:7,18,22,25
133:2 136:25
142:9,10,14,15
146:16 147:16
148:5,5 150:25
158:4 171:24
172:1 173:24
174:4 176:21
179:7 181:12
183:18 184:17
185:23 186:21
187:9 188:4 189:7
189:16 190:10,16
192:12,16 200:9
200:25 202:11
203:5,6 205:23

208:15 209:2,25
209:25 210:4,5,14
210:24 212:2
213:20,23 214:17
214:19 215:17,22
219:7 222:20,23
223:3,4,11 224:14
224:18 225:1,13
225:14,19 228:24
230:25 231:22
237:15,15,16
239:6,6 240:1,7,9
240:17 241:8
244:3,7 245:5,6
248:12,16 254:4,7
254:10,13,16,19
**pages**  14:25 15:3
66:11 117:14
122:16 129:5
132:5 153:15
186:20 237:11
244:2,3,7,13
246:23
**pale**  142:22
**pallor**  119:19
**panel**  72:8,11
**paper**  61:23
**papers**  63:13
100:8 138:12
192:10 220:20
**paperwork**  82:13
**paragraph**  135:8
137:3 174:22
177:5 201:2
202:13 203:4,7,9
203:11,25 237:21
238:21 240:20
**paragraphs**  137:4
**paraphernalia**
116:25 122:24
140:6 153:16

Michael Ferenc , MD
In Re: Fisher-Price/Mattel                    August 12, 2020

**[paraphernalia - phonetic]**                                    Page 30

235:17

**parcel** 19:19

**parenchyma**
94:18 95:12 96:7
96:17,17

**parent** 137:22
168:11

**parental** 242:9,9

**parentheses**
174:13

**parenting** 217:19

**parents** 5:5 107:4
107:11 117:10
138:3,22 163:6
168:13 175:11,14
175:14 206:22
219:2,18 235:16
243:19

**part** 19:19 20:11
20:24 28:7 32:17
44:18 45:4,5,10
51:16 52:24 56:11
60:18 66:1,4,8
69:2 79:6 82:5,6
86:23 88:13 95:9
98:2 107:7 109:4
115:9,11 116:23
117:19 118:23
132:9,19 150:8
165:3 166:4,6
172:8,10,15 173:3
177:22 197:3
200:6 209:22
210:5 232:17
233:13,21 234:19
237:17 239:9
243:20 244:10
245:3

**partial** 73:4 90:25

**partially** 88:15
90:20 139:19

**participate** 117:8

**participated**
117:18

**particular** 46:18
169:17

**particularly** 100:7
102:10 128:25

**parties** 8:13

**parts** 40:6 46:12
46:12 115:5
149:25

**pass** 51:18 90:15
92:22

**passed** 166:9
230:2 239:15

**patchy** 86:11

**patent** 89:16 90:9
91:21,25 93:3
177:6

**patents** 182:14

**path** 52:18

**pathological** 92:1

**pathologist** 18:16
19:2 21:7,7,25
22:11,15 27:12,13
29:5 53:13 54:24
55:1 74:19 93:8
189:7

**pathologists** 19:6
21:9 74:14 128:7
128:7 207:8

**pathology** 16:24
17:17,18,18 18:2,3
18:4,19 19:5,7,10
19:12,13,17,19,20
19:21,23 20:6,7,10
25:14,21,25 26:9
26:11,13,17,18

**patience** 162:10

**patient** 58:21 59:5

**patient's** 223:21

**pattern** 152:11,18
152:22 167:5
182:24 183:9
233:8

**patterns** 138:14
156:11 182:14

**pause** 12:14 31:19
84:12 124:19
125:5

**pd** 3:18

**peak** 220:8,17

**pediatric** 26:9,13
26:18 76:12 77:24
78:13 93:7

**pediatrician**
207:23 212:19

**pediatrics** 91:12

**peeling** 33:20

**penalty** 251:6

**pending** 5:19

**people** 9:1,7 30:6
34:21 42:2,4 44:7
45:9 52:3 60:20
74:5 89:20 90:1
92:18,21 104:22
119:15 123:21
140:7,10,13
156:13,22,22
158:25 206:4
216:9 220:16

**percent** 69:20
103:20

**percentage** 33:8

**percentiles** 212:23

**perfect** 13:8
226:16

**perfectly** 41:15
59:23 60:2 104:15

**performed** 11:13
28:23 133:9

**period** 22:5,20
23:1 30:1 49:11
63:25 94:6 116:11
116:14 120:22
124:1 138:15
143:1,8 149:6
235:21 245:11,14

**perjury** 251:6

**perkinelmer**
187:12

**permeability**
169:25

**permeable** 169:19

**perplexing** 80:14

**person** 22:3 23:8
121:6 131:10
224:8

**personal** 109:14
109:16 142:6

**personally** 39:23
54:8 92:21 208:20

**personnel** 202:17
206:14

**personnel's**
202:23

**perspective** 30:18

**pertains** 252:15

**pertinent** 178:12

**petechiae** 69:25
70:4,13 142:23
143:4,4

**ph.d.** 26:6

**phoenix** 17:13
22:2 175:6,18
183:20 211:3
233:6

**phone** 230:19
249:11

**phonetic** 9:12,14
41:22 56:6 61:10
88:18,20 89:13,14

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

[phonetic - possible]                                                                 Page 31

120:15
**photo** 157:25
  232:2
**photograph** 125:3
  155:17,23 156:15
  158:5 233:10
**photographer**
  151:14
**photographers**
  150:2,21,23
**photographs** 10:6
  57:7 109:22
  113:24 127:7,8
  149:11,12,13,16
  150:18 153:2,7,23
  153:24 155:3
  156:10,20 158:19
  159:1 172:21
  230:1,5 232:7,11
  234:9,25
**photos** 57:5
  113:21,24 121:24
  124:22 127:11
  136:14,15 148:20
  149:3,4,6,23 150:2
  150:5,16 153:17
  155:10 156:7
  157:6 158:7 164:2
  164:11,16 195:18
  195:21 196:4,10
  196:16 198:13
  199:3 232:15
  233:10 234:6,7
**phrase** 60:19
  119:20 152:12
  165:6 229:19
**physical** 59:21
**physically** 59:11
**physician** 13:11
**pick** 102:14

**picked** 51:10
  232:2,11
**picking** 229:20
**picture** 107:24
  151:2,3,12,12,14
  151:20 154:15
  157:23 198:7
**pictures** 150:9,20
  150:24 152:25
  163:21 164:7,9
  196:19
**piece** 15:8 16:9
  40:13 165:14
**piedmont** 2:19
**pile** 148:24
**pinkish** 203:13
**pinpoint** 70:8,9
  143:4
**pipe** 238:3,6
**place** 47:15 102:16
  102:18 115:2
  147:2 234:22
  252:11
**placed** 83:13
  123:18 124:9
  152:22 172:18
  183:6 201:5,7,9
  202:17 241:17
**placement** 151:25
  152:13
**places** 10:22,23,24
  30:20 31:4,10
  32:5
**plaintiff** 1:6 2:10
**plaintiff's** 37:21
**planning** 38:9
**plastic** 238:13
**play** 109:3 161:3
  164:23 165:5
  170:20,25 175:23
  194:16,25 243:9

**played** 197:3
**please** 4:18 5:8,16
  18:11 71:5,6
  106:25 139:11
  154:12 237:4
**plenty** 145:10
  159:17
**plug** 106:19
  220:25
**plural** 79:15
**plus** 32:25 121:21
  122:16
**pneumonia** 79:11
  167:4
**point** 7:25 26:14
  43:8 45:12 47:1,7
  48:2 82:20 86:20
  89:9 112:2 122:7
  150:1 161:22,23
  169:2 182:15
  193:10 194:15
  197:16 222:23
  228:20 236:9
  237:17 243:21
**pointed** 179:1
  224:6
**poison** 74:9
**poisoning** 194:12
  194:14
**police** 32:16,17
  53:21 68:22,23
  110:8 111:25
  112:10 114:12
  116:13,25 123:16
  124:21 125:2,2,16
  126:4,5 131:18
  132:2 134:12
  135:16 140:5
  156:16 175:5
  183:14 199:18
  200:2,5 203:2

217:8 224:19
  226:18 230:8,13
  230:20 232:8,14
  232:15 233:4,5
  234:2,5,17 235:18
  236:13,24 238:23
  239:12,19 240:10
  241:6 247:11,13
  247:17 248:14
**pons** 80:4
**pooley** 232:3
**pooling** 156:6
  159:14,25 160:11
**poor** 104:9
**poorly** 93:24 94:2
  94:18 95:11 96:7
  96:17
**pose** 63:4
**position** 33:3
  43:25 52:15 61:15
  120:20 152:1,14
  165:15,18 172:20
  182:23 183:16
  243:6
**positioned** 163:18
  201:11 222:9
**positions** 21:22
**positive** 44:19
  101:14 145:6
  154:14 192:22
**positively** 144:23
**possession** 9:25
  10:3
**possibilities** 50:23
**possibility** 45:9
  103:19 165:16
  167:16 168:6
  243:12
**possible** 6:20 7:14
  28:13 61:8

