# EXHIBIT 1

# Erik D. Christensen, M.D.
2081 Logan Avenue, Salt Lake City, UT 84108
Mobile: (801) 381-9393
E-mail: edcme01@gmail.com

**PROFESSIONAL EXPERIENCE:**

**Chief Medical Examiner**                                            July 2016-present
Utah Department of Health, Office of the Medical Examiner, 4451 South 2700 West, Taylorsville, UT 84129

**Assistant Program Director, Forensic Pathology Fellowship**       February 2019-present
University of Utah School of Medicine, Department of Pathology, Salt Lake City, UT 84112

**Toxicology Laboratory Director**                                   February 2016—present
Select Laboratory Partners, Greensboro, NC
Ascendant Behavioral Health, Taylorsville, UT

**Adjunct Instructor in Pathology**                                  August 2008--present
University of Utah School of Medicine, Department of Pathology, Salt Lake City, UT 84112

**Laboratory Director (interim)**                                    June 2020-March 2021
Utah Public Health Laboratory, Utah Department of Health, 4431 South 2700 West, Taylorsville, UT 84129

**Assistant Medical Examiner**                                       August 2008—June 2016
Utah Department of Health, Office of the Medical Examiner, 48 N. Mario Capecchi Drive, Salt Lake City, UT 84113

**Forensic Pathologist/Assistant Chief Medical Examiner**            June 2002—July 2008
Pathology Associates of Greenville, 8 Memorial Medical Court #1, Greenville, SC 29605
Greenville County Medical Examiner, 890 W. Faris Road, Greenville, SC 29605

**Assistant Chief Medical Examiner/Assistant Clinical Professor**    July 2001—June 2002
Office of the Chief Medical Examiner, Commonwealth of Virginia, 400 E. Jackson St., Richmond, VA 23219
Virginia Commonwealth University Health System, Medical College of Virginia, Richmond, VA 23298

Erik D. Christensen, M.D.                                                            Curriculum Vitae

**Staff Pathologist/Medical Director, Transfusion Services**        **July 1998—June 2000**
Womack Army Medical Center, Ft. Bragg, NC  28310

**Chief, Aviation Medicine/Chief, Department of Primary Care**        **July 1992—June 1994**
R.W. Bliss Army Community Hospital, Ft. Huachuca, AZ 85613

**Flight Surgeon/General Medical Officer**        **July 1991—June 1992**
Andrew Rader U.S. Army Health Clinic, Ft. Myer, VA 22211

**EDUCATION:**
<u>Graduate Medical</u>
**Fellowship, Forensic Pathology**        **July 2000—June 2001**
Medical College of Virginia Hospitals, Dept. of Legal Medicine, Richmond, VA 23298

**Residency, Anatomic and Clinical Pathology**        **July 1994—June 1998**
Madigan Army Medical Center, Tacoma, WA 98431

**Internship, Pediatrics (categorical)**        **July 1990—June 1991**
Walter Reed Army Medical Center, Washington, DC

<u>Graduate</u>
**Doctor of Medicine (M.D.)**        **August 1986—May 1990**
University of Virginia, School of Medicine, Charlottesville, VA  22908

<u>Undergraduate</u>
**Bachelor of Arts (B.A.), Philosophy**        **August 1980—April 1986**
Brigham Young University, Provo, UT  84602

**BOARD CERTIFICATION:**
Diplomate, American Board of Medicolegal Death Investigators, 8/28/2007
Diplomate, American Board of Pathology, Forensic Pathology, 11/19/2001
Diplomate, American Board of Pathology, Anatomic and Clinical Pathology, 5/27/1998
Diplomate, National Board of Medical Examiners, 7/1/1991

**LICENSURE:**
Virginia Medical License, No. 0101226949, expires 3/31/2022
South Carolina Medical License, No. 23071, expires 06/30/2021
Utah Medical License, No. 315477-1205, expires 1/31/2022
Arizona Medical License, No. 21156, inactive

Erik D. Christensen, M.D.                                                                                         Curriculum Vitae

