# EXHIBIT 2

                                                      Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF ARIZONA
3
       Kathleen Courkamp, for herself ) Case No.
4      and on behalf of other         ) 2:19-cv-02689-GMS
       statutory beneficiaries,       )
5                                     )
                Plaintiff,             )
6                                     )
       v.                              )
7                                     )
       Fisher-Price, Inc., a foreign  )
8      corporation; Mattel, Inc., a   )
       foreign corporation,           )
9                                     )
                Defendants.            )
10     _____)
11
12
13         VIDEOTAPED VIRTUAL REMOTE DEPOSITION OF
14                 DETECTIVE THOMAS O'BRIEN
15
16                     Phoenix, Arizona
                       August 18, 2020
17                        4:59 p.m.
18
19
20
21
22
23
       REPORTED BY:
24     Janice Gonzales, RPR, CRR
       AZ Certified Court
25     Reporter No. 50844

```
 1        Q.   Did you learn at all during your
 2   investigation at what point in time that blanket may
 3   have been added to the Rock 'n Play sleeper?
 4        A.   My recollection is that was added after
 5   the baby was discovered -- or found deceased.  The
 6   fire department was called, and my understanding is
 7   that the fire department wrapped Baby Zoey in that
 8   blanket before placing her back in the bassinet.
 9             MR. COX:  And we'll mark those photos as
10   Exhibit 9.
11        (Exhibit 9 was marked for identification.)
12   BY MR. COX:
13        Q.   You can turn to Tab 12 which I'll
14   represent to you is another subset or fraction of the
15   exhibits -- sorry -- photographs from Exhibit No. 8
16   that depicts some of the drug paraphernalia that was
17   found in the home.  And I'll just ask you, in looking
18   through these pictures, do they appear to be a fair
19   and accurate representation of that drug
20   paraphernalia found in the home as you remember it
21   during your scene investigation?
22        A.   Yes.
23        Q.   Page 175 -- I think we kind of talked
24   about this a little bit earlier -- appears to be the
25   bong that you noticed on the outside of the
```

Case 2:19-cv-02689-GMS    Document 201-2    Filed 01/07/22    Page 4 of 4
Detective Thomas O'Brien                    August 18, 2020
In Re: Fisher-Price/Mattel

Page 149

1  that's in the police report and in the CAD report,
2  would you have any reason to disagree?
3       A.   No.
4       Q.   And we know that the fire department
5  assessed her, correct?
6       A.   Yes.
7       Q.   And then she was placed, we know, back
8  supine in the bassinet until the ME investigator
9  arrived.  Is that your understanding?
10      A.   Correct.
11      Q.   So in terms of lividity, are you able to
12  tell us any information about what it looked like at
13  the time of Zoey's death?
14      A.   No, other than what information was
15  provided by Officer Williams that the fire department
16  reported visible lividity on one of the infant's
17  legs.
18      Q.   Okay.  And that would have been based on
19  when she was pronounced, but do you actually know
20  when she passed away?
21      A.   I don't know when she passed away.
22      Q.   Okay.  There's a statement -- let me see
23  if I can get down to it.  Okay.  Sorry.  The next
24  paragraph that says "The basket of the bassinet."  Do
25  you see that?