# EXHIBIT 3

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
 2                         - - - - -
        KATHLEEN COURKAMP, FOR         :
 3      HERSELF AND ON BEHALF OF       :
        OTHER STATUTORY                :
 4      BENEFICIARIES,                 :
                    Plaintiff,         :
 5                                     : CASE NO.
               -vs-                    : 2:19-CV-02689-GMS
 6                                     :
        FISHER-PRICE, INC., A          :
 7      FOREIGN CORPORATION;           :
        MATTEL, INC., A FOREIGN        :
 8      CORPORATION                    :
                    Defendants.        :
 9
                           - - -
10
                 Thursday, September 30, 2021
11
                           - - -
12
13           VIDEOTAPED deposition of MICHAEL
14      GOODSTEIN, M.D., held at the Hershey Hotel, 100
15      Hotel Road, Hershey, Pennsylvania, commencing at
16      9:28 a.m., on the above date, before Denise L.
17      Travis, RPR, Court Reporter and Notary Public in
18      the Commonwealth of Pennsylvania.
19                         - - -
20
21
22
23
24
25
```

Page 66

1    me.  I don't appreciate that.
2       BY MS. COHEN:
3    Q.         Okay.  Go ahead.  If you want to change your
4    answer, go ahead.
5    A.         I'm not changing my answer.  I am being -- I
6    am being more specific about my answer, because the
7    answer is if you're looking at SIDS cases in terms of
8    incline -- specific SIDS cases, then there are no
9    reports related to that.  However, however, when you
10   look to see if there are potential risks to the baby
11   at an incline, there are -- there are specific data
12   that show that at as little as a 30-degree incline,
13   the baby can start to have desaturation events.
14                    In the Mannen study, I believe at 20
15   degrees, they had some lower saturations in the
16   babies -- oxygen saturations in the babies and that as
17   little as 20 degrees, you can start to see fatigue of
18   muscles when the babies are in prone positions in
19   terms of respiratory muscles, neck muscles.
20                    So if -- if that were a contributory
21   factor to a child either having SIDS, a suffocation,
22   some sort of asphyxia event, that angle of a product
23   could contribute to that child's death.
24                    So, yes, there is this relatively
25   new -- new data, some of that.  So I apologize for not

Case 2:19-cv-02689-GMS   Document 201-3   Filed 01/07/22   Page 4 of 6
Michael Goodstein, M.D.                September 30, 2021
In Re: Fisher-Price/Mattel

Page 187

| | | |
|---|---|---|
| 1 | Q. | Okay.  There's a lot of repetition. |
| 2 | A. | Oh, it's terrible.  This happens with |
| 3 | | records.  Oh, my God.  I don't know if that's what |
| 4 | | they use, but it just repeats and repeats and repeats. |
| 5 | Q. | Okay.  But they diagnosed her with an upper |
| 6 | | respiratory illness.  Correct? |
| 7 | A. | Um-hum.  Yeah.  On average, children the |
| 8 | | first year of life get diagnosed with eight to nine |
| 9 | | infections.  So it would be nothing unusual.  And it |
| 10 | | could also make some people who are not primary |
| 11 | | caregivers think that the child is always sick when |
| 12 | | they're not. |
| 13 | Q. | And how much -- or how long before her -- |
| 14 | | again, her unfortunate death did this happen?  This |
| 15 | | was April 21st, 2014. |
| 16 | A. | I believe it was approximately two months, |
| 17 | | give or take.  I don't know what the exact timing was, |
| 18 | | but she died in June.  Right? |
| 19 | Q. | Page 31 -- they talk on page 31 about |
| 20 | | congestive cough.  Do you see that? |
| 21 | A. | No, I don't know where you're at. |
| 22 | Q. | Bates No. 31 at the bottom.  Yeah, June 19th. |
| 23 | | Okay. |
| 24 | A. | This says April 21st. |
| 25 | | MR. OSBORNE:  Yeah, you mean date of |

Case 2:19-cv-02689-GMS   Document 201-3   Filed 01/07/22   Page 5 of 6
Michael Goodstein, M.D.                September 30, 2021
In Re: Fisher-Price/Mattel

Page 275

1       in SUID.
2    Q.        Does the video illustrate the exhaled of
3     breath of an infant in a supine position on the one
4     hand and a prone position on the other into fabric?
5    A.        Yes.
6    Q.        And what is the important about the
7     difference between what the physics show the breath
8     does in one position versus the other as illustrated
9     in the Israeli video?
10                  MS. COHEN:  Objection.  Scope.
11    Foundation.  Form.
12                  THE WITNESS:  Again, I'm not -- I'm
13    not a physiologist.  I certainly would be -- my forte
14    is not to be in a lab like that.  But from talking to
15    Dr. Greenblatt, reading the article to the best of my
16    ability, what you see is when the baby has nothing
17    around it, there's no accumulation of toxins or a
18    decrease in oxygenation for the baby to breathe in;
19    but in that prone position when there's less space,
20    that gas doesn't move.  It becomes trapped.  And so
21    the baby starts rebreathing that.
22                  And the -- you know, although we
23    don't understand everything about how SIDS occurs and
24    how these deaths with asphyxia occur, certainly
25    intermittent rebreathing of gases or intermittent

1  episodes of low oxygen levels and hypoxemia, some
2  People conjecture -- Karl Hunt, who is a big SIDS
3  researcher, and Juno (phonetic) Ramirez up in Seattle,
4  they think that these intermittent episodes of low
5  oxygen levels can cause an ongoing process of damage
6  to these areas in the brain that they see on, you
7  know, Dr. Kinney's evaluation and such that may lead
8  to damage to the areas where arousal -- you know, an
9  arousal correction response occurs.  So even if it's
10 not a straightforward one-time event, repetitive
11 insults of poor oxygenation can cause injury in the
12 brain.  And one of the theories is that could lead to
13 a future event where the baby does not respond to a
14 threatening environment and may become asphyxiated
15 and -- and die.
16 BY MR. OSBORNE:
17 Q.       And just to be clear for the jury, what is it
18 about the exhaled air that is rebreathed that is bad?
19            MS. COHEN:  Objection to form.
20 Foundation.  Beyond the scope of his reports.  And --
21 yeah, that's it.
22            THE WITNESS:  Well, if you keep
23 rebreathing the same air, the oxygen content goes down
24 and carbon dioxide levels go up.  And that will
25 eventually to cause organ injury and eventual death.