# EXHIBIT 4

                                                              Page 1

 1            UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4   Kathleen Courkamp, for herself )
     and on behalf of other         ) No. 2:19-cv-02689-GMS
 5   statutory beneficiaries,       )
                                    )
 6              Plaintiff,          )
                                    )
 7   vs.                            )
                                    )
 8   Fisher-Price, Inc., a foreign  )
     corporation; Mattel, Inc., a   )
 9   foreign corporation,           )
                                    )
10              Defendants.         )
     _____)
11
12
13
14
15      VIDEOTAPED ZOOM DEPOSITION OF FARREL SWOPE
16                   Phoenix, Arizona
                     June 12, 2020
17                   12:02 p.m.
18
19
20
21
22
     Reported by:
23   JARDENE L. PLATT, RPR
     AZ Certificate No. 50937
24
25

Page 19

```
 1        Q.    Tab 3.
 2              And then while we are doing the marking
 3   exhibits just to make this easier on us, I will also
 4   go ahead and designate and mark as the second exhibit
 5   for this deposition, is the set of photos.  You will
 6   be able to access those, and for the court reporter
 7   and videographer and counsel, these are again the
 8   medical MC -- MCOME-000110 through last page 182.  So
 9   we will have those sets of photos out as well as
10   Exhibit 2.
11                 (Exhibit 2 was marked for
12                 identification and is attached
13                 hereto.)
14   BY MS. COHEN:
15        Q.    And that is in tab -- which tab in his
16   binder?
17              MS. NG:  Four.
18   BY MS. COHEN:
19        Q.    Tab 4 in your binder.  So those two will be
20   ones we will go through with you.
21              Then you did mention a death certificate
22   and so -- see if I can find that real quick.  The
23   death certificate has the Bates number at the end of
24   000108.  352754-000108.  Which tab is that of his?
25              MS. NG:  That is tab 7.
```

1   record.
2           We talked already about the -- you see on
3   the medical examiner's records on page 2, it says
4   "cause of death unknown, manner undetermined."
5           Again, is that something that you would
6   have known back in 2014 or is that something you may
7   have just learned when you received the subpoena and
8   pulled this from the file?
9       A.  Yeah.  I didn't -- I had no knowledge of
10  what the cause of death was until I received the
11  subpoena.
12      Q.  Now, we have also a full set of police
13  records.  We have the full police file.  We have the
14  police photos, some of which cover the same things
15  your photos cover but, you know, separately produced
16  to us.
17          Would you have ever seen those records,
18  that is police report, police file or police photos?
19      A.  No.
20      Q.  I think that makes it easy.  We are not
21  going to probably go over those with you unless we
22  have a specific question because you haven't seen
23  them.  Okay.  We included them in your package.
24          Again, to prepare for today, other than I
25  guess talking about logistics with your colleague