# EXHIBIT 5

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ARIZONA
 3
         Kathleen Courkamp, for herself ) Case No.
 4       and on behalf of other         ) 2:19-cv-02689-GMS
         statutory beneficiaries,       )
 5                                      )
                   Plaintiff,           )
 6                                      )
         v.                             )
 7                                      )
         Fisher-Price, Inc., a foreign  )
 8       corporation; Mattel, Inc., a   )
         foreign corporation,           )
 9                                      )
                   Defendants.          )
10       _____)
11
12
13          VIDEOTAPED VIRTUAL REMOTE DEPOSITION OF
14                  DETECTIVE MICHELLE REYES
15
16                      Phoenix, Arizona
                        August 17, 2020
17                       9:17 a.m. MST
18
19
20
21
22
23
         REPORTED BY:
24       Janice Gonzales, RPR, CRR
         AZ Certified Court
25       Reporter No. 50844
```

1   appear to be photographs taken that depict Zoey in
2   the Rock 'n Play sleeper; is that right?
3       A.   Yes.
4       Q.   And do you know whether these were taken
5   by Specialist Shoemake [sic] before or after you
6   arrived?
7       A.   They were taken after.  So they typically
8   wouldn't be called until we're called.
9       Q.   All right.  So that would be someone who
10  would come out with you?
11      A.   Correct.
12      Q.   And were you present while the
13  photographs were being taken?
14      A.   Maybe not all of them, but Detective
15  O'Brien would be present.
16      Q.   Right.  And so is it your understanding
17  this is the room in which Zoey slept the night before
18  her death, right?
19      A.   That's correct, yes.
20      Q.   You also note -- do you know if the
21  blanket -- there's a blanket there.  Do you know if
22  the blanket was in the bassinet with her when she was
23  placed in bed the night before?
24      A.   It was not.  Fire gave that to them.
25      Q.   Oh, there was a fire department there?