Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ARIZONA
 3
        Kathleen Courkamp, for herself ) Case No.
 4      and on behalf of other         ) 2:19-cv-02689-GMS
        statutory beneficiaries,       )
 5                                     )
                   Plaintiff,          )
 6                                     )
        v.                             )
 7                                     )
        Fisher-Price, Inc., a foreign  )
 8      corporation; Mattel, Inc., a   )
        foreign corporation,           )
 9                                     )
                   Defendants.         )
10      _____)
11
12
13        VIDEO-RECORDED DEPOSITION OF KEVIN W. CLEARY, D.O.
14
15
16                       Phoenix, Arizona
                         April 29, 2021
17                         10:09 a.m.
18
19
20
21
22
23
        REPORTED BY:
24      Janice Gonzales, RPR, CRR
        AZ Certified Court
25      Reporter No. 50844
```

Page 84

1      A.   That's due probably to the amniotic fluid
2   that the baby ingested.
3      Q.   Okay.  And then the conclusion says,
4   "Slightly hazy increased density noted which may
5   represent retained fetal lung fluid or surfactant" --
6      A.   Surfactant.
7      Q.   -- "surfactant deficiency if the
8   patient's premature"?
9      A.   Correct.
10     Q.   What does that mean?
11     A.   Surfactant is a substance that the body
12   produces to act as kind of a lubricant.  It helps the
13   lungs to slide easier when they expand and contract.
14   And if they're premature, surfactant levels
15   frequently are decreased.
16     Q.   Was there another chest X-ray taken or
17   was that it?
18     A.   I would have to look back and see.  I'm
19   assuming this was the only one.
20     Q.   And the hope was that would dissipate, I
21   guess, over time?
22     A.   Correct.  As it did clinically, so...
23     Q.   Now, an echocardiogram was ordered
24   because of the heart murmur; is that right?
25     A.   Well, yes.

Case 2:19-cv-02689-GMS   Document 201-6   Filed 01/07/22   Page 3 of 7
Kevin Cleary, DO
April 29, 2021
In Re: Fisher-Price/Mattel

Page 115

```
 1      that call?
 2              A.   Correct.
 3              Q.   And then, let's see.  And then you're at
 4      10/30 is now visit 2.  Does that look right to you?
 5              A.   Yes, a 1-month-old visit.
 6              Q.   Yep.
 7              A.   Yes.
 8              Q.   So here -- let's see.  We have -- let's
 9      take a look at the top part.  Is that the same person
10      or is it somebody else?
11              A.   That's somebody else writing that.
12              Q.   Okay.  How many different people would
13      potentially do that?
14              A.   I had two MAs at that time.
15              Q.   Who was the second one?
16              A.   Josie.
17              Q.   And is she still around at the office?
18              A.   Yeah, I think she is.
19              Q.   What's her last name?
20              A.   Santabenez.
21              Q.   Is that supposed to be a J there?
22              A.   I assume so, yes.
23              Q.   Okay.  Let's see.  So here we have weight
24      8.3 and listed as 25 percent; is that right?
25              A.   Correct.
```

1          Q.   Now, that's gone down from the 50.  Does
2     that concern you at all?
3          A.   No, the baby's gaining weight and it's in
4     a normal range.
5          Q.   Okay.  And then the length is 21 and
6     that's still at 50 percent?
7          A.   50 percentile.
8          Q.   And now what's happening with the head
9     circumference?
10         A.   Head circumference, it's at 25th
11    percentile.  14.
12         Q.   Okay.  So still under the 50 from birth?
13         A.   Correct.
14         Q.   But increasing from the 10?
15         A.   Correct.
16         Q.   All right.  Were any of these statistics
17    or percentiles concerning to you?
18         A.   No.
19         Q.   And here it again lists Katie as a person
20    accompanying?
21         A.   Yes.
22         Q.   And whether the dad was there or not, you
23    just don't recall?
24         A.   I don't know.
25         Q.   So now let's look at the developmental

1           A.   Yes.
2           Q.   Would have listened to her lungs?
3           A.   Yes.
4           Q.   And had you heard any respiratory issues
5     or any heart issues, would you have noted that on the
6     abnormal notes?
7           A.   Yes.
8           Q.   And in this case, what did you note for
9     Zoey in terms of all of her body parts that you
10    checked?
11          A.   Healthy female.
12          Q.   And was everything within normal limits?
13          A.   Yes.
14          Q.   And Zoey's weight, I think it looks like
15    it's 14.9.  How do you measure -- how do you measure
16    the weight at your office?
17          A.   We have a scale.  We have a specific
18    infant scale.
19          Q.   Okay.  And is the technique to have the
20    baby without a diaper?
21          A.   Usually I would like that, but to be
22    honest with you, I think that did not always occur.
23          Q.   Do you know if that would be noted?  You
24    know, if the baby had a heavy diaper on, you know,
25    would that be noted, or would they try and take it

Case 2:19-cv-02689-GMS   Document 201-6   Filed 01/07/22   Page 6 of 7
Kevin Cleary, DO                                   April 29, 2021
In Re: Fisher-Price/Mattel

Page 187

1    off before doing weight?
2                MS. COHEN:  Objection.  Form.
3                THE WITNESS:  I don't know.  I usually
4    left that up to the MAs.  They were fairly consistent
5    with how they did it.
6    BY MS. SCHRINER:
7        Q.    That is absolutely fair enough.  Let ask
8    you in general because we've now gone through all the
9    visits.  I don't see a single visit on here for
10   anything related to Zoey ever being sick.  Did you
11   see any notation anywhere in any of the records that
12   we went over with Ms. Cohen or the ones that I showed
13   you today of Zoey ever being sick?
14               MS. COHEN:  Objection to form.
15               THE WITNESS:  No, nothing in here.  There
16   was the question about the one visit for the runny
17   nose.
18   BY MS. SCHRINER:
19       Q.    And in terms of -- we don't actually have
20   a record for that.  We're just going off of, I think,
21   a code.  Do you have any information as to whether or
22   not, you know, Zoey might have just had some seasonal
23   allergies versus she had a little cold versus who
24   knows?
25       A.    That was -- the code that was listed was

Case 2:19-cv-02689-GMS   Document 201-6   Filed 01/07/22   Page 7 of 7
Kevin Cleary, DO                                          April 29, 2021
In Re: Fisher-Price/Mattel

Page 209

1    of the hospital in approximately three days with no
2    NICU admission.  Is that your understanding of her
3    hospital and birthing records?
4         A.    Yes.
5         Q.    Is three days an extraordinary time to be
6    in the hospital for a baby who was just born?
7               MS. COHEN:  Objection.  Form.
8               THE WITNESS:  Not unusual.  Most of them
9    would go home in 24 to 48, but, you know, if you're
10   waiting on a test result or something, it's better to
11   keep the baby until you get those.
12   BY MS. SCHRINER:
13        Q.    And Zoey's only issue -- or let me ask
14   you this.  Was Zoey's only issue just the gulping of
15   the fluid?
16              MS. COHEN:  Objection to form.
17              THE WITNESS:  Yes.
18   BY MS. SCHRINER:
19        Q.    I'm just going to go through and see if
20   there's anything else that we haven't already talked
21   about.  I did want to ask you a question about, in
22   your records, there's a point where you do stop
23   discussing supine sleep at the 4-month appointment
24   and it's not in your record anymore.  Is there a
25   reason why the supine sleep falls off?  Is that not