# EXHIBIT 1

# CURRICULUM VITAE

## MICHAEL H. GOODSTEIN, M.D.

Date of Birth: September 28, 1961

Citizenship: USA

Marital Status: Married (Barbara, 1993)

Children: Jonathan, 1999

Current Address:

| | Professional | Home |
|---|---|---|
| Current Address: | Division of Newborn Medicine<br>York Hospital<br>1001 S. George Street<br>York, PA 17405-7198 | 2231 Tall Oaks Lane<br>York, PA 17406 |


Degree:

B.A., Biology, University of Rochester
Rochester, NY, May 1983

M.D., Albert Einstein College of Medicine
Bronx, NY, May 1987

Post Graduate Training:

| | |
|---|---|
| July 1987 - June 1988 | Pediatric Intern, St. Christopher's Hospital for Children, Philadelphia, PA |
| July 1988 - June 1990 | Pediatric Resident, St. Christopher's Hospital for Children, Philadelphia, PA |
| July 1990 - June 1993 | Fellow in Neonatal-Perinatal Medicine, Temple University School of Medicine, Temple University Hospital and St. Christopher's Hospital for Children, Philadelphia, PA |

Professional Appointments:

| | |
|---|---|
| July 1993 - Present | Staff Neonatologist/Wellspan Medical Group<br>NICU, York Hospital<br>York, PA |
| July 2018- Present | Division Chief of Newborn Medicine, WellSpan Neonatology |
| July 2018- Present | Site Director, WellSpan Neonatology |

Academic Appointments:

| | |
|---|---|
| July 1991 - June 1993 | Instructor, Department of Pediatrics, Temple University School of Medicine, Philadelphia, PA |
| January 1996- | Clinical Assistant Professor of Pediatrics, College of Medicine, The |

| | |
|---|---|
| February 2014 | Pennsylvania State University |
| February 2014-May 2020 | Clinical Associate Professor of Pediatrics, College of Medicine, The Pennsylvania State University |
| May 2020-present | Clinical Professor of Pediatrics, College of Medicine, The Pennsylvania State University |

Licensure:

| | |
|---|---|
| 1988 | State of Pennsylvania MD 042258-E |

Certification:

| | |
|---|---|
| 1988 | National Board of Medical Examiners |
| 1990 | American Board of Pediatrics (Pediatrics) |
| 1993 | American Board of Pediatrics (Neonatal-Perinatal Medicine) |
| 1996-present | Neonatal Resuscitation Program Instructor |

Recertification:

| | |
|---|---|
| 1999 | American Board of Pediatrics (Pediatrics) |
| 1999 | American Board of Pediatrics (Perinatal-Neonatal Medicine) |
| 2007 | American Board of Pediatrics (Perinatal-Neonatal Medicine) |
| 2007 | American Board of Pediatrics (Pediatrics) |
| 2017 | American Board of Pediatrics (Perinatal-Neonatal Medicine) |
| 2019 | American Board of Pediatrics (Pediatrics) |
| 2019 | American Board of Pediatrics (Perinatal-Neonatal Medicine) |

ABP Number: 217183

Professional Society Membership:

| | |
|---|---|
| 1989-present | American Medical Association |
| 1989-present | American Academy of Pediatrics |
| 1989-2000 | Pennsylvania Medical Society |
| 1989-1993 | Philadelphia County Medical Society |
| 1993-2000 | York County Medical Society |
| 2014-present | International Society for the Study and Prevention of Perinatal and Infant Death |
| 2019-present | American Association of SIDS Prevention Physicians |

Staff Appointments:

| | |
|---|---|
| 1993-present | Associate Appointment York Hospital |
| 1993-2020 | Associate Appointment Memorial Hospital |
| 2004-2018 | Consulting Staff Hanover Hospital |
| 2016-present | Associate Appointment Chambersburg Hospital |
| 2018-present | Associate Appointment Good Samaritan Hospital |
| 2018-present | Affiliate Appointment Gettysburg Hospital |

Awards and Honors:

| | |
|---|---|
| 1979-1983 | Wolfe Vishniac Scholarship |
| 1982 | Phi Beta Kappa |
| 1983 | Graduated Summa Cum Laude, U. of Rochester |
| 1983-1987 | Scholarship, Albert Einstein College of Medicine of Yeshiva University |
| 2009 | York Hospital Excellence in Caring and Practice Award: Collaborative Research, Evidence-Based Practice |
| 2009 | York Hospital Excellence in Caring and Practice Award: Excellence in Physician-Nurse Collaboration Awards, Collegial, Respectful Partner |
| 2009 | AAP Special Achievement Award |
| 2010 | National Cribs for Kids Award for Continued Support |
| 2013 | Cribs for Kids National Leadership Award |
| 2014 | Hospital Association of Pennsylvania Achievement Award, Community Benefit Category: The Hospital as a Village: Saving Babies' Lives |

Research Activities:

Blood transfusions in the neonate
SIDS risk reduction, prevention of accidental infant sleep deaths

Book Chapters:

Neonatal Red Cell Transfusion in Herman JH, Manno CS. Pediatric Transfusion Therapy. Bethesda, MD: AABB Press, 2002.

Environmental Risk Factors for SIDS in Cohen MC, Scheimberg IB, Beckwith JB, Hauck FR. Investigation of Sudden Infant Death Syndrome. Cambridge University Press, 2019. https://doi.org/10.1017/9781108186001.023

Special Situations: Co-occurring Health Conditions in Moon RY. Infant Safe Sleep: A Pocket Guide for Clinicians. Springer International Publishing, 2020. DOI:10.1007/978-3-030-47542-0.

Articles Published:

1) Goodstein MH, Locke RG, Wlodarczyk D, Goldsmith LS, Rubenstein SD and Herman JH. Comparison of two preservative solutions for erythrocyte transfusions in newborn infants. J Pediatr 1993;123:783-788.

2) Locke R, Baumgart S, Locke K, Goodstein M, Thies C, and Greenspan J. Effect of maternal depression on premature infant health during initial hospitalization. JAOA 1997;97:145-149.

3) Kellogg JA, Ferrentino FL, Goodstein MH, Liss J, Shapiro SL, and Bankert DA. Frequency of low level bacteremia in infants from birth to two months of age. Pediatr Infect Dis J 1997;16:381-385.

