# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries, | ) No. 2:19-CV-02689-GMS )  )  )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| Fisher-Price, Inc., a foreign corporation; Mattel, Inc., a foreign corporation, | ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPED DEPOSITION OF ANDREW OLSON

Tucson, Arizona
October 22, 2020
9:35 a.m.

```
                          BARTELT|NIX REPORTING, LLC
                     RRF No. 1028
                          3101 N. Central Ave., Suite 290
Prepared by:              Phoenix, Arizona  85012
JEFFREY W. BARTELT, CR, RPR  Phone:  (602) 254-4111
Certificate No. 50363     office@barteltreporting.com
```

1   and is that -- that one also appears to be empty.
2   That is a container that would have contained
3   medical marijuana?
4       A.  Yes.
5       Q.  Okay.  And so understanding that you did
6   smoke in the house, did you also smoke marijuana in
7   the house at any time?
8           MS. SCHRINER:  Form.
9           THE WITNESS:  When did you ask me if I
10  smoked in the house?
11      Q.  BY MS. LOVETT:  I asked you if the ashtray
12  was -- that's in the house inside a drawer was
13  cigarettes that you smoked.
14      A.  Yes.  You didn't ask me if I smoked inside.
15  I'm confused.  Sorry.
16      Q.  Okay.  Did you not smoke inside?
17      A.  Absolutely not ever did I ever smoke inside
18  that house.  Not weed, not cigarettes, nothing.
19      Q.  Okay.  So your testimony is that you would
20  smoke outside and then you would tap the cigarette
21  butts into the ashtray and then you would carry the
22  full ashtray back inside and put it inside your
23  nightstand or dresser?
24      A.  Yes.
25      Q.  Okay.  And as far as the marijuana, or, as

1    A.   No.
2         MS. LOVETT:  Objection; form.
3    Q.   BY MS. SCHRINER:  Did you ever learn of
4  another baby dying in the Rock 'n Play prior to your
5  involvement in this case?
6    A.   No.
7    Q.   You were also asked some questions about
8  smoking and where you would smoke.  Did you ever
9  smoke around Zoey, whether it was inside or
10 outside?
11   A.   No, never.
12   Q.   So if you were to smoke outside and baby --
13 strike that.
14        If Baby Zoey was around and even though you
15 were outside, would you have smoked anywhere in her
16 proximity?
17   A.   No.  No, absolutely not.
18   Q.   Did you ever allow anyone to smoke around
19 Zoey?
20   A.   No, definitely not.  There was -- the visual
21 aspect of that, as well, was a big deal.
22   Q.   What do you mean by that?
23   A.   Just visually we didn't like thinking that
24 she's looking at it and seeing it and we didn't want
25 that at all to be anything that she saw.