# EXHIBIT 9

```
                                                           Page 1

 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA
 2                   - - - - -
     KATHLEEN COURKAMP, FOR     :
 3   HERSELF AND ON BEHALF OF   :
     OTHER STATUTORY            :
 4   BENEFICIARIES,             :
                Plaintiff,      :
 5                              : CASE NO.
          -vs-                  : 2:19-CV-02689-GMS
 6                              :
     FISHER-PRICE, INC., A      :
 7   FOREIGN CORPORATION;       :
     MATTEL, INC., A FOREIGN    :
 8   CORPORATION                :
                Defendants.     :
 9
                        - - -
10
              Thursday, September 30, 2021
11
                        - - -
12
13          VIDEOTAPED deposition of MICHAEL
14   GOODSTEIN, M.D., held at the Hershey Hotel, 100
15   Hotel Road, Hershey, Pennsylvania, commencing at
16   9:28 a.m., on the above date, before Denise L.
17   Travis, RPR, Court Reporter and Notary Public in
18   the Commonwealth of Pennsylvania.
19                      - - -
20
21
22
23
24
25
```

1   is that flat is 100 percent horizontal; that is, zero
2   incline.  Is that what you're saying?
3   A.        That's what we prefer.  The Consumer Product
4   Safety Commission allows up to 10 degrees of incline,
5   but that's it.
6   Q.        And again, just to be clear, I am -- I'm not
7   asking for we.  I'm asking for -- you're here as an
8   expert on behalf of yourself.  Correct?
9               MR. OSBORNE:  Form.
10  BY MS. COHEN:
11  Q.        You're here testifying as an expert as Dr.
12  Goodstein.  Right?
13  A.        Yes.
14  Q.        You're not here as a we.  You're not here to
15  talk about from the AAP or anything else.  Right?
16              MR. OSBORNE:  Form.
17              THE WITNESS:  I'm not -- I'm not
18  representing the AAP here today; but what I am saying
19  reflects what the AAP says is the correct thing to do.
20  And I can say that because I wrote the report.
21  BY MS. COHEN:
22  Q.        Yes.  But you don't have the authority to
23  speak on behalf of the --
24  A.        No, I do not.
25  Q.        -- AAP here today, do you?