# EXHIBIT 10

**Courkamp, Kathleen vs. Fisher-Price, Inc.: Review of Safe Sleep Standards (Goodstein)**

Sudden Unexpected Infant Death (SUID), also known as Sudden Unexpected Death of an Infant (SUDI), is a term used to describe any sudden and unexpected death, whether explained or unexplained that occurs during infancy.[1]  There are many causes of SUID (Fig 1).



Some are easily explained, such as trauma or drowning.  Others may not be obvious, but are eventually explained, such as a genetic abnormality leading to a fatal heart arrythmia or a suffocation death.  Because most cases of SUID occur during sleep and are unobserved, it may be very difficult to determine a cause of death.  Some of these deaths will be reported as Sudden Infant Death Syndrome (SIDS), which is defined as: the sudden death of an infant under one year of age which remains unexplained after the performance of a complete post-mortem investigation including: 1) performance of a complete autopsy, 2) examination of the death scene and 3) review of the case history.[2]  When the coroner or medical examiner is uncertain as to whether the death was the result of suffocation or SIDS, then the cause of death may be listed as undetermined.

COU_008224

For many decades, SIDS has been a leading cause of death in infants in the U.S. and around the world. Although we don't know what "causes" SIDS, the Triple Risk Hypothesis provides a working model of its pathogenesis (Fig. 2). Developed by Filiano and Kinney, the hypothesis consists of 3 parts: an intrinsic risk factor or vulnerable infant (such as having an undetectable brainstem abnormality), a critical time period (90% of cases occur within the first 6 months of life) and extrinsic or environmental risk factors (prone positioning, overheating).[3] When these 3 components intersect, the infant is at greatest risk of dying of SIDS.



As research accumulated regarding our understanding of SIDS and efforts to prevent it, the American Academy of Pediatrics (AAP) developed The Task Force on SIDS in the early 1990's to review the literature and provide recommendations to the public. The first iteration of the recommendations was released in 1992 and focused on one recommendation: that infants no longer be placed to sleep in the prone (on the stomach) position and instead, be place supine (on the back) or on the side.[4] This led to the development of the Back to Sleep® campaign in 1994, led by the National Institute of Childhood Health and Human Development (NICHD) in collaboration with the AAP, the Association of SIDS and Infant Mortality Programs (ASIP), the National Heart, Lung, and Blood Institute (NHLBI), and others.[5] The campaign led to a 53%

reduction in the number of SIDS deaths in the U.S. by the early 2000's[6] and is considered one of

the Seven Great Achievements in Pediatric Research (Fig 3).[7]  Despite this success,

approximately 3600 infants die suddenly and unexpectedly each year in the U.S., and this is the

leading cause of death for infants between 1 month and 1 year of age (postneonatal mortality).[8]

(Fig. 4)



Fig. 3: U.S. SUID Rate 1990-2017



Fig. 4: U.S. Post-Neonatal Mortality 2010-2015

As new research accumulates, the Task Force updates the safe sleep recommendations in a

Policy Statement and supporting Technical Report every 4 to 6 years. In 2011, the statement was

expanded beyond SIDS to include other sleep related deaths, such as accidental suffocation and

strangulation in bed and positional asphyxia.  As noted previously, all of these deaths fall under

the designation of SUID. [8]  The most recent recommendations were released in 2016 and apply to

infants up to one year of age, when there is no longer a risk of SIDS.  The strength of each

recommendation is based on the Strength-of-Recommendation Taxonomy (SORT) for the

assignment of letter grades to each of its recommendations (A, B, or C):[9]

>Level A: There is good-quality patient-oriented evidence.

>Level B: There is inconsistent or limited-quality patient-oriented evidence.

COU_008226

Level C: The recommendation is based on consensus, disease-oriented evidence, usual practice, expert opinion, or case series for studies of diagnosis, treatment, prevention, or screening.

The current 2016 recommendations are as follows:

**A-level recommendations**
Back to sleep for every sleep.
Use a firm sleep surface.
Breastfeeding is recommended.
Room-sharing with the infant on a separate sleep surface is recommended.
Keep soft objects and loose bedding away from the infant's sleep area.
Consider offering a pacifier at naptime and bedtime.
Avoid smoke exposure during pregnancy and after birth.
Avoid alcohol and illicit drug use during pregnancy and after birth.
Avoid overheating.
Pregnant women should seek and obtain regular prenatal care.
Infants should be immunized in accordance with AAP and CDC recommendations.
Do not use home cardiorespiratory monitors as a strategy to reduce the risk of SIDS.
Health care providers, staff in newborn nurseries and NICUs, and child care providers should endorse and model the SIDS risk-reduction recommendations from birth.
Media and manufacturers should follow safe sleep guidelines in their messaging and advertising.
Continue the "Safe to Sleep" campaign, focusing on ways to reduce the risk of all sleep-related infant deaths, including SIDS, suffocation, and other unintentional deaths. Pediatricians and other primary care providers should actively participate in this campaign.

**B-level recommendations**
Avoid the use of commercial devices that are inconsistent with safe sleep recommendations.
Supervised, awake tummy time is recommended to facilitate development and to minimize development of positional plagiocephaly.

**C-level recommendations**
Continue research and surveillance on the risk factors, causes, and pathophysiologic mechanisms of SIDS and other sleep-related infant deaths, with the ultimate goal of eliminating these deaths entirely.
There is no evidence to recommend swaddling as a strategy to reduce the risk of SIDS.

