# EXHIBIT 1



# Vredenburgh & Associates, Inc.
### Human Factors, Safety, Biomechanics and Organizational Consulting

*Mailing Address*
2588 El Camino Real, F353
Carlsbad, CA  92008
(442) 222–8289
avredenburgh@gmail.com
www.hfexpert.com

## ALISON G. VREDENBURGH, Ph.D., CPE
**Curriculum Vitae**

### EDUCATION

- Post-Doctoral Research Fellow (1999 – 2001)
  University of California, San Diego, California
  Department of Anesthesiology, School of Medicine
  Designed, conducted, published and presented original research concerning issues critical to understanding the role of human error in medicine including how to objectively identify expert clinical performance and to best train clinicians to attain this level of expertise.  Areas of study included the impact of performance shaping factors such as workload, fatigue, training and sleep deprivation.

- Ph.D. (1998) Industrial-Organizational Psychology
  California School of Professional Psychology, San Diego
  Dissertation topic: Risk Management Programs

- M.S. (1996) Industrial-Organizational Psychology
  California School of Professional Psychology, San Diego

- M.S. (1987) Systems Management
  Systems Technology emphasis
  University of Southern California

- B.A., with Honors (1984) Organizational Psychology
  University of California, Santa Barbara

### LICENSES AND CERTIFICATIONS

- Certified Professional Ergonomist (CPE) #237 (1993)
- Board Certified Disability Analyst and Fellow #5432-01 (2001)
- California Teaching Credential (Secondary Social Science) #910021229 (1990)
- Certified NAUI Scuba Instructor #11578 (1989)

## CURRENT POSITION

**Principal, Vredenburgh & Associates, Inc.**
**Carlsbad, CA** (1998 – present)
Consults with businesses and industry in areas including product warning design, injury prevention, machine guarding, job design, job and task analysis, program evaluation, training, risk management, Americans with Disabilities Act (ADA), Fair Housing Act (FHA), Occupational Safety and Health Administration (OSHA), organizational development and assessment, and research instrument development and validation.  Conducts and presents original research.

Serves as a forensic (the application of science to law) consultant for product liability, personal injury, FHA/ADA, and employment cases in the areas of human factors, safety, and industrial-organizational psychology. Collects and reviews case material, inspects accident sites and equipment, and performs testing and evaluation. Issues include hazard management, communication, and warning effectiveness; accessibility of housing and public areas; product/equipment design; reasonableness of conduct; human error; adequacy of supervision and training; behavioral expectations; employee discrimination and harassment; visibility, conspicuity, and lighting; perception/reaction times; and slips and falls.  Since 1990, has consulted on hundreds of cases and qualified as an expert in Municipal, Superior, and Federal District courts.

## PATENTS

**Motorcycle Conspicuity Enhancement System** (Patent #5754097).
Inventor of new system designed to increase motorcycle visibility to other motor vehicle drivers during daytime conditions.

**Coefficient of Friction Tester** (Patent #5736630).
Consulted in the user requirements for the design of a COF tester that can be used to test both static and dynamic COF in both wet and dry conditions.

## UNIVERSITY APPOINTMENTS

**Consultant**
San Diego Center for Patient Safety (2001 – 2010)
A joint effort of UCSD and the VA San Diego Healthcare System
Participated in research design and analysis, manuscript preparation, and grant writing.

**Adjunct Research Associate**
Rensselaer Polytechnic Institute, Troy, New York
Department of Philosophy, Psychology and Cognitive Science (2000 – 2004)
Assisted in the development of the forensic psychology program.  Sat on thesis and dissertation committees.

## INDUSTRIAL-ORGANIZATIONAL CONSULTING

**Warnings Consultant**
**Broco, Inc.** (2006)
Developed and tested warnings regarding an underwater cutting torch for the Owner's Manual and packaging.

**Warnings Consultant**
**E-Force** (2002)
Developed and tested warnings regarding protective eyewear for racquetball for the Owner's Manual and other product materials.

**Warnings Consultant**
**American Racing Wheels** (2001-2003)
Developed and tested warnings for the Owner's Manual and other product materials.

**Ergonomics Consultant**
**Cargill Corporation** (2001-2002)
Performed ergonomics and job hazard analyses of railcar unloading, including, hose management, steam cleaning, fall protection, and working under railcars. Developed, conducted and analyzed organizational safety culture study.

**Americans with Disability Act Consultant**
**Union-Tribune Newspaper, San Diego, CA** (1999 – 2004)
Developed an Americans with Disability Act (ADA) plan, which included an evaluation of the accessibility of the production and office facilities, and plan for barrier removal.

**Human Factors and Safety Consultant**
**Ventura County Medical Center** (1999)
Performed an analysis of back injury risk factors for four departments: medical/surgical, housekeeping, maintenance and laundry. Trained hospital employees in the hazards associated with their jobs and methods to prevent back injuries.

**Human Factors and Safety Consultant**
**County of Ventura** (1999)
Performed a job hazard analysis to determine all potential areas of injury exposure in the performance of the garbage collection job.

**Human Factors and Safety Consultant**
**Stanford Health Services, Department of Radiology, Stanford, CA** (1996)
Determined the physical requirements of the hospital employees in the radiology department by conducting tests and force measurements of the equipment used to perform required tasks. Performed a job analysis in order to determine whether a disabled employee could perform the X-ray technician job based on his capabilities and limitations as specified in his functional capacity evaluation.

**Human Factors and Safety Consultant**
**Bayer, Pharmaceutical Division, San Diego, CA** (1995)
Performed workstation evaluations of both office and industrial employees. Identified risk factors, and made recommendations to increase safety and performance of employees.

