# EXHIBIT 2



# Vredenburgh & Associates, Inc.
### Human Factors, Safety, Biomechanics and Organizational Consulting

*Mailing Address*
2588 El Camino Real, F353
Carlsbad, CA  92008
(442) 222-8289
avredenburgh@gmail.com
www.hfexpert.com

**Alison Vredenburgh, Ph.D., CPE**
**Trial/Arbitration Testimony (4 years)**

| Case Name | Court | Year |
|---|---|---|
| Anthony Wade v. Terex-Telelect | Indiana, Hamilton Superior Court | 2018 |
| Powell v. AT&T | Ventura Superior | 2019 |
| Vinolo v. SD | SD Superior | 2019 |
| Huerta v. Riverside | Riverside Superior | 2020 |
| Murillo v. U-Haul | Binding Arbitration | 2021 |
| Camacho v. JLG | Orange County Superior | 2021 |

EXP_VREDENBURGH-000195

**Alison Vredenburgh, Ph.D., CPE**
**Deposition Testimony (4 years)**

| Year | Cases |
|---|---|
| 2017 | Berry v. Nakka<br>Renteria v. Albas Trucking<br>Tisnado v. Hytrol |
| 2018 | AJ v. Torrance Unified School District<br>Gonzalez v. Lifetime Brands<br>Holt v. Marriott<br>Landgraf v. BMW<br>Ocampo v. USA |
| 2019 | Glass v. Sky City Vapor<br>Huerta v. Riverside<br>Powell v. AT&T<br>Vinolo v. SD<br>Young v. NE Electric |
| 2020 | Basaldua v. Prince Minerals<br>U.S. v. Atlantic Development |
| 2021 | Camacho v. JLG<br>Clayton v. Heil<br>Decena v. Mihld<br>Murillo v. U-Haul<br>Sabordo v. Palm Springs |