# EXHIBIT A

## Anastasia M. Murray

| | |
|---|---|
| **From:** | John Musacchio |
| **Sent:** | Wednesday, February 2, 2022 12:36 PM |
| **To:** | CohenL@gtlaw.com |
| **Cc:** | sanjabib@gtlaw.com; coxb@gtlaw.com; LovettM@gtlaw.com; John E. Osborne; William Bacon; Anastasia M. Murray; Max W. Larnerd; Briana D. Oliver; lockwooda@gtlaw.com |
| **Subject:** | RE: Courkamp v. Fisher-Price |

Hello again Lori,

We have now found the two documents referenced in my email from yesterday afternoon.  Our request for the documents identified in my email dated January 19th still stands though.  Please let me know if you would like to discuss.  Thank you!



**John Musacchio | Litigation Attorney**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 879-7178 | **Office** (520) 620-3975 |
**Mobile** (520) 539-3873 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705 **G f**
jmusacchio@goldbergandosborne.com | www.1800theeagle.com

---

**From:** John Musacchio
**Sent:** Tuesday, February 1, 2022 2:24 PM
**To:** CohenL@gtlaw.com
**Cc:** sanjabib@gtlaw.com; coxb@gtlaw.com; LovettM@gtlaw.com; John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>; Briana D. Oliver <boliver@1800theeagle.com>; lockwooda@gtlaw.com
**Subject:** RE: Courkamp v. Fisher-Price

Dear Lori:

We have identified two more documents that we thought had been produced but we cannot locate them:

1. The document identified in the Congressional report at Footnote 99 on page 26 as "Mattel_HCOR_005807"; and
2. The document identified in the Congressional report at Footnote 100 on page 26 as "Mattel_HCOR_005762."

Can you please provide copies of these, or alternatively let us know the Bates Stamp numbers if you already produced them?  Thank you very much.

Also, Karen Giacoletti is no longer with our firm.  Briana Oliver is now working on this file, and she is copied on this email.  Would you and your team please update your records for future emails?  Thank you!



**John Musacchio | Litigation Attorney**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 879-7178 | **Office** (520) 620-3975 |
**Mobile** (520) 539-3873 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705 **G f**
jmusacchio@goldbergandosborne.com | www.1800theeagle.com

**From:** John Musacchio
**Sent:** Friday, January 28, 2022 8:18 AM
**To:** CohenL@gtlaw.com; coxb@gtlaw.com
**Cc:** sanjabib@gtlaw.com; LovettM@gtlaw.com; John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Karen Giacoletti <kgiacoletti@1800theeagle.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>; Briana D. Oliver <boliver@1800theeagle.com>; lockwooda@gtlaw.com
**Subject:** RE: Courkamp v. Fisher-Price

Dear Lori,

I appreciate your email, but I think you are mistaken.

1) I don't know of any Rule that allows the Defendants to avoid their obligation to produce relevant documents through discovery, even if the Defendants claim those documents are publicly available.
2) I never said we already have the requested documents. In our response to the Defendants' MSJ, we did our best to cite to the documents that have been produced as well as other documents and information that are cited as sources for authority in other relevant, publicly available documents.
3) I don't know what you mean when you say the requested documents "cannot" be relevant to the issues in this case. It is our understanding that each of the requested documents are cited in the Congressional report which deals with the Defendants' Rock 'n Play Sleeper. We believe the requested documents may be (and likely are) highly relevant to this case. Of course, we can't determine whether those documents are relevant to this case until the Defendants comply with their discovery and disclosure obligations.

In any event, I again ask that your clients comply with the discovery rules and produce the documents we have repeatedly requested by Monday, February 5, 2022.



