# EXHIBIT B

EXHIBIT "B"
PLAINTIFF'S PROPOSED SUPPLEMENTS TO THE RECORD

1. Supplement to record to PASOF ¶ 4: transcript of deposition of Michael Paul Steinwachs dated March 22, 2018, *David Goodrich, et al. v. Fisher-Price, Inc.*, 1:16-CV-03116-TWT (N.D. Ga. Atlanta Div.), attached as Exhibit "53" ("Steinwachs *Goodrich* Dep.") at 47:10-19, 101:4.

2. Supplement to record to PASOF ¶ 11: Steinwachs *Goodrich* Dep., Exhibit "53" at 41:2-45:3, 46:1-18; transcript of deposition of Linda Chapman, dated March 21, 2018, *David Goodrich, et al. v. Fisher-Price, Inc.*, 1:16-CV-03116-TWT (N.D. Ga. Atlanta Div.), attached as Exhibit "54" ("Chapman *Goodrich* Dep.") at 46:17-48:2, 103:17-25.

3. Supplement to record to PASOF ¶ 19: Steinwachs *Goodrich* Dep., Exhibit "53" at 115:7-116:13; Chapman *Goodrich* Dep., Exhibit "54" at 73:4-23; transcript of deposition of Catherine Pilarz, dated March 21, 2018, *David Goodrich, et al. v. Fisher-Price, Inc.*, 1:16-CV-03116-TWT (N.D. Ga. Atlanta Div.), attached as Exhibit "55" ("Pilarz *Goodrich* Dep.") at 54:2-19.

4. Supplement to record to PASOF ¶ 24: Steinwachs *Goodrich* Dep., Exhibit "53" at 151:9-12.

5. Supplement to record to PASOF ¶ 30: Steinwachs *Goodrich* Dep., Exhibit "53" at 119:18-120:5.

6. Supplement to record to PASOF ¶ 35: Steinwachs *Goodrich* Dep., Exhibit "53" at 18:13-19:1, 123:14-17, 131:2-132:3, 151:9-20, 167:1-169:12; Pilarz *Goodrich* Dep.,

Plaintiff's Proposed Supplements To The Record
Page 2

Exhibit "55", 126:4-15, 182:23-183:12, 186:7-189:12, 209:2-12, Exhibit 25 to Pilarz Dep, letter dated July 12, 2010 to CPSC from Defendant Fisher-Price signed by Pilarz.

7. Supplement to record to PASOF ¶ 36: Steinwachs *Goodrich* Dep., Exhibit "53" at 41:2-43:11, 169:5-12.

8. Supplement to record to PASOF ¶ 37: Mattel-COU0159389 (slide 1), Mattel-COU0159412 (slide 24), Mattel-COU0159416 (slide 28), Mattel-COU0159417 (slide 29), attached as Exhibit "56".

9. Supplement to record to PASOF ¶ 39: Pilarz *Goodrich* Dep., Exhibit "55" at 144:14-151:17, 162:2-21.

10. Supplement to record to PASOF ¶ 40: Chapman *Goodrich* Dep., Exhibit "54" at 51:2-23, 49:9-50:9, 70:2-25.

11. Supplement to record to PASOF ¶ 43: Chapman *Goodrich* Dep., Exhibit "54" at 23:18-26:2, 53:18-25, 73:24-74:8, 103:17-25.

12. Supplement to record to PASOF ¶ 44: Chapman *Goodrich* Dep., Exhibit "54" at 53:18-25, 58:17-62:1.

13. Supplement to record to PASOF ¶ 47: Steinwachs *Goodrich* Dep., Exhibit "53" at 41:2-45:3, 52:6-15, 71:3-72:10; Chapman *Goodrich* Dep., Exhibit "54" at 73:24-74:8, 103:17-25, 117:18-118: 25; Pilarz *Goodrich* Dep., Exhibit "55" at 162:2-21.

14. Supplement to record to PASOF ¶ 49: Steinwachs *Goodrich* Dep., Exhibit "53" at 49:21-50:10, 93:4-10; Pilarz *Goodrich* Dep., Exhibit "55" at 143:18-22, 144:14-151:17.

Plaintiff's Proposed Supplements To The Record
Page 3

15. Supplement to record to PASOF ¶ 53: Steinwachs *Goodrich* Dep., Exhibit "53" at 52:6-15, 71:3-72:10; Chapman *Goodrich* Dep., Exhibit "54" at 53:18-25, 61:22-62:1, 126:19-24.

16. Supplement to record to PASOF ¶ 54: Steinwachs *Goodrich* Dep., Exhibit "53" at 100:5-101:4, 120:6-122:10; Pilarz *Goodrich* Dep., Exhibit "55" at 80:4-18.

17. Supplement to record to PASOF ¶ 60: Steinwachs *Goodrich* Dep., Exhibit "53" at 41:2-43:11, 46:1-18, 71:3-72:10; Chapman *Goodrich* Dep., Exhibit "54" at 58:17-62:1.

18. Supplement to record to PASOF ¶ 68: Pilarz *Goodrich* Dep., Exhibit "55" at 144:14-151:17.

19. Supplement to record to PASOF ¶ 77: Mattel-COU-1147646, attached as Exhibit "63".

20. Supplement to record to PASOF ¶ 78: Mattel-COU-1147646, Exhibit "63".

21. Supplement to record to PASOF ¶ 87: Mattel-COU0012254, attached as Exhibit "57" at slide 2.

22. Supplement to record to PASOF ¶ 89: Pilarz *Goodrich* Dep., Exhibit "55" at 105:10-111:6.

23. Supplement to record to PASOF ¶ 90: Pilarz *Goodrich* Dep., Exhibit "55" at 105:10-111:6.

24. Supplement to record to PASOF ¶ 97: Mattel-COU0877326, attached as Exhibit "58" at slides 45 and 47.

Plaintiff's Proposed Supplements To The Record
Page 4

25. Supplement to record to PASOF ¶ 98: Mattel-COU0877326, Exhibit "58" at slides 45 and 47.

26. Supplement to record to PASOF ¶ 100: Pilarz *Goodrich* Dep., Exhibit "55" at 152:17-154:17, 232:7-236:19, 239:5-241:11, 241:20-242:25.

27. Supplement to record to PASOF ¶ 105: Pilarz *Goodrich* Dep., Exhibit "55" at 244:10-246:8.

28. Supplement to record to PASOF ¶ 108: Pilarz *Goodrich* Dep., Exhibit "55" at 241:20-242:25.

29. Supplement to record to PASOF ¶ 112: Mattel-COU0002216, attached as Exhibit "59"; Mattel-COU1120093, attached as Exhibit "60" at slides 8 and 47.

30. Supplement to record to PASOF ¶ 113: Mattel-COU1120152, attached as Exhibit "61".

31. Supplement to record to PASOF ¶ 114: Mattel-COU1120152, Exhibit "61".

32. Supplement to record to PASOF ¶ 131: Mattel-COU-0855691, attached as Exhibit "62" at slide 20.

33. Supplement to record to PASOF ¶ 132: Mattel-COU0877326, Exhibit "58" at slides 45 and 47; Mattel-COU-0855691, Exhibit "62" at slide 20.