# EXHIBIT 56

# JOINT BUSINESS PLANNING

## BRU/FISHER PRICE

October 12, 2016

1

CONFIDENTIAL

Mattel-COU0159389



Nearly 100% brand awareness globally

Products in over **37** languages

**#1** most trusted and loved brand by moms

Sold in over 150 markets

Leading manufacturer of infant & preschool toys globally

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

CONFIDENTIAL

Mattel-COU0159412

# Culture of Observation





**1961**

Fisher-Price became the first toymaker to have on-site testing of kids at play



Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Research

# Design

# Safety



just one of our experts

**FaceReader™ 7.0**



**Parents Hopes & Dreams Study**

An international study by Fisher-Price exploring parental attitudes and approaches in early childhood development

**AS700 Heart Rate Monitor by AMS**



Concept Sketches





Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

*"Parents have trusted us for more than 80 years to provide safe products for their children, but we know we must still earn their trust every day."*



**Kitty Pilarz,**
Vice President of Product Safety & Regulatory Compliance





# EXHIBIT 57

| **PA #:** | MRD110111OS0065 |
|---|---|
| **Date:** | June 23, 2011 |
| **To:** | Mike Fenn |
| | Kurt Huntsberger |
| | Ian Johnston |
| **From:** | Tamara Towles-Schwen |
| **Copies:** | See last page |



# Rock n' Play Sleeper
# New Positioning



*Mattel Confidential Information*

CONFIDENTIAL

FP009962

**Mattel-COU0012254**

# Executive Summary

- Both alternate positioning statements and descriptions for the Rock n' Play negatively affected moms' purchase interest to an equal extent.
  - Prenatal moms previously unfamiliar with the Rock n' Play who saw the product positioned as a Sleeper (original) expressed significantly higher rates of purchase interest than moms who saw either of the alternate positions.
- Liking and intent to register decreased marginally from the original Sleeper positioning when the product was described as Soother 1 (moderate positioning), but were on par when described as Soother 2 (extreme positioning)
  - But the two Soother positions did not differ significantly from each on either of these measures.
- Moms' perceptions of the most important use and best alternative to the Rock n' Play differed as a function of positioning.
  - Moms who saw the Rock n' Play positioned as a Sleeper were more likely to identify "night sleep" and "on the go" as the most important uses, and to perceive a bassinet as the best alternative with respect to how they intended to use the product.
  - Moms who saw the Rock n' Play positioned as either Soother were significantly more likely to identify an infant bouncer seat as the best alternative.
    - Accordingly, they were also significantly more likely to perceive the primary use of both Soothers as "soothing" and for "daytime sleep."
    - The primary difference between the moderate and extreme Soother descriptions was that moms who saw the extreme position were less likely to view the products as for "nighttime sleep" and more likely to value it for "daytime sleep." Moms who saw the moderate position were also more likely to believe an infant swing was the best alternative.



*Mattel Confidential Information*

CONFIDENTIAL

Mattel-COU0012255

# Objectives and Methodology

**Background:**
- The Baby Gear Team is considering two new sets of marketing communications about the Rock n' Play Sleeper. The Team would like to asses how each alternative would affect consumers' perceptions and interest relative to the current name and package communication.

**Research Objective:**
- To assess the impact of changing name and positioning for the Rock n' Play Sleeper on consumer perceptions and interest.

**Methodology:**
- 327 expectant mothers in their 2nd or 3rd trimester participated in a 10 minute online study. Only data from the 216 moms who said they were not previously familiar with the Rock n' Play were reported. About half had at least one older child, and the other half were expecting their first.
- Moms reviewed one of three packages for the Rock 'n Play Sleeper/Soother online, in addition to two existing products. (The packages for the Deluxe Infant to Toddler Rocker and Luv U Zoo bouncers were included to provide context.)
- The first set of moms saw the current package and product name.
- The other two sets saw one of two new alternatives.



