# EXHIBIT 62





# baby gear

## BDO 2020

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# 2020 Product Strategies

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Swings

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Swings Consumer Insights

**Consumer Need:** a safe place to soothe baby with a range of calming features

## Top purchase drivers

- Soft fabrics/head support
- Music and nature sounds
- Seat design/shape/size
- Types of motions
- Ability to fold/easy to store
- Portability
- Vibrations



**68% of US moms own a full size swing**

**48% own a travel swing**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Swing Platform Orchestration







| | **Take Along Swings**<br>*OPP value with small footprint and portability* | **Full Size Swings**<br>*Incremental unique motions with smaller footprints to round out the line* | **Cradle 'n Swings**<br>*Full featured with 2 motions for customizable soothing, an FP original* |
|---|---|---|---|
| **Price Range** | $79.99 | $129.99 - $174.99 | $159.99 - $199.99 |
| **2018 Global** | $5.1MM | $4.9MM | $27.3MM |
| **% Category** | 14% | 13% | 73% |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Swings – FP Global State of the Business

**Global 5 year decline due to increased competitive pressure and rising costs**

## 2018 Demands in A$



APAC 3%
EUR 5%
LATAM 2%
CAN 7%
US 83%

## Swing Ships A$ (MM)

**-10% CAGR**



$37MM 2018 Demands

*2018 - Demands @ List as of 6/11/18, PI Base Cube Infant Preschool

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# US NPD Swing Category Dashboard

**Fisher-Price maintains it's #2 position while Graco continues to grow**



**FP Share 30%**

**$156 MM US NPD Category Size**



**US Category Growth and Vendor Market Share**

Legend:
- All Others
- 4 Moms
- Kids II
- Fisher Price
- Graco

$164 ... -5% ... $156

2016 / 2017

2016: $26 (4 Moms), $38 (Kids II), $48 (Fisher Price), $49 (Graco)
2017: $22 (4 Moms), $36 (Kids II), $46 (Fisher Price), $51 (Graco)

NPD: for 12 Months  Oct '15 – Sep '16 & Oct '16 – Sep '17

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive





**#1**
**33% share**
**+3pts**



New OPP Format





**#2**
**30% share**
**0pts**



Price Erosion Price/Value





**#3**
**23% share**
**0pts**



Fast Follower





**#4**
**14% Share**
**-2pts**



Disruptive Innovation

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Take-Along Swing and Seat





**Lifetime**
Volume

**$18mm**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Key Findings

1. Graco continues to grow market share with range of offerings and OPP format

2. FP share flat ending 2017 driven by price erosion on best-selling Snugapuppy

3. While 4Moms share is declining, Mamaroo continues to be one of the highest volume platforms

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Swing Slot Strategy

1. Protect existing Take-Along Swing listings in the US and Globally with an aesthetic refresh

2. Reinforce category leadership with a premium format to take back lost share

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|------|-------------|------|---------------|---------------|
| 1 | Take-Along Swing Restage | $79.99 | $5MM | $15MM |
| 2 | Premium Swing | $299.99 | $1.5MM | $7MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Snugapuppy Collection

## Launched 2013



## Launched 2017



### 2020
### What's next?

**Lifetime volume**
**$ 43.5 MM**

**Lifetime volume**
**$ 13.2 MM**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

Sleepers
&
Bassinets



# Sleepers Consumer Insights

**Consumer Need:** safe overnight sleep solutions so mom and baby can get some rest

## Priority Features

- Inclined sleep solution
- Removable, machine washable pad
- Folds for storage
- Calming vibrations
- Soft, deluxe fabrics (newborn body insert & head support)



**46% of US moms own an inclined sleeper**

**45% own a bassinet**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Sleeper Platform Orchestration

Full orchestration of inclined and flat sleepers to find the right soothing solution for baby

**Sleepers are 76% of Category**

      

| | Basic $59.99 | Deluxe $74.99 | Auto Rock $79.99 | Deluxe Auto Rock $89.99 | Smart Connect $99.99-149.99 | Premium $119.99 | 2-in-1 Sleeper to Rocker $99.99-119.99 |
|---|---|---|---|---|---|---|---|
| **2018 Global** | $6M | $3M | $14MM | $4MM | $6MM | $3MM | $2MM |
| **% Category** | 12% | 7% | 28% | 9% | 11% | 5% | 4% |
| **ΔYOY** | -6% | -2% | +1% | +5% | +1% | +0% | NA |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Bassinet Platform Orchestration

Full orchestration of inclined and flat sleepers to find the right soothing solution for your baby

