

# FP High Chair Orchestration



| | Space Saver High Chair |
|---|---|
| Price Range | $49.99 |
| Global | $8.1MM |
| % Category | 60% |

Total Market $4.6MM
2018 Demands @ $A as of

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US Space Saver High Chair Category Dashboard

**Graco is pushing hard up 14%**



**$9.2MM US NPD Category Size**



US Category Growth & Vendor Market Share

NPD: Full year 2016 & 2017
Showing individual vendors > $5.0MM
No suppressed vendors

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive

  

  

#1
**60% share**
-10pts

#2
**34% share**
+14pts

#3
**4% share**
-3pts

  

**Established Category Leader**

**Challenger**

**Low Cost**

Category ownership: 2014 FP GCI tracker

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Booster Seats

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Boosters – FP Global State of the Business

Recent US decline due low-cost competitive offerings, new disruptive platforms and floor seat category merge; international volume has been steady due to success of Healthy Care Booster



## 2018 Demands in A$

- APAC 29%
- EUR 0%
- LATAM 16%
- CAN 5%
- US 50%

## Booster Ships A$ (MM)

-15% CAGR

$7.0MM 2018 Demands

| Year | US | Intl | Total |
|------|-----|------|-------|
| 2013 | $8 | $5 | $14 |
| 2014 | $8 | $5 | $13 |
| 2015 | $7 | $5 | $12 |
| 2016 | $5 | $5 | $10 |
| 2017 | $4 | $3 | $7 |

Cognos PI Base Cube IPS
Historical Shipments @ $A, 2017 rates
2018 Demands @ $A as of 4/25/2018

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# FP Booster Orchestration







| | **Character Boosters**<br>*OPP* | **Mid-Price Boosters**<br>*Easy to clean & take on the go,*<br>*Healthy Care, an FP original since 2004!* | **Activity Boosters**<br>*Additional toy tray for play* |
|---|---|---|---|
| **Price Range** | $12.99 | $26.99-$34.99 | $39.99 |
| **Global** | $1.2MM | $4.7MM | $1.1MM |
| **% Category** | 17% | 67% | 16% |

2018 Demands @ List as of 4/25/2018

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Booster Category Dashboard

**TOMY, Kids II & Others grew $5MM due to disruptive platforms**



FP Share 7%

$53.2MM US NPD Category Size



Booster, Hook-On, Pop-Up Chairs
US Category Growth & Vendor Market Share

| | 2016 | 2017 |
|---|---|---|
| Total | $53.8 | $53.3 |
| Growth | | -1% |
| All Other | $21.2 | $19.1 |
| Fisher-Price | $4.6 | $3.7 |
| Summer Infant | $3.9 | $7.2 |
| Kids II | $8.0 | $7.5 |
| Dorel | $9.1 | $7.8 |
| Chicco | $7.0 | $7.8 |

NPD: Full year 2016 & 2017
Showing individual vendors > $2MM
Includes Boosters, Booster/Floor Seat Combo, Hook-Ons, Pop-Ups
All Other includes suppressed vendors

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive Booster only






#1
8% share
-1pts

**2-in-1 Value**






#2
8% share
+7pts

**2-in-1 Value**






#3
7% share
Flat

**Low Cost**






#4
7% share
+1 pts

**Price/Value**

NPD: Full year 2017

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Feeding & Play Categories Merging...

**FEEDING CHAIRS**     **BOOSTERS/FLOOR SEATS**     **PLAY SEATS**







- Full size high chairs
- Chair top high chairs
- Boosters/ Clip-ons
- Positioners /Feeding Seats
- Feeding/ Activity Seats
- Entertainers



# US NPD Booster Category Breakdown

### Booster, Hook-On, Pop-Up Chairs
### US Category Growth & Vendor Market Share



**$53.8** · -1% · **$53.3**

2016 / 2017 values:
- All Other: $21.2 → $19.1
- Fisher-Price: $4.6 → $3.7
- Summer Infant: $3.9 → $7.2
- Kids II: $8.0 → $7.5
- Dorel: $9.1 → $7.8
- Chicco: $7.0 → $7.8

Legend:
- All Other
- Fisher-Price
- Summer Infant
- Kids II
- Dorel
- Chicco

### Booster/Floor Seat Combo
### US Category Growth & Vendor Market Share



**$31.1** · **$27.0**

2016 / 2017 values:
- Kids II: $3.9 → $3.2
- Summer Infant: $12.5 → $10.5
- TOMY: $14.8 → $13.3

Legend:
- Kids II
- Summer Infant
- TOMY

NPD: for full year 2016 & 2017
Showing individual vendors > $2MM
All Other includes suppressed vendors ($2.6MM)

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Key US Competitive Manufacturer












**#1**
**27% share**
-1pts

**2-in-1 Value**




**#1**
**26% share**
+1pts

**2-in-1 Value**




**#3**
**11% share**
+1pts

**Low cost**



**#4**
**10% share**
-1pts

**Low Cost**

NPD: full year 2017

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Key Findings

1.  Consumer appetite for an easy fold and go booster

2.  We are the category in space saver high chairs, as we succeed so does the category

3.  Full Size high chairs are a fragmented and high investment category. We are investigating alternative ways to play in this category.

