# EXHIBIT 63



# Rock 'n Play Sleeper

APRIL 2018

## Consumer Data

- 7 different RNP products tested
- 210 infants tested
- 383 weeks of in-home testing infant testing

| Sku# | Year | # participants | Study Duration | Age range |
|---|---|---|---|---|
| R6070 | 2009 | 2 | 15 minutes | NA |
| R6070 | 2009 | 6 | 1 week | 2 weeks to 5 months |
| R6070 | 2009 | 26 | 2 weeks | 1 month - 5 months |
| R6070 | 2009 | 30 | 2 weeks | 1 month - 6 months |
| R6070 | 2012 | 6 | 2 weeks | 1 month - 6 months |
| CBV59 | 2013 | 5 | 1 week | 3 weeks – 4 months |
| CBV59 | 2014 | 5 | 15 minutes | NA |
| CHN19 | 2014 | 29 | 2 weeks | 1 month - 6 months |
| CMP78 | 2014 | 6 | 15 minutes | Newborn - 7 months |
| CMP78 | 2015 | 31 | 2 weeks | New born - 6 months |
| CMP94 | 2015 | 28 | 2 weeks | New born - 5 months |
| DNP50 | 2016 | 21 | 2 weeks | New born - 5 months |
| DPV51 | 2015 | 15 | 2 weeks | 1 month – 6 months |

MATTEL CONFIDENTIAL INFORMATION/MAY INCLUDE TRADE SECRETS ©2018 Mattel. All Rights Reserved



Rock 'n Play Sleeper

APRIL 2018

## Consumer Data

**R6070 (Prototype and FEP testing)**

- Analysis of the R6070 sku provided the following information, of the 61 test subjects, over 4 studies reviewed:
- Occupant Positioning Comments
- No comments associated with an occupant ending up in the prone position
- No comments associated with an occupant rolling or turning over in the product.
- One comment regarding child able to push himself to top of product - infant was 5 months old
- One comment about child trying to roll over - Infant was 5 months and 17 pounds.
- Three comments about child trying to sit- up or sits up - infants were 6 months 18 pounds, 5 months 17 pounds, 4.5 months 15 pounds
- One comment about child liking to roll over and the product prevents this from happening - Infant was 6 months old, 16 pounds.

MATTEL CONFIDENTIAL INFORMATION/MAY INCLUDE TRADE SECRETS ©2018 Mattel. All Rights Reserved



Rock 'n Play Sleeper

APRIL 2018

## Consumer Data

**R6070 (Prototype and FEP testing) - cont'd**

### Use of Restraints
- 23 always used the restraints
- 30 used the restraints sometimes
- 8 never used the restraint

### Sleep usage
- 24 participants used the product for overnight sleep
- 32 never used for overnight sleep

MATTEL CONFIDENTIAL INFORMATION/MAY INCLUDE TRADE SECRETS ©2018 Mattel. All Rights Reserved


Rock 'n Play Sleeper

APRIL 2018

## Consumer Data

**R6070 (Prototype and FEP testing) - cont'd**

### Use of Restraints
- 23 always used the restraints
- 30 used the restraints sometimes
- 8 never used the restraint

### Sleep usage
- 24 participants used the product for overnight sleep
- 32 never used for overnight sleep

MATTEL CONFIDENTIAL INFORMATION/MAY INCLUDE TRADE SECRETS ©2018 Mattel. All Rights Reserved



**Rock 'n Play Sleeper**  APRIL 2018

## Consumer Data

**Review of Consumer Calls (not included in Full 15(b) report)**

- Thousands of calls received on Rock 'N Play Sleepers since product was introduced in 2009.
- A total of 63 reports of the occupant being out of position in the sleeper.
- One report of an occupant found in the prone position – age 5 months.
- Three reports of an occupant turning/rolling over in the product – ages 4 months and 5 months (2).
- Seven reports of infants less than 3 months old sliding down to the bottom of the sleeper.
- 52 of the 63 reports involved occupants between the ages of 4 to 13 months - likely have the ability to roll-over, sit up unassisted or pull-up.
  - These occupants typically push with the feet on the seat base and move up the back of the seat.

MATTEL CONFIDENTIAL INFORMATION/MAY INCLUDE TRADE SECRETS ©2018 Mattel. All Rights Reserved