**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kathleen Courkamp, for herself and on behalf of other statutory beneficiaries,<br><br>        Plaintiff,<br>   vs.<br><br><br><br>Fisher-Price, Inc., a foreign corporation;<br>Mattel, Inc., a foreign corporation.<br><br>        Defendants. | No: 19-CV-02689-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT RECORD IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is Plaintiff's Motion to Supplement Record In Support Of Opposition to Motion for Summary Judgment, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. \_\_\_) is granted.