# EXHIBIT 33 (B)

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          ⨉ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ⨉<br>3-4 times a day _____<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes _____<br>20 to 30 minutes _____<br>35 to 45 minutes _____<br>50+ minutes _____<br>Varietyed. |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

⨉ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20.    In connection with your survey answers, Fisher-Price may wish to use your
responses in connection with its marketing, promotion and advertising
activities, including print ads & television commercials. If we use your
answers or comments, please know that we will not use your full name.
Instead, we will use an abbreviated form, such as "Mary H. from Western
New York" or "A Mom from Pennsylvania". We would like to secure your
permission in order to use your survey answers and comments. Please
indicate your choice.

_____ Yes, I grant, permit and license to Fisher-Price the right to use my
survey responses and comments in connection with any of Fisher-Price's
marketing, promotion and advertising activities, including print ads &
television commercials.

Print Name: REDACTED _____
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or
comments in connection with any of its marketing, promotion and advertising
activities.


### THIS COMPLETES THE STUDY.

### THANK YOU!!

7

CONFIDENTIAL



### Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 5wks          Gender: Female  ✕  Male _____

   Height: 22IN       Weight: 7-9lbs

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: [REDACTED] _____          Telephone #: [REDACTED] _____

3. Overall, how would you rate this product? Would you say this product is:

   a.   Excellent
   (b.)  Good
   c.   Fair
   d.   Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.   Exceeded expectations
   (b.)  Met expectations
   c.   Fell somewhat short of expectations
   d.   Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   _____

   _____

2

CONFIDENTIAL

5.    Would you say that this product is:

    a.    extremely well-made.
    b.    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6.    Do you think this product is:

    a.    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7.    Did you find the instructions for this product easy to follow?

    ✕ yes    _____ no

If no, please explain why: _____

_____

8.    Did you experience any problems while assembling this product?

    _____ yes    ✕ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

9.  Were there any problems with the performance/function of this product?

_____ yes    __✗__ no

If yes, what specific problems?

_____

_____

10.  Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big        __✗__ just right        _____ too small

If too big or too small please explain why:        _____

_____

11.  Please indicate how comfortable you feel the seat is, for your baby:

__✗__ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12.  Was the restraint belt fit appropriate for your baby?

__✗__ yes        _____ no

If no, please explain why:

_____

_____

13.  How often did you use the restraint?

__✗__ Always        _____ Sometimes        _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

   ✗ yes       no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: _X_ Kitchen | baby was napping in it |
| _____ Kitchen | |
| _✗_ Living Room | baby was resting in it |
| _____ Nursery | |
| _____ Bedroom | |
| _X_ Other | NaNa + PaPa used it while baby sitting for Naps + "hanging" out |

16. Did you use the sleeper for your baby to sleep in overnight?

   ✗ yes      _____ no

If *yes*, how many times? __3 times__

5

CONFIDENTIAL

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

___X___ yes          _____ no

If yes, please explain why:

reaching both locks was a bit awkward but Not overwhelming

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____ <br> 3-4 times a day __X__ <br> 5-6 times a day __X__ <br> other _____ | 5 to 15 minutes _____ <br> 20 to 30 minutes _____ <br> 35 to 45 minutes __X__ <br> 50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

___X___ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20.  In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

___X___ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: **REDACTED**
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

Newborn Rock & Play Sleeper/ R6070/ FEP-2
August 2009

17

1.  Please indicate the age, gender, height and weight of the child who will be participating in this study.

Age: 5 months     Gender: Female _____ Male X

Height: 27-28 inches     Weight: 16-17 lbs.

2.  Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

Name: REDACTED _____ Telephone # REDACTED _____

3.  Overall, how would you rate this product?  Would you say this product is:

a.  Excellent
b.  Good
c.  Fair
d.  Poor

If you answered Fair or Poor, please explain why.

_____

_____

4.  How well did this product meet your expectations of what a product made by Fisher-Price should be?

a.  Exceeded expectations
b.  Met expectations
c.  Fell somewhat short of expectations
d.  Fell very short of expectations

If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

_____

_____

2

CONFIDENTIAL

Mattel-COU0000896

5.    Would you say that this product is:

    a.    extremely well-made.
    b.    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6.    Do you think this product is:

    a.    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7.    Did you find the instructions for this product easy to follow?

    ✓ yes _____ no

If no, please explain why: _____

_____

8.    Did you experience any problems while assembling this product?

    _____ yes ✓ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

Mattel-COU0000897

9.  Were there any problems with the performance/function of this product?

_____ yes      ✓ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big          _____ just right      ✓ too small

If too big or too small please explain why: Wish he could of used
it earlier, he's very long but just fits in it now.

11. Please indicate how comfortable you feel the seat is, for your baby:

✓ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12. Was the restraint belt fit appropriate for your baby?

✓ yes          _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

✓ Always      _____ Sometimes          _____ Never

4

CONFIDENTIAL

Mattel-COU0000898

14. Do you feel your baby remained in a comfortable position during use?

_✓_ yes  _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: _X_ Kitchen | baby was napping in it |
| _____ Kitchen | _____ |
| _____ Living Room | _____ |
| _____ Nursery | _____ |
| _✗_ Bedroom | napping during the day (loved it) |
| _____ Other | _____ |

16. Did you use the sleeper for your baby to sleep in overnight?

_____ yes   _✗_ no

If *yes*, how many times? _____

5

CONFIDENTIAL

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes        ✓ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ✗ 3-4 times a day ____ 5-6 times a day ____ other ____ | 5 to 15 minutes _____ 20 to 30 minutes ✗ Am nap 35 to 45 minutes _____ 50+ minutes ✗ afternoonnap |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).
    ✓ yes        _____ no

If no, please explain. _____

_____

6

FPI_000900

Mattel-COU0000900

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: [REDACTED] _____
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

Newborn Rock & Play Sleeper/ R6070/ FEP-2
August 2009

18

1.   Please indicate the age, gender, height and weight of the child who will be participating in this study.

Age: 6 MThS      Gender: Female _____ Male X

Height: 29 inches  Weight: 20 lbs

2.   Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

Name: [REDACTED] _____   Telephone # [REDACTED]

3.   Overall, how would you rate this product?  Would you say this product is:

   a.   Excellent
   b.   Good
   c.   Fair
   d.   Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4.   How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.   Exceeded expectations
   b.   Met expectations
   c.   Fell somewhat short of expectations
   d.   Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   _____

   _____

2

CONFIDENTIAL

5. Would you say that this product is:

   ⓐ   extremely well-made.
   b.   as well-made as most other similar products.
   c.   not very well-made at all.
   d.   very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6. Do you think this product is:

   ⓐ   very easy to use.
   b.   somewhat easy to use.
   c.   somewhat difficult and frustrating to use.
   d.   very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7. Did you find the instructions for this product easy to follow?

