# EXHIBIT 34



Department of
**Employment, Economic
Development and Innovation**

**Office of Fair Trading**

Mr John Karam
Safety Manager, Matel
PO Box 433
SUNSHINE VIC 3020

10 January 2011

Dear John

I write in reference to my previous correspondence sent by email on the 17 December 2010 regarding our concerns of the Fisher Price Newborn Rock n Play Sleeper.

As previously advised, Associate Professor Janine Young, Nursing Director Research, Queensland Health and Chair, Sudden Infant Death Syndrome (SIDS) and Kids National Scientific Advisory Group (Kids) alerted the Queensland Product Safety Unit, Office of Fair Trading (this Office) that the product is being endorsed as a sleeping environment.

The advertising states that:

 *"The Fisher Price 'Newborn Rock 'n Play Sleeper' is a nighttime sleeper and playtime seat all in one! So besides using it as a place for baby to rock (with a gentle push from you!) and play during the day, you can also use it as a place for baby to sleep at night. It has an inclined seat, which makes sleeping more comfortable for babies who need their head elevated".*

**Better for Baby**
• *Comfortable incline for babies who need it.*

**Better for Mom**
• *Goes anywhere—folds flat for storage and portability!*
• *So convenient—take it from room to room!*
• *Versatile—baby can even sleep overnight in it".*

The main concern with the Fisher Price Newborn Rock n Play Sleeper is that its promotion is at odds with widely accepted and promoted best practices that these types of products should not be used as an infant bedding alternative. Infants should not be left in these types of products without constant supervision.

Product Safety regulators in Australia and New Zealand all promote the practice of safe sleeping principles in all environments. SIDS and Kids urge parents and carers not to leave children sleeping unattended in a pram, baby rocker or bouncer as

Mattel-COU0003340

Deaths have occurred when babies have been left unsupervised to sleep in these types of products.

1) Babies head can easily fall forward in a way that obstructs their airways and suffocate;
2) A baby can slide down the rocker and be strangled by the strap (especially if the product is inclined); and
3) The product can tip over causing serious injuries or death.

Since it's inception in the early 1990's, the safe sleep campaign has reduced the incidence of SIDS by 85% saving over 6000 babies lives. Vigilance is still required in delivering the Safe Sleeping message to the broad community.

Although there are no Australian standards for these types of products at this time, this Office in conjunction with the respective Standards Technical comittee are currently investigating safe sleeping environments for infants and the development of standards for the various ranges of products.

Under the circumstances this Office would strongly recommend that in the interests of child safety you give your most serious consideration to removing all references of sleeping (especially night time sleeping) from all of your advertising on the packaging and promotional material associated with the Fisher Price Newborn Rock n Play Sleeper

As I am sure you will appreciate, products that are alleged to have hazards associated with them are dealt with as a matter of urgency.

We would appreciate your comments on these matters in writing by letter or email within 10 working days upon receipt of this letter.

Yours Sincerely

Stephanie Young
Product Safety Officer
Product Safety Unit
Office of Fair Trading
Department of Employment, Economic Development and Innovation
Ph: 07 3008 5979 Fax: 07 3008 5977
Email: stephanie.young@deedi.qld.gov.au
GPO Box 3111 Brisbane Qld 4001

CONFIDENTIAL

**To:**       Glanowski, Barb[Barb.Glanowski@Fisher-Price.com]
**From:**     Charland, Paul
**Sent:**     Mon 2/6/2012 1:37:56 PM
**Importance:**       Normal
**Subject:**    FW: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper
**MAIL_RECEIVED:**    Mon 2/6/2012 1:37:59 PM
Scanned Docs - Dont Reply
R6070Front.jpg
R6070Back.jpg


-----Original Message-----
From: Pilarz, Kitty
Sent: Friday, February 03, 2012 1:54 PM
To: Charland, Paul
Subject: FW: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper


Kitty Pilarz
Senior Director, Mattel Product Safety
Fisher-Price
636 Girard Avenue
East Aurora, New York  14052
716-687-3343

-----Original Message-----
From: Karam, John
Sent: Tuesday, March 08, 2011 6:19 PM
To: Pilarz, Kitty; Kearney, Madeleine; Kestelik, Bob
Cc: Totzke, Steve
Subject: FW: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper

 For your files.

-----Original Message-----
From: Karam, John
Sent: Wednesday, March 09, 2011 10:18 AM
To: 'Strachan, David'
Cc: Young, Stephanie
Subject: RE: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper

Hi David,

Please note that Ms Pilarz is currently out of office, and she has asked me to respond on her
behalf. Please refer to the attached scanned word document.

I have also attached product images to reflect the new packaging.

Should you wish to discuss further, please do not hesitate to contact me.


Regards,
John Karam
Regional Director Asia Pacific
Supply Chain


CONFIDENTIAL

Mattel-COU0003344

tel: +613 9425 5213
Mob: +61 403 575 009


-----Original Message-----
From: Strachan, David [mailto:David.Strachan@deedi.qld.gov.au]
Sent: Thursday, March 03, 2011 1:05 PM
To: Karam, John
Cc: Young, Stephanie
Subject: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper

 <<Reply to Kitty Pilarz.doc>> Hello John, please find attached a response to the email from Kitty
Pilarz in February 2011 re: the Fisher Price Newborn Rock n Play Sleeper.

You may wish to pass this on to Ms Pilarz.

Regards




Dave Strachan
Manager, Product Safety
Office of Fair Trading
Department of Employment, Economic Development and Innovation Level 4 Executive Annexe
102 George Street Brisbane GPO Box 3111 BRISBANE QLD 4001
Phone: 07 30085829 (internal: 99829) (mob: 0412570200) Fax: 07 30085978
Email: dave.strachan@deedi.qld.gov.au
Website: http://www.fairtrading.qld.gov.au Customer call centre 13 QGOV (13 74 68)


*******************************DISCLAIMER*****************************
The information contained in the above e-mail message or messages (which includes any
attachments) is confidential and may be legally privileged.  It is intended only for the use of the
person or entity to which it is addressed.  If you are not the addressee any form of disclosure,
copying, modification, distribution or any action taken or omitted in reliance on the information is
unauthorised.  Opinions contained in the message(s) do not necessarily reflect the opinions of the
Queensland Government and its authorities.  If you received this communication in error, please
notify the sender immediately and delete it from your computer system network.

Mattel-COU0003345



CONFIDENTIAL

FP000873

Mattel-COU0003346



# Newborn Rock 'n Play Soother™

**Special seat design keeps baby comfy & secure.**

What makes this seat perfect for newborns is that it's extra deep with a structured insert that surrounds them in comfort and makes them feel secure. The seat is also inclined, which makes napping more comfortable for babies who need their heads elevated. And with help from mom, baby can rock the day away—soothe, nap or play!

1. Rocks with a gentle push
2. Mesh sides let air flow all around baby
3. Toy bunny for soothing & entertaining
4. Storage pocket for little extras (Some accessories shown are not included.)
5. Washable insert for comfort & support
6. Lightweight—easy to move around the house
7. Easy push-button fold for portability & storage
8. Structured insert keeps baby in comfortable position
9. Three-point restraint keeps baby secure

# Cuna Mecedora Recién Nacido

**¡La silla infantil en la que el bebé puede dormir de la noche a la mañana!**

Además de usarla como el lugar ideal para mecer al bebé durante el día, también se puede usar para que el bebé duerma de noche. Incluye un asiento inclinado para que los bebés que necesitan dormir con su cabecita elevada puedan hacerlo cómodamente.

1. Se mece con un ligero empujón
2. Los lados de malla facilitan la circulación del aire alrededor del bebé
3. Conejito de juguete para relajar y entretener al bebé
4. Compartimiento para guardar costias (Tous les accesoires montrés ne sont pas inclus.)
5. Acolchado lavable para comodidad y soporte
6. Ligera: Fácil de mover alrededor de la casa
7. Se dobla con presionar un botón para guardarla y llevarla a todas partes
8. Structured insert keeps baby in comfortable position
9. Sujeción de tres puntos para mantener seguro al bebé



**Gently rock to soothe baby**
¡Es una cuna y mecedora en una unidad!

**Comfortable incline helps babies who need it**
Cómodo respaldo para bebés que lo necesitan

CONTENTS 2 piece
CONTENIDO 2 pieza

www.fisher-price.com/babygear

Mattel-COU0003347

**To:**      Karam, John[Johnny.Karam@Mattel.com]
**From:**   DocuCentre-III C4400
**Sent:**    Tue 3/8/2011 11:03:23 PM
**Importance:**     Normal
**Subject:**   Scanned Docs - Dont Reply
**MAIL_RECEIVED:**   Tue 3/8/2011 11:12:45 PM
img-309090323-0001.pdf

Number of Images: 1
Attachment File Type: PDF

Device Name: DocuCentre-III C4400
Device Location:

CONFIDENTIAL

FP000875

Mattel-COU0003348



# Mattel

**Mattel Pty. Limited**
ABN 60 000 660 962

658 Church Street
Locked Bag 870
Richmond  Vic  3121
Telephone: 613 9425 5222

9 March 2011

Mr Dave Strachan
Manager Product Safety
Office of Fair Trading
Department of Employment, Economic Development and Innovation
GPO Box 3111
Brisbane Qld 4001

*dave.strachan@deedi.qld.gov.au*

Dear Dave

**Fisher-Price Newborn Rock 'n Play Sleeper**

I refer to you Office's letters of 10 January 2011 and 3 March 2011 regarding the
Fisher-Price Newborn Rock 'n Play Sleeper and Kitty Pilarz's response dated 1
February 2011.  Kitty Pilarz is currently travelling and has asked me to respond on
her behalf.