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**possibly** 28:20
82:13 151:11
**post** 17:4
**posterior** 158:8
159:9,10
**postmortem** 66:1
76:17 94:6 95:13
95:15,16 187:5
**posture** 104:12
**potential** 36:11,12
42:22 49:13,23
56:23 61:21 64:3
101:2 125:15
242:16
**potentially** 36:14
43:17 44:3 55:17
122:12 229:15
**pouch** 151:13
**pounds** 84:23 85:8
85:10 86:1 189:25
190:2 212:17
214:2,5
**power** 108:8
**ppr** 3:15
**practice** 16:21
48:24 175:4 176:9
**practiced** 18:13
**practicing** 29:4
**precise** 22:22
**precondition**
95:18
**preexisting** 95:19
**prefer** 176:14
**preferable** 244:18
**preliminaries**
12:20
**preliminary** 28:14
28:18 30:3 33:5
67:1,6 68:9 83:17
117:13 181:17

**premature** 193:8
**prematurely**
141:6
**prepared** 117:20
140:5 218:8
**preparing** 117:18
217:16
**present** 2:12,17,18
2:22,24 40:21
59:8 68:23 101:25
156:21 215:24
**presented** 151:5
**press** 158:14
**pressed** 173:13
**pressure** 142:21
**pretty** 31:23 68:21
69:15 78:18 144:9
163:4 165:23
174:1 199:7
**previous** 152:19
194:9 219:2
**previously** 201:15
**price** 1:8 2:3,15
4:15,24 38:15
253:4 254:1 255:1
**prick** 209:3
**primarily** 9:19
114:21
**print** 11:24 134:17
**printed** 46:20
134:22
**printout** 142:10
**prints** 46:25
**prior** 56:19 81:6
81:10 83:4 101:16
137:23 141:19,22
147:19,24 163:23
188:13 202:18
215:6,23 216:1
219:12,13 222:24
224:7 246:24

252:6
**pro** 2:17
**probable** 28:17
30:4,9 33:4 52:12
67:6
**probably** 10:3
15:2,22 28:12,20
34:9,10 35:19
41:4 42:10 49:2
50:24 52:12 54:6
55:16 64:4 65:25
72:1 74:24 79:12
81:1 84:2,9
102:14 106:4
108:5 109:21
118:4 122:2,10
125:7 136:17
139:5 146:4 153:4
153:10,11 154:23
156:1,2 164:8
166:12 173:5,5,7
176:12 181:18
189:15 203:20,20
204:11,12 205:2,4
208:19 214:12
221:6,16,21
227:19 228:7
233:21 239:1
245:18
**probe** 89:16 90:9
90:15 91:20,25
92:22
**probing** 90:9
**problem** 6:15
33:17 42:25
106:18,21 168:7
214:12 237:6
**problems** 42:1
62:1 90:5 92:5,6
**procedure** 5:12
227:18

**proceedings** 4:11
12:14 84:12
124:19 125:5
252:14,17
**process** 7:2,13,24
167:5,17 177:13
**produce** 198:3
**product** 8:14
122:8 163:13,16
163:17 164:19
165:3,8 168:2
169:6 175:12,20
180:6 195:2
196:24,24 243:18
**products** 242:9
**professors** 19:23
**program** 64:16
**progress** 129:5
188:22 189:6
**prohibited** 32:9
**promise** 215:20
**promoted** 10:19
**prone** 170:19
171:9 172:19
206:23 207:2
**pronounce** 41:24
120:16
**pronounced**
158:20
**pronouncing** 9:11
**proper** 243:9
**properly** 111:7
114:14,15 242:25
**property** 109:14
**protecting** 187:24
**proteins** 120:18
209:13
**protocol** 40:8
**proved** 145:24
**provided** 10:4
133:19 136:2,6,8

183:23 200:17
203:17 208:10
217:7 230:7
**provides** 228:4
**provoked** 103:16
**pt** 207:12
**public** 123:7
255:19
**pul** 178:13,13
**pull** 42:10 45:12
71:20 139:7
148:14 225:10,11
**pulls** 121:4 159:20
159:22
**pulmonary** 69:3
69:14,19,23 70:20
90:3 93:20 94:13
95:6 178:14
**purposefully**
236:2
**pursuant** 2:7 5:11
249:21
**purview** 155:19
217:18
**push** 90:13
**put** 7:6 43:3,17,25
44:1,7,17 48:22
69:8,15 123:4,10
131:15 136:24
147:8 173:21
174:12,23,23
182:23 195:19
205:8 207:21
213:7 217:1
223:24 232:22
234:1
**putting** 123:5
180:4

**q**

**qualification**
19:16
**qualifications**
18:22 19:3
**qualified** 13:2
27:12
**qualifier** 69:14
**qualifiers** 69:12
**quality** 12:10
**quantity** 238:1
**quarter** 92:20,21
**question** 8:3 29:12
36:24 40:15 43:13
54:25 55:7 58:8
59:2 73:18 99:22
101:16 104:9
119:24 123:12
138:21 149:22
150:4 160:7
178:24 199:1
204:7 206:25
211:17 212:15
217:6 219:1 227:4
239:23
**questioning**
197:18
**questions** 8:15
17:22 31:21 54:4
102:8 134:5 136:1
160:20 162:9,12
169:23 177:25
181:7 202:20
210:15 214:20
221:9 222:20
225:2 232:24
233:1 235:2 237:2
237:3,9 241:5
**quick** 67:19
108:23 157:23
162:15 163:4

188:24 222:19
**quickly** 37:5 51:18
51:19 53:3 77:13
144:7 148:16
176:18 181:12
185:12 222:13
**quite** 58:12 60:11
86:3 119:22
143:13 151:11
177:25 186:25
204:15 226:25
**quote** 220:16

**r**

**r** 254:3,3
**radiographs** 57:7
**raise** 5:16 45:12
168:5
**random** 87:14
**range** 85:1 179:20
212:23
**rapid** 110:12
188:20 211:12,20
212:4
**rapidly** 189:1
**rare** 125:1 178:11
**rash** 142:22
**rashes** 143:3
**rasp** 240:11
**raspy** 112:20
113:6 240:11
**rate** 62:3
**rates** 29:22
**rays** 30:15 31:1
109:1,1
**reach** 233:5
**reached** 180:15
**reaction** 115:18
**reactive** 59:25
99:19 115:4
**reacts** 116:6

**read** 5:11 21:14,15
21:17,19 22:10
25:14 28:5,7,10
34:10,25 36:19,21
37:3,5 47:11,21
48:9,16 56:1,15
57:3,15 64:11
69:3 70:13,23
71:5,24 75:7
76:11 78:3 86:9
87:23 88:6,13
89:11,15 93:23
94:16 97:9 109:19
109:24 110:11,22
112:14,16 117:23
118:21 119:6,7
126:6 129:12
132:10 133:3,18
135:3 136:3 137:5
138:17 140:2,18
140:20 141:17
142:17,21 143:21
146:15,22,24
147:1,8,10,17,25
148:6,9,10 149:2
151:1 154:2
170:17 172:17
175:4 177:5 180:4
183:19 185:5,17
188:19 200:8,9
201:8 202:14
203:11 204:3,19
206:19,21 207:11
211:5 214:25
216:1,5,13 219:4,8
219:11,13 220:5
222:25 223:5,12
223:20 224:19
225:6,20 226:2
232:1 237:22
238:11 239:12

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

240:18 241:12
248:13,13,17,19
248:22 249:17,19
249:22 253:9
255:5
**reading**  125:17
140:19 248:23
249:15
**reads**  203:11
**ready**  162:16
**real**  67:19 108:23
123:9
**really**  26:3 33:18
33:23 43:11 46:5
64:12 73:4 80:14
90:2 92:4 106:10
120:10 121:6
155:22,24 167:1
174:20 186:16
192:4 197:12
199:17 201:25
215:12 243:8
244:15,17
**reason**  7:5 23:11
36:16 60:18 97:25
101:12,14 124:10
124:14 154:15
161:22 162:2
170:25 175:17
184:6 186:22
219:25 226:15
228:16 232:18
253:11 254:6,9,12
254:15,18,21
**reasonable**  57:18
65:14 66:22 72:3
72:15,15 161:13
**reasonably**  37:2
56:18
**reasons**  10:17
29:20 236:1

**rebreathing**
169:24,25
**recall**  53:9 55:8
123:3 137:20
191:25 194:4
208:24,25 217:5,6
230:6 236:20,22
240:13 241:18
248:13
**recalled**  164:23
**receipt**  253:18
**receive**  19:4
174:17,19 229:23
230:17
**received**  16:13
79:19 82:8,9
114:6 126:22
127:3 132:2
174:15 176:8
224:25 229:23
**recess**  67:23
108:14 131:3
162:20
**recheck**  77:10
**recognize**  167:5
220:16 226:9
**recollection**  7:21
8:17,22 24:9
36:25 53:24 66:23
82:10 83:8 107:11
116:18 118:14
123:25 124:4
125:1 134:1
137:17 138:5
139:24 141:25
149:21 153:22
157:12,17 169:9
176:13 184:3,15
186:20 194:7
217:12,12 226:17
228:8 235:14,20