**PROFESSIONAL ASSOCIATIONS/SERVICE:**
Fellow, American Academy of Forensic Sciences
    Chair, Pathology/Biology Section Best Resident Paper Committee, 2011—2016
Fellow, College of American Pathologists
Fellow, National Association of Medical Examiners
    Member, Inspection and Accreditation Committee
    Member, Standards Committee
Diplomate, American Board of Medicolegal Death Investigators
Member, American Medical Association
Member, Utah Medical Association
Member, Salt Lake County Medical Society
Member, Utah Society of Pathology
Member, RTI Technologies Medical Examiner/Coroner Forum, 2012—2017

**COMMITTEES:**
<u>Epidemiologic Review</u>
Utah Child Fatality Review Committee, 2008—present
Utah Domestic Violence Fatality Review Committee, 2016—present
Utah Opioid Fatality Review Committee, 2018—present

<u>Legislative Advisory</u>
Controlled Substance Advisory Committee, 2016—present
Cannabinoid Product Board, 2017—2019

**AWARDS:**
Finalist, Best Resident Paper competition, National Association of Medical Examiners Annual Meeting, Baltimore, Maryland, September 1997.

Expert Field Medical Badge (US Army), Fort Sill, OK, April 1994.

Army Commendation Medal (US Army), 1992, 1998

Meritorious Service Medal (US Army), 1994, 2000

Eagle Scout (with six palms), 1975.

**PUBLICATIONS:**
**Primary Author:**

Christensen ED, Lacsina EQ.  Mountaineering Fatalities on Mount Rainier, Washington, 1977-1997: Autopsy and Investigative Findings. *Am J Forensic Med Pathol* 1999; 20(2):173-179.

Christensen ED, Fierro MF.  CAP Forensic Pathology Series FR-A, Case FR-02 Sequencing multiple gunshot wounds of the head, College of American Pathologists, Chicago, IL. 2003.

Marsden L, Michalicek ZD, Christensen ED.  More on the Pathology of Vaping-Associated Lung Injury (letter).  *N Engl J Med* 2019; November 20, 2019 DOI: 10.1056/NEJMc1914980.

**Co-Author:**

Brown TA, Wall JW, Christensen ED, Smith DV, Holt CA, Carter PL, Patience TH, Babu SS, Williard WC. Atypical Hyperplasia in the Era of Stereotactic Breast Biopsy.  *J Surg Oncol*; 1998; 67:168-173.

Christensen ED, Berger J, Alashari MM, Coon H, Robison C, Ho H-T, Adams DR, Gahl WA, Smith KR, Opitz JM, Johnson DR. 2016. Sudden infant death "syndrome"—insights and future directions from a Utah population database analysis.  *Am J Med Genet A;* 2017 Jan;173(1):177-182.

Coon H, Darlington TM, Callor WB, Ferris E, Fraser A, Yu Z, William N, Das SC, Crowell SE, Puzia M, Klein M, Docherty A, Jerominski L, Cannon D, Smith KR, Keeshin B, Bakian AV, Christensen ED, Camp NJ, Gray D.  Identification of genome-wide significant shared genomic segments in large extended Utah families at high risk for completed suicide.  Submitted to *Am J Psychiatry,* August 2017.

Coon H, Darlington TM, DiBiasi E, Callor W, Ferris E, Fraser A, Yu Z, William N, Das SC, Crowell SE, Chen D, Anderson J, Klein M, Jerominski L, Cannon D, Shabalin A, Docherty A, Williams M, Smith K, Keeshin B, Bakain A, Christensen ED, Li Q, Camp NJ, Gray D. Genome-wide significant regions in 43 Utah high-risk families implicate multiple genes involved in risk for completed suicide.  *Molecular Psych 2018* https://doi.org/10.1038/s41380-018-0282-3.

Das SC, Chen D, Callor WB, Christensen ED, Coon H, Williams ME.  DiI-mediated analysis of pre-and postsynaptic structures inhuman postmortem brain tissue.  *J Comp Neurol*; 2019; Jun 1. doi: 10.1002/cne.2472.