4) Goodstein MH, Herman JH, Smith JF, and Rubenstein SD. Metabolic consequences in very low birth weight infants transfused with older AS-1 preserved erythrocytes. Pediatric Pathology and Molecular Medicine 1999; 18:173-185.

5) Goodstein MH. Looking at Books. Pediatric Transfusion: A Physician's Handbook. (Invited book review) AABB News 2004; July/August: 41-43.

6) Goodstein MH, Flynn JT. Little patients, big numbers: Evaluating and managing infant hypertension. (Invited article) Contemporary Pediatrics 2005; 22:48-71.

7) Ibarra B and Goodstein MH. Cribs for Kids: York Hospital's Journey in Promoting Safe Sleep Environments for Their Community. Advances for Nurses (electronic edition). http://nursing.advanceweb.com/Editorial/Content/PrintFriendly.aspx?CC=204826

8) Alur P, Cirelli J, Goodstein M, Bell T, Liss J. Audiovisual Presentations on a Handheld PC Are Preferred As an Educational Tool by NICU Parents. Appl Clin Inf 2010; 1: 142-148 http://dx.doi.org/10.4338/ACI-2010-01-RA-0005

9) Ibarra B and Goodstein M. Family Teaching Toolbox: A parent's guide to a safe sleep environment. (Invited article) Advances in Neonatal Care 2011; 11(1):27–28.

10) TASK FORCE ON SUDDEN INFANT DEATH SYNDROME. SIDS and Other Sleep-Related Infant Deaths: Expansion of Recommendations for a Safe Infant Sleeping Environment http://pediatrics.aappublications.org/cgi/doi/10.1542/peds.2011-2284

11) TASK FORCE ON SUDDEN INFANT DEATH SYNDROME. Technical Report. SIDS and Other Sleep-Related Infant Deaths: Expansion of Recommendations for a Safe Infant Sleeping Environment Task Force on Sudden Infant Death Syndrome Pediatrics 2011; 128(5): e1341-e1367 (doi: 10.1542/peds.2011-2285)

12) Darnell RA, Goodstein MH, Hauck FR, and Moon RY. American Academy of Pediatrics' Task Force on SIDS Fully Supports Breastfeeding. (letter to editor) Breastfeeding Medicine.2014;9(9):486-487. (DOI: 10.1089/bfm.2014.0110)

13) Goodstein MH and Moon RY. Rev. of "Influence of Bedsharing Activity on Breastfeeding Duration Among US Mothers" by Huang Y, Hauck FR, Signore C, et al. Yearbook of Pediatrics 2015, Elsevier Mosby 2015. 387-390.

14) Goodstein MH, Bell T, and Krugman SD. Improving Infant Sleep Safety Through a Comprehensive Hospital-Based Program. Clinical Pediatrics. 2015; 54(3) 212–221. (DOI: 10.1177/0009922814566928)

15) Braga MS, Kabbur P, Alur P, Goodstein MH, Roberts KD, Satrom K, Shivananda S, Goswami I, Pappagallo M, Briere CE and Suresh G. Current practice of neonatal resuscitation documentation in North America: a multi-center retrospective chart review. BMC Pediatrics 2015.15:184. DOI: 10.1186/s12887-015-0503

16) Goodstein MN, Hauck FR, Darnall RA, Feldman-Winter L, Moon RY. Swaddling is not contraindicated in the newborn period (letter to editor) J Perinatology.2016;36:160. doi:10.1038/jp.2015.182

17) Feldman-Winter L, Goldsmith JP, Moon, RY, Darnall RA, Goodstein MG, Hauck, FR. Safe Sleep and Skin-to-Skin Care in the Neonatal Period for Healthy Term Newborns. Pediatrics. 2016;138(3):e20161889.

18) SIDS and Other Sleep-Related Infant Deaths: Updated 2016 Recommendations for a Safe Infant Sleeping Environment. TASK FORCE ON SUDDEN INFANT DEATH SYNDROME. Pediatrics. 2016;138(5):e20162938. DOI: 10.1542/peds.2016-2938.

19) Moon RY and AAP TASK FORCE ON SUDDEN INFANT DEATH SYNDROME. SIDS and Other Sleep-Related Infant Deaths: Evidence Base for 2016 Updated Recommendations for a Safe Infant Sleeping Environment. Pediatrics. 2016;138(5): e20162940.

20) Burgess A, Bell T, Cirelli J, Clymer BJ, Goodstein MN. Nursing Students' Knowledge and Attitudes Toward Infant Sleep Safety. Teaching and Learning in Nursing. 2017:12(4): DOI: http://dx.doi.org/10.1016/j.teln.2017.05.007

21) Goodstein MH and Ostfeld BM. Improvement in Infant Sleep Position: We Can Do Better!. *Pediatrics.* 2017;140(3):e20172068. DOI: 10.1542/peds.2017-2068

22) Goodstein MH, Lagon E, Bell T, Joyner BL, Moon RY. Stock Photographs Do Not Comply With Infant Safe Sleep Guidelines. Clinical Peds. 2017: https://doi.org/10.1177/00099228177286

23) Cirelli J, Clymer B, Burgess A, Aguilar J, Bell T, Goodstein MH. Evaluation of Nursing School Educators' Knowledge and Attitudes Regarding Infant Sleep Safety. Nursing Education Perspectives. 2018;39(4):e7-13. doi: 10.1097/01.NEP.0000000000000334.

24) Feldman-Winter L, Goodstein MH, Hauck FR, Darnell RA, Moon RY. Proposed guidelines for skin-to-skin care and rooming-in should be more inclusive. J Perinatology. https://doi.org/10.1038/s41372-018-0175-y.

25) Garofalo NA, Pellerite M, Goodstein M, Paul DA, Hageman JR. Sudden Unexpected Postnatal Collapse (SUPC): One Newborn Death is One Too Many: Current Concepts. Neonatology Today. 2019:14(2):55-8.

26) Tyrala E, Goodstein MH, Batra E, Kelly B, Bannon J, Bell T. Post-Partum Skin-to-Skin Care and Infant Safety: Results of a State-Wide Hospital Survey. Global Pediatric Health. 2021:7:1-8. https://doi.org/10.1177/2333794X21989549

27) Goodstein MH, Stewart DL, Keels EL, Moon RY. Clinical Report: Transition to a Safe Home Sleep Environment for the NICU Patient. Pediatrics. In Press.