Another way of looking at the recommendations is to break them down as to those affecting the fetal environment, those impacting the infant's environment, and those directed at the interaction

COU_008227

between the outside world and the family unit. As related to this case, we will be focusing our attention on recommendations related to the infant's sleep environment. Since the case involves an infant who was born in 2013 and died in 2014, we will concentrate on the 2011 recommendations which were current at the time. It should be noted that most of the recommendations regarding the infant sleep environment did not change significantly between 2011 and 2016. However, we will refer to newer data that provide additional support for the recommendations.

The 3 most relevant recommendations are that babies sleep flat on the back; they should sleep on a firm sleep surface and there should be no soft bedding or loose objects in the sleep area. As noted above, there was a dramatic drop in the U.S. SIDS rate once the recommendation was made to avoid the prone sleep position. Many other industrialized countries have demonstrated this strong correlation between an increase in supine sleep positioning and decreasing SIDS rates. Initially, the recommendation was just to avoid the prone position, but as additional data revealed that the lateral or side position was just as dangerous as the prone position, the AAP revised its recommendation in 2000 to only use the supine position.[10] However, it should be noted that as infants mature, they develop the ability to roll over. The Task Force added guidance on this issue: regardless of the infant's ability to roll over, he/she should be placed on the back to sleep. Additionally, once the infant can consistently roll both back to front and front to back, then he may be left in the prone position to sleep if he should roll over.

One of the reasons behind the use of prone positioning that persists to this day is the erroneous idea that it helps prevent choking to death from spitting up or aspirating (Fig. 5). However, with

the increase in supine sleep spurred on by the Back to Sleep® campaign, there was no increase in hospital admissions for aspiration or deaths from aspiration pneumonia.[11,8,12,13] We now know that the prone position can increase the risk of rebreathing expired gases which can lead to increased carbon dioxide levels and low oxygen levels in the blood.[14,15, 16, 17] It can also result in overheating (which is associated with increased SIDS risk) by decreasing rate of heat loss and increasing body temperature more than the supine position.[18, 19] Prone sleeping can interfere with the neurologic control of the cardiovascular system which may result in decreased oxygenation of the brain.[20, 21]



Fig. 5: Q: Won't my baby choke sleeping on the back?

On the back, the airway is above the esophagus. Anything that is spit up will be pushed back down by gravity to the lowest point. The trachea is protected.

On the stomach, the airway is below the esophagus. Anything that is spit up will be pushed back down by gravity to the lowest point. It is now easier to aspirate into the lungs.

Numerous case control studies have found that the prone sleep position places infants at a high risk of SIDS, increasing the likelihood of death by 2.3 to 13.1 times compared to the supine position.[22, 23, 24, 25, 26] An even greater risk exists for the infant who is used to supine sleep but is then placed to sleep in the prone position. This "unaccustomed" prone sleeping results in an 8 to 45 times greater risk of SIDS compared to infants who are usually placed prone to sleep.[23, 27, 28]

The AAP recommends that infants should be placed on a firm, flat sleep surface (e.g., a mattress in a safety-approved crib) covered by a fitted sheet with no other bedding or soft objects to reduce the risk of SIDS, suffocation, and positional asphyxia. If a baby is placed in the prone position or rolls over to this position, a soft mattress can potentially create a pocket or indentation, leading to rebreathing or suffocation.[16, 29, 30] Additionally, pillows or cushions should not be used in place of or in addition to a mattress. Soft materials or objects, such as pillows, pillow-like toys, quilts, comforters, sheepskins, and loose bedding (e.g. blankets and nonfitted sheets) should be kept away from the infant's sleep area to reduce the risk of SIDS, suffocation, positional asphyxia, entrapment, and strangulation. These materials can obstruct an infant's airway and increase the risk of SIDS, suffocation, positional asphyxia and rebreathing.[22,31,14,16,17,29,32,33,34] Bedding in the sleep area increases the risk of SIDS five-fold regardless of sleep position. However, the risk increases to 21-fold when the infant is in the prone position.[22, 31]

The AAP has been clear and consistent over time that the infant sleep surface should be flat, stating: "Elevating the head of the infant's crib while the infant is supine is not recommended. It is ineffective in reducing gastroesophageal reflux; in addition, it might result in the infant sliding to the foot of the crib into a position that might compromise respiration."[6,10]

Approved places for infant sleep include cribs, bassinets, portable cribs and play yards that conform to Consumer Product Safety Commission (CPSC) standards. The Task Force has not made a recommendation for or against bedside sleepers which attach to the side of parental bed or in-bed sleepers. CPSC safety standards for bedside sleepers were not developed until 2014

and there are no safety standards for in-bed sleepers.[35]  At the time of the 2016 recommendations there were no studies examining the association between either category of these products and SUID.  More recently, some research on in-bed sleepers designed to respect the traditions of specific indigenous populations have been associated with a 30% decrease in post-neonatal mortality in New Zealand.[36, 37, 38]  However, it is unclear whether this is the result of using these sleepers, the safe sleep education and awareness associated with the program or a combination of the two.[39]

Infants should not be placed on adult beds for sleep due to the risk of entrapment, suffocation, or positional asphyxia.  Also, as noted above, soft mattresses, pillows, and other bedding, which are routinely found in the adult bed, are all risk factors for SIDS and suffocation.  Couches and armchairs are extremely dangerous places for infants to sleep.  There is a significant risk of death from SIDS, suffocation, positional asphyxia and overlay if another person shares the surface. The increased risk ranges from five to over 60-fold compared to sleeping on a recommended surface.[22, 24, 25, 40, 41, 42, 43]