**Human Factors and Safety Consultant**
**Lens Manufacturer, San Diego, CA** (1995)
Developed response to an OSHA Special Order. Developed and implemented a new risk management program, redesigned jobs, and designed new tools.

## EMPLOYMENT HISTORY

**Vice President, Research and Development**
**Error Analysis, Inc.**
**La Mesa, CA** (1990 –1998)
Consulted in industrial-organizational areas including warnings, job and task analysis, job design, training, occupational safety and health (OSHA), and research instrument development and validation. Directed, published, and presented original research studies. Directed Ph.D. internship program between Error Analysis, Inc. and the California School of Professional Psychology. Supervised students' pre-doctoral internship hours. Served as a forensic consultant for product liability and personal injury accident cases in the area of human factors, safety, and industrial-organizational psychology.

**Business Operations**
**Hughes Aircraft Company**
**El Segundo, CA** (1984 –1989)
Developed and implemented emergency preparedness program plan conforming to OSHA requirements. Developed specifications to automate a computer-generated monthly management reporting system. Administrated the performance and cost improvement programs. Researched, documented, and verified implementation of employee recommended system enhancements. Facilitated quality circles. Taught courses in the areas of safety, supervision, quality, computer software, and business writing. Interfaced with the customer (U.S. Army) regarding major proposal status and helped develop Hughes' negotiation position. Developed numerous safety, performance, and quality procedures.

## MEMBERSHIPS

- Human Factors and Ergonomics Society (HFES), full member
- Forensics Professional Group of the HFES
- Safety Technical Group of the HFES
- Founding member, Children's Issues Technical Troup of the HFES
- Surface Transportation Technical Group of the HFES
- Psi Chi Honors Society

## VOLUNTEER POSITIONS

- Chair, HFES Seal of Approval Task Force (2018-2019).

- Forensics Professional Group (FPG) of the Human Factors and Ergonomics Society, Elected Chair (2018-2020). Also elected FPG Chair 2004-2006; 2010-2012; 2014-2016. Program Chair (2016 - 2018).

- Safety Technical Group (STG) of the Human Factors and Ergonomics Society, Elected Chair (2016-2018).

- Served as peer reviewer for numerous scientific publications.

- Has served as Chair of various technical sessions at Annual Meetings of the HFES.

- Served as a judge for the San Diego Science and Engineering Fair (2006 - 2019).

- Served as a judge for the California State Science Fair (2006 - 2011).

- Elected to the Board of the Forensic Expert Witness Association (FEWA), Orange County. Served as delegate to the State FEWA Board (2004).

- Served as Vice-President of the San Diego Forensics Consultants Association (2002-2003).

- Developed the program and coached the Valley Middle School Science Olympiad team. Received the Chamber's *Outstanding Educational Program* award for most Innovative Program (5/20/05).

- Served on the Citizens' Bond Oversight Committee of the Carlsbad City Schools (2000-2001). Met monthly with the Superintendent (specialty area: school safety).

- Served as a member of Carlsbad Unified School District, Parent/Superintendent Advisory Committee (2005-2006).

- Served on the Board of the Carlsbad Strings Education Association (Vice-President 2004-2007).

## STUDENT INTERNSHIPS

**Peer Health Educator**
**University of California, Santa Barbara, CA** (1982 –1983)
Received UCSB certification. Developed and conducted seminars to student community on health-related issues.

**Medical Aide**
**Isla Vista Medical Clinic, Goleta, CA** (1982 –1983)
Assisted physicians with medical exams and minor surgeries. Ran lab tests.

## RELATED SKILLS

- Fluent in Spanish for instructions and warnings development and translations

- Photography:  photographs of accident sites, equipment, and the workplace are frequently used for courtroom exhibits, textbooks, lectures and industrial-organizational training.

## PEER REVIEWER

- *Theoretical Issues in Ergonomics Science.* Taylor & Francis / CRC Press.
- *Forensic Human Factors and Ergonomics: Case Studies and Analysis*. Taylor & Francis / CRC Press.
- *Applied Ergonomics* (Journal). Elsevier.
- *Journal of Occupational and Environmental Medicine.* Lippincott Williams & Wilkins.
- *The Handbook of Warnings: Design and Use.* Lawrence Erlbaum Associates, Inc.
- *Human Factors Aspects of Handgun Safety.* Lawrence Erlbaum Associates, Inc.
- *Human Factors Perspectives on Warnings, Volume 2.* Human Factors and Ergonomics Society
- *Human Factors and Ergonomics Society Annual Meeting Proceedings.* Human Factors and Ergonomics Society
- *Regulation & Governance.* Wiley-Blackwell, John Wiley & Sons, Inc.

## PUBLICATIONS

Vredenburgh, A.G., Welner, KG., Daly Guris, R.J., & Cheruku, S.R.  (2020). Epidemic Response: How to evaluate and respond to evolving and conflicting risk information with a focus on education and clinical environments. Human Factors Analysis of a Rotating Restaurant. In *Proceedings of the Human Factors and Ergonomics Society 2020 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society.

Hartman, L.S., Whetsel Borzendowski, S., Vredenburgh, A.G., Campbell, A., & Zackowitz, I.B., (2020). Identifying hazards at residential and commercial pools: An interactive session. In *Proceedings of the Human Factors and Ergonomics Society 2020 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society.

Vredenburgh, A. & Vredenburgh, M. (2020). Human Factors Analysis of a Rotating Restaurant. In *Proceedings of the Human Factors and Ergonomics Society 2020 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society.

Whetsel Borzendowski, S., Vredenburgh, M., Darlson, C., Hersh, M., Vredenburgh, A., & Zackowitz, I. (2019). Children's safety workshop: A demonstration of human factors professionals' preparation with practicing attorneys. In *Proceedings of the Human Factors and Ergonomics Society 2019 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 227.