**John Musacchio | Litigation Attorney**
**GOLDBERG & OSBORNE LLP**
**Direct** (520) 879-7178 | **Office** (520) 620-3975 |
**Mobile** (520) 539-3873 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705 G f
jmusacchio@goldbergandosborne.com | www.1800theeagle.com

**From:** CohenL@gtlaw.com <CohenL@gtlaw.com>
**Sent:** Friday, January 28, 2022 5:55 AM
**To:** coxb@gtlaw.com
**Cc:** John Musacchio <jmusacchio@goldbergandosborne.com>; sanjabib@gtlaw.com; LovettM@gtlaw.com; John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Karen Giacoletti <kgiacoletti@1800theeagle.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>; Briana D. Oliver <boliver@1800theeagle.com>; lockwooda@gtlaw.com
**Subject:** Re: Courkamp v. Fisher-Price

Dear John
To be clear - you are asking us to produce documents that
1) are publicly available to plaintiffs;
2) that you admittedly have in your possession already; and
3) that are not and cannot be relevant to the issues in this case
Why would we have any obligation to provide them to you under these conditions ?

Lori

**Lori G. Cohen - Vice Chair**
*Co-Chair, Global Litigation; Chair, Pharmaceutical, Medical Device & Health Care Litigation Group; Chair, Trial Practice Group*

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T 678-553-2385  |  F 678-553-2386  |  C 404-250-2886
CohenL@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

On Jan 27, 2022, at 9:52 PM, Cox, Brandon D. (OfCnsl-ATL-LT) <coxb@gtlaw.com> wrote:

John,

Can we meet and confer about this issue? We are admittedly a bit confused because some of the publicly available documents are referenced as exhibits to Plaintiff's MSJ, suggesting Plaintiff does in fact have access to them/has found them on the internet (which is exactly what we would have to do to obtain them).

I think we can clarify our position in a quick phone call to the extent there is any confusion.

Let us know when you're available tomorrow late afternoon or Monday late afternoon.

Thanks,

Brandon

**Brandon D. Cox (he/him/his)**
Of Counsel
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2177 |  F 678-553-2146  |  C 312 838 6000
coxb@gtlaw.com  |  www.gtlaw.com  |  GT Biography

**GT** GreenbergTraurig

**From:** John Musacchio <jmusacchio@goldbergandosborne.com>
**Sent:** Thursday, January 27, 2022 4:49 PM
**To:** Sanjabi, Bardia (Assoc-ATL-LT) <sanjabib@gtlaw.com>; Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Lovett, Mary-Olga (Senior Vice President) <LovettM@gtlaw.com>; Cox, Brandon D. (OfCnsl-ATL-LT) <coxb@gtlaw.com>
**Cc:** John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Karen Giacoletti <kgiacoletti@1800theeagle.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>; Briana D. Oliver <boliver@1800theeagle.com>
**Subject:** RE: Courkamp v. Fisher-Price

Bardia,

Thank you for getting back to us and identifying the Bates Stamp numbers for documents #8, 10, 11, 12 and 13 from our list.

We acknowledge having received Mattel-COU_0002216 (#11 from our list), but that document is heavily redacted.  Please advise if you provided an unredacted version to the CPSC and/or Congress and, if so, please disclose that unredacted version to us.

3

As for the other documents, even if they are publicly available, that does not relieve the Defendants of their duty to produce them.  I again ask that you disclose them to us.

Please produce the requested documents within ten (10) days of the date of this email so that we can move this matter forward without a discovery dispute.  Thank you.



**John Musacchio | Litigation Attorney**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 879-7178 | **Office** (520) 620-3975 |
**Mobile** (520) 539-3873 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705 [G] [f]
jmusacchio@goldbergandosborne.com | www.1800theeagle.com

**From:** sanjabib@gtlaw.com <sanjabib@gtlaw.com>
**Sent:** Tuesday, January 25, 2022 5:00 PM
**To:** John Musacchio <jmusacchio@goldbergandosborne.com>; CohenL@gtlaw.com; LovettM@gtlaw.com; coxb@gtlaw.com
**Cc:** John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Karen Giacoletti <kgiacoletti@1800theeagle.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>
**Subject:** RE: Courkamp v. Fisher-Price

John,

Our records indicate that majority of the documents you have listed are (and have been) publicly available to Plaintiff. Of the five documents that are not publicly available, our records indicate we have previously produced those documents to Plaintiff:

- All slides within the presentation cited as Mattel_HCOR_005103, cited at fn. 27; Produced at MATTEL-COU-1119470
- All slides within the presentation cited as 54 Mattel_HCOR_004127, cited at fn. 54; Produced at MATTEL-COU-1120277
- A Mattel/Fisher-Price email sequence with a consumer regarding her 15-week-old infant dying in an RNPS in September 2011, cited as Mattel_HCOR_005926, cited at fn. 63; Produced at MATTEL-COU0002216
- All slides within a presentation on mothers' perceptions cited as Mattel_HCOR_016058, at Slide 8, fn. 68; and Produced at MATTEL-COU-1120093
- Statements by mothers cited in the last presentation document, Mattel_HCOR_036439, cited at fn.69. Produced at MATTEL-COU-1120152

Please let us know if you would like to discuss further.

Thanks,


**Bardia Sanjabi**
Associate

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2274
sanjabib@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

**From:** John Musacchio <jmusacchio@goldbergandosborne.com>
**Sent:** Wednesday, January 19, 2022 4:52 PM
**To:** Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Lovett, Mary-Olga (Senior Vice President) <LovettM@gtlaw.com>; Cox, Brandon D. (OfCnsl-ATL-LT) <coxb@gtlaw.com>; Sanjabi, Bardia (Assoc-ATL-LT) <sanjabib@gtlaw.com>
**Cc:** John E. Osborne <josborne@goldbergandosborne.com>; William Bacon <wbacon@goldbergandosborne.com>; Karen Giacoletti <kgiacoletti@1800theeagle.com>; Anastasia M. Murray <amurray@1800theeagle.com>; Max W. Larnerd <mlarnerd@1800theeagle.com>
**Subject:** Courkamp v. Fisher-Price

**\*EXTERNAL TO GT\***

Dear Lori and Team,

We have thoroughly reviewed the Defendants' responses to our discovery demands, which revealed that the Defendants have not produced the following documents:

1. The June 2021 CPSC Congressional Report;
2. Statement of Mattel CEO Ynon Kreiz to Congress dated June 7, 2021;
3. Statement of Chuck Scothon, Senior Vice President and General Manager, Fisher-Price Global Head of Infant and Preschool, Mattel Inc., to Congress, dated June 7, 2021;
4. Committee on Oversight and Reform, Transcribed Interview of Duane Boniface (Sept. 9, 2020), cited at fns. 11 and 15;
5. Briefing from Nancy Cowles to Staff, Committee on Oversight and Reform (Aug. 5, 2020), cited at fn. 14;
6. Email from Christopher Hudgins, Consumer Product Safety Commission, to Staff, House Committee on Oversight and Reform (Sept. 14, 2020), cited at fn. 19;
7. Committee on Oversight and Reform, Transcribed Interview of Catherine Pilarz (Aug. 13, 2020), cited at fn. 24;
8. All slides within the presentation cited as Mattel_HCOR_005103, cited at fn. 27;
9. Committee on Oversight and Reform, Transcribed Interview of Ian Johnston (Sept. 25, 2020), cited at fn. 51;
10. All slides within the presentation cited as 54 Mattel_HCOR_004127, cited at fn. 54;
11. A Mattel/Fisher-Price email sequence with a consumer regarding her 15-week-old infant dying in an RNPS in September 2011, cited as Mattel_HCOR_005926, cited at fn. 63;
12. All slides within a presentation on mothers' perceptions cited as Mattel_HCOR_016058, at Slide 8, fn. 68; and
13. Statements by mothers cited in the last presentation document, Mattel_HCOR_036439, cited at fn.69.

We ask that you please produce these documents within twenty-one (21) days of the date of this email so that we can avoid a discovery dispute. In the event that you believe you have previously produced any of these documents, please refer us to the Bates stamp numbers of those documents.

Thank you for your prompt attention to this matter. Please let me know if you have any questions.



**John Musacchio | Litigation Attorney**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 879-7178 | **Office** (520) 620-3975 |
**Mobile** (520) 539-3873 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705 G f
jmusacchio@goldbergandosborne.com | www.1800theeagle.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.