CONFIDENTIAL

*Mattel Confidential Information*

3

FP009964

**Mattel-COU0012256**

# Objectives and Methodology

**Quantitative questionnaire:**

- Key measures included: ratings of liking and purchase intent (5-pt, fully-labeled scales), unaided recall of name, perceptions of primary benefit (open-ended), and a map exercise to indicate which aspect of the package conveyed the most important information.
- Moms identified the ways in which they would expect to use the product and the importance of each use (sleep at night, nap during the day, entertain baby, soothe baby, convenient place to put baby, safely contain baby, and use on-the-go).
- Moms indicated the similarity of the product's function to an infant bouncer seat, a stand-alone bassinet, a portable crib, an infant swing, and an infant car seat.
- Diagnostics included ownership and expected location in store.



|  |  |
|---|---|
| ▭ | **Significantly highest** |
| ⬭ | **Significantly lowest** |
| → | **Significantly different** |





# FINDINGS


**Mattel-COU0012258**

# Key Measures

- Although top-box purchase interest, liking, and intent to register were generally low across cells, moms were significantly less likely to say they would purchase Rock n' Play when it was described as a Soother than when described as a Sleeper.

- Moms were equally likely to say they liked and would register for the product when it was described as a Sleeper and as Soother 2 (extreme position).

    - Marginally fewer moms said they liked and would register for Soother 1 compared to the Sleeper, although ratings for Soother 1 and 2 did not differ significantly from each other.

- The percent of moms who said the Rock n' Play was their favorite (compared to the Luv U Zoo Playtime Bouncer and the Deluxe Infant to Toddler Rocker) did not differ significantly as a function of its description.

| Positioning (Cell) | Liking (Top Box %) | Purchase Interest (Top Box %) | Intent to Register (Top Box %) | % Favorite (vs LUZ Bouncer & Infant to Toddler Rocker) |
|---|---|---|---|---|
| Rock n' Play Sleeper (N=72) | 11 | 7 | 11 | 31 |
| Rock n' Play Soother 1 – Moderate (N=75) | 4 | 1 | 4 | 28 |
| Rock n' Play Soother 2 – Extreme (N=69) | 7 | 1 | 7 | 26 |

\* Note that although the PI score for the Sleeper was lower in this study than in another recent bouncer study (TURF), this sample included only prenatal moms who said they were unfamiliar with the Rock n' Play before this study. The previous study included moms with children up to 3 months old, some of whom probably owned the Rock n' Play.



Mattel-COU0012259

# Unaided Recall – Comparison

- Although correct recall of the complete name was low for all groups (and especially so for the moderate Soother position), moms were nonetheless sensitive to changes in the product's name.
  - Most moms remembered that "Sleep" was part of the name when it was described as a "Sleeper."
  - The term "Soother" was considerably less memorable, although moms were still significantly more likely to recall it when the product was described as a "Soother" versus a "Sleeper."
- Moms were significantly more likely to (correctly) recall that "Play" was part of the name when it was described as a "Sleeper" versus a "Soother."

|  | Sleeper – original (N=72) | Soother 1 – moderate) (N=75) | Soother 2 – extreme (N=69) |
|---|---|---|---|
| Correct name (without "Newborn"): Rock n' Play Sleeper or Rock n' Play Soother | 15 | **5** | 13 |
| References to Sleep (net) | **63** | 19 | 17 |
| *Specific reference to nighttime sleep* | *3* | *0* | *0* |
| *Specific reference to daytime sleep/napping* | *0* | *3* | *4* |
| References to Rock/Rocker/Rocking | 60 | 55 | 61 |
| References to Soothe/Soother/Soothing | **3** | 23 | 22 |
| References to Play/Playtime | **33** | 12 | 9 |
| Other or don't know | 26 | 21 | 20 |

*Note: Values in **bold** are significantly different from all others in the same row.



*Mattel Confidential Information*

CONFIDENTIAL

FP009968

Mattel-COU0012260

# Proportion of Moms who Ranked Each Use as Most Important (#1) for Each Positioning (Closed-End)

- "Night sleep" and "on the go" were both key uses for the product when positioned as a "Sleeper," but both were less important when it was described as a "Soother."
  - Almost no moms identified "night sleep" as a key use for the most extreme Soother positioning.
- Moms were more likely to identify "Soothe" as a key use when the product was described as a Soother than a Sleeper.

**Rock n' Play Sleeper**



**Rock n' Play Soother 1**



**Rock n' Play Soother 2**





*Mattel Confidential Information*

CONFIDENTIAL

# Alternatives

*Which of the following would be the best alternatives for how you would expect to use this product?*

- Almost half of all moms said a stand-alone bassinet would be the best alternative when the product was described as a "Sleeper." This was significantly more than for both alternate Soother positions.

- Moms were significantly more likely to view a bouncer seat as the best alternative to either Soother compared to the Sleeper. A substantial minority also viewed a bassinet or infant swing as the best alternative to either Soother.