**Bassinets are 24% of Category**







| | On-the-Go Baby Dome $69.99 | Stow 'n Go $79.99 | Rock 'n Play Bassinet $79.99 | Soothing Motions Bassinet $149.99 | 2-in-1 Bassinet & Crib $119.99- 139.99 |
|---|---|---|---|---|---|
| **2018 Global** | $5MM | $2M | $700k | $3MM | $1MM |
| **% Category** | 11% | 4% | 1% | 6% | 2% |
| **∆YOY** | -1% | +2% | +0% | +1% | NA |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Sleeper & Bassinet Category Breakout



**2018 Global Demands**

Bassinets, 12%

Domes, 12%

Sleepers, 76%

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Sleepers & Bassinets –FP Global State of the Business

## Domes and Bassinets drive incremental volume to the category





# Bassinets & Domes –FP Global State of the Business

**Flat sleep solutions are more relevant for international audience**



2018 Demands in A$

Bassinets Shipments A$ (MM)

63% CAGR

$11MM 2018 Demands

APAC, 12%
EURO, 6%
Canada, 11%
US, 65%

Intl
US

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Sleepers –FP Global State of the Business

**Growth in the US is being driven by the ARNP**

## 2018 Demands in A$



APAC 6%  EUR 1%  CAN 1%

US 92%

## Rock 'n Play Ships A$ (MM)

**13% CAGR**



**$35MM 2018 Demands**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Sleeper/Bassinet Category Dashboard

## Bassinets grew double digits whereas sleepers were flat



FP Share 37%

$145MM US NPD Category Size



US Category Growth & Vendor Market Share

- All other
- Kids II
- Halo
- Delta
- Fisher-Price



# US NPD Market- Bassinets/Sleepers

















**#1**
**37% share**
**+3pts**

**#2**
**14% share**
**+3pts**

**#3**
**10% share**
**-1pt**

**#4**
**8% share**
**+1pt**

**New Mom Must-Have**

**Disruptive Innovation**

**Traditional**

**Fast Follower**

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key Findings

## Competition



Auto Rock $79.99
Coming Fall 2018

## Retail Environment

- **Shrinking Retail Space**

- **Price Erosion**

- **Lost Slots:**



## Quality Issues

"Barely been using it for 2 months and the motor stopped working…"

**Motor failures**

"I would take my baby out then shake the rocker for it to start working again…"

**Q4 Transistors issue**



Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Slot Strategy

**Update Data**

1. Increase profitability and pricing flexibility
   1. Regain lost listings at Target and drive additional volume

2. Reinforce category leadership
3. Improve overall quality

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|------|-------------|------|---------------|---------------|
| 1 | RNP Sleeper CIP Restage | $69.99 | $MM | $MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Phased Execution – Project Sprint

Fall 2019      Spring 2020      Fall 2020

**Phase 1**
Non consumer facing updates

**Phase 2**
Aesthetic product changes affecting packaging

**Phase 3**
Final Implementation across all sleeper platforms

Savings
$1.41/unit

Savings
$3.38/unit

Savings
$TBD

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Bouncers
# &
# Rockers



Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Bouncer/Rocker Consumer Insights

**Consumer Need:** A cozy spot for baby to play or relax, helping mom get things done

## Top Purchase Drivers

- Soothing for baby
- Appealing motion
- Attractive appearance
- Comfortable
- Entertaining
- Easy to store
- Easy to use



**80% of US Moms own a Bouncer or Rocker**

**#3 MUST HAVE item recommended by moms to new moms**

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Rocker/Bouncer Platform Orchestration





New S19!



New S19!

| | NTT Rocker<br>*Folds, grows with baby, two recline positions, and canopy* | ITT Rocker<br>*Grows with baby, two recline positions, stationary seat position* | Bouncers<br>*Range of price points, vibe & music, plush soft goods* |
|---|---|---|---|
| **Price Range** | $59.99-64.99 | $39.99-44.99 | $29.99-69.99 |
| **Global** | $16MM | $31MM | $17MM |
| **% Category** | 25% | 49% | 26% |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Bouncers/Rockers – FP Global State of the Business

**Rockers offset bouncer declines and are driving the business globally**



Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Bouncer/Rocker Category Dashboard

## Limited innovation is keeping the category flat



FP Share 49%

$69MM US NPD Category Size



US Category Growth & Vendor Market Share

- Others
- Babybjorn
- Kids II
- Fisher-Price

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competition

**Update Data**





**#1**
**49% share**
**+4pts**

**GWM Price Value**





**#2**
**38% share**
**-2pts**

**Strong Price Value**



**BABYBJÖRN®**

**#3**
**7% share**
**+1pts**

**High-End Niche**

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Tubs



Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Bathtub Consumer Insights

**Consumer Need:** tool to help their child learn to use the potty

## Top Purchase Drivers

- Grows with baby
- Makes bath time easier
- Looks safe for baby
- Looks comfortable for baby
- Easy to use/drain/clean
- Easy to store
- Reclining seat or sling



**84% of US Moms Own a Baby Tub**

**& 74% First-Time Moms**

**66% of US Moms Register for a Baby Tub**

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Bathtubs – FP Global State of the Business