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Slot Strategy

1. Leverage the trend in take along and launch a travel booster to compete with the Summer Infant Pop-n'-Sit

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|------|-------------|------|---------------|---------------|
| **1** | Travel Booster | $39.99 | $1.2MM | $6.0MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Positioners

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Positioner Consumer Insights

**Consumer Need:** A safe and comfortable seat for baby to play when he/she cannot yet sit upright unassisted

## Top Purchase Drivers

- Great price-value
- Visually appealing for Mom
- Comfortable for baby
- Keeps baby occupied / entertained
- Easy to use
- Easy to clean



59% of US Moms own a Positioner

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

74



# Positioner Platform Orchestration

**Frog**
Fashions represent **50% of category**







| | **Basic** *Fun character, wide base, folds flat, two removeable toys* | **Deluxe with Tray** *Snack Tray, additional play features* | **Deluxe/Premium with Toy Tray** *Deluxe fabric, removeable toy pod* |
|---|---|---|---|
| **Price Range** | $39.99 | $49.99 | $49.99 - 59.99 |
| **Global** | $8.9MM | $1.5MM | $2.5MM |
| **% Category** | 68% | 12% | 20% |

*2018 - Demands @ List as of 4/25/17,
BI Base Cube Infant Preschool

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Positioner – FP Global State of the Business

**Strong incremental growth in the US; international adoption impacted by use mode and price value**

### 2018 Demands in A$



### Positioner Ships A$ (MM)



**52% CAGR**

$16MM 2018 Demands

*2018 - Demands @ List as of 7/10/18,
BI Base Cube Infant Preschool

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Positioner Category Dashboard

**Expanded FP orchestration taking share from competition**



FP Share 34%

$47MM* US NPD Category Size



**US Category Growth & Vendor Market Share**

Millions

- Kids II
- Summer Infant
- TOMY
- Fisher-Price

| | 2016 | 2017 |
|---|---|---|
| Kids II | $5 | $4 |
| Summer Infant | $14 | $12 |
| TOMY | $19 | $15 |
| Fisher-Price | $14 | $16 |
| Total | $53 | $47 |

-11%

NPD: CY 2016 vs CY 2017 – extrapolated
*includes Ingenuity Baby Base and TOMY Bumbo Seats

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Market





**#1**
**34% share**
**+8pts**



**Strong Appeal**





**#2**
**32% share**
**-5pts**



**Legacy Items**





**#3**
**25% share**
**-2pts**



**Playful Aesthetic**

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Outdoor Usage





# On-the-Go Baby Dome



**200k** units sold to date!

**$6M** ships/ year





# Competitive Insights



# Slot Strategy

1. Protect our leadership position by filling the on-the-go white space in the Positioner category

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|------|-------------|------|---------------|---------------|
| 1 | Positioner with Canopy | $59.99 | $1.1MM | $4MM |

2. Continue segmentation across retailers to combat price erosion

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Positioner Segmentation 2019



## 2019 Positioner Segmentation

| | Walmart | Target | Amazon | buybuy Baby | EC |
|---|---|---|---|---|---|
| $39.99 | FWY43 Citrus Frog / GBL23 Girl | DRF51 Windmill | BFB07 Frog / FLD88 Honeydew / FJF61 Panda / FKD95 Honeycomb | GBL25 Hugs & Kisses | FLD88 Honeydew / BFB15 Monkey |
| $49.99 | GBL20 Deluxe Toy Bar / CMX43 Deluxe Giraffe | CBV48 Deluxe Lion / FWY44 Deluxe Hedgie | CBV48/FPR21 Deluxe Lion / GBL28 Crab | GBL28 Crab / GBL17 Deluxe Lamb | |
| $59.99 | | | | FPK63 Premium Owl | |

**No Mainline Items**

**Multiple Shared Exclusives**

**No reduction in # of item per account**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# DOM SLIDE

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Entertainers

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Entertainer Consumer Insights

**Consumer Need:** A safe place for baby to play with activities that encourage milestone development

## Top Purchase Drivers

- Great price-value
- Grow-with-me features
- Engaging toys, lights & music
- Safety



**54% of US Moms own a Jumper**

**63% own a Stationary Entertainer**

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Entertainer Platform Orchestration