   __X__ yes   _____ no

If no, please explain why: _____

_____

8. Did you experience any problems while assembling this product?

   _____ yes   __X__ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

9.  Were there any problems with the performance/function of this product?

_____ yes   _X_ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big        _X_ just right        _____ too small

If too big or too small please explain why:   _____

_____

11. Please indicate how comfortable you feel the seat is, for your baby:

_X_ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12. Was the restraint belt fit appropriate for your baby?
_X_ yes  and has a big boy !
_____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

_____ Always        _X_ Sometimes        _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

____X____ yes    _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

Location                Purpose for Use

Example:  _X_ Kitchen      baby was napping in it

___X___ Kitchen       to play in and watch me
___X___ Living Room   while cooking etc, eating
_____ Nursery        dinner, cleaning up.

_____ Bedroom        _____
___X___ Other         in bathroom while showering

16. Did you use the sleeper for your baby to sleep in overnight?

_____ yes       __X__ no

If *yes*, how many times? _____

5

FPI_000905

Mattel-COU0000905

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          ☒ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

Depended on the day!

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____ <br> 3-4 times a day ☒ <br> 5-6 times a day ☒ <br> other _____ | 5 to 15 minutes ☒ <br> 20 to 30 minutes ☒ <br> 35 to 45 minutes _____ <br> 50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

☒ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

FPI_000906

Mattel-COU0000906

20.   In connection with your survey answers, Fisher-Price may wish to use your
      responses in connection with its marketing, promotion and advertising
      activities, including print ads & television commercials.  If we use your
      answers or comments, please know that we will not use your full name.
      Instead, we will use an abbreviated form, such as "Mary H. from Western
      New York" or "A Mom from Pennsylvania".  We would like to secure your
      permission in order to use your survey answers and comments.  Please
      indicate your choice.

      __X__ Yes, I grant, permit and license to Fisher-Price the right to use my
      survey responses and comments in connection with any of Fisher-Price's
      marketing, promotion and advertising activities, including print ads &
      television commercials.
      Print Name _____
      Signature _____ REDACTED

      _____ No, I do not want Fisher-Price to use my survey responses or
      comments in connection with any of its marketing, promotion and advertising
      activities.

                        THIS COMPLETES THE STUDY.

                              THANK YOU!!

This is my first survey and I had a few
additional comments. I loved how you could
just slide this around from room to room
across the floor. Its much more sturdy than
the bouncy chair I had to set him in. Also
I love that its tall and doesn't set on the
floor or on table so he's closer to me
and you don't have to bend over or kneal
down to get him out. It's also longer than
the bouncy chair so he would fit in it longer.
The chair is getting a bit small and the
Rock+Play would still last at least another
month.
    What I would add would be maybe a
detachable Toy bar with hanging animals toys

all in all I would definetly rather buy or suggest one of these over one of those bouncy chairs. It's very practical. Thank you!

CONFIDENTIAL

Mattel-COU0000908

19

### Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 5.5 mos          Gender:  Female  X   Male _____

   Height: 25-26 in       Weight: approx 13 lb

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: REDACTED _____  Telephone #: REDACTED

3. Overall, how would you rate this product?  Would you say this product is:

   a.  Excellent
   b.  Good
   c.  Fair
   d.  Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.  Exceeded expectations
   b.  Met expectations
   c.  Fell somewhat short of expectations
   d.  Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   _____

   _____

2

CONFIDENTIAL

Mattel-COU0000909

5.   Would you say that this product is:

   a.   extremely well-made.
   b.   as well-made as most other similar products.
   c.   not very well-made at all.
   d.   very poorly made.

   If you answered not very well-made at all or very poorly made, please explain why.

   _____

   _____

6.   Do you think this product is:

   a.   very easy to use.
   b.   somewhat easy to use.
   c.   somewhat difficult and frustrating to use.
   d.   very difficult and frustrating to use.

   If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

   _____

   _____

7.   Did you find the instructions for this product easy to follow?

   __X__ yes   _____ no

   If no, please explain why: _____

   _____

8.   Did you experience any problems while assembling this product?

   __X__ yes   _____ no

   If yes, please indicate which step in the assembly you experienced problems with, and explain why.

   Somewhat difficult attaching seat to frame- had to have it sort of partially unfolded.

3

CONFIDENTIAL

9.  Were there any problems with the performance/function of this product?

    _✗_ yes    _____ no

    If yes, what specific problems?

    just the difficult folding /unfolding mentioned
    on last page

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

    _____ too big    _✗_ just right    _____ too small

    If too big or too small please explain why: _____

11. Please indicate how comfortable you feel the seat is, for your baby:

    _____ very comfortable
    _✗_ somewhat comfortable
    _____ somewhat uncomfortable
    _____ very uncomfortable

    If somewhat uncomfortable or very uncomfortable, please explain.

    _____

    _____

12. Was the restraint belt fit appropriate for your baby?

    _✗_ yes    _____ no

    If no, please explain why:

    it fit her but she is very small. Had to
    extend straps all the way. would not fit
    bigger baby

13. How often did you use the restraint?

    _✗_ Always    _____ Sometimes    _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

_____Y_____ yes    _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

Location                    Purpose for Use

Example: __X__ Kitchen      baby was napping in it

_____ Kitchen            _____

__X__ Living Room          napping/watching tv.

_____ Nursery            _____

_____ Bedroom            _____

_____ Other              _____

16. Did you use the sleeper for your baby to sleep in overnight?

_____ yes        __X__ no

If *yes*, how many times? _____

5

CONFIDENTIAL

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

    __X__ yes        _____ no

    If yes, please explain why:

    It is difficult to lock into folded position. Also sometimes hard to unlock (buttons stick)

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _X_ | 5 to 15 minutes _____ |
| 3-4 times a day _____ | 20 to 30 minutes _____ |
| 5-6 times a day _____ | 35 to 45 minutes _____ |
| other _____ | 50+ minutes _X_ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

    __X__ yes        _____ no

    If no, please explain. _____

    _____

6

CONFIDENTIAL

Mattel-COU0000913

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_X_ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name:

Signature

REDACTED

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

*20*

Newborn Rock & Play Sleeper/ R6070/ FEP-2
August 2009

1.  Please indicate the age, gender, height and weight of the child who will be participating in this study.

Age: 15 weeks          Gender: Female ✗  Male _____

Height: 25"/26"        Weight: 14 pounds

2.  Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

Name: [REDACTED]          Telephone # [REDACTED]

3.  Overall, how would you rate this product? Would you say this product is:

    a.  Excellent
    b.  Good
    ⓒ.  Fair
    d.  Poor

If you answered Fair or Poor, please explain why.