The purpose of this letter is to inform you of changes that are being made to the
positioning and packaging of the Fisher-Price Newborn Rock 'n Play Sleeper product.
The name of the product is being changed from Newborn Rock 'n' Play Sleeper to
Newborn Rock 'n' Play Soother, and the product's packaging/instructions have been
updated.

Attached is a copy of the new packaging for your reference.

For the reasons set out in Kitty Pilarz's letter of 1 February 2011 Mattel remains of
the view that the product is safe and on this basis will not be conducting a withdrawal
of the product.  Rather existing inventory will be sold through with the packaging
changes being applied to all future shipments of product to Australia

Please do not hesitate to contact me if you have any questions in relation to this
letter.

Yours sincerely

**John Karam**
**Regional Director Logistics**

FP000876

**Mattel-COU0003349**

**To:**        Glanowski, Barb[Barb.Glanowski@Fisher-Price.com]
**From:**      Charland, Paul
**Sent:**      Mon 2/6/2012 1:38:21 PM
**Importance:**        Normal
**Subject:**   FW: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper
**MAIL_RECEIVED:**     Mon 2/6/2012 1:38:24 PM
Reply to Kitty Pilarz.doc


-----Original Message-----
From: Pilarz, Kitty
Sent: Friday, February 03, 2012 1:53 PM
To: Charland, Paul
Subject: FW: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper


Kitty Pilarz
Senior Director, Mattel Product Safety
Fisher-Price
636 Girard Avenue
East Aurora, New York  14052
716-687-3343

<div style="border:2px solid red; color:red; padding:10px; min-height:180px;">

**REDACTED**

</div>

-----Original Message-----
From: Strachan, David [mailto:David.Strachan@deedi.qld.gov.au]
Sent: Thursday, March 03, 2011 1:05 PM
To: Karam, John
Cc: Young, Stephanie
Subject: Response to Kitty Pilarz re: Fisher Price Newborn Rock n Play Sleeper

 <<Reply to Kitty Pilarz.doc>> Hello John, please find attached a response to the email from Kitty
Pilarz in February 2011 re: the Fisher Price Newborn Rock n Play Sleeper.

You may wish to pass this on to Ms Pilarz.

Regards

CONFIDENTIAL                                                                                FP000877

Mattel-COU0003350

Dave Strachan
Manager, Product Safety
Office of Fair Trading
Department of Employment, Economic Development and Innovation Level 4 Executive Annexe
102 George Street Brisbane GPO Box 3111 BRISBANE QLD 4001
Phone: 07 30085829 (internal: 99829) (mob: 0412570200) Fax: 07 30085978
Email: dave.strachan@deedi.qld.gov.au
Website: http://www.fairtrading.qld.gov.au Customer call centre 13 QGOV (13 74 68)

*******************************DISCLAIMER****************************
The information contained in the above e-mail message or messages (which includes any attachments) is confidential and may be legally privileged. It is intended only for the use of the person or entity to which it is addressed. If you are not the addressee any form of disclosure, copying, modification, distribution or any action taken or omitted in reliance on the information is unauthorised. Opinions contained in the message(s) do not necessarily reflect the opinions of the Queensland Government and its authorities. If you received this communication in error, please notify the sender immediately and delete it from your computer system network.

Mattel-COU0003351



Department of
**Employment, Economic
Development and Innovation**

**Office of Fair Trading**

Ms Kitty Pilarz
Sr. Director, Product Safety
Product Integrity
Fisher-Price, Inc.

3 March 2011

Dear Ms Pilarz

I thank you for your response by email received on the 2 February 2011 regarding our concerns of the Fisher Price Newborn Rock n Play Sleeper.

The role of the Product Safety Unit is to ensure products placed in the market place are as safe as is reasonably possible.  We take particular interest in those products that are directed towards high risk injury groups such as children less than three years of age.

We note your responses regarding the issues this Office raised and I am disappointed that you will not be taking our recommendations into consideration.

The changes that this Office recommended were not seen as onerous and would have assisted users in using the product more safely as well as being made aware of how important a safe sleeping environment is for a baby.

As stated previously the main concern with the Fisher Price Newborn Rock n Play Sleeper is that its promotion is at odds with widely accepted and promoted best practice for safe sleeping.  We still maintain that Infants should not be left in these types of products without constant supervision and never used for overnight sleeping.

I would also draw your attention to the FDA's warning about sleep positioners in September 2009.  See the following website:

http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm227575.htm

There may be some argument that the Fisher Price Newborn Rock n Play Sleeper positions an infant in the inclined position.

CONFIDENTIAL                                                                                              FP000879

Mattel-COU0003352

We will continue to monitor this product for its safety and we look forward to the publication of the ASTM standard in the near future.

Yours Sincerely

Dave Strachan
**Manager Product Safety**
**Office of Fair Trading**
Dave.strachan@deedi.qld.gov.au

Cc: John Karam
Stephanie Young

CONFIDENTIAL

FP000880

Mattel-COU0003353

**To:**        Glanowski, Barb[Barb.Glanowski@Fisher-Price.com]
**From:**      Charland, Paul
**Sent:**      Mon 2/6/2012 1:38:40 PM
**Importance:**        High
**Subject:**   FW: TIME SENSITIVE:  F-P Newborn Rock n Play Sleeper Signed Ltr to Stephanie
Young-Office of Fair Trading
**MAIL_RECEIVED:**    Mon 2/6/2012 1:38:43 PM
img-201163606-0001.pdf


-----Original Message-----
From: Pilarz, Kitty
Sent: Friday, February 03, 2012 1:53 PM
To: Charland, Paul
Subject: FW: TIME SENSITIVE: F-P Newborn Rock n Play Sleeper Signed Ltr to Stephanie
Young-Office of Fair Trading
Importance: High


Kitty Pilarz
Senior Director, Mattel Product Safety
Fisher-Price
636 Girard Avenue
East Aurora, New York  14052
716-687-3343

REDACTED

Mattel-COU0003357

REDACTED

Mattel-COU0003358



February 1, 2011

Ms. Stephanie Young
Product Safety Officer
Product Safety Unit
Office of Fair Trading
Department of Employment, Economic Development and Innovation
GPO Box 3111
Brisbane Qld 4001
Stephanie.young@deedi.qld.gov.au

Dear Stephanie

**Fisher-Price Newborn Rock n Play Sleeper**

I refer to your letter of 10 January 2011 regarding the Fisher-Price Newborn Rock 'n Play Sleeper. Your letter raises a potential concern with the promotion of the product as a sleeping environment. The particular concern raised is that the promotion of the product as a sleeping environment is "at odds with widely accepted and promoted best practices that these types of products should not be used as an infant bedding alternative. Infants should not be left in these types of products without constant supervision."

Mattel shares your concern in providing safe sleep environments for infants and has given careful consideration to the matters raised in your letter. However, Mattel is of the view that the concerns raised in your letter are unfounded, and stands by its promotion of the product.

This product was developed by Fisher-Price to provide a safe play and sleep environment. It is unique in that in includes a moulded shell and restraints to help keep baby positioned in the product. Fisher-Price developed this with careful scrutiny and consultation with medical experts.

One of the benefits of this product is to provide a safe inclined position for babies who benefit from being in a position other that supine. Babies with reflux and congestion find this position particularly soothing.

This product provides a safe environment for infants in an inclined position. It is a solution for parents who are told by their paediatrician to keep their infant in this position due to reflux or other reasons. It is essential that products such as these are available on the market. If they are not available to consumers, then consumers will be forced to make their own inclined position for baby. Such consumer innovation can lead to hazardous environments. As you know, propping babies, or adding mattresses that create gaps have been associated with infant fatalities. Having products such as the Fisher-Price Newborn Rock 'n Play Sleeper reduces the likelihood of such consumer improvisation.