237:20 239:22
246:4,5,9,11,25
**reconstruction**
201:4
**record**  4:5 12:7,13
12:16,19 31:17
36:7 67:14,18,22
68:2 105:15 107:3
107:23,25 108:9
108:11,13,16
112:11 125:16,17
126:5 130:12,15
130:23 131:2,5
132:3 134:12
162:19,22 175:8
206:14 210:18
214:4 240:19
248:15
**recorded**  189:17
189:19 214:11
**recording**  4:11
**records**  8:1 26:21
42:11 46:21,24
81:17,19,23 82:13
110:8 112:12
124:22 125:10,19
176:7 183:19,23
205:11,25 206:16
207:23 208:23
213:7,10 222:14
226:16 236:25
241:10,14 245:1
247:11,12
**recovered**  197:25
**recurrent**  215:13
**recurring**  100:10
100:13
**red**  88:7 93:24
152:7,8 156:5
203:13

**reduced**  252:12
**reenactment**  57:6
117:9 122:18
123:15 172:8
**reenactments**
156:20
**refer**  23:4 71:5,6
72:23
**reference**  125:18
132:14 144:17,19
144:21,25 161:6
178:5 192:13
210:17,23 238:23
244:24 245:6
**referenced**  64:22
135:8 253:6
**references**  127:15
**referred**  163:14
**referring**  27:22
86:13 132:15
134:4 209:6
**reflect**  187:24
**reflux**  59:7 104:4
104:5,8,9 105:3
**refreshes**  237:19
**region**  101:9
**registered**  125:18
**regular**  164:25
**reimburse**  249:5
**related**  18:25 27:8
30:1 31:22 33:17
48:5 54:2 55:9,16
75:25 87:13
115:16 146:4
165:17 173:20
179:10 187:19
210:23 222:22
233:25 241:25
**relationship**  58:14
**relatively**  120:22

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[release - responded]**

Page 35

**release** 56:19
109:24
**released** 159:19
**relevance** 158:3
**relevant** 5:13 26:3
84:10 90:1 91:16
123:24 141:3,12
152:18,19 165:15
194:22,23 195:14
202:6 215:12,14
**relied** 191:13
**rely** 247:19 248:1
**remain** 133:14
**remainder** 164:11
164:16
**remaining** 67:7
**remember** 17:23
23:22 28:16 36:1
37:1 38:4 46:5
49:3 53:10,11,22
54:4 55:6 64:13
64:14 68:24 72:20
72:25 73:16 81:13
81:22 82:21 83:14
100:7 102:14
111:14 117:6
122:9 123:2
136:23 137:22
157:11 163:15,24
169:8,17 170:25
174:18 175:18
187:1 194:6
199:12 206:15,18
210:23 220:17
226:10,14 227:11
227:19 229:22,25
231:9,11,17
235:24 236:4,6,16
236:17 238:17
239:1,5 248:23

**remembered**
239:2
**remembering**
142:4
**remind** 228:23
**reminder** 38:16
**remote** 1:18 2:1
**remotely** 2:5
**renal** 77:2
**repeat** 6:18 7:8
30:22 45:23 99:14
154:12 181:23
188:1 227:3 237:4
240:4
**repeating** 98:24
**rephrase** 242:21
**report** 7:25 8:8,18
8:23,24 9:21 10:6
10:12 11:4,5,8,23
14:9,24 15:11
23:10,13 26:22
34:3,25 38:12
40:3 47:25 49:5,7
51:14 57:19 58:2
64:8 65:9,15,19
66:12,13 68:6
71:7,14 75:3 80:3
81:20 85:19 86:25
108:22 110:10
111:25 112:1
113:22 114:12
116:17 117:13
125:2 128:22
131:13 132:23,24
133:1 135:4 136:7
136:13 144:14,17
145:2,12 160:22
160:23,24 161:4
161:11,15,20,20
162:5 164:3,12,17
164:20 165:1,3

169:4,10,10
171:21 173:4
175:5 176:20
180:20,23 181:2
181:17 187:10
190:24 191:1
192:14 199:18
200:2,5,18,21
201:17 203:2,18
204:9,13 209:6,9
224:16 225:4
229:8 230:3,8,14
230:21 231:19,25
232:17 233:23
240:17 241:7
244:2,4,8,10 245:4
245:12,17 246:8
247:10,14,14,17
**reported** 1:25
69:11 165:7
240:10 248:2
**reporter** 2:4 5:8,9
5:10,18,23 12:6
14:16 16:1 45:23
47:3 67:13,18
108:3,9 130:4,8,20
130:22 134:11
154:10 227:3
237:4 240:4
249:21 252:24
**reporting** 22:25
242:24
**reports** 11:12,20
27:15 56:19 57:8
124:22 136:19
145:11 151:22
156:14 228:5
232:22 235:23
**represent** 4:19
38:14 56:18 57:8
58:19 163:6

**representing** 4:23
**represents** 245:18
**request** 72:8
**requested** 5:17
74:2 75:3 128:1
176:7 183:19
209:22
**require** 19:18
158:13
**required** 23:16,17
24:20 252:18
255:13
**rerun** 187:23
**research** 17:2
25:21 26:2,4,10
102:15 220:7
239:10 247:25
**researched** 137:6
217:4 239:13
248:20
**researcher** 26:7
**researching**
138:23
**residence** 25:15
**residency** 16:23
20:9 25:3
**residue** 238:4
**respect** 55:1
**respected** 55:3
**respiratory** 58:23
59:6 60:8 63:16
63:24 82:23 83:5
95:20 105:21,22
110:6 113:7
185:18 188:5,12
188:21 214:21,24
215:1 216:5 223:7
**respond** 31:15
**responded** 132:12
224:8

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[responding - safe]**                                                      Page 36

**responding** 220:1
**response** 154:11
　154:13 211:14
**responses** 96:21
**rest** 79:11 101:22
　127:13 223:25
　233:20 234:6
**restrain** 242:25
**restrained** 123:20
**restrict** 195:13
**restricted** 99:18
　195:3
**restricts** 194:20
**resubmit** 186:23
**resubmitted**
　186:14,22
**result** 96:16
　101:20 177:12,13
　177:14 186:24
　192:18 242:16
**resulted** 48:4
**resulting** 48:19
　242:17
**results** 66:19 67:7
　68:11 116:12
　186:5 187:3
　191:11,13 212:1
　245:15
**resuscitation**
　177:14 183:8
**retained** 13:20
　14:2
**retardation** 109:7
**retired** 93:15
**retrieves** 139:16
　199:25
**return** 253:13,17
**review** 13:21 15:4
　24:12,18,22 36:15
　40:3,16 55:14,15
　56:17 57:4 64:16

109:2 118:11
176:9 200:5
206:13 215:22
216:4 244:16,17
244:19,25 247:6
249:24 252:17
253:7
**reviewed** 8:8
122:7,9,11,13
161:10,10 180:19
208:24,25
**reviewing** 55:23
**reviews** 25:10
27:20 52:10 53:5
71:19 172:13
186:18 188:14
199:14 210:8
212:25 213:4
223:16
**reyes** 53:18 68:19
107:14 111:25
116:13 135:9,23
139:18 140:11
146:11,11,12,12
166:11 224:16
225:5 226:6,10
227:7 230:7 246:1
**reyes's** 132:23
**ri** 118:20
**rid** 73:19
**right** 5:16 6:16
7:15 12:18 14:15
15:7 20:19 27:5
29:9,9 33:16
34:16 38:14 42:10
44:7 45:18 47:9
49:5 55:5 60:3
67:21 68:13 70:11
77:8,9 80:22,22
83:7 85:20 87:22
88:25 89:2 91:20

97:10,15 98:10
108:12 111:19
114:3 115:25
118:19,20 123:3
125:24 128:1
130:2 133:15
135:7,20 139:15
140:16 141:16
143:6,15 147:7
148:14 151:23
152:12 157:8
161:18 162:2
163:8 164:4 171:1
175:2 189:20
205:8,15,17 217:9
218:22,24 220:17
224:8 226:1
231:15 235:12
236:8 237:14
242:23 243:24
246:13 248:7
**righty** 250:2
**rigidity** 84:3
121:11,16,18
**rigor** 118:20,22
119:5,12,16 120:6
120:6,14,14 154:3
154:9,14,18
**ring** 56:5 64:16,20
100:9
**risk** 58:3,11,18,20
59:4,8,15 61:2,3
62:18,20,20,21
63:4,18 64:22
65:2 75:10,13,14
75:22,23 76:4,8,9
99:13,20 105:5
125:15 126:15
166:21 169:20
217:17