Erik D. Christensen, M.D.                                           Curriculum Vitae

Docherty AR, Shabalin AA, DiBlasi E, Monson E, Mullins N, Adkins DE, Bacanu SA, Bakian AV, Crowell S, Darlington T, Callor BW, Christensen E, et al. Genome-wide association analysis of suicide death and polygenic prediction of clinical antecedents. American Journal of Psychiatry, in press (2020).

Fincher RK, Christensen ED, Tsuchida AM. Ampullary Somatostatinoma in a Patient with Merkel Cell Carcinoma. *Am J Gastroenterol*; 1999; 94:1955-1957.

Flammia DD, Christensen ED, Bateman HR, Saady JJ. Tissue Distribution of Molindone in a Multi-Drug Overdose. *J Anal Toxicol*; 2004; 28:533-536.

Haslam JA, Christensen ED. Backcountry Death Investigation. *Acad Forensic Pathol* ; 2012; 2(2):182-189.

McIntosh SE, Milliner B, Christensen ED, Nyberg AA, Grissom CK, Olivares CR, Kim HS, Tremper B, Brant-Zawadzki G. Cause of Death in Utah Avalanche Fatalities, 1989-90 through 2017-18 Winter Seasons. *Wilderness Environ Med 2019; 30(2): 191-4.*

Napolitano PG, Hoeldtke NJ, Moore KH, Calhoun BC, Christensen ED, Markenson GR, Hume RF. The fetoplacental pressor effects of low dose acetylsalicylic acid and angiotensin II in the ex vivo cotyledon model. *Am J Obstet Gynecol* 1997; 177:10931096.

Palacio JE, Altemus DA, Christensen ED, Sorensen GW. Unusual Recurrent Facial Lesion. *Arch Dermatol*; 1999 May; 135(5):595,598.

Salerno SM, Ormseth EJ, Roth BJ, Meyer CA, Christensen ED, Dillard TA. Sulfasalazine Pulmonary Toxicity in Ulcerative Colitis Mimicking Clinical Features of Wegener's Granulomatosis. *Chest* 1996; 110:556-559.

William N, Reissner C, Sargent R, Darlington T, DiBlasi E, Li QS, Callor WB, Ferris E, Jerominski L, Smith KR, Christensen ED, Camp NJ, Missler M, Williams ME, Coon H. Neurexin 1 Variants as Risk Factors for Suicide Death. Submitted to *Molecular Psychiatry,* March 2020.

**Abstracts:**

Anderson JS, Shabalin AA, Shade J, Bakian AV, Adkins DE, Callor WB, Christensen ED,

DiBiasi E, Gray D, Hayward C, Porteous DJ, Edwards AC, Li Q, Coon H, Docherty AR.  A Genome-Wide Association Study of Completed Suicide in Utah.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Bakian A, Chen D, Callor WB, Christensen ED, Docherty A, Gray D, Keeshin B, Lex A, Smith KR, Yu Z, Zhang Y, Coon H.  Using information in the electronic medical record to identify suicide subtypes.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Christensen ED.  Fatal Venous Air Embolism in a Postmenopausal Female During Consensual Sexual Intercourse:  A Case Report and Review of the Literature. *Proceedings of the American Academy of Forensic Sciences* 2006; 12:225-226.

Christensen ED.  Simultaneous Diabetic Ketoacidosis and Neuroleptic Malignant Syndrome in a Patient on Olanzapine.  *Proceedings of the American Academy of Forensic Sciences* 2006;12:251-252.

Christensen ED, Plymyer MR.  Acute Albuterol Intoxication in Acute Asthma: A Case Report and Review of the Literature.  *Proceedings of the American Academy of Forensic Sciences* 2004;10:372-373.

DiBiasi E, Qingqin S, Anderson JS, Callor WB, Christensen ED, Jerominski L, Sargent R, Gray D, Camp N, Shabalin A, Docherty A, Coon H.  Analyses of disease-associated and likely functional variants from PsychArray implicate genes involved in risk for completed suicide.  Submitted to World Congress of Psychiatric Genetics/American Society of Human Genetics, 2018.