28) Goodstein MH, Stewart DL, Keels EL, Moon RY. Technical Report: Transition to a Safe Home Sleep Environment for the NICU Patient. Pediatrics. In Press.

Abstracts Presented/Published:

1) Goodstein MH, Goldsmith LS, Herman JH, Rubenstein SD: Safety and efficacy of neonatal transfusions of packed RBCs preserved with AS-1. Ped Res 1992; 31 (4): 266A.

2) Goodstein MH, Greenspan JS, Friss HE, Locke RG, Rubenstein SD: Extrauterine pulmonary development in the healthy preterm infant: Hidden morbidity at discharge. Ped Res 1992; 31 (4). Poster presented at Society for Pediatric Research, Baltimore, Maryland (5/92)

3) Goodstein MH, Wlodarczyk DA, Goldsmith LS, Rubenstein SD, Herman JH: AS-1 is beneficial in neonatal transfusions. Transfusion 1992; 32:115 Poster presented at American Academy of Blood Banking, San Francisco, CA (11/92).

4) Goodstein MH, Smith J, Herman JH, Rubenstein, SD: Use of AS-1 preserved PRBCs greater than 5 days of age. Ped Res 1995; 37(4):206A Poster presented at Society for Pediatric Research (5/95).

5) Kellogg JA, Ferrentino FJ, Goodstein MH, Liss J, Shapiro SL; and Bankert DA: Occurrence of Low-Level Bacteremia in Neonates and Infants up to Two Months of Age. Abstract No. C302. P. 54. Poster presented at Annual Meeting of American Society of Microbiology, 1996.

6) Goodstein MH, Fleming-Hill M, and Liss J: The Use of Percutaneous Intravenous Central Catheters (PICCs) for transfusion in very low birth weight (VLBW) infants. Pediatrics 1998; 102 (3): 777. Poster presented at the AAP 1998 Annual Meeting, San Francisco, CA (10/17/98).

7) Goodstein MH: Reducing donor exposures in a community hospital NICU. Pediatrics 1998; 102 (3): 774-75. Poster presented at the AAP 1998 Annual Meeting, San Francisco, CA (10/17/98).

8) Donmoyer D and Goodstein MH: The use of gravity sedimentation to increase hematocrits in units of AS-1 preserved packed red blood cells (prbcs). Poster presented at 14th Annual Resident's Research Day, York, PA (6/3/99).

9) Shermeyer C, Bell T, Goodstein MH: Evaluation of the Knowledge, Attitudes and Current Practice of Healthcare Professionals on Infant Safe Sleep Practices at York Hospital. Poster presented at Sigma Theta Tau meeting, York, PA (4/21/09).

10) Goodstein MH, Shermeyer C, Bell T: Evaluation of healthcare provider attitudes on infant sleep safety. E-PAS2009:260.

11) Goodstein MH, Bell T: Evaluation of a novel hospital-based education program on infant sleep safety. E-PAS2009:5515.284. Poster presented at Society for Pediatric Research, Baltimore, MD (5/5/09).

12) Alur P, Cirelli J, Goodstein M, Bell T, and Liss J: Role of handheld PCs in disease comprehension in parents in the NICU. E-PAS2009:4324.73 Poster presented at Society for Pediatric Research, Baltimore, MD (5/4/09).

13) Deng P, Durica A, Goodstein M, Mallory, R: A case of congenital tuberous sclerosis. Poster presented at 24th Annual Resident's Research Day, York, PA (6/4/09).

14) Goodstein M, Ibarra B, Taylor B: Implementation of an Infant Safe Sleep Program. Poster presented at National Association of Neonatal Nurses annual meeting, Austin, TX (09/24-26/09)

15) Shermeyer C, Bell T, Goodstein MH: Evaluation of the Knowledge, Attitudes and Current Practice of Healthcare Providers (HPCs) on Infant Safe Sleep Practices. Poster presented at AAP 2009 National Conference and Exhibition (Section on Injury, Violence & Poison Prevention), Washington, DC. (10/19/09)

16) Goodstein MH, Bell T: Evaluation of a novel SIDS risk-reduction program at a community hospital. Oral presentation at AAP 2009 National Conference and Exhibition (Section on Injury, Violence & Poison Prevention), Washington, DC. (10/19/09)

17) Goodstein MH: A Comprehensive Community-wide Approach to Reducing the Risk of Sudden Unexpected Infant Death (SUID). Oral presentation at the National Healthy Start Association 11th Annual Spring Meeting, Washington, DC. (03/16/10)

18) Shermeyer C and Goodstein MH: 2836.67 Achieving a Sustained Cultural Shift in Healthcare Provider (HCP) Attitudes on Infant Sleep Safety (ISS). Poster presented at Pediatric Academic Societies Meeting, Vancouver, BC. (05/02/10).

19) Goodstein MH: 2836.65 Do Pennsylvania Hospitals Do Enough To Promote Infant Sleep Safety (ISS) to Parents? Poster presented at Pediatric Academic Societies Meeting, Vancouver, BC. (05/02/10).

20) Shermeyer C, Goodstein MH, and Bell T: What do we know about infant safe sleep. Improving health care provider education on infant sleep safety in a community hospital setting. Poster presented at National Association of Neonatal Nurses 26th Annual Educational Conference - Embracing the Power of Change, Las Vegas, NV. (10/19-22, 2010).

21) Goodstein MH, Krugman SK, and Bell T: 3815.193 Use of a Comprehensive Hospital-Based Program to Improve Parental Compliance with SIDS Risk-Reduction Recommendations. Poster presented at Pediatric Academic Societies Meeting, Boston, MA (4/30/2012).

22) Goodstein MH, Krugman SK, and Bell T: Use of a Hospital-Based Infant Sleep Safety (ISS) Program Promotes SIDS Risk Reduction in the Home. (Abstract 16667) Oral presentation at AAP 2012 National Conference and Exhibition (Council on Injury, Violence & Poison Prevention), New Orleans, LA. (10/22/09).

23) Cirelli J, Clymer B, Aguilar J, Krout J, Bell T, and Goodstein MH: The Impact of Nursing Program Education on Student Knowledge of Infant Sleep Safety. Poster presented at Advanced Practice Neonatal Nurses Conference, San Francisco, CA (4/3-6/2013).