The AAP also recommends infants not be placed to sleep in sitting devices.  This would include, but is not restricted to car seats, strollers, swings, infant carriers, and infant slings.  These devices are inclined from 30 to 45 degrees.  Placing an infant in these devices may exacerbate gastroesophageal reflux (GER) or gastroesophageal reflux disease (GERD).[44] Young infants are at risk for airway obstruction and decreased oxygenation while in a sitting device due to poor head control resulting in flexion of the head.[45, 46, 47, 48, 49]  A 2015 article reviewing deaths in these devices reported to the CPSC found that of the 31 deaths in car seats, 52% were due to

strangulation and the rest were attributed to positional asphyxia.[50]  Of note, there were four deaths each related to swings and bouncers.  The concept of an "inclined sleeper" has always been a concern for child safety experts.  They are quite distinct from a crib or bassinet which lays flat and has no restraints.  With an angle of 30 degrees, these devices resemble other sitting devices such as bouncer seats which use a restraint device. These devices require the consistent attention of a caregiver during use as the inclined nature of these products could allow either an awake or sleeping infant to assume a slumped position that could compromise breathing or promote reflux. In addition, if a baby were to fall asleep while inclined, the neck could flex and possibly kink the airway, creating an additional breathing hazard.

Despite the evidence against aspiration in the supine position, many parents and caregivers remain unconvinced.[51, 52, 53, 54, 55, 56, 57, 58, 59]  Coughing or gagging is misconstrued as aspiration, even though it represents the normal protective gag reflex. The AAP concurs with the North American Society for Pediatric Gastroenterology, Hepatology and Nutrition that the risk of SUID outweighs the benefit of prone or lateral sleep position on GER.[60] Therefore, most infants from birth to 12 months of age should be positioned supine during sleep. Elevating the head of the infant's crib while the infant is supine is not effective in reducing GER.[61, 62]  The amount of reflux in supine infants with head elevated is equal to or greater than in infants supine and flat.[60] The semi-supine positioning as attained in an infant car seat exacerbates GER.[63] If the head of the bed is elevated, the infant may slide into positions that may compromise the airway and result in the death of the infant.[64] In an updated 2018 joint statement from the North American and European Societies for Pediatric Gastroenterology, Hepatology and Nutrition, they reiterated their stance regarding positional therapy for GER with a "strong recommendation": The working

group recommends not to use positional therapy (i.e., head elevation, lateral and prone positioning) to treat symptoms of GERD in sleeping infants.[65]

In the 1980s, the U.S. Food and Drug Administration had approved several devices to reduce GER or flattening of the side of the head, referred to as positional plagiocephaly. However, after reports to the CPSC of a number of deaths, the Food and Drug Administration required manufacturers to demonstrate that the product benefit outweighed the risk of suffocation and positional asphyxia.[66] Many manufacturers dropped their claims of medical benefit, but devices continued to be sold by retailers directly to the public as non–medical-grade devices. During this period of time there had been a fourfold increase in accidental suffocation and strangulation in bed, with many of these deaths linked to unsafe sleep environments.[67] In 2012, a CDC report warned about the dangers of infant sleep positioners, stating that although some positioners "contained cautionary statements like 'discontinue use once baby begins to move around,' these statements are unclear, and caregivers cannot accurately predict when an infant will achieve milestones."[68]

The Fisher-Price Rock 'n' Play was particularly problematic. With an incline of 30 degrees, the product was not designed to meet the U.S. and international safe sleep standard of a flat surface. The company tried unsuccessfully to market the product as a sleeper in other countries, but health authorities would not allow it. In Australia, the United Kingdom and Canada, there were concerns that a baby's head could easily fall forward in a way that obstructs the airway. As a result, the product was deemed to only be suitable for short periods of supervised wakefulness.

In 2018, concerns were mounting regarding inclined sleepers (which are frequently advertised as being beneficial for infants with GER). The AAP, in conjunction with major consumer safety groups, wrote to the CPSC with concerns over a CPSC announcement to use restraints with inclined sleep products as a way to mitigate the risk of the product after reports of infant deaths. The concern was that the restraints may not prevent deaths and the more prudent decision would be to remove these products from the market. The inclined sleepers came under additional scrutiny in 2019 after a series of deaths were reported to the CPSC and additional deaths were uncovered in a *Consumer Reports* article.[69] Concerned over the avoidable risk of death from sleeping in an inclined sleeper, the AAP put out a press release on 4/9/19 calling for an immediate recall of the products, specifically mentioning the Fisher-Price Rock 'n' Play Sleeper which was tied to 32 sleep-related deaths. Dr. Rachel Moon, chair of the AAP Task Force on SIDS stated that "The Rock 'n Play inclined sleeper should be removed from the market immediately. It does not meet the AAP's recommendations for a safe sleep environment for any baby. Infants should always sleep on their back, on a separate, flat and firm sleep surface without any bumpers or bedding." Soon thereafter, major manufacturers voluntarily recalled their products. The CPSC issued a statement for a supplemental proposed rule (Supplemental NPR), proposing to adopt the current ASTM International standard for inclined sleep products, with modifications that would make the mandatory standard more stringent than the voluntary standard. The proposed changes include limiting the seat back angle for sleep to 10 degrees or less.[70]