Vredenburgh, A.G., Zackowitz, I.B. & Vredenburgh, A.N. (2019). Colorful Rounded-Tip Scissors: Too sharp for children. M.S. Wogalter (Ed.), In *Forensic Human Factors &*

*Ergonomics: Case Studies and Analyses,* (pp. 123-134). Boca Raton, FL: CRC Press/Taylor & Francis Group.

Zackowitz, I.B., Vredenburgh, A.G., & Vredenburgh, A.N. (2019). Don't Walk: Hazardous to cross mid-block. M.S. Wogalter (Ed.), In *Forensic Human Factors & Ergonomics: Case Studies and Analyses*, (pp. 243-256). Boca Raton, FL: CRC Press/Taylor & Francis Group.

Vredenburgh, A.G. & Zackowitz, I.B. (2018). Forensic Case Study: When labeling leads to wrongful incarceration. In *Proceedings of the Human Factors and Ergonomics Society 2018 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 398-402.

Vredenburgh, M.J., Bench, M.L., Zackowitz, I.B., Runge, K., & Vredenburgh, A.G. (2018). Amusement Park Guest Injured on a Water Ride: A Human Factors and Biomechanics Evaluation. In *Proceedings of the Human Factors and Ergonomics Society 2018 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 440-444.

Vredenburgh, A.G., Young, J., Liske, D. & Young, S. (2017). Cross-Border Testifying Tips: U.S. Experts in Canada and Canadian Experts in the U.S. In *Proceedings of the Human Factors and Ergonomics Society 2017 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 470-473.

Zackowitz, I.B., Kalsher, M.J., Pollack-Nelson, C., Vredenburgh, A. & Miller, J.M. (2017). Adult products that kill and injure children. In *Proceedings of the Human Factors and Ergonomics Society 2017 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 886-889.

Bench, M.L., Vredenburgh, M.J., Zackowitz, I.B. & Vredenburgh, A.G. (2017). An epidemiological perspective of individual and population health risk prevention. Pedro Arezes (ed.), In *Advances in Safety Management and Human Factors*, (pp. 357-368). Warsaw, Poland: Springer International Publishing.

Bench, M.L., Vredenburgh, M.J., Zackowitz, I.B. & Vredenburgh, A.G. (2017). Risk Communication for Consumer Products. Pedro Arezes (ed.), In *Advances in Safety Management and Human Factors*, (pp. 225-235). Warsaw, Poland: Springer International Publishing.

Huyen, C., Vredenburgh, A.N., Zackowitz, I.B. & Vredenburgh, A.G. (2017). Role of emotions in risk perception. Pedro Arezes (ed.), In *Advances in Safety Management and Human Factors*, (pp. 133-143). Warsaw, Poland: Springer International Publishing.

Zackowitz, I.B. Vredenburgh, M.J., Bench, M.L., & Vredenburgh, A.G. (2017). Types of Consumer Products. In G. Emilien, R. Weitkunat & Ludicke (Eds.). *Consumer Perception of Product Risks and Benefits*. (pp. 3-22). Switzerland: Springer.

Brill, J.C., Bliss, J.P., Hancock, P.A., Manzey, D., Meyer, J., & Vredenburgh, A. (2016). Matters of Ethics, Trust, and Potential Liability for Autonomous Systems. *Proceedings of the Human Factors and Ergonomics Society 2016 Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 308-312.

Vredenburgh, A.N., Zackowitz, I.B. & Vredenburgh, A.G. (2015). Air Rage: What factors Influence Airline Passenger Anger? *Proceedings of the Human Factors and Ergonomics Society 59th Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 59:400-404.

Rice, J.B.R., Brickman, D., Lueder, R., Smith-Jackson, T., Vredenburgh, A. & Zackowitz, I. (2015). "Conflicting design considerations for children and people with disabilities." In Designing for Children: What Do Human Factors Professional Need to Know? *Proceedings of the Human Factors and Ergonomics Society 59th Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 59:413-415.

Wogalter, M.S. Laughery, K.R., Vredenburgh, A.G., Deppa, S.W., Lueder, R. & Zackowitz, I.B. (2014). Child Injury: Forensic human factors points to the need for better product designs and warnings. *Proceedings of the Human Factors and Ergonomics Society 58th Annual Meeting,* Santa Monica, CA: Human Factors and Ergonomics Society, 58:1864-1868.

Vredenburgh, A.G., & Vanderpol, E. (2014). Case Study: A Novice Unlicensed Child Operator of a Motorized Dirt Bike Versus an Ambulance Driver. *Proceedings of the Human Factors and Ergonomics Society 58th Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 58:554-558.

Hornick, R.J., Vredenburgh, A.G., Laughery, K.R., Pauls, J.L., & Wogalter, M.S. (2014). Dealing with Dubious Testimony Provided by Opposing Experts. *Proceedings of the Human Factors and Ergonomics Society 58th Annual Meeting*, Santa Monica, CA: Human Factors and Ergonomics Society, 58:559-561.

Vredenburgh, A.G., & Spencer, D.R. (2013). Sophisticated User: When Does a Jury Find Users to Have Sophisticated Knowledge after Determining Liability/Failure to Warn? *Proceedings of the Human Factors and Ergonomics Society 57th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 57:565-569.

Zackowitz, I.B., & Vredenburgh, A.G. (2013). A Forensic Human Factors Analysis of a Playground Designated for Special Needs Children. *Proceedings of the Human Factors and Ergonomics Society 57th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 57:585-589.

Runge, K. & Vredenburgh, A.G. (2013). A False Sense of Security: Hazards Associated with Working on Flat Roofs with Parapet Walls. *Proceedings of the Human Factors and Ergonomics Society 57th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, Vol. 57, 590-594.