- Moms were marginally more likely to view an infant swing as the best alternative to Soother 1 (moderate position) compared to both the Sleeper and Soother 2 (extreme position).

|  | Stand alone bassinet | Infant bouncer seat | Infant swing | Infant to toddler rocker | Portable crib (play yard) | Infant car seat |
|---|---|---|---|---|---|---|
| Rock n' Play Sleeper (N=72) | 43 | 17 | 15 | 11 | 11 | 3 |
| Rock n' Play Soother 1 – moderate (N=75) | 20 | 36 | 28 | 8 | 8 | 1 |
| Rock n' Play Soother 2 – extreme (N=69) | 20 | 35 | 17 | 12 | 12 | 4 |



*Mattel Confidential Information*

FP009970

**Mattel-COU0012262**

# Why Liked Rock n' Play (Open-end)
*Sample = moms who said they liked Rock n' Play "a great deal" or "very much" (top 2 boxes)*

- Although the words mom used to describe the reasons they liked the Rock n' Play varied modestly from the closed-end list of expected uses, the overall pattern of results was similar.
  - Moms who saw the Rock n' Play as a Sleeper liked it primarily because they thought it would be good for sleeping, and to a lesser extent, for its portability (both room-to-room and travel).
  - Moms who saw either version of the Soother spontaneously mentioned sleep less frequently (especially night-time use), although in both groups moms liked the portability and ability to fold the Soother. Moms who reacted to both versions of the Soother were also more likely to mention they liked how comfortable it looked for baby.
  - Moms who saw the Soothers were also more likely to comment that they liked the height of the Rock n' Play (e.g., it would keep the family pets away from baby, easier for mom to be more interactive with baby, etc.)
- Because sample sizes for all 3 cells was small and qualitative in nature, interpret these results with caution.

**Rock n' Play Sleeper**
**N=28**



**Rock n' Play Soother 1 (moderate)**
**N=23**



**Rock n' Play Soother 2 (extreme)**
**N=18**





*Mattel Confidential Information*

# Why Did Not Like Rock n' Play (Open-end)

*Sample = moms who said they liked Rock n' Play "not at all," "slightly," or "moderately" (bottom 3 boxes)*

- The most frequent comment in all groups was that moms did not need the Rock n' Play. Moms who said Rock n' Play was unnecessary often made additional comments, such as the Rock n' Play:
  - could only be used for a very short time (especially compared to Pack n' Play and grow with me products),
  - lacked features and play that other products offered (e.g., bouncers, swings), and
  - did not meet their needs better or differently than other products and therefore did not justify space or expense
- Moms who saw the product presented as a soother were (directionally) less likely to mention sturdiness as a concern.
- Moms who saw the product as a soother also seemed more likely (directionally) to compare it to bouncers (vs. bassinets or Pack n' Play) when discussing the product's perceived poor price / value.









*Mattel Confidential Information*

CONFIDENTIAL

FP009972

**Mattel-COU0012264**

# Main Benefit of Rock n' Play (Open-end)
*Sample = all moms*

- When all moms (regardless of whether they liked Rock n' Play) were asked what they perceived as the main benefit, the pattern of results was similar to the questions about most valued use and reasons for liking Rock n' Play.
- Moms in all groups commonly mentioned sleep (unspecific), portability, rocks baby, and holds baby near mom. To a lesser extent, moms in all groups cited that it folds flat, raises baby to a good height, and offers play.
  - Moms who saw the Rock n' Play as a Sleeper were more likely to mention night use (or use as a bassinet) as well as a sleep (unspecific).
  - Moms who saw Rock n' Play positioned as a Soother more frequently mentioned its ability to soothe baby.

**Rock n' Play Sleeper**



**Rock n' Play Soother 1**



**Rock n' Play Soother 2**





*Mattel Confidential Information*

CONFIDENTIAL

FP009973

**Mattel-COU0012265**

# Maps – Most Informative Aspects




### Sleeper – Original
- More clicks on sleeping baby?
- Lots of clicks on "nighttime sleeper" violator
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking
- A few clicks on mom in bed



*Key differences highlighted in red*



### Soother 1 – Moderate
- Picture showing incline
- Lots of clicks on "naptime and playtime" violator
- Mom interacting with baby at an elevated height
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking



### Soother 2 – Extreme
- Picture showing incline
- Lots of clicks on "playtime and naptime" violator
- Mom interacting with baby at an elevated height
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking

*Mattel Confidential Information*

FP009974

**Mattel-COU0012266**

# Expected Store Location

- About half of all moms expected to see the Rock n' Play near the bouncers, regardless of the description they saw.