**US 3-year growth due to innovative 4-in-1 Sling 'n Seat Tub; lack of international growth due to competitors offering lower cost options**



### 2018 Demands in A$

APAC 1%
EUR 3%
LATAM 2%
CAN 8%
US 86%

### Tub Ships A$ (MM)

**4% CAGR**

$11.6MM 2018 Demands

| Year | US | Intl | Total |
|------|-----|------|-------|
| 2013 | $8 | $1 | $9 |
| 2014 | $8 | $1 | $9 |
| 2015 | $10 | $1 | $11 |
| 2016 | $9 | $2 | $11 |
| 2017 | $9 | $1 | $11 |

Legend: Intl, US

Cognos PI Base Cube IPS
Historical Shipments @ $A, 2017 rates
2018 Demands @ $A as of X/X/XXXX

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Bathtub Orchestration








|  | OPP Character Tubs $24.99 | Mid-Priced Sling Tubs $29.99-36.99 | 4-in-1 Sling 'n Seat Tubs $39.99 | Calming Vibration Tubs $42.99 |
|---|---|---|---|---|
| Global | $1.1MM | $1.9MM | $8.1MM | $565K |
| % Category | 10% | 16% | 69% | 5% |

2018 Demands @ $A as of

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Tub Category Dashboard

**Slight category contraction driven by decrease in summer infant and 4 moms price increase**



FP Share 21%

$53MM US NPD Category Size

## US Category Growth & Vendor Market Share



- All Other
- 4 Moms
- Blooming Bath
- TOMY
- Fisher-Price
- Summer Infant

NPD: for 12 Months  Oct '14 – Sep '15 & Oct '15 – Sep '16
Showing individual vendors > $3.5MM
All Other includes suppressed vendors ($2.6MM)

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive

**#1 Tub in Market**























**#1**
**31% share**
**-2pts**

**#2**
**21% share**
**-1 pt**

**#3**
**15% share**
**-1pts**

**#4**
**8% share**
**+4pts**

**Breadth of Offerings**

**Innovative Feature**

**Low Cost**

**Disruptive Innovation**

Category ownership: 2014 FP GCI tracker

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Tub Share Shift by Price

Tubs with innovative features drove growth but FP is losing share in fastest growing $20-$30 band due to emergence of Skip Hop's Moby Bathtub









NPD: for full year 2016 & 2017

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Key Findings

1. The Tub business has slowed slightly with the category being down 4%

2. Innovation is driving Market share. Blooming bath and Summer Lil' Luxuries tub have driven or sustained their business

3. Only potential opportunity would be an on the go tub however research would be needed to confirm white space opportunity

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Slot Strategy

1. Launch our fall 2019 tub refresh adding additional play and grow with me features to the

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2019 fall 4 in 1 tub refresh | $69.99 | $MM | $MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Potties

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Potty Consumer Insights

**Consumer Need:** tools to help their child learn to use the potty

## Top Purchase Drivers

- Helps make potty training easier
- Looks appealing to my child
- Would fit well in by bathroom
- Provides security and comfort
- Easy to clean

**64% of US Moms Own a Potty Seat or Toilet Ring**

**Only 12% of US Moms Register for a Potty**

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Potties – FP Global State of the Business

**Global 10 year growth due to Cheer For Me Potty localized for international markets**



2018 Demands in A$

Potty Ships A$ (MM)

$23.1MM 2018 Demands

-1% CAGR

US 44%
APAC 23%
EUR 23%
CAN 6%
LATAM 4%

Intl
US

Cognos PI Base Cube IPS
Historical Shipments @ $A, 2017 rates
2018 Demands @ $A as of X/X/XXXX

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Potty Orchestration







| | Potty Rings $9.99-$12.99 | OPP Character $9.99 | Royal Stepstool $19.99 | Custom Comfort $19.99 | Learning $27.99-$34.99 |
|---|---|---|---|---|---|
| **Global** | $204k | $2.1MM | $5.6MM | $3.4MM | $10.7MM |
| **% Category** | 1% | 9% | 24% | 15% | 46% |

*4% "Other" not shown includes $1.7MM for Ducky Potty, and Thomas Potty*
*2018 Demands @ $A as of*

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Potty Category Dashboard

**Category had marginal growth however share is still shifting to Summer infant**



FP Share 15%

$97MM US NPD Category Size



US Category Growth & Vendor Market Share

- Others
- Fisher-Price
- TOMY
- Summer Infant
- Ginsey

NPD:
Showing individual vendors > $5.0MM
All Other includes suppressed vendors ($500k)