Basic/Dlx Jumperoo is **76%** of category



| | **SpaceSavers**<br>*Portable, small footprint,<br>jumper or stationary* | **Basic/Deluxe Jumperoos**<br>*Stationary jumper,<br>360 toy play, music and lights* | **Stationary Entertainers**<br>*GWM sit-to-walk,<br>360 toy play, music and lights* |
|---|---|---|---|
| **Price Range** | $59.99-$69.99 | $89.99-$104.99 | $89.99-$119.99 |
| **Global** | $4.0MM | $29.3MM | $5.4MM |
| **% Category** | 10% | 76% | 14% |

*2018 - Demands @ List as of 4/25/17,
BI Base Cube Infant Preschool

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Entertainers – FP Global State of the Business

**Highly competitive category feeling impact of price erosion and value offerings**



2018 Demands in A$

APAC 19%
EUR 22%
LATAM 2%
CAN 5%
US 52%

Entertainer Ships A$ (MM)

$39MM 2018 Demand

-2% CAGR

| Year | US | Intl | Total |
|------|-----|------|-------|
| 2013 | $23 | $18 | $42 |
| 2014 | $24 | $20 | $44 |
| 2015 | $26 | $23 | $48 |
| 2016 | $24 | $21 | $45 |
| 2017 | $24 | $15 | $38 |

*2018 - Demands @ List as of 4/25/17, BI Base Cube Infant Preschool

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Category Segmentation



## 2018 Entertainer Segmentation

| | Walmart | Target | Amazon | Babies "R" Us | buybuy Baby | Mainline |
|---|---|---|---|---|---|---|
| **$119.99 – $129.99** | DJX02 Step 'n Play ($119.99 SRP / $80.69 ARP) | | | DKY79 Laugh & Learn ($129.99 SRP / $103.35 ARP); DTL57 Go Wild ($129.99 SRP / $96.98 ARP) | DJX02 Step 'n Play ($119.99 SRP / $80.69 ARP) | M893O Laugh & Learn ($129.99 SRP / $83.24 ARP) |
| **$104.99 – $109.99** | | | K6070 Rainforest ($104.99 SRP / $73.16 ARP) | | K6070 Rainforest ($104.99 SRP / $73.16 ARP) | CBP03 Zoo Party ($109.99 SRP / $60.29 ARP); W9466 Discover 'n Grow ($109.99 SRP / $77.10 ARP) |
| **$89.99 – $99.99** | FVR21 Tiger Time ($99.99 SRP / $84.90 ARP) | | V0206 Luv U Zoo ($99.99 SRP / $68.34 ARP); FVC13 – Color Climbers Jumperoo ($89.99 SRP) | FPH21 – Deluxe Activity Center ($99.99 SRP) | FPV61 – Deluxe Activity Center ($99.99 SRP); CBV63 Rainforest ($99.99 SRP / $84.90 ARP); V0206 Luv U Zoo ($99.99 SRP / $68.34 ARP) | FFJ01 – 2-in-1 ($89.99 SRP); FFJ00 – Animal Activity ($89.99 SRP); DJC81 Pink Petals ($99.99 SRP / $72.45 ARP) |
| **$69.99** | | | DPV42 Colorful Carnival SpaceSaver ($69.99 SRP / $61.08 ARP) | | | CBV62 Woodland Friends/ DKT02 Floral Confetti SpaceSaver ($69.99 SRP / $61.08 ARP) |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Implications of Segmentation

## Entertainers YTD

**Lost Ships A$: $1.2MM**

**Lost POS R$: $2MM**

**Improved Retailer Margin**



K6070 RM +28%

YTD ARP 2017   $67.63
YTD ARP 2018   $98.38

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Entertainer Category Dashboard

**New entrants making waves with modern aesthetics and grow-with-me features**

**FP Share 29%**

**$107MM US NPD Category Size**



US Category Growth & Vendor Market Share

Millions

$107    Flat YoY    $107

| | 2016 | 2017 |
|---|---|---|
| Others | $6 | $11 |
| Evenflo | $26 | $22 |
| Fisher-Price | $31 | $31 |
| Kids II | $45 | $42 |

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Market

**Top 3**     **New Entrants**













| #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|
| ▼ 39% share -3pts | ▲ 29% share +1pt | ▼ 21% share -3pts | ▲ 5% share +4pts | ▲ 2% share +2pts |
| Price Value / Licensed | Price Value | Few new offerings | Modern Aesthetic | Grow with Me Value |

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Key Findings

1. Price erosion will continue to be a key area of focus

2. Lower priced items are becoming more relevant

   - ARP in 2017 for all jumpers was $75, down from $80 in 2015

   - SRP for Fisher-Price Jumperoos averages $100; ARP $73

ARP does not include doorway jumpers.