She didn't "fit" in it. the angle for her bottom + legs seemed too steep and she wasn't comfortable like that. she seemed cramped.

4.  How well did this product meet your expectations of what a product made by Fisher-Price should be?

    a.  Exceeded expectations
    b.  Met expectations
    ⓒ.  Fell somewhat short of expectations
    d.  Fell very short of expectations

If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

It looked great, but she just didn't sit right - her legs had to be very bent. Her FP swing is better fitting and automatically rocks her. She always acted restless when I put her in this.

2

CONFIDENTIAL

5.    Would you say that this product is:

    a.    extremely well-made.
    (b.)    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6.    Do you think this product is:

    (a.)    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7.    Did you find the instructions for this product easy to follow?

    ✗ yes    _____ no

If no, please explain why: * I didnt like the multiple languages mixed in. Would have been easier if English was all together.

8.    Did you experience any problems while assembling this product?

    _____ yes    ✗ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

Mattel-COU0000916

9.   Were there any problems with the performance/function of this product?

_____ yes    ✗ no

If yes, what specific problems?

_____

_____

10.   Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big          _____ just right          ✗ too small

If too big or too small please explain why:   See #3 _____

_____

11.   Please indicate how comfortable you feel the seat is, for your baby:

_____ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
✗ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

See #3 & #4 _____

_____

12.   Was the restraint belt fit appropriate for your baby?

✗ yes          _____ no

If no, please explain why:

_____

_____

13.   How often did you use the restraint?

_____ Always          ✗ Sometimes          _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

_____ yes    ☒ no

If no, please explain why:

See #3 & #4

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

both

☒ yes, restraint belt was being used

☒ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

Location              Purpose for Use

Example: __X__ Kitchen      baby was napping in it

_____ Kitchen

☒ Living Room      Napping (tried) - She never did sleep in it.

_____ Nursery

_____ Bedroom

_____ Other

16. Did you use the sleeper for your baby to sleep in overnight?

_____ yes    ☒ no

If yes, how many times? _____

5

CONFIDENTIAL

Mattel-COU0000918

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes        ✗  no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ✗<br>3-4 times a day _____<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes ✗<br>20 to 30 minutes _____<br>35 to 45 minutes _____<br>50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

✗ yes        _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

Mattel-COU0000919

20.   In connection with your survey answers, Fisher-Price may wish to use your
      responses in connection with its marketing, promotion and advertising
      activities, including print ads & television commercials.  If we use your
      answers or comments, please know that we will not use your full name.
      Instead, we will use an abbreviated form, such as "Mary H. from Western
      New York" or "A Mom from Pennsylvania".  We would like to secure your
      permission in order to use your survey answers and comments.  Please
      indicate your choice.

      _X_ Yes, I grant, permit and license to Fisher-Price the right to use my
      survey responses and comments in connection with any of Fisher-Price's
      marketing, promotion and advertising activities, including print ads &
      television commercials.
      Print Name: [ REDACTED ]
      Signature _____

      _____ No, I do not want Fisher-Price to use my survey responses or
      comments in connection with any of its marketing, promotion and advertising
      activities.


                        THIS COMPLETES THE STUDY.

                              THANK YOU!!


                                                                        7

CONFIDENTIAL

*21*

## Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 4.5 months        Gender: Female _____ Male __✓__

   Height: 26"        Weight: 16 lb.

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: __REDACTED__        Telephone # __REDACTED__

3. Overall, how would you rate this product?  Would you say this product is:

   a.    Excellent
   (b.)  Good
   c.    Fair
   d.    Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.    Exceeded expectations
   (b.)  Met expectations
   c.    Fell somewhat short of expectations
   d.    Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   _____

   _____

2

CONFIDENTIAL

5. Would you say that this product is:

   a.  extremely well-made.
   b.  as well-made as most other similar products.
   c.  not very well-made at all.
   d.  very poorly made.

   If you answered not very well-made at all or very poorly made, please explain why.

   _____

   _____

6. Do you think this product is:

   a.  very easy to use.
   b.  somewhat easy to use.
   c.  somewhat difficult and frustrating to use.
   d.  very difficult and frustrating to use.

   If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

   _____

   _____

7. Did you find the instructions for this product easy to follow?

   _____ yes    _____ no

   If no, please explain why: _____

   _____

8. Did you experience any problems while assembling this product?

   _____ yes    _____ no

   If yes, please indicate which step in the assembly you experienced problems with, and explain why.

   _____

   _____

3

CONFIDENTIAL

FPI_000922

Mattel-COU0000922

9.  Were there any problems with the performance/function of this product?

    _____ yes    __✓__ no

    If yes, what specific problems?

    _____

    _____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

    _____ too big        __✓__ just right    _____ too small

    If too big or too small please explain why:    _____

    _____

11. Please indicate how comfortable you feel the seat is, for your baby:

    __✓__ very comfortable
    _____ somewhat comfortable
    _____ somewhat uncomfortable
    _____ very uncomfortable

    If somewhat uncomfortable or very uncomfortable, please explain.

    _____

    _____

12. Was the restraint belt fit appropriate for your baby?

    __✓__ yes        _____ no

    If no, please explain why:

    _____

    _____

13. How often did you use the restraint?

    _____ Always    __✓__ Sometimes        _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

   ✓ yes _____ no

   If no, please explain why:

   _____

   _____

   If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

   _____ yes, restraint belt was being used

   _____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

   Location              Purpose for Use

   Example: __X__ Kitchen      baby was napping in it _____

   _____ Kitchen       _____

   _____ Living Room   _____

   _____ Nursery       _____

   ✓ Bedroom             baby was napping in it

   _____ Other         _____

16. Did you use the sleeper for your baby to sleep in overnight?

   _____ yes       ✓ no

   If yes, how many times? _____

5

CONFIDENTIAL

17.  Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

\_\_\_\_\_ yes          \_\_✓\_\_ no

If yes, please explain why:

_____

_____

18.  Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ✓<br>3-4 times a day \_\_\_\_\_<br>5-6 times a day \_\_\_\_\_<br>other \_\_\_\_\_ | 5 to 15 minutes \_\_\_\_\_<br>20 to 30 minutes \_\_\_\_\_<br>35 to 45 minutes ✓<br>50+ minutes \_\_\_\_\_ |

19.  Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

\_\_✓\_\_ yes          \_\_\_\_\_ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name [REDACTED]
Signature

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

22

## Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1.  Please indicate the age, gender, height and weight of the child who will be participating in this study.