We have consulted with our medical expert regarding your concerns, and the three specific issues you have raised. His medical assessment and our product safety analysis are as follows:

First, your letter states "Babies head can easily fall forward in a way that obstructs their airways and suffocate". The Rock and Play Sleeper helps to keep babies sleeping on their backs, which is a preferred sleeping position for most babies. The incline will not cause babies' heads to fall forward. The incline angle of approximately 30 degrees is less than that of typical car seats and is appropriate for keeping baby's head and neck in a good position for rest and for play. This angle will not result in a position that would occlude the airway or compromise breathing in any way. The hard moulded shell of the product supports the child's head and prevents the child's neck from bending forward or flexing backward. There are many products that allow a baby to be in a semi-recumbent position similar to this position. These products do not present a hazard because of the incline.

---

Fisher-Price, Inc., 636 Girard Ave., East Aurora, New York 14052 (716) 687-3000

CONFIDENTIAL

Fisher-Price Newborn Rock n Play Sleeper
Page 2 of 2

Second, your letter states that a baby can slide down the rocker and be strangled by the strap. The product has a hard, moulded shell, and a restraint system that includes a wide crotch belt incorporated into the restraint system is used. The hard shell and the wide belt of the restraint system both prevent the baby from sliding down and becoming entangled in the restraint.straps. This restraint design is similar to many infant products where entanglement is not an issue.

Third, your letter states that the product can tip over. The Fisher-Price Newborn Rock N Play Sleeper is very stable. The design easily maintains the product's center of gravity over the base of support during normal use. The product is tested to and meets stability requirements as specified in This product meets and exceeds the stability requirements of US standard ASTM F-2194, Bassinets and Cradles and European requirements of EN1130, Cribs and Cradles for Domestic Use. The ASTM F-2194 stability test simulates the angled load that could be applied by a typical 2 year old male trying to look into the product from the outside.

Your letter notes that there are no Australian standards for these types of products at this time, but that your Office in conjunction with the Standards Technical Committee is investigating safe sleeping environments for infants and the development of relevant Standards. Mattel considers that it would be inappropriate to pre-empt the outcome of this process. Mattel highlights that ASTM is currently examining these issues, and a unique ATSM standard is being developed for "Infant Inclined Sleep Products". There are four technical experts form Fisher-Price involved in this ASTM process. Representatives of the Consumer Product Safety Commission and representatives of non-governmental consumer advocate organizations such as Kids in Danger, Consumer Reports also participate, provide input and in attendance during this process.

A sample of the product was provided to the CPSC staff for their review when they were developing proposals for Bassinet regulations, and the CPSC is familiar with this product. Mattel notes that the product may legally be sold in the US.

Mattel would be happy to discuss these issues with you, and suggests a teleconference with your office and a representative from Fisher-Price's Product Integrity Department in the U.S.

We at Mattel appreciate your comments and are hopeful that you find the information in this letter helpful. The products meet all existing requirements and provide safe sleep environments. Without this, or similar products, parents and caregivers whose babies may benefit from sleeping in a semi-recumbent position might place babies in improvised sleeping environments and thus compromise their safety.

Please do not hesitate to contact me if you have any questions in relation to this letter or to arrange a suitable time for the teleconference.

Yours sincerely,

Kitty Pilarz /dc

Kitty Pilarz
Sr. Director, Product Safety
Product Integrity
Fisher-Price, Inc.

Mattel-COU0003360

# EXHIBIT 35

**To:**      Glanowski, Barb[Barb.Glanowski@Fisher-Price.com]
**From:**    Charland, Paul
**Sent:**    Mon 2/6/2012 1:39:30 PM
**Importance:**        Normal
**Subject:**   FW: Letter to Mattel (2).doc
**MAIL_RECEIVED:**    Mon 2/6/2012 1:39:33 PM
Letter to Mattel (2).doc

---

**From:** Pilarz, Kitty
**Sent:** Friday, February 03, 2012 1:22 PM
**To:** Charland, Paul
**Subject:** Letter to Mattel (2).doc

CONFIDENTIAL

**Queensland** Government

Department of
**Employment, Economic
Development and Innovation**

**Office of Fair Trading**

Mr John Karam
Safety Manager, Matel
PO Box 433
SUNSHINE VIC 3020

10 January 2011

Dear John

I write in reference to my previous correspondence sent by email on the 17
December 2010 regarding our concerns of the Fisher Price Newborn Rock n Play
Sleeper.

As previously advised, Associate Professor Janine Young, Nursing Director
Research, Queensland Health and Chair, Sudden Infant Death Syndrome (SIDS) and
Kids National Scientific Advisory Group (Kids) alerted the Queensland Product Safety
Unit, Office of Fair Trading (this Office) that the product is being endorsed as a
sleeping environment.

The advertising states that:

 *"The Fisher Price 'Newborn Rock 'n Play Sleeper' is a nighttime sleeper and
playtime seat all in one! So besides using it as a place for baby to rock (with a gentle
push from you!) and play during the day, you can also use it as a place for baby to
sleep at night. It has an inclined seat, which makes sleeping more comfortable for
babies who need their head elevated".*

**Better for Baby**
• *Comfortable incline for babies who need it.*

**Better for Mom**
• *Goes anywhere—folds flat for storage and portability!*
• *So convenient—take it from room to room!*
• *Versatile—baby can even sleep overnight in it".*

The main concern with the Fisher Price Newborn Rock n Play Sleeper is that its
promotion is at odds with widely accepted and promoted best practices that these
types of products should not be used as an infant bedding alternative. Infants should
not be left in these types of products without constant supervision.

Product Safety regulators in Australia and New Zealand all promote the practice of
safe sleeping principles in all environments. SIDS and Kids urge parents and carers
not to leave children sleeping unattended in a pram, baby rocker or bouncer as

Mattel-COU0003340

Deaths have occurred when babies have been left unsupervised to sleep in these types of products.

1) Babies head can easily fall forward in a way that obstructs their airways and suffocate;
2) A baby can slide down the rocker and be strangled by the strap (especially if the product is inclined); and
3) The product can tip over causing serious injuries or death.

Since it's inception in the early 1990's, the safe sleep campaign has reduced the incidence of SIDS by 85% saving over 6000 babies lives. Vigilance is still required in delivering the Safe Sleeping message to the broad community.

Although there are no Australian standards for these types of products at this time, this Office in conjunction with the respective Standards Technical comittee are currently investigating safe sleeping environments for infants and the development of standards for the various ranges of products.

Under the circumstances this Office would strongly recommend that in the interests of child safety you give your most serious consideration to removing all references of sleeping (especially night time sleeping) from all of your advertising on the packaging and promotional material associated with the Fisher Price Newborn Rock n Play Sleeper

As I am sure you will appreciate, products that are alleged to have hazards associated with them are dealt with as a matter of urgency.

We would appreciate your comments on these matters in writing by letter or email within 10 working days upon receipt of this letter.

Yours Sincerely



Stephanie Young
Product Safety Officer
Product Safety Unit
Office of Fair Trading
Department of Employment, Economic Development and Innovation
Ph: 07 3008 5979 Fax: 07 3008 5977
Email: stephanie.young@deedi.qld.gov.au
GPO Box 3111 Brisbane Qld 4001

CONFIDENTIAL

Mattel-COU0003341

**EXHIBIT 36**

**To:**        Glanowski, Barb[Barb.Glanowski@Fisher-Price.com]
**From:**      Charland, Paul
**Sent:**      Mon 2/6/2012 1:37:23 PM
**Importance:**        Normal
**Subject:**   FW: Fisher Price Rock 'n Play Sleeper  -  action request
**MAIL_RECEIVED:**    Mon 2/6/2012 1:37:26 PM
[Fisher Price Rock n Play Sleeper.pdf](Fisher Price Rock n Play Sleeper.pdf)


-----Original Message-----
From: Pilarz, Kitty
Sent: Friday, February 03, 2012 1:55 PM
To: Charland, Paul
Subject: FW: Fisher Price Rock 'n Play Sleeper - action request


Kitty Pilarz
Senior Director, Mattel Product Safety
Fisher-Price
636 Girard Avenue
East Aurora, New York  14052
716-687-3343

-----Original Message-----
From: Jane Goebel [mailto:Jane.Goebel@hc-sc.gc.ca]
Sent: Tuesday, February 15, 2011 3:15 PM
To: Strain, Don
Cc: Pilarz, Kitty
Subject: Fw: Fisher Price Rock 'n Play Sleeper - action request

Thanks Don and Kitty for talking with us today.

As we discussed, please forward to my attention by Monday March 7, 2011 an action plan
outlining the steps Fisher Price will take to remove existing stock of the Rock 'n Play Sleeper from
Canadian retailers, and any plans you may have for changes to the marketing strategy for this
item.