**road** 2:12,19
**rock** 161:2 164:22
165:5 170:20,25
175:23 194:16,24
**rocker** 161:7
**role** 66:8 109:3
**roll** 170:19 171:4,8
**room** 10:25 62:10
189:1 238:15
**rotated** 26:18
**rough** 128:11
**roughly** 22:25
24:24 28:22 84:23
**routine** 40:21
51:16 54:3 78:18
107:8,9 109:4
150:9,19 166:6
228:1
**routinely** 78:13
149:17
**rub** 111:11
**rule** 23:19 41:9
74:5 78:12 101:1
101:4 102:19
103:8 119:25
231:16
**ruled** 56:20
**rules** 5:12 120:7
120:10 249:22
**ruling** 167:17
**run** 16:18 23:11
187:15
**runny** 63:10,22

| s |
|---|

**s** 3:11 34:18 41:21
179:14 219:5,8,11
219:13 254:3
**sachs** 209:17
**sacs** 94:4
**safe** 169:15 217:16
217:24

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

**safety** 164:20
180:6
**salts** 128:8
**sample** 97:18 98:1
99:3
**samples** 72:3 78:7
96:24
**sampling** 98:9
**san** 17:8,15 21:15
**sands** 121:4
159:21
**save** 40:22 80:12
98:10
**saved** 8:7 11:10,11
97:24 98:6
**saw** 32:13 37:5
84:2 95:4 97:24
99:7,8 111:3
113:5,17 122:2
143:2 145:6
150:12 163:22
180:17,22 226:8
230:1,2,4 232:21
246:24
**saying** 30:25 31:5
32:18 34:4,6,11,17
46:23 52:21 60:13
68:7 70:12 74:11
76:20,22 91:20
98:9 104:2 112:5
124:5 137:25
167:5,9 192:4
196:1 233:7
238:24
**says** 16:16 19:1
21:14,17,19 22:10
25:20 47:11 48:15
55:25,25 57:3,15
69:3 82:7 83:12
86:9 89:11 94:15
97:9 109:19,23

110:10 112:16
119:6,7 124:7
125:17 126:5,5
128:16 129:14
133:2 135:5,19,22
136:2 137:4,5
140:2,3 141:13,15
141:16,18 143:21
147:7 148:9 149:1
161:20 183:19,20
184:20,22 185:4,5
188:11 190:24
201:5 204:3
206:20 207:11
211:5 213:20
214:25 216:1,5,13
219:4,11,14,15
222:25 223:5
224:19 225:5,20
226:1 231:21
237:21 238:11
242:23 248:19
**scale** 212:15 213:5
214:12
**scales** 86:4
**scan** 184:19,20,20
184:22
**scanning** 122:16
**scarred** 89:23
**scarring** 61:12
111:11 113:12
**scars** 86:11
**scattered** 94:20
95:1
**scene** 32:22,23
41:13 57:5 58:18
84:7,10 120:11
143:15 145:24
150:17 151:4,4
152:19,25 153:12
155:5,13,16

156:12,14,19
157:6 158:3,6,25
159:3 160:9
165:22 166:3,14
173:8 181:21
182:2,4 202:19
228:10 231:3
234:7
**scenes** 32:25
**scheduled** 133:5
**scheduling** 7:24
37:8,17
**school** 16:11
**schriner** 2:11 3:5
3:7 5:4,4 9:4,5
23:6,7 31:13,16
36:13 38:2,21,24
44:4 49:15,19
51:6 55:18 58:6
61:6 62:19 63:7
63:20 65:3 70:16
75:12,20 76:6
82:25 86:2 99:21
101:16 105:6
106:9 110:20
111:5 112:6,25
113:10 114:18,20
117:4 120:8
123:23 124:13
125:23 126:10,16
129:16 132:4
134:20 138:1
140:8 141:23
144:1 145:5
147:13 148:2,13
152:3 154:8 155:7
156:8 158:10
160:21 162:12,14
163:2,5 164:1
165:21 166:19
167:19 169:1,12

170:16 171:2,15
180:1 181:4
182:20 183:5,12
184:11 191:17
193:18 194:2
195:17,24 196:2,3
196:17 197:8,15
198:9,21,25 199:2
199:8 200:24
202:2,10 203:22
204:17 205:12,16
205:21 206:11
207:9 208:1,14
210:9 211:1 212:8
213:12,16 215:9
217:14 218:6
220:2 221:6
222:12,19 224:6
225:2,16 227:25
228:13 229:16
231:7 232:9,20
233:24 237:3,9,16
238:18 239:7
240:15 241:20
242:3,12 243:3
244:1,11,24
246:14,18 247:2
248:7 249:14
250:4
**schriner's** 134:2
**science** 33:19
**scn** 129:19
**scout** 218:8,9
238:24
**screen** 107:20
130:9,19 134:24
139:7,17 142:11
187:12 188:21
192:14 221:19
222:1 225:11

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[screened - shakes]**

**screened** 77:7
**screening** 74:21
  76:16 209:6
**screens** 153:20
**se** 19:5 20:12
**sealed** 89:24
**seasonal** 63:2,12
**seat** 38:19
**seatbelt** 123:17,20
  124:1,9 194:16,22
  241:16
**second** 12:3 84:11
  124:18 177:4
  203:4,9,11 225:19
  241:4
**secondhand** 62:14
  62:16 75:9 76:7
  96:15,20
**seconds** 216:19
**secretary** 11:22,24
**secretions** 177:7
  199:9 207:19
**section** 53:13 64:8
  77:23 78:4 79:5,7
  79:12 81:1 86:24
  87:22 97:2 99:3
  100:20 118:19
  142:12 144:13
  146:14 147:1,17
  163:22 181:20
  182:1 195:20
  196:15 199:23
  200:1 205:20
  213:20
**sections** 40:9,12
  78:13,19 79:1,9
  80:2 81:4 87:8,14
  87:15 94:17 97:4
  97:10
**secured** 195:12

**see** 8:9 10:7 15:2
  16:15 20:20 21:12
  22:9 35:9 37:2
  38:11 40:11,12
  45:13,14 46:21
  48:12,21 49:8
  50:14,15 53:15
  70:10 71:18 73:2
  73:24 77:3,9,16
  79:13 83:10 84:15
  84:19 85:11,14,16
  85:24 86:1 87:7
  87:15 88:3 89:18
  90:10 92:21,22
  94:25 96:13,13
  97:1,7 99:7
  100:13,14,17,22
  101:11 104:18
  105:24 106:11
  107:21 108:6
  109:5 111:6,9,10
  113:8,11,12,13,15
  114:15,17 115:14
  116:3 118:17,23
  120:6 121:7 122:3
  122:19 125:2
  127:12,15,19
  130:10,10,11,18
  132:23 133:17
  139:18,25 141:13
  142:12,15 143:16
  145:3,8 146:1,2,17
  146:18,25 147:11
  147:15 148:1,4,12
  149:1 150:14
  151:14 152:1,25
  154:13 156:5
  157:24 159:5,8
  160:10 167:14
  168:21 172:7,10
  172:12 174:24

  178:20 181:22
  182:6 185:4
  186:17,23 190:19
  190:23 191:20
  193:7 196:22
  199:13,15 200:25
  203:1,10 204:6
  206:6 207:16,20
  208:15,21 211:6
  212:20,24 214:16
  214:18 215:23
  216:2 221:2,8,16
  221:25 222:14,20
  223:3,9,15 224:12
  224:21 225:8,22
  226:3,22 231:23
  232:1,4 237:14,19
  239:9 241:11
  244:2,24 245:8
  247:13
**seeing** 137:22
  206:16
**seen** 26:24 46:15
  46:16,17,18 61:5
  77:20 81:17 86:12
  91:2,5,15,16,22
  94:21 96:8 109:20
  113:14 114:5
  118:4,17 135:2,19
  138:18 149:18
  151:22 153:22,24
  154:6 156:12
  168:9 201:23
  210:17 226:25
  244:7
**seizure** 103:10,25
**seizures** 103:16,17
  103:18,21,21
  194:9
**seldom** 74:4
  206:15

**selecting** 153:19
**semi** 172:19,19
**send** 249:4
**sending** 16:6
**senior** 22:15
**sense** 28:22 29:13
  29:16 36:20 80:9
  99:23 101:5
  156:23 188:2
  226:16
**sensitive** 123:5
**sent** 8:1 36:3 132:5
  134:3,10,20
  232:16 253:14
**sentence** 110:22
  142:1 201:4
  204:18 206:20
**sentences** 8:22
  172:9 204:2
  207:10
**separate** 46:24
  71:7
**separately** 15:24
  78:2
**septal** 92:3
**septicemia** 185:9
**sequela** 111:9
**sequence** 68:13
**series** 169:20
**serious** 162:6
**serve** 9:23
**served** 21:2
**service** 211:3
**set** 14:11 78:8
  79:19 149:5
  233:16 240:2
**sets** 196:13
**settling** 121:3
  159:16
**shakes** 45:1

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

shaking 45:2
shaped 88:15 89:4
shared 228:10
 245:25
she'll 134:5
sheet 151:6,7
 253:11
shelf 238:14
shell 188:21
shift 243:6
shifted 168:14
shoots 115:25
short 121:1 222:6
 222:7 229:6
 246:15
shorthand 129:21
 252:11,24
shortly 133:8
shortness 216:6
shout 7:6
show 94:17 97:11
 110:8 127:7
 128:23 158:7,8
 210:3 213:24
 248:16,17
showed 186:6
 192:21 248:14
showing 86:16
 192:18 210:24
shown 58:13
 198:13,22 199:3
shows 60:10 86:11
 182:10
shut 92:18 108:7
side 37:13,21,22
 38:4,10 45:1,1
 50:11 83:12 90:16
 141:7,7,16 147:7
 147:11 156:4,7
 159:9 160:11
 201:11,22 224:20