Ho AL, Atkinson RM, Christensen ED.  Postmortem FilmArray Respiratory Pathogen Panel Testing in Pediatric Decedents.  National Association of Medical Examiners annual meeting, West Palm Beach, FL, October 13, 2018.

Krehbiel KA, Pestaner JP, Christensen ED.  Death Investigation of Mining Fatalities: The Utah Experience.  American Academy of Forensic Sciences Annual Meeting, Baltimore, MD, February 21, 2019.

Middleberg RA, Lemos NP, Christensen ED, Gill JR, Moffitt E, Stajic M.  Postmortem Pediatric Toxicology.  Proceedings of the American Academy of Forensic Sciences 2015; 21:1145.

Napolitano PG, Hoeldtke NJ, Christensen ED, Calhoun BC, Hume RF.  The effects of low dose acetylsalacylic acid and angiotensin II on the fetal-placental thromboxane and prostacyclin production in the ex vivo cotyledon model (abstract).  *Am J Obstet Gynecol* 1998; 178:S173.

Stanley NE, Pestaner JP, Christensen ED.  Drug Toxicity and Sudden Death in Infants and Toddlers.  National Association of Medical Examiners annual meeting, West Palm Beach, FL, October 13, 2018.

**Video:**

Christensen ED.  *Virtual Tour of the Office of the Chief Medical Examiner.*  Virginia Institute of Forensic Science and Medicine, Richmond, VA, 2001.

**INVITED LECTURES**

<u>Mountaineering Fatalities</u>, *VCUHS Department of Emergency Medicine Wilderness Medicine Symposium*, MCV Department of Emergency Medicine, Richmond, VA, April 2001.

<u>Introduction to the Forensic Autopsy</u>, *MCV/VCUHS Second Year Medical Student Autopsy Symposium*, MCV Department of Pathology, Richmond, VA, July 2001.

<u>Asphyxial Deaths</u>, *Basic Medicolegal Investigation of Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, April 2002, August 2004.

<u>Blunt and Sharp Force Injuries</u>, *Applied Forensic Science and Medicine for High School Teachers*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, July 2002.

<u>Blunt and Sharp Force Injuries</u>, *Basic Medicolegal Investigation of Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, October 2002.
<u>Asphyxial Deaths</u> and <u>Forensic Pathology Overview</u>, *Basic Medicolegal Investigation of Death, Part B,* Virginia Institute of Forensic Science and Medicine, Virginia Beach, VA, April 2003.

<u>Fire Deaths</u>, *Arson: Fighting Fire with Fire*, National District Attorneys Association at the National Advocacy Center, Columbia, SC, April 2003.

<u>Asphyxia and Drowning</u> and <u>Sharp and Blunt Force Injuries</u>, *Technology and Training for the Advanced Medicolegal Death Investigator*, South Carolina Coroners Association, Myrtle Beach, SC, June 2003.

Biological Terrorism: A Brief Overview, *VIFSM Fifth Anniversary Forensic Science and Medicine Convocation*, Virginia Institute of Forensic Science and Medicine, Las Vegas, NV, November 2004.

Biological Terrorism: A Brief Overview, *Basic Medicolegal Investigation o f Death*, Virginia Institute of Forensic Science and Medicine, Richmond, VA, August 2005.

What is Forensic Pathology, The Body As A Crime Scene, Coroner Jurisdiction in South Carolina, Death Certification, and Postmortem Toxicology, *South Carolina Criminal Justice Academy Coroner Training*, South Carolina Criminal Justice Academy, Columbia, SC, November 2, 2005.

Fire Deaths, *Arson and Explosives*, National College of District Attorneys, National District Attorneys Association, National Advocacy Center, Columbia, SC, April 2006.

Identification and Cause of Death in a Mass Fatality Incident, *After the Disaster Mass Fatality Training Conference*, Greenville County Coroner's Office, Greenville, SC, November 13, 2007.

Forensic Pathology and Bioterrorism Overview, *Bob Jones University Senior Nursing Student Seminar,* Bob Jones University, Greenville, SC, February 13, 2008.