24) Clymer B, Cirelli J, Aguilar J, Krout J, Bell T, and Goodstein MH: Evaluating the Impact of Nursing Program Education Regarding Student Knowledge on Infant Sleep Safety. Oral poster presentation at 16th Annual Neonatal Advanced Practitioner Nursing Forum, Washington D.C., (5/31/2013).

25) Goodstein MH, Peddicord E, Tyrala E, and Bell T: Impact of Legislative Efforts to Improve Hospital Based Infant Sleep Safety (ISS) in Pennsylvania (PA). Poster presented at the International Conference on Stillbirth, SIDS, and Infant Survival, Amsterdam, Netherlands (9/19/14).

26) Goodstein MH: A qualitative analysis of a hospital-based program on achieving institutional culture change regarding Infant Sleep Safety (ISS). Oral presentation at the International Conference on Stillbirth, SIDS, and Infant Survival in Amsterdam, Netherlands. (9/20/14).

27) Joyner BL, Goodstein MH, Zeichner EH, and Moon RY: Infant Sleep Environments Depicted in Stock Photographs and Magazines Targeted to Women of Childbearing Age. Oral presentation at the International Conference on Stillbirth, SIDS, and Infant Survival in Amsterdam, Netherlands. (9/20/14).

28) Cirelli J, Clymer B, Aguilar J, Krout J, Bell T, and Goodstein MH: An Evaluation of Nursing School Education on Infant Sleep Safety (ISS). Oral presentation at the 4th National Cribs for Kids Conference. Pittsburgh, PA (4/16/15).

29) Goodstein MH, Moon RY, and Joyner B: Infant Sleep Environments in the Media: An Evaluation of Images in Stock Photographs and Magazines Targeting Women of Childbearing Age. Oral presentation at the Pediatric Academic Society Meeting. San Diego, CA (4/25/15).

30) Schmid RW, Goodstein MH: Can An Engineered Swaddle Be Protective Against SUID? Poster presented at the 5th National Cribs for Kids Infant Safe Sleep Conference. Pittsburgh, PA (4/25/17).

31) Goodstein MH: An Evaluation of the Cribs for Kids® Model: Ten Year Review of Outcomes for Pack ‘N Play Use and Safe Sleep. Oral presentation at the 2018 International Conference on Stillbirth, SIDS and Baby Survival. Glasgow, Scotland (6/9/18).

32) Shatz A, Goodstein MH, Ben-Hur E, Batra EK, Bell T.: Nurses’ knowledge and delivery of infant safe sleep practices and SIDS risk-reduction messages: A binational study. Oral presentation at the 2018 International Conference on Stillbirth, SIDS and Baby Survival. Glasgow, Scotland (6/8/18).

33) Tyrala E, Batra E, Bell T, Kelly B, Bannon J, Goodstein MH: Impact of a State-wide Hospital-Based Breastfeeding Initiative on Infant Sleep Safety (ISS). Poster presented at 2019 Pediatric Academic Society Meeting. Baltimore, MD (4/29/19).

34) Feldman-Winter L, Goodstein MH, Ustainov J, et. al.: Bundling Breastfeeding and Safe Sleep Care in the Hospital to Improve Outcomes. Poster presented at 2019 Pediatric Academic Society Meeting. Baltimore, MD (4/29/19).

35) Goodstein MH, Bell T, Hauck, F: Swaddling in the US: A National Survey. Poster presented at 2019 Pediatric Academic Society Meeting. Baltimore, MD (4/30/19).

36) Feldman-Winter L, Goodstein MH, Menon M, Butts-Dion S, NAPPSS-IIM Team. Bundling Breastfeeding and Safe Sleep in the Hospital to Improve Caregiver's Practices. Poster accepted for 2020 Pediatric Academic Society Meeting. Philadelphia, PA (5/20)

37) Goodstein MH and Bell T. A Comparison of Baby Box and Play Yard Use in a Low-Income Population. Poster accepted for 2020 Pediatric Academic Society Meeting. Philadelphia, PA (5/20)

Hospital Activities/Committees:

| | |
|---|---|
| 1993-1999 | Chairman, Neonatal Care Committee |
| 1993-current | Neonatal Care Committee |
| 1994-1995 | Critical Care Committee |
| 1996-1998 | Pediatric Clinical Guidelines Committee |
| 1998-current | Newborn Care Committee |
| 2019-current | Chairman, Neonatal Clinical Effectiveness Team, WellSpan Health |

Community Activities/Committees:

| | |
|---|---|
| 2004-current | Director, York County Cribs for Kids Program |
| 2008 | Safe Sleep Environment Policy and Best Practices Development Committee for the Office of Children, Youth, and Families for the Pennsylvania Department of Public Welfare |
| 2008-2012 | Cribs for Kids Advisory Board. SIDS of PA, Inc./Cribs for Kids Pittsburgh, PA |
| 2010-current | AAP Task Force on SIDS |
| 2011-current | Cribs for Kids Medical Director- Research |
| 2012-2014 | Healthy York County Coalition Work Group on Maternal Child Health |
| 2012-current | Cribs for Kids Board of Directors |
| 2013-current | PA AAP Infant Safe Sleep Committee |
| 2014-current | Expert Leadership Group for the National Action Partnership to Promote Safe Sleep |

| | |
|---|---|
| 2015-2021 | Infant Mortality Collaborative Improvement and Innovation Network (CoIIN): Safe sleep content advisor |
| 2015-2017 | PA Safe Sleep Collaborative Improvement and Innovation Network (CoIIN) |
| 2015-2018 | PA Preemie Network Advisory Committee |
| 2015 | Conference Chairman: Fourth National Cribs for Kids® Infant Safe Sleep Conference: Completing the Circle – Infant Safe Sleep and Injury Prevention from Data to Action |
| 2016-current | AAP Safe Sleep Initiative Steering Committee |
| 2016-current | Advisory Committee for the Florida Safe Sleep Evaluation |
| 2017 | Conference Chairman: Fifth National Cribs for Kids® Infant Safe Sleep Conference: Beyond the Safe Sleep Message– Cultivating Community Collaborations |
| 2017-2018 | Steering Committee for Pennsylvania Perinatal Collaborative |
| 2017-current | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network (NAPPSS-IIN): Faculty Co-Chair. |
| 2018-current | York County Child Death Review Team |
| 2018-current | Aaron Matthew Research Foundation of Cribs for Kids Advisory Board |
| 2019 | Conference Chairman: Sixth National Cribs for Kids® Infant Safe Sleep Conference: Embracing Technology |
| 2019-current | Pennsylvania Perinatal Quality Collaborative |