Often, health care providers are pressured to elevate the head of the bed and/or provide pharmacologic interventions despite the lack of evidence supporting these practices and clear

recommendations against these practices from national and international pediatric societies. A 2016 pilot study of an infant car seat simulation found infants showed signs of cardiorespiratory compromise with increased desaturation events at as little as a 30 degree angle.[71] A recent study demonstrated that infants could more easily roll from supine to prone in an inclined sleeper, and once in the prone position, they would fatigue faster than they would on a stable, flat surface because of the high musculoskeletal demands necessary to maintain safe posture to prevent suffocation or positional asphyxia.[72] The study also found that prone positioning on an inclined sleep surface places the infant at higher risk of airway obstruction or suffocation, as evidenced by oxygen saturation results. Thus, one cannot translate the recommendation regarding sleep position and rolling over on a flat sleep surface to that of the inclined sleep surface. They are clearly not comparable and there is potentially a substantial risk to the infant left in the prone position in an inclined sleeper. These results may provide a mechanism to some of the suffocation and positional asphyxia deaths related to car seats and other sitting and carrying devices.[50]

The use of some inclined products can be seen in the Neonatal Intensive Care Unit (NICU). However, the NICU is a very specialized setting and sick infants often require positioning and the use of devices that contradict what is recommended to parents in the home environment. For example, therapeutic positioning keeps the preterm infant contained and maintains the fetal midline position of flexion to support comfort and self-regulation.[73,74] There is specific medical evidence for the unique care provided in the NICU and these babies are monitored and under constant supervision.

Even under the watchful eye of the NICU staff, infants can get into dangerous situations quickly. I have seen babies as small as 2 pounds lift their heads against restraints, kinking or dislodging their endotracheal (breathing) tube.  I have found premature babies spontaneously turned sideways in their incubator.  With even a small degree of incline, they have slid down to the foot of the incubator.  When in a swing, the infant should be transferred to the bassinet once she falls asleep to prevent airway compromise.  This modeling is important in the NICU since in most cases there will not be medical grade monitors available in the home setting.

As these infants get closer to hospital discharge, they are transitioned to model a home safe sleep environment, as per AAP recommendations.  In 2008 the AAP through the Committee on Fetus and Newborn began recommending predominantly supine positioning for infants by a postmenstrual age of 32 weeks' gestation to promote safe sleep.[75] This recommendation has been endorsed by the AAP Task Force on SIDS and is currently being expanded to help clinicians consistently create a safe home sleep environment well-before hospital discharge.[10,76]

**<u>Comparison of Safe Sleep Recommendations by Country:</u>**

When comparing infant sleep safety recommendations between countries, there is a remarkable level of consistency throughout the industrialized world.  This may reflect the fact that SIDS is a world-wide problem and research efforts have been ongoing for decades with results shared regularly at international meetings.  A review of recommendations by country was published by Doering in 2018.[77]  Of 52 very high human development countries, guidelines were found in 9

COU_008236

countries that met the inclusion criteria: Australia, Canada, Denmark, Hong Kong, Italy, New Zealand, Republic of Ireland (Ireland), the U.S., and the UK. All of the countries stressed the importance of the supine sleep position as a key factor in infant sleep safety. All of the countries describe the need for a firm sleep surface, with many recommending that a crib or cot conform to their country's safety standards. Four countries (Canada, Ireland, New Zealand, U.S.) additionally specify that the sleeping surface should be flat. Most countries also specifically advise against using sitting devices, such as car seats, for infant sleep and recommend that infants be moved to a safe sleep environment as soon as feasible. Ireland and the U.S. further discuss GER(D) and warn against elevation of the head of the crib. Almost all of the countries recommend not over-bundling and preventing the infant from becoming overheated.

**Conclusion:**

Based on my education, experience, knowledge and training, the Fisher-Price Rock 'n Play Sleeper did not comply with AAP safe sleep guidelines as it did not provide a flat, firm sleeping surface. The scientific community has known about the potential danger of an inclined sleep surface for over a decade. In addition, the evidence has accumulated against the claimed benefit of preventing infant gastroesophageal reflux through inclined positioning. As far back as 2000, the AAP Task Force on SIDS recommended "a crib that conforms to the safety standards of the Consumer Product Safety Commission and the ASTM (formerly the American Society for Testing and Materials) is a desirable sleeping environment for infants."[5] The Task Force expanded the recommendation in 2005 to include bassinets and cradles that conformed to CPSC standards.[78] In 2010, after reports of infant deaths in positioning devices, the FDA, in conjunction with the CPSC, warned manufacturers against making unproven medical claims that positioners could prevent SIDS, gastroesophageal reflux or plagiocephaly. A report was released

the same year showing a growing number of deaths and injuries in inclined sleepers and there was a recall of the Nap Nanny.   In 2011, the Task Force further clarified that the sleep surface should be flat stating:  Elevating the head of the infant's crib while the infant is supine is not recommended.[6]  With each iteration of the Task Force statement, the message has been amplified regarding the use of a flat, firm sleep surface and the pediatric gastroenterology experts continue to reinforce the same message. I fully support and agree with the AAP's position on inclined infant sleepers: these products have known risks to the infant with the potential for positional asphyxia and they should not be on the market to consumers who assume these products are safe for their babies.


**<u>Review of Medical Records:</u>**

Records from Mountain View Medical Group in Colorado reveal that Katie was a 19-year-old woman undergoing prenatal care for her first pregnancy.  She was seen initially in January of 2013.  Her estimated due date was 9/6/13 by last menstrual period dating and 9/25/13 by exam. She did not have any medical problems noted and her surgical history was notable for wisdom teeth extraction and breast augmentation.  There was no history of cigarette, alcohol, or illicit drug use.  The only noted allergy was to Percocet.  There was no family history of genetic or chromosomal disorders.  Screening lab work was negative for syphilis, gonorrhea, Hepatitis B, and HIV.  The only medication taken with the pregnancy was prenatal vitamins.  The records indicate additional visits monthly through March and no significant complications were noted. She had a normal BMI and her blood pressures were normal.  Additional records were not available as Katie relocated back to Arizona.