Vredenburgh, A.G., & Zackowitz, I.B. (2013). Falling from Airstairs while Disembarking from a Commuter Plane. *Proceedings of the Human Factors and Ergonomics Society 57th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, Vol. 57, 600-604.

Vredenburgh, A.G., & Zackowitz, I.B. (2012). Case Study: Evaluating the Warnings on a Tanning Bed. *Proceedings of the Human Factors and Ergonomics Society 56th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, Vol. 56, 671-674.

Vredenburgh, A.G., & Zackowitz, I.B. (2012). When a Dog is Just a Dog?  A Case Study Evaluating the ADA service animal rules. *Proceedings of the Human Factors and Ergonomics Society 56th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, Vol. 56, 720-723.

Vredenburgh, A.G., & Zackowitz, I.B. (2011). Research in Motion: A Case Study Evaluating the Accessibility of Public Transit in our Nation's Capital. In *Proceedings of the Human Factors and Ergonomics Society 55th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 584-588.

Laughery, K., Wogalter, M., Nemire, K., Vredenburgh, A.G., & Kalsher, M.J. (2011). What do human factors/ergonomics experts have to tell juries that they don't know - but may think they know? In *Proceedings of the Human Factors and Ergonomics Society 55th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 604-607.

Vredenburgh, A.G., Williams, K., Zackowitz, I.B., & Welner, J.M. (2010). Evaluation of Wheelchair Users' Perceived Kitchen and Bathroom Usability: Effort and Accessibility. *Journal of Architectural and Planning Research,* 27(3), 219-236.

Zackowitz, I.B., Vredenburgh, A.G., Calkins, L., & Kessler, D. (2010). The current state of legal, design, and residential usability issues for people with various disabilities. In *Proceedings of the Human Factors and Ergonomics Society 54th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 753-756.

Zackowitz, I.B., & Vredenburgh, A.G. (2010). Evaluation of Methods to Remedy Existing Multi-Family Housing to Maximize Accessibility to Residents. In Tadeusz Marek, Waldemar Karwowski & Valerie Rice, (Ed.). *Advances in Understanding Human Performance: Neuroergonomics, Human Factors Design and Special Populations*, 613-623.

Vredenburgh, M.J., Zackowitz, I.B., Spencer, D., DeTaboada, M.R., & Vredenburgh, A.G. (2010). What constitutes typical adolescent behavior and how does it differ from adult conduct? In Waldemar Karwowski & Gavriel Salvendy (Ed.). *Advances in Human Factors, Ergonomics, and Safety Manufacturing and Service Industries,* 927-936.

Vredenburgh, A.G., & Zackowitz, I.B. (2009). Evaluating Common Approaches Used to Accommodate People with Disabilities Residing in Existing Multi-Family Housing. In *Proceedings of the Human Factors and Ergonomics Society 53rd Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society. (Distributed at conference. Not included in proceedings CD due to a technical problem. Paper accepted for publication by reviewers and is available through the HFES central office).

Vredenburgh, A.G., Hedge, A., Zackowitz, I.B., & Welner, J.M. (2009). Evaluation of Wheelchair Users' Perceived Sidewalk and Ramp Slope: Effort and Accessibility. *Journal of Architectural and Planning Research, 26*(2), 145-158.

Vredenburgh, A.G., & Zackowitz, I.B. (2009). Drug Labeling and its Impact on Patient Safety. In Sonja Koneczny (Ed.), *WORK: A Journal of Prevention, Assessment & Rehabilitation,* Volume 33, Number 2. (pp. 169-174). The Netherlands: IOS Press.

Zackowitz, I.B., & Vredenburgh, A.G. (2008). Forensic Human Factors: People, places, products. In C.M. Carswell (Ed.). *Reviews of Human Factors and Ergonomics, Volume 4*. (pp. 75-104). Santa Monica, CA: Human Factors and Ergonomics Society.

Vredenburgh, A.G., & Zackowitz, I.B. (2008). Drug Labeling and its Impact on Patient Safety. In *Proceedings of the Human Factors and Ergonomics Society 52nd Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 842-844.

Vredenburgh, A.G., & Zackowitz, I.B. (2008). Who turned off the lights? *Proceedings of the Applied Human Factors and Ergonomics 2nd International Conference*, Las Vegas, NV.

Zackowitz, I.B., & Vredenburgh, A.G. (2008). When is a Warnings Case Not a Warnings Case? *Proceedings of the Applied Human Factors and Ergonomics 2nd International Conference*, Las Vegas, NV.

Kalsher, M.J., Cao, C.G.L., Weinger, M., Vredenburgh, A.G., Israelski, E., Spyridon, G., Yoshida, D., & McLeod, R. (2007). Mock Trial: Role of Human Factors in Litigation Involving Automated External Defibrillators (AED). In *Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 1514-1516.

Zackowitz, I.B., & Vredenburgh, A.G. (2007). When Communication Failure Contributes to an Injury: A Case Study of Para-Transportation for Wheelchair Users. In *Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 559-563.

Kalsher, M.J., Van Duijne, F., Waters Deppa, S., Mont.Alvão Pontifícia, C., Rother, H.A., Vredenburgh, A.G., & Wogalter, M. (2007). An International Perspective on Risk Communications: Adapting to Safety Demands in the Emerging Global Economy. In *Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 1403-1405.

Vredenburgh, A.G., & Zackowitz, I.B. (2007). Playground: Safety and Ergonomics. In R. Lueder & V. Berg Rice (Eds.). *Ergonomics for Children: Designing products and places for toddler to teens.* (pp. 907-925). London: Taylor & Francis.

Catalano, J.N., & Vredenburgh, A.G. (2007). Trial Demonstration: Cross-examination of an expert witness. *Proceedings of the 16th Annual National Expert Witness Conference*, Falmouth, MA: SEAK, 37-40.