  - Moms were significantly more likely to expect the Rock n' Play to be near the bouncers when it was described as Soother 1 (moderate position) compared to a Sleeper.

- A substantial minority also expected to see Rock n' Play near the infant swings.

  - This was especially true about moms who saw the Rock n' Play described as Soother 2 (extreme position).

| Most expect to be near in store | Infant bouncer seats | Infant swings | Bassinets | Travel crib / play yard | Car seats |
|---|---|---|---|---|---|
| Rock n' Play Sleeper | 43 | 28 | 19 | 10 | 0 |
| Rock n' Play Soother 1 – moderate | 57 | 21 | 11 | 8 | 3 |
| Rock n' Play Soother 2 -- extreme | 45 | 38 | 15 | 3 | 0 |



*Mattel Confidential Information*

**Mattel-COU0012267**

# Familiarity

- 66% of moms of the entire original sample (N=327) stated they had never seen this product before the study. Only those who agreed with this statement were included as participants in this report.

| N=327 | % |
|---|---|
| I have never seen this product before this study | 66 |
| I registered for this product | 4 |
| I own this product | 2 |
| I know someone else who owns this product | 3 |
| I am aware of this product but neither own nor have registered for it | 26 |



CONFIDENTIAL

*Mattel Confidential Information*

FP009976

Mattel-COU0012268

# Ownership

- <u>All</u> moms in this study either owned a bouncer or intended to acquire one within the next six months.

- As expected, rates of ownership and intentions were similar across cells.

| | Sleeper N=72 | Soother 1 N=75 | Soother 2 N=69 |
|---|---|---|---|
| I currently own an infant bouncer seat or rocker | 49 | 60 | 58 |
| I intend to purchase an infant bouncer seat or rocker in the next 6 months | 31 | 19 | 25 |
| I intend to register for an infant bouncer seat or rocker in the next 6 months | 29 | 17 | 22 |
| I have registered for an infant bouncer seat or rocker but have not yet received one | 13 | 13 | 16 |

*Note: Moms could agree with multiple statements*



*Mattel Confidential Information*

Mattel-COU0012269



APPENDIX



**Mattel-COU0012270**



**Fisher-Price Newborn Rock & Play Sleeper** *[original position]*
- A nighttime sleeper & playtime seat all in one!
- Besides being the perfect place for baby to rock (with a gentle push from you!) during the day, you can also use it as a place for baby to sleep at night. It has an inclined seat, which makes sleeping more comfortable for babies who needs their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining

*Mattel Confidential Information*

CONFIDENTIAL

FP009979

Mattel-COU0012271



**Newborn Rock n' Play Soother *[Soother 1 –moderate position]***
- Special seat design for playtime & naptime!
- Perfect for newborns because the seat is extra deep with a structured insert that surrounds them in comfort and makes them feel secure. The seat is also inclined, which makes napping more comfortable for babies who need their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining



CONFIDENTIAL

*Mattel Confidential Information*

19

**Mattel-COU0012272**



**Newborn Rock n' Play Soother** *[Soother 2 – extreme position]*
- Special seat design keeps baby comfy & secure.
- Perfect for newborns because the seat is extra deep with a structured insert that surrounds them in comfort and makes them feel secure. The seat is also inclined, to help babies who need their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining





Mattel Confidential Information

CONFIDENTIAL

FP009982

Mattel-COU0012274




Mattel-COU0012275

# Copy List

| Date: | June 23, 2011 |
|---|---|
| Title: | Rock n' Play Sleeper New Positioning |
| PA # | MRD110111VI0065 |
| To: | Mike Fenn<br>Kurt Huntsberger<br>Ian Johnston |
| From: | Tamara Towles-Schwen |

| Copies: | |
|---|---|
| K. Gill | C. Pardi |
| D. Gubitosi | G. Rainstein |
| J. Howell | C. Rosinski |
| L. Mancuso | D. Stephens |
| K. Morton | T. Zinter-Chahin |