# Key US Competitive

















**#1**
**22% share**
**- 4 pts**

**#2**
**21% share**
**+7pts**

**#3**
**16% share**
**-2pts**

**#4**
**15% share**
**-1pts**









**Entertainment Licenses**

**Realistic Format**

**Entertainment Licenses**

**Unique Rewards**

Category ownership: 2014 FP GCI tracker

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Key Findings

1. The realistic looking my size potty continues to perform very well. Consumers may be shifting to a potty that fits with the home décor

2. 40% of potty business is licensed however we only have the Thomas potty. There may be opportunity to add a licensed potty here

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Slot Strategy

1. Refresh custom comfort to be more realistic to capture current market trend and maintain the listing at Walmart and internationally.
   1. Evaluate global sourcing on potty

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|------|-------------|------|---------------|---------------|
| 1 | Refresh Custom Comfort | $19.99 | $3.1MM | $9.4MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



FEEDING



# Feeding Consumer Insights

**Consumer Need:** Safe easy to use feeding solution that is also easy to clean

## Priority Features

- Surfaces without cracks/crevices
- Recommended by other moms
- Dishwasher safe tray
- Easy to get baby in & out
- Washable seat pad & restraints
- One-hand tray removal
- Adjustable tray positions for baby
- Multiple height adjustments



75% of US moms own a Full Size High Chair

45% own a Booster

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Feeding Category

A variety of solutions for **stress-free mealtime**

| Boosters | SpaceSaver High Chairs | Full Size High Chairs |
| --- | --- | --- |







Portable & compact
Can use on floor or attach to chair

Everything moms and dads need
in half the space

Grows with baby
Wheels to move room to room
Overall design

**Top Purchase Drivers:**

| | | |
| --- | --- | --- |
| Surfaces without cracks/crevices | Recommended by other moms | Dishwasher safe tray |
| Easy to get baby in & out | Washable seat pad & restraints | One-hand tray removal |
| Adjustable tray positions for baby | Multiple height adjustments | |

Purchase Drivers: 2015 Feeding A&U Study

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Feeding Category – FP Global State of the Business

**On the decline since 2009 due to lack of full size high chair as well as low-cost competitive offerings, new disruptive platforms and floor seat category merge in boosters**

## 2018 Demands in A$



## Feeding Ships A$ (MM)

### -13% CAGR



**$19.9 MM 2018 Demands**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Full Size High Chairs

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Full Size High Chairs – FP Global State of the Business

**Have struggled in US to deliver a successful full size platform for over 5 years and international competitive set is fragmented with lower cost offerings**

## 2018 Demands in A$





APAC 11%
EUR 0%
LATAM 3%
CAN 9%
US 77%

## Full Size HC Ships A$ (MM)



-8% CAGR

$4.6MM 2018 Demands



# FP High Chair Orchestration





| | **4-in-1 High Chair (Asia)**<br>*Grows with baby from high chair to learning table* | **4-in-1 Total Clean High Chair**<br>*Dishwasher safe fully-featured high chair with 4 modes* | **Deluxe High Chair**<br>*Premium high chair for Jonathan Adler line with wood and leatherette materials* |
|---|---|---|---|
| **Price Range** | $99.99 | $129.99-$139.99 | $149.99 |
| **Global** | $668k | $3.5MM | $463k |
| **% Category** | 14% | 76% | 10% |

Total Market $4.6MM
2018 Demands @ $A as of 4/25/2018

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US Full Size High Chair Category Dashboard

**Kids II took share with new $99.99 Trio platform in 2017**
**Will likely take more share with the decrease in price to $69.99 in 2018**

**$116MM US NPD Category Size**



US Category Growth & Vendor Market Share

- All other
- Fisher-Price
- Chicco
- Dorel
- Kids II
- Graco

NPD: Full year 2016 & 2017
Showing individual vendors > $5.0MM
No suppressed vendors

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive











**#1**
**37% share**
**+2pts**


**#2**
**15% share**
**+1pts**



**#3**
**15% share**
**-2pts=**

**#4**
**8% share**
**-3pt**

Established Category Leader

New OPP Platform

Low Cost

Low Cost

Category ownership: 2014 FP GCI tracker

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Space Saver High Chairs

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Space Saver High Chairs – FP Global State of the Business

**Space Saver has driven the majority of our category success, however we have been on the decline**



**2018 Demands in A$**

US 45%
APAC 23%
EUR 21%
LATAM 0%
CAN 11%

**SpaceSaver HC Ships A$ (MM)**

**-13% CAGR**

$8.1MM 2018 Demands

| Year | US | Intl | Total |
|------|-----|------|-------|
| 2013 | $12 | $0 | $12 |
| 2014 | $12 | $1 | $12 |
| 2015 | $10 | $1 | $11 |
| 2016 | $8 | $1 | $9 |
| 2017 | $7 | $0 | $7.0 |

Cognos PI Base Cube IPS
Historical Shipments @ $A, 2017 rates
2018 Demands @ $A as of X/X/XXXX

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only