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# SpaceSaver Jumperoos





**Lifetime**
Volume

**$17mm**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Slot Strategy

1. Gain share in category through a fresh take on a space saving jumper

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|:---:|:---:|:---:|:---:|:---:|
| 1 | Portable Jumper | $69.99 | $6MM | $15MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# DOM SLIDE

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# New Opportunities

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Baby Gates



### Baby Gate Category Growth

Millions

$230

$210

7% CAGR

$190

$170

2014    2015    2016    2017



+22% over 4 years

Incremental Opportunity

High FP Brand Fit

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only

# Baby Gate Category

**Consumer Need:** An easy-use barrier to keep baby safe within the home.

**Top Purchase Drivers**

- Safety
- Great price-value
- Ease of Use
- Multi function
- Aesthetic



**67% of US Moms own a Baby Gate**

**93% are self-purchased**

Category ownership: 2014 FP GCI tracker
Registry: 2017 BabyCenter Baby Registry Trends Report

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# US NPD Baby Gate Category Dashboard

**Consistent industry growth fragmented across several key players**



$215MM US NPD Category Size

### US Category Growth & Vendor Market Share



- Others
- Summer Infant
- Evenflo
- North States
- Regalo

NPD: CY 2016 vs CY 2017 -- extrapolated

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# NPD Competitive





**#1**
**26% share**
+3pts

**Multiuse/
Mid-Tier Metal**





**#2**
**21% share**
+1pts

**Multiuse/
Plastic**





**#3**
**19% share**
flat

**Standard
Value**





**#4**
**15% share**
+1pt

**Home Décor
Aesthetic**

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# NPD Top Items 2017

**1**



evenflo ★★★☆☆
**POS $19M** SRP $19.99
Affordable & Standard

**2**

north states ★★★★☆
POS $8M   SRP $19.99
Plastic, Easy Use

**3**



regalo ★★★★☆
POS $8M   SRP $79.99
Multi-Use/ Customizable

**4**



evenflo ★★★☆☆
POS $8M   SRP $29.99
Affordable & Standard

**5**



regalo ★★★★☆
POS $7M   SRP $36.99
Affordable Swing Gate

**6**



north states ★★★★☆
POS $7M   SRP $74.99
Plastic, Multi-Use

**7**

evenflo ★★★★☆
POS $4M   SRP $34.99
Affordable & Standard

**8**



summer infant ★★★★☆
POS $4M   SRP $79.99
Home Décor Aesthetic





# NPD Top Items 2017

## BASIC

**1** 

evenflo ★★★☆☆
**POS $19M**   SRP $19.99
Affordable & Standard

**2**
northstates ★★★★☆
POS $8M   SRP $19.99
Plastic, Easy Use

**4** 

evenflo ★★★☆☆
POS $8M   SRP $29.99
Affordable & Standard

**7** 

evenflo ★★★★½
POS $4M   SRP $34.99
Affordable & Standard

## MULTI

**3** 

regalo ★★★★½
POS $8M   SRP $79.99
Multi-Use/ Customizable

**6** 

northstates ★★★★☆
POS $7M   SRP $74.99
Plastic, Multi-Use

## SWING

**5** 

regalo ★★★★½
POS $7M   SRP $36.99
Affordable Swing Gate

**8** 

summer infant ★★★★½
POS $4M   SRP $79.99
Home Décor Aesthetic

19

# How does FP "unlock" baby gates?

# Methodology

- **Online Live Chat**

- Short survey quantifying
    1. Product Uniqueness
    2. Social Currency
    3. Lifesaving Product
    4. Aesthetic Appeal

- Live qualitative discussion

| Sample | # |
|---|---|
| Expecting Parents | 13 |
| Parents of 0-6-month-olds | 8 |
| Parents of 7-12-month-olds | 12 |
| Baby Gear Gift Givers | 21 |
| Total | 54 |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Baby Gate Concept Research







**Hands-Free Baby Gate**

No more fumbling around with full hands – with a press of a button, the gate unlocks for easy pass-through.

Features
- Easy Push Button
- Home Décor Aesthetic
- Swing Gate

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Research Poll Results

**94%** of participants **like or love** the hands-free baby gate.

**100%** Agree it is **new and different** from other products in the market

**96%** think this is a product that would **make life easier**



I dislike it 2%

Indifferent 4%

I like it 33%

I love it 61%

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Slot Strategy

1. Break into a growing category with an innovative, easy open baby gate

| Slot | Description | MSRP | 1-Year Volume | 3-Year Volume |
|:---:|:---:|:---:|:---:|:---:|
| 1 | Hands-Free Baby Gate | $149.99 | $5MM | $20MM |

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# DOM's SLIDE

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



# Baby Gate – Next Steps

Understand safety and regulatory needs

Deep dive ethnographic research

Define tooling & cost requirements

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only



Thank You!

Mattel – Confidential Information – May Include Trade Secrets – For Internal Use Only