    Age: 5 weeks          Gender: Female  X  Male _____

    Height: 21 m          Weight:  9 lb

2.  Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

    Name: ____ REDACTED ____  Telephone # ___ REDACTED ___

3.  Overall, how would you rate this product?  Would you say this product is:

    a.   Excellent
    b.   Good
    c.   Fair
    d.   Poor

    If you answered Fair or Poor, please explain why.

    _____

    _____

4.  How well did this product meet your expectations of what a product made by Fisher-Price should be?

    a.   Exceeded expectations
    b.   Met expectations
    c.   Fell somewhat short of expectations
    d.   Fell very short of expectations

    If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

    _____

    _____

2

CONFIDENTIAL

5.   Would you say that this product is:

    a.    extremely well-made.
    b.    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____


6.   Do you think this product is:

    a.    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____


7.   Did you find the instructions for this product easy to follow?

    _X_ yes    _____ no

If no, please explain why: _____

_____


8.   Did you experience any problems while assembling this product?

    _X_ yes    _____ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

The mesh got stuck on the metal buttons

3

CONFIDENTIAL

FPI_000928

Mattel-COU0000928

9. Were there any problems with the performance/function of this product?

_____ yes   _X_ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big      _X_ just right      _____ too small

If too big or too small please explain why:   _____

_____

11. Please indicate how comfortable you feel the seat is, for your baby:

_X_ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12. Was the restraint belt fit appropriate for your baby?

_X_ yes          _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

_____ Always      _X_ Sometimes          _____ Never

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

_____ yes    _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

Location              Purpose for Use

Example: __X__ Kitchen      baby was napping in it

__X__ Kitchen       while eating dinner - baby was contained

__X__ Living Room   used after feeding to keep baby's reflux minimized

__X__ Nursery       baby slept the night on it

__X__ Bedroom       baby was contained while parent got dressed

_____ Other        _____

16. Did you use the sleeper for your baby to sleep in overnight?

__X__ yes       _____ no

If yes, how many times? __1_____

5

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          ⨉ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day  ⨉<br>3-4 times a day _____<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes _____<br>20 to 30 minutes  ⨉<br>35 to 45 minutes _____<br>50+ minutes  ⨉ at night |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

⨉ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

Mattel-COU0000931

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

___X___ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: _____ REDACTED _____
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

### THIS COMPLETES THE STUDY.

### THANK YOU!!

7

CONFIDENTIAL

Newborn Rock & Play Sleeper/ R6070/ FEP-2
August 2009

*23*

1.  Please indicate the age, gender, height and weight of the child who will be participating in this study.

Age: 18 wks          Gender: Female  ✓  Male _____

Height: 25 in        Weight: 13ᵗʰ 13.5 oz

2.  Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

Name:  REDACTED _____ Telephone #  REDACTED _____

3.  Overall, how would you rate this product?  Would you say this product is:

ⓐ  Excellent
b.  Good
c.  Fair
d.  Poor

If you answered Fair or Poor, please explain why.

_____

_____

4.  How well did this product meet your expectations of what a product made by Fisher-Price should be?

ⓐ  Exceeded expectations
b.  Met expectations
c.  Fell somewhat short of expectations
d.  Fell very short of expectations

If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

_____

_____

2

CONFIDENTIAL

5. Would you say that this product is:

    a.    extremely well-made.
    (b.)   as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6. Do you think this product is:

    (a.)   very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_I love how lightweight and portable it is!_

_____

7. Did you find the instructions for this product easy to follow?

    _✓_ yes    _____ no

If no, please explain why: _My husband put this together_
_in under 5min without using the directions._

8. Did you experience any problems while assembling this product?

    _____ yes    _✓_ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

FPI_000934

Mattel-COU0000934

9.  Were there any problems with the performance/function of this product?

_____ yes    ✓ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big         ✓ just right         _____ too small

If too big or too small please explain why:    _____

_____

11. Please indicate how comfortable you feel the seat is, for your baby:

✓ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

She stays in this longer than her other items -
swing, etc. much more content.

12. Was the restraint belt fit appropriate for your baby?

✓ yes         _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

_____ Always      ✓ Sometimes         _____ Never

4

CONFIDENTIAL

Mattel-COU0000935

14.    Do you feel your baby remained in a comfortable position during use?

____✓____ yes    _____ no

If no, please explain why:

Perfect position for her – it is similar to holding her on my legs, which she is used to.

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15.    Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: __X__ Kitchen | baby was napping in it |
| __✓__ Kitchen | playing w/ toys while I cooked |
| __✓__ Living Room | napping and/or playing w/ toys |
| __✓__ Nursery | baby was napping in it |
| _____ Bedroom | |
| __✓__ Other | bathroom when I was taking a shower – great for me to keep an eye on her |

16.    Did you use the sleeper for your baby to sleep in overnight?

_____ yes    ____✓____ no

If *yes*, how many times? _____

5

FPI_000936

Mattel-COU0000936

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          _✓_ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____ 3-4 times a day _✓_ 5-6 times a day _____ other _____ | 5 to 15 minutes _____ 20 to 30 minutes _✓_ 35 to 45 minutes _____ 50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).
_____ yes          _✓_ no

If no, please explain. _____

_____

6

CONFIDENTIAL

Mattel-COU0000937

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____✓_____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: ____[REDACTED]____
Signature ____[REDACTED]____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

## THIS COMPLETES THE STUDY.

### THANK YOU!!

7

CONFIDENTIAL

Mattel-COU0000938

24

## Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 5 m.          Gender: Female ✓ Male _____

   Height: 27"        Weight: 17 lbs.

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: [REDACTED] _____ Telephone # [REDACTED]

3. Overall, how would you rate this product? Would you say this product is:

   a. Excellent
   b. Good
   (c.) Fair
   d. Poor

   If you answered Fair or Poor, please explain why.