I've included the link to the pre-consultation document on the Proposed Regulatory Amendment
to the Cribs and Cradles Regulations which closed on
December 15, 2010.   Note under the heading "Proposed Changes to the
Regulations"  the second last point which reads:
     including performance requirements and test methods for the maximum rest angle and
maximum flatness angle of bassinets, which would align with the proposed U.S. CPSC
requirements

Link  =>
http://hc-sc.gc.ca/cps-spc/legislation/consultation/_2010cribs-berceaux/consult-eng.php


Best regards,

Jane Goebel
Product Safety Officer
Health Canada

CONFIDENTIAL

Mattel-COU0003331

55 Bay Street North, 9th Floor
Hamilton, ON   L8R 3P7
phone:  905-572-4576
fax:  905-572-4581

----- Forwarded by Jane Goebel/HC-SC/GC/CA on 2011-02-15 03:02 PM -----

From:   Jane Goebel/HC-SC/GC/CA
To:     Don.Strain@Mattel.com
Date:   2011-02-14 03:57 PM
Subject:      Fisher Price Rock 'n Play Sleeper  -  action request


Hello Don,

I left you a voice message this morning about this.
Please see the attached letter requesting the removal of the Fisher Price
Rock 'n Play sleeper from sale in Canada.   The rationale for this request
is explained in the letter.
I will be in the office Tues. and Wed. this week if you wish to call to discuss.



Jane Goebel
Product Safety Officer
Health Canada
55 Bay Street North, 9th Floor
Hamilton, ON   L8R 3P7
phone:  905-572-4576
fax:  905-572-4581

CONFIDENTIAL

FP000859

Mattel-COU0003332



Consumer Product Safety
55 Bay St. N., 9th floor
Hamilton, ON  L8R 3P7
phone:  905-572-4576
fax:      905-572-4581
e-mail: jane_goebel@hc-sc.gc.ca

Mr. Don Strain                                                      February 14, 2011
Mattel Canada Inc.
6155 Freemont Blvd.
Mississauga, ON  L5R 3W2

Dear Mr. Strain,

Re:      Fisher Price Rock 'n Play Sleeper, Product # R6070

On December 8, 2010, the new *Cribs, Cradles and Bassinets Regulations* were published in the *Canada Gazette*, Part II, putting into place new legally binding requirements for all cribs, cradles and stand-alone bassinets sold, advertised or imported in Canada.

A bassinet is defined in the *Cribs, Cradles and Bassinets Regulations* as:

> "a product whose primary function is to provide sleeping accommodation for a child, that includes sides to confine the occupant and that has a sleeping surface area that is less than or equal to 4 000 cm$^2$. "

The Fisher Price Rock 'n Play Sleeper is considered a bassinet under these regulations since it is advertised as a product whose primary function is to provide sleeping accommodation for an infant, and it has a sleeping surface of less than 4 000 cm$^2$.

As prescribed in the new *Cribs, Cradles and Bassinets Regulations*, bassinets are subject to information and advertising requirements and construction and performance standards.  Section 41. (2) of the regulations describes the requirements for height of sides of a bassinet:

> "41.(2)  The upper surface of the mattress support of a bassinet, when the mattress support is in any position, must be at least 230 mm lower than the upper surface of the lowest stationary side. "

The Fisher Price Rock 'n Play Sleeper does not conform to the side height requirement of 230 mm above the mattress support on all sides.

Page 1 of  2

Mattel-COU0003333

Concerns about the compliance of the Fisher Price Rock 'n Play Sleeper have been brought to our attention by Public Health professionals. In addition to compliance with the side height requirement, concerns have been raised about this product in light of the Safe Sleep recommendations of Health Canada, The Public Health Agency of Canada, and the Canadian Pediatric Society. These agencies recommend that infants be placed to sleep on their back, on a firm, flat surface, specifically a crib, cradle or bassinet compliant with Canada's *Cribs, Cradles and Bassinets Regulations*.

In light of the non-compliance to Section 41. (2) of the *Cribs, Cradles and Bassinets Regulations*, Health Canada requests that Fisher Price stop the sale and distribution of the Fisher Price Rock 'n Play Sleeper. All retailers and distributors of this product in Canada must be notified to remove this item from sale immediately.

Please provide the following information to the undersigned by <u>February 25, 2011</u>:

- confirmation that Fisher Price is discontinuing sale and distribution of the Fisher Price Rock 'n Play Sleeper in Canada;
- a copy of the letter or notice from Fisher Price to all accounts instructing the removal and return of all units of this item in stock;
- a list of accounts distributing or retailing the item in Canada, including contact information;
- the total number of units removed from sale in Canada and returned to Fisher Price.

If you have any questions or concerns with regard to the action requested, please contact the undersigned.

Sincerely,

*Jane Goebel*

Jane Goebel
Product Safety Officer

Page 2 of 2

CONFIDENTIAL

FP000861

Mattel-COU0003334

# EXHIBIT 37

21 September 2011

# Newborn Rock 'n Play Sleeper
# Warning Label & Instruction Sheet Changes

Product label Background:

The original Newborn Rock 'n Play Sleeper (product R6070 "Yellow") went into production on 9/2/2009.  On the sleeper, warning label 00975-2212 was stitched to the "sling" portion of the product.  This warning label would also be used on the V9102 "Pink" product that began production on 8/25/10.  The English section of this warning is shown below:



⚠ **WARNING**

**Failure to follow these warnings and the instructions could result in serious injury or death.**
· ALWAYS use the restraint system.
· ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
· **SUFFOCATION HAZARD** – Infants can suffocate: - in gaps between an extra pad and the side of the product. - on soft bedding.
· **FALL HAZARD** – To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lb / 11.3 kg, whichever comes first.
· Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords.  NEVER suspend strings over product or attach strings to toys.
· NEVER place product near a window where cords from blinds or drapes can strangle a child.
· To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.

**00975-2212 Warning Label, English section**

There were an additional 2 SKUs for Target (exclusive), V9196 "Butterflies" and V9197 "Circles".  These products used the 00975-2908 warning label, essentially the same as above except with brown text.  These SKUs both began production on 11/2/10, warning label shown below:

Mattel Confidential Information / May Include Trade Secrets

FPI_002034

Mattel-COU0002034

21 September 2011



## ⚠ WARNING

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate: - *in gaps between an extra pad and the side of the product.* - *on soft bedding.*
- **FALL HAZARD** – To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lb / 11.3 kg, whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants are placed on their backs to sleep, unless otherwise advised by your physician.

**00975-2908 Warning Label, English section**

On 3/28/11, in order to respond to Health Canada's decision that the RNP platform did not comply with new bassinet requirements, "A" revisions of both labels were released. Additional statements "*This product is not intended to replace a crib or bassinet for prolonged periods of sleep*" and "*NEVER leave child unattended*" were added to both warnings, shown below.

## ⚠ WARNING

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** - Infants can suffocate:
  - in gaps between an extra pad and the side of the product - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs. (11.3 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants are placed on their backs to sleep, unless otherwise advised by your physician.
- This product is not intended to replace a crib or bassinet for prolonged periods of sleep.
- NEVER leave child unattended.

**00975-2212A Warning Label, English section**

Mattel Confidential Information / May Include Trade Secrets

CONFIDENTIAL

21 September 2011

## ⚠ WARNING
**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** - Infants can suffocate:
  - in gaps between an extra pad and the side of the product - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs. (11.3 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- This product is not intended to replace a crib or bassinet for prolonged periods of sleep.
- NEVER leave child unattended.

**00975-2908A Warning Label, English section**

Product number X2661 "Yellow" was created to implement the warning change in Canada immediately, and was essentially identical to the R6070 "Yellow" product. The Rev A labels were released for immediate use on X2661 and as running changes for the existing SKU numbers, and are estimated to have gone into production according to the schedule below:

R6070 RnP Yellow:      7/9/2011
V9102 RnP Pink:        N/A (no production of this SKU with -2212A label)
V9196 RnP Butterflies: 6/25/2011
V9197 RnP Circles:     6/25/2011

**As of 9/20/2011, there have been 24,001 total RNP units shipped with the 00975-2212A or 00975-2908A labels.** (See Appendix A for breakdown at SKU and dash code level)

On 7/19/11, a decision was made not to sell the RNP products in Canada, and X2661 was dropped.

The product warning labels were then revised to remove the "*This product is not intended to replace a crib or bassinet for prolonged periods of sleep*" statement, but "*NEVER leave child unattended*" was retained. Also, French was removed, making this a 2L label with a smaller overall footprint on the product. This warning label part number is 00975-3294 and was released for all 4 SKUs on 7/21/11.

Mattel Confidential Information / May Include Trade Secrets

21 September 2011

# ⚠ WARNING
### Failure to follow these warnings and the instructions could result in serious injury or death.

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint.
  NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** - Infants can suffocate:
  - in gaps between an extra pad and the side of the product - on soft bedding.
- **FALL HAZARD** - To prevent falls, DO NOT use this product when the infant begins to push up on hands
  and knees, can pull up or sit unassisted or has reached 25 lbs. (11.3 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood
  strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend
  healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- NEVER leave child unattended.