225:6 226:1,2
 241:1
sides 198:6
sids 26:21 27:3,14
 28:12,13 29:21,22
 30:4,4,7,9,20
 31:11,12,22 32:10
 33:4,13,18,21,22
 33:23 34:5,6,7,12
 34:19,21 35:2,3,4
 35:12,18 41:3,6,9
 42:2,3 43:10
 51:22,24 52:3,5,12
 52:13 58:3,10,15
 59:3,4,8,10,12,18
 60:4,12,14,15,16
 60:17,18 61:2,4,21
 62:4,18 63:4,11,18
 63:25 64:8,22
 65:25 67:6 70:4
 70:14,14 71:2
 75:10 76:4 95:3
 99:13,20 100:5,8
 102:8 105:5
 125:15 126:15
 129:14,19 137:9
 137:13,21,23,23
 138:3,7,22,23,23
 140:19,24 166:22
 166:24 167:4,8,8
 167:15,21 179:25
 184:18,20 192:2,5
 192:9 217:4,17,24
 220:4,8,16 239:10
 239:16 247:18,25
sign 23:13,14,16
 23:20 24:18 81:19
 85:11 95:23 96:2
 96:2 99:1 229:7,7
 230:14 249:17,19
 253:12

signature 28:3,12
 68:15 249:18
 252:23
signed 11:12 24:13
 66:17 67:8 68:12
 116:16 140:11
 161:20 230:3
 231:18 233:23
 245:12,16 253:20
significance 70:1
 84:7 113:18
significant 29:17
 35:11 41:16 43:4
 45:6,10 48:17
 49:13 57:10 69:1
 69:8,13 70:24
 78:4 92:1 94:19
 95:6 97:12 116:20
 126:24 140:25
 162:6 174:20
 215:10
signing 145:2
 162:5 231:25
 249:15
signs 86:16 100:10
 100:13,22 104:6
 120:6 207:12
 224:17
similac 238:10
similar 144:21
 151:15,19 188:16
 204:23 206:25
simple 7:13 79:1
 137:19
simply 23:23
 81:24 117:21
 167:1 232:10
simultaneously
 106:16 154:7
 198:20 221:20
 227:12 230:9

sinus 88:14,17,21
 90:20 91:9
sir 25:12 41:20
 162:13 236:25
site 223:8
sitting 38:17 124:3
 175:22
situation 10:21
 60:5 78:9 79:24
 81:22 91:6 93:10
 113:3,6 135:13
 167:2
situations 10:18
 100:14 216:9
six 49:2 85:8
 212:21,22 214:5
size 213:3 214:9
skills 55:1
skin 142:21
 143:12
skinned 121:6
skip 83:17 179:4
 184:24 191:21
slats 145:22
sleep 29:23 33:23
 41:12 48:4 57:9
 83:13 147:8
 169:13,15 202:24
 217:25
sleeper 161:3
sleeping 43:24
 44:3,11,15,18 48:3
 48:23 49:18
 146:22,23 165:25
 168:13 175:24
 217:17
sleeps 147:2,2
slide 39:22 140:1
slides 39:13,25
 40:1,3,6,17 78:1
 78:10 79:4,20,21

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[slides - statement]**

Page 40

79:21 80:1 87:4
96:23,25 97:19
100:24 106:7
178:25 241:25
**slight** 59:25
**slightly** 22:13 42:7
**sling** 165:9
**small** 48:9 69:13
88:5 94:20 95:1
99:17 100:15
144:7
**smaller** 99:11,24
100:1
**smart** 77:10
**smelled** 238:5
**smoke** 51:3 62:14
62:16 64:25 75:9
76:7 96:15,20
**smoking** 51:9
58:12 62:16
**smooth** 93:25
**snores** 216:18,18
216:19
**soft** 9:15
**solid** 223:13
**solutions** 4:9
253:23
**somebody** 119:18
120:12 121:17
122:1 128:13,14
136:14,18 150:15
154:24 155:9
158:13 160:18
167:9 186:23
**somebody's**
154:22 180:4
**someplace** 102:17
**somewhat** 106:3
**sorry** 17:24 30:22
37:11 38:3,23,24
39:16 53:6 67:4

68:22 71:21 78:22
96:1 99:5,14
101:23 106:15
124:17 125:8
129:2 139:5,10
159:7 161:1
164:13 171:16,18
176:4 181:15
185:17 196:2,11
198:15,19 199:10
203:8 208:7
213:18 219:5
222:8,10 224:2
225:10,18,24
240:9 242:18
248:14
**sort** 44:16 51:23
61:1 75:8 78:11
95:7 132:22
138:24 153:15
157:1 180:23
193:12 242:18,19
**sorts** 61:13
**sound** 64:13 68:13
79:23
**sounds** 10:12,14
24:21 136:12
**source** 83:14,22
166:14 174:21
188:16 198:2
**sources** 166:15,17
**south** 115:9,9,11
**southwestern**
16:12
**speak** 27:12 107:4
169:5 175:11,13
178:14
**speaker** 171:6
**speaking** 58:1
106:16 154:7
197:9,15 198:20

221:20 227:12
230:9 233:11
**special** 18:18,21
19:3 23:17 26:25
30:8
**specialized** 27:1
**specialties** 19:11
**specific** 8:17 10:17
26:12 32:6 36:16
36:25 40:8 53:24
93:8 98:17 107:10
138:4 139:2 167:2
167:10 177:1
179:1 227:20
**specifically** 54:8
73:23 74:2,20
100:23 107:17
138:19 150:16
167:9 229:22
**specifics** 53:25
**specifies** 73:2
**specimen** 128:17
129:22,23 185:5
186:12,12,14
187:10
**spectroscopy**
191:7
**spectrum** 91:1
**speculating** 218:3
243:13
**speculative** 182:18
183:2 243:20,25
**spent** 227:10
**spice** 74:16
**spinal** 80:4
**spoke** 180:5 228:9
**spoken** 55:11
**spot** 160:3
**spurt** 116:5
**squirting** 115:2

**ss** 51:17 251:2
252:2
**stain** 175:23 198:3
198:14 199:3
203:13 204:21
**staining** 196:23
197:3
**stains** 198:16
**stalls** 40:19
**stand** 161:19
221:11
**standard** 68:21
78:8 87:3,25
133:23,24 187:13
**standing** 161:13
189:20
**start** 7:20 14:21
55:20 91:4 118:12
145:15 163:7
172:15,16 174:22
**started** 7:23 22:8
139:20
**starting** 4:19
197:11 201:4
**starts** 28:8 121:5
159:25 172:9
181:20 203:7
216:21
**starvation** 85:23
**state** 13:4,5 16:21
17:11 27:7 94:6
112:11 251:1,6
252:1,5,25
**stated** 5:13 47:16
57:24 66:22 172:9
172:20,22 179:15
200:10 217:15
**statement** 76:5
82:17 136:21
165:6 172:6 195:9
215:25 217:3

Michael Ferenc , MD
In Re: Fisher-Price/Mattel                                        August 12, 2020

**[statement - swope's]**                                                     Page 41

220:3 236:7
**statements** 204:15
  226:24
**states** 1:1 200:9
**statutory** 1:5
**stay** 176:21 243:13
**stays** 160:3
**stick** 187:16
**stiffening** 120:16
**stiffness** 120:21
**stock** 40:23
**stop** 215:18
**stopping** 216:15
  216:19
**stops** 216:19
**straightforward**
  65:14
**strange** 9:6
**strengthen** 205:6
**strengthening**
  202:7
**stress** 61:14 70:6
  98:19
**stretching** 49:3
**strike** 14:7
**struck** 239:2
**studied** 100:5
  102:4
**studies** 62:6 76:13
  76:22 77:24 102:5
  246:9
**study** 27:9 80:13
  100:23 101:12,15
  170:18
**stuff** 60:15 62:6
  63:11,23 168:16
  168:21 179:4
  206:5 209:17
  215:18 235:10
**stuffy** 63:22

**sub** 34:19
**subcategory** 34:22
**subdivide** 138:14
**subject** 26:3
  172:18,21
**subject's** 172:10
  172:23
**submit** 40:9,25
  72:4 97:25 98:7
**submitted** 11:24
  186:21
**submitting** 40:11
**subpoena** 9:23
  208:16,20
**subscribed** 255:14
**subsequently**
  133:19
**substance** 140:3
  141:17
**substances** 181:2
**subsumes** 34:12
**subtle** 21:8 109:7
  145:18
**sudden** 34:11 41:9
  41:25 61:16
  101:20,25 102:10
  137:7 140:24
  239:13 248:20
**suddenly** 216:19
**suffering** 216:24
**suffice** 146:5
**sufficient** 42:8
**suffocation** 144:22
  145:4,7,13,14
  146:6,15,18
**sugars** 187:20
  209:12
**suggest** 85:23
  98:18,19,20,22,23
  101:6 104:20
  111:6 185:8,13