Medicolegal Death Investigation in Greenville County, *Greenville County Medical Society meeting*, Poinsett Club, Greenville, SC, March 18, 2008.

Sudden and Unexpected Death of Cardiac Origin, *University of Utah Department of Pathology*, University of Utah, Salt Lake City, UT, October 24, 2008.

Medicolegal Autopsy, *Fall 2009 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 28, 2009.

Forensic Pathology 101, *Introduction to Health Professions Class,* Brigham Young University, Provo, UT, October 28, 2009.

Asphyxial Deaths, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, February 10, 2010.

Six Questions, *University of Utah Department of Pathology*, University of Utah, Salt Lake City, UT, August 31, 2010.

Wound Ballistics, *Fall 2010 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 28, 2010.

Pediatric Deaths, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, February 9, 2011.

Donation and the Medical Examiner, *IDS Donation and Transplantation Symposium*, University of Utah, Salt Lake City, UT, September 29, 2011.

Identification and Cause of Death in a Mass Fatality Event, *Fall 2011 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, October 3, 2011.

Sudden Unexpected Death: Non-Cardiac Causes, *University of Utah Department of Pathology,* University of Utah, Salt Lake City, UT, January 31, 2012.

Sudden Unexplained Infant Death: Update from the AAP and the ME Perspective, *34th Annual Common Problems in Pediatrics*, Utah Chapter of the American Academy of Pediatrics, Westminster College, Salt Lake City, UT, June 4, 2012.

Aviation Mishap Investigation and Pathology, *Fall 2012 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, November 14, 2012.

The Role of the Medical Examiner, *Advanced Trial Skills Course: Homicide*, Utah Prosecution Council, West Jordan, UT, November 28, 2012.

Office of the Medical Examiner: Jurisdiction and Evidence, *IMC Emergency Services Conference*, Intermountain Medical Center, Murray, UT, June 28, 2013.

Deaths in Custody, *Fall 2013 Death Investigation and Forensic Science Seminar,* Office of the Medical Examiner, Salt Lake City, UT, September 24, 2013.

Trazodone in an Eight-Month Old Child, *Postmortem Pediatric Forensic Toxicology session, American Academy of Forensic Sciences Annual Meeting*, American Academy of Forensic Sciences, Orlando, FL, February 20, 2015.

Asphyxia and Drowning, Cardiac Causes of Sudden Death, and Non-Cardiac Causes of Sudden Death, *Fall 2015 Death Investigation and Forensic Science Seminar*, Office of the Medical Examiner, Salt Lake City, UT, September 22-23, 2015.

Drug Intoxication Deaths in Utah, *Department of Anesthesiology Research Conference,* Department of Anesthesiology, University of Utah, Salt Lake City, UT, November 17, 2016.

Erik D. Christensen, M.D.                                                                                   Curriculum Vitae

Autopsy Techniques and Dissections, *Utah Funeral Directors Association Mid-Winter Meeting*, St. George, UT, January 13, 2017.

Identifying Infections and Disease in Medical Examiner/Coroner Cases, *Eye Bank Association of America Annual Meeting*, Salt Lake City, UT, June 17, 2017.

Forensic Pathology 101, *Forensic Anatomy High School Summer Session,* University of Utah, Salt Lake City, UT, July 20, 2017.

Drug Deaths in Utah, *Utah Funeral Directors Association, Region 1 meeting,* Draper, UT, September 14, 2017.

Drug Deaths in Utah, *Utah Chapter of Perioperative Nurses Association Annual Meeting,* Shriner's Hospital, Salt Lake City, UT, February 24, 2018.

Non-Cardiac Causes of Sudden Unexpected Death, *University of Utah Department of Pathology*, University of Utah School of Medicine, Salt Lake City, UT, May 16, 2018.

Office of the Medical Examiner: Jurisdiction and Evidence, *Intermountain Medical Center Trauma Conference*, Intermountain Medical Center, Murray, UT, June 4, 2018.

Mass Fatality Overview, OME Mass Fatality Plan Overview, *Human Remains Recovery Training*, Office of the Medical Examiner, West Jordan, UT, June 6-7, 2018.