<u>Lectures:</u>

| | |
|---|---|
| April 1992 | Grand Rounds, Rancocas Valley Hospital. Neonatal sepsis. |
| January 1995 | Combined Obstetrics/Pediatrics Grand Rounds, York Hospital. Drugs & Breastfeeding. |
| February 1995 | Perinatal/Neonatal Nursing Graduate Program Lecture, University of Pennsylvania. Hematology. |
| July 1995 | Pediatric Grand Rounds, York Hospital. Neonatal sepsis. |
| July 1995 | Pediatric Grand Rounds, York Hospital. Management of Febrile Infants. |
| February 1996 | Perinatal/Neonatal Nursing Graduate Program Lecture, University of Pennsylvania. Hematology. |
| September 1996 | Family Practice Grand Rounds, York Hospital. Hyperbilirubinemia. |

| | |
|---|---|
| October 1997 | Radiology Technician Symposium, York Hospital. CXRs and the Newborn Infant. |
| November 1997 | Susquehanna Valley Neonatal Nurse Association Symposium. CXRs and the Newborn Infant. |
| November 1997 | Pediatric Grand Rounds, York Hospital. NICU Bowl. |
| March 1998 | Pediatric Grand Rounds, Christiana Hospital. Issues in Neonatal Transfusion Medicine. |
| September 1998 | Pediatric Grand Rounds, York Hospital. Best Neonatal Abstracts of the 1998 Academic Pediatric Societies' Meeting. |
| December 1999 | Family Practice Grand Rounds, York Hospital. Drugs and Breastfeeding. |
| March 2000 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. Perinatal bowl. |
| November 2000 | Susquehanna Valley Neonatal Nurse Association Symposium. Drugs and Breastfeeding. |
| October 2001 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding. |
| March 2002 | Susquehanna Valley Neonatal Nurse Association Meeting: Issues in Neonatal Transfusion Medicine. |
| May 2002 | Pediatric Grand Rounds, York Hospital. Anemia in the NICU. |
| November 2002 | York College School of Nursing, Drugs in Breastfeeding. |
| March 2003 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. NICU Bowl. |
| December 2003 | York College School of Nursing, CXRs and the Newborn Infant |
| December 2003 | York College School of Nursing, CXRs and the Newborn Infant |
| February 2004 | Pediatrics Case Conference, Neonatal Hypoglycemia |
| March 2004 | York College School of Nursing, CXRs and the Newborn Infant |
| March 2004 | York College School of Nursing, CXRs and the Newborn Infant |
| May 2004 | NICU Core Curriculum Course, Selected Topics in Neonatal Transfusion Medicine |
| September 2004 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| September 2004 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. NICU Bowl |
| September 2004 | Gettysburg Hospital Lecture Series: Anemia in the Delivery Room |

| | |
|---|---|
| November 2004 | Pediatric Grand Rounds, York Hospital. Special Families, Special Needs |
| November 2005 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| November 2005 | Gettysburg Hospital Lecture Series: Drugs in Breastfeeding |
| October 2006 | Neonatal Core Curriculum Course: Selected Topics in Neonatal Transfusion Medicine |
| October 2006 | American Association of Blood Banks National Meeting: Special Topics in Pediatric Transfusion: Massive Transfusion in the Newborn |
| October 2006 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. NICU Bowl |
| November 2006 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| July 2007 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. NICU Bowl |
| November 2007 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| April 2008 | First Annual Cribs for Kids National Conference, Concurrent Workshop: How to Get Infant Safe Sleep Legislation Passed in Your State (round table participant) |
| May 2008 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| November 2008 | Maternal-Child Network Lecture Series: Infant Safe Sleep Campaign |
| January 2009 | Family Practice Grand Rounds, York Hospital. WellSpan Health Infant Safe Sleep Initiative |
| February 2009 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. Interesting Perinatal Cases |
| February 2009 | Family Practice Grand Rounds, Memorial Hospital. Infant Safe Sleep Initiative |
| March 2009 | WellSpan Health WellWoman Spring Fling: Lunch with Our Experts: Infant Sleep Safety/SIDS |
| March 2009 | Susquehanna Valley Association Neonatal Nurses Meeting. SIDS Risk Reduction: A Community Priority |
| May 2009 | Emergency Department Education Conference, York Hospital. SIDS Risk Reduction: A Community Priority |
| May 2009 | PA AAP Spring Leadership Meeting. York Hospital Safe Sleep Initiative: A Model Program for Pennsylvania |

| | |
|---|---|
| May 2009 | Grand Rounds, St. Joseph Medical Center, Reading. Infant Safe Sleep Initiative |
| September 2009 | Pediatric Grand Rounds, Hershey Medical Center, Penn State University. SIDS Risk Reduction: A Community Priority |
| September 2009 | York County Parish Nurses Meeting: SIDS Risk Reduction: A Community Priority |
| November 2009 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| November 2009 | Breastfeeding Advanced Practitioner Course, York Hospital. Drugs in Breastfeeding |
| November 2009 | Lecture Series, Pinnacle Health System: SIDS Risk Reduction: A Community Priority |
| December 2009 | SCAN Advisory Board meeting. York Hospital Safe Sleep Initiative: A Model Program for Pennsylvania |
| December 2009 | Lancaster Child Death Review meeting. York Hospital Safe Sleep Initiative: A Model Program for Pennsylvania |
| January 2010 | Core Implementation Team for Baltimore's Strategy to Improve Birth Outcomes meeting: Developing and Implementing a Community-Wide, Hospital-Based Infant Sleep Safety Program |
| January 2010 | Pediatric Grand Rounds, Harrisburg Hospital. SIDS Risk Reduction: A Community Priority |
| March 2010 | Lecture Series, Hanover Hospital: SIDS Risk Reduction: A Community Priority |
| April 2010 | New Horizons in Birth: Issues in Maternity and Newborn Care. SIDS Risk Reduction: A Community Priority |
| April 2010 | Second National Cribs for Kids Conference: Safe Sleep in 3-D. A Hospital Safe Sleep Initiative. |
| April 2010 | Second National Cribs for Kids Conference: Safe Sleep in 3-D. The State of Safe Sleep in Pennsylvania |
| May 2010 | Pediatric Academic Societies Meeting. Sudden Unexpected Death in Infants and the Infant Sleep Environment: Physiology, Epidemiology, and Prevention. Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience |
| May 2010 | Pediatric Grand Rounds, Monmouth Medical Center. SIDS Risk Reduction: A Community Priority |
| June 2010 | ANGELS: Antenatal & Neonatal Guidelines, Education and Learning System of the University of Arkansas for Medical Sciences. York Hospital Safe Sleep Initiative: A Model Program for Pennsylvania |