Records from Phoenix Baptist Hospital reveal that Katie continued with regular prenatal care in Arizona. She had visits approximately every 2 weeks and the pregnancy progressed without significant issues. Two second trimester ultrasounds showed no evidence of fetal anomalies and estimated the due date at 9/22/13 and 9/20/13. The hospital records did not reveal any serious problems during labor and delivery. Katie was admitted for post-dates induction on 9/30/13 at 40 and 5/7[th] weeks gestation, although another notation in the records said a 41.3 weeks gestation (using the ultrasound dating). The induction was unremarkable. Katie was group B streptococcus negative. She received epidural analgesia. Labor was not prolonged, lasting less than 7 hours. Amniotic fluid was clear. There was no maternal fever. Shortly before delivery fetal heart tones became category II for variable decelerations, but the delivery was normal, and the baby had normal Apgar scores of 8 and 8 at I and 5 minutes respectively (-2 for color). It should be noted that while a category I tracing is normal and a category III tracing is abnormal, a category II tracing is indeterminate and includes a wide variety of possible tracings that do not fit in either Category I or Category III.

Medical Records Phoenix Baptist Hospital for Zoey are consistent with information in the pediatric chart from ClearPath. Zoey was initially healthy and then developed an elevated respiratory rate (tachypnea) between 5 and 8 hours of life. She also had some transient grunting respirations. She was evaluated by the neonatology team and was found to be breathing rapidly but comfortably. A complete blood count (CBC) and blood cultures were obtained to determine if she had a bacterial infection in her blood stream. The CBC was normal. A chest x-ray was obtained which revealed increased densities consistent with a diagnosis of transient tachypnea of

the newborn (TTN). TTN is an extremely common diagnosis in newborns which is secondary to retained fetal lung fluid after birth. It typically resolves without intervention over the first hours to days of life. Zoey's symptoms improved quickly. She did not require antibiotic therapy and her blood culture was sterile. Zoey was noted to have a heart murmur while in the nursery. Murmurs in the newborn are common and often resolve spontaneously. They are not necessarily indicative of cardiac disease, but often warrant evaluation. Zoey had an echocardiogram which revealed normal cardiac anatomy. She had mild physiologic jaundice that did not require treatment. Her state metabolic screen for rare congenital abnormalities and inborn errors of metabolism was normal. She passed her newborn hearing screen. She was discharged to home with Katie on day of life 2 with a normal newborn exam and taking appropriate volumes of formula feedings. While hospitalized, Zoey received vitamin K, erythromycin ophthalmic prophylaxis and she was up to date on her immunizations, having received her Hepatitis B vaccine.

Medical Records from ClearPath Family Healthcare confirm that Zoey was a healthy girl born on 9/30/13 by normal spontaneous vaginal delivery with a birth weight of 3300 grams and Apgar scores of 8 & 8 at 1 and 5 minutes. Her newborn course was complicated by tachypnea and she had an evaluation for infection with CBC, blood cultures and CXR. Bacterial infection was ruled out. An echocardiogram revealed normal cardiac anatomy and function. She passed her newborn hearing screen and her state metabolic screening was normal.

Zoey was seen initially 2 days after hospital discharge.  She had a normal exam and education at this visit included supine sleep.  She was seen for regularly scheduled visits at 2, 4, and 6 months and she was appropriately immunized.  The records document that Zoey had normal physical exams. She was a formula fed baby (Similac).  Her growth for weight and height were appropriate and consistent at the 25th percentile.  However, her head circumference growth was abnormal at her last visit, having increased to the 95th percentile on her 6-month well child visit.  This could have been a measurement error, but there were no further visits to reassess the head growth.

The records state that Zoey was developing normally.  At her 2-month visit she had a social smile, was babbling and cooing and was beginning to roll front to back.  There were no changes in the developmental screen at the 4-month visit.  At the 6-month visit, the note states that Zoey was babbling more, rolling over and transferring small objects by hand.

The last available medical record is from Banner Thunderbird Medical Center on 4/21/14 when Zoey was almost 7 months of age.  She was brought in to the emergency department with a 4-day history of a congested cough and nasal congestion and drainage as well as increased tearing in the right eye.  The history noted that Zoey was in daycare and just started scooting and crawling.  Zoey was diagnosed as having an acute upper respiratory infection.  She was well-appearing with clear lungs and no respiratory distress.  She had no fever and her blood oxygen levels were normal.  Although there was no redness of the conjunctiva, the family was discharged with a prescription for erythromycin ophthalmic ointment to be applied to the eye 4

times per day for 1 week.  They were also given saline nose drops and instructions for use of a humidifier, sleeping in a car seat or other upright position (as tolerated) and frequent nasal suctioning.

In summary, based on my education, experience, knowledge and training, Zoey was a healthy child who was born to a healthy mother after an uncomplicated pregnancy.  Zoey had some transitional issues during the first 24 hours of life that resolved without intervention.  She had a structurally normal heart as confirmed by echocardiography.  She was a healthy child with normal growth, and she was well-cared for.  She was within normal limits for achieving her developmental milestones.  She had no obvious intrinsic risk factors (such as intrauterine growth restriction or maternal use of cigarettes or alcohol) that would have increased her risk of SIDS. She was also out of the range of most cases of SIDS, which typically (90%) occur within the first 6 months of life.

All of my opinions are stated to a reasonable degree of medical certainty.