Vredenburgh, A.G. (2007). Advanced expert techniques. *Proceedings of the 16th Annual National Expert Witness Conference*, Falmouth, MA: SEAK, 151-155.

Vredenburgh, A.G., Hedge, A., Zackowitz, I.B., & Welner, J.M. (2007). Vol. 13. Using human factors engineering to evaluate existing walkway accessibility standards. In *Proceedings of the 59th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 172-173.

Vredenburgh, A.G., Vredenburgh, M.J., & Kalsher, M.J. (2006). Adolescent risk perception and self-protective behavior regarding airsoft and paintball Guns. *IEA2006: 16th World Congress on Ergonomics.* Elsevier Ltd.

Vredenburgh, A.G., Kalsher, M.J., & Vredenburgh, M.J., (2006). Evaluating hazard communication of patient medication information sheets for prescription drugs. *IEA2006: 16th World Congress on Ergonomics.* Elsevier Ltd.

Vredenburgh, A.G. (2006). How do consumer expectations affect warning compliance? *The Daily Transcript*. (San Diego Top Attorneys supplement). July 20, 2006.

Vredenburgh, A.G., & Vredenburgh, M.J. (2006). Vol. 12. Human factors evaluation of a steam shower. In *Proceedings of the 58th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 132.

Vredenburgh, A.G., & Zackowitz, I.B. (2006). Expectations. In M. Wogalter (Ed.), *The Handbook of Warnings*. (pp. 345-354). Mahwah, NJ: Lawrence Erlbaum Associates, Inc.

Vredenburgh, A.G., & Helmick-Rich, J.A. (2006). Extrinsic nonwarning factors. In M. Wogalter (Ed.), *The Handbook of Warnings*. (pp. 373-384). Mahwah, NJ: Lawrence Erlbaum Associates, Inc.

Vredenburgh, A.G., & Williams, K. (2005). Evaluating the effects of frost heave on the feasibility of compliance with existing walkway accessibility standards. In *Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 813-817.

Zackowitz, I.B., Vredenburgh, A.G., & Hedge, A. (2005). A critical analysis of the usability and design of aluminum wheelchair ramps. In *Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 803-807.

Murphy, W.H., Vredenburgh, A., Weinger, M.G., & Yoshida, D. (2005). Human factors engineering, legal liability, malpractice, and patient safety. *In Human Factors, Ergonomics, and Patient Safety for medical Devices*. Arlington, VA: Association for the Advancement of Medical Instrumentation (AAMI).

Vredenburgh, A.G., Longden, S., Williams, K.J., & Kalsher, M.J. (2005). Evaluating latex glove container warnings in a realistic setting. *International Journal of Industrial Ergonomics*, 35, 559-568.

Vredenburgh, A.G., & Zackowitz, I.B. (2005). Human factors issues to be considered by product liability experts. In Y.I. Noy & W. Karwowski (Eds.), *Handbook of Human Factors in Litigation.* (pp. 26-1 – 26-11). Boca Raton, FL: CRC Press.

Vredenburgh, A.G., & Zackowitz, I.B. (2005). Sexual harassment: A forensic human factors perspective. In Y.I. Noy & W. Karwowski (Eds.), *Handbook of Human Factors in Litigation.* (pp. 36-1 – 36-9). Boca Raton, FL: CRC Press.

Zackowitz, I.B, & Vredenburgh, A.G. (2005). Preschoolers, adolescents and seniors: Age-related factors that pertain to forensic human factors analyses. In Y.I. Noy & W. Karwowski (Eds.), *Handbook of Human Factors in Litigation.* (pp. 35-1 – 35-11). Boca Raton, FL: CRC Press.

Vredenburgh, A.G., & Weinger, M.B. (2004). Communication of drug hazard information: A critical analysis of how the relationship between the pharmaceutical companies, the FDA, clinicians and patients impacts patient safety. In *Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 2040-2044.

Hornick, R.J., & Vredenburgh, A.G. (2004). A two-way street – with hazards; Expert/attorney communications. In *Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 1129-1130.

Vredenburgh, A.G., & Weinger, M.B. (2004). Examination of apparent flaws in the American drug hazard detection, evaluation, and risk communication system. Abstract in the Program of the *Second Annual Patient Safety Conference: Making care safer one patient at a time*. San Diego, CA, 100.

Vredenburgh, A.G. (2003). Intervention effectiveness: Evaluation of six workplace safety programs to determine their contribution to injury reduction. Abstract in *Proceedings of the National Occupational Injury Research Symposium (NOIRS)*. Pittsburgh, PA, 101.

Vredenburgh, A.G., Longden, S., Williams, K.J., & Kalsher, M.J. (2003). Medical product labeling: The evaluation of latex allergy warnings in a realistic setting. In *Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting.* Santa Monica, CA: Human Factors and Ergonomics Society, 1554-1558.

Vredenburgh, A.G., & Zackowitz, I.B. (2003). Conducting a systems evaluation to address workplace radiation exposure hazard. In *Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 1252-1255.

Vredenburgh A.G., & Zackowitz I.B. (2002). Sexual harassment: An organizational safety issue. In *Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 915-919.

Vredenburgh, A.G. (2002). Organizational safety: Which management practices are most effective in reducing employee injury rates? *Journal of Safety Research, 33*, 259-276.

Vredenburgh, A.G., & Zackowitz, I.B. (2002). Playground safety: A forensic human factors analysis of fall injuries. In *Proceedings of the 54th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 95-96.

Zackowitz, I.B, & Vredenburgh, A.G. (2002). Applying a forensic human factors engineering analysis to falls in elderly people. In *Proceedings of the 54th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 96-97.