CONFIDENTIAL

**Mattel-COU0012276**

# EXHIBIT 58



CONFIDENTIAL                    Mattel-COU-1046016

BG_2015_BDO_July



CONFIDENTIAL

Mattel-COU-1045962



CONFIDENTIAL

Mattel-COU-1046062

**EXHIBIT 59**

**Matter Details Report**

**Matter Number: 21078478**

**Matter Type: Product Liability (US & Canada)**                    Status: Closed - Closed

| | | | |
|---|---|---|---|
| **Product:** 750 - Fisher-Price Product | **Legal:** | | **Closed:** 01/14/2014 |
| **Litigation:** | **LD Staff:** Murphy, Tina | **Date of Loss:** 12/06/2012 | **Reopened:** |
| **Claimaint Name:** **Thompson,** | **Loc/Br Cat:** FP Children's Products | **Reported to RM:** 12/07/2012 | **Days/Contact:** 0 |
| | **Written Evaluation:** | **First Contact:** 12/07/2012 | **DOM:** |
| **Primary Contact:** Thompson, THOMPSON, SARA | | **Purchase Date:** | **PX Reten:** |
| **Parent of Claimant:** THOMPSON, SARA | | **Follow-Up Date:** 01/14/2014 | |
| **Cause:** Fatality | | | |

**Description:**  An email from the consumer was received regarding the mention of mold in her RNP and also mentioned the death of her son in another RNP, in which the cause of death was ruled SIDS.  Please reference case 21078636.

REDACTED

Privileged and Confidential Attorney-Client Communication: Prepared at the Request and Direction of Counsel

**CONFIDENTIAL**

FPI_002216

Mattel-COU0002216

# Matter Details Report

**Matter Number:** 21078478

| Description | Author | In Date |
|---|---|---|
| REDACTED | | |
| Play Sleeper Product Number: Purchase Date: 08/06/2012 Purchase Price: $70 Message: When I was washing my cover for the Rock N Play, I noticed there was a lot of mold developing underneath. I've kept it clean so I'm not sure how this is forming. My 15 week old son died in the last Rock N Play Sleeper we had in September 2011. No cause was found during the autopsy and ruled SIDS. I would like to avoid any respiratory issues with the mold and I'm not concerned about our daughter sleeping in it. | dominesd | 12/07/2012 |
| **Safety Summary** | | |
| Age at the time of incident: 0Year(s) 3Month(s) Weight at the time of incident: 0lbs 0oz Gender: Male Date Of Incident: Injury flag : Yes | | |
| Injury # 1 | | |
| Injury Type          : Other : death | | |
| Injury Location      : No Location : No Detail | | |
| Course Of Action Type     : Exceeded first aid | | |
| Course Of Action Description   : Other : death | | |
| Event Description  : The following was reported to us by e-mail. | | |
| The consumer stated that her 15 week old child died while sleeping in the Rock & Play Sleeper in September of 2011. No cause of death was found during the autopsy and it was ruled as SIDS. | | |
| Updated 5/6/13: Received Regulatory Contact #130103CCC1391 regarding the incident described in safety summary. | | |
| **Status Text** | BECKWITJ | 12/07/2012 |
| Case being handled by Risk Management, Tina Murphy – ext 3723.  Please refer future calls and correspondence to me.   Thank you. | | |
| Claimant: Product to be returned.  Please send for a w/e. Please issue a refund check in the amount of:  $TBD | | |
| **Insurance Issue Text** | BECKWITJ | 12/07/2012 |
| An email from the consumer was received regarding the mention of mold in her RNP and also mentioned the death of her son in another RNP, in which the cause of death was ruled SIDS.   Please reference case 210780636. | | |

Privileged and Confidential Attorney-Client Communication: Prepared at the Request and Direction of Counsel

Printed on 03/06/2018 06:07:43 AM          Server Name: Claim Info - MattelUniverse - eCounsel - PCSL          Report Run By: GLANOWSB          Page 2 of 5

**CONFIDENTIAL**

FPI_002217

Mattel-COU0002217

**Matter Details Report**

**Matter Number:** 21078478

| Description | Author | In Date |
|---|---|---|
| Insurance Issue Text | MURPHYTI | 12/20/2012 |
| A call us email was sent to this consumer on 12/12 - in additional to the voicemail message I left for her. (Her initial contact w/the call center was via email). | | |
| Insurance Issue Text | MURPHYTI | 06/21/2013 |
| Received CPSC report, added to docs in DMS. | | |
| Insurance Issue Text | MURPHYTI | 12/03/2013 |
| No further contact. Pushing follow up out a few months. | | |
| Insurance Issue Text | MURPHYTI | 01/14/2014 |
| No further contact from consumer regarding this case or 21078636. Closing cases. Filing both cases in the recall file. | | |