   Whenever This product seemed to little for my 5 m. old.
   Then she became fussy. + was great in putting her down for naps.
   I placed her in it, all she wanted to do was sit up.

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a. Exceeded expectations
   b. Met expectations
   (c.) Fell somewhat short of expectations
   d. Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   I thought there was going to more with this product.
   I didn't think that it Rocked Very Well. It doesn't
   give enough motion for my baby (maybe b/c of
   her age?) I think there should be music or
   vibrations to help soothe baby or maybe a
   musical mobile. Something to keep the baby
   more occupied. 2

CONFIDENTIAL

Mattel-COU0000939

5.  Would you say that this product is:

    a.  extremely well-made.
    b.  as well-made as most other similar products.
    c.  not very well-made at all.
    d.  very poorly made.

    If you answered not very well-made at all or very poorly made, please explain why.

    *again, I didn't think the Pocking of the product was smooth. It felt it cut short. The product seemed boring and plarn for my baby.*

6.  Do you think this product is:

    a.  very easy to use.
    b.  somewhat easy to use.
    c.  somewhat difficult and frustrating to use.
    d.  very difficult and frustrating to use.

    If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

    _____

    _____

7.  Did you find the instructions for this product easy to follow?

    X yes _____ no

    If no, please explain why: _____

    _____

8.  Did you experience any problems while assembling this product?

    _____ yes   X no

    If yes, please indicate which step in the assembly you experienced problems with, and explain why.

    _____

    _____

3

CONFIDENTIAL

9. Were there any problems with the performance/function of this product?

X̲ yes _____ no

If yes, what specific problems?

Yes the Rocking Motion. & lack of Activities.

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big          _____ just right        X̲ too small

If too big or too small please explain why: Maybe because of the age of my baby? It was well for naps. But when-ever placed in there, all she wanted to Do was Sit up.

11. Please indicate how comfortable you feel the seat is, for your baby:

X̲ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

Very Comfortable Material. Kept baby Cool during Summer Days.

12. Was the restraint belt fit appropriate for your baby?

X̲ yes          _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

X̲ Always     _____ Sometimes     _____ Never

She was trying to Sit up.

4

CONFIDENTIAL

Mattel-COU0000941

14. Do you feel your baby remained in a comfortable position during use?

   ✗ yes  _____ no

   If no, please explain why:

   Yes when she was eating or Napping.

   If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

   _____ yes, restraint belt was being used

   _____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

   | Location | Purpose for Use |
   |---|---|
   | Example: __X__ Kitchen | baby was napping in it |
   | _____ Kitchen | |
   | __✗__ Living Room | Napping & Feeding. |
   | _____ Nursery | |
   | __✗__ Bedroom | Napping |
   | _____ Other | |

16. Did you use the sleeper for your baby to sleep in overnight?

   _____ yes    ✗ no

   If *yes*, how many times? _____

5

CONFIDENTIAL

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          _____ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ___<br>3-4 times a day ___<br>5-6 times a day ___<br>other ___ | 5 to 15 minutes ___<br>20 to 30 minutes ___<br>35 to 45 minutes ___<br>50+ minutes ___ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

___ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

___X___ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: __[ REDACTED ]

Signature ___[ ]

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

FPI_000944

Mattel-COU0000944

25

### Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1.  Please indicate the age, gender, height and weight of the child who will be participating in this study.

    Age: 4½ months    Gender: Female _____ Male X

    Height: 27"    Weight: 15 lbs. 11 oz.

2.  Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

    Name: REDACTED _____ Telephone # REDACTED

3.  Overall, how would you rate this product? Would you say this product is:

    a. Excellent
    b. Good
    c. Fair
    d. Poor

    my son loved it!!

    If you answered Fair or Poor, please explain why.

    _____

    _____

4.  How well did this product meet your expectations of what a product made by Fisher-Price should be?

    products are good but this one was so simple yet so perfect!

    a. Exceeded expectations
    b. Met expectations
    c. Fell somewhat short of expectations
    d. Fell very short of expectations

    If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

    _____

    _____

2

CONFIDENTIAL

5.    Would you say that this product is:

    a.    extremely well-made.
    (b)    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6.    Do you think this product is:
    *easy to put a sleeping baby into and buckle him in-great!*

    (a)    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7.    Did you find the instructions for this product easy to follow?

    _X_ yes    ____ no    *Very easy!!*

If no, please explain why: _____

_____

8.    Did you experience any problems while assembling this product?

    ____ yes    _X_ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

Mattel-COU0000946

9.  Were there any problems with the performance/function of this product?

    _____ yes    ___X___ no

    If yes, what specific problems?

    _____

    _____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

    _____ too big        ___X___ just right        _____ too small

    If too big or too small please explain why:    _____

    _____

11. Please indicate how comfortable you feel the seat is, for your baby:

    ___X___ very comfortable            he loved it!
    _____ somewhat comfortable
    _____ somewhat uncomfortable      He enjoyed being in it awake so
    _____ very uncomfortable          he could see what was going on"

    If somewhat uncomfortable or very uncomfortable, please explain.

    _____

    _____

12. Was the restraint belt fit appropriate for your baby?

    ___X___ yes            _____ no

    If no, please explain why:

    _____

    _____

13. How often did you use the restraint?

    ___X___ Always        _____ Sometimes        _____ Never

    (he would try to sit up and wanted him secured
    at all times)

    4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

 _X_ yes  ____ no  - the angle was perfect for him to sleep!

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: _X_ Kitchen | baby was napping in it |
| _X_ Kitchen | able to see us at the dinner table - good height |
| _X_ Living Room | napping |
| _X_ Nursery | napping |
| _____ Bedroom | |
| _X_ Other | Family Room / napping & playing |

16. Did you use the sleeper for your baby to sleep in overnight?

 _____ yes     _X_ no

If *yes*, how many times? _____

5

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          ☒ no          ✻ it is light weight too!

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____<br>3-4 times a day ☒<br>5-6 times a day ☒<br>other _____ | 5 to 15 minutes _____<br>20 to 30 minutes ☒<br>35 to 45 minutes ☒<br>50+ minutes _____ |

Varied:
Sleeping 35-45min
playing 20-30 min.