**00975-3294 Warning Label, English section**

This warning label went into production according to the schedule below:

| | |
|---|---|
| R6070 RnP Yellow: | 8/13/2011 and 8/28/2011 based on dash code |
| V9102 RnP Pink: | unknown |
| V9196 RnP Butterflies: | 8/31/2011 |
| V9197 RnP Circles: | 8/20/2011 |

21 September 2011

Instruction Sheet Background:

Packed out with the original R6070 product was Instruction Sheet R6070pr-0920 (1L English). The sheet was later replaced by R6070pr-0720 (3L English/Spanish/French) to add translations, with no changes in warnings, released on 7/30/09. Rev A of this sheet was released on 7/1/10 to add 3 new products: V9102, V9196, and V9197, again with no changes in warning statements. The English warnings for the -0720 sheet is shown below.



R6070a-0720 Instruction Sheet, English section of Warning block

This warning block was used for all 4 products until R6070pr-0721 was released on 2/28/11 to address concerns from Health Canada that the product did not meet their new bassinet standard. This new sheet added additional statements "*This product is not intended to replace a crib or bassinet for prolonged periods of sleep*" and "*NEVER leave child unattended*" to the warning block, shown below.



R6070pr-0721 Instruction Sheet, English section of Warning block

Mattel Confidential Information / May Include Trade Secrets

CONFIDENTIAL

21 September 2011

The -0721 sheet went into production before the Rev "A" warning labels for all RNP SKUs. **As of 9/20/2011, there have been 73,215 total RNP units shipped with the -0721 instruction sheet. See Appendix A for breakdown by product dash code level.**

When X2661 was dropped on 7/19/11, the instruction sheet was revised to remove the "*This product is not intended to replace a crib or bassinet for prolonged periods of sleep*" statement, but "*NEVER leave child unattended*" was retained. Also, French was removed, making this a 2L instruction sheet with a lower page count. The new instruction sheet part number is R6070pr-0821 and was released for all 4 SKUs on 7/19/11.



**R6070pr-0821 Instruction Sheet, English section of Warning block**

⚠️

**WARNING    ADVERTENCIA**

**Failure to follow these warnings and the instructions could result in serious injury or death.**

- ALWAYS use the restraint system.
- ALWAYS use the pad provided, which includes the restraint. NEVER add a mattress, pillow, comforter, or padding.
- **SUFFOCATION HAZARD** – Infants can suffocate:
  - in gaps between an extra pad and the side of the product.
  - on soft bedding.
- **FALL HAZARD -** To prevent falls, DO NOT use this product when the infant begins to push up on hands and knees, can pull up or sit unassisted or has reached 25 lbs (11 kg), whichever comes first.
- Strings can cause strangulation! NEVER place items with a string around a child's neck such as hood strings or pacifier cords. NEVER suspend strings over product or attach strings to toys.
- NEVER place product near a window where cords from blinds or drapes can strangle a child.
- To reduce the risk of Sudden Infant Death Syndrome (SIDS), pediatricians recommend healthy infants be placed on their backs to sleep, unless otherwise advised by your physician.
- Never leave child unattended.

This instruction sheet went into production according to the schedule below:

R6070 RnP Yellow:      8/28/2011 based on dash code
V9102 RnP Pink:        8/31/2011
V9196 RnP Butterflies: 8/14/2011
V9197 RnP Circles:     8/20/2011

---

Rework Operation:

On 8/19/2011, FP EA Engineering instructed MAPS to discontinue use of the -2212A labels and -0721 Instruction Sheet and change to the -3924 label and -0821 Instruction Sheet for future production. With 22.3k units of RNP Sleepers confirmed in Finished Good inventory and another 5.9k WIP, a rework to stitch -2212/-2908 original warning labels over the -2212A/-2908A warnings and repack products with -0821 Instruction Sheets began. There is a discrepancy of one warning statement ("*Never leave child unattended*") that is included in the instructions but not on the product warning label for these reworked SKUs.

Mattel Confidential Information / May Include Trade Secrets

CONFIDENTIAL

21 September 2011

<u>Appendix A:</u>  Shipment Matrix by Dash Code

| Product Number | Dash Code | Warning Label / Instruction Sheet | Quantity Shipped (pcs) | | Rework Quantity (pcs) | Cum |
|---|---|---|---|---|---|---|
| | | | -0721 "Prolonged Sleep" & "Unattended" statement | -0721 "Prolonged Sleep" & "Unattended" statement | -0821 "Unattended" statement only * | |
| | | | -2212/-2908 Original warnings | -2212A/-2908A "Prolonged Sleep" & "Unattended" statement | -2212/-2908 Original warnings * | |
| R6070 | 9735 | | 0 | 201 | 300 | 501 |
| R6070 | 9745 | | 15114 | 5500 | 10400 | 31014 |
| V9102 | 9765 | | 1400 | 0 | 4500 | 5900 |
| V9196 | 9765 | | 10200 | 0 | 6000 | 16200 |
| V9197 | 9765 | | 22500 | 18300 | 7000 | 47800 |
| | | **TOTAL** | 49214 | 24001 | 28200 | 101415 |

\* this combination
pending final rework
quantities

CONFIDENTIAL

FPI_002040

Mattel-COU0002040

21 September 2011

Appendix B:  Photos of affected products



**R6070 "Yellow"**



**V9102 "Pink"**



**V9196 "Butterflies"**



**V9197 "Circles"**

Mattel Confidential Information / May Include Trade Secrets

CONFIDENTIAL

FPI_002041

**Mattel-COU0002041**

# EXHIBIT 38

| **PA #:** | MRD110111OS0065 |
|---|---|
| **Date:** | June 23, 2011 |
| **To:** | Mike Fenn |
| | Kurt Huntsberger |
| | Ian Johnston |
| **From:** | Tamara Towles-Schwen |
| **Copies:** | See last page |



# Rock n' Play Sleeper
# New Positioning

*Mattel Confidential Information*

CONFIDENTIAL

# Executive Summary

- Both alternate positioning statements and descriptions for the Rock n' Play negatively affected moms' purchase interest to an equal extent.
  - Prenatal moms previously unfamiliar with the Rock n' Play who saw the product positioned as a Sleeper (original) expressed significantly higher rates of purchase interest than moms who saw either of the alternate positions.
- Liking and intent to register decreased marginally from the original Sleeper positioning when the product was described as Soother 1 (moderate positioning), but were on par when described as Soother 2 (extreme positioning)
  - But the two Soother positions did not differ significantly from each on either of these measures.
- Moms' perceptions of the most important use and best alternative to the Rock n' Play differed as a function of positioning.
  - Moms who saw the Rock n' Play positioned as a Sleeper were more likely to identify "night sleep" and "on the go" as the most important uses, and to perceive a bassinet as the best alternative with respect to how they intended to use the product.
  - Moms who saw the Rock n' Play positioned as either Soother were significantly more likely to identify an infant bouncer seat as the best alternative.
    - Accordingly, they were also significantly more likely to perceive the primary use of both Soothers as "soothing" and for "daytime sleep."
    - The primary difference between the moderate and extreme Soother descriptions was that moms who saw the extreme position were less likely to view the products as for "nighttime sleep" and more likely to value it for "daytime sleep." Moms who saw the moderate position were also more likely to believe an infant swing was the best alternative.



# Objectives and Methodology

**Background:**
- The Baby Gear Team is considering two new sets of marketing communications about the Rock n' Play Sleeper. The Team would like to asses how each alternative would affect consumers' perceptions and interest relative to the current name and package communication.

**Research Objective:**
- To assess the impact of changing name and positioning for the Rock n' Play Sleeper on consumer perceptions and interest.

**Methodology:**
- 327 expectant mothers in their 2nd or 3rd trimester participated in a 10 minute online study. Only data from the 216 moms who said they were not previously familiar with the Rock n' Play were reported. About half had at least one older child, and the other half were expecting their first.
- Moms reviewed one of three packages for the Rock 'n Play Sleeper/Soother online, in addition to two existing products. (The packages for the Deluxe Infant to Toddler Rocker and Luv U Zoo bouncers were included to provide context.)
- The first set of moms saw the current package and product name.
- The other two sets saw one of two new alternatives.

 **MRD**
Marketing Research Department

CONFIDENTIAL

*Mattel Confidential Information*

FP009964

**Mattel-COU0012256**

# Objectives and Methodology

**Quantitative questionnaire:**

- Key measures included: ratings of liking and purchase intent (5-pt, fully-labeled scales), unaided recall of name, perceptions of primary benefit (open-ended), and a map exercise to indicate which aspect of the package conveyed the most important information.
- Moms identified the ways in which they would expect to use the product and the importance of each use (sleep at night, nap during the day, entertain baby, soothe baby, convenient place to put baby, safely contain baby, and use on-the-go).
- Moms indicated the similarity of the product's function to an infant bouncer seat, a stand-alone bassinet, a portable crib, an infant swing, and an infant car seat.
- Diagnostics included ownership and expected location in store.



| | |
|---|---|
| ☐ | **Significantly highest** |
| ◯ | **Significantly lowest** |
| → | **Significantly different** |



*Mattel Confidential Information*

**Mattel-COU0012257**



# FINDINGS


**Mattel-COU0012258**

# Key Measures

- Although top-box purchase interest, liking, and intent to register were generally low across cells, moms were significantly less likely to say they would purchase Rock n' Play when it was described as a Soother than when described as a Sleeper.