187:6,8 194:14
**suggesting** 93:9
**suggests** 77:17
**suid** 27:4 34:11,18
  34:20,23 35:12,18
  41:4,7,18,21,22
  57:8 58:3,16,25
  59:14,15,17,18
  61:2,4,21 62:18
  63:4,18 64:22
  75:10 76:4 99:13
  99:20 105:5
  126:15 137:6
  166:23 179:14,21
  202:8 242:4,5,11
  243:2
**suite** 2:12,19
**summarize** 175:3
**summarized** 81:24
**summary** 57:23
  122:4,20 123:7
  172:1 206:19
**summer** 53:11
**supine** 171:9
  183:6
**support** 38:10
  95:22
**supposed** 8:4
**sure** 9:10 42:5
  43:13 44:9 46:5
  51:16 55:4 59:19
  67:20 68:25 77:16
  78:25 79:10 93:17
  102:18 114:5
  118:5 127:13
  130:24 132:20
  145:16 149:15
  164:14 165:1
  171:7 184:22
  187:16 192:6
  199:7 206:17

210:13 212:16
  219:16 240:6,18
  244:21 247:23
**surface** 115:1,17
  115:22 116:4
  143:21 169:13
**surfaces** 94:1
  97:14 169:15
**surmise** 55:16
**surprised** 121:19
  121:21
**surrounded** 177:7
**susceptible** 99:19
**suspect** 150:1
**suspected** 238:1
**suspicions** 74:2
  87:6
**suspicious** 87:12
**swab** 188:17
**swear** 5:14
**swimming** 102:11
**switch** 160:5
**swope** 35:21 37:1
  81:11 107:16
  109:15 117:9,15
  117:20 119:9
  121:10 124:11
  132:15 149:14
  151:4 154:1,16
  155:5,6 176:7
  181:19 182:10
  189:8 228:3 231:2
  234:6,19 235:3
  241:19 242:24
  246:1
**swope's** 83:2
  111:12 118:18
  122:5,8,19 126:1
  136:15 142:1
  173:1 208:21
  236:18

Case 2:19-cv-02689-GMS    Document 196-40    Filed 11/19/21    Page 109 of 117
Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

[swopes - terms]                                          Page 42

**swopes** 150:17
**sworn** 6:2 132:3
 252:8 255:14
**symptoms** 177:18
 215:22 216:5
**syndrome** 41:10
 63:24 104:23
 105:21,23 137:7
 239:14 248:21
**system** 11:21
 22:16 24:4 54:7
 86:24 87:5,11,18
 93:20 97:20,22
 98:2 100:24 101:1
 101:9,12,19 102:3
 102:25 103:5
 177:24 178:14,19
**systems** 178:19,22

**t**

**t** 3:11 254:3,3
**tab** 14:13 131:17
 196:10 222:16
 248:15
**table** 127:9 143:16
 152:17 189:21
 199:24
**tachypnea** 211:10
 211:20,20
**take** 6:21 7:4,5
 8:11 10:2,14,19,23
 11:4 12:3 18:12
 19:24 20:7,11,15
 20:16,18 31:19
 35:24 36:19 37:7
 37:19 38:17 42:17
 52:17 55:23 78:10
 78:13,14,19,25
 79:3,7,8,12 83:13
 85:4 87:14,15
 88:9 97:1,21
 106:21 107:12,22

108:3 109:2,17
 113:20 120:5
 123:19 132:15
 149:23 150:9,23
 156:21 157:5,22
 162:15 195:18
 213:17 250:3
**taken** 2:2 4:16 8:9
 20:17 82:23
 105:16 125:17
 144:9 149:12,13
 150:2,16,17,21
 151:4,13 153:7,12
 153:14 155:5,10
 155:11 156:10,15
 156:20 158:6,12
 158:19,20 164:7
 168:24 172:22
 182:22 214:17
 217:8 233:14,19
 247:19 249:3
 252:10
**takes** 116:3 151:14
 160:4 245:19,19
**talk** 7:9 30:6 62:8
 94:12 118:17
 119:19 138:12
 178:18 179:5
 192:23 199:17
 231:18 246:19
 247:17
**talked** 37:16 58:22
 59:6 68:18 91:19
 102:24 110:7
 116:8 125:14
 146:13 160:22
 180:16 185:1
 229:1 231:23
 233:15 241:19
**talking** 14:8 72:11
 74:15 82:14,14

91:9 92:16 107:11
 107:14 118:20
 119:16 120:23
 126:2 141:4 143:9
 166:10,20,22,23
 167:8 196:8 201:3
 202:14 213:24
 234:4,5,17,18
**talks** 72:2,7 77:23
 122:23 132:8,19
 142:17 146:23
 216:4 231:23
 238:10,22 240:9
**taught** 217:18
**tay** 209:17
**tch** 244:9,25
**teaching** 218:5
**tech** 26:7
**technical** 130:13
 191:10
**technician** 4:9
 110:4 189:19,23
**technicians** 40:2,5
 189:22
**technology** 4:12
 6:19 12:4
**tell** 16:8 24:8
 27:21 28:20 36:24
 40:13 76:24,25
 77:2,4 113:9
 128:21 129:24
 151:24 152:6,12
 152:21 154:20,22
 158:9,14 160:11
 160:18 162:6
 186:15 190:20
 198:7,11 200:7
 201:19,25 202:1
 207:24 209:5
 210:2,11 212:1
 213:5 249:15

**telling** 205:20
**tells** 158:11 160:15
**tempe** 3:18 112:10
 131:18 132:2
 200:1 205:11,24
 236:24
**tempefd** 3:22
**tempepd** 3:17
**temperature**
 51:12 62:10
 120:11 125:14,20
 126:6 143:22,24
 144:9
**temperatures**
 126:7
**ten** 22:23,25 81:4
 156:16 216:19
**tend** 43:5 188:1
 220:12
**tended** 107:7
**tends** 63:10,19,21
**tension** 159:18
**term** 42:1 43:3
 99:2 119:19 161:5
 179:24 192:1,2
 215:3,3
**terms** 6:19 27:14
 30:5,20 31:11
 37:25 40:16 50:4
 54:5 58:1,3 59:4
 61:1 68:7 84:15
 91:7 96:15 98:9
 103:5 110:2,6,25
 140:24 152:22
 154:20 155:20
 156:19 157:4
 169:13 176:24
 177:17 178:19,24
 189:12 215:11
 229:12

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

**[terrific - thought]**                                                      Page 43

terrific  10:9
terse  82:17
test  67:12,12,15
  72:16 74:18 77:22
  104:4 116:11
  187:15,22,23
  188:1,25 191:2,3,3
  191:4 193:2
  209:22 210:3
  244:14
tested  71:13 72:20
  72:22 73:3 74:3
  181:3 209:18
  210:4 244:10
  245:6
testified  6:3 12:22
  14:6 175:10
  180:15 228:9
  237:11
testify  8:24 217:23
  232:14 252:8
testimony  5:18
  13:10 38:9,10
  121:15 183:13
  219:17 253:9,18
  255:8
testing  31:8 72:14
  72:19 73:13 74:21
  106:7 128:2,18
  187:4 192:19
tests  30:15 31:2
  39:23 50:18 52:2
  68:11 102:15
  141:11 191:8,9
  245:22
texas  16:12,22
textbook  84:19
texts  62:7
texture  80:22 88:8
  93:25

tfd  202:16,18
thank  5:23 6:7
  9:17 12:11,18
  16:5 43:15 68:3
  88:20 108:19
  114:10 127:24
  130:2 131:9,25
  142:16 162:10,13
  167:24 171:18
  193:22 196:12
  206:3 208:13
  246:12,13 249:1
  249:13,25
thc  72:19 73:2,12
  74:3,4,7,16 75:9
  76:4 245:6 246:19
theirs  86:5
theoretical  243:11
theoretically
  183:11 246:3
thermometer
  125:17
thick  44:20 168:20
thickening  114:24
  114:25 115:5,19
  116:7
thickness  169:18
  170:14
thin  88:16 89:4
  90:15
thing  7:3 13:24
  21:22 22:12 33:18
  33:23 43:16 48:15
  62:8 66:7,15
  78:11 84:19 86:4
  100:20 105:10
  121:8 146:1
  148:17 157:1,1
  167:2,9 188:15
  191:6 205:10
  211:13,16,22

226:22 244:6,8
things  23:24 27:8
  31:23,23 34:14,15
  43:1 44:21 49:4
  50:5,12,13,17
  58:17,20,22,25
  60:21 61:13,18
  62:3 64:21,23
  73:10 74:17 75:15
  77:12,19,21 90:4
  91:16 100:16
  102:11 104:25
  106:11,24 109:9
  110:7,9 112:15
  113:14,16 118:16
  122:6,18 128:10
  128:14 138:13
  143:8 144:24
  158:15 160:16,17
  167:18 170:15
  171:22 176:16,19
  187:20,25 188:6
  190:5 191:5,11
  201:20 202:8
  209:12,16,18
  216:10 220:11
  228:21 236:9
  241:11 245:4,21
think  9:8 14:2
  15:21 19:8 23:19
  23:24 24:11 26:15
  30:25 31:24 32:24
  36:10,11 39:9,10
  43:14 44:8 45:19
  46:4 48:2,10
  50:13 51:9 52:7,9
  52:21 55:10 61:20
  62:14 68:7 70:12
  72:5,10 73:12,14
  74:23 75:4 76:3
  84:22 85:1 87:10