Forensic Pathology 101, *Forensic Anatomy High School Summer Session*, University of Utah, Salt Lake City, UT, June 29, 2018.

Office of the Medical Examiner: Jurisdiction and Evidence, *Office of the Davis County Public Defender*, Davis County Courthouse, Farmington, UT, September 5, 2018.

Making Your Case for Funding, *Building On Success 2018*, Governor's Office of Management and Budget/Goldratt Consulting, Salt Lake City, UT, September 27-28, 2018.

Introduction to Forensic Pathology, *Foundations of Medicine (MS2022)*, University of Utah School of Medicine, Salt Lake City, UT, October 29, 2018.

Drug Deaths and Homicide Prosecution, *Overdose Death Investigation and Prosecution Training*, National Attorneys General Training & Research Institute, Salt Lake City, UT, December 5, 2018.

Erik D. Christensen, M.D.                                                                Curriculum Vitae

Mass Fatality Planning: The Role of the Office of the Medical Examiner, Keynote Speaker, *2019 Annual Conference and Business Meeting*, Utah Emergency Management Association, West Jordan, UT, January 9, 2019.

The Role of the Medical Examiner, *Ogden Surgical-Medical Society Annual Conference,* Ogden Surgical-Medical Society, Ogden, UT, May 16, 2019.

Postmortem FILMARRAY® Respiratory pathogen panel testing in pediatric decedents, *West Coast Epidemiology Conference*, Council of State and Territorial Epidemiologists, Salt Lake City, UT, October 25, 2019.

Introduction to Forensic Pathology, Foundations of Medicine (MS2022), University of Utah School of Medicine, Salt Lake City, UT, November 4, 2019.

Mass Fatality Incidents—Concepts and Planning, *Association of Healthcare Emergency Preparedness Professionals (AHEPP) Webinar*, AHEPP online, March 11, 2020.

Office of the Medical Examiner: Jurisdiction and Evidence, *Intermountain Medical Center Trauma Grand Rounds*, Intermountain Medical Center, Murray, UT, June 15, 2020.

Introduction to Forensic Pathology, Foundations of Medicine (MS2022), University of Utah School of Medicine, Salt Lake City, UT, November 5, 2020.

**TRAINING COURSES:**

| | |
|---|---:|
| **U.S. Army Flight Surgeon Course** | **1991** |
| U.S. Army School of Aviation Medicine, Fort Rucker, AL | |
| **Medical Effects of Ionizing Radiation** | **1992** |
| Walter Reed Army Medical Center, Washington, DC | |
| **Medical Effects of Chemical and Biological Weapons** | **1992** |
| Walter Reed Army Medical Center, Washington, DC | |
| **Hazardous Materials Awareness (NFPA 472-97)** | **2001** |
| Virginia Department of Fire Programs, Richmond, VA | |
| **Mass Fatalities Incident Response Planning** | **2005** |
| National Mass Fatalities Institute, Independence, MO | |

Erik D. Christensen, M.D.                                                                 Curriculum Vitae

**Mass Fatality Incidents for Medicolegal Professionals**                                **2007**
NTSB Training Center, Ashburn, VA

**Weapons of Mass Destruction Clinical Care Course**                                      **2008**
BNICE Colorado Training Center, Salt Lake City, UT

**VOLUNTEER EXPERIENCE:**
**Missionary, Church of Jesus Christ of Latter-day Saints**          **June 1981—December 1982**
Served as full-time representative of the Church in West Germany

**Scoutmaster**                                                        **January 2004—July 2008**
Directed scouts and adult leaders in their weekly meetings, camping trips and summer camps—5-10 hours per week

**Team Manager, Joga Futebol Clube**                                   **June 2011—June 2012**
Coordinated team travel, association and tournament registrations, finances

**Team Manager, Impact United Soccer Club**                            **June 2014—March 2016**
Coordinated team travel, association and tournament registrations, finances

**PERSONAL:**
Married, 4 sons; interests include running and music.

Updated April 20, 2021