| | |
|---|---|
| June 2010 | Pediatric Grand Rounds, Good Samaritan Hospital. SIDS Risk Reduction: A Community Priority |
| July 2010 | Pediatric Grand Rounds, Williamsport Hospital. SIDS Risk Reduction: A Community Priority |
| August 2010 | Nursery Education Lecture, Charles Cole Memorial Hospital. SIDS Risk Reduction: A Community Priority |
| August 2010 | Pediatric Grand Rounds, Geisinger Health System. SIDS Risk Reduction: A Community Priority |
| January 2011 | Pediatric Grand Rounds, A.I. duPont Hospital for Children. SIDS Risk Reduction: A Community Priority |
| March 2011 | Pediatric Grand Rounds, Doylestown Hospital. SIDS Risk Reduction: A Community Priority |
| April 2011 | Nursery Education Lecture, The Women's Center at Northwest Medical Center, SIDS Risk Reduction: A Community Priority |
| June 2011 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, SIDS: Closing in on a Cure |
| June 2011 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program |
| July 2011 | Combined Ob/Gyn/Pediatric Grand Rounds, York Hospital. NICU Bowl. |
| September 2011 | MCHB Webinar: Rock a Bye Baby, Now Safely Lay Me Down to Sleep: Infant Suffocation Deaths in the Sleep Environment: Creating a Hospital and Community Based Infant Safe Sleep Education Awareness Program: The York Hospital Experience |
| October 2011 | Pediatric Grand Rounds, Chambersburg Hospital. SIDS Risk Reduction: A Community Priority |
| October 2011 | Penn State College of Medicine 12th Annual Touching the Future of Children Conference: Can we prevent infant sleep-related deaths? What you need to know now. |
| November 2011 | Pediatric Grand Rounds, Greater Baltimore Medical Center. Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2012 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2012 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program |

| | |
|---|---|
| April 2012 | Delaware Healthy Mother and Infant Consortium 7th Annual Summit: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2012 | PA AAP Let's Talk Webinar Series: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2012 | Pediatric Grand Rounds, Mercy Medical Center, Baltimore. Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2012 | Combined Obstetrics/Pediatrics Grand Rounds at York Hospital: The 16th Annual Charles M. Reilly, M.D. Endowed Lectureship. The state of infant sleep safety: past, present, and future. |
| June 2012 | Family Practice Grand Rounds, York Hospital. The state of infant sleep safety: past, present, and future. |
| September 2012 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Can we prevent infant sleep-related deaths? What you need to know now. |
| September 2012 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program |
| September 2012 | Pediatric Grand Rounds, St. Christopher's Hospital for Children, Philadelphia. The state of infant sleep safety: past, present, and future. |
| September 2012 | In-Service Lecture, Operating Room Staff, York Hospital. Can we prevent infant sleep-related deaths? What you need to know now. |
| September 2012 | Delaware AAP Dinner Symposium on Infant Mortality & Safe Sleep. The state of infant sleep safety: past, present, and future. |
| October 2012 | Pediatric Grand Rounds, Reading Hospital. The state of infant sleep safety: past, present, and future. |
| November 2012 | York Hospital NICU Nursing CEU Course. The state of infant sleep safety: past, present, and future. |
| December 2012 | Grand Rounds, University of Tennessee Medical Center: The state of infant sleep safety: past, present, and future. |
| December 2012 | Safe Sleep for Tennessee Babies: Know Your ABC's. History of SIDS and Accidental Infant Deaths in the Sleep Environment/Updated American Academy of Pediatrics Recommendations. |
| December 2012 | Safe Sleep for Tennessee Babies: Know Your ABC's. Creating a hospital and community based safe sleep awareness program. |
| December 2012 | West Virginia Perinatal and Child Health Summit. Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience |

| | |
|---|---|
| January 2013 | PA EMS Infant Sleep Safety Webinar: Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2013 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2013 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium, Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program |
| April 2013 | HRSA CoIIN SIDS Reduction Work Group Meeting: Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience and Beyond |
| May 2013 | Pediatric Academic Society Topic Symposium: Sleep Related Infant Deaths: Translating the Research into Promoting a Safe Sleep Environment (co-chairman): An Evaluation of Nursery-Based SUID Prevention Programs |
| May 2013 | Hanover Hospital Nursing In-Service Lecture: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2013 | York County Early Intervention In-Service Lecture: The state of infant sleep safety: past, present, and future. |
| June 2013 | 3rd National Cribs for Kids Conference: Creating a Hospital and Community-Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience and Beyond. |
| June 2013 | 3rd National Cribs for Kids Conference (plenary session): Nursery-Based SUID Prevention Programs. |
| June 2013 | 3rd National Cribs for Kids Conference: Safe Sleep and the Girl Scouts: "Safe Sleep Saves Babies' Lives." |
| September 2013 | Pediatric Grand Rounds, Lancaster General Hospital. Can we prevent infant sleep-related deaths? What you need to know now. |
| October 2013 | York Hospital Department of Radiology CEU Lecture: The state of infant sleep safety: past, present, and future. |
| October 2013 | Holy Spirit Hospital Nursing In-Service Lecture: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2014 | 2014 PA Childhood Trauma and Injury Prevention Conference Keynote Speech: Can we prevent infant sleep related deaths? What you need to know now. |
| May 2014 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium (Lancaster). Can we prevent infant sleep-related deaths? What you need to know now. |