_____        __4/1/2021_____

Signature                          Date

COU_008242

REFERENCES

[1] Moon RY. Task Force on Sudden Infant Death Syndrome, SIDS and other sleep-related infant deaths: updated 2016 recommendations for a safe infant sleeping environment. Pediatrics 2016;138:e20162938.

[2] Willinger, M., James, L. S., & Catz, C. (1991). Defining the sudden infant death syndrome (SIDS): Deliberations of an expert panel convened by the National Institute of Child Health and Human Development. Pediatric Pathology, 11(5),677-684. doi:10.3109/15513819109065465

[3] Filiano JJ, Kinney HC. A perspective on neuropathologic findings in victims of the sudden infant death syndrome: the triple-risk model. Biol Neonate. 1994;65(3-4):194–197

[4] American Academy of Pediatrics Task Force on Infant Positioning and SIDS. (1992). Infant positioning and SIDS. Pediatrics, 89(6 Pt. 1),), 1120-1126. Retrieved from http://pediatrics.aappublications.org/content/pediatrics/89/6/1120.full.pdf

[5] Willinger,M., & Sheers, N. J. (2000). Changing concepts of sudden infant death syndrome: implications for infant sleeping environment and sleep position (re9946). Pediatrics, 105(3), 650-656.

[6] Task Force on Sudden Infant Death Syndrome & Moon, R. Y. (2011). SIDS and other sleep-related infant deaths: Expansion of recommendations for a safe infant sleeping. Pediatrics, 128(5), 1030-1039. doi:10.1542/peds.2011-2284

[7] https://www.aap.org/en-us/advocacy-and-policy/aap-health-initiatives/7-great-achievements/Pages/default.aspx

[9] Ebell MH, Siwek J, Weiss BD, et al. Strength of recommendation taxonomy (SORT): a patient-centered approach to grading evidence in the medical literature. Am Fam Physician. 2004;69(3):548–556

[10] Changing Concepts of Sudden Infant Death Syndrome: Implications for Infant Sleeping Environment and Sleep Position Task Force on Infant Sleep Position and Sudden Infant Death Syndrome Pediatrics Mar 2000, 105 (3) 650-656; DOI: 10.1542/peds.105.3.650

[11] Malloy MH. Trends in postneonatal aspiration deaths and reclassification of sudden infant death syndrome: impact of the "Back to Sleep" program. Pediatrics 2002;109:661-5.

[12] Byard RW, Beal S. Gastric aspiration and sleeping position in infancy and early childhood. J Paediatr Child Health 2000;36:403-5.

[13] Tablizo MA, Jacinto P, Parsley D, Chen ML, Ramanathan R, Keens TG. Supine sleeping position does not cause clinical aspiration in neonates in hospital newborn nurseries. Arch Pediatr Adolesc Med 2007;161:507-10.

[14] Kanetake J, Aoki Y, Funayama M. Evaluation of rebreathing potential on bedding for infant use. Pediatr Int. 2003;45(3):284–289

[15] Kemp JS, Thach BT. Quantifying the potential of infant bedding to limit CO2 dispersal and factors affecting rebreathing in bedding. J Appl Physiol (1985). 1995;78(2):740–745

[16] Kemp JS, Livne M, White DK, Arfken CL. Softness and potential to cause rebreathing: differences in bedding used by infants at high and low risk for sudden infant death syndrome. J Pediatr. 1998;132(2):234–239

[17] Patel AL, Harris K, Thach BT. Inspired CO(2) and O(2) in sleeping infants rebreathing from bedding: relevance for sudden infant death syndrome. J Appl Physiol (1985). 2001;91(6):2537–2545

[18] Tuffnell CS, Petersen SA, Wailoo MP. Prone sleeping infants have a reduced ability to lose heat. Early Hum Dev. 1995;43(2):109–116

[19] Ammari A, Schulze KF, Ohira-Kist K, et al. Effects of body position on thermal, cardiorespiratory and metabolic activity in low birth weight infants. Early Hum Dev. 2009;85(8):497–501

[20] Yiallourou SR, Walker AM, Horne RS. Prone sleeping impairs circulatory control during sleep in healthy term infants: implications for SIDS. Sleep. 2008;31(8):1139–1146

[21] Wong FY, Witcombe NB, Yiallourou SR, et al. Cerebral oxygenation is depressed during sleep in healthy

term infants when they sleep prone. Pediatrics. 2011;127(3). Available at: www. pediatrics.org/ cgi/ content/ full/127/ 3/ e558

[22] Hauck FR, Herman SM, Donovan M, et al. Sleep environment and the risk of sudden infant death syndrome in an urban population: the Chicago Infant Mortality Study. Pediatrics. 2003;111(5 pt 2):1207–1214

[23] Li DK, Petitti DB, Willinger M, et al. Infant sleeping position and the risk of sudden infant death syndrome in California, 1997-2000. Am J Epidemiol. 2003;157(5):446–455

[24] Blair PS, Fleming PJ, Smith IJ, et al; CESDI SUDI Research Group. Babies sleeping with parents: case-control study of factors influencing the risk of the sudden infant death syndrome. BMJ. 1999;319(7223):1457–1461

[25] Fleming PJ, Blair PS, Bacon C, et al; Confidential Enquiry into Stillbirths and Deaths Regional Coordinators and Researchers. Environment of infants during sleep and risk of the sudden infant death syndrome: results of 1993-5 case-control study for confidential inquiry into stillbirths and deaths in infancy. BMJ. 1996;313(7051):191–195

[26] Carpenter RG, Irgens LM, Blair PS, et al. Sudden unexplained infant death in 20 regions in Europe: case control study. Lancet. 2004;363(9404):185–191