Vredenburgh, A.G., & Zackowitz, I.B. (2001). Evaluating the effectiveness of a pictorial-only warning on a trolley coupler. In *Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 848-851.

Vredenburgh, A. (Feb. 2001) Letter to the Editor: The safety bar. *Consumer Reports*.

Vredenburgh, A.G., & Zackowitz, I. B. (2001). Work-related musculoskeletal disorders: Ergonomic risk to healthcare workers. In D. Alexander & R. Rabourne (Eds.), *Applied Ergonomics*. (pp. 146-155). London: Taylor & Francis.

Vredenburgh, A.G., & Zackowitz, I. B. (2001). Ergonomics programs: Reducing work-related musculoskeletal injuries. In D. Alexander & R. Rabourne (Eds.), *Applied Ergonomics*. (pp. 259-268). London: Taylor & Francis.

Weinger, M.B., Vredenburgh, A.G., Schumann, C.M., Macario, Williams, K.J., Kalsher, M.J., Smith, B., Truong, P.C., & Kim, A. (2000). Quantitative description of the workload associated with airway management procedures. *Journal of Clinical Anesthesiology, 12*(4), 273-82.

Vredenburgh, A., Weinger, M., Macario, A., & Smith, B. (2000). Developing a technique to measure anesthesiologists' real-time workload. In *Proceedings of the XIVth Triennial Congress of the International Ergonomics Association and 44th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, 4-241 – 4-244.

Vredenburgh, A. (2000) Get ready to be challenged: How to prepare for the qualification process. *Forvm, 16*(2), 5. Reprinted in *Council of Technical Groups Digest*, 3(I) March 2001.

Vredenburgh A., Hendrick, H., & Zackowitz, I. (2000). Are personality traits useful predictors of managers' success? In *Proceedings of the XIVth Triennial Congress of the International Ergonomics Association and 44th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, 2-301 – 2-304.

Noy, I., Vredenburgh, A., Hornick, R., Mortimer, R., Olsen, R., Thompson, D., Ryan, P., Savaglio, B. & Spangler, J. (2000). Mock trial: Human factors contributions to litigation involving adaptive cruise control. In *Proceedings of the XIVth Triennial Congress of the International Ergonomics Association and 44th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, 6-398 – 6-401.

Vredenburgh, A., McLeod, J., & Nebeker, D. (1999). Under what circumstances do extrinsic rewards decrease intrinsic motivation? In *Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 830-834.

Vredenburgh, A. (1999). Risk management: Which management practices are best predictors of employee injury rates? In *Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting*. Santa Monica, CA: Human Factors and Ergonomics Society, 902-906.

Vredenburgh, A.G. (1998). *Safety management: Which organizational factors predict hospital employee injury rates?* Doctoral dissertation. California School of Professional Psychology, San Diego, CA.

Vredenburgh, A.G., & Zackowitz, I.B. (1998). Older drivers: A forensic human factors analysis. (Summary) In *Proceedings of the 50th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 91-92.

Vredenburgh, A., Hendrick, H. & Zackowitz, I. (1998). Hotel managers: What personality traits predict their success? (Summary) In *Proceedings of the IO/OB 19th Annual Graduate Conference*, San Diego, CA., 112-114.

Zackowitz, I.B. & Vredenburgh, A.G. (1998). Preschoolers: A forensic human factors analysis. (Summary) In *Proceedings of the 50th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 90-91.

Zackowitz, I. & Vredenburgh, A. (1998). How individuals manage their impressions when presenting to their peers. (Summary) In *Proceedings of the IO/OB 19th Annual Graduate Conference*, San Diego, CA., 94.

Zackowitz, I., Cohen, H. & Vredenburgh, A. (1998). Operationally defining a legal term for forensic human factors. In *Proceedings of the Silicon Valley Ergonomics Conference*, Palo Alto, CA., 185-189.

Vredenburgh, A., Cohen, H.H., Hornick, R., Laughery, K., Leonard, D., Olsen, R., Smith, L., Thompson, D., Wogalter, M. & Zackowitz, I. (1997). Mock trial: How human factors experts contribute to civil litigation. Case 1: A pedestrian's encounter with a tripping hazard. In *Proceedings of the 41st Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, (1) 524-528.

Vredenburgh, A., Cohen, H.H., Hornick, R., Laughery, K., Leonard, D., Olsen, R., Smith, L., Thompson, D., Wogalter, M., & Zackowitz, I. (1997). Mock trial: How human factors experts contribute to civil litigation. Case 2: Adequacy of warning systems to address product hazards. In *Proceedings of the 41st Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, (1) 524-528.

Vredenburgh, A.G., Andressen, B. & Cohen, H.H. (1996). The development and testing of a device to enhance motorcycle conspicuity and reduce accidents. In *Proceedings of the 48th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 74.

Vredenburgh, A.G. & Plourd, S. (1996). The development of a time-distance factor for car accident reconstruction. In *Proceedings of the 48th Annual Meeting of the American Academy of Forensic Sciences*, Denver, CO: Publication Printers, Corp., 73-74.

Vredenburgh, A.G., & Cohen, H.H. (1996). Human factors analysis applied to a first amendment case: The rights of a few evaluated in terms of public safety. *The Forvm*, *12*(2). Santa Monica, CA: Human Factors and Ergonomics Society, 7-10.

Vredenburgh, A.G., Zackowitz, I.B., & Cohen, H.H. (1996). Comparative risk perception of common activities: A forensic perspective. In *Proceedings of the 41st Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, (1), 520-524.

Vredenburgh, A.G., Saifer, A.G., & Cohen, H.H. (1995). You are going to do what with that thing? An ergonomic analysis of a medical device. *Ergonomics in Design*, April. Santa Monica, CA: Human Factors and Ergonomics Society, 16-20.