REDACTED

Privileged and Confidential Attorney-Client Communication: Prepared at the Request and Direction of Counsel
Printed on 03/06/2018 06:07:43 AM          Server Name: Claim Info - MattelUniverse - eCounsel - PCSL          Report Run By: GLANOWSB          Page 3 of 5

**CONFIDENTIAL**

FPI_002218

Mattel-COU0002218

**Matter Details Report**

**Matter Number: 21078478**



REDACTED

Privileged and Confidential Attorney-Client Communication: Prepared at the Request and Direction of Counsel
Printed on 03/06/2018 06:07:43 AM    Server Name: Claim Info - MattelUniverse - eCounsel - PCSL

**CONFIDENTIAL**

Report Run By: GLANOWSB

Mattel-COU0002219

**Matter Number: 21078478**

## Matter Details Report

REDACTED

### Auto Property Information

### CATS History

| Case # | Product | Primary Case Contact | Contact Date | CA Rep | Reason | Action | Contact Mode |
|---|---|---|---|---|---|---|---|
| 21078478 | 750 Fisher-Price Product | SARA THOMPSON | 12/07/2012 | Donna Dominesey | 7299 Edited case | 144 Case edited | Internally Initiated |
| | | | 12/07/2012 | Donna Dominesey | 1004 Alleged Death | 125 Immediate notification - Corporate Insurance | Email |
| | | | 05/06/2013 | Colleen Wheeler | 8370 Regulatory contact (IDIs) | 170 No action required or taken | Letter |
| 21078636 | 750 Fisher-Price Product | SARA THOMPSON | 12/07/2012 | Donna Dominesey | 1352 Moldy | 192 Email- Not responded to | Internally Initiated |
| | | | 12/07/2012 | Barb Glanowski | 1015 Risk Mgmt Activity | 300 R/O to Corporate Insurance | Internally Initiated |
| | | | 01/09/2013 | Tina Murphy | 1015 Risk Mgmt Activity | 144 Case edited | Internally Initiated |

**Privileged and Confidential Attorney-Client Communication: Prepared at the Request and Direction of Counsel**
Printed on 03/06/2018 06:07:43 AM        Server Name: Claim Info - MattelUniverse - eCounsel - PCSL        Report Run By: GLANOWSB        Page 5 of 5

**CONFIDENTIAL**

FPI_002220

Mattel-COU0002220

# EXHIBIT 60



2019 room sharing solution concept evaluation report

Ariana Moseley
MRD#BR-FP-17-364-WW-F
December 2017

Mattel Confidential Information / May Contain Trade Secrets / For Internal Use Only

CONFIDENTIAL

Mattel-COU-1120093

# room-sharing products





The **Halo Bassinest** includes many of moms' stated elements of the ideal room-sharing sleeper and was praised for features that promote ease of access to baby. However, appeal was limited by its short lifetime and the thin stem and legs that implied instability.

*"The mesh and the swiveling is nice so they feel like they're next to you." – Mom of 6-12-month-old*

*"It's way too expensive for the short amount of time they can fit into it." – First-time prenatal mom*

*"It doesn't look safe. Is it going to tip over?" – Experienced prenatal mom*



The **Fisher-Price Rock N Play** was perceived to be a portable, highly useful sleep solution since it offers multiple tools that could help baby sleep in desperate late-night moments. However, first-time prenatal moms had concerns about using the product for unsupervised or overnight sleep as its surface was not flat.

*"This is what I want for naps and stuff in the living room so I can watch TV or something." – First-time prenatal mom*

*"Portability is important." – Mom of 0-6-month-old*



While the grow-with-me benefit, wheels, and electronic features of the **Ingenuity Dream & Grow Bassinet** were praised, the aesthetic was polarizing. In the context of a room-sharing solution, moms are looking for a more refined, adult aesthetic.

*"I love that it has wheels." – First-time prenatal mom*

*"I wish it was less baby looking. It just looks a little young." – Experienced prenatal mom*



The **Graco Pack N Play** emerged as a favored offering as a result of the product's versatility, grow-with-me benefit, and ease of travel. However, the product was deemed inappropriate for a room-sharing solution and better suited for a secondary sleep option as a result of the bulky size.