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

☒ yes          _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

Mattel-COU0000949

20.  In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____ ✓ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: [REDACTED] _____
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

Newborn Rock & Play Sleeper/ R6070/ FEP-2          *26*
August 2009

1.    Please indicate the age, gender, height and weight of the child who will be participating in this study.

Age: *2 mnths*          Gender: Female _____ Male _X_

Height: *21 inches*          Weight: *10 ½ 2 lbs*

2.    Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

Name: | REDACTED |_____    Telephone #_| REDACTED |_

3.    Overall, how would you rate this product?  Would you say this product is:

a.    Excellent
b.    Good
c.    Fair
d.    Poor

If you answered Fair or Poor, please explain why.

_____

_____

4.    How well did this product meet your expectations of what a product made by Fisher-Price should be?

a.    Exceeded expectations
b.    Met expectations
c.    Fell somewhat short of expectations
d.    Fell very short of expectations

If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

*My son has colic and for the first time in several weeks he slept for extended periods of time! Very well designed and great incline for babies with colic.*

2

CONFIDENTIAL

5. Would you say that this product is:

    a.    extremely well-made.
    b.    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6. Do you think this product is:

    a.    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7. Did you find the instructions for this product easy to follow?

    X yes     _____ no

If no, please explain why: _____

_____

8. Did you experience any problems while assembling this product?

    _____ yes     X no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

9.    Were there any problems with the performance/function of this product?

_____ yes    ✗ no

If yes, what specific problems?

_____

_____

10.    Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big        ✗ just right        _____ too small

If too big or too small please explain why:    _____

_____

11.    Please indicate how comfortable you feel the seat is, for your baby:

✗ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12.    Was the restraint belt fit appropriate for your baby?

✗ yes        _____ no

If no, please explain why:

_____

_____

13.    How often did you use the restraint?

_____ Always        ✗ Sometimes        _____ Never

4

CONFIDENTIAL

Mattel-COU0000953

14. Do you feel your baby remained in a comfortable position during use?

   X̸ yes _____ no

   If no, please explain why:

   _____

   _____

   If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

   _____ yes, restraint belt was being used

   _____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

   | Location | Purpose for Use |
   |---|---|
   | Example: __X__ Kitchen | baby was napping in it |
   | _____ Kitchen | _____ |
   | X̸ Living Room | Napping & some awake time |
   | _____ Nursery | _____ |
   | X̸ Bedroom | Sleeping for extended time |
   | _____ Other | _____ |

16. Did you use the sleeper for your baby to sleep in overnight?

   X̸ yes _____ no

   If *yes*, how many times? _every night_

5

CONFIDENTIAL

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes        ✗ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____<br>3-4 times a day ✗<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes ✗ ⟩ day<br>20 to 30 minutes ✗<br>35 to 45 minutes _____<br>50+ minutes ✗ at night |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).
    ✗ yes        _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

___ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.,

Print Name [REDACTED]
Signature

___ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.


THIS COMPLETES THE STUDY.

THANK YOU!!


7

FPI_000956

Mattel-COU0000956

Newborn Rock & Play Sleeper/ R6070/ FEP-2    *27*
August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 12 wk        Gender: Female __X__ Male _____

   Height: 22 in. approx    Weight: 11 lbs. 7oz. approx.

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: <span style="color:red">REDACTED</span>          Telephone # <span style="color:red">REDACTED</span>

3. Overall, how would you rate this product? Would you say this product is:

   a. Excellent  *I love it!  We found it very convenient,*
   b. Good       *and our daughter loved it.*
   c. Fair
   d. Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a. Exceeded expectations
   b. Met expectations
   c. Fell somewhat short of expectations
   d. Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   *＊ Excellent quality, built strong*

   _____

2

CONFIDENTIAL

5. Would you say that this product is:

    (a.)    extremely well-made.
    b.    as well-made as most other similar products.
    c.    not very well-made at all.
    d.    very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6. Do you think this product is:

    (a.)    very easy to use.
    b.    somewhat easy to use.
    c.    somewhat difficult and frustrating to use.
    d.    very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_____

_____

7. Did you find the instructions for this product easy to follow?

    X  yes   _____  no   *I love the simple directions and*

If no, please explain why: *accurate visual pictures. The hints and told faced advice were helpful.*

8. Did you experience any problems while assembling this product?

    X  yes   _____  no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

*I had minor difficulty during steps 1-3. The base tube fit very tightly into the hub. Initially I couldn't get the poles together, but with a little more force they assembled. I actually prefer the fact that the poles were tighter. It made me feel like there may be less of a chance of them coming apart.*

CONFIDENTIAL

Mattel-COU0000958

9. Were there any problems with the performance/function of this product?

_____ yes    ___X___ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big    ___X___ just right    _____ too small

If too big or too small please explain why: _I think this product_
_would be perfect for newborn through 4 m. of age. We would_
_have purchased this for our daughter._

11. Please indicate how comfortable you feel the seat is, for your baby:

___X___ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_Our daughter slept, played, and enjoyed just_
_sitting in the sleeper. It was cozy yet high off the_
_ground so she could watch us_

12. Was the restraint belt fit appropriate for your baby?

_____ yes    ___X___ no

If no, please explain why:

_The front of the restraint seemed to be a_
_bit small. Plus we had the belt expanded as_
_far as it could to fit around Juliana's belly._

13. How often did you use the restraint?

_____ Always    ___X___ Sometimes (Husband)    ___X___ Never (Me)

- _It didn't appear to fit. After a trial the_
  _baby cried. Once released from the restraint the_
  _baby was very happy._

- _My husband used the restraint with success_
  _when Juliana was sleeping._

4

CONFIDENTIAL

14. Do you feel your baby remained in a comfortable position during use?

✗ yes _____ no

If no, please explain why:

— Comfortable without restraint

—She loved it.

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: __X__ Kitchen | baby was napping in it |
| __X__ Kitchen | sitting while we were eating |
| __X__ Living Room | play, resting, as an alternative to swing or vibrating chair |
| **X**ND Nursery | often she doesn't sleep in her nursery yet. |
| __X__ Bedroom | after nursing to sleep; reduce reflux |
| __X__ Other | travel — sleeping, resting or playing at a location other than home |

16. Did you use the sleeper for your baby to sleep in overnight? (Grandma's, baseball game)

✗ yes _____ no

If *yes*, how many times? __4__

5

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes        ✗ no

If yes, please explain why:

_____ Super easy! _____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ____ | 5 to 15 minutes _____ – depends |
| 3-4 times a day ____ | 20 to 30 minutes ✗ – We used it shorter |
| 5-6 times a day ✗ | 35 to 45 minutes ✗ times for play, longer |
| other _____ | 50+ minutes ✗    for sleep. |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

✗ yes        _____ no    I love the color + pattern, the quality

If no, please explain. _____ of the material seemed superior to others.