- Moms were equally likely to say they liked and would register for the product when it was described as a Sleeper and as Soother 2 (extreme position).
  - Marginally fewer moms said they liked and would register for Soother 1 compared to the Sleeper, although ratings for Soother 1 and 2 did not differ significantly from each other.

- The percent of moms who said the Rock n' Play was their favorite (compared to the Luv U Zoo Playtime Bouncer and the Deluxe Infant to Toddler Rocker) did not differ significantly as a function of its description.

| Positioning (Cell) | Liking (Top Box %) | Purchase Interest (Top Box %) | Intent to Register (Top Box %) | % Favorite (vs LUZ Bouncer & Infant to Toddler Rocker) |
|---|---|---|---|---|
| Rock n' Play Sleeper (N=72) | 11 | 7 | 11 | 31 |
| Rock n' Play Soother 1 – Moderate (N=75) | 4 | 1 | 4 | 28 |
| Rock n' Play Soother 2 – Extreme (N=69) | 7 | 1 | 7 | 26 |

\* Note that although the PI score for the Sleeper was lower in this study than in another recent bouncer study (TURF), this sample included only prenatal moms who said they were unfamiliar with the Rock n' Play before this study. The previous study included moms with children up to 3 months old, some of whom probably owned the Rock n' Play.



CONFIDENTIAL

Mattel-COU0012259

# Unaided Recall – Comparison

- Although correct recall of the complete name was low for all groups (and especially so for the moderate Soother position), moms were nonetheless sensitive to changes in the product's name.

  - Most moms remembered that "Sleep" was part of the name when it was described as a "Sleeper."

  - The term "Soother" was considerably less memorable, although moms were still significantly more likely to recall it when the product was described as a "Soother" versus a "Sleeper."

- Moms were significantly more likely to (correctly) recall that "Play" was part of the name when it was described as a "Sleeper" versus a "Soother."

|  | Sleeper – original (N=72) | Soother 1 – moderate) (N=75) | Soother 2 – extreme (N=69) |
|---|---|---|---|
| Correct name (without "Newborn"): Rock n' Play Sleeper or Rock n' Play Soother | 15 | **5** | 13 |
| References to Sleep (net) | **63** | 19 | 17 |
| *Specific reference to nighttime sleep* | *3* | *0* | *0* |
| *Specific reference to daytime sleep/napping* | *0* | *3* | *4* |
| References to Rock/Rocker/Rocking | 60 | 55 | 61 |
| References to Soothe/Soother/Soothing | **3** | 23 | 22 |
| References to Play/Playtime | **33** | 12 | 9 |
| Other or don't know | 26 | 21 | 20 |

*Note: Values in **bold** are significantly different from all others in the same row.



*Mattel Confidential Information*

CONFIDENTIAL

Mattel-COU0012260

# Proportion of Moms who Ranked Each Use as Most Important (#1) for Each Positioning (Closed-End)

- "Night sleep" and "on the go" were both key uses for the product when positioned as a "Sleeper," but both were less important when it was described as a "Soother."
  - Almost no moms identified "night sleep" as a key use for the most extreme Soother positioning.
- Moms were more likely to identify "Soothe" as a key use when the product was described as a Soother than a Sleeper.

**Rock n' Play Sleeper**



**Rock n' Play Soother 1**



**Rock n' Play Soother 2**





CONFIDENTIAL

*Mattel Confidential Information*

FP009969

Mattel-COU0012261

# Alternatives

*Which of the following would be the best alternatives for how you would expect to use this product?*

- Almost half of all moms said a stand-alone bassinet would be the best alternative when the product was described as a "Sleeper." This was significantly more than for both alternate Soother positions.

- Moms were significantly more likely to view a bouncer seat as the best alternative to either Soother compared to the Sleeper. A substantial minority also viewed a bassinet or infant swing as the best alternative to either Soother.

- Moms were marginally more likely to view an infant swing as the best alternative to Soother 1 (moderate position) compared to both the Sleeper and Soother 2 (extreme position).

|  | Stand alone bassinet | Infant bouncer seat | Infant swing | Infant to toddler rocker | Portable crib (play yard) | Infant car seat |
|---|---|---|---|---|---|---|
| Rock n' Play Sleeper (N=72) | 43 | 17 | 15 | 11 | 11 | 3 |
| Rock n' Play Soother 1 – moderate (N=75) | 20 | 36 | 28 | 8 | 8 | 1 |
| Rock n' Play Soother 2 – extreme (N=69) | 20 | 35 | 17 | 12 | 12 | 4 |



CONFIDENTIAL

FP009970

Mattel-COU0012262

# Why Liked Rock n' Play (Open-end)

*Sample = moms who said they liked Rock n' Play "a great deal" or "very much" (top 2 boxes)*

- Although the words mom used to describe the reasons they liked the Rock n' Play varied modestly from the closed-end list of expected uses, the overall pattern of results was similar.

  - Moms who saw the Rock n' Play as a Sleeper liked it primarily because they thought it would be good for sleeping, and to a lesser extent, for its portability (both room-to-room and travel).

  - Moms who saw either version of the Soother spontaneously mentioned sleep less frequently (especially night-time use), although in both groups moms liked the portability and ability to fold the Soother. Moms who reacted to both versions of the Soother were also more likely to mention they liked how comfortable it looked for baby.

  - Moms who saw the Soothers were also more likely to comment that they liked the height of the Rock n' Play (e.g., it would keep the family pets away from baby, easier for mom to be more interactive with baby, etc.)

- Because sample sizes for all 3 cells was small and qualitative in nature, interpret these results with caution.


**Rock n' Play Sleeper**
**N=28**


**Rock n' Play Soother 1 (moderate)**
**N=23**


**Rock n' Play Soother 2 (extreme)**
**N=18**



CONFIDENTIAL

FP009971

Mattel-COU0012263

# Why Did Not Like Rock n' Play (Open-end)

*Sample = moms who said they liked Rock n' Play "not at all," "slightly," or "moderately" (bottom 3 boxes)*

- The most frequent comment in all groups was that moms did not need the Rock n' Play. Moms who said Rock n' Play was unnecessary often made additional comments, such as the Rock n' Play:
  - could only be used for a very short time (especially compared to Pack n' Play and grow with me products),
  - lacked features and play that other products offered (e.g., bouncers, swings), and
  - did not meet their needs better or differently than other products and therefore did not justify space or expense
- Moms who saw the product presented as a soother were (directionally) less likely to mention sturdiness as a concern.
- Moms who saw the product as a soother also seemed more likely (directionally) to compare it to bouncers (vs. bassinets or Pack n' Play) when discussing the product's perceived poor price / value.









*Mattel Confidential Information*

FP009972

**Mattel-COU0012264**

# Main Benefit of Rock n' Play (Open-end)

*Sample = all moms*

- When all moms (regardless of whether they liked Rock n' Play) were asked what they perceived as the main benefit, the pattern of results was similar to the questions about most valued use and reasons for liking Rock n' Play.
- Moms in all groups commonly mentioned sleep (unspecific), portability, rocks baby, and holds baby near mom. To a lesser extent, moms in all groups cited that it folds flat, raises baby to a good height, and offers play.
  - Moms who saw the Rock n' Play as a Sleeper were more likely to mention night use (or use as a bassinet) as well as a sleep (unspecific).
  - Moms who saw Rock n' Play positioned as a Soother more frequently mentioned its ability to soothe baby.



**Rock n' Play Sleeper**



**Rock n' Play Soother 1**



**Rock n' Play Soother 2**



*Mattel Confidential Information*

CONFIDENTIAL

FP009973

**Mattel-COU0012265**

# Maps – Most Informative Aspects



### Sleeper – Original
- More clicks on sleeping baby?
- Lots of clicks on "nighttime sleeper" violator
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking
- A few clicks on mom in bed

### Soother 1 – Moderate
- Picture showing incline
- Lots of clicks on "naptime and playtime" violator
- Mom interacting with baby at an elevated height
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking

### Soother 2 – Extreme
- Picture showing incline
- Lots of clicks on "playtime and naptime" violator
- Mom interacting with baby at an elevated height
- Also picture and text related to fold
- Maximum weight
- Arrows showing direction of rocking

*Key differences highlighted in red*

*Mattel Confidential Information*

CONFIDENTIAL

FP009974

**Mattel-COU0012266**

# Expected Store Location

- About half of all moms expected to see the Rock n' Play near the bouncers, regardless of the description they saw.

  - Moms were significantly more likely to expect the Rock n' Play to be near the bouncers when it was described as Soother 1 (moderate position) compared to a Sleeper.

- A substantial minority also expected to see Rock n' Play near the infant swings.