96:4 98:13 106:4
  108:7 111:24
  115:21 117:14,15
  119:18 121:10,15
  121:25 122:1
  125:19 132:3,19
  134:8,9 137:17
  139:1 142:2
  146:13 149:16
  150:12 154:1
  155:3 164:10,15
  164:18,24 167:24
  170:23 171:1
  174:1 175:17
  179:15 180:14,23
  181:24 183:22
  195:21,21 197:13
  205:10,16 209:16
  214:7,10 217:1
  219:7 221:6
  228:15,16 229:1
  229:19 236:23
  242:3 243:17
  245:9 246:12
thinking  51:17
  52:23 60:20
  150:11
third  89:19 92:20
  137:3 181:20
  182:1 202:13
  203:25
thirds  201:6
thought  17:25
  30:8 43:23 44:11
  44:15 48:3,23
  65:13 74:24 80:6
  80:9,17 85:13
  88:4,9 115:12
  129:4 150:12
  194:16 219:1

800.808.4958                                                      770.343.9696

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**thousand** 35:8
**thousands** 28:24
  29:1,13
**three** 12:9 32:25
  80:2,2 83:4
  110:13 112:19
  150:22 158:21
  201:1 204:2 211:4
**thrombi** 178:6
**thumb** 120:1,7,10
**thunderbird**
  105:20 183:20
**thymus** 69:25 70:7
  70:14
**tight** 195:12
**time** 4:5,6 5:14
  7:14 12:13,16
  17:16 21:2 22:4
  26:14 29:25 35:3
  41:8,9 43:8 47:14
  49:11 54:18 56:12
  63:2 67:22 68:2
  81:5,8,24 84:6
  86:15 91:15 92:15
  92:25 96:13 106:6
  106:21 108:13,16
  116:6 118:5 120:1
  120:4,22 124:24
  127:4 131:2,5
  137:12 138:4,17
  141:14 142:25
  143:1,14 144:8
  146:2 147:20
  150:1 151:25
  152:14,23 153:2
  153:19 154:21
  161:22 162:10,11
  162:19,22 163:10
  164:3,12,16 173:7
  175:19 182:4,11
  182:12,15 183:16

  185:12 193:10
  198:14,16,24
  199:4 207:18,18
  213:1 216:24
  219:8 220:10,13
  227:10,21 230:1
  233:12 241:24
  243:21 245:14
  249:3,5 250:1,6
  252:11 253:19
**timeframe** 253:8
**times** 10:25 12:24
  33:2 117:16
  144:16 150:19
  229:18 231:18
**timing** 140:4
**tiny** 70:7,8
**tissue** 39:13 40:1
  40:13 98:9
**tissues** 92:19
  98:10
**title** 21:6,10,23
  22:17
**titled** 3:13,14,15
  3:17,18,20,21,23
  3:24
**today** 4:6 6:10 7:5
  7:15 14:17 35:17
  37:9,19 38:17
  52:14 65:10 71:10
  71:11 81:10
  103:19 113:20
  124:3 161:10,11
  161:18 175:22
  178:14 210:15
  229:19 236:20
  239:21 248:2
  249:5,11
**told** 18:20 117:15
  133:11 201:16
  204:8 235:20

  236:3 239:19
**tongue** 100:15
**tons** 77:6,6
**top** 22:3 31:24
  44:7,22 53:13
  70:11 82:6 118:19
  118:25 132:25
  135:5 142:13
  200:9 214:19
  237:17,23 238:5,7
**totality** 174:2
**totally** 190:7
  220:24
**touch** 143:22,25
  200:14
**toxic** 74:6
**toxicologic** 57:11
**toxicologist**
  192:24 244:16,19
**toxicologists** 73:8
**toxicology** 15:8,10
  51:11 57:11 71:7
  71:14 72:14,21,24
  74:21 153:20
  180:20,22,24
  181:2 190:18,24
  192:18 194:13
  244:3,10 245:20
  247:5
**tract** 85:22
**tragic** 159:4
  160:10
**trained** 32:21
**training** 18:20,22
  19:18,21,24 20:3,8
  20:12,15 25:24
  26:1,16,17,25
**transcript** 249:24
  252:14,16,18
  253:6,20 255:5,8

**transfer** 223:19
**transient** 145:18
**translates** 84:22
**translucent** 88:16
  89:4
**trauma** 43:16,19
  43:19,20,21 57:11
  86:11 133:12
  207:12
**traurig** 2:16 4:23
  5:2
**treating** 13:11
**trees** 206:4
**trial** 12:22 13:10
**tribal** 13:7
**trick** 8:3 17:22
**tried** 62:1 120:12
  182:24
**trigger** 61:8,16,21
**true** 48:25 98:5
  125:2 145:4 174:3
  177:2,21 178:3,4
  179:2,16 209:23
  236:7 251:7
  252:13 255:8
**truly** 43:11
**trust** 11:16
**truth** 5:20,20,21
  162:7 252:8,8,9
**try** 7:9 22:21
  39:16 67:11 123:4
  128:12 163:4
  220:20 222:10,11
**trying** 8:16 15:13
  20:24 37:4 80:9
  81:2 106:19
  119:18,23 127:12
  127:14 138:14
  154:24 179:4
  198:25 216:17
  220:25

Michael Ferenc , MD
In Re: Fisher-Price/Mattel
August 12, 2020

**tucson** 2:13 17:13 20:21,22
**turn** 27:17,18 42:11 109:10,11 123:6 136:7,25 159:23 160:21 170:7,12 171:24 173:18 192:3 196:20 215:17 216:10 221:8 222:9
**turned** 168:13
**turning** 185:14 190:10 200:25 201:24
**two** 31:21 45:5,10 54:23 66:24 79:21 79:21 80:1,18 87:8 90:13 108:4 110:13 116:11,14 128:5 137:4 142:1 153:10 156:17 182:10 196:13 201:1,6 204:2 215:6,15 229:6,11 230:2 245:10
**type** 10:24 11:20 15:15 75:3 91:8 185:5 209:9 240:25
**typed** 11:24 110:2 110:4 122:15
**types** 50:1
**typewriting** 252:12
**typical** 24:17,22 24:23 52:2 66:16 76:8 82:17 87:3 94:11 144:4 149:21

**typically** 78:23 81:18 97:1 133:17 149:23 150:5,6 151:12 189:18
**typing** 110:1

**u**

**u** 34:18 41:21 179:14
**ucsf** 19:24 93:15
**uh** 30:13 118:24
**ultimately** 128:18 132:13
**unable** 173:18 234:24
**unaware** 111:12 157:15
**uncertainty** 248:16
**unclear** 58:9
**underlying** 48:19 80:17
**underneath** 48:6 151:16 168:12
**understand** 15:13 53:20 54:6 62:21 73:20 75:14 115:11 172:3,25 181:18 184:4 186:25 208:19,23 212:18 220:5 230:18 242:13 247:22
**understanding** 179:19
**understood** 20:19 243:16
**undetermined** 33:15,24 34:4 35:1,14 42:16,19 56:21 161:15

**undiagnosed** 77:1
**unexpected** 34:12
**unexpectedly** 141:6
**unexplained** 34:13 41:25 42:6 102:10
**unfortunate** 105:13 160:10
**unfortunately** 205:22 218:17
**uniform** 88:8 93:25
**united** 1:1
**university** 16:12 16:25 17:3 25:5 25:18 102:16
**unknown** 33:15,23 34:3 35:1,11 42:16,20 43:3 44:2,13,17,23 45:8 47:21 48:1 49:9 140:3 161:14
**unprovoked** 103:18,20
**unquote** 220:16
**unreliable** 182:14
**unremarkable** 97:14
**unresponsive** 206:24
**unspecified** 223:7
**unusual** 24:19 50:18 80:14 93:11 127:2 138:24 150:8 230:12,16 230:16
**unverified** 82:7 174:13
**updates** 228:5 229:13

**upper** 63:24 105:20,22 128:1 223:6
**ups** 246:15
**ursell** 93:15
**use** 11:21 43:3 51:2 99:2 118:8 119:19,20 120:2,4 128:7 133:23 141:17 235:17 243:18
**useful** 160:16,18
**usual** 237:25
**usually** 13:18 41:10,16 71:15 74:12 81:4 90:1 92:21 93:14 97:3 136:19 138:15 146:1 160:4,15 173:6 174:21 188:6 234:23,24

**v**

**v** 253:4 254:1 255:1
**vague** 8:21 63:10 63:22 242:19
**vaguely** 36:1 164:24
**valid** 174:21
**valley** 17:14
**valve** 88:16 89:4 90:24,24,25 91:3,6 91:10 110:16 111:1,7,10 112:2 114:25 115:15,17 115:24
**valves** 111:8 114:23
**variable** 81:21,23 100:19

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[variation - whichever]**                                                   Page 46