| | |
|---|---|
| May 2014 | 2014 National WIC Association Annual Education & Networking Conference: Can we prevent infant sleep-related deaths? What you need to know now. |
| June 2014 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium (Williamsport). Can we prevent infant sleep-related deaths? What you need to know now. |
| June 2014 | Ohio webinar presentation for EASE Hospitalist Safe Sleep Action Period Call: Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience and Beyond |
| October 2014 | New Mexico Symposium on Infant Sleep Safety: Can we prevent infant sleep-related deaths? What you need to know now. |
| October 2014 | New Mexico Symposium on Infant Sleep Safety: Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program |
| October 2014 | Washington DC Women Infants and Children Annual Grantee Meeting: Can we prevent infant sleep-related deaths? What you need to know now. |
| November 2014 | Pennsylvania Women Infants and Children Annual Grantee Meeting: Can we prevent infant sleep-related deaths? What you need to know now. |
| November 2014 | Holy Spirit Hospital staff education lectures: Can we prevent infant sleep-related deaths? What you need to know now |
| December 2014 | Pennsylvania Office of Medical Assistance Programs Medical Directors Meeting: Reducing Infant Mortality in PA: The Importance of Infant Sleep Safety. |
| February 2015 | Infant Sleep Safety CoIIN Webinar: 2 Stories of Safe Sleep Advocacy in the Trenches: Advertising Agencies and State Legislation. |
| March 2015 | Pennsylvania Infant Safe Sleep Summit: Infant Sleep Safety: Where are we going? |
| March 2015 | Cribs for Kids/PA Dept of Health sponsored Infant Safe Sleep Symposium (Lehigh Valley). Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2015 | 4th National Cribs for Kids Conference: Balancing Best Practices: Skin to Skin Care, Breast Feeding, and Infant Sleep Safety. |
| April 2015 | 4th National Cribs for Kids Conference: Creating a Hospital and Community Based Infant Safe Sleep Education and Awareness Program: The York Hospital Experience. |
| April 2015 | 4th National Cribs for Kids Conference: Cribs for Kids National Safe Sleep Hospital Certification Process. |

| | |
|---|---|
| July 2015 | MA 2nd Annual Hospital Infant Safe Sleep Forum: Moving Forward on Infant Sleep Safety. Implementing a Hospital-Based Infant Sleep Safety Program. |
| July 2015 | MA 2nd Annual Hospital Infant Safe Sleep Forum: Moving Forward on Infant Sleep Safety. Balancing Best Practices: Skin to Skin Care, Breast Feeding, and Infant Sleep Safety |
| July 2015 | MA 2nd Annual Hospital Infant Safe Sleep Forum: Moving Forward on Infant Sleep Safety. Cribs for Kids® National Safe Sleep Hospital Certification Program: A Step by Step Guide |
| July 2015 | National Institute for Children's Health Quality Infant Mortality CoIIN Meeting: Cribs for Kids® National Safe Sleep Hospital Certification Program: A Step by Step Guide |
| September 2015 | Grand Rounds, Memorial Hospital: Can we prevent infant sleep-related deaths? What you need to know now. |
| September 2015 | Grand Rounds, Williamsport Hospital: Respiratory Distress in the Newborn: Helping Babies Breathe Easier |
| September 2015 | New Hampshire Safe Sleep Symposium (AWHONN and DHS) Why Just Saying Back to Sleep Isn't Enough. Keynote Speech: Infant Sleep Safety: The Road Ahead… |
| October 2015 | Hanover Hospital Nursing In-Service Lecture: Can we prevent infant sleep-related deaths? What you need to know now. |
| October 2015 | Webinar for Ohio Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| November 2015 | Webinar for Arkansas Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| February 2016 | Webinar for Tennessee Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| February 2016 | Webinar for New York Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| March 2016 | Our Babies: Safe and Sound 2016 Say Yes to Safe Sleep for Babies Annual Competency Training. Keynote Speech: Everything You Wanted To Know About Safe Sleep But Were Afraid To Ask. |
| April 2016 | Children's Hospital of Philadelphia Small Baby Symposium: Infant Sleep-Related Deaths and the NICU. What You Need to Know NOW! |
| May 2016: | Grand Rounds Tampa General Hospital: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2016: | Hillsborough County Healthy Start Annual Spring Meeting: Can we prevent infant sleep-related deaths? What you need to know now. |

| | |
|---|---|
| May 2016: | Hillsborough County Florida Safe Baby Symposium. Working Together to Reduce Infant Sleep Deaths: What you need to know now |
| June 2016: | Webinar for Arkansas Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| June 2016 | Mohawk Valley Perinatal Network Webinar: "Let's Talk! A Conversation Series about Infant Sleep" |
| July 2016 | District of Columbia Child Fatality Review Committee: How to Implement a Hospital-Based Community-Wide Infant Safe Sleep Program. |
| September 2016 | NY State 2016 Child Fatality Review Team Annual Training Event: Infant Sleep Safety: Current Controversies and Potential Solutions. |
| September 2016 | Keystone 10 Collaborative webinar: Optimizing Outcomes: Balancing Best Practices, Skin to Skin, Breastfeeding & Infant Sleep |
| October 2016 | Grand Rounds York Hospital: Respiratory Distress in the Newborn: Helping Babies Breathe Easier |
| November 2016 | Grand Rounds Gettysburg Hospital: Can we prevent infant sleep-related deaths? What you need to know now. |
| November 2016 | Grand Rounds York Hospital: Balancing Best Practices: Skin to Skin Care, Breast Feeding, and Infant Sleep Safety |
| December 2016 | Webinar for Florida Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| December 2016 | Webinar for Minnesota Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| December 2016 | National Institute for Children's Health Quality Infant Mortality CoIIN Thematic Webinar: SIDS and Other Sleep Related Deaths: Expansion of Recommendations for a Safe Infant Sleep Environment |
| February 2017 | Grand Rounds Abington Hospital: Can we prevent infant sleep-related deaths? What you need to know now. |
| April 2017 | 5th National Cribs for Kids Infant Safe Sleep Conference: National Safe Sleep Hospital Certification Program: A Step-by-Step Guide. |
| April 2017 | 5th National Cribs for Kids Infant Safe Sleep Conference: An Evaluation the Cribs for Kids® Model: Outcomes for Pack 'N Play Use and Safe Sleep |
| April 2017 | 5th National Cribs for Kids Infant Safe Sleep Conference: Balancing Best Practices: Skin to Skin Care, Breast Feeding, and Infant Sleep Safety |
| May 2017 | Webinar for NY Office of Alcoholism and Substance Abuse Services: Can we prevent infant sleep-related deaths? What you need to know now. |