[27] Oyen N, Markestad T, Skaerven R, et al. Combined effects of sleeping position and prenatal risk factors in sudden infant death syndrome: the Nordic Epidemiological SIDS Study. Pediatrics. 1997;100(4):613–621

[28] Mitchell EA, Thach BT, Thompson JMD, Williams S. Changing infants' sleep position increases risk of sudden infant death syndrome: New Zealand Cot Death Study. Arch Pediatr Adolesc Med. 1999;153(11):1136–1141

[29] Kemp JS, Nelson VE, Thach BT. Physical properties of bedding that may increase risk of sudden infant death syndrome in prone-sleeping infants. Pediatr Res. 1994;36(1 pt 1):7–11

[30] Itzhak N, Greenblatt D. Aerodynamic factors affecting rebreathing in infants. J Appl Physiol 126: 952–964, 2019. doi:10.1152/japplphysiol.00784.2018.

[31] Scheers NJ, Dayton CM, Kemp JS. Sudden infant death with external airways covered: case-comparison study of 206 deaths in the United States. Arch Pediatr Adolesc Med. 1998;152(6):540–547

[32] Chiodini BA, Thach BT. Impaired ventilation in infants sleeping facedown: potential significance for sudden infant death syndrome. J Pediatr. 1993;123(5):686 692

[33] Sakai J, Kanetake J, Takahashi S, Kanawaku Y, Funayama M. Gas dispersal potential of bedding as a cause for sudden infant death. Forensic Sci Int. 2008;180(2-3):93–97

[34] Shapiro-Mendoza CK, Camperlengo L, Ludvigsen R, et al. Classification system for the Sudden Unexpected Infant Death Case Registry and its application. Pediatrics. 2014;134(1):e210–e219

[35] Consumer Product Safety Commission. Safety standards for bedside sleepers. Fed Reg. 2014;79(10):2581–2589

[36] Baddock SA, Tipene-Leach D, Williams SM, et al. Wahakura versus bassinet for safe infant sleep: a randomised trial. Paediatrics2017;139:e2016016doi:10.1542/peds.2016-0162.

[37] Abel S, Stockdale-Frost A, Rolls R, Tipene-Leach D. The wahakura: a qualitative study of the flax bassinet as a sleep location for New Zealand Māori infants. N Z Med J2015;128:12-9.pmid:26101114

[38] Tipene-Leach D, Baddock S, Williams S, et al. Methodology and recruitment for a randomised controlled trial to evaluate the safety of wahakura for infant bedsharing. BMC Pediatr2014;14:240. doi:10.1186/1471-2431-14-240 pmid:25262145

[39] Mitchell EA, Cowan S, Tipene-Leach D. The recent fall in postperinatal mortality in New Zealand and the Safe Sleep programme. Acta Paediatr2016;105:1312-20. doi:10.1111/apa.13494 pmid:27254483

[40] Tappin D, Ecob R, Brooke H. Bedsharing, roomsharing, and sudden infant death syndrome in Scotland: a case-control study. J Pediatr. 2005;147(1):32–37

[41] Blair PS, Sidebotham P, Pease A, Fleming PJ. Bed-sharing in the absence of hazardous circumstances: is there a risk of sudden infant death syndrome? An analysis from two case-control studies conducted in the UK. PLoS One. 2014;9(9):e107799

[42] McGarvey C, McDonnell M, Chong A, O'Regan M, Matthews T. Factors relating to the infant's last sleep environment in sudden infant death syndrome in the Republic of Ireland. Arch Dis Child. 2003;88(12):1058–1064

[43] Rechtman LR, Colvin JD, Blair PS, Moon RY. Sofas and infant mortality. Pediatrics. 2014;134(5). Available at: www. pediatrics. org/ cgi/ content/ full/134/ 5/ e1293

[44] Orenstein SR, Whitington PF, Orenstein DM. The infant seat as treatment for gastroesophageal refl ux. N Engl J Med. 1983;309(13):760–763

[45] Bass JL, Bull M. Oxygen desaturation in term infants in car safety seats. Pediatrics. 2002;110(2 pt 1):401–402

[46] Kornhauser Cerar L, Scirica CV, Stucin Gantar I, Osredkar D, Neubauer D, Kinane TB. A comparison of respiratory patterns in healthy term infants placed in car safety seats and beds. Pediatrics. 2009;124(3). Available at: www. pediatrics. org/ cgi/ content/ full/124/ 3/ e396

[47] Côté A, Bairam A, Deschenes M, Hatzakis G. Sudden infant deaths in sitting devices. Arch Dis Child. 2008;93(5):384–389

[48] Merchant JR, Worwa C, Porter S, Coleman JM, deRegnier RA. Respiratory instability of term and near-term healthy newborn infants in car safety seats. Pediatrics. 2001;108(3):647–652

[49] Willett LD, Leuschen MP, Nelson LS, Nelson RM Jr. Risk of hypoventilation in premature infants in car seats. J Pediatr. 1986;109(2):245–248

[50] Batra EK, Midgett JD, Moon RY. Hazards associated with sitting and carrying devices for children two years and younger. J Pediatr. 2015;167(1):183–187

[51] Oden R, Joyner BL, Ajao TI, Moon R. Factors influencing African-American mothers' decisions about sleep position: a qualitative study. J Natl Med Assoc 2010;102:870-80.

[52] Colson ER, McCabe LK, Fox K, et al. Barriers to Following the Back-to-Sleep Recommendations: Insights From Focus Groups With Inner-City Caregivers. Ambul Pediatr 2005;5:349-54.