Vredenburgh, A.G., & Cohen, H.H. (1995). High-risk recreational activities: Skiing and scuba − What predicts compliance with warnings? *International Journal of Industrial Ergonomics*, *15*, 123-128.

    Abstract reprinted (1996), *Journal of Safety Research*, 27(2), 134-135.

Vredenburgh, A.G., & Cohen, H.H. (1995). Does culture affect risk perception?: Comparisons among Mexicans, African-Americans, Asians, and Caucasians. In *Proceedings of the 39th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, (2), 1015-1019.

    Abstract reprinted (1996), *Journal of Safety Research*, 27(2), 272.

Vredenburgh, A.G., & Cohen, H.H. (1995). Enhanced motorcycle conspicuity through daytime use of the Motorcycle Conspicuity Enhancement System (MCES). In *Proceedings of the 39th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society, (2), 1048-1052.

Vredenburgh, A.G., Plourd, S., Saifer, A.G., & Cohen, H.H. (1994). Collision causation: Time attention is directed away from traffic in front of vehicle while preparing for a lane change. In *Proceedings of the 12th Triennial Congress of the International Ergonomics Association Congress*, Vol. 6. Toronto: Human Factors Association of Canada, 252-254.

Vredenburgh, A.G., & Cohen, H.H. (1993). Compliance with warnings in high-risk recreational activities: Skiing and scuba. In *Proceedings of the 37th Annual Meeting of the Human Factors and Ergonomics Society*. Santa Monica, CA: Human Factors and Ergonomics Society (2), 945-949.

# INVITED LECTURES AND SYMPOSIA

Invited panelist: Forensic Human Factors 101: Interactive Transportation and Product Liability Case Studies, Philadelphia, PA: Human Factors and Ergonomics Society, October 4, 2018.

Trial demonstration: Cross-examination of an expert witness. Presented with Jeffrey Catalano, Esq. at the 16th Annual National Expert Witness Conference (SEAK), Hyannis, Massachusetts, June 21, 2007.

Advanced seminar. Presented at the 16th Annual National Expert Witness Conference (SEAK), Hyannis, Massachusetts, June 22, 2007.

Human factors engineering, legal liability, malpractice, and patient safety. Panel presentation to the Association for the Advancement of Medical Instrumentation (AAMI), Washington, DC, June 28, 2005.

Intervention effectiveness: Evaluation of six workplace safety programs to determine their contribution to injury reduction. Presented to the National Occupational Injury Research Symposium (NOIRS). Hosted by the National Institute for Occupational Safety and Health (NIOSH), Pittsburgh, Pennsylvania, October 29, 2003.

Reducing work-related musculoskeletal injuries.  Presented to the San Diego Chapter of the Human Factors and Ergonomics Society, San Diego, March 28, 2000.

Ergonomic risks to healthcare workers.  Presented to the San Diego Chapter of the Human Factors and Ergonomics Society, San Diego, March 28, 2000.

Work-related musculoskeletal disorders: Ergonomic risk to healthcare workers.  Presented at the Applied Ergonomics Conference, Los Angeles, March 15, 2000.

Ergonomics programs: Reducing work-related musculoskeletal injuries.  Presented at the Applied Ergonomics Conference, Los Angeles, March 16, 2000.

Consulting in the real world: A realistic job profile for graduate students.  Presented to a graduate seminar in organization development, Rensselaer Polytechnic Institute, Troy, New York, February 17, 2000.


# LECTURES/PRESENTATIONS/PANELS

Epidemic Response: How to evaluate and respond to evolving and conflicting risk information with a focus on education and clinical environments. Human Factors and Ergonomics Society 2020 Annual Meeting, October 9, 2020.

Identifying hazards at residential and commercial pools: An interactive session. Human Factors and Ergonomics Society 2020 Annual Meeting, October 6, 2020.

Children's safety workshop: A demonstration of human factors professionals' preparation with practicing attorneys. Seattle, WA: Human Factors and Ergonomics Society, October 30, 2019.

Forensic Case Study: When labeling leads to wrongful incarceration. Philadelphia, PA: Human Factors and Ergonomics Society, October 2, 2018.

Cross-Border Testifying Tips: U.S. Experts in Canada and Canadian Experts in the U.S. Austin TX: Human Factors and Ergonomics Society, October 10, 2017.

Adult products that kill and injure children. Austin TX: Human Factors and Ergonomics Society, October 11, 2017.

Matters of Ethics, Trust, and Potential Liability for Autonomous Systems. Washington DC: Human Factors and Ergonomics Society. September 23, 2016.

Air Rage: What factors Influence Airline Passenger Anger? Los Angeles, CA: Human Factors and Ergonomics Society. October 28, 2015.

Conflicting design considerations for children and people with disabilities. Panel discussion: Designing for children. Los Angeles, CA: Human Factors and Ergonomics Society. October 29, 2015.

Child Injury: Forensic human factors points to the need for better product designs and warnings. Panel discussion. Chicago, IL: Human Factors and Ergonomics Society. October 28, 2014.

Case Study: A Novice Unlicensed Child Operator of a Motorized Dirt Bike Versus an Ambulance Driver. Chicago, IL: Human Factors and Ergonomics Society. October 28, 2014.

Dealing with Dubious Testimony Provided by Opposing Experts. Panel discussion. Chicago, IL: Human Factors and Ergonomics Society. October 29, 2014.

Sophisticated User: When Does a Jury Find Users to Have Sophisticated Knowledge after Determining Liability/Failure to Warn? San Diego, CA: Human Factors and Ergonomics Society. October 2, 2013.

Falling from Airstairs while Disembarking from a Commuter Plane. San Diego, CA: Human Factors and Ergonomics Society. October 2, 2013.