*"It's too big. I don't want it in my bedroom. It belongs in my mom's house." – First-time prenatal mom*

*"I have one like that! It's really nice. But we use it for travel, not in the room." – Mom of 0-6-month-old*

Mattel Confidential Information / May Contain Trade Secrets / For Internal Use Only

8

CONFIDENTIAL

Mattel-COU-1120100

# rocking sleeper: likes and dislikes

The rocking and incline are both perceived as beneficial features to utilize when baby is fussy or experiencing reflux, and the compact size and portability are an asset. Moms who dislike the Rocking Sleeper suggest that it is unsafe for nighttime sleep and is better suited for use as a secondary (and supervised) sleeping option.

## Likes

- **Rocking**
  - *"SO HELPFUL! Especially for those nights where baby just wants to be rocked."*
  - *"I don't have to hold her to rock her and the movements are soothing and consistent."*

- **Incline**
  - *"It's perfect for his reflux because the baby sleeps at an incline."*
  - *"Because of the incline. I think it helps newborns sleep better."*
  - *"It might not be what I would put her to bed in but you could use it throughout the house since it folds on trips and when baby is stuffy.*

- **Size**
  - *"It's small and compact and can be easily moved."*
  - *"It is a compact size and can be carried easily and used in different areas of the house or when traveling."*



## Dislikes

- **Unsafe**
  - *"I would want a flatter bed for my child to sleep in. This would be used more for down time while she is awake."*
  - *"Because of the curved position. It's not safe and it can actually cause SIDS."*
  - *"Doesn't look safe."*

Q. Why do you like the [concept]?
Q. Why don't you like the [concept]?

47

CONFIDENTIAL

Mattel-COU-1120139

# EXHIBIT 61

# rock n play deep dive *(data pull from 2019 room sharing solution concept evaluation, MRD#BR-FP-17-364-WW-F)*

First-time prenatal moms have much lower purchase intent and appeal for the Rock N Play than moms of 0-6-month-olds and frequently cite safety as it relates to the inclined surface as a reason for disliking.

**Legend:** ■ First-Time Prenatal Moms  ■ Moms of 0-6-month-olds

| Concept | Price Tested | Gut Reaction (% Pre-Exposure Forced Choice) | Appeal (% Love It) | Purchase Intent (Top 3 Box) | Forced Choice Purchase Intent (% Most Likely) |
|---|---|---|---|---|---|
| **Fisher-Price** Bassinet to Mini-Crib | $99.99 | 17% / 15% | 26% / 24% | 45% / 44% | 19% / 17% |
| **GRACO** On the Go Play Yard | $79.99 | 33% / 30% | 41% / 44% | 62% / 59% | 41% / 29% |
| **ingenuity** Deluxe Bedside Bassinet | $149.99 | 20% / 16% | 23% / 24% | 32% / 25% | 15% / 15% |
| **Fisher-Price** Rocking Sleeper | $59.99 | 12% / 25% | 23% / 40% | 46% / 53% | 14% / 26% |
| **HALO** Swivel Bassinet | $199.99 | 17% / 14% | 26% / 23% | 24% / 20% | 11% / 14% |

## Rock N Play Dislikes

*20% of moms dislike the Rock N Play, and about half (45%) of those state that it is unsafe for overnight sleep.*

"I would want a flatter bed for my child to sleep in. This would be used more for down time while she is awake."

"Because of the curved position. It's not safe and it can actually cause SIDS."

"It is on an incline and I have read that baby should not sleep on an incline unattended."

"It is obviously very unsafe. Babies need a flat surface to sleep on, no incline! It should absolutely not be marketed as a sleep space."

"It is not approved as a safe sleeping surface."

"It's unsafe for babies to sleep in, it can lead to positional asphyxiation and should not be recommended for sleep!"

"It can cause torticollis."

N=330 (first-time prenatal moms n=123; moms with 0-6-month-olds n=207
Q. If you had to choose just one of the toys below for [child], which toy would you most likely purchase within the next 6 months?
Q. How much do you like the [concept] for your child?

Q. What is the likelihood that you would purchase [concept] at [price] within the next 6 months for [child]?
Q. If you had to choose just one of the toys below for [child], which toy would you be most likely to purchase within the next 6 months?

Q. Why don't you like the [concept]? Base: Those who respond "Don't like it much" or "Don't like it at all." N=67

NOTE: Brand included for report reference only; respondents were not exposed to brand in the study.
Mattel Confidential Information / May Contain Trade Secrets / For Internal Use Only

**CONFIDENTIAL**