We took this product to an outdoor party. Our daughter sat and slept comfortably on a deck. Many guests commented on the look, quality, design and usefulness of the product. I think you built a winner.

6

FPI_000961

Mattel-COU0000961

20.  In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

____X____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: [REDACTED] _____
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

28

## Newborn Rock & Play Sleeper/ R6070/ FEP-2
## August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 7weeks            Gender: Female _V_ Male _____

   Height: 22inches       Weight: _9lbs_

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: [REDACTED] _____    Telephone # [REDACTED] _____

3. Overall, how would you rate this product?  Would you say this product is:

   a.  Excellent
   b.  Good
   c.  Fair
   d.  Poor

   If you answered Fair or Poor, please explain why.

   She wouldnt stay in it unless it was rocking. I can see using it in place of a Bassinet near your bed, but not for soothing purposes

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.  Exceeded expectations
   b.  Met expectations
   c.  Fell somewhat short of expectations
   d.  Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   I did not know what to expect to so it was ok

2

CONFIDENTIAL

Mattel-COU0000963

5.  Would you say that this product is:

    a.   extremely well-made.
    (b.)  as well-made as most other similar products.
    c.   not very well-made at all.
    d.   very poorly made.

If you answered not very well-made at all or very poorly made, please explain why.

_____

_____

6.  Do you think this product is:

    a.   very easy to use.
    b.   somewhat easy to use.
    (c.)  somewhat difficult and frustrating to use.
    d.   very difficult and frustrating to use.

If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

_Not difficult, frustrating because you have to manually_
_cork it._

7.  Did you find the instructions for this product easy to follow?

    _X_ yes    _____ no

If no, please explain why: _____

_____

8.  Did you experience any problems while assembling this product?

    _____ yes    _X_ no

If yes, please indicate which step in the assembly you experienced problems with, and explain why.

_____

_____

3

CONFIDENTIAL

9.    Were there any problems with the performance/function of this product?

       yes    _X_ no

If yes, what specific problems?

_____

_____

10.    Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

       too big    _X_ just right    _____ too small

If too big or too small please explain why:    It is now just right, but

when she was born it would have been too big

11.    Please indicate how comfortable you feel the seat is, for your baby:

_X_ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12.    Was the restraint belt fit appropriate for your baby?

_X_ yes    _____ no

If no, please explain why:

_____

_____

13.    How often did you use the restraint?

_____ Always    _X_ Sometimes    _____ Never

4

CONFIDENTIAL

Mattel-COU0000965

14. Do you feel your baby remained in a comfortable position during use?

   X yes       no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: __X__ Kitchen | baby was napping in it |
| _____ Kitchen | _____ |
| __X__ Living Room | trying to nap |
| _____ Nursery | _____ |
| _____ Bedroom | _____ |
| _____ Other | _____ |

16. Did you use the sleeper for your baby to sleep in overnight?

_____ yes      X no

If *yes*, how many times? _____

5

CONFIDENTIAL

Mattel-COU0000966

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes      __✗__ no

If yes, please explain why:

It is mec tical you cant snap one side than the other.

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day __✗__<br>3-4 times a day _____<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes __✗__<br>20 to 30 minutes _____<br>35 to 45 minutes _____<br>50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

__✗__ yes        _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

Mattel-COU0000967

20. In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: REDACTED
Signature _____

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL

Newborn Rock & Play Sleeper/ R6070/ FEP-2
August 2009



1.  Please indicate the age, gender, height and weight of the child who will be
    participating in this study.

    Age: _10 weeks_          Gender:  Female __✓__ Male _____

    Height: _22"_            Weight: _12 lbs._

2.  Please indicate your name and telephone number so that we can note that
    we have received your questionnaire and in case we need to contact you
    further for clarification purposes:

    Name: [REDACTED] _ Telephone # [REDACTED]

3.  Overall, how would you rate this product?  Would you say this product is:

    a.    Excellent
    b.    Good
    c.    Fair
    d.    Poor

    If you answered Fair or Poor, please explain why.

    _____

    _____

4.  How well did this product meet your expectations of what a product made by
    Fisher-Price should be?

    a.    Exceeded expectations
    b.    Met expectations
    c.    Fell somewhat short of expectations
    d.    Fell very short of expectations

    If you answered Fell somewhat short of expectations or Fell very short of
    expectations, please explain why.

    _____

    _____

2

CONFIDENTIAL

5. Would you say that this product is:

   a. extremely well-made.
   b. as well-made as most other similar products.
   c. not very well-made at all.
   d. very poorly made.

   If you answered not very well-made at all or very poorly made, please explain why.

   _____

   _____

6. Do you think this product is:

   a. very easy to use.
   b. somewhat easy to use.
   c. somewhat difficult and frustrating to use.
   d. very difficult and frustrating to use.

   If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

   We disassembled & reassembled the product
   Several times, as we traveled with it. The
   rockers are hard to remove.

7. Did you find the instructions for this product easy to follow?

   ✓ yes _____ no

   If no, please explain why: _____

8. Did you experience any problems while assembling this product?

   _____ yes   ✓ no

   If yes, please indicate which step in the assembly you experienced problems with, and explain why.

   _____

   _____

3

CONFIDENTIAL

9. Were there any problems with the performance/function of this product?

_____ yes    ___✓___ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big    ___✓___ just right    _____ too small

If too big or too small please explain why: _____

_____

11. Please indicate how comfortable you feel the seat is, for your baby:

___✓___ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12. Was the restraint belt fit appropriate for your baby?

___✓___ yes    _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

_____ Always    ___✓___ Sometimes    _____ Never

4

CONFIDENTIAL

14.  Do you feel your baby remained in a comfortable position during use?

____✓____ yes    _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15.  Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

|  | Location | Purpose for Use |
|---|---|---|
| Example: | __X__ Kitchen | baby was napping in it |
| | __X__ Kitchen | while & we were doing dishes or picking up |
| | __X__ Living Room | |
| | __X__ Nursery | napping |
| | _____ Bedroom | |
| | __X__ Other | dining room - while we ate at the table - v. good for this, as the baby was higher up than a bouncy seat |

16.  Did you use the sleeper for your baby to sleep in overnight?

_____ yes    __✓__ no

If yes, how many times? _____

5

FPI_000972

Mattel-COU0000972

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes          ✓ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day ____ <br> 3-4 times a day ✓ <br> 5-6 times a day ____ <br> other _____ | 5 to 15 minutes _____ <br> 20 to 30 minutes ✓ <br> 35 to 45 minutes _____ <br> 50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

✓ yes          _____ no

If no, please explain. _____

_____

However, cleaning the restraint straps was difficult because they did not detach.