  - This was especially true about moms who saw the Rock n' Play described as Soother 2 (extreme position).

| Most expect to be near in store | Infant bouncer seats | Infant swings | Bassinets | Travel crib / play yard | Car seats |
|---|---|---|---|---|---|
| Rock n' Play Sleeper | 43 | 28 | 19 | 10 | 0 |
| Rock n' Play Soother 1 – moderate | 57 | 21 | 11 | 8 | 3 |
| Rock n' Play Soother 2 -- extreme | 45 | 38 | 15 | 3 | 0 |



CONFIDENTIAL

*Mattel Confidential Information*

FP009975

**Mattel-COU0012267**

# Familiarity

- 66% of moms of the entire original sample (N=327) stated they had never seen this product before the study. Only those who agreed with this statement were included as participants in this report.

| N=327 | % |
|---|---|
| I have never seen this product before this study | 66 |
| I registered for this product | 4 |
| I own this product | 2 |
| I know someone else who owns this product | 3 |
| I am aware of this product but neither own nor have registered for it | 26 |



*Mattel Confidential Information*

CONFIDENTIAL

FP009976

Mattel-COU0012268

# Ownership

- <u>All</u> moms in this study either owned a bouncer or intended to acquire one within the next six months.

- As expected, rates of ownership and intentions were similar across cells.

| | Sleeper N=72 | Soother 1 N=75 | Soother 2 N=69 |
|---|---|---|---|
| I currently own an infant bouncer seat or rocker | 49 | 60 | 58 |
| I intend to purchase an infant bouncer seat or rocker in the next 6 months | 31 | 19 | 25 |
| I intend to register for an infant bouncer seat or rocker in the next 6 months | 29 | 17 | 22 |
| I have registered for an infant bouncer seat or rocker but have not yet received one | 13 | 13 | 16 |

*Note: Moms could agree with multiple statements*



*Mattel Confidential Information*



# APPENDIX





**Fisher-Price Newborn Rock & Play Sleeper** *[original position]*
- A nighttime sleeper & playtime seat all in one!
- Besides being the perfect place for baby to rock (with a gentle push from you!) during the day, you can also use it as a place for baby to sleep at night. It has an inclined seat, which makes sleeping more comfortable for babies who needs their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining

*Mattel Confidential Information*

CONFIDENTIAL

FP009979

**Mattel-COU0012271**



**Newborn Rock n' Play Soother** *[Soother 1 –moderate position]*
- Special seat design for playtime & naptime!
- Perfect for newborns because the seat is extra deep with a structured insert that surrounds them in comfort and makes them feel secure. The seat is also inclined, which makes napping more comfortable for babies who need their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining



CONFIDENTIAL

*Mattel Confidential Information*

FP009980

**Mattel-COU0012272**



**Newborn Rock n' Play Soother** *[Soother 2 – extreme position]*
- Special seat design keeps baby comfy & secure.
- Perfect for newborns because the seat is extra deep with a structured insert that surrounds them in comfort and makes them feel secure. The seat is also inclined, to help babies who need their heads elevated.
- Folds flat for portability & storage
- Lightweight--easy to move from room to room
- Includes toy bunny for soothing or entertaining

 MRD



CONFIDENTIAL





CONFIDENTIAL

Mattel Confidential Information

FP009983

**Mattel-COU0012275**

# Copy List

| Date: | June 23, 2011 |
|---|---|
| Title: | Rock n' Play Sleeper New Positioning |
| PA # | MRD110111VI0065 |
| To: | Mike Fenn<br>Kurt Huntsberger<br>Ian Johnston |
| From: | Tamara Towles-Schwen |

| Copies: | |
|---|---|
| K. Gill | C. Pardi |
| D. Gubitosi | G. Rainstein |
| J. Howell | C. Rosinski |
| L. Mancuso | D. Stephens |
| K. Morton | T. Zinter-Chahin |



CONFIDENTIAL

*Mattel Confidential Information*

23

FP009984

Mattel-COU0012276

**EXHIBIT 39**

REDACTED

**From:**   Johnston, Ian
**Sent:**   Monday, May 16, 2011 1:06 PM
**To:**     Steinwachs, Mike; Pilarz, Kitty
**Subject:**    FW: RCM - Rock n Play Sleeper test results

Hi-

The attached document below comes from the UK's Royal College of Midwives and is their evaluation of the Newborn Rock n Play Sleeper.  It is very limiting in what they say is the appropriate use for the product.  Let me know if you have comments or questions.

I think this may put an end to our ability to sell the product in the UK as I understand this organization carries quite a bit if weight.

Thank you,
Ian

**From:** Bhide, Nivi
**Sent:** Monday, May 16, 2011 11:51 AM
**To:** Johnston, Ian; Kromhout, Jolanda; Hyvert, Stephane
**Cc:** Hill, Wendy
**Subject:** FW: RCM - Rock n Play Sleeper test results

Hi all,
Please see attached the reports from Royal College of Midwives in the UK on the Newborn Rock N Play Sleeper. I hope this will help you in terms of understanding UK feedback and perhaps help US PI. Let me know if you need any more information.
Many Thanks,
Nivi

Mattel-COU0012240

Nivi Bhide
Brand Manager
**Fisher-Price**

Tel: 01628 500076
Email: nivi.bhide@mattel.com

RRP's are non-binding and are used for illustrative purposes only.
This message is only for the use of the person(s) to whom it is intended. It may contain Mattel confidential, proprietary and/or
trade secret information within the meaning of applicable law. If you are not the intended recipient, please do not use this
information for any purpose, please delete this message and please inform the sender immediately. Mattel does not necessarily
endorse any opinions or conclusions contained in this message that do not relate to official company business.
**Please consider the environment before printing this email**

---

**From:**    Douglas, Vicki
**Sent:**  16 May 2011 15:30
**To:**    Bhide, Nivi
**Cc:**    Allen, Sarah; Hill, Wendy
**Subject:**    RCM - Rock n Play Sleeper test results

Hi Nivi

Please see attached the findings from the Royal College of Midwives testing on the sleeper. I'm afraid the
findings don't have good implications for a UK launch.

Many thanks
Vicki

Mattel-COU0012241

# Royal College of Midwives Trust

**Review of the Fisher-Price *New born, Rock 'N' Play Sleeper* product (R6070)**

---

**Janet Fyle**

**Professional Policy Advisor**

**May 2011**

***Introduction***

CONFIDENTIAL

I reviewed and tested this product individually from a midwife's perspective and asked seven other people independently to give their views/comments on the product *(Total of four  midwives, two mothers and two women without children*). Their comments have been summarised under the following headings:

### Look and feel of the product (aesthetics)

The general look and feel of the product was judged to be good (bright and cheerful) other colours could be considered if the product comes to market, to maximise appeal amongst a range of parents.

The firm back support and cushioned support in specific places were considered to be good and appropriate.

### Ease of assembly

The Rocker was assembled with minimum difficulty, though it was considered that some mothers may need help/support to assemble the product initially. Other colleagues thought that a one off assembly might be all that is needed, provided the woman has space to store the *Rocker*. On balance, assembly was not considered to be a huge problem.

### What do they think the product is for?

People responded that they thought the Rocker could be used for play when the parent is around; to enable the infant to look around; recognise surroundings; and be part of family interaction.

### How and when would they use the product?

When the infant is much older and indoors with parents present.

### Safety

Overall, there did not appear to be many negative views about safety expressed by the non-midwives because having seen the assembled product with a life size doll in the Rocker, it looked appropriate to them.   However, concerns were expressed about the type of flooring/surfaces in mothers' homes (**wood, carpet, and lino)** and whether the *Rocker* would be safe on these surfaces without sliding.
It was felt that consideration should be given to ensuring that the *'base'* has more of a grip tight or safety base, and actually highlighting this as a safety feature.

1 | P a g e

CONFIDENTIAL

Mattel-COU0012243

**Other important safety points**

It was agreed that:
- this would *not be  suitable for a new born infant* as  babies *cannot* be placed in a semi-prone position
- This should not to be used for infants under  six weeks
- The lying surface is not suitable as an infant cot  - and  ***must not be*** used as infant cot to sleep next to mother's bed because babies must always sleep flat on their backs
- **Unreservedly** - this product must only be used for no more than two hours in a day and for the purpose of play/interaction with parents/siblings etc.

**Conclusion**

Overall, it was judged that the product is promising in terms of its use for a specific age group of infants, i.e. infants over six weeks old and for a limited period only under adult supervision.   It is crucial that Evidence based Guidance for sleeping infants   be adhered to; in particular mothers are discouraged from sleeping their infants in the prone position in most parts of Europe. Other Guidance include, Co-sleeping, Preventing Sudden Infant Death, Bed sharing (*UNICEF, 2008,    Department of Health, 2009, Department of Health Scotland, 2011,  RCM, 2011).*

The image on the information leaflet may be misleading in terms of the purpose of the product; it was suggested that this be removed/reworded.