**variation** 35:9
  52:25
**varied** 11:1 220:9
**various** 29:20
  30:15 40:25 77:15
  89:6 100:8 115:19
  169:16 204:15
**varying** 126:7
**vehemently** 197:6
**vein** 88:21,23
**venetian** 145:21
**ventricle** 89:2
  97:11,16
**verbal** 211:14
  227:22,23 228:4
  229:13
**verbally** 245:25
**verbatim** 4:14
  68:19 108:13
  111:25 134:21
  140:3 155:6
  224:18 225:1
  244:9,25
**verbiage** 132:10
**verify** 253:9
**veritext** 4:9
  253:14,23
**veritext.com**
  253:15
**version** 135:5
  139:6
**versus** 4:15 94:15
  157:6 202:23
  230:2 248:1
**vessels** 70:8 97:14
  159:17,18,19
**vial** 188:21
**viavoice** 10:24
**vice** 2:17
**video** 4:8,12,13
  42:17 108:21

130:5 250:6
**videoconference**
  2:6,12,17,18,24
  4:1
**videographer** 2:5
  2:23 4:4 5:7,13
  12:12,15 67:21
  68:1 108:3,12,15
  130:14 131:1,4
  162:18,21 221:23
  250:5
**videotaped** 1:18
  2:1 9:23
**view** 104:1
**vintage** 29:11
**viral** 63:24 76:16
  77:11 105:21,23
  106:12,14 129:13
  188:5,12 214:24
  215:1 245:23
  246:9
**virtually** 7:22
**virus** 63:16 189:2
**visit** 106:4 212:21
  212:22
**vitae** 15:21
**vital** 46:21,24
**vitreous** 72:2,8,11
  76:14,24 128:2,4,5
  186:10 187:3,5
**voice** 9:2,3
**voiding** 121:25
**volume** 6:12,13
**vs** 1:7

**w**

**wade** 191:2
**wade's** 73:6 74:25
**wait** 8:1 67:2,7
  154:10
**waited** 68:10

**waiting** 66:18
  189:2 245:14,21
**waive** 249:18
**wakes** 168:12
**walk** 76:19
**walked** 244:4
**wall** 116:1 238:3,9
**walls** 85:15
**want** 5:11 6:11,19
  7:3,4,12 9:1,10,22
  15:20 16:7 26:23
  27:22 28:7 40:11
  41:21 45:8 54:13
  66:15 69:2 74:20
  86:23 88:13
  105:11 107:22
  108:3 110:5
  120:15 122:5
  123:8 131:12
  132:20 134:22
  140:23 148:17
  171:21,24 176:18
  184:10 186:8
  194:17,19 202:3
  207:22 213:9,17
  213:17,23 221:25
  222:23 228:20,23
  237:11,19 244:15
**wanted** 19:22 24:7
  40:19 72:19 205:1
  219:16 224:12
  234:13 235:2
**warnings** 242:10
**watched** 156:11
**watery** 203:13
**way** 18:1 29:6
  33:18 34:4,6 35:6
  35:6,9 41:19,21
  44:5,6 61:23
  66:12 82:4 83:9
  90:12 96:11

102:13 106:8
  109:21 117:6
  120:15 123:3,25
  124:4 128:24
  150:20 155:4
  160:5 171:19
  173:22 181:9
  184:3,15 195:2
  201:6 204:24
  219:23,24 222:8
  228:8,14 231:9,10
  246:6 247:12
**we've** 155:17
  169:3
**wearing** 126:23
**web** 224:25
**wednesday** 1:20
  2:3 4:2 24:7
**week** 8:2 53:19
**weight** 84:16,24
  85:8,13 87:25
  189:24 213:2,25
  213:25 214:10
**weights** 189:16,17
  189:18
**weird** 93:18
**went** 10:6 20:21
  20:24 32:24 133:4
  155:14,15 163:22
  178:21 202:24
  244:1,23
**west** 20:22
**wetmore** 2:12
**whatnot** 247:12
**whatsoever**
  246:25
**wheel** 74:7
**wheezing** 147:25
**whichever** 120:15
  160:5

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

August 12, 2020

**[white - younger]**

Page 47

| | | | |
|---|---|---|---|
| **white** 109:19,20 | 182:19 183:3,11 | **work** 14:1 26:13 | **y** |
| 116:4 151:8 181:8 | 184:9 186:18 | 32:15 66:12 77:8 | |
| 202:16 | 188:14 191:16 | 77:9 161:9 173:1 | **yeah** 30:24 41:23 |
| **wi** 12:10 | 193:17 194:1 | 236:19 | 44:5 52:12 53:1 |
| **wide** 90:2 | 195:7,10 196:12 | **worked** 17:4,12 | 72:7 78:20 89:14 |
| **wise** 16:17,17 | 196:15 197:20 | 31:10 226:6,12 | 91:24 119:2 |
| 115:13 140:4 | 199:7,14,25 | **workflow** 11:2 | 121:10,14 123:4 |
| 214:9 | 200:20 201:19 | **working** 13:17 | 127:17,21,22 |
| **wish** 207:24 | 202:6 203:20 | 17:7 26:6 189:19 | 135:2 139:10 |
| **witness** 2:4 5:15 | 204:11 205:19 | 226:7 230:20 | 168:19 172:16 |
| 5:17,17,22 11:15 | 206:3,7 207:5 | **works** 136:16 | 174:5,8,9 175:16 |
| 11:16 13:12,18 | 208:7,12 210:7,8,8 | **world** 50:12 | 176:14,17 179:25 |
| 25:10 27:20 38:3 | 210:22 212:6,25 | **worried** 34:14 | 181:25,25 183:25 |
| 38:22 39:2 42:14 | 213:4 217:11 | **worry** 50:17 | 184:4 185:21 |
| 44:5 45:1 49:16 | 218:2 219:21,23 | **wrap** 222:10 | 190:16,17,23 |
| 49:20 51:7 52:10 | 221:14 223:16 | **wrapped** 202:16 | 193:6 195:21 |
| 61:7 62:20 63:8 | 228:1,14 230:10 | **write** 35:6,10 40:3 | 197:11 201:8 |
| 63:21 65:4,23 | 232:10,21 233:25 | 138:11 179:9 | 205:22 218:23,24 |
| 66:14 67:16 70:17 | 238:19 240:6 | 196:4 | 219:12 236:12 |
| 71:19 75:13,21 | 241:21 242:13 | **writing** 26:21 | **year** 17:1,20 25:23 |
| 76:7 83:1 86:3 | 243:4 244:12 | 35:16 129:10,20 | 26:4 29:3 41:11 |
| 99:22 102:23 | 246:23 248:5 | 156:14 200:6 | 63:3 93:3 138:9 |
| 105:7 106:10 | 249:7,9,19,23 | 240:23 245:25 | 138:12 |
| 108:6,24 109:12 | 250:2 252:6,21 | **writings** 60:24 | **years** 7:18 11:1 |
| 111:6 112:7 113:1 | 253:8,10,12,19 | 61:5,7,9 100:6 | 18:20 29:5,7,8 |
| 113:11 114:19,21 | **witness's** 130:4 | 122:5 228:5 231:4 | 32:25 49:2 54:20 |
| 117:5 120:9 | 154:11 | **written** 100:5 | 75:5 93:14 102:6 |
| 123:24 124:14 | **witnesses** 204:8 | 227:21 229:13 | 104:25 114:8 |
| 125:24 126:11,17 | **woke** 206:22 | **wrong** 37:6 55:5 | 168:17 180:16 |
| 129:17 130:3,6,8,9 | **wondering** 24:16 | 61:15,15,16 86:4 | 239:3 |
| 130:17 131:23 | 110:1 188:10 | 115:2 158:17 | **yep** 239:4 |
| 138:2 139:16 | 190:25 | 178:21 186:12 | **yesterday** 36:2 |
| 140:9 141:24 | **word** 44:23 85:4 | 187:6,8,18,18 | 134:3,8,17 |
| 144:2 145:6 154:9 | 115:10,21 122:1 | **wrote** 10:7 28:6 | **york** 13:5,5 16:24 |
| 154:13 156:9 | 144:16 151:21,23 | 55:22 122:22 | 17:2,5 21:11,14 |
| 158:11 163:20,21 | 153:11 | 156:25 186:23 | 25:4,17 32:22 |
| 165:13 166:17 | **worded** 49:3 | 241:3 | **young** 58:11 |
| 167:13 168:5 | **words** 9:8 30:6 | | 168:18 |
| 169:8 170:3,23 | 32:14 60:5 95:23 | **x** | **younger** 138:15 |
| 171:14 172:13 | 98:1 105:2 145:1 | **x** 3:1,11 30:15 | |
| 179:23 181:1 | 162:4 220:6 | 31:1 109:1,1 | |
| | | 120:5 | |

Michael Ferenc , MD
In Re: Fisher-Price/Mattel

**[zambrano - zoom]**                                                    Page 48

| **z** |
|:---:|
| **zambrano**   2:23 |
| **zambranou**   4:8 |
| **zo**   3:13,15,17,20 |
|      3:22,23,24 |
| **z███**    5:6 132:14 |
|      137:8 163:6,13 |
|      165:8 175:24 |
|      177:1 181:8 182:9 |
|      185:2 193:3 204:4 |
|      204:8 210:18,23 |
|      211:4 212:20 |
|      214:21 215:5 |
|      216:24 239:15 |
| **z███'s**   177:21 |
|      180:24 200:11,16 |
|      204:22 207:23 |
|      212:9 217:16 |
| **zoom**   1:18 2:1,5 |
|      2:12,17,18,24 4:1 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.