| | |
|---|---|
| May 2017 | Grand Rounds W. Virginia University: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2017 | Grand Rounds Cabell Huntington Hospital: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2017 | Grand Rounds Charleston Area Medical Center: Can we prevent infant sleep-related deaths? What you need to know now. |
| May 2017 | Keystone 10 Breastfeeding Summit: Providing Safe Evidence Based Patient Centered Care. |
| June 2017 | National AWHONN Convention: Crisis in the Nursery: The Nurse's Essential Role in Reducing Infant Sleep-Related Deaths |
| November 2017 | 2017 South Carolina Birth Outcomes Initiative Symposium: Safe Sleep in the Hospital: From Policy to Every Day Practice |
| November 2017 | 2017 South Carolina Birth Outcomes Initiative Symposium Keynote Address: Working Together to Reduce Infant Sleep-Related Deaths: What You Need to Know Now. |
| December 2017 | National Institute for Children's Health Quality Safe Sleep CoIIN Kick-off Webinar: The State of Infant Sleep Safety in the U.S.: Moving Forward in 2018. |
| January 2018 | AAP Pediatric Care Online Webinar: The State of Infant Sleep Safety in the U.S.: Moving Forward in 2018. |
| February 2018 | National Action Partnership to Promote Safe Sleep-Innovation and Improvement Network National Coalition Meeting: A Shared Vision to Close the Gap. |
| March 2018 | National Action Partnership to Promote Safe Sleep-Innovation and Improvement Network Learning Session One: A Shared Vision to Close the Gap. |
| March 2018 | National Action Partnership to Promote Safe Sleep-Innovation and Improvement Network Learning Session One: Understanding the NAPPSS-IIN Driver Diagram Part 2. |
| April 2018 | National Institute for Children's Health Quality Safe Sleep Infant Mortality CoIIN Learning Session 1 Plenary Lecture: Defining and Closing the Gap: The Current State of Safe Sleep in US. |
| June 2018 | 2018 International Conference on Stillbirth, SIDS and Baby Survival: Cribs for Kids® National Safe Sleep Hospital Certification Program. |
| September 2018 | Webinar for Florida Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| October 2018 | CDC Division of Reproductive Help Grand Rounds: Infant Sleep Safety and Breastfeeding: Achieving Best Infant Outcomes Together |

| | |
|---|---|
| December 2018 | National Action Partnership to Promote Safe Sleep-Innovation and Improvement Network Learning Session Three: Conflicted and Confused: Strategies for addressing the information family has access to around co-bedding. |
| January 2019 | Grand Rounds York Hospital: Diagnostic Cases and Dilemmas in Neonate Imaging |
| January 2019 | Webinar for Indiana Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| February 2019 | Webinar for Israeli Birth Hospitals: National Safe Sleep Hospital Certification Program: *A Step-by-Step Guide* |
| March 2019 | National Institute for Children's Health Quality Safe Sleep CoIIN Learning Session 3 Plenary Session: Infant Sleep Safety: Beyond the Low-Hanging Fruit |
| April 2019 | 6th National Cribs for Kids Infant Safe Sleep Conference: Current Controversies: Swaddling and Cardboard Boxes |
| April 2019 | 6th National Cribs for Kids Infant Safe Sleep Conference: Closing the Gap |
| April 2019 | 6th National Cribs for Kids Infant Safe Sleep Conference: Embracing Technology to Re-Train the Safe Infant Sleep Trainers |
| May 2019 | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network Learning Session 1: A Shared Vision to Close the Gap |
| May 2019 | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network Learning Session 1: Understanding the NAPPSS-IIN Driver Diagram Part 2 |
| May 2019 | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network Learning Session 1: Perinatal Bundle |
| May 2019 | Keystone 10 Initiative: Transforming Family-Centered Breastfeeding Care. Second Pennsylvania Breastfeeding Summit: Baby and Safety First. |
| May 2019 | Mercy Hospital (Baltimore) Grand Rounds: Working Together to Reduce Infant Sleep-Related Deaths: WHAT YOU NEED TO KNOW NOW |
| May 2019 | New York Safe Sleep Infant Mortality CoIIN Coaching Call: Infant Sleep Safety: Beyond the Low-Hanging Fruit |
| June 2019 | NAPPSS-IIN National Action Teams Meeting: Cohort B Expanding into the Prenatal Setting |
| June 2019 | NAPPSS-IIN Cohort C Expert Meeting: Project Status |
| August 2019 | Grand Rounds York Hospital: Diagnostic Cases and Dilemmas in Neonatal Imaging |

| | |
|---|---|
| September 2019 | 3rd Annual Seattle Children's and Microsoft SIDS Research Summit: Balancing Skin to Skin Care, Sudden Unexpected Postnatal Collapse and Infant Falls: Results of a State-Wide Hospital Survey |
| September 2019 | American Association of SIDS Prevention Physicians 28th Annual Conference. Panel: Current Hospital Approach to Safe Sleep. |
| November 2019 | Keystone Pediatrics Lunch and Learn: Working Together to Reduce Infant Sleep-Related Deaths: WHAT YOU NEED TO KNOW NOW |
| January 2020 | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network Virtual Learning Session 3: Revised Prenatal Safety Bundle |
| January 2020 | Grand Rounds York Hospital: State of the Art Care in the Community Hospital Setting: Reducing Antibiotic Use in the Newborn Setting |
| May 2020 | Webinar: Tennessee Department of Health Safe Sleep through Health Equity Lens: Safe Sleep from the National Perspective |
| June 2020 | National Action Partnership to Promote Safe Sleep Improvement and Innovation Network National Coalition Virtual Meeting: Project Update |
| September 2020 | 2020 PA State Coroners' Association Annual Conference. SIDS and SUID: From Historical Perspectives to Current Controversies |
| October 2020 | 2020 National Association of Neonatal Nurses Virtual Annual Conference. Infant Sleep Safety in the NICU: The Successful Transition Home |
| October 2020 | York County Children in Youth Services In-Service Lecture: Working Together to Reduce Infant Sleep-Related Deaths: What you need to know now. |
| February 2021 | Grand Rounds York Hospital: Diagnostic Cases and Dilemmas in Neonatal Imaging |

*Revised April 2021*