[53] Mosley JM, Stokes SD, Ulmer A. Infant sleep position: discerning knowledge from practice. Am J Health Behav 2007;31:573-82.

[54] Moon RY, Omron R. Determinants of infant sleep position in an urban population. Clin Pediatr (Phila) 2002;41:569-73.

[55] Moon RY, Patel KM, Shaefer SJ. Sudden infant death syndrome in child care settings. Pediatrics 2000;106:295-300.

[56] Moon RY, Weese-Mayer DE, Silvestri JM. Nighttime child care: inadequate sudden infant death syndrome risk factor knowledge, practice, and policies. Pediatrics 2003;111:795-9.

[57] Ottolini MC, Davis BE, Patel K, Sachs HC, Gershon NB, Moon RY. Prone infant sleeping despite the "Back to Sleep" campaign. Arch Pediatr Adolesc Med 1999;153:512-7.

[58] Willinger M, Ko C-W, Hoffman HJ, Kessler RC, Corwin MJ. Factors associated with caregivers' choice of infant sleep position, 1994-1998: the National Infant Sleep Position Study. JAMA 2000;283:2135-42.

[59] Von Kohorn I, Corwin MJ, Rybin DV, Heeren TC, Lister G, Colson ER. Influence of prior advice and beliefs of mothers on infant sleep position. Arch Pediatr Adolesc Med 2010;164:363-9.

[60] Vandenplas Y, Rudolph CD, Di Lorenzo C, et al; North American Society for Pediatric Gastroenterology Hepatology and Nutrition; European Society for Pediatric Gastroenterology Hepatology and Nutrition. Pediatric gastroesophageal reflux clinical practice guidelines: joint recommendations of the North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition (NASPGHAN) and the European Society for Pediatric Gastroenterology, Hepatology, and Nutrition (ESPGHAN). J Pediatr Gastroenterol Nutr. 2009;49(4):498–547.

[61] Meyers WF, Herbst JJ. Effectiveness of positioning therapy for gastroesophageal reflux. Pediatrics 1982;69:768-72.

[62] Tobin JM, McCloud P, Cameron DJ. Posture and gastro-oesophageal reflux: a case for left lateral positioning. Arch Dis Child 1997;76:254-8.

COU_008245

[63] Orenstein SR, Whitington PF, Orenstein DM. The infant seat as treatment for gastroesophageal reflux. N Engl J Med 1983;309: 760–3

[64] Martin RJ, Di Fiore JM, Hibbs AM. Gastroesophageal reflux in preterm infants: is positioning the answer? J Pediatr 2007;151:560-1.

[65] Rosen R, Vandenplas Y, Singendonk M, et al. Pediatric Gastroesophageal Reflux Clinical Practice Guidelines: Joint Recommendations of the North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition and the European Society for Pediatric Gastroenterology, Hepatology, and Nutrition. J Pediatr Gastroenterol Nutr 2018;66:516-54.

[66] Shuren J. Letter to Manufacturers Concerning Medical Claims About Infant Sleep Positioners: Devices Can Create Risk of Suffocation. In: Administration USFaD, ed. Washington, DC: US Food and Drug Administration; 2010.

[67] Shapiro-Mendoza CK, Kimball M, Tomashek KM, Anderson RN, Blanding S. US infant mortality trends attributable to accidental suffocation and strangulation in bed from 1984 through 2004: are rates increasing? Pediatrics 2009;123:533–9.

[68] Gillice M, Topping J, Midgett. Suffocation Deaths Associated with Use of Infant Sleep Positioners — United States, 1997–2011. MMWR. 61(46);933-937.

[69] Peachman RR. Fisher-Price Rock 'n Play sleeper should be recalled, Consumer Reports Says. Consumer Rep 2019.

[70] U.S. Consumer Product Safety Commission, Safety Standard for Infant Sleep Products. Fed Register 2019;84:60649-963.

[71] Arya R, Williams G, Kilonback A, et al. Arch Dis Child Fetal Neonatal Ed 2017;102:F136–F141.

[72] Mannen EM, Carroll J, Bumpass DB, et al. Biomechanical analysis of inclined sleep products. Little Rock, AR: Univeristy of Arkansas; 2019 September 18.

[73] Individualized developmental care for preterm infants. Encyclopedia on Early Childhood Development. 2017. (Accessed July 27, 2020, at http://www.child-encyclopedia.com/sites/default/files/textes-experts/en/809/individualized-developmental-care-for-preterm-infants.pdf.)

[74] Conde-Agudelo A, Belizan JM, Diaz-Rossello J. Kangaroo mother care to reduce morbidity and mortality in low birthweight infants. Cochrane Database Syst Rev

[75] American Academy of Pediatrics, Committee on Fetus and Newborn, Hospital discharge of the high-risk neonate. Pediatrics 2008;122:1119-26.

[76] Goodstein MH, Task Force on Sudden Infant Death Syndrome, Transition to a Safe Home Sleep Environment. Pediatrics (in press).

[77] Doering JJ, Salm Ward TC, Strook S, Campbell JK. Comparison of Infant Sleep Safety Guidelines in Nine Industrialized Countries.  Journal of Community Health 2018. https://doi.org/10.1007/s10900-018-0556-3

[78]  The Changing Concept of Sudden Infant Death Syndrome: Diagnostic Consider in Reducing Risk Shifts, Controversies Regarding the Sleeping Environment, and New Variables to Consider in Reducing Risk. Pediatrics 2005;116;1245. DOI: 10.1542/peds.2005-1499