Case Study: Evaluating the Warnings on a Tanning Bed. Boston, Massachusetts: Human Factors and Ergonomics Society. October 23, 2012.

When a Dog is Just a Dog?  A Case Study Evaluating the ADA service animal rules. Boston, Massachusetts: Human Factors and Ergonomics Society, October 25, 2012.

Research in Motion: A Case Study Evaluating the Accessibility of Public Transit in our Nation's Capital. Las Vegas, Nevada:  Human Factors and Ergonomics Society, September 22, 2011.

What do human factors/ergonomics experts have to tell juries that they don't know - but may think they know? Las Vegas, Nevada: Human Factors and Ergonomics Society, September 20, 2011.

The current state of legal, design, and residential usability issues for people with various disabilities. San Francisco, CA: Human Factors and Ergonomics Society, September 30, 2010.

How Best to Accommodate People with Disabilities Residing in Existing Multi-Family Housing. San Antonio, Texas: Human Factors and Ergonomics Society, October 22, 2009.

Mock Trial: Role of Human Factors in Litigation Involving Automated External Defibrillators (AED). Baltimore Maryland: Human Factors and Ergonomics Society, October 5, 2007.

An international perspective on risk communications: Adapting to safety demands in the emerging global economy. Baltimore, Maryland: Human Factors and Ergonomics Society, October 5, 2007.

Using human factors engineering to evaluate existing walkway accessibility standards. San Antonio, Texas: American Academy of Forensic Sciences, February 23, 2007.

From practice to science: How application guides warning research. Panel presentation to the IEA2006: 16th World Congress on Ergonomics, Maastrict, Netherlands, July 14, 2006.

Human factors evaluation of a steam shower. Seattle, Washington: American Academy of Forensic Sciences, February 23, 2006.

Evaluating the effects of frost heave on the feasibility of compliance with existing walkway accessibility standards. Orlando, Florida: Human Factors and Ergonomics Society, September 27, 2005.

Communication of drug hazard information: A critical analysis of how the relationship between the pharmaceutical companies, the FDA, clinicians and patients impacts patient safety. New Orleans, Louisiana: Human Factors and Ergonomics Society, September 21, 2004.

A two-way street – with hazards: Expert/attorney communications. New Orleans, Louisiana: Human Factors and Ergonomics Society, September 23, 2004.

Examination of apparent flaws in the American drug hazard detection, evaluation, and risk communication system. San Diego, California: Second Annual Patient Safety Conference: Making care safer one patient at a time, March 19, 2004.

Medical product labeling: The evaluation of latex allergy warnings in a realistic setting. Denver, Colorado: Human Factors and Ergonomics Society October 15, 2003.

Conducting a systems evaluation to address workplace radiation exposure hazard. Denver, Colorado: Human Factors and Ergonomics Society, October 17, 2003.

Playground safety: A forensic human factors analysis of fall injuries. Atlanta, Georgia: American Academy of Forensic Sciences, February 15, 2002.

Developing a technique to measure anesthesiologists' real-time workload. San Diego, California: International Ergonomics Association and Human Factors and Ergonomics Society, August 3, 2000.

Are personality traits useful predictors of managers' success? San Diego, California: International Ergonomics Association and Human Factors and Ergonomics Society, August 4, 2000.

Mock trial: Human factors contributions to litigation involving adaptive cruise control. San Diego, California: International Ergonomics Association and Human Factors and Ergonomics Society, August 4, 2000.

Under what circumstances do extrinsic rewards decrease intrinsic motivation? Presented at the Houston, Texas: Human Factors and Ergonomics Society, September 28, 1999

Risk management: Which management practices are best predictors of employee injury rates? Houston, Texas: Human Factors and Ergonomics Society. September 30, 1999.

Falling, the ADA, and the ergonomics of walking.  Los Angeles, California: American Society of Safety Engineers (ASSE), Los Angeles Area Professional Development Conference, April 21, 1998.

Older drivers: A forensic human factors analysis. San Francisco, California: American Academy of Forensic Sciences, February 11, 1998.

Hotel managers:  What personality traits predict their success? San Diego, California: IO/OB 19th Annual Graduate Conference, March 29, 1998.

Mock trial: How human factors experts contribute to civil litigation. Case 1: A pedestrian's encounter with a tripping hazard. Albuquerque, New Mexico: Human Factors and Ergonomics Society. September 24, 1997.

Mock trial: How human factors experts contribute to civil litigation. Case 2: Adequacy of warning systems to address product hazards.  Albuquerque, New Mexico: Human Factors and Ergonomics Society. September 24, 1997.

The development and testing of a device to enhance motorcycle conspicuity and reduce accident. Nashville, Tennessee: American Academy of Forensic Sciences, February 21, 1996.

The development of a time-distance factor for car accident reconstruction. Nashville, Tennessee: American Academy of Forensic Sciences, February 21, 1996.

Comparative risk perception of common activities: A forensic perspective. Philadelphia, Pennsylvania: Human Factors and Ergonomics Society.  September 4, 1996.

Does culture affect risk perception? Comparisons among Mexicans, African-Americans, Asians, and Caucasians. San Diego, California: Human Factors and Ergonomics Society. October 10, 1995.

Enhanced motorcycle conspicuity through daytime use of the Motorcycle Conspicuity Enhancement System (MCES). San Diego, California: Human Factors and Ergonomics Society. October 13, 1995.

Collision causation: Time attention is directed away from traffic in front of vehicle while preparing for a lane change. Presented at the 12th Triennial Congress of the International Ergonomics Association Congress. Toronto, Canada, August 17, 1993.

Compliance with warnings in high-risk recreational activities: Skiing and scuba. Presented at the 37th Annual Meeting of the Human Factors and Ergonomics Society. Seattle, Washington, October 12, 1993.