Other: ① A toy bar (detachable, something non-battery) would be a wonderful addition. The stuffed toy included with the product was not useful.

② We loved this product! One of the advantages over a bouncy seat was the height, and having the baby off the floor

CONFIDENTIAL

Mattel-COU0000973

20.   In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_____ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name: REDACTED
Signature

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

### THIS COMPLETES THE STUDY.

### THANK YOU!!

7

CONFIDENTIAL



### Newborn Rock & Play Sleeper/ R6070/ FEP-2
### August 2009

1. Please indicate the age, gender, height and weight of the child who will be participating in this study.

   Age: 9wKs                Gender: Female  X  Male _____

   Height: 24in.            Weight: 11 lbs

2. Please indicate your name and telephone number so that we can note that we have received your questionnaire and in case we need to contact you further for clarification purposes:

   Name: <span style="color:red">REDACTED</span>     Telephone # <span style="color:red">REDACTED</span>

3. Overall, how would you rate this product?  Would you say this product is:

   a.  Excellent
   (b.) Good
   c.  Fair
   d.  Poor

   If you answered Fair or Poor, please explain why.

   _____

   _____

4. How well did this product meet your expectations of what a product made by Fisher-Price should be?

   a.  Exceeded expectations
   b.  Met expectations
   (c.) Fell somewhat short of expectations
   d.  Fell very short of expectations

   If you answered Fell somewhat short of expectations or Fell very short of expectations, please explain why.

   Just needs to be more interactive;
   music, a mobile, lights, etc... something to
   look at / listen to

2

CONFIDENTIAL

5.    Would you say that this product is:

     a.    extremely well-made.
     ⓑ    as well-made as most other similar products.
     c.    not very well-made at all.
     d.    very poorly made.

     If you answered not very well-made at all or very poorly made, please explain why.

     _____

     _____

6.    Do you think this product is:

     ⓐ    very easy to use.
     b.    somewhat easy to use.
     c.    somewhat difficult and frustrating to use.
     d.    very difficult and frustrating to use.

     If you answered somewhat difficult and frustrating to use or very difficult and frustrating to use, please explain why.

     _____

     _____

7.    Did you find the instructions for this product easy to follow?

     ✕ yes    _____ no

     If no, please explain why: _____

     _____

8.    Did you experience any problems while assembling this product?

     _____ yes    ✕ no

     If yes, please indicate which step in the assembly you experienced problems with, and explain why.

     _____

     _____

3

CONFIDENTIAL

Mattel-COU0000976

9. Were there any problems with the performance/function of this product?

_____ yes    ___X___ no

If yes, what specific problems?

_____

_____

10. Do you feel the size of the Newborn Rock & Play Sleeper for your baby is:

_____ too big      ___X___ just right      _____ too small

If too big or too small please explain why: _____

_____

11. Please indicate how comfortable you feel the seat is, for your baby:

___X___ very comfortable
_____ somewhat comfortable
_____ somewhat uncomfortable
_____ very uncomfortable

If somewhat uncomfortable or very uncomfortable, please explain.

_____

_____

12. Was the restraint belt fit appropriate for your baby?

___X___ yes      _____ no

If no, please explain why:

_____

_____

13. How often did you use the restraint?

_____ Always    ___X___ Sometimes      _____ Never

4

CONFIDENTIAL

Mattel-COU0000977

14. Do you feel your baby remained in a comfortable position during use?

_X_ yes _____ no

If no, please explain why:

_____

_____

If no, please indicate if the restraint belt was being used when your baby did not remain in a comfortable position.

_____ yes, restraint belt was being used

_____ no, restraint belt was not being used

15. Please indicate where you used the Newborn Rock & Play Sleeper and the main purpose of use while in that room.

| Location | Purpose for Use |
|---|---|
| Example: _X_ Kitchen | baby was napping in it |
| _X_ Kitchen | watching me cook & clean |
| _X_ Living Room | napping & just laying/looking around |
| _X_ Nursery | sleeping |
| _X_ Bedroom | " |
| _X_ Other-Bathroom- | napping while I showered |

16. Did you use the sleeper for your baby to sleep in overnight?

_X_ yes _____ no

If yes, how many times? _8 out of 10 nights (forgot it in the car!)_

5

CONFIDENTIAL

Mattel-COU0000978

17. Did you experience any problems while folding the Newborn Rock & Play Sleeper ?

_____ yes        ⤫ no

If yes, please explain why:

_____

_____

18. Please complete the Usage Pattern Chart below, based on your average use of the Newborn Rock & Play Sleeper.

(Besides overnight)

| Used product # times/day | Length of time used at each session. |
|---|---|
| 1-2 times a day _____<br>3-4 times a day ⤫<br>5-6 times a day _____<br>other _____ | 5 to 15 minutes _____<br>20 to 30 minutes _____<br>35 to 45 minutes ⤫<br>50+ minutes _____ |

19. Was the seat pad easy to remove for laundering and did it launder without problems (i.e., shrinkage or color fading).

⤫ yes        _____ no

If no, please explain. _____

_____

6

CONFIDENTIAL

20.  In connection with your survey answers, Fisher-Price may wish to use your responses in connection with its marketing, promotion and advertising activities, including print ads & television commercials. If we use your answers or comments, please know that we will not use your full name. Instead, we will use an abbreviated form, such as "Mary H. from Western New York" or "A Mom from Pennsylvania". We would like to secure your permission in order to use your survey answers and comments. Please indicate your choice.

_X_ Yes, I grant, permit and license to Fisher-Price the right to use my survey responses and comments in connection with any of Fisher-Price's marketing, promotion and advertising activities, including print ads & television commercials.

Print Name
Signature

REDACTED

_____ No, I do not want Fisher-Price to use my survey responses or comments in connection with any of its marketing, promotion and advertising activities.

THIS COMPLETES THE STUDY.

THANK YOU!!

7

CONFIDENTIAL