Consideration must be given to making some of the safety adjustments suggested, such as the base and any others that may be appropriate when reviewing the product.

I would be happy to provide any further clarification should this be required.

Please see related literature as follows on page 3.

;

**References and related documents**

Blair  PS.  Sidebotham  P.  Evason-Coombe  C.  Edmonds  M.  Heckstall-Smith  EM.  Fleming  P. Hazardous cosleeping environments and risk factors amenable to change: case-control study of SIDS in south west England. *BMJ*. 2009; 339: b3466;

CONFIDENTIAL

FP009952

Mattel-COU0012244

Blair P S, Perspectives on Bed-Sharing *Current Pediatric Reviews,* 2010, 6, 67-70 67

Edwin A. Mitchell Bed Sharing and the Risk of Sudden Infant Death: Parents Need Clear Information *Current Paediatric Reviews*, 2010, 6, 63-66 63

Department of Health (DH) Foundation for the Study of Infant Death (FSID) (2009) *Reduce the risk of cot death* DH London

Lee T. Gettler and James J. McKenna, Never Sleep with Baby? Or Keep Me Close But Keep Me Safe: Eliminating Inappropriate "Safe Infant Sleep" Rhetoric in the United States. *Current Pediatric reviews*, 2010, 6, 71-77 71

McIntosh, Christine G. Tonkin, Shirley L. Gunn, Alistair J . *New Zealand Medical Journal*. 2009122(1307):69-75,.

McIntosh, Christine G. Tonkin, Shirley L. Gunn, Alistair J . *New Zealand Medical Journal*. 2009122(1307):69-75,.

McGarvey C, McDonnell M, Chong A, O'Regan M, Matthews T. Factors relating to the infant's last sleep environment in sudden infant death syndrome in the Republic of Ireland. *Arch Dis Child*. 2003 Dec;88(12):1058-64

Mitchell EA Editorial: Sudden Unexpected Death in Infancy – Amazing Progress but Still Unanswered Questions. *Current Paediatric Reviews,* 2010, Vol. 6, No. 1 1

RCM (2011) *Co-sleeping and bed sharing: Position Statement and guidance paper* (being updated, available June 2011)

Ruys JH, de Jonge GA, Brand R, Engelberts AC, Semmekrot BA. Bedsharing
in the first four months of life: a risk factor for sudden infant death. *Acta Paediatr.* 2007 Oct;96(10):1399-403.

Tappin D, Brooke H, Ecob R, Gibson A. Used infant mattresses and sudden infant death syndrome in Scotland: case-control study. *BMJ* 2002 Nov 2;325(7371):1007-12.

The Scottish Department of Health, the Scottish Cot Death Trust, UNICEF, (2011) *Reduce the risk of cot death* SDH Edinburgh

UNICEF (2008) Sharing a bed with your baby. UNICEF

CONFIDENTIAL

FP009953

Mattel-COU0012245

# EXHIBIT 40

(Corrected)

| From: | Taft, Joel |
|---|---|
| Sent: | Wednesday, February 5, 2014 4:14 PM EST |
| To: | Pilarz, Kitty |
| CC: | Wieser, Jennifer; Steinwachs, Mike |
| Subject: | FW: Rock 'n Play out of position reports |

Here is the Rock 'N Play out of position/fall out data.  There are more fall-out reports than I remembered.  The team is looking for a response to determine whether they can remove the restraint from the new play yard accessory version.  Even though the rate of complaints is very low, I am somewhat uncomfortable with giving the go ahead for removal of the restraint considering the fall out reports.  Although I realize that many of the occupants probably should not have been in the product any longer given the ages.

What do you think?

Thanks, Joel

**From:** Schiefer, Stephen
**Sent:** Wednesday, February 05, 2014 4:00 PM
**To:** Taft, Joel
**Subject:** Rock 'n Play out of position reports

Hi Joel.

There are a total of 47 reports of children out of position involving the various SKUs of the Rock 'n Play Sleeper.

1,195,938 units have been shipped to the US and Canada.  This gives a rate of complaint of **0.004%**.

The data breaks down as follows:

21 reports of children falling out of the product
8 reports of children "sinking down" in the product
7 reports of children "pushing themselves upwards towards the top of the seat"
5 reports of children out of position "to the side" of the product
4 reports of children "rolling over" in the product
2 reports of children "sitting upright" in the product

The 21 reports which state that the child fell out of the product can be further broken down as follows:

7 consumers stated that their **restrained** children fell out of the product **while unattended**.  The ages of the children in these reports are:
       4 months
       5 months
       6 months (2)
       7 months (2)
       9 months

**CONFIDENTIAL**

**Mattel-COU0046998**

6 consumers stated their children **sat up or leaned forward** and **fell out of the front** of the product. The ages of the children in these reports are:

> 4 months – unknown if restrained
> 5 months – restrained
> 7 months (3) – all three children were restrained
> 8 months – restrained

3 consumers stated their children **pushed themselves up** and **over the back/top** of the product. The ages of the children in these reports are:

> 4 months – restrained
> 6 months – unknown if restrained
> 7 months – restrained

2 consumers stated their children fell out of the product **while unrestrained**. The ages of the children in these reports are:

> 4 months
> 6 months

2 consumers stated their children fell out **over the side** of the product. The ages of the children in these reports are:

> 5 months – restrained
> 8 months – unknown if restrained

1 consumer **did not provide any details** other than their child fell out of the product. The child was 9 months old. It is unknown whether or not the child was restrained.


There are 11 reports of minor injuries consisting of bumps, bruises, red marks, scratches and a nosebleed, as well as one report of a child diagnosed with a concussion.


Let me know if you have any questions.

Thanks.

*Stephen J. Schiefer*
Senior Quality Engineer
Corporate Social Responsibility & Quality
**Fisher-Price**
716.687.3791

**Mattel-COU0046999**

# EXHIBIT 41

**From:** Roy Benaroch [mailto:rbenaroch@pediatricphysicianspc.com]
**Sent:** Thursday, February 07, 2013 11:05 AM
**To:** Strauss, Ronda
**Subject:** safety concerns Newborn Rock 'n Play Sleeper

Hello Ms. Strauss,

It was a pleasure to speak with you this morning, and I appreciate your getting back to me regarding my safety concerns for the Fisher-Price Newborn Rock 'n Play Sleeper.

As we discussed, I am a pediatrician, and I am concerned that parents are using this product as a routine sleeping area for their babies. This is unsafe.

The American Academy of Pediatrics has detailed guidelines about safe sleeping environments for babies, last updated in October 2011, here: http://pediatrics.aappublications.org/content/early/2011/10/12/peds.2011-2284.full.pdf.

Let me draw your attention to a few specific recommendations from that document, which summarizes the best current science to prevent Sudden Infant Death Syndrome (SIDS):

1. "To reduce the risk of SIDS, infants should be placed for sleep in a supine position (wholly on the back) for every sleep by every caregiver until 1 year of life."
The Newborn Rock 'n Play Sleeper does not keep a baby wholly on the back, but rather in an inclined position. It is not a safe way for babies to sleep.

1a. "Infants with gastroesophageal reflux should be placed for sleep in the supine position for every sleep..."
Reflex is not a reason to sleep babies in an upright position.

2. "Use a firm sleep surface—A firm crib mattress, covered by a fitted sheet, is the recommended sleeping surface to reduce the risk of SIDS and suffocation."
The Newborn Rock 'n Play Sleeper is not a firm crib mattress.

2e. "Sitting devices, such as car safety seats, strollers, swings, infant carriers, and infant slings, are not recommended for routine sleep in the hospital or at home."
Though this sentence doesn't specifically mention your product, the Newborn Rock 'n Play Sleeper is shaped like the devices in this category, and is therefore not recommended for sleep.

2e. "If an infant falls asleep in a sitting device, he or she should be removed from the product and moved to a crib or other appropriate flat surface as soon as is practical."
Again, babies should not be left to sleep in a device like your Rock 'n Play Sleeper.

16. "Media and manufacturers should follow safe-sleep guidelines in their messaging and advertising."
From your website describing this product, at http://www.fisher-price.com/en_US/products/51903, I quote:
"The seat is also inclined, which makes napping more comfortable for babies who need their heads elevated." This implies that babies need their heads elevated, or that perhaps some of them need their heads elevated for comfort for napping. This is incorrect and contradicts the AAP, and is inconsistent with the safe sleeping guidelines.

I understand you will be passing along my concerns to the Fisher Price Worldwide director of safety, Kitty Pilarz. I look forward to hearing back from her. Thanks again for taking the time to review my concerns.

--
Roy Benaroch, MD
**Pediatric Physicians, PC**
www.PediatricPhysiciansPC.com

**CONFIDENTIAL**                                    2

FPI_000540

Mattel-COU0000540

# EXHIBIT 42
(Corrected)





COU_007465



COU_007466